## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF VIRGINIA

Elizabeth Sines, et al.

**Plaintiff**

vs.   Case No: 3:17CV00072

Jason Kessler, et al.

**Defendant**

### AFFIDAVIT OF SERVICE

I, Jeffrey Kelly, a Private Process Server, being duly sworn, depose and say:

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That I have been duly authorized to make service of the Summons, Civil Cover Sheet with Addendum, Complaint, and Plaintiffs' Jury Demand in the above entitled case.

That on 10/20/2017 at 3:00 PM, I served Matthew Parrott a/k/a David Matthew Parrott with the Summons, Civil Cover Sheet with Addendum, Complaint, and Plaintiffs' Jury Demand at 950 South Ridgecrest Lane, Paoli, Indiana 47454, by serving Valerie Tuel, mother of Matthew Parrott a/k/a David Matthew Parrott, a person of suitable age and discretion, who stated that he/she resides therein with Matthew Parrott a/k/a David Matthew Parrott.

Valerie Tuel is described herein as:

Gender: Female   Race/Skin: White   Age: 60   Weight: 110   Height: 5'7"   Hair: Gray   Glasses: No

I do solemnly declare and affirm under penalty of perjury that I have read the foregoing information set forth herein is correct to the best of my knowledge, information, and belief.

10/23/2017
Executed On



Jeffrey Kelly

Client Ref Number: N/A
Job #: 1534504

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050