# AFFIDAVIT OF PROCESS SERVER

Job # 2874

**Client Info:**

Robert T. Cahill, Esquire
Cooley, LLP
11951 Freedom Drive, 14th Floor
Reston, VA 20190

**Case Info:**

**PLAINTIFF:**
ELIZABETH SINES, ET. AL.
-versus-
**DEFENDANT:**
JASON KESSLER, ET. AL.

USDC FOR THE WESTERN DISTRICT OF VIRGINIA

Court Case # 3:17-CV-00072-NKM

**Service Info:**

Date Received: 10/24/2017 at 10:50 AM
Service: I Served **LEAGUE OF THE SOUTH C/O MICHAEL TUBBS**
With: **SUMMONS IN A CIVIL ACTION; CIVIL COVER SHEET; CIVIL COVER SHEET ADDENDUM; COMPLAINT; PLAINTIFFS' JURY DEMAND**

At Business 524 COLE ROAD W JACKSONVILLE, FL 32218
On 10/24/17 at 6:00 (am/**pm**)

**Manner of Service:**

[X] **Personal:** By Personally delivering copies to the person being served.
[ ] **Substituted at Residence:** By leaving copies with _____ at the dwelling house or usual place of abode of the person being served with a member of the household over the age of ____ and explaining the general nature of the papers.
[ ] **Substituted at Business:** By leaving with _____, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
[ ] **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.
[ ] **Other:** _____
[ ] **Non-service:** After due search, careful inquiry and diligent attempts at the address(es) listed below, I have been unable to effect the process upon the person/entity being served because of the following reason(s):

**Served Description:** (Approx)

Age:____, Sex:_____, Race:_____, Height:__'__", Weight:____, Hair:_____, Glasses:____

I **Mike Hackett** certify that I am over the age of 18, have no interest in the above action, and I am authorized in the jurisdiction in which this service was made.

Signature of Server: _____
**Mike Hackett**

**CAPITOL PROCESS SERVICES, INC.**
1827 18TH STREET NW
Washington, DC 20009

Client # 1534662

SUBSCRIBED AND SWORN to before me this 26th day of October, 2017, by **Mike Hackett**, Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

NOTARY PUBLIC for the state of Florida

RICHARD J MCGEVERAN
State of Florida-Notary Public
Commission # GG 100877
My Commission Expires
May 02, 2021




1 of 1