# AFFIDAVIT OF PROCESS SERVER

Job # 2875

**Client Info:**

Robert T. Cahill, Esquire
Cooley, LLP
11951 Freedom Drive, 14th Floor
Reston, VA 20190

**Case Info:**

| | |
|---|---|
| **PLAINTIFF:** | USDC FOR THE WESTERN DISTRICT OF VIRGINIA |
| ELIZABETH SINES, ET. AL. | |
| -versus- | |
| **DEFENDANT:** | Court Case # **3:17-CV-00072-NKM** |
| JASON KESSLER, ET. AL. | |

**Service Info:**

**Date Received: 10/24/2017** at **10:50 AM**
**Service:** I Served **MICHAEL TUBBS**
With: **SUMMONS IN A CIVIL ACTION; CIVIL COVER SHEET; CIVIL COVER SHEET ADDENDUM; COMPLAINT; PLAINTIFFS' JURY DEMAND**
by leaving with (Name)_____, (Relationship)_____

**At Residence 524 COLE ROAD W JACKSONVILLE, FL 32218**
On 6-24-17 at 6:00 ( am / pm )

**Manner of Service:**

☒ **Personal:** By Personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies with _____ at the dwelling house or usual place of adobe of the person being served with a member of the household over the age of _____ and explaining the general nature of the papers.
☐ **Substituted at Business:** By leaving with _____, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.
☐ **Other:** _____
☐ **Non-service:** After due search, careful inquiry and diligent attempts at the address(es) listed below, I have been unable to effect the process upon the person/entity being served because of the following reason(s):

_____
_____
_____
_____

**Served Description:  (Approx)**

Age:_____, Sex:_____, Race:_____, Height:___'___", Weight:_____, Hair:_____ Glasses:_____

I **Mike Hackett** certify that I am over the age of 18, have no interest in the above action, and I am authorized in the jurisdiction in which this service was made.

Signature of Server:_____
**Mike Hackett**

**CAPITOL PROCESS SERVICES, INC.**
1827 18TH STREET NW
Washington, DC 20009

Client # 1534515

SUBSCRIBED AND SWORN to before me this __26th__ day of __October__, _2017_, by **Mike Hackett**, Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
NOTARY PUBLIC for the state of Florida

RICHARD J MCGEVERAN
State of Florida-Notary Public
Commission # GG 100877
My Commission Expires
May 02, 2021

