UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF VIRGINIA

---

Elizabeth Sines, et al.

**Plaintiff**

vs.   Case No: 3:17CV00072

Jason Kessler, et al.

**Defendant**

---

## AFFIDAVIT OF SERVICE

I, Ricardo Delpratt, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons, Civil Cover Sheet with Addendum, Complaint, and Plaintiffs' Jury Demand in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this matter.

That on 10/31/2017 at 9:04 AM, I served Michael Peinovich a/k/a Michael "Enoch" Peinovich with the Summons, Civil Cover Sheet with Addendum, Complaint, and Plaintiffs' Jury Demand at 519 East 82nd Street, Apartment 2C, New York, New York 10028, by serving Michael Peinovich a/k/a Michael "Enoch" Peinovich, personally.

Michael Peinovich a/k/a Michael "Enoch" Peinovich is described herein as:

Gender: Male   Race/Skin: White   Age: 38   Weight: 220   Height: 6'0"   Hair: Black   Glasses: No

I do solemnly declare and affirm under penalty of perjury that I have read the foregoing information set forth herein is correct to the best of my knowledge, information, and belief.

11/1/2017
Executed On



Ricardo Delpratt

Client Ref Number: N/A
Job #: 1534514

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050