UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF VIRGINIA

Elizabeth Sines, et al.

**Plaintiff**

vs.  Case No: 3:17CV00072

Jason Kessler, et al.

**Defendant**

## AFFIDAVIT OF SERVICE

I, Joseph Valentine, a Private Process Server, being duly sworn, depose and say:

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That I have been duly authorized to make service of the Summons, Civil Cover Sheet with Addendum, Complaint, and Plaintiffs' Jury Demand in the above entitled case.

That on 10/27/2017 at 1:20 PM, I served Elliot Kline a/k/a Eli Mosely with the Summons, Civil Cover Sheet with Addendum, Complaint, and Plaintiffs' Jury Demand at 117 Mesa Drive, Reading, Pennsylvania 19608, by serving Bruce Kline, father of Elliot Kline a/k/a Eli Mosely, a person of suitable age and discretion, who stated that he/she resides therein with Elliot Kline a/k/a Eli Mosely.

Bruce Kline is described herein as:

Gender: Male   Race/Skin: White   Age: 55   Weight: 190   Height: 5'10"   Hair: Brown   Glasses: No

I do solemnly declare and affirm under penalty of perjury that I have read the foregoing information set forth herein is correct to the best of my knowledge, information, and belief.

10/30/17
Executed On

Joseph Valentine

Client Ref Number: N/A
Job #: 1534508

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050