## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF VIRGINIA

Elizabeth Sines, et al.

**Plaintiff**

vs.   Case No: 3:17CV00072

Jason Kessler, et al.

**Defendant**

### AFFIDAVIT OF SERVICE

I, Carlos Canas, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons, Civil Cover Sheet with Addendum, and Complaint in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 10/25/2017 at 10:55 AM, I served Identity Europa, Inc. a/k/a Identity Evropa c/o LegalZoom.com, Inc., Registered Agent with the Summons, Civil Cover Sheet with Addendum, and Complaint at 101 North Brand Boulevard, 11th Floor, Glendale, California 91203 by serving Mieko B., Designated Agent, authorized to accept service.

Mieko B. is described herein as:

Gender: Female   Race/Skin: White   Age: 25+   Weight: 130   Height: 5'5"   Hair: Brown   Glasses: Yes

I do solemnly declare and affirm under penalty of perjury that I have read the foregoing information set forth herein is correct to the best of my knowledge, information, and belief.

10-28-17
Executed On



Carlos Canas

Client Ref Number: N/A
Job #: 1534658

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050