# COMMONWEALTH OF VIRGINIA
# COUNTY OF ALBEMARLE

Elizabeth Sines, Seth Wispelwey, Marissa Blair, Tyler Magill, April Muniz, Hannah Pearce, Marcus Martin, John Doe, Jane Doe 1, Jane Doe 2, Jane Doe 3
**Plaintiff**

vs.

Jason Kessler, Richard Spencer, Christopher Cantwell, James Fields Jr, Vanguard America, Andrew Anglin, Moonbase Holdings, LLC et al
**Defendant**

I, Fred Kirschnick, Deputy for the County of Albemarle, Virginia, hereby certify that the following service was made in the above styled case. Christopher Cantwell was personally served a Summons, Cover Sheet, Complaint, and Plaintiff's Jury Demand at The Albemarle-Charlottesville Regional Jail (160 Peregory Ln) in Charlottesville, Virginia on October 25, 2017.

_Fred A. Kirschnick ACSO #34_
**Deputy**
for J.E. "Chip" Harding, Sheriff

Sworn before me on this date, _October 25, 2017_ the above signed _Fred Kirschnick_, Deputy for County of Albemarle, Virginia.

_Tiffany Miller #7724550_ Notary

_10/25/17_ Date

My commission expires _September 30, 2021_.