# COMMONWEALTH OF VIRGINIA
## COUNTY OF ALBEMARLE

Elizabeth Sines, Seth Wispelwey, Marissa Blair, Tyler Magill, April Muniz, Hannah Pearce, Marcus Martin, John Doe, Jane Doe 1, Jane Doe 2, Jane Doe 3
**Plaintiff**

vs.

Jason Kessler, Richard Spencer, Christopher Cantwell, James Fields Jr, Vanguard America, Andrew Anglin, Moonbase Holdings, LLC et al
**Defendant**

I, Fred Kirschnick, Deputy for the County of Albemarle, Virginia, hereby certify that the following service was made in the above styled case. James Fields Jr was personally served a Summons, Cover Sheet, Complaint, and Plaintiff's Jury Demand at The Albemarle-Charlottesville Regional Jail (160 Peregory Ln) in Charlottesville, Virginia on October 24, 2017.

_Fred Kirschnick_,
**Deputy**
**for J.E. "Chip" Harding, Sheriff**

Sworn before me on this date, __October 24, 2017__ the above signed __Fred Kirschnick__, Deputy for County of Albemarle, Virginia.

__Tiffany Miller #7724550__ Notary

__10/24/17__ Date

My commission expires __September 30, 2021__.

