IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| ELIZABETH SINES, *ET AL.*,<br><br>　　　　　　　　　*Plaintiffs,*<br><br>v.<br><br>JASON KESSLER, *ET AL.*,<br><br>　　　　　　　　　*Defendants.* | CASE NO. 3:17-CV-00072<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

This matter is before the Court on Plaintiffs' motion for *pro hac vice* admission of Roberta A. Kaplan, Esq. (Dkt. 66). It appearing that Ms. Kaplan is licensed to practice law and is a bar member in good standing with the State of New York and thus qualified to appear for and on behalf of the Plaintiffs in this Action, Plaintiff's motion is **GRANTED**.

It is hereby **ORDERED** that attorney Roberta A. Kaplan of Kaplan & Company, LLP shall be permitted to appear *pro hac vice* for and on behalf of Plaintiffs in the above styled and numbered Civil Action, and able to appear at hearings or trials in the absence of an associated member of the bar of this Court. The Clerk of the Court is hereby directed to send a certified copy of this Order to Plaintiff, Defendants, and all counsel of record.

Entered this __3rd__ day of November, 2017.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　NORMAN K. MOON
　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE