UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| ELIZABETH SINES, SETH WISPELWEY, MARISSA BLAIR, TYLER MAGILL, APRIL MUNIZ, HANNAH PEARCE, MARCUS MARTIN, JOHN DOE, JANE DOE 1, JANE DOE 2, and JANE DOE 3,<br><br>      Plaintiffs,<br><br>v.<br><br>JASON KESSLER, RICHARD SPENCER, CHRISTOPHER CANTWELL, JAMES ALEX FIELDS, JR., VANGUARD AMERICA, ANDREW ANGLIN, MOONBASE HOLDINGS, LLC, ROBERT "AZZMADOR" RAY, NATHAN DAMIGO, ELLIOT KLINE a/k/a/ ELI MOSELY, IDENTITY EVROPA, MATTHEW HEIMBACH, MATTHEW PARROTT a/k/a DAVID MATTHEW PARROTT, TRADITIONALIST WORKER PARTY, MICHAEL HILL, MICHAEL TUBBS, LEAGUE OF THE SOUTH, JEFF SCHOEP, NATIONAL SOCIALIST MOVEMENT, NATIONALIST FRONT, AUGUSTUS SOL INVICTUS, FRATERNAL ORDER OF THE ALT-KNIGHTS, MICHAEL "ENOCH" PEINOVICH, LOYAL WHITE KNIGHTS OF THE KU KLUX KLAN, and EAST COAST KNIGHTS OF THE KU KLUX KLAN a/k/a EAST COAST KNIGHTS OF THE TRUE INVISIBLE EMPIRE,<br><br>      Defendants. | **Civil Action No. 3:17-cv-00072-NKM**<br><br>**JURY TRIAL DEMANDED** |

**[PROPOSED] ORDER GRANTING *PRO HAC VICE* ADMISSION OF ALAN LEVINE**

  Upon review and consideration of Plaintiffs' motion for *pro hac vice* admission of Alan Levine, Esq., and it appearing that Mr. Levine is licensed to practice law and is a bar member in

good standing in the State of New York and thus qualified to appear for and on behalf of the Plaintiffs in this Action,

IT IS HEREBY ORDERED that attorney Alan Levine of Cooley LLP shall be permitted to appear *pro hac vice* for and on behalf of Plaintiffs in the above styled and numbered Civil Action, and able to appear at hearings or trials in the absence of an associated member of the bar of this Court. The Clerk of the Court is hereby directed to send a certified copy of this Order to Plaintiffs, Defendants, and all counsel of record.

Entered this _____ day of November, 2017.

_____
The Honorable Norman K. Moon
United States District Judge