IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| ELIZABETH SINES, *ET AL.*,<br><br>      *Plaintiffs,*<br><br>v.<br><br>JASON KESSLER, *ET AL.*,<br><br>      *Defendants.* | CASE NO. 3:17-CV-00072<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

  This matter is before the Court on Plaintiffs' motions for *pro hac vice* admission of Alan Levine, (dkt. 68), David E. Mills, (dkt. 69), Julie E. Fink, (dkt. 70), Christopher B. Greene, (dkt. 71), and Seguin L. Strohmeier, (dkt. 72). Each attorney is licensed to practice law and is a bar member in good standing with their respective bar, and is thus qualified to appear for and on behalf of the Plaintiffs in this Action. Accordingly, Plaintiffs' motions are **GRANTED**.

  It is hereby **ORDERED** that attorneys Alan Levine, David E. Mills, Julie E. Fink, Christopher B. Greene, and Seguin L. Strohmeier shall be permitted to appear *pro hac vice* for and on behalf of Plaintiffs in the above styled and numbered Civil Action, and able to appear at hearings or trials in the absence of an associated member of the bar of this Court. The Clerk of the Court is hereby directed to send a certified copy of this Order to Plaintiff, Defendants, and all counsel of record.

  Entered this ⎯6th⎯ day of November, 2017.

                    */s/ Norman K. Moon*
                    NORMAN K. MOON
                    UNITED STATES DISTRICT JUDGE