CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILE, VA
FILED

NOV 09 2017

JULIA C. DUDLEY, CLERK
BY: /s/ J. Jones
DEPUTY CLERK

Your honor,

I have received a summons and am replying on behalf of myself and Identity Europa, Inc. to Civil Action No. 3:17-cv-00072-NKM. We intend to fully utilize all preliminary motions and legal defenses appropriate, but request additional reasonable time to obtain legal counsel. This is a very important legal case and it is imperative to my defense that I find adequate representation. Thank you for your time in this manner.

Sincerely,
Nathan Damigo
(408) 386-3508
nathan.damigo.nyf@gmail.com

CC: Robert T. Cahill
Cooley LLP
11951 Freedom Drive
Reston, VA 20190

Nathan Damigo
14773 Orange Blossom Rd.
Oakdale, CA 95361

Clerk of the Court
U.S. District Court
Western District of Virginia (Charlottesville)
225 W. Main St. #230
Charlottesville, VA 22902