IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| ELIZABETH SINES, *ET AL.*, | CASE NO. 3:17-CV-00072 |
| *Plaintiffs,* | |
| v. | ORDER |
| JASON KESSLER, *ET AL.*, | |
| *Defendants.* | JUDGE NORMAN K. MOON |

This matter is before the Court on Defendant Nathan Damigo's motion for an extension of time to reply to the complaint while he obtains counsel. Defendant also requests an extension on behalf of Identity Europa, Inc. Identity Europa is a separate defendant to this action, but appears to be an organization founded by Defendant Damigo. (*See* dkt. 1 at ¶29). This Court has the authority to grant an extension, for good cause, under Fed. R. Civ. P. 6(b)(1). Courts have held that the need to provide parties time to find counsel provides good cause for a Rule 6(b)(1) extension. *See Sherrod v. Breitbart*, 720 F.3d 932, 937 (D.C. Cir. 2013) ("As grounds for the thirty-day extension, the motion stated that O'Connor had only recently retained counsel."). The Court will grant both Defendants a further fourteen days to file their answers so that they may acquire counsel. Defendant's motion is **GRANTED**.

It is **ORDERED** that Defendant Damigo's answer is now due on November 27, 2017 and Defendant Identity Europa's answer is now due on November 29, 2017. The Clerk of the Court is hereby directed to send a certified copy of this Order to Plaintiffs, Defendants, and all counsel of record.

Entered this  9th  day of November, 2017.

NORMAN K. MOON
UNITED STATES DISTRICT JUDGE