# EXHIBIT 1

FIRST SUPPLEMENTAL CERTIFICATE OF SERVICE

I hereby certify that on November 2, 2017, I electronically filed the Motion for *Pro Hac Vice* Admission of Roberta A. Kaplan (with its initial certificate of service) with the Clerk of the Court using the CM/ECF system, and entered as Docket Entry 66. I hereby further certify, on November 9, 2017, that I have also served the following additional non-ECF participants with said motion, via U.S. mail, First Class and postage prepaid:

Matthew Heimbach
3099 Buchanan Road SE, # 411
Cleveland, TN 37323

Robert Ray
(a/k/a Robert "Azzmador" Ray and Robert Warren Ray)
22345 Cherry Lane
Frankston, TX 75763

Traditionalist Worker Party
Registered agent: Thomas Buhls
2517 Federal Road
Benson, NC 27504

*s/ Robert T. Cahill*
Robert T. Cahill (VSB 38562)
COOLEY LLP
11951 Freedom Drive, 14th Floor
Reston, VA 20190-5656
Telephone: (703) 456-8000
Fax: (703) 456-8100
Email: rcahill@cooley.com

*Counsel for Plaintiffs*

153572294

**FIRST SUPPLEMENTAL CERTIFICATE OF SERVICE**

I hereby certify that on November 3, 2017, I electronically filed the Motion for *Pro Hac Vice* Admission of Alan Levine (with its initial certificate of service) with the Clerk of the Court using the CM/ECF system, and entered as Docket Entry 68.  I hereby further certify, on November 9, 2017, that I have also served the following additional non-ECF participants with said motion, via U.S. mail, First Class and postage prepaid:

Matthew Heimbach
3099 Buchanan Road SE, # 411
Cleveland, TN 37323

*s/ Robert T. Cahill*
Robert T. Cahill (VSB 38562)
COOLEY LLP
11951 Freedom Drive, 14th Floor
Reston, VA 20190-5656
Telephone: (703) 456-8000
Fax: (703) 456-8100
Email: rcahill@cooley.com

*Counsel for Plaintiffs*

153829797

## FIRST SUPPLEMENTAL CERTIFICATE OF SERVICE

I hereby certify that on November 3, 2017, I electronically filed the Motion for *Pro Hac Vice* Admission of David E. Mills (with its initial certificate of service) with the Clerk of the Court using the CM/ECF system, and entered as Docket Entry 69. I hereby further certify, on November 9, 2017, that I have also served the following additional non-ECF participants with said motion, via U.S. mail, First Class and postage prepaid:

Matthew Heimbach
3099 Buchanan Road SE, # 411
Cleveland, TN 37323

        *s/ Robert T. Cahill*
        Robert T. Cahill (VSB 38562)
        COOLEY LLP
        11951 Freedom Drive, 14th Floor
        Reston, VA 20190-5656
        Telephone: (703) 456-8000
        Fax: (703) 456-8100
        Email: rcahill@cooley.com

        *Counsel for Plaintiffs*

153829807

**FIRST SUPPLEMENTAL CERTIFICATE OF SERVICE**

I hereby certify that on November 3, 2017, I electronically filed the Motion for *Pro Hac Vice* Admission of Julie E. Fink (with its initial certificate of service) with the Clerk of the Court using the CM/ECF system, and entered as Docket Entry 70.  I hereby further certify, on November 9, 2017, that I have also served the following additional non-ECF participants with said motion, via U.S. mail, First Class and postage prepaid:

Matthew Heimbach
3099 Buchanan Road SE, # 411
Cleveland, TN 37323

*s/ Robert T. Cahill*
Robert T. Cahill (VSB 38562)
COOLEY LLP
11951 Freedom Drive, 14th Floor
Reston, VA 20190-5656
Telephone: (703) 456-8000
Fax: (703) 456-8100
Email: rcahill@cooley.com

*Counsel for Plaintiffs*

153829818

## FIRST SUPPLEMENTAL CERTIFICATE OF SERVICE

I hereby certify that on November 3, 2017, I electronically filed the Motion for *Pro Hac Vice* Admission of Christopher B. Greene (with its initial certificate of service) with the Clerk of the Court using the CM/ECF system, and entered as Docket Entry 71.  I hereby further certify, on November 9, 2017, that I have also served the following additional non-ECF participants with said motion, via U.S. mail, First Class and postage prepaid:

Matthew Heimbach
3099 Buchanan Road SE, # 411
Cleveland, TN 37323

*s/ Robert T. Cahill*
Robert T. Cahill (VSB 38562)
COOLEY LLP
11951 Freedom Drive, 14th Floor
Reston, VA 20190-5656
Telephone: (703) 456-8000
Fax: (703) 456-8100
Email: rcahill@cooley.com

*Counsel for Plaintiffs*

153829830

## FIRST SUPPLEMENTAL CERTIFICATE OF SERVICE

I hereby certify that on November 3, 2017, I electronically filed the Motion for *Pro Hac Vice* Admission of Seguin L. Strohmeier (with its initial certificate of service) with the Clerk of the Court using the CM/ECF system, and entered as Docket Entry 72.  I hereby further certify, on November 9, 2017, that I have also served the following additional non-ECF participants with said motion, via U.S. mail, First Class and postage prepaid:

Matthew Heimbach
3099 Buchanan Road SE, # 411
Cleveland, TN 37323

 

*s/ Robert T. Cahill*
Robert T. Cahill (VSB 38562)
COOLEY LLP
11951 Freedom Drive, 14th Floor
Reston, VA 20190-5656
Telephone: (703) 456-8000
Fax: (703) 456-8100
Email: rcahill@cooley.com

*Counsel for Plaintiffs*

153829840

### FIRST SUPPLEMENTAL CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2017, I electronically filed the Motion for *Pro Hac Vice* Admission of Yotam Barkai (with its initial certificate of service) with the Clerk of the Court using the CM/ECF system, and entered as Docket Entry 78. I hereby further certify, on November 9, 2017, that I have also served the following additional non-ECF participants with said motion, via U.S. mail, First Class and postage prepaid:

Matthew Heimbach
3099 Buchanan Road SE, # 411
Cleveland, TN 37323

*s/ Robert T. Cahill*
Robert T. Cahill (VSB 38562)
COOLEY LLP
11951 Freedom Drive, 14th Floor
Reston, VA 20190-5656
Telephone: (703) 456-8000
Fax: (703) 456-8100
Email: rcahill@cooley.com

*Counsel for Plaintiffs*

153829847

## FIRST SUPPLEMENTAL CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2017, I electronically filed the Motion for *Pro Hac Vice* Admission of Philip M. Bowman (with its initial certificate of service) with the Clerk of the Court using the CM/ECF system, and entered as Docket Entry 79.  I hereby further certify, on November 9, 2017, that I have also served the following additional non-ECF participants with said motion, via U.S. mail, First Class and postage prepaid:

Matthew Heimbach
3099 Buchanan Road SE, # 411
Cleveland, TN 37323

    *s/ Robert T. Cahill*
    Robert T. Cahill (VSB 38562)
    COOLEY LLP
    11951 Freedom Drive, 14th Floor
    Reston, VA 20190-5656
    Telephone: (703) 456-8000
    Fax: (703) 456-8100
    Email: rcahill@cooley.com

    *Counsel for Plaintiffs*

153829866

## FIRST SUPPLEMENTAL CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2017, I electronically filed the Motion for *Pro Hac Vice* Admission of Karen L. Dunn (with its initial certificate of service) with the Clerk of the Court using the CM/ECF system, and entered as Docket Entry 80. I hereby further certify, on November 9, 2017, that I have also served the following additional non-ECF participants with said motion, via U.S. mail, First Class and postage prepaid:

Matthew Heimbach
3099 Buchanan Road SE, # 411
Cleveland, TN 37323

*s/ Robert T. Cahill*
Robert T. Cahill (VSB 38562)
COOLEY LLP
11951 Freedom Drive, 14th Floor
Reston, VA 20190-5656
Telephone: (703) 456-8000
Fax: (703) 456-8100
Email: rcahill@cooley.com

*Counsel for Plaintiffs*

153829890

### FIRST SUPPLEMENTAL CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2017, I electronically filed the Motion for *Pro Hac Vice* Admission of William A. Isaacson (with its initial certificate of service) with the Clerk of the Court using the CM/ECF system, and entered as Docket Entry 81. I hereby further certify, on November 9, 2017, that I have also served the following additional non-ECF participants with said motion, via U.S. mail, First Class and postage prepaid:

Matthew Heimbach
3099 Buchanan Road SE, # 411
Cleveland, TN 37323

    *s/ Robert T. Cahill*
    Robert T. Cahill (VSB 38562)
    COOLEY LLP
    11951 Freedom Drive, 14th Floor
    Reston, VA 20190-5656
    Telephone: (703) 456-8000
    Fax: (703) 456-8100
    Email: rcahill@cooley.com

    *Counsel for Plaintiffs*

153829902

## FIRST SUPPLEMENTAL CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2017, I electronically filed the Motion for *Pro Hac Vice* Admission of Joshua J. Libling (with its initial certificate of service) with the Clerk of the Court using the CM/ECF system, and entered as Docket Entry 82. I hereby further certify, on November 9, 2017, that I have also served the following additional non-ECF participants with said motion, via U.S. mail, First Class and postage prepaid:

Matthew Heimbach
3099 Buchanan Road SE, # 411
Cleveland, TN 37323

*s/ Robert T. Cahill*
Robert T. Cahill (VSB 38562)
COOLEY LLP
11951 Freedom Drive, 14th Floor
Reston, VA 20190-5656
Telephone: (703) 456-8000
Fax: (703) 456-8100
Email: rcahill@cooley.com

*Counsel for Plaintiffs*

153829914