# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

| | |
|---|---|
| **ELIZABETH SINES, ET AL.,** | Case No. 3:17-cv-00072-NKM |
| Plaintiffs, | Hon. Norman K. Moon |
| v. | |
| **JASON KESSLER, ET AL.,** | |
| Defendants. | |

**BRYAN J. JONES (VSB 87675)**
106 W. South St., Ste. 211
Charlottesville, VA 22902
(P): (540) 369-2012
(F): (434) 381-4397
(E): bryan@bjoneslegal.com
*Attorney for Michael Hill, Michael Tubbs, and League of the South*

**KAPLAN & COMPANY, LLP**
Roberta A. Kaplan
350 Fifth Ave., Ste. 7110
New York, NY 10118
(P): (212) 763-0883
(E): rkaplan@kaplanandcompany.com
(E): jfink@kaplanandcompany.com
*Attorneys for Plaintiffs*

**BOIES SCHILLER FLEXNER LLP**
Philip M. Bowman
575 Lexington Ave.
New York, NY 10022
(P): (212) 446-2300
(F): (212) 446-2350
(E): pbowman@bsfllp.com
*Attorneys for Plaintiffs*

**COOLEY LLP**
Robert T. Cahill (VSB 38562)
11951 Freedom Dr., 14th Fl.
Reston, VA 20190
(P): (703) 456-8000
(F): rcahill@cooley.com
(E): rcahill@cooley.com
*Attorneys for Plaintiffs*

**BOIES SCHILLER FLEXNER LLP**
Karen L. Dunn
William A. Isaacson
1401 New York Ave. NW
Washington, DC 20005
(P): (202) 237-2727
(F): kudunn@bsfllp.com
(E): wisaacson@bsfllp.com
*Attorneys for Plaintiffs*

## MOTION TO DISMISS OF MICHAEL HILL, MICHAEL TUBBS, AND LEAGUE OF THE SOUTH
## (ORAL ARGUMENT REQUESTED)

NOW COMES Michael Hill ("Hill"), Michael Tubbs ("Tubbs"), and League of the South ("LOTS"), by and through their undersigned attorney, and hereby move this Honorable Court to dismiss Plaintiff's Complaint—pursuant to Fed. R. Civ. P. 12(b)(6)—for the reasons set forth in Brief in Support of Motion to Dismiss of Michael Hill, Michael Tubbs, and League of the South.

Respectfully submitted,

/s/ Bryan J. Jones
Bryan J. Jones (VSB 87675)
106 W. South St., Ste. 211
Charlottesville, VA 22902
(P): (540) 369-2012
(F): (434) 381-4397
(E): bryan@bjoneslegal.com
*Attorney for Michael Hill, Michael Tubbs, and League of the South*

Dated: November 10, 2017