## VII.  PROOF OF SERVICE

I, Bryan J. Jones, affirm that I am an attorney of record for a party to the above-captioned civil action, and on November 10, 2017, I served a true and accurate copy of this Motion to Dismiss upon all attorneys of record who have registered to receive service of process via the Court's Electronic Filing System by submitting said documents to said System.

/s/ Bryan J. Jones
Bryan J. Jones (VSB 87675)
106 W. South St., Ste. 211
Charlottesville, VA 22902
(P):  (540) 369-2012
(F):  (434) 381-4397
(E):  bryan@bjoneslegal.com
*Attorney for Michael Hill, Michael Tubbs, and League of the South*

Dated:  November 13, 2017-