| | |
|---|---|
| ELIZABETH SINES, SETH WISPELWEY, MARISSA BLAIR, TYLER MAGILL, APRIL MUNIZ, HANNAH PEARCE, MARCUS MARTIN, JOHN DOE, JANE DOE 1, JANE DOE 2, and JANE DOE 3,<br><br>      Plaintiffs,<br><br>v.<br><br>JASON KESSLER, RICHARD SPENCER, CHRISTOPHER CANTWELL, JAMES ALEX FIELDS, JR., VANGUARD AMERICA, ANDREW ANGLIN, MOONBASE HOLDINGS, LLC, ROBERT "AZZMADOR" RAY, NATHAN DAMIGO, ELLIOT KLINE a/k/a/ ELI MOSELY, IDENTITY EVROPA, MATTHEW HEIMBACH, MATTHEW PARROTT a/k/a DAVID MATTHEW PARROTT, TRADITIONALIST WORKER PARTY, MICHAEL HILL, MICHAEL TUBBS, LEAGUE OF THE SOUTH, JEFF SCHOEP, NATIONAL SOCIALIST MOVEMENT, NATIONALIST FRONT, AUGUSTUS SOL INVICTUS, FRATERNAL ORDER OF THE ALT-KNIGHTS, MICHAEL "ENOCH" PEINOVICH, LOYAL WHITE KNIGHTS OF THE KU KLUX KLAN, and EAST COAST KNIGHTS OF THE KU KLUX KLAN a/k/a EAST COAST KNIGHTS OF THE TRUE INVISIBLE EMPIRE,<br><br>      Defendants. | Civil Action No. 3:17-cv-00072-NKM<br><br>JURY TRIAL DEMANDED |

### [PROPOSED] ORDER GRANTING DOE PLAINTIFFS' MOTION TO PROCEED UNDER PSEUDONYMS AND MEMORANDUM IN SUPPORT

  Plaintiffs' John Doe, Jane Doe 1, Jane Doe 2, and Jane Doe 3 (collectively "Doe Plaintiffs") submitted their Motion to Proceed Under Pseudonyms and Memorandum in

Support ("Motion") with this Court on November 13, 2017. The Court, being sufficiently advised, has considered this Motion and argument, and for good cause shown, **GRANTS** this Motion.

    **IT IS HEREBY ORDERED** that the Doe Plaintiffs may continue to proceed anonymously throughout this litigation. The Clerk of this Court is hereby directed to send a certified copy of this Order to all parties and/or counsel of record.

    **IT IS SO ORDERED**.

    Entered this \_\_\_\_ day of November, 2017.

_____
The Honorable Norman K. Moon
United States District Judge