CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

11/14/2017

JULIA C. DUDLEY, CLERK
BY: _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### CHARLOTTESVILLE DIVISION

|  |  |
|---|---|
| ELIZABETH SINES, *ET AL.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> JASON KESSLER, *ET AL.*, <br><br> *Defendants.* | CASE NO. 3:17-cv-00072 <br><br> ORDER <br><br> JUDGE NORMAN K. MOON |

Paragraph thirteen of the Pretrial Order (dkt. 101) referred nondispositive pretrial motions and issues to United States Magistrate Judge Joel C. Hoppe pursuant to 28 U.S.C. § 636(b)(1)(A). Before that order was entered, Plaintiffs John Doe, Jane Doe 1, Jane Doe 2, and Jane Doe 3 filed a motion to proceed under pseudonyms. (Dkt. 98). In accordance with the pretrial order, that pending motion is now **REFERRED** to United States Magistrate Judge Joel C. Hoppe pursuant to 28 U.S.C. § 636(b)(1)(A).

It is so **ORDERED**. The Clerk of the Court is hereby directed to send a certified copy of this Order to Plaintiffs, Defendants, and all counsel of record.

Entered this ⎽14th⎽ day of November, 2017.

NORMAN K. MOON
UNITED STATES DISTRICT JUDGE