UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| ELIZABETH SINES, SETH WISPELWEY, MARISSA BLAIR, TYLER MAGILL, APRIL MUNIZ, HANNAH PEARCE, MARCUS MARTIN, JOHN DOE, JANE DOE 1, JANE DOE 2, and JANE DOE 3,<br><br>      Plaintiffs,<br><br>v.<br><br>JASON KESSLER, RICHARD SPENCER, CHRISTOPHER CANTWELL, JAMES ALEX FIELDS, JR., VANGUARD AMERICA, ANDREW ANGLIN, MOONBASE HOLDINGS, LLC, ROBERT "AZZMADOR" RAY, NATHAN DAMIGO, ELLIOT KLINE a/k/a/ ELI MOSELY, IDENTITY EVROPA, MATTHEW HEIMBACH, MATTHEW PARROTT a/k/a DAVID MATTHEW PARROTT, TRADITIONALIST WORKER PARTY, MICHAEL HILL, MICHAEL TUBBS, LEAGUE OF THE SOUTH, JEFF SCHOEP, NATIONAL SOCIALIST MOVEMENT, NATIONALIST FRONT, AUGUSTUS SOL INVICTUS, FRATERNAL ORDER OF THE ALT-KNIGHTS, MICHAEL "ENOCH" PEINOVICH, LOYAL WHITE KNIGHTS OF THE KU KLUX KLAN, and EAST COAST KNIGHTS OF THE KU KLUX KLAN a/k/a EAST COAST KNIGHTS OF THE TRUE INVISIBLE EMPIRE,<br><br>      Defendants. | **Civil Action No. 3:17-cv-00072-NKM** |

## NOTICE OF SUPPLEMENTAL SERVICE

The undersigned hereby certifies that copies of the Motions for *Pro Hac Vice* Admission

of Roberta A. Kaplan (Dkt. No. 66), Alan Levine (Dkt. No. 68), David E. Mills (Dkt. No. 69),

Julie E. Fink (Dkt. 70), Christopher Greene (Dkt. No. 71), Seguin Strohmeier (Dkt. No. 72),

Yotam Barkai (Dkt. No. 78), Philip Bowman (Dkt. No. 79), Karen Dunn (Dkt. No. 80), William Isaacson (Dkt. No. 81), Joshua Libling (Dkt. No. 82), plus the prior Notice of Supplemental Service (Dkt. No. 91), were served with supplemental certificates of service (Exhibit 1), on this 14th day of November 2017, via U.S. Mail (First Class, postage prepaid), to an additional Defendant (non-ECF participant) whose address has become known subsequent to the original filings.

Dated: November 14, 2017

Respectfully submitted,

*s/ Robert T. Cahill*
Robert T. Cahill (VSB 38562)
COOLEY LLP
11951 Freedom Drive, 14th Floor
Reston, VA 20190-5656
Telephone: (703) 456-8000
Fax: (703) 456-8100
Email: rcahill@cooley.com

*Counsel for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2017, I filed the foregoing with the Clerk of Court through the CM/ECF system, which will send a notice of electronic filing to:

Justin Saunders Gravatt
David L. Hauck
David L. Campbell
Duane, Hauck, Davis & Gravatt, P.C.
100 West Franklin Street, Suite 100
Richmond, VA 23220
jgravatt@dhdglaw.com
dhauck@dhdglaw.com
dcampbell@dhdglaw.com

*Counsel for Defendant James A. Fields, Jr.*

Bryan Jones
106 W. South St., Suite 211
Charlottesville, VA 22902
bryan@bjoneslegal.com

*Counsel for Defendants Michael Hill, Michael Tubbs and League of the South*

Elmer Woodard
5661 US Highway 29
Blairs, VA 24527
isuecrooks@comcast.net

*Counsel for Defendant Matthew Parrott*

I further hereby certify that on November 14, 2017, I also served the following non-ECF participants, via U.S. mail, First Class and postage prepaid, addressed as follows:

| | |
|---|---|
| Nathan Damigo (*pro se*)<br>Identity Europa, Inc. (*pro se*)<br>a/k/a Identity Evropa<br>14773 Orange Blossom Rd<br>Oakdale, CA 95361 | Robert Ray<br>a/k/a Robert "Azzmador" Ray and/or<br>Robert Warren Ray<br>22345 Cherry Lane<br>Frankston, TX 75763 |
| Michael Peinovich<br>a/k/a Michael "Enoch" Peinovich<br>519 E. 82nd Street, Apt 2C<br>New York, NY 10028<br>Jeff Schoep (*pro se*) | Traditionalist Worker Party<br>Registered agent: Thomas Buhls<br>2517 Federal Road<br>Benson, NC 27504<br>Loyal White Knights of the Ku Klux Klan |

| | |
|---|---|
| National Socialist Movement Nationalist Front f/k/a Aryan National Alliance 22803 Rausch Avenue Eastpointe, MI 48021 | a/k/a Loyal White Knights Church of Invisible Empire Inc. c/o Registered Agent United States Corporation Agents, Inc. 6135 Park South Drive Charlotte, NC 28210 |
| Christopher Cantwell – inmate (Offender ID no. 1915204) Albemarle-Charlottesville Regional Jail 160 Peregory Lane Charlottesville, VA 22902 | Elliot Kline a/k/a Eli Mosely and/or Eli Mosley 117 Mesa Drive Reading, PA 19608 |
| Matthew Heimbach 3099 Buchanan Road SE, # 411 Cleveland, TN 37323 | Jason Kessler 207 Pineridge Lane Charlottesville, VA 22911 |

*s/ Robert T. Cahill*
Robert T. Cahill (VSB 38562)
COOLEY LLP
11951 Freedom Drive, 14th Floor
Reston, VA 20190-5656
Telephone: (703) 456-8000
Fax: (703) 456-8100
Email: rcahill@cooley.com

*Counsel for Plaintiffs*