# EXHIBIT 1

## SECOND SUPPLEMENTAL CERTIFICATE OF SERVICE

I hereby certify that on November 2, 2017, I electronically filed the Motion for *Pro Hac Vice* Admission of Roberta A. Kaplan (with its initial certificate of service) with the Clerk of the Court using the CM/ECF system, and entered as Docket Entry 66. On November 9, 2017, I electronically filed a First Supplemental Certificate of Service for said motion (*see* Docket Entry 91). I hereby further certify, on November 14, 2017, that I have also served the following additional non-ECF participant with said motion, via U.S. mail, First Class and postage prepaid:

Jason Kessler
207 Pineridge Lane
Charlottesville, VA 22911

    *s/ Robert T. Cahill*
    Robert T. Cahill (VSB 38562)
    COOLEY LLP
    11951 Freedom Drive, 14th Floor
    Reston, VA 20190-5656
    Telephone: (703) 456-8000
    Fax: (703) 456-8100
    Email: rcahill@cooley.com

    *Counsel for Plaintiffs*

## SECOND SUPPLEMENTAL CERTIFICATE OF SERVICE

I hereby certify that on November 3, 2017, I electronically filed the Motion for *Pro Hac Vice* Admission of Alan Levine (with its initial certificate of service) with the Clerk of the Court using the CM/ECF system, and entered as Docket Entry 68. On November 9, 2017, I electronically filed a First Supplemental Certificate of Service for said motion (*see* Docket Entry 91). I hereby further certify, on November 14, 2017, that I have also served the following additional non-ECF participant with said motion, via U.S. mail, First Class and postage prepaid:

Jason Kessler
207 Pineridge Lane
Charlottesville, VA 22911

 

*s/ Robert T. Cahill*
Robert T. Cahill (VSB 38562)
COOLEY LLP
11951 Freedom Drive, 14th Floor
Reston, VA 20190-5656
Telephone: (703) 456-8000
Fax: (703) 456-8100
Email: rcahill@cooley.com

*Counsel for Plaintiffs*

## SECOND SUPPLEMENTAL CERTIFICATE OF SERVICE

I hereby certify that on November 3, 2017, I electronically filed the Motion for *Pro Hac Vice* Admission of David E. Mills (with its initial certificate of service) with the Clerk of the Court using the CM/ECF system, and entered as Docket Entry 69. On November 9, 2017, I electronically filed a First Supplemental Certificate of Service for said motion (*see* Docket Entry 91). I hereby further certify, on November 14, 2017, that I have also served the following additional non-ECF participant with said motion, via U.S. mail, First Class and postage prepaid:

Jason Kessler
207 Pineridge Lane
Charlottesville, VA 22911

    *s/ Robert T. Cahill*
    Robert T. Cahill (VSB 38562)
    COOLEY LLP
    11951 Freedom Drive, 14th Floor
    Reston, VA 20190-5656
    Telephone: (703) 456-8000
    Fax: (703) 456-8100
    Email: rcahill@cooley.com

    *Counsel for Plaintiffs*

## SECOND SUPPLEMENTAL CERTIFICATE OF SERVICE

I hereby certify that on November 3, 2017, I electronically filed the Motion for *Pro Hac Vice* Admission of Julie E. Fink (with its initial certificate of service) with the Clerk of the Court using the CM/ECF system, and entered as Docket Entry 70. On November 9, 2017, I electronically filed a First Supplemental Certificate of Service for said motion (*see* Docket Entry 91). I hereby further certify, on November 14, 2017, that I have also served the following additional non-ECF participant with said motion, via U.S. mail, First Class and postage prepaid:

Jason Kessler
207 Pineridge Lane
Charlottesville, VA 22911

*s/ Robert T. Cahill*
Robert T. Cahill (VSB 38562)
COOLEY LLP
11951 Freedom Drive, 14th Floor
Reston, VA 20190-5656
Telephone: (703) 456-8000
Fax: (703) 456-8100
Email: rcahill@cooley.com

*Counsel for Plaintiffs*

# SECOND SUPPLEMENTAL CERTIFICATE OF SERVICE

I hereby certify that on November 3, 2017, I electronically filed the Motion for *Pro Hac Vice* Admission of Christopher B. Greene (with its initial certificate of service) with the Clerk of the Court using the CM/ECF system, and entered as Docket Entry 71. On November 9, 2017, I electronically filed a First Supplemental Certificate of Service for said motion (*see* Docket Entry 91). I hereby further certify, on November 14, 2017, that I have also served the following additional non-ECF participant with said motion, via U.S. mail, First Class and postage prepaid:

Jason Kessler
207 Pineridge Lane
Charlottesville, VA 22911

*s/ Robert T. Cahill*
Robert T. Cahill (VSB 38562)
COOLEY LLP
11951 Freedom Drive, 14th Floor
Reston, VA 20190-5656
Telephone: (703) 456-8000
Fax: (703) 456-8100
Email: rcahill@cooley.com

*Counsel for Plaintiffs*

## SECOND SUPPLEMENTAL CERTIFICATE OF SERVICE

I hereby certify that on November 3, 2017, I electronically filed the Motion for *Pro Hac Vice* Admission of Seguin L. Strohmeier (with its initial certificate of service) with the Clerk of the Court using the CM/ECF system, and entered as Docket Entry 72. On November 9, 2017, I electronically filed a First Supplemental Certificate of Service for said motion (*see* Docket Entry 91). I hereby further certify, on November 14, 2017, that I have also served the following additional non-ECF participant with said motion, via U.S. mail, First Class and postage prepaid:

Jason Kessler
207 Pineridge Lane
Charlottesville, VA 22911

*s/ Robert T. Cahill*
Robert T. Cahill (VSB 38562)
COOLEY LLP
11951 Freedom Drive, 14th Floor
Reston, VA 20190-5656
Telephone: (703) 456-8000
Fax: (703) 456-8100
Email: rcahill@cooley.com

*Counsel for Plaintiffs*

## SECOND SUPPLEMENTAL CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2017, I electronically filed the Motion for *Pro Hac Vice* Admission of Yotam Barkai (with its initial certificate of service) with the Clerk of the Court using the CM/ECF system, and entered as Docket Entry 78. On November 9, 2017, I electronically filed a First Supplemental Certificate of Service for said motion (*see* Docket Entry 91). I hereby further certify, on November 14, 2017, that I have also served the following additional non-ECF participant with said motion, via U.S. mail, First Class and postage prepaid:

Jason Kessler
207 Pineridge Lane
Charlottesville, VA 22911

*s/ Robert T. Cahill*
Robert T. Cahill (VSB 38562)
COOLEY LLP
11951 Freedom Drive, 14th Floor
Reston, VA 20190-5656
Telephone: (703) 456-8000
Fax: (703) 456-8100
Email: rcahill@cooley.com

*Counsel for Plaintiffs*

## SECOND SUPPLEMENTAL CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2017, I electronically filed the Motion for *Pro Hac Vice* Admission of Philip M. Bowman (with its initial certificate of service) with the Clerk of the Court using the CM/ECF system, and entered as Docket Entry 79. On November 9, 2017, I electronically filed a First Supplemental Certificate of Service for said motion (*see* Docket Entry 91). I hereby further certify, on November 14, 2017, that I have also served the following additional non-ECF participant with said motion, via U.S. mail, First Class and postage prepaid:

Jason Kessler
207 Pineridge Lane
Charlottesville, VA 22911

*s/ Robert T. Cahill*
Robert T. Cahill (VSB 38562)
COOLEY LLP
11951 Freedom Drive, 14th Floor
Reston, VA 20190-5656
Telephone: (703) 456-8000
Fax: (703) 456-8100
Email: rcahill@cooley.com

*Counsel for Plaintiffs*

## SECOND SUPPLEMENTAL CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2017, I electronically filed the Motion for *Pro Hac Vice* Admission of Karen L. Dunn (with its initial certificate of service) with the Clerk of the Court using the CM/ECF system, and entered as Docket Entry 80. On November 9, 2017, I electronically filed a First Supplemental Certificate of Service for said motion (*see* Docket Entry 91). I hereby further certify, on November 14, 2017, that I have also served the following additional non-ECF participant with said motion, via U.S. mail, First Class and postage prepaid:

Jason Kessler
207 Pineridge Lane
Charlottesville, VA 22911

*s/ Robert T. Cahill*
Robert T. Cahill (VSB 38562)
COOLEY LLP
11951 Freedom Drive, 14th Floor
Reston, VA 20190-5656
Telephone: (703) 456-8000
Fax: (703) 456-8100
Email: rcahill@cooley.com

*Counsel for Plaintiffs*

## SECOND SUPPLEMENTAL CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2017, I electronically filed the Motion for *Pro Hac Vice* Admission of William A. Isaacson (with its initial certificate of service) with the Clerk of the Court using the CM/ECF system, and entered as Docket Entry 81. On November 9, 2017, I electronically filed a First Supplemental Certificate of Service for said motion (*see* Docket Entry 91). I hereby further certify, on November 14, 2017, that I have also served the following additional non-ECF participant with said motion, via U.S. mail, First Class and postage prepaid:

Jason Kessler
207 Pineridge Lane
Charlottesville, VA 22911

*s/ Robert T. Cahill*
Robert T. Cahill (VSB 38562)
COOLEY LLP
11951 Freedom Drive, 14th Floor
Reston, VA 20190-5656
Telephone: (703) 456-8000
Fax: (703) 456-8100
Email: rcahill@cooley.com

*Counsel for Plaintiffs*

## SECOND SUPPLEMENTAL CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2017, I electronically filed the Motion for *Pro Hac Vice* Admission of Joshua J. Libling (with its initial certificate of service) with the Clerk of the Court using the CM/ECF system, and entered as Docket Entry 82. On November 9, 2017, I electronically filed a First Supplemental Certificate of Service for said motion (*see* Docket Entry 91). I hereby further certify, on November 14, 2017, that I have also served the following additional non-ECF participant with said motion, via U.S. mail, First Class and postage prepaid:

Jason Kessler
207 Pineridge Lane
Charlottesville, VA 22911

*s/ Robert T. Cahill*
Robert T. Cahill (VSB 38562)
COOLEY LLP
11951 Freedom Drive, 14th Floor
Reston, VA 20190-5656
Telephone: (703) 456-8000
Fax: (703) 456-8100
Email: rcahill@cooley.com

*Counsel for Plaintiffs*

# FIRST SUPPLEMENTAL CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2017, I electronically filed the Notice of Supplemental Service (with its initial certificate of service) with the Clerk of the Court using the CM/ECF system, and entered as Docket Entry 91. I hereby further certify, on November 14, 2017, that I have also served the following additional non-ECF participant with said notice, via U.S. mail, First Class and postage prepaid:

Jason Kessler
207 Pineridge Lane
Charlottesville, VA 22911

*s/ Robert T. Cahill*
Robert T. Cahill (VSB 38562)
COOLEY LLP
11951 Freedom Drive, 14th Floor
Reston, VA 20190-5656
Telephone: (703) 456-8000
Fax: (703) 456-8100
Email: rcahill@cooley.com

*Counsel for Plaintiffs*

Case 3:17-cv-00072-NKM-JCH   Document 103-1   Filed 11/14/17   Page 13 of 13   Pageid#: 484