IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA


ELIZABETH SINES  ET AL.   :  Case No.  3:17-CV-72

   **Plaintiff**    :  Judge MOON


            :

 -v-

JASON KESSLER ET AL.    :

            :

   **Defendants**
_____

**MOTION TO DISMISS THE PLAINTIFF'S COMPLAINT**
_____


   Now comes defendant Nationalist Front and moves the Court to dismiss the

Plaintiff's claims against it pursuant to FRCP 12 and 17.


        Respectfully Submitted,


        s/ Elmer Woodard_____
        ELMER WOODARD (VSB 27734)
        5661 US Hwy 29
        Blairs, Va. 24527
        (434) 878-3422
        isuecrooks@comcast.net
        *Trial Attorney for Defendant*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify this Notice and all accompanying documents were served via electronic mail on November 14, 2017 upon:

All parties of record. No party is entitled to or has requested service by other means.

s/ Elmer Woodard

_____

E. Woodard (VSB 27734)