UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF VIRGINIA

Elizabeth Sines, et al.

**Plaintiff**

vs.

Case No: 3:17CV00072

Jason Kessler, et al.

**Defendant**

## AFFIDAVIT OF SERVICE

I, Jennifer McCracken, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons, Civil Cover Sheet with Addendum, Complaint, and Plaintiffs' Jury Demand in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 11/03/2017 at 11:12 AM, I served Traditionalist Worker Party c/o Thomas Conrad Buhls, Registered Agent with the Summons, Civil Cover Sheet with Addendum, Complaint, and Plaintiffs' Jury Demand at 2517 Federal Road, Benson, North Carolina 27504 by serving Thomas Conrad Buhls, Registered Agent, authorized to accept service.

Thomas Conrad Buhls is described herein as:

Gender: Male   Race/Skin: White   Age: 40   Weight: 160   Height: 5'10"   Hair: Brown   Glasses: No

I do solemnly declare and affirm under penalty of perjury that I have read the foregoing information set forth herein is correct to the best of my knowledge, information, and belief.

11/6/2017
Executed On

Jennifer McCracken

Client Ref Number: N/A
Job #: 1535249

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050