# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF VIRGINIA

Elizabeth Sines, et al.

                                                    Plaintiff

                                    *vs.*          Case No: 3:17CV00072

Jason Kessler, et al.

                                                    Defendant

## AFFIDAVIT OF SERVICE

I, Scott Pomeroy, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons, Civil Cover Sheet with Addendum, Complaint, and Plaintiffs' Jury Demand in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this matter.

That on 11/02/2017 at 6:35 PM, I served Robert Ray (a/k/a Robert "Azzmador" Ray and Robert Warren Ray) with the Summons, Civil Cover Sheet with Addendum, Complaint, and Plaintiffs' Jury Demand at 22345 Cherry Lane, Frankston, Texas 75763, by serving Robert Ray, personally.

Robert Ray is described herein as:

Gender: Male   Race/Skin: White   Age: 50   Weight: 220   Height: 6'3"   Hair: Black/White   Glasses: No

I do solemnly declare and affirm under penalty of perjury that I have read the foregoing information set forth herein is correct to the best of my knowledge, information, and belief.

*November 6, 2017*
Executed On



_____
Scott Pomeroy

Client Ref Number:N/A
Job #: 1535258

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050