## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF VIRGINIA

Elizabeth Sines, et al.

**Plaintiff**

vs.   Case No: 3:17CV00072

Jason Kessler, et al.

**Defendant**

### AFFIDAVIT OF SERVICE

I, Brad Weir, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons, Civil Cover Sheet with Addendum, Complaint, Plaintiffs' Jury Demand, Motion for Pro Hac Vice Admission of Roberta A. Kaplan and Proposed Order Granting Pro Hac Vice Admission of Roberta A. Kaplan in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this matter.

That on 11/06/2017 at 8:30 PM, I served Matthew Heimbach with the Summons, Civil Cover Sheet with Addendum, Complaint, Plaintiffs' Jury Demand, Motion for Pro Hac Vice Admission of Roberta A. Kaplan and Proposed Order Granting Pro Hac Vice Admission of Roberta A. Kaplan at 3099 Buchanan Road, SE, #411, Cleveland, Tennessee 37323, by serving Matthew Heimbach, personally.

Matthew Heimbach is described herein as:

Gender: Male   Race/Skin: White   Age: 30's   Weight: 250   Height: 6'0"   Hair: Dark   Glasses: Yes

I do solemnly declare and affirm under penalty of perjury that I have read the foregoing information set forth herein is correct to the best of my knowledge, information, and belief.

11/6/17
Executed On



Brad Weir

Client Ref Number:N/A
Job #: 1535245

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050