# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF VIRGINIA

Elizabeth Sines, et al.

**Plaintiff**

vs.   Case No: 3:17CV00072

Jason Kessler, et al.

**Defendant**

## AFFIDAVIT OF SERVICE

I, Jim Perna, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons, Civil Cover Sheet with Addendum, Complaint, and Plaintiffs' Jury Demand in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this matter.

That on 10/22/2017 at 4:07 PM, I served Jeff Schoep with the Summons, Civil Cover Sheet with Addendum, Complaint, and Plaintiffs' Jury Demand at 22803 Rausch Avenue, Eastpointe, Michigan 48021, by serving Jeff Schoep, personally.

Jeff Schoep is described herein as:

Gender: Male   Race/Skin: White   Age: 40's   Weight: 180   Height: 5'9"   Hair: Balding   Glasses: No

I do solemnly declare and affirm under penalty of perjury that I have read the foregoing information set forth herein is correct to the best of my knowledge, information, and belief.

10/22/2017
Executed On

Jim Perna

Client Ref Number: N/A
Job #: 1534513

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050