IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| ELIZABETH SINES ET AL. | : | Case No. 3:17-CV-72 |
| **Plaintiff** | : | Judge MOON |
| | : | |
| -v- | | |
| JASON KESSLER ET AL. | : | |
| | : | |
| **Defendants** | | |

_____

**MOTION TO DISMISS THE PLAINTIFF'S COMPLAINT**
_____

Now comes defendant National Socialist Movement and moves the Court to dismiss the Plaintiff's claims against it pursuant to FRCP 12.

Respectfully Submitted,

s/ Elmer Woodard
ELMER WOODARD (VSB 27734)
5661 US Hwy 29
Blairs, Va. 24527
(434) 878-3422
isuecrooks@comcast.net
*Trial Attorney for Defendant*

CERTIFICATE OF SERVICE

I hereby certify this Notice and all accompanying documents were served via electronic mail on November 15, 2017 upon:

All parties of record. No party is entitled to or has requested service by other means.

s/ Elmer Woodard

_____
E. Woodard (VSB 27734)

2
Case 3:17-cv-00072-NKM-JCH   Document 113   Filed 11/15/17   Page 2 of 2   Pageid#: 510