CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILE, VA
FILED

NOV 21 2017

JULIA C. DUDLEY, CLERK
BY: /s/ Deputy Clerk

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

ELIZABETH SINES, ET AL.,

Plaintiffs,

v.

JASON KESSLER, ET AL.,

Defendants.

Case No. 3:17-cv-00072-NKM

Hon. Norman K. Moon

## MOTION TO DISMISS OF DEFENDANT MICHAEL PEINOVICH

Defendant Michael Peinovich, Pro Se, moves this Honorable Court to dismiss Plaintiff's Complaint pursuant to Fed. R. Civ. P. 12(b)(6) for the reasons set forth in his Memorandum in Support.

_____

Michael Peinovich, Pro Se