# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### Charlottesville Division

| | |
|---|---|
| ELIZABETH SINES, SETH WISPELWEY, MARISSA BLAIR, TYLER MAGILL, APRIL MUNIZ, HANNAH PEARCE, MARCUS MARTIN, JOHN DOE, JANE DOE 1, JANE DOE 2, and JANE DOE 3, <br><br> Plaintiffs, <br><br> v. <br><br> JASON KESSLER, RICHARD SPENCER, CHRISTOPHER CANTWELL, JAMES ALEX FIELDS, JR., VANGUARD AMERICA, ANDREW ANGLIN, MOONBASE HOLDINGS, LLC, ROBERT "AZZMADOR" RAY, NATHAN DAMIGO, ELLIOT KLINE a/k/a/ ELI MOSELY, IDENTITY EVROPA, MATTHEW HEIMBACH, MATTHEW PARROTT a/k/a DAVID MATTHEW PARROTT, TRADITIONALIST WORKER PARTY, MICHAEL HILL, MICHAEL TUBBS, LEAGUE OF THE SOUTH, JEFF SCHOEP, NATIONAL SOCIALIST MOVEMENT, NATIONALIST FRONT, AUGUSTUS SOL INVICTUS, FRATERNAL ORDER OF THE ALT-KNIGHTS, MICHAEL "ENOCH" PEINOVICH, LOYAL WHITE KNIGHTS OF THE KU KLUX KLAN, and EAST COAST KNIGHTS OF THE KU KLUX KLAN a/k/a EAST COAST KNIGHTS OF THE TRUE INVISIBLE EMPIRE, <br><br> Defendants. | **Civil Action No. 3:17-cv-00072-NKM** |

## CONSENT MOTION FOR EXTENSION OF TIME, TO EXCEED PAGE LIMITS, AND FOR A BRIEFING SCHEDULE

1.      This Consent Motion is filed on behalf of all Plaintiffs and the following

Defendants:  Christopher Cantwell, Nathan Damigo, Matthew Heimbach, Identity Evropa, Jason

Kessler, Elliot Kline, National Socialist Movement, Nationalist Front, Matthew Parrott, Jeff

Schoep, Traditionalist Worker Party, Vanguard America, Robert Ray, Michael Hill, Michael

Tubbs, and the League of the South (collectively, "Joining Defendants").

2.      *This paragraph 2 is submitted by Plaintiffs only*.  This action was commenced on

October 12, 2017.  Since that date, Plaintiffs have been endeavoring to serve each of the

Defendants, and have encountered difficulties in some cases.  Although that point has not yet

been reached, Plaintiffs anticipate that they will seek the Court's assistance in completing service

on some Defendants.  A summary of the status of service for Defendants other than the Joining

Defendants is as follows:

a.      Defendant James Fields has Answered the Complaint.[1]

b.      The Loyal White Knights of the Ku Klux Klan have been served but are

not members of the Joining Defendants.  The Loyal White Knights of the

Ku Klux Klan are currently in default (their answer or motion to dismiss

was due November 14, 2017).

c.      Defendant Michael Peinovich has been served and served a motion to

dismiss upon the Plaintiffs by mail on November 20, 2017.  Counsel for

Plaintiffs endeavored to reach Mr. Peinovich to obtain consent in advance

of filing this Consent Motion but were unable to reach him.

---

[1]      Plaintiffs contacted counsel for Mr. Fields, but were unable to receive consent prior to filing.  Because Mr. Fields Answered the Complaint, he will not be affected by the motion to dismiss briefing schedule agreed to and reflected herein.

       d.      Defendants Andrew Anglin, Augustus Sol Invictus, East Coast Knights, Fraternal Order of the Alt-Knights, Moonbase Holdings, and Richard Spencer have not yet been served.

3.      Plaintiffs and Joining Defendants request the following schedule for any answers or motions to dismiss by Defendants who have been served as of the date of this filing (the "Served Defendants"):

       a.      All motions to dismiss from Served Defendants who have not already served a response will be due December 7, 2017, regardless of when a specific Served Defendant was served.

       b.      Plaintiffs' opposition to all Served Defendants' motions to dismiss filed prior to entry of this order, or filed up to and including December 7, 2017, will be due January 5, 2018, regardless of when a specific Served Defendant files or filed their motion to dismiss.  Plaintiffs respectfully request permission to exceed the word limit for a response if they choose to consolidate their responses provided that the total word count of Plaintiffs' consolidated response does not exceed 14,000 words.  If Plaintiffs choose to exercise their right under Fed.R.Civ.P.15(a)(1)(B) to amend their Complaint in response to a motion to dismiss, that amended pleading would similarly be due January 5, 2018.

       c.      Served Defendants' replies in support of any motions to dismiss will be due January 19, 2017.

4.      Plaintiffs and Joining Defendants propose to submit to the Court an agreed schedule for disclosure and discovery following their Rule 26(f) conference.

Dated: November 22, 2017

| | |
|---|---|
| /s/ *Robert T. Cahill* | /s/ *Elmer Woodard* |
| Robert T. Cahill (VSB 38562) | Elmer Woodard (VSB 27734) |
| COOLEY LLP | 5661 US Hwy. 29 |
| 11951 Freedom Drive, 14th Floor | Blairs, VA 24527 |
| Reston, VA 20190-5656 | (434) 878-3422 |
| Telephone: (703) 456-8000 | isuecrooks@comcast.net |

Roberta A. Kaplan
Julie E. Fink
Christopher B. Greene
Seguin L. Strohmeier
KAPLAN & COMPANY, LLP
250 Fifth Avenue
New York, NY 10118
Telephone: (212) 763-0883

*Attorney for Defendants Christopher Cantwell, Nathan Damigo, Matthew Heimbach, Identity Europa, Jason Kessler, Elliot Kline, National Socialist Movement, Nationalist Front, Matthew Parrott, Jeff Schoep, Traditionalist Worker Party, Vanguard America, and Robert Ray*

Karen L. Dunn
William A. Isaacson
BOIES SCHILLER FLEXNER, LLP
1401 New York Avenue, NW
Washington, DC 20005
Telephone: (202) 237-2727

/s/ *Bryan J. Jones*

Bryan J. Jones (VSB 87675)
106 W. South St. Suite 211
Charlottesville, VA 22902
540-623-6952 (phone)
434-381-4397 (fax)
bryan@bjoneslegal.com

Philip M. Bowman
Joshua J. Libling
BOIES SCHILLER FLEXNER, LLP
575 Lexington Avenue, 7th Floor
New York, NY 10022
Telephone: (212) 446-2300

*Attorney for Defendants Michael Hill, Michael Tubbs, and the League of the South*

Alan Levine
COOLEY LLP
1114 Avenue of the Americas, 46th Floor
New York, NY 10036
Telephone: (212) 479-6260

David E. Mills
COOLEY LLP
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004
Telephone: (202) 842-7800

*Attorneys for Plaintiffs*

4