UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| ELIZABETH SINES, SETH WISPELWEY, MARISSA BLAIR, TYLER MAGILL, APRIL MUNIZ, HANNAH PEARCE, MARCUS MARTIN, JOHN DOE, JANE DOE 1, JANE DOE 2, and JANE DOE 3,<br><br>Plaintiffs,<br><br>v.<br><br>JASON KESSLER, RICHARD SPENCER, CHRISTOPHER CANTWELL, JAMES ALEX FIELDS, JR., VANGUARD AMERICA, ANDREW ANGLIN, MOONBASE HOLDINGS, LLC, ROBERT "AZZMADOR" RAY, NATHAN DAMIGO, ELLIOT KLINE a/k/a/ ELI MOSELY, IDENTITY EVROPA, MATTHEW HEIMBACH, MATTHEW PARROTT a/k/a DAVID MATTHEW PARROTT, TRADITIONALIST WORKER PARTY, MICHAEL HILL, MICHAEL TUBBS, LEAGUE OF THE SOUTH, JEFF SCHOEP, NATIONAL SOCIALIST MOVEMENT, NATIONALIST FRONT, AUGUSTUS SOL INVICTUS, FRATERNAL ORDER OF THE ALT-KNIGHTS, MICHAEL "ENOCH" PEINOVICH, LOYAL WHITE KNIGHTS OF THE KU KLUX KLAN, and EAST COAST KNIGHTS OF THE KU KLUX KLAN a/k/a EAST COAST KNIGHTS OF THE TRUE INVISIBLE EMPIRE,<br><br>Defendants. | **Civil Action No. 3:17-cv-00072-NKM** |

**[PROPOSED] ORDER GRANTING CONSENT MOTION**

WHEREAS, on November 14, 2017, the Court entered a Pretrial Order that, among other provisions, permitted the parties ten days to request changes to the deadlines and orders contained therein; and

WHEREAS, on November 22, 2017, Plaintiffs and Defendants Christopher Cantwell, Nathan Damigo, Matthew Heimbach, Identity Evropa, Jason Kessler, Elliot Kline, National Socialist Movement, Nationalist Front, Matthew Parrott, Jeff Schoep, Traditionalist Worker Party, Vanguard America, Robert Ray, Michael Hill, Michael Tubbs, and the League of the South (collectively, "Joining Defendants"), submitted a Consent Motion for Extension of Time, to Exceed Page Limits, and for a Briefing Schedule seeking, *inter alia*, certain changes to the Pretrial Order;

NOW, THEREFORE, it is ordered:

1. All motions to dismiss from Defendants who have been served as of the date of this Order (the "Served Defendants") and who have not already served a response will be due December 7, 2017, regardless of when a specific Served Defendant was served.

2. Plaintiffs' opposition to all motions to dismiss filed prior to entry of this order, or filed up to and including December 7, 2017, will be due January 5, 2018.  If Plaintiffs choose to exercise their right under Fed.R.Civ.P.15(a)(1)(B) to amend their Complaint in response to a motion to dismiss, that amended pleading would similarly be due January 5, 2018.

3. Plaintiffs may exceed the word limit for a response if they choose to consolidate their opposition briefs, provided that the total word count of Plaintiffs' consolidated response does not exceed 14,000 words.

4. Replies in support of any motions to dismiss will be due January 19, 2017.

5. The Parties must conduct a Fed.R.Civ.P.26(f) conference within seven (7) days of entry of this order.

6. Within seven (7) days of the Fed.R.Civ.P.26(f) conference, the Parties must submit their proposal for disclosure and discovery deadlines.

Dated: November \_\_\_\_\_, 2017

**SO ORDERED**

_____
Hon. Joel C. Hoppe, M.J.