# EXHIBIT 1

## FIRST SUPPLEMENTAL CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2017, I electronically filed the Motion to Proceed

Under Pseudonyms (with its initial certificate of service and supporting materials) with the Clerk

of the Court using the CM/ECF system, and entered as Docket Entry 98.  I hereby further certify,

on November 27, 2017, that I have also served the following additional non-ECF participant with

said notice, via U.S. mail, First Class and postage prepaid:

Vanguard America
c/o Dillon Ulysses Hopper a/k/a Dillon Irizarry
383 Hazzard Street
Scottsburg, Indiana 47170

*s/ Robert T. Cahill*
Robert T. Cahill (VSB 38562)
COOLEY LLP
11951 Freedom Drive, 14th Floor
Reston, VA 20190-5656
Telephone: (703) 456-8000
Fax: (703) 456-8100
Email: rcahill@cooley.com

*Counsel for Plaintiffs*

## FIRST SUPPLEMENTAL CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2017, I electronically filed the Notice of

Supplemental Service (with its initial certificate of service) with the Clerk of the Court using the

CM/ECF system, and entered as Docket Entry 103.  I hereby further certify, on November 27,

2017, that I have also served the following additional non-ECF participant with said notice, via

U.S. mail, First Class and postage prepaid:


Vanguard America
c/o Dillon Ulysses Hopper a/k/a Dillon Irizarry
383 Hazzard Street
Scottsburg, Indiana 47170


*s/ Robert T. Cahill*
Robert T. Cahill (VSB 38562)
COOLEY LLP
11951 Freedom Drive, 14th Floor
Reston, VA 20190-5656
Telephone: (703) 456-8000
Fax: (703) 456-8100
Email: rcahill@cooley.com

*Counsel for Plaintiffs*

# FIRST SUPPLEMENTAL CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2017, I electronically filed the Joint Motion for

Extension of Time (with its initial certificate of service) with the Clerk of the Court using the

CM/ECF system, and entered as Docket Entry 119.  I hereby further certify, on November 27,

2017, that I have also served the following additional non-ECF participant with said notice, via

U.S. mail, First Class and postage prepaid:

Vanguard America
c/o Dillon Ulysses Hopper a/k/a Dillon Irizarry
383 Hazzard Street
Scottsburg, Indiana 47170

*s/ Robert T. Cahill*
Robert T. Cahill (VSB 38562)
COOLEY LLP
11951 Freedom Drive, 14th Floor
Reston, VA 20190-5656
Telephone: (703) 456-8000
Fax: (703) 456-8100
Email: rcahill@cooley.com

*Counsel for Plaintiffs*

## SECOND SUPPLEMENTAL CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2017, I electronically filed the Notice of

Supplemental Service (with its initial certificate of service) with the Clerk of the Court using the

CM/ECF system, and entered as Docket Entry 91.  On November 14, 2017, I electronically filed

a First Supplemental Certificate of Service for said notice (*see* Docket Entry 103).  I hereby

further certify, on November 27, 2017, that I have also served the following additional non-ECF

participant with said notice, via U.S. mail, First Class and postage prepaid:


Vanguard America
c/o Dillon Ulysses Hopper a/k/a Dillon Irizarry
383 Hazzard Street
Scottsburg, Indiana 47170


*s/ Robert T. Cahill*
Robert T. Cahill (VSB 38562)
COOLEY LLP
11951 Freedom Drive, 14th Floor
Reston, VA 20190-5656
Telephone: (703) 456-8000
Fax: (703) 456-8100
Email: rcahill@cooley.com

*Counsel for Plaintiffs*

## THIRD SUPPLEMENTAL CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2017, I electronically filed the Motion for *Pro Hac Vice* Admission of Yotam Barkai (with its initial certificate of service) with the Clerk of the Court using the CM/ECF system, and entered as Docket Entry 78.  On November 9, 2017, I electronically filed a First Supplemental Certificate of Service for said motion (*see* Docket Entry 91).  On November 14, 2017, I electronically filed a Second Supplemental Certificate of Service for said motion (*see* Docket Entry 103).  I hereby further certify, on November 27, 2017, that I have also served the following additional non-ECF participant with said motion, via U.S. mail, First Class and postage prepaid:

Vanguard America
c/o Dillon Ulysses Hopper a/k/a Dillon Irizarry
383 Hazzard Street
Scottsburg, Indiana 47170

*s/ Robert T. Cahill*
Robert T. Cahill (VSB 38562)
COOLEY LLP
11951 Freedom Drive, 14th Floor
Reston, VA 20190-5656
Telephone: (703) 456-8000
Fax: (703) 456-8100
Email: rcahill@cooley.com

*Counsel for Plaintiffs*

## THIRD SUPPLEMENTAL CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2017, I electronically filed the Motion for *Pro Hac Vice* Admission of Philip M. Bowman (with its initial certificate of service) with the Clerk of the Court using the CM/ECF system, and entered as Docket Entry 79.  On November 9, 2017, I electronically filed a First Supplemental Certificate of Service for said motion (*see* Docket Entry 91).  On November 14, 2017, I electronically filed a Second Supplemental Certificate of Service for said motion (*see* Docket Entry 103).  I hereby further certify, on November 27, 2017, that I have also served the following additional non-ECF participant with said motion, via U.S. mail, First Class and postage prepaid:

Vanguard America
c/o Dillon Ulysses Hopper a/k/a Dillon Irizarry
383 Hazzard Street
Scottsburg, Indiana 47170

*s/ Robert T. Cahill*
Robert T. Cahill (VSB 38562)
COOLEY LLP
11951 Freedom Drive, 14th Floor
Reston, VA 20190-5656
Telephone: (703) 456-8000
Fax: (703) 456-8100
Email: rcahill@cooley.com

*Counsel for Plaintiffs*

## THIRD SUPPLEMENTAL CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2017, I electronically filed the Motion for *Pro Hac Vice* Admission of Karen L. Dunn (with its initial certificate of service) with the Clerk of the Court using the CM/ECF system, and entered as Docket Entry 80.  On November 9, 2017, I electronically filed a First Supplemental Certificate of Service for said motion (*see* Docket Entry 91).  On November 14, 2017, I electronically filed a Second Supplemental Certificate of Service for said motion (*see* Docket Entry 103).  I hereby further certify, on November 27, 2017, that I have also served the following additional non-ECF participant with said motion, via U.S. mail, First Class and postage prepaid:

Vanguard America
c/o Dillon Ulysses Hopper a/k/a Dillon Irizarry
383 Hazzard Street
Scottsburg, Indiana 47170

*s/ Robert T. Cahill*
Robert T. Cahill (VSB 38562)
COOLEY LLP
11951 Freedom Drive, 14th Floor
Reston, VA 20190-5656
Telephone: (703) 456-8000
Fax: (703) 456-8100
Email: rcahill@cooley.com

*Counsel for Plaintiffs*

## THIRD SUPPLEMENTAL CERTIFICATE OF SERVICE

I hereby certify that on November 3, 2017, I electronically filed the Motion for *Pro Hac Vice* Admission of Julie E. Fink (with its initial certificate of service) with the Clerk of the Court using the CM/ECF system, and entered as Docket Entry 70.  On November 9, 2017, I electronically filed a First Supplemental Certificate of Service for said motion (*see* Docket Entry 91).  On November 14, 2017, I electronically filed a Second Supplemental Certificate of Service for said motion (*see* Docket Entry 103).  I hereby further certify, on November 27, 2017, that I have also served the following additional non-ECF participant with said motion, via U.S. mail, First Class and postage prepaid:

Vanguard America
c/o Dillon Ulysses Hopper a/k/a Dillon Irizarry
383 Hazzard Street
Scottsburg, Indiana 47170

*s/ Robert T. Cahill*
Robert T. Cahill (VSB 38562)
COOLEY LLP
11951 Freedom Drive, 14th Floor
Reston, VA 20190-5656
Telephone: (703) 456-8000
Fax: (703) 456-8100
Email: rcahill@cooley.com

*Counsel for Plaintiffs*

## THIRD SUPPLEMENTAL CERTIFICATE OF SERVICE

I hereby certify that on November 3, 2017, I electronically filed the Motion for *Pro Hac Vice* Admission of Christopher B. Greene (with its initial certificate of service) with the Clerk of the Court using the CM/ECF system, and entered as Docket Entry 71.  On November 9, 2017, I electronically filed a First Supplemental Certificate of Service for said motion (*see* Docket Entry 91).  On November 14, 2017, I electronically filed a Second Supplemental Certificate of Service for said motion (*see* Docket Entry 103).  I hereby further certify, on November 27, 2017, that I have also served the following additional non-ECF participant with said motion, via U.S. mail, First Class and postage prepaid:

Vanguard America
c/o Dillon Ulysses Hopper a/k/a Dillon Irizarry
383 Hazzard Street
Scottsburg, Indiana 47170

*s/ Robert T. Cahill*
Robert T. Cahill (VSB 38562)
COOLEY LLP
11951 Freedom Drive, 14th Floor
Reston, VA 20190-5656
Telephone: (703) 456-8000
Fax: (703) 456-8100
Email: rcahill@cooley.com

*Counsel for Plaintiffs*

## THIRD SUPPLEMENTAL CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2017, I electronically filed the Motion for *Pro Hac Vice* Admission of William A. Isaacson (with its initial certificate of service) with the Clerk of the Court using the CM/ECF system, and entered as Docket Entry 81.  On November 9, 2017, I electronically filed a First Supplemental Certificate of Service for said motion (*see* Docket Entry 91).  On November 14, 2017, I electronically filed a Second Supplemental Certificate of Service for said motion (*see* Docket Entry 103).  I hereby further certify, on November 27, 2017, that I have also served the following additional non-ECF participant with said motion, via U.S. mail, First Class and postage prepaid:

Vanguard America
c/o Dillon Ulysses Hopper a/k/a Dillon Irizarry
383 Hazzard Street
Scottsburg, Indiana 47170

*s/ Robert T. Cahill*
Robert T. Cahill (VSB 38562)
COOLEY LLP
11951 Freedom Drive, 14th Floor
Reston, VA 20190-5656
Telephone: (703) 456-8000
Fax: (703) 456-8100
Email: rcahill@cooley.com

*Counsel for Plaintiffs*

## THIRD SUPPLEMENTAL CERTIFICATE OF SERVICE

I hereby certify that on November 2, 2017, I electronically filed the Motion for *Pro Hac Vice* Admission of Roberta A. Kaplan (with its initial certificate of service) with the Clerk of the Court using the CM/ECF system, and entered as Docket Entry 66.  On November 9, 2017, I electronically filed a First Supplemental Certificate of Service for said motion (*see* Docket Entry 91).  On November 14, 2017, I electronically filed a Second Supplemental Certificate of Service for said motion (*see* Docket Entry 103).  I hereby further certify, on November 27, 2017, that I have also served the following additional non-ECF participant with said motion, via U.S. mail, First Class and postage prepaid:

Vanguard America
c/o Dillon Ulysses Hopper a/k/a Dillon Irizarry
383 Hazzard Street
Scottsburg, Indiana 47170

*s/ Robert T. Cahill*
Robert T. Cahill (VSB 38562)
COOLEY LLP
11951 Freedom Drive, 14th Floor
Reston, VA 20190-5656
Telephone: (703) 456-8000
Fax: (703) 456-8100
Email: rcahill@cooley.com

*Counsel for Plaintiffs*

### THIRD SUPPLEMENTAL CERTIFICATE OF SERVICE

I hereby certify that on November 3, 2017, I electronically filed the Motion for *Pro Hac Vice* Admission of Alan Levine (with its initial certificate of service) with the Clerk of the Court using the CM/ECF system, and entered as Docket Entry 68.  On November 9, 2017, I electronically filed a First Supplemental Certificate of Service for said motion (*see* Docket Entry 91).  On November 14, 2017, I electronically filed a Second Supplemental Certificate of Service for said motion (*see* Docket Entry 103).  I hereby further certify, on November 27, 2017, that I have also served the following additional non-ECF participant with said motion, via U.S. mail, First Class and postage prepaid:

Vanguard America
c/o Dillon Ulysses Hopper a/k/a Dillon Irizarry
383 Hazzard Street
Scottsburg, Indiana 47170

*s/ Robert T. Cahill*
Robert T. Cahill (VSB 38562)
COOLEY LLP
11951 Freedom Drive, 14th Floor
Reston, VA 20190-5656
Telephone: (703) 456-8000
Fax: (703) 456-8100
Email: rcahill@cooley.com

*Counsel for Plaintiffs*

## THIRD SUPPLEMENTAL CERTIFICATE OF SERVICE

I hereby certify that on November 6, 2017, I electronically filed the Motion for *Pro Hac Vice* Admission of Joshua J. Libling (with its initial certificate of service) with the Clerk of the Court using the CM/ECF system, and entered as Docket Entry 82.  On November 9, 2017, I electronically filed a First Supplemental Certificate of Service for said motion (*see* Docket Entry 91).  On November 14, 2017, I electronically filed a Second Supplemental Certificate of Service for said motion (*see* Docket Entry 103).  I hereby further certify, on November 27, 2017, that I have also served the following additional non-ECF participant with said motion, via U.S. mail, First Class and postage prepaid:

Vanguard America
c/o Dillon Ulysses Hopper a/k/a Dillon Irizarry
383 Hazzard Street
Scottsburg, Indiana 47170

*s/ Robert T. Cahill*
Robert T. Cahill (VSB 38562)
COOLEY LLP
11951 Freedom Drive, 14th Floor
Reston, VA 20190-5656
Telephone: (703) 456-8000
Fax: (703) 456-8100
Email: rcahill@cooley.com

*Counsel for Plaintiffs*

## THIRD SUPPLEMENTAL CERTIFICATE OF SERVICE

I hereby certify that on November 3, 2017, I electronically filed the Motion for *Pro Hac Vice* Admission of David E. Mills (with its initial certificate of service) with the Clerk of the Court using the CM/ECF system, and entered as Docket Entry 69.  On November 9, 2017, I electronically filed a First Supplemental Certificate of Service for said motion (*see* Docket Entry 91).  On November 14, 2017, I electronically filed a Second Supplemental Certificate of Service for said motion (*see* Docket Entry 103).  I hereby further certify, on November 27, 2017, that I have also served the following additional non-ECF participant with said motion, via U.S. mail, First Class and postage prepaid:

Vanguard America
c/o Dillon Ulysses Hopper a/k/a Dillon Irizarry
383 Hazzard Street
Scottsburg, Indiana 47170

*s/ Robert T. Cahill*
Robert T. Cahill (VSB 38562)
COOLEY LLP
11951 Freedom Drive, 14th Floor
Reston, VA 20190-5656
Telephone: (703) 456-8000
Fax: (703) 456-8100
Email: rcahill@cooley.com

*Counsel for Plaintiffs*

## THIRD SUPPLEMENTAL CERTIFICATE OF SERVICE

I hereby certify that on November 3, 2017, I electronically filed the Motion for *Pro Hac Vice* Admission of Seguin L. Strohmeier (with its initial certificate of service) with the Clerk of the Court using the CM/ECF system, and entered as Docket Entry 72.  On November 9, 2017, I electronically filed a First Supplemental Certificate of Service for said motion (*see* Docket Entry 91).  On November 14, 2017, I electronically filed a Second Supplemental Certificate of Service for said motion (*see* Docket Entry 103).  I hereby further certify, on November 27, 2017, that I have also served the following additional non-ECF participant with said motion, via U.S. mail, First Class and postage prepaid:

Vanguard America
c/o Dillon Ulysses Hopper a/k/a Dillon Irizarry
383 Hazzard Street
Scottsburg, Indiana 47170

*s/ Robert T. Cahill*
Robert T. Cahill (VSB 38562)
COOLEY LLP
11951 Freedom Drive, 14th Floor
Reston, VA 20190-5656
Telephone: (703) 456-8000
Fax: (703) 456-8100
Email: rcahill@cooley.com

*Counsel for Plaintiffs*