UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| ELIZABETH SINES, SETH WISPELWEY, MARISSA BLAIR, TYLER MAGILL, APRIL MUNIZ, HANNAH PEARCE, MARCUS MARTIN, JOHN DOE, JANE DOE 1, JANE DOE 2, and JANE DOE 3,<br><br>Plaintiffs,<br><br>v.<br><br>JASON KESSLER, RICHARD SPENCER, CHRISTOPHER CANTWELL, JAMES ALEX FIELDS, JR., VANGUARD AMERICA, ANDREW ANGLIN, MOONBASE HOLDINGS, LLC, ROBERT "AZZMADOR" RAY, NATHAN DAMIGO, ELLIOT KLINE a/k/a/ ELI MOSELY, IDENTITY EVROPA, MATTHEW HEIMBACH, MATTHEW PARROTT a/k/a DAVID MATTHEW PARROTT, TRADITIONALIST WORKER PARTY, MICHAEL HILL, MICHAEL TUBBS, LEAGUE OF THE SOUTH, JEFF SCHOEP, NATIONAL SOCIALIST MOVEMENT, NATIONALIST FRONT, AUGUSTUS SOL INVICTUS, FRATERNAL ORDER OF THE ALT-KNIGHTS, MICHAEL "ENOCH" PEINOVICH, LOYAL WHITE KNIGHTS OF THE KU KLUX KLAN, and EAST COAST KNIGHTS OF THE KU KLUX KLAN a/k/a EAST COAST KNIGHTS OF THE TRUE INVISIBLE EMPIRE,<br><br>Defendants. | **Civil Action No. 3:17-cv-00072-NKM** |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO PRECLUDE DEFENDANT MICHAEL PEINOVICH FROM RECORDING PARTIES' DISCOVERY NEGOTIATIONS**

WHEREAS, on November 22, 2017, the Court entered a Pretrial Order that, among other provisions, required the parties to conduct a Fed.R.Civ.P.26(f) conference within seven days of that Pretrial Order;

WHEREAS, the parties intend to hold a Fed.R.Civ.P.26(f) conference by telephone on November 29, 2017; and

WHEREAS, on November 28-29, 2017, Defendant Michael Peinovich indicated that he intended to record the Fed.R.Civ.P.26(f) conference, and refused either to participate in the conference without recording it, or to conduct the conference by email;

NOW, THEREFORE, it is ordered:

1. All parties or parties' counsel are prohibited from recording any conversation with any party or party's counsel at any time without their prior consent, including any Fed.R.Civ.P.26(f) conference.

Dated: November \_\_\_\_\_, 2017

**SO ORDERED**

_____
Hon. Joel C. Hoppe, M.J.