IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| **Elizabeth Sines et al.,** | |
|     Plaintiffs, | Civil Action No. 3:17-cv-72 |
| v. | JUDGE MOON |
| **Jason Kessler et al.,** | |
|     Defendants. | |

## ORDER

Upon consideration of Defendant's Motion for James E. Kolenich's Admission *Pro Hac Vice*, the entire record herein, and for good cause shown, it is hereby:

**ORDERED** that Defendant's Motion is **GRANTED**; and it is further

**ORDERED** that James E. Kolenich, Esq. is admitted *pro hac vice* to appear before this Court on behalf of Jason Kessler, Christopher Cantwell, Nathan Damigo, Matthew Heimbach, Identity Europa, Elliott Kline, National Socialist Movement, Nationalist Front, Matthew Parrott, Jeff Schoep, Traditionalist Workers Party, Vanguard America, and Robert Ray in this action.

                                               United States District Judge