CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

DEC 06 2017

JULIA C. DUDLEY, CLERK
BY: /s/
    DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

ELIZABETH SINES, ET AL.,          Case No. 3:17-cv-00072-NKM

Plaintiffs,          Hon. Norman K. Moon

v.

JASON KESSLER, ET AL.,

Defendants.

### DEFENDANT MICHAEL PEINOVICH'S MOTION FOR PERMISSION TO PARTICIPATE IN ELECTRONIC FILING

Defendant Michael Peinovich, Pro Se, moves for permission to participate in electronic filing.

Defendant Peinovich certifies that he is computer literate and has full and up-to-date Internet access. Mr. Peinovich in fact worked for several years in computer software development. This is a complex case, with many parties. As a pro se defendant confronting a dozen attorneys for the plaintiffs, all of whom have electronic filing permission, Peinovich will be at a great disadvantage if he too is not allowed electronic filing. Without electronic filing, Peinovich will not learn of new filings as quickly as the plaintiffs' lawyers and will be unfairly forced to used the slower and more cumbersome U.S. mails to defend himself.

For these reasons, Peinovich respectfully requests that he be allowed to participate in electronic filing on the same terms as Plaintiffs' lawyers.

Respectfully submitted,

/s/ Michael Peinovich

Michael Peinovich, Pro Se

## CERTIFICATE OF SERVICE

On this ___ day of November, 2017, I Michael Peinovich certify that I mailed copies of this motion to:

**Alan Levine**
Cooley LLP
1114 Avenue of the Americas, 46th Floor
New York, NY 10036


**Christopher Bradford Greene**
**Julie Eden Fink**
**Roberta Ann Kaplan**
**Seguin Layton Strohmeier**

Kaplan & Company, LLP
350 Fifth Avenue, Suite 7110
New York, NY 10118


**David E. Mills**
Cooley LLP
1299 Pennsylvania Avenue, NW,
Suite 700
Washington, DC 20004


**Joshua James Libling**
**Philip Matthew Bowman**
**Yotam Barkai**
Boies Schiller Flexner, LLP
575 Lexington Avenue, 7th Floor
New York, NY 10022

**Karen Leah Dunn**
**William Anthony Isaacson**
Boies Schiller Flexner, LLP

2

1401 New York Avenue, NW
Washington, DC 20005

**Robert T. Cahill**
Cooley LLP
11951 Freedom Drive
Reston, VA 20190

**Nathan Damigo**
14773 Orange Blossom Road
Oakdale, CA 95361
PRO SE

**Elmer Woodard**
5700 US Hwy 29
Blairs, VA 24527

**Justin Saunders Gravatt**
Duane, Hauck, Davis &
Gravatt, P.C.
100 West Franklin Street, Suite 100
Richmond, VA 23220

**Bryan Jeffrey Jones**
Bryan J. Jones, Attorney at law
106 W. South Street, Suite 211
Charlottesville, VA 22902

_/s/_
Michael Peinovich