IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| ELIZABETH SINES ET AL. | : | Case No. 3:17-CV-72 |
| **Plaintiff** | : | Judge MOON |
| | : | |
| -v- | | |
| JASON KESSLER ET AL. | : | |
| | : | |
| **Defendants** | | |

**MOTION TO DISMISS THE PLAINTIFF'S COMPLAINT**

Now come defendants Identity Europa, Nathan Damigo, and Elliott Kline aka Eli Mosley, and move the Court to dismiss the Plaintiff's claims against them pursuant to FRCP 12.

Respectfully Submitted,

s/ Elmer Woodard
ELMER WOODARD (VSB 27734)
5661 US Hwy 29
Blairs, Va. 24527
(434) 878-3422
isuecrooks@comcast.net
*Trial Attorney for Defendant*

1

2

CERTIFICATE OF SERVICE

I hereby certify this Notice and all accompanying documents were served via electronic mail on December 7, 2017 upon:

All parties of record. One party is entitled to or has requested service by other means and said party has been served by regular US mail as follows:
Mr. Michael Enoch Peinovich
PO Box 1069
Hopewell Junction, NY 12533         .

                                                                   s/ Elmer Woodard

                                                                   _____
                                                                   E. Woodard (VSB 27734)