IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA

ELIZABETH SINES ET AL.        :        Case No. 3:17-CV-72

    **Plaintiff**        :        Judge MOON

                                 :

  -v-

JASON KESSLER ET AL.        :

                                 :

    **Defendants**

---

### MOTION TO DISMISS THE PLAINTIFF'S COMPLAINT
---

Now comes defendants Traditionalist Worker Party and Matthew Heimbach and move the Court to dismiss the Plaintiff's claims against them pursuant to FRCP 12.

                              Respectfully Submitted,

                              s/ Elmer Woodard
                              ELMER WOODARD (VSB 27734)
                              5661 US Hwy 29
                              Blairs, Va. 24527
                              (434) 878-3422
                              isuecrooks@comcast.net
                              *Trial Attorney for Defendant*

2

CERTIFICATE OF SERVICE

I hereby certify this Notice and all accompanying documents were served via electronic mail on December 7, 2017 upon:

All parties of record. One party is entitled to or has requested service by other means and said party has been served by regular US mail as follows:
Mr. Michael Enoch Peinovich
PO Box 1069
Hopewell Junction, NY 12533            .

                                                        s/ Elmer Woodard

                                                        _____
                                                        E. Woodard (VSB 27734)