CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILE, VA
FILED

DEC 11 2017

JULIA C. DUDLEY, CLERK
BY: _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT CASE

## 3:17-cv-00072-NKM

## RESPONSE TO SUMMONS

I, Amanda Barker, representing myself, my husband Chris Barker, and The Loyal White Knights of the Ku Klux Klan, do herein respond to all charges brought about by this civil action.

We deny all charges issued by complaint. We further charge that this is a frivolous suit with no merit. We intend to file countersuits against each plaintiff, and each plaintiff's attorney for bringing this action.

It will be proven that in this case, and all such cases, that our organization and our members were merely participants in a legally organized rally, and during our peaceful demonstration, protestors against us illegally attacked and caused severe emotional and physical damages for which we will seek compensation.

It is our contention that whenever we assemble in public, we do so with no ill intent other than to further our cause as guaranteed under the Constitution and its articles of peaceful demonstration. We are then attacked by leftist extremists and any injuries thereby inflicted upon them are done so under our right to self-defense. We at no time, or under any circumstances intentionally cause harm to any person, or persons.

Amanda Barker, IK, Loyal White Knights

Signed _Amanda Barker_____ Date _11-28-17_

CHRIS BARKER
P.O. BOX 54
PELHAM N.C. 27311

GREENSBORO NC 274
PIEDMONT TRIAD AREA
07 DEC 2017 PM 4 51

Federal Building + US
255. W. Main St # 230
Charlottesville, VA, 22901

22902-5056855