To Whom it May Concern:

I am Amanda Barker, Imperial Kommander of The Loyal White Knights of the Ku Klux Klan. Recently we have come under extreme fire for being a hate group. This couldn't be farther from the truth. Any reasonable person, whether he believes in our cause or not, can easily see that whenever we show up to demonstrate, we are the ones who are attacked. Always. It is never the other way around. Our only tenet, and our only request is that we be left alone to pursue our right to stay white and pure as we believe God intended.

This has been a troubling year for us. We have cried out to preserve our landmarks and our heritage, as well as to ban harmful literature such as Sweet Tea, The Slave Ship and The Slave Players because they are obviously deviant writings whose intent is to spread hate and corrupt the minds and morals of our youth. We should be applauded for this, and yet we are constantly attacked wherever we gather. And we have been accused of causing harm to the very people who come out to attack us. As we enter the holiday season we ask God to bless our cause and show tolerance for our abusers. And in the spirit of the Savior, we wish no harm to anyone, so long as they respect our right to self-destiny.

Anyone who has no ill intent can contact me at Loyal.white.knights.office@gmail.com


__Amanda Barker IK LWK__  Date __11/29/2017__

*AB* (signature)