CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

**AFFIDAVIT FOR SERVICE OF PROCESS ON THE**   DEC 11 2017   Case No.: .................   3:17-cv-00072-NKM
**SECRETARY OF THE COMMONWEALTH**
*Commonwealth of Virginia*                     JULIA C. DUDLEY, CLERK
Va. Code § 8.01-301, -310, -329; 55-218.1; 57-51   BY:
                                               DEPUTY CLERK

US District Court (Charlottesville Division) ........................................................ District Court

| Sines, et al | v. | Augustus Sol Invictus |
| c/o Robert Cahill, Cooley LLP  11951 Freedom Drive | | 206 N Mills Avenue |
| Reston VA, 20190 | | Orlando FL, 32801 |

TO THE PERSON PREPARING THIS AFFIDAVIT: You must comply with the appropriate requirements listed on the back of this form.

Attachments:  [  ] Warrant   [  ] Motion for Judgment  [  ] Garnishment Summons  [ ✗ ]  Summons and Complaint

I, the undersigned Affiant, state under oath that:
[ ✗ ] the above-named defendant  [  ] .............................................................................

whose last known address is: [ ✗ ]  same as above  [  ] ..............................................................

...........................................................................................................................

1. [ ✗ ]   is a non-resident of the Commonwealth of Virginia or a foreign corporation and Virginia Code § 8.01-328.1(A) .... 3 ....
   applies (see NON-RESIDENCE GROUNDS REQUIREMENT on reverse).

2. [  ]   is a person whom the party seeking service, after exercising due diligence, has been unable to locate (see DUE DILIGENCE
   REQUIREMENT ON BACK) and that

   is the return date on the attached warrant, motion for judgment or notice (see TIMELY SERVICE
   REQUIREMENT on reverse).

12/4/2017
DATE                               [ ] PARTY   [✗] PARTY'S ATTORNEY   [ ] PARTY'S AGENT

State of ...Virginia...             [ ] City [✗] County of ...Fairfax...

Acknowledged, subscribed and sworn to before me this   4th   day of   December 2017

248876
NOTARY REGISTRATION NUMBER          [ ] CLERK [ ] MAGISTRATE [✗] NOTARY PUBLIC (My commission expires: .......................... )

[✗] Verification of the date of filing of the certificate of compliance requested in the self-addressed stamped envelope provided.

NOTICE TO THE RECIPIENT from the Office of the Secretary of the Commonwealth of Virginia:
    You are being served with this notice and attached pleadings under Section 8.01-329 of the Code of Virginia which designates
    the Secretary of the Commonwealth as statutory agent for Service of Process. The Secretary of the Commonwealth's ONLY
    responsibility is to mail, by certified mail, return receipt requested, the enclosed papers to you. If you have any questions
    concerning these documents, you may wish to seek advice from a lawyer.
SERVICE OF PROCESS IS EFFECTIVE ON THE DATE THAT THE CERTIFICATE OF COMPLIANCE IS FILED WITH THE
ABOVE-NAMED COURT.

**CERTIFICATE OF COMPLIANCE**

I, the undersigned, Clerk in the Office of the Secretary of the Commonwealth, hereby certify the following:

1. On   DEC 0 5 2017 ..........................., legal service in the above-styled case was made upon the Secretary of the
   Commonwealth, as statutory agent for persons to be served in accordance with Section 8.01-329 of the Code of Virginia, as amended.

2. On.............DEC 0 7 2017........................, papers described in the Affidavit were forwarded by certified mail, return
   receipt requested, to the party designated to be served with process in the Affidavit.

SERVICE OF PROCESS CLERK, DESIGNATED BY THE AUTHORITY OF THE
SECRETARY OF THE COMMONWEALTH