**AFFIDAVIT FOR SERVICE OF PROCESS ON THE SECRETARY OF THE COMMONWEALTH**

Commonwealth of Virginia
Va. Code § 8.01-301, -310, -329; 55-218.1; 57-51

CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILE, VA
FILED
DEC 11 2017
JULIA C. DUDLEY, CLERK
BY: /s/ [signature]
DEPUTY CLERK

Case No.: 3:17-cv-00072-NKM

US District Court (Charlottesville Division) .............................. District Court

Sines, et al
c/o Robert Cahill, Cooley LLP 11951 Freedom Drive
Reston VA, 20190

v.

Moonbase Holdings, LLC
c/o Andrew Anglin 6827 N. High St., Ste 121
Worthington OH, 43085

TO THE PERSON PREPARING THIS AFFIDAVIT: You must comply with the appropriate requirements listed on the back of this form.

Attachments: [ ] Warrant  [ ] Motion for Judgment  [ ] Garnishment Summons  [×] Summons and Complaint

I, the undersigned Affiant, state under oath that:
[×] the above-named defendant  [ ] ..........

whose last known address is: [×] same as above  [ ] ..........

1. [×] is a non-resident of the Commonwealth of Virginia or a foreign corporation and Virginia Code § 8.01-328.1(A) ..3.. applies (see NON-RESIDENCE GROUNDS REQUIREMENT on reverse).

2. [ ] is a person whom the party seeking service, after exercising due diligence, has been unable to locate (see DUE DILIGENCE REQUIREMENT ON BACK) and that

[         ] is the return date on the attached warrant, motion for judgment or notice (see TIMELY SERVICE REQUIREMENT on reverse).

12/4/2017
DATE

[ ] PARTY  [×] PARTY'S ATTORNEY  [ ] PARTY'S AGENT

State of Virginia     [ ] City [×] County of Fairfax

Acknowledged, subscribed and sworn to before me this 4th day of December 2017

248761
NOTARY REGISTRATION NUMBER

[signature] Suzanne P. Lappin
[ ] CLERK  [ ] MAGISTRATE  [×] NOTARY PUBLIC (My commission expires: ............)

[Notary seal: SUZANNE P. LAPPIN, NOTARY PUBLIC, REG #248761, COMMONWEALTH OF VIRGINIA]

[×] Verification of the date of filing of the certificate of compliance requested in the self-addressed stamped envelope provided.

NOTICE TO THE RECIPIENT from the Office of the Secretary of the Commonwealth of Virginia:
You are being served with this notice and attached pleadings under Section 8.01-329 of the Code of Virginia which designates the Secretary of the Commonwealth as statutory agent for Service of Process. The Secretary of the Commonwealth's ONLY responsibility is to mail, by certified mail, return receipt requested, the enclosed papers to you. If you have any questions concerning these documents, you may wish to seek advice from a lawyer.

SERVICE OF PROCESS IS EFFECTIVE ON THE DATE THAT THE CERTIFICATE OF COMPLIANCE IS FILED WITH THE ABOVE-NAMED COURT.

**CERTIFICATE OF COMPLIANCE**

I, the undersigned, Clerk in the Office of the Secretary of the Commonwealth, hereby certify the following:

1. On DEC 05 2017, legal service in the above-styled case was made upon the Secretary of the Commonwealth, as statutory agent for persons to be served in accordance with Section 8.01-329 of the Code of Virginia, as amended.

2. On DEC 07 2017, papers described in the Affidavit were forwarded by certified mail, return receipt requested, to the party designated to be served with process in the Affidavit.

[signature]
SERVICE OF PROCESS CLERK, DESIGNATED BY THE AUTHORITY OF THE SECRETARY OF THE COMMONWEALTH

FORM DC-410 (FRONT) 11/07