# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### Charlottesville Division

| | |
|---|---|
| ELIZABETH SINES, SETH WISPELWEY, MARISSA BLAIR, TYLER MAGILL, APRIL MUNIZ, HANNAH PEARCE, MARCUS MARTIN, JOHN DOE, JANE DOE 1, JANE DOE 2, and JANE DOE 3,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>JASON KESSLER, RICHARD SPENCER, CHRISTOPHER CANTWELL, JAMES ALEX FIELDS, JR., VANGUARD AMERICA, ANDREW ANGLIN, MOONBASE HOLDINGS, LLC, ROBERT "AZZMADOR" RAY, NATHAN DAMIGO, ELLIOT KLINE a/k/a/ ELI MOSELY, IDENTITY EVROPA, MATTHEW HEIMBACH, MATTHEW PARROTT a/k/a DAVID MATTHEW PARROTT, TRADITIONALIST WORKER PARTY, MICHAEL HILL, MICHAEL TUBBS, LEAGUE OF THE SOUTH, JEFF SCHOEP, NATIONAL SOCIALIST MOVEMENT, NATIONALIST FRONT, AUGUSTUS SOL INVICTUS, FRATERNAL ORDER OF THE ALT-KNIGHTS, MICHAEL "ENOCH" PEINOVICH, LOYAL WHITE KNIGHTS OF THE KU KLUX KLAN, and EAST COAST KNIGHTS OF THE KU KLUX KLAN a/k/a EAST COAST KNIGHTS OF THE TRUE INVISIBLE EMPIRE,<br><br>　　　　　　　　　　Defendants. | **Civil Action No. 3:17-cv-00072-NKM** |

## NOTICE OF SUPPLEMENTAL SERVICE

　　The undersigned hereby certifies that copy of the Motion to Proceed Under Pseudonyms (Dkt. No. 98), including its proposed order and supporting documents, was served with a supplemental certificate of service (Exhibit 1), on this 12th day of December 2017, via U.S. Mail

(First Class, postage prepaid), to the remaining Defendants (non-ECF participants) whose last-known addresses have been determined subsequent to the original filing.

Dated: December 12, 2017                Respectfully submitted,

*s/ Robert T. Cahill*
Robert T. Cahill (VSB 38562)
COOLEY LLP
11951 Freedom Drive, 14th Floor
Reston, VA 20190-5656
Telephone: (703) 456-8000
Fax: (703) 456-8100
Email: rcahill@cooley.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on December 12, 2017, I filed the foregoing with the Clerk of Court through the CM/ECF system, which will send a notice of electronic filing to:

Justin Saunders Gravatt
David L. Hauck
David L. Campbell
Duane, Hauck, Davis & Gravatt, P.C.
100 West Franklin Street, Suite 100
Richmond, VA 23220
jgravatt@dhdglaw.com
dhauck@dhdglaw.com
dcampbell@dhdglaw.com

*Counsel for Defendant James A. Fields, Jr.*

Bryan Jones
106 W. South St., Suite 211
Charlottesville, VA 22902
bryan@bjoneslegal.com

*Counsel for Defendants Michael Hill, Michael Tubbs and League of the South*

Elmer Woodard
5661 US Hwy 29
Blairs, VA 24527
isuecrooks@comcast.net

James E. Kolenich
Kolenich Law Office
9435 Waterstone Blvd. #140
Cincinnati, OH 45249
jek318@gmail.com

*Counsel for Defendants Jeff Schoep, Nationalist Front, National Socialist Movement, Matthew Parrott, Matthew Heimbach, Robert Ray, Traditionalist Worker Party, Elliot Kline, Jason Kessler, Vanguard America, Nathan Damigo, Identity Europa, Inc., Vanguard America and Christopher Cantwell*

I further hereby certify that on December 12, 2017, I also served the following non-ECF participants, via U.S. mail, First Class and postage prepaid, addressed as follows:

Loyal White Knights of the Ku Klux Klan
a/k/a Loyal White Knights Church of
Invisible Empire Inc.
c/o Amanda Barker
P.O. Box 54
Pelham, NC 27311

Michael Peinovich (*pro se*)
a/k/a Michael "Enoch" Peinovich
P.O. Box 1069
Hopewell Junction, NY 12533-1069

Moonbase Holdings, LLC
c/o Andrew Anglin
6827 N. High Street, Suite 121
Worthington, OH 43085
*(last known address)*

Andrew Anglin
6827 N. High Street, Suite 121
Worthington, OH 43085
*(last known address)*

Richard Spencer
645 Woodland Place, Apt. 3
Whitefish, MT 59937
*(last known address)*

East Coast Knights of the Ku Klux Klan
a/k/a East Coast Knights of the True Invisible Empire
26 South Pine St.
Red Lion, PA 17356
*(last known address)*

Fraternal Order of the Alt-Knights (c/o Proud Boys)
c/o  LegalCorp Solutions, LLC
11 Broadway, Suite 615
New York, NY 10004
*(last known address)*

Augustus Sol Invictus
206 N. Mills Avenue
Orlando, FL 32801
*(last known address)*

        *s/ Robert T. Cahill*
        Robert T. Cahill (VSB 38562)
        COOLEY LLP
        11951 Freedom Drive, 14th Floor
        Reston, VA 20190-5656
        Telephone: (703) 456-8000
        Fax: (703) 456-8100
        Email: rcahill@cooley.com

        *Counsel for Plaintiffs*