# EXHIBIT 1

## SECOND SUPPLEMENTAL CERTIFICATE OF SERVICE

I hereby certify that on November 13, 2017, I electronically filed the Motion to Proceed Under Pseudonyms (with its initial certificate of service and supporting materials) with the Clerk of the Court using the CM/ECF system, and entered as Docket Entry 98.  On November 27, 2017, I electronically filed a First Supplemental Certificate of Service for said motion (*see* Docket Entry 121-1).  I hereby further certify, on December 12, 2017, that I have also served the following additional non-ECF participants with said notice, via U.S. mail, First Class and postage prepaid:

Moonbase Holdings, LLC
c/o Andrew Anglin
6827 N. High Street, Suite 121
Worthington, OH 43085
*(Last-known address)*

Andrew Anglin
6827 N. High Street, Suite 121
Worthington, OH 43085
*(Last-known address)*

Richard Spencer
645 Woodland Place, Apt. 3
Whitefish, MT 59937
*(Last-known address)*

East Coast Knights of the Ku Klux Klan
a/k/a East Coast Knights of the True Invisible Empire
26 South Pine St.
Red Lion, PA 17356
*(Last-known address)*

Fraternal Order of the Alt-Knights (c/o Proud Boys)
c/o  LegalCorp Solutions, LLC
11 Broadway, Suite 615
New York, NY 10004
*(Last-known address)*

Augustus Sol Invictus
206 N. Mills Avenue
Orlando, FL 32801
*(Last-known address)*

Loyal White Knights of the Ku Klux Klan
a/k/a Loyal White Knights Church of the Invisible Empire, Inc.
c/o Amanda Barker
P.O. Box 54
Pelham, NC 27311

                *s/ Robert T. Cahill*
                Robert T. Cahill (VSB 38562)
                COOLEY LLP
                11951 Freedom Drive, 14th Floor
                Reston, VA 20190-5656
                Telephone: (703) 456-8000
                Fax: (703) 456-8100
                Email: rcahill@cooley.com

                *Counsel for Plaintiffs*