```
                                 CLERK'S OFFICE U.S. DIST. COURT
                                     AT CHARLOTTESVILLE, VA
                                              FILED
                                           12/13/2017
                                     JULIA C. DUDLEY, CLERK
                                     BY: /s/ J. Jones
                                         DEPUTY CLERK
```

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | | |
|---|---|---|
| ELIZABETH SINES, et al., | ) | |
|     Plaintiff, | ) | Civil Action No. 3:17cv00072 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JASON KESSLER, et al., | ) | By:    Joel C. Hoppe |
|     Defendants. | ) | United States Magistrate Judge |

Defendant Michael Peinovich, proceeding *pro se*, has filed a motion for access to this Court's Case Management/Electronic Case Filing ("CM/ECF") system. ECF No. 133. Peinovich represents that he is proficient in using computers and has internet access.

It is hereby ORDERED that Peinovich's motion, ECF No. 133, is **GRANTED for this case only**. Peinovich must register for CM/ECF and follow certain steps in order to use this Court's CM/ECF system. *See generally* W.D. Va. Gen. R. 7. Peinovich will continue to receive—and must continue to serve—all documents in paper copy until the Clerk of this Court approves his CM/ECF application. Once properly registered, Peinovich shall be permitted to participate as an ECF filer in this case only and only as long as he is not represented by an attorney. Peinovich also must comply with W.D. Va. Local General Rule 7, which governs electronic filing in this Court.

The Clerk shall send a copy of this Order to the parties.

ENTER: December 13, 2017

*/s/ Joel C. Hoppe*

Joel C. Hoppe
United States Magistrate Judge