UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| ELIZABETH SINES, SETH WISPELWEY, MARISSA BLAIR, TYLER MAGILL, APRIL MUNIZ, HANNAH PEARCE, MARCUS MARTIN, JOHN DOE, JANE DOE 1, JANE DOE 2, and JANE DOE 3,<br><br>Plaintiffs,<br><br>v.<br><br>JASON KESSLER, RICHARD SPENCER, CHRISTOPHER CANTWELL, JAMES ALEX FIELDS, JR., VANGUARD AMERICA, ANDREW ANGLIN, MOONBASE HOLDINGS, LLC, ROBERT "AZZMADOR" RAY, NATHAN DAMIGO, ELLIOT KLINE a/k/a/ ELI MOSELY, IDENTITY EVROPA, MATTHEW HEIMBACH, MATTHEW PARROTT a/k/a DAVID MATTHEW PARROTT, TRADITIONALIST WORKER PARTY, MICHAEL HILL, MICHAEL TUBBS, LEAGUE OF THE SOUTH, JEFF SCHOEP, NATIONAL SOCIALIST MOVEMENT, NATIONALIST FRONT, AUGUSTUS SOL INVICTUS, FRATERNAL ORDER OF THE ALT-KNIGHTS, MICHAEL "ENOCH" PEINOVICH, LOYAL WHITE KNIGHTS OF THE KU KLUX KLAN, and EAST COAST KNIGHTS OF THE KU KLUX KLAN a/k/a EAST COAST KNIGHTS OF THE TRUE INVISIBLE EMPIRE,<br><br>Defendants. | **Civil Action No. 3:17-cv-00072-NKM**<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFFS' MOTION TO STRIKE DEFENDANT LOYAL WHITE KNIGHTS OF
THE KU KLUX KLAN'S ANSWER**

## PRELIMINARY STATEMENT

In documents dated November 28 and 29, 2017, Amanda Barker, purporting to act on behalf of the Loyal White Knights of the Ku Klux Klan (the "Loyal White Knights of the KKK"), filed an untimely, two-page "response" to Plaintiffs' Complaint. The "response" includes only a general denial of the 347-paragraphs of allegations in the Complaint and threat to sue Plaintiffs and their attorneys. But this purported response is a legal nullity.

As an unincorporated association, the Loyal White Knights of the KKK cannot proceed *pro se* and must be represented by a licensed attorney. Ms. Barker is not an attorney and thus cannot answer on behalf the Loyal White Knights of the KKK. In doing so, Ms. Barker violated Supreme Court authority and Virginia State Bar rules. Accordingly, Plaintiffs respectfully request that the response be struck.

## FACTS

Plaintiffs filed their Complaint on October 12, 2017. ECF No. 1. Defendant Loyal White Knights of the KKK was personally served on October 24, 2017. ECF No. 56. Its deadline to respond to Plaintiffs' Complaint was November 14, 2017. *Id.* Two weeks after its deadline to respond, Amanda Barker, the self-described "Imperial Kommander" of the Loyal White Knights of the KKK, signed a "Response to Summons" on behalf of herself, her husband Chris Barker, and the Loyal White Knights of the KKK. ECF No. 146. That "response" contained a general denial of Plaintiffs' allegations and an expression of intent to sue Plaintiffs and Plaintiffs' counsel. *Id.*

In the response, Ms. Barker does not purport to be an attorney. Indeed, Plaintiffs' counsel searched the Virginia State Bar attorney search page, and conducted an online review, and found no evidence that Ms. Barker is licensed to practice law in this, or any other state.[1]

## ARGUMENT

### I. THE LOYAL WHITE KNIGHTS OF THE KKK MAY NOT APPEAR PRO SE IN THIS ACTION

The Supreme Court has made clear that, "for the better part of two centuries," the law has not allowed "corporations, partnerships, or associations to appear in federal court otherwise than through a licensed attorney." *Rowland* v. *California Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 201-2, 113 S.Ct. 716 (1993). As Chief Justice Marshall explained, "a natural person may appear for himself," but "[a] corporation . . . can appear only by attorney." *Osborn* v. *Bank of the United States*, 22 U.S. (9 Wheat.) 738, 830 (1824). This rule was codified by the Supreme Court of Virginia in its State Bar Rules of Professional Conduct. Va. R.S.Ct., pt. 6 § 1 UPR 1–101, UPC 1–3 ("A corporation can be represented only by a lawyer before a tribunal, with respect to matters involving legal conclusions, examination of witnesses or preparation of briefs or pleadings.").

The Loyal White Knights of the KKK is an unincorporated association pursuant to Virginia Code § 8.01-154, formed for the common purpose of promoting white nationalism and white supremacy. Compl. ¶ 44. Its purported representative, Amanda Barker, does not indicate that she is an attorney, and Plaintiffs' reasonable investigation discloses no evidence that she is licensed to practice law in Virginia. The Loyal White Knights of the KKK therefore appears to

---

[1] In particular, Plaintiffs' counsel searched the state bar directories of Virginia and North Carolina (where we understand the Barkers and the Loyal White Knights of the KKK to be located), and conducted Google searches for attorneys named Amanda Barker. Neither resulted in any evidence that Ms. Barker is admitted to practice law.

be attempting to proceed *pro se*. As an artificial entity, it is not permitted to do so. *See id.*; *In re Under Seal*, 749 F.3d 276, 290 (4th Cir. 2014) ("As a limited liability company, [a party] should not have been permitted to proceed at all.").

## II. THE COURT SHOULD STRIKE THE LOYAL WHITE KNIGHTS OF THE KKK'S PURPORTED "RESPONSE TO SUMMONS"

Because the "Response to Summons" was filed by a representative unlicensed to practice law, it should be struck. Both this Court and the Fourth Circuit have recognized that this is an appropriate remedy in such a circumstance. *Office Parks of Lynchburg, LLC* v. *Wells Fargo Bank, N.A.*, Case No. 12 Civ. 0034, 2012 WL 4325567 (W.D. Va. Sept. 20, 2012) (Moon, J.) (striking organizational plaintiff's complaint because it lacked standing to proceed *pro se*); *see also Allied Colloids, Inc.* v. *Jadair, Inc.*, 139 F.3d (4th Cir. 1998) (affirming finding of default judgment following district court's order that "unless [the organizational defendant] files a proper response" through duly authorized counsel, "it will be found in default"). As this Court has observed, "[a] business entity or corporation involved in Virginia must be represented by an attorney licensed to practice in Virginia." *Office Parks of Lynchburg, LLC*, 2012 WL 4325567, at *3. So, too, must the Loyal White Knights of the KKK be represented by counsel.

## CONCLUSION

For the foregoing reasons, Plaintiffs respectfully submit that the Court (1) strike Defendant Loyal White Knights of the KKK's "Response to Summons" and (2) order that within fourteen (14) days of the entry of the Court's order granting this motion, Defendant Loyal White Knights of the KKK shall file a proper responsive pleading though duly authorized Virginia counsel and that if Defendant Loyal White Knights of the KKK fails to do so, it shall be in default.

Dated:  December 15, 2017                Respectfully submitted,

*s/ Robert T. Cahill*
Robert T. Cahill (VSB 38562)
COOLEY LLP
11951 Freedom Drive, 14th Floor
Reston, VA 20190-5656
Telephone: (703) 456-8000
Fax: (703) 456-8100
rcahill@cooley.com

Of Counsel:

Roberta A. Kaplan (*pro hac vice*)
Julie E. Fink (*pro hac vice*)
Christopher B. Greene (*pro hac vice*)
Seguin L. Strohmeier (*pro hac vice*)
KAPLAN & COMPANY, LLP
350 Fifth Avenue, Suite 7110
New York, NY 10118
Telephone: (212) 763-0883
rkaplan@kaplanandcompany.com
jfink@kaplanandcompany.com
cgreene@kaplanandcompany.com
sstrohmeier@kaplanandcompany.com

Karen L. Dunn (*pro hac vice*)
William A. Isaacson (*pro hac vice*)
BOIES SCHILLER FLEXNER LLP
1401 New York Ave, NW

Washington, DC 20005
Telephone: (202) 237-2727
Fax: (202) 237-6131
kdunn@bsfllp.com
wisaacson@bsfllp.com

Philip M. Bowman (*pro hac vice*)
Yotam Barkai (pro hac vice)
Joshua J. Libling (*pro hac vice*)
BOIES SCHILLER FLEXNER LLP
575 Lexington Ave.
New York, NY 10022
Telephone: (212) 446-2300
Fax: (212) 446-2350
pbowman@bsfllp.com
ybarkai@bsfllp.com
jlibling@bsfllp.com

Alan Levine (*pro hac vice*)
COOLEY LLP
1114 Avenue of the Americas, 46th Floor
New York, NY 10036
Telephone: (212) 479-6260
Fax: (212) 479-6275
alevine@cooley.com

David E. Mills (*pro hac vice*)
COOLEY LLP
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004
Telephone: (202) 842-7800
Fax: (202) 842-7899
dmills@cooley.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

        I hereby certify that on December 15, 2017, I filed the foregoing with the Clerk of Court through the CM/ECF system, which will send a notice of electronic filing to:

Justin Saunders Gravatt
David L. Hauck
David L. Campbell
Duane, Hauck, Davis & Gravatt, P.C.
100 West Franklin Street, Suite 100
Richmond, VA 23220
jgravatt@dhdglaw.com
dhauck@dhdglaw.com
dcampbell@dhdglaw.com

*Counsel for Defendant James A. Fields, Jr.*

Bryan Jones
106 W. South St., Suite 211
Charlottesville, VA 22902
bryan@bjoneslegal.com

*Counsel for Defendants Michael Hill, Michael Tubbs, and League of the South*

Elmer Woodard
5661 US Hwy 29
Blairs, VA 24527
isuecrooks@comcast.net

James E. Kolenich
Kolenich Law Office
9435 Waterstone Blvd. #140
Cincinnati, OH 45249
jek318@gmail.com

*Counsel for Defendants Jeff Schoep, Nationalist Front, National Socialist Movement, Matthew Parrott, Matthew Heimbach, Robert Ray, Traditionalist Worker Party, Elliot Kline, Jason Kessler, Vanguard America, Nathan Damigo, Identity Europa, Inc., and Christopher Cantwell*

I further hereby certify that on December 15, 2017, I also served the following non-ECF participant, via e-mail:

Michael Peinovich (*pro se*)
a/k/a Michael "Enoch" Peinovich
519 E. 82nd Street, Apt 2C
New York, NY 10028
mpeinovich@gmail.com

I further hereby certify that on December 15, 2017, I also served the following non-ECF participant, via U.S. mail, First Class and postage prepaid, addressed as follows:

Loyal White Knights of the Ku Klux Klan (*pro se*)
a/k/a Loyal White Knights Church of Invisible Empire Inc.
c/o Chris and Amanda Barker
P.O. Box 54
Pelham, N.C. 27311

Richard Spencer
1001-A King Street
Alexandria, VA 22314

                                                      *s/ Robert T. Cahill*
                                                     Robert T. Cahill (VSB 38562)
                                                     COOLEY LLP
                                                     11951 Freedom Drive, 14th Floor
                                                     Reston, VA 20190-5656
                                                     Telephone: (703) 456-8000
                                                     Fax: (703) 456-8100
                                                     Email: rcahill@cooley.com

                                                     *Counsel for Plaintiffs*