UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| ELIZABETH SINES, SETH WISPELWEY, MARISSA BLAIR, TYLER MAGILL, APRIL MUNIZ, HANNAH PEARCE, MARCUS MARTIN, JOHN DOE, JANE DOE 1, JANE DOE 2, and JANE DOE 3,<br><br>                              Plaintiffs,<br><br>v.<br><br>JASON KESSLER, RICHARD SPENCER, CHRISTOPHER CANTWELL, JAMES ALEX FIELDS, JR., VANGUARD AMERICA, ANDREW ANGLIN, MOONBASE HOLDINGS, LLC, ROBERT "AZZMADOR" RAY, NATHAN DAMIGO, ELLIOT KLINE a/k/a/ ELI MOSELY, IDENTITY EVROPA, MATTHEW HEIMBACH, MATTHEW PARROTT a/k/a DAVID MATTHEW PARROTT, TRADITIONALIST WORKER PARTY, MICHAEL HILL, MICHAEL TUBBS, LEAGUE OF THE SOUTH, JEFF SCHOEP, NATIONAL SOCIALIST MOVEMENT, NATIONALIST FRONT, AUGUSTUS SOL INVICTUS, FRATERNAL ORDER OF THE ALT-KNIGHTS, MICHAEL "ENOCH" PEINOVICH, LOYAL WHITE KNIGHTS OF THE KU KLUX KLAN, and EAST COAST KNIGHTS OF THE KU KLUX KLAN a/k/a EAST COAST KNIGHTS OF THE TRUE INVISIBLE EMPIRE,<br><br>                              Defendants. | Civil Action No. 3:17-cv-00072-NKM |

## NOTICE OF APPEARANCE

COME NOW David L. Campbell, Esquire, and David L. Hauck, Esquire, of the law firm of

DUANE, HAUCK, DAVIS & GRAVATT, P.C., and hereby file this Notice of Appearance as co-counsel

and counsel of record on behalf of the Defendant, James Alex Fields, Jr., in the above-styled matter.

          Respectfully submitted,

          JAMES ALEX FIELDS, JR.
          By Counsel

          /s/ David L. Campbell
          David L. Hauck, Esquire (VSB# 20565)
          David L. Campbell, Esquire (VSB #75960)
          DUANE, HAUCK, DAVIS & GRAVATT, P.C.
          100 West Franklin Street
          Richmond, Virginia 23220
          Telephone: 804-644-7400
          Facsimile: 804-303-8911
          dcampbell@dhdglaw.com
          *Counsel for Defendant James A. Fields, Jr.*

## CERTIFICATE OF SERVICE

I hereby certify that on 18<u>TH</u> day of December, 2017, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

          Robert T. Cahill, Esquire
          Cooley, LLP
          11951 Freedom Drive, 14th Floor
          Reston, Virginia 20190-5656
          *Counsel for Plaintiff*

          Roberta A. Kaplan, Esquire
          Julie E. Fink, Esquire
          Kaplan & Company, LLP
          350 Fifth Avenue, Suite 7110
          New York, New York 10118

          Karen L. Dunn, Esquire
          William A. Isaacson, Esquire
          Boies Schiller Flexner LLP
          1401 New York Ave, NW
          Washington, DC 20005
          Philip M. Bowman, Esquire
          Boies Schiller Flexner LLP
          575 Lexington Avenue
          New York, New York 10022

Alan Levine, Esquire
Cooley LLP
1114 Avenue of the Americas, 46th Floor
New York, New York 10036

David E. Mills, Esquire
Cooley LLP
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004

Brian Jeffrey Jones, Esq.
106 W. South Street, Suite 211
Charlottesville, Virginia 22902
*Attorney for Defendants Michael Hill, Michael Tubbs, and the League of the South*

Elmer Woodard, Esquire
5661 US Hwy. 29
Blairs, Virginia 24527
*Attorney for Defendants Christopher Cantwell, Nathan Damigo, Matthew Heimbach, Identity Europa, Jason Kessler, Elliot Kline, National Socialist Movement, Nationalist Front, Matthew Parrott, Jeff Schoep, Traditionalist Worker Party, Vanguard America, and Robert Ray*

And I hereby certify that I will mail the document by U.S. mail to the following non-filing user:

Michael Peinovich, Defendant *pro se*
PO Box 1069
Hopewell Junction, NY 12533