## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF VIRGINIA

Elizabeth Sines, et al.

**Plaintiff**

vs.   Case No: 3:17CV00072

Jason Kessler, et al.

**Defendant**

### AFFIDAVIT OF SERVICE

I, Michael W. May, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons, Civil Cover Sheet with Addendum, Complaint, Plaintiffs' Jury Demand, Motion for Pro Hac Vice Admission of Roberta A. Kaplan, and Proposed Order Granting Pro Hac Vice Admission of Roberta A. Kaplan in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 11/17/2017 at 10:42 AM, I served Vanguard America c/o Dillon Ulysses Hopper a/k/a Dillon Irizarry with the Summons, Civil Cover Sheet with Addendum, Complaint, Plaintiffs' Jury Demand, Motion for Pro Hac Vice Admission of Roberta A. Kaplan, and Proposed Order Granting Pro Hac Vice Admission of Roberta A. Kaplan at 383 Hazzard Street, Scottsburg, Indiana 47170 by serving Dillon Ulysses Hopper a/k/a Dillon Irizarry, authorized to accept.

Dillon Ulysses Hopper a/k/a Dillon Irizarry is described herein as:

Gender: Male   Race/Skin: White   Age: 35   Weight: 170   Height: 5'11"   Hair: Brown   Glasses: No

I do solemnly declare and affirm under penalty of perjury that I have read the foregoing information set forth herein is correct to the best of my knowledge, information, and belief.

11/17/17
Executed On



Michael W. May

Client Ref Number: N/A
Job #: 1535925

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Virginia

| | |
|---|---|
| ELIZABETH SINES, SETH WISPELWEY, MARISSA BLAIR, TYLER MAGILL, APRIL MUNIZ, HANNAH PEARCE, MARCUS MARTIN, JOHN DOE, JANE DOE 1, JANE DOE 2, and JANE DOE 3 <br><br> *Plaintiff(s)* <br><br> v. <br><br> JASON KESSLER, RICHARD SPENCER, CHRISTOPHER CANTWELL, JAMES ALEX FIELDS, JR., VANGUARD AMERICA, ANDREW ANGLIN, MOONBASE HOLDINGS, LLC, et al. <br><br> *Defendant(s)* | Civil Action No. 3:17-cv-00072-NKM |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Vanguard America
c/o Dillon Ulysses Hopper a/k/a Dillon Irizarry
5124 Criterion Way
Dublin, OH 43016

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Robert T. Cahill, Esq., Cooley LLP
11951 Freedom Drive, 14th Floor
Reston, VA 20190
Tel: (703) 456-8000 - Email: rcahill@cooley.com
Co-Counsel for Plaintiffs

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JULIA C. DUDLEY, CLERK OF COURT



s/ Joyce C. Jones
*Deputy Clerk*

Date: October 19, 2017