Elizabeth Sines, et al.

**Plaintiff**

*vs.*  Case No: 3:17CV00072

Jason Kessler, et al.

**Defendant**

## AFFIDAVIT OF SERVICE

I, Abel Emiru, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons, Civil Cover Sheet with Addendum, Complaint, and Plaintiffs' Jury Demand in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this matter.

That on 12/14/2017 at 12:26:00, I served Richard Spencer with the Summons, Civil Cover Sheet with Addendum, Complaint, and Plaintiffs' Jury Demand at 1001-A King Street, Alexandria, Virginia 22314, by serving Richard Spencer, personally.

Richard Spencer is described herein as:

Gender: Male   Race/Skin: White   Age: 39   Weight: 165   Height: 5'11"   Hair: Blonde   Glasses: No

I do solemnly declare and affirm under penalty of perjury that I have read the foregoing information set forth herein is correct to the best of my knowledge, information, and belief.

12/15/17
Executed On



Abel Emiru

Client Ref Number:
Job #: 1537513

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050