# EXHIBIT 1

# AMENDED CERTIFICATE OF SERVICE

I hereby certify that on December 15, 2017, I electronically filed Plaintiffs' Motion to Strike Defendant Loyal White Knights of the Ku Klux Klan's Answer ("Motion") (Docket Entry 155) with the Clerk of the Court using the CM/ECF system, which sent notice of the electronic filing to all ECF participants. After inadvertently failing to serve the Motion on the non-ECF participants, I hereby certify, on December 20, 2017, that I have served the following non-ECF participants with the Motion via U.S. mail, First Class and postage prepaid:

Loyal White Knights of the Ku Klux Klan
a/k/a Loyal White Knights Church of the Invisible Empire, Inc.
c/o Chris and Amanda Barker
P.O. Box 54
Pelham, NC 27311

Richard Spencer
1001-A King Street
Alexandria, VA 22314

Michael Peinovich (*pro se*)
a/k/a Michael "Enoch" Peinovich
PO Box 1069
Hopewell Junction, NY 12533

Moonbase Holdings, LLC
c/o Andrew Anglin
6827 N. High Street, Suite 121
Worthington, OH 43085

Andrew Anglin
6827 N. High Street, Suite 121
Worthington, OH 43085

East Coast Knights of the Ku Klux Klan
a/k/a East Coast Knights of the True Invisible Empire
26 South Pine St.
Red Lion, PA 17356

Fraternal Order of the Alt-Knights (c/o Proud Boys)
c/o LegalCorp Solutions, LLC
11 Broadway, Suite 615
New York, NY 10004

Augustus Sol Invictus
206 N. Mills Avenue
Orlando, FL 32801

                                              *s/ Robert T. Cahill*
Robert T. Cahill (VSB 38562)
COOLEY LLP
11951 Freedom Drive, 14th Floor
Reston, VA 20190-5656
Telephone: (703) 456-8000
Fax: (703) 456-8100
Email: rcahill@cooley.com

*Counsel for Plaintiffs*

2

Case 3:17-cv-00072-NKM-JCH   Document 160-1   Filed 12/20/17   Page 3 of 3   Pageid#: 712