# EXHIBIT 1

# SUPPLEMENTAL CERTIFICATE OF SERVICE

I hereby certify that on November 29, 2017, I electronically filed Plaintiffs' Motion to Preclude Defendant Michael Peinovich from Recording Parties' Discovery Negotiations (including its initial certificate of service, supporting exhibit, and proposed order) with the Clerk of the Court using the CM/ECF system, and entered as Docket Entry 126. I hereby further certify, on December 20, 2017, that I have also served the following non-ECF participants with the Motion via U.S. mail, First Class and postage prepaid:

Richard Spencer
1001-A King Street
Alexandria, VA 22314

Moonbase Holdings, LLC
c/o Andrew Anglin
6827 N. High Street, Suite 121
Worthington, OH 43085

Andrew Anglin
6827 N. High Street, Suite 121
Worthington, OH 43085

Augustus Sol Invictus
206 N. Mills Avenue
Orlando, FL 32801

Loyal White Knights of the Ku Klux Klan
a/k/a Loyal White Knights Church of the Invisible Empire, Inc.
c/o Chris and Amanda Barker
P.O. Box 54
Pelham, NC 27311

East Coast Knights of the Ku Klux Klan
a/k/a East Coast Knights of the True Invisible Empire
26 South Pine St.
Red Lion, PA 17356

Fraternal Order of the Alt-Knights (c/o Proud Boys)
c/o LegalCorp Solutions, LLC
11 Broadway, Suite 615
New York, NY 10004

*s/ Robert T. Cahill*
Robert T. Cahill (VSB 38562)
COOLEY LLP
11951 Freedom Drive, 14th Floor
Reston, VA 20190-5656
Telephone: (703) 456-8000
Fax: (703) 456-8100
rcahill@cooley.com

*Counsel for Plaintiffs*