| | |
|---|---|
| ELIZABETH SINES, SETH WISPELWEY, MARISSA BLAIR, TYLER MAGILL, APRIL MUNIZ, HANNAH PEARCE, MARCUS MARTIN, JOHN DOE, JANE DOE 1, JANE DOE 2, and JANE DOE 3,<br><br>                    Plaintiffs,<br><br>v.<br><br>JASON KESSLER, RICHARD SPENCER, CHRISTOPHER CANTWELL, JAMES ALEX FIELDS, JR., VANGUARD AMERICA, ANDREW ANGLIN, MOONBASE HOLDINGS, LLC, ROBERT "AZZMADOR" RAY, NATHAN DAMIGO, ELLIOT KLINE a/k/a/ ELI MOSELY, IDENTITY EVROPA, MATTHEW HEIMBACH, MATTHEW PARROTT a/k/a DAVID MATTHEW PARROTT, TRADITIONALIST WORKER PARTY, MICHAEL HILL, MICHAEL TUBBS, LEAGUE OF THE SOUTH, JEFF SCHOEP, NATIONAL SOCIALIST MOVEMENT, NATIONALIST FRONT, AUGUSTUS SOL INVICTUS, FRATERNAL ORDER OF THE ALT-KNIGHTS, MICHAEL "ENOCH" PEINOVICH, LOYAL WHITE KNIGHTS OF THE KU KLUX KLAN, and EAST COAST KNIGHTS OF THE KU KLUX KLAN a/k/a EAST COAST KNIGHTS OF THE TRUE INVISIBLE EMPIRE,<br><br>                    Defendants. | **Civil Action No. 3:17-cv-00072-NKM**<br><br>**JURY TRIAL DEMANDED** |

**STIPULATION CONCERNING THE PRODUCTION OF DOCUMENTS
AND EXCHANGE OF CONFIDENTIAL INFORMATION**

1.      Plaintiffs and Defendants Michael Hill, Michael Tubbs, League of the South, James Fields, Jeff Schoep, Nationalist Front, National Socialist Movement, Matthew Parrott, Matthew Heimbach, Robert Ray, Traditionalist Worker Party, Elliot Kline, Jason Kessler, Vanguard America, Nathan Damigo, Identity Europa, Inc., Christopher Cantwell, and Michael Peinovich[1] hereby stipulate and agree to the entry of the enclosed Proposed Order for the Production of Documents and Exchange of Confidential Information.

Dated: January 2, 2018

SEEN AND AGREED:

| ATTORNEYS FOR PLAINTIFFS | ATTORNEYS FOR DEFENDANTS |
|---|---|
| /s/ *Robert T. Cahill* | /s/ *Elmer Woodard* |
| Robert T. Cahill (VSB 38562) | Elmer Woodard (VSB 27734) |
| COOLEY LLP | 5661 US Hwy. 29 |
| 11951 Freedom Drive, 14th Floor | Blairs, VA 24527 |
| Reston, VA 20190-5656 | (434) 878-3422 |
| Telephone: (703) 456-8000 | isuecrooks@comcast.net |
| | |
| Roberta A. Kaplan | *Attorney for Defendants Christopher* |
| Julie E. Fink | *Cantwell, Nathan Damigo, Matthew* |
| Christopher B. Greene | *Heimbach, Identity Europa, Jason Kessler,* |
| Seguin L. Strohmeier | *Elliot Kline, National Socialist Movement,* |
| KAPLAN & COMPANY, LLP | *Nationalist Front, Matthew Parrott, Jeff* |
| 250 Fifth Avenue | *Schoep, Traditionalist Worker Party,* |
| New York, NY 10118 | *Vanguard America, and Robert Ray* |
| Telephone: (212) 763-0883 | |

---

[1]     Pursuant to Plaintiffs' Motion to Strike Defendant Loyal White Knights of the Ku Klux Klan's Answer (DE 155), Plaintiffs do not consider the Loyal White Knights of the KKK to have properly appeared in this action.

2

Karen L. Dunn
William A. Isaacson
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, NW
Washington, DC 20005
Telephone: (202) 237-2727

Philip M. Bowman
Joshua J. Libling
BOIES SCHILLER FLEXNER LLP
575 Lexington Avenue, 7th Floor
New York, NY 10022
Telephone: (212) 446-2300

Alan Levine
COOLEY LLP
1114 Avenue of the Americas, 46th Floor
New York, NY 10036
Telephone: (212) 479-6260

David E. Mills
COOLEY LLP
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004
Telephone: (202) 842-7800

*Attorneys for Plaintiffs*

/s/ *Bryan J. Jones*
Bryan J. Jones (VSB 87675)
106 W. South St. Suite 211
Charlottesville, VA 22902
540-623-6952 (phone)
434-381-4397 (fax)
bryan@bjoneslegal.com

*Attorney for Defendants Michael Hill,
Michael Tubbs, and the League of the South*

/s/ *Justin S. Gravatt*
Justin S. Gravatt
100 West Franklin Street
Richmond, VA 23220
804-644-7400 (phone)
804-303-8911 (fax)
jgravatt@dhdglaw.com

*Attorney for Defendant James Fields*

/s/ *Michael Peinovich*

*Defendant*

3

## CERTIFICATE OF SERVICE

I hereby certify that on January 2, 2018, I filed the foregoing with the Clerk of Court through the CM/ECF system, which will send a notice of electronic filing to:

Justin Saunders Gravatt
David L. Hauck
David L. Campbell
Duane, Hauck, Davis & Gravatt, P.C.
100 West Franklin Street, Suite 100
Richmond, VA 23220
jgravatt@dhdglaw.com
dhauck@dhdglaw.com
dcampbell@dhdglaw.com

*Counsel for Defendant James A. Fields, Jr.*

Bryan Jones
106 W. South St., Suite 211
Charlottesville, VA 22902
bryan@bjoneslegal.com

*Counsel for Defendants Michael Hill, Michael Tubbs, and League of the South*

Elmer Woodard
5661 US Hwy 29
Blairs, VA 24527
isuecrooks@comcast.net

James E. Kolenich
Kolenich Law Office
9435 Waterstone Blvd. #140
Cincinnati, OH 45249
jek318@gmail.com

*Counsel for Defendants Jeff Schoep, Nationalist Front, National Socialist Movement, Matthew Parrott, Matthew Heimbach, Robert Ray, Traditionalist Worker Party, Elliot Kline, Jason Kessler, Vanguard America, Nathan Damigo, Identity Europa, Inc., and Christopher Cantwell*

I further hereby certify that on January 2, 2018, I also served the following non-ECF participants, via U.S. mail, First Class and postage prepaid, addressed as follows:

Loyal White Knights of the Ku Klux Klan
a/k/a Loyal White Knights Church of the
Invisible Empire, Inc.
c/o Chris and Amanda Barker
P.O. Box 54
Pelham, NC 27311

Richard Spencer
1001-A King Street
Alexandria, VA 22314

Michael Peinovich
a/k/a Michael "Enoch" Peinovich
PO Box 1069
Hopewell Junction, NY 12533

Moonbase Holdings, LLC
c/o Andrew Anglin
6827 N. High Street, Suite 121
Worthington, OH 43085

Andrew Anglin
6827 N. High Street, Suite 121
Worthington, OH 43085

East Coast Knights of the Ku Klux Klan
a/k/a East Coast Knights of the True
Invisible Empire
26 South Pine St.
Red Lion, PA 17356

Fraternal Order of the Alt-Knights (c/o
Proud Boys)
c/o LegalCorp Solutions, LLC
11 Broadway, Suite 615
New York, NY 10004

Augustus Sol Invictus
206 N. Mills Avenue
Orlando, FL 32801

*s/ Robert T. Cahill*
Robert T. Cahill (VSB 38562)
COOLEY LLP
11951 Freedom Drive, 14th Floor
Reston, VA 20190-5656
Telephone: (703) 456-8000
Fax: (703) 456-8100
Email: rcahill@cooley.com

*Counsel for Plaintiffs*

155622013