# EXHIBIT 1

# IN THE CIRCUIT COURT FOR THE CITY OF CHARLOTTESVILLE

## DECEMBER TERM 2017

**THE GRAND JURY CHARGES THAT:**

On or about August 12, 2017, in the City of Charlottesville, **JAMES ALEX FIELDS JR.** did unlawfully, maliciously, willfully, deliberately and with premeditation kill and murder Heather Heyer.

**VIRGINIA CODE SECTION:** 18.2-32

Witness: Det S.M. Young

A TRUE BILL

Foreperson
December 18, 2017

MUR-0925-F2

17-296-01

## IN THE CIRCUIT COURT FOR THE CITY OF CHARLOTTESVILLE

### DECEMBER TERM 2017

**THE GRAND JURY CHARGES THAT:**

On or about August 12, 2017, in the City of Charlottesville, **JAMES ALEX FIELDS JR.** did unlawfully, feloniously and maliciously stab, cut, wound or cause bodily injury to A.M. with the intent to maim, disfigure, disable or kill her.

**VIRGINIA CODE SECTION:** 18.2-51

Witness: _Det. S.M. Young_

**A TRUE BILL**

_[signature]_
Foreperson
December 18, 2017

ASL-1334-F3

17-296-02

## IN THE CIRCUIT COURT FOR THE CITY OF CHARLOTTESVILLE

### DECEMBER TERM 2017

THE GRAND JURY CHARGES THAT:

On or about August 12, 2017, in the City of Charlottesville, **JAMES ALEX FIELDS JR.** did unlawfully, feloniously and maliciously stab, cut, wound or cause bodily injury to M.M. with the intent to maim, disfigure, disable or kill him.

**VIRGINIA CODE SECTION:** 18.2-51

Witness: Det S.M. Young

A TRUE BILL

Foreperson
December 18, 2017

ASL-1334-F3

17-296-03

# IN THE CIRCUIT COURT FOR THE CITY OF CHARLOTTESVILLE

## DECEMBER TERM 2017

**THE GRAND JURY CHARGES THAT:**

On or about August 12, 2017, in the City of Charlottesville, **JAMES ALEX FIELDS JR.** did unlawfully, feloniously and maliciously stab, cut, wound or cause bodily injury to T.B. with the intent to maim, disfigure, disable or kill him.

**VIRGINIA CODE SECTION:** 18.2-51

Witness: _Det S.M Young_

**A TRUE BILL**

_____
Foreperson
December 18, 2017

ASL-1334-F3

17-296-04

IN THE CIRCUIT COURT FOR THE CITY OF CHARLOTTESVILLE

DECEMBER TERM 2017

THE GRAND JURY CHARGES THAT:

On or about August 12, 2017, in the City of Charlottesville, **JAMES ALEX FIELDS JR.**, while having been the driver of a vehicle involved in an accident in which a person or persons was killed or injured, did unlawfully and feloniously fail to immediately stop as close to the scene of the accident as possible without obstructing traffic and failed to report his name, address, driver's license number, and vehicle registration number forthwith to the State Police, local-law enforcement agency, the person or persons struck and injured if appearing capable of understanding and retaining such information, or to the custodian of the other damaged property.

**VIRGINIA CODE SECTION:** 46.2-894

Witness: _Det. S. M. Young_

A TRUE BILL

_____
Foreperson
December 18, 2017

IN THE CIRCUIT COURT FOR THE CITY OF CHARLOTTESVILLE

DECEMBER TERM 2017

THE GRAND JURY CHARGES THAT:

On or about August 12, 2017, in the City of Charlottesville, **JAMES ALEX FIELDS JR.** did unlawfully, feloniously and maliciously stab, cut, wound or cause bodily injury to L.Q. with the intent to maim, disfigure, disable or kill her, whereby the victim was severely injured and caused to suffer permanent and significant physical impairment.

**VIRGINIA CODE SECTION:** 18.2-51.2

Witness: Det S.M Young

A TRUE BILL

Foreperson
December 18, 2017

ASL-1336-F2

17-296-06

IN THE CIRCUIT COURT FOR THE CITY OF CHARLOTTESVILLE

DECEMBER TERM 2017

THE GRAND JURY CHARGES THAT:

On or about August 12, 2017, in the City of Charlottesville, **JAMES ALEX FIELDS JR.** did unlawfully, feloniously and maliciously stab, cut, wound or cause bodily injury to J.P. with the intent to maim, disfigure, disable or kill her, whereby the victim was severely injured and caused to suffer permanent and significant physical impairment.

VIRGINIA CODE SECTION: 18.2-51.2

Witness: _Det S.M. Young_

A TRUE BILL

_signature_
Foreperson
December 18, 2017

ASL-1336-F2

17-296-07

## IN THE CIRCUIT COURT FOR THE CITY OF CHARLOTTESVILLE

### DECEMBER TERM 2017

**THE GRAND JURY CHARGES THAT:**

On or about August 12, 2017, in the City of Charlottesville, **JAMES ALEX FIELDS JR.** did unlawfully, feloniously and maliciously stab, cut, wound or cause bodily injury to W.B. with the intent to maim, disfigure, disable or kill her, whereby the victim was severely injured and caused to suffer permanent and significant physical impairment.

**VIRGINIA CODE SECTION:** 18.2-51.2

Witness: _Det S.M. Young_

A TRUE BILL

_Fran A. Mul_
**Foreperson**
**December 18, 2017**

ASL-I336-F2

17-296-08

IN THE CIRCUIT COURT FOR THE CITY OF CHARLOTTESVILLE

DECEMBER TERM 2017

THE GRAND JURY CHARGES THAT:

On or about August 12, 2017, in the City of Charlottesville, **JAMES ALEX FIELDS JR.** did unlawfully, feloniously and maliciously stab, cut, wound or cause bodily injury to B.H. with the intent to maim, disfigure, disable or kill him.

**VIRGINIA CODE SECTION: 18.2-51**

Witness: *Det S.M. Young*

A TRUE BILL

*[signature]*
Foreperson
December 18, 2017

ASL-1334-F3

17-296-09

## IN THE CIRCUIT COURT FOR THE CITY OF CHARLOTTESVILLE

### DECEMBER TERM 2017

THE GRAND JURY CHARGES THAT:

On or about August 12, 2017, in the City of Charlottesville, **JAMES ALEX FIELDS JR.** did unlawfully, feloniously and maliciously stab, cut, wound or cause bodily injury to A.H. with the intent to maim, disfigure, disable or kill him.

**VIRGINIA CODE SECTION:** 18.2-51

Witness: _Det SM Young_

A TRUE BILL

_[signature]_
Foreperson
December 18, 2017

ASL-1334-F3

17-296-10