# EXHIBIT 2

*Virginia:*
IN THE CIRCUIT COURT FOR THE COUNTY OF ALBEMARLE

December 4, 2017 TERM

THE GRAND JURY CHARGES THAT, in the County of Albemarle **CHRISTOPHER R. CANTWELL** unlawfully and feloniously

On or about August 11, 2017, did maliciously release or cause to be released in a place of public gathering tear gas, mustard gas, phosgene gas or other noxious or nauseating gases or mixtures of chemicals designed to, and capable of, producing vile or injurious or nauseating odors or gases and thereby cause bodily injury, in violation of § 18.2-312 of the Code of Virginia (1950) as amended.

VCC CODE: **WPN-5239-F3**

---

Docket Number:

Grand Jury Witness:   Sergeant Casey Acord
                      University Of Virginia Police Department

A True Bill           _Carol Grace Hurst_____
                      Foreman of the Grand Jury

Not A True Bill       _____
                      Foreman of the Grand Jury

*Virginia:*
<ins>IN THE CIRCUIT COURT FOR THE COUNTY OF ALBEMARLE</ins>

<ins>December 4, 2017 TERM</ins>

THE GRAND JURY CHARGES THAT, in the County of Albemarle **CHRISTOPHER R. CANTWELL** unlawfully and feloniously

On or about August 11, 2017, did maliciously release or cause to be released in a private home, a place of business, or place of public gathering tear gas, mustard gas, phosgene gas or other noxious or nauseating gases or mixtures of chemicals designed to, and capable of, producing vile or injurious or nauseating odors or gases and thereby cause bodily injury, in violation of § 18.2-312 of the Code of Virginia (1950) as amended.

VCC CODE: **WPN-5239-F3**

---

**Docket Number:**

Grand Jury Witness:     Sergeant Casey Acord
                        University Of Virginia Police Department

A True Bill             _Carol Grace Hurst_ _____
                        Foreman of the Grand Jury

Not A True Bill         _____
                        Foreman of the Grand Jury

**DIRECT INDICTMENT**

17 845