# **EXHIBIT 4**

| | |
|---|---|
| **From:** | NoReply <noreply@integrityfirstforamerica.org> |
| **Sent:** | Sunday, November 26, 2017 1:27 PM |
| **To:** | Contact |
| **Subject:** | Form submission from: Contact Us |
| | |
| **Follow Up Flag:** | Follow up |
| **Flag Status:** | Flagged |

Submitted on Sunday, November 26, 2017 - 12:26

Submitted by anonymous user: 185.107.81.234

Submitted values are:


First Name: Vladimir

Last Name: Putin

Email: thegoyimknow14@gmail.com

Message:

Message to the Jews trying to sue the Alt-Right with this frivolous lawsuit.  If any Alt-Right Gentiles are socio-economically damaged by this lawsuit it will mean damage brought upon Jews.  An eye for an eye.  Mark my words.  You've been warned.  White people protesting for their rights/interests in public spaces is protected by the Constitution.  You are evil.  Plain and simple.  You will not stop us.  Never.  The Jewish law firm bringing this lawsuit will cause major damage being brought upon Jews.  You can not silence us.  We're not going away.  All you will accomplish is to grow the Alt-Right and make more White People hate Jews.  You will never break us.  Our cause is just and righteous.  We will continue to invade your public spaces and speak the truth.  You will lose.  Guaranteed.




The results of this submission may be viewed at:

https://urldefense.proofpoint.com/v2/url?u=https-3A__www.integrityfirstforamerica.org_node_189_submission_21&d=DwIGaQ&c=5vOBDmAB7iEjDDOZLSiuMw&r=-ni-oUFOopnwY-XLWnuOZ1rP_U0bpz0q29xRHaAulp4&m=rAUPhGkluKV-Z4EJHQ8sQincH1shhX0h2uZaVXajTrs&s=zIqqedFXyo0RBNqWnmLD0YjDvyxG4R-Y769b8Tsy0Iw&e=