Kyle Chapman
52 Lycett Circle
Daly City, CA 94015
kyleschapman@yahoo.com

CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

JAN 0 8 2018

JULIA C. DUDLEY, CLERK
BY: /s/ Coleu
DEPUTY CLERK

January 3, 2017

Honorable Judge Norman K. Moon
U.S. District Court
Western District of Virginia
P.O. Box 657
Lynchburg, VA 24505
and
1101 Court Street, Suite A66
Lynchburg, VA 24504

Dear Honorable Judge Moon,

I was served with a summons and complaint on December 22, 2017, c/o Fraternal Order of Alt-Knights in Oakland, California relating to Elizabeth Sines v. Jason Kessler (3:17-cv-00072-NKM). I dispute that I am the proper party to be served, however, I request additional time to find adequate legal counsel in Virginia to understand my legal obligations and defenses to properly respond. Due to the Christmas and New Year's holiday, it has been difficult to find counsel. Thank you for your consideration.

Sincerely,

/s/ Kyle Chapman


cc:   Robert T. Cahill
      Cooley LLP
      11951 Freedom Drive, 14th Floor
      Reston, VA 20190
      Email: rcahill@cooley.com