IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

01/11/2018

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

ELIZABETH SINES, *ET AL.*,

                                        *Plaintiffs,*

v.

JASON KESSLER, *ET AL.*,

                                        *Defendants.*

CASE NO. 3:17-cv-00072

ORDER

JUDGE NORMAN K. MOON

This matter is before the Court on Kyle Chapman's motion for an extension of time to reply to the complaint while he obtains counsel. (Dkt. 176). However, the plaintiffs in this case filed an amended complaint on January 5, 2018. (Dkt. 175). Fed. R. Civ. P. 15(a)(3) states: "[A]ny required response to an amended pleading must be made within the time remaining to respond to the original pleading or within 14 days after service of the amended pleading, whichever is later." This rule provides Chapman with more time to respond, and so his motion, (dkt. 176), is **DENIED** as moot.

It is so **ORDERED**. The Clerk of the Court is hereby directed to send a certified copy of this Order to Plaintiffs, Defendants, and all counsel of record.

Entered this ___11th___ day of January, 2018.

NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE