UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| ELIZABETH SINES, SETH WISPELWEY, MARISSA BLAIR, TYLER MAGILL, APRIL MUNIZ, HANNAH PEARCE, MARCUS MARTIN, NATALIE ROMERO, CHELSEA ALVARADO, and JOHN DOE,<br><br>                  Plaintiffs,<br><br>v.<br><br>JASON KESSLER, RICHARD SPENCER, CHRISTOPHER CANTWELL, JAMES ALEX FIELDS, JR., VANGUARD AMERICA, ANDREW ANGLIN, MOONBASE HOLDINGS, LLC, ROBERT "AZZMADOR" RAY, NATHAN DAMIGO, ELLIOT KLINE a/k/a/ ELI MOSLEY, IDENTITY EVROPA, MATTHEW HEIMBACH, MATTHEW PARROTT a/k/a DAVID MATTHEW PARROTT, TRADITIONALIST WORKER PARTY, MICHAEL HILL, MICHAEL TUBBS, LEAGUE OF THE SOUTH, JEFF SCHOEP, NATIONAL SOCIALIST MOVEMENT, NATIONALIST FRONT, AUGUSTUS SOL INVICTUS, FRATERNAL ORDER OF THE ALT-KNIGHTS, MICHAEL "ENOCH" PEINOVICH, LOYAL WHITE KNIGHTS OF THE KU KLUX KLAN, and EAST COAST KNIGHTS OF THE KU KLUX KLAN a/k/a EAST COAST KNIGHTS OF THE TRUE INVISIBLE EMPIRE,<br><br>                  Defendants. | Civil Action No. 3:17-cv-00072-NKM<br><br>**JURY TRIAL DEMANDED** |

**CONSENT MOTION FOR A MODIFIED BRIEFING SCHEDULE**

1. This Consent Motion is filed on behalf of all Plaintiffs and the following Defendants: Christopher Cantwell, Nathan Damigo, Matthew Heimbach, Identity Evropa, Jason Kessler, Elliot Kline, National Socialist Movement, Nationalist Front, Matthew Parrott, Jeff Schoep, Traditionalist Worker Party, Vanguard America, Robert Ray, Michael Hill, Michael Tubbs, the League of the South, James Fields, and Michael Peinovich (collectively, "Joining Defendants").

2. On November 22, 2017, this Court entered an Order Granting Consent Motion (ECF 120) (the "Consent Order") which, *inter alia*, provided for a uniform briefing schedule for any motions to dismiss the Complaint filed by Defendants.

3. On January 5, 2018, pursuant to Paragraph 2 of the Consent Order, Plaintiffs filed a First Amended Complaint (ECF 175) (the "First Amended Complaint").

4. At the time of filing the First Amended Complaint, in addition to the Joining Defendants, Defendants Richard Spencer and the Loyal White Knights of the Ku Klux Klan had been served the Complaint (together with the Joining Defendants, the "Served Defendants").[1]

5. Several Defendants had filed motions to dismiss the Complaint in accordance with Paragraph 1 of the Consent Order. After filing the First Amended Complaint, several Defendants indicated to Plaintiffs that they intended to file new motions to dismiss in response to the First Amended Complaint, while others indicated that they wished to rely on their previously filed motions to dismiss.

---

[1] Neither the Loyal White Knights of the Ku Klux Klan nor Richard Spencer have properly appeared in the case. This Court ordered the Loyal White Knights of the Ku Klux Klan to "retain a licensed attorney and have that attorney note an appearance in this matter and file a responsive pleading" by January 17, 2018. (ECF 166.)

6. Accordingly, to provide a uniform briefing schedule for motions to dismiss the First Amended Complaint, Plaintiffs and Joining Defendants jointly propose the following briefing schedule, which is reflected in the enclosed Proposed Order Granting Consent Motion:

    a. Any motions to dismiss the First Amended Complaint from Served Defendants will be due January 26, 2018. If any Served Defendant wishes to rely on the briefing already filed in support of a motion to dismiss the Complaint, the Served Defendant may file a short motion to dismiss the First Amended Complaint incorporating the previously filed motion and memorandum of law.

    b. Plaintiffs' opposition to all Served Defendants' motions to dismiss filed prior to entry of this order, or filed up to and including January 26, 2018, will be due February 19, 2018, regardless of when a specific Served Defendant files or filed their motion to dismiss.

    c. Served Defendants' replies in support of any motions to dismiss will be due March 5, 2018.

    d. Paragraph 4 of the Order Granting Consent Motion (ECF 120) be vacated.

Dated: January 18, 2018

| | |
|---|---|
| /s/ *Robert T. Cahill* | /s/ *Elmer Woodard* |
| Robert T. Cahill (VSB 38562) | Elmer Woodard (VSB 27734) |
| COOLEY LLP | 5661 US Hwy. 29 |
| 11951 Freedom Drive, 14th Floor | Blairs, VA 24527 |
| Reston, VA 20190-5656 | (434) 878-3422 |
| Telephone: (703) 456-8000 | isuecrooks@comcast.net |

Roberta A. Kaplan
Julie E. Fink
Christopher B. Greene
Seguin L. Strohmeier
KAPLAN & COMPANY, LLP
250 Fifth Avenue
New York, NY 10118
Telephone: (212) 763-0883

*Attorney for Defendants Christopher Cantwell, Nathan Damigo, Matthew Heimbach, Identity Europa, Jason Kessler, Elliot Kline, National Socialist Movement, Nationalist Front, Matthew Parrott, Jeff Schoep, Traditionalist Worker Party, Vanguard America, and Robert Ray*

Karen L. Dunn
William A. Isaacson
BOIES SCHILLER FLEXNER, LLP
1401 New York Avenue, NW
Washington, DC 20005
Telephone: (202) 237-2727

/s/ *Bryan J. Jones*
Bryan J. Jones (VSB 87675)
106 W. South St. Suite 211
Charlottesville, VA 22902
(540) 623-6952 (phone)
(434) 381-4397 (fax)
bryan@bjoneslegal.com

Philip M. Bowman
Joshua J. Libling
BOIES SCHILLER FLEXNER, LLP
575 Lexington Avenue, 7th Floor
New York, NY 10022
Telephone: (212) 446-2300

*Attorney for Defendants Michael Hill, Michael Tubbs, and the League of the South*

/s/ *David L. Campbell*
David L. Campbell
DUANE, HAUCK, GRAVATT & CAMPBELL, P.C.
100 West Franklin Street
Richmond, Virginia 23220
(804) 644-7400 (phone)
(804) 303-8911 (fax)
DCampbell@dhgclaw.com
*Attorney for Defendant James Fields*

Alan Levine
COOLEY LLP
1114 Avenue of the Americas, 46th Floor
New York, NY 10036
Telephone: (212) 479-6260

/s/ *Michael E. Peinovich*
Michael E. Peinovich
mpeinovich@gmail.com

David E. Mills
COOLEY LLP
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004
Telephone: (202) 842-7800

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on January 18, 2018, I filed the foregoing with the Clerk of Court through the CM/ECF system, which will send a notice of electronic filing to:

Justin Saunders Gravatt
David L. Hauck
David L. Campbell
Duane, Hauck, Davis & Gravatt, P.C.
100 West Franklin Street, Suite 100
Richmond, VA 23220
jgravatt@dhdglaw.com
dhauck@dhdglaw.com
dcampbell@dhdglaw.com

*Counsel for Defendant James A. Fields, Jr.*

Bryan Jones
106 W. South St., Suite 211
Charlottesville, VA 22902
bryan@bjoneslegal.com

*Counsel for Defendants Michael Hill, Michael Tubbs, and League of the South*

Elmer Woodard
5661 US Hwy 29
Blairs, VA 24527
isuecrooks@comcast.net

James E. Kolenich
Kolenich Law Office
9435 Waterstone Blvd. #140
Cincinnati, OH 45249
jek318@gmail.com

*Counsel for Defendants Jeff Schoep, Nationalist Front, National Socialist Movement, Matthew Parrott, Matthew Heimbach, Robert Ray, Traditionalist Worker Party, Elliot Kline, Jason Kessler, Vanguard America, Nathan Damigo, Identity Europa, Inc., and Christopher Cantwell*

I further hereby certify that on January 18, 2018, I also served the following non-ECF participant, via U.S. mail, First Class and postage prepaid, addressed as follows:

Loyal White Knights of the Ku Klux Klan (*pro se*)
a/k/a Loyal White Knights Church of Invisible Empire Inc.
c/o Chris and Amanda Barker
P.O. Box 54
Pelham, N.C. 27311

Richard Spencer
1001-A King Street
Alexandria, VA 22314

Michael Peinovich (*pro se*)
a/k/a Michael "Enoch" Peinovich
519 E. 82nd Street, Apt 2C
New York, NY 10028
mpeinovich@gmail.com

*s/ Robert T. Cahill*
Robert T. Cahill (VSB 38562)
COOLEY LLP
11951 Freedom Drive, 14th Floor
Reston, VA 20190-5656
Telephone: (703) 456-8000
Fax: (703) 456-8100
Email: rcahill@cooley.com

*Counsel for Plaintiffs*