UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| ELIZABETH SINES, SETH WISPELWEY, MARISSA BLAIR, TYLER MAGILL, APRIL MUNIZ, HANNAH PEARCE, MARCUS MARTIN, NATALIE ROMERO, CHELSEA ALVARADO, and JOHN DOE,<br><br>      Plaintiffs,<br><br>v.<br><br>JASON KESSLER, RICHARD SPENCER, CHRISTOPHER CANTWELL, JAMES ALEX FIELDS, JR., VANGUARD AMERICA, ANDREW ANGLIN, MOONBASE HOLDINGS, LLC, ROBERT "AZZMADOR" RAY, NATHAN DAMIGO, ELLIOT KLINE a/k/a/ ELI MOSLEY, IDENTITY EVROPA, MATTHEW HEIMBACH, MATTHEW PARROTT a/k/a DAVID MATTHEW PARROTT, TRADITIONALIST WORKER PARTY, MICHAEL HILL, MICHAEL TUBBS, LEAGUE OF THE SOUTH, JEFF SCHOEP, NATIONAL SOCIALIST MOVEMENT, NATIONALIST FRONT, AUGUSTUS SOL INVICTUS, FRATERNAL ORDER OF THE ALT-KNIGHTS, MICHAEL "ENOCH" PEINOVICH, LOYAL WHITE KNIGHTS OF THE KU KLUX KLAN, and EAST COAST KNIGHTS OF THE KU KLUX KLAN a/k/a EAST COAST KNIGHTS OF THE TRUE INVISIBLE EMPIRE,<br><br>      Defendants. | Civil Action No. 3:17-cv-00072-NKM<br><br>JURY TRIAL DEMANDED |

**[PROPOSED] ORDER GRANTING CONSENT MOTION**

WHEREAS, on November 22, 2017, the Court entered an Order Granting Consent Motion that, *inter alia*, provided a schedule for filing motions to dismiss the Complaint and for Plaintiffs to respond;

WHEREAS, on January 5, 2018, Plaintiffs filed a First Amended Complaint;

WHEREAS, on January 16, 2018, Plaintiffs and Defendants Christopher Cantwell, Nathan Damigo, Matthew Heimbach, Identity Evropa, Jason Kessler, Elliot Kline, National Socialist Movement, Nationalist Front, Matthew Parrott, Jeff Schoep, Traditionalist Worker Party, Vanguard America, Robert Ray, Michael Hill, Michael Tubbs, the League of the South, James Fields, and Michael Peinovich (collectively, "Joining Defendants"), submitted a Consent Motion for a Modified Briefing Schedule seeking to provide for a uniform schedule for Defendants to file motions to dismiss the First Amended Complaint and for Plaintiffs to respond;

NOW, THEREFORE, it is ordered:

1. All motions to dismiss the First Amended Complaint from Defendants who have been served as of the date of this Order (the "Served Defendants") will be due January 26, 2018, regardless of when a specific Served Defendant was served.  If any Served Defendant wishes to rely on the briefing already filed in support of a motion to dismiss the Complaint, the Served Defendant may file a short motion to dismiss the First Amended Complaint incorporating the previously filed motion and memorandum of law.

2. Plaintiffs' opposition to all Served Defendants' motions to dismiss filed prior to entry of this order, or filed up to and including January 26, 2018, will be due February 19, 2018, regardless of when a specific Served Defendant files or filed their motion to dismiss.

3. Served Defendants' replies in support of any motions to dismiss will be due March 5, 2018.

      4.      Paragraph 4 of the Order Granting Consent Motion, dated November 22, 2017, is vacated.

Dated: January \_\_\_\_\_, 2018

**SO ORDERED**

_____
Hon. Joel C. Hoppe, M.J.