# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

| | |
|---|---|
| **ELIZABETH SINES, ET AL.,** | Case No. 3:17-cv-00072-NKM |
| Plaintiffs, | Hon. Norman K. Moon |
| v. | |
| **JASON KESSLER, ET AL.,** | |
| Defendants. | |

**BRYAN J. JONES (VSB 87675)**
106 W. South St., Ste. 211
Charlottesville, VA 22902
(P): (540) 369-2012
(F): (434) 381-4397
(E): bryan@bjoneslegal.com
*Attorney for Michael Hill, Michael Tubbs, and League of the South*

**COOLEY LLP**
Robert T. Cahill (VSB 38562)
11951 Freedom Dr., 14th Fl.
Reston, VA 20190
(P): (703) 456-8000
(F): rcahill@cooley.com
(E): rcahill@cooley.com
*Attorneys for Plaintiffs*

**KAPLAN & COMPANY, LLP**
Roberta A. Kaplan
350 Fifth Ave., Ste. 7110
New York, NY 10118
(P): (212) 763-0883
(E): rkaplan@kaplanandcompany.com
(E): jfink@kaplanandcompany.com
*Attorneys for Plaintiffs*

**BOIES SCHILLER FLEXNER LLP**
Karen L. Dunn
William A. Isaacson
1401 New York Ave. NW
Washington, DC 20005
(P): (202) 237-2727
(F): kudunn@bsfllp.com
(E): wisaacson@bsfllp.com
*Attorneys for Plaintiffs*

**BOIES SCHILLER FLEXNER LLP**
Philip M. Bowman
575 Lexington Ave.
New York, NY 10022
(P): (212) 446-2300
(F): (212) 446-2350
(E): pbowman@bsfllp.com
*Attorneys for Plaintiffs*

## MOTION TO DISMISS PLAINTIFF'S AMENDED COMPLAINT BY MICHAEL HILL, MICHAEL TUBBS, AND LEAGUE OF THE SOUTH
## (ORAL ARGUMENT REQUESTED)

NOW COMES Michael Hill ("Hill"), Michael Tubbs ("Tubbs"), and League of the South ("LOTS"), by and through their undersigned attorney, and hereby move this Honorable Court to dismiss Plaintiff's Amended Complaint—pursuant to Fed. R. Civ. P. 12(b)(6)—for the reasons set forth in their previously filed Motion to Dismiss and Brief in Support of Motion to Dismiss of Michael Hill, Michael Tubbs, and League of the South. The previous Motion to Dismiss and Brief in Support of Motion to Dismiss were filed with this court on November 10, 2017.

Respectfully submitted,

/s/ Bryan J. Jones
Bryan J. Jones (VSB 87675)
106 W. South St., Ste. 211
Charlottesville, VA 22902
(P): (540) 369-2012
(F): (434) 381-4397
(E): bryan@bjoneslegal.com
*Attorney for Michael Hill, Michael Tubbs, and League of the South*

Dated: January 25, 2018

## VII.  PROOF OF SERVICE

    I, Bryan J. Jones, affirm that I am an attorney of record for a party to the above-captioned civil action, and on January 25, 2018, I served a true and accurate copy of this document upon all attorneys of record who have registered to receive service of process via the Court's Electronic Filing System by submitting said documents to said System.

    /s/ Bryan J. Jones
Bryan J. Jones (VSB 87675)
106 W. South St., Ste. 211
Charlottesville, VA 22902
(P):  (540) 369-2012
(F):  (434) 381-4397
(E):  bryan@bjoneslegal.com
*Attorney for Michael Hill, Michael Tubbs, and League of the South*

Dated:  January 25, 2018