CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

JAN 2 6 2018

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA

ELIZABETH SINES, et al.,

    Plaintiffs,

v.

JASON KESSLER, et al.

    Defendants.

Case No. 3:17-cv-00072-NKM

Hon. Norman K. Moon

---

### FRATERNAL ORDER OF ALT-KNIGHTS'
### NOTICE OF MOTION AND MOTION TO DISMISS
### (ORAL ARGUMENT REQUESTED)

Defendant Fraternal Order of Alt-Knights (FOAK) respectfully move this Court pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6) for an Order:

1.     Granting FOAK's motion to dismiss in its entirety;

2.     Dismissing Plaintiffs' First Amended Complaint (ECF 175) with prejudice; and

3.     Awarding FOAK's reasonable attorneys' fees, expenses and cost incurred in bringing and defending this motion.

This motion is made on the grounds that this Court lacks personal jurisdiction over FOAK. Fed. R. Civ. P. 12(b)(2). And as further discussed in the support memorandum of points and authorities, the complaint fails to state a cognizable claim against FOAK. Fed. R. Civ. P. 12(b)(6). Accordingly, FOAK respectfully moves this Court to dismiss this action.

Dated: January 26, 2018

In Pro Per
Kyle Chapman
c/o Fraternal Order of Alt-Knights
52 Lycett Circle
Daly City, CA 94015
kyleschapman@yahoo.com