IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| ELIZABETH SINES ET AL. | : | Case No. 3:17-CV-72 |
| **Plaintiff** | : | Judge MOON |
| | : | |
| -v- | | |
| JASON KESSLER ET AL. | : | |
| | : | |
| **Defendants** | | |

**MOTION TO DISMISS THE PLAINTIFF'S AMENDED COMPLAINT**

Now come Defendant Nationalist Front and moves the Court to dismiss all claims against it for the same reasons as stated in DE 104 and 105 which pleadings defendant hereby incorporates by reference.

Respectfully Submitted,

s/ Elmer Woodard
ELMER WOODARD (VSB 27734)
5661 US Hwy 29
Blairs, Va. 24527
(434) 878-3422
isuecrooks@comcast.net
*Trial Attorney for Defendant*

                      S/ James E. Kolenich (PHV)
                      KOLENICH LAW OFFICE
                      9435 Waterstone Blvd. #140
                      Cincinnati OH 45249
                      Phone: 513.444.2150
                      Fax: 513.297.6065
                      e-mail: Jek318@gmail.com

## CERTIFICATE OF SERVICE

I hereby certify the above was served via the Court's ECF system on January 26, 2018 upon:

All parties of record. One party is entitled to or has requested service by other means and said party has been served by regular US mail/ electronic mail as follows:
Mr. Michael Enoch Peinovich
PO Box 1069
Hopewell Junction, NY 12533
mpeinovich@gmail.com

                      s/ Elmer Woodard
                      _____
                      E. Woodard (VSB 27734)

2

Case 3:17-cv-00072-NKM-JCH   Document 207   Filed 01/26/18   Page 2 of 2   Pageid#: 1065