Kyle Chapman
52 Lycett Circle
Daly City, CA 94015

January 22, 2018

Honorable Judge Norman K. Moon
U.S. District Court
Western District of Virginia
P.O. Box 657
Lynchburg, VA 24505
and
1101 Court Street, Suite A66
Lynchburg, VA 24504

CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

JAN 3 0 2018

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

Dear Honorable Judge Moon,

I was served with a summons and complaint on December 22, 2017, c/o Fraternal Order of Alt-Knights in Oakland, California relating to Elizabeth Sines v. Jason Kessler (3:17-cv-00072-NKM). On January 10, 2018, I was mail served with a copy of the amended complaint. I dispute that I am the proper party to be served, however, I request additional three weeks to find adequate legal counsel in Virginia to understand my legal obligations and defenses to properly respond. The counsel I was hoping to retained, could not be retained due to some conflict. Thank you for your consideration.

Sincerely,

/s/ Kyle Chapman


cc:   Robert T. Cahill
      Cooley LLP
      11951 Freedom Drive, 14th Floor
      Reston, VA 20190
      Email: rcahill@cooley.com