SAN FRANCISCO CA 940

23 JAN 2018 PM 4 L

Kyle Chapman
52 Lycett Circle
Daly City, CA 94015

Honorable Judge Norman K. Moon
U.S. District Court
Western District of Virginia
1101 Court Street
Suite A66
Lynchburg, VA 24504

24504-459716