IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| ELIZABETH SINES, *ET AL.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> JASON KESSLER, *ET AL.*, <br><br> *Defendants.* | CASE NO. 3:17-CV-00072 <br><br> ORDER <br><br> JUDGE NORMAN K. MOON |

This matter is before the Court on two motions made by Kyle Chapman on behalf of Defendant Fraternal Order of the Alt-Knights. First, Chapman sent the Court a letter dated January 22, 2018 asking the Court for three additional weeks to find counsel in Virginia. (Dkt. 208). Chapman has previously filed a similar letter, (dkt. 176), which the Court denied as moot in light of the Plaintiffs' filing of an amended complaint, (dkt. 177). Second, Chapman went ahead and filed a motion to dismiss, (dkt. 202), a declaration in support of that motion to dismiss, (dkt. 203), and a brief in support of that motion to dismiss, (dkt. 204). Chapman, who is not a defendant in his personal capacity, personally filed all of these documents on behalf of Defendant Fraternal Order of the Alt-Knights.

While an individual may represent himself or herself, "a corporation may appear in the federal courts only through licensed counsel." *Rowland v. Calif. Men's Colony*, 506 U.S. 194, 202–03 (1993). This rule "applies equally to all artificial entities." *Id.* at 202. Defendant Fraternal Order of the Alt-Knights is an "artificial entit[y]," and so Chapman may not represent it in this Court because he does not appear to be a licensed attorney.

Accordingly, Defendant Fraternal Order of the Alt-Knights is **DIRECTED** to retain a licensed attorney and have that attorney note an appearance in this matter and file a proper responsive pleading within fourteen (14) days of entry of this Order. *See* W.D. Va. Gen. R.

6(a)–(d), (i).  Failure to comply with this Order will result in default being entered against Defendant Fraternal Order of the Alt-Knights.  Chapman's request for an extension of time, (dkt. 208), is **GRANTED** in part, and Chapman's motion to dismiss, (dkt. 202), declaration, (dkt. 203), and brief, (dkt. 204), are **STRICKEN**.

It is so **ORDERED**.  The Clerk of the Court is hereby directed to send a certified copy of this Order to Plaintiffs, Defendants, and all counsel of record.

Entered this  31st  day of January, 2018.

NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE

2