CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

JAN 3 1 2018

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION

| | |
|---|---|
| **ELIZABETH SINES, ET AL.,** | Case No. 3:17-cv-00072-NKM |
| **Plaintiffs,** | Hon. Norman K. Moon |
| **v.** | |
| **JASON KESSLER, ET AL.,** | |
| **Defendants.** | |

## MOTION TO DISMISS BY DEFENDANT MICHAEL PEINOVICH

Defendant Michael Peinovich, Pro Se, moves this Honorable Court to dismiss Plaintiffs'

Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(6) for the reasons set forth in his

Memorandum in Support.

_____

Michael Peinovich, Pro Se

## CERTIFICATE OF SERVICE

On this 26th day of January, 2017, I Michael Peinovich certify that I mailed copies of this

memorandum in support and the accompanying motion to:

**Alan Levine**
Cooley LLP
1114 Avenue of the Americas, 46th Floor

New York, NY 10036

**Christopher Bradford Greene**
**Julie Eden Fink**
**Roberta Ann Kaplan**
**Seguin Layton Strohmeier**
Kaplan &amp; Company, LLP
350 Fifth Avenue, Suite 7110
New York, NY 10118

**David E. Mills**
Cooley LLP
1299 Pennsylvania Avenue, NW,
Suite 700
Washington, DC 20004

**Joshua James Libling**
**Philip Matthew Bowman**
**Yotam Barkai**
Boies Schiller Flexner, LLP
575 Lexington Avenue, 7th Floor
New York, NY 10022

**Karen Leah Dunn**
**William Anthony Isaacson**
Boies Schiller Flexner, LLP
1401 New York Avenue, NW
Washington, DC 20005

**Robert T. Cahill**
Cooley LLP
11951 Freedom Drive
Reston, VA 20190

**Elmer Woodard**
5700 US Hwy 29
Blairs, VA 24527

**Justin Saunders Gravatt**
Duane, Hauck, Davis & Gravatt, P.C.
100 West Franklin Street, Suite 100
Richmond, VA 23220

**Bryan Jeffrey Jones**
Bryan J. Jones, Attorney at law
106 W. South Street, Suite 211
Charlottesville, VA 22902

Michael Peinovich