IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| ELIZABETH SINES, et al., | Case No. 3:17-cv-00072-NKM |
| Plaintiffs, | Hon. Norman K. Moon |
| v. | |
| JASON KESSLER, et al. | |
| Defendants. | |

## CERTIFICATE OF SERVICE

I hereby certify that on January 26, 2018, true and correct copies of:

1. Fraternal Order of Alt-Knights' Notice of Motion and Motion to Dismiss (Oral Argument Requested) (ECF 202)

2. Memorandum of Points and Authorities in Support of Fraternal Order of Alt-Knights' Motion to Dismiss (ECF 204)

3. Declaration of Kyle Chapman in Support of Fraternal Order of Alt-Knights' Motion to Dismiss (ECR 203)

Have been forwarded by first class U.S. mail to counsel of record:

Alan Levine
Cooley LLP
1114 Avenue of the Americas, 46th Floor
New York, NY 10036
*Counsel for Plaintiffs*

Elmer Woodard
5661 US HWY 29
Blairs, VA 24527
*Counsel for Defendant Kessler, Cantwell, Vanguard America, Ray, Damigo, Kline, Identity Evropa, Heimbach, Parrott, Traditionalist Worker Party, Schoep, National Socialist Movement, Nationalist Front*

David Leon Campbell
Duane, Hauck, Davis & Gravatt, P.C.
100 West Franklin Street, Suite 100
Richmond, VA 23220
*Counsel for Defendant Fields*

1

Bryan Jeffrey Jones
Bryan J. Jones, Attorney at law
106 W. South Street, Suite 211
Charlottesville, VA 22902
*Counsel for Hill, Tubbs & League of the South*

Michael Enoch Peinovich
PO Box 1069
Hopewell Junction, NY 12533
*Pro Se*

Dated: January 26, 2018

*[signature: Kyle Chapman]*
In Pro Per
Kyle Chapman
c/o Fraternal Order of Alt-Knights
52 Lycett Circle
Daly City, CA 94015
kyleschapman@yahoo.com