## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF VIRGINIA

Elizabeth Sines, et al.

**Plaintiff**

vs.                    Case No: 3:17CV00072 NKM

Jason Kessler, et al.

**Defendant**

### AFFIDAVIT OF SERVICE

I, Tony Klein, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Summons and First Amended Complaint in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this action.

That on 01/23/2018 at 9:45 AM, I served Fraternal Order of the Alt-Knights c/o Kyle Sean Chapman with the Summons and First Amended Complaint at Alameda County Superior Court, 1225 Fallon Street, Oakland, California 94612 by serving Kyle Sean Chapman, authorized to accept.

Kyle Sean Chapman is described herein as:

Gender: Male   Race/Skin: White   Age: 40's   Weight: 240   Height: 6'1"   Hair: Dark Brown   Glasses: No

I do solemnly declare and affirm under penalty of perjury that I have read the foregoing information set forth herein is correct to the best of my knowledge, information, and belief.

1/23/18
Executed On



Tony Klein

Client Ref Number: N/A
Job #: 1539064

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

AO 440 (Rev. 06/12) (02/17 WD/VA) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Western District of Virginia

Elizabeth Sines, Seth Wispelwey, Mariss Blair, Tyler Magill, April Muniz, Hannah Pearce, Marcus Martin, Natalie Romero, Chelsea Alvarado, and John Doe )
*Plaintiff* )
)
v. )   Civil Action No.3:17-cv-0072 NFM
Jason Kessler, Richard Spencer, Christopher Cantwell, James Alex Fields, Jr., Vanguard America, Andrew Anglin, Moonbase Holdings, LLC et al. )
*Defendant* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

    Fraternal Order of the Alt-Knights
    c/o Kyle Sean Chapman
    52 Lycett Circle
    Daly City, CA 94015

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — or 120 days for Social Security Cases filed pursuant to 42 USC 405(g) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Robert T. Cahill, Esq., Cooley LLP
    11951 Freedom Drive, 14th Floor
    Reston, VA 20190-5656
    Tel: (703) 456-8000 - Email: rcahill@cooley.com
    Co-Counsel for Plaintiffs

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

JULIA C. DUDLEY, CLERK OF COURT

Date: January 18, 2018

s/ Joyce C. Jones
*Deputy Clerk*