UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

ELIZABETH SINES, SETH WISPELWEY,
MARISSA BLAIR, TYLER MAGILL, APRIL
MUNIZ, HANNAH PEARCE, MARCUS
MARTIN, JOHN DOE, JANE DOE 1, JANE
DOE 2, AND JANE DOE 3,

        Plaintiffs,

v.                                                                        Civil Action No.: 3:17CV00072

JASON KESSLER, RICHARD SPENCER,
CHRISTOPHER CANTWELL, JAMES ALEX
FIELDS, JR., VANGUARD AMERICA,
ANDREW ANGLIN, MOONBASE
HOLDINGS, LLC, ROBERT "AZZMADOR"
RAY, NATHAN DAMIGO, ELLIOTT
KLINE a/k/a ELI MOSELEY, IDENTITY
EVROPA, MATTHEW HEIMBACH, MATTHEW
PARROTT a/k/a DAVID MATTHEW PARROTT,
TRADITIONALIST WORKER PARTY,
MICHAEL HILL, MICHAEL TUBBS, LEAGUE
OF THE SOUTH, JEFF SCHOEP, NATIONAL
SOCIALIST MOVEMENT, NATIONALIST
FRONT, AUGUSTUS SOL INVICTUS,
FRATERNAL ORDER OF THE ALT-KNIGHTS,
MICHAEL "ENOCH" PEINOVICH, LOYAL
WHITE KNIGHTS OF THE KU KLUX KLAN,
and EAST COAST KNIGHTS OF THE KU KLUX
KLAN a/k/a EAST COAST KNIGHTS OF THE
TRUE INVISIBLE EMPIRE,

        Defendants.

<u>NOTICE OF MISSTATEMENT</u>

    COMES NOW Defendant JAMES ALEX FIELDS, JR., by counsel, to advise the Court that he has not agreed that Plaintiffs' Motion to Strike his Opposition to Motion To Proceed Under

Pseudonyms as represented by Plaintiffs' counsel and objects to same being ruled on without a hearing at which time he asks this Court to rule on Plaintiffs' Motion to Proceed Under Pseudonyms subject to his opposition.

At 9:51 a.m. on Monday, February 12, 2018, Plaintiffs' counsel emailed undersigned and other counsel in this case asking "whether you consent to the Court ruling on Doe Plaintiff's Motion" and providing a copy of the Motion to Strike Fields Opposition. Plaintiffs' counsel attempted to impose a deadline on this response seven hours and nine minutes later without any authority to do so. Without receiving a response in any form from Fields or his counsel, Plaintiff filed the erroneous notice advising the Court that Fields agreed to a decision on this motion without a hearing. Fields does not. Fields requests this Court hold a hearing to rule on Plaintiffs' Motion to Proceed Under Pseudonyms and should the Court deem it necessary, to Rule on Plaintiffs' Motion to Strike Fields' Opposition at that time.

Respectfully submitted,

JAMES ALEX FIELDS, JR.
By Counsel

/s/ David L. Campbell
David L. Hauck, Esquire (VSB# 20565)
David L. Campbell, Esquire (VSB #75960)
DUANE, HAUCK, GRAVATT & CAMPBELL P.C.
100 West Franklin Street
Richmond, Virginia 23220
Telephone: 804-644-7400
Facsimile: 804-303-8911
dcampbell@dhdglaw.com
*Counsel for Defendant James A. Fields, Jr.*

2

CERTIFICATE OF SERVICE

I hereby certify that on 13TH day of February, 2018, I filed the foregoing with the Clerk of Couret through the CM/ECF system, which will send a notice of electronic filing to the following:

>Robert T. Cahill, Esquire
>Cooley, LLP
>11951 Freedom Drive, 14th Floor
>Reston, Virginia 20190-5656
>*Counsel for Plaintiff*
>
>Roberta A. Kaplan, Esquire
>Julie E. Fink, Esquire
>Kaplan & Company, LLP
>350 Fifth Avenue, Suite 7110
>New York, New York 10118
>
>Karen L. Dunn, Esquire
>William A. Isaacson, Esquire
>Boies Schiller Flexner LLP
>1401 New York Ave, NW
>Washington, DC 20005
>Philip M. Bowman, Esquire
>Boies Schiller Flexner LLP
>575 Lexington Avenue
>New York, New York 10022
>
>Alan Levine, Esquire
>Cooley LLP
>1114 Avenue of the Americas, 46th Floor
>New York, New York 10036
>
>David E. Mills, Esquire
>Cooley LLP
>1299 Pennsylvania Avenue, NW
>Suite 700
>Washington, DC 20004
>
>Brian Jeffrey Jones, Esq.
>106 W. South Street, Suite 211
>Charlottesville, Virginia 22902
>*Attorney for Defendants Michael Hill, Michael Tubbs, and the League of the South*

3

Elmer Woodard, Esquire
5661 US Hwy. 29
Blairs, Virginia 24527
*Attorney for Defendants Christopher Cantwell, Nathan Damigo, Matthew Heimbach, Identity Europa, Jason Kessler, Elliot Kline, National Socialist Movement, Nationalist Front, Matthew Parrott, Jeff Schoep, Traditionalist Worker Party, Vanguard America, and Robert Ray*

Michael Peinovich, Defendant *pro se*
519 E. 82nd Street, Apt. 2C
New York, NY 10028

And I hereby certify that I will mail the document by U.S. mail to the following non-filing users:

Richard Spencer
1001-A King Street
Alexandria, Virginia 22314

Loyal White Knights of the Ku Klux Klan
c/o Chris and Amanda Baker
PO Box 54
Pelham, NC 27311

/s/ David L. Campbell
David L. Hauck, Esquire (VSB# 20565)
David L. Campbell, Esquire (VSB #75960)
DUANE, HAUCK, GRAVATT & CAMPBELL P.C.
100 West Franklin Street
Richmond, Virginia 23220
Telephone: 804-644-7400
Facsimile: 804-303-8911
dcampbell@dhdglaw.com
*Counsel for Defendant James A. Fields, Jr.*

4