CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

02/14/2018

JULIA C. DUDLEY, CLERK
BY: /s/ H. Wheeler
DEPUTY CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### CHARLOTTESVILLE DIVISION

| | |
|---|---|
| ELIZABETH SINES, *ET AL.*,<br><br>    *Plaintiffs,*<br><br>v.<br><br>JASON KESSLER, *ET AL.*,<br><br>    *Defendants.* | CASE NO. 3:17-CV-00072<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

  Multiple Defendants filed motions to dismiss in response to Plaintiffs' original complaint. (*See* dkts. 93 (filed on behalf of Michael Hill, League of the South, and Michael Tubbs), 99 (filed on behalf of Matthew Parrott), 104 (filed on behalf of Nationalist Front), 111 (filed on behalf of Christopher Cantwell), 113 (filed on behalf of National Socialist Movement), 115 (filed on behalf of Jeff Schoep), 117 (filed on behalf of Michael Enoch Peinovich), 136 (filed on behalf of Nathan Damigo, Identity Evropa, and Elliot Kline), 138 (filed on behalf of Vanguard America), 139 (filed on behalf of Jason Kessler), 141 (filed on behalf of Robert Azzmador Ray), 143 (filed on behalf of Matthew Heimbach and Traditionalist Worker Party)). However, Plaintiffs filed an amended complaint on January 5, 2018. (Dkt. 175). Each of these Defendants then filed new motions to dismiss. (*See* dkt. 201, 205, 207, 209, 212). Accordingly, the motions to dismiss the original complaint, (dkts. 93, 99, 104, 111, 113, 115, 117, 136, 138, 139, 141, 143), are now **DENIED** as moot.

  It is so **ORDERED**. The Clerk of the Court is hereby directed to send a certified copy of this Order to Plaintiffs, Defendants, and all counsel of record.

  Entered this  14th  day of February 2018.

                  /s/ Norman K. Moon
                  NORMAN K. MOON
                  SENIOR UNITED STATES DISTRICT JUDGE