UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| ELIZABETH SINES, ET AL., | Case No. 3:17-cv-00072-NKM |
| Plaintiffs, | Hon. Norman K. Moon |
| v. | |
| JASON KESSLER, ET AL., | |
| Defendants. | |

CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILE, VA
FILED

FEB 14 2018

JULIA C. DUDLEY, CLERK
BY: /s/ Deputy Clerk

## MOTION TO STAY DISCOVERY
## BY DEFENDANT MICHAEL PEINOVICH

Defendant Michael Peinovich, Pro Se, for the reasons set forth in the accompanying Memorandum in Support, moves this Honorable Court to stay discovery pending resolution of Peinovich's motion to dismiss Plaintiffs' Amended Complaint pursuant to Fed. R. Civ. P. 12(b)(6).

Michael Peinovich, Pro Se