# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION

| | |
|---|---|
| ELIZABETH SINES, ET AL., | Case No. 3:17-cv-00072-NKM |
| Plaintiffs, | Hon. Norman K. Moon |
| v. | |
| JASON KESSLER, ET AL., | |
| Defendants. | |

### DEFENDANT MICHAEL PEINOVICH'S MOTION TO QUASH PLAINTIFFS' SUBPOENAS TO TWITTER, GODADDY, CLOUDFLARE, AND HATREON

Defendant Michael Peinovich, Pro Se, for the reasons set forth in the accompanying Memorandum in Support and pursuant to Fed. R. Civ. P. 45, moves this Honorable Court to quash the subpoenas plaintiffs have served, or intend to serve, on Twitter, Inc., Godaddy.com, LLC, Cloudflare, LLC, and Hatreon, and for a protective order.

_____

Michael Peinovich, Pro Se