# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### Charlottesville Division

ELIZABETH SINES, SETH WISPELWEY,
MARISSA BLAIR, TYLER MAGILL, APRIL
MUNIZ, HANNAH PEARCE, MARCUS
MARTIN, NATALIE ROMERO, CHELSEA
ALVARADO, and JOHN DOE,

                    Plaintiffs,

v.

JASON KESSLER, RICHARD SPENCER,
CHRISTOPHER CANTWELL, JAMES
ALEX FIELDS, JR., VANGUARD
AMERICA, ANDREW ANGLIN,
MOONBASE HOLDINGS, LLC, ROBERT
"AZZMADOR" RAY, NATHAN DAMIGO,
ELLIOT KLINE a/k/a/ ELI MOSELY,
IDENTITY EVROPA, MATTHEW
HEIMBACH, MATTHEW PARROTT a/k/a
DAVID MATTHEW PARROTT,
TRADITIONALIST WORKER PARTY,
MICHAEL HILL, MICHAEL TUBBS,
LEAGUE OF THE SOUTH, JEFF SCHOEP,
NATIONAL SOCIALIST MOVEMENT,
NATIONALIST FRONT, AUGUSTUS SOL
INVICTUS, FRATERNAL ORDER OF THE
ALT-KNIGHTS, MICHAEL "ENOCH"
PEINOVICH, LOYAL WHITE KNIGHTS OF
THE KU KLUX KLAN, and EAST COAST
KNIGHTS OF THE KU KLUX KLAN a/k/a
EAST COAST KNIGHTS OF THE TRUE
INVISIBLE EMPIRE,

                    Defendants.

**Civil Action No. 3:17-cv-00072-NKM**

## REPORT OF THE PLAINTIFFS PURSUANT TO RULE 26(f) AND REQUEST FOR AN ORDER CONCERNING THE TIMING FOR SERVICE OF DEFENDANT SPENCER'S INITIAL DISCLOSURES

1

Pursuant to Rule 26(f) of the Federal Rules of Civil Procedure, Plaintiffs submit this report of their attempt to confer with Defendant Spencer by mail.

1.      On February 1, 2018, Plaintiffs transmitted a letter to Defendant Spencer's notice address[1] enclosing the Court's Pretrial Order, ECF No. 101; the Joint Report of the Parties Pursuant to Rule 26(f) (the "Rule 26(f) Report"), ECF No. 135; the Order of the Production of Documents and Exchange of Confidential Information (the "Confidentiality Order"), ECF No. 167; and an Agreement to Respect Confidential Information providing for an assent to the terms of the Confidentiality Order.  A copy of that letter and its enclosures are attached as Exhibit A.

2.      The letter proposed that, as between Plaintiffs and Defendant Spencer, the Rule 26(f) Report would apply, except for two modifications:

   a.   Because confidentiality is already governed by the Court's Protective Order, ECF No. 167, paragraph 3 of the Rule 26(f) Report is moot.

   b.   The deadline for Plaintiffs and Defendant Spencer to exchange Rule 26(a)(1) disclosures (paragraph 1 of the Rule 26(f) Report) shall be February 15, 2018. However, in no events would Plaintiffs transmit their Rule 26(a)(1) disclosures before Defendant Spencer signs the Agreement to Respect Confidential Information.

3.      The letter requested that Defendant Spencer let Plaintiffs know by February 9, 2018 if he objects to the Rule 26(f) Report, as modified by Plaintiffs' letter, or the

---

[1]     In an abundance of caution, Plaintiffs also sent the letter and its enclosures to the address identified by Defendant Spencer as his return address on his motion to dismiss served upon Plaintiffs on January 27, 2018.

Confidentiality Order.  The letter also included contact information, including both email and phone, for counsel to Plaintiffs.

4.      The letter further advised Defendant Spencer that, pursuant to Rule 26(f)(2), which requires a written report "within 14 days" after conferral, Plaintiffs would file a supplemental Rule 26(f) Report on February 15, 2018 memorializing this agreement unless he registered an objection.

5.      As of this filing, Defendant Spencer has not responded to Plaintiffs' letter in any way.  Plaintiffs do not have an email address or phone number for Defendant Spencer, although Plaintiffs requested one in our letter.

WHEREFORE, Plaintiffs request that the Court enter the enclosed Proposed Order Concerning the Timing for Service of Defendant Spencer's Initial Disclosures.

Dated: February 15, 2018                    Respectfully submitted,

                                            *s/ Robert T. Cahill*
                                            Robert T. Cahill (VSB 38562)
                                            COOLEY LLP
                                            11951 Freedom Drive, 14th Floor
                                            Reston, VA 20190-5656
                                            Telephone: (703) 456-8000
                                            Fax: (703) 456-8100
                                            rcahill@cooley.com

Roberta A. Kaplan (*pro hac vice*)
Julie E. Fink (*pro hac vice*)
Christopher B. Greene (*pro hac vice*)
Seguin L. Strohmeier (*pro hac vice*)
KAPLAN & COMPANY, LLP
350 Fifth Avenue, Suite 7110
New York, NY 10118
Telephone: (212) 763-0883
rkaplan@kaplanandcompany.com
jfink@kaplanandcompany.com
cgreene@kaplanandcompany.com
sstrohmeier@kaplanandcompany.com


Karen L. Dunn (*pro hac vice*)
William A. Isaacson (*pro hac vice*)
BOIES SCHILLER FLEXNER LLP
1401 New York Ave, NW
Washington, DC 20005
Telephone: (202) 237-2727
Fax: (202) 237-6131
kdunn@bsfllp.com
wisaacson@bsfllp.com


Philip M. Bowman (*pro hac vice*)
Yotam Barkai (*pro hac vice*)
Joshua J. Libling (*pro hac vice*)
BOIES SCHILLER FLEXNER LLP
575 Lexington Ave.
New York, NY 10022
Telephone: (212) 446-2300
Fax: (212) 446-2350
pbowman@bsfllp.com
ybarkai@bsfllp.com
jlibling@bsfllp.com


Alan Levine (*pro hac vice*)
COOLEY LLP
1114 Avenue of the Americas, 46th Floor
New York, NY 10036
Telephone: (212) 479-6260
Fax: (212) 479-6275
alevine@cooley.com


David E. Mills (*pro hac vice*)
COOLEY LLP
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004
Telephone: (202) 842-7800
Fax: (202) 842-7899
dmills@cooley.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on February 15, 2018, I filed the foregoing with the Clerk of Court

through the CM/ECF system, which will send a notice of electronic filing to:

Justin Saunders Gravatt
David L. Hauck
David L. Campbell
Duane, Hauck, Davis & Gravatt, P.C.
100 West Franklin Street, Suite 100
Richmond, VA 23220
jgravatt@dhdglaw.com
dhauck@dhdglaw.com
dcampbell@dhdglaw.com

*Counsel for Defendant James A. Fields, Jr.*

Bryan Jones
106 W. South St., Suite 211
Charlottesville, VA 22902
bryan@bjoneslegal.com

*Counsel for Defendants Michael Hill, Michael Tubbs, and League of the South*

Elmer Woodard
5661 US Hwy 29
Blairs, VA 24527
isuecrooks@comcast.net

James E. Kolenich
Kolenich Law Office
9435 Waterstone Blvd. #140
Cincinnati, OH 45249
jek318@gmail.com

*Counsel for Defendants Jeff Schoep, Nationalist Front, National Socialist Movement, Matthew Parrott, Matthew Heimbach, Robert Ray, Traditionalist Worker Party, Elliot Kline, Jason Kessler, Vanguard America, Nathan Damigo, Identity Europa, Inc. (Identity Evropa), and Christopher Cantwell*

I further hereby certify that on February 15, 2018, I also served the following non-ECF

participants, via U.S. mail, First Class and postage prepaid, addressed as follows:

Loyal White Knights of the Ku Klux Klan
a/k/a Loyal White Knights Church of the
Invisible Empire, Inc.
c/o Chris and Amanda Barker
P.O. Box 54
Pelham, NC 27311

Richard Spencer
1001-A King Street
Alexandria, VA 22314
-and-
P.O. Box 1676
Whitefish, MT 59937

Michael Peinovich
a/k/a Michael "Enoch" Peinovich
PO Box 1069
Hopewell Junction, NY 12533

Moonbase Holdings, LLC
c/o Andrew Anglin
P.O. Box 208
Worthington, OH 43085

Andrew Anglin
P.O. Box 208
Worthington, OH 43085

East Coast Knights of the Ku Klux Klan
a/k/a East Coast Knights of the True
Invisible Empire
26 South Pine St.
Red Lion, PA 17356

Fraternal Order of the Alt-Knights
c/o Kyle Chapman
52 Lycett Circle
Daly City, CA 94015

Augustus Sol Invictus
9823 4th Avenue
Orlando, FL 32824

_s/ Robert T. Cahill_
Robert T. Cahill (VSB 38562)
COOLEY LLP
11951 Freedom Drive, 14th Floor
Reston, VA 20190-5656
Telephone: (703) 456-8000
Fax: (703) 456-8100
Email: rcahill@cooley.com

*Counsel for Plaintiffs*

3