UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| ELIZABETH SINES, SETH WISPELWEY, MARISSA BLAIR, TYLER MAGILL, APRIL MUNIZ, HANNAH PEARCE, MARCUS MARTIN, CHELSEA ALAVARADO, NATALIE ROMERO, and JOHN DOE,<br><br>                                    Plaintiffs,<br><br>v.<br><br>JASON KESSLER, RICHARD SPENCER, CHRISTOPHER CANTWELL, JAMES ALEX FIELDS, JR., VANGUARD AMERICA, ANDREW ANGLIN, MOONBASE HOLDINGS, LLC, ROBERT "AZZMADOR" RAY, NATHAN DAMIGO, ELLIOT KLINE a/k/a/ ELI MOSLEY, IDENTITY EVROPA, MATTHEW HEIMBACH, MATTHEW PARROTT a/k/a DAVID MATTHEW PARROTT, TRADITIONALIST WORKER PARTY, MICHAEL HILL, MICHAEL TUBBS, LEAGUE OF THE SOUTH, JEFF SCHOEP, NATIONAL SOCIALIST MOVEMENT, NATIONALIST FRONT, AUGUSTUS SOL INVICTUS, FRATERNAL ORDER OF THE ALT-KNIGHTS, MICHAEL "ENOCH" PEINOVICH, LOYAL WHITE KNIGHTS OF THE KU KLUX KLAN, and EAST COAST KNIGHTS OF THE KU KLUX KLAN a/k/a EAST COAST KNIGHTS OF THE TRUE INVISIBLE EMPIRE,<br><br>                                    Defendants. | Civil Action No. 3:17-cv-00072-NKM |

**[PROPOSED] ORDER CONCERNING THE TIMING FOR SERVICE OF DEFENDANT SPENCER'S INITIAL DISCLOSURES**

Now before the Court is the Report of the Plaintiffs Pursuant to Rule 26(f) and Request for an Order Concerning the Timing for Service of Defendant Spencer's Initial Disclosures.

WHEREAS, the parties conferred pursuant to Rule 26(f) and submitted to this Court a Joint Report of the Parties Pursuant to Rule 26(f) (the "Rule 26(f) Report"), ECF No. 135;

WHEREAS, Plaintiffs sent by mail the Rule 26(f) Report to Defendant Spencer with certain proposed modifications;

WHEREAS, Defendant Spencer failed to respond to Plaintiffs' letter in any manner;

IT IS HEREBY ORDERED that:

Defendant Spencer shall serve initial disclosures, pursuant to Rule 26(a)(1), within fourteen (14) days of the entry of this Order.

IT IS FURTHER ORDERED that:

Plaintiffs shall serve initial disclosures, pursuant to Rule 26(a)(1), within fourteen (14) days of the entry of this Order, but in no event before Defendant Spencer has acknowledged in writing the requirements and obligations of the Order for the Production of Documents and Exchange of Confidential Information, ECF No. 167.

Dated:

**SO ORDERED**

_____
Hon. Joel C. Hoppe, M.J.