January 16th, 2018

To: UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF VIRGINIA

HONORABLE JOEL C. HOPPE

CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILE, VA
FILED

FEB 15 2018

JULIA C. DUDLEY CLERK
BY: /s/
DEPUTY CLERK

Your Honor;

    We have received your letter, dated 1/3/18, concerning our representation. If this action proceeds to trial we will, of course, arrive with appropriate counsel. The law, as we understand it, states that organizations and corporations should have legal counsel in federal court. And it specifically states (In) court. We are not in a court of law at this time, and only responding to motions and orders as they are issued.

    Further, we have --and may exercise-- our full rights to self-representation, as The Loyal White Knights consist only of myself, Amanda Barker, and my husband Chris Barker, and any claim that we are somehow a widespread organization is unfounded and untrue. We have friends and associations with others who may accompany us at times for specific purposes, but they are completely independent of us and have no valid title or connection as members or followers of any charters or doctrines which we may espouse. We will challenge anyone who claims to prove otherwise. We are, as stated above, two individuals, who will appear as individuals at all appropriate times.

    We also ask at this time that you dismiss the entire action against us, as a frivolous and malicious lawsuit. It is being waged against us only because the public has a perception that we are notorious and stand outside the law. This is blatantly untrue, and perception should never be accepted as reality. We uphold the tenets of the Constitution, and believe deeply in America. It is also widely –and publicly—known that we marched in Charlottesville with other individuals and groups under the full protection of a proper permit, issued by the local government in accordance with their laws. Any groups or individuals gathering to protest us, did so in contempt of this same law, as they were unauthorized to gather. Therefore, it is only rational to presume that they, and not us, MUST be at fault for all incidents which occurred. Further, neither Chris nor myself caused any injuries to any parties, and there has been no "Real" evidence to suggest we did. The one death occurred as a result of a rogue individual we do not even know, have no association with, and we were not even in proximity to the incident. In any lawsuit we have ever heard of, some sort of substantial evidence should be made available to the court. We gathered legally, our attackers did not. That's about as Stand Your Ground as you can get.

We are currently in the process of directing lawsuits of our own, which certainly will bear more validity that the one being thrown at us.

Respectfully, Amanda Barker