**CHRIS BARKER**
P.O. BOX 54
PELHAM N.C. 27311

22902-505079

GREENSBORO NC 274
PIEDMONT TRIAD AREA
13 FEB 2018 PM 5 L

Courthouse Clerk of Court
255 W. Main St.
Room 304
Charlottesville, VA, 22902