**Subpoenas** ⬜  Inbox  x

**Mike Peinovich** <mpeinovich@gmail.com>  Feb 16 (4 days ago)
to Christopher

Hi Chris,

I'm wondering if you guys have actually served those subpoenas, or if you have just sent out a notice of intent to serve. If you have served them, who did you serve them to, and can you give me a contact of where you sent them, so I can get in touch with them and inform them of the motion to quash and instruct them to stop any actions until the Court rules on my motion.

Thanks,

Mike

**Mike Peinovich** <mpeinovich@gmail.com>  Feb 16 (4 days ago)
to Christopher

Hey, just checking in on this. I know you're busy, but I need to get this out ASAP. I know you're acting in good faith and wouldn't want to accidentally obstruct due process here, so just sending a friendly reminder.

Thanks,

Mike

**Mike Peinovich** <mpeinovich@gmail.com>  Feb 16 (4 days ago)
to Christopher

Oh, also, any idea on what time you will be filing your response to my motion to dismiss? I believe that the date we agreed upon for that being due was today. I'm eager to get cracking on my response.

Thanks again,

Mike

**Mike Peinovich** <mpeinovich@gmail.com>  Feb 16 (4 days ago)
to Christopher

Chris,

I believe that it is my right to know and your ethical obligation to provide me with the names or contact information for the offices or individuals that were served with the subpoenas at Twitter, Go daddy and Cloudflare. I have a motion before the Court to quash these subpoenas and these companies need to be informed that these motions have been filed. Withholding information from me that I need for my defense is in my opinion unethical on your part. Do you plan on furnishing me with the information I am requesting or not?

**Christopher Greene**  Feb 16 (4 days ago)
to Julie, Philip, Gabrielle, me

Mr. Peinovich,

Plaintiffs will be filing our opposition to your motion to dismiss on or before February 20, pursuant to the Court's order. ECF No. 187.

Plaintiffs have already provided you with the notice in advance of service of the subpoena that is required by Rule 45. Plaintiffs will provide a copy of your motion to quash to the relevant subpoenaed parties, and will respond to your motion in due course.

Regards,

Christopher B. Greene
Kaplan & Company, LLP

**Mike Peinovich** <mpeinovich@gmail.com>  Feb 16 (4 days ago)
to Christopher, Julie, Philip, Gabrielle

Mr Greene,

As stated before, I believe it is my moral and legal right to know who you have served with these subpoenas and when they were served. I am glad you intend to send them my motion to quash, but with all due respect, you're not my attorney. I am perfectly capable of sending them this motion and any other future motions myself. I am at a loss as to why you would want to conceal this information and wonder under what authority you believe you have the right to withhold information necessary for my defense from me. If you do not provide me with this information within 48 hours I will file a motion before the Court requesting that the Court require you to do so.

Thanks