CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

FEB 26 2018

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | | |
|---|---|---|
| ELIZABETH SINES, et al. | § § § | |
| Plaintiffs, | § | |
| | § | CIVIL ACTION |
| v. | § | |
| | § | FILE NO.:17-cv-00072-NKM |
| JASON KESSLER, et al. | § § | |
| Defendants. | § | |

## MOTION TO QUASH SUBPOENA

**COMES NOW** non-party David Duke, pursuant to Rule 45(d)(3)(A)(iv) of the Federal Rules of Civil Procedure, and files this his Motion to Quash and Brief in Support thereof. Movant seeks to quash the subpoena served upon him on the ground that the attached Document Requests are largely too vague to be enforced, are overbroad, unduly burdensome and irrelevant; production of the documents sought would be extremely difficult if not impossible and would subject Mr. Duke to undue burden and expense, and the time for compliance required by the subpoena is insufficient to allow for compliance.

This 23rd day of February, 2018.

Respectfully submitted,

David Duke
*Pro Se*
240 Garden Avenue
Mandeville, LA 70471
(985) 869-0720
ernestduke@hotmail.com