CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILE, VA
FILED

FEB 2 6 2018

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| ELIZABETH SINES, et al. | § |
| | § |
| Plaintiffs, | § |
| | § CIVIL ACTION |
| v. | § |
| | § FILE NO.:17-cv-00072-NKM |
| JASON KESSLER, et al. | § |
| | § |
| Defendants. | § |

## CERTIFICATE OF SERVICE

THIS IS TO CERTIFY that I have this day served a copy of the foregoing **MOTION TO QUASH SUBPOENA and BRIEF IN SUPPORT THEREOF** by email upon counsel for Plaintiffs, Robert T. Cahill, Esq., at rcahill@cooley.com, and by Regular Mail, by depositing the same in the United States Mail with adequate postage affixed thereto, addressed as follows:

> Robert T. Cahill, Esq.
> Cooley LLP
> 11951 Freedom Drive, 14th Floor
> Reston, VA 20190-5656

This 23rd day of February, 2018.

Respectfully submitted,

*/s/ David Duke*

David Duke
*Pro Se*
240 Garden Avenue
Mandeville, LA 70471
(985) 869-0720
ernestduke@hotmail.com