CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILE, VA·
FILED

FEB 2·6 2018

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### CHARLOTTESVILLE DIVISION

| | |
|---|---|
| ELIZABETH SINES, et al., | Case No. 3:17-cv-00072-NKM-JCH |
| Plaintiffs, | |
| v. | |
| JASON KESSLER., et al., | |
| Defendants. | |

## MOTION TO QUASH SUBPOENAS TO TWITTER, INC., GODADDY.COM LLC, CLOUDFLARE, INC., AND HATREON AND FOR PROTECTIVE ORDER

Non-party John Doe, for the reasons set forth the accompanying Memorandum of Points and Authorities, respectfully requests that the Court quash subpoenas issued by Plaintiffs to Twitter, Inc., Godaddy.com LLC, Cloudflare, Inc., and Hatreon (Docs. 226-2 - 226-5) and to enter a protective order preventing enforcement or compliance with the those subpoenas or similar third party subpoenas with similar subject matter in the future.

This motion is brought pursuant to Fed. R. Civ. P. 45(d), 26(c) and 18 U.S.C. §2702. It is supported by the accompanying Memorandum of Points and Authorities and the Declaration of John Doe.

DATED: February 23, 2018

Respectfully Submitted

John Doe

__/John Doe/_____
*Pro Se*
subpoenadoe1@protonmail.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of February, 2018, a copy of the foregoing was submitted to the Clerk's office of the Charlottesville Division of the U.S. District Court for the Western District of Virginia at 255 W. Main Street, Room 304, Charlottesville, VA 22902 by U.S. Postal Service Express Mail. A copy of this submission was sent by email to the email addresses of the parties and counsel listed below.

/s/ John Doe
*Pro Se*

pbowman@bsfllp.com (attorney for Plaintiffs)
rcahill@cooley.com (attorney for Plaintiffs)
ybarkai@bsfllp.com (attorney for Plaintiffs)
dcampbell@dhdglaw.com (attorney for Defendant Fields)
kdunn@bsfllp.com (attorney for Plaintiffs)
jfink@kaplanandcompany.com (attorney for Plaintiffs)
jgravatt@dhdglaw.com (attorney for Defendant Fields)
cgreene@kaplanandcompany.com (attorney for Plaintiffs)
wisaacson@bsfllp.com (attorney for Plaintiffs)
bryan@bjoneslegal.com (attorney for Defendant League of the South)
rkaplan@kaplanandcompany.com (attorney for Plaintiffs)
alevine@cooley.com (attorney for Plaintiffs)
jlibling@bsfllp.com (attorney for Plaintiffs)
dmills@cooley.com (attorney for Plaintiffs)
sstrohmeier@kaplanandcompany.com (attorney for Plaintiffs)
isuecrooks@comcast.net (attorney for Defendant Parrott)