**AFFIDAVIT FOR SERVICE OF PROCESS ON THE SECRETARY OF THE COMMONWEALTH**
Commonwealth of Virginia
Va. Code § 8.01-301, -310, -329; 55-218.1; 57-51

CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILE, VA.
Case 3:17-cv-00072-NKM-JCH
FILED

FEB 2 8 2018

JULIA C. DUDLEY, CLERK
BY: _____
DEPUTY CLERK

US District Court (Charlottesville Division) ......... District Court

v.

Elizabeth Sines, et al.                 Moonbase Holdings, LLC c/o Andrew Anglin

c/o Robert Cahill, Cooley LLP 11951 Freedom Dr., 14th Fl.      P.O. Box 208

Reston VA, 20190                  Worthington OH, 43085

TO THE PERSON PREPARING THIS AFFIDAVIT: You must comply with the appropriate requirements listed on the back of this form.

Attachments:  [ ] Warrant  [ ] Motion for Judgment  [ ] Garnishment Summons  [x] Amended Complaint and Summons

I, the undersigned Affiant, state under oath that:
[x] the above-named defendant  [ ]

whose last known address is: [x] same as above [ ]

1. [x] is a non-resident of the Commonwealth of Virginia or a foreign corporation and Virginia Code § 8.01-328.1(A) ...3... applies (see NON-RESIDENCE GROUNDS REQUIREMENT on reverse).

2. [ ] is a person whom the party seeking service, after exercising due diligence, has been unable to locate (see DUE DILIGENCE REQUIREMENT ON BACK) and that

_____ is the return date on the attached warrant, motion for judgment or notice (see TIMELY SERVICE REQUIREMENT on reverse).

2/20/18
DATE            [ ] PARTY  [x] PARTY'S ATTORNEY  [ ] PARTY'S AGENT   VSB 38562

State of Virginia ......... [ ] City [x] County of Fairfax

Acknowledged, subscribed and sworn to before me this 20TH day of February

7633469            Viva E Kennie
NOTARY REGISTRATION NUMBER   [ ] CLERK [ ] MAGISTRATE [x] NOTARY PUBLIC (My commission expires_____)

[x] Verification of the date of filing of the certificate of compliance requested in the self-addressed stamped envelope provided.

NOTICE TO THE RECIPIENT from the Office of the Secretary of the Commonwealth of Virginia:
You are being served with this notice and attached pleadings under Section 8.01-329 of the Code of Virginia, which designates the Secretary of the Commonwealth as statutory agent for Service of Process. The Secretary of the Commonwealth's ONLY responsibility is to mail, by certified mail, return receipt requested, the enclosed papers to you. If you have any questions concerning these documents, you may wish to seek advice from a lawyer.
*SERVICE OF PROCESS IS EFFECTIVE ON THE DATE THAT THE CERTIFICATE OF COMPLIANCE IS FILED WITH THE ABOVE-NAMED COURT.*

**CERTIFICATE OF COMPLIANCE**

I, the undersigned, Clerk in the Office of the Secretary of the Commonwealth, hereby certify the following:

1. On FEB 2 2 2018 , legal service in the above-styled case was made upon the Secretary of the Commonwealth, as statutory agent for persons to be served in accordance with Section 8.01-329 of the Code of Virginia, as amended.

2. On FEB 2 3 2018 , papers described in the Affidavit were forwarded by certified mail, return receipt requested, to the party designated to be served with process in the Affidavit.

SERVICE OF PROCESS CLERK, DESIGNATED BY THE AUTHORITY OF THE SECRETARY OF THE COMMONWEALTH

FORM DC-410 (FRONT) 11/07