UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| ELIZABETH SINES, SETH WISPELWEY, MARISSA BLAIR, TYLER MAGILL, APRIL MUNIZ, HANNAH PEARCE, MARCUS MARTIN, NATALIE ROMERO, CHELSEA ALVARADO, and JOHN DOE,<br><br>Plaintiffs,<br><br>v.<br><br>JASON KESSLER, RICHARD SPENCER, CHRISTOPHER CANTWELL, JAMES ALEX FIELDS, JR., VANGUARD AMERICA, ANDREW ANGLIN, MOONBASE HOLDINGS, LLC, ROBERT "AZZMADOR" RAY, NATHAN DAMIGO, ELLIOT KLINE a/k/a/ ELI MOSLEY, IDENTITY EVROPA, MATTHEW HEIMBACH, MATTHEW PARROTT a/k/a DAVID MATTHEW PARROTT, TRADITIONALIST WORKER PARTY, MICHAEL HILL, MICHAEL TUBBS, LEAGUE OF THE SOUTH, JEFF SCHOEP, NATIONAL SOCIALIST MOVEMENT, NATIONALIST FRONT, AUGUSTUS SOL INVICTUS, FRATERNAL ORDER OF THE ALT-KNIGHTS, MICHAEL "ENOCH" PEINOVICH, LOYAL WHITE KNIGHTS OF THE KU KLUX KLAN, and EAST COAST KNIGHTS OF THE KU KLUX KLAN a/k/a EAST COAST KNIGHTS OF THE TRUE INVISIBLE EMPIRE,<br><br>Defendants. | **Civil Action No. 3:17-cv-00072-NKM**<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFFS' MOTION TO STRIKE DEFENDANT LOYAL WHITE KNIGHTS OF THE KU KLUX KLAN'S RESPONSE TO THE COURT'S JANUARY 3, 2018 ORDER AND FOR AN ENTRY OF DEFAULT**

Plaintiffs respectfully submit this motion to strike Defendant Loyal White Knights of the Ku Klux Klan's response to the Court's January 3, 2018 order and for an entry of default.

## PRELIMINARY STATEMENT

On January 3, 2018, after Defendant Loyal White Knights of the Ku Klux Klan ("LWK") purported to file a response to Plaintiffs' Complaint *pro se*, this Court ordered that LWK must appear in this action through licensed counsel within fourteen days or risk being in default (the "Order"). ECF No. 166. In violation of the Order, LWK, once again proceeding *pro se*, submitted a letter to the Court, asking that the case against it be dismissed and informing the Court that it would obtain counsel on a timeline of its own invention. ECF No. 228. LWK has not otherwise filed any response to Plaintiffs' First Amended Complaint (the "FAC"). Accordingly, and for the reasons set forth below, the Court should strike LWK's improper response to the Court's Order and enter an order of default.

## FACTS

Plaintiffs filed their Complaint on October 12, 2017. ECF No. 1. Defendant LWK was personally served on October 24, 2017. ECF No. 56. Its deadline to respond to the Complaint was November 14, 2017. *Id.* Two weeks after its deadline to respond, Amanda Barker, the self-described "Imperial Kommander" of the LWK, signed a "Response to Summons" on behalf of herself, her husband Chris Barker, and the LWK. ECF No. 146. That "response" contained a general denial of Plaintiffs' allegations. *Id.* Plaintiffs moved to strike the LWK's purported "response" on December 15, 2017 (the "First Motion to Strike"), on the ground that LWK cannot appear *pro se*. ECF No. 155. On January 3, 2018, the Court granted Plaintiffs' First Motion to Strike in part, and directed LWK to "retain a licensed attorney and have that attorney note an appearance in this matter and file a proper responsive pleading within fourteen (14) days of entry

of this Order." ECF No. 166 at 2. The Court further noted that "[f]ailure to comply with this Order will result in the 'Response to Summons' being stricken and default being entered against LWK." *Id.*

On January 5, 2018, Plaintiffs filed the FAC, ECF No. 175, and LWK's deadline to respond to the FAC was February 22, 2018, ECF No. 239. Rather than abiding by the Court's Order and retaining counsel, Amanda Barker, again purporting to represent the LWK, wrote a letter to the Court (the "Response") informing it that LWK will retain counsel only if "this action proceeds to trial."[1] ECF No. 228. The Response further requested that the Court dismiss the action. *Id.* LWK has not filed any responsive pleading signed by an attorney.

## ARGUMENT

This Court already held that as a non-attorney, Barker cannot represent the LWK in this case. ECF No. 166. As acknowledged by the Court in issuing the Order, the law is clear that "corporations, partnerships, or associations" may not "appear in federal court other[] than through a licensed attorney." *Rowland* v. *Cal. Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 202 (1993); Va. R. S. Ct., pt. 6 § 1 UPR 1–101, UPC 1–3 (stating that a "corporation can be represented only by a lawyer before a tribunal, with respect to matters involving legal conclusions, examination of witnesses or preparation of briefs or pleadings").

Accordingly, for the same reasons set out in Plaintiffs' First Motion to Strike, ECF No. 155, the appropriate remedy is for the Court to strike the LWK's second improper *pro se* response. *See Office Parks of Lynchburg, LLC* v. *Wells Fargo Bank, N.A.*, Case No. 6:12-cv-00034, 2012 WL

---

[1] Although the letter from Barker was dated January 16, 2018, it was not entered on the docket until February 15, 2018.

4325567 (W.D. Va. Sept. 20, 2012) (Moon, J.) (striking organizational plaintiff's complaint because it lacked standing to proceed *pro se*); *see also Allied Colloids, Inc.* v. *Jadair, Inc.*, 139 F.3d 887 (4th Cir. 1998) (affirming finding of default judgment following district court's order that "unless [the organizational defendant] files a proper response" through duly authorized counsel, "it will be found in default"). Moreover, in light of LWK's failure to comply with the Court's Order, and failure to timely file a response to the FAC, the Court should enter default against LWK. *See* ECF No. 166.

## CONCLUSION

For the foregoing reasons, Plaintiffs respectfully request that the Court strike LWK's Response, ECF. No. 228, and enter default against LWK.

Dated: February 28, 2018

Respectfully submitted,

*s/ Robert T. Cahill*
Robert T. Cahill (VSB 38562)
COOLEY LLP
11951 Freedom Drive, 14th Floor
Reston, VA 20190-5656
Telephone: (703) 456-8000
Fax: (703) 456-8100
rcahill@cooley.com

Roberta A. Kaplan (*pro hac vice*)
Julie E. Fink (*pro hac vice*)
Christopher B. Greene (*pro hac vice*)
Seguin L. Strohmeier (*pro hac vice*)
KAPLAN & COMPANY, LLP
350 Fifth Avenue, Suite 7110
New York, NY 10118
Telephone: (212) 763-0883
rkaplan@kaplanandcompany.com
jfink@kaplanandcompany.com
cgreene@kaplanandcompany.com
sstrohmeier@kaplanandcompany.com

Karen L. Dunn (*pro hac vice*)
William A. Isaacson (*pro hac vice*)
BOIES SCHILLER FLEXNER LLP
1401 New York Ave, NW
Washington, DC 20005
Telephone: (202) 237-2727
Fax: (202) 237-6131
kdunn@bsfllp.com
wisaacson@bsfllp.com

Philip M. Bowman (*pro hac vice*)
Yotam Barkai (pro hac vice)
Joshua J. Libling (*pro hac vice*)
BOIES SCHILLER FLEXNER LLP
575 Lexington Ave.
New York, NY 10022
Telephone: (212) 446-2300
Fax: (212) 446-2350
pbowman@bsfllp.com
ybarkai@bsfllp.com
jlibling@bsfllp.com

Alan Levine (*pro hac vice*)
COOLEY LLP
1114 Avenue of the Americas, 46th Floor
New York, NY 10036
Telephone: (212) 479-6260
Fax: (212) 479-6275
alevine@cooley.com

David E. Mills (*pro hac vice*)
COOLEY LLP
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004
Telephone: (202) 842-7800
Fax: (202) 842-7899
dmills@cooley.com

*Counsel for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2018, I filed the foregoing with the Clerk of Court through the CM/ECF system, which will send a notice of electronic filing to:

Justin Saunders Gravatt
David L. Hauck
David L. Campbell
Duane, Hauck, Davis & Gravatt, P.C.
100 West Franklin Street, Suite 100
Richmond, VA 23220
jgravatt@dhdglaw.com
dhauck@dhdglaw.com
dcampbell@dhdglaw.com

*Counsel for Defendant James A. Fields, Jr.*

Bryan Jones
106 W. South St., Suite 211
Charlottesville, VA 22902
bryan@bjoneslegal.com

*Counsel for Defendants Michael Hill, Michael Tubbs, and League of the South*

Elmer Woodard
5661 US Hwy 29
Blairs, VA 24527
isuecrooks@comcast.net

James E. Kolenich
Kolenich Law Office
9435 Waterstone Blvd. #140
Cincinnati, OH 45249
jek318@gmail.com

*Counsel for Defendants Jeff Schoep, Nationalist Front, National Socialist Movement, Matthew Parrott, Matthew Heimbach, Robert Ray, Traditionalist Worker Party, Elliot Kline, Jason Kessler, Vanguard America, Nathan Damigo, Identity Europa, Inc. (Identity Evropa), and Christopher Cantwell*

Michael Peinovich
a/k/a Michael "Enoch" Peinovich
PO Box 1069
Hopewell Junction, NY 12533
mpeinovich@gmail.com

*Pro Se*

I further hereby certify that on February 28, 2018, I also served the following non-ECF participants, via U.S. mail, First Class and postage prepaid, addressed as follows:

Loyal White Knights of the Ku Klux Klan
a/k/a Loyal White Knights Church of
the Invisible Empire, Inc.
c/o Chris and Amanda Barker
P.O. Box 54
Pelham, NC 27311

Richard Spencer
1001-A King Street
Alexandria, VA 22314
-and-
P.O. Box 1676
Whitefish, MT 59937

Moonbase Holdings, LLC
c/o Andrew Anglin
P.O. Box 208
Worthington, OH 43085

Andrew Anglin
P.O. Box 208
Worthington, OH 43085

East Coast Knights of the Ku Klux Klan
a/k/a East Coast Knights of the
True Invisible Empire
26 South Pine St.
Red Lion, PA 17356

Fraternal Order of the Alt-Knights
c/o Kyle Chapman
52 Lycett Circle
Daly City, CA 94015

Augustus Sol Invictus
9823 4th Avenue
Orlando, FL 32824

*s/ Robert T. Cahill*
Robert T. Cahill (VSB 38562)
COOLEY LLP
11951 Freedom Drive, 14th Floor
Reston, VA 20190-5656
Telephone: (703) 456-8000
Fax: (703) 456-8100
Email: rcahill@cooley.com

*Counsel for Plaintiffs*