IN THE
UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA

**ELIZABETH SINES, ET AL**                    **NOTICE**
                                                      **CASE NO.: 3:17CV00072**

     v.

**JASON KESSLER, ET AL**

---

**TYPE OF CASE:**

         **X**     CIVIL             CRIMINAL

---

**TYPE OF PROCEEDING:**    Scheduling Conference

*The Court will also address some of the pending motions

---

**X**     **TAKE NOTICE** that the proceeding in this case has been **SCHEDULED** as indicated below:

---

**LOCATION:**
     U. S. DISTRICT COURT
     3rd Floor Courtroom           **DATE:**    March 16, 2018
     255 West Main Street          **TIME:**    2:00 P.M.
     Charlottesville, VA 22902

*Counsel and pro se parties may appear in person or participate by conference call. If participating by conference call and need dial in information, please contact the deputy clerk at 540-434-3181 ext. 2

---

                                                     JULIA C. DUDLEY, CLERK

DATE:   March 1, 2018                        By: s/ Karen Dotson
                                                            Deputy Clerk

To:    Hon. Moon
        Hon. Hoppe
        Counsel of Record
        Pro Se Defendants
        File