# Exhibit C

Transcription of Speech by Michael Peinovich at MacIntyre Park, Charlottesville VA, August 12 2017

We're here, we're gonna say a few words. It's our right to gather here, It's our right to gather in that Park. Our constitutional rights were violated. All we wanted to do… This not a rally about hate. This is not a rally against any other group of people. This is a rally pro ourselves and we were attacked by people that have… the most vicious people with the most amount of hate in their hearts. I can't even imagine the level of hate in these people's hearts. I mean you saw their faces, the animalistic sneers and snarls on their faces. The pure hatred, [onlooker: Bottles of urine, feces] They were throwing human waste. Imagine preserving your waste so you can throw it at other people. This is a behavior of an animal. The behavior of a… [Onlooker: Savages!] savage. And these people I mean the sheer hatred, the sheer contortions of their faces. I've never seen such hatred, their empty, vacant, blank eyes. I've never seen such hatred, such pure unreasoning.. just absolute… you know just… [Onlooker: Malice!] Malice! Yes thank you for the vocabulary word. [onlooker: Depravity!] Yes, thank you for being my thesaurus right here. But we're going to say, you know, what what I was going to say is you know we're here to talk about white genocide, the deliberate and intentional displacement of the white race which is happening. I mean we are told we are the only race of people that are told you're not allowed to stand up for yourselves. What other race of people is told that simply standing up for ourselves, being pro-ourselves is hate, is evil, is something that you're not allowed to do? What other race

that simply says we want to stand up for ourselves inspires this kind of reaction? Yeah and we're taught this in school. What is "white privilege"? Have you heard of the conspiracy theory "white privilege"? Now this is a concept that was brought to us by Jewish intellectuals to undermine our confidence in ourselves, to make to make us think that we're evil that we're bad that we can't stand up for ourselves, that we don't deserve a place in history, we don't deserve our own nations, we don't deserve our own community. And this is exactly the kind of brainwashing they are trying to level at us, but we're fighting back against it. And unfortunately there are a few sad souls that have been so gaslit, they have been so, you know, their their emotional integrity, their psychology has been so warped by this brainwashing that they that they express the kind of hatred that we saw today. I mean this is what this kind of brainwashing does to people. We are simply out here to support our own people and our own race. We have every right to do it. There's nothing evil about it. It's about love, it's not about hate. We love ourselves, and we love our nation, we love our people, we love Europe we love America. We love white people and that's why we're here, and there's nothing wrong with that!