

**Motion to stay discovery**   Inbox  x

**Mike Peinovich** <mpeinovich@gmail.com>   Feb 7
to David, Elmer, Bryan, James

I am filing a motion to stay discovery until the motions to dismiss are ruled on. Will you agree to this move and will you join or file your own?

I want to state in my motion that all or most defendants agree.

Thanks,

Mike

**James Kolenich**   Feb 7
to David, me, Bryan

We are unable to consent to a motion we havent seen. If you send us a copy prior to filing we might be able to consent to it.

Jim Kolenich

**Bryan Jones**   Feb 7
to James, me, David

Same here. Please send me a copy.

**Mike Peinovich** <mpeinovich@gmail.com>   Feb 8
to Bryan, James, David

Sure thing. Here is a draft of the memo in support of my motion...

Peinovich -- Mem...



**David Campbell** <DCampbell@dhgclaw.com>    Feb 8
to me, Bryan, James

Sure, I will consent to that motion.

**From:** Mike Peinovich [mailto:mpeinovich@gmail.com]
**Sent:** Thursday, February 08, 2018 7:25 AM
**To:** Bryan Jones <bryan@bjoneslegal.com>
**Cc:** James Kolenich <jek318@gmail.com>; David Campbell <DCampbell@dhgclaw.com>
**Subject:** Re: Motion to stay discovery

Spam
Phish/Fraud
Not spam
Forget previous vote

---

**James Kolenich**    Feb 8
to me, Bryan, David

Defendants Kessler et al. will not object to your motion.

Jim

---

**Bryan Jones**    Feb 8
to me

I'll consent to the motion as well.

Bryan Jones
Bryan J. Jones, LLC, *Attorney at Law*
106 W. South St. Suite 211
Charlottesville, VA 22902
(540) 623-6952 telephone
(434) 381-4397 facsimile