Kyle Chapman
52 Lycett Circle
Daly City, CA 94015

CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED

MAR 0 6 2018

JULIA C. DUDLEY, CLERK
BY: _____
DEPUTY CLERK

3:17CV00072

February 27, 2018

Honorable Judge Norman K. Moon
U.S. District Court
Western District of Virginia
P.O. Box 657
Lynchburg, VA 24505
and
1101 Court Street, Suite A66
Lynchburg, VA 24504

Dear Honorable Judge Moon,

I mailed you a correspondence on February 13, 2016, regarding my request to represent

Fraternal Order of Alt-Knights on a pro se basis. A copy of same correspondence was also

served on all parties. It does not appear that the Court has received the correspondence.

Enclosed is another copy for your consideration.

Sincerely,
Kyle Chapman

*Kyle Chapman*

## CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2018, a true and correct copy of:

- February 27, 2018, letter from Kyle Chapman to Honorable Judge Norman K. Moon

Have been forwarded by first class U.S. mail to counsel of record:

Alan Levine
Cooley LLP
1114 Avenue of the Americas, 46th Floor
New York, NY 10036
*Counsel for Plaintiffs*

Elmer Woodard
5661 US HWY 29
Blairs, VA 24527
*Counsel for Defendant Kessler, Cantwell, Vanguard America, Ray, Damigo, Kline, Identity Evropa, Heimbach, Parrott, Traditionalist Worker Party, Schoep, National Socialist Movement, Nationalist Front*

David Leon Campbell
Duane, Hauck, Davis & Gravatt, P.C.
100 West Franklin Street, Suite 100
Richmond, VA 23220
*Counsel for Defendant Fields*

Bryan Jeffrey Jones
Bryan J. Jones, Attorney at law
106 W. South Street, Suite 211
Charlottesville, VA 22902
*Counsel for Hill, Tubbs & League of the South*

Michael Enoch Peinovich
PO Box 1069
Hopewell Junction, NY 12533
*Pro Se*

Richard Spencer
1001-A King Street
Alexandria, VA 22314
*Pro Se*

_Kyle Chapman_
In Pro Se
Kyle Chapman
c/o Fraternal Order of Alt-Knights
52 Lycett Circle
Daly City, CA 94015
kyleschapman@yahoo.com