$1.63⁹
US POSTAGE
FIRST-CLASS

0718I1002328
84088
0008629

Honorable Judge Norman K. Moon
U.S. District Court
Western District of Virginia
1101 Court Street, Suite A66
Lynchburg, VA 24504

Kyle Chapman
52 Lycett Circle
Daly City, CA 94015