IN THE
UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA

**ELIZABETH SINES, ET AL**　　　　　　　　　　　　**NOTICE**
　　　　　　　　　　　　　　　　　　　　　　　　　　**CASE NO.: 3:17CV00072**

　　v.

**JASON KESSLER, ET AL**

**TYPE OF CASE:**
　　　　　　　　　**X**　　CIVIL　　　　　　　CRIMINAL

**TYPE OF PROCEEDING:**
**Scheduling Conference Call & Motions Hearing**

**#126 – Motion to Preclude Recording of Discovery Negotiations**
**#224 – Motion to Stay Discovery**
**#233 – Motion to Stay Discovery**

**X**　　**TAKE NOTICE** that the proceeding in this case has been **RE-SCHEDULED** as indicated below:

　　*** Hearing to be held by CONFERENCE CALL - ALL PARTIES TO DIAL IN ***

　　　　**DATE:** March 16, 2018
　　　　**TIME:** 2:00 P.M.

　　　　**Dial in number:** _____
　　　　**Conference id :** _____

　　　　　　　　　　　　　　　　　　　　　　JULIA C. DUDLEY, CLERK

DATE:  March 8, 2018　　　　　　　　　　　By: s/ Karen Dotson
　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

To:　Hon. Moon
　　　Hon. Hoppe
　　　Counsel of Record
　　　Pro Se Defendants
　　　File