# Exhibit B

## UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF VIRGINIA

Elizabeth Sines, et al.

**Plaintiff**

vs.  Case No: 3:17-cv-00072-NKM

Jason Kessler, et al.

**Defendant**

## AFFIDAVIT OF SERVICE

I, Jacob Morrison, a Private Process Server, being duly sworn, depose and say:

That I have been duly authorized to make service of the Subpoena Duces Tecum with Attachments in the above entitled case.

That I am over the age of eighteen years and not a party to or otherwise interested in this matter.

That on 01/26/2018 at 4:30 PM, I served David Duke with the Subpoena Duces Tecum with Attachments at 240 Garden Avenue, Mandeville, Louisisana 70471, by serving David Duke, personally.

David Duke is described herein as:

Gender: Male   Race/Skin: White   Age: 50-60   Weight: 150   Height: 5'10"   Hair: Blonde   Glasses: No

I do solemnly declare and affirm under penalty of perjury that I have read the foregoing information set forth herein is correct to the best of my knowledge, information, and belief.

January 29, 2018
Executed On



Jacob Morrison
Jacob Morrison

Client Ref Number: N/A
Job #: 1539236

Capitol Process Services, Inc. | 1827 18th Street, NW, Washington, DC 20009 | (202) 667-0050

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

| Elizabeth Sines, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Civil Action No. 3:17-cv-00072-NKM |
| Jason Kessler, et al. | ) |
| *Defendant* | ) |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: David Duke, 240 Garden Avenue, Mandeville, LA 70471

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: SEE ATTACHMENTS "A" AND "B"

| Place: Go Depo-New Orleans, 201 St. Charles Avenue, Suite 2500, New Orleans, LA 70170 | Date and Time: February 26, 2018 @ 10:00 a.m. CST |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: January 24, 2018

*CLERK OF COURT*                OR         *Attorney's signature*

*Signature of Clerk or Deputy Clerk*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* Plaintiffs , who issues or requests this subpoena, are:
Robert T. Cahill (VSB 38562), Cooley LLP, 11951 Freedom Dr., 14th Floor, Reston, VA 20190, (703) 456-8000, rcahill@cooley.com

**Notice to the person who issues or requests this subpoena**
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).