# Exhibit D

-----Original Message-----
**From:** Dr. Duke [ernestduke@hotmail.com]
**Sent:** Monday, March 12, 2018 12:18 PM Eastern Standard Time
**To:** Philip Bowman
**Subject:** Re: From Dr. Duke to Phillip Bowman Agreeable Conference time!

Just spoke to my associates. Would tomorrow Tuesday at 4:30 ET be acceptable.

It is hard to get everything together in such short notice

Thanks,

Dr. David Duke


On 3/12/2018 9:18 AM, Philip Bowman wrote:
> That time is acceptable.  Please tell me the best number to call.
>
> -----Original Message-----
> From: Dr. Duke [mailto:ernestduke@hotmail.com]
> Sent: Sunday, March 11, 2018 12:37 PM
> To: Philip Bowman; Philip Bowman
> Subject: From Dr. Duke to Phillip Bowman Agreeable Conference time!
>
> I was away from the office when your Fedex arrived and just learned of your proposal. I hope you can give me a bit more notice in the future for conferences.
>
> My advisers and I will be happy to confer with you on an amicable resolution of the subpoena issues.
>
> We suggest to you the time 3 pm CST on Monday afternoon if that suits your schedule.
>
> Thank you,
>
> Dr. David Duke
>
>
>
> The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]