# EXH. 1





General Information | Business Search | Trade Mark / Service Mark Search | Prepayment Accounts | Business Report Download | Help

- Business Name
- Business Name - Exact
- Detailed Business Search
- Number Search
- Agent/Contact Name
- Agent/Contact Name - Exact
- Prior Business Name

## Corporation Details

| Corporation Details | |
|---|---|
| Entity Number | 3938347 |
| Business Name | MOONBASE HOLDINGS, LLC |
| Filing Type | DOMESTIC LIMITED LIABILITY COMPANY |
| Status | Active |
| Original Filing Date | 09/02/2016 |
| Expiry Date | |
| Location: County: State: | |
| **Agent / Registrant Information** | |
| ANDREW B ANGLIN<br>6827 N HIGH STREET STE 121<br>WORTHINGTON,OH 43085<br>Effective Date: 09/02/2016<br>Contact Status: Active | |
| **Incorporator Information** | |
| ANDREW B ANGLIN | |

| Filings | | |
|---|---|---|
| Filing Type | Date of Filing | Document Number/Image |
| ARTICLES OF ORGNZTN/DOM. PROFIT LIM.LIAB. CO. | 09/02/2016 | 201625400014 |
| TRADE NAME/ORIGINAL FILING | 01/05/2017 | 201700502616 |

Return To Search Page   Return To Search List   Printer Friendly Report