# EXH. 2

## AFFIDAVIT OF NON-SERVICE

**State of Virginia**         County of         **Western District Court**

Case Number: 3:17-CV-00072-NKM

**Plaintiff:**
ELIZABETH SINES, SETH WISPELWEY, MARISSA BLAIR, TYLER MAGILL, APRIL MUNIZ, HANNAH PEARCE, MARCUS MARTIN, JOHN DOE, JANE DOE, JANE DOE 2, and JANE DOE 3

vs.

**Defendant:**
JASON KESSLER, RICHARD SPENCER, CHRISTOPHER CANTWELL, JAMES ALEX FIELDS, JR., VANGUARD AMERICA, ANDREW ANGLIN, MOONBASE HOLDINGS, LLC, et al.,

For:
Robert T. Cahill, Esq.
Cooley LLP
11951 Freedom Drive
Reston, VA 20190

Received by CAPITOL PROCESS SERVICES, INC. on the 20th day of October, 2017 at 9:45 am to be served on **Moonbase Holdings, LLC c/o Andrew Anglin Andrew Anglin, Individually, 6827 N. High Street, Suite 121, Columbus, OH 43085.**

I, Evan A. Walton, being duly sworn, depose and say that on the **3rd day of November, 2017** at **5:45 pm, I:**

**NON-SERVED the Summons; Civi Cover Sheet with Addendum; Complaint; Plaintiff's Jury Demand; Motion for Pro Hac Vice Admission of Roberta A. Kaplan and Proposed Order Granting Pro Hac Vice Admissions of Roberta A. Kaplan** for the reason that I failed to find **Moonbase Holdings, LLC c/o Andrew Anglin Andrew Anglin, Individually** or any information to allow further search. Read the comments below for further details.

**Additional Information pertaining to this Service:**
10/20/2017 2:15 pm Service was attempted at 6827 N. High Street, Suite 121, Worthington, Ohio 43085. Per current tenant, Greg Anglin is his landlord. He said he wasn't sure but maybe Andrew Anglin was his son but neither he or any business called Moonbase Holdings occupies this unit or any other units on that floor.
11/3/2018 6:10 pm Service was attempted at the re-routed location at 7407 Brandshire Lane, Apt. B, Dublin, Ohio 43017. Current tenant is a female, middle eastern decent, she stated she did not know Mr. Anglin. She didn't speak much English however the name was shown and she shook her head no and said he does not live here and she never heard of the business. She said she's lived here about 1 year.

## AFFIDAVIT OF NON-SERVICE For 3:17-CV-00072-NKM

Being duly sworn, I dispose and say that on the above date and time served the above legal documents in the above matter at the above location in accordance with state statues. I certify that I have no interest in the above action, am of legal age and have proper authority in the jurisdiction in which the service was made.

TINA L. SCHROEDER
NOTARY PUBLIC
STATE OF OHIO
Comm. Expires
May 18, 2022

Subscribed and Sworn to before me on the 5th day of March, 2018 by the affiant who is personally known to me.

NOTARY PUBLIC

Evan A. Walton
Process Server

CAPITOL PROCESS SERVICES, INC.
1827 18th Street N.W.
Washington, DC 20009-5526
(202) 667-0050

Our Job Serial Number: ICI-2018010082
Ref: 1534512 - 1534679

Copyright © 1992-2018 Database Services, Inc. - Process Server's Toolbox V7.2n