# EXH. 3

ANGLIN, ANDREW
MOONBASE HOLDINGS

**InfoCorp Investigative Services, LLC**

**Summary of Attempts to serve Andrew Anglin and Moonbase Holdings**
**On December 20th, 2017.**

*Meijer*
**800 E Broad St, Reynoldsburg, Ohio 43068**
The investigator questioned a worker at the customer service desk who identified herself as Molly W. She stated that the name "Anglin" was not someone she knew of and knew that there were not any employees by that name. She stated that she was unable to look up membership names as it violated privacy policy.

*LA Fitness*
**6585 E Broad St, Columbus, Ohio 43213**
The investigator questioned a front desk worker who identified herself as Sophia Davis. She stated she did not know the name and never checked him in at the location. She checked into the systems membership log which revealed that the subject had been a member of the Grove City location up until his membership expired in 2013.



*Katie Anglin*
**1017 Colony Way, Columbus, Ohio 43235**
The investigator attempted a door knock at the residence located at 1017 Colony Way however the door was not answered and it appeared that no one was present for questioning. Previous attempts were made at this residence with no response. Neighbor said no one had been around for a while, he thought the lady that lived her might go to Florida during the winter months.



ANGLIN, ANDREW
MOONBASE HOLDINGS

*Greg Anglin's Work Addresses*
**6827 N High St, Worthington, Ohio 43085**
The investigator canvassed the large office suite building located at 6827 however no leads into the name Anglin or Moonbase Holdings LLC were discovered. Documentation of the directory was acquired (SEE END OF REPORT ITEM A FOR LARGER DIRECTORY IMAGE)



**6797 High St, Worthington, Ohio 43085**
The investigator canvassed the second large office building 6797 which neighbors the 6827 location. The 6797 building was larger, containing more businesses and office suites, however no leads or pertinent locations were found. The investigator documented the directory and departed the location (SEE END OF REPORT FOR FULL DIRECTORY IMAGES)



ANGLIN, ANDREW
MOONBASE HOLDINGS

*Greg Anglin Properties*
**903 Hamlet St, Columbus, Ohio 43201**
The investigator canvassed the Hamlet St area however a 903 was not located. 902, 904 and even numbered residences sat on the east side of Hamlet. A church and school sat on the west side of the street, both of which were numbered 893 and 957. A check with the USPS revealed the residence 903 is not a valid address.





### 727 Jaeger St, Columbus, Ohio 43206

The investigator knocked on the door to the residence 727 which was answered by a white male. This man appeared to be in his late 30's, with brown hair and was approximately 5'11" 170lbs. He disclosed he knew the name Greg Anglin as it was his landlord. When questioned further about contact information regarding the Anglin's, the individual shied away from answering and stated he "did not feel comfortable providing any information about his landlord". When asked his name, the individual said "John Brown". The investigator departed the area with the man not providing any pertinent information.



### 729 Worthington Forest Pl, Columbus ,Ohio, 42229

The residence located at 729 Worthington Forrest place can best be described as a secluded condo among other similar residences. The condos were accessible through their individual patio set-ups, which were fenced in with a large wooden fence and gate. The gates had no doorbell or means of signaling anyone present within the home. Several knocks were attempted however no answer was received.



ANGLIN, ANDREW
MOONBASE HOLDINGS

### 737 Worthington Forest Pl, Columbus, Ohio, 43229
An attempt to question any individuals at the 737 residence was performed by the investigator. The residence neighbors the 729 condo. Several knocks were given however no one answered the gate. A dog was heard barking from the residence.



### 5442 Worthington Forest Pl, Columbus, Ohio, 43229
The residence located at 5442 Worthington Forest was knocked at by the investigator however no answer was received. The residence is an apartment within a larger building.

### 7932 Boothbay Ct, Powell, Ohio, 43065
The investigator attempted a door knock at the residence located at 7932 Boothbay. The residence is a two story town home among similar homes. A white man approximately 6'1" 165lbs, with reddish blonde hair, answered the door and identified himself as Jared Dotson. He said he had no knowledge of the name Anglin or Moonbase Holdings. With no relevant information the investigator departed the residence.



### 357 E Tompkins St, Columbus, Ohio 43016
The investigator knocked at the residence located at 357 E Tompkins however the door was not answered. The investigator questioned a neighbor who was outside on their porch cleaning. The woman at 355 identified herself as Linda Ossing. She stated she owned and rented out the 355 home, but did not know the owner of

the 357. She stated a older African American man had been at the 357 residence for about 5-6 years and was the current resident. The investigator departed the area.



### *West* *Emerson*
### 2624 Sawmill Meadows Ave, Dublin, Ohio, 43016

The Investigator knocked at the residence located at 2624 Sawmill Meadows and was greeted by a older woman who identified herself as Betty Berry. She disclosed that her grandson was West Emerson, and stated that she knew he was friends of "Andy's" (Andrew Anglin) multiple years ago, from his high school day's. She stated she knew Andy was involved in matters she wished to not be associated with, and that her family had told West to disassociate himself with him years ago; which she believed West had done and had not been in touch with Andrew for a long time. The investigator departed the area.



### 2893 Rushbury Dr, Dublin, Ohio, 4301

The investigator knocked at the residence located at 2893 Rushbury and was greeted by a man who identified himself as west Emerson. He stated he knew "Andy"'however had not spoken to him in over 6 years. He did not know of any means of contacting the subject, but stated that Mitch Anglin might be easy to locate to question. When asked about any contact info for Mitch Anglin, West said to search social media. A Social media canvass was performed however no one by the name was found to be in relation to our subject.

ANGLIN, ANDREW
MOONBASE HOLDINGS





ANGLIN, ANDREW
MOONBASE HOLDINGS



ANGLIN, ANDREW
MOONBASE HOLDINGS



END OF REPORT

PROCESSED BY:

INFOCORP INVESTIGATIVE SERVICES, LLC
INVESTIGATOR/PROCESS SERVER ASSIGNED:

ANGLIN, ANDREW
MOONBASE HOLDINGS

EVAN A WALTON