# EXH. 5



# Jon Husted
Ohio Secretary of State

180 East Broad Street, 16th Floor
Columbus, Ohio 43215
Tel: (877) 767-6446   Fax: (614) 644-0649
www.OhioSecretaryofState.gov

**Notice of Receipt**

Date of Service: 1/16/2018                Case Number: 3:17-CV-00072-NKM

Elizabeth Sines et al   **VERSUS**   Jason Kessler et al

The Secretary of State of Ohio received service of process, notice or demand as the statutory agent for Moonbase Holdings, LLC at 6827 N. High St., Ste 121, Worthington, OH, 43085 under Section 1706.05 of the Ohio Revised Code. Service was forwarded via certified mail to any available address of the company and the address set forth in the affidavit.

Sincerely,

Jon Husted
Secretary of State

lmf
9507