# EXH.  6

201801700160



| DATE | DOCUMENT ID | DESCRIPTION | FILING | EXPED | CERT | COPY |
|------|-------------|-------------|--------|-------|------|------|
| 01/17/2018 | 201801700160 | AGENT ADDRESS CHANGE (LAD) | 25.00 | 300.00 | 0.00 | 0.00 |

### Receipt
This is not a bill. Please do not remit payment.

MOONBASE HOLDINGS LLC
KAREN ZAPPITELLI
5271 NORWICH ST
HILLIARD, OH 43206

# STATE OF OHIO
## CERTIFICATE

**Ohio Secretary of State, Jon Husted**

**3938347**

It is hereby certified that the Secretary of State of Ohio has custody of the business records for

**MOONBASE HOLDINGS, LLC**

and, that said business records show the filing and recording of:

Document(s)                                                     Document No(s):

**AGENT ADDRESS CHANGE**                              **201801700160**

Effective Date: 01/16/2018



Witness my hand and the seal of the Secretary of State at Columbus, Ohio this 17th day of January, A.D. 2018.

*Jon Husted*

**Ohio Secretary of State**

United States of America
State of Ohio
Office of the Secretary of State

Form 521 Prescribed by:



**JON HUSTED**
Ohio Secretary of State

Toll Free: (877) SOS-FILE (877-767-3453)
Central Ohio: (614) 466-3910
www.OhioSecretaryofState.gov
busserv@OhioSecretaryofState.gov
File online or for more information: www.OHBusinessCentral.com

Mail this form to one of the following:

Regular Filing (non expedite)
P.O. Box 788
Columbus, OH 43216

Expedite Filing (Two business day processing time.
Requires an additional $100.00)
P.O. Box 1390
Columbus, OH 43216

## Statutory Agent Update
## Filing Fee: $25

**(CHECK ONLY ONE(1) BOX)**

| (1) Subsequent Appointment of Agent | (2) Change of Address of an Agent | (3) Resignation of Agent |
|---|---|---|
| ☐ Corp (165-AGS) | ☐ Corp (145-AGA) | ☐ Corp (155-AGR) |
| ☐ LP (165-AGS) | ☐ LP (145-AGA) | ☐ LP (155-AGR) |
| ☐ LLC (171-LSA) | ☒ LLC (144-LAD) | ☐ LLC (153-LAG) |
| ☐ Business Trust (171-LSA) | ☐ Business Trust (144-LAD) | ☐ Partnership (153-LAG) |
| ☐ Real Estate Investment Trust (171-LSA) | ☐ Real Estate Investment Trust (144-LAD) | ☐ Business Trust (153-LAG) |
| | | ☐ Real Estate Investment Trust (153-LAG) |

Name of Entity  Moonbase Holdings, LLC

Charter, License or Registration No. 3938347

Name of Current Agent   Andrew Anglin

**Complete the information in this section if box (1) is checked**

Name and Address
of New Agent

_____
Name of Agent

_____
Mailing Address

_____
City

_____
State

_____
ZIP Code

Form 521                    Page 3 of 7                    Last Revised: 05/14/2014

| Complete the information in this section if box (1) is checked and business is an Ohio entity |
|---|

**ACCEPTANCE OF APPOINTMENT FOR DOMESTIC ENTITY'S AGENT**

The Undersigned, _____ , named herein as the
                    Name of Agent

statutory agent for _____ , hereby acknowledges
                 Name of Business Entity

and accepts the appointment of statutory agent for said entity.

               Signature: _____

               Individual Agent's Signature/Signature on behalf of Business Serving as Agent

---

| Complete the information in this section if box (2) is checked |
|---|

New Address of Agent

| PO Box 208 |
|---|
| Mailing Address |

| Worthington | | OH | | 43085 |
|---|---|---|---|---|
| City | | State | | ZIP Code |

---

| Complete the information in this section if box (3) is checked |
|---|

The agent of record for the entity identified on page 1 resigns as statutory agent.

Current or last known address of the entity's principal office where a copy of this Resignation of Agent was sent as of the date of filing or prior to the date filed.

| |
|---|
| Mailing Address |

| | | | |
|---|---|---|---|
| City | | State | Zip Code |

Form 521                               Page 4 of 7                          Last Revised: 05/14/2014

By signing and submitting this form to the Ohio Secretary of State, the undersigned hereby certifies that he or she has the requisite authority to execute this document.

**Required**

Agent update must be signed by an authorized representative (see instructions for specific information).

If authorized representative is an individual, then they must sign in the "signature" box and print their name in the "Print Name" box.

If authorized representative is a business entity, not an individual, then please print the business name in the "signature" box, an authorized representative of the business entity must sign in the "By" box and print their name in the "Print Name" box.

_____
Signature

_____
By

_____
Print Name

Zappitelli CPA Inc.
Signature

*Karen Zappitelli*
By

Karen Zappitelli
Print Name

Form 521                                Page 5 of 7                                Last Revised: 05/14/2014