# EXH.  7

# Jon Husted
## Ohio Secretary of State



Jon Husted & the Office | Elections & Voting | Campaign Finance | Legislation & Ballot Issues | Businesses | Records | Media Center | Publications

## Business Filing Portal

your **BUSINESS** begins here

- Business Name
- Business Name - Exact
- Detailed Business Search
- Number Search
- Agent/Contact Name
- Agent/Contact Name - Exact
- Prior Business Name

### Corporation Details

| Corporation Details | |
|---|---|
| Entity Number | 3938347 |
| Business Name | MOONBASE HOLDINGS, LLC |
| Filing Type | DOMESTIC LIMITED LIABILITY COMPANY |
| Status | Active |
| Original Filing Date | 09/02/2016 |
| Expiry Date | |

| Location: | County: | State: |
|---|---|---|

| Agent / Registrant Information |
|---|
| ANDREW B ANGLIN |
| PO BOX 208 |
| WORTHINGTON,OH 43085 |
| Effective Date: 09/02/2016 |
| Contact Status: Active |

| Incorporator Information |
|---|
| ANDREW B ANGLIN |

| Filings | | |
|---|---|---|
| Filing Type | Date of Filing | Document Number/Image |
| ARTICLES OF ORGNZTN/DOM. PROFIT LIM.LIAB. CO. | 09/02/2016 | 201625400014 |
| TRADE NAME/ORIGINAL FILING | 01/05/2017 | 201700502616 |
| AGENT ADDRESS CHANGE/LIMITED/LIABILITY/PARTNERS | 01/16/2018 | 201801700160 |

Return To Search Page | Return To Search List | Printer Friendly Report