# EXH. 8



**Jon Husted**
Ohio Secretary of State

180 East Broad Street, 16th Floor
Columbus, Ohio 43215
Tel: (877) 767-6446   Fax: (614) 644-0649
www.OhioSecretaryofState.gov

**Notice of Receipt**

Date of Service: 2/22/2018          Case Number: 3:17-cv-0072 NFM

Elizabeth Sines et al   **VERSUS**   Jason Kessler et al

The Secretary of State of Ohio received service of process, notice or demand as the statutory agent for Moonbase Holdings, LLC at P. O. Box 208, Worthington, OH, 43085 under Section 1705.06 of the Ohio Revised Code. Service was forwarded via certified mail to any available address of the company and the address set forth in the affidavit.

Sincerely,

*Jon Husted*

Jon Husted
Secretary of State

lmf
9624

**JON HUSTED**
Ohio Secretary of State

OFFICE OF THE OHIO SECRETARY OF STATE
180 E. Broad Street, 16th Floor
Columbus, Ohio 43215

067 ADJ-ASB 20190

Cooley LLP
Robert T. Cahill
11951 Freedom Drive
14th Floor
Reston, VA 20190



PRESORTED
FIRST CLASS

neopost
02/23/2018
US POSTAGE $000.37⁸

FIRST-CLASS MAIL
AUTO
ZIP 43266
041M12250417