# EXH. 9



Alan Levine
1 212 479 6260
alevine@cooley.com

February 16, 2018

Karen Zappitelli
Zappitelli CPA, Inc.
5271 Norwich Street
Hillard, OH 43026

Re: Service of Process on Defendants Moonbase Holdings, LLC and Andrew Anglin

Dear Ms. Zappitelli:

I represent Plaintiffs in *Sines v. Kessler, et. al.*, Case No. 14 Civ. 0072 (NKM) in which Moonbase Holdings, LLC and Andrew Anglin are defendants. Plaintiffs have attempted to personally serve Moonbase Holdings, LLC and Mr. Anglin at Moonbase Holdings' registered agent address of 6827 N. High Street, Suite 121, Worthington, OH 43085.

In January 2018, the Ohio Secretary of State served Moonbase Holdings, LLC via certified mail at the foregoing address and we have received confirmation that service is complete.

I understand that you may have been retained as an accountant for Moonbase Holdings, LLC and Mr. Anglin. As a courtesy, we are enclosing a copy of the summons and amended complaint.

Please do not hesitate to contact me should you have any questions.

Sincerely,

*Alan Levine*

Alan Levine