# EXH.  2

## AFFIDAVIT OF NON-SERVICE

### UNITED STATES DISTRICT COURT
Western District of Virginia

Case Number: 3:17-CV-0072 NFM

Plaintiff:
**Elizabeth Sines, et al.**

vs.

Defendant:
**Jason Kessler, et al.**

For:
Robert Cahill
Cooley LLP

Received by CAPITOL PROCESS SERVICES, INC. to be served on **East Coast Knights Of The Ku Klux Klan - c/o William Walters, 7111 Torresdale Avenue, Apartment 1, Philadelphia, PA 19135.**

I, David Hahn, being duly sworn, depose and say that on the **16th day of February, 2018** at **9:10 am, I:**

**NON-SERVED** the **Summons and First Amended Complaint** for the reason that I failed to find **East Coast Knights Of The Ku Klux Klan - c/o William Walters** or any information to allow further search. Read the comments below for further details.

**Additional Information pertaining to this Service:**
Service attempted 4 times at the given address with no answer received. On Feb 16, server met with funeral home owner on the 7100 block, same block of William "Bill" Walters' last known address 7111 torresdale. Advised "Bill" was deceased, Joe Sannutti would supply a copy of his death certificate.

02/19/18 received death certificate for William Walters by fax from funeral owner Joseph A. Sannutti, attached hereto.

I am over the age of 18 and have no interest in the above action.

Subscribed and Sworn to before me on the 23rd day of
FEB , 2018 by the affiant who is personally known to me.

_____
NOTARY PUBLIC

**David Hahn**
Process Server

**CAPITOL PROCESS SERVICES, INC.**
**1827 18th Street, N.W.**
**Washington, DC 20009-5526**
**(800) 243-8773**

Our Job Serial Number: TLL-2018000271
Ref: 1539820

Copyright © 1992-2018 Database Services, Inc. - Process Server's Toolbox V7.1i

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
MICHAEL D. TALONE, Notary Public
City of Philadelphia, Phila. County
My Commission Expires May 12, 2019

Feb 16 18 10:24p    joseph a sannutti    215-333-4470    p.2

# LOCAL REGISTRAR'S CERTIFICATION OF DEATH



This is to certify that the information here given is correctly copied from an original Certificate of Death duly filed with me as Local Registrar. The original certificate will be forwarded to the State Vital Records Office for permanent filing.

_Cynthia Jagodinski_                NOV 6, 2014

P

Certification Number                Local Registrar            Date Issued

COMMONWEALTH OF PENNSYLVANIA • DEPARTMENT OF HEALTH • VITAL RECORDS

## CERTIFICATE OF DEATH

State File Number: 14-04338

1. Decedent's Legal Name (First, Middle, Last, Suffix): William Walters Jr.
4. Date of Death (Mo/Day/Yr): October 31, 2014

2. Sex: M
3. Age: 62

6. Date of Birth: July 18, 1952
7a. Birthplace: Phila.

8a. Residence: Phila.
8b. Residence (Street and Number): 7111 Torresdale Ave 2Fl

Father's Name: William C. Walters
Mother's Name Prior to First Marriage: None

13a. Residence to Decedent: Lisa Walters  13b: Sister
14a: Kose Schleigh
14b. Informant's Mailing Address: Cor S. Torresdale Ave 1st Fl Phila 19135

15a. Place of Death: Philadelphia

15b. City or Town, State, and Zip Code: Philadelphia, PA 19135
15c. County of Death: Philadelphia

16a. Method of Disposition: Burial
16b. Place of Disposition: 11-7-2014   Allied Cemetery

16d. Location of Disposition (City or Town, State, and Zip): Bensalem, PA 19020

17a. Signature of Funeral Service License or Person in Charge of Interment: Joseph A. Sannutti   Torresdale Ave, Phila 19135
17b. License Number: 011543-L

## CAUSE OF DEATH

26. Part I.   Immediate Cause: Atherosclerotic Cardiovascular Disease

Decedent's Usual Occupation: Insurance
Kind of Business/Industry: Clerk

24. Time of Death: 12:12 AM

23. Was Medical Examiner or Coroner Contacted? Yes ☐ No ☒

Manner of Death: ☒ Natural

41. Date Signed: 11/6/14
42. Amendments:

Certifier: Albert Chu, M.D., 321 University Avenue, Philadelphia 19104
Title of certifier: Assistant Medical Examiner
License Number: MD421805
Date signed: 11/11/14

40a. Registrar's File Number: 091802
Registrar's Signature: _Cynthia Jagodinski_