# EXH. 1

## AFFIDAVIT OF NON-SERVICE

UNITED STATES DISTRICT COURT
Western District of Virginia

Case Number: 3:17-CV-00072-NKM

Plaintiff:
**Elizabeth Sines; et al.,**

vs.

Defendant:
**Jason Kessler; et al.,**

For:
Robert T. Cahill
Cooley LLP
11951 Freedom Drive
14th Floor
Reston, VA 20190

Received by Capitol Process Services, Inc. on the 20th day of October, 2017 at 12:04 pm to be served on AUGUSTUS SOL INVICTUS, 15 West Colonial Drive, Apt. 1313, Orlando, FL 32801.

I, Lydia Zook, being duly sworn, depose and say that on the 28th day of October, 2017 at 7:51 pm, I:

**NON-SERVED the SUMMONS, CIVIL COVER SHEET WITH ADDENDUM, COMPLAINT, AND PLAINTIFFS' JURY DEMAND** for the reason that I failed to find **AUGUSTUS SOL INVICTUS** or any information to allow further search. Read the comments below for further details.

**Additional Information pertaining to this Service:**
10/20/2017 2:13 pm Attempted service at 15 West Colonial Drive, Apt. 1313, Orlando, FL 32801, The defendant no longer reisdes at the provided address per the leasing office. He moved out over one year ago.
10/28/2017 7:51 pm Attempted service at 9823 4th Avenue, Orlando, FL 32824,
Does not reside here but is known to them. Does not know where he is living.

I certify that I am a Certified Process Server in good standing and have proper authority in the jurisdiction in which this service is made. I am not a party to this action and have no interest in the party being served. Under the penalties of perjury, I declare that I have read the foregoing affidavit and that the facts stated in it are true.

David J. Biddle
NOTARY PUBLIC
STATE OF FLORIDA
Comm# FF220459
Expires 5/6/2019

Subscribed and Sworn to before me on the 30 day of November, 2017 by the affiant who is personally known to me.

NOTARY PUBLIC

Lydia Zook
CPS# 0156

**Capitol Process Services, Inc.**
**1827 18th Street, N.W.**
**Washington, DC 20009**
**(800) 243-8773**

Our Job Serial Number: ALS-2017006317
Ref: 1534511

Copyright © 1992-2017 Database Services, Inc. - Process Server's Toolbox V7.1i