# EXH. 2

## AFFIDAVIT OF NON-SERVICE

UNITED STATES DISTRICT COURT
Western District of Virginia

Case Number: 3:17-CV-00072-NKM

Plaintiff:
**Elizabeth Sines; et al.,**

vs.

Defendant:
**Jason Kessler; et al.,**

For:
Robert T. Cahill
Cooley LLP
11951 Freedom Drive
14th Floor
Reston, VA 20190

Received by Capitol Process Services, Inc. on the 28th day of November, 2017 at 4:19 pm to be served on AUGUSTUS SOL INVICTUS, 206 North Mills Avenue, Orlando, FL 32803.

I, Richard W. Golden, being duly sworn, depose and say that on the 5th day of December, 2017 at 12:05 pm, I:

**NON-SERVED** the **SUMMONS, CIVIL COVER SHEET WITH ADDENDUM, COMPLAINT, AND PLAINTIFFS' JURY DEMAND, AND MOTION FOR PRO HAC VICE ADMISSION OF ROBERTA A. KAPLAN** for the reason that I failed to find **AUGUSTUS SOL INVICTUS** or any information to allow further search. Read the comments below for further details.

**Additional Information pertaining to this Service:**
12/5/2017 12:05 pm Attempted service at 206 North Mills Avenue, Orlando, FL 32803, no answer at residence.
12/2/2017 5:27 pm Attempted service at 206 North Mills Avenue, Orlando, FL 32803, no answer at residence, vehicle parked in driveway behind the house, tag was not visible.
12/1/2017 2:15 pm Attempted service at 206 North Mills Avenue, Orlando, FL 32803, no answer at residence.
11/30/2017 10:05 am Attempted service at 206 North Mills Avenue, Orlando, FL 32803, no answer at residence.
11/29/2017 7:00 pm Attempted service at 206 North Mills Avenue, Orlando, FL 32803, no answer at residence, no vehicles present.
11/28/2017 5:15 pm Attempted service at 206 North Mills Avenue, Orlando, FL 32803, no answer at residence, vehicle in driveway, no tag was visible.

I certify that I am a Certified Process Server in good standing and have proper authority in the jurisdiction in which this service is made. I am not a party to this action and have no interest in the party being served. Under the penalties of perjury, I declare that I have read the foregoing affidavit and that the facts stated in it are true.

Subscribed and Sworn to before me on the ___ day of _____ 201_ by the affiant who is personally known to me.

NOTARY PUBLIC

Joseph C. Pleasant, Jr
NOTARY PUBLIC
STATE OF FLORIDA
Comm# FF232287
Expires 5/18/2019

Richard W. Golden
CPS# 0163

Capitol Process Services, Inc.
1827 18th Street, N.W.
Washington, DC 20009
(800) 243-8773

Our Job Serial Number: ALS-2017007255
Ref: 1534511

Copyright © 1992-2017 Database Services, Inc. - Process Server's Toolbox V7.1i

