# EXH. 3

CAUSE NO. 3:17-cv-00072-NKM

| | | |
|---|---|---|
| ELIZABETH SINES, SETH WISPELWEY, MARISSA BLAIR, TYLER MAGILL, APRIL MUNIZ, HANNAH PEARCE, MARCUS MARTIN, JOHN DOE, JANE DOE 1, JANE DOE 2, and JANE DOE 3<br><br>vs<br><br>JASON KESSLER, RICHARD SPENCER, CHRISTOPHER CANTWELL, AJMES ALEX FIELDS, JR., VANGUARD AMERICA, ANDREW ANGLIN, MOONBASE HOLDINGS, LLC, ROBERT "AZZMADOR" RAY, ANTHAN DAMIGO, ELLIOT KLINE A/K/A ELI MOSELY, IDENTITY EVROPA, MATTHEW HEIMBACH, MATTHEW PARROTT, TRADITIONALIST WORKER PARTY, MICHAEL HILL, MICHAEL TUBBS, LEAGUE OF THE SOUTH, JEFF SCHOEP, NATIONAL SOCIALIST MOVEMENT, NATIONALIST FRONT, AUGUSTUS SOL INVICTUS, FRATERNAL ORDER OF THE ALT-KNIGHTS, MICHAEL "ENOCH" PEINOVICH, LOYAL WHITE KNIGHTSO FHT EKU KLUX KLAN A/K/A EAST COAST KNIGHTS OF THE TRUE INVISIBLE EMPIRE | § § § § § § § § § § | UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF VIRGINIA<br>State of Virginia, County of |

## AFFIDAVIT OF ATTEMPTED SERVICE

Came to hand on **12/5/2017 1:16 pm**, the **SUMMONS IN A CIVIL ACTION; COMPLAINT; PLAINTIFF'S JURY DEMAND** to be executed on AUGUSTUS SOL INVICTUS, **32824 Steeplechase Drive, Apt. 8108, Sherman, TX 75092.**

**BEFORE ME**, the undersigned authority, on this day personally appeared **Ty Blankenship** who after being duly sworn on oath states: "My name is **Ty Blankenship**. I am a person over eighteen (18) years of age and I am competent to make this affidavit. I have personal knowledge of the facts and statements contained in this Affidavit and aver that each is true and correct. I am a private process server authorized by the Texas Judicial Branch Certification Commission to serve process. I am familiar with the Rules of Civil Procedure and the Practice and Remedies Code as they apply to the service of civil process. I am not a party to this suit and have no interest in the outcome of the suit. I have never been convicted of a felony or of a misdemeanor involving moral turpitude.

I have attempted to make personal service upon AUGUSTUS SOL INVICTUS, Defendant in the above-styled cause of action at the dwelling located at 32824 Steeplechase Drive, Apt. 8108, Sherman, TX 75092, believed to be AUGUSTUS SOL INVICTUS's usual place of abode or other place AUGUSTUS SOL INVICTUS can probably be found, on the following dates and times

12/05/2017 04:00 PM 32824 Steeplechase Drive, Sherman, TX 75092 I knocked at apartment 8108, but there was no answer at the door. I went the second floor of the building and knocked at apartment 8208, as I was told that Augustus Sol Invictus may reside at this apartment rather than 8108. A mother and her child answered the door of apartment 8208 and told me she did not know anybody named Augustus Invictus and didn't know who lived in the apartment below her. I knocked again at apartment 8108, but there was still no answer. There were no noises coming from inside the apartment.

12/05/2017 07:10 PM 32824 Steeplechase Drive, Sherman, TX 75092 There were no noises heard to be coming from inside the apartment, and there was no answer at the apartment door.
12/06/2017 11:57 AM 32824 Steeplechase Drive, Sherman, TX 75092 There were no noises heard to be coming from inside the apartment, and there was no answer at the apartment door.
12/07/2017 08:40 AM 32824 Steeplechase Drive, Sherman, TX 75092 There were no noises heard to be coming from inside the apartment, and there was no answer at the apartment door.
12/12/2017 08:40 AM 32824 Steeplechase Drive, Sherman, TX 75092 There were no noises heard to be coming from inside the apartment, and there was no answer at the apartment door. There was a folded piece of paper stuck in the crack of the door of apartment 8108 that was left there by someone other than myself. I left a note taped to the door providing a number to contact to arrange the delivery of documents to Augustus Sol Invictus.
12/13/2017 08:05 AM 32824 Steeplechase Drive, Sherman, TX 75092 There were no noises heard to be coming from inside the apartment, and there was no answer at the apartment door. The piece of paper left in the door on the previous attempt had been removed. The note that I had left taped to the apartment door had been removed. Our office has not received any calls from Augustus Sol Invictus concerning the delivery of documents.



Ty Blankenship
PSC-1/1147, Expires 09/30/2020

BEFORE ME, a notary public, on this day personally appeared Ty Blankenship, known to me to be the person whose name is subscribed to the foregoing document and, being by me first duly sworn, declared that the statements therein contained are within his personal knowledge and are true and correct.
Given under my hand and seal of office this ___9th___ day of __January__, __2018__.

JOHN W. BLANKENSHIP
Notary Public, State of Texas
Comm. Expires 12-21-2020
Notary ID 10439750

Notary Public in and for the State of Texas

AFFIDAVIT OF SERVICE                                                              PAGE 2 OF 2