# EXH. 4

# FEC FORM 2
## STATEMENT OF CANDIDACY



RECEIVED
SECRETARY OF THE SE...
PUBLIC RECORDS

17 OCT -6 PM 3: 45

PAGE 1 / 1

| 1. (a) Name of Candidate (in full) |
|---|
| Invictus, Augustus, , . |

| (b) Address (number and street) | ☐ Check if address changed | 2. Candidate's FEC Identification Number |
|---|---|---|
| 9823 4th Ave | | |

| (c) City, State, and ZIP Code | | | 3.  Is This | | New | | Amended |
|---|---|---|---|---|---|---|---|
| Orlando | FL | 32824 | Statement | × | (N) | OR | (A) |

| 4. Party Affiliation | 5. Office Sought | 6. State & District of Candidate |
|---|---|---|
| REPUBLICAN PARTY | Senate | FL   00 |

## DESIGNATION OF PRINCIPAL CAMPAIGN COMMITTEE

7. I hereby designate the following named political committee as my Principal Campaign Committee for the ___2018___ election(s).
(year of election)

NOTE: This designation should be filed with the appropriate office listed in the instructions.

(a) Name of Committee (in full)

### Committee to Elect Augustus Invictus

(b) Address (number and street)
9823 4th Ave

(c) City, State, and ZIP Code

Orlando                                   FL          32824

## DESIGNATION OF OTHER AUTHORIZED COMMITTEES
### (Including Joint Fundraising Representatives)

8. I hereby authorize the following named committee, which is NOT my principal campaign committee, to receive and expend funds on behalf of my candidacy.

NOTE: This designation should be filed with the principal campaign committee.

(a) Name of Committee (in full)


(b) Address (number and street)


(c) City, State, and ZIP Code


*I certify that I have examined this Statement and to the best of my knowledge and belief it is true, correct and complete.*

| Signature of Candidate | Date |
|---|---|
| Invictus, Augustus, . | 09/09/2017 |

NOTE: Submission of false, erroneous, or incomplete information may subject the person signing this Statement to penalties of 2 U.S.C. §437g.

FEC FORM 2 (REV. 02/2009)

augustus invictus for Senate
3621 Steeplechase Dr #868
Sherman, Tx. 75092

Screened by CAS
Senate Post Office
OCT 0 6 2017

Secretary of the
Senate
office of public records
P.O. Box 77578
Washington D.C. 20013-7578

JULIE E. ADAMS
SECRETARY

DANA K. MACCALLUM
SUPERINTENDENT

HART SENATE OFFICE BUILDING
SUITE 232

# United States Senate

OFFICE OF THE SECRETARY

WASHINGTON, DC 20510-7116

PHONE(202) 224-0322

OFFICE OF PUBLIC RECORDS

THE PRECEDING DOCUMENT WAS:

HAND DELIVERED _____
Date of Receipt

USPS FIRST CLASS MAIL __**10/6/17**__          **X**
Date of Receipt                    Postmark

USPS REGISTERED/CERTIFIED_____
Postmark

USPS PRIORITY MAIL _____
Postmark

DELIVERY CONFIRMATION OR SIGNATURE CONFIRMATION LABEL   ☐

USPS EXPRESS MAIL _____
Postmark

OVERNIGHT DELIVERY SERVICE:

SHIPPING DATE   NEXT BUSINESS DAY DELIVERY

FEDERAL EXPRESS _____   ☐

UPS _____   ☐

DHL _____   ☐

AIRBORNE EXPRESS _____   ☐

RECEIVED FROM FEDERAL ELECTION COMMISSION _____
Date of Receipt

POSTMARK ILLEGIBLE   ☐          NO POSTMARK   ☒

FAX _____
Date of Receipt

OTHER _____
Date of Receipt or Postmark

PREPARER_____**MN**_____ DATE PREPARED __**10/6/17**__

4/04/16

2017101002061549



SEN PATCH



SEN PATCH