# EXH. 5



**FEDERAL ELECTION COMMISSION**
WASHINGTON, D.C. 20463

RQ-5

October 12, 2017

AUGUSTUS SOL INVICTUS
9823 4TH AVE
ORLANDO, FL  32824

CANDIDATE ID NUMBER: S6FL00301

**Response Due Date**
**11/16/2017**

Dear Candidate:

This letter is prompted by the Commission's preliminary review of your Statement of Candidacy (FEC Form 2), received 10/04/2017. This notice requests information essential to full public disclosure of your federal election campaign finances. Additional information is needed for the following **1** item(s):

- Your FEC Form 2 was not signed. Please provide an amended FEC Form 2 that includes your original signature.

An adequate response must be received by the Commission on or before the due date noted above. Any response submitted by your committee will be placed on the public record and will be considered by the Commission prior to taking enforcement action. **Requests for extensions of time in which to respond will not be considered.**

The FEC Form 2 can be downloaded from the FEC website at http://www.fec.gov, or requested through the FEC Faxline at (202) 501-3413. (11 CFR § 101.1(a))  Please note that Senate candidates must file their Statement of Candidacy on paper with the Secretary of the Senate. (11 CFR § 105.2)

If you have any further questions, please contact Aimee Wechsler in the Reports Analysis Division on the toll-free number (800) 424-9530 (at the prompt press 5 to reach the Reports Analysis Division). Her local number is (202) 694-1194.

Sincerely,

*[signature]*

Nataliya Ioffe
Chief, Authorized Branch
Reports Analysis Division

481