IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

Elizabeth Sines et al,  )
      **Plaintiff(s)**  )
v.  )  Civil Action No. 3:17-cv-00072
Jason Kessler et al,  )
      **Defendant(s).**  )

## CLERK'S ENTRY OF DEFAULT

The above action was filed in this Court on October 11, 2017. The Defendant(s) Augustus Sol Invictus was/were served on the following dates, and the Plaintiff has provided to the court an affidavit and/or other evidence demonstrating proper service of the complaint on Defendant(s):

Augustus Sol Invictus                      January 19, 2018

The time for the defendant(s) to appear, answer or otherwise defend having expired, the undersigned Clerk does hereby enter default as to the following defendant(s):

Augustus Sol Invictus

See Federal Rules of Civil Procedure, Rule 55(a).

Copies of this Entry of Default shall be provided to all counsel of record and to the Defendant(s).

JULIA C. DUDLEY, CLERK

By: _____
Deputy Clerk