## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## Charlottesville Division

| | |
|---|---|
| ELIZABETH SINES, SETH WISPELWEY, MARISSA BLAIR, TYLER MAGILL, APRIL MUNIZ, HANNAH PEARCE, MARCUS MARTIN, NATALIE ROMERO, CHELSEA ALVARADO, and JOHN DOE,<br><br>                  Plaintiffs,<br><br>v.<br><br>JASON KESSLER, RICHARD SPENCER, CHRISTOPHER CANTWELL, JAMES ALEX FIELDS, JR., VANGUARD AMERICA, ANDREW ANGLIN, MOONBASE HOLDINGS, LLC, ROBERT "AZZMADOR" RAY, NATHAN DAMIGO, ELLIOT KLINE a/k/a/ ELI MOSLEY, IDENTITY EVROPA, MATTHEW HEIMBACH, MATTHEW PARROTT a/k/a DAVID MATTHEW PARROTT, TRADITIONALIST WORKER PARTY, MICHAEL HILL, MICHAEL TUBBS, LEAGUE OF THE SOUTH, JEFF SCHOEP, NATIONAL SOCIALIST MOVEMENT, NATIONALIST FRONT, AUGUSTUS SOL INVICTUS, FRATERNAL ORDER OF THE ALT-KNIGHTS, MICHAEL "ENOCH" PEINOVICH, LOYAL WHITE KNIGHTS OF THE KU KLUX KLAN, and EAST COAST KNIGHTS OF THE KU KLUX KLAN a/k/a EAST COAST KNIGHTS OF THE TRUE INVISIBLE EMPIRE,<br><br>                  Defendants. | **Civil Action No. 3:17-cv-00072-NKM** |

**[PROPOSED] ORDER TO SHOW CAUSE WHY DEFENDANTS MATTHEW PARROTT AND TRADITIONALIST WORKER PARTY SHOULD NOT BE SANCTIONED FOR SPOLIATION AND ORDERED TO PERMIT PLAINTIFFS TO CONDUCT A FORENSIC EXAMINATION OF INFORMATION SYSTEMS**

WHEREAS, on March 14, 2018, Plaintiffs filed a Motion for an Order to Show Cause Why Defendants Matthew Parrott and Traditionalist Worker Party Should Not Be Sanctioned for Spoliation and Ordered to Permit Plaintiffs to Conduct a Forensic Examination of Information Systems (the "Motion");

WHEREAS, the Court has considered Plaintiffs' Motion and the papers filed in support thereof; and it appears that Plaintiffs have shown good cause for the entry of this Order.  It is by this Court hereby:

ORDERED that Defendants Matthew Parrott and Traditionalist Worker Party appear at ____ a.m./p.m. on the ____ day of _____, 2018, Courtroom No. _____ of the United States Courthouse in Charlottesville, VA, and show cause, if any there be, why this Court should not grant said Motion and enter an Order:  (1) prohibiting Matthew Parrott and Traditionalist Worker Party from further destroying relevant evidence; (2) permitting Plaintiffs immediately to electronically preserve and conduct a forensic examination of Matthew Parrott and Traditionalist Worker Party's information systems and electronically stored information, including all computers and electronic devices, to attempt to recover any deleted data, at Parrott's and TWP's expense; (3) providing for adverse inferences to be drawn to the extent that any evidence has been lost or destroyed; and (4) awarding Plaintiffs the costs and attorneys' fees associated with the Motion.

Dated:  March ____ , 2018

**SO ORDERED**

_____
Hon. Joel C. Hoppe, M.J.