# EXHIBIT 5

**Matt Parrott** @parrott
18 hours

I hereby fully and permanently resign from @tradworker.

I will be making no further public statements. God bless.

∧ 18     ↩ Reply     ● Comments 8     ↻ Repost 11     ❞ Quote

**Matt Parrott** @parrott
4 days

I have attempted to be a positive, uplifting, and unifying voice in the nationalist cause.

At a certain point, even the most stubborn man must hold himself accountable to the fruit of his labor.

My focus from here on out will be exclusively infrastructure and logistics.

∧ 2     ↩ Reply     ● Comments 3     ↻ Repost     ❞ Quote