# EXHIBIT 9

| | |
|---|---|
| **From:** | James Kolenich |
| **To:** | Seguin Strohmeier |
| **Cc:** | Elmer Woodard; Julie Fink; Roberta Kaplan; Christopher Greene; Karen Dunn; Levine, Alan |
| **Subject:** | Re: Sines et al. v. Kessler et al. |
| **Date:** | Monday, March 12, 2018 10:53:12 PM |

Ms. Strohmeier:

Thank you for your letter of March 9, 2018. Due to the press of other business my clients will be unable to respond to discovery by March 23. We can respond by April 6, 2018. In addition we decline your request to have each client provide written verification of their compliance with what is already a legal obligation.

Respectfully,

Jim Kolenich

On Fri, Mar 9, 2018 at 7:08 PM, Seguin Strohmeier <sstrohmeier@kaplanandcompany.com> wrote:

> Mssrs. Woodard and Kolenich:
>
> Please see the attached correspondence.
>
> _____
>
> Seguin L. Strohmeier
>
> Kaplan & Company, LLP
>
> 350 Fifth Avenue, Suite 7110
>
> New York, NY 10118
>
> (929) 294-2531
>
> sstrohmeier@kaplanandcompany.com
>
> *This email and its attachments may contain information that is confidential and/or protected from disclosure by the attorney-client, work product or other applicable legal privilege. If you are not the intended recipient of the email, please be aware that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please notify the sender immediately and destroy all copies of the message from your computer system. Thank you.*

--
James E. Kolenich
Kolenich Law Office
9435 Waterstone Blvd. #140
Cincinnati, OH 45249
513-444-2150
513-297-6065(fax)
513-324-0905 (cell)