# EXHIBIT 10

# 404 Not Found

nginx/1.10.3 (Ubuntu)