| AO 435<br>(Rev. 04/11)<br>*Please Read Instructions:* | Administrative Office of the United States Courts<br>**TRANSCRIPT ORDER** || FOR COURT USE ONLY<br>DUE DATE: ||
|---|---|---|---|---|
| 1. NAME<br>Robert Cahill || 2. PHONE NUMBER<br>(703) 456-8000 | 3. DATE<br>3/16/2018 ||
| 4. MAILING ADDRESS<br>11951 Freedom Drive, 14th Floor || 5. CITY<br>Reston | 6. STATE<br>VA | 7. ZIP CODE<br>20190 |
| 8. CASE NUMBER<br>3:17-cv-00072-NKM-JCH | 9. JUDGE<br>Norman K. Moon | DATES OF PROCEEDINGS |||
| ^ | ^ | 10. FROM 3/16/2018 | 11. TO 3/16/2018 ||
| 12. CASE NAME<br>Elizabeth Sines, et al. v. Jason Kessler, et al || LOCATION OF PROCEEDINGS |||
| ^ | ^ | 13. CITY Charlottesville | 14. STATE VA ||

15. ORDER FOR
- [ ] APPEAL
- [ ] NON-APPEAL
- [ ] CRIMINAL
- [x] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER

16. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify Witness) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING (Spcy) | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | [x] OTHER (Specify) | |
| ☐ SENTENCING | | Telephonic Hearing | 3/16/2018 |
| ☐ BAIL HEARING | | | |

17. ORDER

| CATEGORY | ORIGINAL<br>(Includes Certified Copy to Clerk for Records of the Court) | FIRST COPY | ADDITIONAL COPIES | NO. OF PAGES ESTIMATE | COSTS |
|---|---|---|---|---|---|
| ORDINARY | ☐ | ☐ | NO. OF COPIES | | |
| 14-Day | ☐ | ☐ | NO. OF COPIES | | |
| EXPEDITED | ☐ | ☐ | NO. OF COPIES | | |
| DAILY | ☐ | ☐ | NO. OF COPIES | | |
| HOURLY | [x] | ☐ | NO. OF COPIES<br>1 | | |
| REALTIME | ☐ | ☐ | | | |
| CERTIFICATION (18. & 19.)<br>By signing below, I certify that I will pay all charges<br>(deposit plus additional) | | | | ESTIMATE TOTAL | 0.00 |
| 18. SIGNATURE | *[signature]* VSB 38572 ||| PROCESSED BY | |
| 19. DATE<br>3/16/2018 | ||| PHONE NUMBER | |
| TRANSCRIPT TO BE PREPARED BY | ||| COURT ADDRESS | |

| ORDER RECEIVED | DATE | BY | | |
|---|---|---|---|---|
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED<br>TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

DISTRIBUTION:   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY