| | |
|---|---|
| **Description** | Appearance Sheet For The United States District Court Western District of Virginia Charlottesville Division; Elizabeth Sines, et al v. Jason Kessler, et al; Case No. 3:17CV72; Date: 3/16/18; Type of Hearing; CC, Motions, Scheduling; Parties; 1. Joel C. Hoppe; 2. Ben Rottenborn; 3. Roberta Kaplan; 4. Elmer Woodard; 5. James Kolenich; 6. Richard Spencer; 7. David Campbell; 8. Bryan Jones; 9. Michael Penovich;  Recorded by; Heidi Wheeler; Time in Court: 1 hr 7 min |
| **Date** | 3/16/2018   **Location**  [CVILLE-3-FTR] |

Appearance Sheet For The United States District Court Western District of Virginia[CVILLE-3-FTR]

| Time | Speaker | Note |
|---|---|---|
| 2:03:01 PM | 1 | |
| 2:05:04 PM | 2,3 | |
| 2:05:06 PM | 1 | |
| 2:05:08 PM | 2 | |
| 2:05:17 PM | 4 | |
| 2:05:36 PM | 1,4,5 | |
| 2:05:42 PM | 1,6 | |
| 2:06:02 PM | 1,7 | |
| 2:06:05 PM | 1,8 | |
| 2:06:23 PM | 1,9 | |
| 2:07:31 PM | 1 | |
| 2:09:22 PM | 3 | Wait until May to set trial date |
| 2:10:16 PM | 1,4,5 | |
| 2:10:55 PM | 1,3 | |
| 2:11:32 PM | 1,3 | |
| 2:11:57 PM | 1,6 | |
| 2:12:27 PM | 1,3 | |
| 2:15:26 PM | 1,4,7, 8, 9 | |
| 2:16:20 PM | 1,3 | |
| 2:17:05 PM | 1,9 | |
| 2:17:13 PM | 1,6 | |
| 2:18:14 PM | 1,3 | |
| 2:19:47 PM | 1,5 | |
| 2:20:19 PM | 1,3 | |
| 2:21:01 PM | 1,4 | |
| 2:21:18 PM | 1,3 | |
| 2:21:30 PM | 1,7 | |
| 2:22:06 PM | 1,3 | |
| 2:22:16 PM | 4,3 | |
| 2:22:53 PM | 1 | |
| 2:23:36 PM | 3 | |
| 2:23:43 PM | 1,4 | |
| 2:24:44 PM | 1,9 | |
| 2:25:19 PM | 1,4 | |
| 2:26:12 PM | 1,7 | |
| 2:27:03 PM | 1,7 | |
| 2:28:42 PM | 1,4 | |
| 2:31:07 PM | 1,3 | |
| 2:32:40 PM | 1,7 | |
| 2:33:34 PM | 1,3 | |
| 2:35:28 PM | 1,9 | |
| 2:36:01 PM | 1,6 | |

| Time | Values |
|---|---|
| 2:37:19 PM | 1,3 |
| 2:37:22 PM | 1,9,6 |
| 2:37:58 PM | 1,3 |
| 2:39:34 PM | 1,5 |
| 2:41:14 PM | 1,3 |
| 2:41:59 PM | 1,7,8,9,6 |
| 2:44:31 PM | 1,3 |
| 2:45:12 PM | 1,9 |
| 2:46:03 PM | 1,9 |
| 2:47:53 PM | 1,3 |
| 2:49:20 PM | 1,4 |
| 2:49:51 PM | 1,7 |
| 2:50:24 PM | 1,8 |
| 2:51:34 PM | 1,9,6 |
| 2:51:38 PM | 1,5 |
| 2:51:47 PM | 1,3 |
| 2:52:26 PM | 1,4 |
| 2:53:51 PM | 1,3 |
| 2:55:22 PM | 1,4 |
| 2:56:22 PM | 1,3,6,7,4,5,9 |
| 3:00:14 PM | 1,9,7 |
| 3:02:01 PM | 4,1 |
| 3:03:22 PM | 1,3,7 |
| 3:04:28 PM | 1,3,7 |
| 3:06:47 PM | 1,4 |
| 3:08:37 PM | 1,4 |
| 3:09:14 PM | 1,5 |
| 3:09:44 PM | 1,7,8,6,9 |
| 3:10:00 PM | 1 |
| 3:10:51 PM | END |