# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

**Elizabeth Sines, et al**

vs.

**Jason Kessler, et al**

Action No: 3:17CV00072
Date: 3/16/18
Judge: Joel C. Hoppe
Court Reporter: H. Wheeler FTR
Deputy Clerk: Heidi N. Wheeler

Plaintiff Attorney(s)
Roberta Kaplan, Philip Bowman, Alan Levine, David Mills, John Rottborn

Defendant Attorney(s)
Elmer Woodard, James Kolenich, Richard Spencer, David Campbell, Bryan Jones, Michael Peinovich

## LIST OF WITNESSES

PLAINTIFF/GOVERNMENT:
1.

DEFENDANT:
1.

PROCEEDINGS:
TELEPHONIC CONFERENCE CALL   2:03-310= 1hr 7 min

Parties present via conference call to discuss various motions, schedules and discovery issues.

Trial date and length touched upon.

Depositions addressed.

Order will issue.