IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE

| | |
|---|---|
| **Elizabeth Sines, et al,** | ) |
| **Plaintiff(s)** | ) |
| v. | ) Civil Action No. 3:17CV00072 |
| **Jason Kessler, et al,** | ) |
| **Defendant(s).** | ) |

### CLERK'S ENTRY OF DEFAULT

The above action was filed in this Court on October 11, 2017.  The Defendant(s) **Loyal White Knights of The Ku Klux Klan** were served on the following dates, and the Plaintiff has provided to the court an affidavit and/or other evidence demonstrating proper service of the complaint on Defendant(s):

**Loyal White Knights of The Ku Klux Klan**          October 24, 2017

The time for the defendant(s) to appear, answer or otherwise defend having expired, the undersigned Clerk does hereby enter default as to the following defendant(s):

**Loyal White Knights of The Ku Klux Klan**

See Federal Rules of Civil Procedure, Rule 55(a).

Copies of this Entry of Default shall be provided to all counsel of record and to the Defendant(s).

**JULIA C. DUDLEY, CLERK**

By: _____
**Deputy Clerk**