IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| Elizabeth Sines et al, | ) |
| Plaintiff(s) | ) ) ) ) |
| v. | ) Civil Action No. 3:17-cv-00072 |
| Jason Kessler et al, | ) ) ) ) |
| Defendant(s). | ) |

## CLERK'S ENTRY OF DEFAULT

The above action was filed in this Court on March 14, 2018. The Defendant(s) East Coast Knights of the Ku Klux Klan was/were served on the following dates, and the Plaintiff has provided to the court an affidavit and/or other evidence demonstrating proper service of the complaint on Defendant(s):

East Coast Knights of the Ku Klux Klan        February 1, 2018

The time for the defendant(s) to appear, answer or otherwise defend having expired, the undersigned Clerk does hereby enter default as to the following defendant(s):

East Coast Knights of the Ku Klux Klan

See Federal Rules of Civil Procedure, Rule 55(a).

Copies of this Entry of Default shall be provided to all counsel of record and to the Defendant(s).

JULIA C. DUDLEY, CLERK

By: _____
Deputy Clerk



OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
255 WEST MAIN STREET
ROOM 304
CHARLOTTESVILLE, VIRGINIA 22902

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

RICHMOND
VA 230
15 MAR '18
PM 3 L

East Coast Knights of the Ku Klux Klan
26 South Pine Street
Red Lion, PA 17356

NIXIE        176   FE 1         0003/19/18
       RETURN TO SENDER
  NOT DELIVERABLE AS ADDRESSED
         UNABLE TO FORWARD
BC: 22902505879        *1650-07081-15-38