**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**

| | | |
|---|---|---|
| **ELIZABETH SINES ET AL.,** | : | Case No.  3:17-CV-72 |
| | : | |
| Plaintiffs, | : | (Judge MOON) |
| | : | |
| v. | : | |
| | : | |
| **JASON KESSLER ET AL.,** | : | **RESPONSE IN OPPOSITION TO** |
| | : | **MOTION TO SHOW CAUSE AND** |
| Defendants. | : | **FOR DISCOVERY SANCTIONS** |
| | : | |
| | : | |

Plaintiffs observed internet postings by defendant Matt Parrott that caused them to fear discoverable evidence was being destroyed by Mr. Parrott. The Plaintiffs therefore filed a motion to show cause and requesting discovery sanctions. Said motion was docketed at DE 272.

## I.  Plaintiffs are not entitled to their requested relief

Contrary to the Plaintiffs allegations, defendant Parrott has not deleted or in any way destroyed any potentially discoverable electronic data.[1] Accordingly, none of the relief requested in Plaintiff's motion can be granted as the reason given for the request does not exist. Therefore, the Plaintiff's motion for discovery sanctions (DE 272) must be denied. In the alternative, the Plaintiff's motion should be held in abeyance until such time as Plaintiffs can actually prove that spoliation of evidence has occurred.

s/ James E. Kolenich PHV

_____
James E. Kolenich (OH 77084)
KOLENICH LAW OFFICE

---

[1] See attached Declaration of Matt Parrott

1

9435 Waterstone Blvd. #140
Cincinnati, OH 45249
(513) 444-2150
(513) 297-6065 (fax)
jek318@gmail.com

**s/ Elmer Woodard**
ELMER WOODARD (VSB 27734)
5661 US Hwy 29
Blairs, Va. 24527
(434) 878-3422
isuecrooks@comcast.net
Trial Attorney for Defendant

## CERTIFICATE OF SERVICE

A true copy of the foregoing was served via the Court's CM/ECF system on March 27, 2018 as listed below:

*All parties of record*

No one entitled to service has requested or is need of service by other means.

**s/ James E. Kolenich  PHV**

_____
James E. Kolenich (OH #77084)

2