$0.470
US POSTAGE
FIRST-CLASS
062S0008666615
22902

COLUMBUS OH 430
25 MAR '18
PM 6 L

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
255 WEST MAIN STREET
ROOM 304
CHARLOTTESVILLE, VIRGINIA 22902

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

Andrew Anglin
6827 North High Street
Suite 121
Worthingto

NIXIE    430    FE 1    0004/01/18

RETURN TO SENDER
ATTEMPTED - NOT KNOWN
UNABLE TO FORWARD

Not at this Address

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| Elizabeth Sines et al, | ) |
| **Plaintiff(s)** | ) |
| v. | ) Civil Action No. 3:17-cv-00072 |
| Jason Kessler et al, | ) |
| **Defendant(s).** | ) |

### CLERK'S ENTRY OF DEFAULT

The above action was filed in this Court on March 14, 2018. The Defendant(s) Andrew Anglin and Moonbase Holdings LLC was/were served on the following dates, and the Plaintiff has provided to the court an affidavit and/or other evidence demonstrating proper service of the complaint on Defendant(s):

Andrew Anglin and Moonbase Holdings LLC      February 1, 2018

The time for the defendant(s) to appear, answer or otherwise defend having expired, the undersigned Clerk does hereby enter default as to the following defendant(s):

Andrew Anglin and Moonbase Holdings LLC

See Federal Rules of Civil Procedure, Rule 55(a).

Copies of this Entry of Default shall be provided to all counsel of record and to the Defendant(s).

JULIA C. DUDLEY, CLERK

By: _____
Deputy Clerk