| **Description** | Appearance Sheet for the United States District Court Western District of Virginia Charlottesville Division; Sines et al v. Kessler, et al; Case No. 3:17CV72; Date: 4/19/18; Type of Hearing: Disc; Parties: 1. USMJ Joel C. Hoppe; 2. Roberta Kaplan; 3. Alan Levine; 4. Philip Bowman; 5. John Rottenborn; 6.Richard Spencer; 7. James Kolenich;  Recorded by : H. Wheeler; Time in Court: 9 min |
|---|---|
| **Date** | 4/19/2018   **Location**   [CVILLE-3-FTR] |

Appearance Sheet for the United States District Court Western District of Virginia C[CVILLE-3-FTR]

| Time | Speaker | Note |
|---|---|---|
| 3:04:25 PM | 1 | |
| 3:05:59 PM | 2 | |
| 3:06:06 PM | 1,2 | |
| 3:07:12 PM | 1,2 | |
| 3:07:43 PM | 1,3 | |
| 3:08:04 PM | 1,7 | |
| 3:08:21 PM | 1,7 | |
| 3:09:38 PM | 1,2 | |
| 3:10:08 PM | 1,6 | |
| 3:11:54 PM | 1,2 | |
| 3:12:20 PM | 1,2 | |
| 3:12:50 PM | 1,7 | |
| 3:12:58 PM | 6 | |
| 3:13:02 PM | 1,2 | |
| 3:13:07 PM | END | |