# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

| | |
|---|---|
| **Elizabeth Sines , et al** | Action No:   3:17CV72 |
| | Date:   4/19/2018 |
| vs. | Judge:   Joel C. Hoppe |
| | Court Reporter:   H. Wheeler/FTR |
| **Jason Kessler, et al** | Deputy Clerk:   Heidi N. Wheeler |

Plaintiff Attorney(s)

Roberta Kaplan, Alan Levine, Philip Bowman, John Rottenborn

Defendant Attorney(s)

Richard Spencer, pro se; James Kolenich

### LIST OF WITNESSES

PLAINTIFF/GOVERNMENT:            DEFENDANT:

1.                                1.

PROCEEDINGS:
TELEPHONIC HEARING    3:04-3:13=9 min

Issues regarding emails and lack of a written response from defendant Mosely addressed.

Supplementing the already pending Motion to Show cause discussed.

Representation of Mosely addressed.

Mr. Spencer addresses Court.