# IN THE
## UNITED STATES DISTRICT COURT
## FOR THE
## WESTERN DISTRICT OF VIRGINIA

**ELIZABETH SINES, ET AL**  <u>**NOTICE**</u>
  **CASE NO.: 3:17CV00072**
v.  ***COURT REPORTER REQUIRED**

**JASON KESSLER, ET AL**

---

**TYPE OF CASE:**

  **X**   CIVIL        CRIMINAL

---

**TYPE OF PROCEEDING:** Discovery Conference

---

**X** **TAKE NOTICE** that the proceeding in this case has been **SCHEDULED** as indicated below:

---

**LOCATION:**
  U. S. DISTRICT COURT
  3rd Floor Courtroom          **DATE:** May 24, 2018
  255 West Main Street          **TIME:** 1:00 P.M. – or as soon as hearing
  Charlottesville, VA 22902              is over with Hon. Judge Moon

*Counsel and pro se parties may appear in person or participate by conference call. If participating by conference call and need dial in information, please contact the deputy clerk at 540-434-3181 ext. 0

---

  JULIA C. DUDLEY, CLERK

DATE: May 18, 2018   By: s/ Karen Dotson
       Deputy Clerk

To: Hon. Moon
  Hon. Hoppe
  Counsel of Record
  Pro Se Defendants
  File