CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
05/18/18
JULIA C. DUDLEY, CLERK
BY: H. Wheeler
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
### CHARLOTTESVILLE DIVISION

| | |
|---|---|
| ELIZABETH SINES, *ET AL.*, <br> *Plaintiffs,* <br> v. <br> JASON KESSLER, *ET AL.*, <br> *Defendants.* | CASE NO. 3:17-CV-00072 <br><br> ORDER <br><br> JUDGE NORMAN K. MOON |

A hearing on the motions to dismiss Plaintiffs' Amended Complaint is set for May 24, 2018 at 10:30 a.m. The Court allots the following time for oral argument:

- Counsel for Defendants Jason Kessler, Christopher Cantwell, Vanguard America, Robert Azzmador Ray, Nathan Damigo, Elliot Kline, Identity Evropa, Matthew Heimbach, Matthew Parrott, Traditionalist Worker Party, Jeff Schoep, National Socialist Movement, and Nationalist Front will be given **30 minutes** of opening argument on his motions, with **10 minutes** for rebuttal.

- Counsel for Defendants Michael Hill, Michael Tubbs, and League of the South will be given **30 minutes** of opening argument on his motion, with **10 minutes** for rebuttal.

- *Pro se* Defendant Richard Spencer will be given **20 minutes** of opening argument on his motion, with **10 minutes** for rebuttal.

- *Pro se* Defendant Michael Enoch Peinovich will be given **20 minutes** of opening argument on his motion, with **10 minutes** for rebuttal.

- Counsel for Plaintiffs will be given **1 hour** to oppose Defendants' motions.

    It is so **ORDERED**.

The Clerk of the Court is hereby directed to send a certified copy of this Order to Plaintiffs, Defendants, and all counsel of record.

Entered this \_\_18th\_\_ day of May, 2018.

_/s/ Norman K. Moon_
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE