IN THE
UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA

**ELIZABETH SINES, ET AL**　　　　　　　　<u>**NOTICE**</u>
　　　　　　　　　　　　　　　　　　　　　　　**CASE NO.: 3:17CV00072**
　　**v.**

**JASON KESSLER, ET AL**

---

**TYPE OF CASE:**
　　　　　　　**X**　　CIVIL　　　　　　　　CRIMINAL

---

**TYPE OF PROCEEDING:**　Discovery Conference Call

---

**X**　　**TAKE NOTICE** that the proceeding in this case has been **RE-SCHEDULED** as indicated below:

---

**LOCATION:**

　　**DATE:**　May 29, 2018 (previously set for May 24, 2018)
　　**TIME:**　1:00 P.M.
　　**DIAL IN NUMBER:** 540-857-5155
　　**CONFERENCE ID:** _____

---

　　　　　　　　　　　　　　　　　　　　　　JULIA C. DUDLEY, CLERK

DATE:　May 22, 2018　　　　　　　　　　　By: s/ Karen Dotson
　　　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

To:　Hon. Moon
　　　Hon. Hoppe
　　　Counsel of Record
　　　Pro Se Defendants
　　　File