```
            UNITED STATES DISTRICT COURT
                     FOR THE
            WESTERN DISTRICT OF VIRGINIA
```

ELIZABETH SINES, *et al.*,          :
                                     :
   Plaintiffs,                    :
                                     :
    vs.                          :   CA No. 3:17-cv-00072-NKM
                                     :
JASON KESSLER, *et al.*,             :
                                     :
   Defendants.                    :

**NOTICE OF APPEARANCE**

**To the Clerk:**

    **PLEASE** note the appearance of the undersigned as counsel for Defendant Richard B. Spencer.

                      Respectfully submitted,

                      /s/ John A. DiNucci
                      John A. DiNucci (VSB No. 29270)
                      8180 Greensboro Drive
                      Suite 1150
                      McLean, Virginia 22102
                      tel.: (703) 821-4232
                      fax:  (703) 790-9863
                      e-mail: dinuccilaw@outlook.com

**CERTIFICATE OF SERVICE**

I hereby certify that, on May 23, 2018, I filed the foregoing Notice with the Clerk of Court through the CM/ECF system, which will send a notice of electronic filing to the following:

> on all counsel of record

I further certify that, on May 23, 2018, I served a copy of the foregoing Notice on the following person by mail, first-class, postage-prepaid

>> Michael E. Peinovich
>> P.O. Box 1069
>> Hopewell Junction, NY 12533

>> /s/ John A. DiNucci
>> John A. DiNucci (VSB No. 29270)
>> 8180 Greensboro Drive
>> Suite 1150
>> McLean, Virginia 22102
>> tel.: (703) 821-4232
>> fax:  (703) 790-9863
>> e-mail: dinuccilaw@outlook.com