# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

| | |
|---|---|
| **ELIZABETH SINES, ET AL** | Action No: 3:17CV00072 |
| vs. | Date: 5/24/2018 |
| | Judge: Norman K. Moon |
| **JASON KESSLER, ET AL** | Court Reporter: Tracey Aurelio |
| | Deputy Clerk: H. Wheeler |

Plaintiff Attorney(s)　　　　　　　　　　Defendant Attorney(s)

Roberta Kaplan　　　　　　　　　　　　James Kolenich
Karen Dunn　　　　　　　　　　　　　　Bryan Jones
David Mills　　　　　　　　　　　　　　John DiNucci
Joshua Matz　　　　　　　　　　　　　　Michael Peinovich, pro se
John Rottenborn　　　　　　　　　　　　Elmer Woodard

## LIST OF WITNESSES

PLAINTIFF/GOVERNMENT:　　　　　　DEFENDANT:

1.　　　　　　　　　　　　　　　　　　1.

PROCEEDINGS:
Motion Hearing: [209] Motion to Dismiss, [212] Motion to Dismiss, [205] Motion to Dismiss, [207] Motion to Dismiss, [201] Motion to Dismiss

Mr. Kolenich, Mr. Jones, Mr. DiNucci, and Mr. Peinovich argue Motions to Dismiss.

Break

Ms. Kaplan and Ms. Dunn respond.

Closings by Mr. Kolenich, Mr. Jones, Mr. DiNucci and Mr. Peinovich.

Remarks by Court.

Order will issue.

Time in Court:   10:30-11:30= 1 hr   11:40-1:00= 1 hr 20 min   Total = 2 hours 20 min