# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# HARRISONBURG DIVISION

**Elizabeth Sines, et al**

vs.

**Jason Kessler, et al**

Action No: 3:17cv00072
Date: 6/5/18
Judge: Joel C. Hoppe, USMJ
Court Reporter: Karen Dotson, FTR
Deputy Clerk: Karen Dotson

Plaintiff Attorney(s)

Roberta Kaplan,
Philip Bowman,
both present by phone

Defendant Attorney(s)

James Kolenich,
John DiNucci,
David Campbell,
Michael Peinovich (pro se),
all present by phone
(Bryan Jones – not present)

## LIST OF WITNESSES

PLAINTIFF/GOVERNMENT:
1.

DEFENDANT:
1.

PROCEEDINGS:
Telephone Status Conference:

Parties was to discuss discovery schedule and trial schedule
Plaintiff's would like a trial date in May 2019
Defendants in agreement with May 2019 date or later
Parties estimate they will need 3-4 weeks for trial
Judge Moon's scheduling clerk will be in touch regarding a specific trial date
Parties discuss document preservation
Parties discuss ESI protocol

Time in Court: 3:33 pm – 4:16 pm = 43 minutes