**APPEARANCE SHEET**
**FOR THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
**HARRISONBURG DIVISION**

Elizabeth Sines, et al.          )   CASE NO.: 3:17CV72
                                 )
v.                               )   DATE: 6/5/18
                                 )
Jason Kessler, et al.            )
                                 )
TYPE OF HEARING: Status Conf.        Time in Court: 3:33 - 4:16 = 43 min.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**PARTIES/SPEAKERS:**

1. USMJ – Joel C. Hoppe
2. Roberta Kaplan          883
3. Philip Bowman
4. 
5. James Kolenich          905

6. John DiNucci          233
7. David Campbell          400
8. 
9. deputy clerk – Karen Dotson
10. Michael Peinovich          neutrict

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CD NO(S).     Courtroom 1          RECORDED BY:  Karen Dotson

| Index No. | Spkr. | Index No. | Spkr. | Index No. | Spkr. | Index No. | Spkr. | Index No. | Spkr. |
|-----------|-------|-----------|-------|-----------|-------|-----------|-------|-----------|-------|
| 3:33 | 1,2,3,1 | 39 | 1,2 | 47 | 5,1 | | 1 | 3 | 1 |
| 33 | 6,1 | | 1 | | 2 | 56 | 5,1 | 4 | 10 |
| 34 | 7,1 | 40 | 5 | 48 | 5 | | 5 | 6 | 1 |
| 34 | 10,1 | 41 | 1,2 | 49 | 2,1,7,1 | 57 | 1,6 | 7 | 2 |
| | 5,1 | | 5,1 | | 2,1 | | 1 | 8 | 10,1 |
| 35 | 2,1 | 42 | 6,1 | | 6 | 58 | 2,1 | 10 | 2,10 |
| | 2 | | 7 | 50 | 1,10 | | 2,1 | | 1,10 |
| 36 | 1,6 | 43 | 1,7 | | 1,10 | 59 | 7,2 | 11 | 2,10 |
| | 1,5 | | 1,7 | | 1 | | 1 | 12 | 2,1 |
| | 1,7 | 44 | 2,7 | 52 | 2,1 | 4:00 | 10,1 | 13 | 2,10 |
| | 10 | | 1 | 53 | 2 | | 1,2 | | 1,2 |
| 37 | 1,2 | 45 | 10,1 | 54 | 1,5 | | 10 | | 1 |
| 38 | 1,2 | 46 | 2,1 | 55 | 1,2 | | 1,2 | 14 | 2,1 |

Case No.: 3:17CV72  Style of Case: Sines, etal v. Kessler etal Date: 6/5/18 stat. cnf.  — page 2—

| INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. |
|---|---|---|---|---|---|---|---|---|---|
| 15 | 5,6 | | | | | | | | |
| | 1,7 | | | | | | | | |
| | 1,10 | | | | | | | | |
| | 1,2 | | | | | | | | |
| | 1,2 | | | | | | | | |
| | 1,2 | | | | | | | | |
| 16 | 1, | | | | | | | | |