CLERKS OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
June 15, 2018

JULIA C. DUDLEY, CLERK
BY: /s/ J. JONES
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | | |
|---|---|---|
| ELIZABETH SINES et al., | ) | |
| Plaintiffs, | ) | Civil Action No. 3:17cv00072 |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JASON KESSLER et al., | ) | By: Joel C. Hoppe |
| Defendants. | ) | United States Magistrate Judge |

This matter is before the Court on the parties' Rule 26(f) Report. ECF No. 135. Trial has been scheduled for July 8 to August 2, 2019.

Having reviewed the Rule 26(f) Report and addressed it with the parties, the Court ADOPTS the changes proposed therein and hereby AMENDS the Pretrial Order, ECF No. 101, as follows:

| | |
|---|---|
| Deadline to complete discovery: | 150 days before trial |
| Initial expert reports: | 120 days before trial |
| Rebuttal expert reports: | 90 days before trial |
| Complete expert discovery: | 75 days before trial |

It is so ORDERED.

ENTER: June 15, 2018

Joel C. Hoppe
United States Magistrate Judge