# EXHIBIT H

# Christopher Greene

| | |
|---|---|
| **From:** | Mike Peinovich <mpeinovich@gmail.com> |
| **Sent:** | Thursday, May 31, 2018 12:22 PM |
| **To:** | KarenD@vawd.uscourts.gov |
| **Cc:** | alevine@cooley.com; John DiNucci; Rottenborn, Ben; Bryan Jones; Christopher Greene; David Campbell; Mills, David; Gabrielle Tenzer; isuecrooks@comcast.net; James Kolenich; Julie Fink; Karen Dunn; pbowman@bsfllp.com; Roberta Kaplan |
| **Subject:** | Re: Sines v. Kessler, et al. |

That doesn't work for me. I will be traveling that day. I am only available on Tuesdays. Every other day I work. On that day I have plane reservations.

On Thu, May 31, 2018 at 12:19 PM, <KarenD@vawd.uscourts.gov> wrote:
> Mr. Jones & Mr. Peinovich,
>
> Does **June 15th at 1:00 pm** work for you for a conference call?
>
> VR,
>
> Karen
>
> _____
> Karen L. Dotson
> Courtroom Deputy for
> Hon. Joel C. Hoppe
> U.S. District Court
> Western District Of Virginia
> (540) 434-3181 ext. 2