# EXHIBIT I

**American Identitarian Party** @nationalistprepper
3 hours · edited

In the oven kike dyke, no antisemitism without semitism.

Dyke Kaplan see's us as Haman, the genocidal villain of the Purim story. LOL!

https://twitter.com/TheMadDimension/status/9688876...



⌃ 1   ↩ Reply   ❝ Quote   ↻ Repost

Replies                                                                 date  score

Register or login to join the conversation!