# EXHIBIT J

**Jason Kessler** @TheMadDimension
a day

Here's everything we know so far about the powerful millionaires, lesbians, Jewish Supremacists and millionaire Jewish Supremacist lesbians backing Antifa's lawsuit against Unite the Right participants.

**http://jasonkessler.us/2018/02/12/power-money-unit...**



Exposing the Wealth & Power Behind Unite the R...

Antifa activists claiming "emotional distress" and other ailments from the August 12th Unite the Right rally have hired an infamous Democrat law firm...

jasonkessler.us

⌃ 105          ← Reply 7          ↻ Repost 50          ❞ Quote

Replies                                          date    **score**

**white pharaoh** @whytpharaoh69
a day

keep fighting the kikes jason, they all need to be gassed

⌃ 4