# EXHIBIT K

 **Jason Kessler**
@TheMadDimension



This pitiful, hate-filled woman will not destroy the rights of white people on my watch. You fucked the with the wrong one, @kaplanrobbie!

> **Early May** @Early__May
> Replying to @UberPewfan @kaplanrobbie and 3 others
>
> Exactly. She's targeting white peoples' rights to freedom of assembly, a basic constitutional right. A counter-suit is in order. We need a crop of brilliant young lawyers to train to fight for our rights.

8:55 PM - 10 Feb 2018

5 Retweets  17 Likes  

💬 2   🔁 5   ♡ 17   ✉