7/5/2018
Case 3:17-cv-00072-NKM-JCH   Document 333-2   Filed 07/05/18   Page 1 of 3   Pageid#: 2529
Gmail - Revised Responses and Objections to Interrogatories and Document Requests

 Gmail

**Mike Peinovich <mpeinovich@gmail.com>**

# Revised Responses and Objections to Interrogatories and Document Requests
4 messages

**Mike Peinovich** <mpeinovich@gmail.com>                                    Mon, Jun 11, 2018 at 11:25 PM
To: Christopher Greene <cgreene@kaplanandcompany.com>, Roberta Kaplan <rkaplan@kaplanandcompany.com>, "Levine,
Alan" <alevine@cooley.com>, James Kolenich <jek318@gmail.com>, "Belsher, Amy" <abelsher@cooley.com>, Bryan Jones
<bryan@bjoneslegal.com>, Gabrielle Tenzer <gtenzer@kaplanandcompany.com>, Yotam Barkai <YBarkai@bsfllp.com>,
Elmer Woodard <isuecrooks@comcast.net>, Karen Dunn <KDunn@bsfllp.com>, David Campbell
<DCampbell@dhgclaw.com>

Chris,

Here are my revised responses as per my email to you last week. I can meet and confer with you sometime this week to
discuss the manner of production of the documents. Things to discuss would be, how you want them delivered and in
what file formats etc. I do not have access to the expensive software used by attorneys in sending around discovery
documents, so I can't provide the documents in that format. Let me know.

Mike

---

**3 attachments**



📄 **Peinovich - Revised Responses and Objections to First set of Interrogatories.pdf**
110K

📄 **Peinovich - Revised Responses and Objections to Doc Requests.pdf**
142K

📄 **Peinovich - Revised Objections to Second set of Interrogatories.pdf**
158K

---

**Christopher Greene** <cgreene@kaplanandcompany.com>                        Tue, Jun 19, 2018 at 7:01 PM
To: Mike Peinovich <mpeinovich@gmail.com>, Roberta Kaplan <rkaplan@kaplanandcompany.com>, "Levine, Alan"
<alevine@cooley.com>, James Kolenich <jek318@gmail.com>, Amy Belsher <abelsher@cooley.com>, Bryan Jones
<bryan@bjoneslegal.com>, Gabrielle Tenzer <gtenzer@kaplanandcompany.com>, Yotam Barkai <ybarkai@bsfllp.com>,
Elmer Woodard <isuecrooks@comcast.net>, Karen Dunn <KDunn@bsfllp.com>, David Campbell
<DCampbell@dhgclaw.com>, Tom Bland <tbland@kaplanandcompany.com>

Mr. Peinovich,


Although Plaintiffs are reviewing your revised responses, Plaintiffs are available to discuss your production.  Please let us
know if you are available tomorrow afternoon or Thursday.


Regards,


Christopher B. Greene

Kaplan & Company, LLP

(929) 294-2528

**From:** Mike Peinovich [mailto:mpeinovich@gmail.com]
**Sent:** Monday, June 11, 2018 11:25 PM
**To:** Christopher Greene <cgreene@kaplanandcompany.com>; Roberta Kaplan <rkaplan@kaplanandcompany.com>;
Levine, Alan <alevine@cooley.com>; James Kolenich <jek318@gmail.com>; Amy Belsher <abelsher@cooley.com>;
Bryan Jones <bryan@bjoneslegal.com>; Gabrielle Tenzer <gtenzer@kaplanandcompany.com>; Yotam Barkai
<ybarkai@bsfllp.com>; Elmer Woodard <isuecrooks@comcast.net>; Karen Dunn <KDunn@bsfllp.com>; David Campbell
<DCampbell@dhgclaw.com>
**Subject:** Revised Responses and Objections to Interrogatories and Document Requests


Chris,


Here are my revised responses as per my email to you last week. I can meet and confer with you sometime this week to
discuss the manner of production of the documents. Things to discuss would be, how you want them delivered and in
what file formats etc. I do not have access to the expensive software used by attorneys in sending around discovery
documents, so I can't provide the documents in that format. Let me know.


Mike

---

*This email and its attachments may contain information that is confidential and/or protected from disclosure by the attorney-client, work product or
other applicable legal privilege. If you are not the intended recipient of the email, please be aware that any unauthorized review, use, disclosure,
dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in
error, please notify the sender immediately and destroy all copies of the message from your computer system. Thank you.*

---

**Mike Peinovich** <mpeinovich@gmail.com>                    Tue, Jun 19, 2018 at 7:27 PM
To: Christopher Greene <cgreene@kaplanandcompany.com>
Cc: Roberta Kaplan <rkaplan@kaplanandcompany.com>, "Levine, Alan" <alevine@cooley.com>, James Kolenich
<jek318@gmail.com>, Amy Belsher <abelsher@cooley.com>, Bryan Jones <bryan@bjoneslegal.com>, Gabrielle Tenzer
<gtenzer@kaplanandcompany.com>, Yotam Barkai <ybarkai@bsfllp.com>, Elmer Woodard <isuecrooks@comcast.net>,
Karen Dunn <KDunn@bsfllp.com>, David Campbell <DCampbell@dhgclaw.com>, Tom Bland
<tbland@kaplanandcompany.com>

    Sure. I'll be available Thursday afternoon to chat. Let me know what time you're free, and I'm sure that will work with my
    schedule.

    Mike
    [Quoted text hidden]

---

**Christopher Greene** <cgreene@kaplanandcompany.com>                    Wed, Jun 20, 2018 at 11:38 AM
To: Mike Peinovich <mpeinovich@gmail.com>
Cc: Roberta Kaplan <rkaplan@kaplanandcompany.com>, "Levine, Alan" <alevine@cooley.com>, James Kolenich
<jek318@gmail.com>, Amy Belsher <abelsher@cooley.com>, Bryan Jones <bryan@bjoneslegal.com>, Gabrielle Tenzer
<gtenzer@kaplanandcompany.com>, Yotam Barkai <ybarkai@bsfllp.com>, Elmer Woodard <isuecrooks@comcast.net>,
Karen Dunn <KDunn@bsfllp.com>, David Campbell <DCampbell@dhgclaw.com>, Tom Bland
<tbland@kaplanandcompany.com>


    Let's plan to speak tomorrow at 3:30 pm.  We'll circulate a dial-in.  Just to confirm, Plaintiffs will not be recording this meet
    and confer and we understand based on your commitment, memorialized by the Court in an Order dated March 22, 2018,
    that you will similarly refrain.


**From:** Mike Peinovich [mailto:mpeinovich@gmail.com]
**Sent:** Tuesday, June 19, 2018 7:28 PM
**To:** Christopher Greene <cgreene@kaplanandcompany.com>
**Cc:** Roberta Kaplan <rkaplan@kaplanandcompany.com>; Levine, Alan <alevine@cooley.com>; James Kolenich

<jek318@gmail.com>; Amy Belsher <abelsher@cooley.com>; Bryan Jones <bryan@bjoneslegal.com>; Gabrielle Tenzer <gtenzer@kaplanandcompany.com>; Yotam Barkai <ybarkai@bsfllp.com>; Elmer Woodard <isuecrooks@comcast.net>; Karen Dunn <KDunn@bsfllp.com>; David Campbell <DCampbell@dhgclaw.com>; Tom Bland <tbland@kaplanandcompany.com>

**Subject:** Re: Revised Responses and Objections to Interrogatories and Document Requests

[Quoted text hidden]
[Quoted text hidden]