# Malan Law Office, P.C.

2300 W. Polk Street, Suite 100, Chicago IL 60612   •   312.415.0800   •   malanlaw.com

William Malan
malanlaw@me.com

Steve Kwasnik
Assistant Prosecutor

**RE: Case 18-0322, Criminal Defendant Daniel Ian Smigel**

Dear Mr. Kwasnik:

It is my understanding that you are assigned the above referenced case. Prior to sentencing of this defendant, I would like to submit an affidavit or statement about Smigel's history of harassment and antifa conduct in Chicago. I also request that I be kept informed as to the progress and disposition of the two felony counts against Smigel.

In May of 2016, I was contacted by and met with two special agents from the Chicago FBI office. The agents informed me that defamatory material was posted about me on an antifa site. The agents warned me that people previously identified on the site had been physically attacked or their property vandalized.

I identified the source of the defamatory material as Richard Scampini, who has admitted emailing the material to his nephew, Daniel Smigel, the criminal defendant in the above-referenced case assigned to you. The material was altered by Smigel or other antifa to redact Scampini's information and to alter its meaning in an attempt to tar me as a "white supremacist."

On September 30, 2016, posters with my picture, home address and swastikas were glued onto streetlights for a two-block radius around my home, where I lived with my wife and our three minor children. Other defamatory publications also occurred. A civil action against Smigel, Scampini and other antifa is underway in Cook County, case 2017 L 001795.

A copy of one of the "Nazi" posters Smigel is believed to have posted around my home follows this page. As a result of the posters, my wife was terrified our minor children would be harmed or our home bombed and she had a nervous breakdown in 2017 and died in December of 2017. Jill was an extraordinarily talented neonatal and pediatric nurse practitioner; to get a sense of how admired she was, I am also attaching a copy of the eulogy one of her colleagues wrote and read at Jill's remembrance service on January 8, 2018. The best way to reach me is via cell, 312.952.0909.

Sincerely,

*William J. Malan*

William J. Malan



**Written and read by Megan Jones for Jill Malan Remembrance Ceremony, January 8, 2018, Notre Dame de Chicago Parish Hall (before ~250 attendees)**

"Generosity, love, and Joy" ......These are the words that come to mind when I think of Jill. Her epic procedural skills and infectious sense of humor were the stuff of legends. I would never have pictured Jill anywhere other than in a delivery room or a NICU until 2 years ago--when she started a preceptorship in the NICU Follow-up Clinic. For those who don't know, Jill was both a neonatal and pediatric nurse practitioner by training and wanted a place to combine both. The clinic was a perfect fit for her. Of the hundreds of students who have rotated through the clinic, there was no one more enthusiastic than Jill--She loved and relished it all. She provided anticipatory guidance to families of the most complex NICU patients, and spent hours making sure that each child had the medical supports/appointments he/she needed, even when she wasn't asked to do so. Jill had tremendous empathy for the parents who were struggling the most. I still remember how stunned I was when I found out that Jill had contacted a social worker every day for a week for a child whose mother was unable to provide for her/take her to appointments....No medical insurance? No problem. No transportation? Jill found a way. All the while with a big smile on her face and genuine admiration for the families. She passed no judgement on anyone: "You are doing the very best you can!" She would say, and they loved her for it.

Jlll loved to teach. She was extremely proud to be a nurse and very proud of each nurse practitioner student who rotated through clinic: "You are doing an awesome job! What can I help with? Call me for anything you need for

your career!" She earned her doctorate after completing her preceptorship. She also touched the lives of pediatric and psychology residents, nursing students and dietitians who rotated through the clinic to whom she taught the neurological exam and developmental milestones. Most of all, she absolutely loved teaching the families to empower them and help them regain a sense of control that they may have lost in the NICU.

Jill was a phenomenal friend and colleague, to those of us in clinic and beyond, particularly for those of us in need. She was always so concerned about others' welfare and provided a listening ear and a sense of humor on the darkest of days. She also did countless things in secret for those who were struggling/suffering the most, and she never wanted thanks or recognition for it.

Finally, the thing I will always remember the most from working with Jill in clinic, is what she spoke of all the time, her three children, how much she loved them and how proud she was of each of them. Every child she saw from infancy to early childhood in Clinic reminded her of her own children and her stories of love for them I will cherish..... The NICU Follow-up Clinic will never be the same without Jill but we can all keep her memory alive in both the Clinic and in the NICU by continuing her work: tireless love for patients, immense empathy for parents, understanding and help to friends in need and to always do so with generosity, love and joy.