# Round Table Discussion on State of the Alt-Right & Its Influence

By **It's Going Down** - April 23, 2018



00:00      00:00

Podcast: Play in new window | Download

Subscribe: Android | RSS

In recent months, we've seen a growth in articles proclaiming the death of the Alt-Right due to its dwindling size and impact on the street, both as Trump's popularity has waned and opposition has grown in response to the deadly 'Unite the Right' rally in Charlottesville. Is it fair to make this assumption, too soon, or perhaps simply *dead wrong?*

Wanting to know more about what has changed, both within the wider culture, as well as within the Alt-Right itself, *It's Going Down* reached out and set up a panel discussion with three journalists who have spent their recent careers covering the far-Right, conspiracy theories, and the Alt-Right in particular. Throughout our discussion, it is argued that while the age of the fashy haircut may be waning, the degree of influence of Alt-Right and white nationalist ideas within mainstream politics, the surveillance State, and among the pundit class has never been higher.

Case 3:17-cv-00072-NKM-JCH    Document 333-9    Filed 07/05/18    Page 2 of 2    Pageid#: 2782



*Police in Newnan, Georgia point guns at antifascist protesters on Saturday, April 21st.*

Thus, we see Tucker Carlson mainstreaming basic white nationalist talking points, Trump's kids following Alt-Right social media stars, and Fusion Center emails beginning to read like *InfoWars* breaking news stories, as government officials seek to tie 'anarchists extremists' to George Soros and Islamic Jihadists.

Joining on the podcast includes freelancer Elizabeth King, Brendan O'Connor of the Special Projects Desk of *Gizmodo Media*, and Michael Hayden of *Newsweek.* Covering lots of ground, our conversation arrives at no easy answers, but begins to ask new questions in the ever changing post-Trump terrain.

**More Info:** Elizabeth King, Brendan O'Connor, and Michael Hayden.

---

Liked it? Take a second to support It's Going Down!



It's Going Down