CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

07/09/2018

JULIA C. DUDLEY, CLERK
BY: H. Wheeler
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

ELIZABETH SINES, ET AL.,

    *Plaintiffs,*

v.

JASON KESSLER, ET AL.,

    *Defendants.*

CASE NO. 3:17-cv-00072

ORDER

JUDGE NORMAN K. MOON

This matter is before the Court on multiple Defendants' motions to dismiss. (Dkts. 201, 205, 207, 209, 212). For the reasons stated in the accompanying Memorandum Opinion, Defendant Peinovich's motion to dismiss (dkt. 212), is **GRANTED** without prejudice. The other motions are **GRANTED IN PART** and **DENIED IN PART**. Defendants' motions to dismiss all claims by Plaintiff Pearce are **GRANTED** without prejudice. Defendants' motions to dismiss Plaintiffs Muñiz's, Blair's, Martin's, Alvarado's, Sines's, and Wispelwey's claims brought under Virginia Code § 8.01-42.1 (Count V) are **GRANTED** without prejudice. Defendants' motions to dismiss Plaintiffs Magill's, Doe's, and Romero's claims brought under Virginia Code § 8.01-42.1 (Count V) are **DENIED**. Defendants' motions to dismiss all other claims are **DENIED**.

It is so **ORDERED**.

The Clerk of the Court is hereby directed to send a certified copy of this Order and the accompanying Memorandum Opinion to Plaintiffs, Defendants, and all counsel of record.

Entered this  9th  day of July, 2018.

                                    *Norman K. Moon*
                                NORMAN K. MOON
                                SENIOR UNITED STATES DISTRICT JUDGE