CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
07/12/2018
JULIA C. DUDLEY, CLERK
BY: H. Wheeler
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### CHARLOTTESVILLE DIVISION

ELIZABETH SINES, ET AL.,

          *Plaintiffs,*

v.

JASON KESSLER, ET AL.,

          *Defendants.*

CASE NO. 3:17-CV-00072

ORDER

JUDGE NORMAN K. MOON

    Defendant Peinovich filed a motion for sanctions against Plaintiff's counsel (dkt. 258), and motions to quash subpoenas (dkts. 226, 229), all of which were referred to Magistrate Judge Joel Hoppe pursuant to 28 U.S.C. § 636(b)(1). In light of the Court's order granting Defendant Peinovich's motion to dismiss (dkt. 336), Defendant Peinovich's motion for sanctions and objections to Judge Hoppe's order (dkt. 258, 296), are **DENIED** as moot. Regarding the motions to quash subpoenas, the Plaintiffs and Defendant Peinovich are **ORDERED** to confer about (1) whether the Court's order dismissing Defendant Peinovich changes the scope of relevant information that may be sought by Plaintiffs' subpoenas, and (2) whether any supplemental briefing is needed to address this change or the posture of the motion. These parties are **ORDERED** to confer within **seven (7)** days of this order, and file any supplemental briefing or notices concerning the status of this motion within **fourteen (14)** days of this order.

    It is so **ORDERED**.

    The Clerk of the Court is hereby directed to send a certified copy of this Order to Plaintiffs, Defendants, and all counsel of record.

    Entered this __12th__ day of July, 2018.

*/s/ Norman K. Moon*
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE