IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA


ELIZABETH SINES ET AL.                    :        Case No.  3:17-CV-72

      **Plaintiff**                          :        Judge MOON


                                     :

   -v-

JASON KESSLER ET AL.                      :

                                       :

      **Defendants**

_____

**MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANT ELLIOTT KLINE**
_____


     Now come undersigned Counsel and move to withdraw as Attorneys for defendant Elliott Kline and further move the Court to permit Mr. Kline reasonable additional time to file his Answer to the Plaintiffs Amended Complaint.


               Respectfully Submitted,


               s/ **Elmer Woodard**_____
               ELMER WOODARD (VSB 27734)
               5661 US Hwy 29
               Blairs, Va. 24527
               (434) 878-3422
               isuecrooks@comcast.net
               *Trial Attorney for Defendant*

S/ **James E. Kolenich** (PHV)
KOLENICH LAW OFFICE
9435 Waterstone Blvd. #140
Cincinnati OH 45249
Phone: 513.444.2150
Fax: 513.297.6065
e-mail: Jek318@gmail.com
Trial Attorney for Mr. Kline

CERTIFICATE OF SERVICE

I hereby certify this Notice and all accompanying documents were served via the Court's ECF system on July 23, 2018 upon:

All parties of record. No party is entitled to or has requested service by other means.

s/ **Elmer Woodard**
_____
E. Woodard (VSB 27734)