IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| ELIZABETH SINES ET AL. | : | Case No. 3:17-CV-72 |
| **Plaintiff** | : | Judge MOON |
| | : | |
| -v- | | |
| JASON KESSLER ET AL. | : | |
| | : | |
| **Defendants** | | |

_____

**BRIEF IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL**
_____

In support of their motion to withdraw Counsel state as follows:

1. Mr. Kline has been unresponsive to Counsel's attempts to communicate throughout this litigation.

2. Counsel very nearly was unable to respond to discovery due to Mr. Kline's refusal to answer our calls or e-mails.

3. Only at the last minute, and after we requested other clients who used to know Mr. Kline to reach out and advise we would have to withdraw if we did not hear from him, did Mr. Kline respond and allow us to respond to discovery.

4. At that Mr. Kline was told that we would need to speak with him regularly to defend him in this and other litigation and he had to stay in touch in order for us to properly represent him. Mr. Kline agreed.

5. Thereafter Plaintiffs requested to set the deposition of Mr. Kline. Mr. Kline was advised by the undersigned, more than once, to let us know what a convenient time and place for his deposition would be.

6. Mr. Kline's "response" has been complete and non-responsive silence.

7. It is impossible for the undersigned to do anything for Mr. Kline under these circumstances.

8. Undersigned lack sufficient information to file Mr. Kline's Answer which is due today.

9. Undersigned are no longer willing to represent Mr. Kline.

10. Undersigned currently do not even know with any certainty how to contact Mr. Kline.

11. Despite the above, undersigned request Mr. Kline be given an extension of 30 days to file his Answer herein due to a probable lack of actual notice that it is due.

Wherefore, Undersigned attorneys request permission to withdraw as Trial Attorneys for defendant Elliott Kline.

> Respectfully Submitted,
>
> s/ **Elmer Woodard**
> ELMER WOODARD (VSB 27734)
> 5661 US Hwy 29

Blairs, Va. 24527
(434) 878-3422
isuecrooks@comcast.net
*Trial Attorney for Defendant*

S/ **James E. Kolenich** (PHV)
KOLENICH LAW OFFICE
9435 Waterstone Blvd. #140
Cincinnati OH 45249
Phone: 513.444.2150
Fax: 513.297.6065
e-mail: Jek318@gmail.com
Trial Attorney for Mr. Kline

CERTIFICATE OF SERVICE

I hereby certify this Notice and all accompanying documents were served via the Court's ECF system on July 23, 2018 upon:

All parties of record. No party is entitled to or has requested service by other means.

Mr. Elliott Kline via e-mail at REDACTED.

s/ **Elmer Woodard**
_____
E. Woodard (VSB 27734)