IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| ELIZABETH SINES ET AL. | : | Case No. 3:17-CV-72 |
| **Plaintiff** | : | Judge MOON |
| | : | |
| -v- | | |
| JASON KESSLER ET AL. | : | |
| | : | |
| **Defendants** | | |

_____

**ORDER GRANTING MOTION TO WITHDRAW**
_____

Before the Court is Attorney Elmer Woodard and Attorney James Kolenich's motion to withdraw as counsel for defendant Elliott Kline. The Court being duly advised finds the motion well taken and it is hereby GRANTED. Mr. Kline is granted 30 days from the date this order was signed to file his ANSWER to the Plaintiffs First Amended Complaint.

SO ORDERED