CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

07/25/2018

JULIA C. DUDLEY, CLERK
BY: H. Wheeler
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | | |
|---|---|---|
| ELIZABETH SINES, et al. | ) | |
| Plaintiffs, | ) | Civil Action No. 3:17cv72 |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JASON KESSLER, et al., | ) | By: Joel C. Hoppe |
| Defendants. | ) | United States Magistrate Judge |

Before the Court is counsel's motion to withdraw from representing Defendant Elliott Kline. ECF Nos. 344, 345. Counsel represent that Kline has stopped responding to them and they are unable to take further actions on his behalf, including filing an answer. Based on the representation that Kline has stopped communicating with counsel, the Court finds good cause to allow his counsel to withdraw. Accordingly, the motion to withdraw is hereby GRANTED. Kline's counsel shall deliver a copy of this Order to Kline, and counsel shall provide Kline's address, telephone number, and email address to the Court.

Counsel also requests an extension for Kline to file an answer to the amended complaint. Although Kline's failure to communicate with his counsel does not provide good cause, the potential that he does not have notice that an answer is due, as suggested by counsel, warrants an extension of fourteen (14) days. Accordingly, not later than August 8, 2018, Kline shall file an answer to the amended complaint.

It is so ORDERED.

ENTERED: July 25, 2018

*Joel C. Hoppe*
Joel C. Hoppe
United States Magistrate Judge