CLERKS OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
09/17/2018
JULIA C. DUDLEY, CLERK
BY: /s/ J. JONES
        DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | | |
|---|---|---|
| ELIZABETH SINES, et al., | ) | |
|     Plaintiffs, | ) | Civil Action No. 3:17cv00072 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JASON KESSLER, et al., | ) | By:   Joel C. Hoppe |
|     Defendants. | ) | United States Magistrate Judge |

Before the Court is Plaintiffs' Motion to Compel Defendant Peinovich to Respond to Plaintiffs' Second Set of Interrogatories. ECF No. 330. Plaintiffs served the interrogatories at issue on Peinovich when he was a party in this action. An interrogatory may only be issued to a party. *See* Fed. R. Civ. P. 33. After Plaintiffs served their second interrogatories and filed the motion to compel, the Court dismissed Peinovich without prejudice from this case. ECF No. 336. Accordingly, Plaintiffs' motion to compel is moot, and therefore is DENIED.

It is so ORDERED.

The Clerk shall deliver a copy of this Order to counsel of record and Peinovich.

ENTER: September 17, 2018

*Joel C. Hoppe*

Joel C. Hoppe
United States Magistrate Judge