# EXHIBIT 6

| From: | James Kolenich |
|---|---|
| To: | Yotam Barkai; Seguin L. Strohmeier |
| Subject: | Cantwell discovery response |
| Date: | Friday, April 6, 2018 3:38:18 PM |
| Attachments: | cantwelldiscoveryresponse4618.pdf |

Counsel: Please find attached discovery responses from Christopher Cantwell. I will also be forwarding his responsive documents in 4 separate emails that he provided. His production requires "winzip" to open. If this production is not acceptable please so advise and I will have the files opened, transferred to disk, and mailed to you in expedited fashion next week. I have security scanned his files and the checked out clean.

As to the other defendants I am still waiting on notarized signature forms which I should receive by Monday. Also I have been told I can confer with Mr. Parrott on Monday to finish the Traditionalist Worker Party response and Mr. Mosely as to the Identity Evropa response.

Respectfully,

Jim

--
**James E. Kolenich**
**Kolenich Law Office**
**9435 Waterstone Blvd. #140**
**Cincinnati, OH 45249**
**513-444-2150**
**513-297-6065(fax)**
**513-324-0905 (cell)**

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| ELIZABETH SINES et al., | : | CASE NO: 3:17cv00072 |
| Plaintiff | : | (J. Moon, Magistrate J. Hoppe) |
| vs. | : | |
| JASON KESSLER et al., | : | |
| Defendant | : | |

**DEFENDANT CHRISTOPHER CANTWELL'S RESPONSES TO DEFENDANT'S FIRST INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS**

___

Now comes defendant Christopher Cantwell and responds to defendants first set of Interrogatories and Request for Documents as follows:

## I. DISCOVERY REQUESTS

1. Identify all means of communication used by you to communicate concerning the Events, whether before, during, or after the Events, and for each means of communication, identify all names, aliases, e-mail addresses, phone numbers, and Social Media Handles you used in connection with such communications, including the 18-digit account identifier associated with any Discord account used by You. Means of communications include, but are not limited to, telephone calls, in-person meetings, and all means of electronic communication including, for example, Social Media, email, SMS messages, podcasts, and online video.

> **ANSWER:** *Gab.ai* **(@cantwell),** *Facebook* **(banned on or about 8/14/17),** *youtube* **(banned on or about 8/14/17),** *twitter* **(banned long before Charlottesville rally),** *christophercantwell.com, radicalagenda.com,* **ustream (renegade631), Discord Charlottesville server, unsure of server name/shut down. Also on Discord RadicalAgenda#7529.**

2. Identify any "channel" or "server" on Discord to which you had access.

> **ANSWER: See above answer to #1.**

3. Identify all persons (natural or non-natural) with whom you communicated concerning the Events, whether before, during, or after the Events.

1

**ANSWER: Mr. Cantwell regularly posts comments and podcasts dealing with, among other things, Charlottesville. He has no way of knowing who reads or listens to these commentaries. Preparatory to Charlottesville Mr. Cantwell spoke to Jason Kessler, Eli Moseley aka Elliott Kline, Richard Spencer, and an individual known to Cantwell only as "Curt".**

4. Identify all Electronic Devices used by you to communicate concerning the Events, whether before, during, or after the Events.

**ANSWER: cellular phone (calls and text messages, (631) 291-0829), e-mail(Christopher.cantwell@gmail.com)**

## II. DOCUMENT REQUESTS

1. All Documents and Communications concerning the Events, including without limitation all
documents and communications:
i. concerning any preparation, planning, transportation to, or coordination for, the Events, including receipts, bills and credit card statements reflecting costs for transportation, lodging, apparel, gear, or any other material purchased for the Events;
ii. concerning any instructions or coordination relating to the Events, including security details, what to wear, what to bring, when to meet, where to meet, what to say, and any other logistical information or arrangements;
iii. that are Social Media documents concerning the Events;
iv. you created during the Events, including Social Media, text messages, video, and photographs;
v. concerning African Americans, Jewish individuals, or other religious, racial, or ethnic minorities that relate in any way to the Events;
vi. concerning any statement or action attributed to You in the Amended Complaint; or
vii. concerning any allegation of an altercation, violent act, injury, or instance of intimidation or harassment that occurred during the Rally, including but not limited to James Fields' vehicular incident; or
viii. concerning any funding of the Events, including for transportation, housing, food, weapons, uniforms, signage, tiki torches, or other materials or services used in connection with the Events (or the planning thereof)..

**ANSWER: See attached.**

2. All Documents and Communications concerning events, meetings, rallies,

2

conferences, or conversations held prior to the Events that relate to the Events in any way.

**ANSWER: See attached.**

3. All Documents concerning and all Communications concerning or with East Coast Knights of the Ku Klux Klan (or East Coast Knights of the True Invisible Empire), Fraternal Order of the AltKnights, Identity Europa (or Identity Evropa), League of the South, Loyal White Knights of the Ku Klux Klan (or Loyal White Knights Church of the Invisible Empire Inc.), Moonbase Holdings, LLC, Nationalist Socialist Movement, Nationalist Front (or Aryan National Alliance), Traditionalist Worker Party, Vanguard America, or any such other social group or organization that has as part of its agenda a racial, religious, or ethnic objective.

**ANSWER: See attached.**

4. All Documents and Communications concerning violence, intimidation, or harassment of Persons on the basis of race, religion, or ethnicity, including but not limited to, ethnic cleansing, white genocide, a white ethno-state, or any other form of large or small scale violence.

**ANSWER: See attached.**

5. For any Social Media account You had from January 1, 2015, to the present: i. Documents and Communication sufficient to show the account home page, and all uses of Social Media for that account that reference or concern the Events or Defendants in any way. ii. Documents and Communication sufficient to show all Your "friends" and/or "social connections" maintained on Your account, including their names, addresses, and social network usernames or handles.

**ANSWER: See attached.**

6. All Documents concerning and all Communications concerning or with any Plaintiff or Defendant (other than You) named in the Amended Complaint, and any other Person who attended, planned or was involved in the Events.

**ANSWER: See attached.**

7. All Documents and Communications concerning any lawsuits, claims of violence, or arrests relating to or arising out of racially, ethnically, or religiously motivated conduct by You or any Defendant named in the Amended Complaint.

**ANSWER: None other than items responsive to above requests.**

3

8. All Documents and Communications concerning the steps you have taken to preserve Documents and Communications relevant to the lawsuit, including the Documents and Communications responsive to these Requests.

**ANSWER: None other than items responsive to above requests.**

Respectfully Submitted and as to Objections:

s/ James E. Kolenich PHV_____
 James E. Kolenich
 Ohio Bar Number: 0077084
***Attorney for Jason Kessler***
**Kolenich Law Office**
9435 Waterstone Blvd. #140
Cincinnati, OH 45249
(513) 444-2150
(513) 297-6065 (fax)
Email: Jek318@gmail.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served on **April 6, 2018** *via email* upon: Mr. Yotam Barkai, Esq., Ms. Sequin Strohmeier Esq. ***Attorneys for Plaintiffs*** as follows: email: YBarkai@bsfllp.com; sstrohmeier@kaplanandcompany.com

**s/ James E. Kolenich PHV**
James E. Kolenich

4

Acknowledgment by Authorized Person Christopher Cantwell

STATE OF VA

Personally appeared before me Christopher Cantwell, on 4-6-2018 (date) and did swear that the above responses to interrogatories and requests for production of documents are true and correct to the best of his knowledge on the date listed in this acknowledgement.

_Betelhem_
Notary Public
Printed Name: Beth Habtegabriel
My Commission Expires: Sep 30, 2019

BETELHEM K HABTEGABRIEL
Notary Public
Commonwealth of Virginia
Registration No. 7631073
My Commission Expires Sep 30, 2019