# EXHIBIT 7

| | |
|---|---|
| **From:** | James Kolenich |
| **To:** | Yotam Barkai; Seguin L. Strohmeier |
| **Subject:** | Nathan Damigo and Identity Evropa Discovery |
| **Date:** | Monday, April 9, 2018 11:00:23 AM |
| **Attachments:** | damigodiscpacket.pdf |
| | IEdiscpacket.pdf |

Counsel:  Please find attached discovery responses from Nathan Damigo and from Identity Evropa via it's authorized agent Nathan Damigo. Attached documents are being produced as highly confidential pursuant to the confidentiality agreement governing this case.

Respectfully,

Jim

--
**James E. Kolenich**
**Kolenich Law Office**
**9435 Waterstone Blvd. #140**
**Cincinnati, OH 45249**
**513-444-2150**
**513-297-6065(fax)**
**513-324-0905 (cell)**