# EXHIBIT 11

| | |
|---|---|
| **From:** | James Kolenich |
| **To:** | Yotam Barkai; Seguin L. Strohmeier |
| **Subject:** | Jason Kessler discovery response (partial production) |
| **Date:** | Wednesday, April 11, 2018 4:04:23 PM |
| **Attachments:** | kesslerpacket.pdf |

Please find attached Jason Kessler's discovery responses and partial production of documents. As the event organizer,Mr. Kessler is in possession of, and has provided an enormous amount of responsive documents plus audio and video. Accordingly, Kessler will not be able to fully complete production of documents until next week.

The attached docs are produced as highly confidential under the confidentiality agreement governing this case. In addition I will send two zip files today, also protected as highly confidential. The zip files are 1) text messages and 2) the archive of Mr. Kessler's deleted facebook page.

--
**James E. Kolenich**
**Kolenich Law Office**
**9435 Waterstone Blvd. #140**
**Cincinnati, OH 45249**
**513-444-2150**
**513-297-6065(fax)**
**513-324-0905 (cell)**