# EXHIBIT 15

| | |
|---|---|
| **From:** | James Kolenich |
| **To:** | Yotam Barkai; Seguin L. Strohmeier; Christopher Greene |
| **Subject:** | TWP and Matt Parrott responses |
| **Date:** | Wednesday, April 18, 2018 10:46:52 PM |
| **Attachments:** | TWP.pdf<br>Parrottdocproduction.pdf<br>Parrottresponses.pdf |

Please find attached discovery responses from Traditionalist Worker Party and from Matt Parrott. Each defendant provides responses as highly confidential pursuant to the confidentiality agreement governing this case.

Jim

--
**James E. Kolenich**
**Kolenich Law Office**
**9435 Waterstone Blvd. #140**
**Cincinnati, OH 45249**
**513-444-2150**
**513-297-6065(fax)**
**513-324-0905 (cell)**