# EXHIBIT 16

| | |
|---|---|
| **From:** | Seguin Strohmeier |
| **To:** | Charlottesville External; BSF Charlottesville; z/Project X - Charlottesville |
| **Subject:** | FW: Discovery updates |
| **Date:** | Monday, April 9, 2018 4:29:52 PM |

**From:** James Kolenich [mailto:jek318@gmail.com]
**Sent:** Monday, April 9, 2018 4:28 PM
**To:** YBarkai@bsfllp.com; Seguin Strohmeier <sstrohmeier@kaplanandcompany.com>
**Subject:** Discovery updates

Remaining discovery:

Jason Kessler is complete and notary form received. We are working to provide his documentary evidence which is all electronic. Should be provided no later than this Wednesday.

Vanguard America is completed but waiting on a notarized signature from their authorized person, Mr. Dillon Hopper. Document is expected by tomorrow.

Matt Heimbach is completed but waiting on notarized signature. Document is expected by tomorrow.

Robert Ray is completed but waiting on notarized signature. Document is expected by tomorrow.

Matt Parrott is in process and therefore so is Traditionalist Worker Party. Expected by this Wednesday.

Elliott Kline/Eli Mosely is in process. Expected by this Wednesday.

Thanks,

Jim Kolenich

--

**James E. Kolenich**
**Kolenich Law Office**
**9435 Waterstone Blvd. #140**
**Cincinnati, OH 45249**
**513-444-2150**
**513-297-6065(fax)**
**513-324-0905 (cell)**