# EXHIBIT 21

Score ▼

 **Aaron Dale** @Aaron_Dale
I started all the rumors and false reports, just to get you to re-surface on social media and be our friend again. :(

˄ 1   Reply · Repost · Quote · 21 hours ago

 **Matt Parrott** @parrott
I've said everything I have to say and have no legitimate voice to say or do anything further. People have a right to know that the rumors being spread about their personal info are false, but I have nothing left to add.

God bless and take care.

˄   Reply · Repost · Quote · 21 hours ago

 **Aaron Dale** @Aaron_Dale
I called an emergency meeting of the Antiquated Buffoons (it took awhile for the pigeons to reach our alumni); it was unanimously decided this post of yours constitutes a victory for the Society as there is no longer anyone standing between us and total victory.

˄ 1   Reply · Repost · Quote · 21 hours ago

 **Matt Parrott** @parrott
Except for the inexorable march of technological progress, of course.

˄ 2   Reply · Repost · Quote · 20 hours ago

✱   Write a comment...     

( Send )   or CTRL+Enter to send

 **Howard Oakley** @bananasand
Would you know if someone else did it?

˄   Reply · Repost · Quote · a day ago

 **Matt Parrott** @parrott
Yes. I would know. And I do know it's not so.

˄ 1   Reply · Repost · Quote · 21 hours ago