# EXHIBIT 24

| | |
|---|---|
| **From:** | Christopher Greene |
| **To:** | "James Kolenich" |
| **Cc:** | Roberta Kaplan; Gabrielle Tenzer; Karen Dunn; "Philip Bowman"; "Levine, Alan"; "Mills, David" |
| **Subject:** | RE: Sines v. Kessler |
| **Date:** | Wednesday, August 8, 2018 6:26:00 PM |

Jim,

With respect to the imaging you refer to below, can you please provide additional detail concerning what devices are being imaged, how they are being imaged, and what you intend to do with the imaged file?

We'd also appreciate some clarification on your statement that neither TWP nor Mr. Parrott will be supplementing their productions. Last week, we brought to your attention a statement by Mr. Parrott indicating that there is information responsive to Plaintiffs' discovery requests but that has not yet been produced to Plaintiffs. Based on your email, it appears that TWP and Mr. Parrott are not refuting Mr. Parrott's own statement that these documents exist, but rather are simply refusing to produce these additional responsive documents to Plaintiffs. Please confirm that this is the case.

Plaintiffs continue to reserve all rights, including the right to seek relief from the Court.

Regards,

**Christopher B. Greene | Kaplan Hecker & Fink LLP**
350 Fifth Avenue | Suite 7110
New York, New York 10118
(W) 929.294.2528 | (M) 646.856.6861
cgreene@kaplanhecker.com


**From:** James Kolenich <jek318@gmail.com>
**Sent:** Tuesday, August 7, 2018 11:15 AM
**To:** Christopher Greene <cgreene@kaplanhecker.com>
**Subject:** Re: Sines v. Kessler

Chris: I spoke to TWP (Tony Hovater) and they don't wish to supplement their answers but said any electronically stored docs should be in the possession of Matt Parrott. I also spoke with Matt Parrott. He also is not supplementing his responses at this time however we are beginning the process of imaging his devices. Will keep you informed.

Jim

On Wed, Aug 1, 2018 at 4:58 PM James Kolenich <jek318@gmail.com> wrote:

> Hi Chris: I got stood up today. I'm told Friday will work. To be candid I'm not sure TWP is viable as a client anymore. It may be that a motion to withdraw will be filed soon. Kindly give me until next week on this.
>
> Thanks

> Jim
>
> On Tue, Jul 31, 2018 at 4:36 PM James Kolenich <jek318@gmail.com> wrote:
>
>> Conferencing with Tony Hovater and Parrott tomorrow afternoon. Will advise.
>>
>> On Mon, Jul 30, 2018, 9:03 PM Christopher Greene <cgreene@kaplanhecker.com> wrote:
>>
>>> Jim,
>>>
>>> The statements appear on Defendant Parrott's Gab account.
>>>
>>> Regards,
>>>
>>> Chris
>>>
>>> **From:** James Kolenich <jek318@gmail.com>
>>> **Sent:** Monday, July 30, 2018 8:24 PM
>>> **To:** Christopher Greene <cgreene@kaplanhecker.com>
>>> **Cc:** Roberta Kaplan <rkaplan@kaplanhecker.com>; Gabrielle Tenzer <gtenzer@kaplanhecker.com>; Karen Dunn <kdunn@bsfllp.com>; Philip Bowman <pbowman@bsfllp.com>; Levine, Alan <alevine@cooley.com>; Mills, David <dmills@cooley.com>
>>> **Subject:** Re: Sines v. Kessler
>>>
>>> Chris,
>>>
>>> Could you give me the source for that info? It will be helpful when I speak to TWP.
>>>
>>> Best,
>>>
>>> Jim
>>>
>>> On Mon, Jul 30, 2018, 8:11 PM Christopher Greene <cgreene@kaplanhecker.com> wrote:
>>>
>>>> Jim,
>>>>
>>>> It has come to our attention that Defendant Parrott has made public statements: (1) confirming the existence of "membership rolls" for Defendant Traditionalist Worker Party; and (2) indicating that these membership rolls have not been produced to Plaintiffs. Moreover, a review of Defendant Parrott's production discloses no documents appearing to be the membership rolls to which Defendant Parrott refers.
>>>>
>>>> Please confirm by close of business tomorrow whether such membership rolls exist and, if so, produce them to Plaintiffs immediately. Such membership rolls would be responsive

to, *inter alia*, Plaintiffs' Request for Production No. 3.  Plaintiffs reserve all rights.

Regards,

**Christopher B. Greene | Kaplan Hecker & Fink LLP**
350 Fifth Avenue | Suite 7110
New York, New York 10118
(W) 929.294.2528 | (M) 646.856.6861
cgreene@kaplanhecker.com

*This email and its attachments may contain information that is confidential and/or protected from disclosure by the attorney-client, work product or other applicable legal privilege. If you are not the intended recipient of the email, please be aware that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please notify the sender immediately and destroy all copies of the message from your computer system. Thank you.*

*This email and its attachments may contain information that is confidential and/or protected from disclosure by the attorney-client, work product or other applicable legal privilege. If you are not the intended recipient of the email, please be aware that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please notify the sender immediately and destroy all copies of the message from your computer system. Thank you.*

--

**James E. Kolenich**
**Kolenich Law Office**
**9435 Waterstone Blvd. #140**
**Cincinnati, OH 45249**
**513-444-2150**
**513-297-6065(fax)**
**513-324-0905 (cell)**

--

**James E. Kolenich**
**Kolenich Law Office**
**9435 Waterstone Blvd. #140**
**Cincinnati, OH 45249**
**513-444-2150**
**513-297-6065(fax)**
**513-324-0905 (cell)**