# EXHIBIT 25

| | |
|---|---|
| **From:** | Christopher Greene |
| **To:** | Bryan Jones; James Kolenich; isuecrooks@comcast.net; John DiNucci; David Campbell |
| **Cc:** | Roberta Kaplan; Gabrielle Tenzer; Karen Dunn; Jessica Phillips; Levine, Alan; Mills, David |
| **Subject:** | Sines v. Kessler |
| **Date:** | Thursday, September 27, 2018 12:21:05 PM |
| **Attachments:** | Draft Preservation ESI Stip.docx |

Counsel,

Plaintiffs write to inform you that we intend to move for the Court to enter the attached proposed preservation order that Plaintiffs shared with Defendants in June. Based on our prior correspondence, we understand that Defendants object to the proposed order. If Defendants no longer object to the proposed order, please let us know no later than Friday, September 28. Otherwise, we will inform the Court of your opposition and seek appropriate relief.

Regards,

**Christopher B. Greene** | **Kaplan Hecker & Fink LLP**
350 Fifth Avenue | Suite 7110
New York, New York 10118
(W) 929.294.2528 | (M) 646.856.6861
cgreene@kaplanhecker.com