# Appendix 1: iMessages

## iMessages 1

Conversation between Richard Spencer, Jason Kessler, and Eli Mosley

August 7, 2017





DEFENDANT'S
EXHIBIT
1

Blumberg No. 5114

# iMessages 2

Correspondence between Richard Spencer and Mike Peinovich

August 13, 15, 16



Sun, Aug 13, 6:01 PM

We're doing shoahs all week. Let me know when you want to come on.

In the evenings?

Yes.

We ate on now if you are free. If not any night this week

If you want on, get on Skype if you can. If not whenever you like

Sure.

Cool

Would be good to get on right away, get something out there

I'm on now

Tue, Aug 15, 9 16 PM

Brainstorming idea: huge alt right rally in new York city.

Think it over.

Wed, Aug 16, 12:37 AM

I will.

## iMessages 3

Correspondence between Nathan Damigo, Eli Kline, and Richard Spencer

June 15, 2017



# iMessages 4

Correspondence between Eli Kline, Nathan Damigo, and Richard Spencer

August 13, 2017



## iMessages 5

Correspondence between Eli Kline and Richard Spencer

July 7-August 12



**3:56 AM**

Eli

Fri, Jul 7, 10:40 PM

David Duke just asked me if he can come to Cville. What do you think? I haven't asked anyone else yet.

Hmm...

Let me meditate.

If I'm a nuclear bomb, Duke is a hydrogen bomb.

Yea I'm gonna ask nathan for input too since IE is gonna be involved.

He can get a lot of people to show I think. He doesn't have to be on the headline card but he could speak at the rally. I'm not sold either way.

Fri, Jul 7, 11:44 PM

Okay, I've thought about it.

It's a go.

First off, I can't counter signal him.

Secondly, I really don't have anything against him at all.

It's just a matter that I think the Alt Right should move on.

We're now in a position where he won't dominate us.

Alright Im cool with that. I'm gonna talk to nathan too to make sure he is okay with it. I think if we make him a "surprise guest" that would be best too.

That would need totally insane.

It would surprise the hell out of people and be pretty cool. I'll let you know what nathan says then.

19



EM
Eli

ⓘ

Charlottesville. DC-area SURJ chapters plan to
mobilize folks and build support for the local counter-
demonstrators.

To support the action in Charlottesville, we'll need to
train caregivers (emotional support, food/water), de-
escalators, legal observers, remote support (social
media, supply gatherers, etc.) and get clear about
what's involved in direct action. At this meeting, we
will have breakouts to build our skills and define our
roles within "affinity groups." Participants will make
commitments to their affinity groups and plan to
continue building strength for the action in August.
We want as many people as possible to commit to
being in Charlottesville on the 12th, but there are way
to support if you cannot attend in person. Whatever
your skills or in/experience with this kind of action,
there is a place for you!

Help with set up and clean up of the event is needed,
if you can volunteer, please contact surjdc.action@g
mail.com.

SURJ NoVa is offering a carpool from the Virginia
'burbs to make sure everyone who wants to attend
this meeting can. Sign up to drive or to ride: **https://**

These people are insane. This is a Facebook post about them doing a pre-event to prepare for cville.
Look at this corporate language compared to our literal military operation document. They are little
corporate tools and we're and resistance fighting force. I hate this morons.

 
Wed, Jul 26, 8:18 PM

We figured out who we think is giving Kessler money. It's not good. Some rich white guy who converted to Islam and is just incredibly antisemitic. He's been inviting NSM and other crazies like Sinhead. I think it's too late to pull out but at least we know what we're dealing with.

 **Jimmy Fry**
@JimmyFry1                                    ⌄

Hi @sineaderade88 will you, or anyone from Renegade visit for #UniteTheRight ?  :)
thx
@PrimitiveXaoc

7/26/17, 3:04 PM

**1** Like

      

 om.linkedIn.com ⊘

I got it from here



Case 3:17-cv-00072-NKM-JCH   Document 355-1   Filed 10/16/18   Page 7 of 27   Pageid#: 3360


Eli

**Jason Kessler**
3 mins · 👥

Who lives in my area and more or less agrees with me politically?

I need applicants to induct into a secret order.



On a brighter and funnier note. Look at this ridiculous post Kessler made last night lolol

Dear God.

He's likely serious.

I could tell you hours of his stupidity.

After c ville, we need to drop him. He's just stupid and weird.

Yea 100%

 


Anti-Zionist-Not-Antisemite Of The
Day: James Fry (Virginia Beach)
Israellycool.com



Security Check Required
facebook.com



This is his kids from his Arab wife

Oh dear...

This is why I need you on my team.

Research like this.

This guy is pretty rich from what I can tell too. It's good that we know now. I mean I'm not a fan of Jews but this guy hates them some much he went full Islam? Gross.

We're never writing with Kessler again.

Oh yea, I mean he has caused me more grey hair and stress than anyone in my life but at least know we have a tangible reason why.

working

Call started



## ≡  ◉ MyHeritage

## Evelyn Kessler

Historical records and family trees related to Evelyn Kessle
Records may include photos, original documents, family h
relatives, specific dates, locations and full names.

◉  MyHeritage Family Trees

## Evelyn Goldberg (born Kessler), 1940 - 2002

Evelyn Goldberg (born Kessler) was born on month day

24

 **MyHeritage Family Trees**

## Evelyn Goldberg (born Kessler), 1940 - 2002

**Evelyn Goldberg (born Kessler)** was born on *month day*
to Harry Kessler and Anny Kessler (born Bergwerk).
**Evelyn** married first name Goldberg.
They had 2 children.
**Evelyn** passed away of *cause of death* on *month day* 200?
age 61.

He's Jewish. This is his grandma lol

And Laura didn't want me to figure it out but I did. I don't even think we need to spread it. It's a good enough sword to hold over his head to go away after this.

Cameron is always right.

I'm actually laughing so hard that we had a natural reaction to a crypto lololol

I was right to see his lack of sieg healing as a sign.

And the beady eyes that were clearly hiding something and trying to be all Jewy to get in with us, What's hilarious is I bet his funder doesn't know lolol

That is funny.

Thu, Jul 27, 2:04 PM



Eli ⓘ

Digital Platform Censorship.

Just got off the phone with Kessler and the ACLU. Basically they said our choices are to file an injunction and possibly lose which might be a PR loss or they could file after and they said they'd almost certainly win and be a PR win for us, Kessler and them.

I said fuck that.. File the injunction and do both and they sounded like they never heard that idea or thought of it. The point of this is to get our damned permit back. Not be some PR victory after the fact and if we initially lose the injunction and go after them after we'll be able to go after even more.

There are dozens of reasons that this forced move is bullshit and the ACLU could just be virtue signaling but hopefully it works out.

I concur with your strategy.



Eli

ⓘ

Nvm. I'll just text you. We are canceling the after party to the general public but still having one for leadership and VIP.

> Very good.

> Did Kessler make the call?

No I did

> Good call.

I've removed Kessler from all operational calls starting today. All the security and leadership are getting orders from me. Oh and the Jews canceled my airbnb this morning but I should be able to find a place.



Sat, Aug 12, 1:33 AM

UNBELIEVABLE DRONE FOOTAGE of the #UniteTheRight Rally in #Cville #Charlottesville #TorchMarch #Antifa #DefendCville https://t.co/kESfBewUkp


**Dave Reilly**
twitter.com

Sat, Aug 12, 12:45 PM

11 Langford Pl is after party location. This is exclusive to leadership and VIPs. Don't come earlier than 5pm.

> Don't let David Duke know any information until last minute.

Sat, Aug 12, 2:32 PM

He's not coming

Call me if you have a chance

> What's up?



EM

Eli

ⓘ

**Sat, Aug 12, 6:34 PM**

How far out are you.

5

Ty

How many people?

About 60

Could I invite this nice photographer?

They aren't with you right? Id say probably not but we can talk about it when you get here

Basically when you get here grab a drink say a couple of words while everyone cheers and then we are gonna head up stairs with the people that matter and talk about a press release. Kyle Bristow is suggesting we do it.

Great

The draft Kessler put together is self centered and gay. Everyone else is on the same page on counter signaling it.

**Sat, Aug 12, 10:03 PM**

Yea this party is popping and won't be shut down. No neighbors 2576 Poindexter, Louisa Va

**Sun, Aug 13, 2:30 PM**

I told Kessler he's not going to speak at Mondays presser.

We're cutting him out.

I like it. I yelled at him this morning.

Told him he would get beat up. And he just got beat up

Let's just ghost him

He did!?

iMessage

# iMessages 6

Correspondence with Jason Kessler June 5-



6:13 AM

**JK**
Jason

Mon, Jun 5, 2:22 AM

We're going to start the promotional material for Charlottesville 2; Unite the Right; Battle of Charlottesville

Is your name going to be one of the headlines?

Firm date?

August 12 is it brother

Enoch will be there?

Damigo?

If they deny the permit Bristow and I will keep them in court to the point we dont need the goddamn permit

Enoch, yes

I'm there.

Damigo, maybe not. Tell him to take time away from Waifu

We're raising an army my liege. For free speech, but the cracking of skulls if it comes to it

Thu, Jun 15, 7:34 PM

**UNITE THE RIGHT**

MIKE ENOCH

JASON KESSLER

CHRISTOPHER CANTWELL

iMessage





We're ready to add your name when you give us the go ahead

Give me a few hours. Lots of people have told me that my name on they poster would make the event dangerous. Let me ask some people first.

I would literally fight for your right to speak at this event and I'm not the only one.

I know that. It's a matter of discretion.

Just give me an hour.



8:17 AM

JK
Jason

We're ready to add your name when you give us the go ahead

Give me a few hours. Lots of people have told me that my name on they poster would make the event dangerous. Let me ask some people first.

I would literally fight for your right to speak at this event and I'm not the only one.

I know that. It's a matter of discretion.

Just give me an hour.

We have the full cooperation of the police if you need it

I know. Be patient, Jason.

Fri, Jun 16, 1:38 PM

I'm 100% in.

Please put my name on flyers for the event.

Thank you for your steadfastness. I really respect and appreciate it.

Will do

You're welcome.

👍

Fri, Jun 16, 10:38 PM

## UNITE THE RIGHT

### RICHARD SPENCER

iMessage

JK

Jason

ⓘ

Fri, Jun 16, 10:38 PM



Feel free to share this wherever you want

Awesome!

Mon, Jun 19, 12:58 AM

Evidently I've been blocked by
@JackPosobiec for pointing out how he
plagiarized my work when he worked for
Rebel

  iMessage 🎤

**JK**

Jason

Mon, Jun 19, 12:58 AM

Evidently I've been blocked by
@JackPosobiec for pointing out how he
plagiarized my work when he worked for
Rebel

https://t.co/f3XZ8yfpKk

**Jason Kessler**
twitter.com

Mon, Jun 19, 5:08 PM

Ezra Levant, owner of Rebel Media, called me to apologize for Jack Posobiec's plagiary. I think he's
worried I'll sue.

That's great!

Mon, Jul 3, 3:37 PM

Just a heads up: there's a chance Laura Loomer and her crew may protest our event. If so I
recommend we brand them the New Left and in league with Antifa

IMG_4189.JPG

Mon, Jul 3, 7:37 PM

Why would she protest?

Its speculation on my part at this point but

a)to draw attention to herself, Posobiec and Cernovich

b) continue the theme that we are racist, anti-semetic, etc

That would be quite a show.

Shortly after she made that post Posobiec tweeted out an accusation that IE and Vanguard are
"terrorist organizations"

iMessage



6:19 AM

**JK**
Jason

Can you make a video promoting the event and the hashtag? We need to blow this thing up big.

I will.

Sat, Jul 8, 2:50 PM

#KKKRally Charlottesville, Va https://t.co/LeWp1TwrLZ

**Catholic Nationalist**
twitter.com

Happening Charlottesville today. Preview for August

Sat, Jul 8, 5:12 PM

It's going to be crazy!

Sun, Jul 9, 1:43 AM

We should speak on Sunday (later today) about how to prepare for Aug 12th. Using middlemen all the way through isn't going to work. We need to roll up our sleeves.

Sun, Jul 9, 3:12 PM

Hey, why don't you talk to Eli and/or Greg Ritter about security.

Greg: (301) 802-8358

We've got security on track. I was more interested in talking with you about messaging and presentation.

Okay. Let's do this tomorrow. I have a lot of personal stuff today.

Will do. Is there a good time for you tomorrow?

In the afternoon.

Mon, Jul 10, 1:05 PM

Give me a call when you get a chance

Tue, Jul 11, 5:22 PM

iMessage

34


JK
Jason

ⓘ

Tue, Jul 11, 5:22 PM

Jason, the people from "Anticom" asked if they could take part .

Richard, I have an inquiry regarding the Charlottesville rally on the 12th. This is the representative from Anticom you spoke to a while back. In short, we're looking to see if it would be possible for one of our members to secure a brief (5 minutes or so) speaking postion at the Unite the Right rally. I'm also messaging to verify whether or not you'll be in attendance. If so, would you be able to convey this information to the event planner? Thanks in advance.

Sat, Jul 15, 10:14 AM

Have you spoke to Eli recently? He ghosted 4 days ago. I don't know what happened to him.

Sun, Jul 23, 9:10 PM

Could you talk to either Eli or GregRitter? They make all decisions for me.

Eli hasn't answered his phone in weeks

Okay.

Do you have Greg's info?

No, I don't know him

+1 (301) 802-8358

Ok, I sent him a text. If you can please give me a call or have one of the guys call me

I'll have him call you.

Tue, Jul 25, 11:24 AM

Could we add Daniel Friberg to the speakers lineup?  And to the speakers list? Arktos is a terribly important organization.

Daniel well be at c'ville for sure.

It sounds like we have a lot of organizations scrambling to get speaking slots at the last minute. I guess we're going to have to expand this to a pretty long event to keep everyone happy

Let's get people who are less interesting to soak food 5 mins. max.

    iMessage        🎤


Let's get people who are less interesting to soak food 5 mins. max.

We'll accommodate as many people as we can but they need to make arrangements to get up front early so they don't have to wade through the crowd to get to the mic

Yes

Are you going to Amren?

Yes

We can talk there.

Sounds good. Looking forward to it.

Tue, Jul 25, 4:43 PM

What's up?

The insurance policy got canceled. They're trying to shut down the event

The media is on it already

We're going to need legal help

Yes, Sam Dickson is the man.

Let me set up a conference call.

I've emailed him some of the details

I think we may be able to argue that the permit has to remain in place even without insurance because the feasibility of obtaining that insurance places too high a demand on our ability to express our first amendment liberties

Fri, Jul 28, 7:09 PM

The insurance company just officially dropped our policy

We're going to want a lawyer to hit the city with something quickly before they try to cancel our permit

Sam and I will talk tonight.

  iMessage

36

6:21 AM

*Bluetooth* 6% 🔋

**JK**

Jason

Wed, Aug 2, 2:27 PM

Sure, I'll speak with him tomorrow

Mon, Aug 7, 2:38 PM

It's time for the #AltRight to flex its muscles and boycott @Airbnb. Also need to consider a lawsuit #UniteTheRight

https://t.co/Ms6zb4sszC

**Jason Kessler**
twitter.com

Please share. Airbnb has declared war on our movement

Mon, Aug 7, 4:01 PM

We're going to need to put up a legal challenge. They're trying to move the rally

I'll call Sam.

Sam isn't going to be able to help. We need a Virginia attorney

I just spoke with him.

We're searching for one.

Mon, Aug 7, 10:05 PM

If it helps we can talk to that AP reporter and tell him we're looking for a lawyer

If we get them to print a story that the alt right cannot find a Virginia attorney to represent us someone might step forward

Tue, Aug 8, 10:34 AM

There's a First Amendment attorney in Richmond that may be willing to take the case but he's gonna require $8000. If we all push this on social media we could raise it on Rootbocks

No doubt.

Hold on one moment.

iMessage



Jason

Tue, Aug 8, 12:07 PM

Now the ACLU is saying that they're going to represent us in conjunction with Kyle

Amazing

Let's work with them then.

Still awaiting approval from their board but I was contacted by one of their attorneys and it seems like a very high probability they will take the case

Fri, Aug 11, 5:38 PM

I'm sure you already know but leadership meeting tonight 7 PM in Mcintyre Park

Fri, Aug 11, 10:15 PM

Come out front

Sat, Aug 12, 2:07 PM

I think we're going to need to do a press conference

Where?

I'm there.

Maybe back in DC tomorrow or the next day. We all need to talk about it and work this out

Ok

We can do DC next week.

Text Message

We're still meeting at the after party location at 5 PM. Capacity is only 150 so leaders and essential people only. We need to talk about how we move forward. Potentially having a press conference in the near future to get our side of the story out

iMessage

I think so

Text Message

  iMessage 🎤

38



6:22 AM

**JK**
Jason

11 Langford Pl

iMessage

I think that's it.

Sun, Aug 13, 9:47 AM

Let's take it right to the enemy. Let's do the press conference today in front of the Charlottesville Police Department

2pm

I'm sorry, but I won't attend the press conference today.

You're not listening to leadership.

What do you mean? We agreed on it and I placed it out the national press

I won't be there.

Sun, Aug 13, 1:06 PM

Do you want me to announce details of tomorrow's press conference today?

Sun, Aug 13, 2:10 PM

No.

You won't be speaking at tomorrow's presser.

Now is not the time for us to be divided, man

You should have let us lead.

Tue, Aug 15, 6:52 PM

By marching to Jefferson instead of Lee we got Trump to acknowledge this is about more than just Confederate monuments

That part worked perfectly. People who need to understand the symbolism

You are right!

iMessage



JK

Jason

Take it down.

I will denounce you and it, if it's not taken down.

We have to show discipline.

I opened it on advice of our legal counsel Sam and Kyle. If you don't like it take it up with them

I'm following the advice of my attorneys

I've talked with them.

You requested that I not talk or take action in the lawsuit filed against us. I have kept my word and held my tongue

This is a fundraiser which pre-existed our conversation for the purpose of continuing our first amendment case.

This looks extremely fishy.

No. We need to file an amendment to our pre-existing successful federal lawsuit alleging that the city violated the federal judges ruling

Then try to further amend it into a class action lawsuit, either technically or essentially. This is not about me. The money we win in court will compensate all of us, believe me

Talk to Sam and Kyle. We're on it

Sat, Aug 19, 2:10 AM

Was your Twitter hacked?

Thu, Oct 12, 10:42 AM

We need to have a coordinated response. Enough with the infighting.

I already have attorneys working on the counter-suit. We need to pool our resources

Thu, Oct 12, 12:46 PM

Message received.

Delivered

  iMessage

I opened it on advice of our legal counsel Sam and Kyle. If you don't like it take it up with them.

I'm following the advice of my attorneys

I've talked with them.

You requested that I not talk or take action in the lawsuit filed against us. I have kept my word and held my tongue

This is a fundraiser which pre-existed our conversation for the purpose of continuing our first amendment case.

This looks extremely fishy.

No. We need to file an amendment to our pre-existing successful federal lawsuit alleging that the city violated the federal judges ruling

Then try to further amend it into a class action lawsuit, either technically or essentially. This is not about me. The money we win in court will compensate all of us, believe me

Talk to Sam and Kyle. We're on it

Sat, Aug 19, 2:10 AM

Was your Twitter hacked?

Thu, Oct 12, 10:42 AM

We need to have a coordinated response. Enough with the infighting.

I already have attorneys working on the counter-suit. We need to pool our resources

Thu, Oct 12, 12:46 PM

Message received.

Delivered

Thu, Oct 12, 6:21 PM

We need to be prepared in advance. They might be looking to serve us a bunch if lawsuits at once to overwhelm us.

We need to swat these things down hard and make them pay our attorneys' fees so they cease and desist with these frivolous lawsuits

📷 Ⓐ ⓘMessage 🎤