# Appendix 2: Emails

## Email 1

Correspondence with Jason Kessler

May 10, 2017

Wednesday, May 10, 2017, 4:50 PM

### Speaking at UVA

by Jason Kessler | jason@unityandsecurity.org

Hi Richard,

While you're in Charlottesville we should talk about getting you in to speak at UVA (if you don't already have arrangements).

I'm bringing in Jared Taylor first as part of a court ordered community service program I've decided to do for New Century Foundation.

I think it would be a pretty hilarious situation after the stir the upcoming Lee rally will cause and the liberals finding out I am using my community service hours to bring right-wing speakers to UVA.

If you would be interested we can pick a date beginning in the Fall semester and running from August 28, 2017 through May 18th 2018.

Regards,

Jason Kessler, President
Unity & Security for America
www.JasonKessler.net



# Email 2

Correspondence with Jason Kessler and Sam Dickson

August 8, 2017

Tuesday, Aug 8, 2017, 12.07 PM
## Re: Charlottesville
by Jason Kessler I jason@unityandsecurity.org

ACLU of Virginia is now saying that they're going to jump onboard and partner with Kyle for this case. Kyle, I know you've suggested this before so if this is amenable I'm going to move forward with this option. There still needs to be approval from their board but it looks like this is happening.

--
Regards,

Jason Kessler, President
Unity & Security for America
www.JasonKessler.net



CITY OF CHARLOTTESVILLE
*"To be One Community Filled with Opportunity"*

Office of The City Manager
P.O. Box 911 · Charlottesville, Virginia 22902
Telephone 434-970-3101
Fax 434-970-3890
www.charlottesville.org

August 7, 2017
By Electronic and U.S. Mail

Dear Mr. Kessler:

I write on behalf of the City's Department of Parks and Recreation in reference to your May 30, 2017 application for a permit to conduct a demonstration in Emancipation Park on August 12, 2017. While demonstrations are typically handled through that Department, the unprecedented size and scope of your rally at its proposed Downtown location requires me, as the City official charged with the general supervision and control of City property, to review your request in light of its significant impact on the community.

Based on information provided to me by law enforcement officials, the City has decided to approve your application for a permit to hold a demonstration on the day and at the times requested, provided that you use McIntire Park, rather than Emancipation Park, for your demonstration. To the extent that the permit is deemed granted due to inaction within ten days of receipt of the application, the City hereby modifies the permit, based on the above-referenced information, to specify that the demonstration take place at McIntire Park. If you are unwilling to use the McIntire Park location, the permit for Emancipation Park is hereby denied pursuant to section 3.4.5 of the City's Standard Operating Procedure ("SOP") for Special Events and Demonstrations or, if the Permit is deemed granted due to inaction within ten days of receipt of the application, the City hereby revokes the permit pursuant to section 3.4.7 of the City SOP.

Your permit application states that the demonstration will consist of approximately 400 people. However, in recent days it has come to the City's attention that many thousands of individuals are likely to attend the demonstration. Because Emancipation Park is a relatively confined space of just over one acre in a densely populated urban area with limited parking space, it is unable to accommodate safely even a peaceful crowd of this size. The City's law enforcement, fire and emergency medical services personnel cannot adequately protect people and property in and around Emancipation Park due to the number of anticipated attendees trying to occupy such a small and confined space. The Police Department also anticipates that the presence of such a large demonstration in Emancipation Park would require the closing of a section of East Market Street, leading to massive traffic congestion and shutting down a principal means of ingress and egress, for the duration of the 5 hour rally.

43

# Email 3

Correspondence with Jason Kessler and Evan McLaren

Sunday, Aug 13, 2017, 10:46 AM
## Press release
by Evan McLaren | evan.mclaren@gmail.com

FOR IMMEDIATE RELEASE
AUGUST 13, 2017

JASON KESSLER
jason@unityandsecurity.org

## STATEMENT OF "UNITE THE RIGHT" RALLY ORGANIZER

Charlottesville, Virginia – Jason Kessler, the organizer of the "Unite the Right" rally, has disavowed the political violence that resulted in the death of at least one person and the injuries of many others.

"The blame for today's violence lies primarily with Charlottesville government officials and the police officers who failed to maintain law and order, protect the First Amendment rights of rally participants, and provide for their safety," Kessler said. "We coordinated with law enforcement officials with whom we put in place carefully-planned safety arrangements months prior to the event. Despite this, the Charlottesville Police Department and Virginia State Police intentionally departed from the plan. Instead of separating demonstrators and counter-demonstrators, and intervening when violent counter-protesters attacked the participants of the rally, they executed a deliberate plan to wait until we were gathered

in a small, barricaded area of the park, at which point they deployed riot police to drive us into the crowd of counter-protesters. Instead of maintaining law and order, the police purposefully created the catastrophe that led to a melee in the streets of Charlottesville and the death of a counter-protester."

After the Charlottesville government backed out of the safety plan shortly prior to the event, Kessler and interested groups filed suit in federal court and obtained an emergency temporary restraining order requiring the Charlottesville government to permit the rally at Emancipation Park (formerly known as Lee Park). In spite of our possession of a lawful permit and our vindication in federal court, officials declared our assembly unlawful, arrested several of our peaceful demonstrators, and physically drove the rest from the Park.

Photographs have circulated via the Internet of counter-protesters carrying bows and arrows, knives, hammers, baseball bats, and even an improvised flamethrower made with an aerosol can. Participants of the "Unite the Right" rally were victimized by pepper spray used by counter-protesters.

"Charlottesville violated the federal court's order by shutting down the rally at Lee Park after left-wing agitators began throwing bricks at us," Kessler said. "Our right to free speech was violated when the police officers

acquiesced to the unconstitutional 'heckler's veto' raised by our detractors."

"Due to the police not maintaining order, many people were hurt," Kessler added. "The media is not showing who instigated the violence."

### ###

47
Case 3:17-cv-00072-NKM-JCH   Document 355-2   Filed 10/16/18   Page 6 of 8   Pageid#: 3386

# Email 4

Correspondence between Sam Dickson, Jason Kessler, and Kyle Bristow

August 8, 2017

Tuesday, Aug 8, 2017, 6:40 PM

## Re: Charlottesville

by Sam Dickson | marchbloomling36@gmail.com

Jason:

You have done wondrously well.

I have been looking for lawyers. It's barely possible that if the ACLU has to back out, I can find someone.

If we had someone to sign off for a pro hac vice appearance, I could probably handle it especially if Kyle "The Tiger"* Bristow helped with the pleadings.

Sam

*The Tiger - Clemenceau's nickname.

# Email 5

Correspondence between Sam Dickson, Jason Kessler, and Kyle Bristow

August 8, 2017

Tuesday, Aug 8, 2017, 12:13 PM
## Re: Charlottesville
by Bristow Law | bristowlaw@gmail.com

Jason,

Tell the ACLU lawyer that my cell phone number is (586) 713-8395 and my email address is BristowLaw@gmail.com.

I can draft the complaint and motion for an emergency temporary restraining order this evening after I leave my office, they can proofread and/or file it tomorrow, and the emergency hearing can occur on Thursday or Friday--before the rally.

Also, send me a succinct typed-up statement about the situation (i.e., who, what, where, when, how, why, etc). Email to me all online articles in which Charlottesville government officials said bad things about your political views. I will need this by tonight so I can use the info when I type up the complaint. Also, please email to me as PDFs documents which concern the situation (i.e., the letter relocating the event, your permit for the event, etc).

To war!

Regards,
Kyle

Bristow Law, PLLC
P.O. Box 381164
Clinton Twp., MI 48038
(248) 838-9934
bristowlaw@gmail.com
www.KyleBristow.com
www.MichiganDivorceAttorney.org
www.MichiganCriminalAttorney.org
www.MichiganRevengePornLawyer.com

Admissions: Michigan Courts and Agencies (P77200), Ohio Courts and Agencies (#0089543), U.S. Supreme Court (#296690), N.D. Ohio, E.D. Mich., W.D. Mich., 4th Cir., 5th Cir., 6th Cir., and Court of Appeals for the Armed Forces (#35818).

*This electronic mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain private, confidential, and/or privileged information. Any unauthorized review, use, disclosure, or distribution is strictly prohibited, and interception of the same is a federal criminal offense per 18 U.S.C. § 2511.*

*IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the Internal Revenue Service, you are informed that any U.S. federal tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, by any person for the purpose of (i) avoiding tax-related penalties or (ii) promoting, marketing or recommending to another person any transaction or matter addressed in this communication.*

THIS FIRM IS A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.