# Appendix 3: Receipts for Lodging and Travel

## Receipt 1

Enterprise Rent-a-car Reservation 2016341239 at Alexandria - Olde Towne, August 11-13, 2017

Monday, Apr 16, 1:49 PM

**Fwd: Confirmed: Enterprise Rent-A-Car Reservation 2016341239 at Alexandria - Olde Towne**

by Gregory Conte | gregoryconte1@gmail.com

From: Enterprise Rent | No-Reply@enterprise.com
To: gregoryconte1@gmail.com



Visit enterprise.com

### YOUR RESERVATION IS CONFIRMED

Thank you for your reservation.
Your confirmation number is 2016341239.

**Pick-Up Details**

| | |
|---|---|
| Location | Alexandria - Olde Towne |
| Date & Time | Friday, August 11, 2017 @ 11:00 AM |
| Address | 5954 Richmond Highway, Alexandria, VA 22303 |
| Phone | 7039606900 |
| Hours | Friday: 7:30 AM - 6:00 PM |

**Return Details**

| | |
|---|---|
| Location | Alexandria - Olde Towne |
| Date & Time | Sunday, August 13, 2017 @ 1:00 PM |
| Address | 5954 Richmond Highway, Alexandria, VA 22303 |
| Phone | 7039606900 |
| Hours | Sunday: 12:00 AM - 12:00 AM : 12:00 AM - 11:59 PM |

**Payment Details**



DEFENDANT'S EXHIBIT 3

# Receipt 2

## AirBnB Reservation HMJ4AY8M8D, August 11-12, 2017

Monday, Apr 16, 1:39 PM
Fwd: Billing receipt for reservation HMJ4AY8M8D
by Gregory Conte | gregoryconte1@gmail.com

From: Airbnb | express@airbnb.com
To: gregoryconte1@gmail.com

### airbnb

Email Receipt | Print Receipt | View Itinerary

**Customer Receipt**

Confirmation Code: HMJ4AY8M8D
Wed, July 19, 2017
Receipt # 2419245455

| | |
|---|---|
| Guests | Gregory Conte, Eli Kline |
| Travel Destination | Charlottesville, VA |
| Accommodation Address | 56 Canterbury Road, Charlottesville, VA 22903, United States |
| Travel Property | Private Detached Guest Suite |
| Accommodation Type | Private room |
| Night | 1 |

# Receipt 3

## Residence Inn Confirmation #71337594, August 12-13, 2017

Monday, Apr 16, 1:55 PM

### Fwd: Reservation Confirmation #71337594 for Residence Inn Waynesboro

by Gregory Conte | gregoryconte1@gmail.com

From: Residence Inn By Marriott | reservations@residenceinn-res.com
To: GREGORYCONTE1@gmail.com

Please review your reservation details and keep for your records

### Residence Inn Waynesboro

44 Windigrove Drive Waynesboro Virginia 22980 USA

+1-540-943-7426  Hotel Website  Map & Directions  Plan Your Stay



### Reservation Confirmation: 71337594

**For Gregory Conte**

CHECK-IN DATE **Saturday, August 12, 2017**  CHECK-OUT DATE **Sunday, August 13, 2017**
CHECK-IN TIME **03:00 PM**  CHECK-OUT TIME **11:00 AM**

Modify your reservation    Cancel your reservation

**Dear Gregory Conte,**

We are happy to confirm your reservation with Residence Inn by Marriott, the all-suite hotel designed for all your needs. Below is a summary of your reservation details. Enjoy your stay with us.

Sincerely,
Residence Inn Waynesboro