# Appendix 3: Tweets

## Tweet 1

August 7, 2017

We won't give in to Charlottesville's city government.

https://twitter.com/RichardBSpencer/status/894801039043547136

## Tweet 2

August 9, 2017

.@ViceMayorWesB





https://twitter.com/RichardBSpencer/status/895502808518184960

## Tweet 3

August 10, 2017

Exactly

> "The telephone company could not cut off your service because of your political views. Social media must be treated the same."

https://twitter.com/RichardBSpencer/status/895638873577054209

## Tweet 4

August 10, 2017

> We're winning, Mike. @MikeSigner

https://twitter.com/RichardBSpencer/status/895654429504008192

## Tweet 5

August 10, 2017

> Big If true.
>
> @PatrickCaseyIE
>
> "I've been hearing reports that Muslim groups have been bussed into Charlottesville in anticipation of #UniteTheRight."

https://twitter.com/RichardBSpencer/status/895846426818879488

## Tweet 6

August 11, 2017

54
Case 3:17-cv-00072-NKM-JCH   Document 355-4   Filed 10/16/18   Page 2 of 16   Pageid#: 3393

The Charlottesville Statement

https://t.co/qVI4PARFaR

https://twitter.com/RichardBSpencer/status/896022384867762177

## Tweet 7

August 11, 2017

https://t.co/LogWSdwTI9

https://twitter.com/RichardBSpencer/status/896022448499548160

## Tweet 8

August 11, 2017

On the road to #Charlottesville.

https://t.co/6PJyWG8N0f

https://twitter.com/RichardBSpencer/status/896052954645413889

## Tweet 9

Agust 11, 2017

"Garrisonville"

https://t.co/m8rHn1Yrrn

https://twitter.com/RichardBSpencer/status/896072676241883136

## Tweet 10

C'ville's become a war zone. #Charlottesville



https://twitter.com/RichardBSpencer/status/896158820958785538

## Tweet 11

Victory!

https://t.co/jIRkxZDQJu

https://twitter.com/RichardBSpencer/status/896168480852119552

## Tweet 12

I told you we'd defeat you days ago.

Why didn't you just give in?

@MikeSigner @DrWesBellamy

https://t.co/rZZGJtYJnZ

## Tweet 13

August 11, 2017

Hey, @EmilyGorcenski, wanna come to the afterparty? We have a wig you can wear.

https://twitter.com/RichardBSpencer/status/896212261592866817

## Tweet 14

August 11, 2017

Fact check: true.

"They surrounded us at the statue

They wouldn't let us out"

https://twitter.com/RichardBSpencer/status/896212848828981249

## Tweet 15

August 11, 2017

I love it when Antifa defend America.

@EmilyGorcenski

"What I just witnessed was the end of America."

https://twitter.com/RichardBSpencer/status/896213025908248576

## Tweet 16

August 11, 2017

We're trending #1 in U.S. right now.

••●○○ AT&T 🛜　　　12:19 AM　　　✈ ✱ 12%🔋

<      **United States trends**      ⚙

1 #Charlottesville
@ramzpaul, @RealistReport and 4 more are Tweeting about this

2 #SongsWithLowSelfEsteem

3 Rich Hill

4 #HStansAreBeautiful
2,702 Tweets

https://twitter.com/RichardBSpencer/status/896225091683581952

## Tweet 17

August 11, 2017

"For either side"? Only one side is throwing sucker punches. Wouldn't a gorilla fight back? Or is your "mindset" nonsense just a pose?

@Cernovich

"Left wing activist allegedly with the SPLC attacks "Baked Alaska." This is not appropriate for either side. I disavow all violence."

https://twitter.com/RichardBSpencer/status/896227114525093888

## Tweet 18

Imagine being this stupid.

@Cernovich

ANTIFA and the media normalized political violence, this was all predictable.

https://twitter.com/RichardBSpencer/status/896231318362763264

## Tweet 19

August 12, 2017

Get some help, girlfriend.

@Xychelsea

hey FASCISTS 😎 📢 in case you forgot 👫 ✊ 👫 👫 #WeGotThis 😎 🌈 💜 #Charlottesville

https://twitter.com/RichardBSpencer/status/896328520296747008

## Tweet 20

August 12, 2017

So people with "privilege" don't have civil rights? Thanks for being clear.

@Cpicciolini

"You see how it's spun, folks? But what is not mentioned is the difference in privilege. Just hope EVERYONE stays safe."

https://twitter.com/RichardBSpencer/status/896352027068030976

## Tweet 21

August 12, 2017

I love the smell of mace in the morning!

Video 1

https://twitter.com/RichardBSpencer/status/896383252965072898

**Tweet 22**

August 12, 2017

We got maced. All part of the job. It feels good!

#Charlottesville

https://twitter.com/RichardBSpencer/status/896384181739171840

**Tweet 23**

August 12, 2017

Cville Video 2

https://twitter.com/RichardBSpencer/status/896394427115196416

**Tweet 24**

August 12

Cville Video 3

https://twitter.com/RichardBSpencer/status/896396399826391041

**Tweet 25**

August 12, 2017

Cville Video 4

https://twitter.com/RichardBSpencer/status/896403320092446720

**Tweet 26**

August 12, 2017

Video 5

https://twitter.com/RichardBSpencer/status/896416077583978498

## Tweet 27

August 12, 2017

> Did Trump just denounce antifa?
>
> @RealDonaldTrump
>
> We ALL must be united & condemn all that hate stands for. There is no place for this kind of violence in America. Lets come together as one!

https://twitter.com/RichardBSpencer/status/896429521129418752

## Tweet 28

# August 12, 2017

> Or did Trump denounce the state police that cracked down on peacefully and lawfully assembled demonstrators?
>
> @RealDonaldTrump
>
> We ALL must be united & condemn all that hate stands for. There is no place for this kind of violence in America. Lets come together as one!

https://twitter.com/realDonaldTrump/status/896420822780444672

## Tweet 29

August 12, 2017

> @Patricia_DSC
>
> Not me.

https://twitter.com/RichardBSpencer/status/896450486282452992

## Tweet 30

August 12, 2017

> Ramzpaul counter-signals the Alt-Right harder than Donald Trump.
>
> Let that sink in.

https://twitter.com/RichardBSpencer/status/896783367005507584

## Tweet 31

August 12, 2017

> Can anyone look at the images from yesterday and not believe that the police had "stand down" orders?

https://twitter.com/RichardBSpencer/status/896741458400751616

## Tweet 23

August 12, 2017

Rick Wilson goes full antifa. @TheRickWilson

"I like my fascists the old-fashioned way; dead, hanging from lamp-posts as we liberate their victims."

https://twitter.com/RichardBSpencer/status/896436693242441728

## Tweet 24

Amazing touch light march tonight! #charlottesville



https://twitter.com/RichardBSpencer/status/896200313442631680

## Tweet 25

Let's do this! #Charlottesville



https://twitter.com/RichardBSpencer/status/896360955029934081

## Tweet 26

August 13, 2017

> I will not be attending the press conference in Charlottesville today. I'll hold my own in Washington on Monday. #Charlottesville

https://twitter.com/RichardBSpencer/status/896754971844259841

## Tweet 27

August 12, 2017

> This guy's a liar or moron. The state of emergency was declared hours *before* the car attack or accident.
>
> https://twitter.com/NBCNews/status/896501317912240128

https://twitter.com/RichardBSpencer/status/896524590469570561

## Tweet 28

August 13, 2017

> This is outrageous. Kessler was there peacefully to speak his mind.
>
> https://twitter.com/Phil_Lewis_/status/896827326461333504

https://twitter.com/RichardBSpencer/status/896843597458415616

## Tweet 31

August 12, 2017

> How many injuries occurred because of the outrageous actions of the police?
>
> https://twitter.com/ACLUVA/status/896386562484731904

https://twitter.com/RichardBSpencer/status/896553068849967104

## Tweet 32

August 12, 2017

> Why was a car able to dive into a protest? Where were the roadblocks? #Charolettesville

https://twitter.com/RichardBSpencer/status/896742736702865408

## Tweet 33

65

We came in peace. It was the government and antifa that used force against peaceful, lawful demonstrators.

@FLOTUS

"Our country encourages freedom of speech, but let's communicate w/o hate in our hearts. No good comes from violence. #Charlottesville"

https://twitter.com/RichardBSpencer/status/896418504794157058

**Tweet 34**

The Alt-Right is being refused service ... at lunch counters ... in the South ... for engaging in a peaceful demonstration ... 😂😂😂



https://twitter.com/RichardBSpencer/status/896054317211238400

**Tweet 35**

August 12, 2017

Trump should not have praised the state and local police. They did the opposite of

their job. Total disaster. #Charlottesville

https://twitter.com/RichardBSpencer/status/896456829097713664

## Tweet 36

August 12, 2017

> My recommendation: Disperse. Get out of Charlottesville city limits. State of emergency has been called.

https://twitter.com/RichardBSpencer/status/896410449654185984

## Tweet 37

August 13, 2017

> The Charlottesville and Virginia police have blood on their hands. They policed the peaceful, and they exacerbated a mêlée. Total outrage.

https://twitter.com/RichardBSpencer/status/896741058096365569

## Tweet 38

August 12, 2017

> I'm watching images of the street violence outside the rally. Where were the police!? They failed. The demonstration itself was peaceful.

https://twitter.com/RichardBSpencer/status/896448265826316289

## Tweet 39

August 12, 2017

> Is Charlottesville run by compete morons?

https://twitter.com/RichardBSpencer/status/896525516865503233

**Tweet 40**

August 18, 2017

I will no longer associate w/ Jason Kessler; no one should. Heyer's death was deeply saddening. "Payback" is a morally reprehensible idea.



Jason Kessler
@TheMadDimension

Heather Heyer was a fat, disgusting Communist. Communists have killed 94 million. Looks like it was payback time.

dailystormer.lol/heather-heyer-...

8/18/17, 11:25 PM

2 Retweets 13 Likes

https://twitter.com/RichardBSpencer/status/898766109523951616