Signature: *Dillon Hopper*
Dillon Hopper (Oct 16, 2018)

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| **ELIZABETH SINES et al.** | : | Case No. 3:17-cv-00072 |
| Plaintiff | : | Judge MOON |
| | : | |
| -v- | | |
| **JASON KESSLER et al.** | : | |
| | : | |
| Defendants | | |

_____

### DECLARATION OF DILLON HOPPER
_____

Mr. Dillon Hopper, having been duly cautioned, declares and states as follows:

1. This declaration is based on personal knowledge.

2. I am authorized to sign this declaration on behalf of Vanguard America.

3. I have been advised by my attorney that third party ESI vendors cost upwards of $5,000 per device.

4. Vanguard cannot afford to pay for third party ESI vendor examinations of my electronic devices.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 16, 2018.

_____
Dillon Hopper
Authorized signer for Vanguard America

1