## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| **ELIZABETH SINES et al.** | : | **Case No.  3:17-cv-00072** |
| Plaintiff | : | **Judge MOON** |
| | : | |
| -v- | | |
| **JASON KESSLER et al.** | : | |
| | : | |
| Defendants | | |

_____

## DECLARATION OF PATRICK CASEY
_____

Mr. Patrick Casey, having been duly cautioned, declares and states as follows:

1. This declaration is based on personal knowledge.

2. I am authorized to sign this declaration on behalf of Identity Evropa.

3. I have been advised by my attorney that third party ESI vendors cost upwards of $5,000 per device.

4. Identity Evropa cannot afford to pay for third party ESI vendor examinations of any electronic devices.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 16, 2018.

_____
Patrick Casey
Authorized signer for Identity Evropa

1