# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| **ELIZABETH SINES et al.** | : | Case No. 3:17-cv-00072 |
| Plaintiff | : | Judge MOON |
| | : | |
| -v- | | |
| **JASON KESSLER et al.** | : | |
| | : | |
| Defendants | | |

_____

## DECLARATION OF JASON KESSLER
_____

Mr. Jason Kessler, having been duly cautioned, declares and states as follows:

1. This declaration is based on personal knowledge.

2. I engaged in imaging of my electronic devices with a third party ESI vendor in separate litigation recently.

3. The cost was nearly $5,000 per device an amount I could only afford due to half of that being paid by the other party (the City of Charlottesville) in that litigation.

4. I am currently only employed part time and have no regular salary or other source of funds.

5. I cannot afford to pay for any more third party ESI vendor examinations of my electronic devices.

1

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 16, 2018.

                                                                  _____

                                                                  Jason Kessler

**Signature:** *Jason Kessler*
Jason Kessler (Oct 16, 2018)