IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| ELIZABETH SINES ET AL. | : | Case No. 3:17-CV-72 |
| **Plaintiff** | : | Judge MOON |
| | : | |
| -v- | | |
| JASON KESSLER ET AL. | : | |
| | : | |
| **Defendants** | | |

_____

**MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS ROBERT RAY, CHRISTOPHER CANTWELL, AND MATTHEW HEIMBACH**
_____

Now come undersigned Counsel and move to withdraw as Attorneys for defendant Ray, Cantwell, and Heimbach and further move the Court to permit said defendants additional time to file responses to the pending motion to compel.

Respectfully Submitted,

s/ **Elmer Woodard**_____
ELMER WOODARD (VSB 27734)
5661 US Hwy 29
Blairs, Va. 24527
(434) 878-3422
isuecrooks@comcast.net
*Trial Attorney for Defendant*

1

S/ **James E. Kolenich** (PHV)
KOLENICH LAW OFFICE
9435 Waterstone Blvd. #140
Cincinnati OH 45249
Phone: 513.444.2150
Fax: 513.297.6065
e-mail: Jek318@gmail.com
Trial Attorney for Mr. Kline

CERTIFICATE OF SERVICE

I hereby certify this Notice and all accompanying documents were served via the Court's ECF system on October 16, 2018 upon:

All parties of record. No party is entitled to or has requested service by other means.

s/ **J. Kolenich**
_____
J. Kolenich(PHV)