IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA


ELIZABETH SINES ET AL.                    :          Case No.  3:17-CV-72

          **Plaintiff**                              :          Judge MOON


                                                     :

     -v-

JASON KESSLER ET AL.                      :



_____

### ORDER GRANTING MOTION TO WITHDRAW
_____


        Before the Court is Attorney Elmer Woodard and Attorney James Kolenich's motion to withdraw as counsel for defendants Robert Ray, Christopher Cantwell, and Matthew Heimbach The Court being duly advised finds the motion well taken and it is hereby GRANTED. Robert Ray, Christopher Cantwell, and Matthew Heimbach are each granted 30 days from the date this order was signed to file his RESPONSE to the pending Motion to Compel.

                                        SO ORDERED

2