Signature: *Jeff Schoep*
Jeff Schoep (Oct 16, 2018)

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| ELIZABETH SINES et al. | : | Case No. 3:17-cv-00072 |
| Plaintiff | : | Judge MOON |
| | : | |
| -v- | | |
| JASON KESSLER et al. | : | |
| | : | |
| Defendants | | |

___

### DECLARATION OF NATIONALIST FRONT
___

Mr. Jeff Schoep, having been duly cautioned, declares and states as follows:

1. This declaration is based on personal knowledge.

2. I am authorized to sign this declaration on behalf of Nationalist Front.

3. I have been advised by my attorney that third party ESI vendors cost upwards of $5,000 per device.

4. Nationalist Front cannot afford to pay for third party ESI vendor examinations of any electronic devices.

I declare under penalty of perjury that the foregoing is true and correct. Executed on October 16, 2018.

_____
Jeff Schoep
Authorized Signer for Nationalist Front

1