IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| **JASON KESSLER** | : | Case No. 1:18-cv-00015 |
| Plaintiff | : | Judge MOON |
| | : | |
| -v- | | |
| **CITY OF CHARLOTTESVILLE et al.** | : | |
| | : | |
| Defendants | | |

_____

**NOTICE WITHDRAWING MOTION TO WITHDRAW AS COUNSEL
FOR CHRISTOPHER CANTWELL**
_____

Undersigned Counsel hereby withdraw their motion to withdraw as Attorneys for defendant Christopher Cantwell. Mr. Cantwell responded to the motion by bringing his account current.

Respectfully Submitted,

s/ Elmer Woodard_____
Elmer Woodard (VSB No. 27734)
5661 US Hwy 29
Blairs, VA 24527
Phone: 434-878-3422
Email : isuecrooks@comcast.net
Attorney for Jason Kessler

1

//s// James E. Kolenich_PHV_
James E. Kolenich (OH 77084)
KOLENICH LAW OFFICE
9435 Waterstone Blvd. #140
Cincinnati, OH 45249
Phone: 513-444-2150
Fax: 513-444-2099
Email: Jek318@gmail.com
Attorney for Jason Kessler

CERTIFICATE OF SERVICE

I certify the above was served on October 19, 2018 by the Court's CM/ECF system and that no party requires or is entitled to service by other means.

s/ James E. Kolenich PHV
James E. Kolenich