IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| ELIZABETH SINES ET AL. | : | Case No. 3:17-CV-72 |
| Plaintiff | : | Judge MOON |
| | : | |
| -v- | | |
| JASON KESSLER ET AL. | : | |
| | : | |
| Defendants | | |

_____

**MOTION TO DEEM CHRISTOPHER CANTWELL AS HAVING JOINED IN THE RESPONSE IN OPPOSITION FILED AT DE356**
_____

Now comes Christopher Cantwell and moves the Court to deem him as having been joined to the Response in Opposition filed at DE 356.

Respectfully Submitted,

s/ **Elmer Woodard**_____
ELMER WOODARD (VSB 27734)
5661 US Hwy 29
Blairs, Va. 24527
(434) 878-3422
isuecrooks@comcast.net
*Trial Attorney for Defendant*

1

S/ **James E. Kolenich** (PHV)
KOLENICH LAW OFFICE
9435 Waterstone Blvd. #140
Cincinnati OH 45249
Phone: 513.444.2150
Fax: 513.297.6065
e-mail: Jek318@gmail.com
Trial Attorney for Mr. Kline

CERTIFICATE OF SERVICE

I hereby certify this Notice and all accompanying documents were served via the Court's ECF system on October 19, 2018 upon:

All parties of record. No party is entitled to or has requested service by other means.

s/ **J. Kolenich**
_____
J. Kolenich(PHV)