# EXHIBIT B

# Appendix 2: Emails

## Email 1

Correspondence with Jason Kessler

May 10, 2017

Wednesday, May 10, 2017, 4:50 PM
### Speaking at UVA

by Jason Kessler I jason@unityandsecurity.org

Hi Richard,

While you're in Charlottesville we should talk about getting you in to speak at UVA (if you don't already have arrangements).

I'm bringing in Jared Taylor first as part of a court ordered community service program I've decided to do for New Century Foundation.

I think it would be a pretty hilarious situation after the stir the upcoming Lee rally will cause and the liberals finding out I am using my community service hours to bring right-wing speakers to UVA.

If you would be interested we can pick a date beginning in the Fall semester and running from August 28, 2017 through May 18th 2018.

Regards,

Jason Kessler, President
Unity & Security for America
www.JasonKessler.net



DEFENDANT'S
EXHIBIT
2