**Charlottesville Division**

ELIZABETH SINES, *et al*.,      :
                            :

    Plaintiffs,            :
                            :

    vs.                     : Case No. 3:17-cv-00072-NKM
                            :

JASON KESSLER, *et al*.,      :
                            :

    Defendants.           :

**DEFENDANT SPENCER'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS**

Pursuant to Fed. R. Civ. P. 37, Defendant Richard Spencer, by counsel, moves this Court for entry of an order:

a.   compelling each Plaintiff forthwith to serve an individual written response to Defendant's First Request for Production of Documents to All Plaintiffs (hereinafter the "Request") in which response he or she states whether or not he or she has responsive documents and whether any are being withheld on the basis of any objections (whether general or specific);

b.   compelling each Plaintiff forthwith to produce all documents and things in his or her possession, custody or control that are responsive to the Request, subject to Plaintiff's objections;[1] and

---

[1]  Mr. Spencer reserves the right to file an additional motion to compel (in which he challenges Plaintiffs' objections) once he has received a proper document response and production and can ascertain whether documents actually are being withheld on the basis of the objections.

c.  granting him such other or further relief as this Court might deem just and proper.

A Memorandum of Points and Authorities in Support of Defendant Spencer's Motion to Compel Production of Documents is attached hereto.

Respectfully submitted,


 /s/ John A. DiNucci
John A. DiNucci (VSB No. 29270)
8180 Greensboro Drive
Suite 1150
McLean, Virginia 22102
tel.: (703) 821-4232
fax:  (703) 790-9863
e-mail: dinuccilaw@outlook.com


**CERTIFICATION PURSUANT TO RULE 37(a)(1)**

I hereby certify that I have made a good faith attempt to confer with Plaintiffs in an attempt to obtain the document response and document production that are the subject of this Motion.  The facts evidencing this attempt are set forth in the recitation of facts contained in the Memorandum of Points and Authorities accompanying this Motion.


/s/  John A. DiNucci
John A. DiNucci (VSB No. 29270)
8180 Greensboro Drive, Suite 1150
McLean, Virginia 22102
tel.: (703) 821-4232
fax:  (703) 790-9863
e-mail: dinuccilaw@outlook.com

2

## CERTIFICATE OF SERVICE

I hereby certify that, on October 26, 2018, I filed the foregoing Memorandum with the Clerk of Court through the CM/ECF system, which will send a notice of electronic filing to all counsel of record, including the following:

Philip M. Bowman, Esq.
Boies, Schiller Flexner, LLP
575 Lexington Avenue
New York, New York 10022

Robert T. Cahill, Esq.
Cooley, LLP
11951 Freedom Drive
14th Floor
Reston, Virginia 20190

Roberta Kaplan, Esq.
Kaplan & Company, LLP
350 Fifth Avenue
Suite 7110
New York, New York 10118

Karen L. Dunn, Esq.
Boies, Schiller, Flexner, LLP
1401 New York Avenue. N.W.
Washington, D.C. 20005

Alan Levine, Esq.
Cooley, LLP
1114 Avenue of the Americas
46th Floor
New York, New York 10036

David E. Mills, Esq.
Cooley, LLP
1299 Pennsylvania Avenue, N.W.
Suite 700
Washington, D.C. 20004

3

David Campbell, Esq.
Duane, Hauck, Davis & Gravatt
100 West Franklin Street
Suite 100
Richmond, Virginia 23220

Bryan Jones, Esq.
106 West South Street
Suite 211
Charlottesville, Virginia 22902

Elmer Woodard, Esq.
5661 U.S. Highway 29
Blairs, Virginia 24527

James Edward Kolenich, Esq.
9435 Waterstone Boulevard
Suite 140
Cincinnati, Ohio 45429

Lisa M. Lorish, Esq.
Federal Public Defenders Office
Western District of Virginia
40 East Market Street
Suite 106
Charlottesville, Virginia 22902

/s/  John A. DiNucci
John A. DiNucci (VSB No. 29270)
8180 Greensboro Drive
Suite 1150
McLean, Virginia 22102
tel.: (703) 821-4232
fax:  (703) 790-9863
e-mail: dinuccilaw@outlook.com

4