**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA**

**Charlottesville Division**

| | |
|---|---|
| ELIZABETH SINES, *et al.*, | : |
| | : |
|     Plaintiffs, | : |
| | : |
|     vs. | : Case No. 3:17-cv-00072-NKM |
| | : |
| JASON KESSLER, *et al.*, | : |
| | : |
|     Defendants. | : |

**LINE RE DEFENDANT SPENCER'S MOTION TO COMPEL PRODUCTION**

**To the Clerk:**

Attached please find pages 1 through 42 of Exhibit No. 2 to the Memorandum of Points and Authorities in Support of Defendant Spencer's Motion to Compel Production of Documents, which pages inadvertently were not included within Exhibit No. 2 in connection with Defendant Spencer's just-filed Motion to Compel Production of Documents.

Respectfully submitted,


/s/ John A. DiNucci
John A. DiNucci (VSB No. 29270)
8180 Greensboro Drive
Suite 1150
McLean, Virginia 22102
tel.: (703) 821-4232
fax:  (703) 790-9863
e-mail: dinuccilaw@outlook.com

1

## CERTIFICATE OF SERVICE

I hereby certify that, on October 26, 2018, I filed the foregoing Line and attachments with the Clerk of Court through the CM/ECF system, which will send a notice of electronic filing to all counsel of record, including the following:

Philip M. Bowman, Esq.
Boies, Schiller Flexner, LLP
575 Lexington Avenue
New York, New York 10022

Robert T. Cahill, Esq.
Cooley, LLP
11951 Freedom Drive
14th Floor
Reston, Virginia 20190

Roberta Kaplan, Esq.
Kaplan & Company, LLP
350 Fifth Avenue
Suite 7110
New York, New York 10118

Karen L. Dunn, Esq.
Boies, Schiller, Flexner, LLP
1401 New York Avenue. N.W.
Washington, D.C. 20005

Alan Levine, Esq.
Cooley, LLP
1114 Avenue of the Americas
46th Floor
New York, New York 10036

David E. Mills, Esq.
Cooley, LLP
1299 Pennsylvania Avenue, N.W.
Suite 700
Washington, D.C. 20004

David Campbell, Esq.
Duane, Hauck, Davis & Gravatt
100 West Franklin Street
Suite 100
Richmond, Virginia 23220

Bryan Jones, Esq.
106 West South Street
Suite 211
Charlottesville, Virginia 22902

Elmer Woodard, Esq.
5661 U.S. Highway 29
Blairs, Virginia 24527

James Edward Kolenich, Esq.
9435 Waterstone Boulevard
Suite 140
Cincinnati, Ohio 45429

Lisa M. Lorish, Esq.
Federal Public Defenders Office
Western District of Virginia
40 East Market Street
Suite 106
Charlottesville, Virginia 22902


/s/   John A. DiNucci
John A. DiNucci (VSB No. 29270)
8180 Greensboro Drive
Suite 1150
McLean, Virginia 22102
tel.: (703) 821-4232
fax:  (703) 790-9863
e-mail: dinuccilaw@outlook.com