IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| ELIZABETH SINES ET AL. | : | Case No. 3:17-CV-72 |
| Plaintiff | : | Judge MOON |
| | : | |
| -v- | | |
| JASON KESSLER ET AL. | : | |
| | : | |
| Defendants | | |

___

### *SECOND* MOTION TO WITHDRAW AS COUNSEL
___

Now come undersigned Counsel and move to withdraw as Attorneys for defendants Robert Ray and Matthew Heimbach.

Respectfully Submitted,

s/ **Elmer Woodard**
ELMER WOODARD (VSB 27734)
5661 US Hwy 29
Blairs, Va. 24527
(434) 878-3422
isuecrooks@comcast.net
*Trial Attorney for Defendant*

S/ **James E. Kolenich** (PHV)
KOLENICH LAW OFFICE
9435 Waterstone Blvd. #140
Cincinnati OH 45249
Phone: 513.444.2150
Fax: 513.297.6065
e-mail: Jek318@gmail.com
Trial Attorney for
Defendants

CERTIFICATE OF SERVICE

I hereby certify this Notice and all accompanying documents were served via the Court's ECF system on November 5, 2018 upon:

All parties of record. No party is entitled to or has requested service by other means except as listed below.

Mr. Robert Ray via electronic mail at REDACTED.
Mr. Matthew Heimbach via electronic mail at REDACTED.

s/ **James E. Kolenich**
_____
J. Kolenich (77084)

2
Case 3:17-cv-00072-NKM-JCH   Document 372   Filed 11/05/18   Page 2 of 2   Pageid#: 3634