CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
11/09/2018
JULIA C. DUDLEY, CLERK
BY: /s/ J. Jones
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| ELIZABETH SINES, SETH WISPELWEY, MARISSA BLAIR, TYLER MAGILL, APRIL MUNIZ, HANNAH PEARCE, MARCUS MARTIN, NATALIE ROMERO, CHELSEA ALVARADO, and JOHN DOE,<br><br>Plaintiffs,<br><br>v.<br><br>JASON KESSLER, RICHARD SPENCER, CHRISTOPHER CANTWELL, JAMES ALEX FIELDS, JR., VANGUARD AMERICA, ANDREW ANGLIN, MOONBASE HOLDINGS, LLC, ROBERT "AZZMADOR" RAY, NATHAN DAMIGO, ELLIOT KLINE a/k/a ELI MOSLEY, IDENTITY EVROPA, MATTHEW HEIMBACH, MATTHEW PARROTT a/k/a DAVID MATTHEW PARROTT, TRADITIONALIST WORKER PARTY, MICHAEL HILL, MICHAEL TUBBS, LEAGUE OF THE SOUTH, JEFF SCHOEP, NATIONAL SOCIALIST MOVEMENT, NATIONALIST FRONT, AUGUSTUS SOL INVICTUS, FRATERNAL ORDER OF THE ALT-KNIGHTS, MICHAEL "ENOCH" PEINOVICH, LOYAL WHITE KNIGHTS OF THE KU KLUX KLAN, and EAST COAST KNIGHTS OF THE KU KLUX KLAN a/k/a EAST COAST KNIGHTS OF THE TRUE INVISIBLE EMPIRE,<br><br>Defendants. | Civil Action No. 3:17-cv-00072-NKM<br><br>**JURY TRIAL DEMANDED** |

STIPULATION AND [PROPOSED] ORDER CONCERNING
DEFENDANT SPENCER'S MOTION TO COMPEL (ECF 369)

WHEREAS on June 20, 2018, Defendant Richard Spencer served his First Request for Production of Documents to All Plaintiffs (the "Requests");

WHEREAS on July 23, 2018, Plaintiffs served their responses and objections to the Requests;

WHEREAS in August 2018 and October 2018, there was correspondence between Plaintiffs and Defendant Spencer concerning Plaintiffs' responses to the Requests;

WHEREAS on October 26, 2018, Defendant Spencer filed a Motion to Compel Production of Documents (the "Motion," ECF 369);

WHEREAS Plaintiffs have produced and are in the process of producing additional documents to Defendant Spencer and anticipate substantially completing the production of documents in their possession by November 20, 2018, but will continue producing additional non-privileged, responsive documents in a timely manner, if and when any such documents become available, throughout the above-captioned litigation;

IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned attorneys for the parties, that:

1. Defendant Spencer's Motion is withdrawn without prejudice to his filing a new or renewed motion to compel production from Plaintiffs, including to compel production from Plaintiffs in response to Requests to which Plaintiffs have objected, if, after Defendant Spencer has in good faith conferred or attempted to confer with Plaintiffs, the parties are not able to resolve the dispute; and

2. Plaintiffs need not file any opposition to the Motion.

Dated: November 8, 2018

_____
John A. DiNucci (VSB 29270)
8180 Greensboro Drive, Suite 1150
McLean, Virginia 22102
Telephone: (703) 821-4232
Fax: (703) 790-9863
dinuccilaw@outlook.com

*Counsel for Defendant Spencer*

_____
Roberta A. Kaplan (*pro hac vice*)
Julie E. Fink (*pro hac vice*)
Gabrielle E. Tenzer (*pro hac vice*)
Christopher B. Greene (*pro hac vice*)
Seguin L. Strohmeier (*pro hac vice*)
KAPLAN HECKER & FINK LLP
350 Fifth Avenue, Suite 7110
New York, NY 10118
Telephone: (212) 763-0883
rkaplan@kaplanhecker.com
jfink@kaplanhecker.com
gtenzer@kaplanhecker.com
cgreene@kaplanhecker.com
sstrohmeier@kaplanhecker.com

Karen L. Dunn (*pro hac vice*)
William A. Isaacson (*pro hac vice*)
Jessica E. Phillips (*pro hac vice*)
BOIES SCHILLER FLEXNER LLP
1401 New York Ave, NW
Washington, DC 20005
Telephone: (202) 237-2727
Fax: (202) 237-6131
kdunn@bsfllp.com
wisaacson@bsfllp.com
jphillips@bsfllp.com

Yotam Barkai (*pro hac vice*)
BOIES SCHILLER FLEXNER LLP
575 Lexington Ave.
New York, NY 10022
Telephone: (212) 446-2300
Fax: (212) 446-2350
ybarkai@bsfllp.com

Robert T. Cahill (VSB 38562)
COOLEY LLP
11951 Freedom Drive, 14th Floor
Reston, VA 20190-5656
Telephone: (703) 456-8000
Fax: (703) 456-8100
rcahill@cooley.com

3

Alan Levine (*pro hac vice*)
Phil Bowman (*pro hac vice*)
COOLEY LLP
1114 Avenue of the Americas, 46th Floor
New York, NY 10036
Telephone: (212) 479-6260
Fax: (212) 479-6275
alevine@cooley.com
pbowman@cooley.com

David E. Mills
COOLEY LLP
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004
Telephone: (202) 842-7800
Fax: (202) 842-7899
dmills@cooley.com

Ben Rottenborn
WOODS ROGERS PLC
10 S. Jefferson Street, Suite 1400
Roanoke, VA 24011
Telephone: (540) 983-7540
Fax: (540) 983-7711
brottenborn@woodsrogers.com

*Counsel for Plaintiffs*

November 9th, 2018

SO ORDERED: _____
Hon. Joel C. Hoppe, U.S.M.J.

4