| Description | Appearance Sheet For the United States District Court Western District of Virginia Charlottesville Division; Sines et al v. Kessler et al; Case No. 3:17CV72; Date: 11/9/18; Type of Hearing: Telephonic Motion Hearing: Parties: 1. Joel C. Hoppe, USMJ; 2. Roberta Kaplan; 3. Gabrielle Tenzer; 4. Philip Bowman; 5. James Kolenich; 6. John DiNucci; 7. Bryan Jones; 8. David Campbell; Recorded by Heidi N. Wheeler; Time in Court: 56 min |
|---|---|
| Date | 11/9/2018 **Location** [CVILLE-3FTR] |

Appearance Sheet For the United States District Court Western District of Virginia C[CVILLE-3FTR]

| Time | Speaker | Note |
| --- | --- | --- |
| 2:32:45 PM | 1 | |
| 2:35:02 PM | 1,2,3,4,5 | Roberta Kaplan, Gabrielle Tenzer, Philip Bowman, James Kolenich |
| 2:35:07 PM | 1, | |
| 2:35:08 PM | 6 | John DiNucci |
| 2:35:17 PM | 1 | |
| 2:35:19 PM | 7 | Bryan Jones |
| 2:35:28 PM | 1 | |
| 2:35:31 PM | 8 | David Campbell |
| 2:35:42 PM | 1 | |
| 2:36:16 PM | 9 | |
| 2:36:17 PM | 1 | |
| 2:36:49 PM | 3 | Gabrielle Tenzer |
| 2:37:19 PM | 1,3,1,3 | |
| 2:39:49 PM | 1 | |
| 2:40:11 PM | 3 | |
| 2:40:53 PM | 1 | |
| 2:41:04 PM | 3 | |
| 2:41:15 PM | 1,5 | |
| 2:42:08 PM | 1,5 | |
| 2:43:19 PM | 1,5 | |
| 2:44:47 PM | 1,3,1 | |
| 2:45:08 PM | 5 | |
| 2:46:13 PM | 1,5 | |
| 2:47:33 PM | 1,3 | |
| 2:48:15 PM | 1,5 | |
| 2:49:29 PM | 1,6 | |
| 2:51:17 PM | 1,6 | |
| 2:53:58 PM | 1,6 | |
| 2:55:06 PM | 1,3 | |
| 2:56:08 PM | 1,6 | |
| 2:58:14 PM | 1,3 | |
| 2:58:50 PM | 1,6,3 | |
| 3:00:57 PM | 1,6 | |
| 3:02:17 PM | 1,6 | |
| 3:02:46 PM | 1,3 | |
| 3:03:03 PM | 6,1,3,6 | |
| 3:03:23 PM | 1,6 | |
| 3:04:40 PM | 1,3 | |
| 3:05:31 PM | 1,6 | |
| 3:07:15 PM | 1,6 | |
| 3:08:42 PM | 3,6 | |

Appearance Sheet For the United States District Court Western District of Virginia C[CVILLE-3FTR]

| Time | | |
|---|---|---|
| 3:08:44 PM | 1,3 | |
| 3:09:22 PM | 1,6 | |
| 3:09:24 PM | 1,7 | |
| 3:10:03 PM | 1,8 | |
| 3:10:18 PM | 1,3 | |
| 3:11:00 PM | 1 | Remarks by Court |
| 3:14:15 PM | 3 | |
| 3:14:15 PM | 1 | |
| 3:15:16 PM | 1,3 | |
| 3:15:17 PM | 1,5 | |
| 3:15:22 PM | 1,6 | |
| 3:15:30 PM | 1,7 | |
| 3:15:35 PM | 1,5,6 | |
| 3:16:20 PM | 1,7 | |
| 3:16:41 PM | 1,6 | |
| 3:17:08 PM | 1,4 | Consents |
| 3:19:38 PM | 1,7 | |
| 3:20:00 PM | 1,5 | |
| 3:21:13 PM | 1,5 | |
| 3:22:10 PM | 1 | |
| 3:23:01 PM | 1,6,5 | |
| 3:23:38 PM | 1 | |
| 3:24:16 PM | 2 | |
| 3:25:03 PM | 1,3 | |
| 3:25:06 PM | 1,5 | |
| 3:25:35 PM | 1,3 | |
| 3:26:12 PM | 1 | Court needs contact information for Mosley |
| 3:26:54 PM | 5,1 | |
| 3:27:15 PM | 1,5 | |
| 3:28:00 PM | 1,6, | |
| 3:28:08 PM | 1,7 | |
| 3:28:13 PM | 1,8 | |
| 3:28:21 PM | 1 | |
| 3:28:32 PM | 1 | Order will issue |
| 3:28:57 PM | END | |