# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESAVILLE DIVISION

**Elizabeth Sines, et al**

vs.

**Jason Kessler, et al**

Action No:   3:17CV00072
Date:   11/9/2018
Judge:   Joel C. Hoppe, USMJ
Court Reporter:   Heidi N. Wheeler
Deputy Clerk:   H. Wheeler/FTR

Plaintiff Attorney(s)
Roberta Kaplan
Gabrielle Tenzer
Philip Bowman

Defendant Attorney(s)
James Kolenich
John DiNucci
Bryan Jones
David Campbell

## LIST OF WITNESSES

PLAINTIFF/GOVERNMENT:
1.

DEFENDANT:
1.

PROCEEDINGS:
TELEPHONIC MOTION HEARING    2:32-3:28=56 MIN

Parties present through counsel for Telephonic motion hearing

Motion [354] argued by counsel

Remarks by Court.

Order will issue.