CLERKS OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
12/12/2018
JULIA C. DUDLEY, CLERK
BY: /s/ J. JONES
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| ELIZABETH SINES et al., <br>     Plaintiffs, <br> v. <br> JASON KESSLER et al., <br>     Defendants. | Civil Action No. 3:17-cv-00072 <br><br> ORDER <br><br> By:   Joel C. Hoppe <br>        United States Magistrate Judge |

This matter is before the Court on the second motion to withdraw as counsel for Defendants Matthew Heimback and Robert Azzmador Ray, ECF No. 372, and various discovery matters. On December 12, 2018, the Court held a conference call on the record, and counsel for Ray and Heimbach as well as counsel for Plaintiffs participated.[1] During the conference call, the Court made the following rulings:

    1. Defendant Ray is directed to sign the consent form allowing Discord to produce any discoverable documents or electronically stored information in response to Plaintiffs' subpoena duces tecum. Any production of documents by Discord pursuant to Ray's consent shall be made only to counsel for Ray, James Edward Kolenich, Kolenich Law Office, 9435 Waterstone Blvd., Suite 140, Cincinnati, OH 45249. Within fourteen (14) days of receiving documents from Discord, Ray's counsel shall produce to Plaintiffs' counsel all non-privileged documents, and for any documents withheld, counsel shall submit the documents to the Court for in camera review and file a brief explaining why they were withheld. Within fourteen (14) days of service of Ray's brief, Plaintiffs may file a brief in opposition.

    2. The Court takes the second motion to withdraw under advisement. In two weeks, the Court will hold a conference call with Ray, Heimbach, their counsel, and Plaintiffs' counsel

---

[1] Counsel for James Alex Fields, Jr., and Richard Spencer also appeared.

1

regarding Ray and Heimbach's compliance with the Stipulation and Order entered on November 19, 2018, ECF No. 383, and on the second motion to withdraw.

Additionally, during the forthcoming conference call, the Court will address Defendant Elliot Kline's compliance with the Stipulation and Order and whether he agrees to sign the Discord consent form.

It is so ORDERED.

ENTER: December 12, 2018

Joel C. Hoppe
U.S. Magistrate Judge