# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# HARRISONBURG DIVISION

**Elizabeth Sines, et al**

vs.

**Jason Kessler, et al**

Action No:   3:17cv00072
Date:   12/12/18
Judge:   Joel C. Hoppe, USMJ
Court Reporter:   Karen Dotson, FTR
Deputy Clerk:   Karen Dotson

Plaintiff Attorney(s)
Roberta Kaplan, Gabrielle Tenzer, Philip Bowman, Chris Greene, Alan Levine, Yotam Barkai

Defendant Attorney(s)
James Kolenich, John DiNucci, David Campbell

## LIST OF WITNESSES

PLAINTIFF/GOVERNMENT:
1.

DEFENDANT:
1.

PROCEEDINGS:

Motion Hearing - #372 Motion to Withdraw as counsel

Parties discuss Discord, subpoena on discord
Defense arges motion to withdraw as counsel for dfts Ray and Heimbach
Plaintiff aruges for Mr. Kolenich to stay in the case to represent dfts Ray and Heimbach
Court wants plaintiff's counsel, Mr. Ray and Mr. Heimbach on phone with Mr. Kolenich to discuss representation
Parties discuss ESI

Time in Court: 2:37 - 3:26 = 49 minutes