APPEARANCE SHEET
FOR THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

Elizabeth Sines, et al ) CASE NO.: 3:17CV00072
v. ) DATE: 12/12/18
Jason Kessler, et al )

TYPE OF HEARING: _____

Time in Court: 2:37-3:26 = 49 min

**PARTIES/SPEAKERS:**

1. USMJ – Joel C. Hoppe
2. AUSA – Grayson Hoffman
3. James Kolenich
4. Gabrielle Tenzer
5. Roberta Kaplan
6. Chris Green
7. Alan Levine
8. James Kolenich
9. David Campbell
10. Yotam Barkai
11.
12.
13.
14.
15.
16.

CD NO(S). Courtroom 2        RECORDED BY: Karen Dotson

| Index No. | Spkr. | Index No. | Spkr. | Index No. | Spkr. | Index No. | Spkr. | Index No. | Spkr. |
|---|---|---|---|---|---|---|---|---|---|
| 2:37 | 1,4,5,1 | 47 | 8 | 3:01 | 1 | 13 | 1 | 24 | 5 |
| 38 | 7,1,1 | 48 | 1,5 | 2 | 4, | 15 | 8 | 25 | 1,5 |
| 38 | 9,1 | 50 | 1,8 | | 1 ? | 16 | 1,8 | 26 | 1,8 |
| 39 | 4 | 51 | 1, | 3 | 1,8 | 17 | 1 | | 1,4 |
| 41 | 1,4 | 52 | 8 | | 1, | 18 | 5 | | 5,1 |
| 42 | 1,4 | 53 | 5,8 | 4 | 8, | 19 | 8,5 | | |
| | 1,8 | 54 | 5,8 | 6 | 1,8 | | 1 | | |
| | 1,8 | 55 | 1 | | 1,8 | 22 | 8,1 | | |
| 43 | 1,3 | 57 | 8. | 8 | 1,8 | | 8,1 | | |
| 44 | 1,4 | 58 | 5,8 | 9 | 1 | 23 | 8,1 | | |
| 45 | 1, | | 5 | 10 | 5 | | 8,1 | | |