IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| **ELIZABETH SINES ET AL.,** | : | CASE NO: 3:17cv00072 |
| **Plaintiff** | : | (J. Moon, Magistrate J. Hoppe) |
| | : | |
| vs. | : | **SUGGESTION OF BANKRUPTCY** |
| | : | |
| **JASON KESSLER et al.,** | : | |
| **Defendants** | : | |

_____

    Notice is hereby given that defendant Nathan Damigo did file a Chapter 7 Bankruptcy petition on January 2, 2019. The petition was filed in the United States Bankruptcy Court for the Eastern District of California at Modesto and was assigned case number 19-90003.

    Pursuant to 11 USC §362(a) of the Bankruptcy Code, the filing of the bankruptcy petition operates as an automatic stay of "the commencement or continuation, including issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title."

    Defendant reserves his right to bring an action in the Bankruptcy Court for any violation of the automatic stay under said section 362(a).

                                                              Respectfully Submitted,

                                                             s/ James E. Kolenich PHV_____
                                                              James E. Kolenich

 Ohio Bar Number: 0077084
Attorney for Nathan Damigo
KOLENICH LAW OFFICE
9435 Waterstone Blvd. #140
Cincinnati, OH 45249
(513) 444-2150
(513) 297-6065 (fax)
Email: Jek318@gmail.com

**CERTIFICATE OF SERVICE**

 I hereby certify that a true and correct copy of the foregoing was served via the Court's CM/ECF system on January 2, 2019. No party is entitled to or has requested service by other means.

 s/ James E. Kolenich PHV
 James E. Kolenich