| **Description** | Appearance Sheet for the United States District Court Western District of Virginia Charlottesville Division; Sines, et al v. Kessler, et al; Case No. 3:17CV72; Date: 1/4/19; Type of Hearing: Telephonic Motion/Discovery; Parties: 1. Joel C. Hoppe; 2. Gabrielle Tenzer; 3. James Kolenich; 4. Robert Ray; 5. Alan Levine; 6. John DiNucci; 7. David Mills; Roberta Kaplan; Recorded by: Heidi N. Wheeler; Time in Court: 38: min |
|---|---|
| **Date** | 1/4/2019 **Location** [CVILLE-3FTR] |

Appearance Sheet for the United States District Court Western District of Virginia C[CVILLE-3FTR]

| Time | Speaker | Note |
|---|---|---|
| 2:04:15 PM | 1 | |
| 2:04:33 PM | 2 | Gabrielle Tenzer |
| 2:04:51 PM | 1 | |
| 2:04:55 PM | 3 | James Kolenich |
| 2:05:02 PM | 1 | |
| 2:05:06 PM | 4 | Robert Ray |
| 2:05:48 PM | 1 | |
| 2:07:00 PM | 1 | |
| 2:07:07 PM | 3 | James Kolenich regarding BK of Damigo |
| 2:07:30 PM | 1 | |
| 2:07:36 PM | 5 | Alan Levine |
| 2:08:11 PM | 1 | Request to extend deadlines addressed |
| 2:08:56 PM | 5 | |
| 2:12:01 PM | 1 | |
| 2:12:13 PM | 5,1 | |
| 2:12:42 PM | 6 | John DiNucci |
| 2:12:49 PM | 7 | David Mills |
| 2:12:54 PM | 1 | |
| 2:13:42 PM | 3 | |
| 2:13:45 PM | 1 | |
| 2:14:02 PM | 3 | |
| 2:14:29 PM | 1 | |
| 2:14:33 PM | 6 | |
| 2:15:45 PM | 1 | |
| 2:15:57 PM | 2 | Gabrielle Tenzer |
| 2:16:56 PM | 1,2 | |
| 2:17:17 PM | 6,1 | |
| 2:17:23 PM | 6,1 | |
| 2:18:16 PM | 6,2 | |
| 2:19:23 PM | 1,2 | |
| 2:20:16 PM | 1,2 | |
| 2:20:44 PM | 1,2 | |
| 2:21:21 PM | 1,6 | |
| 2:22:03 PM | 1 | |
| 2:23:07 PM | 5,1 | Deadlines adjusted |
| 2:23:26 PM | 5,1,2 | |
| 2:24:56 PM | 1,2 | |
| 2:25:30 PM | 1,3 | |
| 2:26:22 PM | 1,3 | Mr. Heimbach has terminated Mr. Kolenich and Mr. Woodard as counsel |
| 2:27:22 PM | 5,1 | |
| 2:27:56 PM | 1,3 | |

Appearance Sheet for the United States District Court Western District of Virginia C[CVILLE-3FTR]

| Time | | |
|---|---|---|
| 2:28:19 PM | 1 | Motion to Withdraw as to Heimbach granted |
| 2:29:01 PM | 3,1 | Court needs contact information for Mr. Heimbach |
| 2:29:44 PM | 1,3 | As to Mr. Ray-under advisement status |
| 2:30:12 PM | 1,4 | Robert Ray |
| 2:32:25 PM | 1 | Motion taken under advisement |
| 2:33:54 PM | 3 | |
| 2:33:58 PM | 1,5 | Alan Levine |
| 2:36:17 PM | 1,3 | |
| 2:36:41 PM | 1,5,3 | |
| 2:37:19 PM | 5,1 | |
| 2:38:01 PM | 3,5 | |
| 2:38:40 PM | 1,4 | |
| 2:39:03 PM | 1,4,1,5 | |
| 2:40:10 PM | 1,8 | Roberta Kaplan |
| 2:41:06 PM | 1,5 | |
| 2:41:35 PM | 1,3 | |
| 2:41:40 PM | 1,6 | |
| 2:41:51 PM | 1,7 | David Mills |
| 2:42:01 PM | 1,5 | |
| 2:42:10 PM | 1 | Order will issue |
| 2:42:20 PM | END | |