# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

**Elizabeth Sines, et al**

vs.

**Jason Kessler, et al**

Action No:   3:17CV00072
Date:   1/4/2019
Judge:   Joel C. Hoppe
Court Reporter:   H. Wheeler/FTR
Deputy Clerk:   Heidi N. Wheeler

Plaintiff Attorney(s)

Gabrielle Tenzer
Alan Levine
David Mills
Roberta Kaplan

Defendant Attorney(s)

James Kolenich
Robert Ray ( party defendant )
John DiNucci

## LIST OF WITNESSES

PLAINTIFF/GOVERNMENT:

1.

DEFENDANT:

1.

PROCEEDINGS:
TELEPHONIC MOTION/DISCOVERY HEARING   2:04-2:42=38 min

Court will address several matters with parties-Motion to Withdraw, Discovery deadlines; Suggestion of Bankruptcy

Arguments heard

Remarks by Court

Order will issue