CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
01/04/2019

JULIA C. DUDLEY, CLERK
BY: /s/ H. Wheeler
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | | |
|---|---|---|
| ELIZABETH SINES et al., ) | | |
| Plaintiffs, ) | Civil Action No. 3:17-cv-00072 | |
| ) | | |
| v. ) | ORDER | |
| ) | | |
| JASON KESSLER et al., ) | By: Joel C. Hoppe | |
| Defendants. ) | United States Magistrate Judge | |

This matter is before the Court on a second motion to withdraw as counsel for Defendants Matthew Heimbach and Robert Azzmador Ray, ECF No. 372, and Plaintiffs' request to extend the deadline for fact discovery, ECF No. 393. On January 4, 2019, the Court held a conference call on the record, and counsel for Mr. Ray and Mr. Heimbach as well as counsel for Plaintiffs appeared.[1] For the reasons stated on the record during the hearing, it is hereby ORDERED:

1. The second motion to withdraw as counsel, ECF No. 372, is GRANTED with respect to Mr. Heimbach, and TAKEN UNDER ADVISEMENT with respect to Mr. Ray. During the hearing, counsel for Mr. Heimbach informed the Court that Mr. Heimbach recently terminated counsel's services and cut off all communication with them. For good cause shown, counsel is permitted to withdraw as Mr. Heimbach's counsel of record in this matter. W.D. Va. Gen. R. 6(i). Within seven (7) days from the date of this Order, counsel shall provide the Court and Plaintiffs' counsel with Mr. Heimbach's last known contact information. Counsel shall also inform Mr. Heimbach that Mr. Heimbach is currently not represented by any attorney in this matter. The Court continues to take counsel's motion under advisement with respect to Mr. Ray. *See* ECF No. 388.

---

[1] Mr. Ray and counsel for Defendant Richard Spencer also participated. Mr. Heimbach did not appear. *See* ECF Nos. 388, 389.

2. For good cause shown, the deadline to complete fact discovery is extended to April 17, 2019. All other deadlines remain in effect. ECF Nos. 101, 328, 329.

It is so ORDERED.

ENTER: January 4, 2019

*[signature: Joel C. Hoppe]*

Joel C. Hoppe
U.S. Magistrate Judge