IN THE
UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA

**ELIZABETH SINES**     **NOTICE**
                        CASE NO.: 3:17CV00072

  v.

**JASON KESSLER, ET AL**

___

**TYPE OF CASE:**
    **X** CIVIL    CRIMINAL

___

**TYPE OF PROCEEDING:**
    CONFERENCE CALL
 with plaintiff's counsel, Mr. Mosley and Mr. Heimbach re: discovery issues

___

**X** **TAKE NOTICE** that the proceeding in this case has been **SCHEDULED** as indicated below:

___

**DATE:** February 8, 2019
**TIME:** 1:00 P.M.

**DIAL IN NUMBER:** _____, **CONFERENCE ID:** _____

*Please do not dial in more than 10 minutes prior to scheduled call

___

             JULIA C. DUDLEY, CLERK OF COURT

DATE: February 4, 2019      By: s/ Karen Dotson
               DEPUTY CLERK

To: Hon. Moon
   Hon. Hoppe
   All counsel of record
   Mr. Mosley
   Mr. Heimbach
   File