UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| ELIZABETH SINES, SETH WISPELWEY, MARISSA BLAIR, TYLER MAGILL, APRIL MUNIZ, HANNAH PEARCE, MARCUS MARTIN, NATALIE ROMERO, CHELSEA ALVARADO, and JOHN DOE,<br><br>Plaintiffs,<br><br>v.<br><br>JASON KESSLER, RICHARD SPENCER, CHRISTOPHER CANTWELL, JAMES ALEX FIELDS, JR., VANGUARD AMERICA, ANDREW ANGLIN, MOONBASE HOLDINGS, LLC, ROBERT "AZZMADOR" RAY, NATHAN DAMIGO, ELLIOT KLINE a/k/a ELI MOSLEY, IDENTITY EVROPA, MATTHEW HEIMBACH, MATTHEW PARROTT a/k/a DAVID MATTHEW PARROTT, TRADITIONALIST WORKER PARTY, MICHAEL HILL, MICHAEL TUBBS, LEAGUE OF THE SOUTH, JEFF SCHOEP, NATIONAL SOCIALIST MOVEMENT, NATIONALIST FRONT, AUGUSTUS SOL INVICTUS, FRATERNAL ORDER OF THE ALT-KNIGHTS, MICHAEL "ENOCH" PEINOVICH, LOYAL WHITE KNIGHTS OF THE KU KLUX KLAN, and EAST COAST KNIGHTS OF THE KU KLUX KLAN a/k/a EAST COAST KNIGHTS OF THE TRUE INVISIBLE EMPIRE,<br><br>Defendants. | Civil Action No. 3:17-cv-00072-NKM |

**AFFIDAVIT OF TYLER MAGILL**

I, Tyler Magill, being duly sworn, hereby depose and state the following under penalty of perjury:

1. I make this affidavit based on personal knowledge.

2. In January 2019, attorneys from Kaplan Hecker & Fink LLP informed me that a conflict had arisen between their representation of me and their representation of other plaintiffs in this case and that, as a result, they could no longer represent me.

3. I subsequently sought counsel from a separate attorney regarding the matter.

4. After consultation with that lawyer and careful consideration, I have decided to withdraw from this case and voluntarily dismiss my claims.

Dated: February 7, 2019

New York, New York

_____
Tyler Magill

Commonwealth of Virginia
City of Charlottesville

Sworn to before me this 7 day of February, 2019

_____
Notary public

BRENDA E. CASTANEDA
NOTARY PUBLIC
REGISTRATION # 7208408
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES
DECEMBER 31, 2022

## CERTIFICATE OF CONFORMITY

On the 7th day of February in the year 2019, before me, the undersigned, personally appeared Mr. Tyler Magill, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his individual capacity, and that by his signature on the instrument, the individual executed the instrument.

_____
Notary Public

BRENDA E. CASTANEDA
NOTARY PUBLIC
REGISTRATION # 7208408
COMMONWEALTH OF VIRGINIA
MY COMMISSION EXPIRES
DECEMBER 31, 2022