UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| ELIZABETH SINES, SETH WISPELWEY, MARISSA BLAIR, TYLER MAGILL, APRIL MUNIZ, HANNAH PEARCE, MARCUS MARTIN, NATALIE ROMERO, CHELSEA ALVARADO, and JOHN DOE,<br><br>Plaintiffs,<br><br>v.<br><br>JASON KESSLER, RICHARD SPENCER, CHRISTOPHER CANTWELL, JAMES ALEX FIELDS, JR., VANGUARD AMERICA, ANDREW ANGLIN, MOONBASE HOLDINGS, LLC, ROBERT "AZZMADOR" RAY, NATHAN DAMIGO, ELLIOT KLINE a/k/a ELI MOSLEY, IDENTITY EVROPA, MATTHEW HEIMBACH, MATTHEW PARROTT a/k/a DAVID MATTHEW PARROTT, TRADITIONALIST WORKER PARTY, MICHAEL HILL, MICHAEL TUBBS, LEAGUE OF THE SOUTH, JEFF SCHOEP, NATIONAL SOCIALIST MOVEMENT, NATIONALIST FRONT, AUGUSTUS SOL INVICTUS, FRATERNAL ORDER OF THE ALT-KNIGHTS, MICHAEL "ENOCH" PEINOVICH, LOYAL WHITE KNIGHTS OF THE KU KLUX KLAN, and EAST COAST KNIGHTS OF THE KU KLUX KLAN a/k/a EAST COAST KNIGHTS OF THE TRUE INVISIBLE EMPIRE,<br><br>Defendants. | **Civil Action No. 3:17-cv-00072-NKM** |

**AFFIRMATION OF MICHAEL L. BLOCH**

I, Michael L. Bloch, affirm this 7th day of February, 2019, under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the following is true and correct:

1. I am a member of the Bar of the State of New York in good standing. I have applied to appear *pro hac vice* before this Court for and on behalf of the Plaintiffs in the above-captioned action. I am Counsel at the law firm Kaplan Hecker & Fink LLP, one of the three law firms representing the Plaintiffs in this action.

2. I respectfully submit this Affirmation in support of Tyler Magill's Motion to Withdraw and Voluntarily Dismiss his claims without prejudice.

3. In early January 2019, we informed Mr. Magill that a conflict had arisen between our representation of him and our representation of the other plaintiffs, and that as a result, we would be seeking the Court's permission to withdraw from representing him.

4. We encouraged Mr. Magill to seek advice from separate counsel regarding whether or not he should continue as a Plaintiff in the matter with another attorney.

5. It is my understanding that Mr. Magill took our advice and sought the advice of other counsel. After doing so, he decided to voluntarily withdraw from the case and he authorized us to file this motion on his behalf.

Dated: February 7, 2019

New York, New York

Michael L. Bloch