| **Description** | Appearance Sheet for the United States District Court Western District of Virginia Charlottesville Division; Sines v. Kessler; Case No.: 3:17CV72; Date: 2/8/19; Type of Hearing: Telephonic Disc  Parties: 1. USMJ Joel C. Hoppe, 2. Roberta Kaplan; 3. Gabrielle Tenzer; 4. Yotam Barkai; 5. Unidentified speaker;  Recorded by H. Wheeler; Time in Court: 7 min |
|---|---|
| **Date** | 2/8/2019   **Location**  [CVILLE-3FTR] |

Appearance Sheet for the United States District Court Western District of Virginia C[CVILLE-3FTR]

| Time | Speaker | Note |
| --- | --- | --- |
| 1:01:12 PM | 1 | |
| 1:01:21 PM | 2 | Robbie Kaplan |
| 1:01:34 PM | 3 | Gabrielle Tenzer |
| 1:01:53 PM | 1 | |
| 1:02:49 PM | 2 | |
| 1:02:50 PM | 1 | |
| 1:03:28 PM | 2 | |
| 1:04:34 PM | 1 | |
| 1:04:59 PM | 4 | Yotam Barkai |
| 1:05:08 PM | 1,3 | |
| 1:06:02 PM | 1,3 | |
| 1:06:17 PM | 1,3 | |
| 1:07:00 PM | 1,5 | unknown speaker |
| 1:07:30 PM | 3 | |
| 1:07:42 PM | 1,3 | |
| 1:08:02 PM | 1 | |
| 1:08:17 PM | END | |
| 1:13:14 PM | | |