# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

**Elizabeth Sines, et al**

vs.

**Jason Kessler, et al**

Action No: 3:17CV72
Date: 2/8/2019
Judge: Joel C. Hoppe, USMJ
Court Reporter: H. Wheeler/FTR
Deputy Clerk: Heidi N. Wheeler

Plaintiff Attorney(s)

Gabrielle Tenzer, Roberta Kaplan, Alan Levine, Yotam Barkai

Defendant Attorney(s)

None present when roll called

## LIST OF WITNESSES

PLAINTIFF/GOVERNMENT:

1.

DEFENDANT:

PROCEEDINGS:
TELEPHONIC STATUS CONFERENCE        1:01-1:08= 7 MIN

Roll called by Court, no parties dialed in on befhalf of the defendants that were notified of this matter.

Procedural issues addressed briefly.

Time in Court: