| **Description** | Appearance Sheet for the United States District Court Western District of Virginia Charlottesville Division; Sines, et al v. Kessler, et al; Case No: 3:17CV72; Date: 2/12/19; Type of Hearing: Telephonic Discovery; Parties: 1. Joel C. Hoppe, USMJ, 2.Gabrielle Tenzer ; 3. Jessica Phillips ; 4. Alan Levine, 5. James Kolenich, 6. John Dinucci, 7. Bryan Jones, 8. Dave Cambell; Recorded by: Heidi N. Wheeler; Time in Court:  29 min |
|---|---|
| **Date** | 2/12/2019 **Location** [CVILLE-3FTR] |

Appearance Sheet for the United States District Court Western District of Virginia C[CVILLE-3FTR]

| Time | Speaker | Note |
| --- | --- | --- |
| 12:31:48 PM | 1 | |
| 12:32:10 PM | 2 | Garbrielle Tenzer with Christopher Greene |
| 12:32:24 PM | 3 | Jessica Phillips ? |
| 12:32:35 PM | 4 | Alan Levine with Michael Bloch |
| 12:32:40 PM | 1 | |
| 12:32:53 PM | 5 | James Kolenich |
| 12:33:03 PM | 1 | |
| 12:33:04 PM | 6 | John DiNucci |
| 12:33:09 PM | 1 | |
| 12:33:17 PM | 7 | Bryan Jones |
| 12:33:21 PM | 1 | |
| 12:33:23 PM | 8 | David Campbell |
| 12:33:36 PM | 1 | |
| 12:34:44 PM | 2 | Gabrielle Tenzer |
| 12:37:34 PM | 1 | |
| 12:37:38 PM | 5 | James Kolenich |
| 12:39:31 PM | 1 | |
| 12:39:38 PM | 6 | John DiNucci |
| 12:40:39 PM | 1 | |
| 12:40:51 PM | 6 | |
| 12:41:02 PM | 1 | |
| 12:41:07 PM | 2 | Gabrielle Tenzer |
| 12:42:01 PM | 1 | |
| 12:42:10 PM | 7, 8 | |
| 12:42:32 PM | 1 | |
| 12:44:08 PM | 6 | |
| 12:44:42 PM | 2 | |
| 12:44:57 PM | 1 | |
| 12:45:06 PM | 6 | |
| 12:45:07 PM | 1 | |
| 12:45:42 PM | 5 | |
| 12:46:23 PM | 1 | |
| 12:46:26 PM | 6 | |
| 12:46:35 PM | 1 | |
| 12:46:47 PM | 7 | |
| 12:47:18 PM | 1 | |
| 12:48:08 PM | 2 | |
| 12:48:35 PM | 1 | |
| 12:48:37 PM | 6 | |
| 12:49:02 PM | 2 | |
| 12:49:25 PM | 1 | |
| 12:49:45 PM | 6 | |

Appearance Sheet for the United States District Court Western District of Virginia C[CVILLE-3FTR]

| Time | | |
|---|---|---|
| 12:49:48 PM | 5 | |
| 12:49:58 PM | 7 | |
| 12:50:00 PM | 8 | |
| 12:50:02 PM | 1 | |
| 12:50:52 PM | 2 | |
| 12:51:30 PM | 1 | |
| 12:51:37 PM | 5,1 | |
| 12:53:04 PM | 5 | |
| 12:53:16 PM | 2 | |
| 12:53:58 PM | 1 | |
| 12:54:15 PM | 2,1 | |
| 12:54:42 PM | 5,2 | |
| 12:55:07 PM | 1,5 | |
| 12:55:29 PM | 1,2 | |
| 12:56:59 PM | 1,2 | |
| 12:57:27 PM | 1,5 | |
| 12:57:30 PM | 1,6 | |
| 12:57:36 PM | 1,7 | |
| 12:57:46 PM | 1,2 | |
| 12:58:04 PM | 8 | |
| 12:58:11 PM | 1 | 3:00 next Thursday |
| 12:58:34 PM | 6,1 | |
| 12:58:54 PM | 1,2 | |
| 1:00:24 PM | 1 | |
| 1:00:38 PM | 1 | |
| 1:00:48 PM | END | |