# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

**Elizabeth Sines, et al**

vs.

**Jason Kessler, et al**

Action No: 3:17CV00072
Date: 2/12/2019
Judge: Joel C. Hoppe, USMJ
Court Reporter: H. Wheeler/FTR
Deputy Clerk: Heidi N. Wheeler

Plaintiff Attorney(s)

Gabrielle Tenzer (with Christopher Greene)
Jessica Phillips
Alan Levine ( with Michael Bloch )

Defendant Attorney(s)

James Kolenich
John DiNucci
Bryan Jones
David Campbell

## LIST OF WITNESSES

PLAINTIFF/GOVERNMENT:

1.

DEFENDANT:

PROCEEDINGS:
TELEPHONIC DISCOVERY HEARING   12:31-1:00= 29 MIN

Parties appearing by telephone conference to address discovery issues relating to 3rd party vendors, electronic devices and review of documents.

Final matters addressed.

Further hearing to be held next Thursday at 3:00 pm.