CLERKS OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
02/15/2019
JULIA C. DUDLEY, CLERK
BY: /s/ J. JONES
DEPUTY CLERK

1 James Hart Stern
2 12625 Frederick Street Ste I-5
  Moreno Valley, California 92553
3 jamesstern@thejamesstern.com

4

5  UNITED STATES DISTRICT COURT

6  FOR THE WESTERN DISTRICT OF VIRGINIA

7  CHARLOTTESVILLE DIVISION

8

| Elizabeth Sines, ET, AL | Case No.: 3:17-cv-00072-NKM |
|---|---|
| Plaintiff, | |
| vs | SUBTITUTION OF ATTORNEY-CIVIL |
| NATIONAL SOCIALIST MOVEMENT, | |
| Defendant | |

THE COURT AND ALL PARTIES THAT James Hart Stern. President/Director of the National Socialist Movement makes the following substitution:

**Former legal representative:**
James E. Kolenich, Kolenich Law Office (Pro Hac) 9435 Waterstone Blvd. #140 Cincinnati, OH. 45249.

**Former legal representative:**
Elmer Woodard 5661 US-291 Blairs Virginia 24527

**New legal representative:**
James Hart Stern 12625 Frederick Street Ste I-5 Moreno Valley California 92553

The party making this substitution is a defendant.

I consent to this substitution.
February 11, 2019

SIGNITURE OF PARTY

SUBTITUTION OF ATTORNEY-CIVIL - 1