CLERKS OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
02/19/2019
JULIA C. DUDLEY, CLERK
BY: /s/ J. JONES
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

ELIZABETH SINES, ET AL.,

    *Plaintiffs,*

v.

JASON KESSLER, ET AL.,

    *Defendants.*

CASE NO. 3:17-CV-00072

ORDER

JUDGE NORMAN K. MOON

In accordance with the accompanying memorandum opinion, the Court hereby **DENIES** Michael Peinovich's motions to quash Plaintiffs' subpoenas, (dkt. 226), and to compel Plaintiffs' compliance with Fed. R. Civ. P. 45, (dkt. 229). Peinovich's objections to U.S. Magistrate Judge Hoppe's opinion denying the aforementioned motions, (dkt. 309), are hereby **OVERRULED.**

It is so **ORDERED**.

The Clerk of the Court is hereby directed to send a certified copy of this Order to Michael Peinovich and all counsel of record.

Entered this 19th day of February, 2019.

                                                               /s/ Norman K. Moon
                                                               NORMAN K. MOON
                                                               SENIOR UNITED STATES DISTRICT JUDGE