Jeff Schoep
PO. Box 13768
Detroit, MI. 48213
commander@newsaxon.org

CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
FEB 19 2019
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF VIRGINIA

CHARLOTTESVILLE DIVISION

| | |
|---|---|
| Elizabeth Sines, ET, AL | Case No.: 3:17-cv-00072-NKM |
| Plaintiff, | |
| vs | SUBTITUTION OF ATTORNEY-CIVIL |
| JEFF SCHOEP, | |
| Defendant | |

THE COURT AND ALL PARTIES THAT JEFF SCHOEP makes the following substitution:

**Former legal representative:**
James E. Kolenich, Kolenich Law Office (Pro SE)9435 Waterstone Blvd. #140Cincinnati, OH. 45249.

**Former legal representative:** Elmer Woodard 5661 US-291 Blairs Virginia 24527

**New legal representative:** Jeff Schoep PO. Box 13768 Detroit, MI. 48213 (Pro SE)

The party making this substitution is a defendant.

I consent to this substitution.
February 11, 2019

SIGNATURE OF PARTY

SUBTITUTION OF ATTORNEY-CIVIL - 1

Jeff Schoep
PO Box 13768
Detroit, MI 48213

To:
Clerks office
255 W main St
Room 304
Charlottesville, VA 22902

