# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| **ELIZABETH SINES et al.** | : | Case No. 3:17-cv-00072 |
| Plaintiff | : | Judge MOON |
| | : | |
| -v- | | |
| | : | |
| **JASON KESSLER et al.** | : | |
| | : | |
| Defendants | | |

___

## DECLARATION OF JAMES E. KOLENICH
___

Mr. James E. Kolenich, having been duly cautioned, declares and states as follows:

1. This declaration is based on personal knowledge.

2. I reviewed the public records of the State of Michigan on February 15, 2019 and verified that Mr. James Stern is the owner of defendant National Socialist Movement as of no later than January 11, 2019.

3. I requested clarification from Mr. Jeff Schoep, my only contact throughout this litigation with both defendants National Socialist Movement and Nationalist Front. Mr. Schoep is also an individual defendant.

4. Mr. Schoep responded by e-mail. While his response was not crystal clear on each and every particular, it did seem to confirm that Mr. Stern was authorized to act on behalf of NSM. It further was explicit in firing Mr. Woodard and myself from this case.

5. Mr. Woodard and I therefore must consider ourselves as fired/no longer authorized to act on behalf of defendants Jeff Schoep, National Socialist Movement, or Nationalist Front.

1

I declare under penalty of perjury that the foregoing is true and correct. Executed on February 21, 2019

                                                    s/ James E. Kolenich_____
                                                    James E. Kolenich