| **Description** | Appearance Sheet for the United States District Court Western District of Virginia Charlottesville Division; Sines, et al v. Kessler, et al; Case No: 3:17CV72; Date: 2/21/19; Telephonic Discovery Hearing; Parties: 1. Joel C. Hoppe, USMJ; 2. Gabrielle Tenzer, 3. David Milles, 4. James Kolenich, 5. John DiNucci, 6. Bryan Jones, 7. David Campbell,  Recorded by: Heidi N. Wheeler. Time in Court 28 min |
|---|---|
| **Date** | 2/21/2019   **Location**   [CVILLE-3FTR] |

Appearance Sheet for the United States District Court Western District of Virginia C[CVILLE-3FTR]

| Time | Speaker | Note |
|---|---|---|
| 3:06:02 PM | 1 | |
| 3:07:29 PM | 2 | Gabrielle Tenzer( With Michael Bloch and Yotam Barkai ) |
| 3:07:32 PM | 3 | David Milles |
| 3:07:33 PM | 4 | James Kolenich |
| 3:07:33 PM | 5 | John DiNucci |
| 3:07:35 PM | 6 | Bryan Jones |
| 3:07:36 PM | 7 | David Campbell |
| 3:07:38 PM | 1 | |
| 3:08:35 PM | 4 | |
| 3:08:37 PM | 1 | |
| 3:09:41 PM | 1 | Issues in Tenzer's email regarding 3rd party vendor |
| 3:10:10 PM | 2,1 | |
| 3:11:04 PM | 2 | |
| 3:11:26 PM | 1,4 | |
| 3:12:23 PM | 1,5 | |
| 3:13:26 PM | 1,6 | |
| 3:14:16 PM | 1,2 | |
| 3:15:09 PM | 1,4 | |
| 3:16:50 PM | 1,4 | |
| 3:17:49 PM | 4 | |
| 3:18:16 PM | 1,4 | |
| 3:18:43 PM | 1,4 | |
| 3:20:13 PM | 1,2 | documents / amounts |
| 3:21:39 PM | 1 | deadline for production/procedure for disputes |
| 3:22:20 PM | 1,2 | |
| 3:23:25 PM | 1,4 | |
| 3:24:01 PM | 1,5 | |
| 3:24:04 PM | 1,6 | |
| 3:24:10 PM | 1,2 | Twitter accounts addressed |
| 3:25:30 PM | 1 | |
| 3:25:49 PM | 2 | |
| 3:25:59 PM | 1,4 | |
| 3:26:04 PM | 1,5 | |
| 3:26:15 PM | 1,6 | |
| 3:26:25 PM | 1,7 | |
| 3:26:40 PM | 1,2 | Issue of schedule |
| 3:28:33 PM | 1,2 | |
| 3:29:25 PM | 1 | |
| 3:31:24 PM | 2 | |
| 3:31:59 PM | 1 | |
| 3:32:35 PM | 7 | |
| 3:33:22 PM | 1 | |

Appearance Sheet for the United States District Court Western District of Virginia C[CVILLE-3FTR]

| Time | |
|---|---|
| 3:33:31 PM | 7 |
| 3:33:32 PM | 1 |
| 3:34:01 PM | 2 |
| 3:34:03 PM | 1 |
| 3:34:04 PM | END |