# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

**Sines, et al**

vs.

**Kessler, et al**

Action No: 3:17CV00072
Date: 2/21/2019
Judge: Joel C. Hoppe, USMJ
Court Reporter: H. Wheeler/FTR
Deputy Clerk: Heidi N. Wheeler

Plaintiff Attorney(s)

Gabrielle Tenzer ( Michael Bloch, Yotam Barkai)
David Milles

Defendant Attorney(s)

James Kolenich
John DiNucci
Bryan Jones
David Campbell

## LIST OF WITNESSES

PLAINTIFF/GOVERNMENT:

1.

DEFENDANT:

1.

PROCEEDINGS:
TELEPHONIC DISCOVERY HEARING    3:06-3:34= 28 min

Court addresses motions by Stern and Schoep. A hearing will be set next week.

Court will take up the issues in the Tenzer email starting with the Third Party Vendor.

Documents- deadlines for production/procedures for disputes discussed.

Twitter accounts addressed

Issue of schedule discussed.