# EXHIBIT 10

|          |                                                         |
|----------|---------------------------------------------------------|
| **From:** | Christopher Greene |
| **To:** | jeffschoep@gmail.com |
| **Cc:** | Gabrielle E. Tenzer; Michael Bloch |
| **Subject:** | Sines v. Kessler |
| **Date:** | Wednesday, February 20, 2019 1:52:36 PM |
| **Attachments:** | Engagement Ltr - Sines v. Kessler 021519 03.pdf |

Mr. Schoep,

I represent the Plaintiffs in the *Sines* v. *Kessler* matter.  As you know, on November 19, 2018, the Court ordered each Defendant to turn over his electronic devices and social media accounts to a third-party vendor for the vendor to image the device and produce the relevant contents to the Plaintiffs in this case.  Before doing so, Defendants must sign the attached agreement.  Please let us know if you will execute the agreement.  If so, we will prepare a version for your signature.

Moreover, the parties have a call scheduled today at 2 pm eastern to discuss search terms and related issues.  If you are able to join that call, the dial in is (929) 294-2552; passcode 182426.  If you are not able to join at 2, please let us know a convenient time for us to speak either later today or tomorrow.

Regards,

**Christopher B. Greene** | **Kaplan Hecker & Fink LLP**
350 Fifth Avenue | Suite 7110
New York, New York 10118
(W) 929.294.2528 | (M) 646.856.6861
cgreene@kaplanhecker.com