# EXHIBIT 12


Log in

Sign up

Forgot your password?

Search

sign up



Join VK now to stay in touch with Jeff and millions of others.
Or log in, if you have a VK account.

Gifts 3

  

Noteworthy pages 27


NSM USA Public Action
America's Premier White Civil Rights Organization


NSM National Socialist Movement
Political Party


Северная Русь & Фенноскандия
Нордическая кровь – Новгородская вечевая традиция


HERITAGE & HATE
WHITE POWER!!


ВО "Ідея Нації"



**Jeff Schoep**
9 Aug 2017

Below you will find an article from the jewish adl hate site whining about the Unite the Right rally coming up this weekend. The NSM will be there along with our allies in the Nationalist Front Organizations. Come stand with us in defense of American Veterans, American Historical monuments, and freedom of speech. Do not "just show up", you will not be able to get in, if you are attending contact NSM Chief of Staff NOW. If you are not attending, are not sure, or maybe or might, DO NOT WASTE OUR TIME. Do not ask questions about meet up locations if you are not attending.

UNITE THE RIGHT - CHARLOTTESVILLE, VA - Announcement

On Saturday August 12th. the National Socialist Movement will join Our Allies the Traditionalist Workers Party, League of the South and other Nationalist Front Members in Charlottesville, VA. This Rally is to defend Free Speech and our Heritage at the Lee Monument. This will take place at Lee Park, 201 2nd. Street NE #299 Charlottesville, VA 22902. This is a call to all NSM Members to be in Charlottesville and show support.

NSM Commander Jeff Schoep will be at the event!

All those interested in attending, contact Butch at

nsmchiefofstaff@gmail.com or (404) 218-9493

Here is the link to the adl whining about how this will be the largest gathering of white nationalists in 15 years in the USA. So those of you sitting home missing this event, you all know we been promoting it for awhile now, plenty of time to take off work or make arrangements to catch one of our carpools. See you there!

https://www.adl.org/blog/unite-the-right-rally-could-..







**Jeff Schoep**
29 May 2018

NSM Party members, supporters, allies, and fellow patriots:

We now are able to accept credit/debit card donations for NSM's Legal Defense Fund, and also the NSM Monthly membership donations.

We do not want to keep reminding everyone about this, but we are still fighting a lawsuit, and have been upgrading equipment such as our new pa system, and countless other costs, so please do your part and assist us, its super convenient now, please follow the links below and do your part so we can continue to fight the lawsuit against us, and continue to fund our operations and stay on the frontlines of this fight!

Thank you in advance! For Blood and Soil:

Monthly membership donations:

https://freestartr.com/project/national-socialist-mov..

NSM Legal defense fund:

https://freestartr.com/project/national-socialist-mov..

—

Commander Jeff Schoep
"If you are not part of the solution, you are part of the problem."
National Socialist Movement www.nsm88.org

 NSM USA Public Action — America's Premier White Civil Rights Organization

 NSM National Socialist Movement — Political Party

 Северная Русь & Фенноскандия — Нордическая кровь – Новгородская вечевая традиция

 HERITAGE & HATE WHITE POWER!!

 ВО "Ідея Нації"

