Original

<pre>
CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
FEB 28 2019
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK
</pre>

1  James Hart Stern
   12625 Frederick Street Ste I-5
2  Moreno Valley, California 92553
   (773) 231-7023
3  jamesstern@thejamesstern.com

4  UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF VIRGINIA

5  CHARLOTTESVILLE DIVISION

6  Elizabeth Sines, Et, Al                         Case No.: 3:17-cv-00072-NKM

7       Plaintiff,

8  vs.                                              MOTION FOR SUMMARY JUDGMENT BY THE
                                                    COURT. AS A MATTER OF LAW
9  NATIONAL SOCIALIST MOVEMENT,

10      Defendant

11      In law, a **summary judgment** (also **judgment** as a matter of law) is a **judgment** entered
12 by a court for one party and against another party summarily, i.e., without a full trial. Such a **judgment**
13 may be issued on the merits of an entire case, or on discrete issues in that case. In this case The
14 National Socialist Movement ask this court to issue such judgment against it, based on the truth of all
15 statements made in plaintiffs' complaint against the defendant National Socialist Movement being true. It
16 is the decision of the National Socialist Movement to plead liable to all causes of actions listed in the
17 complaint against it. This liable plead is in the interest of justice and Tax payers Dollars not to take up
18 valuable time of this court that can server best to resolve unresolved case, it is the position of the NSM
19 this matter is resolved with a liable Plead. As a matter of law this court can base its decision on the
20 amended statement in this motion that the National Socialist Movement is Liable to all causes of actions
21 stated against it. I James Hart Stern the Director, President of this organization, the first and only Black
22 Man, African American, one that do not hold the values of the Nationalist to be given control over the
23 largest Neo Nazi organization in the world by the former Director of 25 years and dictator, I have been
24 privilege to information that make this decision possible. There is no one else with in the corporation that
25 can legally challenge this decision, so there is no chance of this decision being appealed. I James Hart
26 Stern Taking over the National Socialist Movement February 15, 2019 having no official or causal
27 relationship with this group prior, take no personal liabilities of any of its action, it is James Hart Stern
28 actions of filing for Summary Judgment that rights a wrong that is over 25 years coming. It was and is my

MOTION FOR SUMMARY JUDGMENT BY THE COURT. AS A MATTER OF LAW - 1

responsibility to the truth and humanity to carry this out without delay. Your Honor Justice must be served and the truth most be told. Consequences must be excepted, so it is with this I ask this court to grant my motion for Summary Judgment against the National Socialist Movement

February 27, 2019

*James Hart Stern*
James Hart Stern Director/President of the National Socialist Movement

MOTION FOR SUMMARY JUDGMENT BY THE COURT. AS A MATTER OF LAW - 2