James Hart Stern
12625 Frederick Street Ste I-5
Moreno Valley, California 92553
(773) 231-702
jamesstern@thejamesstern.com

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF VIRGINIA

CHARLOTTESVILLE DIVISION

| | |
|---|---|
| Elizabeth Sines, Et, Al<br><br>      Plaintiff,<br><br>vs.<br><br>NATIONAL SOCIALIST MOVEMENT,<br><br>      Defendant | Case No.: 3:17-cv-00072-NKM<br><br>ORDER GRANTING DEFENDANT MOTION |

. TO THE HONORABLE JUDGE OF SAID COURT:

The court heard the defendants Motion for Summary Judgment to this order. The court finds after consideration for Summary Judgment, the defendant National Socialist Movement motion be granted.

February 27, 2019

                                              Hon. Joel C. Hoppe U.S. Magistrate Judge

ORDER GRANTING DEFENDANT MOTION - 1