UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| ELIZABETH SINES, SETH WISPELWEY, MARISSA BLAIR, TYLER MAGILL, APRIL MUNIZ, HANNAH PEARCE, MARCUS MARTIN, NATALIE ROMERO, CHELSEA ALVARADO, and JOHN DOE,<br><br>Plaintiffs,<br><br>v.<br><br>JASON KESSLER, et al.,<br><br>Defendants. | **Civil Action No. 3:17-cv-00072-NKM** |

**PLAINTIFFS' SUPPLEMENTAL CERTIFICATE OF SERVICE OF MOTION FOR RULE 37 SANCTIONS AGAINST DEFENDANT JEFF SCHOEP**

# CERTIFICATE OF SERVICE

I hereby certify that on February 28, 2019, I served Plaintiffs' Motion for Rule 37 Sanctions Against Defendant Jeff Schoep, dated February 27, 2019 (ECF No. 432), and accompanying exhibits on the following non-ECF participant, via U.S. mail, First Class and postage prepaid, addressed as follows:

Jeff Schoep
P.O. Box 13768
Detroit, MI 48213

/s/ Robert T. Cahill
Robert T. Cahill (VSB 38562)
COOLEY LLP
11951 Freedom Drive, 14th Floor
Reston, VA 20190-5656
Telephone: (703) 456-8000
Fax: (703) 456-8100
rcahill@cooley.com

*Counsel for Plaintiffs*