| **Description** | Appearance Sheet for the United States District Court Western District of Virginia Charlottesville Division; Sines, et al v. Kessler, et al; Case No 3:17CV72; Date: 3/1/19; Type of Hearing: Telephonic Motion and Discovery Hrg: Parties: 1. Joel Hoppe, USMJ, 2. Michael Bloch, 3. Alan Levine, 4. Yotam Barkai, 5. Gabriell Tenzer, 6. James Kolenich, 7. Jeff Schoep, 8. James Stern; Recorded by. Heidi Wheeler; Time in Court: 36 min. |
|---|---|
| **Date** | 3/1/2019   **Location**   [CVILLE-3FTR] |

Appearance Sheet for the United States District Court Western District of Virginia C[CVILLE-3FTR]

| Time | Speaker | Note |
|---|---|---|
| 10:06:17 AM | 1 | |
| 10:06:47 AM | 2 | Michael Bloch |
| 10:06:47 AM | 3 | Alan Levine |
| 10:06:49 AM | 4 | Yotam Barkai |
| 10:07:08 AM | 1 | |
| 10:07:10 AM | 6 | James Kolenich |
| 10:07:11 AM | 1 | |
| 10:07:26 AM | 7 | Jeff Schoef |
| 10:07:27 AM | 1 | |
| 10:07:35 AM | 8 | James Stern |
| 10:07:36 AM | 1 | |
| 10:09:38 AM | 7 | |
| 10:09:39 AM | 1 | |
| 10:10:51 AM | 7 | |
| 10:11:03 AM | 1 | 14 days to hire counsel |
| 10:11:37 AM | 7 | |
| 10:11:39 AM | 1 | |
| 10:11:51 AM | 6 | Moving to withdraw |
| 10:12:24 AM | 1 | |
| 10:12:45 AM | 8 | Intends to hire counsel |
| 10:13:29 AM | 1 | Court will grant Motion to withdraw |
| 10:13:50 AM | 7 | |
| 10:14:23 AM | 1 | 14 days to hire counsel |
| 10:15:31 AM | 8 | |
| 10:15:44 AM | 1 | |
| 10:15:51 AM | 7 | |
| 10:16:14 AM | 1 | |
| 10:16:42 AM | 7 | |
| 10:17:27 AM | 1 | |
| 10:17:57 AM | 7,1 | |
| 10:18:49 AM | 2 | Discovery and Counsel issues addressed |
| 10:19:37 AM | 1 | |
| 10:20:16 AM | 7,1 | Court will order the signing of the contract |
| 10:21:49 AM | 7,1 | |
| 10:24:23 AM | 1,7 | |
| 10:25:58 AM | 1 | |
| 10:26:18 AM | 7,8 | |
| 10:26:21 AM | 1 | |
| 10:26:55 AM | 2 | |
| 10:26:58 AM | 1 | |
| 10:27:42 AM | 8 | |
| 10:27:44 AM | 1,8 | |

| Time | |
|---|---|
| 10:28:22 AM | 1,2 |
| 10:29:14 AM | 1,7,1,8 |
| 10:30:05 AM | 1,8 |
| 10:30:39 AM | 1,8 |
| 10:31:53 AM | 1 |
| 10:33:02 AM | 8,1 |
| 10:33:43 AM | 2 |
| 10:33:46 AM | 1,2 |
| 10:34:58 AM | 1 |
| 10:35:58 AM | 2 |
| 10:36:59 AM | 1 |
| 10:37:03 AM | 8 |
| 10:37:32 AM | 1 |
| 10:38:08 AM | 8,1 |
| 10:38:11 AM | 2 |
| 10:38:40 AM | 1 |
| 10:40:14 AM | 2 |
| 10:40:15 AM | 1 |
| 10:41:00 AM | 6 |
| 10:41:01 AM | 1, 7,8 |
| 10:41:05 AM | 1 |
| 10:41:08 AM | 7 |
| 10:41:09 AM | 1 |
| 10:41:12 AM | 8 |
| 10:41:34 AM | 1 |
| 10:41:52 AM | 8 |
| 10:41:53 AM | 1 |
| 10:42:14 AM | 2 |
| 10:42:14 AM | 1 |
| 10:42:15 AM | END |