# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

| | |
|---|---|
| **Elizabeth Sines, et al** | Action No: 3:17CV00072 |
| vs. | Date: 3/1/2019 |
| | Judge: Joel C. Hoppe, USMJ |
| **Jason Kessler, et al** | Court Reporter: H. Wheeler/FTR |
| | Deputy Clerk: Heidi N. Wheeler |

| Plaintiff Attorney(s) | Defendant Attorney(s) |
|---|---|
| Michael Bloch | James Kolenich |
| Gabrielle Tenzer | Jeff Schoep |
| Alan Levine | James Stern |
| Yotam Barkai | |

## LIST OF WITNESSES

| PLAINTIFF/GOVERNMENT: | DEFENDANT: |
|---|---|
| 1. | |

PROCEEDINGS:
TELEPHONIC MOTION and DISCOVERY HEARING [418] AND [420]   10:06-10:42= 36 MIN

Parties appearing by telephone conference to address Motions [418] and [420].

Deadlines for obtaining counsel addressed.

Discovery issues discussed.

Status conference/call to be set sometime after March 12, 2019.

After the Status Confernce parties to get new trial dates.

Order will issue.