| AO435 (Rev. 04/18; WDVA Rev. 02/19) | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS<br>**TRANSCRIPT ORDER FORM**<br>*Please Read Instructions on Page 2.* | FOR COURT USE ONLY<br>DUE DATE: |
|---|---|---|
| **1. REQUESTOR'S INFORMATION:** | NAME<br>James Hart Stern | TELEPHONE NUMBER<br>323 842-0945 |
| DATE OF REQUEST<br>3/11/2019 | EMAIL ADDRESS (*Transcript will be emailed to this address.*)<br>jamesstern@thejamesstern.com | |
| MAILING ADDRESS<br>12625 Frederick Street Ste I-5 | | CITY, STATE, ZIP CODE<br>Moreno Valley, Ca 92553 |
| **2. TRANSCRIPT REQUESTED:** | NAME OF COURT REPORTER<br>Carol Jacobs White<br>OR  CHECK HERE ✓ IF HEARING WAS RECORDED BY FTR | |
| CASE NUMBER<br>317 CD72 | CASE NAME<br>Sines, Et. Al. Vs. Kessler, Et al | JUDGE'S NAME<br>Hon. Joel C. Hoppe |
| DATE(S) OF PROCEEDING(S)<br>3/1/2019 | TYPE OF PROCEEDING(S)<br>Telephonic hering on motions | LOCATION OF PROCEEDING<br>District court Charlottesville Div. |

REQUEST IS FOR: (*Select one*) ✓ FULL PROCEEDING   OR   ☐ SPECIFIC PORTION(S) (*Must specify below*)

SPECIFIC PORTION(S) REQUESTED (*If applicable*):

**3. SERVICE TURNAROUND CATEGORY REQUESTED:**
(*See Page 2 for descriptions of each service turnaround category.*)

- ☐ Ordinary (30-Day)
- ☐ 14-Day
- ☐ Expedited (7-Day)
- ☐ 3-Day
- ✓ Daily
- ☐ Hourly
- ☐ RealTime

**4. CERTIFICATION:** By signing below, I certify that I will pay all charges (deposit plus additional).

| DATE | SIGNATURE |
|---|---|
| 3/11/2019 | *James Hart Stern* |

If you have any questions, please contact the court reporter coordinator at (434) 847-5722 or by email to CRC@vawd.uscourts.gov.

Transcript Fee Rates can be found on our website under Standing Orders at:
http://www.vawd.uscourts.gov/media/1576/transcripts2018-3.pdf

**NOTE:** Form must be flattened prior to electronically filing in CM/ECF so that all fillable fields can no longer be modified.

PRINT     RESET FORM