

### Sines v. Kessler, new attorney for NSM/Mr. Jeff Schoep

**Edward ReBrook, ESQ** to: hoppe.ecf     03/18/2019 12:40 AM
Cc: Jeff Schoep

| From: | "Edward ReBrook, ESQ" <rebrooklaw@gmail.com> |
|---|---|
| To: | hoppe.ecf@vawd.uscourts.gov |
| Cc: | Jeff Schoep <jeffschoep@gmail.com> |

Dear Judge Hoppe:

Please forgive me for writing to you *ex parte* and *sua sponte*. I attempted to contact your clerk last week, but was unsuccessful. In any case, I am the new attorney for NSM, Jeff Schoep (cc'd), and the National Front (although we deny that this was ever a formal entity). Mr. Schoep informed me that he needed a new attorney by Friday, March 15. Although I am barred in the Eastern District of Virginia, I have not yet been accepted into the Western District. My paperwork has been submitted and I will file my praecipe as soon as I am given access to the ECF system.

On a related note, I wanted to inform you that Mr. James Stern is not, in my legal opinion and in operational fact, in any way affiliated with NSM. He is not a named defendant, is not the president of NSM, has never been a member of NSM, and does not speak for NSM. If you look at the Michigan Corporations Commission website, you'll see that he is not listed as a corporate officer. As such, I am not sure his presence on Monday's phone conference is appropriate. It is my client's plan to file counterclaims against Mr. Stern for fraud in the inducement, defamation, libel, and possibly other claims. Regardless, I would not think the Court would want to muddy the waters of an already complicated case with further unnecessary complications. As always, I defer to your good judgment.

Thank you in advance for your time and attention.

Very Respectfully,

**W. Edward ReBrook, IV**
Attorney & Counselor at Law
**The ReBrook Law Office**
6013 Clerkenwell Court
Burke, Virginia 22015
Mobile: 571-215-9006
Email: edward@rebrooklaw.com

This e-mail message, including all attachments, contains confidential information protected by the attorney-client privilege and/or the attorney work-product doctrine. It is intended solely for the use of the addressee. If you have received this message in error, please notify the sender immediately by telephone (571.215.9006) or by electronic mail and delete this message and all copies and backups thereof. Thank you.