| | |
|---|---|
| **Description** | Appearance Sheet for the United States District Court Western District of Virginia Charlottesville Division; Sines v. Kessler; Case No. 3:17CV72 Date: 3/18/19; Type of Hearing: Telephonic Status Hearing; Parties: 1. Joel C. Hoppe; 2. Michael Bloch, 3. Edward ReBrook, 4. Jessica Phillips, 5. David Milles, 6. Roberta Kaplan, 7. James Stern, 8. James Kolenich, 9. John DiNucci, 10. Bryan Jones, 11. Jeff Schoep, 12. Vincennes ; Recorded by H. Wheeler; Time in Court 52 min |
| **Date** | 3/18/2019   **Location**   [CVILLE-3FTR] |

Appearance Sheet for the United States District Court Western District of Virginia C[CVILLE-3FTR]

| Time | Speaker | Note |
|---|---|---|
| 4:00:11 PM | 1 | Waiting |
| 4:08:07 PM | 1 | |
| 4:09:54 PM | 2 | Michael Bloch ( with Gabrielle Tenzer ) |
| 4:09:56 PM | 3 | Edward ReBrook |
| 4:09:58 PM | 4 | Jessica Phillips |
| 4:09:59 PM | 5 | David Milles |
| 4:10:01 PM | 6 | Roberta Kaplan |
| 4:10:09 PM | 7 | James Stern |
| 4:10:09 PM | 1 | |
| 4:10:19 PM | 8 | James Kolenich |
| 4:10:21 PM | 1 | |
| 4:10:23 PM | 9 | John DiNucci |
| 4:10:23 PM | 1 | |
| 4:10:34 PM | 10 | Bryan Jones |
| 4:10:35 PM | 1 | |
| 4:10:48 PM | 7 | James Stern |
| 4:10:49 PM | 1 | |
| 4:10:53 PM | 3 | Edward ReBrook |
| 4:11:01 PM | 1 | |
| 4:11:32 PM | 11 | Jeff Schoep |
| 4:11:33 PM | 1 | |
| 4:11:34 PM | 12 | Vincennes ( Counsel for Stern ) |
| 4:11:45 PM | 1 | |
| 4:12:47 PM | 12 | Vicennes |
| 4:12:55 PM | 1 | |
| 4:13:00 PM | 12 | Vincennes |
| 4:13:03 PM | 1 | |
| 4:13:19 PM | 3 | Edward ReBrook |
| 4:13:20 PM | 1 | |
| 4:15:07 PM | 2 | Michael Bloch |
| 4:16:41 PM | 1 | |
| 4:16:51 PM | 1,8 | James Kolenich |
| 4:21:11 PM | 1 | |
| 4:21:21 PM | 8 | James Kolenich |
| 4:22:05 PM | 1,8 | |
| 4:23:42 PM | 1 | |
| 4:24:31 PM | 8 | |
| 4:24:42 PM | 1 | |
| 4:24:49 PM | 8 | |
| 4:25:07 PM | 1 | |
| 4:25:14 PM | 10 | Bryan Jones |
| 4:25:52 PM | 1 | |

| Time | | |
|---|---|---|
| 4:26:10 PM | 3 | Edward ReBrook |
| 4:26:19 PM | 1 | |
| 4:27:10 PM | 3 | |
| 4:27:27 PM | 1 | |
| 4:27:33 PM | 2 | Micahel Bloch |
| 4:29:33 PM | 1 | |
| 4:30:24 PM | 2 | |
| 4:31:42 PM | 1 | |
| 4:32:05 PM | 2 | |
| 4:33:16 PM | 1 | |
| 4:34:23 PM | 2 | |
| 4:35:26 PM | 1 | |
| 4:35:50 PM | 8 | |
| 4:38:38 PM | 1 | |
| 4:38:46 PM | 2 | |
| 4:40:05 PM | 1 | |
| 4:41:08 PM | 8 | James Kolenich |
| 4:42:42 PM | 6 | Roberta Kaplan |
| 4:44:45 PM | 1 | |
| 4:44:49 PM | 9 | |
| 4:45:28 PM | 1 | |
| 4:45:47 PM | 2 | |
| 4:45:55 PM | 9 | |
| 4:46:22 PM | 6 | |
| 4:46:41 PM | 9 | |
| 4:46:48 PM | 6, 9 | |
| 4:46:55 PM | 1 | |
| 4:47:15 PM | 7 | James Stern |
| 4:48:25 PM | 1,7 | |
| 4:48:35 PM | 1 | |
| 4:50:26 PM | 2 | |
| 4:51:23 PM | 1 | |
| 4:53:23 PM | 7 | James Stern |
| 4:53:53 PM | 11 | Jeff Schoep |
| 4:54:05 PM | 1 | |
| 4:55:01 PM | 7 | |
| 4:55:08 PM | 1 | |
| 4:55:40 PM | 7 | |
| 4:55:45 PM | 1 | |
| 4:55:56 PM | 2 | |
| 4:56:35 PM | 1 | |
| 4:56:50 PM | 11 | Jeff Schoep |
| 4:57:19 PM | 1 | |

| Time | | |
|---|---|---|
| 4:57:23 PM | 3 | Edward ReBrook |
| 4:57:53 PM | 1 | |
| 4:57:57 PM | 7 | |
| 4:59:18 PM | 1 | |
| 4:59:34 PM | 7 | |
| 4:59:48 PM | 1,2 | |
| 4:59:49 PM | 1, 8 | |
| 4:59:54 PM | 1,9 | |
| 4:59:58 PM | 1,10 | |
| 5:00:06 PM | 1 | |
| 5:00:07 PM | END | |