| AO435<br>(Rev. 04/18; WDVA Rev. 02/19) | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS<br>**TRANSCRIPT ORDER FORM** | **FOR COURT USE ONLY**<br>**DUE DATE:** |
|---|---|---|

*Please Read Instructions on Page 2.*

| 1. **REQUESTOR'S INFORMATION:** | NAME<br>**James E. Kolenich** | TELEPHONE NUMBER<br>**(513) 324-0905** |
|---|---|---|
| DATE OF REQUEST<br>**3/18/2018** | EMAIL ADDRESS (*Transcript will be emailed to this address.*)<br>**JEK318@GMAIL.COM** | |
| MAILING ADDRESS<br>**Kolenich Law Office 9435 Waterstone Blvd. Suite 140** | | CITY, STATE, ZIP CODE<br>**Cincinnati OH 45249** |
| 2. **TRANSCRIPT REQUESTED:** | NAME OF COURT REPORTER<br><br>OR   CHECK HERE  ✔  IF HEARING WAS RECORDED BY FTR | |
| CASE NUMBER<br>**3:17-cv-00072** | CASE NAME<br>**Sines et al. v. Kessler et al.** | JUDGE'S NAME<br>**Joel C. Hoppe** |
| DATE(S) OF PROCEEDING(S)<br>**3/18/19** | TYPE OF PROCEEDING(S)<br>**Telephone Status Conference** | LOCATION OF PROCEEDING<br>**Charlottesville, VA** |

REQUEST IS FOR: (*Select one*)  ✔  FULL PROCEEDING   OR   ☐ SPECIFIC PORTION(S) (*Must specify below*)

SPECIFIC PORTION(S) REQUESTED (*If applicable*):

3. **SERVICE TURNAROUND CATEGORY REQUESTED:**
(*See Page 2 for descriptions of each service turnaround category.*)

☐ Ordinary (30-Day)           ☐ Daily
☐ 14-Day                      ☐ Hourly
✔ Expedited (7-Day)           ☐ RealTime
☐ 3-Day

4. **CERTIFICATION:**   By signing below, I certify that I will pay all charges (deposit plus additional).

| DATE<br>**3/18/2019** | SIGNATURE<br>**s/ James E. Kolenich** |
|---|---|

**If you have any questions, please contact the court reporter coordinator at (434) 847-5722 or by email to** CRC@vawd.uscourts.gov.

**Transcript Fee Rates can be found on our website under Standing Orders at:**
http://www.vawd.uscourts.gov/media/1576/transcripts2018-3.pdf

**NOTE:** Form must be flattened prior to electronically filing in CM/ECF so that all fillable fields can no longer be modified.

Case 3:17-cv-00072-NKM-JCH   Document 449   Filed 03/18/19   Page 1 of 1   Pageid#: 4161

PRINT                                                                    RESET FORM