# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

**Elizabeth Sines, et al**

**vs.**

**Jason Kessler, et al**

Action No: 3:17CV00072
Date: 3/18/2019
Judge: Joel C. Hoppe, USMJ
Court Reporter: H. Wheeler/FTR
Deputy Clerk: Heidi N. Wheeler

Plaintiff Attorney(s)

Michael Bloch (Gabrielle Tenzer )
Jessica Phillips
David Milles
Roberta Kaplan

Defendant Attorney(s)

James Kolenich
John DiNucci
Bryan Jones
Jeff Schoep
James Stern
Edward ReBrook
Mr. Vincennes

## LIST OF WITNESSES

PLAINTIFF/GOVERNMENT:

1.

DEFENDANT:

PROCEEDINGS:
TELEPHONIC DISCOVERY AND STATUS HEARING 4:08-5:00=52 MIN

Parties appearing by telephone conference to address attorney status issues.

Deadlines for obtaining counsel ran today, these issues addressed.

Discovery issues discussed.

Status conference/call to be set in next two weeks.

Order will issue.