# UNITED STATES DISTRICT COURT
## FOR THE
## WESTERN DISTRICT OF VIRGINIA

**ELIZABETH SINES,** *et. al.,*  ：
       *Plaintiffs,*  ：
       ：
**v.**  ：  Case No. 3:17-cv-00072-NKM
       ：
**JASON KESSLER,** *et. al.,*  ：
       *Defendants.*  ：

---

### PRAECIPE/NOTICE OF APPEARANCE OF COUNSEL

**To the Clerk:**

**PLEASE** note the appearance of the undersigned as counsel for the Defendants Jeff Schoep, the National Socialist Movement, and the Nationalist Front.

Respectfully Submitted,

\_\_\_/s/\_ W. Edward ReBrook, IV

W. EDWARD REBROOK, IV, ESQ.
Virginia State Bar No. 84719
The ReBrook Law Office
6013 Clerkenwell Court
Burke, Virginia 22015
Telephone: 571.215.9006
Email: Edward@ReBrookLaw.com

### CERTIFICATE OF SERVICE

---

*Praecipe/Notice of Appearance of Counsel*          Page 1 of 2

I hereby certify that, on March 19, 2019, I filed the foregoing Notice with the Clerk of the

Court through the CM/ECF system, which will send a notice of electronic filings to the

following:

on all counsels of record.

                \_\_\_/s/\_ W. Edward ReBrook, IV
                W. EDWARD REBROOK, IV, ESQ.
                Virginia State Bar No. 84719
                The ReBrook Law Office
                6013 Clerkenwell Court
                Burke, Virginia 22015
                Telephone: 571.215.9006
                Email: Edward@ReBrookLaw.com

Case 3:17-cv-00072-NKM-JCH   Document 451   Filed 03/19/19   Page 2 of 2   Pageid#: 4164