# EXHIBIT 2

- - -

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF VIRGINIA

- - -

Elizabeth Sines, et al.,     )
                                )
        Plaintiffs,  )
                                )
    vs.                   ) Case No.
                                ) 3:17-cv-00072-NKM
Jason Kessler, et al.,       )
                                )
        Defendants.  )

- - -

Monday, December 3, 2018

- - -

***CONFIDENTIAL***

Deposition of ERICA ALDUINO, taken pursuant to Notice, was held at the Porter Stewart U.S. Courthouse, 100 East Fifth Street, Cincinnati, Ohio, 45202, commencing at *** a.m., on the above date, before Deborah C. Furey, Registered Professional Reporter and Notary Public in and for the State of Ohio.

MAGNA LEGAL SERVICES

866-624-6221

www.MagnaLS.com

 1     A.    This is just for Charlottesville 1.0,
 2   right?
 3     Q.    1.0?
 4     A.    Yes.
 5     Q.    Richard Spencer?
 6     A.    Yes.
 7     Q.    Christopher Cantwell?
 8     A.    Christopher Cantwell I don't believe was
 9   there.
10     Q.    James Alex Fields?
11     A.    Yeah, I don't believe that he was there.
12     Q.    Andrew Anglin?
13     A.    I don't believe that he was there
14   either.
15     Q.    Robert Azzmador Ray?
16     A.    I don't believe that he was there.
17     Q.    Nathan Damigo?
18     A.    I think Nathan was there, so he would
19   have chanted it also.
20     Q.    Eli Mosley?
21     A.    Yes.
22     Q.    He was there?
23     A.    I believe so, yes.
24     Q.    And he would have been chanting, as
25   well?

Confidential

1     A.    Yeah.
2     Q.    Did you hear him chant?
3     A.    I didn't hear him chant, personally, no.
4     Q.    Did you see him at Charlottesville 1.0?
5     A.    Yes.
6     Q.    Matthew Heimbach, was he present for
7  Charlottesville 2 point -- excuse me --
8  Charlottesville 1.0?
9     A.    I'm not sure if he was at the rally or
10 not, but I know that he was at the luncheon.
11    Q.    Okay.  Did he speak at the luncheon?
12    A.    I don't remember.  I don't think that he
13 did.  I don't remember though.
14    Q.    But you recall seeing him at the
15 luncheon?
16    A.    Yes, ma'am.
17    Q.    And Matthew Parrott, was he there?
18    A.    I don't know.
19    Q.    Going to Matthew Heimbach, did you hear
20 him chanting?
21    A.    I didn't hear him chanting.
22    Q.    Michael Tubbs, was he there, at
23 Charlottesville 1.0?
24    A.    I don't know.  I don't think that he
25 was.

1           But, if they are just coming in the
2   server as a new person, generally -- like, whoever
3   is a moderator or whoever in the server.  And then
4   they have to give, like, permission, a certain
5   permission, to whenever comes in the server to
6   deal with, to actually create invite codes.
7       Q.   Were you a moderator in the
8   Charlottesville 2.0 server?
9       A.   Yes, ma'am.
10      Q.   Who else was a moderator in --
11      A.   There were a decent amount of moderators
12  in there.
13           Obviously, we had Jason Kessler, he was
14  a moderator.  I think Eli Mosley was also.  I was.
15  There were like -- you know, we had, like,
16  individual groups of, you know, Identity Europa
17  or -- what was it -- League of the South, Vanguard
18  America.  Each of those people had, like, certain,
19  like, leaders within the server who had the
20  ability to create invite codes and be able to send
21  them off.
22      Q.   Okay.  And that was all they could do,
23  that they could create invite codes all to
24  joining --
25      A.   Yeah, they all had, like, moderating

1  people, so there were a decent amount of
2  moderators.
3      Q.   Okay.  And what else, in addition to
4  invite codes and adding channels?  What else can a
5  moderator do that a regular user can't do?
6      A.   They can, like, delete messages from,
7  like, other members, like, if members, like, you
8  know, say, like, certain things or, like, whatever
9  then, you know, just messages, like, chat, certain
10 chats can be deleted in there, so.
11     Q.   Anything else other than the ability to
12 delete messages?
13     A.   I think they can, like, kick people from
14 the server.  Yeah, they can delete messages and
15 delete people off the server, off the top of my
16 head.  I haven't been in it for so long, I can't
17 remember.
18     Q.   And again, the way somebody becomes a
19 moderator --
20     A.   Yeah.
21     Q.   -- is that another moderator taps them
22 to become a moderator?
23     A.   Exactly.
24     Q.   Are moderators the only ones who have
25 authority to delete posts?

Confidential

1     A.    No.
2     Q.    No?
3     A.    I don't think that McCarthy name had
4 anything to do with what his real name was.  But,
5 yeah, you know, a lot of the people on there, they
6 go by aliases, so.
7     MS. PHILLIPS:  How are we doing on
8 the --
9     THE VIDEOGRAPHER:  One hour, 11 minutes.
10     Q.    How are you, I'll ask you, can you press
11 on for a little bit longer and then we'll take a
12 lunch break?
13     A.    Yes, ma'am.
14     Q.    So who in your view were the primary
15 individuals involved in planning the Unite the
16 Right?
17     A.    In my view it was obviously Jason
18 Kessler.
19     Q.    Uh-huh.
20     A.    I think Eli was one of the main people,
21 Eli Mosley.
22     Q.    Uh-huh.  Who else?
23     A.    I don't know.  There were like other
24 people who were involved in specific, like, safety
25 planning and stuff like that, but I don't

```
 1    again, this is dated June 11th.
 2        A.   Yes.
 3        Q.   Do you know whether these individuals
 4    had already signed up to be speakers at this
 5    event?
 6        A.   I'm really not sure, to be completely
 7    honest.  I know that there were talks -- the
 8    people listed, there were talks of these people
 9    being there and speaking, but I don't know if they
10    were actually confirmed.
11        Q.   Okay.  And of these individuals, were
12    these individuals some of the planners for or
13    organizers of Unite the Right?
14        A.   Jason Kessler was for sure, that's about
15    the only one on there, and Eli Mosley.  But Jason
16    Kessler and Eli Mosley were the only ones that I
17    can confirm were planners of it.
18        Q.   To you're knowledge?
19        A.   To my knowledge, yes.
20        Q.   You see "Groups/Sponsors."
21        A.   Yes.
22        Q.   And it says under there, again, among
23    others "Identity Europa, League of the South,
24    Vanguard America, Traditionalist Workers Party,
25    Fraternal Order of Alt Knights."
```

Confidential

Page 205

```
 1      Q.   Do you know if such meetings were held
 2   regularly in the lead up to Charlottesville 2.0?
 3      A.   I know that they got more frequent at
 4   the lead up to Charlottesville 2.0, but once I
 5   was, like, removed from any sort of moderating
 6   role, I really wasn't around very often.  So I
 7   can't really say about, like, three weeks to a
 8   month before the event, I can't really say too
 9   much of what happened in between that timeframe.
10      Q.   Okay.  Got it.
11           The next message down from Mr. Mosley,
12   the very bottom of that post, he's talking --
13   well, let me start at the top.
14      A.   Okay.
15      Q.   And this is July 11th, 2017 post at
16   2:14:40 a.m.
17           It says, "@everyone Sharing information
18   publically from this discord or about this event
19   or who is attending outside of closed circles or
20   this Discord, will get you immediately banned from
21   all future alt right events."
22           What was the concern about keeping
23   everything secret?
24      A.   I think it was more so -- so we could
25   avoid -- at least in my eyes, it was so we could
```

```
 1      Q.   We talked a little bit about chants and
 2   signs that happened at Charlottesville 1.0.
 3           I want to talk about the chants and the
 4   signs that were planned for Charlottesville 2.0.
 5           Were the chants to be -- the chants that
 6   were to be spoken, shouted, whatever at
 7   Charlottesville 2.0, were those discussed in the
 8   Discord server?
 9      A.   I believe so, yes.
10      Q.   And do you remember what the chants
11   were?
12      A.   I don't remember all of them.  I think
13   "You will not replace us" was one of them.
14           That's about -- I think just "You will
15   not replace us."
16           And I think Dixie was talked about being
17   sung but I don't remember any chats.
18      Q.   Chants?
19      A.   Chants, yeah, I don't remember any other
20   chants other than, "You will not replace us."
21      Q.   Was "White lives matter" a chant that
22   was discussed?
23      A.   I don't remember.
24      Q.   "Into the ovens"?
25      A.   It may have been.  I disagree with that.
```

```
 1      Q.    But it may have been?
 2      A.    I mean, it may have been.  I don't
 3   remember.
 4      Q.    "Jews will not replace us"?
 5      A.    That may have been discussed in there,
 6   too.  I don't remember, though.
 7      Q.    Did anyone have to approve these chants?
 8      A.    All approval was supposed to go through
 9   Jason Kessler, Eli Mosley.
10      Q.    Well, did you approve of these chants?
11      A.    I mean, it wasn't really up to me.  I
12   didn't have the authority to approve any chants.
13   Personally I didn't approve several of the chants
14   that were being spoken of in the thing.
15      Q.    Okay.  In the Discord?
16      A.    In the Discord, yeah, that's what I
17   meant.
18      Q.    There's a reference in this Discord to
19   vetting individuals who came into the server.
20      A.    Uh-huh.
21      Q.    How was vetting accomplished?
22      A.    Honestly, like, it wasn't, because
23   individuals who were brought into the server were
24   supposed to be vetted on an organizational basis.
25   So from what I assumed, is that other
```