# EXHIBIT 3

```
 1              UNITED STATES DISTRICT COURT
                WESTERN DISTRICT OF VIRGINIA
 2
        * * * * * * * * * * * * * *
 3
        ELIZABETH SINES, et al.,    *    CASE NO.
 4                                       3:17-cv-00072-NKM
                  Plaintiffs,       *
 5      v.
                                    *
 6      JASON KESSLER, et al.,
                                    *
 7                Defendants.
        * * * * * * * * * * * * * *
 8
     Pursuant to the Order for the Production of Documents
 9   and Exchange of Confidential Information in this case,
     all testimony shall presumptively be treated as
10   Confidential Information and subject to the order during
     the testimony and for a period of thirty (30) days after
11   a transcript of said testimony is received by counsel
     for each of the parties.  At or before the end of such
12   thirty day period, the testimony shall be classified
     appropriately.
13
14   DEPONENT:       JASON KESSLER, VOLUME II OF II
15   DATE:           MAY 16, 2018
16   TIME:           9:15 A.M.
17   LOCATION:       U.S. DISTRICT COURT
                     WESTERN DIVISION
18                   255 WEST MAIN STREET
                     CHARLOTTESVILLE, VIRGINIA
19
     REPORTED BY:    KIMBERLY L. RIBARIC, RPR, CCR
20
21
22
23
                     Veritext Legal Solutions
24                      Mid-Atlantic Region
                  1250 Eye Street NW - Suite 350
25                    Washington, D.C.  20005
```

1      MS. KAPLAN:  I just -- I'm just going to say
2   something at the beginning.  We understand the
3   courthouse is going to be much busier today than it
4   was yesterday, and this is easy for me, because I'm
5   not saying anything, but they have requested that we
6   all try to keep the volume a little bit lower today
7   or maybe significantly lower today than yesterday
8   because of the activity in the courthouse.  And I
9   said we would do that.
10                        - - -
11            CONTINUED DIRECT EXAMINATION
12  BY MR. LEVINE:
13       Q.   Mr. Kessler, you -- you and Eli Mosley were
14  the principal coordinators for the Unite the Right rally
15  on August 11 and 12, 2017; correct?
16       A.   Yes.
17       Q.   And Mr. Mosley set up the Discord channel,
18  correct?
19       A.   No.  A woman named Erica did.
20       Q.   Working within -- from Identity Evropa?
21       A.   She started it up and then later transferred
22  the -- like, the ownership of the thing to him.
23       Q.   And you were designated event coordinator?
24       A.   Yes.
25       Q.   And you used Discord principally to