# EXHIBIT 4

## Operation Unite the Right Charlottesville 2.0

**IMPORTANT: This version of the document is to only be shared by and with group leaders. DO NOT SHARE with other attendees. Another version will be released for them.**

**Report Version:**

6/11/2017 Initial OPORD

Next version release 6/18/2017



**ATTENTION: Please read this full document to avoid miscommunication or organizational issues.**

**Operation Summary:**

The town of Charlottesville, Virginia has recently become a flashpoint in the culture war against the anti-white and anti-free speech left with the town trying to take down or alter civil war monuments. Earlier this year, the Alt Right held a secretive rally in the town to protest again these policies which gained international coverage and showed a serious maturity with various groups working together. Since this event the left and the city has not gotten the message, and continue to harass local journalist Jason Kessler and his friends for their point of view on the issue. On August 12th we plan on going back to Charlottesville to show them that they are not unopposed with a rally that brings together the Alt Right with the Alt Light/New Right to show solidarity on issues we overlap with as well as show support for locals afraid to speak up. This rally, like the Battle of Berkley, will be a chance to show the left in one of their central power hubs that they will no longer go unopposed like they are used to with older generations of right wingers. Both the Alt Right and "Alt Light/New Right" will be setting aside our differences and focus on our areas of common ground against our mutual enemies who see no difference between us. We will send the message that we will not be divided, we will not allow them to erase history without a fight, and that they are on the out while the right wing continues to grow.

The right wing must stand united to defend free speech, and the main attack on free speech is the left's intolerance to have pro-White or anti-SJW points of view. Coming together to support each other at this event will be an important show of strength and unity regardless of our disagreements.

## Operation Unite the Right Charlottesville 2.0

**IMPORTANT: This version of the document is to only be shared by and with group leaders. DO NOT SHARE with other attendees. Another version will be released for them.**

### Friendlies:

More groups and speakers are still being added. Contact Eli Mosley or Jason Kessler if you can get additional groups/speakers to attend.

Speakers/Attendees:

| | |
|---|---|
| Jason Kessler | Baked Alaska |
| Chris Cantwell | Based Stickman |
| Mike Enoch | Augustus Invictus |
| Matt Heimbach | Eli Mosley |
| Pax Dickinson | Johnny Monoxide |
| Sacco Vandal | Sam Hyde (Secret/Maybe) |
| Richard Spencer (Secret) | Gavin McGinnes (Maybe) |
| Lauren Southern (Secret/Maybe) | |

Groups/Sponsors:

| | |
|---|---|
| Identity Europa | Identity Dixie |
| TheRightStuff.biz and their Pool Party Groups | Radical Agenda |
| League of the South | Traditionalist Workers Party |
| Vanguard America | The Revolutionary Conservative |
| Proud Boys Regional Groups | Fraternal Order of Alt Knights |

## Operation Unite the Right Charlottesville 2.0

**IMPORTANT: This version of the document is to only be shared by and with group leaders. DO NOT SHARE with other attendees. Another version will be released for them.**

### Enemies/Counter Protestors:

We are still waiting to figure out the local groups and ones that could be coming in for the event that are antifa or antifa-adjacent. We currently expect around 100-200 counter protesters, but it could easily end up double that.

### Discord:

The purpose of the Discord will be to coordinate between groups/individuals, plan travel/lodging accommodations, and disseminate need to know information. This Discord will **NOT** be used to debate topics of disagreement, to recruit for groups, or shitposting. The Alt Light/New Right will be given access to the server at some point and all bullying/harassment/red pills should be kept out of the organizational chats. If an invite is needed, channel must be made or there are issues use the #ModHelp channel. Ask a moderator or above for a server invite.

### Roles:

The following roles need to be filled within the next few weeks and more will be needed as time goes on. If you'd like to volunteer for any of the roles below please contact Eli Mosley via Discord expressing which role and what qualifications you have for the role.

Propaganda Coordinator – This role will coordinate between the groups and various artists to create and distribute propaganda for the event. We will have a channel setup for the role of people sharing ideas and creations. Will work closely with the PR teams.

Medical Team Leader – This role will lead the medical team/staff on the ground the day of the event and make sure all members of the team are supplied and qualified to keep attendees safe.

Lodging Coordinator – Help to research and spread information for lodging to all attendees. Moderate the lodging_needed and lodging_wanted channels. Most groups will be able to handle this piece themselves, but having someone to help out would be great.

## Operation Unite the Right Charlottesville 2.0

**IMPORTANT: This version of the document is to only be shared by and with group leaders. DO NOT SHARE with other attendees. Another version will be released for them.**

Sponsor Coordinator – This role will manage the sponsor channels to link sponsors up with people who need help getting to the event. They should have knowledge and access to paypal to middleman if needed. We may gain access to another service as well.

Intelligence Section Coordinator – This role will manage the various intelligence teams that will need to gather intel leading up to the event, during the event and manage the intel/doxing after the event. This person should not be in attendance to the event and have some experience with doing this like previous events.

More roles will be needed in reports moving forward as well. Stay tuned and if you'd like to volunteer to take on roles not listed please message Eli Mosley.

**Information Sharing:**

There will be two different reports like this every week leading up to the event where it will switch to every day. The first version will be for leadership and Alt Right groups. The second version will be for the general attendees and Alt Light/New Right groups. The reason is that the Alt Light/New Right groups and general attendees may have compromised communication networks so we'd like to keep the info leaks to a minimum on certain things. This means do not discuss the specifics of this event outside of official discussion channels.

During the first few weeks of organizing we will keep most of the big name individuals going a secret. If you are unsure if it is public knowledge that someone is going assume it is not. If you have an individual who would like to speak let Eli Mosley or Jason Kessler know.

Keep all of these intel reports in vetted discords, private Facebook groups, and other non-compromised groups. DO NOT share them in the Proud Boys main Facebook groups or non-vetted regional groups which have been confirmed compromised in the past. If you have any questions on this please contact Eli Mosley.

## Operation Unite the Right Charlottesville 2.0

**IMPORTANT: This version of the document is to only be shared by and with group leaders. DO NOT SHARE with other attendees. Another version will be released for them.**

### Alt-Right and Alt-Light/New Right Truce:

For the time being all groups attending should do their very best to keep their people from being antagonistic towards each other. If there are issues between groups please try to fix it behind the scenes in the interest of this event. Don't forget that everyone on either side will not be on the same page here as well.

### Contact Information:

This event is currently being organized by Eli Mosley and Jason Kessler with a few others with the Event Coordinator role in the Discord. If you'd like to step up to help out more please contact one of us. Please ask if you need to share contact info outside Discord.

Eli Mosley – Discord, Eli Mosley#5269 – Phone Number, 610-406-2229 – Email, DeplorableTruth@gmail.com. Feel free to msg/call whenever.

Jason Kessler – Discord, MadDimension#8652 – Phone Number, 434-996-5567 – Twitter, @TheMadDimension

### Timeline:

6/11-7/2: Initial Planning and Recruiting drive. During this time we will be spreading the general propaganda to try to recruit as many people as we can to the event with the general details of where/when. The leadership and team leaders will be planning out everything for the event behind the scenes during this time. It will be important to keep whatever detailed information about the event we have secret and on need to know basis during this time.

7/2-7/16: Detailed Planning Releases. During this time we will be sending out exactly how we intend to execute that day and take in any feedback or changes needed to be made. We will also step up the PR teams and media reach out during this time so that they are aware of what is going on. During this time we may announce the specific details on all individuals giving speeches and groups attending as well. Intel groups will begin gather information on local antifa possibly attending.

## Operation Unite the Right Charlottesville 2.0

**IMPORTANT: This version of the document is to only be shared by and with group leaders. DO NOT SHARE with other attendees. Another version will be released for them.**

7/16-7/30: Final Planning and Propaganda Blitz. Here we will be spreading the information on the event using social media, podcasts and other alternative media sources while we confirm that everyone knows their role for the day of the event.

7/30-8/10: Daily Operational Reports and Intel Sharing. During the week and a half leading up to the event there will be daily documents with updates being released including any plan changes needed. It will be incredibly important to keep this information secret.

8/11: Scouting/Local team and dry runs. Arrivals of non-local groups and speakers.

8/12: Day of Event.

8/13: Intel crowd sourcing, social media and media blitz day.

### Public Relations Team:

Each group attending will need to volunteer one representative for the PR team to attend meetings and make sure everyone is on the same page in terms of message and dealing with the media. They will be in touch with the PR Coordinator. Please message Eli Mosley or Jason Kessler with the representative per group for the PR team.

### Propaganda Team:

The Propaganda Team will be lead by a single person who will be asking for general help to spread the message of the event before, during and after. Each group can do this themselves individually as well and can ask for help in spreading this from the Propaganda Coordinator.

## Operation Unite the Right Charlottesville 2.0

**IMPORTANT: This version of the document is to only be shared by and with group leaders. DO NOT SHARE with other attendees. Another version will be released for them.**

### Lodging:

The lodging coordinator will help do research on local lodging. It is important to get this booked ASAP before antifa or our people buy everything up in the area. Also, be aware that if you are a doxed individual you may be removed from AirBnB or other services.

### KKK Rally:

There will be a KKK rally on July 8th in Charlottesville in the same areas that we will have our rally. The organizer of this rally is a suspected federal agent. The Alt Right groups do not need to counter signal this rally but should expect the Alt Light/New Right groups to do so. We are in no way affiliated with this rally even though the media will try to paint them as the same thing. Our best bet would be to ignore this rally and focus on our own whenever asked about it.

### After-Party for Event:

Currently we have no detailed plans for an event after the rally. However, we will have something planned for that day which will have more details out as we get closer to the date.

### Patrons/Sponsors:

If you or someone you know is unable to attend the event but would still like to support it please get in touch with the Sponsor Coordinator or use the Discord channels. We may have an official service up for this soon to help make this easier.

If you have any questions or issues please direct them to the #QuestionsForCoodinators channel in Discord.