# EXHIBIT 5



