# EXHIBIT 6







