# EXHIBIT 11

| | |
|---|---|
| **From:** | Christopher Greene |
| **To:** | eli.f.mosley@gmail.com |
| **Cc:** | Roberta Kaplan; Julie Fink; Gabrielle E. Tenzer; Karen Dunn; Jessica Phillips; Levine, Alan; Mills, David; Bowman, Philip M. |
| **Subject:** | Sines v. Kessler |
| **Date:** | Friday, November 16, 2018 7:10:59 PM |
| **Attachments:** | Modified Proposed Imaging Stipulation Order - AS FILED.pdf<br>2018.11.16 Notice of Filing - AS FILED.pdf |

Mr. Kline,

Please see the attached Notice and Modified Proposed Imaging Stipulation and Order, which were filed with the Court this evening.

Regards,

**Christopher B. Greene | Kaplan Hecker & Fink LLP**
350 Fifth Avenue | Suite 7110
New York, New York 10118
(W) 929.294.2528 | (M) 646.856.6861
cgreene@kaplanhecker.com