# EXHIBIT 13

 MatthewHeimbach 2017-07-08 04:52:35

Reminder to all comrades in the area. We will be holding a Nationalist Front meeting, TWP and allies, in Ocoee TN this weekend on Saturday at 1pm at the famous Whitewater Grill.
The address is 1224 US-64, Ocoee, TN 37361
The purpose of the meeting is to plan for the upcoming Charlottesville event carpool, plan for future events, network, and do a flash demo.
Come meet great comrades and let's make some history!

  MatthewHeimbach 2017-07-23 04:13:02

our official TWP riot shields arrived

 MatthewHeimbach 2017-07-23 04:14:08 

also a dozen helmets thatll be painted black with Party insignia's on them

