# EXHIBIT 16

 **Boonie Hat**
@don_chump

 Follow

@kaplanrobbie @IntegrityforUSA Whatever you do, don't look at this.



**David M Parrott**
1 hr

General Note:

If you were involved in any altercation in Cville, and you haven't disabled your social media, you should do so.

I know it's a bit late for some folks, obviously. But just in case there's anybody out there reading this who's out there who hasn't taken that step, do so.

It doesn't matter if you actually did anything. Everybody's getting a ride even if it's totally obvious that they're not convictable.

Like   Comment   Share

13

Alex McNabb Heh heh heh.
Like · Reply · 1 hr

Justin Murphy II They pick up someone else?
Like · Reply · 1 hr

David M Parrott No one specifically. But that's a direction they're going with it.
Like · Reply · 1 · 1 hr

Justin Murphy II Lovely. Stay safe fam
Like · Reply · 1 hr

11:35 AM - 27 Feb 2018