# EXHIBIT 20

| | |
|---|---|
| **From:** | Matthew Heimbach |
| **To:** | SCA |
| **Subject:** | Fwd: Please tend to immediately |
| **Date:** | Tuesday, November 20, 2018 7:53:02 PM |
| **Attachments:** | Scan M. Heimbach.pdf |

---------- Forwarded message ---------
From: **James Kolenich** <jek318@gmail.com>
Date: Tue, Nov 20, 2018, 5:56 PM
Subject: Please tend to immediately
To: Matthew Heimbach <matthew.w.heimbach@gmail.com>


Please send the attached to SCA@bsflip.com right away.

Jim

--
**James E. Kolenich**
**Kolenich Law Office**
**9435 Waterstone Blvd. #140**
**Cincinnati, OH 45249**
**513-444-2150**
**513-297-6065(fax)**
**513-324-0905 (cell)**

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]