# EXHIBIT 22

 **Matthew Heimbach**
57 minutes ago

So looks like Byron de la Vandal, who's music I did enjoy, agreed to renounce all of us, take anti hate training, and give a video confession and renunciation to be used in anti nationalist propaganda, all because of a lawsuit.

Lawsuits are just money, and as the Bible tells us "No man can serve two masters: for either he. will hate the one, and love the other; or else. he will hold to the one, and despise the other, Ye cannot serve God and mammon."

Too many self described "nationalists" will turn in their comrades, betray their principles, and renounce their views; not under torture, not under threat of death, but due to a fear of losing money.

Millions of men have died for nationalism throughout history, and we blink in America at the slightest pain or discomfort



Settlement requires 'anti-hate training' for internet troll
kutv.com

 1    👁 15

Case 3:17-cv-00072-NKM-JCH   Document 457-22   Filed 04/03/19   Page 2 of 9   Pageid#: 4339






♡ 10

"The bourgeoisie has to yield to the working class ... Whatever is about to fall should be pushed. We are all soldiers of the revolution. We want the workers' victory over filthy lucre. That is socialism." - Dr Joseph Goebbels



Commenting on this photo is restricted.





Matthew Heimbach
3 Feb at 7:42 pm

♡ 9

I'm with Tulsi

Commenting on this photo is restricted.

Matthew's wall photos   3 of 114

Share  ·  Add to my photos  ·  More ⌄



 **Matthew Heimbach**
Feb 6, 2019 at 9:35 am

 + Follow

We must be active to make the Revolution happen!

Sitting online or in endless debating clubs will never result in our victory, only action will pave the way for our bright future.

> The revolution can be pushed forward only by the active struggle of the revolutionaries and the popular masses. Fundamentally speaking, a revolution does not always break out when all the necessary conditions exist, nor is it carried out always in favourable circumstances.
>
> Waiting with folded arms for all conditions to ripen is tantamount to refusing to make a revolution. Primary importance, therefore, should be given to the ideological factor in the revolutionary struggle and construction work, and on this basis strenuous efforts should be made to create all the necessary conditions.
>
> *Kim Jong Il*

 3    More ˅                                               ◎ 63

The author has opted to limit comments for this post



 **Matthew Heimbach**
Feb 16, 2019 at 11:13 am

+ Follow

The NSM, I guess formerly under Jeff Schoep is now under the legal control of a Black Civil Rights advocate who has previously dissolved White nationalist organizations who got into legal trouble.

Reverend James Hart Stern is now the President/Director of the National Socialist Movement, according to legal filings.

I honestly don't even know what to say about this, but I look forward to a public statement from the NSM to explain and clarify exactly what is going on.

https://www.documentcloud.org/documents/5740627-Stern..

https://www.documentcloud.org/documents/5740625-Stern..



♡ 7    ⤳ 4    More ⌄                                                      👁 194

The author has opted to limit comments for this post