# EXHIBIT 23

```
 1                    UNITED STATES DISTRICT COURT
                      WESTERN DISTRICT OF VIRGINIA
 2                       CHARLOTTESVILLE DIVISION

 3    ELIZABETH SINES, et al.,
                                          No. 3:17-cv-72
 4                    Plaintiffs,
                                          Charlottesville, Virginia
 5       vs.                              January 4, 2019
                                          2:04 p.m.
 6    JASON KESSLER, et al.,
                      Defendants.
 7
                  TRANSCRIPT OF TELEPHONIC MOTION HEARING
 8                 BEFORE THE HONORABLE JOEL C. HOPPE
                     UNITED STATES MAGISTRATE JUDGE.
 9    APPEARANCES:

10    For the Plaintiffs:

11    ROBERTA ANN KAPLAN                 ALAN LEVINE
      GABRIELLE E. TENZER                Cooley LLP
12    Kaplan & Company, LLP              1114 Avenue of the Americas
      350 Fifth Avenue, Suite 7110       New York, NY  10036
13    New York, NY 10118                 212-479-6260
      212-763-0883
14
      DAVID E. MILLS                     JESSICA E. PHILLIPS
15    Cooley LLP                         Boies Schiller Flexner, LLP
      1299 Pennsylvania Ave., NW         1401 New York Ave., NW
16    Washington, DC 20004               Washington, DC 20005
      202-842-7800                       202-237-2727
17
      For the Defendants:
18
      JAMES EDWARD KOLENICH              JOHN A. DiNUCCI
19    Kolenich Law Office                Law Office of John A. DiNucci
      9435 Waterstone Blvd., Suite 140   8180 Greensboro Drive, Suite 1150
20    Cincinnati, OH 45249               McLean, VA 22102
      513-444-2150                       703-821-4232
21
      Also Present:  ROBERT AZZMADOR RAY
22
      Transcribed by:   Carol Jacobs White
23                      Registered Diplomate Reporter
                        PO Box 182
24                      Goode, VA 24556
                        Carol.jacobs.white@gmail.com
25    Proceedings recorded by FTR; computer-assisted transcription.
```

<pre>
                                                                      14
```
 1  with the order, I guess in particular for Mr. Ray and Mr. Heimbach
 2  on the certifications?
 3            MS. TENZER:  I don't know if we're going to address that
 4  in the motion to withdraw.  Those are still outstanding --
 5            THE COURT:  All right.
 6            MS. TENZER:  -- those certifications.
 7            THE COURT:  Mr. Kolenich, what is the status of those?
 8            MR. KOLENICH:  Judge, as I think I emailed to chambers,
 9  Mr. Heimbach's response to the last court order was to terminate my
10  representation.  So he has fired myself and Mr. Woodard and forbid
11  us to take any actions on his behalf.  The Court will also note
12  that he hasn't called in today, even though I did transmit the time
13  and call-in information.  So that's the status on Heimbach.
14            Mosely's status is well-known to the Court.
15            Mr. Ray's information, that is on me.  I haven't
16  completed getting that information from Mr. Ray yet.  He is fully
17  cooperating with the process.  And we'll get that just as soon as
18  possible.  And, of course, the contract issue, the statement of
19  work, is a separate issue.  And we'll take that up with Ms. Tenzer.
20            THE COURT:  Where -- Mr. Kolenich, it is news to me that
21  Heimbach has terminated your representation.  I don't recall seeing
22  that.
23            MR. KOLENICH:  Sorry, Your Honor.  I emailed it -- I
24  thought I did -- to chambers.  Maybe I sent it to the wrong one; I
25  don't know.  I deal with many federal courts.  But Mr. Heimbach did
```
</pre>

<05c>
<pre>
</pre>
</05c>

<05c>
<pre>
</pre>
</05c>