# EXHIBIT 25





**Matthew Heimbach**
@HeimbachMatthew

As the NSM saga continues to grow, I can't help but think that Burt Colucci taking over the remains of the group is the historical equivalent of Admiral Karl Dönitz taking over the German government after the battle of Berlin, there just to sign the surrender papers.

7:14 AM - 7 Mar 2019



**Matthew Heimbach**
@HeimbachMatthew

Follow

What a week.

IE has largest data breach in American nationalist history, has "secret" conference revealed

IE disbands/rips off Patriot Front

They steal the acronym of the indigenous AIM, shitty to do

Stop trying to make boat shoes nationalism happen, it's not going to happen

5:01 PM - 10 Mar 2019

1 Retweet  6 Likes

1   1   6






**Constantinus330** @Constantinus331 · 17h
Awesome. Hope to see you back in the public space soon enough.

💬 1　　🔁　　♡ 1　　✉

**Matthew Heimbach**
@HeimbachMatthew

Follow

Replying to @Constantinus331

Sooner rather than later comrade, it's time for us all to get back to work

10:39 AM - 13 Mar 2019

**Matthew Heimbach** @HeimbachMatthew · 55m

Broski, the "normal" nationalists, aka boat shoe boys, can't organize a BBQ or a meaningful protest, let alone a functioning community organizing network.

They've had an open year to do anything, and they've only failed.

Time for the real activists to take the lead again

1

**ØWEN GØYER** 🌲 @OwenGoyer · 52m

What have you accomplished that Thomas Russo hasn't?

2

**Matthew Heimbach**
@HeimbachMatthew

Follow

Replying to @OwenGoyer

Not abandoning the Cville POWs or my own guys that got caught in trouble?

PF has had like 10 guys arrested in the past year and it seems from all I've heard that they've been left to the wolves.

Also Americana isn't an inspiring brand.

Thomas is good people tho, no disrespect

12:58 PM - 14 Mar 2019

1 Like

1 1



