# EXHIBIT 26

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF VIRGINIA

CHARLOTTESVILLE DIVISION


ELIZABETH SINES, et al.,          )
                                  )
            Plaintiffs,           )   Civil Case No. 3:17-CV-00072
                                  )
vs.                               )
                                  )
JASON KESSLER, et al.,            )
                                  )
            Defendants.           )

_____

TRANSCRIPT OF TELEPHONIC HEARING
HONORABLE MAGISTRATE JUDGE JOEL C. HOPPE PRESIDING
MONDAY, MARCH 18, 2019, 4:08 P.M.

_____


Court Reporter:          Judy K. Webb, RPR
                         210 Franklin Road, S.W., Room 540
                         Roanoke, Virginia 24011
                         (540)857-5100 Ext. 5333


            Proceedings recorded FTR and transcribed using
Computer-Aided Transcription

1    MR. KOLENICH:  Vanguard is a problem.  Vanguard has

2  not turned over the devices they were supposed to turn over

3  and is not listening to counsel on the necessity of hurrying

4  up and providing this stuff, so I really don't have anything

5  to say in regard to them other than it might be useful for the

6  Court to give them sort of a warning shot that, you know,

7  you're not kidding, sanctions possible in this circumstance,

8  and give them one last chance to comply.

9       The situation with Vanguard is they really don't

10  exist anymore in any kind of a real sense.  Obviously, they're

11  in litigation and their officers are hanging on, trying to do

12  their job in defending, but they don't want to be involved.

13  And if their officers decide to just hang it up and leave the

14  organization, I don't know who takes over at that point.

15  There is a likely suspect.

16       But the current guy who I've been dealing with is

17  kind of frustrated with it all and doesn't want to deal with

18  it.  So I think if the Court could send, you know, some

19  sort of -- some sort of warning before actually imposing

20  sanctions or making us go through motion practice, with

21  Vanguard that might be useful to at least bring this to a

22  conclusion that either he is or is not going to cooperate.

23       THE COURT:  All right.  All right.  Well, you know, I

24  have -- I have issued an order directing that the devices and

25  account information be provided, and if it's -- and if you all