IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| **ELIZABETH SINES ET AL.**, | Case No. 3:17-CV-72 |
| Plaintiffs, | (Judge MOON) |
| v. | |
| **JASON KESSLER ET AL.**, | **RESPONSE TO ORDER TO SHOW CAUSE** |
| Defendants. | |

Defendant Vanguard America was made aware, on March 20, 2019, of the Court's Order to Show Cause and what it means. No information demonstrating compliance with Court orders or allowing an alternate response to the Show Cause order has been received. Therefore, no substantive response can be made at this time. The declaration of Mr. Kolenich is attached and incorporated herein.

Respectfully Submitted,

s/ James E. Kolenich PHV
_____
James E. Kolenich (OH 77084)
KOLENICH LAW OFFICE
9435 Waterstone Blvd. #140
Cincinnati, OH 45249
(513) 444-2150
(513) 297-6065 (fax)
JEK318@gmail.com

s/ **Elmer Woodard**
ELMER WOODARD (VSB 27734)
5661 US Hwy 29
Blairs, Va. 24527
(434) 878-3422

isuecrooks@comcast.net
Trial Attorney for Defendant

## CERTIFICATE OF SERVICE

A true copy of the foregoing was served via the Court's CM/ECF system on April 3, 2019 as listed below:

*All parties of record*

**I further certify that on April 3, 2019, I also served the following non-ECF participants, via U.S. mail, First Class and postage prepaid, addressed as follows:**

Loyal White Knights of the Ku Klux Klan a/k/a : Loyal White Knights Church of the Invisible Empire, Inc.
c/o Chris and Amanda Barker 2634 U.S. HWY 158 E
Yanceyville, NC 27379

Moonbase Holdings, LLC c/o Andrew Anglin
P.O. Box 208 Worthington, OH 43085

Andrew Anglin
P.O. Box 208 Worthington, OH 43085

East Coast Knights of the Ku Klux Klan a/k/a East Coast Knights of the
True Invisible Empire 26 South Pine St.
Red Lion, PA 17356

Fraternal Order of the Alt-Knights c/o Kyle Chapman
52 Lycett Circle Daly City, CA 94015

Augustus Sol Invictus 9823 4th Avenue
Orlando, FL 32824

**I further certify that on April 3, 2019, I also served the following non-ECF participants, via electronic mail, as follows:**

Elliot Kline eli.f.mosley@gmail.com

Matthew Heimbach matthew.w.heimbach@gmail.com

Vanguard America via e-mail at REDACTED

s/ James E. Kolenich PHV

_____
James E. Kolenich (OH #77084)