# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **ELIZABETH SINES et al.** | : | Case No.  3:17-cv-72 |
| Plaintiffs | : | **Judge MOON**<br>**Mag. Judge HOPPE** |
| | : | |
| -v- | | |
| **JASON KESSLER et al.** | : | |
| | : | |
| Defendants | | |

___

### DECLARATION OF JAMES E. KOLENICH
___

Mr. James E. Kolenich, having been duly cautioned, declares and states as follows:

1. This declaration is based on personal knowledge.

2. I am one of the attorneys for defendant Vanguard America.

3. I provided a copy of the Court's order to Show Cause (DE452) to Vanguard on March 20, 2019.

4. I communicated with Vanguard by phone on March 20, 2019.

5. I have not received any further communication from Vanguard.

6. I have not received any information, as of April 3, 2019, indicating compliance with pending Court orders or showing cause why compliance should be excused.


I declare under penalty of perjury that the foregoing is true and correct. Executed on April 3, 2019.

1

2

        _s/ James E. Kolenich_____
        James E. Kolenich