# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| **JASON KESSLER** | : | Case No. 1:18-cv-00015 |
| Plaintiff | : | Judge MOON |
| | : | |
| -v- | | |
| **CITY OF CHARLOTTESVILLE et al.** | : | |
| | : | |
| Defendants | | |

_____

## MOTION TO WITHDRAW AS COUNSEL
_____

Now come Attorneys Elmer Woodard and James E. Kolenich and move to withdraw as Counsel for defendant Vanguard America.

    Respectfully Submitted,

s/ Elmer Woodard_____
Elmer Woodard (VSB No. 27734)
5661 US Hwy 29
Blairs, VA 24527
Phone: 434-878-3422
Email : isuecrooks@comcast.net
Attorney for Vanguard America

s/ James E. Kolenich_PHV_
James E. Kolenich (OH 77084)
KOLENICH LAW OFFICE

1

9435 Waterstone Blvd. #140
Cincinnati, OH 45249
Phone: 513-444-2150
Fax: 513-444-2099
Email: Jek318@gmail.com
Attorney for Vanguard America

CERTIFICATE OF SERVICE

I certify the above was served on April 3, 2019 by the Court's CM/ECF system and upon non ECF participants as follows:

Loyal White Knights of the Ku Klux Klan
a/k/a Loyal White Knights Church of
the Invisible Empire, Inc.
c/o Chris and Amanda Barker
2634 U.S. HWY 158 E
Yanceyville, NC 27379

Augustus Sol Invictus
9823 4th Avenue
Orlando, FL 32824

Fraternal Order of the Alt-Knights
c/o Kyle Chapman
52 Lycett Circle
Daly City, CA 94015

Moonbase Holdings, LLC
c/o Andrew Anglin
P.O. Box 208
Worthington, OH 43085

Andrew Anglin
P.O. Box 208
Worthington, OH 43085

East Coast Knights of the Ku Klux Klan
a/k/a East Coast Knights of the
True Invisible Empire
26 South Pine St.
Red Lion, PA 17356

Elliott Kline eli.f.mosley@gmail.com
Matthew Heimbach matthew.w.heimbach@gmail.com
Vanguard America REDACTED

s/ James E. Kolenich PHV
James E. Kolenich