# EXHIBIT 3

 **Thomas Ryan** 2017-05-17 02:41:17

@everyone We're decentralizing the main server chat, this will house every VA member in the South.

This is for interstate cooperation and to foster a more localized community than can be seen with a full national chat.

Also it gets rid of the clutter.