# EXHIBIT 5



Thomas Ryan  2017-06-26 22:26:54

Y'all need to reserve seats for the hate bus' trip to Virginia.