# EXHIBIT 6

**Thomas Ryan** #updates [server: Southern Front] view
Jun 26, 2017 10:25:18 PM

We are renting a 15 seat van to go to Charlottesville, on August 12th for the Unite The Right event. This event is a **BIG DEAL** and offers the chance to link up Vanguard guys from accross the nation.

The event itself is on Saturday, the van crew will be leaving Thursday, and getting back in Texas Monday. If you are somewhere along the way, and would like to be picked up, let us know.

Due to fuel costs and insurance for the van itself, the total travel budget for each rider will be around $150 to properly reimburse our guys for being nice enough to organize this. That's about $400 cheaper than a plane ticket, and you get to hang with the boys. It does not include food, or hotels, although that could be covered by others.

***Make your reservations for seats now and contact me for more details.***

@everyone



**Thomas Ryan** #updates [server: Southern Front] view
Jun 27, 2017 01:30:59 AM

@everyone Your book discussion will be scheduled by your State Commander for tomorrow afternoon/evening. When tomorrow is up to him, find out when it is ASAP if you do not know.

There will be another discussion in this server for all those without a State Commander, that will occur at 7 p.m. Central.

**Thomas Ryan** #updates [server: Southern Front] view
Jun 29, 2017 05:19:46 AM

@everyone If your state chat is inactive or you do not have one, your local members are few or inactive, ask me to create a state channel for you in this server and I can help facilitate growth.