# EXHIBIT 9

**Kevin FL** #general [server: Southern Front] view
Aug 07, 2017 10:49:01 PM

@Pale Horse - FL Sounds like they are scared lol

**Kevin FL** #general [server: Southern Front] view
Aug 07, 2017 10:49:37 PM

I always carry a collapsible baton now it's my new favorite

**Thomas Ryan** #general [server: Southern Front] view
Aug 07, 2017 10:50:50 PM

It's concealed carry only.

Concealed knives have dozens of laws around them. Open knives do not, but it looks really dumb to carry an open large knife so we're not doing that.

**Thomas Ryan** #general [server: Southern Front] view
Aug 07, 2017 10:51:04 PM

Not sure about batons.