# EXHIBIT 12

| | |
|---|---|
| **From:** | James Kolenich |
| **To:** | Yotam Barkai; Seguin L. Strohmeier; Christopher Greene |
| **Subject:** | Discovery responses |
| **Date:** | Wednesday, April 18, 2018 9:14:40 PM |
| **Attachments:** | RayDiscovery.pdf |
| | VAdiscresponse.pdf |

Please find attached discovery responses from Robert "Azzmador" Ray and Vanguard America. These responses are provided as highly confidential pursuant to the confidentiality agreement governing this case.

Jim

--

**James E. Kolenich**
**Kolenich Law Office**
**9435 Waterstone Blvd. #140**
**Cincinnati, OH 45249**
**513-444-2150**
**513-297-6065(fax)**
**513-324-0905 (cell)**