# EXHIBIT 13

**The Don GA** #general [server: Southern Front] view
Aug 12, 2017 03:10:26 AM

https://twitter.com/Hatewatch/status/896193241514737664

**Eric TX** #general [server: Southern Front] view
Aug 12, 2017 03:12:07 AM

DO IT

**Eric TX** #general [server: Southern Front] view
Aug 12, 2017 03:12:18 AM

TIME TO PHYSICALLY REMOVE THEM