# EXHIBIT 14



Another dumb question do we have a Uniform or dress code for rallys and public events?



White polos and khakis, brown or black belt and boots