# EXHIBIT 16

| From: | David Campbell |
|---|---|
| To: | rcahill@colley.com; Roberta Kaplan; Julie Fink; Karen Dunn; William Isaacson; Levine, Alan; dmills@cooley.com; Philip Bowman; Yotam Barkai |
| Cc: | bryan@bjoneslegal.com; isuecrooks@comcast.net; jek318@gmail.com; mpeinovich@gmail.com; richardbspencer@icloud.com |
| Subject: | James Fields" Answers to Interrogatories and Requests for Production |
| Date: | Monday, April 16, 2018 4:53:53 PM |
| Attachments: | Fields First Answers to Interogs and RFPs.pdf |

All,

Attached, please find James Fields' Answers to Plaintiffs' Interrogatories and Requests for Production of Documents. Please advise whether you require newspaper and internet articles produced in physical form or pdf for the production of documents. As indicated in the response, these documents were located by "Googling" James Fields and August 12, 2017, Charlottesville Rally. I can have these documents scanned and emailed within in 24 hours or will be happy to mail hard copies. However, if you require hard copies, I ask that you provide one or two law offices for production of the physical documents due to the number of associated counsel for Plaintiffs. Alternatively, I can provide a list of each article and the website or newspaper with date.

Thanks,

Dave

David L. Campbell
DUANE, HAUCK, GRAVATT & CAMPBELL, P.C.
100 West Franklin Street
Richmond, Virginia 23220
Telephone No.: (804) 644-7400
Facsimile: (804) 303-8911

Confidentiality Notice: This electronic message transmission contains proprietary and confidential information which is subject to the attorney-client and work product privileges. The information is intended to be used only by the individual or entity named above. If you are not the intended recipient, any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us by telephone at (804) 644-7400 or by electronic mail at dcampbell@dhgclaw.com immediately.