# EXHIBIT 20

**Eric TX** #general [server: Southern Front] view
Aug 13, 2017 04:00:36 AM

You guys want some synagogue blueprints?

**Ronny TX** #general [server: Southern Front] view
Aug 13, 2017 04:01:12 AM

Only if they come with bomb recipes

**Eric TX** #general [server: Southern Front] view
Aug 13, 2017 04:01:52 AM

Let's have a meetup at our clubhouse full of automatic weapons

**The Don GA** #general [server: Southern Front] view
Aug 13, 2017 04:02:17 AM

https://twitter.com/ABC/status/896516491960610816

**TheDriver** #general [server: Southern Front] view
Aug 13, 2017 04:05:02 AM

C U C K S

**The Don GA** #general [server: Southern Front] view
Aug 13, 2017 04:05:24 AM

