# EXHIBIT 21

**Phillip-TX** #general [server: Southern Front] view
Aug 13, 2017 07:20:34 AM

This was the biggest victory for our movement history. It was glorious. https://www.dailystormer.com/charlottesville-complete-victory-event-debriefing/

**Phillip-TX** #general [server: Southern Front] view
Aug 13, 2017 07:41:29 AM

We gave many people shields, we fought and shed blood for our people today. Where where you?