# EXHIBIT 22

**Phillip-TX** #general [server: Southern Front] view
Aug 13, 2017 08:45:58 AM

"WE WON. WE SHOWED THAT OUR IDEAS HAVE TO BE SHUT DOWN WITH VIOLENCE. THEY HAVE NO OTHER CHOICE."

**Phillip-TX** #general [server: Southern Front] view
Aug 13, 2017 08:46:09 AM

Andrew Anglin

**Phillip-TX** #general [server: Southern Front] view
Aug 13, 2017 08:46:35 AM

We fucked up many commies

**Phillip-TX** #general [server: Southern Front] view
Aug 13, 2017 08:46:50 AM

We hospitalized dozens

**Phillip-TX** #general [server: Southern Front] view
Aug 13, 2017 08:47:19 AM

We got our guys out, without police help. We won.

**Phillip-TX** #general [server: Southern Front] view
Aug 13, 2017 08:53:26 AM

Now you make the next rally and fight for your people.