# EXHIBIT 24

| | |
|---|---|
| **From:** | Christopher Greene |
| **To:** | "James Kolenich"; "isuecrooks@comcast.net"; "David Campbell"; "Mike Peinovich"; "richardbspencer@icloud.com"; "Bryan Jones" |
| **Cc:** | Roberta Kaplan; Julie Fink; Gabrielle Tenzer; Karen Dunn; "Philip Bowman"; "alevine@cooley.com"; "Mills, David" |
| **Subject:** | Sines v. Kessler, et al. |
| **Date:** | Tuesday, April 24, 2018 8:00:59 PM |
| **Attachments:** | 2018.04.24 Proposed ESI Stipulation.docx<br>2018.04.24 Proposed Evidence Preservation Stipulation and Order.docx |

All,

Pursuant to the Court's direction at the March 16, 2018 telephonic conference, Plaintiffs propose that the parties enter into the attached Proposed Order and Stipulation for the Production of Electronically Stored Information and Proposed Evidence Preservation Stipulation and Order. Please let us know by May 1, 2018, if each Defendant is prepared to enter into the attached stipulations or if you have any comments on the attached.

Regards,

Christopher B. Greene
Kaplan & Company, LLP
(929) 294-2528