# EXHIBIT 26

| | |
|---|---|
| **From:** | James Kolenich |
| **To:** | Gabrielle E. Tenzer |
| **Cc:** | Elmer Woodard; Bryan Jones; John DiNucci; Roberta Kaplan; Julie Fink; Levine, Alan; Mills, David; pbowman@cooley.com; Karen Dunn; Wisaacson@bsfllp.com; jphillips@bsfllp.com; Rottenborn, Ben |
| **Subject:** | Re: Sines v. Kessler |
| **Date:** | Friday, December 7, 2018 9:30:17 PM |
| **Attachments:** | VAesiDEC.pdf |

Please find attached ESI declaration of defendant Vanguard America which is provided as Highly Confidential.

Jim

On Fri, Dec 7, 2018 at 12:13 PM James Kolenich <jek318@gmail.com> wrote:
> Gabrielle,
>
> Please find attached ESI declaration of Traditionalist Worker Party and of Matt Parrott. Provided as highly confidential.
>
> Jim
>
> On Fri, Dec 7, 2018 at 10:47 AM James Kolenich <jek318@gmail.com> wrote:
>> Gabrielle:
>>
>> Please find attached ESI declarations from defendants Identity Evropa, Jeff Schoep, National Socialist Movement, and Nationalist Front.
>>
>> The attached are provided as Highly Confidential.
>>
>> Jim
>>
>> On Wed, Dec 5, 2018 at 5:23 PM James Kolenich <jek318@gmail.com> wrote:
>>> Gabrielle,
>>>
>>> Please find attached ESI declarations from defendants Kessler, Damigo, and Cantwell. The others remain in progress.
>>>
>>> Jim
>>>
>>> On Tue, Dec 4, 2018 at 2:53 PM James Kolenich <jek318@gmail.com> wrote:
>>>> Gabrielle,
>>>>
>>>> I mis-calendared this deadline. I will get the necessary documents to you tomorrow.
>>>>
>>>> Thanks,
>>>>
>>>> Jim

On Tue, Dec 4, 2018 at 9:58 AM Gabrielle Tenzer <gtenzer@kaplanhecker.com> wrote:

> Counsel –
>
> Pursuant to Paragraph 5 of the Stipulation and Order for the Imaging, Preservation, and Production of Documents, entered on November 19, 2018 (ECF No. 383, the "Order"), all parties were to have completed the Certification attached as Exhibit A to the Order and provide those Certifications to opposing counsel by yesterday, December 3. Plaintiffs provided their Certifications to you last evening. As of this email, we have not received any of the Defendants' Certifications. We request that those Certifications be provided immediately.
>
> Plaintiffs reserve all rights with regard to Defendants' compliance with the Order.
>
> Sincerely,
>
> Gabrielle
>
> **Gabrielle Tenzer | Kaplan Hecker & Fink LLP**
> 350 Fifth Avenue | Suite 7110
> New York, New York 10118
> (W) 929.294.2536 | (M) 646.856.7275
> gtenzer@kaplanhecker.com
>
> *This email and its attachments may contain information that is confidential and/or protected from disclosure by the attorney-client, work product or other applicable legal privilege. If you are not the intended recipient of the email, please be aware that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please notify the sender immediately and destroy all copies of the message from your computer system. Thank you.*

--
**James E. Kolenich**
**Kolenich Law Office**
**9435 Waterstone Blvd. #140**
**Cincinnati, OH 45249**
**513-444-2150**
**513-297-6065(fax)**
**513-324-0905 (cell)**

--
James E. Kolenich
Kolenich Law Office
9435 Waterstone Blvd. #140
Cincinnati, OH 45249
513-444-2150
513-297-6065(fax)
513-324-0905 (cell)

--
James E. Kolenich
Kolenich Law Office
9435 Waterstone Blvd. #140
Cincinnati, OH 45249
513-444-2150
513-297-6065(fax)
513-324-0905 (cell)

--
James E. Kolenich
Kolenich Law Office
9435 Waterstone Blvd. #140
Cincinnati, OH 45249
513-444-2150
513-297-6065(fax)
513-324-0905 (cell)

--
James E. Kolenich
Kolenich Law Office
9435 Waterstone Blvd. #140
Cincinnati, OH 45249
513-444-2150
513-297-6065(fax)
513-324-0905 (cell)