# EXHIBIT 27

The Daily Progress @DailyProgress · 6h

"I talked to a dozen officers who said they were disappointed" in their inability to do their jobs. Officers said they felt like they "had their thumbs up their asses." Not a failure of will, a failure of planning. -- Heaphy

2 6 16

**Vanguard America**
@VanAmOfficial

Follow

Replying to @DailyProgress @occdissent

As an officer of the law, your SWORN duty is to uphold peace and to protect the citizens in which you are tasked to care for. To HELL with the higher command when an officer sees Lawlessness! TO HELL with their political agendas! Better to be fired with honor than work with shame

1:23 PM - 1 Dec 2017

