# EXHIBIT 29

