# EXHIBIT 30



I am the current Senior Commanding Officer for the American Vanguard.