# EXHIBIT 31



White-PowerStroke(Dillon)  2017-06-20 02:03:56

@everyone I'm on hiatus until further notice. Thomas is in charge.