# EXHIBIT 33

| From: | Caitlin Fila |
|---|---|
| To: | Christopher Greene; Michael Bloch; Gabrielle E. Tenzer; Alex Conlon; Bryan Jones; James Kolenich; John DiNucci; Jeff Schoep |
| Cc: | iDS_SINKS-02678 |
| Subject: | Sines v. Kessler: iDS Weekly Status Report |
| Date: | Tuesday, April 9, 2019 11:00:27 AM |
| Attachments: | image007.png |
| | image008.png |
| | image009.png |
| | 2019.04.09_iDS Status Report.xlsx |

All,

Please find our weekly status report attached above and some notes below.

**Discord Collections:**
As a reminder, we submitted a request on behalf of the defendants for Discord using the "Request all of my Data" function. We believe that Discord will send an email to the Defendants when the request has been completed. If Defendants could please forward those emails to my attention, that will allow us to complete the collection.

**Twitter Requests:**
We have not received a response yet to our inquiry to Twitter on the exact information needed in the written consent from the users.

I have included below a chart tracking the Twitter accounts that are reported to be disabled and if we received the associated email address for the account.

| Defendant | Twitter Account | Email Address Provided? |
|---|---|---|
| Nathan Damigo | @NathanDamigo | Yes |
| Michal Hill | JamesHill120651 | Unable to locate |
| Michal Hill | MickCollins1951 | Yes |
| Michal Hill | BigChief1951 | Unable to locate |
| Michal Hill | 51CeannCinnidh | Yes |
| Michal Hill | 71Rhodie | Yes |
| Michal Hill | @MichaelHill51 | No |
| Robert Ray | Azzmador | Yes |
| Jeff Schoep | effschoep@nsm88 | No |

**Search Term Hits**
We noticed there was a syntax issue on a few of the search terms. We have corrected those terms and the report attached reflects the revised hit counts.

Thank you,
Caitlin

---
**Caitlin Fila**
PMO Manager

**iDiscovery Solutions**
3000 K Street NW, Suite 330
Washington, DC 20007
Direct: 202.552.4442
Mobile: 571.438.0084

 

INFORMATION CLASSIFICATION NOTICE: This electronic communication (including any attachments) is intended to be viewed only by the individual(s) to whom it is addressed. It may contain information that is privileged, proprietary, confidential and/or protected from disclosure by applicable law. Any disclosure, dissemination, distribution, copying, exporting or other use of this communication or any attached document(s) other than for the purpose intended by the sender is strictly prohibited without prior written permission from the sender. If you have received this communication in error, please notify the sender immediately by reply e-mail and promptly destroy all electronic and printed copies of this communication and any attached documents.