CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
04/15/2019

JULIA C. DUDLEY, CLERK
BY: /s/ J. Jones
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION

| | |
|---|---|
| ELIZABETH SINES, *ET AL.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> JASON KESSLER, *ET AL.*, <br><br> *Defendants.* | CASE NO. 3:17-CV-00072 <br><br> ORDER <br><br> JUDGE NORMAN K. MOON |

On February 28, 2019, James Hart Stern filed a *pro se* motion for summary judgment, purportedly on behalf of Defendant National Socialist Movement (NSM). (Dkt. 433). United States Magistrate Judge Joel C. Hoppe recently barred Mr. Stern from participating in this action, as Mr. Stern is not an attorney and cannot represent NSM in his individual capacity; no lawyer admitted to practice in the Western District of Virginia has entered an appearance on Mr. Stern's behalf for NSM, despite Judge Hoppe granting Mr. Stern multiple extensions of time in order to arrange for such an appearance; and Judge Hoppe accepted the notice of appearance of another attorney on behalf of NSM. (Dkt. 461).

Since Mr. Stern is not himself a party to this litigation, cannot represent NSM *pro se* in his individual capacity, and has now been barred from participating in this litigation, the Court hereby **ORDERS** that his *pro se* motion for summary judgment, (dkt. 433), be **STRICKEN** from the Court's active docket.

It is so **ORDERED.**

The Clerk of the Court is hereby directed to send a certified copy of this Order to all counsel of record.

Entered this 15th day of April, 2019.

NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE