CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
04/16/2019
JULIA C. DUDLEY, CLERK
BY: /s/ J. Jones
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| ELIZABETH SINES et al., <br>     Plaintiffs, <br><br> v. <br><br> JASON KESSLER et al., <br>     Defendants. | Civil Action No. 3:17-cv-00072 <br><br> **ORDER** <br><br> By:   Joel C. Hoppe <br>         United States Magistrate Judge |

This matter is before the Court on the Plaintiffs' Motion for Sanctions against Defendant Vanguard America. ECF No. 465. Having reviewed the motion, the Court finds it necessary to review the contents of Exhibits 12, 26, and 33, which were not filed on the public docket. *See id.* at 4 n.2 (citing ECF No. 167). On or before April 19, 2019, Plaintiffs shall file complete and unredacted copies of these exhibits, as well as unredacted copies of the discovery responses or materials at issue in each exhibit. *See id.* at 4, 7, 9–10, 12 n.4, 13 n.5, 19–20. All documents may be filed under seal in accordance with Local Rule 9.

It is so ORDERED.

ENTER: April 16, 2019

*/s/ Joel C. Hoppe*

Joel C. Hoppe
U.S. Magistrate Judge