UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| ELIZABETH SINES, SETH WISPELWEY, MARISSA BLAIR, TYLER MAGILL, APRIL MUNIZ, HANNAH PEARCE, MARCUS MARTIN, NATALIE ROMERO, CHELSEA ALVARADO, and JOHN DOE,<br><br>Plaintiffs,<br><br>v.<br><br>JASON KESSLER, RICHARD SPENCER, CHRISTOPHER CANTWELL, JAMES ALEX FIELDS, JR., VANGUARD AMERICA, ANDREW ANGLIN, MOONBASE HOLDINGS, LLC, ROBERT "AZZMADOR" RAY, NATHAN DAMIGO, ELLIOT KLINE a/k/a/ ELI MOSLEY, IDENTITY EVROPA, MATTHEW HEIMBACH, MATTHEW PARROTT a/k/a DAVID MATTHEW PARROTT, TRADITIONALIST WORKER PARTY, MICHAEL HILL, MICHAEL TUBBS, LEAGUE OF THE SOUTH, JEFF SCHOEP, NATIONAL SOCIALIST MOVEMENT, NATIONALIST FRONT, AUGUSTUS SOL INVICTUS, FRATERNAL ORDER OF THE ALT-KNIGHTS, MICHAEL "ENOCH" PEINOVICH, LOYAL WHITE KNIGHTS OF THE KU KLUX KLAN, and EAST COAST KNIGHTS OF THE KU KLUX KLAN a/k/a EAST COAST KNIGHTS OF THE TRUE INVISIBLE EMPIRE,<br><br>Defendants. | **Civil Action No. 3:17-cv-00072-NKM**<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFFS' MOTION TO SEAL CERTAIN EXHIBITS TO PLAINTIFFS' MOTION
FOR SANCTIONS AGAINST DEFENDANT VANGUARD AMERICA**

On April 16, 2019, the Court ordered that Plaintiffs "file complete and unredacted copies" of certain exhibits that Plaintiffs had referenced in their Motion for Sanctions Against Vanguard America." (ECF No. 467.) The Court further stated that "[a]ll documents may be filed under seal in accordance with Local Rule 9." (*Id.*) Accordingly, pursuant to the Court's Order and for the reasons set forth below, Plaintiffs hereby respectfully request that the Court enter the enclosed proposed order sealing Exhibits 12, 26, and 33 to Plaintiffs' Motion for Sanctions Against Defendant Vanguard America, which were submitted conditionally under seal today in this matter.

Exhibits 12 and 26 to Plaintiffs' Motion for Sanctions Against Defendant Vanguard America were designated Highly Confidential by Defendant Vanguard America pursuant to the Order for the Production of Documents and Exchange of Confidential Information on January 3, 2018 (ECF No. 167). Although Plaintiffs reserve their right to challenge such designations, they submit this Motion in accordance with Local Rule 9 and request that Exhibits 12 and 26 be sealed. Additionally, pursuant to the contract the parties executed with the Third Party Discovery Vendor (as that term is defined in the Stipulation and Order for the Imaging, Preservation, and Productions of Documents, (ECF No. 383)), Exhibit 33 cannot not be disclosed except where disclosure to the Court is necessary for an application of relief, as it is here.

| | |
|---|---|
| Dated: April 19, 2019 | Respectfully submitted, |
| | /s/ |
| Roberta A. Kaplan (*pro hac vice*) | Robert T. Cahill (VSB 38562) |
| Julie E. Fink (*pro hac vice*) | COOLEY LLP |
| Gabrielle E. Tenzer (*pro hac vice*) | 11951 Freedom Drive, 14th Floor |
| Michael L. Bloch (*pro hac vice*) | Reston, VA 20190-5656 |
| Christopher B. Greene (*pro hac vice*) | Telephone: (703) 456-8000 |
| KAPLAN HECKER & FINK, LLP | Fax: (703) 456-8100 |
| 350 Fifth Avenue, Suite 7110 | rcahill@cooley.com |
| New York, NY 10118 | |
| Telephone: (212) 763-0883 | |
| rkaplan@kaplanhecker.com | |
| jfink@kaplanhecker.com | |
| gtenzer@kaplanhecker.com | |
| mbloch@kaplanhecker.com | |
| cgreene@kaplanhecker.com | |
| | |
| Yotam Barkai (*pro hac vice*) | Karen L. Dunn (*pro hac vice*) |
| BOIES SCHILLER FLEXNER LLP | William A. Isaacson (*pro hac vice*) |
| 55 Hudson Yards | Jessica Phillips (*pro hac vice*) |
| New York, NY 10001 | BOIES SCHILLER FLEXNER LLP |
| Telephone: (212) 446-2300 | 1401 New York Ave, NW |
| Fax: (212) 446-2350 | Washington, DC 20005 |
| ybarkai@bsfllp.com | Telephone: (202) 237-2727 |
| | Fax: (202) 237-6131 |
| | kdunn@bsfllp.com |
| | wisaacson@bsfllp.com |
| | jphillips@bsfllp.com |
| | |
| Alan Levine (*pro hac vice*) | David E. Mills (*pro hac vice*) |
| COOLEY LLP | COOLEY LLP |
| 1114 Avenue of the Americas, 46th Floor | 1299 Pennsylvania Avenue, NW |
| New York, NY 10036 | Suite 700 |
| Telephone: (212) 479-6260 | Washington, DC 20004 |
| Fax: (212) 479-6275 | Telephone: (202) 842-7800 |
| alevine@cooley.com | Fax: (202) 842-7899 |
| | dmills@cooley.com |
| | |
| | *Counsel for Plaintiffs* |

CERTIFICATE OF SERVICE

   I hereby certify that on April 19, 2019, I filed the foregoing with the Clerk of Court through the CM/ECF system, which will send a notice of electronic filing to:

Justin Saunders Gravatt
David L. Hauck
David L. Campbell
Duane, Hauck, Davis & Gravatt, P.C.
100 West Franklin Street, Suite 100
Richmond, VA 23220
jgravatt@dhdglaw.com
dhauck@dhdglaw.com
dcampbell@dhdglaw.com

*Counsel for Defendant James A. Fields, Jr.*

Bryan Jones
106 W. South St., Suite 211
Charlottesville, VA 22902
bryan@bjoneslegal.com

*Counsel for Defendants Michael Hill,
Michael Tubbs, and League of the South*

John A. DiNucci
Law Office of John A. DiNucci
8180 Greensboro Drive, Suite 1150
McLean, VA 22102
dinuccilaw@outlook.com

*Counsel for Defendant Richard Spencer*

William E. Rebrook, IV
The ReBrook Law Office
6013 Clerkenwell Court
Burke, Virginia 22015
edward@ReBrookLaw.com

*Counsel for Jeff Schoep, Nationalist Front,
and National Socialist Movement*

Lisa M. Lorish
Federal Public Defenders Office
Western District of Virginia - Charlottesville
401 E Market Street, Suite 106
Charlottesville, VA 22902
lisa_lorish@fd.org

*Fifth Amendment Counsel for Defendant
James A. Fields, Jr.*

Elmer Woodard
5661 US Hwy 29
Blairs, VA 24527
isuecrooks@comcast.net

James E. Kolenich
Kolenich Law Office
9435 Waterstone Blvd. #140
Cincinnati, OH 45249
jek318@gmail.com

*Counsel for Defendants Matthew Parrott,
Robert Ray, Traditionalist Worker Party,
Jason Kessler, Vanguard America, Nathan
Damigo, Identity Europa, Inc. (Identity
Evropa), and Christopher Cantwell*

I further hereby certify that on April 19, 2019, I also served the following non-ECF participants, via U.S. mail, First Class and postage prepaid, addressed as follows:

Loyal White Knights of the Ku Klux Klan
a/k/a : Loyal White Knights Church of
the Invisible Empire, Inc.
c/o Chris and Amanda Barker
2634 U.S. HWY 158 E
Yanceyville, NC 27379

Moonbase Holdings, LLC
c/o Andrew Anglin
P.O. Box 208
Worthington, OH 43085

Andrew Anglin
P.O. Box 208
Worthington, OH 43085

East Coast Knights of the Ku Klux Klan
a/k/a East Coast Knights of the
True Invisible Empire
26 South Pine St.
Red Lion, PA 17356

Fraternal Order of the Alt-Knights
c/o Kyle Chapman
52 Lycett Circle
Daly City, CA 94015

Augustus Sol Invictus
9823 4th Avenue
Orlando, FL 32824

I further hereby certify that on April 19, 2019, I also served the following non-ECF participants, via electronic mail, as follows:

Elliot Kline
eli.f.mosley@gmail.com

Matthew Heimbach
matthew.w.heimbach@gmail.com

 

*/s/*
Robert T. Cahill (VSB 38562)
COOLEY LLP

*Counsel for Plaintiffs*