CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

04/22/2019

JULIA C. DUDLEY, CLERK
BY: _____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### Charlottesville Division

|  |  |
|---|---|
| ELIZABETH SINES, SETH WISPELWEY, MARISSA BLAIR, TYLER MAGILL, APRIL MUNIZ, HANNAH PEARCE, MARCUS MARTIN, NATALIE ROMERO, CHELSEA ALVARADO, and JOHN DOE,<br><br>                    Plaintiffs,<br><br>v.<br><br>JASON KESSLER, RICHARD SPENCER, CHRISTOPHER CANTWELL, JAMES ALEX FIELDS, JR., VANGUARD AMERICA, ANDREW ANGLIN, MOONBASE HOLDINGS, LLC, ROBERT "AZZMADOR" RAY, NATHAN DAMIGO, ELLIOT KLINE a/k/a/ ELI MOSLEY, IDENTITY EVROPA, MATTHEW HEIMBACH, MATTHEW PARROTT a/k/a DAVID MATTHEW PARROTT, TRADITIONALIST WORKER PARTY, MICHAEL HILL, MICHAEL TUBBS, LEAGUE OF THE SOUTH, JEFF SCHOEP, NATIONAL SOCIALIST MOVEMENT, NATIONALIST FRONT, AUGUSTUS SOL INVICTUS, FRATERNAL ORDER OF THE ALT-KNIGHTS, MICHAEL "ENOCH" PEINOVICH, LOYAL WHITE KNIGHTS OF THE KU KLUX KLAN, and EAST COAST KNIGHTS OF THE KU KLUX KLAN a/k/a EAST COAST KNIGHTS OF THE TRUE INVISIBLE EMPIRE,<br><br>                    Defendants. | Civil Action No. 3:17-cv-00072-NKM<br><br>**JURY TRIAL DEMANDED** |

## ORDER SEALING CERTAIN EXHIBITS TO PLAINTIFFS' MOTION FOR SANCTIONS AGAINST VANGUARD AMERICA

WHEREAS, on April 16, 2019, the Court ordered that Plaintiffs "file complete and unredacted copies" of certain exhibits that Plaintiffs had referenced in their Motion for Sanctions Against Vanguard America" and further stated that "[a]ll documents may be filed under seal in accordance with Local Rule 9." (ECF No. 467)

WHEREAS, the Plaintiffs have provided unredacted copies of those exhibits to the Court and moved, pursuant to Local Rule 9, for those exhibits to be sealed.

IT IS HEREBY ORDERED, that Plaintiffs' motion to seal, (ECF No. 471) is GRANTED, and Exhibits 12, 26, and 33 to Plaintiffs' Motion for Sanctions Against Vanguard America (ECF No. 465) are hereby sealed pursuant to Local Rule 9.


Dated: April 22, 2019



**SO ORDERED**

_____
  Hon. Joel C. Hoppe, M.J.