# EXHIBIT 10



(/web/20190420040720/https://www.wrcbtv.com/)

NEWS

# Tennessee may soon have hands-free law; drivers say it could help end distracted driving

Tennessee is close to being the newest state to adopt the hands-free law, which prohibits any cell phone use while driving.

Friday, April 19th 2019, 10:49 PM EDT  by Jake Chapman

Tennessee is close to being the newest state to adopt the hands-free law, which prohibits any cell phone use while driving.

Joseph Boswell has lived in the Volunteer State since August and says he's noticed there is a distracted driving problem in the state.

Case 3:17-cv-00072-NKM-JCH   Document 475-10   Filed 04/24/19   Page 3 of 4   Pageid#: 4619

That's why he and others say this law could help keep the roads safe.

AlertMe

"I don't like new laws in general, but I do think it will reduce accidents. And insurance rates are going up. So I think over the big scheme of things, over time, it will reduce accidents and make things safer," Boswell said.

If caught while driving, drivers could face up to a $60 dollar fine.

Bus drivers who violate the law could face a $100 fine and jail time.

Boswell is a cyclist who hits the roads frequently, and he says driving on any major roadway is a nightmare for any cyclist.

"I would hesitate to do that on any major roads because I know that everybody, including myself, is texting while they are driving. And all it takes is one little drift off to the side and you've killed a cyclist," Boswell said.

According to a study done by ValuePenguin, Tennessee ranks number one in the United States in distracted driving deaths.

Matthew Heimbach works in Georgia, a state which has had a hands-free law for more than a year.

He is shocked tennessee doesn't have a hands-free law yet.

"When it comes to public safety, distracted driving is one of the biggest dangers that any of us face here in this community. As a father of two, I know when I grab my kids in the car, I don't their lives put at risk because someone has decided they want to update their Instagram," Heimbach said.

Though it may take time for everyone to get used to, Boswell thinks any kind of step toward road safety is enough.

"I mean, laws don't fix everything, but it would reduce the chance of it happening," Boswell said.

Now that the law has passed the House here in Tennessee, the bill is set to go before the Senate next week.

Several Georgia officials said they have seen a decrease in distracted driving.

Case 3:17-cv-00072-NKM-JCH    Document 475-10    Filed 04/24/19    Page 4 of 4    Pageid#: 4620

Dalton Public Information Officer Bruce Frazier said it helps keep roads safe and helps police officers perform their jobs at a higher level.

## IN CASE YOU MISSED IT

### NEWS

### SPORTS

All content © copyright WRCB.  POWERED BY frankly (https://web.archive.org/web/20190420040720/http://www.franklyinc.com/)

EEO Reports (https://web.archive.org/web/20190420040720/https://ftpcontent2.worldnow.com/wrcb/reports/eeopublicfilerpt.pdf)

|  FCC Public File (/web/20190420040720/https://www.wrcbtv.com/story/19188811/wrcb-tvs-fcc-public-files)

All Rights Reserved. For more information on this site, please read our Privacy Policy (/web/20190420040720/https://www.wrcbtv.com/story/18990/privacy-policy), Terms of Service (/web/20190420040720/https://www.wrcbtv.com/story/38350732/wrcbtvcoms-terms-of-service), and Ad Choices (https://web.archive.org/web/20190420040720/http://www.aboutads.info