# EXHIBIT 12



**Eli Mosley** 2017-03-27 14:46:57 UTC
Oh shit

**Eli Mosley** 2017-03-27 14:47:02 UTC
i found someone who streamed the whole thing

**Eli Mosley** 2017-03-27 14:47:06 UTC
and was right behind me

**Eli Mosley** 2017-03-27 14:47:32 UTC
@william.clark- PA we might have the video of the century

**Eli Mosley** 2017-03-27 14:49:08 UTC
https://www.youtube.com/watch?v=xOSkKbqYtUw there is another one too. im gonna try to find it

**Eli Mosley** 2017-03-27 14:49:24 UTC
He is walking behind us like the whole time