# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### Charlottesville Division

| | |
|---|---|
| ELIZABETH SINES, SETH WISPELWEY, MARISSA BLAIR, TYLER MAGILL, APRIL MUNIZ, HANNAH PEARCE, MARCUS MARTIN, NATALIE ROMERO, CHELSEA ALVARADO, and JOHN DOE,<br><br>       Plaintiffs,<br><br>v.<br><br>JASON KESSLER, RICHARD SPENCER, CHRISTOPHER CANTWELL, JAMES ALEX FIELDS, JR., VANGUARD AMERICA, ANDREW ANGLIN, MOONBASE HOLDINGS, LLC, ROBERT "AZZMADOR" RAY, NATHAN DAMIGO, ELLIOT KLINE a/k/a/ ELI MOSLEY, IDENTITY EVROPA, MATTHEW HEIMBACH, MATTHEW PARROTT a/k/a DAVID MATTHEW PARROTT, TRADITIONALIST WORKER PARTY, MICHAEL HILL, MICHAEL TUBBS, LEAGUE OF THE SOUTH, JEFF SCHOEP, NATIONAL SOCIALIST MOVEMENT, NATIONALIST FRONT, AUGUSTUS SOL INVICTUS, FRATERNAL ORDER OF THE ALT-KNIGHTS, MICHAEL "ENOCH" PEINOVICH, LOYAL WHITE KNIGHTS OF THE KU KLUX KLAN, and EAST COAST KNIGHTS OF THE KU KLUX KLAN a/k/a EAST COAST KNIGHTS OF THE TRUE INVISIBLE EMPIRE,<br><br>       Defendants. | **Civil Action No. 3:17-cv-00072-NKM**<br><br>**JURY TRIAL DEMANDED** |

**[PROPOSED] ORDER SEALING CERTAIN EXHIBITS TO PLAINTIFFS' REPLY TO DEFENDANT SPENCER'S OPPOSITION TO MOTION FOR SANCTIONS AGAINST DEFENDANTS KLINE AND HEIMBACH**

WHEREAS, on April 24, 2019, Plaintiffs filed a Reply to Defendant Spencer's Opposition to Plaintiffs' Motion for Sanctions Against Defendants Kline and Heimbach (the "Reply") (ECF No. 475) and did not publicly file Exhibits 1 through 9 in accordance with Defendants' position that because such Exhibits contain Confidential or Highly Confidential information pursuant to the Order for the Production of Documents and Exchange of Confidential Information on January 3, 2018 (ECF No. 167).

WHEREAS, the Plaintiffs have provided unredacted copies of those exhibits to the Court and moved, pursuant to Local Rule 9, for those exhibits to be sealed.

IT IS HEREBY ORDERED, that Exhibits 1 through 9 to Plaintiffs' Reply (ECF No. 475) are hereby sealed pursuant to Local Rule 9.

Dated:

**SO ORDERED**

_____
Hon. Joel C. Hoppe, M.J.