CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
04/25/2019
JULIA C. DUDLEY, CLERK
BY: /s/ J. Jones
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | | |
|---|---|---|
| ELIZABETH SINES et al., | ) | |
|     Plaintiffs, | ) | Civil Action No. 3:17-cv-00072 |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| JASON KESSLER et al., | ) | By:   Joel C. Hoppe |
|     Defendants. | ) |         United States Magistrate Judge |

Before the Court is Plaintiffs' motion to seal. ECF No. 476. Plaintiffs ask to file a number of exhibits under seal, and they note that Defendants have identified information in the exhibits as highly confidential. Having reviewed the exhibits, the Court has doubts about whether they satisfy the requirements for sealing in total. *See* W.D. Va. Gen. R. 9, Commentary (discussing First Amendment and common law right of public access to court documents and citing *Va. Dep't of State Police v. Wash. Post*, 386 F.3d 567, 575 (4th Cir. 2004)). Rather, it appears that the exhibits may be filed publicly with certain identifying information, such as email addresses, social media accounts, and telephone numbers, redacted. Additionally, the financial information attached to Defendant Jason Kessler's discovery responses may be sealed in its entirety.

Accordingly, the motion to seal is GRANTED IN PART, AND DENIED IN PART. The Clerk shall file under seal unredacted copies of Exhibits 1 through 9. On May 2, 2019, Plaintiffs shall publicly file copies of Exhibits 1 through 9, but all identifying information, such as telephone numbers, social media accounts, and email addresses, must be redacted. Additionally, the financial information in Exhibit 3 should not be filed publicly. Within five (5) days, any party may move, in accordance with Local Rule 9, that Exhibits 1 through 9 should be sealed in their entirety or additional information in those exhibits should be redacted.

It is so ORDERED.

The Clerk shall send a copy of this Order to the parties.

ENTER: April 25, 2019

Joel C. Hoppe
U.S. Magistrate Judge