| **Description** | Appearance Sheet for the United States District Court Western District of Virginia Charlottesville Division; Sines v. Kessler.; Case no.: 3:17CV72; Date:4/26/19; Type of Hearing: Telephonic Motion Hearing; Parties: 1. Joel C. Hoppe, USMJ; 2. Michael Bloch,3. Alan Levine, 4. Jessica Phillips, 5. Roberta Kaplan, 6. Edward ReBrook, 7. Jeff Schoep; Recorded by: Heidi N. Wheeler; Time in Court: 36 min |
| --- | --- |
| **Date** | 4/26/2019 **Location** [CVILLE-3FTR] |

Appearance Sheet for the United States District Court Western District of Virginia C[CVILLE-3FTR]

| Time | Speaker | Note |
|---|---|---|
| 2:04:20 PM | 1 | |
| 2:04:24 PM | 2 | Michael Bloch |
| 2:04:33 PM | 3 | Alan Levine |
| 2:04:39 PM | 4 | Jessica Phillips |
| 2:04:45 PM | 5 | Roberta Kaplan |
| 2:04:50 PM | 1 | |
| 2:04:57 PM | 6 | Edward Rebrook |
| 2:05:03 PM | 1 | |
| 2:05:05 PM | 7 | Jeff Schoep |
| 2:05:12 PM | 1 | |
| 2:06:12 PM | 1,2 | |
| 2:06:22 PM | 2 | |
| 2:07:30 PM | 1 | |
| 2:07:35 PM | 2 | |
| 2:08:17 PM | 1 | |
| 2:08:19 PM | 2 | |
| 2:08:50 PM | 1 | |
| 2:09:13 PM | 2 | |
| 2:09:42 PM | 1 | |
| 2:10:02 PM | 2 | |
| 2:11:28 PM | 1,2 | |
| 2:11:49 PM | 1 | |
| 2:12:04 PM | 6 | |
| 2:12:30 PM | 1 | |
| 2:12:35 PM | 6 | |
| 2:12:44 PM | 1 | |
| 2:13:44 PM | 7 | |
| 2:13:45 PM | 1 | |
| 2:13:57 PM | 2 | |
| 2:14:19 PM | 6 | |
| 2:14:46 PM | 1 | |
| 2:15:10 PM | 7 | |
| 2:15:51 PM | 1 | |
| 2:17:12 PM | 5 | |
| 2:17:22 PM | | unidentified |
| 2:17:27 PM | 1 | |
| 2:18:10 PM | 6 | |
| 2:18:15 PM | 1 | |
| 2:18:28 PM | 6 | |
| 2:19:18 PM | 1 | |
| 2:21:16 PM | 6 | |
| 2:21:20 PM | 1 | |

Appearance Sheet for the United States District Court Western District of Virginia C[CVILLE-3FTR]

| Time | Col | Note |
|---|---|---|
| 2:22:28 PM | 6 | |
| 2:22:37 PM | 1 | |
| 2:23:31 PM | 2 | |
| 2:24:28 PM | 7 | |
| 2:24:29 PM | 1,7 | |
| 2:24:37 PM | 1 | |
| 2:25:19 PM | 6 | |
| 2:25:49 PM | 1,6 | |
| 2:26:28 PM | 6 | |
| 2:27:11 PM | 2 | |
| 2:28:07 PM | 1 | |
| 2:28:50 PM | 2 | |
| 2:29:06 PM | 1 | |
| 2:29:35 PM | 2 | |
| 2:30:38 PM | 1 | |
| 2:31:07 PM | 2 | |
| 2:31:11 PM | 1 | |
| 2:31:30 PM | 2 | |
| 2:31:44 PM | 6 | |
| 2:32:10 PM | 2 | |
| 2:32:24 PM | 6 | |
| 2:32:26 PM | 1 | |
| 2:34:01 PM | 2 | |
| 2:34:09 PM | 1 | |
| 2:34:32 PM | 6 | |
| 2:34:46 PM | 1 | |
| 2:35:13 PM | 6 | Twitter account |
| 2:35:24 PM | 1 | |
| 2:35:27 PM | 6 | |
| 2:35:53 PM | 1 | |
| 2:36:55 PM | 6 | |
| 2:36:57 PM | 1 | |
| 2:37:10 PM | 2 | |
| 2:37:21 PM | 1 | Laptop |
| 2:37:52 PM | 2 | |
| 2:37:57 PM | 1 | |
| 2:38:00 PM | 2 | |
| 2:38:14 PM | 1 | Attorney fees |
| 2:38:30 PM | 2 | Will put that on hold |
| 2:38:42 PM | 1 | Attorney fees taken under advisement |
| 2:39:31 PM | 2 | |
| 2:39:33 PM | 1 | |
| 2:39:35 PM | 6 | |

Appearance Sheet for the United States District Court Western District of Virginia C[CVILLE-3FTR]

| | | |
|---|---|---|
| 2:39:37 PM | 1 | |
| 2:39:52 PM | 1,2,6 | |
| 2:40:02 PM | END | |