# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

**Elizabeth Sines, et al**

**vs.**

**Jason Kessler, et al**

Action No: 3:17CV72
Date: 4/26/2019
Judge: Joel C. Hoppe
Court Reporter: H. Wheeler/FTR
Deputy Clerk: Heidi N. Wheeler

Plaintiff Attorney(s)
Michael Bloch
Alan Levine
Jessica Phillips
Roberta Kaplan

Defendant Attorney(s)
Edward ReBrook

## LIST OF WITNESSES

PLAINTIFF/GOVERNMENT:

1.

DEFENDANT:

PROCEEDINGS:
TELEPHONIC MOTION HEARING [432] Motion for Sanctions 2:04-2:40=36 min

Issues surrounding vendors/devices addressed.

Arguments heard.

Further arguments.

Order will issue