AO435
(Rev. 04/18; WDVA Rev. 02/19)

ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS

# TRANSCRIPT ORDER FORM

**FOR COURT USE ONLY**

**DUE DATE:**

*Please Read Instructions on Page 2.*

| 1. **REQUESTOR'S INFORMATION:** | NAME: James E. Kolenich | TELEPHONE NUMBER: (513) 324-0905 |
|---|---|---|
| DATE OF REQUEST: 4/29/2019 | EMAIL ADDRESS (*Transcript will be emailed to this address.*): JEK318@GMAIL.COM | |
| MAILING ADDRESS: Kolenich Law Office 9435 Waterstone Blvd. Suite 140 | | CITY, STATE, ZIP CODE: Cincinnati OH 45249 |

| 2. **TRANSCRIPT REQUESTED:** | NAME OF COURT REPORTER: Heidi Wheeler <br> OR  CHECK HERE ☐ IF HEARING WAS RECORDED BY FTR | |
|---|---|---|
| CASE NUMBER: 3:17-cv-00072 | CASE NAME: Sines et al. v. Kessler et al. | JUDGE'S NAME: Joel C. Hoppe |
| DATE(S) OF PROCEEDING(S): 4/26/2019 | TYPE OF PROCEEDING(S): Telephone Hearing (Motion) | LOCATION OF PROCEEDING: Charlottesville VA |

REQUEST IS FOR: (*Select one*)  ☑ FULL PROCEEDING  OR  ☐ SPECIFIC PORTION(S) (*Must specify below*)

SPECIFIC PORTION(S) REQUESTED (*If applicable*):

**3. SERVICE TURNAROUND CATEGORY REQUESTED:**
(*See Page 2 for descriptions of each service turnaround category.*)

☐ Ordinary (30-Day)         ☐ Daily
☐ 14-Day                    ☐ Hourly
☑ Expedited (7-Day)         ☐ RealTime
☐ 3-Day

**4. CERTIFICATION:** By signing below, I certify that I will pay all charges (deposit plus additional).

| DATE | SIGNATURE |
|---|---|
| 4/29/2019 | s/James E. Kolenich |

If you have any questions, please contact the court reporter coordinator at (434) 847-5722 or by email to CRC@vawd.uscourts.gov.

**Transcript Fee Rates can be found on our website under Standing Orders at:**
http://www.vawd.uscourts.gov/media/1576/transcripts2018-3.pdf

**NOTE:** Form must be flattened prior to electronically filing in CM/ECF so that all fillable fields can no longer be modified.

**PRINT**        **RESET FORM**