**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division**

| | |
|---|---|
| ELIZABETH SINES, SETH WISPELWEY, MARISSA BLAIR, TYLER MAGILL, APRIL MUNIZ, HANNAH PEARCE, MARCUS MARTIN, NATALIE ROMERO, CHELSEA ALVARADO, and JOHN DOE,<br><br>                              Plaintiffs,<br><br>v.<br><br>JASON KESSLER, RICHARD SPENCER, CHRISTOPHER CANTWELL, JAMES ALEX FIELDS, JR., VANGUARD AMERICA, ANDREW ANGLIN, MOONBASE HOLDINGS, LLC, ROBERT "AZZMADOR" RAY, NATHAN DAMIGO, ELLIOT KLINE a/k/a ELI MOSLEY, IDENTITY EVROPA, MATTHEW HEIMBACH, MATTHEW PARROTT a/k/a DAVID MATTHEW PARROTT, TRADITIONALIST WORKER PARTY, MICHAEL HILL, MICHAEL TUBBS, LEAGUE OF THE SOUTH, JEFF SCHOEP, NATIONAL SOCIALIST MOVEMENT, NATIONALIST FRONT, AUGUSTUS SOL INVICTUS, FRATERNAL ORDER OF THE ALT-KNIGHTS, MICHAEL "ENOCH" PEINOVICH, LOYAL WHITE KNIGHTS OF THE KU KLUX KLAN, and EAST COAST KNIGHTS OF THE KU KLUX KLAN a/k/a EAST COAST KNIGHTS OF THE TRUE INVISIBLE EMPIRE,<br><br>                              Defendants. | **Civil Action No. 3:17-cv-00072-NKM** |

**DECLARATION OF CHRISTOPHER B. GREENE**

2

I, Christopher B. Greene, this 2nd day of May, 2019, pursuant to 28 U.S.C. 1746, declare as follows:

1. I am a member of the Bar of the State of New York in good standing. I have been permitted to appear *pro hac vice* before this Court for and on behalf of the Plaintiffs in the above-captioned action. I am an Associate at the law firm Kaplan Hecker & Fink LLP, one of the three law firms representing the Plaintiffs in this action.

2. Pursuant to the Court's April 25, 2019 Order (ECF No. 477), I have enclosed herewith versions of Exhibits 1 through 9 to Plaintiffs' Reply to Defendant Spencer's Opposition to Motion for Sanctions Against Defendants Eliot Kline a/k/a Eli Mosley and Matthew Heimbach (ECF No. 475) in which "all identifying information, such as telephone numbers, social media accounts, and email addresses," (ECF No. 477) has been redacted, as directed by the Court.

Dated: May 2, 2019
New York, New York

_____
Christopher B. Greene