# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

**Elizabeth Sines, et al**

vs.

**Jason Kessler, et al**

Action No: 3:17CV72
Date: June 3, 2019
Judge: Joel C. Hoppe
Court Reporter: H. Wheeler/FTR
Deputy Clerk: Heidi N. Wheeler

Plaintiff Attorney(s)
Michael Bloch
Gabrielle Tenzer
Erin Ashwell

Defendant Attorney(s)
James Kolenich
John DiNucci

## LIST OF WITNESSES

PLAINTIFF/GOVERNMENT:

DEFENDANT:

1.

PROCEEDINGS:
MOTION HEARING [465,457] Motions for Sanctions and [459] Motion to Withdraw
11:01-11:43= 42 min

Arguments heard on motion to withdraw first.  Court will grant motion.

Arguments on Motions for Sanctions heard.

Remarks by Court.

Order will issue