| Description | Appearance Sheet for the United States District Court Western District of Virginia Charlottesville Division; Sines v. Kessler, 3:17CV72; Date: June 3, 2019; Type of Hearing: Motion Hearing; Parties: 1. Joel C. Hoppe; 2. Michael Bloch, 3. Gabrielle Tenzer, 4. James Kolenich, 5. John DiNucci, 6. Eirn Ashwell; Recorded by: Heidi N. Wheeler; Time in Court: 43 min |
|---|---|
| Date | 6/3/2019  **Location**  [CVILLE-3FTR] |

| Time | Speaker | Note |
|---|---|---|
| 11:01:04 AM | 1 | |
| 11:01:59 AM | 2 | |
| 11:02:01 AM | 3 | |
| 11:02:06 AM | 4 | |
| 11:02:28 AM | 5 | |
| 11:02:29 AM | 1 | |
| 11:02:32 AM | 6 | |
| 11:02:32 AM | 1 | |
| 11:02:55 AM | 4 | Motion to withdraw for Vanguard |
| 11:03:28 AM | 1 | |
| 11:03:35 AM | 4 | |
| 11:03:37 AM | 1 | |
| 11:03:41 AM | 2 | |
| 11:04:05 AM | 1 | |
| 11:04:15 AM | 2 | |
| 11:04:20 AM | 1 | Court will grant motion. Vanguard ordered to retain counsel within 14 days |
| 11:05:05 AM | 4,1 | |
| 11:05:20 AM | 1 | Motions for Sanctions |
| 11:05:27 AM | 2 | Will address all three |
| 11:08:47 AM | 1 | |
| 11:11:05 AM | 2 | |
| 11:12:21 AM | 1 | |
| 11:12:42 AM | 2 | |
| 11:15:51 AM | 1 | |
| 11:19:16 AM | 2 | |
| 11:19:31 AM | 1 | |
| 11:19:43 AM | 2 | |
| 11:21:58 AM | 1 | |
| 11:22:23 AM | 2 | |
| 11:22:36 AM | 1 | |
| 11:22:41 AM | 2 | |
| 11:23:57 AM | 1 | |
| 11:24:50 AM | 2 | |
| 11:27:09 AM | 1 | |
| 11:29:10 AM | 2 | |
| 11:29:12 AM | 1,2,1 | |
| 11:30:24 AM | 4 | |
| 11:32:53 AM | 1 | |
| 11:32:55 AM | 4 | |
| 11:34:37 AM | 1 | |
| 11:34:42 AM | 5 | |

| Time | # | Note |
|---|---|---|
| 11:35:25 AM | 1 | |
| 11:37:25 AM | 2 | |
| 11:38:41 AM | 1 | |
| 11:39:24 AM | 2 | |
| 11:40:12 AM | 1 | |
| 11:40:45 AM | 2 | |
| 11:40:54 AM | 5 | |
| 11:40:55 AM | 2 | |
| 11:41:22 AM | 1 | |
| 11:42:14 AM | 2 | |
| 11:42:17 AM | 1 | |
| 11:42:28 AM | 2 | |
| 11:42:28 AM | 1 | Counsel will confer to get date for depos to put in order |
| 11:42:50 AM | 2 | |
| 11:42:51 AM | 1 | Counsel to submit attorney fees as well |
| 11:43:10 AM | 2 | |
| 11:43:25 AM | 4,5 | |
| 11:43:27 AM | 1 | |
| 11:43:28 AM | 2 | |
| 11:43:28 AM | 1 | |
| 11:43:47 AM | END | |