| AO435 (Rev. 04/18; WDVA Rev. 02/19) | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS **TRANSCRIPT ORDER FORM** | FOR COURT USE ONLY DUE DATE: |
|---|---|---|

*Please Read Instructions on Page 2.*

| 1. **REQUESTOR'S INFORMATION:** | NAME James E. Kolenich | TELEPHONE NUMBER (513) 324-0905 |
|---|---|---|
| 6/04/2019 | EMAIL ADDRESS (*Transcript will be emailed to this address.*) JEK318@GMAIL.COM | |
| MAILING ADDRESS Kolenich Law Office 9435 Waterstone Blvd. Suite 140 | | CITY, STATE, ZIP CODE Cincinnati OH 45249 |
| 2. **TRANSCRIPT REQUESTED:** | NAME OF COURT REPORTER Heidi Wheeler <br> <u>OR</u>   CHECK HERE ☐ IF HEARING WAS RECORDED BY FTR | |
| CASE NUMBER 3:17-cv-00072 | CASE NAME Sines et al. v. Kessler et al. | JUDGE'S NAME Joel C. Hoppe |
| DATE(S) OF PROCEEDING(S) 6/03/2019 | TYPE OF PROCEEDING(S) Motion Hearing | LOCATION OF PROCEEDING Charlottesville VA |

REQUEST IS FOR: (*Select one*)  ☑ FULL PROCEEDING   <u>OR</u>   ☐ SPECIFIC PORTION(S) (*Must specify below*)

SPECIFIC PORTION(S) REQUESTED (*If applicable*):

### 3. SERVICE TURNAROUND CATEGORY REQUESTED:
(*See Page 2 for descriptions of each service turnaround category.*)

- ☐ Ordinary (30-Day)
- ☐ 14-Day
- ☑ Expedited (7-Day)
- ☐ 3-Day
- ☐ Daily
- ☐ Hourly
- ☐ RealTime

### 4. CERTIFICATION:   By signing below, I certify that I will pay all charges (deposit plus additional).

| DATE 6/04/2019 | SIGNATURE s/James E. Kolenich |
|---|---|

If you have any questions, please contact the court reporter coordinator at (434) 847-5722 or by email to CRC@vawd.uscourts.gov.

**Transcript Fee Rates can be found on our website under Standing Orders at:**
http://www.vawd.uscourts.gov/media/1576/transcripts2018-3.pdf

**NOTE:** Form must be flattened prior to electronically filing in CM/ECF so that all fillable fields can no longer be modified.

**PRINT**      **RESET FORM**