| | |
|---|---|
| ELIZABETH SINES, SETH WISPELWEY, MARISSA BLAIR, TYLER MAGILL, APRIL MUNIZ, HANNAH PEARCE, MARCUS MARTIN, NATALIE ROMERO, CHELSEA ALVARADO, and JOHN DOE,<br><br>Plaintiffs,<br><br>v.<br><br>JASON KESSLER, RICHARD SPENCER, CHRISTOPHER CANTWELL, JAMES ALEX FIELDS, JR., VANGUARD AMERICA, ANDREW ANGLIN, MOONBASE HOLDINGS, LLC, ROBERT "AZZMADOR" RAY, NATHAN DAMIGO, ELLIOT KLINE a/k/a ELI MOSLEY, IDENTITY EVROPA, MATTHEW HEIMBACH, MATTHEW PARROTT a/k/a DAVID MATTHEW PARROTT, TRADITIONALIST WORKER PARTY, MICHAEL HILL, MICHAEL TUBBS, LEAGUE OF THE SOUTH, JEFF SCHOEP, NATIONAL SOCIALIST MOVEMENT, NATIONALIST FRONT, AUGUSTUS SOL INVICTUS, FRATERNAL ORDER OF THE ALT-KNIGHTS, MICHAEL "ENOCH" PEINOVICH, LOYAL WHITE KNIGHTS OF THE KU KLUX KLAN, and EAST COAST KNIGHTS OF THE KU KLUX KLAN a/k/a EAST COAST KNIGHTS OF THE TRUE INVISIBLE EMPIRE,<br><br>Defendants. | **Civil Action No. 3:17-cv-00072-NKM** |

## DECLARATION OF MICHAEL L. BLOCH

I, Michael L. Bloch, on this 10th day of June, 2019, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am Counsel at the law firm Kaplan Hecker & Fink LLP ("KHF"), one of the law firms representing the Plaintiffs in this action.

2. I submit this Declaration in support of Plaintiffs' Petition for Attorneys' Fees. Except to the extent otherwise expressly indicated, I have personal knowledge of the matters set forth in this Declaration.

3. I am a member in good standing of the Washington, D.C. and New York State Bars. I am also admitted to practice before the U.S. District Court for the Southern District of New York. I have been admitted to appear *pro hac vice* before this Court for and on behalf of the Plaintiffs in the above-captioned action.

4. I have held the position of Counsel at KHF since December 2018. I am an experienced trial attorney who spent over seven years as a public defender at the Bronx Defenders before recently returning to private practice at KHF. At Bronx Defenders, I represented hundreds of clients charged with criminal matters at all stages of litigation and tried more than a dozen cases to verdict as lead counsel as well as second chair, securing multiple acquittals. I was a supervisor in the Criminal Defense Practice, counseling a team of five to eight felony-certified attorneys on criminal matters from arrest through trial. I was also a member of the Homicide Practice Group, and previously served as a supervisor of the Investigations Practice, training and overseeing the organizations' investigators. I have conducted numerous trainings on trial advocacy and criminal defense investigations. Prior to working as a public defender, I worked for three years as a litigation associate at Williams & Connolly LLP in Washington, D.C. I am currently a member of the New York City Bar Association's Criminal Justice Operations Committee and Mass

1

Incarceration Task Force. I graduated *cum laude* from Harvard Law School in 2005. After law school, I served as a law clerk to the Honorable Chief Judge Helen Ginger Berrigan on the U.S. District Court for the Eastern District of Louisiana and subsequently to the Honorable Diane P. Wood on the U.S. Court of Appeals for the Seventh Circuit.

5. Alexandra K. Conlon has been an associate at KHF since August 2018. Ms. Conlon is an experienced trial attorney who spent four years as a public defender at the Bronx Defenders before starting at KHF. At the Bronx Defenders, Ms. Conlon defended more than one thousand indigent defendants facing misdemeanor and felony charges. Ms. Conlon served as the first chair in numerous hearings and trials, trying over fifteen felony and misdemeanor cases to verdict and securing many acquittals. In 2018, Ms. Conlon was promoted to Training Team Litigation Supervisor. In that position, Ms. Conlon trained first year attorneys on the basics of litigation and supervised their hearings and trials. Since joining KHF in August 2018, Ms. Conlon has focused on white collar defense and civil litigation. In early 2019, Ms. Conlon was part of a trial team that won a significant white-collar case on a Rule 29 Motion in the U.S. District Court for the Northern District of California. Additionally, during her time at KHF, Ms. Conlon has devoted significant time to multiple amicus briefs on civil rights issues. Ms. Conlon graduated *magna cum laude* from Boston University School of Law in 2014.

6. Martha E. Fitzgerald has been an associate at KHF since October 2018. Prior to joining KHF, Ms. Fitzgerald worked for two years as a litigation associate at Cravath, Swaine & Moore LLP where she focused on complex commercial matters, including several matters involving civil or antitrust conspiracy. Ms. Fitzgerald graduated *cum laude* from New York University School of Law, where she was the Editor-in-Chief of the Environmental Law Journal.

2

Case 3:17-cv-00072-NKM-JCH    Document 506    Filed 06/10/19    Page 3 of 6    Pageid#: 5332

Ms. Fitzgerald clerked for the Honorable Thomas L. Ambro in the United States Court of Appeals for the Third Circuit in 2017 - 2018.

7. Emma Buckland Young has been a case manager at KHF since June 2017. She has performed paralegal services in the above-captioned action since its inception. Ms. Buckland Young graduated *Phi Beta Kappa* from Emory University in 2017.

8. I was the lead attorney who briefed and argued the Plaintiffs' Motion for Sanctions Against Defendants Elliott Kline a/k/a Eli Mosley and Matthew Heimbach (ECF Nos. 457, 463, 475) (the "Kline and Heimbach Sanctions Motion"), and Plaintiffs' Motion for Sanctions Against Defendant Vanguard America (ECF Nos. 465, 489) (the "Vanguard America Sanctions Motion" and, together with the Kline and Heimbach Sanctions Motion, the "Sanctions Motions"). In general, I worked with one associate and one paralegal who assisted me with discrete filings or court appearances relating to the Sanctions Motions. For example, Ms. Conlon assisted me in researching and drafting the Sanctions Motions briefing.[1] Similarly, Ms. Fitzgerald primarily assisted my preparation for oral argument on the Sanctions Motions on June 3, 2019. Ms. Buckland Young was the paralegal assisting with all work in connection with the Sanctions Motions.

9. Exhibit A hereto reflects the reasonable fees associated with Plaintiffs' counsel's researching, drafting, and filing of the Kline and Heimbach Sanctions Motion briefing.

10. Exhibit B hereto reflects the reasonable fees associated with Plaintiffs' counsel's researching, drafting, and filing of the Vanguard America Sanctions Motion briefing.

---

[1] Other associates also provided assistance with various aspects of the brief-writing process, but Plaintiffs are not seeking their fees as part of the award.

11. Exhibit C hereto reflects the reasonable fees and expenses associated with Plaintiffs' counsel's preparation for and participation in the June 3, 2019 oral argument on the Sanctions Motions.

12. Exhibits A through C reflect an accurate accounting, based on contemporaneous records, of the time Ms. Conlon, Ms. Fitzgerald, Ms. Buckland Young, and I spent performing legal and paralegal services in connection with the Sanctions Motions.

13. Exhibits A through C were created using entries for this litigation for the months of March through June 2019 from KHF's electronic invoicing system. Those entries were then edited to remove all entries, even if related to the Sanctions Motions, for attorneys or paralegals not described in this Declaration. Then, Ms. Conlon, Ms. Fitzgerald, Ms. Buckland Young, and I each reviewed our remaining respective entries and further removed any hours that were not dedicated to the Sanctions Motions. I also added the cost of my hotel room in Charlottesville for the night before the hearing, the charge for which had not yet been captured in the KHF electronic invoicing system. Gabrielle E. Tenzer, a KHF partner, then reviewed the hours and excluded further hours which, in her professional billing judgment, exceeded what would typically be charged to a client for this kind of work (*e.g.*, duplicative or excessive hours).

14. Although other attorneys at KHF, and at the other firms representing Plaintiffs in this litigation, performed legal services in connection with these Sanctions Motions, their time and expenses have been excluded from the calculations in Exhibits A through C.

15. Also excluded from the calculations in Exhibits A through C is all of the time and expenses Plaintiffs' counsel expended on:

  a. Plaintiffs' repeated attempts to obtain any discovery from Defendants Kline, Heimbach, and Vanguard America (collectively, "Defendants") in the nearly 18 months since serving Plaintiffs' discovery requests (*see generally* ECF Nos. 354, 457, and 465);

4

    b.  Plaintiffs' successful Motion to Compel Defendants to Permit Inspection and Imaging of Electronic Devices (ECF No. 354);

    c.  Plaintiffs' repeated attempts to induce Defendants' compliance with this Court's Order granting that Motion to Compel (ECF No. 379); and

    d.  Preparing Plaintiffs' Petition Regarding Recoverable Attorneys' Fees.

  16.  The fees and expenses included in Exhibits A through C were necessarily incurred in connection with the Sanctions Motions. They are the type of costs typically billed to clients for this type of work.

  17.  As set forth more fully in Plaintiffs' Petition Regarding Recoverable Attorneys' Fees, the requested hourly rates for the work described in Exhibits A through C are reasonable for the Charlottesville, Virginia legal market. These rates represent a substantial discount on KHF's standard hourly rates, including the firm's discounted rates for public interest litigation.

  I declare under penalty of perjury that the foregoing is true and correct.

Executed on: June 10, 2019  
New York, New York

                 Michael L. Bloch