# EXHIBIT A

| DATE | PERSON | DESCRIPTION | HOURS | RATE | TOTAL |
|---|---|---|---|---|---|
| 4/22/2019 | Alexandra Conlon | Discuss reply to Heimbach/Kline sanctions motion with M. Bloch | 3 | 225 | 675.00 |
| 4/24/2019 | Alexandra Conlon | Revisions to, finalization of, and filing of reply to Heimbach/Kline sanctions motion | 10 | 225 | 2,250.00 |
| **SUBTOTAL** | | | **13** | | **2,925.00** |
| 3/21/2019 | Michael Bloch | Draft Kline/Heimbach sanctions motion | 1.2 | 400 | 480.00 |
| 3/22/2019 | Michael Bloch | Draft Kline/Heimbach sanctions motion | 4 | 400 | 1,600.00 |
| 3/23/2019 | Michael Bloch | Draft Kline/Heimbach sanctions motion | 2 | 400 | 800.00 |
| 3/24/2019 | Michael Bloch | Draft Kline/Heimbach sanctions motion | 3.6 | 400 | 1,440.00 |
| 3/26/2019 | Michael Bloch | Draft Kline/Heimbach sanctions motion and proposed order | 4.25 | 400 | 1,700.00 |
| 3/27/2019 | Michael Bloch | Attention to Kline/Heimbach sanctions motion | 1.25 | 400 | 500.00 |
| 3/28/2019 | Michael Bloch | Revise Heimbach/Kline sanctions motion | 2 | 400 | 800.00 |
| 3/29/2019 | Michael Bloch | Attention to Kline/Heimbach sanctions motion | 1.5 | 400 | 600.00 |
| 3/31/2019 | Michael Bloch | Revise Heimbach/Kline sanctions motion and correspondence re same | 3 | 400 | 1,200.00 |
| 3/31/2019 | Michael Bloch | Attention to Kline/Heimbach sanctions motion | 3.5 | 400 | 1,400.00 |
| 4/1/2019 | Michael Bloch | Review Kline/Heimbach sanctions motion | 1.5 | 400 | 600.00 |
| 4/2/2019 | Michael Bloch | Review and finalize Kline/Heimbach sanctions motion | 4 | 400 | 1,600.00 |
| 4/3/2019 | Michael Bloch | Finalize Kline/Heimbach sanctions motion | 3 | 400 | 1,200.00 |
| 4/4/2019 | Michael Bloch | Draft supplemental filing for Kline/Heimbach sanctions motion | 1 | 400 | 400.00 |
| 4/5/2019 | Michael Bloch | Draft supplemental filing for Kline/Heimbach sanctions motion | 2.2 | 400 | 880.00 |
| 4/17/2019 | Michael Bloch | Attention to reply to Spencer Opposition to Kline/Heimbach sanctions motion | 3 | 400 | 1,200.00 |
| 4/18/2019 | Michael Bloch | Draft reply to Spencer Opposition to Kline/Heimbach sanctions motion | 3.5 | 400 | 1,400.00 |
| 4/19/2019 | Michael Bloch | Draft reply to Spencer Opposition to Kline/Heimbach sanctions motion | 3 | 400 | 1,200.00 |
| 4/21/2019 | Michael Bloch | Attention to draft reply to Spencer Opposition to Kline/Heimbach sanctions motion | 3.7 | 400 | 1,480.00 |
| 4/22/2019 | Michael Bloch | Attention to sanctions reply | 3 | 400 | 1,200.00 |
| **SUBTOTAL** | | | **54.2** | | **21,680.00** |
| 3/27/2019 | Emma Buckland Young | Manage formatting of proposed order for Heimbach/Kline sanctions motion; fact check and gather research re: Heimbach/Kline sanctions motion; gather exhibits for Heimbach/Kline sanctions motion. | 6.2 | 100 | 620.00 |
| 3/28/2019 | Emma Buckland Young | Fact check revised Heimbach/Kline sanctions motion. | 2.4 | 100 | 240.00 |
| 3/29/2019 | Emma Buckland Young | Input edits to Heimbach/Kline sanctions motion; exhibit work for Heimbach/Kline sanctions motion; fact check revised Heimbach/Kline sanctions motion. | 3.6 | 100 | 360.00 |
| 3/31/2019 | Emma Buckland Young | Fact check revised Heimbach/Kline sanctions motion; exhibit work for Heimbach/Kline sanctions motion. | 2.2 | 100 | 220.00 |
| 4/1/2019 | Emma Buckland Young | Collect social media accounts for Defendants Heimbach and Kline; exhibit work for Heimbach/Kline sanctions motion. | 1.5 | 100 | 150.00 |
| 4/2/2019 | Emma Buckland Young | Review factual support and exhibits for Heimbach/Kline sanctions motion; exhibit work for Heimbach/Kline sanctions motion; prepare documents for filing Heimbach/Kline sanctions motion. | 6.6 | 100 | 660.00 |

1

| | 4/3/2019 | Emma Buckland Young | Review factual support and exhibits for Heimbach/Kline sanctions motion; exhibit work for Heimbach/Kline sanctions motion; prepare documents for filing Heimbach/Kline sanctions motion; file Heimbach/Kline sanctions motion. | 3.1 | 100 | 310.00 |
|---|---|---|---|---|---|---|
| | 4/5/2019 | Emma Buckland Young | Prepare supplement to Heimbach/Kline sanctions motion to file; file supplement to Heimbach/Kline sanctions motion. | 0.5 | 100 | 50.00 |
| | 4/24/2019 | Emma Buckland Young | Prepare exhibits for filing re: Heimbach/Kline sanctions reply; file. | 3.5 | 100 | 350.00 |
| **SUBTOTAL** | | | | **29.6** | | **2,960.00** |
| | | | | | | |
| **TOTAL** | | | | **96.8** | | **$27,565.00** |