# EXHIBIT B

| DATE | PERSON | DESCRIPTION | HOURS | RATE | TOTAL |
|---|---|---|---|---|---|
| 4/4/2019 | Alexandra Conlon | Meet with M. Bloch re motion for sanctions against Vanguard America | 1 | 225 | 225.00 |
| 4/7/2019 | Alexandra Conlon | Drafting VA sanctions motion | 5 | 225 | 1,125.00 |
| 4/8/2019 | Alexandra Conlon | Drafting VA sanctions motion | 12 | 225 | 2,700.00 |
| 4/9/2019 | Alexandra Conlon | Revisions to VA sanctions motion; preparing exhibits for sanctions motion | 5 | 225 | 1,125.00 |
| 4/17/2019 | Alexandra Conlon | Legal research re: filing exhibits under seal for VA sanctions motion | 1 | 225 | 225.00 |
| 4/17/2019 | Alexandra Conlon | Reviewing exhibits to file under seal for VA sanctions motion | 0.3 | 225 | 67.50 |
| 4/17/2019 | Alexandra Conlon | Revising draft motion to file exhibits to VA sanctions motion under seal | 1.5 | 225 | 337.50 |
| 4/18/2019 | Alexandra Conlon | Reviewing final motion to file exhibits to VA sanctions motion under seal | 0.2 | 225 | 45.00 |
| 4/30/2019 | Alexandra Conlon | Review draft reply to VA sanctions motion | 0.5 | 225 | 112.50 |
| 5/2/2019 | Alexandra Conlon | Revisions to and finalization of reply in support of Vanguard America sanctions motion | 2 | 225 | 450.00 |
| SUBTOTAL | | | 28.5 | | 6,412.50 |
| 4/4/2019 | Michael Bloch | Meet with A. Conlon re motion for sanctions against Vanguard America | 1 | 400 | 400.00 |
| 4/7/2019 | Michael Bloch | Call with A. Conlon re motion for sanctions against Vanguard America | 1 | 400 | 400.00 |
| 4/9/2019 | Michael Bloch | Attention to Vanguard America sanctions motion | 2 | 400 | 800.00 |
| 4/10/2019 | Michael Bloch | Draft Vanguard America sanctions motion | 6 | 400 | 2,400.00 |
| 4/11/2019 | Michael Bloch | Finalize Vanguard America sanctions motion | 7 | 400 | 2,800.00 |
| 4/30/2019 | Michael Bloch | Attention to Vanguard America sanctions motion reply brief | 1.5 | 400 | 600.00 |
| SUBTOTAL | | | 18.5 | | 7,400.00 |
| 4/4/2019 | Emma Buckland Young | Assist on fact research for Vanguard America sanctions motion. | 2.5 | 100 | 250.00 |
| 4/8/2019 | Emma Buckland Young | Assist with fact research for Vanguard America sanctions motion. | 0.7 | 100 | 70.00 |
| 4/9/2019 | Emma Buckland Young | Assist with fact research for Vanguard America sanctions motion; review factual support and exhibits for Vanguard America sanctions motion; prepare exhibits for Vanguard America sanctions motion. | 4.5 | 100 | 450.00 |
| 4/10/2019 | Emma Buckland Young | Assist with fact research on Vanguard America sanction. | 0.8 | 100 | 80.00 |
| 4/11/2019 | Emma Buckland Young | Factual cite check and research additional documentation of Vanguard America sanctions motion; manage formatting issues in and prepare and organize exhibits for filing Vanguard America sanctions motion; input edits, prepare to file, and file Vanguard America sanctions motion. | 7.1 | 100 | 710.00 |
| 4/16/2019 | Emma Buckland Young | Prepare to file Vanguard America sanctions exhibits under seal. | 1.2 | 100 | 120.00 |
| 4/17/2019 | Emma Buckland Young | Prepare to file motion and exhibits under seal re: Vanguard America sanctions; file exhibits under seal re: Vanguard America sanctions. | 3.5 | 100 | 350.00 |
| 4/30/2019 | Emma Buckland Young | Review factual citations of and input edits to Vanguard America sanctions reply. | 0.8 | 100 | 80.00 |

| | | | | | |
|---|---|---|---|---|---|
| 5/2/2019 | Emma Buckland Young | Prepare and redact exhibits for filing reply ISO Vanguard America sanctions motion; prepare declaration, assist with fact check, and file reply ISO Vanguard America sanctions motion. | 4.5 | 100 | 450.00 |
| **SUBTOTAL** | | | **25.60** | | **2,560.00** |
| | | | | | |
| **TOTAL** | | | **72.60** | | **$16,372.50** |

2