# EXHIBIT C

| DATE | PERSON | DESCRIPTION | HOURS | RATE | TOTAL |
|---|---|---|---|---|---|
| 5/28/2019 | Martha Fitzgerald | Prep for June 3 oral argument on sanctions motions, including legal research | 5 | 225 | 1,125.00 |
| 5/29/2019 | Martha Fitzgerald | Prep for June 3 oral argument on sanctions motions, including legal research | 6.3 | 225 | 1,417.50 |
| 5/30/2019 | Martha Fitzgerald | Prep for June 3 oral argument on sanctions motions, including legal research | 3.6 | 225 | 810.00 |
| 5/31/2019 | Martha Fitzgerald | Prep for June 3 oral argument on sanctions motions, including legal research | 5.4 | 225 | 1,215.00 |
| 6/2/2019 | Martha Fitzgerald | Final prep for June 3 oral argument on Sanctions Motions | 4.2 | 225 | 945.00 |
| SUBTOTAL | | | 24.5 | | 5,512.50 |
| 5/25/2019 | Michael Bloch | Attention to June 3 hearing | 3 | 400 | 1,200.00 |
| 5/26/2019 | Michael Bloch | Preparation for June 3 hearing | 3.2 | 400 | 1,280.00 |
| 5/27/2019 | Michael Bloch | Preparation for June 3 hearing | 2 | 400 | 800.00 |
| 5/28/2019 | Michael Bloch | Preparation for June 3 hearing | 0.7 | 400 | 280.00 |
| 5/29/2019 | Michael Bloch | Preparation for June 3 hearing | 3.8 | 400 | 1,520.00 |
| 5/30/2019 | Michael Bloch | Preparation for June 3 hearing | 3.5 | 400 | 1,400.00 |
| 5/30/2019 | Michael Bloch | Airfare for travel to Charlottesville (economy class) | 0 | n/a | 489.30 |
| 5/30/2019 | Michael Bloch | Airfare for travel from Charlottesville (economy class) | 0 | n/a | 489.30 |
| 5/30/2019 | Michael Bloch | One night stay in standard hotel room in Charlottesville (including tax) | 0 | n/a | 207.05 |
| 5/31/2019 | Michael Bloch | Preparation for June 3 hearing | 3 | 400 | 1,200.00 |
| 6/1/2019 | Michael Bloch | Preparation for June 3 hearing | 3.7 | 400 | 1,480.00 |
| 6/2/2019 | Michael Bloch | Travel to Charlottesville and prep for June 3 hearing | 6.5 | 400 | 2,600.00 |
| 6/3/2019 | Michael Bloch | Prep for hearing, participate in hearing and follow up re same; return travel from Charlottesville | 9.8 | 400 | 3,920.00 |
| SUBTOTAL | | | 39.2 | | 16,865.65 |
| 5/20/2019 | Emma Buckland Young | Pull cases for oral argument on sanctions motions; prepare and organize binders for oral argument on sanctions motions. | 1 | 100 | 100.00 |
| 5/21/2019 | Emma Buckland Young | Prepare and organize binders for oral argument on sanctions motions. | 0.5 | 100 | 50.00 |
| 5/23/2019 | Emma Buckland Young | Prepare materials for oral argument on sanctions motion. | 0.3 | 100 | 30.00 |
| 5/24/2019 | Emma Buckland Young | Prepare materials for oral argument on sanctions motion. | 0.2 | 100 | 20.00 |
| 5/28/2019 | Emma Buckland Young | Prepare materials for oral argument on sanctions motions. | 1.8 | 100 | 180.00 |
| 5/29/2019 | Emma Buckland Young | Prepare materials for oral argument on sanctions motions; prepare sources for sanctions motions for oral argument. | 4 | 100 | 400.00 |
| 5/30/2019 | Emma Buckland Young | Prepare materials for oral argument on sanctions motions; prepare sources for sanctions motions for oral argument; prepare exhibits for oral argument. | 2 | 100 | 200.00 |

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 5/31/2019 | Emma Buckland Young | Prepare materials for oral argument on sanctions motions; prepare sources for sanctions motions for oral argument; prepare exhibits for oral argument. | 2.7 | 100 | 270.00 |
| 6/1/2019 | Emma Buckland Young | Prepare materials for oral argument on sanctions motions. | 0.8 | 100 | 80.00 |
| 6/2/2019 | Emma Buckland Young | Prepare sources for sanctions motions for oral argument. | 0.9 | 100 | 90.00 |
| **SUBTOTAL** | | | 14.2 | | 1,420.00 |
| **TOTAL** | | | 77.90 | | $23,798.15 |