CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILE, VA
FILED

JUN 24 2019

JULIA O. DUDLEY, CLERK
BY:
DEPUTY CLERK

Honorable Judge Joel C. Hoppe,

3:17-cv-00072

    Sir, I would first like to clarify that I am not, in any way, shape or form, a legal entity nor do I know or understand any legal terminology because I did not go to law school. In this correspondence/communication I am going to attempt to be as clear and concise as possible without using any legal jargon that I obviously know nothing about nor how to properly implement in a message to a seasoned legal body such as yourself or your clerks or staff. What I do have, though, is nearly a dozen years of military experience and several years as a Staff Non-Commissioned Officer, so I will attempt to use all of my knowledge and ability to convey my message as poignantly and intelligently as I can. Thank you.

    Your Honor, I would like to apologize for any of your time or the time of your staff that I may have wasted in these last several weeks or months by overlooking or letting slip from my memory this case which you are currently presiding over. It was not my intention nor motive to be blatantly belligerent or contentious against your court or the orders of the court. I humbly request that you take into consideration my specific circumstances in my current situation and please consider leniency in my following summary. I will further explain and elaborate on certain details regarding the information requested from myself in regards to the "planning" of the August 2017 Unite The Right rally and my actual lack of any involvement in that event. By no means am I asking for pity or sympathy from yourself or anyone else in the court. I am a man whose entire upbringing and young life has been bound in honor and integrity and I shall hold myself accountable for any consequences that my actions may impart on my person.

    To put it simply, I'm flat broke, penniless, destitute and poverty stricken. For the last several months I have had to survive and provide for my family through selling what belongings I have, while still attempting to maintain my composure after having to part with childhood heirlooms that I wanted to keep for my son to enjoy when he was older and healthier. My son, himself, was a micro-preemie being born at only 23 weeks and 5 days. Luckily he survives and is doing very well, but he still has excessive medical needs and his final medical bills after spending 8 months in the Newborn Intensive Care Unit was over 4 million dollars. Luckily his insurance covered about 99% of it, but it still cost me my entire savings to care for him properly. I've had to sell belongings that I've kept since I can remember just to scrape enough together to pay my water bill or electric bill. As of late, I've had to part ways with my 1978 International LoBoy tractor that I used to mow my yard and my Nintendo Gameboy kit which I rediscovered while cleaning out my mother's estate when she passed away unexpectedly in March of 2017. I've also had to part ways with an antique motorcycle that I've had for the last decade and learned to ride a motorcycle on. To say my living situation has been rough these past 2 years is an understatement, but I will try to start from the beginning around the middle of June, 2017.

    My mother unexpectedly passed away from congestive heart failure one day after her 65th birthday on March 14th, 2017. She still lived at her home, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ ▓▓▓▓▓▓▓ where my brother and I grew up. She was in the hospital hooked up to every single machine and tube and wire and cable imaginable for 2 weeks before my brother and I finally

made the decision to have her life support shut off. She died some 10 minutes later. After that, my brother, in a somewhat more tactful language, told me I was on my own and he proceeded to scavenge the house for what little he wanted and left the next day to return to Las Cruces, New Mexico where he lived with his wife and their 2 cats. I was basically stranded 2000 miles away from my wife, in my childhood home, with little family or support to help me settle my mother's estate. Luckily for me, my aunt was a paralegal and she helped walk me through the months of legal work and everything needed to close an estate and settle all debts. It was extremely difficult because my mother had burned many bridges with her family in her final years. I'm still paying monthly for a rental unit in Roswell where I have much of my mother's and my own saved belongings. This coincides with the events that happened later that year.

With all of this going on I was still juggling my leadership position in Vanguard America and dealing with the antics and horseplay of all the members of that group. Unknown to me, I was actually being conspired against by a small group of individuals within Vanguard who had systematically and deceitfully isolated me from all of the social media accounts and other media accounts under the guise of compartmentalized information for security purposes. All of this came to a head when on or about June 19th, I was actually mutinied against and kicked from all communication servers that Vanguard had in operation on Discord. Once that happened I simply left the entire organization altogether and focused on my own life and my mother's estate. I wasn't involved in any planning for the Unite the Right rally. I was not in attendance to the rally and I was still in New Mexico at the time trying to finalize my mother's assets and place all of her belongings in storage. I do know the names, addresses and phone numbers of those individuals who did represent Vanguard at the time, who did command Vanguard at Unite the Right and who did personally hand the shield to and place James Alex Fields in front of the cameras and if it does please the court I can relinquish that information to you immediately. I do believe in justice, your honor and I do believe in some sort of karma. It wasn't until shortly after the rally that some of my friends and compatriots began messaging me and asking where I was and that they had not heard from me in some time. I told them what had happened and that I was banned from all the servers so I had basically just focused all my attention away from the movement. The issue then was, they all wanted me back. They hated the individuals who had performed the coup d'état and told me they were grossly incompetent, as seen extensively at the 2017 rally. This all transpired between August 15th to August 30th, where much of the membership actually shifted themselves back under my authority and left all the servers that were still controlled by the conspirators. There was a lot of heated strife between the two groups then, mostly over assets such as all the social media accounts, website and discord servers that they controlled. Soon enough, they had rebranded as the group Patriot Front and are still operating currently and have still used, until just a few months ago, the old website, "Bloodandsoil.org" which they had commandeered back in June of 2017. Once the lawsuits were issued I attempted to contact the leading conspirator and leader of Patriot Front several times to communicate to him that he needed to respond to this lawsuit as well, because he was the one who was in control of the organization at that time. All of those attempts were ignored by said individual and I attempted to take care of it by myself, even though I was never even at the event, nor was I in any way part of the planning or organization of the rally. Your honor, I

can assure you, with my military experience and background in upper echelon command, what transpired that day would not have happened under my watch and what did happen that day is reprehensible. I do feel shame that a life had to be lost that day, and I do feel shame that many people were injured and traumatized by those events. I can relate to that kind of trauma. I, myself, was medically retired from the military at the beginning of 2017 for severe post traumatic stress and other complications from that which made it extremely difficult to perform my daily duties in my assigned occupation.

Right now, your honor, I have no way of paying for any kind of attorney or legal representative to represent Vanguard America in your court and I do not feel that I can properly maintain my obligations as representative for aforementioned entity. As I stated before, I am not a lawyer, I do not know how to proceed, I do not know how to write or format legal documentation and I basically have no idea what I'm doing. Coupled with my medical conditions and high dosage intake of SSRIs to keep my body and mind healthily grounded in reality, I feel that if there is anything I can do to justify or right this wrong which has taken place, I must do it. I will comply with all orders from your court and from yourself, your Honor. I simply do not know what to do and It is extremely difficult for me to focus my mind sometimes to accomplish tasks, which is one of the reasons I was retired from service. I will work as diligently as possible to do what I can to please the court, but the information that is being requested, I personally do not have nor did have at the time of the Unite The Right rally, but I can provide the information of the individuals that were absolutely involved. I don't know if the Vanguard America LLC is even still valid in the state of Texas, your honor, but I can see what I can do to have it disbanded and defunct. I don't want any of this to affect my son or his well being, especially at such a critical point in his life.

Thank you for your time, your Honor, with all due respect.

Very Respectfully,

Dillon U. Hopper