| | |
|---|---|
| ELIZABETH SINES, SETH WISPELWEY, MARISSA BLAIR, TYLER MAGILL, APRIL MUNIZ, HANNAH PEARCE, MARCUS MARTIN, NATALIE ROMERO, CHELSEA ALVARADO, and JOHN DOE,<br><br>        Plaintiffs,<br><br>– v –<br><br>JASON KESSLER, RICHARD SPENCER, CHRISTOPHER CANTWELL, JAMES ALEX FIELDS, JR., VANGUARD AMERICA, ANDREW ANGLIN, MOONBASE HOLDINGS, LLC, ROBERT "AZZMADOR" RAY, NATHAN DAMIGO, ELLIOT KLINE a/k/a/ ELI MOSELY, IDENTITY EVROPA, MATTHEW HEIMBACH, MATTHEW PARROTT a/k/a DAVID MATTHEW PARROTT, TRADITIONALIST WORKER PARTY, MICHAEL HILL, MICHAEL TUBBS, LEAGUE OF THE SOUTH, JEFF SCHOEP, NATIONAL SOCIALIST MOVEMENT, NATIONALIST FRONT, AUGUSTUS SOL INVICTUS, FRATERNAL ORDER OF THE ALT-KNIGHTS, MICHAEL "ENOCH" PEINOVICH, LOYAL WHITE KNIGHTS OF THE KU KLUX KLAN, and EAST COAST KNIGHTS OF THE KU KLUX KLAN a/k/a EAST COAST KNIGHTS OF THE TRUE INVISIBLE EMPIRE,<br><br>        Defendants. | **Civil Action No.** 3:17-cv-00072-NKM<br><br>**JURY TRIAL DEMANDED** |

### [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO ENJOIN DEFENDANT CANTWELL FROM MAKING UNLAWFUL THREATS AGAINST PLAINTIFFS AND PLAINTIFFS' COUNSEL

Plaintiffs submitted their Motion to Enjoin Defendant Cantwell From Making Unlawful Threats Against Plaintiffs and Plaintiffs' Counsel ("Motion") with this Court on July 2, 2019. This Court, being sufficiently advised, has considered this Motion and argument, and pursuant to the Court's inherent power, **GRANTS** this Motion.

**IT IS HEREBY ORDERED** that Defendant Christopher Cantwell refrain from making unlawful threats against Plaintiffs and Plaintiffs' counsel during the course of this litigation. The Clerk of this Court is hereby directed to send a certified copy of this Order to all parties and/or counsel of record.

**IT IS SO ORDERED.**

Entered this ___ day of July, 2019.

_____
THE HONORABLE NORMAN K. MOON
UNITED STATES DISTRICT JUDGE