# EXHIBIT 1



**Christopher Cantwell**

After this stupid kike whore loses this fraudulent lawsuit, we're going to have a lot of fucking fun with her.

https://www.jta.org/2019/06/17/united-states/this-jewish-lawyer-wants-to-break-the-back-of-violent-white-nationalists

**Jewish Telegraphic Agency**



This Jewish lawyer wants to break the back of the violent white nationalist movement - Jewish Telegraphic Agency

Roberta Kaplan saw in online conversations between the organizers of the 2017 neo-Nazi march in Charlotteville a conspiracy to commit deadly violence.

226 👁 edited 15:53

 4           2

Open Comments



**Christopher Cantwell**

Even faggots and dykes hate trannies, and yet we are upending our entire social order for them? This is why Jews shouldn't be allowed to exist.

https://www.psychologytoday.com/us/blog/inclusive-insight/201906/are-trans-people-excluded-the-world-dating

**Psychology Today**





**Christopher Cantwell**
@followchris

| 296 | 30 | 2 | 161 |
|---|---|---|---|
| Members | Photos | Videos | Links |

Censoring the internet won't stop what's coming. We know what you're doing, and we will be heard, even if that means going door to door delivering the news.

 **DOWNLOAD TELEGRAM**

to view and join the conversation

About    Blog    Apps    Platform