# EXHIBIT 6



Case 3:17-cv-00089-NKM-JCH Document 14-13 Filed 02/23/17 Page 2 of 2 Pageid#: 396

INDYSTAR