# EXHIBIT 7

Name List | Pleadings/Orders | Services | Main Menu | Logoff

## Albemarle County Circuit - Criminal Division
**Case Details**

| Case Number:<br>CR17000784-00 | Filed:<br>11/28/2017 | Commenced by:<br>Indictment | Locality:<br>COMMONWEALTH OF VA |
|---|---|---|---|
| Defendant:<br>CANTWELL, CHRISTOPHER CHARLES | Sex:<br>Male | Race:<br>White Caucasian (Non-Hispanic) | DOB:<br>11/12/**** |

| Address:<br>LEESBURG, VA 20175 |||
|---|---|---|

| Charge:<br>ILLEGAL USE OF GAS: MALICIOUS | Code Section:<br>18.2-312 | Charge Type:<br>Felony | Class:<br>6 |
|---|---|---|---|
| Offense Date:<br>08/11/2017 | Arrest Date:<br>08/23/2017 | | |

### Hearings

| # | Date | Time | Type | Room | Plea | Duration | Jury | Result |
|---|---|---|---|---|---|---|---|---|
| 1 | 12/04/2017 | 9:30AM | Grand Jury | | | | | True Bill -- Case Has Been Set |
| 2 | 01/31/2018 | 2:00PM | Motion - Other Pre-Trial | | | | | Tried |
| 3 | 02/09/2018 | 1:00PM | Motion - Other Pre-Trial | | | | | Tried |
| 4 | 02/12/2018 | 9:15AM | Jury Trial | | | | No | Continued |
| 5 | 02/22/2018 | 10:00AM | To Be Set | | | | | Set For Trial |
| 6 | 07/20/2018 | 3:00PM | Trial | | Guilty | | | Sent |

### Final Disposition

| Disposition Code:<br>Guilty | Disposition Date:<br>07/20/2018 | Concluded By:<br>Guilty Plea |
|---|---|---|
| Amended Charge:<br>ASSAULT & BATTERY | Amended Code Section:<br>18.2-57(A) | Amended Charge Type:<br>Misdemeanor |

| Jail/Penitentiary:<br>Jail | Concurrent/Consecutive:<br>Sentence Is To Run Concurrently With Another | Life/Death: |
|---|---|---|
| Sentence Time:<br>12 Month(s) | Sentence Suspended:<br>5 Month(s) | Operator License Suspension Time: |
| Fine Amount:<br>$250.00 | Costs:<br>$850.00 | Fines/Cost Paid: |
| Program Type: | Probation Type: | Probation Time: |

Case 3:17-cv-00072-NKM-JCH   Document 511-8   Filed 07/02/19   Page 2 of 3   Pageid#: 5398

| Probation Starts: | Court/DMV Surrender: | Driver Improvement Clinic: |
|---|---|---|
| Driving Restrictions: | Restriction Effective Date: | |
| VA Alcohol Safety Action: | Restitution Paid: | Restitution Amount: |
| Military: | Traffic Fatality: | |

**Appealed Date:**

Name List    Pleadings/Orders    Services    Main Menu    Logoff

Build #: 3.8.0.1

Case 3:17-cv-00072-NKM-JCH    Document 511-8    Filed 07/02/19    Page 3 of 3    Pageid#: 5399