# EXHIBIT 8

Case 3:17-cv-00072-NKM-JCH   Document 511-9   Filed 07/02/19   Page 1 of 3   Pageid#: 5400

[ Name List ]    [ Pleadings/Orders ]    [ Services ]    [ Main Menu ]    [ Logoff ]

## Albemarle County Circuit - Criminal Division
### Case Details

| Case Number:<br>CR17000845-00 | Filed:<br>12/04/2017 | Commenced by:<br>Direct Indictment | Locality:<br>COMMONWEALTH OF VA |
|---|---|---|---|
| Defendant:<br>CANTWELL, CHRISTOPHER R | Sex:<br>Male | Race:<br>White Caucasian (Non-Hispanic) | DOB:<br>11/12/**** |
| Address:<br>LEESBURG, VA 20175 | | | |
| Charge:<br>ILLEGAL USE OF GAS: MALICIOUS | Code Section:<br>18.2-312 | Charge Type:<br>Felony | Class:<br>3 |
| Offense Date:<br>08/11/2017 | Arrest Date:<br>12/07/2017 | | |

### Hearings

| # | Date | Time | Type | Room | Plea | Duration | Jury | Result |
|---|---|---|---|---|---|---|---|---|
| 1 | 12/04/2017 | 9:30AM | Grand Jury | | | | | True Bill |
| 2 | 12/07/2017 | 11:30AM | Capias | | | | | Capias-Defendant Arrested |
| 3 | 01/31/2018 | 2:00PM | Motion - Other Pre-Trial | | | | | Tried |
| 4 | 02/09/2018 | 1:00PM | Motion - Other Pre-Trial | | | | | Tried |
| 5 | 02/12/2018 | 9:15AM | Jury Trial | | | | No | Continued |
| 6 | 02/22/2018 | 10:00AM | To Be Set | | | | | Set For Trial |
| 7 | 07/20/2018 | 3:00PM | Trial | | Guilty | | | Sent |

### Final Disposition

| Disposition Code:<br>Guilty | Disposition Date:<br>07/20/2018 | Concluded By:<br>Guilty Plea |
|---|---|---|
| Amended Charge:<br>ASSAULT & BATTERY | Amended Code Section:<br>18.2-57(A) | Amended Charge Type:<br>Misdemeanor |

| Jail/Penitentiary:<br>Jail | Concurrent/Consecutive:<br>Sentence Is To Run Concurrently With Another | Life/Death: |
|---|---|---|
| Sentence Time:<br>12 Month(s) | Sentence Suspended:<br>5 Month(s) | Operator License Suspension Time: |
| Fine Amount: | Costs: | Fines/Cost Paid: |

Case 3:17-cv-00072-NKM-JCH    Document 511-9    Filed 07/02/19    Page 2 of 3    Pageid#: 5401

| Program Type: | Probation Type: | Probation Time: |
|---|---|---|
| Probation Starts: | Court/DMV Surrender: | Driver Improvement Clinic: |
| Driving Restrictions: | Restriction Effective Date: | |
| VA Alcohol Safety Action: | Restitution Paid: | Restitution Amount: |
| Military: | Traffic Fatality: | |

**Appealed Date:**

[ Name List ]　[ Pleadings/Orders ]　[ Services ]　[ Main Menu ]　[ Logoff ]

Build #: 3.8.0.1

Case 3:17-cv-00072-NKM-JCH　Document 511-9　Filed 07/02/19　Page 3 of 3　Pageid#: 5402