# EXHIBIT 9

# Loudoun General District Court

 

## Traffic/Criminal Case Details

### Case/Defendant Information

| | | |
|---|---|---|
| **Case Number:** GC18001568-00 | **Filed Date:** 04/03/2018 | **Locality:** B |
| **Name:** CANTWELL, CHRISTOPHER CHARLES | **Status:** Released On Recognizance | **Defense Attorney:** |
| **Address:** LEESBURG, VA 20175 | **AKA1:** | **AKA2:** |
| **Gender:** Male | **Race:** White Caucasian(Non-Hispanic) | **DOB:** 11/12/**** |

### Charge Information

| | | |
|---|---|---|
| **Charge:** PUBLIC SWEARING/INTOXICATION | | |
| **Code Section:** 18.2-388 | **Case Type:** Misdemeanor | **Class:** 4 |
| **Offense Date:** 03/31/2018 | **Arrest Date:** 03/31/2018 | **Complainant:** HACHWI, N. |
| **Amended Charge:** | **Amended Code:** | **Amended Case Type:** |

### Hearing Information

| Date | Time | Result | Hearing Type | Courtroom | Plea | Continuance Code |
|---|---|---|---|---|---|---|
| 06/26/2018 | 10:00 AM | Waived | Adjudicatory | | 001C | |

### Service/Process

### Disposition Information

| | | |
|---|---|---|
| **Final Disposition:** Prepaid | | |
| **Sentence Time:** 00Months 000Days 00Hours | **Sentence Suspended Time:** 00Months 000Days 00Hours | |
| **Probation Type:** | **Probation Time:** 00Years 00Months 000Days | **Probation Starts:** |
| **Operator License Suspension Time:** 00Years 00Months 000Days | **Restriction Effective Date:** | |
| **Operator License Restriction Codes:** | | |

Case 3:17-cv-00072-NKM-JCH Document 511-10 Filed 07/02/19 Page 2 of 3 Pageid#: 5404

| **Fine :** $25.00 | **Costs :** $91.00 | **Fine/Costs Due :** |
|---|---|---|
| **Fine/Costs Paid :** Paid | **Fine/Costs Paid Date :** 06/18/2018 | **VASAP :** |

Back to Search Results

Home | Virginia's Court System | Online Services | Case Status and Information | Court Administration | Directories | Forms |

Judicial Branch Agencies | Programs

Build #: 6.0.0.5