# EXHIBIT 13

# Exhibit D

# "Gabs" posted or reposted by Plaintiff/Counter Defendant

# (described in ¶30)

¶ 30(a) 

¶ 30(b) 

¶ 30(c)

Christopher Cantwell @Cantwell PRO
11 hours

It's not witness intimidation when we're the witnesses, you lying mental patient. Get your affairs in order now, because it is exceedingly difficult to manage these things from jail when you haven't prepared in advance.

24  Reply  Comments 2  Repost 4  Quote

¶ 30(d)

**Christopher Cantwell** @Cantwell PRO
7 days

Give it up faggot, it's not a violation of my bail conditions to have opinions. You're going to men's prison for perjury.

37 Reply Comments 1 Repost 7 Quote

Replies

date score

¶ 30(e)

**Nathaniel Wagner** @NiceGuyNatSoc
7 days

That's not enough of a punishment, because we all know Edward is the kind of degenerate who would enjoy having a train run on him in prison by real men.

3

¶ 30(f)

**Christopher Cantwell** reposted

**Eric The Awful** @emuelle1 PRO
5 days

I got a zuck just for using the word "tranny". I called that Emily tranny that lied about **@Cantwell** a "tranny fag thing" in a comment in a closed group, and got zucked for it.

14 1 3



¶ 30(g)

Christopher Cantwell reposted

**Ted Colt** @tteclod
a day

**@Cantwell** please ask judge to force genetic testing to ascertain sex & race, & confirm by medical examination that sexual reassignment surgery is complete

**GoDaddy** @godaddy
a day

These fucking kikes holy shit @cantwell

¶ 30(h)

4. Defendant Emily Gorcenski denies the allegations set forth in Paragraph 4. Ms. Gorcenski is neither white nor male, and counsel wishes now to encourage this Court to honor and enforce the use of gender-appropriate language when referring to Ms. Gorcenski. The allegation that Ms. Gorcenski "pretends to be a transgender woman of color" is heinously insulting and violates the obligation of counsel to act with civility as well as the Virginia State Bar principles of professionalism to avoid all bigotry, discrimination, and prejudice.

¶ 30(i)

**Christopher Cantwell** @Cantwell PRO
4 days

Gorcenski skipping the country again? Could it be that the many inconsistencies in her sworn statements, and testimony are finally coming to light for some prosecutor preparing for a big trial? A prosecutor who has proven willing to charge people with perjury, perhaps? Hrmmm...

153 Reply 11 Repost 48 Quote



¶ 30(j)



¶ 30(k)



## ¶ 30(*l*)—Reproduced at <u>Exhibit E</u>

**¶ 30(m)**

Christopher Cantwell reposted

**CapitalOne** @capitalone
4 days · edited

I hope that faggot tranny has some kind of assets to seize or at least if **@cantwell** wins he can garnish that freak's wages to help fund the creation of the Emily Gorcenski Center of Appreciation for Adolf Hitler.

74 · Reply 3 · Repost 21 · Quote

**¶ 30(n)**

**Christopher Cantwell** @Cantwell PRO
2 days · in **Valentine's Day 2018**

Happy VD from Clown World!

**Emily G, Cville.** @EmilyGorcenski · 6m
Let 2018 be the year you go gay and minimize your exposure to terrible dudes

Show this thread

**Emily G, Cville.** @EmilyGorcenski · 22m
If you're a straight, single woman this Valentines Day I am really sorry about the straight part and it doesn't have to be that way.

4

35 · Reply 5 · Repost 1 · Quote

**¶ 30(o)**

Christopher Cantwell reposted

**CRYPTONAZI** @CRYPTONAZI
2 days · in **Valentine's Day 2018**

Straight from the horse's mouth, being gay is a choice and one can simply "go gay" if they chose to. Thanks for clarifying that Edward! Of course this means that the converse is also true and fags can simply be made to "go straight" if social pressure to cast out degeneracy increases.

28 · Reply 3 · Repost 7 · Quote



¶ 30(p)



¶ 30(q)



¶ 30(r)

**Christopher Cantwell** @Cantwell PRO
a day

Someday soon I will say "And we are coming to you live, from the Eddie Gorcenski studio where...."

29 Reply 1 Repost 2 Quote

¶ 30(s)

**Christopher Cantwell** @Cantwell PRO
a month

Gorcenski made a Gab account, and she apparently doesn't like the interface much. Too bad, I think it would be fun to see her post here often.

https://twitter.com/EmilyGorcenski/status/96276379...

Emily G, Cville. on Twitter

I made a gab account to see how the UX stacks up to Twitter and my god it's a disaster.

twitter.com

22 Reply Comments 9 Repost 5 Quote

Replies — date score

**C.B.** @PAINisGAIN
a month

can we all mass post we are promoting tranny death penalty laws and watch the fun unfold.

16

**GOY Rodef** @ProleSerf
a month

Should be fun keeping that freak of natures score at -1488.



¶ 30(t)



Christopher Cantwell @Cantwell PRO
a month

The thing is, I don't feel any better calling that fuckin freak a man, and I was never able to figure out the gender neutral they/them thing when it came to singular entities. This is why we just need to have them executed at taxpayer expense.

> Byron de la Vandal @ByronDLVandal
> a month
>
> "she"
>
> Do I smell cucking, Cantwell?

41 ← Reply ● Comments ↻ Repost 4 ❝ Quote

¶ 30(u)



Christopher Cantwell @Cantwell PRO
a month

I've been doing a lot of thinking about transgender rights lately, and I can only come up with one. Assisted suicide.

89 ← Reply ● Comments 12 ↻ Repost 13 ❝ Quote

¶ 30(v)

**Christopher Cantwell** @Cantwell PRO
a month

Day 2 that Emily Gorcenski's tweets are private. What are you hiding, Eddie? (Hint: I already know, and it's not looking good for you)

190 Reply Comments 15 Repost 51 Quote

¶ 30(w)-1

**Bovine X** @BovineX
a month

No Idea Who This Is

But I'm Game To Learn

Reply Comments Repost Quote

¶ 30(w)-2

**OffensivelyOpenminded** @OffensivelyOpenminded
a month

They're not private anymore.

* I tweeted this video to him, lol

"Eddie are you okay? Eddie are you okay, Eddie?"

https://youtu.be/h_D3VFfhvs4

¶ 30(x)

**Christopher Cantwell** @Cantwell PRO ...
40 minutes · edited

When I watch people lie, and I have proof that they are lying, but I have to wait to show the proof while they continue lying, my time preference skyrockets beyond that of a crack crazed negro and I just chimp the fuck out in front of my computer.

39 · 5 · 5

¶ 30(y)

**Christopher Cantwell** @Cantwell PRO ...
5 hours

Trannies need to be extra careful to obey the law. When they commit perjury, or other crimes, they go to the prison they were born for, not the one they wanted.

http://valleycentral.com/news/texas/texas-prisons-...

**Texas prisons to update LGB...**

By Jolie McCullough | The Texas TribuneA lawsuit filed on behalf of a transgender woman who was beaten and raped in a Texas prison for men has ended w...

valleycentral.com

33 · 6 · 11

