# EXHIBIT 15

Name List | Pleadings/Orders | Services | Main Menu | Logoff

## Albemarle County Circuit - Criminal Division
**Case Details**

| Case Number:<br>CR17000784-01 | Filed:<br>07/10/2018 | Commenced by:<br>Reinstatement | Locality:<br>COMMONWEALTH OF VA |
|---|---|---|---|
| Defendant:<br>CANTWELL, CHRISTOPHER CHARLES | Sex:<br>Male | Race:<br>White Caucasian (Non-Hispanic) | DOB:<br>11/12/**** |
| Address:<br>LEESBURG, VA 20175 ||||
| Charge:<br>VIOLATION OF BOND CONDITIONS | Code Section:<br>19.2-306 | Charge Type:<br>Felony | Class: |
| Offense Date:<br>07/06/2018 | Arrest Date:<br>07/20/2018 |||

### Hearings

| # | Date | Time | Type | Room | Plea | Duration | Jury | Result |
|---|---|---|---|---|---|---|---|---|
| 1 | 07/17/2018 | 11:00AM | Capias | | | | | Capias-Defendant Arrested |
| 2 | 07/20/2018 | 3:00PM | Trial | | Guilty | | | Sent |

### Final Disposition

| Disposition Code:<br>Guilty | Disposition Date:<br>07/20/2018 | Concluded By:<br>Guilty Plea |
|---|---|---|
| Amended Charge:<br>VIOLATION OF BOND CONDITIONS | Amended Code Section:<br>18.2-456(5) | Amended Charge Type:<br>Misdemeanor |

| Jail/Penitentiary: | Concurrent/Consecutive: | Life/Death: |
|---|---|---|
| Sentence Time: | Sentence Suspended: | Operator License Suspension Time: |
| Fine Amount: | Costs: | Fines/Cost Paid: |
| Program Type: | Probation Type: | Probation Time: |
| Probation Starts: | Court/DMV Surrender: | Driver Improvement Clinic: |
| Driving Restrictions: | Restriction Effective Date: | |

| VA Alcohol Safety Action: | Restitution Paid: | Restitution Amount: |
|---|---|---|
| Military: | Traffic Fatality: | |

**Appealed Date:**

Name List   Pleadings/Orders   Services   Main Menu   Logoff

Build #: 3.8.0.1