# EXHIBIT 17



**NEW YORK STATE**
Unified Court System
OFFICE OF COURT ADMINISTRATION
25 Beaver Street
New York, New York 10004
(212) 428-2810

**Division of Administrative Services**
**Criminal History Record Search (CHRS) Program**

*Criminal Disposition Information*

| Bill To Information | Job No. | Delivery Type | Order Date | Order Time |
|---|---|---|---|---|
| [redacted] | [redacted] | E-mail | 03/18/2019 | 05:27 PM |

| Name (A.K.A.) | County | Date of Birth | Arrest Date |
|---|---|---|---|
| CANTWELL,CHRISTOPHER (CANTWELL,CHRISTOPHER C) | SUFFOLK | [redacted] | 03/05/2000 |

**Adjourn/Disposition Date, Charge, Disposition, and Sentence Information**

District Court

Docket/Case/Serial Number: 2000SU009260
Court Control Number: 28603209H
Case Disposition Date: 08/08/2000
Last Activity Date: 09/06/2005

Charge: VTL 1192.3 03 UM - OPERATING MV UNDER INFLUENCE DRUG OR ALCOHOL
Disposition/Status: PLED GUILTY
Sentenced to: IMPRISONMENT 60 DAYS, LICENSE REVOKED

[redacted]

OCA Remarks

| Name (A.K.A.) | County | Date of Birth | Arrest Date |
|---|---|---|---|
| CANTWELL,CHRISTOPHER (CANTWELL,CHRISTOPHER C) | SUFFOLK | ███ | 03/06/2000 |

### Adjourn/Disposition Date, Charge, Disposition, and Sentence Information

District Court

Docket/Case/Serial Number: 2000SU010322
Court Control Number: 30187678N
Case Disposition Date: 08/08/2000
Last Activity Date: 08/08/2000

Charge: PL 165.40 00 AM 5TH DEGREE - CRIMINAL POSSESSION OF STOLEN PROPERTY
Disposition/Status: PLED GUILTY
Sentenced to: IMPRISONMENT 60 DAYS

| OCA Remarks | |
|---|---|

| Name (A.K.A.) | County | Date of Birth | Arrest Date |
|---|---|---|---|
| CANTWELL,CHRISTOPHER (CANTWELL,CHRISTOPHER C) | SUFFOLK | ███ | 03/07/2009 |

### Adjourn/Disposition Date, Charge, Disposition, and Sentence Information

County Court

Docket/Case/Serial Number: 01362-2009
Court Control Number: 63452569K
Case Disposition Date: 06/22/2010
Last Activity Date: 11/15/2010

Charge: VTL 1192.2 02 UM - OPERATING MV UNDER INFLUENCE DRUG OR ALCOHOL
Disposition/Status: PLED GUILTY
Sentenced to: IMPRISONMENT 45 DAYS, LICENSE REVOKED 6 MONTHS

Charge: VTL 1180.D 0D I - SPEEDING VIOLATION
Disposition/Status: COVERED BY THE PLED TO CHARGE

Charge: VTL 1192.2 02 EF - OPERATING MV UNDER INFLUENCE DRUG OR ALCOHOL
Disposition/Status: COVERED BY THE PLED TO CHARGE

Charge: VTL 1192.3 03 EF - OPERATING MV UNDER INFLUENCE DRUG OR ALCOHOL
Disposition/Status: COVERED BY THE PLED TO CHARGE

| OCA Remarks | |
|---|---|



| Name<br>(A.K.A.) | County | Date of Birth | Arrest Date |
|---|---|---|---|
| CANTWELL,CHRISTOPHER<br>(CANTWELL,CHRISTOPHER C) | SUFFOLK | | 05/06/2000 |

| Adjourn/Disposition Date, Charge, Disposition, and Sentence Information |
|---|
| District Court<br><br>Docket/Case/Serial Number: 2000SU019045<br>Court Control Number: 30228461Q<br>Case Disposition Date: 08/08/2000<br>Last Activity Date: 08/08/2000<br><br><br>Charge: PL 265.01 01  AM 4TH DEGREE - CRIMINAL POSSESSION OF A WEAPON<br>Disposition/Status: PLED GUILTY<br>Sentenced to:   IMPRISONMENT 60 DAYS<br><br> |
| **OCA Remarks** | |

## Law Codes:

| | | | |
|---|---|---|---|
| AC Administrative Code | CPL Criminal Procedure Law | LOC Local Law | RP Real Property Law |
| ABC Alcoholic Beverage Control Law | ECL Environmental Conservation Law | MD Multiple Dwelling Law | RR Railroad Law |
| BL Banking Law | GB General Business Law | MHY Mental Hygiene Law | SW Social Services Law |
| CON Conservation Law | GML General Municipal Law | PHL Public Health Law | TL Transportation Law |
| COR Correction Law | LAB Labor Law | PL Penal Law | VTL Vehicle and Traffic Law |

## Charge Nomenclature:

Example: PL 220.03.00 AM
PL (Penal Law) = NYS Law     220.03 = Section     00 = Subsection     AM = Severity 'A' Misdemeanor

## Charge Severity:

I = Infraction     V = Violation     M = Misdemeanor     F = Felony

## Court Control Number:

This is preprinted on the NYS Fingerprint Card and used to match court dispositions to the arrest. This arrest specific numeric identifier can be used for contacting courts for case information when a docket (lower court) or case number (Supreme/County Court) is not available (e.g. case data reflects lower court dispositions as Grand Jury, Indicted, or Supreme Court Transfer but no related case number.)

## Case Supplement Data:

Occasionally, current case disposition data cannot be displayed in the usual manner. We have provided this additional information under the heading of 'Case Supplement Data.' This information may not be complete and you should contact the court for complete case disposition.

UNDER NEW YORK STATE LAW VIOLATIONS AND INFRACTIONS ARE NOT CRIMES.

SEARCH RESULTS ARE BASED ON FINDING AN EXACT MATCH OF THE NAME AND DATE OF BIRTH SUBMITTED.

NYS TOWN AND VILLAGE COURT DISPOSITION DATA IS NOT AVAILABLE FOR THE PERIOD MAY 1991 THROUGH 2002. AS OF MAY 2007, ALL TOWN AND VILLAGE COURTS REPORT TO OCA.

DISCLAIMER: THIS RESPONSE IS BASED ON INFORMATION SUPPLIED BY THE CUSTOMER. ALL ENTRIES ARE AS COMPLETE AND ACCURATE AS THE DATA FURNISHED TO THE OFFICE OF COURT ADMINISTRATION BY THE NYS COURT OF CRIMINAL JURISDICTION.