# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

**ELIZABETH SINES, ET AL**

vs.

**JASON KESSLER, ET AL**

Action No: 3:17cv00072
Date: 7/2/19
Judge: Joel C. Hoppe, USMJ
Court Reporter: Karen Dotson, FTR
Deputy Clerk: Karen Dotson

Plaintiff Attorney(s)

Michael Bloch, Roberta Kaplin, Alan Lavine, Jessica Phillips, present by phone

Defendant Attorney(s)

Elliott Kline, Matthew Heimbach, Dillon Hopper, James Kolenich, John Dinucci, David Campbell, Bryan Jones, present by phone

## LIST OF WITNESSES

PLAINTIFF/GOVERNMENT:

1.

DEFENDANT:

1.

PROCEEDINGS:

Telephonic Discovery Hearing:

Parties discuss discovery issues and scheduling matters as outlined in order at doc #508
Written order to follow

Time in Court: 12:03-1:33=1 hour 30 min