## APPEARANCE SHEET
## FOR THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
## HARRISONBURG DIVISION

Elizabeth Sines, et al              ) CASE NO.: 3:17CV00072
                                    )
v.                                  ) DATE: 7/2/19
                                    )
Jason Kessler, et al                )
                                    )
TYPE OF HEARING: Discovery Hrg.     Time in Court: 12:03-1:33= 1 hr. & 30 min.

*************************************************************************
**PARTIES/SPEAKERS:**

1. USMJ – Joel C. Hoppe            6. Elliott Kline
2. Michael Bloch                    7. Matthew Heimbach
3. Roberta Kaplin                   8. Dillon Hopper
4. Alan Lavine                      9. deputy clerk
5. Jessica Phillips                 10. James Kolenich
                                    11. John Dinucci
*************************************************************************
CD NO(S).   Courtroom 1    RECORDED BY: Karen Dotson    12. David Campbell
                                                        13. Bryan Jones

| Index No. | Spkr. | Index No. | Spkr. | Index No. | Spkr. | Index No. | Spkr. | Index No. | Spkr. |
|---|---|---|---|---|---|---|---|---|---|
| 12:03 | 1,2,3 |  | 4,5 | 22 | 1,6 | 36 | 1 | 50 | 1 |
|  | 4,5,1 |  | 13,1 |  | 1 | 37 | 6,1 | 51 | 7 |
| 4 | 6,1 | 10 | 13,5 | 23 | 6,1 | 38 | 8 | 52 | 1 |
|  | 7,1 |  | 1 |  | 7 | 39 | 1,8 | 53 | 7,1 |
|  | 8,18,1 | 12 | 8,1 | 26 | 1,2 |  | 7 |  | 2 |
| 4 | 10,1 |  | 8 |  | 1 | 41 | 1 | 54 | 8, |
|  | 11,1 | 14 | 1 | 27 | 2 | 42 | 2, | 55 | 2,1 |
|  | 12,1 | 16 | 2 | 29 | 1 | 43 | ?,2 |  | 8 |
|  | 13,1 | 17 | 7 | 30 | 2,1 | 45 | 1, | 56 | 1,2 |
| 6 | 2,1 | 18 | 1,8 | 32 | 2,1 | 46 | 7,1 |  | 1 |
| 7 | 10,11 | 19 | 2 | 33 | 6 | 47 | 7, | 57 | 1 |
| 8 | 3 | 20 | 1 | 34 | 1,6 | 48 | 1 |  | 6,1 |
| 9 | 1,3 | 21 | 6 | 35 | 2 | 49 | 2 |  | 7, |

Sines v. Kessler   3:17CV00072   7/2/19   page 2

| Index No. | Spkr. | Index No. | Spkr. | Index No. | Spkr. | Index No. | Spkr. | Index No. | Spkr. |
|---|---|---|---|---|---|---|---|---|---|
| 58 | 1,8 | 18 | 10 | | | | | | |
| | 1,8 | 19 | 3. | | | | | | |
| 59 | 7,2 | 20 | 1, | | | | | | |
| | 7,2 | 21 | 7,1 | | | | | | |
| | 1,6 | | 11 | | | | | | |
| | 1 | 24 | 1,11 | | | | | | |
| 1:01 | 2,1 | | 3 | | | | | | |
| | 2,1 | 25 | 1,10 | | | | | | |
| | 2,1 | 27 | 3,10 | | | | | | |
| 3 | 9,11 | 28 | 1,10 | | | | | | |
| | 1,2 | | 1,10 | | | | | | |
| | 1,2 | 29 | 1, | | | | | | |
| 5 | 1,2 | 31 | 2,1 | | | | | | |
| | 1, | | 2,1 | | | | | | |
| 6 | 7, | | 1,2 | | | | | | |
| 7 | 2 | 32 | 1,10 | | | | | | |
| 8 | 1,2 | | 11,12 | | | | | | |
| 9 | 1,7 | | 13,1 | | | | | | |
| | 1 | 33 | 1 | | | | | | |
| 10 | 2,1 | | | | | | | | |
| | 8,6 | | | | | | | | |
| | 1 | | | | | | | | |
| 11 | 7,1 | | | | | | | | |
| | 2 | | | | | | | | |
| | 2 | | | | | | | | |
| 13 | 1,10 | | | | | | | | |
| 15 | 2,3 | | | | | | | | |
| 16 | 10 | | | | | | | | |
| 17 | 1 | | | | | | | | |