# EXHIBIT 1

### It was the most ruthless deplatforming effort since August of 2017

You hear me say it at the beginning of every episode of the Radical Agenda. Our enemies came for your right to speak a long time ago, and now they are coming for your right to see and hear.

Surely you've already heard what happened in 2017. I was framed for a crime, then sued for nonsense. All the major social networks and payment processors shut down ChristopherCantwell.com and the Radical Agenda. Every attempt we made to reestablish ourselves was met with incredible resistance.

But with time, effort, and a significant reduction of living standards, I managed to reach a point where things were nearly sustainable.

Then there was round two.

Earlier this year I was banned from Gab, a so called "free speech" platform, for daring to suggest that suicidal mass shooters would be better off killing guilty people, than random non-combatants in houses of worship.

Days after that, I got kicked off yet another mailing list provider.

Even Outlaw Conservative, which I created specifically in an effort to comply with the ever expanding and ill defined "hate speech" policies of the censorious Jew run platforms, got kicked off iTunes, Stitcher, and Spotify.

But I persevered.

We set up our own mail system. Our own crowdfunding for Outlaw Conservative. We got more active on Telegram.

Then Round 3.

People who pretend to champion the same causes as us set out to defame me. They claimed falsely that I was doxing customers and giving customer data to the government. They said my Charlottesville body camera video was at the center of the indictments of the Rise Above Movement, which is not only false, but easily disproven. Some other sub-nigger-IQ retard tried to say TRS was in on all of this. All lies, from start to finish.

This was an intentional, dishonest, and coordinated effort amongst

seemingly disparate factions of the White Nationalist movement, most of whom hide behind anonymity, to discredit me.

They made fake Telegram, Twitter, and other social media profiles pretending to be me. They spammed people with threats and insults using these impersonator accounts. They doxed my home address and phone number. They openly conspired with Charlottesville communists to bring bogus legal problems down on me, again.

The timing was no coincidence. Immediately after this, the next round of deplatforming ensued.

Apple threatened to remove Telegram from the App Store if they didn't censor our channels and groups. Now you can't follow me on Telegram from an iPhone. Surely the Google Play Store will soon follow suit.

One of the Jews who is suing me over Charlottesville is Roberta Kaplan. She's also one the kikes who crammed gay marriage through the Supreme Court. She falsely claimed in court that I threatened her and tried to get the court to silence me. Instead the court enjoined me from "making unlawful threats" which is to say, this stupid Jewess cunt got a court to tell me to obey they law. Congrats, asshole.

They had better luck using the financial system against me. Jews always do. The payment provider for OutlawConservative.com does not allow us to process donations, so we had set up a separate site with a separate payment processor at TipTheHost.com. This was working pretty well, until I was notified by the payment processor that I had violated their acceptable use policy by accepting donations, and would be immediately terminated.

But I had checked their acceptable use policy before signing up, and spoke to a customer service representative, about exactly this. There was nothing against credit card donations in their AUP, this was a flat out lie.

I have a lawyer looking into this, but for now, I can only sell products and services. No donations for me, other than cryptocurrency and payments by mail.

The mail server we set up after the email deplatforming, which also hosted PennedAndPronounced.com and TipTheHost.com, was shut down by ColoCrossing. The scumbags wouldn't even allow me to retrieve my data from it. There is no "hate speech" bullshit in the ColoCrossing terms of

service, I never sent a single unsolicited email. I was in complete and total compliance with their terms of service, but all their CIO would tell me over the phone was that "Corporate" insisted my server be taken offline and I not be able to retrieve my data. Their parent company, Deluxe.com, better known for selling checks, has been completely non-responsive in my attempts to escalate the matter.

But even after all of this, I continued to do the show on schedule, minus a couple of off days to put out fires.

Then, what they could not do with calumny and corporate censorship, they did by outright criminal acts.

They flooded the call lines of the Radical Agenda and Outlaw Conservative with spoofed caller ID numbers. When the spoofing service disabled their accounts, they just made new ones. Over, and over, and over again.

We suffered a denial of service attack on our web server, which should have been impossible given the protection service we use. They should have had no way of even finding that server, but somehow, they did.

We moved the web server to another host, and took some precautions which seemed to stop that particular route of silencing me.

Then, they started DDOS attacking my radio servers, the last means of live streaming I had available before JoshWhoTV emerged.

And with somewhat less success, they started DDOS attacking JoshWhoTV too.

All of this to stop me? These Jews must think I'm really fucking important.

Well, I won't be stopped. The Jews are terrified of me, because if people hear what I have to say without their cherry picking dishonest nonsense, then there won't be a safe place on this Earth for so much as a mischling. They are terrified of the truth, and of men with the courage to speak it in the face of adversity.

If I have to show up at people's doors to say what I have to say, then to quote Walter White "I am the one who knocks!"

To do any of this, I'll need money, of course. Now more than ever, it is absolutely vital that our people familiarize themselves with cryptocurrency. If

Case 3:17-cv-00072-NKM-JCH   Document 523-1   Filed 07/15/19   Page 5 of 6   Pageid#: 5606

the Jews can stop us by taking our credit cards away, like the parents of a spoiled teenager, then we are fucked. We might as well all get vasectomies, take up heroin, and enjoy the decline, if we're going to allow our selves to be that goddamn vulnerable.

You can purchase cryptocurrencies with a credit card from CoinMama, Changelly, or Uphold.com.

You can (and should) also buy Bitcoin and other cryptocurrencies with lower fees (after a verification process) with an ACH transfer from one of the following exchanges

- Gemini.com
- Poloniex.com
- Uphold.com

Buy Bitcoins or Monero locally with cash or bank deposit through LocalBitcoins or LocalMonero

And of course, you can find all of my QR Codes and public keys at https://christophercantwell.com/donate/

I'll fight for as long as I can, but I need your help.

Follow Chris on Telegram or Parler or Minds. The Jews banned me from everything else.

Donate Crypto Now!



Modify your subscription    |    View online

Radical Agenda LLC
63 Emerald Street Unit 187, Keene NH 03431
*All Rights Reserved*