CLERKS OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
07/19/2019
JULIA C. DUDLEY, CLERK
BY: /s/ J. JONES
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| ELIZABETH SINES et al., <br> Plaintiffs, <br><br> v. <br><br> JASON KESSLER et al., <br> Defendants. | Civil Action No. 3:17-cv-00072 <br><br> ORDER TO DEFENDANT <br> VANGUARD AMERICA <br><br> By: Joel C. Hoppe <br> United States Magistrate Judge |

On July 3, 2019, the Court sent an Order to Dillon Hopper, Defendant Vanguard America's authorized representative in this litigation, via first-class mail addressed to Mr. Hopper's street address of record. ECF No. 517. On July 18, the mail was returned to the Court as undeliverable with no forwarding address given. ECF No. 525. This Court's Local Rules require parties or case participants who are not represented by an attorney to maintain an address where notice can be served on such person. *See* W.D. Va. Gen. R. 6(e), 11(a). Accordingly, Mr. Hopper is hereby **DIRECTED** to update his mailing address with the Court's Clerk's Office no later than Friday, July 26, 2019. Mr. Hopper's mailing address and other personal contact information will be maintained **UNDER SEAL** and shall not be made available the public.

It is so ORDERED.

The Clerk shall send a copy of this Order to the parties and to Mr. Hopper at his email address of record.

ENTER: July 19, 2019

Joel C. Hoppe
U.S. Magistrate Judge