# EXHIBIT A

| From: | James Kolenich |
|---|---|
| To: | Gabrielle E. Tenzer |
| Cc: | Roberta Kaplan; Karen Dunn; jphillips@bsfllp.com; Levine, Alan; Mills, David; pbowman@cooley.com |
| Subject: | Client contact info |
| Date: | Friday, November 9, 2018 4:05:32 PM |

Ms. Tenzer:

Pursuant to Judge Hoppe's instruction, please find below contact information for clients I have withdrawn or are seeking to withdraw from representing:

1) Eli Mosely aka Elliott Kline
  Eli.F.Mosley@gmail.com
  (610) 406-2229

2) Matthew Heimbach
   matthew.w.heimbach@gmail.com
  (301) 525-1474

3) Robert Ray aka Azzmador
  azzmador@gmail.com
  903-245-9134 (please advise him by phone/text when sending an email as he receives a large amount of email every day and ignores most of it.)

I do not have physical mailing addresses for any of them.

Respectfully,

Jim Kolenich

--
**James E. Kolenich**
**Kolenich Law Office**
**9435 Waterstone Blvd. #140**
**Cincinnati, OH 45249**
**513-444-2150**
**513-297-6065(fax)**
**513-324-0905 (cell)**