# EXHIBIT I

**From:** James Kolenich <jek318@gmail.com>
**Sent:** Thursday, June 27, 2019 11:12 AM
**To:** Michael Bloch <mbloch@kaplanhecker.com>
**Cc:** Gabrielle E. Tenzer <gtenzer@kaplanhecker.com>
**Subject:** Re: Eli Mosely

Mike, Mosely confirms, via text from 610 406 2229 that 7/2 at noon works. He also promises me an email after hours today.

Jim

On Wed, Jun 26, 2019, 9:02 PM Michael Bloch <mbloch@kaplanhecker.com> wrote:

> Yes. We are trying to confirm July 2 at noon works. Would you mind checking with him? Also Also, what is the right email for him?
>
> Get Outlook for iOS
>
> ---
>
> **From:** James Kolenich <jek318@gmail.com>
> **Sent:** Wednesday, June 26, 2019 8:23:35 PM
> **To:** Michael Bloch
> **Cc:** Gabrielle E. Tenzer
> **Subject:** Re: Eli Mosely
>
> Kline states he did not receive any email from you. I am willing and able to pass messages along. Is this just to advise him about the 7/2 call?
>
> On Wed, Jun 26, 2019, 12:11 PM Michael Bloch <mbloch@kaplanhecker.com> wrote:
>
>> Thanks.
>>
>> **Michael Bloch | Kaplan Hecker & Fink LLP**
>> Counsel
>> 350 Fifth Avenue | Suite 7110
>> New York, New York 10118

(W) 929.367.4573 | (M) 646.398.0345
mbloch@kaplanhecker.com

**From:** James Kolenich <jek318@gmail.com>
**Sent:** Wednesday, June 26, 2019 12:09 PM
**To:** Michael Bloch <mbloch@kaplanhecker.com>
**Cc:** Gabrielle E. Tenzer <gtenzer@kaplanhecker.com>
**Subject:** Re: Eli Mosely

Don't know. I texted him to inquire. Will advise if/when he answers.

Jim

On Wed, Jun 26, 2019 at 12:04 PM Michael Bloch <mbloch@kaplanhecker.com> wrote:

> Jim, as far as you're aware, is Kline's email address still eli.f.mosley@gmail.com? I tried to e-mail him about the court call.
>
> **Michael Bloch** | **Kaplan Hecker & Fink LLP**
> Counsel
> 350 Fifth Avenue | Suite 7110
> New York, New York 10118
> (W) 929.367.4573 | (M) 646.398.0345
> mbloch@kaplanhecker.com
>
> **From:** James Kolenich <jek318@gmail.com>
> **Sent:** Friday, June 7, 2019 12:40 PM
> **To:** Michael Bloch <mbloch@kaplanhecker.com>
> **Subject:** Eli Mosely
>
> The word "arrest" has had a near magical effect on my former clients. Eli Mosely (Elliott Kline) can be reached at 610-406-2229. He reached out to IE upon seeing a news article referencing the arrest discussion in Court. You can text that number or call him. He has been fully informed of the discovery/ESI expectations.
>
> Jim

--

James E. Kolenich

Kolenich Law Office

9435 Waterstone Blvd. #140

Cincinnati, OH 45249

513-444-2150

513-297-6065(fax)

513-324-0905 (cell)

*This email and its attachments may contain information that is confidential and/or protected from disclosure by the attorney-client, work product or other applicable legal privilege. If you are not the intended recipient of the email, please be aware that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please notify the sender immediately and destroy all copies of the message from your computer system. Thank you.*

--

James E. Kolenich

Kolenich Law Office

9435 Waterstone Blvd. #140

Cincinnati, OH 45249

513-444-2150

513-297-6065(fax)

513-324-0905 (cell)

*This email and its attachments may contain information that is confidential and/or protected from disclosure by the attorney-client, work product or other applicable legal privilege. If you are not the intended recipient of the email, please be aware that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please notify the sender immediately and destroy all copies of the message from your computer system. Thank you.*

*This email and its attachments may contain information that is confidential and/or protected from disclosure by the attorney-client, work product or other applicable legal privilege. If you are not the intended recipient of the email, please be aware that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please notify the sender immediately and destroy all copies of the message from your computer system. Thank you.*

*This email and its attachments may contain information that is confidential and/or protected from disclosure by the attorney-client, work product or other applicable legal privilege. If you are not the intended recipient of the email, please be aware that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please notify the sender immediately and destroy all copies of the message from your computer system. Thank you.*