CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

08/02/2019

JULIA C. DUDLEY, CLERK
BY: H. Wheeler
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | | |
|---|---|---|
| ELIZABETH SINES et al., ) | | |
| Plaintiffs, ) | Civil Action No. 3:17-cv-00072 | |
| ) | | |
| v. ) | **SECOND ORDER TO DEFENDANT** | |
| ) | **ELLIOT KLINE** | |
| ) | | |
| JASON KESSLER et al., ) | By: Joel C. Hoppe | |
| Defendants. ) | United States Magistrate Judge | |

On July 3, 2019, the Court issued an Order directing Defendant Elliot Kline to comply with specific steps and deadlines, within twenty-one days, to satisfy his outstanding discovery obligations. ECF No. 516. Kline and Plaintiffs' counsel are hereby **ORDERED** to appear before the Court for a telephonic status conference on **Thursday, August 8, 2019,** at a time to be scheduled by the Clerk to discuss Kline's compliance with that Order. The Court also expects a report on Kline's good-faith participation at his deposition on Wednesday, August 7, 2019. ECF Nos. 508, 516.

It is so ORDERED.

The Clerk shall send a copy of this Order to the parties.

ENTER: August 2, 2019

Joel C. Hoppe
U.S. Magistrate Judge