# IN THE
# UNITED STATES DISTRICT COURT
# FOR THE
# WESTERN DISTRICT OF VIRGINIA

**ELIZABETH SINES**　　　　　　　　　　**NOTICE**
　　　　　　　　　　　　　　　　　　　　CASE NO.: 3:17CV00072

　　　v.

**JASON KESSLER, ET AL**

_____

**TYPE OF CASE:**
　　　　　　　　**X**　CIVIL　　　　　　　CRIMINAL
_____

**TYPE OF PROCEEDING:**
　　　　　　　　**CONFERENCE CALL**
with plaintiff's counsel and Mr. Kline re: compliance with court's order entered on July 3, 2019 at ECF #516, including that Mr. Kline appear for a deposition
_____

**X**　**TAKE NOTICE** that the proceeding in this case has been **SCHEDULED** as indicated below:
_____

**DATE:**　　August 8, 2019
**TIME:**　　3:30 P.M.

**DIAL IN NUMBER:** _____, **CONFERENCE ID:** _____

*Please do not dial in more than 10 minutes prior to scheduled call
_____

　　　　　　　　　　　　　　　　　　　JULIA C. DUDLEY, CLERK OF COURT

DATE: August 7, 2019　　　　　　　　　By: s/ Karen Dotson
　　　　　　　　　　　　　　　　　　　DEPUTY CLERK


To:　Hon. Moon
　　　Hon. Hoppe
　　　All counsel of record
　　　Mr. Kline
　　　File