# APPEARANCE SHEET
## FOR THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
## HARRISONBURG DIVISION

Elizabeth Sines, et al ) CASE NO.: 3:17CV00072
)
v. ) DATE: 8/8/2019
)
Jason Kessler, et al )
)

TYPE OF HEARING: Stat. Conf.    Time in Court: 3:35 - 4:02 = 27 min.

*************************************************************************

**PARTIES/SPEAKERS:**

1. USMJ – Joel C. Hoppe
2. Elliot Kline – Δ
3. Gabrielle Tenzer – π atty
4. Michael Bloch – π atty
5. Yotam Barkai – π atty
6. Jessica Phillips – π atty
7. Alan Levine
8. 
9. deputy clerk – Karen Dotson
10. 

*************************************************************************

CD NO(S).    Courtroom 1    RECORDED BY: Karen Dotson

| Index No. | Spkr. | Index No. | Spkr. | Index No. | Spkr. | Index No. | Spkr. | Index No. | Spkr. |
|---|---|---|---|---|---|---|---|---|---|
| 3:35 | 1,2 |  | 1,2 | 54 | 4,1 ora | 4:00 | 4,1 |  |  |
|  | 1,9 |  | 4, | 55 | 2,1 |  | 2,1 |  |  |
| 40 | 1,9 | 48 | 1,4 |  | 2 | 1 | 4,7 |  |  |
|  | 1,3,1 | 49 | 2 | 56 | 4 |  | 1,2 |  |  |
| 41 | 4,1 | 50 | 4,2 | 57 | 1,2 |  | 1 |  |  |
|  | 5,6 | 51 | 1,2 |  | 1,2 | 2 | 2,1 |  |  |
| 42 | 1 |  | 1,2 |  | 1,4 |  | 4,3 |  |  |
| 43 | 4 |  | 1,4 |  | 2 |  | 1 |  |  |
| 45 | 1,4 | 52 | 1,2 | 58 | 1,2 |  |  |  |  |
| 46 | 1,2 |  | 1 |  | 1,2 |  |  |  |  |
|  | 1,2 | 53 | 2,4 |  | 1 |  |  |  |  |
| 47 | 1,4 |  | 1,4 | 59 | 2,4 |  |  |  |  |
|  | 1,4 |  | 1 | 59 | 2, |  |  |  |  |