# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# HARRISONBURG DIVISION

**ELIZABETH SINES, ET AL**

vs.

**JASON KESSLER, ET AL**

Action No: 3:17cv00072
Date: 8/8/2019
Judge: Joel C. Hoppe, USMJ
Court Reporter: Karen Dotson, FTR
Deputy Clerk: Karen Dotson

Plaintiff Attorney(s)
Gabrielle Tenzer, Michael Bloch, Yotam Barkai, Jessica Phillips – present by phone

Defendant Attorney(s)
Elliot Kline, pro se, present by phone

## LIST OF WITNESSES

PLAINTIFF/GOVERNMENT:
1.

DEFENDANT:
1.

PROCEEDINGS:
Parties discuss Mr. Kline's compliance with court order
Mr. Kline to review emails and to provide to plaintiffs' counsel
Mr. Kline to provide new phone number to plaintiffs' counsel and to the court by Aug. 9

Time in Court: 4:35 pm – 4:02 pm = 27 minutes