AT CHARLOTTESVILLE, VA
FILED
08/08/2019
JULIA C. DUDLEY, CLERK
BY: /s/ J. JONES
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| ELIZABETH SINES et al., <br> Plaintiffs, <br> v. <br> JASON KESSLER et al., <br> Defendants. | Civil Action No. 3:17-cv-00072 <br><br> THIRD ORDER TO DEFENDANT ELLIOT KLINE <br><br> By: Joel C. Hoppe <br> United States Magistrate Judge |

On July 3, 2019, the Court issued an Order directing Defendant Elliot Kline to comply with specific steps and deadlines, within twenty-one days, to satisfy his long overdue discovery obligations. *See* Order of July 3, 2019, at 1–3, ECF No. 516. On August 8, the Court held a status conference call with Kline and Plaintiffs' counsel to discuss his compliance. Kline still has not responded to Plaintiffs' written discovery requests or given his old cell phone to the Third Party Discovery Vendor for imaging. *See id.* at 1–2. Accordingly, Kline is directed to comply with the following schedule:

1. By 4:30 p.m. EDT on **Friday, August 9, 2019**, Kline shall provide his new cell phone number to the Court Clerk's Office and to Plaintiff's counsel. The phone number will not be posted on the public docket. *See* ECF No. 526.

2. On or before **Wednesday, August 14, 2019**, Kline shall make available to the Third Party Discovery Vendor for imaging and collection any electronic devices (including the old cell phone) and social media account credentials identified on his Certification Form. *See* Order of July 3, 2019, at 2; Order of June 21, 2019, at 3, ECF No. 508; Order of Mar. 4, 2019, at 3, ECF No. 440. After the Discovery Vendor has collected all ESI responsive to the parties' agreed-upon search terms, the Court will set another deadline for Kline to review the results and produce all nonprivileged materials to Plaintiffs' counsel. *See* Order of June 21, 2019, at 3 n.2.

3. On or before **Friday, August 16, 2019**, Kline shall provide complete and accurate written answers to Plaintiffs' First Set of Interrogatories and Requests for Production of Documents. *See* Order of July 3, 2019, at 2; Order of June 21, 2019, at 3 & n.2; Order of Mar. 26, 2018, at 3, ECF No. 287. Kline shall also produce or permit inspection of any requested documents or ESI that were not collected by the Discovery Vendor. *See id.*

It is so ORDERED.

The Clerk shall send a copy of this Order to the parties.

ENTER: August 8, 2019

Joel C. Hoppe
U.S. Magistrate Judge

2

Case 3:17-cv-00072-NKM-JCH   Document 538   Filed 08/08/19   Page 2 of 2   Pageid#: 5992