CLERKS OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
08/09/2019
JULIA C. DUDLEY, CLERK
BY: /s/ J. JONES
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | | |
|---|---|---|
| ELIZABETH SINES et al., | ) | |
|     Plaintiffs, | ) | Civil Action No. 3:17-cv-00072 |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JASON KESSLER et al., | ) | By:   Joel C. Hoppe |
|     Defendants. | ) |        United States Magistrate Judge |

This matter is before the Court on Plaintiffs' Motion for Sanctions Against Defendants Elliot Kline and Matthew Heimbach, ECF No. 457, and Motion for Sanctions Against Defendant Vanguard America, ECF No. 465. For the reasons stated in the Memorandum Opinion entered this date, the Motions are **GRANTED in part** in so far as the Court will award reasonable attorney's fees as a sanction. Fed. R. Civ. P. 37(b)(2)(C). The Court will determine the amount of reasonable attorney's fees, *see* ECF Nos. 505, 506, in a separate Order to be issued at a later date. Plaintiffs' requested evidentiary sanctions remain under advisement. ECF No. 508.

    It is so ORDERED.

    The Clerk shall send a copy of this Order to the parties.

ENTER: August 9, 2019

*[signature: Joel C. Hoppe]*

Joel C. Hoppe
U.S. Magistrate Judge