| AO435 (Rev. 04/18; WDVA Rev. 02/19) | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS<br><br>**TRANSCRIPT ORDER FORM**<br><br>*Please Read Instructions on Page 2.* | FOR COURT USE ONLY<br><br>DUE DATE: |
|---|---|---|

| 1. **REQUESTOR'S INFORMATION:** | NAME<br>**Robert Cahill (Counsel for Plaintiffs)** | TELEPHONE NUMBER<br>**703-456-8145** |
|---|---|---|
| DATE OF REQUEST<br>**8/13/2019** | EMAIL ADDRESS (*Transcript will be emailed to this address.*)<br>**rcahill@cooley.com; ebolton@cooley.com** | |
| MAILING ADDRESS<br>**Cooley LLP, 11951 Freedom Drive, 14th Floor** | | CITY, STATE, ZIP CODE<br>**Reston, VA 20190** |

| 2. **TRANSCRIPT REQUESTED:** | NAME OF COURT REPORTER<br><br>OR   CHECK HERE [✓]   IF HEARING WAS RECORDED BY FTR |
|---|---|

| CASE NUMBER<br>**3:17-cv-00072** | CASE NAME<br>**Sines, et al. v. Kessler, et al.** | JUDGE'S NAME<br>**Joel C. Hoppe** |
|---|---|---|
| DATE(S) OF PROCEEDING(S)<br>**8/8/2019** | TYPE OF PROCEEDING(S)<br>**Telephonic discovery/status hearing** | LOCATION OF PROCEEDING<br>**Charlottesville, VA** |

REQUEST IS FOR: (*Select one*)   [✓] FULL PROCEEDING   OR   [ ] SPECIFIC PORTION(S) (*Must specify below*)

SPECIFIC PORTION(S) REQUESTED (*If applicable*):

3. **SERVICE TURNAROUND CATEGORY REQUESTED:**
(*See Page 2 for descriptions of each service turnaround category.*)

- [ ] Ordinary (30-Day)
- [ ] 14-Day
- [ ] Expedited (7-Day)
- [✓] 3-Day
- [ ] Daily
- [ ] Hourly
- [ ] RealTime

4. **CERTIFICATION:**   By signing below, I certify that I will pay all charges (deposit plus additional).

| DATE<br>**8/13/2019** | SIGNATURE<br>**/s/ Robert T. Cahill** |
|---|---|

If you have any questions, please contact the court reporter coordinator at (434) 847-5722 or by email to CRC@vawd.uscourts.gov.

Transcript Fee Rates can be found on our website under Standing Orders at:
http://www.vawd.uscourts.gov/media/1576/transcripts2018-3.pdf

**NOTE:** Form must be flattened prior to electronically filing in CM/ECF so that all fillable fields can no longer be modified.

**PRINT**   **RESET FORM**