UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

ELIZABETH SINES, *Et al.,*

v.   Case No. 3:17-cv-72

JASON KESSLER, *Et. al.*,

## MOTION TO WITHDRAW AS COUNSEL

On July 12, 2018, this Court granted the motion made by Defendant James Alex Fields, Jr., to appoint counsel from his criminal case, Case No. 3:18-cr-11, to also be counsel of record in this ancillary matter. Now that Mr. Fields' criminal case is closed, this civil case is no longer an ancillary matter for which counsel is required to "protect a Constitutional right. . . ." *Guide to Judiciary Policy, Vol 7, Defender Services, Part A,* § 210.20.30(c).

WHEREFORE, the undersigned counsel respectfully moves to withdraw as counsel from this matter. Mr. Fields will continue to be represented by his other counsel of record.

Respectfully submitted,

S/Lisa M. Lorish

Lisa M. Lorish
Assistant Federal Public Defender
401 West Market Street, Suite 401
Charlottesville, VA 22902
Tel. (434) 220-3388
Fax (434) 220-3390

1

VSB No. 81465
Lisa_Lorish@fd.org

*Counsel for James Alex Fields, Jr.*

## CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: counsel of record; and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participants: none

/s/ Lisa M. Lorish
Assistant Federal Public Defender