UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

ELIZABETH SINES, *Et al.,*

v.                                                                 Case No. 3:17-cv-72

JASON KESSLER, *Et. al.*,

### [PROPOSED] ORDER

On July 12, 2018, this Court granted the motion made by Defendant James Alex Fields, Jr., to appoint counsel from his criminal case, Case No. 3:18-cr-11, to also be counsel of record in this ancillary matter. Now that Mr. Fields' criminal case is closed, this civil case is no longer an ancillary matter for which counsel is required to "protect a Constitutional right. . . ." *Guide to Judiciary Policy, Vol 7, Defender Services, Part A,* § 210.20.30(c).

ORDERED, that the Federal Public Defender for the Western District of Virginia may withdraw as counsel for James Alex Fields, Jr. because this matter is not longer an ancillary proceeding to his completed criminal case.

_____