| | |
|---|---|
| ELIZABETH SINES, SETH WISPELWEY, MARISSA BLAIR, TYLER MAGILL, APRIL MUNIZ, HANNAH PEARCE, MARCUS MARTIN, NATALIE ROMERO, CHELSEA ALVARADO, and JOHN DOE,<br><br>Plaintiffs,<br><br>v.<br><br>JASON KESSLER, RICHARD SPENCER, CHRISTOPHER CANTWELL, JAMES ALEX FIELDS, JR., VANGUARD AMERICA, ANDREW ANGLIN, MOONBASE HOLDINGS, LLC, ROBERT "AZZMADOR" RAY, NATHAN DAMIGO, ELLIOT KLINE a/k/a/ ELI MOSLEY, IDENTITY EVROPA, MATTHEW HEIMBACH, MATTHEW PARROTT a/k/a DAVID MATTHEW PARROTT, TRADITIONALIST WORKER PARTY, MICHAEL HILL, MICHAEL TUBBS, LEAGUE OF THE SOUTH, JEFF SCHOEP, NATIONAL SOCIALIST MOVEMENT, NATIONALIST FRONT, AUGUSTUS SOL INVICTUS, FRATERNAL ORDER OF THE ALT-KNIGHTS, MICHAEL "ENOCH" PEINOVICH, LOYAL WHITE KNIGHTS OF THE KU KLUX KLAN, and EAST COAST KNIGHTS OF THE KU KLUX KLAN a/k/a EAST COAST KNIGHTS OF THE TRUE INVISIBLE EMPIRE,<br><br>Defendants. | Civil Action No. 3:17-cv-00072-NKM<br><br>JURY TRIAL DEMANDED |

**PLAINTIFFS' REQUEST UNDER LOCAL RULE 11(b) ON MOTION TO ENJOIN DEFENDANT CANTWELL FROM MAKING UNLAWFUL THREATS AGAINST PLAINTIFFS AND PLAINTIFFS' COUNSEL**

On July 2, 2019, Plaintiffs filed a Motion to Enjoin Defendant Cantwell from Making Threats Against Plaintiffs and Plaintiffs' Counsel ("the Motion"). (ECF No. 511.) On July 15, 2019, Plaintiffs filed a supplement to the motion alerting the Court to the fact that the threats continued while the Motion was pending. (ECF No. 523 ("Mr. Cantwell plainly continues to use threatening language toward Ms. Kaplan with impunity.").) On July 25, Mr. Cantwell's attorneys, James Kolenich and Elmer Woodard, filed a Motion to Withdraw as Counsel for Mr. Cantwell, based in part on what they described as Mr. Cantwell's "allegedly threatening internet communications directed at Ms. Kaplan, lead attorney for the Plaintiff's [sic]." (ECF No. 531 at 2.) In that motion, Mr. Kolenich and Mr. Woodard noted that Mr. Cantwell "has engaged in conduct [Mr. Kolenich and Mr. Woodard] consider repugnant or imprudent" (*id.* at 2) and that Mr. Cantwell had "arguably caused a fellow Attorney to have concerns for her safety." (*Id*. at FN 7.) Mr. Cantwell's attorneys candidly stated they "are at a loss as to how we would be able to argue Ms. Kaplan's concerns and requests for relief as expressed to the Court are unreasonable." (*Id*. at FN 5.)

In addition to the fact that Mr. Cantwell's attorneys appear to side with Plaintiffs on the merits, Mr. Cantwell's time to respond to the Motion has elapsed. *See* Local Rule 11(c)(1) ("[T]he opposing party must file a responsive brief and such supporting documents as are appropriate within 14 days after service."). Accordingly, Plaintiffs' Motion appears to be unopposed. Plaintiffs respectfully request that the motion be deemed submitted. Given the ongoing importance of security to the litigation generally, Plaintiffs would, in the alternative, be happy to appear before the Court for hearing on this issue.

1

Date: August 28, 2019                               Respectfully submitted,

                                                    /s/_____
                                                    Robert T. Cahill (VSB 38562)
                                                    COOLEY LLP
                                                    11951 Freedom Drive, 14th Floor
                                                    Reston, VA 20190-5656
                                                    Telephone: (703) 456-8000
                                                    Fax: (703) 456-8100
                                                    rcahill@cooley.com


                                                    Of Counsel:

Roberta A. Kaplan (*pro hac vice*)                  Karen L. Dunn (*pro hac vice*)
Julie E. Fink (*pro hac vice*)                      William A. Isaacson (*pro hac vice*)
Gabrielle E. Tenzer (*pro hac vice*)                Jessica Phillips (*pro hac vice*)
Joshua A. Matz (*pro hac vice*)                     BOIES SCHILLER FLEXNER LLP
Michael L. Bloch (*pro hac vice*)                   1401 New York Ave, NW
KAPLAN HECKER & FINK LLP                            Washington, DC 20005
350 Fifth Avenue, Suite 7110                        Telephone: (202) 237-2727
New York, NY 10118                                  Fax: (202) 237-6131
Telephone: (212) 763-0883                           kdunn@bsfllp.com
rkaplan@kaplanhecker.com                            wisaacson@bsfllp.com
jfink@kaplanhecker.com                              jphillips@bsfllp.com
gtenzer@kaplanhecker.com
jmatz@kaplanhecker.com
mbloch@kaplanhecker.com

Yotam Barkai (*pro hac vice*)                       Alan Levine (*pro hac vice*)
BOIES SCHILLER FLEXNER LLP                          Philip Bowman (*pro hac vice*)
55 Hudson Yards                                     COOLEY LLP
New York, NY 10001                                  1114 Avenue of the Americas, 46th Floor
Telephone: (212) 446-2300                           New York, NY 10036
Fax: (212) 446-2350                                 Telephone: (212) 479-6260
ybarkai@bsfllp.com                                  Fax: (212) 479-6275
                                                    alevine@cooley.com
                                                    pbowman@cooley.com

2

| | |
|---|---|
| David E. Mills (*pro hac vice*)<br>COOLEY LLP<br>1299 Pennsylvania Avenue, NW<br>Suite 700<br>Washington, DC 20004<br>Telephone: (202) 842-7800<br>Fax: (202) 842-7899<br>dmills@cooley.com | J. Benjamin Rottenborn (VSB 84796)<br>Erin Ashwell (VSB 79538)<br>WOODS ROGERS PLC<br>10 South Jefferson St., Suite 1400<br>Roanoke, VA 24011<br>Telephone: (540) 983-7600<br>Fax: (540) 983-7711<br>brottenborn@woodsrogers.com<br>eashwell@woodsrogers.com<br><br>*Counsel for Plaintiffs* |

# CERTIFICATE OF SERVICE

I hereby certify that on August 28, 2019, I filed the foregoing with the Clerk of Court through the CM/ECF system, which will send a notice of electronic filing to:

Justin Saunders Gravatt
David L. Hauck
David L. Campbell
Duane, Hauck, Davis & Gravatt, P.C.
100 West Franklin Street, Suite 100
Richmond, VA 23220
jgravatt@dhdglaw.com
dhauck@dhdglaw.com
dcampbell@dhdglaw.com

*Counsel for Defendant James A. Fields, Jr.*

Lisa M. Lorish
Federal Public Defenders Office
Western District of Virginia - Charlottesville
401 E Market Street, Suite 106
Charlottesville, VA 22902
lisa_lorish@fd.org

*Fifth Amendment Counsel for Defendant James A. Fields, Jr.*

Elmer Woodard
5661 US Hwy 29
Blairs, VA 24527
isuecrooks@comcast.net

James E. Kolenich
Kolenich Law Office
9435 Waterstone Blvd. #140
Cincinnati, OH 45249
jek318@gmail.com

*Counsel for Defendants Matthew Parrott, Robert Ray, Traditionalist Worker Party, Jason Kessler, Nathan Damigo, Identity Europa, Inc. (Identity Evropa), and Christopher Cantwell*

Bryan Jones
106 W. South St., Suite 211
Charlottesville, VA 22902
bryan@bjoneslegal.com

*Counsel for Defendants Michael Hill, Michael Tubbs, and League of the South*

John A. DiNucci
Law Office of John A. DiNucci
8180 Greensboro Drive, Suite 1150
McLean, VA 22102
dinuccilaw@outlook.com

*Counsel for Defendant Richard Spencer*

William Edward ReBrook, IV
The Rebrook Law Office
6013 Clerkenwell Court
Burke, VA 22015
edward@rebrooklaw.com

*Counsel for Defendants Jeff Schoep, National Socialist Movement, and Nationalist Front*

I further hereby certify that on August 28, 2019, I also served the following non-ECF participants, via U.S. mail, First Class and postage prepaid, addressed as follows:

Loyal White Knights of the Ku Klux Klan
a/k/a: Loyal White Knights Church of
the Invisible Empire, Inc.
c/o Chris and Amanda Barker
2634 U.S. HWY 158 E
Yanceyville, NC 27379

East Coast Knights of the Ku Klux Klan
a/k/a East Coast Knights of the
True Invisible Empire
26 South Pine St.
Red Lion, PA 17356

Andrew Anglin
P.O. Box 208
Worthington, OH 43085

Moonbase Holdings, LLC
c/o Andrew Anglin
P.O. Box 208
Worthington, OH 43085

Augustus Sol Invictus
9823 4th Avenue
Orlando, FL 32824

Fraternal Order of the Alt-Knights
c/o Kyle Chapman
52 Lycett Circle
Daly City, CA 94015

I further hereby certify that on August 28, 2019, I also served the following non-ECF participants, via electronic mail, as follows:

Elliot Kline
eli.f.mosley@gmail.com

Matthew Heimbach
matthew.w.heimbach@gmail.com

Vanguard America
c/o Dillon Hopper
dillon_hopper@protonmail.com

                                                 /s/
Robert T. Cahill (VSB 38562)
COOLEY LLP
11951 Freedom Drive, 14th Floor
Reston, VA 20190-5656
Telephone: (703) 456-8000
Fax: (703) 456-8100
rcahill@cooley.com

*Counsel for Plaintiffs*