# EXHIBIT 2

Guide to White Supremacy Groups | Counter Extremism Project



# Executive Summary

Since the Ku Klux Klan (KKK) first formed in 1865, white supremacist groups in the United States have propagated racism, hatred, and violence. Individuals belonging to these groups have been charged with a range of crimes, including civil rights violations, racketeering, solicitation to commit crimes of violence, firearms and explosives violations, and witness tampering. ⊙ Nonetheless, white supremacist groups—and their extremist ideologies—persist in the United States today. A February 2017 Southern Poverty Law Center report identified 100 active white nationalist and 99 active neo-Nazi groups in the country. ⊙

1

In its Guide to White Supremacy Groups, the Counter Extremism Project (CEP) has identified eight especially virulent white supremacist groups, which principally espouse white ethno-nationalism and/or National Socialism (neo-Nazi). Neo-Nazi groups, such as the National Socialist Movement (NSM), Hammerskin Nation, and Atomwaffen Division, generally make no effort to hide their belief that the white race is superior to others. Their ideologies also usually include anti-Semitic and homophobic components that are in line with Nazi dogma. In contrast, groups such as the League of the South and Identity Evropa propagate their radical stances under the guise of white ethno-nationalism, which seeks to highlight the distinctiveness—rather than the superiority—of the white identity. Furthermore, it claims that the white identity is under threat from minorities or immigrants that seek to replace its culture. For example, Identity Evropa's chant, "You will not replace us," insinuates that growing minority populations threaten to overtake whites of European heritage in American society. ◉ Members of this new generation of white supremacists, such as former Traditionalist Worker Party (TWP) leader Matthew Heimbach, have decried the traditional supremacist narrative of the inferiority of non-white races. Heimbach and his contemporaries have instead focused on racial separation rather than racial superiority, promoting the idea that all races are better served by remaining separate. ◉

Spurred by the rise of these younger ethno-nationalist leaders and organizations, some overtly racist groups have attempted to soften their radical images. In late 2016, the NSM abandoned its use of the swastika in order to "appear more integrated and more mainstream," according to NSM leader Jeff Schoep. ◉ Despite the cosmetic change, the NSM's ideology and rhetoric have largely remained unchanged, while groups like the Hammerskins have thoroughly rejected the attempt at rebranding.

In a further effort to gain popular support and acceptance for their radical platforms, most of the groups profiled in this resource have officially renounced violence and instead rely on demonstrations and propaganda to sway public opinion. Nonetheless, many affiliated individuals have still been involved in violent altercations spurred by ideologies that encourage racial elitism. Furthermore, violence plays a defining role for groups like Atomwaffen Division, which projects the image of a heavily armed militia preparing for an impending race war. ◉

Groups like Identity Evropa—which shut down in March 2019 as its leaders created the American Identity Movement (AIM)—officially reject violence but their identitarian ideology has directly inspired it. Identitarians—including those based in non-European countries such as the United States and Australia—associate their Western identity as European. Identitarians subscribe to a theory known as the Great Replacement, in which non-European migrants threaten to replace the dominant white European culture. ◉ The March 15, 2019, attack on two New Zealand mosques that left at least 50 dead was a direct manifestation of the identitarian ideology to which Identity Evropa and AIM subscribe. Alleged attacker Brenton Tarrant entitled his manifesto "The Great Replacement" and wrote about the "crisis of mass immigration … that, if not combated, will ultimately result in the complete racial and cultural replacement of the European people." ◉ Like Identity Evropa, Tarrant identified a broader white European ethnic identity prevalent in the Western world that transcended national borders.

Most of the groups profiled are comprised of a younger demographic of individuals in their 20s and 30s, and primarily target youth for recruitment through social media and other means. Groups like Identity Evropa, Atomwaffen Division, and

https://www.counterextremism.com/content/guide-white-supremacy-groups[9/3/2019 12:38:02 PM]

Vanguard America have actually spread their propaganda on college campuses, and groups such as the National Socialist Movement and League of the South have created youth wings and student memberships. ● In recent years, social media and the Internet have also provided new outlets for white supremacists to spread their messages and recruit supporters. The founders of Atomwaffen Division met and organized on the now-defunct fascist online forum IronMarch, and created a cult-like subculture on social media through which they have further propagated their ideology. ● Stormfront, America's oldest and most notorious neo-Nazi online forum founded in 1995, was removed by its Internet host in August 2017, but simply resurfaced months later. ● Other forums, like the Daily Stormer, have moved their operations to the Dark Web, which is accessible only through encrypted software. ● Websites like American Renaissance—which is easily accessible on the surface web—act as online media outlets, displaying links to pseudo-intellectual articles, videos, and podcasts that attempt to present white supremacy as a legitimate social science.

CEP's Guide to White Supremacy Groups provides an overview of the history, propaganda, violent activities, and notable rhetoric of the most active and virulent white supremacist groups in the United States, as well as several prominent white supremacist media outlets.

## Download Full Report

# Key Points:



Some modern white supremacist groups, such as the Nationalist Socialist Movement, Hammerskin Nation, and Atomwaffen Division, subscribe to a National Socialist (neo-Nazi) ideology. These groups generally make no effort to hide their overt racist belief that the white race is superior to others.



Other modern white supremacist groups, however, propagate their radical stances under the guise of white ethno-nationalism, which seeks to highlight the distinctiveness—rather than the superiority—of the white identity. Such groups, which include the League of the South and Identity Evropa, usually claim that white

3

Guide to White Supremacy Groups | Counter Extremism Project

identity is under threat from minorities or immigrants that seek to replace its culture, and seek to promote white ethno-nationalism as a legitimate ideology that belongs in mainstream political spheres.



Most modern white supremacist groups eschew violent tactics in favor of using demonstrations and propaganda to sway public opinion and portray their ideologies as legitimate. However, their racial elitist ideologies have nonetheless spurred affiliated individuals to become involved in violent altercations.



White supremacist groups often target youth for recruitment through propaganda campaigns on university campuses and social media platforms. White supremacists have long utilized Internet forums and websites to connect, organize, and propagate their extremist messages.

# American Renaissance

## American Renaissance

American Renaissance is a right-wing magazine-turned-blog dedicated to discussing the "problems of race." ❂ The online magazine is edited by Jared Taylor, who has previously acted as a spokesman for the white supremacist group Council of Conservative Citizens (CCC). CCC president Earl Holt has also contributed to and commented on American Renaissance's website. ❂ American Renaissance's publishers consider it the "Internet's premier race-realist site." ❂

American Renaissance ran as a monthly print magazine from 1990 to 2012 before switching to an online-only format. ❂ American Renaissance collects tax-deductible donations through the New Century Foundation, a 501(c)(3) non-profit Taylor created in 1994. ❂ According to the Southern Poverty Law Center, the

4

New Century Foundation promotes "pseudo-scientific studies and research that purport to show the inferiority of blacks to whites," which utilize academic jargon to disguise itself as serious scholarship. ⊙ In 2016, the Associated Press reported that the New Century Foundation, alongside three other white supremacist non-profit groups, had raised more than $8 million in a 10-year period. ⊙

## Leadership

Editor-in-chief Jared Taylor, with support from Henry Wolff and Chris Roberts. ⊙



**Jared Taylor**
Editor-in-chief



**Henry Wolff**



**Chris Roberts**

## Base of Operations

Oakton, Virginia ⊙

## Website

www.amren.com

## Social Media

Twitter (suspended), Youtube

# Membership Size and Relevance

American Renaissance has a major online presence. The group's Twitter account had more than 27,000 followers as of August 25, 2017, but has since

5

been suspended. ● The group's YouTube channel has more than 104,000 subscribers and 177 videos that have received more than 11.2 million views as of March 19, 2019. ● In addition to its online activities, the group also meets in person. American Renaissance's 2017 annual conference drew what it called a "sell-out," "record" crowd of 300 participants, and allegedly turned away up to 150 others. ● The conference included notorious white supremacists such as Richard Spencer and Nathan Damigo of Identity Evropa. ● More than 250 attended the 2018 conference. ●

# Recruitment and Propaganda

American Renaissance employs what Jared Taylor has referred to as "sober, factual discussion" in order to present its ethno-nationalism as an academic endeavor. ● The website's leaders employ academic language to present racist ideas as legitimate social science. For example, the group's self-description claims they are "dedicated to the study of immigration and race relations so as to better understand the consequences of America's increasing diversity…." ● American Renaissance labels its so-called academic approach as "race realism," the study of which it promotes as necessary for "the survival of the West." ●

American Renaissance also maintains a merchandise section on its website, and encourages visitors to donate directly to the site's non-profit parent group, New Century Foundation, or bequeath a donation in their wills. ●

---

**American Renaissance's 2017 annual conference drew what it called a "sell-out," "record" crowd of 300 participants, allegedly turning away up to 150 others.**

---

## Violent Activities

American Renaissance is not known to have instigated any violent attacks. The organization instead relies on the spread of racist propaganda through its own media channels.

## Rhetoric

Jared Taylor, July 2017: "We are in a battle for our lives. We are all soldiers in this titanic battle. And we will win!" ●

Jared Taylor, October 20, 2016: "Neither the French nor the Americans can solve their race problem because they are mentally paralyzed. They refuse to see that the multi-racial societies they are trying to build cannot succeed, and they continue to pile compromise onto accommodation rather than give up on a futile goal." ●

Jared Taylor, October 11, 2016: "What whites are expected to do is without precedent in human history. We have the power to keep our lands for ourselves, but we are throwing them open to aliens, aliens who despise us as they take what is ours. Many nations have been overrun by powerful invaders. Never has any people or nation let itself be pillaged by the weak. This is a mental sickness unique to whites and unique to our era." ●



**Atomwaffen Division**

7

German for "atomic weapons," Atomwaffen Division (AWD) is a neo-Nazi organization that seeks the creation of a National Socialist government through a violent "white revolution," and believes that a race war is inevitable. ◉ The group promotes Nazi and satanic propaganda in pursuit of "total Aryan victory." ◉ AWD gained national prominence after some of its members attacked counter-protesters at the August 2017 Unite the Right rally in Charlottesville, Virginia. Police also suspect individual AWD members to be the perpetrators of multiple murders throughout 2017 and 2018. ◉

AWD follows a neo-Nazi ideology promoted by James Mason, a former American Nazi Party member and a follower of cult leader Charles Manson. ◉ During the 1980s, Mason wrote a series of pro-Manson and pro-Nazi newsletters that he called *Siege* and later compiled into a book of the same name. ◉ Users on the now-defunct fascist web forum IronMarch formed AWD after discovering *Siege*. They based AWD's ideology on Mason's ideas of autonomous terror cells fighting a guerilla war against "the system." ◉

A 2018 joint ProPublica and PBS investigation identified multiple active-duty and former U.S. soldiers in AWD, including co-founder Brandon Russell, who served in the Florida National Guard. ◉ These AWD members have reportedly organized training sessions in hand-to-hand combat and weaponry. ◉ ProPublica identified active-duty Marine Vasillios Pistolis as an AWD cell leader responsible for physical attacks during the 2017 Charlottesville protest. ◉ The Marines court martialed, jailed, and discharged Pistolis after the public revelation of his identity. ◉

Other far-right groups have condemned AWD as a cult front for the British neo-Nazi Satanist group the Order of the Nine Angles. In January 2018, a former AWD member wrote online that the group had been infiltrated by Satanists. According to leaked chat transcripts, several AWD members have resigned as of March 2018 because of the growing occult fixation, while others have embraced the satanic imagery. ◉

## Leadership

Brandon Russell and Devon Arthurs co-founded

## Base of Operations

AWD has no central base of

8

Guide to White Supremacy Groups | Counter Extremism Project

AWD in 2015. ◉ John Cameron Denton, a.k.a. "Rape," is the current reported leader of AWD, though Russell reaffirmed his position as leader in a May 2018 recording from prison. ◉ Kaleb J. Cole is the reported leader of AWD's Washington state chapter. Sean Michael Fernandez is a leader of the Texas cell. ◉ According to Vice News, a Canadian individual who goes by the pseudonym Dark Foreigner is AWD's official propagandist and graphic designer. ◉

operations. AWD reportedly operates chapters in Arizona, Arkansas, California, Colorado, Florida, Illinois, Kentucky, Maine, Massachusetts, Michigan, Minnesota, Mississippi, Missouri, Nevada, New Jersey, North Carolina, Ohio, Oklahoma, South Carolina, Texas, Virginia, Washington, Washington, D.C., Wisconsin, Canada, and Germany. ◉



**Brandon Russell**



**Devon Arthurs**



**John Cameron Denton**



**Kaleb J. Cole**



**Sean Michael Fernandez**

## Website

https://atomwaffendivision.org (suspended), https://siegeculture.biz/ (offline as of March 2019)

## Social Media

Gab (Dark Foreigner), Gab (Groz), Gab (Siege Culture), Gab (Sonnenkreig Division), Twitter (AtomwaffenDiv) (Suspended), Twitter (Dark Foreigner), Twitter (Siege Culture), Twitter (Wallcroft AW), Tumblr (Dark Foreigner), YouTube (Atomwaffen Division) (Suspended), YouTube (Dark Foreigner), YouTube (SiegeWave), YouTube (Read SIEGE)

AWD has posted propaganda videos on the video-sharing service BitChute. ◉ The group previously posted propaganda videos to YouTube, which led to a

9

February 2018 Daily Beast report on YouTube's refusal to ban AWD for violations of its terms of service. YouTube subsequently suspended AWD's account, citing "multiple or severe violations of YouTube's policy prohibiting hate speech." ●

# Membership Size and Relevance

AWD reportedly has approximately 80 members in about 20 cells around the United States. According to a former AWD member, AWD saw a membership surge after the 2017 Unite the Right rally in Charlottesville, Virginia. A 2018 ProPublica investigation identified AWD members in at least 23 states. According to AWD chat records, its largest chapters are in Washington, Virginia, and Texas. ● The group has also reportedly expanded into Canada and Germany. ●

In July 2018, AWD members on the social media site Gab began displaying the name Sonnenkrieg Division, which launched its own Gab page the following month. The group appears to be a subdivision of AWD and uses similar propaganda and imagery. ●

# Recruitment and Propaganda

James Mason's book *Siege* is required reading for AWD members. ● In 2017, a group of IronMarch members created a website for Mason's writings at https://siegeculture.biz/. ● The site's administrators credit AWD for the development of the so-called Siege Culture promoting Mason and his writings. ● The website was offline as of March 2019. ● AWD openly embraces Nazi and satanic imagery and rhetoric based on Mason's Nazi beliefs and fealty to the late cult leader Charles Manson. ● AWD members have also cited Oklahoma City bomber Timothy McVeigh and mass shooters Dylann Roof and Anders Breivik

10

as inspirations. ◉

In June 2018, AWD reportedly began selling t-shirts through the online retailer Teespring in support of Sam Woodward, the AWD member who allegedly murdered Blaze Bernstein in California earlier that year. ◉

# Violent Activities

AWD propaganda videos have featured members armed with assault weapons attending military-style training sessions. Leaked chat logs of AWD members include discussions of targeting U.S. power facilities and other infrastructure. ◉ The group itself has not yet claimed any specific attacks, but individual AWD members have been linked to multiple acts of violence.

- On January 2, 2018, AWD member Sam Woodward allegedly fatally stabbed 20-year-old University of Pennsylvania student Blaze Bernstein in California. Authorities accuse Woodward of killing Bernstein for being gay. ◉ Woodward is awaiting trial as of August 2018. AWD has praised Bernstein's murder. ◉

- On December 22, 2017, 17-year-old Nicholas Giampa murdered his girlfriend's parents, Buckley Kuhn-Fricker and Scott Fricker, in their Reston, Virginia, home. Giampa then shot himself but survived. The Frickers had reportedly encouraged their daughter to break up with Giampa because of his extremist views. Prior to the murders, Giampa had tweeted about using Jews for target practice, his love for Adolf Hitler, and hatred of transgender people. He had also praised James Mason's book, *Siege*. ◉ AWD members said that Giampa had been in direct contact with the group. ◉ Police charged Giampa with murder upon his release from the hospital, though he was charged as a minor. ◉

- On August 12, 2017, AWD members attacked counter-protesters at the Unite the Right rally in Charlottesville, Virginia. ◉ In July 2018, the U.S. Marine Corps discharged AWD member Vasillios Pistolis after he served 28 days in a military prison for disobeying orders and lying about his participation in the Charlottesville rally. Pistolis had bragged online about engaging in violence at the rally. ◉

- On May 19, 2017, former AWD member and co-founder Devon Arthurs took

11

hostages at a smoke shop in Tampa, Florida. Police convinced Arthurs to release the hostages without incident. Arthurs then confessed that he had killed two of his roommates, Jeremy Himmelman and Andrew Oneschuk. Arthurs also told police that his other roommate, AWD co-founder Brandon Russell, was stockpiling explosives to blow up power plants and synagogues in Florida. ● Arthurs claimed he killed his roommates to prevent an AWD terror attack. ● Police discovered the bodies of Himmelman and Oneschuk and explosive materials at the shared condo. ● In September 2017, Russell pled guilty to stockpiling the explosives. ● He received a five-year sentence in January 2018. ● In February 2018, Arthurs was found mentally unfit to stand trial. ●

# Rhetoric

Tweet from AWD member "Wallcroft AW," posted with a picture of armed and masked AWD members, August 13, 2018: "We avenge you for centuries of rape, murder and theft! Behold the power of our killing machine! There'll be nothing but dust when the vultures have left." ●

Audio recording of AWD imprisoned co-founder Brandon Russell in an AWD propaganda video, May 2018: "I have become a prisoner of war in this war against society…. To all the outsiders who tried to hinder our efforts, I say this to you: I created something beautiful. Beautiful things scare you people. You just don't like it because it doesn't like you. Night shall turn to day as flames burn brilliantly. The sword has been drawn. There is no turning back." ●

AWD flier found in Brandon Russell's car, January 2018: "Don't prepare for exams, prepare for a race war." ●

Unidentified AWD member in a video announcing the formation of a German chapter, June 2018: "Sieg Heil." (A Nazi salute meaning "Hail victory.") ●

AWD member "Vass" in a private chat log, January 28, 2018: "First sergeants are officially all homosexual Jews who will die during the revolution." ◉

Dark Foreigner in a blog post on Tumblr, January 18, 2018: "Let's bring a new image of terror and dread, to the 21st century." ◉

Unidentified former AWD member to ProPublica, 2018: "We want men who are willing to be the boots on the ground. Joining us means serious dedication not only to the Atomwaffen Division and its members, but to the goal of Total Aryan Victory." ◉

Twitter post by AWD member Vasillios Pistolis on his participation in the Unite the Right rally in Charlottesville, Virginia, August 12, 2017: "Today cracked three skulls open with virtually no damage to myself." ◉

Leaked communication from an AWD chatroom, undated: "Rats and traitors get the rope first." ◉

Unidentified AWD member in a leaked audio conversation, undated: "You guys can get all moralistic if you want about satanism but at the end of the day when the fuckin' race war comes, morals aren't going to do anything but get you fuckin' killed." ◉

Propaganda flier, undated: "A new world order will rise from the ashes of the kike system." ◉



13

Guide to White Supremacy Groups | Counter Extremism Project



# Hammerskin Nation



Hammerskin Nation is reportedly the largest, most organized, and most violent neo-Nazi skinhead gang in the United States. ⊙ The group launched in 1988 and has since spread internationally. ⊙ Hammerskin members have been arrested on charges of murder, assault, arson, vandalism, harassment, and other hate crimes.

The Hammerskin movement grew out of the skinhead punk music scene in the 1980s. The first Hammerskin chapter launched in Dallas, Texas, in 1988 as the Confederate Hammerskins. In 1990, the group created its first international chapters in Northern Ireland and Switzerland. Australian and Canadian chapters emerged in 1993. In 1994, the various regional Hammerskin chapters united under the single banner of Hammerskin Nation. Hammerskin Nation reinstated its regional system in 1999 while maintaining the international umbrella. ⊙

The Hammerskin Nation website and its online forums reportedly shut down in 2001 under unclear circumstances. Shortly after, noted white supremacist Tom Metzger declared there was no longer an official Hammerskin Nation. ⊙ Nevertheless, a site declaring itself the official Hammerskin Nation site went online in 2002. ⊙ The site remained active as of October 2018, though its online forums were inoperable. ⊙ Despite the diminished online presence, Hammerskin Nation members remain active. In his 2018 book *Everything You Love Will Burn*, journalist Vegas Tenold reported on Hammerskin activities in 2016 and the group's relations with other white supremacist organizations. ⊙ The Hammerskins also continue to organize and promote the annual Hammerfest white power music concert. The most recent Hammerfest was scheduled for October 2018 in California. ⊙

## Leadership

The Hammerskins declare themselves to be a leaderless organization. ⊙

## Base of Operations

The first Hammerskins chapter emerged in Dallas,

## Website

https://www.hammerskins.net/,
http://www.crew38.com/forum38/index.php

## Social Media

Facebook (Crew 38, Finland),

14

Texas, but the group has no centralized global base of operations. As of October 12, 2018, the Hammerskin Nation website listed six U.S. chapters divided by region: West, Northwest, Midland, Confederate, Northern, and Eastern. Additionally, the group maintains chapters in Australia, Canada, France, Germany, Hungary, Italy, New Zealand, Portugal, Spain, Sweden, Luxembourg, and Switzerland. ⊙

Facebook (Crew 38, Spain),
Facebook (Crew 38, Sweden)

# Membership Size and Relevance

Hammerskin Nation includes six regional chapters in the United States and 12 international chapters. ⊙ There are no estimates of the group's membership numbers, but it is reportedly the largest neo-Nazi skinhead gang in the United States. ⊙

# Recruitment and Propaganda

Prospective members of Hammerskin Nation are vetted through multiple stages. First, they become what journalist Vegas Tenold called "hang-arounds," following members of a Hammerskin chapter but without any status in the group. If members approve of a hang-around's behavior, he or she receives a probationary membership in Crew 38, a Hammerskin support network. After proving their loyalty, the prospective member is then offered membership in Hammerskin Nation. The process can last years before a member advances to the main group. ⊙

White power music remains the Hammerskins' primary recruitment method. The Hammerskins host the annual Hammerfest music festival to celebrate the genre of white power music. ⊙ The group held the first Hammerfest in 1999. ⊙ Bands

that have performed at Hammerfest include Beer Hall Putsch and Definite Hate, which previously included Wade Michael Page, who attacked a Sikh temple in 2012. ⊘ Then-Traditionalist Worker Party leader Matthew Heimbach spoke at the 2016 Hammerfest, praising the Hammerskins as "an example for all Nationalists." ⊘ White supremacist record label Antipathy Records maintains a "Hammerskin Gear" section on its website. ⊘

The Hammerskins promote the numeral 14 based on the 14-word white supremacist motto: "We must secure the existence of our people and a future for White Children." ⊘ The movement is also represented by the number 838, which corresponds to the letters H, C, H, an acronym of the Hammerskin motto, "Hail the Crossed Hammers." The motto is a reference to the Hammerskin flag, which portrays two crossed hammers. The symbol is a constant in Hammerskin propaganda and its various chapter logos. ⊘ It is derived from the symbol of a fictional neo-Nazi movement in the 1982 movie *Pink Floyd: The Wall*. ⊘ Hammerskin member Wade Michael Page, who killed six people at a Sikh temple in 2012, had 838 tattooed on his arm to signify membership in the Hammerskins. ⊘

# Violent Activities

The Hammerskin Nation encourages its members to enlist in military forces, such as the U.S. Army, in order to train for a pending race war. Military personnel told Reuters in 2012 that white nationalists are dedicated to the military training because they want to learn weaponry and combat skills. ⊘ Hammerskin Nation as an organization has not orchestrated violent activities. Nonetheless, Hammerskin members have been involved in numerous violent acts. Further, there have been multiple reports of Hammerskin members engaging each other in physical altercations during Hammerskin events. ⊘

- November 8, 2016, Portuguese police arrested 20 Hammerskin Nation members across the country on suspicion of involvement in a series of violent hate crimes in Portugal between 2013 and 2015. ⊘

- On July 10, 2015, police in East Windsor, New Jersey, arrested Richard Pearson on charges of maintaining a drug manufacturing facility, aggravated

arson, theft and destruction of evidence. Pearson had multiple previous convictions in Florida and Massachusetts on charges of attempted murder, aggravated assault, home invasion, bias crimes, and bail jumping. Prosecutors have accused Pearson of affiliation with Hammerskin Nation. ●

- On March 18, 2015, skinhead Ryan Giroux shot dead one person and wounded six others in an hours-long ordeal that began outside a motel in Mesa, Arizona. He then carjacked a vehicle and traveled to a condominium complex where he was arrested by a SWAT team. A retired Mesa police detective familiar with Giroux identified him as a member of Hammerskin Nation. Giroux pled guilty to first-degree murder and 22 other charges. He received a life sentence in 2016. ●

- On August 6, 2012, Hammerskin Nation member Wade Michael Page attacked a Sikh temple in Oak Creek, Wisconsin, killing six and critically wounding three others. A police officer shot and killed Page on the scene. ● The Anti-Defamation League had identified Page as a white supremacist in 2010 based on his involvement in white power music bands. ●

- In April 2011, Hammerskin member Matthew Branstetter and an accomplice beat a Jewish man unconscious and robbed him in a park in Orange County, California. Branstetter was convicted of aggravated assault with a hate crime enhancement. He was sentenced to 20 months in prison. ●

- On March 17, 1999, six Hammerskin members attacked a 23-year-old black man in Temecula, California. The Hammerskins allegedly shouted racial epithets while beating Randy Bowen, who managed to escape. Three of the Hammerskin members pled guilty to assault with a deadly weapon and committing a hate crime. ● Five of the attackers received sentences ranging from four to 14 years in prison. ●

- On December 24, 1991, Hammerskin members Louis Oddo and Adam Galleon reportedly beat a homeless black man to death in Birmingham, Alabama. Both Oddo and Galleon were convicted of murder. ●

- On June 7, 1991, Hammerskin members William George "Trey" Roberts III, Joshua Everette Hendry, and Christopher Brosky shot and killed 32-year-old black man Donald Thomas in a drive-by shooting in Arlington, Texas. ●

- In the summer of 1991, members of the Confederate Hammerskins reportedly formed "park patrols" in Dallas and "chased, beat, and assaulted any nonwhites they found," according to the U.S. Department of Justice. ● Also that summer, Hammerskin members vandalized a Dallas synagogue and Jewish community center. ●

17

Guide to White Supremacy Groups | Counter Extremism Project

# Rhetoric

Hammerskin member Travis Miskam after attacking 23-year-old black man Randy Bowen with five other Hammerskin members, March 17, 1999: "We don't like niggers here; I don't like niggers." ●

---

Online comment by imprisoned Hammerskin member Jimmy Matchette, undated: "Being a Hammerskin is the distinct feeling of being set apart from the entire planet. And of knowing we will conquer & overcome all obstacles to achieve our goals and accomplish our great work, knowing that if we fail, all is lost forever and the west will perish. Even though I am locked down in a maximum security federal penitentiary, I wouldn't [have] traded the opportunity for all the gold in the world. You my true comrades hold all the glory of victory at your fingertips. We really are the most notorious White power Skinhead group in the entire World!" ●

---

Editorial in now-defunct Hammerskin Press, undated: "We've experienced death, prison, and numerous court battles. Through all this, we're still standing! No LAWS will ever break us!" ●

---

Statement from now-defunct Hammerskin Press, undated: "The MOST NOTORIOUS band of Skinheads in the World have metastasized from the mean streets, and into your home [sic]. Where ever you go, our WEB of Racism will follow!" ●



18

Guide to White Supremacy Groups | Counter Extremism Project




# Identity Evropa/American Identity Movement

Created in 2016, Identity Evropa is a white supremacist group that promotes white European identity and the preservation of white culture based on the concept of "identitarian politics." Identity Evropa claims to represent a "generation of awakened Europeans" who "oppose those who would defame our history and rich cultural heritage." ● In March 2019, Identity Evropa's leaders announced the closure of the group. They simultaneously announced the formation of a new group called American Identity Movement (AIM), which they said would remain committed to Identity Evropa's cause while promoting nationalism, identitarianism, non-interventionism, protectionism, and populism. ●

Identity Evropa founder Nathan Damigo is a former Marine who was convicted of armed robbery after returning from two tours in Iraq. In prison, he read the works of former KKK leader David Duke and white supremacist J. Philippe Rushton. ● Damigo has spoken publicly alongside white nationalist Richard Spencer. Identity Evropa largely targeted college students and viewed protests like the one in Charlottesville, Virginia, as recruitment drives. ●

Eli Mosley, who took over Identity Evropa from Damigo in late August 2017, played a key role in organizing the Unite the Right rally earlier that month in Charlottesville. Encouraged by the perceived success of the rally, Mosley told the media that he planned to organize many more rallies for Identity Evropa. ● In early December 2017, Mosley resigned and Patrick Casey, a.k.a. Reinhard Wolff, became the group's new CEO. Casey reportedly wanted to distance Identity Evropa from the negative coverage of the Charlottesville rally through more private, invitation-only events rather than large gatherings like Unite the Right. Casey called for more public banner displays and more demonstrations on college campuses, as well as at meet-ups, fitness clubs, and similar communal events. ● Identity Evropa joined a November 2018 lawsuit against the city of Charlottesville claiming city officials violated their rights by not allowing the rally to go forward. Identity Evropa dropped out of the lawsuit the following month. The National Socialist Movement, Traditionalist Worker Party, and rally organizer Jason Kessler remained on the lawsuit. ●

In March 2019, Identity Evropa's leaders simultaneously announced the organization's closure and the creation of AIM. Casey said in a press release

19

that Identity Evropa was "held down by baggage accumulated before my tenure."
⦿ This is likely a reference to Identity Evropa's linkage with the Unite the Right rally, from which Casey had previously sought to distance the group. Further, a series of racist and anti-Semitic Identity Evropa private chat messages leaked from the online chat server Discord earlier that March. ⦿ Casey claimed on Twitter that the brand change had been planned for months and had nothing to do with the leaked messages. According to Casey, Identity Evropa focused solely on the promotion of white identity but AIM would expand its focus through a "holistic approach" that would include identitarianism, non-interventionism, nationalism, protectionism, and populism. ⦿ Casey and AIM have sought to disavow Identity Evropa and "the decisions of former leaders and members," claiming that Casey had no leadership role in the organization during Charlottesville. ⦿

AIM announced that it would phase out Identity Evropa's web presence and create its own. ⦿ AIM claims to be "a growing, active movement defending our nation against mass immigration and the scourge of globalism." ⦿ AIM further claims that it seeks "peaceful, visible action" and the "restoration of American identity." ⦿ The group held an inaugural conference in Nashville, Tennessee, on March 9, 2019. ⦿ The following day, almost 100 AIM members rallied at the State Capitol in Nashville in the group's inaugural protest. ⦿

## Leadership

Nathan Damigo is the founder and former leader of Identity Evropa. On August 27, 2017, Damigo stepped down as Identity Evropa's leader and named Eli Mosley as the new CEO. ⦿ In December 2017, Mosley resigned and Patrick Casey became the new CEO. ⦿ Casey is the founding president of AIM. ⦿

## Base of Operations

Oakdale, California ⦿

## Website

www.identityevropa.com,
www.americanidentitymovement.com

## Social Media

Twitter (Identity Evropa)
(suspended), Twitter (Ladies of IE),
Twitter (Nathan Damigo) (deleted),
Twitter (Eli Mosley) (suspended),



**Nathan Damigo**
Founder and former
leader ●



**Eli Mosley**
Former CEO ●

Twitter (Patrick Casey), Twitter
(AIM), YouTube (AIM)



**Patrick Casey**
CEO

# Membership Size and Relevance

Identity Evropa allegedly had a nationwide membership of 300 as of February 2017, but the group had an increasingly visible presence at national white-supremacy rallies and in the media. ●

Identity Evropa had more than 29,000 followers on Twitter as of April 2018. ● Damigo had 19,000 Twitter followers as of April 2, 2018. ● His Twitter account has since been discontinued. ● Patrick Casey had more than 14,000 Twitter followers as of March 15, 2019, an increase of 6,000 over the course of the previous year. ● The Identity Evropa YouTube account had 7,085 subscribers as of March 11, 2019. The account's 12 videos had collectively received more than 117,000 views as of April 2018 but had been deleted by March 2019 as AIM closed Identity Evropa's accounts. ● AIM's twitter account had 2,887 followers as of March 19, 2019. ● Its Facebook page had 165 followers as of the same date. ● Its YouTube page had received 1,101 views in the six days following its launch on March 13, 2019. ●

21

AIM claimed it drew almost 100 people to its inaugural rally at the State Capitol in Nashville, Tennessee, on March 10, 2019. ●

# Recruitment and Propaganda

Identity Evropa focused its propaganda and recruitment efforts primarily on university campuses, where it sought to start student groups. In 2017, Identity Evropa propaganda appeared on more than 30 college campuses. ● The group's membership form invites those U.S. residents "of European, non-Semitic heritage" to join its ranks. Applicants "ready to make a real difference for the future of our people" are interviewed over video conference call. ● The group used as its logo an old European design of a dragon's eye with a "Y" inside, which it claims represents the choice between good and evil. ●

AIM portrays itself as a patriotic American organization that seeks to protect the American cultural identity. The group's language in its propaganda specifically promotes American nationalism and references ideas such as "the preservation of America's historical demographics in the face of mass immigration" and protecting "American industry and workers, rather than benefit globalist interests." ● AIM has adopted patriotic colors and symbolism in its propaganda. Its logo features a bald eagle and shield decorated with stars colored in red, white, and blue. AIM has created flyers and shirts with its logo and other imagery reminiscent of U.S. propaganda during World War II. ● AIM's language is couched in patriotism. It uses slogans such as "Defend America!" to promote its anti-immigration positions. The group proudly displays American flags to give the illusion that they are supporting the country rather than xenophobia. ● AIM claims to reject extremism, political violence, and all forms of supremacy in favor of "peacefully and lawfully" effecting change through activism and popular protest. ● Despite its claims of rejecting supremacy, AIM's rhetoric firmly supports the preservation of what it considers to be the white identity of America. ●

## Violent Activities

Identity Evropa members have been involved in violent confrontations during several far-right rallies across the country. AIM officially rejects violence and its members have not been involved in violent activities.

- During an August 7, 2017, rally in Portland, Oregon, members of Identity Evropa were reportedly responsible for violent confrontations with counter-protesters. ●
- During an April 15, 2017, anti-Trump rally in Berkeley, California, Identity Evropa counter-protesters reportedly verbally and physically assaulted protesters in attempts to instigate violence. Damigo was filmed personally punching a protester in the face. Students at California State University at Stanislaus, where Damigo is a student, signed a petition to the university stating they do not feel safe with Damigo on campus. ●

## Rhetoric

AIM website, accessed March 18, 2019: "We acknowledge that identity plays a central role in human affairs. Identity comes in many forms and is often the source of much social conflict. Like it or not, identity politics are the norm in multicultural societies. We staunchly defend the preservation of America's historical demographics in the face of mass immigration, and are opposed to the demonization of and discrimination against America's white majority." ●

AIM website, accessed March 18, 2019: "We see America's currently ruling elites as hostile to the historical people, culture, and identity of America. Our ultimate goal is thus a shift in the American power structure. So long as we're ruled by hostile individuals and institutions, America will not be made great again." ●

AIM poster in Richmond, Virginia, March 14, 2019: "Diversity destroys nations." ●

23

Patrick Casey tweet, March 14, 2019: "The irony, of course, is that the opposite is true—the only institutional discrimination in America is against white people." ❍

AIM press release, March 12, 2019: "Americans of European heritage are being demographically replaced as a result of mass immigration." ❍

Nathan Damigo, August 27, 2017: "We have lit a beautiful fire that is engulfing the Western world. The existence of our people is not negotiable, and a new order is now emerging as the old paradigm spasms and flails under the weight of its own contradictions." ❍

Identity Evropa graphic advertising the Unite the Right rally, July 28, 2017: "You will not replace us" ❍

Identity Evropa Twitter account, July 15, 2017: "The #WarOnWhites is an imminent threat to the security of our nations and the future of our people. Fight back!" ❍

# League of the South

# League of the South

Created in 1994, the League of the South is a self-proclaimed "neo-Confederate" group that seeks a second Southern secession and a society dominated by "European Americans." ❍ The League advocates the transformation of southern U.S. states into independent nations in order to protect Southerners of European descent who are "committed to preserving the traditional culture of the South." ❍ The group promotes itself as pro-South and pro-white, and has levied hateful rhetoric against non-Christians and African Americans, among other minorities.

24

Guide to White Supremacy Groups | Counter Extremism Project

The League further claims that it is not a racist organization, as it deems the word "racist" to be "a slur used by anti-Whites."'' Instead, the group argues it is "pro-South and pro-White." ●

The League of the South has warned supporters about the loss of white, Christian culture in America due to what the group calls the "corrupt and corrupting influence of post-Christian culture in America." ● During the League's June 2017 national conference in Alabama, former KKK leader David Duke said that there has been a "purposeful destruction of our country" and praised the League's "glorious leader," Michael Hill. ●

In February 2017, the League of the South created the Southern Defense Force to "combat this growing leftist menace to our historic Christian civilization." League of the South founder Michael Hill noted that the League does not promote violence except in "self-defense of life, liberty, and property," but has called on followers to stand ready by building their firearms and hand-to-hand combat skills. Though Hill officially disavowed the use of violence in an offensive capacity, his inflammatory rhetoric threatens to inspire others to violence, as Hill makes vague and provocative statements such as the assertion that whites will "not only fight back, but relish doing so!" ●

## Leadership



**Michael Hill**
Founder and president
●

## Base of Operations

Killen, Alabama ●

## Website

leagueofthesouth.com

## Social Media

YouTube

# Membership Size and Relevance

25

Membership Size and Relevance: The League of the South claims to maintain 16 chapters across the United States. ❂ The group's membership has significantly increased since its founding in 1994. By 1998, the League of the South claimed to have recruited 4,000 members. By 2000, it reportedly had roughly 9,000 members, and in the early 2000s, that number allegedly grew to 15,000 members nationwide. In 2009, Michael Hill claimed that his organization had 25,000 members, but far-right watchdog groups doubted the veracity of this claim. ❂ As of August 25, 2017, more than 7,500 people followed the League of the South's Facebook page, which has since been suspended. ❂ The group's YouTube channel has received more than 50,000 views as of April 2, 2018. ❂

In the mid-2000s, the League of the South splintered as many group leaders defected over Hill's increasingly overt racism. However, the group has adapted to internal fissures by mobilizing new followers around mainstream political issues such as immigration and "traditional marriage." ❂

# Recruitment and Propaganda

The League of the South appeals to Southern pride and nationalism by propagandizing that the Southern way of life is under threat. Those who join the group are told that they are joining "a group of Southern Nationalist men and women who are not content to sit by and allow their land, liberty, and culture be destroyed by an alien regime and ideology." ❂ The League of the South offers membership rates ranging from $30 for students to $1,000 for "sustaining" members. ❂ To spread its propaganda, the League maintains a social-media presence through Facebook and YouTube. It also hosts annual conferences and distributes newsletters.

# Violent Activities

At least one member of the League of the South has been linked to political

violence and domestic terrorism plots.

- In 2004, police arrested Michael Tubbs, a leading activist in Florida and former soldier, and found several caches of arms and explosives along with a target list that included newspapers, television stations, and Jewish-owned businesses. ⊙ After his arrest, news outlets discovered that Tubbs had a history of violence and had robbed fellow soldiers at gunpoint. Despite the arrest, Michael Hill and other leaders allowed Tubbs to remain a member. ⊙

# Rhetoric

Michael Hill, March 28, 2017: "With each passing day, we move closer to open conflict in America–civil war, if you will–between the forces of Western Civilization (which is founded on a biblical understanding of nationalism) and the forces of Judeo-Marxism or godless international leftism in general." ⊙

Michael Hill, September 22, 2016: "Feral negroes and those puppeteers who control their actions had best be careful not to take their street theater too far from the urban kraals in which it has thus far been confined. When they hit the suburbs, the small towns, and the rural areas of the South, there is going to be a surprise awaiting them: white people who not only fight back, but relish doing so!" ⊙

Michael Hill, August 18, 2016: "I remember a time when I felt comfortable pretty much everywhere I went, from the rural, the suburban, to the urban. And the reason was simple: the white European man was clearly in control of all those areas. I never thought of taking a pistol with me when I went to downtown Birmingham, or Memphis, or Atlanta. The South, in particular, was still thoroughly White Man's Land (but that was slowly changing because of the federal government's involvement in forcing "civil rights" for negroes down our throats)." ⊙

Michael Hill, July 12, 2016: "If you put every negro in America in California or

27

Texas with its present great wealth and infrastructure, those places would turn into uncivilized hell holes in no time at all. Negroes cannot maintain white civilization, and they surely cannot build it on their own." ◉

---

League of the South board member Jack Kershaw, 1998: "Somebody needs to say a good word for slavery. Where in the world are the Negroes better off today than in America?" ◉

# National Socialist Movement

The National Socialist Movement (NSM) is a prominent neo-Nazi group that has directed extremist, incendiary rhetoric toward Jews and other minorities while supporting violence in pursuit of its political goal of "the union of all Whites into a greater America on the basis of the right of national self-determination." ◉ The Southern Poverty Law Center identifies the NSM as the largest neo-Nazi movement in the United States. ◉ The NSM bills itself as "America's premier white civil rights organization." ◉ Though the NSM officially rejects violence, the group has declared its intention to defend itself. ◉ The NSM acknowledges that Adolf Hitler created Nazism in Germany, but believes that it can be applied anywhere. The movement believes society promotes a "big lie" of equality among the races, and "the White Race" is "the most advanced and progress producing race on earth." The NSM believes that the white race faces extinction through race mixing as well as violence. To that end, the NSM calls for street demonstrations, rallies, and marches in order to spread its message, as it believes that the mainstream media is dominated by Jews. ◉

In February 2019, black activist James Stern replaced longtime leader Jeff Schoep as president of the NSM. Schoep reportedly sought to disband the group, but Stern convinced Schoep to sign it over to him instead. Schoep claimed that he was tricked into the transfer. Stern has promised to render the

Guide to White Supremacy Groups | Counter Extremism Project

group impotent rather than allow Schoep to disband it, which would allow
somebody else to later revive the group. ●

## Leadership

Commander Jeff Schoep is NSM's founder and
national director. Other prominent leaders include
Captain Brian Culpepper, public relations, and
Captain Butch Urban, chief of staff. ● Black activist
James Stern took over leadership of the NSM in
February 2019. ●

## Base of Operations

Detroit, Michigan ●

## Website

www.nsm88.org

## Social Media

YouTube (Suspended)



**Commander Jeff
Schoep**
Founder and National
Director ●



**Captain Brian
Culpepper**
Public Relations ●



**Captain Butch Urban**
Chief of Staff ●

# Membership Size and Relevance

https://www.counterextremism.com/content/guide-white-supremacy-groups[9/3/2019 12:38:02 PM]

NSM reportedly had 40 dues-paying members nationwide as of 2018, according to former outreach coordinator Matthew Heimbach. ⊘ NSM's total nationwide membership is unknown. As of 2018, the group has 61 local chapters in 35 states and is the largest neo-Nazi group in America. ⊘ The group also claims to have chapters in the United Kingdom, Italy, Estonia, and Sweden. ⊘ On YouTube, the group had 1,020 subscribers and 149 videos as of January 2, 2018, but has since been suspended. ⊘

In 2016, NSM leader Jeff Schoep created a national far-right alliance called the Aryan Nationalist Alliance (ANA), which included neo-Nazis, racist skinheads, and Klansmen. Schoep saw the alliance as an opportunity for NSM to gain more acceptance among the far right. ⊘ The Traditionalist Worker Party joined the coalition that November and ANA rebranded as the Nationalist Front. The League of the South joined the Nationalist Front in April 2017. The Nationalist Front has since held several rallies across the United States, attracting a few dozen supporters at each event. The Nationalist Front calls for the creation of separate, independent ethnostates in North America for each racial group. ⊘ TWP collapsed in March 2018 and League of the South pulled out of the Nationalist Front shortly after, leaving the coalition's future in doubt. ⊘

# Recruitment and Propaganda

The NSM's main goal is to "secure the existence of our people and a future for White children." ⊘ NSM's *25 Points of American National Socialism* manifesto also contains anti-Semitic rhetoric and insists that "no Jew or homosexual may be a member of the nation (greater America)." ⊘

The NSM's manifesto, *25 Points of American National Socialism,* details the hate group's goal of creating a "union of all Whites into a greater America on the basis of the right of national self-determination." ⊘ The manifesto calls for an end to all immigration to the United States and a series of economic changes, including the dissolution and nationalization of corporations. The manifesto also calls for the abolishment of the U.S. healthcare system and replacing it with universal healthcare. At the same time, the manifesto is peppered with racist and anti-Semitic language blaming immigrants, non-whites, and Jews for societal and political problems in the United States. ⊘

30

The NSM requires its members to be at least 18 years old, but it also maintains a youth wing called the Viking Youth Corps for children between the ages of 14 and 17. ⊕ The program is open to children of NSM members who are of pure European descent. The NSM refuses membership to children with Jewish or mixed-race bloodlines. ⊕

The NSM uses the swastika as its symbol, believing that it represents the white race just as the Star of David represents Jews. ⊕ The NSM also publishes a print and online magazine of the same name. ⊕

In November 2016, the NSM abandoned the swastika as its symbol. It instead adopted a pre-Roman alphabet symbol that had also been used by the Nazis. According to Schoep, the move was "an attempt to become more integrated and more mainstream." ⊕ In September 2018, former Traditionalist Worker Party leader Matthew Heimbach joined the NSM as its community outreach director. ⊕

# Violent Activities

NSM officially disavows violent tactics. ⊕ Nonetheless, NSM members have been involved in violent activities.

- On October 23, 2017, NSM member Taylor Michael Wilson disabled the engine and internal lights of an Amtrak train traveling through Nebraska. Wilson was carrying a bag with a handgun, ammunition, a knife, a gas mask, a hammer, and NSM ID cards. Crew members subdued Wilson in the engine room. Investigators searching Wilson's Missouri home in December 2017 found Nazi propaganda and unregistered firearms. A search of Wilson's emails revealed he had purchased a ticket to Syria in order to join ISIS the previous year. Wilson told a cellmate that he had taken acid prior to boarding the Amtrak train and wanted to "save the train from black people." ⊕ Wilson pled guilty in July 2018 and was sentenced to 14 years in prison that October. He claimed that he was high on acid and did not intend to hurt anybody. ⊕

- On April 16, 2011, members of the National Socialist Movement fought with counter-demonstrators after the latter threw rocks at a church where the group was holding a meeting. ⊕ No NSM members were arrested by the police.

31

Guide to White Supremacy Groups | Counter Extremism Project

# Rhetoric

NSM Frequently Asked Questions: "The first step is to awaken White people the world over to their own racial identity and to give them a profound appreciation of who they are. This is a huge undertaking! But it must be done and the NSM is doing everything in its power to do it! Conducting street demonstrations, marches and public rallies are all great ways to awaken and enable our racial family." ◉

NSM Frequently Asked Questions: "In the U.S. we've suffered under a false economy since the establishment of the unconstitutional Federal Reserve. Under this Jew infected system, the Jews and bankers charge the U.S. for its own money through interest! Under the NSM we will abolish the Federal Reserve and have our money based on the quality of the goods produced by the nation." ◉

NSM Frequently Asked Questions: "The unnatural power of the Jews desperately needs to be broken. Through dedication and lots of hard work, the National Socialist Movement will bring us to victory! Due to the uncompromising nature and reason based principles of National Socialism, it is ONLY National Socialism that will succeed! When it is a fight for the very existence of our People and a future for White children, there is no other alternative! Victory or death!!!" ◉

Jeff Schoep: "When … you take a German Shepherd and mix him with a Golden Retriever you have a worthless animal that nobody wants and that isn't worth anything if you're trying to breed him or sell him. … [T]hese degenerates that allow their children to race mix and this sort of thing, they're destroying the bloodlines of both races." ◉

JT Ready, June 15, 2000: "I do not see the niggers, homosexuals, mexicans, jews, or even child molesters ashamed or afraid to speak their minds and rally, march, post, and be activists for their sick cause. And too many brave men and women died to give me the chance to fight now. I will honor their blood and fight

32

for soil." 🔵

## Traditionalist Worker Party/Traditionalist Youth Network

The Traditionalist Worker Party (TWP) emerged in 2015 as the political arm of the Traditionalist Youth Network (TYN), which Matthew Parrott and Matthew Heimbach created in 2013. The TWP claimed to be America's "first political party created by and for working families." 🔵 Although the TWP claimed that it opposed racism, it endorsed former KKK leader David Duke for U.S. Senate, praising his "service of our identity" and his work "against the actual racial supremacists: the Zionists." 🔵 The group is guided by the Fourteen Words mantra: "We must secure the existence of our people and a future for White children." 🔵 Deceased white supremacist David Lane created the motto, which has been adopted by the TWP and various other white nationalist groups. 🔵 The Fourteen Words are the basis for the TWP's dedication to creating a "sustainable Homeland for our culture, identity, families, and blood." 🔵

The Southern Poverty Law Center has dubbed Heimbach a "rising star in the white supremacist world." 🔵 According to the Anti-Defamation League, Heimbach cites Duke as a major influence. 🔵 Parrott owns a compound in southern Indiana where he and his son-in-law, Heimbach, lived with other followers. The TWP planned to put forward candidates in Indiana's state and local elections in 2018. 🔵 Heimbach promoted and attended the August 2017 Unite the Right rally in Charlottesville, Virginia. 🔵

The TWP focused its rhetoric on what it termed the pillars of faith, family, and folk. The party called for a rejection of atheism and secularism while claiming its members come from the "traditional faiths of the European people." It promoted what it called traditional family values, and fought for the interests of white

33

Americans, who it says have been "abandoned by the System and actively attacked by globalists and traitorous politicians." The group claims it actively fights for a white homeland in order to secure the future existence of the white people. 

The group's leadership fell into disarray in March 2018 after Heimbach was arrested for physical assault against his wife and Parrott, his step-father-in-law. Heimbach is married to Parrott's stepdaughter. On March 13, 2018, Heimbach was arrested after a physical altercation with Parrott following Heimbach's affair with Parrott's wife. Matthew Parrott resigned from TWP following the incident. ● Parrott told the Daily Beast that because of the public altercation, "people have lost faith in the party on every level." ● The TWP's website shut down shortly after Parrott's resignation, though its YouTube presence remains active. In September 2018, Heimbach briefly joined the National Socialist Movement as its community outreach director. ● It remains to be seen whether other leaders will arise to continue the TWP.

## Leadership



**Matthew Heimbach** was chairman and co-founder of the TWP. ●



**Matthew Parrott** was the chief information officer and co-founder. ● Parrott resigned from the TWP in March 2018. ●

## Base of Operations

Paoli, Indiana ●

## Website

https://www.tradworker.org/

(defunct)

## Social Media

Twitter (TYN) (suspended), Twitter (TWP) (suspended), Twitter (Matthew Parrott), YouTube (TWP), YouTube (TYN)

# Membership Size and Relevance

The TWP had chapters in Kentucky and Ohio. ⦿ On YouTube, the group has gathered more than 6,800 subscribers and more than 407,000 channel views as of January 2, 2018. ⦿ By March 19, 2019, that number had decreased to 5,961. ⦿ The TYN YouTube channel has more than 55,000 views and 756 subscribers as of January 2, 2018. ⦿ As of March 19, 2019, the YouTube channel's subscribers had decreased to 729. ⦿ As of August 2017, the TYN had more than 6,700 Twitter followers. ⦿ By January 2018, the TYN and TWP Twitter accounts had been suspended.

# Recruitment and Propaganda

TWP promotes pro-white and pro-National Socialist propaganda. ⦿ The TWP and TYN rely on the distribution of printed propaganda materials as well as social media and the group's website. The party's website offers a propaganda section with multiple pro-Nazi and white nationalist fliers, stickers, and other materials. ⦿ Followers are encouraged to move to the group's compound in Indiana. ⦿

# Violent Activities

TWP has not been found to instigate violence. Some of its followers have, however, physically clashed with protesters.

- A June 2016 TWP rally in Sacramento, California, turned into a brawl between TWP supporters and the Sacramento chapter of the Anti-Fascist Network, leaving 10 people injured. ⦿

- In March 2016, Heimbach physically assaulted a black protester at a Donald Trump campaign rally in Louisville, Kentucky. He was fined and ordered to attend an anger management program. ⦿

# Rhetoric

TWP: "The organized Jewish community's record of deceit, duplicity, and double-standards in lobbying against American interests within the American political system is unmatched." ●

---

Matthew Heimbach, 2017: "We are the only ideology that can defeat the international Jew and the international capitalist." ●

---

Matthew Heimbach, 2016: "White Americans are getting fed up and they're learning that they must either push back or be pushed down." ●

---

Matthew Parrott, 2016: "When critical thinkers are shown what to look for, they become anti-Semites in due time despite themselves, as Jewish subversion of the West is too pervasive and consistently hostile and destructive to remain objective about for long." ●

---

Matthew Parrott, 2016: "Homosexuality is universally taboo because it's dangerous, dysfunctional, and degenerate. It's not a healthy part of a balanced civilization. Homosexuality's like shingles, always lingering in the background but only flaring up into a real problem when a civilization's somehow weakened or decrepit." ●



## Vanguard America/Patriot Front

Vanguard America (VA) is a white nationalist, neo-Nazi group that opposes the

idea of a multicultural America and has propagated an extremist, incendiary platform targeting African Americans, immigrants, Jews, and other minorities. Founded in 2014, the group primarily operates online, though its website was suspended in August 2017 by its Internet service provider. However, the site has since reappeared with the same URL as the online home of the Patriot Front. As exemplified by its slogan of "blood and soil," VA ties national identity with racial identity. The group believes that the United States is meant exclusively for the white nation. ⬤

In December 2016, authorities discovered VA fliers posted on the University of Maryland campus. ⬤ During the 2016-2017 school year, the Anti-Defamation League discovered 32 incidents of VA propaganda on university campuses in Arkansas, California, Florida, Indiana, Maryland, New Jersey, Oregon, Texas, Virginia, and Washington. The group also organizes public rallies in conjunction with other white supremacist groups. ⬤

Thomas Ryan Rousseau, leader of VA's Texas chapter, brought a contingent of VA members to the August 2017 Unite the Right rally in Charlottesville, Virginia. ⬤ Alex Fields, who drove his car into a crowd of counter-protesters, killing one, was photographed wearing VA's uniform during the rally. However, VA later denied that Fields belonged to the movement and condemned the use of violence, reiterating its claim to be a political movement. ⬤ In late August 2017, Rousseau broke from VA to form the Patriot Front after disagreements with its leaders. Rousseau reportedly seized control of VA's servers and repurposed its website and social media accounts. The Patriot Front has since held rallies and displayed propaganda in California, Maryland, Illinois, Texas, Florida, and elsewhere across the country. ⬤



**Leadership**

Francisco Rivera

**Base of Operations**

New Mexico (VA), ⬤
Texas (Patriot Front) ⬤

**Website**

bloodandsoil.org (suspended under VA and repurposed for

**Dillon Hopper, a.k.a. Dillon Irizarry**
A Marine Corps veteran from New Mexico, is the leader of Vanguard America ●

Francisco Rivera claims to be the group's public relations liaison. ●

Patriot Front)

## Social Media

Twitter (Vanguard America, suspended), Twitter (PatriotFront)

Twitter (Patriot Front) (suspended), Twitter (Patriot Front Texas Chapter) (suspended), Twitter (Patriot Front Washington Chapter) (suspended), Twitter (Patriot Front), YouTube Channel (Patriot Front, formerly Vanguard)



**Thomas Ryan Rousseau**
Former leader of VA's Texas chapter and the founder of the Patriot Front. ●

# Membership Size and Relevance

As of August 2017, the VA had active chapters in Arizona, California, Florida, Indiana, Louisiana, Maryland, Massachusetts, New Jersey, Oregon, Pennsylvania, Texas, Virginia, and Washington. Irizarry has claimed the group is active in 20 states and has a membership of at least 200. VA formed a women's division in 2017. ● According to the Anti-Defamation League, VA primarily targets 18- to 24-year-olds. ●

The exact size of the Patriot Front is undetermined. As of March 19, 2019, the Patriot Front's YouTube channel had 1,367 subscribers, but no content. ● Created in September 2017, the Patriot Front's Twitter account had 1,005 followers as of January 2, 2018, but was suspended soon after. ● The Patriot Front created a new Twitter account in February 2018, which had 589 followers as of April 2, 2018. ● Repurposed from VA's Texas chapter, the Twitter account of the Patriot Front's Texas chapter had 765 followers as of April 2, 2018. ● Also repurposed from the VA's Washington chapter, the Twitter account of the Patriot Front's Washington chapter had 805 followers as of April 2, 2018. ● All of these Twitter accounts have since been suspended. The Patriot Front launched a new Twitter account in January 2019, which 424 followers as of March 19 that year. ●

38

# Recruitment and Propaganda

VA and the Patriot Front utilize the Internet to spread their propaganda through fliers, stickers, and social media channels. The group has distributed propaganda at universities, and synagogues, and publicly displayed white-nationalist and anti-Semitic banners and other propaganda. ◉ VA requires its members to be at least 80 percent European ancestry, while banning felons, addicts, "homosexuals, transsexual, adulterers, or any other form of sexual degeneracy." ◉

The Patriot Front has embraced imagery that is both patriotic American and traditional fascist. The Front has imbued its manifesto with patriotic language that paints the organization as the savior of an America that, "as we know it, is already dead or will not survive. This age of our people will instead be seen as an era of rebirth, and the beginning of a new chapter in history." The Front is dedicated to creating a "nation within a nation" that it claims will be a "hard reset" of the current America and "a return to the traditions and virtues of our forefathers." ◉ During its demonstrations, the Front has employed anti-immigrant, anti-Semitic, and racist language that calls for the deportation and/or the marginalization of non-whites. ◉

# Violent Activities

Neither the VA nor the Patriot Front have directly engaged in violent activity. Nonetheless, the VA insignia was displayed by a person who engaged in a violent attack.

- **August 12, 2017:** James Alex Fields displayed a VA shield during the Unite the Right rally in Charlottesville, Virginia. At the rally, Fields drove his car into a group of counter-protesters, killing one woman. VA later denied that Fields belonged to the organization. ◉

39

# Rhetoric

Patriot Front manifesto: "Our mission is a hard reset on the nation we see today, and a return to the traditions and virtues of our forefathers. The same spirit that urged our ancestors onward to create this nation will once again be brought to light, and a new America will be built within its current dilapidated, shameful iteration. Generation after generation lived in war and strife so that their descendants may know peace. It was their duty to give their lives in such a way. It is now our duty to make their sacrifices mean something." ●

Patriot Front manifesto: "When the American nation sees the thin veneer of civilization begin to wane as resources are diverted from them to the replacement population that has been imported to supersede and then be enslaved on their ashes, they will reasonably turn to the only force whose vision of the future includes them." ●

Patriot Front manifesto: "America is a bleeding carcass, bereft of the moral foundations which made it powerful. The America of modernity is little more than an economic zone in which the dollar is used. A unified culture no longer exists due to replacement migration. Ethical standards no longer exist due to the steady erosion of the history of the American nation. The State has situated itself on an ever growing pile of parasitic rules and regulations. Bloated to the point of breaking by bureaucracy, each action taken to solve any problem is done so as a means to delay the inevitable. Nothing about the current system is sustainable. The hard truth of the coming struggle is that America, as we know it, is already dead or will not survive. This age of our people will instead be seen as an era of rebirth, and the beginning of a new chapter in history." ●

Patriot Front Texas chapter Twitter account, December 22, 2017: "From February 23 – March 6, 1836 Texas Patriots fought and died against a Mexican invasion. Today Patriot Front stands up against an ongoing Mexican invasion." ●

Patriot Front Washington chapter Twitter account, December 22, 2017: "Stand up and defend your nation whiteman. Get off the sidelines." ⊘

Patriot Front Twitter account, December 18, 2017: "#PatriotFront activists in Maryland did a banner drop. Those that are, and have been, incompatible with the American way of life have forfeited any right to this soil. Our nationhood is not worth gambling on a multicultural experiment." ⊘

Patriot Front Twitter account, December 12, 2017: "The vermin at the SPLC and their "Hatewatch" have turned their beady-eyed gaze towards us. Their slanderous statements are a resounding endorsement to our "nationwide white-nationalist network". #PatriotFront#FakeNews" ⊘

Vanguard America Michigan chapter Twitter account, July 14, 2017: "Our ancestors built this country. Be proud and honor their struggle. Stand up White Man and defend your lands." ⊘

Francisco Rivera, June 2017: "I don't believe in having Muslims in the United States. Their culture is incompatible with ours." ⊘

# Additional White Nationalist Media Resources

Like other extremist movements, the white nationalist movement has an aversion to mainstream media, which it largely views as controlled by Jewish/Zionist interests, beholden to the far-left, and/or anti-white. For example, in February 2017, League of the South leader Michael Hill accused the *New York Times* of being "anti-white and anti-Christian." ⊘ As such, white nationalists have created their own media platforms in order to propagate their views. CEP has compiled the following list of some of the most popular white nationalist propaganda outlets:

- Barnes Review: An online magazine that promotes revisionist history, eugenics, and anti-Semitism. Blog posts include topics such as "Why the Holocaust Story Was Invented," ⊘ "DNA and Ancient White Egypt," ⊘ and "Black History Myths." ⊘ The website also includes an online bookstore that sells racist material such as *IQ and Race* by Richard Hume,

41

which argues that race determines intelligence. ⊙

- **Occidental Quarterly:** A print and online magazine that "unapologetically defends the cultural, ethnic, and racial interests of Western European peoples and examines contemporary political, social, and demographic trends that impact the posterity of Western Civilization." ⊙ Articles include "Whiteness Studies: Jews, Communists, and Genocidal Hate," ⊙ "The Holocaust Industry in the UK," ⊙ and special sections on "white pathology." ⊙

- **Occidental Observer:** An online newspaper spun off from the Occidental Quarterly. The Occidental Observer focuses on "themes of white identity, white interests, and the culture of the west." ⊙

- **The Reality Calls Show:** A podcast run by Tara McCarthy, who believes that "the solution to reversing the destruction that globalism has wrought on our civilization is ethno-nationalism — a natural and traditional way of living that has been heavily demonized by the mainstream media." ⊙ McCarthy's book, *Irreplaceable – How We Can (And Why We Must) Save the West*, expounds on her white supremacist views and provides tips to living an alt-right lifestyle. ⊙

- **The Right Stuff:** A website founded by Mike Peinovich, a.k.a. Mike Enoch, which hosts podcasts, a blog, and a forum. Notable podcasts on the site include "The Daily Shoah," "Fash the Nation," and "This Week in White Genocide." The forum, blog, and podcasts touch on a variety of white supremacist, fascist, and neo-Nazi topics such as anti-miscegenation, homophobia, and anti-Semitism, while also promoting groups such as Identity Evropa.

- **Rense Radio Network:** An online radio network founded by Jeff Rense, whom the Anti-Defamation League and Southern Poverty Law Center have labeled anti-Semitic. ⊙ The network features well-known white supremacists such as David Duke and Don Black of Stormfront.

- **RedIce.tv:** An online media forum run by Henrik Palmgren, Lana Lokteff, Fredrik Tormann, and Patrick Casey. The site features video and audio programs geared toward an audience "seeking an alternative to the mainstream, covering politics and social issues from a pro-European perspective." ⊙ Palmgren created RedIce in 2003. According to the site, he is "most concerned with European heritage and culture and counter acting the globalists seeking to destroy it." ⊙

## NEW YORK     LONDON

**Donate     Contact     Privacy and Terms of Use     Copyright Policy**

  



© 2019 Counter Extremism Project

**Cookie Settings**

43