# EXHIBIT 3



# Get to know some of the Unite the Right rally participants and sympathizers

As a society, racism and the belief in white supremacy is deep in our DNA. It can be said that Christopher Columbus was the father of white supremacy in the Americas. The Civil War hardly extinguished this feature of the American psyche. Most of the monuments to the confederacy were erected in the early 1900s and following passage of the 1964 Civil Rights Act. As in the Civil War, the alt-right are our brothers and sisters, fellow Americans. THEY watch the same movies, participate in the same sporting events, go to the same restaurants as WE. They're part of us.

And President Trump has given legitimacy to their platform. If the main-stream press is fake news, then the reports here must be what the President believes. We can only be a better country if we understand something about this illness that afflicts our body politic. Here is a glimpse of some of the supporters of the Unite The Right Rally in Charlottsville,

*Va. on Saturday, August 12th; and an organization at the forefront of monitoring some 1,600 hate and extremist groups operating in this country.*

## Battle of Charlottesville: A Firsthand Account

by Lee Rogers (Daily Stormer),  August 13, 2017 [*ABRIDGED*]



I wanted to give everyone my first hand account of what I saw while everything is still fresh. The one thing I will say is that everything I'm seeing reported in the Jewish media about what happened yesterday is a lie. There's nobody giving an accurate account. All I've seen is an endless parade of non-Whites and Jews spewing nonsense. I've yet to see a single person on any of the big cable news channels interview a single person from our side.

Here's what really happened. At around 9 AM many of us began assembling at McIntire Park which is a short distance away from Lee Park. As we walked to [*Lee Park*] we were confronted by all sorts of degenerates. At first it was mostly just boomer cuckolds, middle aged cat ladies and some random faggots. The crazier anti-fascist types were closer to the park itself.

As more of our people began to filter in, the anti-fascists began to throw stuff at us. They threw urine, actual shit, water bottles and anything else they could find. They even used pepper spray and mace.

What's important to note is that our group was merely trying to peacefully assemble at a place where we had a permit to lawfully do so. All the violence originated from the anti-fascist side. We were merely defending ourselves from getting attacked as we tried to enter the park!

#UniteTheRight will go down as a truly historic event. The record will show that the government illegally shut down our gathering because they feared our political ideas.

They were stupid to do this as this is only going to bring more people to our side. This was a major victory for us.

I salute each and every one of you who attended the rally. #UniteTheRight has proven that we are a formidable political force not to be taken lightly.

https://web.archive.org/web/20170814123854/https://www.dailystormer.com/unitetheright-historic-event-for-the-ages/


An Aryan Society – Building a New White World

# HoCoMDcc

Correspondence and Collaboration for a better Howard County, Md.





## Unite The Right After Action Report

by Major Brian Culpepper (National Socialist Movement), August 2017 [*EXCERPTS*]



On Saturday, Aug. 12th, members of the National Socialist Movement [*NSM*] took to the streets once again to stand in defense of our honored Confederate Veterans and oppose the planned removal of the statue of Robert E. Lee in Charlottesville Virginia. This was a joint operation by the Nationalist Front [*NF*] groups, including not only the NSM but our allies in the League Of The South, American Vanguard, Traditionalist Workers Party, East Coast Knights, C-28 and other allies.

On Saturday morning, the NSM and our NF allies met at a pre designated rally point and after a last minute recon of the event area we loaded up and moved into position in preparation of our legally permitted and lawful march route to the Lee monument.

As the formation moved out into the streets we were met by a sight that is all too familiar to the street wise NSM and NF groups: an unruly mob of filthy left wing degenerates that exhibit the worst traits of human character imaginable. It was an unholy alliance of homosexuals and Blacks and self hating Whites were in the mix as well as hard core Communists. Make no mistake, the degenerates hiding under the banner of "diversity" and "tolerance" believe in those principles only as long as you agree with their twisted value systems.

As the orderly and disciplined NF formation approached the permitted rally area, a number of fist fights and other physical confrontations broke out as leftist began a feeble effort to try to stop the forward progress of the determined NF column to reach our permitted rally point. The City of Charlottesville showed very poor planning in allowing leftist into our permitted area as this was directly responsible for the large number of injuries that were inflicted on the pathetic Reds who are no match for the hardened Nationalists.

Our admiration and thanks go out to the professionalism exhibited by the highly trained men at the League Of The South who took point in the shield wall that pushed through the line of Red opposition as well as the very tough groups of skins that were right there with them fighting their way through. The skin crews that were there were a very hard lot and certainly no one in the opposition would want to tackle in a fair

fight and we thank them for their support. A few did get pepper spray or tear gas injuries but other than that they came away unscathed and once again proved their mettle and value in these sort of street confrontations.

Overall the event was a huge success for the NF allies. It gave us an opportunity to assess our training programs in real life scenarios and will help critique cross organizational efforts moving forward. The unprecedented levels of video documentation and social media presence has proven to all of America exactly what the NSM has been warning about: That the forces aligned against us are straight up Communists and their ultimate goal is the destruction of not only America but the White Race globally. The mechanism they employ is the systematic replacement of culture and this corrosive effect weakens the nation internally and creates opportunities that the Communist seek to exploit. The left are the modern day Facists in that they seek to repress and destroy every opinion that is not in agreement with theirs.

Far from discouraging us, this event has only hardened our resolve to defend our Veterans and our Race and our culture. We will not be replaced!! This is not the end, it is only the beginning. While the MSM [*main stream media*] continues to distort the facts, social media and alternative news are getting the truth out and public opinion is overwhelmingly on our side. We are receiving unprecedented levels of calls for membership and pledges for support as Americans are simply fed up with this continuing assault on our freedoms being waged by the 2 Party system.

Our thanks to all that supported our efforts and we must all harden our resolve for it is a certainty that there will be more violence before this situation is resolved. But it is a fight we must fight as the sacrifices of our Veterans must not be forgotten and this is a battle not only for the existence of our nation but of the very survival of our people. Please join us in our efforts. Hail Victory!

> http://www.nsm88.org/reports/UniteTheRight_Aug_2017_afteractionreport.htm

## Rally Poster, and Featured Image at top of this post

from the website of Anti Communist Action



 Anticom's mission is to defend our communities from radical political violence by physically resisting leftist terrorists and rioters. In addition to defense, Anticom seeks to improve our communities through service and charity. Anticom members are held to high standards of physical and mental readiness. Due to the physical demands of resisting communism, we require that members pass the USMC's physical fitness test once per year.

Patriots of all races, creeds, and classes must unite to resist the menace of radical far-left violence. We have not forgotten the uncounted millions of lives sacrificed to

Communist utopian insanity and we will not stand by and watch as our peaceful events are invaded, our compatriots are harassed and assaulted, and our culture is contaminated with the destructive, divisive ideology of cultural marxism.

http://sidengo.com/anticom#upcoming-events

### East Cost Knights of the True Invisible Empire, Cecil County, Maryland



Do not let those of the past cloud your judgment on what we are today and what we are trying to accomplish! We do wish to preserve the White Christian ways. (The same way other races wish to preserve their race and beliefs!) The East Coast Knights wish to take back only the right of free speech, and right to say that we are White and Proud! We see people of all races walking with their heads held high, proud to be of whatever race or religion never to be persecuted or questioned as to their motives.

Except for the Whites!

How long will the White Race have to continue persecution? We will not let this continue! We know that there are those out there who strongly agree, but do not wish to stand up for your rights. The rights of your children, grand children and the future for those to come.

Think about your loved ones.

Those once considered minority races are flourishing recieving welfare handouts, Meanwhile, all the hard working people can't get a break. our own government is taking jobs away sending them over seas, putting hard working Americans out of jobs.

Taking food off the table, prices of gas are going up, bills are to much to think about. We can go on and on, but its up to you America!

join the East Coast Knights and make a stand!

Once a member, you are family. We live by the Klans motto Non Silba, Sed Anthar. Which means not for self, but for others. As long as there are still true Americans with the fear of God in their hearts and the love of law and order in their minds, there will always be a Ku Klux Klan fighting for truth and justice.

http://www.eastcoastknightsofthetrueinvisibleempire.com/

## Southern Poverty Law Center



The SPLC is the premier U.S. non-profit organization monitoring the activities of domestic hate groups and other extremists [*on the left and the right*] – including the Ku Klux Klan, the neo-Nazi movement, neo-Confederates, racist skinheads, black separatists, antigovernment militias, Christian Identity adherents and others.

We are currently tracking more than 1,600 extremist groups [*including 917 hate groups*] operating across the country. We publish investigative reports, train law enforcement officers and share key intelligence, and offer expert analysis to the media and public.

Case 3:17-cv-00072-NKM-JCH   Document 547-3   Filed 09/03/19   Page 11 of 13   Pageid#: 6135



Eighteen hate groups operating in Maryland, from Hate Map of the United States (Southern Poverty Law Center)

Our work fighting hate and extremism began in the early 1980s, amid a resurgence of Klan violence that began several years after the end of the civil rights movement. Each year since 1990, we have released an annual census of U.S. hate groups. In the mid-1990s, we also began documenting the number of radical, antigovernment militias and other organizations that comprise the far-right "Patriot" movement.

Over the years, we've crippled or destroyed some of the country's most notorious hate groups – including the United Klans of America, the Aryan Nations and the White Aryan Resistance – by suing them for murders and other violent acts committed by their members or by exposing their activities.

https://www.splcenter.org/

**SHARE THIS:**



Like

Be the first to like this.

**RELATED:**





**The LGBTQ+ community is under attack; Howard County has PFLAG**
In "Columbia"

**Lt. William H. Schwarz served in Korean War battalion of black enlisted men and white officers**
In "Baltimore"

**We remember Bob Duggan -- acupuncturist, teacher, visionary**
In "Education"

PUBLISHED BY



### Harry Schwarz

Nicknamed "The Professor" by his colleagues, Harry is a native Marylander who moved to Columbia in 2001. Harry's wife, Cathy, is a Columbia acupuncturist and the family includes two college-age children, a dog and a cat. Harry is a partner with BearsolutionsLLC, assisting charter school authorizers to provide effective financial oversight. He is underemployed at this time and welcomes conversation about how he might help you. View all posts by Harry Schwarz →

August 18, 2017    Harry Schwarz    Diversity and Race, History, Maryland

## One thought on "Get to know some of the Unite the Right rally participants and sympathizers"

 rasoirj21

August 18, 2017 at 7:46 PM

Thanks, useful information. Nothing like seeing white supremacist content to understand how truly vile these groups are.

★ Like

Powered by WordPress.com.