# EXHIBIT 20



# Setting the Record Straight

**- Press Release -**

March 6, 2019

This press release is to officially inform the NSM membership, supporters and both national and international media outlets that Mr. James Hart Stern is NOT affiliated with the National Socialist Movement in any capacity, nor does he represent the NSM or its interests. After serving the Party for over two decades, the time has come for me to retire and appoint a successor. I have officially appointed former Chief of Staff, Burt Colucci, as Commander of the National Socialist Movement.

Mr. James Stern of Moreno Valley, California, used what he called "deception" and "manipulation" to gain presidency of the NSM. Some of the media outlets have painted this individual as a civil rights crusader who took over the National Socialist Movement in an attempt to destroy the organization. The erroneous and reckless statements made by James Stern have purposefully and irreparable damaged both my personal reputation and that of the National Socialist Movement.

Stern took this deception so far as to file a Motion for Summary Judgement against the National Socialist Movement in the Charlottesville lawsuit. The NSM is not guilty of anything other than attending a legally sanctioned event in support of 1st Amendment rights. Not a single person, myself included, from NSM was charged criminally for any violence at the rally. I maintain that I was attacked by Antifa in Charlottesville and that I acted only in self-defense. The self-control and discipline of NSM members in the violent streets of

Charlottesville, in the face of vicious and unprovoked violence against us, is truly commendable.

By his own admittance to various media outlets James Stern used "deception" and "manipulation" in an attempt to gain control over the organization. We believe his actions to be fraudulent, coercive, and potentially criminal. Mr. Stern's fifteen minutes of fame is now over. James Stern has ABSOLUTELY no legal control or legal standing with the National Socialist Movement.

The facts can be found here on the State of Michigan's website:

https://cofs.lara.state.mi. us/CorpWeb/CorpSearch/ CorpSummary.aspx?ID=800918876& SEARCH_TYPE=1

Effective immediately this shall serve as an order to cease and desist any claims of James Stern being a representative, member, director, or president of the National Socialist Movement. James Hart Stern is to cease and desist any public discussion regarding the National Socialist Movement and/or its legal proceedings. Mr. Stern DOES NOT speak on behalf of or represent the NSM in any capacity. He is not and has never been a member of the party.

Respectfully,
Jeff Schoep

Home



NSM88.ORG   National Socialist Movement, P.O. Box 13768 Detroit, MI. 48213 (651) 659-6307