CLERKS OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
09/05/2019
JULIA C. DUDLEY, CLERK
BY: /s/ J. JONES
     DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| ELIZABETH SINES, SETH WISPELWEY, MARISSA BLAIR, APRIL MUNIZ, HANNAH PEARCE, MARCUS MARTIN, NATALIE ROMERO, CHELSEA ALVARADO, and JOHN DOE,<br><br>Plaintiffs,<br><br>v.<br><br>JASON KESSLER, RICHARD SPENCER, CHRISTOPHER CANTWELL, JAMES ALEX FIELDS, JR., VANGUARD AMERICA, ANDREW ANGLIN, MOONBASE HOLDINGS, LLC, ROBERT "AZZMADOR" RAY, NATHAN DAMIGO, ELLIOT KLINE a/k/a/ ELI MOSLEY, IDENTITY EVROPA, MATTHEW HEIMBACH, MATTHEW PARROTT a/k/a DAVID MATTHEW PARROTT, TRADITIONALIST WORKER PARTY, MICHAEL HILL, MICHAEL TUBBS, LEAGUE OF THE SOUTH, JEFF SCHOEP, NATIONAL SOCIALIST MOVEMENT, NATIONALIST FRONT, AUGUSTUS SOL INVICTUS, FRATERNAL ORDER OF THE ALT-KNIGHTS, MICHAEL "ENOCH" PEINOVICH, LOYAL WHITE KNIGHTS OF THE KU KLUX KLAN, and EAST COAST KNIGHTS OF THE KU KLUX KLAN a/k/a EAST COAST KNIGHTS OF THE TRUE INVISIBLE EMPIRE,<br><br>Defendants. | **Civil Action No. 3:17-cv-00072-NKM**<br><br>**JURY TRIAL DEMANDED** |

**ORDER SEALING CERTAIN EXHIBITS TO PLAINTIFFS' MOTION TO COMPEL DEFENDANT NATIONAL SOCIALIST MOVEMENT TO DISCLOSE CUSTODIANS OF DISCOVERABLE DOCUMENTS AND INFORMATION**

WHEREAS, on September 3, 2019, Plaintiffs filed a Motion to Compel Defendant National Socialist Movement to Disclose Custodians of Discoverable Documents and Information (the "Motion to Compel") (ECF No. 547) and did not publicly file Exhibits 4 and 5 in accordance with Defendants' position that such Exhibits contain Confidential or Highly Confidential information pursuant to the Order for the Production of Documents and Exchange of Confidential Information on January 3, 2018 (ECF No. 167).

WHEREAS, the Plaintiffs have provided unredacted copies of those exhibits to the Court and moved, pursuant to Local Rule 9, for those exhibits to be sealed.

IT IS HEREBY ORDERED, that Exhibits 4 and 5 to Plaintiffs' Motion to Compel (ECF No. 547) are hereby sealed pursuant to Local Rule 9.

Dated:  September 5, 2019

**SO ORDERED**

_____
Hon. Joel C. Hoppe, M.J.