UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

ELIZABETH SINES, SETH WISPELWEY, MARISSA BLAIR, APRIL MUNIZ, HANNAH PEARCE, MARCUS MARTIN, NATALIE ROMERO, CHELSEA ALVARADO, and JOHN DOE,

                Plaintiffs,

v.

JASON KESSLER, et al.,

                Defendants.

Civil Action No. 3:17-cv-00072-NKM

**[PROPOSED] ORDER SEALING EXHIBIT TO PLAINTIFFS' MOTION SEEKING LEAVE TO DEPOSE THOMAS RYAN ROUSSEAU AS AN AUTHORIZED REPRESENTATIVE OF VANGUARD AMERICA**

**WHEREAS**, on September 5, 2019, Plaintiffs filed a Motion Seeking Leave to Depose Thomas Ryan Rousseau as an Authorized Representative of Vanguard America, (ECF No. 551), and did not publicly file Exhibit 1 in accordance with Plainttiffs' position that Exhibit 1 contains Confidential or Highly Confidential information pursuant to the Order for the Production of Documents and Exchange of Confidential Information on January 3, 2018 (ECF No. 167);

**WHEREAS**, Plaintiffs have provided unredacted copies of the Exhibit to the Court and moved, pursuant to Local Rule 9, for the Exhibit to be sealed.

**IT IS HEREBY ORDERED**, that Exhibit 1 to Plaintiffs' Motion is hereby sealed pursuant to Local Rule 9.

Dated:

**SO ORDERED**

                                                                                                           _____

                                                                                                           Hon. Joel C. Hoppe, M.J.

Case 3:17-cv-00072-NKM-JCH   Document 552-1   Filed 09/05/19   Page 2 of 2   Pageid#: 6243