CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

09/06/2019

JULIA C. DUDLEY, CLERK
BY: H. Wheeler
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | | |
|---|---|---|
| ELIZABETH SINES et al., | ) | |
| Plaintiffs, | ) | Civil Action No. 3:17-cv-00072 |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JASON KESSLER et al., | ) | By:  Joel C. Hoppe |
| Defendants. | ) | United States Magistrate Judge |

This matter is before the Court on Plaintiffs' Motion for leave to depose non-party

Thomas Ryan Rousseau as an authorized representative of Defendant Vanguard America. ECF

No. 551. For the reasons stated in Plaintiffs' motion, the motion is **GRANTED**. Thomas Ryan

Rosseau is hereby **ORDERED** to appear and participate in good faith at a deposition by

Plaintiffs' counsel devoted exclusively to his and Vanguard America's conduct in pretrial

discovery, including their efforts to preserve any documents, information, or materials that are

potentially relevant to this litigation. Plaintiffs are given leave to depose Mr. Rosseau in

subsequent depositions on the merits of Plaintiffs' allegations. *See* Fed. R. Civ. P.

30(a)(2)(A)(ii).

It is so ORDERED.

The Clerk shall send a copy of this Order to the parties.

ENTER: September 6, 2019

Joel C. Hoppe

Joel C. Hoppe
U.S. Magistrate Judge