CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
09/06/2019
JULIA C. DUDLEY, CLERK
BY: H. Wheeler
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### Charlottesville Division

ELIZABETH SINES, SETH WISPELWEY, MARISSA BLAIR, APRIL MUNIZ, HANNAH PEARCE, MARCUS MARTIN, NATALIE ROMERO, CHELSEA ALVARADO, and JOHN DOE,

        Plaintiffs,

v.

JASON KESSLER, et al.,

        Defendants.

**Civil Action No. 3:17-cv-00072-NKM**

## ORDER SEALING EXHIBIT TO PLAINTIFFS' MOTION SEEKING LEAVE TO DEPOSE THOMAS RYAN ROUSSEAU AS AN AUTHORIZED REPRESENTATIVE OF VANGUARD AMERICA

**WHEREAS**, on September 5, 2019, Plaintiffs filed a Motion Seeking Leave to Depose Thomas Ryan Rousseau as an Authorized Representative of Vanguard America, (ECF No. 551), and did not publicly file Exhibit 1 in accordance with Plaintiffs' position that Exhibit 1 contains Confidential or Highly Confidential information pursuant to the Order for the Production of Documents and Exchange of Confidential Information on January 3, 2018 (ECF No. 167);

**WHEREAS**, Plaintiffs have provided unredacted copies of the Exhibit to the Court and moved, pursuant to Local Rule 9, for the Exhibit to be sealed.

**IT IS HEREBY ORDERED**, that the motion to seal (ECF No. 552) is **GRANTED**, and Exhibit 1 to Plaintiffs' Motion is hereby sealed pursuant to Local Rule 9.

Dated: September 6, 2019

**SO ORDERED**

_____
Hon. Joel C. Hoppe, M.J.