CLERKS OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
09/17/2019
JULIA C. DUDLEY, CLERK
BY: /s/ J. JONES
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| ELIZABETH SINES et al., ) | |
| Plaintiffs, ) | Civil Action No. 3:17-cv-00072 |
| ) | |
| v. ) | ORDER |
| ) | |
| JASON KESSLER et al., ) | By: Joel C. Hoppe |
| Defendants. ) | United States Magistrate Judge |

This matter is before the Court on Plaintiffs' motion for leave to file a second amended complaint adding Thomas Baker as a named plaintiff to the action. ECF No. 524. No Defendant filed a brief opposing the motion, which the Court considers to be unopposed. ECF No. 101. The motion is **GRANTED** for the reasons stated in Plaintiffs' supporting papers, ECF Nos. 524, 524-3. *See* Fed. R. Civ. P. 15(a)(2). The Clerk of Court is **DIRECTED** to file Plaintiffs' proposed Second Amended Complaint, ECF No. 524-1, as the operative complaint in this action.

It is so ORDERED.

The Clerk shall send a copy of this Order to the parties.

ENTER: September 17, 2019

*/s/ Joel C. Hoppe*

Joel C. Hoppe
U.S. Magistrate Judge