I, Christopher Cantwell, begin by begging the pardon of the court for what is sure to be an inadequate understanding of the proper way to go about this. I am informed of two motions which act substantially against my interests in this proceeding, and I seem to be on my own in responding.

As I understand it, I have been accused of making unlawful threats against Roberta Kaplan. I suspect a review of the material in question will find the court in agreement that I have done no such thing.

I had only found out about the previous such motion when the decision was emailed to me by my attorney. I thusly had no opportunity to respond to the initial complaint.

Had that opportunity presented itself, I would have pointed out that, while Plaintiffs work diligently to present a contrary picture, not every word out of my mouth is a criminal act. "Having fun" with someone after a proceeding is hardly a "threat" and I had only meant to say that during these proceedings I would have been well advised not to say everything I wished to say about Roberta Kaplan's interview with the Jewish Telegraphic Agency. That interview was telling, in that Ms. Kaplan plainly confessed the ideological motivations for this abuse of our courts, and made many demonstrably false claims which, much like those in the initial complaint, are lacking in merit, to say the least of it. Indeed, this desperate attempt to further harass me with these motions comes on the heels of extensive discovery failing to produce evidence of their conspiracy theory, because of course, no such conspiracy ever existed.

My understanding of the decision on that motion was that I was prohibited from making "unlawful threats" which I took to be something of a truism. Of course I am prohibited from doing anything unlawful, court order or none. Surely had I made an unlawful threat, I'd be facing criminal prosecution, as plaintiffs are in no way shy about making criminal complaints, merit or none.

For context, my view has been, and remains, that this lawsuit, like the bogus criminal charges filed against me in Albemarle County, is motivated by a desire to silence, not only me and my associates, but anyone who might dare to agree with us even on peripheral issues. This is evidenced by the President of the United States, and the 2nd most popular show in cable news (Tucker Carlson) being branded as "White Nationalists" on account of sharing a small number of our views on the pressing issues of our time.

Also like the criminal proceedings in Albemarle County, I believe the process is being abused in order to drain me of the resources and will to fight back, so that I might be outspent and outmaneuvered into defeat. This being opposed to the traditional sense of justice, where the facts would have to prove my having committed some wrong. This is precisely what happened in the criminal proceeding, where I faced 40 years in prison for demonstrably false claims, which the prosecutor knew full well to be false, and was, at the last minute, made an offer to plead guilty to two misdemeanors and be home the same day, or to wait another month confined against my will, awaiting the verdict of a deeply biased jury.

I had previously turned down numerous such plea offers, but after 11 months away from home, deeply in debt, cut off from the financial system, banned from social media, and humiliated by the press, I was left without the will or resources to continue, and accepted the offer.

Indeed we are faced with exactly this prospect today, as my attorneys have now filed another motion to withdraw as my counsel, citing the increased burden on their time presented by plaintiffs' most recent motion, and my inability to compensate them for their services.

Be this the state of justice in America, then I suppose my defeat is imminent, and the complaints I make about this state of affairs will be proven definitively. Were this proceeding to make it to trial, nobody would be able to prove that I planned on attacking anyone, nor did I encourage anyone else to attack anyone, nor did I "lead" any "charge," or initiate any violence whatsoever.

In fact, I conditioned my participation on our cooperation with law enforcement in advance. I wore a body camera to guard against precisely such calumnies. I cooperated with the FBI in the wake of the events. I spoke freely to the press even as they slandered me. I have given up an abundance of material in this profoundly intrusive discovery process. I loudly professed my innocence to all who would listen, and invited all the scrutiny I could so that the truth might be discovered.

In response, both the prosecutor in Albemarle County, and now the plaintiffs in this case, have sought to shut me up. They have been joined in this pursuit by banks, payment processors, social media companies, web hosts, domain registrars, and even others who profess to be my fellow White Nationalists.

Telling, indeed. If the facts alleged were true, were I the monster I am portrayed as by my foes, one would think it in their best interests for my wickedness to be on full display. Not so, apparently.

I am only a struggling artist, and a despised political minority. I have, in the course of my intellectual journey, and artistic expression, made countless regrettable statements which I never planned on having read back to me in a courtroom. Once upon a time, I expected obedience to the law would avoid such outcomes. Vilifying me is an easy thing to do, even when I have the opportunity to respond, and deprived of this capacity, I am but a sitting duck. So my cries for justice, however loud they may be to my own ears, are drowned out by more powerful forces.

My attorneys wish to withdraw from this case, and I don't blame them. I'd like to do the same. Since the financial industry has destroyed my business by depriving me, without explanation, of the ability to process payments, and even squashed a second business of mine which I launched hoping to overcome that unlawful discrimination, I am unable to compensate them.

I have contacted another attorney about this unlawful discrimination by the financial industry. As were it not for that discrimination, I would have ample finances. He says we have a solid case, and that if I can pay him $250,000 up front, he can prevail on my behalf. I checked the couch cushions, sold my firearms, and alas, still came up short.  On my rent.

I would take issue with their description of me having made no effort to pay, however. I'm not living it up behind the scenes, refusing to pay for their services while enjoying other luxuries. I have struggled to pay my rent, my electric, my car payment, and the insurance for that car. I have no health insurance. I have stopped paying my credit cards. I have cut every expense I could, while scrambling to find new avenues of earning. When money became available, rare though that may be, I paid them what I could. I recognize this is insufficient, and contrary to the 13th amendment claims in this case, I am no advocate of slavery, whatever the racial background of the slave. I certainly do not mean to be in violation of my agreements with such fine upstanding White men as Mr. Woodard and Mr. Kolenich. This is a source of deep shame for me, actually, more so than any of the absurdities alleged by the plaintiffs.

They have, in both this matter and in the criminal proceedings, gone above and beyond the call of duty, and I hope history records their dutiful service to the cause of justice.

Sadly, I find myself in a rather difficult predicament though. As this letter surely makes obvious, I am no lawyer myself. I have no idea how to go about defending myself against this calumny. My inability to pay them will not be altered should I seek new counsel.

Even were I to stumble across a suitcase full of cash to pay another lawyer, they would surely have a great deal of catching up to do, which would further diminish my defense. Elmer Woodard in particular is uniquely familiar with the material in this case, as a result of his excellent service in my criminal matter. He is, quite literally, irreplaceable. He knows every frame of video from the evening of August 11th. He knows who the witnesses are, and is intimately familiar with their social media activity, which provides a damning contradiction of their absurd claims of being innocent victims, and peaceful counter protesters. He knows, and can show this court, better than anyone, that the people who we faced off against that faithful weekend, were violent communist agitators who proudly identify themselves as Antifa. A movement which those familiar with recent news will recall, is being considered for designation as a terrorist organization. Indeed, one of the men I fought has since been charged with robbery and ethnic intimidation in Philadelphia.

I am also puzzled by my attorneys' assertion that I have done anything they find "repugnant". This seems to be an assertion made to bolster the more legitimate complaint that I am delinquent in my payments, and that the obviously false claims made by plaintiffs about my supposed threats are increasing the difficulty of their job. Nothing I've said between their prior motion to withdraw and now has been remotely as offensive as anything I had said prior. Mr. Kolenich has professed his agreement with my concerns about demographics to Cincinatti.com, and our differences are a matter of style rather than substance. Indeed, in the months since the infamous synagogue shooting in Pittsburgh, I have made a deliberate point to tone down the language of my entertainment businesses, in the hopes of preventing my audience from becoming so hopeless that they might contemplate participation in future bloodshed. In that pursuit, I expelled some troubling elements from my social orbit, and involved the FBI to deal with criminal acts those elements perpetrated against me in response to that expulsion.

Surely, the genuine repugnance of things I had said well prior to all of this, would meet more sincere resistance from any attorney I attempted to hire to replace them.

I suppose the remedy to this might be for me to file for bankruptcy. I contacted a bankruptcy attorney in my home state of New Hampshire about this. He told me that I had to deal with some unfiled tax returns before I could do that. I attempted to hire a tax relief agency in response, but they want in excess of $700/month to deal with this. As already established, I happen to be short on resources as a result of the unlawful discrimination I face from the financial industry, and found myself unable to make those payments as well. Equally mysterious is how I might afford to pay said bankruptcy attorney, given the circumstances.

And of course, this position I find myself in today was precisely the goal of the plaintiffs in this case, and their allies in the media and financial industry. I dared to speak against them. I dared to show up to a permitted demonstration which they did not want to take place. I dared to defend myself against their violence.

For these crimes, I must be crushed.

And crushed I am, but they will not obtain my precious silence.

Surely, they have nonetheless accomplished their goal. Nobody who cares about their own comfort and security will dare to defy them in the foreseeable future.

But they won't stop. They never do. They will push, and push, and push, applying ever more pressure to an ever greater swath of the population. All the while insisting they are the victims, while they lie, and assault, and wield the powers of the State, the banks, the media, and even the criminal element, against people who are by every measure weaker than them.

If I can keep the services of my attorneys, I'd rather owe them a ton of money for their services, than spend the rest of my life being hounded by plaintiffs for money I don't owe them as the result of a default judgement they do not deserve. My credit is of course shot all full of holes as a result of this mess though, so I don't blame them for having some skepticism about my ability to pay in the future.

I've done my best to cooperate with these proceedings, just like I cooperated with law enforcement before and after the events in dispute. Many of my codefendants blew off these proceedings to avoid finding themselves in this position, and perhaps they will be proven to have had the better idea.

But for me, this is about more than the money. Were financial gain or preservation my primary motive, I'd have pursued a more lucrative profession. I want to carry this case through to trial, I want the evidence methodically gone over in view of the public, without the haze of deception imposed by the media. I would doubtlessly be vindicated, my foes would doubtlessly walk away embarrassed, and perhaps then, the cowards in conservative media would pull their heads from the sand, and tell the truth to their audiences about what happened in August of 2017.

Alternatively, this calumny will stand. Communist terrorism will become a regular factor of American life. None will dare to stand against it, for fear of meeting similar ruin. In that light, my ordeal will seem quite minor, no doubt.

After two years of relentless struggle, I am exhausted, broke, and frankly, lacking faith in justice. And so, I present myself as a beaten man, who is not guilty of the crimes alleged in the complaint before this court. I beg for justice, deeply skeptical of its supply, and await in despair whatever impositions may come of the injustice I have for so long struggled against, seemingly, to no avail.

Chris Cantwell

**Signature:** *Chris Cantwell*
Chris Cantwell (Sep 23, 2019)

**Email:** christopher.cantwell@gmail.com