**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**


**ELIZABETH SINES et al.,**                    :          **Case No.  3:17-cv-00072**

       Plaintiffs                                     :          **Judge MOON**


    -v-                                                      :

**JASON KESSLER et al.,**                     :

       Defendants                                   :

_____

**MOTION FOR EXTENSION OF TIME**
_____

Now come Defendants Robert Ray and Christopher Cantwell and, pursuant to FRCP 6

and 15, move for an extension to file their responsive pleading to Plaintiff's Second Amended

Complaint.



       Respectfully Submitted,



       s/ Elmer Woodard_____
       Elmer Woodard (VSB No. 27734)
       5661 US Hwy 29
       Blairs, VA 24527
       Phone: 434-878-3422
       Email : isuecrooks@comcast.net
       Attorney for Defendants Ray and Cantwell


1

s/ James E. Kolenich_PHV_
James E. Kolenich (OH 77084)
KOLENICH LAW OFFICE
9435 Waterstone Blvd. #140
Cincinnati, OH 45249
Phone: 513-444-2150
Fax:    513-444-2099
Email: JEK318@gmail.com
Attorney for Defendants Ray and Cantwell

CERTIFICATE OF SERVICE

I certify the above was served on September 25, 2019 by the Court's CM/ECF system and upon non ECF participants as follows:


Elliott Kline REDACTED
Matthew Heimbach REDACTED
Vanguard America REDACTED

s/ James E. Kolenich PHV
James E. Kolenich

2