IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| **ELIZABETH SINES et al.,** | : | Case No. 3:17-cv-00072 |
| Plaintiffs | : | Judge MOON |
| | : | |
| -v- | | |
| | : | |
| **JASON KESSLER et al.,** | : | |
| | : | |
| Defendants | | |

_____

**BRIEF IN SUPPORT OF MOTION FOR EXTENSION OF TIME**
_____

Defendants Ray and Cantwell respectfully request additional time to respond to Plaintiff's Second Amended Complaint for the following reasons:

1. Undersigned counsel filed a motion a motion to withdraw from the representation of Ray and Cantwell on July 25, 2019. (DE 530).

2. Plaintiff's filed their Second Amended Complaint on September 17, 2019. (DE 557).

3. No party other than Mr. Cantwell filed any objection to the motion to withdraw.

4. For the reasons stated in the motion to withdraw, it is impossible for undersigned counsel to sign pleadings on behalf of Mr. Ray.

1

5. For the reasons stated in the motion to withdraw, it is unreasonable for undersigned counsel to be compelled to sign pleadings on behalf of Mr. Cantwell.

6. Therefore, Defendants Ray and Cantwell request, pursuant to FRCP 6(b)(1)(A) and FRCP 15(a)(3), an extension of time of three days after the Court rules on this request for additional time, to respond to plaintiff's Second Amended Complaint.

7. Plaintiffs have reserved the right to object to this motion.

Respectfully Submitted,

s/ Elmer Woodard_____
Elmer Woodard (VSB No. 27734)
5661 US Hwy 29
Blairs, VA 24527
Phone: 434-878-3422
Email : isuecrooks@comcast.net
Attorney for Defendants Ray and Cantwell

s/ James E. Kolenich\_PHV\_
James E. Kolenich (OH 77084)
KOLENICH LAW OFFICE
9435 Waterstone Blvd. #140
Cincinnati, OH 45249
Phone: 513-444-2150
Fax:    513-444-2099
Email: JEK318@gmail.com
Attorney for Defendants Ray and Cantwell

CERTIFICATE OF SERVICE

      I certify the above was served on September 25, 2019 by the Court's CM/ECF system and upon non ECF participants as follows:

Elliott Kline <u>REDACTED</u>
Matthew Heimbach <u>REDACTED</u>
Vanguard America REDACTED

                                          <u>s/ James E. Kolenich PHV</u>
                                           James E. Kolenich