Plaintiffs filed a motion falsely claiming that I threatened them on July 2, 2019. Perhaps resulting from my lack of education in the practice of law, I am confused about this. On that same day, I was sent what appeared to me a decision on that motion, which would not have provided me any opportunity to respond. I replied to my attorney "I suspect you'll agree that this is ridiculous. What I did was in no way unlawful."

Perhaps owing to my inability to compensate him, I got no reply.

Seeing that I was prohibited from making unlawful threats, and seeing as to how I had not done any such thing prior, I concluded this was just one more of Plaintiffs many efforts to harass me through abuse of this court. I sent emails and made public statements about this accordingly.

On July 25th I found out about their subsequent false claim of unlawful threats, through a news alert I have set up for my name, which led me to an article in the Daily Progress talking about it.

I reached out to my attorney, inquiring if the reason he was not keeping me in the loop was due to my inability to pay, and if so, how we might resolve that conflict.

Instead, my attorney informed me that he would be withdrawing as counsel, and that I had two weeks to respond to his motion to withdraw, and plaintiffs' motion to enjoin.

On August 3rd, I asked my attorney to submit my response, and also published that response on my blog. https://christophercantwell.com/2019/08/03/response-to-motions-20190803/

It is worth noting, that plaintiffs are well aware of this, since they are such avid readers and listeners of my entertainment business. It is curious they neglect to mention this each time they complain of my failure to respond.

Plaintiffs correctly note in their most recent submission, that I speak differently when submitting material to this court, than I do on my live, uncensored, open phones Nazi themed entertainment program, which is marketed as fiction. I would think this the appropriate manner in which to deal with a court, but again, I lack formal education in this sort of thing. If I should speak to the court the way I do on my fictional Nazi podcast, this will certainly reduce the burden upon me should I find myself compelled to represent myself in this matter, but I suspect this would cause undue confusion, not to mention further whining from the Plaintiffs, and so I would advise against such an order.

Given Plaintiffs' in depth knowledge of my production, it may help the court to note that they are being intentionally deceptive by providing the excerpt of "Radical Agenda S05E071 – Global Climate Psych" as though I were arguing in favor of violence. I am doing the opposite. I am speaking in that clip to a reporter named Spencer Hawes, who asked me if what I said resulted in violence. I adamantly denied this false claim. I drew a distinction between myself and another faction of the White Nationalist movement which I referred to as "Accelerationists".

Please see Attached Exhibit 1, which is the conversation I had with the reporter from that interview. After the reporter showed me the small snippet he published I said;

"Well, I'm very glad I have that recorded, because we both know that's going to be twisted into a threat by these lying kikes. "

To which he responded "FWIW, I would not have put it in the story had I construed it as threat."

And I replied again "And when the Jews construe it that way, you'll understand the point I was making about Kaplan."

The reporter I was on the phone with seemed to understand the point, and Plaintiffs are no more alarmed by this than he, because they understand the faction difference I made all too well. This is part of a continuing pattern of deception on their part, because without those deceptions, they will have to stop abusing our courts.

For the sake of the court, I will explain that factional difference.

The Accelerationists believe that all is lost for White America, and that the only hope we have for salvation is to bring the existing system crashing down by helping the Democrat Party and engaging in shocking acts of terrorism and mass murder. Their thinking on this is roughly that once the system is collapsed, the citizenry will welcome the iron fisted rule of Nazis who will restore order by force.

Though they make a compelling case, I differ from their view on this. I support the President of the United States, they do not. I support the Republican Party, they do not. I want to save America from collapse, they do not. We are part of rival factions, and associating me with them is nothing short of a fraud upon this court.

We disagree so much, that this faction to which I refer has endlessly harassed me, made death threats, defaced my website, made false reports to law enforcement, and launched Distributed Denial Of Service attacks against my website and radio servers. This has gone on for almost a year, ever since the Pittsburgh synagogue shooting, of which they concluded I was not nearly supportive enough. In response to the crimes they committed against me, I contacted my local police department, who suggested we involve the Federal Bureau of Investigation, and we did just that. All of this is documented in extensive discussions I have had with law enforcement about these crimes perpetrated against me by the faction Plaintiffs falsely try to associate me with.

In my prior response I mentioned that "even others who profess to be my fellow White Nationalists" had "sought to shut me up". This is to whom I referred.

Also in my prior response I mentioned that "Indeed, in the months since the infamous synagogue shooting in Pittsburgh, I have made a deliberate point to tone down the language of my entertainment businesses, in the hopes of preventing my audience from becoming so hopeless that they might contemplate participation in future bloodshed. In that pursuit, I expelled some troubling elements from my social orbit, and involved the FBI to deal with criminal acts those elements perpetrated against me in response to that expulsion."

Here again, this is to whom I referred.

I am a White Nationalist, or, more broadly speaking, an ethnonationalist. That is a legitimate political point of view, which is merely that ethnic groups ought to govern themselves, just like Jews do in Israel, and the Japanese do in Japan. The entire premise of the Plaintiffs' motion, and indeed the entire premise of this entire ridiculous lawsuit, rests on the baseless claim that this political point of view is inherently criminal, and that anyone who adheres to it has less right to speak their mind than a revolutionary communist. To support this false claim, they snip things out of context, attempt to frame jokes as policy proposals, and ignore the fact that Antifa has rioted on a near weekly basis from coast to

coast ever since they were given a pass by the media for assaulting us in Charlottesville, attacked an ICE detention center with firebombs and a rifle, hospitalized a gay Asian reporter named Andy Ngo, vandalized the home of Tucker Carlson, said "Stab that motherfucker in the heart" outside the home of Senate Majority Leader Mitch McConnell, and committed a list of other crimes too long to enumerate here today.

I am not calling for anyone to do anything illegal, and the Plaintiffs are going to have an exceedingly difficult time proving otherwise, which is why they are now attempting to jam me up by other means, and delay the trial by not opposing my attorney's request to withdraw as counsel, which they had previously opposed on precisely those grounds.

As Plaintiffs note in the quotation from the show, "I'm a radio host. I talk shit about people. It's what I do for a living. Okay. All I had said was we're going to have fun with her as in I would be well advised not to say everything I want to say about this asshole while I'm in the process of this legal proceeding. But according to, but according to Roberta Kaplan, every fucking mention that I make of somebody is a threat because the only reason I would mention somebody is to have somebody shoot them, which is patently ridiculous because there's absolutely zero evidence of that. There's absolutely nothing even remotely close to that. I talk about people all day, every day. This is what I do for a living is talk shit about people who put themselves in the news. And nobody goes out and shoots any of them."

Of particular note is the part where I say "talk shit about people who put themselves in the news".

If Ms. Kaplan is so concerned about the Nazis hearing her name, I would point out that Nazis are avid readers of publications like the Jewish Telegraphic Agency, and of course, Twitter. She is thus no more threatened by my making mention of her, than she is by parading herself around the newspapers of her coethnics, and making false and inflammatory statements about us on social media. The implication here is that the mere mention of her name on my platforms is a threat, and that is just absurd on its face. Far more Nazis will read and be infuriated by her dishonest tweets and media appearances elsewhere.

There is zero evidence that I am a threat to anyone. I pleaded guilty to two misdemeanors in Charlottesville to get Albemarle County off my back. If I had done what I was accused of, I'd obviously be in prison, along with the men I shared a cell block with in the ACRJ. The complainants in that case are not party to this lawsuit, and indeed have signed a mutual release of all claims, so as to conclude my lawsuit against them for the false allegations. Of the people I actually fought on August 11th, one has not seen fit to present himself, likely for fear of being prosecuted for his crimes, and another has been charged with robbery and ethnic intimidation in Philadelphia after doing to two US Marines what he and his associates tried to do to me and mine at UVA.

Aside from that, I have no violent criminal history. There is no evidence that any Radical Agenda listener has ever harmed anyone.

I would ask the court to deny their motion to enjoin me, and order them to file no more frivolous or deceptive motions to this court.

I would ask the court to deny whatever ridiculous security requests they are making, since, in addition to the fact that there is zero evidence that I am a threat to anyone, they have a ten million dollar budget, and I can barely keep my lights on.

If the Plaintiffs are going to throw a temper tantrum every time I mention them, I would ask the court to order the Plaintiffs not to speak of this case in public anymore. If they do not put themselves in the news, then they will not become the subject of news stories for me to comment on, either in my professional capacity as an entertainer, or as a person with a reputation to defend against their slander.

I would also ask the court to deny my attorney's motion to withdraw, and instead order him to negotiate agreeable payment options, and fulfill his professional obligations by filing responses and notifying me of activity on this case in a timely fashion.

Anything which we can do to accelerate this process, and make the plaintiffs prove their calumny, would likewise by prudent and appreciated. This thing has been tearing my life apart for more than two years, and I haven't even had a chance to tell my side of the story yet. When all is said and done, they will not be able to prove I did anything illegal, nor that I caused damage to any of the Plaintiffs in this case. They know that as well as I do, which is why they have repeatedly tried to deceive this court and interfere with my business. Their stated purpose is to bankrupt me, they have already done that, and I think it long overdue for us to end this charade.

Chris Cantwell

**Signature:** *Chris Cantwell*
Chris Cantwell (Sep 25, 2019)

**Email:** christopher.cantwell@gmail.com