

christopher.cantwell <christopher.cantwell@gmail.com>

# the story
4 messages

---

**Hawes Spencer** <hawesinsky@gmail.com>  Tue, Aug 6, 2019 at 12:46 PM
To: Christopher Cantwell <christopher.cantwell@gmail.com>

Thanks for talking to me yesterday. Here is the admittedly brief story: https://vpm.org/news/articles/5871/mass-shootings-strengthen-backerss-resolve-in-charlottesville-lawsuit

--------------------
**Hawes Spencer, Journalist**
Charlottesville, VA
*Author of "Summer of Hate," a book about Charlottesville*
About | Recent radio | FB | Twitter
p: 434.960.9343
e: hawesinsky@gmail.com

---

**Christopher Cantwell** <christopher.cantwell@gmail.com>  Tue, Aug 6, 2019 at 2:27 PM
To: Hawes Spencer <hawesinsky@gmail.com>

Well, I'm very glad I have that recorded, because we both know that's going to be twisted into a threat by these lying kikes.

[Quoted text hidden]
--
Regards,
Christopher Cantwell
Blogger at ChristopherCantwell.com
Host of Radical Agenda
631-791-5842
Skype: Radical Agenda

---

**Hawes Spencer** <hawesinsky@gmail.com>  Tue, Aug 6, 2019 at 3:02 PM
To: Christopher Cantwell <christopher.cantwell@gmail.com>

FWIW, I would not have put it in the story had I construed it as threat.

--------------------
**Hawes Spencer, Journalist**
Charlottesville, VA
*Author of "Summer of Hate," a book about Charlottesville*
About | Recent radio | FB | Twitter
p: 434.960.9343
e: hawesinsky@gmail.com

[Quoted text hidden]

---

**Christopher Cantwell** <christopher.cantwell@gmail.com>  Tue, Aug 6, 2019 at 3:17 PM
To: Hawes Spencer <hawesinsky@gmail.com>

And when the Jews construe it that way, you'll understand the point I was making about Kaplan.
[Quoted text hidden]

Declaration of Christopher Cantwell:
Having been duly cautioned Christopher Cantwell declares and states as follows:
This declaration is made on the basis of personal knowledge.
The above emails are a true and accurate copy of documents from my GMail account.

Chris Cantwell

Case 3:17-cv-00072-NKM-JCH   Document 564-1   Filed 09/26/19   Page 1 of 2   Pageid#: 6608

**Signature:** *Chris Cantwell*
Chris Cantwell (Sep 25, 2019)

**Email:** christopher.cantwell@gmail.com