UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

ELIZABETH SINES, SETH WISPELWEY,
MARISSA BLAIR, TYLER MAGILL,
APRIL MUNIZ, HANNAH PEARCE,
MARCUS MARTIN, NATALIE ROMERO,
CHELSEA ALVARADO, JOHN DOE, and
THOMAS BAKER,

                Plaintiffs,

v.

JASON KESSLER, et al.,

                Defendants.

Civil Action No. 3:17-cv-00072-NKM

## DECLARATION OF JESSICA E. PHILLIPS

I, Jessica E. Phillips, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a Partner at the law firm Boies Schiller Flexner LLP, one of the law firms representing Plaintiffs in this action.

2. I submit this Declaration in support of Plaintiffs' Motion for Sanctions against Defendant Elliott Kline a/k/a Eli Mosley.

3. Attached as Exhibit A to this Declaration is a true and correct copy of an email from James Kolenich to Plaintiffs' counsel dated June 7, 2019, stating, in part, "The word 'arrest' has had a near magical effect on my former clients. Eli Mosely (Elliott Kline) can be reached at 610-406-2229. He reached out to IE upon seeing a news article referencing the arrest discussion in Court. You can text that number or call him. He has been fully informed of the discovery/ESI expectations."

4. Attached as Exhibit B to this Declaration is a true and correct copy of an email from iDiscovery Solutions (the "Third-Party Discovery Vendor" or "Vendor") to Kline dated July 22, 2019, stating, in part, "I am reaching out to you to follow up on your signature with the attached Supplemental Contract. It was emailed to you on July 2nd through DocuSign."

5. Exhibit B also contains a true and correct copy of an email from the Vendor to Kline and Plaintiffs' counsel dated August 1, 2019, stating, in part, "We just got confirmation that Elliot Kline signed the updated contract today."

6. From July 3, 2019, when the Court issued the Order to Defendant Elliot Kline, ECF No. 516, to August 7, 2019, when Kline sat for a deposition, Kline did not (1) provide Plaintiffs with an SCA consent form for Discord or Twitter; (2) provide Plaintiffs' counsel with the Certification Form disclosing his electronic devices and social media account credentials; (3) make his electronic devices and social media account credentials available to the Vendor; or (4) respond to Plaintiffs' First Set of Interrogatories and Requests for Production of Documents.

7. Attached as Exhibit C to this Declaration is a true and correct copy of excerpts from the transcript of the deposition of Elliott Kline dated August 7, 2019.

8. Attached as Exhibit D to this Declaration is a true and correct copy of Discord messages by user Eli Mosley#5269 dated March 31, 2017, stating, "I have 3 phones," and "one for work, one for personal shit, and one for the alt right[.]"

9. Exhibit D also contains a true and correct copy of Discord messages by user Eli Mosley#5269 dated March 31, 2017, stating, "You should get a seperate [*sic*] phone for alt right stuff then arm it with a kill password to go off between noon and 1pm each day. I activate it before I go out and do things[.]"

2

10. Attached as Exhibit E to this Declaration is a true and correct copy of an email from Mr. Kolenich to Plaintiffs' counsel dated September 3, 2019, stating, in part, "I have no record of Mr. Kline providing me any other phone number than 610-406-2229."

11. Attached as Exhibit F to this Declaration is a true and correct copy of a Discord message by user Eli Mosley#5269 dated March 22, 2017, stating, "@<Convo#5941> an hour after my video came out with the kike and the sign he commented on it with 'Echo American?' I have the screen cap on my home PC[.]"

12. Attached as Exhibit G to this Declaration is a true and correct copy of a Discord message by user Eli Mosley#5269 dated March 22, 2017, stating, "if he comes in and i [*sic*] have to defend myself all they have to do is look through my computer and im [*sic*] fucked so not really a good option[.]"

13. Attached as Exhibit H to this Declaration is a true and correct copy of a Discord message by user Eli Mosley#5269 dated March 22, 2017, stating, "they share the wall with my computer[.]"

14. Attached as Exhibit I to this Declaration is a true and correct copy of a Discord message by user Eli Mosley#5269 dated March 31, 2017, stating, "well its not a huge deal cause the phone is backed up on my PC[.]"

15. Attached as Exhibit J to this Declaration is a true and correct copy of an email from the Vendor to Kline dated August 9, 2019, stating, in part, "Would you please assist us by confirming or correcting the spelling of your accounts in the below chart and also by providing passwords where indicated in the highlighted cells?"

16. Attached as Exhibit K to this Declaration is a true and correct copy of an email from Kline to Plaintiffs' counsel and Mr. Kolenich dated August 14, 2019, stating, in part, "I just

3

got my new phone up and running," and providing Kline's new phone number. Kline's email also stated, in part, "I sent out my old phone for discovery but I will still maintain that phone for a bit longer before shutting it off."

17. Exhibit J also contains a true and correct copy of an email from Kline to the Vendor dated August 14, 2019, stating, in part, "I just wanted to let you know that I sent out the phone this afternoon during lunch. The PC I am still working on and I'm not even sure it still will turn on." The email did not contain Kline's passwords for his social media accounts, as had been requested by the Vendor in an email contained in Exhibit J dated August 9, 2019.

18. Exhibit J also contains a true and correct copy of an email from the Vendor to Kline dated August 14, 2019, stating, in part, "Thank you very much for shipping your phone. Do you have a tracking number for the shipment? If so, would you please send it to us? Also, would you please fill in the passwords for each of the accounts listed in the below chart as well as a PIN, if any, for the iPhone. Finally, please send us the computer so that we can image it as well."

19. As of today, Kline has not responded to the Vendor's August 14, 2019, email.

20. Exhibit K also contains a true and correct copy of an email from Plaintiffs' counsel to Kline dated August 19, 2019, stating, in part, "We also need you to fill out a new Certification Form, as the Certification Form that you signed at your deposition is incomplete and does not list your email addresses, passwords for your social media accounts, or the Walmart phone that you testified about during your deposition."

21. As of today, Kline has not responded to Plaintiffs' August 19, 2019, email.

22. On August 27, 2019, the Vendor informed Plaintiffs' counsel that it had received a device from "Bruce Kline." On September 24, 2019, the Vendor informed Plaintiffs' counsel that the device was an iPhone 6S. Attached as Exhibit L to this Declaration is a true and correct copy

of an email from the Vendor to Kline dated September 5, 2019, stating, in part, "We received a package last week from a 'Bruce Kline' containing a mobile device. Can you please confirm that this is your device that you shipped for collections? And, if so, can you please provide the passcode and iTunes password as well?"

23. As of today, Kline has not responded to the Vendor's September 5, 2019, email.

24. As of today, Kline has not responded to Plaintiffs' First Set of Interrogatories or Plaintiffs' Requests for Production of Documents.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: September 26, 2019
Washington, D.C.

*/s/ Jessica E. Phillips*
Jessica E. Phillips