# EXHIBIT A

**From:** James Kolenich <jek318@gmail.com>
**Sent:** Wednesday, June 26, 2019 2:23 PM
**To:** Michael Bloch
**Cc:** Gabrielle E. Tenzer
**Subject:** Re: Eli Mosely

Kline responded. Said email is correct and he will check it when he gets home.

On Wed, Jun 26, 2019, 12:11 PM Michael Bloch <mbloch@kaplanhecker.com> wrote:

> Thanks.
>
> **Michael Bloch | Kaplan Hecker & Fink LLP**
> Counsel
> 350 Fifth Avenue | Suite 7110
> New York, New York 10118
> (W) 929.367.4573 | (M) 646.398.0345
> mbloch@kaplanhecker.com
>
> **From:** James Kolenich <jek318@gmail.com>
> **Sent:** Wednesday, June 26, 2019 12:09 PM
> **To:** Michael Bloch <mbloch@kaplanhecker.com>
> **Cc:** Gabrielle E. Tenzer <gtenzer@kaplanhecker.com>
> **Subject:** Re: Eli Mosely
>
> Don't know. I texted him to inquire. Will advise if/when he answers.
>
> Jim
>
> On Wed, Jun 26, 2019 at 12:04 PM Michael Bloch <mbloch@kaplanhecker.com> wrote:
>
>> Jim, as far as you're aware, is Kline's email address still eli.f.mosley@gmail.com? I tried to e-mail him about the court call.
>>
>> **Michael Bloch | Kaplan Hecker & Fink LLP**
>> Counsel
>> 350 Fifth Avenue | Suite 7110



New York, New York 10118
(W) 929.367.4573 | (M) 646.398.0345
mbloch@kaplanhecker.com

**From:** James Kolenich <jek318@gmail.com>
**Sent:** Friday, June 7, 2019 12:40 PM
**To:** Michael Bloch <mbloch@kaplanhecker.com>
**Subject:** Eli Mosely

The word "arrest" has had a near magical effect on my former clients. Eli Mosely (Elliott Kline) can be reached at 610-406-2229. He reached out to IE upon seeing a news article referencing the arrest discussion in Court. You can text that number or call him. He has been fully informed of the discovery/ESI expectations.

Jim

--

**James E. Kolenich**

**Kolenich Law Office**

**9435 Waterstone Blvd. #140**

**Cincinnati, OH 45249**

**513-444-2150**

**513-297-6065(fax)**

**513-324-0905 (cell)**

This email and its attachments may contain information that is confidential and/or protected from disclosure by the attorney-client, work product or other applicable legal privilege. If you are not the intended recipient of the email, please be aware that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please notify the sender immediately and destroy all copies of the message from your computer system. Thank you.

--

**James E. Kolenich**

**Kolenich Law Office**

**9435 Waterstone Blvd. #140**

**Cincinnati, OH 45249**

**513-444-2150**

**513-297-6065(fax)**

**513-324-0905 (cell)**

---

*This email and its attachments may contain information that is confidential and/or protected from disclosure by the attorney-client, work product or other applicable legal privilege. If you are not the intended recipient of the email, please be aware that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please notify the sender immediately and destroy all copies of the message from your computer system. Thank you.*