# EXHIBIT B

**From:** Ken Kim [mailto:kkim@idsinc.com]
**Sent:** Thursday, August 1, 2019 12:50 PM
**To:** Eli Mosley; Jessica Phillips
**Cc:** Avani Patel; Michael Bloch; iDS_SINKS-02678
**Subject:** RE: RE: Sines v. Kessler

Thank you. We just got confirmation that Elliot Kline signed the updated contract today.

**Kenneth Kim**
Project Manager
Mobile: 267.847.4876

 

iDS is a proud Chambers and Partners **Band 1** Ranked eDiscovery provider!
https://www.chambersandpartners.com/12788/2817/editorial/58/1#22770855_editorial



**From:** Eli Mosley <eli.f.mosley@gmail.com>
**Sent:** Thursday, August 1, 2019 12:37 PM
**To:** Jessica Phillips <jphillips@bsfllp.com>
**Cc:** Avani Patel <apatel@idsinc.com>; Ken Kim <kkim@idsinc.com>; Michael Bloch <mbloch@kaplanhecker.com>; iDS_SINKS-02678 <ids_sinks-02678@idsinc.com>
**Subject:** Re: RE: Sines v. Kessler

[EXTERNAL SENDER]

The Docusign says its expired. Can you please resend it?

On Mon, Jul 29, 2019 at 5:55 PM Jessica Phillips <jphillips@bsfllp.com> wrote:

> You have the right email address.
>
> **Jessica E. Phillips**
> Partner
>
> ---
>
> **BOIES SCHILLER FLEXNER** LLP
>
> 1401 New York Ave., NW
>
> Washington, DC 20005
>
> (t) +1 202 895 7592
>
> (m) +1 312 493 7114
>
> jphillips@bsfllp.com
>
> www.bsfllp.com
>
>
> **From:** Avani Patel [mailto:apatel@idsinc.com]
> **Sent:** Monday, July 29, 2019 5:54 PM
> **To:** eli.f.mosley@gmail.com
> **Cc:** Ken Kim; Michael Bloch; Jessica Phillips; iDS_SINKS-02678
> **Subject:** RE: RE: Sines v. Kessler
>
>
> Dear Michael and Jessica,

We have not been able to get in touch with Eli Mosley. Can you confirm that we have the correct email address? The contract expires in a couple of days.

Thanks,

Avani Patel, Esq.

Business Development Manager

iDiscovery Solutions

3000 K Street NW, Suite 330

Washington, DC 20007

Direct: 202.249.7870

Cell: 202.597.2004




From: Avani Patel
Sent: Thursday, July 25, 2019 11:04 AM
To: eli.f.mosley@gmail.com
Cc: Ken Kim <kkim@idsinc.com>; Michael Bloch <mbloch@kaplanhecker.com>; Jessica Phillips <jphillips@bsfllp.com>; iDS_SINKS-02678 <ids_sinks-02678@idsinc.com>
Subject: RE: RE: Sines v. Kessler


Dear Mr. Kline-


I am following up on our email below. Please provide an update on signing the engagement letter as soon as possible.


Thanks and regards,

Avani Patel, Esq. BID

Business Development Manager

iDiscovery Solutions

3000 K Street NW, Suite 330

Washington, DC 20007

Direct: 202.249.7870

Cell: 202.597.2004

 

**From:** Avani Patel
**Sent:** Monday, July 22, 2019 4:08 PM
**To:** eli.f.mosley@gmail.com
**Cc:** Ken Kim <kkim@idsinc.com>; Michael Bloch <mbloch@kaplanhecker.com>; Jessica Phillips <jphillips@bsfllp.com>; iDS_SINKS-02678 <ids_sinks-02678@idsinc.com>
**Subject:** RE: Sines v. Kessler

Dear Mr. Kline,

By way of introduction, my name is Avani Patel and I am a business development/account manager at iDiscovery Solutions(iDS). I am reaching out to you to follow up on your signature with the attached Supplemental Contract. It was emailed to you on July 2nd through DocuSign. All parties except for you have signed the contract. It was emailed to you through DocuSign on July 2, 2019. Please electronically sign this contract through DocuSign as soon as possible as it is set to expire on July 31st.

Please let me know if you have any questions. I look forward to hearing from you.

Thanks and regards,

**Avani Patel, Esq.** 🆔

Business Development Manager

**iDiscovery Solutions**

3000 K Street NW, Suite 330

Washington, DC 20007

Direct: 202.249.7870

Cell: 202.597.2004

 

*Our firm and CEO were ranked **Band 1** on the 2018 updated Chambers and Partners eDiscovery Ranking!*

https://www.chambersandpartners.com/12788/2817/editorial/58/1#22770855_editorial

INFORMATION CLASSIFICATION NOTICE: This electronic communication (including any attachments) is intended to be viewed only by the individual(s) to whom it is addressed. It may contain information that is privileged, proprietary, confidential and/or protected from disclosure by applicable law. Any disclosure, dissemination, distribution, copying, exporting or other use of this communication or any attached document(s) other than for the purpose intended by the sender is strictly prohibited without prior written permission from the sender. If you have received this communication in error, please notify the sender immediately by reply e-mail and promptly destroy all electronic and printed copies of this communication and any attached documents.

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]

INFORMATION CLASSIFICATION NOTICE: This electronic communication (including any attachments) is intended to be viewed only by the individual(s) to whom it is addressed. It may contain information that is privileged, proprietary, confidential and/or protected from disclosure by applicable law. Any disclosure, dissemination, distribution, copying, exporting or other use of this communication or any attached document(s)

other than for the purpose intended by the sender is strictly prohibited without prior written permission from the sender. If you have received this communication in error, please notify the sender immediately by reply e-mail and promptly destroy all electronic and printed copies of this communication and any attached documents.