# EXHIBIT D

| iggKike ar itzvah | general | 2017/03/31 06:37 pm | Eli Mosley#5269 | Sayer#5269/Sayer/Eli Mosley#5269 | You should get a seperate phone for alt right stuff then arm it with a kill password to go off between noon and 1pm each day. I activate it before I go out and do things |
| --- | --- | --- | --- | --- | --- |
| iggKike ar itzvah | general | 2017/03/31 06:37 pm | Gray#186 | Gray#186 | 1-800-call-gray |
| iggKike ar itzvah | general | 2017/03/31 06:37 pm | Deleted User 1995538e#9278 | Deleted User 1995538e#9278 | yeah, im surprised i missed that one |
| iggKike ar itzvah | general | 2017/03/31 06:37 pm | wyatt#1030 | wyatt#1030/wyatt | lol |
| iggKike ar itzvah | general | 2017/03/31 06:37 pm | wyatt#1030 | wyatt#1030/wyatt | i would fuck up and forget |
| iggKike ar itzvah | general | 2017/03/31 06:38 pm | Gray#186 | Gray#186 | or some shit |
| iggKike ar itzvah | general | 2017/03/31 06:38 pm | wyatt#1030 | wyatt#1030/wyatt | and my phone would die |
| iggKike ar itzvah | general | 2017/03/31 06:38 pm | Eli Mosley#5269 | Sayer#5269/Sayer/Eli Mosley#5269 | So if I dont put in the password between noon and 1pm while I am out trolling jews it will erase the phone |
| iggKike ar itzvah | general | 2017/03/31 06:38 pm | Deleted User 1995538e#9278 | Deleted User 1995538e#9278 | Eli, do you mean you rooted your phone, unlocked it? |



EXHIBIT 33
8/7/19 ank

| | | | | | |
|---|---|---|---|---|---|
| iggKike ar itzvah | general | 2017/03/31 06:38 pm | FylnnGardian#1188 | FylnnGardian#1188 | I guess 1488 isn't a good password lol |
| iggKike ar itzvah | general | 2017/03/31 06:38 pm | Eli Mosley#5269 | Sayer#5269/Sayer/Eli Mosley#5269 | well its not a huge deal cause the phone is backed up on my PC |
| iggKike ar itzvah | general | 2017/03/31 06:38 pm | Deleted User 1995538e#9278 | Deleted User 1995538e#9278 | what kind of phone u got? |
| iggKike ar itzvah | general | 2017/03/31 06:38 pm | Eli Mosley#5269 | Sayer#5269/Sayer/Eli Mosley#5269 | I have 3 phones |
| iggKike ar itzvah | general | 2017/03/31 06:38 pm | Deleted User 1995538e#9278 | Deleted User 1995538e#9278 | welll which one we talkin bout foo |
| iggKike ar itzvah | general | 2017/03/31 06:38 pm | ‹Unlimited Power‹#17 | ‹UnlimitedPower‹#17/‹Unlimited Power‹#17 | u rich nigga |
| iggKike ar itzvah | general | 2017/03/31 06:38 pm | Gray#186 | Gray#186 | SET EVERY PASSWORD TO 31337NIGGERKILLER666 |
| iggKike ar itzvah | general | 2017/03/31 06:38 pm | Eli Mosley#5269 | Sayer#5269/Sayer/Eli Mosley#5269 | one for work, one for personal shit, and one for the alt right |
| iggKike ar itzvah | general | 2017/03/31 06:38 pm | Eli Mosley#5269 | Sayer#5269/Sayer/Eli Mosley#5269 | Yea dont make you PW 1488 either lol |