# EXHIBIT E

**From:** James Kolenich <jek318@gmail.com>
**Sent:** Tuesday, September 3, 2019 11:50 PM
**To:** Michael Bloch <mbloch@kaplanhecker.com>
**Subject:** Re: E. Kline phone

In expanding my search to messages sent by Kline after I withdrew as Kline's attorney he did list phone number ███████████ in an email sent to you on August 14, 2019. I was cc'd on that email. It is the first and only mention of an alternate phone I am able to locate.

Jim

On Tue, Sep 3, 2019 at 11:29 PM James Kolenich <jek318@gmail.com> wrote:

> Mike,
>
>   I have no record of Mr. Kline providing me any other phone number than 610-406-2229.
>
> Jim
>
> --
> **James E. Kolenich**
> **Kolenich Law Office**
> **9435 Waterstone Blvd. #140**
> **Cincinnati, OH 45249**
> **513-444-2150**
> **513-297-6065(fax)**
> **513-324-0905 (cell)**

--

**James E. Kolenich**
**Kolenich Law Office**
**9435 Waterstone Blvd. #140**
**Cincinnati, OH 45249**
**513-444-2150**
**513-297-6065(fax)**
**513-324-0905 (cell)**

This email and its attachments may contain information that is confidential and/or protected from disclosure by the attorney-client, work product or other applicable legal privilege. If you are not the intended recipient of the email, please be aware that any unauthorized review, use, disclosure,

*dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please notify the sender immediately and destroy all copies of the message from your computer system. Thank you.*