# EXHIBIT F

**NiggKike Bar Mitzvah - general**
**Sayer#5269/Sayer/Eli Mosley#5269 at 2017-03-22 20:42:55 +0000**

@<Convo#5941> an hour after my video came out with the kike and the sign he commented on it with "Echo American?" I have the screen cap on my home PC

Sayer#5269/Sayer/Eli Mosley#5269

2017-03-22 20:42:55 +0000

