# EXHIBIT G

**NiggKike Bar Mitzvah - general**
**Sayer#5269/Sayer/Eli Mosley#5269 at 2017-03-22 17:02:34 +0000**

if he comes in and i have to defend myself all they have to do is look through my computer and im fucked so not really a good option

Sayer#5269/Sayer/Eli Mosley#5269
2017-03-22 17:02:34 +0000



EXHIBIT
35
8/7/19 ank