# EXHIBIT H

**NiggKike Bar Mitzvah - general**
**Sayer#5269/Sayer/Eli Mosley#5269 at 2017-03-22 16:59:35 +0000**

they share the wall with my computer

Sayer#5269/Sayer/Eli Mosley#5269
2017-03-22 16:59:35 +0000



EXHIBIT
38
8/7/19 ank