# EXHIBIT I

**NiggKike Bar Mitzvah - general**
**Sayer#5269/Sayer/Eli Mosley#5269 at 2017-03-31 22:38:18 +0000**

well its not a huge deal cause the phone is backed up on my PC

Sayer#5269/Sayer/Eli Mosley#5269
2017-03-31 22:38:18 +0000



EXHIBIT 36
8/7/19 ank