# EXHIBIT J

| | |
|---|---|
| **From:** | Barbara Bibas <bbibas@idsinc.com> |
| **Sent:** | Wednesday, August 14, 2019 8:07 PM |
| **To:** | Eli Mosley |
| **Cc:** | iDS_SINKS-02678 |
| **Subject:** | RE: Sines v Kessler Kline Discovery |

Hello,

Thank you very much for shipping your phone.  Do you have a tracking number for the shipment?  If so, would you please send it to us?

Also, would you please fill in the passwords for each of the accounts listed in the below chart as well as a PIN, if any, for the iPhone.  Finally, please send us the computer so that we can image it as well.  Let us know if you have any questions.

Here's the chart for the passwords.  Please provide them at your earliest convenience.

| Platform/Device | Username | Password |
|---|---|---|
| Facebook | Elliott Kline | |
| Gab.ai | @EliMosley | |
| Twitter | @thatelimosley | |
| Twitter | @NotElimosley | |
| Twitter | @Elimosleyie | |
| Twitter | @Eli_mosley_ | |
| Twitter | @Sheli_shmosley | |
| Twitter | @EliMosley | |
| Twitter | @EliMosleyISBack | |
| Twitter | @EliMosleyOH | |
| iPhone 5 | | |
| Broken PC | | |

Thank you,
Barbara
----
**Barbara Bibas**
Project Assistant
Direct:  714.581.4830

 

*iDS is a proud Chambers and Partners **Band 1** Ranked eDiscovery provider!*
https://www.chambersandpartners.com/12788/2817/editorial/58/1#22770855_editorial

**From:** Eli Mosley <eli.f.mosley@gmail.com>
**Sent:** Wednesday, August 14, 2019 10:14 AM
**To:** Barbara Bibas <bbibas@idsinc.com>
**Cc:** iDS_SINKS-02678 <ids_sinks-02678@idsinc.com>
**Subject:** Re: Sines v Kessler Kline Discovery

[EXTERNAL SENDER]

Hello,

I just wanted to let you know that I sent out the phone this afternoon during lunch. The PC I am still working on and I'm not even sure it still will turn on.

Those usernames all look right except the last one I believe is @EliMosleyOH.

Thank you,

On Fri, Aug 9, 2019 at 1:16 PM Barbara Bibas <bbibas@idsinc.com> wrote:

Hello Mr. Kline,


Thank you for providing your Exhibit A to the Court's Stipulation and Order.  I've attached it above for your reference.


Would you please assist us by confirming or correcting the spelling of your accounts in the below chart and also by providing passwords where indicated in the highlighted cells?  We would also like to know the make and model of the computer.

| Platform/Device | Username | Password |
|---|---|---|
| Facebook | Elliott Kline | |
| Gab.ai | @EliMosley | |
| Twitter | @thatelimosley | |
| Twitter | @NotElimosley | |
| Twitter | @Elimosleyie | |
| Twitter | @Eli_mosley_ | |
| Twitter | @Sheli_shmosley | |
| Twitter | @EliMosley | |
| Twitter | @EliMosleyISBack | |
| Twitter | @EliMosleyOff | |
| iPhone 5 | | |

| Broken PC | | |
|---|---|---|

In order to collect from the mobile device and computer, we ask that you ship them to our office in Washington, DC.  You may send them to Ken Kim's attention at the following address for delivery M – F during regular business hours.  We recommend that you obtain a tracking number when sending the devices.

iDiscovery Solutions

ATTN: Ken Kim

3000 K Street NW,  Suite 330

Washington, DC  20007

Phone: 202.249.7860

Please let us know if you have any questions.

Thank you,

Barbara

----

**Barbara Bibas**

Project Assistant

Direct:  714.581.4830

 

*iDS is a proud Chambers and Partners **Band 1** Ranked eDiscovery provider!*

https://www.chambersandpartners.com/12788/2817/editorial/58/1#22770855_editorial

**From:** Ken Kim <kkim@idsinc.com>
**Sent:** Friday, August 9, 2019 10:03 AM

**To:** Eli Mosley <eli.f.mosley@gmail.com>
**Cc:** Barbara Bibas <bbibas@idsinc.com>
**Subject:** RE: Sines v Kessler Kline Discovery

Mr. Kline:

Thank you for your email. I have copied my colleague Barbara Bibas who will be working with you to gather the necessary information to proceed with the collections.

Regards,

Ken

**Kenneth Kim**

Project Manager

Mobile: 267.847.4876



*iDS is a proud Chambers and Partners **Band 1** Ranked eDiscovery provider!*

https://www.chambersandpartners.com/12788/2817/editorial/58/1#22770855_editorial

**From:** Eli Mosley <eli.f.mosley@gmail.com>
**Sent:** Friday, August 9, 2019 12:58 PM
**To:** Ken Kim <kkim@idsinc.com>
**Subject:** Sines v Kessler Kline Discovery

**[EXTERNAL SENDER]**

Hello Ken,

I am reaching out to you so that I may get my phone imaged for the discovery for the case. What steps must I take to get you guys the phone in a timely manner?

INFORMATION CLASSIFICATION NOTICE: This electronic communication (including any attachments) is intended to be viewed only by the individual(s) to whom it is addressed. It may contain information that is privileged, proprietary, confidential and/or protected from disclosure by applicable law. Any disclosure, dissemination, distribution, copying, exporting or other use of this communication or any attached document(s) other than for the purpose intended by the sender is strictly prohibited without prior written permission from the sender. If you have received this communication in error, please notify the sender immediately by reply e-mail and promptly destroy all electronic and printed copies of this communication and any attached documents.