# EXHIBIT L

**From:** Ken Kim
**Sent:** Thursday, September 5, 2019 12:16 PM
**To:** Barbara Bibas <bbibas@idsinc.com>; Eli Mosley <eli.f.mosley@gmail.com>
**Cc:** iDS_SINKS-02678 <ids_sinks-02678@idsinc.com>
**Subject:** RE: Sines v Kessler Kline Discovery

Mr. Kline:

We received a package last week from a "Bruce Kline" containing a mobile device. Can you please confirm that this is your device that you shipped for collections? And, if so, can you please provide the passcode and iTunes password as well?

Thank you,
Ken

Kenneth Kim
Project Manager
iDiscovery Solutions
Mobile: 267.847.4876



*iDS is a proud Chambers and Partners **Band 2** Ranked eDiscovery provider!*
https://www.chambersandpartners.com/12788/2817/editorial/58/1#22770855_editorial

From: Barbara Bibas <bbibas@idsinc.com>
Sent: Friday, August 9, 2019 1:17 PM
To: Eli Mosley <eli.f.mosley@gmail.com>
Cc: iDS_SINKS-02678 <ids_sinks-02678@idsinc.com>
Subject: RE: Sines v Kessler Kline Discovery

Hello Mr. Kline,

Thank you for providing your Exhibit A to the Court's Stipulation and Order. I've attached it above for your reference.

Would you please assist us by confirming or correcting the spelling of your accounts in the below chart and also by providing passwords where indicated in the highlighted cells? We would also like to know the make and model of the computer.

| Platform/Device | Username | Password |
|---|---|---|
| Facebook | Elliott Kline | |
| Gab.ai | @EliMosley | |
| Twitter | @thatelimosley | |
| Twitter | @NotElimosley | |
| Twitter | @Elimosleyie | |
| Twitter | @Eli_mosley_ | |
| Twitter | @Sheli_shmosley | |
| Twitter | @EliMosley | |
| Twitter | @EliMosleyISBack | |
| Twitter | @EliMosleyOff | |
| iPhone 5 | | |
| Broken PC | | |

In order to collect from the mobile device and computer, we ask that you ship them to our office in Washington, DC. You may send them to Ken Kim's attention at the following address for delivery M – F during regular business hours. We recommend that you obtain a tracking number when sending the devices.

    iDiscovery Solutions
    ATTN: Ken Kim
    3000 K Street NW, Suite 330
    Washington, DC 20007
    Phone: 202.249.7860

Please let us know if you have any questions.

Thank you,
Barbara
----
**Barbara Bibas**
Project Assistant

Direct: 714.581.4830



*iDS is a proud Chambers and Partners **Band 1** Ranked eDiscovery provider!*
https://www.chambersandpartners.com/12788/2817/editorial/58/1#22770855_editorial

**From:** Ken Kim <kkim@idsinc.com>
**Sent:** Friday, August 9, 2019 10:03 AM
**To:** Eli Mosley <eli.f.mosley@gmail.com>
**Cc:** Barbara Bibas <bbibas@idsinc.com>
**Subject:** RE: Sines v Kessler Kline Discovery

Mr. Kline:

Thank you for your email. I have copied my colleague Barbara Bibas who will be working with you to gather the necessary information to proceed with the collections.

Regards,
Ken

**Kenneth Kim**
Project Manager
Mobile: 267.847.4876



*iDS is a proud Chambers and Partners **Band 1** Ranked eDiscovery provider!*
https://www.chambersandpartners.com/12788/2817/editorial/58/1#22770855_editorial

**From:** Eli Mosley <eli.f.mosley@gmail.com>
**Sent:** Friday, August 9, 2019 12:58 PM
**To:** Ken Kim <kkim@idsinc.com>
**Subject:** Sines v Kessler Kline Discovery


**[EXTERNAL SENDER]**

Hello Ken,

I am reaching out to you so that I may get my phone imaged for the discovery for the case. What steps must I take to get you guys the phone in a timely manner?
INFORMATION CLASSIFICATION NOTICE: This electronic communication (including any attachments) is intended to be viewed only by the individual(s) to whom it is addressed. It may contain information that is privileged, proprietary, confidential and/or protected from disclosure by applicable law. Any disclosure, dissemination, distribution, copying, exporting or other use of this communication or any attached document(s) other than for the purpose intended by the sender is strictly prohibited without prior written permission from the sender. If you have received this communication in error, please notify the sender immediately by reply e-mail and promptly destroy all electronic and printed copies of this communication and any attached documents.