UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| ELIZABETH SINES, ET AL. | ) |
| *Plaintiffs*, | ) ) ) |
| v. | ) Civil Action No. 3:17-cv-00072-NKM ) |
| JASON KESSLER, ET AL. | ) ) |
| *Defendants*. | ) ) |

# DEFENDANT JEFF SCHOEP'S SUPPLEMENTAL RESPONSES TO PLAINTIFF'S FIRST INTERROGATORIES AND REQUEST FOR PRODUCTION OF DOCUMENTS

Defendants Jeff Schoep, the National Socialist Movement ("NSM"), and the Nationalist Front, by and through counsel, respectfully submit this Supplemental Response to Plaintiff's First Interrogatories and Request for Production of Documents:

## DISCOVERY REQUESTS

1. Identify all means of communication used by you to communicate concerning the Events, whether before, during, or after the Events, and for each means of communication, identify all names, aliases, e-mail addresses, phone numbers, and Social Media Handles you used in connection with such communications, including the 18-digit account identifier associated with any Discord account used by You. Means of communications include, but are not limited to, telephone calls, in-person meetings, and all means of electronic communication including, for example, Social Media, email, SMS messages, podcasts, and online video.

**ANSWER:** Defendants wish to clarify their previously submitted interrogatory answer regarding the Bitchute Account. Although the BitChute account was the NSM's account, Mr. Schoep was not personally responsible for it and never had access to the account. Mr. Schoep's first set of interrogatories that his former attorney,

Page 1 of 4
Supplemental Answer to Plaintiff's First Interrogatories and Request for Production of Documents
*Sines v. Kessler, et. al.*

Case 3:17-cv-00072-NKM-JCH   Document 574   Filed 10/18/19   Page 1 of 4   Pageid#: 7022

Mr. Kolenich, submitted to the court was exactly identical to the interrogatories that were submitted for NSM. The BitChute account should not have been included in Mr. Schoep's interrogatory responses and this was done in error. In email correspondence, Mr. Schoep made it known that the only social media accounts he personally had were a Twitter account and a VK account. Mr. Schoep told his former attorney that NSM had a BitChute account, but <u>it was NOT his personal account nor did he ever have the credentials or log in information for this account</u>. Mr. Schoep's first set of interrogatories should have **only** stated his personal Twitter account and his VK profile.

Instead of distinguishing the answers and submitting them accordingly, Mr. Kolenich submitted the exact same answers for both the NSM and Mr. Schoep. This was inaccurate. The NSM did have a BitChute account and Mr. Schoep was able to obtain the credentials for this account, which he gave to the third party vendor for imaging.

In Mr. Schoep's email correspondence with Mr. Kolenich, he specifies the twitter account, his VK account and email that was used before and after Unite the Right. He specified that NSM had a bitchute account and that is all. This is where the confusion came in and why Mr. Schoep did not initially have any credentials for the NSM's BitChute account.

Respectfully Submitted,

JEFF SCHOEP<br>
By Counsel

By:   /s/ W. Edward ReBrook, IV
     W. Edward ReBrook, IV (VSB 84719)
     The ReBrook Law Office

Supplemental Answer to Plaintiff's First Interrogatories and Request for Production of Documents
*Sines v. Kessler, et. al.*

6013 Clerkenwell Court
Burke, VA 22015
Mobile: 571.215.9006
Email: Edward@ReBrookLaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 17, 2019, a true and correct copy of the foregoing Supplemental Answer to Plaintiff's First Interrogatories and Request for Production of Documents has been filed with the Clerk of Court through the CM/ECF System, which will send a notice of electronic filing of this pleading to all counsel of record, including:

Roberta A. Kaplan (pro hac vice)
Julie E. Fink (pro hac vice)
Gabrielle E. Tenzer (pro hac vice)
Joshua A. Matz (pro hac vice)
Michael L. Bloch (pro hac vice)
KAPLAN HECKER & FINK LLP
350 Fifth Avenue, Suite 7110
New York, NY 10118
Telephone: (212) 763-0883
rkaplan@kaplanhecker.com
jfink@kaplanhecker.com
gtenzer@kaplanhecker.com
jmatz@kaplanhecker.com
mbloch@kaplanhecker.com

Karen L. Dunn (pro hac vice)
William A. Isaacson (pro hac vice)
Jessica Phillips (pro hac vice)
BOIES SCHILLER FLEXNER LLP
1401 New York Ave, NW
Washington, DC 20005
Telephone: (202) 237-2727
Fax: (202) 237-6131
kdunn@bsfllp.com
wisaacson@bsfllp.com
jphillips@bsfllp.com

Yotam Barkai (pro hac vice)
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards
New York, NY 10001
Telephone: (212) 446-2300
Fax: (212) 446-2350
ybarkai@bsfllp.com

David E. Mills (pro hac vice)
COOLEY LLP
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004
Telephone: (202) 842-7800
Fax: (202) 842-7899
dmills@cooley.com

Alan Levine (pro hac vice)
Philip Bowman (pro hac vice)
COOLEY LLP
1114 Avenue of the Americas, 46th Floor New
York, NY 10036
Telephone: (212) 479-6260
Fax: (212) 479-6275

_____Page 3 of 4
Supplemental Answer to Plaintiff's First Interrogatories and Request for Production of Documents
*Sines v. Kessler, et. al.*

Case 3:17-cv-00072-NKM-JCH   Document 574   Filed 10/18/19   Page 3 of 4   Pageid#: 7024

alevine@cooley.com
pbowman@cooley.com

J. Benjamin Rottenborn (VSB 84796)
Erin Ashwell (VSB 79538)
WOODS ROGERS PLC
10 South Jefferson St., Suite 1400
Roanoke, VA 24011
Telephone: (540) 983-7600
Fax: (540) 983-7711
brottenborn@woodsrogers.com
eashwell@woodsrogers.com
*Counsel for Plaintiff*

      *By:  /s/ W. Edward ReBrook, IV*
      *W. Edward ReBrook, IV (VSB 84719)*
      *The ReBrook Law Office*
      *6013 Clerkenwell Court*
      *Burke, VA 22015*
      *Mobile: 571.215.9006*
      *Email: Edward@ReBrookLaw.com*

_____Page 4 of 4
Supplemental Answer to Plaintiff's First Interrogatories and Request for Production of Documents
*Sines v. Kessler, et. al.*

Case 3:17-cv-00072-NKM-JCH   Document 574   Filed 10/18/19   Page 4 of 4   Pageid#: 7025