# EXHIBIT 1

# EXHIBIT A TO STIPULATION AND ORDER FOR THE IMAGING, PRESERVATION, AND PRODUCTION OF DOCUMENTS

Consistent with the obligations under the "Stipulation and Order for the Imaging, Preservation, and Production of Documents," I / NSM certify that:

1. The following are all the Social Media Accounts, as defined in ¶ 2(xi) of the Stipulation and Order, that contain potentially relevant Documents:

| Username | Provider/Platform | Nature of Responsive Documents on Account |
|---|---|---|
| nsmarkansas@gmail.com | GMAIL / email | unknown |
| nsmvermont@gmail.com | GMAIL / email | unknown |
| nsmmaryland@gmail.com | GMAIL / email | unknown |
| nsmmsst88@gmail.com | GMAIL / email | unknown |
| nsm88southflorida@gmail.com | GMAIL / email | unknown |
| nsm88ny@gmail.com | GMAIL / email | unknown |
| nsmnc88@gmail.com | GMAIL / email | unknown |
| nsm88bama@gmail.com | GMAIL / email | unknown |
| nsm88cinci@gmail.com | GMAIL / email | unknown |
| nsm88kansas@gmail.com | GMAIL / email | unknown |
| Minnesota@gmail.com | GMAIL / email | unknown |
| nsmwestvirginia@gmail.com | GMAIL / email | unknown |
| nsmfresno@gmail.com | GMAIL / email | unknown |
| nsmflorida@gmail.com | GMAIL / email | unknown |
| nsm88michigan@gmail.com | GMAIL / email | unknown |
| nsm88wyoming@gmail.com | GMAIL / email | unknown |
| nsm88connecticut@gmail.com | GMAIL / email | unknown |
| nsmregion9hq@gmail.com | GMAIL / email | unknown |
| r3nsm88@gmail.com | GMAIL / email | unknown |
| nsm88toledo@gmail.com | GMAIL / email | unknown |
| nsm88r5@gmail.com | GMAIL / email | unknown |
| nsm88utah@gmail.com | GMAIL / email | unknown |
| nsmalabama88@gmail.com | GMAIL / email | unknown |

2. The following are all the Electronic Devices, as defined in ¶ 2(vi) of the Stipulation and Order, that I have possessed since January 1, 2017 that may contain any potentially relevant Documents or ESI:

| Device Type (e. iPhone 7) | Size (e.g., 32 GB) | Nature of Responsive Documents on Device |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 10/18/2019.

                              Submitted by the **National Socialist Movement** through the attorney of record.

                    By:     /s/ W. Edward ReBrook, IV
                    W. Edward ReBrook, IV (VSB 84719)
                    The ReBrook Law Office
                    6013 Clerkenwell Court
                    Burke, VA 22015
                    Mobile: 571.215.9006
                    Email: Edward@ReBrookLaw.com