# EXHIBIT 3

Edward ReBrook, ESQ <rebrooklaw@gmail.com>
Wed 8/21/2019 2:19 PM
Mr. Bloch:

I am very happy to hear that. We can most certainly send them electronically.

**W. Edward ReBrook, IV**
Attorney & Counselor at Law
THE REBROOK LAW OFFICE
6013 Clerkenwell Court
Burke, Virginia 22015
Mobile: 571-215-9006
Email: edward@rebrooklaw.com

This e-mail message, including all attachments, contains confidential information protected by the attorney-client privilege and/or the attorney work-product doctrine. It is intended solely for the use of the addressee. If you have received this message in error, please notify the sender immediately by telephone (571.215.9006) or by electronic mail and delete this message and all copies and backups thereof. Thank you.

On Wed, Aug 21, 2019 at 10:49 AM Michael Bloch <mbloch@kaplanhecker.com> wrote:

> Mr. ReBrook,

> We typically send and receive documents from the defendants in an
> electronic format. We can arrange for our vendor, Epiq, to send you
> a link with instructions on how to upload the documents electronically
> to Epiq. There should be no cost associated with this. Please let us
> know promptly whether you'd like us to make those arrangements.

> Thanks,

> Mike

> **From:** Michael Bloch
> **Sent:** Monday, August 19, 2019 7:49 PM
> **To:** Edward ReBrook, ESQ <rebrooklaw@gmail.com>
> **Subject:** RE: Discovery

> Mr. ReBrook,

Are the documents in hard copy or some other format?

Also, if you have withheld any documents on the basis of privilege, you will need to make the requisite disclosures (i.e. a privilege log) pursuant to Rule 26(b)(5) of the Federal Rules of Civil Procedure.

Michael Bloch | Kaplan Hecker & Fink LLP
Counsel
350 Fifth Avenue | Suite 7110
New York, New York 10118
(W) 929.367.4573 | (M) 646.398.0345
mbloch@kaplanhecker.com

**From:** Edward ReBrook, ESQ <rebrooklaw@gmail.com>
**Sent:** Sunday, August 18, 2019 6:33 PM
**To:** Michael Bloch <mbloch@kaplanhecker.com>
**Subject:** Discovery

Mr. Bloch:

My human client has gone through all of the paperwork generated by the vendor and removed all privileged communications. There weren't many. What's left is quite voluminous. How would you like to receive it? Do I send you a bill for shipping?

Best regards,

W. Edward ReBrook, IV

Attorney & Counselor at Law

The ReBrook Law Office

6013 Clerkenwell Court

Burke, Virginia 22015

Mobile: 571-215-9006

Email:   edward@rebrooklaw.com

*This email and its attachments may contain information that is confidential and/or protected from disclosure by the attorney-client, work product or other applicable legal privilege. If you are not the intended recipient of the email, please be aware that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please notify the sender immediately and destroy all copies of the message from your computer system. Thank you.*