# EXHIBIT 5

On Friday, March 1, 2019 8:51 AM, Jeff Schoep <jeffschoep@gmail.com> wrote:

Dear Judge Hoppe:

I am writing this email ahead of the telephonic hearing scheduled for today at 10 AM, which I will be in attendance. There are several matters which I would like to clarify. I am putting these into writing to ensure that I do not forget to address any of the matters which the court or plaintiffs are concerned regarding my involvement or lack thereof.

In regards to the plaintiffs' motion for rule 37 sanctions against Jeff Schoep.

1.    Exhibit #3 shows that I responded to plaintiffs' interrogatories in July, 2018. I provided my phone number, email address, and social media accounts. The plaintiffs' request for sanctions incorrectly asserts that they have received zero cooperation from me, and I can and will prove this to be false. I respectfully request a reasonable amount of time to produce proof of my cooperation, and ask the court to refrain from sanctioning me. In addition, since I no longer am represented by Mr. Kolenich, **I request a continuance of this matter so that I may retain new counsel**.

1.    I have emails between myself and my former Attorney, Mr. Kolenich, from December 4 to December 7, 2018 confirming that I authorized Mr. Kolenich to sign off on the third party vendor contract. I also explained about my phone, what phone company I use, the type of phone, *etc*. Mr. Kolenich responded back to my emails and said he would let me know if anything further was needed. After December 7, I did not hear anything about more information being needed, nor anything else. Due to this and other ongoing communication issues, I terminated my relationship with Mr. Kolenich and am now seeking new counsel.

2.    Apart from the initial complaint, the various exhibits submitted by the plaintiffs – which I only received last week after filing my *pro se* motion – are

literally the only materials I have ever seen regarding this case. Before hiring legal counsel, I received notifications from the court on every motion and could see what was happening.  Since hiring Mr. Kolenich, I have spoken to him a few times, and responded to his requests by email. Not once have I received or viewed any of the documents that have been coming in from the plaintiffs until the past 8 or 9 days, and most of which came only 2 days ago. I am still pouring through hundreds of pages of documents with no assistance of any kind.

3. On February 17, 2019 Due to my ongoing frustrations over poor communication, I informed Mr. Kolenich that I no longer required his services and filed a motion to represent myself *pro se.* In truth, I am out of my depth and very much need a competent and communicative attorney. Court records from the plaintiffs (Exhibit 9 Document 432-9) clearly show that on February 16, 2019, Mr. Kolenich asked Jennifer Brennan of idsinc.com to remove my name from the docu-sign agreement since he no longer represented me. I agreed to sign off back in early December 2018, and on February 16, one day before I informed my former Attorney that I was no longer in need of his services, he does not sign off for me months later. I have the saved emails, and the time lines do not match up. How can an Attorney who had not yet been officially removed by me, refuse to honor my signature that I agreed to back in early December a day before I officially fired him? The court did not even receive my motion until Tuesday, February 19th.

4. I bring these matters to the Court's attention not to impute the reputation of my former attorney; however, I believe it is reasonable for me to have counsel who keeps me informed and works with me to make certain I am correctly complying with the court's orders. Since this situation has caused the plaintiffs to file a Rule 37 motion against me for sanctions, I believe my requests and concerns are reasonable. If the court requires the aforementioned email communications between myself and Mr. Kolenich to prove the truth of my assertions, I will provide them at the request of Judge Hoppe.

5. The plaintiffs are correct that I have not answered their emails over the past week. I am overwhelmed with the massive amount of paperwork being submitted and have spent the last 2 days and nights reading and trying to figure out exactly how to respond and still have not finished reading even 1/4 of what is going on in this case.

Wherefore, I respectfully pray this honorable court grant a continuance so that I may retain a new attorney. Despite my heartfelt belief that neither I personally or NSM as an organization are responsible for the independent, illegal, and violent actions of persons who are not and have never been a part of our organization, and the fact that we were merely exercising our 1st Amendment right to free speech, I fear that losing this lawsuit, however frivolous, will be a forgone conclusions if I do not retain competent representation.

Respectfully,

Jeff Schoep