# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### Charlottesville Division

| | |
|---|---|
| ELIZABETH SINES, SETH WISPELWEY, MARISSA BLAIR, APRIL MUNIZ, HANNAH PEARCE, MARCUS MARTIN, NATALIE ROMERO, CHELSEA ALVARADO, and JOHN DOE,<br><br>Plaintiffs,<br><br>v.<br><br>JASON KESSLER, RICHARD SPENCER, CHRISTOPHER CANTWELL, JAMES ALEX FIELDS, JR., VANGUARD AMERICA, ANDREW ANGLIN, MOONBASE HOLDINGS, LLC, ROBERT "AZZMADOR" RAY, NATHAN DAMIGO, ELLIOT KLINE a/k/a/ ELI MOSLEY, IDENTITY EVROPA, MATTHEW HEIMBACH, MATTHEW PARROTT a/k/a DAVID MATTHEW PARROTT, TRADITIONALIST WORKER PARTY, MICHAEL HILL, MICHAEL TUBBS, LEAGUE OF THE SOUTH, JEFF SCHOEP, NATIONAL SOCIALIST MOVEMENT, NATIONALIST FRONT, AUGUSTUS SOL INVICTUS, FRATERNAL ORDER OF THE ALT-KNIGHTS, MICHAEL "ENOCH" PEINOVICH, LOYAL WHITE KNIGHTS OF THE KU KLUX KLAN, and EAST COAST KNIGHTS OF THE KU KLUX KLAN a/k/a EAST COAST KNIGHTS OF THE TRUE INVISIBLE EMPIRE,<br><br>Defendants. | Civil Action No. 3:17-cv-00072-NKM |

**SUPPLEMENT TO PLAINTIFFS' MOTION TO ENJOIN DEFENDANT CANTWELL FROM MAKING UNLAWFUL THREATS AGAINST PLAINTIFFS AND PLAINTIFFS' COUNSEL**

We write to notify the Court of the most recent example of how hateful, incendiary rhetoric by participants from the defendant side of this case can quickly escalate into disturbingly violent calls to action by their loyal, like-minded followers. The latest expression of hostility, combined with recent alarming conduct by Defendant Cantwell, contributes to an even greater urgency Plaintiffs feel in obtaining an order from the court prohibiting Defendant Cantwell from making unlawful threats against Plaintiffs and their counsel, as requested in our pending Motion to Enjoin Defendant Cantwell from Making Unlawful Threats Against Plaintiffs and Plaintiffs' Counsel ("Motion"). (ECF No. 511).

In response to a recent article published in "Russia Insider" by former defendant Mike Peinovich, itself filled with anti-Semitic invective directed toward Plaintiffs' counsel Roberta Kaplan (*see* Ex. 1 (Mike Peinovich, "Frumpy Jewish Lawyer Leading Campaign to Strip US Citizens of Free Speech and Assembly," *Russia Insider* (Oct. 16, 2019), *available at* https://russia-insider.com/en/politics/frumpy-jewish-lawyer-leading-campaign-strip-us-citizens-free-speech-and-assembly/ri27784)), an apparently faithful fan posted the following: "May God damn her. Oh, wait. She's a Jew. Never mind. But may God bring her plans to naught. May she have a 'Heather Heyer' event…." (*See* Ex. 2 (comment on Oct. 16, 2019 *Russia Insider* article by user Fr. John+).) The reference needs little explanation: it is an explicit wish that lead counsel for the Plaintiffs in this case die in a terrorist attack, reminiscent of the one that brings us to Court in the first place.

Plaintiffs filed our Motion on July 2 because we believed at the time that the barrage of threats by Defendants and the supporters whom they incite placed us and our clients in genuine danger. The persistent provocations appeared to constitute a concerted effort to attempt to chill our interest and ability to prosecute this case and ensure our clients' right to a fair trial. We filed

1

that motion because litigants should not have to worry for their lives while seeking to vindicate the lives of others.

In the three months since that motion was filed, the rhetoric and volatile behavior has only escalated, including, for example, Mr. Cantwell's public announcement on social media last week that he brought a gun to a movie theater, which attracted the attention of local law enforcement. (*See* Ex. 3 (Cantwell Telegram posts (Oct. 10, 2019)).) As we stated in our initial motion, the Court need not, and indeed should not, wait for these inflammatory remarks to bubble over into another tragedy. (*See* ECF No. 511). Like the allegations in this lawsuit, the remedy we are seeking is expressly designed to avoid any infringement on the First Amendment. We seek an order from the Court that simply proscribes what is already illegal: unlawful threats. In light of the recent events described above, we urge the Court to take swift action on our pending motion.

Dated: October 18, 2019

Respectfully submitted,

*/s/Robert T. Cahill*
Robert T. Cahill (VSB 38562)
COOLEY LLP
11951 Freedom Drive, 14th Floor
Reston, VA 20190-5656
Telephone: (703) 456-8000
Fax: (703) 456-8100
rcahill@cooley.com

Of Counsel:

Roberta A. Kaplan (*pro hac vice*)
Julie E. Fink (*pro hac vice*)
Gabrielle E. Tenzer (*pro hac vice*)
Michael L. Bloch (*pro hac vice*)
KAPLAN HECKER & FINK LLP
350 Fifth Avenue, Suite 7110
New York, NY 10118
Telephone: (212) 763-0883
rkaplan@kaplanhecker.com
jfink@kaplanhecker.com
gtenzer@kaplanhecker.com
mbloch@kaplanhecker.com

Yotam Barkai (*pro hac vice*)
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards
New York, NY 10001
Telephone: (212) 446-2300
Fax: (212) 446-2350
ybarkai@bsfllp.com

Alan Levine (*pro hac vice*)
Philip Bowman (*pro hac vice*)
COOLEY LLP
1114 Avenue of the Americas, 46th Floor New York, NY 10036
Telephone: (212) 479-6260
Fax: (212) 479-6275
alevine@cooley.com
pbowman@cooley.com

Karen L. Dunn (*pro hac vice*)
William A. Isaacson (*pro hac vice*)
Jessica Phillips (*pro hac vice*)
BOIES SCHILLER FLEXNER LLP
1401 New York Ave, NW
Washington, DC 20005
Telephone: (202) 237-2727
Fax: (202) 237-6131
kdunn@bsfllp.com
wisaacson@bsfllp.com
jphillips@bsfllp.com

David E. Mills (*pro hac vice*)
Joshua M. Siegel (VSB 73416)
COOLEY LLP
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004
Telephone: (202) 842-7800
Fax: (202) 842-7899
dmills@cooley.com
jsiegel@cooley.com

J. Benjamin Rottenborn (VSB 84796)
Erin Ashwell (VSB 79538)
WOODS ROGERS PLC
10 South Jefferson St., Suite 1400
Roanoke, VA 24011
Telephone: (540) 983-7600
Fax: (540) 983-7711
brottenborn@woodsrogers.com
eashwell@woodsrogers.com

*Counsel for Plaintiffs*

# CERTIFICATE OF SERVICE

        I hereby certify that on October 18, 2019, I filed the foregoing with the Clerk of Court through the CM/ECF system, which will send a notice of electronic filing to:

Justin Saunders Gravatt
David L. Hauck
David L. Campbell
Duane, Hauck, Davis & Gravatt, P.C.
100 West Franklin Street, Suite 100
Richmond, VA 23220
jgravatt@dhdglaw.com
dhauck@dhdglaw.com
dcampbell@dhdglaw.com

*Counsel for Defendant James A. Fields, Jr.*

Elmer Woodard
5661 US Hwy 29
Blairs, VA 24527
isuecrooks@comcast.net

James E. Kolenich
Kolenich Law Office
9435 Waterstone Blvd. #140
Cincinnati, OH 45249
jek318@gmail.com

*Counsel for Defendants Matthew Parrott, Robert Ray, Traditionalist Worker Party, Jason Kessler, Nathan Damigo, Identity Europa, Inc. (Identity Evropa), and Christopher Cantwell*

Bryan Jones
106 W. South St., Suite 211
Charlottesville, VA 22902
bryan@bjoneslegal.com

*Counsel for Defendants Michael Hill, Michael Tubbs, and League of the South*

John A. DiNucci
Law Office of John A. DiNucci
8180 Greensboro Drive, Suite 1150
McLean, VA 22102
dinuccilaw@outlook.com

*Counsel for Defendant Richard Spencer*

William Edward ReBrook , IV
The Rebrook Law Office
6013 Clerkenwell Court
Burke, VA 22015
edward@rebrooklaw.com

*Counsel for Defendants Jeff Schoep, National Socialist Movement, and Nationalist Front*

I further hereby certify that on October 18, 2019, I also served the following non-ECF participants, via electronic mail, as follows:

Elliot Kline
eli.f.mosley@gmail.com

Matthew Heimbach
matthew.w.heimbach@gmail.com

Vanguard America
c/o Dillon Hopper
dillon_hopper@protonmail.com

    /s/Robert T. Cahill
Robert T. Cahill (VSB 38562)
COOLEY LLP
11951 Freedom Drive, 14th Floor
Reston, VA 20190-5656
Telephone: (703) 456-8000
Fax: (703) 456-8100
rcahill@cooley.com

*Counsel for Plaintiffs*