# EXHIBIT 1

RUSSIA INSIDER

*Fake news fighters*

Our ad revenue helps destroy media lies!

Show your support by disabling ad-block (How)

Buy AD-FREE ACCESS here, for only $19 / yr

Thanks for your support

We're winning thanks to YOU!

« GREAT RUSSIAN ART    CAN'T CUCK THE TUCK    BLOCKCHAIN SUPERPOWER    TALES OF THE H »

Support Russia Insider - Go Ad-Free!

# Frumpy Jewish Lawyer Leading Campaign to Strip US Citizens of Free Speech and Assembly

*Roberta Kaplan, famous for convincing the Supreme Court to legalize 'gay marriage,' is trying to use Charlottesville to dismantle the First Amendment*

Mike Enoch    (National Justice)    Wed, Oct 16, 2019    |    1630 words    🔥 3,187    💬 43    🖨 

SOCIETY    CHARLOTTESVILLE

It's been two years since Roberta Kaplan and her co-conspirators filed their sham lawsuit against organizers, speakers and attendees of the August 12, 2017 rally in Charlottesville VA, and the media is once again carrying water for her. The latest puff piece on the Jewish lesbian lawyer appears in Glamour Magazine, a strange choice given how conspicuously lacking Robbie and her accomplices are in that particular trait.

This rather absurd piece of fake news is meant to restore public interest in the seemingly interminable lawsuit, as well as drive large dollar donations to Robbie's

pockets. Published right in between Rosh Hashanah (the Jewish new year) and Yom Kippur (the Jewish day of atonement), Robbie no doubt hopes to use the suit as a vehicle to pressure schul-goers for shekels. It wouldn't be the first time Robbie has exploited the Jewish religious calendar to hit her tribe up. According to a June 2019 report in the Jewish Telegraphic Agency, Robbie has raised over $10 million so far for this bogus suit.



Support Russia Insider - Go Ad-Free!

A non-governmental organization has raised $10 million toward paying the costs, an official of the group told JTA, and is still fund-raising. Integrity First for America, according to its website, is "dedicated to holding those accountable who threaten longstanding principles of our democracy — including our country's commitment to civil rights and equal justice." But for now its only brief is the Charlottesville case.

Where is all that money going?

Support Russia Insider - Go Ad-Free!

## Anatomy of a Fraud

The now two year old Sines v. Kessler lawsuit rests on a threadbare legal theory based on an archaic law from 1870 that Robbie herself has publicly acknowledged she devised ad hoc in order to pursue her real agenda: to overpower the First Amendment and shut down legitimate political speech.



*Four exhausted young men pushed out of Lee Park by Virginia State Police. In front of them is a screaming mob armed with poles, projectiles and other weapons.*

Robbie alleges that anyone who attended the rally and did any sort of planning ahead of time is liable for the fatal car accident in which communist rioter Heather Heyer was killed and for any other damages alleged by her myriad of clients. The only reason such a ludicrous suit didn't get tossed immediately is Robbie's status as a wealthy and famous lawyer with powerful connections in DC and Tel Aviv. Her claim to fame is that she argued for gay marriage in front of the Supreme Court in

2013, which granted her celebrity status generated by an unfree press that was lockstep in supporting her ambitions.

To underscore the absurdity of this suit, let's examine the case of Tyler Magill, a local Charlottesville hustler who capitalized on the media commotion following the protest to cash in. Magill alleged that he was hit in the neck by a tiki torch on the night of August 11th, which four days later caused him to have a stroke! This story went viral in leftist circles on the internet and Magill scammed $130,000 in GoFundMe bucks from hysterical liberal suckers.

Magill's allegations were thrown on the pile of frivolous complaints in the Sines v. Kessler, which shows Kaplan and her team didn't bother to investigate these claims. Magill's own doctors have publicly expressed trepidation over the claims. At the time Robbie's sham lawsuit was filed, these facts were all publicly known:

- No video or witness account of Magill being struck existed.
- A video of Magill from August 13th in which he chases and screams at Jason Kessler had been widely distributed on the internet. There was no injury to his neck in this video.
- Magill's doctors had publicly stated that they could find no evidence of trauma to his neck, and that even if he had suffered trauma it would be virtually impossible for it to trigger a stroke 4 days later.

Support Russia Insider - Go Ad-Free!

Given this, why would a lawyer of Robbie's alleged stature discredit her litigation by including claims from a charlatan like Tyler Magill? Far from being the "blockbuster" lawsuit that Glamour says it is, Sines v. Kessler is a hot pile of shit that has only survived due to Robbie's wealth, personal friends in the media and close ties to kleptocrats in the Democratic party. In February 2019, Magill quietly moved to dismiss himself from the case and slinked away before he was pressed in court.

In the Glamour puff piece, Robbie repeats her usual fairy tales about how she is bravely standing up to the evil white supremacists in spite of a supposedly unrelenting torrent of threats and abuse. These claims are wild exaggerations, if not outright lies, and are calculated to elicit maximum sympathy from her fellow Jews during the Jewish Holy Days. Robbie has made public appeals during the Jewish

holiday of Purim–in which Jews celebrate the murder of Persian vizier Haman, his 10 sons and 75,000 innocent Persians–to get her fellow Jews writing checks while she issues veiled threats against the defendants.

## Robbie the Victim

In Glamour, Kaplan's Jewish interviewer sets the narrative's table for her:

> When I meet Kaplan for the first time and ask about the threats, she almost smiles. She gets it, how much these men despise her. She's a woman who happens to be both a lesbian and Jewish. Since the 2016 presidential election, she has worn a small star of David around her neck—a personal reminder to keep up the fight against hate in all its nefarious forms.

Support Russia Insider - Go Ad-Free!

Robbie will happily announce her status as Jewish, a woman, and a lesbian yet will accuse anyone who repeats her own words when describing her of "threats."

Robbie has also developed a reputation for making bombastic and irresponsible statements to the press concerning this case. Until my motions to sanction, she operated as if she was above standard procedures and legal ethics. As a defendant in the suit, I moved several times with the court to restrain Kaplan from her attempts to try me in Jewish-run media, instead of the court of law.

In one document I complained to the court that Kaplan was:

- Making statements online that were intended to prejudice the public against the defendants after having asked for a jury trial.
- Making equivocal allegations attempting to tie defendants to Parklands shooter Nikolas Cruz, to murderers of abortion doctors and to Jim Crow era lynchings of black Americans.
- Making religious threats against defendants.
- Openly admitting the case was about shutting down free speech.

- Doing speeches in which pictures of defendants were included in slideshows next to images of burning crosses and hooded klansmen.
- Making statements that imply she has a special connection to the Court.

The "brilliant" Kaplan's response was to claim that she was suffering threats and harassment from defendants. As "evidence" of this, she showed tweets by Jason Kessler in which he does not come close to even the most liberal definition of a "threat," placed above and below Gab posts by a mysterious account calling itself "American Identitarian Party." This account may fool a layman, but it would not fool anyone familiar with alt-right culture. A cartoon Nazi "fed poster" using the tepid Generation Identity's logo for an avatar? Not only does it make no ideological sense, the "American Identitarian Party" had no website, no members, no history, not even a social media presence outside of Gab. In other words, this "party" never existed.

The sole purpose of this "A_I_P" account was to stir the pot and post threats to Roberta Kaplan, who curiously did not legally pursue the offender. This was confusing to many people, as she constantly states that she is on a crusade to punish everyone harboring "white supremacist" ideas. The FBI would've taken it very seriously, since she is wealthy and a member of multiple privileged and protected classes, but no, brave Roberta just shrugged it off, as she is part lesbian Ann Frank and part goyim-slaying Bar Kokhba!

Support Russia Insider - Go Ad-Free!

My motion was initially dismissed by Magistrate Judge Joel Hoppe a few hours after my final reply to Kaplan's opposition was filed, indicating that Hoppe had made up his mind before the fact and was not even considering my arguments. As a relatively young Judge who is no doubt hoping to be nominated to the Federal bench, Hoppe cannot afford to make an enemy of someone as powerful as Kaplan. Kaplan has the influence to decide who gets to play and who doesn't in DC. I objected to Hoppe's ruling, asking that District Court Judge Norman Moon review his decision.

The objection had been lingering with no ruling for several months when Robbie produced more inflammatory propaganda intended to poison the jury pool against defendants. This time it was a *NowThis* video in which Robbie told blatant lies and

featured a video montage with pictures of defendants interspersed with pictures of hooded klansmen and dead blacks hanging from trees.

I filed for emergency relief against Kaplan, sanctioning her for repeated instances of unethical behavior and restraining her from making such statements again publicly. Shortly thereafter I was dismissed from the case without prejudice, thus relieving the judge of the burden of having to make a politically inconvenient decision.

Judge Norman Moon, who has demonstrated over-the-top bias in every "alt-right" case he's had before him (and he seems to get them often) should be ashamed of himself for allowing this circus to continue. Sines v. Kessler is just another wart on our decaying and corrupt institutions where common men who don't even have $1,000 in their bank account are mangled and abused in civil courts by the predatory rich who can pay $10 million to play right up front. The suit should be renamed Goliath v. David, because while the odds are difficult, outside of the box legal thinking can fight them to a standstill.

---

Source: National Justice

---

Support Russia Insider - Go Ad-Free!

SOCIETY

**Our commenting rules:** You can say pretty much anything except the F word. If you are abusive, obscene, or a paid troll, we will ban you. Full statement from the Editor, Charles Bausman.

**43 Comments**   **Russia Insider**                                              ① **Login** ⌄

♡ **Recommend** 4        🐦 **Tweet**    f **Share**                          Sort by Best ⌄



LOG IN WITH        OR SIGN UP WITH DISQUS ?

Name



**Billo** • a day ago

The enemy stack the courts with their bought and paid for judges. Ask Jim Fetzer. He is being railroaded and not allowed to give real evidence or defend himself. The Jews are using our system against us, in many ways.

23 ∧ | ∨ • Reply • Share ›



**Joe** ➔ Billo • a day ago

Actually it is not our system. It is noahide. Our system is common law.

7 ∧ | ∨ • Reply • Share ›



**Le Ruse** ➔ Billo • a day ago • edited

Yupp.. Today in our western Judicial Courts, TRUTH is not admissible as evidence !

7 ∧ | ∨ • Reply • Share ›



**LS** • a day ago

Why do we tolerate these people among us?

15 ∧ | ∨ • Reply • Share ›



**Joe** ➔ LS • a day ago

Because we have not yet reached critical mass in jew awareness. Fear not for we are waking faster than last decade and the next may well be the last for the jew.

8 ∧ | ∨ • Reply • Share ›



**Ocko von Dornum** • a day ago • edited

Federal rulings apply only in the district of Columbia, the territories and a few islands on this planet.
The states are sovereign which means the federals can not rule in the stste.

The Constitution is still valid and USCode has provision against traitors who want to dismantle the Constitution. Treason is s capital offense.

Judges are corrupt that's so since time immemorial. It's also in the Bible.

The remedy against crooked judges is the common law jury where 12 men decide the case.

The 5th and 7th amendment guarantees the unalienable right of due process under a common law jury.

The decision of the jury in the case is final.

Chief justice Scalia confirmed that the common law jury is outside the government as it is only mentioned in the Bill of Rights but not in the Constitution.(constitution says what our servants in government are allowed ((ordained)) to do)

If you want to be free you have to fight for your rights, otherwise anybody can take it away.

This Jewish lawyerette needs to be indicted for treason and attempts to destroy the Constitution.

Any violation of an unalienable right is a serious crime. Judges of course can be indicted too and if it is a conspiracy the capital punishment is right around the corner.

13 ∧ | ∨ • Reply • Share ›



**Truthsayer** → Ocko von Dornum • a day ago

Nice post, but the Constitution died a long time ago.

9 ∧ | ∨ • Reply • Share ›



**Joe** → Truthsayer • a day ago

Its not dead. It can be used IF one is aware of the rules that govern ones life. Not statutes not codes not regulations not bylaws but law. For instance a judge demanded i garnish my own "pay" since i work for myself. I refused. I also told him i have never earned a cent in profit, only equal exchange measured in frn's for my time and skill. He called in a D.O.R. (department of revenue) agent to try and scare me into signing. I refused. During second call the judge ordered the agent to garnish my "pay" and the agent said "your honour we have no record of him". That was the end of that over 25 years ago. I have never paid a cent in income taxes either even though i work in the building trades and have for over 45 years now. I never begged to be a taxpayer.

10 ∧ | ∨ • Reply • Share ›



**patriotpioneer** → Joe • 21 hours ago

Please Write a Book, No, I am not kidding....!

4 ∧ | ∨ • Reply • Share ›



**Joe** → patriotpioneer • 9 hours ago

Very few would look at a book that tells of knowledge that is consciously and unconsciously avoided because of lifelong beliefs and deeply ingrained fear. Most folks internalize belief as their very identity so any facts in opposition are seen and felt as literal attacks. This is an aspect of what i call eternal childhood which the jew has worked hard to impose and what most at this point have gladly adopted and even defend. This clinging to childhood and irresponsibility is slipping though as truth of the jew spreads.

I think it more important to post on various sites to kick folks in their complacency and rile some righteous indignation at legal-jewish perfidy. Leading i hope to the 110th hunt! Book publishing would involve the jews lifeblood, money, and i seek to need and use the least i can. Our using money empowers the jew in ways i have yet to be successful at getting across to most people. Money is not inert! I live a self sufficient life so my time is "spent" on creating what i need to live comfortably outside the use of money as far as possible.

Look into the work of Charlie Sprinkle,

**see more**

Case 3:17-cv-00072-NKM-JCH   Document 576-1   Filed 10/18/19   Page 10 of 29   Pageid#: 7081



**Truthsayer** ➜ Joe • a day ago

I'm impressed. No sarcasm.

4 ∧ | ∨ • Reply • Share ›



**Joe** ➜ Truthsayer • 9 hours ago

Don't be. Instead use energy to copy me!
www.losthorizons.com
http://countyjustice.syntha...

1 ∧ | ∨ • Reply • Share ›



**Richard Hollembeak** • a day ago

With SLPC and all the other scumbag lawyers hard work ,they have done a good job at making a sick joke out of the "legal system" in the USSA .

13 ∧ | ∨ • Reply • Share ›



**Joe** ➜ Richard Hollembeak • a day ago

There are major differences between legal and lawful. The legal realm is noahide while the lawful is common law.

5 ∧ | ∨ • Reply • Share ›



**Truthsayer** • a day ago

Is it a law that every lesbian has to be so butt ugly? Is it possible they turn to the other side because no man would have them?

12 ∧ | ∨ • Reply • Share ›



**Le Ruse** ➜ Truthsayer • a day ago

Yupp, Tell me Truthsayer, would you even considered to dick that ugly broad ?? Myself even a quart of Jim Beam wouldn't sway me ??

7 ∧ | ∨ • Reply • Share ›



**Joe** ➜ Le Ruse • a day ago

PLEASE i'm eating while reading and posting!

5 ∧ | ∨ • Reply • Share ›



**Le Ruse** ➜ Joe • a day ago

Ooops Sorry !
It would be as disgusting to me, if I was eating ??
Can understand you perfectly ??

4 ∧ | ∨ • Reply • Share ›



**Truthsayer** ➜ Le Ruse • a day ago

I can't get that drunk, no...and I drink a lot.

4 ∧ | ∨ • Reply • Share ›



**Joe** → Truthsayer • a day ago • edited

Homosexuality is a sign of a damaged soul.

6 ∧ | ∨ • Reply • Share ›



**Truthsayer** → Joe • a day ago

I think it's in the DNA. No one can just start to have lust for the same sex unless it's hard-wired in...just impossible.

4 ∧ | ∨ • Reply • Share ›



**Gabby Mouse** → Truthsayer • 5 hours ago

No, I don't. Most homos were sexually abused by older perverts when they were young, a bunch of them in a homo bar admitted it to an undercover reporter. That's how they propagate their kind, through sexual abuse of children.

1 ∧ | ∨ • Reply • Share ›



**Truthsayer** → Gabby Mouse • 3 hours ago

Maybe it's both. The old nature/nurture conundrum.

∧ | ∨ • Reply • Share ›



**Joe** → Truthsayer • 10 hours ago

Its all opinion. Based on personal experience not research. After we realign with our natures by removal of the jew from this world we can do real fact based research. At this point this effort is impossible as is peace. The jew has our energy to use against us and this is a main reason t.h.e.y must go.

∧ | ∨ • Reply • Share ›



**Peter Jennings** • a day ago

Taking away one's wealth through bank and finance scams, removing the rights of citizens to proper legal council, manipulating markets, taking away any personal protection apparatus, making the young fear CO2 and insisting everyone pay a tax because it exists, making the public fear young/old white men, taking away the freedom of speech, pushing any decadence as a gender variety. It isn't hard to see what is going on.

No doubt Kaplan is part of the New World Order mob where only they and their cronies get to rule.

7 ∧ | ∨ • Reply • Share ›



**DAN BACKSIDE** • a day ago

fat lesbians are born angry..damn ugly too.

6 ∧ | ∨ • Reply • Share ›



**Gerald Greene** • a day ago

James Fetzer has a book for sale at Moon Rock Books proving the Charlottesville riot to be a planned fraud - Soros and Dems totally implicated. Support Fetzer (lost suit re Sandy Hook fraud) by buying his books. The tribe is moving quickly now to destroy us. Don't let them - unite!



**Joe** ➤ Gerald Greene • a day ago • edited

Keep working at waking people up to what the jew is. The 110th is near and the more righteously angry people we have to join the hunt the sooner we will be rid of the parasite tribe. Don't lose hope. T.h.e.y. will rule right up to the time t.h.e.y. are running for their lives.

2 ∧ | ∨ • Reply • Share ›



**Walter** • a day ago

Degeneracy is being promoted by WHO ?? One guess. They do not belong in our country.

6 ∧ | ∨ • Reply • Share ›



**anonymous4u4me** • a day ago

She is a jew and a lawyer that makes her out of the gate a two time loser.

5 ∧ | ∨ • Reply • Share ›



**patriotpioneer** • 21 hours ago

Deep State= Zionists The people in charge are the one you cannot criticize....( Heck you can't even ask Questions about them...)
Ever look up and see how many members of The U.S. Congress
have dual citizenship with Israel....?

Sometimes the Truth is Simply the Truth.How many National Security Secretes has Israel Stolen from the U.S. ...?
Israel's Mossad is free to do whatever it decides necessary to protect its special status. From stealing state secrets, pilfering uranium to build atomic bombs, dancing before the backdrop of a burning WTC where 3,000 innocents died, and killing US sailors without consequence, Israel can do pretty much whatever it wants in the United States and the West.
Every member of Congress knows you don't call out the racist state of Israel for its crimes (ethnic cleansing, the murder of journalists, medics, and the torture of children).
In fact, our "representatives" are expected to ignore murderous and racist Israeli settlers killing Palestinians and flooding schools with raw sewage, among other despicable crimes.
This ongoing cruelty and inhumanity are rarely if ever reported by a
corporate media celebrating Israel's "democracy" ad nauseam.
Instead of justice and punishment for crimes against humanity, Israel
receives billions of dollars every year from oblivious American
taxpayers (or, more accurately, their children and grandchildren because
the state now operates in deficit fashion, borrowing trillions the
unborn will be obliged to pay).

4 ∧ | ∨ • Reply • Share ›



**LSA 90** • a day ago • edited

Lie not detected. Our rights have become too expensive for some of us to exercise. Exercise your 1st or 2nd amendment rights and watch your life slowly and methodically destroyed. Exercise your right to vote and you get put on a list to be forced to venture at your own expense and risk into one of America's most dangerous cities so that a "teen" has a "jury of his peers."
The jury system has become the new poll tax for suburban whites.

3 ^ | ∨ • Reply • Share ›



**Le Ruse** • a day ago

Humm.. Do I see a US Weimar here ???

3 ^ | ∨ • Reply • Share ›



**John C Carleton** • a day ago

She can get her Russian Expat & Spawn thereof Non Semitic Khazarian well endowed hinny back to the Steppes of Russia from whence came her Non Semitic Turkmen ancestors, who converted to the End of Times Death Cult religion in the year 0740 AD, in the Steppes of Russia.

Don't let the door of the Russian bound plane hit you in that well endowed hinny as you get out of America!



3 ^ | ∨ • Reply • Share ›



**WestWins** • 9 hours ago

Yea.....they are not at the top of the Control Pyramid.....

those ellusive illuminati are! If only we could name them. Hard to see those creatures....they move so fast. But I hear G. Bush is one. So we know at least one.

2 ^ | ∨ • Reply • Share ›



**Gary Sellars** • 11 hours ago

What a disgusting cunt. Ugly inside and out.

2 ^ | ∨ • Reply • Share ›

**AM Hants** • 4 hours ago



The French version:

Zero Brain, Multiple Sexes: Mysterious Creature Unveiled by Parisian Zoo...
https://sputniknews.com/sci...

1  ^  |  ∨  •  Reply  •  Share ›



**JC**  • 9 hours ago

just looked at Yahoo and the first article I see.....Revealed: rightwing push to ban criticism of Israel on US campuses,,,,Rightwing activists are attempting to spread new laws across Republican-controlled states that would ban criticism on public university campuses of Israel and its occupation of Palestinian territory.......https://www.yahoo.com/news/conserva...

1  ^  |  ∨  •  Reply  •  Share ›



**JC**  • 9 hours ago • edited

could you imagine an article like this showing up on Yahoo or MSN or Fox or CNN..ABC CBS NBC..or NYimes...

1  ^  |  ∨  •  Reply  •  Share ›



**Joe** ➜ JC • 9 hours ago

Watch. The tide is turning.

1  ^  |  ∨  •  Reply  •  Share ›



**abinico**  • 26 minutes ago

A jew and a lesbian - that explains a lot.

^  |  ∨  •  Reply  •  Share ›



**Fr. John+**  • 12 hours ago • edited

May God damn her. Oh, wait. She's a Jew. Never mind.

But may God bring her plans to naught. May she have a 'Heather Heyer' event....

^  |  ∨  •  Reply  •  Share ›



**Melville Pouwels**  • 13 hours ago

understand the thing being a lesbian, but sure would like to see her girlfriend...god has been so unkind to some eh??

^  |  ∨  •  Reply  •  Share ›

**ALSO ON RUSSIA INSIDER**

**No More Blank Check: Syria Withdrawal Signals to Saudis That They Cannot …**

63 comments • a day ago


Billo — The Jews want war, we don't. Send the Jews over there and let them fight whoever they want.

**With US out, Russia Brokers Deal Between Assad, Kurds; Keeps Turks in Check**

64 comments • 2 days ago


LS — More and more it is looking like all they will get out of their 'clean break' strategy is a giant Shia shamshir hanging over their heads.

**Unprecedented: US Forces Peacefully Hand Over Key Syrian City to Russians, Syrians**

109 comments • 2 days ago



AM Hants — Wow, what a result.

**Kurdish Reframe: Sentimental US Politicians, Press Outraged That US …**

25 comments • 9 hours ago



Mike — I am very well aware of that. At the end of the day, Israel failed just as the US for that

## FEATURED

STAY CLASSY MSM



### The Alternative Media Can Defeat the Mainstream Media - Here's the Game Plan

Ron Unz 🔥 16,864 💬 218



### What We Are Doing At Russia Insider, and Why - Summer Fund Drive Appeal from the Editor

Charles Bausman 🔥 7,317 💬 312



## Russia Insider Is Working on New Projects, We Will Publish Sparsely for a Few Months

Charles Bausman   🔥 3,802   💬 435

## HELP US BUILD A MOVEMENT!

E-mail

☑ **Daily headlines**
☑ **Letters from the editor, Charles Bausman**
(*more info*)

Subscribe !

## ON FIRE: LAST 7 DAYS



## Russia Liberates Iran From SWIFT Blackmail, Gives Access to Alternative Banking Network

(RT)   🔥 7,004   💬 118

WAR IN SYRIA



## Unprecedented: US Forces Peacefully Hand Over Key Syrian City to Russians, Syrians

Tyler Durden   🔥 7,785   💬 110



## The Necessity of Anti-Semitism

Dr. Andrew Joyce   🔥 6,914   💬 289

# ON FIRE: PREVIOUS WEEK



## Defense Minister Shoigu: US Has Been Waging Hybrid War on Russia for 20 Years

Paul Craig Roberts   🔥 10,015   💬 246

CHRISTIAN ZIONIST MENACE



## Mike Pence Presidency: Neocons and GOP Suits Salivating for Return to Bush-Style Foreign Policy

Barbara Boland   🔥 6,127   💬 153

## ON FIRE: LAST 30 DAYS

WW2 REVISIONISM



### Holohoax Denial Is Not Illegal in Russia, Contrary to Many News Reports

Dr. Matthew Raphael Johnson   🔥 9,448   💬 406



### Must-Read: Brilliant Letter from a White Who Stayed in Zimbabwe - Gross Misrule of Formerly Wealthy Rhodesia

Mike Walsh   🔥 7,627   💬 116



## The Shocking Sexual Mayhem in 1920s Russia Caused by Bolshevik Degeneracy

(The Atlantic) 🔥 14,000  💬 115



## Don't Kid Yourself, Hong Kong is a Straight-Up Color Revolution Stoked by West

Andre Vltchek  🔥 8,198  💬 128

EU CONSERVATIVE UPRISING



## Czechs Offer Africans $4,000 to Leave and Never Return

(Christians for Truth) 🔥 8,420  💬 120



## America: A Land Without Truth

Paul Craig Roberts   🔥 8,567   💬 273



## Maine or Mogadishu? African 'Refugees' Turn White Paradise Into Crime-Ridden Hellhole

John Q. Publius   🔥 15,285   💬 151

TALES OF THE HOLOHOAX



## Another Bombshell Book Crushing the Holohoax Lie, by Son of Jewish Violin Legend Yehudi Menuhin - a Review

Frederick Toeben   (The Unz Review)   🔥 16,711   💬 141



## Three Successful Secret British Plots Against the Russian Empire

Boris Egorov  🔥 7,816  💬 80



## Israeli Ambassador Incensed That Deaf Belgians Can Identify Jews By Their Often Distinctive Noses

(Christians for Truth)  🔥 7,937  💬 210

Support Russia Insider - Go Ad-Free!

## ON FIRE: LIFETIME



## How Long Would the US Navy Survive in a Shooting War?

Marc Hopf  🔥 85,302  💬 674



## Finally Confirmed: US Created ISIS Terror Group

(Zero Hedge) 🔥 101,597 💬 92



## Gloves Are for Sissies: Photographs Show White Helmets Are Immune to Sarin

RI Staff 🔥 80,587 💬 140



## Russian Missile Tech has Made America's Trillion Dollar Navy Obsolete

Dmitry Orlov 🔥 45,758 💬 372



## Ten Good Reasons to Hate Putin

Patrick Armstrong   🔥 85,830   💬 185



## Alex Jones Freaks Out: WAKE UP! LISTEN to Putin! - Media is LYING About WAR with Russia! (Video)

Paul Kaiser   🔥 44,451   💬 189



## BREAKING: Defining Moment for Putin: Stand up to US/Israel Empire of Chaos, or Fold?

Damir Marinovich   🔥 39,374   💬 606



## The Lawsuit That Could Sink the Clintons: Linda Ives Says She Can Prove Feds Covered up Her Son's Murder

Riley Waggaman   🔥 81,191   💬 116



## EPIC FAIL: Why Most US Weapons Systems Are Worse than Russia's

Jacob Dreizin   🔥 47,749   💬 364



## NATO Would Probably Lose a War Against Russia

Shellback   🔥 180,672   💬 517



## Inside the Ultra-Elite Special Forces of the Russian Military (Fantastic Interview)

The Saker   🔥 47,663   💬 144



# The Gloves Come Off: Putin Exposes G20's Financial Ties to ISIS

Rudy Panko   🔥 154,861   💬 114



## Top Spymaster Explains How Russian Intelligence Sees the US

🔥 77,925   💬 139



## Putin to Western Elites: Playtime is Over

Dmitry Orlov   🔥 48,646   💬 93



## Top German Editor: CIA Bribing Journalists

🔥 46,562   💬 57



## The Latest Russian Fighter Jet Blows America's Away

Federico Pieraccini  🔥 229,370  💬 359



## Arizona: Hillary Clinton's Election Fraud Masterpiece

Rudy Panko  🔥 126,392  💬 277



## Putin Bored by Netanyahu's Bible Stories, Invites Israeli PM to Join Real World

Paul Kaiser  🔥 46,530  💬 679



## NATO vs. Russia, Explained In One Picture

Paul Kaiser  🔥 89,794  💬 418



## Putin LOSES IT, Warns Journalists of War: 'I Don't Know How to Get Through to You People' (Video)

Enrico Braun  🔥 234,724  💬 691

## RELATED ARTICLES



### Charlottesville Sentencing Today: Four Young Patriots to Be Crucified for the Crime of Free Speech, Assembly, and Self-Defense

Gregory Conte  Fri, Jul 19 8961  181



### Judge Throws Out Spurious Charges Against 3 Men Who Attended Charlottesville Rally

James Kirkpatrick  Mon, Jun 24 1622  17



**Trump's DOJ Must Investigate AntiFa—Or the US Will Descend Into Civil War**

Charlottesville Survivor Wed, May 1 3569 73



**Charlottesville: The Last Stand of American Freedom**

Gregory Conte Wed, Apr 24 7842 76

Support Russia Insider - Go Ad-Free!

  

JOIN US! | ABOUT | CONTACT | INVESTORS | CROWDFUNDING | RSS

Copyright ©2019
Russia Insider

Privacy
Change Ad Consent