# EXHIBIT 2



**Fr. John+** • 12 hours ago • edited

May God damn her. Oh, wait. She's a Jew. Never mind.

But may God bring her plans to naught. May she have a 'Heather Heyer' event....

• Reply • Share ›