# EXHIBIT 3



**Christopher Cantwell**

Somebody who knew damn well that I am not a threat to anyone, called the theater and/or cops about my last post, and by so doing, interrupted the movie for everyone else, just to inconvenience me. Fortunately, what they actually ended up doing, was informing the theater owners and the police, that my enemies are lowlives and liars who phone in bogus threats to law enforcement. Thanks for adding to my growing invincibility. I wish you scumbags had done this dumb shit before Charlottesville, it would have saved me a lot of trouble.

👁 246 10:59 PM

 7  2   1  1   4