# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

**ELIZABETH SINES et al**

vs.

**JASON KESSLER et al**

Action No: 3:17-cv-00072
Date: October 18, 2019
Judge: Hon. Joel C. Hoppe
Court Reporter: Mary Butenschoen
Deputy Clerk: Joyce C. Jones

Plaintiff Attorney(s)

Michael Bloch, Alan Levine, Jessica Phillips and Erin Ashwell (with an intern)

Defendant Attorney(s)

James Kolenich, John DiNucci, David Campbell, Bryan Jones, William ReBrook

Defendants: Matthew Heimbach, Dillon Hopper and Christopher Cantwell

## LIST OF WITNESSES

PLAINTIFF/GOVERNMENT:
1.

DEFENDANT:
1.

PROCEEDINGS:

Telephonic Conference Call re: Discovery:

Court and parties discuss discovery schedule and setting discovery deadlines.
Court will grant the motions to withdraw for defendants Cantwell and Ray.
Court will set a Status Conference date to make sure discovery schedule is proceeding in a timely manner.
Order forthcoming.

Time in Court: 3:04-5:10= 2 hours and 6 minutes