CLERKS OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
10/28/2019
JULIA C. DUDLEY, CLERK
BY: /s/ J. JONES
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | | |
|---|---|---|
| ELIZABETH SINES et al., | ) | |
| Plaintiffs, | ) | Civil Action No. 3:17-cv-00072 |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JASON KESSLER et al., | ) | By: Joel C. Hoppe |
| Defendants. | ) | United States Magistrate Judge |

This matter is before the Court on a motion by James Kolenich, Esq., and Elmer Woodard, Esq., to withdraw as counsel of record for Defendants Christopher Cantwell and Robert Azzmador Ray. ECF No. 530. The Court held a hearing on October 18, 2019, at which Mr. Kolenich and other case participants appeared by telephone. At the hearing, Mr. Kolenich informed the Court that he and Mr. Woodard had been unable to communicate with Mr. Ray for several months, and that Mr. Cantwell had recently terminated their representation. *See* ECF No. 531. Although Mr. Cantwell initially opposed his counsel's motion, ECF No. 564, he informed the Court during the October 18 hearing that he had in fact fired Messrs. Kolenich and Woodard. As explained on the record, counsel has shown good cause to withdraw from representing these individuals. W.D. Va. Gen. R. 6(i); *see also* ECF Nos. 347, 397, 440, 497. Accordingly, their motion is **GRANTED**, and the Clerk is directed to terminate Mr. Kolenich and Mr. Woodard as counsel of record for Defendants Cantwell and Ray.

Counsel also request an extension of time for Mr. Cantwell and Mr. Ray to answer the Second Amended Complaint, ECF No. 562, which Plaintiffs filed on September 17, 2019, ECF No. 557. That motion is **GRANTED** for the reasons stated on the record during the hearing. Mr. Cantwell and Mr. Ray shall each file an answer or other response to the Second Amended Complaint within fourteen (14) days from the date of this Order. *See* Fed. R. Civ. P. 15(a)(3).

1

Mr. Cantwell and Mr. Ray are each proceeding pro se and, unless and until new counsel enters an appearance on his behalf, each Defendant is solely responsible for conducting his defense in accordance with all rules, court orders, and deadlines in this case. If either Defendant chooses to retain new counsel, that attorney *must be admitted to practice* in the United States District Court for the Western District of Virginia *before* he or she may enter a notice of appearance in this matter. W.D. Va. Gen. R. 6(a)–(d), (i).

The Clerk shall send a copy of this Order to the parties.

ENTER: October 28, 2019

Joel C. Hoppe
U.S. Magistrate Judge