CLERKS OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
11/14/2019
JULIA C. DUDLEY, CLERK
BY: /s/ J. JONES
DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

ELIZABETH SINES, *et al.*,

        *Plaintiffs*,

v.

JASON KESSLER, *et al.*,

        *Defendants.*

CASE NO. 3:17-cv-00072

ORDER

JUDGE NORMAN K. MOON

    This matter is before the Court on its own motion, and on Judge Hoppe's October 30, 2019 Order and Certification, which had ordered Defendant Elliot Kline to appear before this Court on November 25, 2019 at 1:00 P.M. EST to show cause why he should not be adjudged in contempt by reason of the facts so certified. Dkt. 584. On this day, this Court issued an accompanying Order directed to Kline.

    Plaintiffs are hereby advised that they may, but need not, file a response to Judge Hoppe's October 30, 2019 Order and Certification, no later than **Thursday, November 21, 2019** at **5:00 P.M. EST**.

    It is so **ORDERED**.

    The Clerk of the Court is directed to send a certified copy of this Order to the parties.

    Entered this   14th   day of November, 2019.

                                                     NORMAN K. MOON
                                                  SENIOR UNITED STATES DISTRICT JUDGE