CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

NO. ___Civil Action No. 3:17-cv-00072-NKM __

**NOV 15 2019**

JULIA C. DUDLEY, CLERK
BY: _____
DEPUTY CLERK

PETITIONER:

IN THE DISTRICT COURT

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF
VIRGINIA

ELIZABETH SINES, et al

Charlottesville Division

DEFENDANT:

CHRISTOPHER CANTWELL

## ANSWER BY DEFENDANT

The Defendant named above hereby answers the charges brought against him/her
in the aforementioned case as follows:

1. As to the allegations of Paragraph 1, Defendant denies that only "Neo Nazis"
   and "white supremacists" traveled to Charlottesville during those dates, and
   asserts that Antifas, Communists, Anarchists, black supremacists, left
   wingers and associated other persons also were present in Charlottesville

over those dates. Defendant denies that he was present in Charlottesville to terrorize anyone, or commit any acts of violence.  Defendant admits that Charlottesville was the location of his exercise of his rights to free speech, freedom of religion, and freedom of association guaranteed to him by the First Amendment to the United States Constitution.  Defendant denies any allegation inconsistent with the above.

2.  Defendant has no knowledge of the allegations of Paragraph Two as to the attributes of the individual Plaintiffs, their alleged love of political subdivisions nor values, and calls for strict proof thereof.  Defendant has no knowledge of the any injuries to any individual Plaintiffs, and calls for strict proof thereof.  Defendant specifically denies that any individual Plaintiff has any injury attributable to him, and even if so, have suffered no damages as a result thereof.  Defendant was not involved in any alleged car "attack;" he therefore has no knowledge whether any plaintiff was injured in any motor vehicle incident, and calls for strict proof thereof.  Defendant has no knowledge any plaintiff suffers from any psychological or emotional distress, and calls for strict prof thereof. Defendant denies that any "distress" is significant, was not existing before the dates above, or has impaired any Plaintiff sufficient to award said plaintiff any relief. Further, Defendant asserts that any alleged "distress" has been aggravated by plaintiffs' own choice to promote, advertise, and disseminate their alleged experiences in the

media and on social media. Defendant denies any allegation inconsistent with the above.

3. Concerning the allegations of Paragraph 3, Defendant denies that he conspired to plan promote nor carry out violent events in Charlottesville. Defendant asserts that his being armed during the above dates, was pursuant to his New Hampshire issued, and Virginia reciprocated, pistol license, as well as his right to arm in the face of credible threats of violence from the said Antifas, Communists, Anarchists, black supremacists, left wingers and associated other persons. [Bevley v. Commonwealth, 185 Va. 210, 38 S.E.2d 331 (1946); Humphrey, 37 Va.App. 36, 553 S.E.2d 546,(necessity) In assessing the means that Gilbert used, we note the "fundamental doctrine that a person who has been threatened with death or serious bodily harm and has reasonable grounds to believe that such threats will be carried into execution, has the right to arm himself [or herself] in order to combat such an emergency." Bevley v. Commonwealth, 185 Va. 210, 215, 38 S.E.2d 331, 333 (1946). See also Pike v. Commonwealth, 24 Va.App. 373, 375, 482 S.E.2d 839, 840 (1997) (noting that "[t]he common law in this state has long recognized the right of a landowner to order a trespasser to leave, and if the trespasser refuses to go, to employ proper force to expel him"). Gilbert v. Com., 506 S.E.2d 543, 28 Va.App. 466 (Va. App., 1998)] Plaintiffs' allegations as to "neo-Nazis, Klansmen, white supremacists, and white nationalists" and that he allegedly "espouses racist, anti-Semitic,

sexist, homophobic and xenophobic ideologies" are so vague as to prevent any meaningful response; Answering Defendant admits to being a racist, to the extent this exhaustively overused term defines someone who acknowledges the basic realities of genetics and evolutionary psychology. Defendant is proud to call himself a White Nationalist, in that, much like Israel is a home to Jews, and Japan is a home to Japanese, he would very much like to see a home for his ethnic group, and finds opposition to this concept as frustrating as it is curious. Defendant admits to lawfully bringing rifles and pistols and pepper spray to the city of Charlottesville, but denies bringing rifles to the events here in dispute, as these were brought only in the hopes of going target shooting (a favorite hobby of the Defendant), after our permitted demonstration had concluded without incident as was the original plan. Defendant admits to bringing his car keys to UVA on August 11th, and that he had pepper spray on his keychain, as has been part of his "everyday carry" for as long as he has had keys to carry. Defendant admits to bringing a pistol to Lee Park on August 12th, as his New Hampshire issued, and Virginia reciprocated, pistol license entitles him. Neither of these defensive tools are illegal, and neither were in any way misused. Defendant admits to chanting "Jews will not replace us" and "Blood and Soil" joyfully, as his rights enjoyed under the 1st Amendment of our Constitution entitle him. Aside from that, answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis,

deny those allegations, and deny as factually inaccurate any allegations of conspiracy or the planning, intending, committing or ratifying of unlawful acts in this paragraph.

4. Defendant denies the allegations that he planned or coordinated any violent or unlawful acts, and affirmatively asserts that he was present in the city to participate in a permitted demonstration, explicitly having conditioned said participation on close coordination with law enforcement. Defendant is well aware that the violence in the city that day was no accident, knowing that associates of Plaintiffs, primarily groups collectively known as "Antifa", planned it well in advance. They threatened us, and they made good on their threats. This, despite our best efforts to coordinate with law enforcement to prevent that outcome. Defendant eagerly await the opportunity to show this glaringly obvious this truth in Court. Defendant has no idea what people he barely knows said. Aside from that Answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis, deny those allegations, and deny as factually inaccurate any allegations of conspiracy or the planning, intending, committing or ratifying of unlawful acts in this paragraph.

   a. See Exhibit10-MeetClip.mp3 which is audio from Defendant Cantwell's body camera, at the "leadership meeting" of August 11th 2017, in which Defendant Cantwell refused to participate in the UVA torchlit march unless law enforcement was involved in the event, suggesting if they

would not so agree, that the event should be called off. Plaintiffs'

counsel have had this video in their possession for over a year. Even if

the Plaintiffs were so delusional as to believe this when this suit was

initially brought, they must certainly have been dissuaded of this myth

prior to filing this amended complaint.



**Emily Ghoulcenski** ✔ @EmilyGorcenski · Aug 9, 2017
Here's an idea: white cis men don't get a say in how trans women of color
respond to gender and racial oppression.

💬 8          ↻ 11          ♡ 86          ⬆



**Emily Ghoulcenski** ✔
@EmilyGorcenski

We throw bricks so y'all motherfuckers can have proggy |
feels about gay marriage

8:22 AM · Aug 9, 2017 · Twitter for Android

**2** Retweets     **41** Likes

b.



c.

5. This is untrue, and the Plaintiffs are well aware of this fact. This is the exact opposite of the truth. The violence was planned by associates of Plaintiffs, and Defendants did everything they could to prevent this.

a. See Exhibit10-MeetClip.mp3 which is audio from Defendant Cantwell's body camera, at the "leadership meeting" of August 11th, in which Defendant Cantwell refused to participate in the UVA torchlit march unless law enforcement was involved in the event, suggesting if they would not so agree, that the event should be called off. Plaintiffs' counsel have had this video in their possession for over a year. Even if the Plaintiffs were so delusional as to believe this when this suit was initially brought, they must certainly have been dissuaded of this myth prior to filing this amended complaint.

6. Defendant has no idea what Orin Hatch said. The rest of this is obviously not true, and the Plaintiffs are well aware of this fact.

7. Defendant is certain this lawsuit aims to do no such thing. This lawsuit is an effort to bankrupt Defendants, to collect information on their associations, to prevent their participation in political discourse, and to terrify others who might join us. In this, it has been remarkably successful.

8. The allegations of Paragraph 8 are legal conclusions and require no response.

9. The allegations of Paragraph 9 are legal conclusions and require no response.

10. Defendant has no knowledge of Seth Wispelwey's credentials or history, denies same, and calls for strict proof thereof. Defendant denies that Wispelwey was affected by any alleged "intentional and coordinated plans to commit violence" Defendant affirmatively asserts that on or about July 1, 2017, Wispelwey conspired with others to create an organization entitle Congregate Charlottesville to prevent Unites States Citizens from exercising their first amendment rights by planning and coordinating with the individual and institutional members of the Charlottesville Clergy Collective, Brandy Daniels, Osagyefo Sekou, Cornel West,  and others, to block the public highway and public parks in violation of Virginia law on August 12 in Charlottesville,  thereby provoking  violence, and violating the rights of United State citizens under Constitution of the United States.  Defendant denies that Wispelwey's medical difficulties are a result of Defendant's

actions or omissions at any time, and assert that they are the result of his own intentional choice to engage in unlawful and unconstitutional activities with his co-conspirators. Defendant denies any allegation inconsistent with the above.

11. Defendant has no knowledge of April Muniz, accordingly denies same, and calls for strict proof thereof. To the extent that she was present with a violent mob on August 12, Defendant denies that Muniz "peacefully protested" on August 12, and calls for strict proof thereof. Defendant denies any intentional or coordinated plan to commit violence against minorities including Muniz, denies any knowledge or participation in any alleged intimidation or harassment of her, and calls for strict proof thereof. Defendant has no knowledge of Muniz proximity to any car driven by anyone, any injuries, damage, or economic loss, resulting therefrom, and accordingly denies same. Defendant denies any allegation inconsistent with the above.

12. Defendant has no knowledge of John Doe, accordingly denies all allegations as to him, and calls for strict proof thereof. Defendant denies any allegation inconsistent with the above.

13. Answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis, deny those allegations, and denies as factually inaccurate any allegations of

conspiracy or the planning, intending, committing or ratifying of unlawful acts in this paragraph

14. Defendant has no knowledge of Sines' personal history.  Defendant denies the Sines protested on August 11; she was a mere observer from the UVA Rotunda, according to her own video. Defendant has no knowledge of her activities on August 12, but denies that any distress or shock was the result of any of Defendant's activities on August 12.  Defendant further asserts that Sines aggravated any alleged distress or shock by reliving it repeatedly for the media and on social media. Defendant denies any allegation inconsistent with the above.

15. Defendant has no knowledge of Blair's personal history and accordingly denies same.  Defendant has no knowledge of Blair's physical injuries nor alleged emotional distress, and affirmatively asserts that Blair aggravated any distress by repeatedly reliving same on media and social media. Defendant denies any allegation inconsistent with the above.

16. Defendant has no knowledge of Martin's personal history and accordingly denies same. Defendant denies that Martin was peacefully protesting to the extent that he was present with the violent mob on August 12.  Defendant denies that Fields intentionally rammed anyone, as it is Defendant Cantwell's understanding that Fields was fleeing the rifle of Redneck Revolt's Dwayne Dixon. Defendant has no knowledge of Martins whereabouts at the

time, and accordingly denies all facts alleged relating thereto, and calls for strict proof thereof. Defendant denies any allegation inconsistent with the above.

    a.  See Exhibit23-DixonConfession.mp4 – Video of Dwayne Dixon admitting to aiming a rifle at Defendant Fields just before the car wreck.

17. Defendant has no knowledge of Romero's personal history and accordingly denies same. Defendant denies that Romero's associates were "community members and students", having identified such violent criminals as Thomas Massey, Thomas Keenan, Lindsay Elizabeth Moers, and Mike Longo Jr., all of Philadelphia, and referenced here forth as "Philly Antifa".  If Romero was peacefully protesting, she made the mistake of doing so in the company of Left wing terrorists who attacked Defendants, thereby causing all the violence of the weekend in dispute. Defendant denies that Fields intentionally rammed anyone, as it is Defendant Cantwell's understanding that Fields was fleeing the rifle of Redneck Revolt's Dwayne Dixon. Defendant has no knowledge of Martins whereabouts at the time, accordingly denies all facts alleged relating thereto, and calls for strict proof thereof. Defendant denies any allegation inconsistent with the above.

a.  See Exhibit23·DixonConfession.mp4 – Video of Dwayne Dixon admitting to aiming a rifle at Defendant Fields just before the car wreck.

18. Defendant has no knowledge of Alvarado's personal history and accordingly denies same. If Alvarado was peacefully protesting, she made the mistake of doing so in the company of Left wing terrorists, such as violent criminals identified as Thomas Massey, Thomas Keenan, Lindsay Elizabeth Moers, and Mike Longo Jr., all of Philadelphia, and referenced here forth as "Philly Antifa", who attacked Defendants, thereby causing all the violence of the weekend in dispute. Defendant denies that Fields intentionally rammed anyone, as it is Defendant Cantwell's understanding that Fields was fleeing the rifle of Redneck Revolt's Dwayne Dixon. Defendant has no knowledge of Martins whereabouts at the time, accordingly denies all facts alleged relating thereto, and calls for strict proof thereof. Defendant denies any allegation inconsistent with the above.

a.  See Exhibit23·DixonConfession.mp4 – Video of Dwayne Dixon admitting to aiming a rifle at Defendant Fields just before the car wreck.

19. Defendant has no knowledge of Baker's personal history and accordingly denies same. If Baker was peacefully protesting, he made the mistake of doing so in the company of Left wing terrorists, such as violent criminals

identified as Thomas Massey, Thomas Keenan, Lindsay Elizabeth Moers, and Mike Longo Jr., all of Philadelphia, and referenced here forth as "Philly Antifa", who attacked Defendants, thereby causing all the violence of the weekend in dispute. Defendant denies that Fields intentionally rammed anyone, as it is Defendant Cantwell's understanding that Fields was fleeing the rifle of Redneck Revolt's Dwayne Dixon. Defendant has no knowledge of Martins whereabouts at the time, accordingly denies all facts alleged relating thereto, and calls for strict proof thereof. Defendant denies any allegation inconsistent with the above.

    a.  See Exhibit23-DixonConfession.mp4 – Video of Dwayne Dixon admitting to aiming a rifle at Defendant Fields just before the car wreck.

20. This paragraph does not warrant a response from answering Defendant.

21. This paragraph does not warrant a response from answering Defendant.

22. Defendant Cantwell is a professional entertainer from New Hampshire, and finds this framing of his humor nothing short of defamatory. Defendant admits to being charged with the crimes listed in this paragraph, and notes that they were dropped once the allegations were proven to be fabricated. Defendant Cantwell went on to sue his accusers for malicious prosecution, but after that abuse of our Courts bankrupted him, he pleaded guilty to two

misdemeanors, was released the same day, and signed a mutual release of all claims, along with his tormenters, who are not party to this suit.

    a.  See Exhibit19·FightNarrated.mp4 – A video produced by a third party illustrating the lies of Cantwell's accusers.

    b.  See Exhibit22·Cantwell·v·Gorcenski·Complaint.docx · Cantwell's malicious prosecution complaint against his accusers from the criminal matter.

    c.  See Exhibit21·SignedPlea.pdf – Plea agreement signed by Cantwell and Albemarle CA Robert Tracci

    d.  See Exhibit15·CantwellPrelim.pdf · The transcript of Cantwell's preliminary hearing.

    e.  See Exhibit20·GorcenskiRelease.pdf – Mutual release of all claims in the malicious prosecution suit.

23. Defendant Cantwell barely knows any of his codefendants, and is thus incapable of answering as to their histories, much less what goes on in their hearts and minds.

24. Defendant Cantwell barely knows any of his codefendants, and is thus incapable of answering as to their histories, much less what goes on in their hearts and minds.

25. Defendant Cantwell barely knows any of his codefendants, and is thus incapable of answering as to their histories, much less what goes on in their hearts and minds.

26. Defendant Cantwell barely knows any of his codefendants, and is thus incapable of answering as to their histories, much less what goes on in their hearts and minds.

27. Defendant Cantwell barely knows any of his codefendants, and is thus incapable of answering as to their histories, much less what goes on in their hearts and minds.

28. Defendant Cantwell barely knows any of his codefendants, and is thus incapable of answering as to their histories, much less what goes on in their hearts and minds.

29. Defendant Cantwell barely knows any of his codefendants, and is thus incapable of answering as to their histories, much less what goes on in their hearts and minds.

30. Defendant Cantwell barely knows any of his codefendants, and is thus incapable of answering as to their histories, much less what goes on in their hearts and minds.

31. Defendant Cantwell barely knows any of his codefendants, and is thus incapable of answering as to their histories, much less what goes on in their hearts and minds.

32. Defendant Cantwell barely knows any of his codefendants, and is thus incapable of answering as to their histories, much less what goes on in their hearts and minds.

33. Defendant Cantwell barely knows any of his codefendants, and is thus incapable of answering as to their histories, much less what goes on in their hearts and minds.

34. Defendant Cantwell barely knows any of his codefendants, and is thus incapable of answering as to their histories, much less what goes on in their hearts and minds.

35. Defendant Cantwell barely knows any of his codefendants, and is thus incapable of answering as to their histories, much less what goes on in their hearts and minds.

36. Defendant Cantwell barely knows any of his codefendants, and is thus incapable of answering as to their histories, much less what goes on in their hearts and minds.

37. Defendant Cantwell barely knows any of his codefendants, and is thus incapable of answering as to their histories, much less what goes on in their hearts and minds.

38. Defendant Cantwell barely knows any of his codefendants, and is thus incapable of answering as to their histories, much less what goes on in their hearts and minds.

39. Defendant Cantwell barely knows any of his codefendants, and is thus incapable of answering as to their histories, much less what goes on in their hearts and minds.

40. Defendant Cantwell barely knows any of his codefendants, and is thus incapable of answering as to their histories, much less what goes on in their hearts and minds.

41. Defendant Cantwell barely knows any of his codefendants, and is thus incapable of answering as to their histories, much less what goes on in their hearts and minds.

42. Defendant Cantwell barely knows any of his codefendants, and is thus incapable of answering as to their histories, much less what goes on in their hearts and minds.

43. Defendant Cantwell barely knows any of his codefendants, and is thus incapable of answering as to their histories, much less what goes on in their hearts and minds.

44. Denied.

I. Defendant Cantwell did nothing of the sort.

A. Defendant Cantwell did nothing of the sort. Plaintiffs and their co-conspirators make no secret of their violence, or their reasoning for it. As long as we're quoting extremist literature;

> There are three main arguments that anti-fascists use to justify their occasional violence. First, as explained in Chapter 4, anti-fascists make a historical argument based on the accurate observation that "rational debate" and the institutions of government have failed to consistently halt the rise of fascism. Given that fact, they argue that the only hope to prevent a sequel is to physically prevent any potential fascist advance. Second, they point to the many successful examples of militant anti-fascism shutting down or severely hampering far-right organizing since the end of World War II. Third, fascist violence often necessitates self-defense—although anti-fascists challenge conventional interpretations of self-defense grounded in individualistic personal ethics by legitimating offensive tactics in order to forestall the potential need for literal elf-defense down the line.

In other words, anti-fascists don't wait for a fascist threat to become violent before acting to shut it down, physically if necessary. As Murray from Baltimore ARA explained it,

> You fight them by writing letters and making phone calls so you don't have to fight them with fists. You fight them with fists so you don't have to fight them with knives. You fight them with knives so you don't have to fight them with guns. You fight them with guns so you don't have to fight them with tanks.

> *~ Mark Bray – Author of Antifa: The Anti-Fascist Handbook*

45. Denied.

46. Defendant Cantwell did not "select" anything. In his capacity as a professional entertainer, he was invited to speak at this event, and had nothing to do with the planning of it. Defendant Cantwell shares the opinion of most Americans, that tearing down historical monuments is an assault on his country, and thus accepted this invitation.

47. Defendant Cantwell did everything in his power to prevent violence, and Plaintiffs know it. Defendant sought to preserve the statue, just as the courts in the city ultimately sought to do.

    a.  See Exhibit10-MeetClip.mp3 which is audio from Defendant Cantwell's body camera, at the "leadership meeting" of August 11th, in which Defendant Cantwell refused to participate in the UVA torchlit march unless law enforcement was involved in the event, suggesting if they would not so agree, that the event should be called off. Plaintiffs' counsel have had this video in their possession for over a year.

48. Defendant Cantwell has no meaningful knowledge of the events here described, other than to note that they are lawful and non-violent, and that the lawful and non-violent nature of events prior to those in dispute, impacted his decision to attend the events in dispute. Where Plaintiffs have obtained knowledge as to the inner workings of Defendants' hearts and minds remains unexplained, and on that basis, this aspect is denied by answering Defendant.

49. Defendant Cantwell has no meaningful knowledge of the events here described, other than to note that they are lawful and non-violent, and that the lawful and non-violent nature of events prior to those in dispute, impacted his decision to attend the events in dispute. Where Plaintiffs have obtained knowledge as to the inner workings of Defendants' hearts and minds remains unexplained, and on that basis, this aspect is denied by answering Defendant.

50. Defendant Cantwell has no meaningful knowledge of the events here described, other than to note that they are lawful and non-violent, and that the lawful and non-violent nature of events prior to those in dispute, impacted his decision to attend the events in dispute. Where Plaintiffs have obtained knowledge as to the inner workings of Defendants' hearts and minds remains unexplained, and on that basis, this aspect is denied by answering Defendant.

51. Defendant Cantwell has no meaningful knowledge of the events here described, other than to note that they are lawful and non-violent, and that the lawful and non-violent nature of events prior to those in dispute, impacted his decision to attend the events in dispute.

52. Defendant Cantwell has no meaningful knowledge of the events here described, other than to note that they are lawful and non-violent, and that the lawful and non-violent nature of events prior to those in dispute, impacted his decision to attend the events in dispute.

53. Defendant Cantwell has no meaningful knowledge of the events here described, other than to note that they are lawful and non-violent, and that the lawful and non-violent nature of events prior to those in dispute, impacted his decision to attend the events in dispute.

54. Defendant Cantwell has no meaningful knowledge of the events here described, other than to note that they are lawful and non-violent, and that

the lawful and non-violent nature of events prior to those in dispute, impacted his decision to attend the events in dispute. Where Plaintiffs have obtained knowledge as to the inner workings of Defendants' hearts and minds remains unexplained, and on that basis, this aspect is denied by answering Defendant.

55. Defendant Cantwell has no meaningful knowledge of the events here described, other than to note that they are lawful and non-violent, and that the lawful and non-violent nature of events prior to those in dispute, impacted his decision to attend the events in dispute. Where Plaintiffs have obtained knowledge as to the inner workings of Defendants' hearts and minds remains unexplained, and on that basis, this aspect is denied by answering Defendant.

56. Defendant Cantwell has no meaningful knowledge of the events here described, other than to note that they are lawful and non-violent, and that the lawful and non-violent nature of events prior to those in dispute, impacted his decision to attend the events in dispute.

57. Answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis, deny those allegations, and denies as factually inaccurate any allegations of conspiracy or the planning, intending, committing or ratifying of unlawful acts in this paragraph.

58. Defendant Cantwell has no meaningful knowledge of the events here described, other than to note that they are lawful and non-violent, and that the lawful and non-violent nature of events prior to those in dispute, impacted his decision to attend the events in dispute.

**B. Defendant Cantwell did no such thing. Plaintiffs and their co-conspirators Planned and Coordinated a Scheme to Incite Violence, Threaten, Intimidate, and Harass Defendants on August 11th and 12th.**

This chapter will explore the main contours of the current debates surrounding "no platforming" and anti-fascist violence. Are liberals right that confronting fascists only makes them grow stronger? Should we just ignore them? If so many people glorify fighting Nazis in the 1930s and '40s, why do they disparage confronting them today? Does research really show that violence only plays into fascist hands? After answering these questions, I will discuss the danger of machismo, the fetishization of violence, and the role of feminism in anti-fascism. Next, I will address the relationship between militant anti-fascism, popular politics, and public opinion. Can black blocs and popular struggle coexist?

*~ Mark Bray – Author of Antifa: The Anti-Fascist Handbook*

59. Denied as contradicted by evidence and common sense. Defendant Cantwell hardly knew any of these people, and even if he were prone to violent

criminal conspiracies, which he is not, he would not be hatching them with perfect strangers at highly publicized events, on camera, in coordination with law enforcement and the media. Defendant Cantwell repeatedly called for all who would heed his advice to obey the law.

a. See Exhibit10-MeetClip.mp3 which is audio from Defendant Cantwell's body camera, at the "leadership meeting" of August 11th 2017, in which Defendant Cantwell refused to participate in the UVA torchlit march unless law enforcement was involved in the event, suggesting if they would not so agree, that the event should be called off. Plaintiffs' counsel have had this video in their possession for over a year. Even if the Plaintiffs were so delusional as to believe this when this suit was initially brought, they must certainly have been dissuaded of this myth prior to filing this amended complaint.

b. See Exhibit17-CPDDetective20170717.mp3 a recording of a phone call in which Defendant Cantwell discussed his plans with a Charlottesville Detective on July 17th 2017

c. See Exhibit24-UTR-Updates-Blogpost.pdf – A blog post from ChristopherCantwell.com dated August 8th 2017, and updated on August 9th. In which Defendant Cantwell says;

i.   The police have said they will still cooperate with us, by keeping out Antifa and other opponents, setting up barricades, and doing their best to maintain peace and order in the city.

ii.   Civil disobedience and guns do not go well together, however. No matter what anyone else says, if you never take another word of advice from me again, heed this warning: If you are coming armed, obey the law, and the orders of law enforcement, no matter what. You cannot tell the cops to go to hell with a gun on your hip. It puts all of us, and our cause at risk.

iii.   Whatever violent ideas we entertain on the Radical Agenda are not to be carried out here. The Radical Agenda is an entertainment program, and if you try to start a revolution this weekend, it will not be the revolution you bargained for, I promise. If you want to prove yourself a warrior, show some discipline first.

60. Defendant Cantwell would not have participated if the events were unlawful, and thus was happy to hear about the permit. Defendant Cantwell sought to increase the size of his audience, customer base, and bank accounts, by speaking at this event as he has spoken at countless other lawful, and peaceful demonstrations. The allegations of intent to do violent, illegal, and

oppressive things is contradicted by evidence and common sense, and on that basis, are denied by answering Defendant.

a. See Exhibit17-CPDDetective20170717.mp3 a recording of a phone call in which Defendant Cantwell discussed his plans with a Charlottesville Detective on July 17th 2017

b. See Exhibit10-MeetClip.mp3 which is audio from Defendant Cantwell's body camera, at the "leadership meeting" of August 11th, in which Defendant Cantwell refused to participate in the UVA torchlit march unless law enforcement was involved in the event, suggesting if they would not so agree, that the event should be called off. Plaintiffs' counsel have had this video in their possession for over a year. Even if the Plaintiffs were so delusional as to believe this when this suit was initially brought, they must certainly have been dissuaded of this myth prior to filing this amended complaint.

c. See Exhibit24-UTR-Updates-Blogpost.pdf – A blog post from ChristopherCantwell.com dated August 8th 2017, and updated on August 9th. In which Defendant Cantwell says;

i. The police have said they will still cooperate with us, by keeping out Antifa and other opponents, setting up barricades, and doing their best to maintain peace and order in the city.

ii. Civil disobedience and guns do not go well together, however. No matter what anyone else says, if you never take another word of advice from me again, heed this warning: If you are coming armed, obey the law, and the orders of law enforcement, no matter what. You cannot tell the cops to go to hell with a gun on your hip. It puts all of us, and our cause at risk.

iii. Whatever violent ideas we entertain on the Radical Agenda are not to be carried out here. The Radical Agenda is an entertainment program, and if you try to start a revolution this weekend, it will not be the revolution you bargained for, I promise. If you want to prove yourself a warrior, show some discipline first.

61. This paragraph does not warrant a response from answering Defendant.

62. At least so far as it pertains to Defendant Cantwell, this is not only false, but patently absurd. Defendant Cantwell hardly knew any of these people, and even if he were prone to violent criminal conspiracies, which he is not, he would not be hatching them with perfect strangers at highly publicized events, on camera, in coordination with law enforcement and the media.

a. Defendant Cantwell conditioned his participation in the events here in dispute on close coordination with law enforcement by the event organizers. For example;

    i.  See Exhibit17-CPDDetective20170717.mp3 a recording of a phone call in which Defendant Cantwell discussed his plans with a Charlottesville Detective on July 17th 2017

    ii.  See Exhibit10-MeetClip.mp3 which is audio from Defendant Cantwell's body camera, at the "leadership meeting" of August 11th, in which Defendant Cantwell refused to participate in the UVA torchlit march unless law enforcement was involved in the event, suggesting if they would not so agree, that the event should be called off. Plaintiffs' counsel have had this video in their possession for over a year. Even if the Plaintiffs were so delusional as to believe this when this suit was initially brought, they must certainly have been dissuaded of this myth prior to filing this amended complaint.

b.  See Exhibit24-UTR-Updates-Blogpost.pdf – A blog post from ChristopherCantwell.com dated August 8th 2017, and updated on August 9th. In which Defendant Cantwell says;

    i.  The police have said they will still cooperate with us, by keeping out Antifa and other opponents, setting up barricades, and doing their best to maintain peace and order in the city.

    ii.  Civil disobedience and guns do not go well together, however. No matter what anyone else says, if you never take another word of

advice from me again, heed this warning: If you are coming armed, obey the law, and the orders of law enforcement, no matter what. You cannot tell the cops to go to hell with a gun on your hip. It puts all of us, and our cause at risk.

iii. Whatever violent ideas we entertain on the Radical Agenda are not to be carried out here. The Radical Agenda is an entertainment program, and if you try to start a revolution this weekend, it will not be the revolution you bargained for, I promise. If you want to prove yourself a warrior, show some discipline first.

63. Answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis, deny those allegations, and denies as factually inaccurate any allegations of conspiracy or the planning, intending, committing or ratifying of unlawful acts in this paragraph.

64. Defendant Cantwell met Kesler for the first time on August 9th, and even if he were inclined to violent criminal conspiracies, which he is not, he would not do so with a complete stranger. Denied.

65. Defendant Cantwell attended the meeting referenced, and since Plaintiffs have the body camera video from that meeting, even they know we did no such thing as here alleged. Again, Defendant Cantwell barely knew any of

these people, and it defies common sense that he would, after a decade of lawful nonviolent activism, and years of being a media producer, show up to a park with complete strangers to hatch a violent criminal conspiracy.

   a. See Exhibit10-MeetClip.mp3 which is audio from Defendant Cantwell's body camera, at the "leadership meeting" of August 11th, in which Defendant Cantwell refused to participate in the UVA torchlit march unless law enforcement was involved in the event, suggesting if they would not so agree, that the event should be called off. Plaintiffs' counsel have had this video in their possession for over a year. Even if the Plaintiffs were so delusional as to believe this when this suit was initially brought, they must certainly have been dissuaded of this myth prior to filing this amended complaint.

66. Answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis, deny those allegations, and denies as factually inaccurate any allegations of conspiracy or the planning, intending, committing or ratifying of unlawful acts in this paragraph.

67. So far as it pertains to Defendant Cantwell, the internet is a valuable tool for doing completely legal things, and Plaintiffs do not so much as credibly attribute a specific statement of intent to do anything illegal to Defendant Cantwell. Plaintiffs have had access to Defendant Cantwell's Discord Logs

since prior to filing this suit, as well as access to his website and social media presence. None of which contain anything even remotely resembling that which is alleged in this paragraph.

68. Defendant Cantwell cannot speak for the Daily Stormer, and as stated in the prior paragraph, has used the Internet for perfectly legal things.

69. Defendant Cantwell hosts a radio show and interviews people, the "rally" was discussed, and every bit of that is publicly available, as Plaintiffs well know. All of it was legal, as Plaintiffs also well know. Aside from that, Answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis, deny those allegations, and denies as factually inaccurate any allegations of conspiracy or the planning, intending, committing or ratifying of unlawful acts in this paragraph.

70. Defendant Cantwell made a total of 13 Posts to the Charlottesville 2.0 Discord, and Plaintiffs have had access to these since prior to filing this suit. None of those posts even hinted at anything illegal, and Plaintiffs are well aware of this fact.

    a. See Exhibit16-CantwellDiscord.pdf – All Discord posts attributed to Defendant Cantwell from all the Discord servers which Leftist media outlet Unicorn Riot has released.

    i. The first post from Cantwell is dated August 1st 2017

    ii. This 1st of 13 total posts read "Hey guys, I'm just popping my head in to show my face. I don't use Discord much, but I see a lot of alt righters using it, so perhaps I should start." – and hardly constitutes a violent conspiracy months in the making.

71. While Plaintiffs are able to produce many "edgy" posts from the Charlottesville 2.0 Discord, most of them can only be attributed to anonymous and pseudonymous accounts which for all we know are the Plaintiffs, and none of which are evidence of a conspiracy to break the law. As noted in Paragraph 70, none of those perfectly lawful edgy posts can be attributed to Defendant Cantwell. Defendant Cantwell had no moderation privileges on the Discord to stop them, and as indicated by his first post on August 1st 2017, Defendant Cantwell was not in such regular use of the system to even have any awareness of such posts.

  a. See Exhibit14-Unnamedandpseudonymous.pdf – Noting that nearly all "edgy" posts noted by Plaintiffs came from accounts which are not identified by the names of any Defendant.

72. While the Discord may have been "invite only" as a technical matter, it was clearly not "secret" or difficult to gain access to. The logs were published by Unicorn Riot, and the channel had been infiltrated by associates and co-conspirators of the Plaintiffs, well in advance. Unicorn Riot leaked 67

different Right wing Discord servers. This necessarily implies a deep infiltration of the ranks of Defendants' various associations which, given the invite only nature of the platforms, implies a great deal of deception had to have been involved.

a. For example, see this Tweet by Charlottesville resident Emily Gorcenski, who bragged about how their "intel networks" had "outclassed ... the cops" and how they used the information gathered to "disrupt" the permitted demonstration Defendants had planned.

i. or example, see this Tweet by Emily F

Emily G, Cville. @EmilyGorcenski

One story that hasn't been told about #Charlottesville is how our intel networks dramatically outclassed both the alt-right's and the cops'.

7:34 AM - 19 Aug 2017

150 Retweets 393 Likes

10 150 393

Emily G, Cville. @EmilyGorcenski · 19 Aug 2017

Replying to @EmilyGorcenski

Civilian-gathered intel is often not taken seriously by authorities, but we used it widely to plan, disrupt, monitor, and respond.

2 36 182

Emily G, Cville. @EmilyGorcenski · 19 Aug 2017

The reason media was at Cantwell's walmart gathering? Our intel. The torch rally? Our intel.

3 34 174

Emily G, Cville. @EmilyGorcenski · 19 Aug 2017

We strategically leaked info knowing they were watching and processed their reactions in real time.

1 27 144

ii. Gorcenski is a self proclaimed "Antifa" adherent, and dangerous extremist, as can be seen in **Exhibit13-GorcenskiDangerousAntifa.pdf**

b. In any case, while this guilt by association may be used to describe the moderators as derelict in their duties, it is nothing short of defamatory

to associate Defendant Cantwell with anything unlawful on the Discord server.

73. So far as it pertains to Defendant Cantwell, this is disproven by information Plaintiffs have had since before filing this lawsuit. As shown in Paragraphs 70, 71, and 72. Cantwell barely used the Discord Server, certainly engaged in no violent criminal conspiracy, and Plaintiffs have known this since before filing this suit. To say so amounts to a malicious and willful effort to materially mislead this court.

    a. See Exhibit16-CantwellDiscord.pdf – All Discord posts attributed to Defendant Cantwell from all the Discord servers which Leftist media outlet Unicorn Riot has released.

        i. The first post from Cantwell is dated August 1st 2017

        ii. This 1st of 13 total posts read "Hey guys, I'm just popping my head in to show my face. I don't use Discord much, but I see a lot of alt righters using it, so perhaps I should start." – and hardly constitutes a violent conspiracy months in the making.

74. Answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis, deny those allegations, and denies as factually inaccurate any allegations of

conspiracy or the planning, intending, committing or ratifying of unlawful acts in this paragraph.

75. Answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis, deny those allegations, and denies as factually inaccurate any allegations of conspiracy or the planning, intending, committing or ratifying of unlawful acts in this paragraph.

76. Answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis, deny those allegations, and denies as factually inaccurate any allegations of conspiracy or the planning, intending, committing or ratifying of unlawful acts in this paragraph.

77. Answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis, deny those allegations, and denies as factually inaccurate any allegations of conspiracy or the planning, intending, committing or ratifying of unlawful acts in this paragraph.

78. Answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis, deny those allegations, and denies as factually inaccurate any allegations of

conspiracy or the planning, intending, committing or ratifying of unlawful acts in this paragraph.

79. Answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis, deny those allegations, and denies as factually inaccurate any allegations of conspiracy or the planning, intending, committing or ratifying of unlawful acts in this paragraph.

80. Defendant Cantwell had a Discord Server for Radical Agenda listeners, which was not in any meaningful way used to coordinate events of that weekend. Defendant Cantwell only has second hand knowledge of other Discord servers. Aside from that, Answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis, deny those allegations, and denies as factually inaccurate any allegations of conspiracy or the planning, intending, committing or ratifying of unlawful acts in this paragraph.

81. Answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis, deny those allegations, and denies as factually inaccurate any allegations of conspiracy or the planning, intending, committing or ratifying of unlawful acts in this paragraph.

82. Answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis, deny those allegations, and denies as factually inaccurate any allegations of conspiracy or the planning, intending, committing or ratifying of unlawful acts in this paragraph.

83. Answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis, deny those allegations, and denies as factually inaccurate any allegations of conspiracy or the planning, intending, committing or ratifying of unlawful acts in this paragraph.

84. Answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis, deny those allegations, and denies as factually inaccurate any allegations of conspiracy or the planning, intending, committing or ratifying of unlawful acts in this paragraph.

C. Defendants encouraged attendance, but only associates and co-conspirators of Plaintiffs Promoted, Violence, and Imagery Designed to Threaten, Intimidate, and Harass.

From Tom Hanks in Saving Private Ryan and Brad Pitt in Inglourious Basterds to Indiana Jones, nothing seems to delight American moviegoers more than killing Nazis. As the epitome of historical evil, seemingly any form of punishment

unleashed upon the fascist body—whether baseball bats to the head from Tarantino's "Bear Jew" or airplane propellers slicing up a German mechanic in Raiders of the Lost Ark—elicits a cathartic delight at the unleashing of vengeful justice at a very safe chronological and spatial distance. Since World War II is the least controversial war in American history, few dispute the legitimacy of fighting Nazis in the late 1930s and '40s.

But would those same moviegoers consider it just as heroic to fight Nazis before the outbreak of war, while Hitler's regime was building camps and ghettos? Or before Hitler even took power in 1933? How would Americans respond to a cinematic depiction of communist and social democratic organizations, such as the Red Front Fighters' League, the Iron Front for Resistance Against Fascism, and Antifaschistische Aktion when they fought the Nazi Sturmabteilung in the 1920s and '30s? I like to imagine most Americans would sympathize with these militant formations because they know that the story ultimately ends in the gas chambers.

*Mark Bray – Author of Antifa: The Anti-Fascist Handbook*

85. Answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis, deny those allegations, and denies as factually inaccurate any allegations of conspiracy or the planning, intending, committing or ratifying of unlawful acts in this paragraph.

86. Answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis, deny those allegations, and denies as factually inaccurate any allegations of conspiracy or the planning, intending, committing or ratifying of unlawful acts in this paragraph.

87. Answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis, deny those allegations, and denies as factually inaccurate any allegations of conspiracy or the planning, intending, committing or ratifying of unlawful acts in this paragraph.

88. Answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis, deny those allegations, and denies as factually inaccurate any allegations of conspiracy or the planning, intending, committing or ratifying of unlawful acts in this paragraph.

89. Answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis, deny those allegations, and denies as factually inaccurate any allegations of conspiracy or the planning, intending, committing or ratifying of unlawful acts in this paragraph.

90. Defendant Cantwell saw this image at some point. Aside from that, Answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis, deny those allegations, and denies as factually inaccurate any allegations of conspiracy or the planning, intending, committing or ratifying of unlawful acts in this paragraph.

91. Answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis, deny those allegations, and denies as factually inaccurate any allegations of conspiracy or the planning, intending, committing or ratifying of unlawful acts in this paragraph.

92. Answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis, deny those allegations, and denies as factually inaccurate any allegations of conspiracy or the planning, intending, committing or ratifying of unlawful acts in this paragraph.

93. Answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis, deny those allegations, and denies as factually inaccurate any allegations of conspiracy or the planning, intending, committing or ratifying of unlawful acts in this paragraph.

94. Answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis, deny those allegations, and denies as factually inaccurate any allegations of conspiracy or the planning, intending, committing or ratifying of unlawful acts in this paragraph.

95. Defendant Cantwell has no knowledge of the quotes here provided, but notes that they are not evidence of the conspiracy alleged, and that they are not attributable to any Defendant in this case, much less Defendant Cantwell. If the intent to commit crimes were so open and explicit as Plaintiffs here allege, it would stand to reason such a quote would have been provided. Defendant Cantwell denies any intent to do anything illegal, and once again asserts that he went out of his way to make sure things were law abiding and nonviolent.

   a. See Exhibit10-MeetClip.mp3 which is audio from Defendant Cantwell's body camera, at the "leadership meeting" of August 11th 2017, in which Defendant Cantwell refused to participate in the UVA torchlit march unless law enforcement was involved in the event, suggesting if they would not so agree, that the event should be called off. Plaintiffs' counsel have had this video in their possession for over a year. Even if the Plaintiffs were so delusional as to believe this when this suit was initially brought, they must certainly have been dissuaded of this myth prior to filing this amended complaint.

b. See Exhibit17-CPDDetective20170717.mp3 a recording of a phone call in which Defendant Cantwell discussed his plans with a Charlottesville Detective on July 17th 2017

c. See Exhibit24-UTR-Updates-Blogpost.pdf – A blog post from ChristopherCantwell.com dated August 8th 2017, and updated on August 9th. In which Defendant Cantwell says;

   i. The police have said they will still cooperate with us, by keeping out Antifa and other opponents, setting up barricades, and doing their best to maintain peace and order in the city.

   ii. Civil disobedience and guns do not go well together, however. No matter what anyone else says, if you never take another word of advice from me again, heed this warning: If you are coming armed, obey the law, and the orders of law enforcement, no matter what. You cannot tell the cops to go to hell with a gun on your hip. It puts all of us, and our cause at risk.

   iii. Whatever violent ideas we entertain on the Radical Agenda are not to be carried out here. The Radical Agenda is an entertainment program, and if you try to start a revolution this weekend, it will not be the revolution you bargained for, I promise. If you want to prove yourself a warrior, show some discipline first.

96. Cantwell hardly used Discord, has no knowledge of the alleged posts outside of reading them in this complaint, had no capacity to prevent them from being posted, and no capacity to delete them once posted. These quotes are not attributable to any Defendant in this case.

    a. See Exhibit16·CantwellDiscord.pdf – All Discord posts attributed to Defendant Cantwell from all the Discord servers which Leftist media outlet Unicorn Riot has released.

        i. The first post from Cantwell is dated August 1st 2017

        ii. This 1st of 13 total posts read "Hey guys, I'm just popping my head in to show my face. I don't use Discord much, but I see a lot of alt righters using it, so perhaps I should start." – and hardly constitutes a violent conspiracy months in the making.

    b. While this guilt by association may be used to describe the moderators as derelict in their duties, it is nothing short of defamatory to associate Defendant Cantwell with anything unlawful on the Discord server.

    c. See Exhibit14·Unnamedandpseudonymous.pdf – Noting that nearly all "edgy" posts noted by Plaintiffs came from accounts which are not identified by the names of any Defendant.

97. This is a willful and malicious material deception of this Court. Plaintiffs have known well before filing this suit that Defendants took numerous

measures to avoid violence, and were provided with piles of evidence contradicting this lie during discovery.

a. See **Exhibit10-MeetClip.mp3** which is audio from Defendant Cantwell's body camera, at the "leadership meeting" of August 11th 2017, in which Defendant Cantwell refused to participate in the UVA torchlit march unless law enforcement was involved in the event, suggesting if they would not so agree, that the event should be called off. Plaintiffs' counsel have had this video in their possession for over a year. Even if the Plaintiffs were so delusional as to believe this when this suit was initially brought, they must certainly have been dissuaded of this myth prior to filing this amended complaint.

b. See **Exhibit17-CPDDetective20170717.mp3** a recording of a phone call in which Defendant Cantwell discussed his plans with a Charlottesville Detective on July 17th 2017

c. See **Exhibit24-UTR-Updates-Blogpost.pdf** – A blog post from ChristopherCantwell.com dated August 8th 2017, and updated on August 9th. In which Defendant Cantwell says;

   i. The police have said they will still cooperate with us, by keeping out Antifa and other opponents, setting up barricades, and doing their best to maintain peace and order in the city.

ii. Civil disobedience and guns do not go well together, however. No matter what anyone else says, if you never take another word of advice from me again, heed this warning: If you are coming armed, obey the law, and the orders of law enforcement, no matter what. You cannot tell the cops to go to hell with a gun on your hip. It puts all of us, and our cause at risk.

iii. Whatever violent ideas we entertain on the Radical Agenda are not to be carried out here. The Radical Agenda is an entertainment program, and if you try to start a revolution this weekend, it will not be the revolution you bargained for, I promise. If you want to prove yourself a warrior, show some discipline first.

d. Defendants applied for a permit.

e. Defendants tried to keep their plans secret, to avoid confrontations with Plaintiffs.

f. Defendants declined to engage Plaintiffs' Antifa criminal co-conspirators when they had a choice, such as in the Walmart parking lot during the Radical Agenda Listeners' Meetup on August 11th.

g. Defendants called law enforcement to coordinate the UVA torch march, and specifically that Defendant Cantwell conditioned his participation in that event on police being present. (See Exhibit10-MeetClip.mp3)

    h.  Cantwell repeatedly warned his audience to remain in compliance with the law, especially if they were carrying weapons.

    i.  Cantwell wore a body camera throughout the events in dispute.

    j.  Cantwell warned his party not to engage Philly Antifa in the Walmart parking lot on August 11th.

    k.  While Cantwell was recovering from Mike Longo Jr.'s pepper spray assault on August 12th, someone Cantwell could not see said "We're gonna kill em!" and Cantwell replies "Don't kill anybody!" See **Exhibit9-DontKill.mp4**

98. Defendant Cantwell has no knowledge of the post here cited, but notes that this is not evidence of a criminal conspiracy.

99. Defendant Cantwell has no knowledge of the "general orders" but notes that the hostility toward Defendants by Plaintiffs and their associates and co-conspirators, was not exactly a secret. For Example

a. Charlottesville resident Emily Gorcenski stated on Twitter August 9th that "We throw bricks" (See Exhibit13-GorcenskiDangerousAntifa.pdf)



Emily Ghoulcenski ✔ @EmilyGorcenski · Aug 9, 2017
Here's an idea: white cis men don't get a say in how trans women of color respond to gender and racial oppression.

  💬 8      🔁 11      ♡ 86      ⬆



Emily Ghoulcenski ✔
@EmilyGorcenski

We throw bricks so y'all motherfuckers can have proggy | feels about gay marriage

8:22 AM · Aug 9, 2017 · Twitter for Android

2 Retweets   41 Likes

b. In the lead up to the July 8th demonstration, cited in Plaintiffs' complaint, the "Virginia Anti-Fascist Front" advertised their plans to attack demonstrators at the "Battle of Charlottesville" by saying "NO

QUARTER FOR RACISTS, BIGOTS, OR HOMOPHOBES"




c.  Bradley "Chelsea" Manning, who had been imprisoned for betraying his country by leaking military secrets to Wikileaks, had been tweeting encouragement for Leftist violence at Defendants' demonstration, including, in a since deleted tweet, this image of his boot coming down toward the camera, seemingly to give the impression of it coming down on the viewer's face.



d.  Throughout the events of the weekend in question, Defendants wisely
    kept an eye on one website more than any other, ItsGoingDown.org
    (IGD herein), which had long been known as a clearinghouse for
    violent Antifa propaganda, having sung the praises of such remarkable
    characters as Dallas Black Lives Matter Cop Killer Micah Johnson.
    https://itsgoingdown.org/briefly-violence-police/
    https://itsgoingdown.org/clarity-rupture-dallas-los-angeles/

e.  See Exhibit10-MeetClip.mp3 which is audio from Defendant Cantwell's
    body camera, at the "leadership meeting" of August 11th 2017, in which
    Jason Kessler mentions that the details of the UVA torchlit march
    were published to ItsGoingDown.org.

f. Defendant Cantwell personally had the terribly frightening experience of seeing his picture on the IGD website, when a Tweet from the aforementioned Emily Gorcenski was embedded in a post announcing Defendants' plans for the Torch March. (See **Exhibit13-GorcenskiDangerousAntifa.pdf**)

https://itsgoingdown.org/charlottesville-va-unite-right-plans-friday-surprise-torchlit-rally-uva/

 **Emily Ghoulcenski** ✪
@EmilyGorcenski

Cantwell getting questioned by cops after allegedly brandishing a gun.



♡ 29   1:26 PM - Aug 11, 2017

💬 17 people are talking about this   >

i.   That brandishing accusation was 100% false. When police arrived, Defendant Cantwell offered them his body camera video to prove the accusation was false.

ii.   Since the complainant did not want to be caught filing a false report, they did not present themselves to law enforcement.

iii.   Plaintiffs' counsel know this, because they have had the video which saved Defendant Cantwell from jail that afternoon, for over a year.

iv.   The text of the IGD post read as follows;

*Earlier today, a right-wing gathering at the local Walmart ended with Christopher Cantwell, a white nationalist speaker at Unite the Right who was once quoted as saying, "[L]et's fucking gas the kikes and have a race war," pulled a gun on a customer who confronted them in the parking lot. Police surrounded his followers within minutes but then allowed them to reconvene in McIntire Park.*

*This response from police is especially alarming. Fash are already prowling Charlottesville, with reports of churches being harassed. As IGD reported today, the right's leaders are*

*documented calling for armed violence against anyone who crosses them.*

*It's beyond obvious that this is not about free speech but terrorism. Charlottesville's Black and brown folks must be protected at all costs, but the police don't seem to care.*

*Will UVA and its community take action to stand against white supremacist terrorism on campus? Will Charlottesville allow a torchlit rally to go down in city limits again?*

v.  Who was the "Customer" who confronted Cantwell? It was Philly Antifa.



vi. Former Federal Prosecutor Tim Heaphy's independent investigation rightly noted that this attempt to frame Defendant Cantwell was "The first hint of trouble on August 11" (See **Exhibit12-Heaphy.pdf**) or http://ftpcontent.worldnow.com/wvir/documents/heaphy-reveiw-dec-1.pdf

vii. Not only was this the first hint of trouble. It was, as the IGD post illustrates, used as war propaganda, and a pretext for the Leftist aggressions to follow. Philly Antifa tried to frame Cantwell for brandishing, while Gorcenski took pictures to be published, and when the police rightly set Cantwell free, IGD tried to portray the incident as though police were collaborating with Nazis to oppress non-Whites, and called for vigilante violence to stop this manufactured threat.

viii. Obviously, it was Defendants who had the need to be fearful, having already been framed for a crime once that day, and featured on a communist website that praises cop killers, rioters, arsonists, and terrorists.

100. Answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis, deny those allegations, and denies as factually inaccurate any

allegations of conspiracy or the planning, intending, committing or ratifying of unlawful acts in this paragraph.

101.     Denied as it pertains to Defendant Cantwell, who considers it defamatory to lump him in with this obvious and intentional lie. Defendant Cantwell made a total of 13 Posts to the Charlottesville 2.0 Discord, and Plaintiffs have had access to these since prior to filing this suit. None of those posts even hinted at anything illegal, and Plaintiffs are well aware of this fact.

  a. See Exhibit16-CantwellDiscord.pdf – All Discord posts attributed to Defendant Cantwell from all the Discord servers which Leftist media outlet Unicorn Riot has released.

     i. The first post from Cantwell is dated August 1st 2017

     ii. This 1st of 13 total posts read "Hey guys, I'm just popping my head in to show my face. I don't use Discord much, but I see a lot of alt righters using it, so perhaps I should start." – and hardly constitutes a violent conspiracy months in the making.

     iii. To say that Defendant Cantwell knew anything about what happened on Discord is contradicted by evidence they have had since before filing this suit.

102.    Answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis, deny those allegations, and denies as factually inaccurate any allegations of conspiracy or the planning, intending, committing or ratifying of unlawful acts in this paragraph.

103.    Defendant Cantwell reiterates that he was hardly on Discord, and that Tyron does not appear to be party to this suit. Plaintiffs seem to think Defendants have no right to defend themselves, which is a lie, and displays their malicious intentions for filing this suit, similarly to how they put "rally" in quotes as though we had to right to assemble with a permit. Defendants had good reason to concern themselves with self defense, and were careful to be aware of the laws so as to remain in compliance therewith. Below are outlined just a few of the reasons Defendants had reason to prepare for defending themselves.

   a.  Recall the words and deeds of the aforementioned "hostiles" from Paragraph 99.

   b.  Plaintiffs' criminal Antifa co-conspirators, if not Plaintiffs themselves, came to the gun free zone of UVA armed with guns, expandable batons, and pepper spray, to name just a few of their instruments of terror. While Defendant Cantwell was lawfully armed on August 12th,

and had his pepper spray keychain at UVA on August 11th, only Plaintiffs' criminal associates were so brazen to bring at least one firearm, openly carried, to the UVA campus on August 11th.









c.  Take for yet another example, the much talked about photograph in

which Defendant Cantwell is seen deploying his pepper spray at an

unidentified violent criminal (Referenced going forward as "Beanyman" due to his hat) who is not party to this suit. Upon closer inspection, one can see that an attendee of Defendants' demonstration, has already been injured by Thomas Massey of Philadelphia, with the help of the unidentified violent criminal.



d. Thomas Massey, of Philadelphia, threw the first punches of the August 11th demonstration at UVA, and would continue fighting through August 12th.

   i. See Exhibit1-Charge.mp4, at the end of which, Thomas Massey can be seen launching the first attack, which set off all the violence of the weekend in question.

ii.  See that attack from another angle in Exhibit2-Attack.mp4

iii.  See Exhibit4-CantwellDefends.mp4, in which Beanyman and Tom Massey can both be seen attacking the man in the white tank top.

iv.  In Exhibit4-CantwellDefends.mp4, Beanyman and Tom Massey can both be seen attacking the man in the white tank top, BEFORE Cantwell deploys his pepper spray.

v.  Thomas Massey was quoted in the Washington Post after his arrest for rioting on the day of President Trump's Inauguration;

*"I think there should have been more violence yesterday," said Massey, who was among those arrested. Asked if he participated in the violence, Massey replied, "There were some rocks thrown." He said that he hopes next time, demonstrations will be "more successful. I'll get to punch a Nazi. I didn't get to do that yesterday. The police stopped me."* https://www.washingtonpost.com/local/public-safety/protesters-who-destroyed-property-on-inauguration-day-part-of-well-organized-group/2017/01/21/096678c8-dfeb-11e6-ad42-f3375f271c9c_story.html

After the events here in dispute, Massey was later charged with robbery and ethnic intimidation of two US Marines, when he and his

co-conspirators did to two US Marines, what they tried to do to

Defendants in Charlottesville.

https://www.phillymag.com/news/2018/12/13/marines-assaulted-
philadelphia-keenan-massey-antifa/



e. Tom Keenan, also of Philadelphia, who had been arrested as far back

as 2007 for breaking the windows out of an FBI vehicle which he

thought belonged to some White Supremacists he had been stalking on

the streets of Philadelphia.



http://antiantifa-usa.blogspot.com/2009/05/philadelphias-love-park-4-begging-for.html

Keenan is also charged as Massey's co-defendant in the aforementioned robbery and ethnic intimidation case, for doing to two US Marines what they attempted to do to Defendants in Charlottesville.

https://www.phillymag.com/news/2018/12/13/marines-assaulted-philadelphia-keenan-massey-antifa/



Tom Keenan

f. Mike Longo Jr., also of Philadelphia, who was already on probation (See Exhibit11-MikeLongoCPRreport.pdf) in his home city for fighting when he came to Charlottesville that weekend, was seen with pepper spray at UVA on August 11th, and pepper sprayed Cantwell on August 12th, as well as a reporter.





g. Lindsay Elizabeth Moers, also of Philadelphia, who has been violent at numerous demonstrations, and was swinging an expandable baton at Defendants at UVA on August 11th, and on August 12th.



h. To suggest that Defendants have no right to defend themselves against such threats, is to say that it is legal to assault the Defendants.

104.    Answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis, deny those allegations, and denies as factually inaccurate any allegations of conspiracy or the planning, intending, committing or ratifying of unlawful acts in this paragraph.

105.    To say Defendant Cantwell gave anyone orders, or had illegal intent is a lie, and Plaintiffs know it. Defendant thus denies this allegation. Defendant Cantwell posted to his website, that people should not carry firearms openly,

and should only carry a concealed weapon if they had a permit to do so. The allegation of intent to do anything illegal is presented without evidence, because no such evidence exists.

106.     This strained attempt to form a fake quote amounts to a material deception upon this Court, and is thus denied. Defendant Cantwell is amused by Plaintiffs' creative use of quotation marks.

   a. This strained effort to form a "quote" comes from a blog post on ChristopherCantwell.com titled "Unite the Right Updates" which was posted on August 8th, and updated August 9th. The full post can be found here, for those more interested in context than Plaintiffs and their co-conspirators.
   See **Exhibit24-UTR-Updates-Blogpost.pdf** or
   https://christophercantwell.com/2017/08/08/unite-right-updates/

   b. Below, is a larger snippet from the August 9th update, to show the court how dishonest this was.

      i. *The Daily Stormer has issued a call for people to show up, permit or none, and given some advise [sic] on what to bring and what not to bring. Their advice is to leave your firearms at home, and if you must bring a firearm, please conceal it.*

  ii. *Many of you have asked about meeting up with me personally. Since the main event is likely to be chaotic, we might have trouble catching up at the main event. I am working on coordinating a meetup for Radical Agenda listeners on Friday, but I have to be careful about how the details are announced. Sadly, anything I say to you here, I also say to the media, communists, and other criminal elements.* **For this event, I encourage those with the legal authority, to carry a concealed firearm. Open carry will draw more unnecessary attention to us, so if you do not have a license to carry, please secure your firearms elsewhere** *and let us worry about defense.*

c. Defendant Cantwell calls the Court's attention to his concern for obedience to the law, and warning to his audience against provocative, though perfectly legal, open carry displays of firearms at this event.

d. Defendant Cantwell would also like to draw the court's attention, to his prudent, though ultimately unsuccessful, effort to avoid ever coming into contact with Plaintiffs and Plaintiffs' co-conspirators at this event.

e. The event here referenced, it is worth noting, was wholly separate from those at the heart of this case, at which no violence ensued.

f.  This "quote" was cited in Judge Moon's denial of Defendant Cantwell's motion to dismiss, when he stated "He used his various platforms to 'advise[] rallygoers on bringing weapons.'"

    i.  This willful and malicious material deception perpetrated upon the Court, surely played a substantial role in Judge Moon's decision-making process, and potentially, the outcome of the motion to dismiss.

    ii.  Plaintiffs had to know this would come out at trial, and perpetrated this deception so as to cost Defendant Cantwell the cost of attorneys' fees, time, emotional distress of this process, and especially to hinder his ability to participate in American political discourse.

g.  It is worth noting, that though no violence ensued at the referenced event, this was not for lack of desire for violence by Plaintiffs' co-conspirators. The lack of violence was much to the chagrin of Philly Antifa, and a Charlottesville resident co-conspirator not party to this suit, the aforementioned Emily Gorcenski, who has since fled the country.

h.  Those criminals unsuccessfully attempted to frame Defendant Cantwell for brandishing early in the afternoon of August 11th, which Tim Heaphy's independent investigation rightly noted was "The first

hint of trouble on August 11" on Page 112.

See **Exhibit12-Heaphy.pdf** or

http://ftpcontent.worldnow.com/wvir/documents/heaphy-reveiw-dec-1.pdf

i. Plaintiffs' counsel know this all too well, as it is wholly implausible that they have not reviewed the Heaphy Report.

j. Most notably, Plaintiffs' counsel are in possession of the body camera which saved Defendant Cantwell from jail that afternoon, as a result of Cantwell providing it during discovery, and have been for more than one year.

k. On that video, several men whom Cantwell would subsequently come to know as "Philly Antifa" approach Defendant Cantwell's peaceful gathering in the parking lot, and attempt to provoke a physical altercation. Cantwell can be heard on the body camera video discouraging members of his party from engaging the would be assailants, who, perhaps upon seeing the pistol holstered upon Defendant Cantwell's waist, decided framing him for brandishing would be more profitable than fighting superior men.

l. One of those men was named Mike Longo Jr. of Philadelphia. Longo was present at the fight at the Rotunda later that evening, carrying

pepper spray, and would later come to mace Defendant Cantwell on August 12th without provocation.

m. Despite Defendant Cantwell's loud cries for Justice, and despite a Charlottesville detective saying "You were definitely assaulted", Charlottesville authorities and the Federal Bureau of Investigation both neglected to take action against Mr. Longo. (Listen to **Exhibit8-CPDMisdemeanor.mp3** attached)

107.    Answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis, deny those allegations, and denies as factually inaccurate any allegations of conspiracy or the planning, intending, committing or ratifying of unlawful acts in this paragraph.

108.    Other than to note that he would be concealing his pistol in accordance with the rights endowed to him by his New Hampshire issued, and Virginia reciprocated, pistol license, Cantwell did nothing of the sort. Aside from that, answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis, deny those allegations, and denies as factually inaccurate any allegations of conspiracy or the planning, intending, committing or ratifying of unlawful acts in this paragraph.

109.    Other than to note that comedic fictional advertisements for non-existing products hardly constitute evidence of a conspiracy, answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis, deny those allegations, and denies as factually inaccurate any allegations of conspiracy or the planning, intending, committing or ratifying of unlawful acts in this paragraph.

110.    Comedic advertisements for fictional products hardly constitute evidence of a criminal conspiracy, and none of these alleged quotes are attributed to any Defendant. Defendant Cantwell hardly used Discord, had no moderation privileges, and cannot be made to answer for the utterances of anonymous people he does not know, and had no control over. Answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis, deny those allegations, and denies as factually inaccurate any allegations of conspiracy or the planning, intending, committing or ratifying of unlawful acts in this paragraph.

111.    Other than to note that our concerns for defending ourselves against criminal violence by Left wing terrorists are well founded, as established in Defendant's response to Paragraphs 99 and 103, answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis, deny those allegations,

and denies as factually inaccurate any allegations of conspiracy or the planning, intending, committing or ratifying of unlawful acts in this paragraph.

112.     Answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis, deny those allegations, and denies as factually inaccurate any allegations of conspiracy or the planning, intending, committing or ratifying of unlawful acts in this paragraph.

113.     Answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis, deny those allegations, and denies as factually inaccurate any allegations of conspiracy or the planning, intending, committing or ratifying of unlawful acts in this paragraph.

114.     Answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis, deny those allegations, and denies as factually inaccurate any allegations of conspiracy or the planning, intending, committing or ratifying of unlawful acts in this paragraph.

115.     Other than to note that this is literally a cartoon, and hardly evidence of a criminal conspiracy, answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this

paragraph, and on that basis, deny those allegations, and denies as factually inaccurate any allegations of conspiracy or the planning, intending, committing or ratifying of unlawful acts in this paragraph.

116.    Answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis, deny those allegations, and denies as factually inaccurate any allegations of conspiracy or the planning, intending, committing or ratifying of unlawful acts in this paragraph.

117.    Answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis, deny those allegations, and denies as factually inaccurate any allegations of conspiracy or the planning, intending, committing or ratifying of unlawful acts in this paragraph.

118.    Indeed, the federal government was warning of violence, as noted by President Donald J. Trump, "on both sides". Those warnings constituted the often-mentioned concerns which Defendants had for defending themselves against violence by Antifa and other criminals associated with Plaintiffs.

    a. This warning followed on the heels of a 2016 DHS memo titled "Recent Violent Clashes Suggest Heightened Threat Environment at Lawfully Organized White Supremacist Events". Since Defendants' event was lawfully organized, and since Plaintiffs' associates see everyone Right

of Elizabeth Warren as being a "White Supremacist" one could see the cause for this concern.

(See **Exhibit25-DHS-LawfullyOrganized.pdf**). Parts of which read;

    i.   Two violent clashes in 2016 in Sacramento and Anaheim between anarchist extremists and lawfully protesting white supremacists at legally permitted rallies highlight the attractiveness of such events to domestic extremists intent on committing violence.

    ii.   Some anarchist extremists and lawfully protesting white supremacists came to the events with weapons, suggesting that they were prepared to engage in violence. Most of the attackers, however, used makeshift weapons.

   iii.   Two separate incidents of violent clashes in Sacramento and Anaheim, California between lawfully protesting white supremacists and anarchist extremists highlight that future similar events-such as rallies, concerts, marches, and meetings-are likely to be flash points for ideologically inspired violence.

    iv.   On 26 June 2016 at the State Capitol building in Sacramento, violent anti-fascists, including anarchist extremist elements, attacked a group of white supremacists who gathered for a legally permitted rally.

v. On 27 February 2016, violence erupted at a legally permitted white supremacist rally in Anaheim after anarchist extremist elements of a violent anti-fascist group attacked white supremacists moments after the white supremacists arrived at the publicly announced rally locations.

vi. In February 2012 at the State Capitol in Sacramento, suspected anarchist extremists violently clashed with a group of white supremacists at the white supremacists' legally permitted rally intended to draw public attention to black-on-white violence in South Africa. The anarchist extremists threw cans and bottles at the white supremacists and police officers. Two officers were injured after being struck by thrown objects.

vii. In April 2010 at a white supremacist rally against illegal immigration on the south lawn of Los Angeles City Hall, individuals-including one suspected anarchist extremist-attacked white supremacists by throwing rocks, branches, and other projectiles over the police line.

viii. Anarchist extremists mobilized from across the region and state to participate in violence at the Sacramento rally, and some were motivated to attend by the earlier violent clash in Anaheim.

ix.  Many of the violent anti-fascists and anarchist extremists at the 2016 events in Sacramento and Anaheim wore "black bloc" attire—dressing completely in black or dark colors and wearing masks and bandanas—to hide their identities from law enforcement or journalists while they committed violent acts against the white supremacists.

x.  Anarchist extremists with anti-fascist motivations have a long history of violence, including reciprocal violence, against lawfully protesting white supremacists at planned events nationwide. Therefore, law enforcement should be aware the occurrence of such events could pose hazards to public safety, although such constitutionally-protected events often remain peaceful. Additionally, although much of the focus of this paper concerns the threat of anarchist extremists, white supremacist extremists have previously plotted against and attacked violent anti-fascists and anarchist extremists.

xi.  In May 2012, suspected anarchist extremists, among a group of possibly 18 persons, assaulted perceived white supremacists in a Tinley Park, Illinois restaurant with batons and other club-like objects, according to media reporting. Five individuals of an Indiana-based anti-fascist group with close ties to the Chicago anti-fascist movement were arrested and later convicted on

charges related to the attack.36 Following the incident, Chicago anti-fascists and anarchist extremists posted the attacked white supremacists' personally identifiable information on their website, along with threatening statements.

119.     Defendant Cantwell was keenly interested in obeying the law, and seeing to it that his associates did the same. Aside from that, answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis, deny those allegations, and denies as factually inaccurate any allegations of conspiracy or the planning, intending, committing or ratifying of unlawful acts in this paragraph.

120.     Denied as it pertains to Defendant Cantwell, Aside from that, answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis, deny those allegations, and denies as factually inaccurate any allegations of conspiracy or the planning, intending, committing or ratifying of unlawful acts in this paragraph.

121.     The Confederate Flag hardly constitutes an undisputed symbol of hate, and this assertion by Plaintiffs displays the political and ideological

motivations for this abuse of our Courts. Aside from that, answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis, deny those allegations, and denies as factually inaccurate any allegations of conspiracy or the planning, intending, committing or ratifying of unlawful acts in this paragraph.

122.    Defendant Cantwell has seen the flier posted, and has no idea as to its officialdom.

**D. Defendants engaged in the perfectly normal and lawful activity of acquiring resources and traveling.**

123.    Defendant Cantwell posted completely legal information to his own website, hardly used Discord, as Plaintiffs know all too well, and has next to no recollection of what Daily Stormer did or did not do. Aside from that, answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis, deny those allegations, and denies as factually inaccurate any allegations of conspiracy or the planning, intending, committing or ratifying of unlawful acts in this paragraph.

124.    Answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis, deny those allegations, and denies as factually inaccurate any allegations of conspiracy or the planning, intending, committing or ratifying of unlawful acts in this paragraph.

125.    Answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis, deny those allegations, and denies as factually inaccurate any allegations of conspiracy or the planning, intending, committing or ratifying of unlawful acts in this paragraph.

126.    Admitted, and Defendant Cantwell is happy to accept gifts to this day at https://ChristopherCantwell.com/donate - which is perfectly legal.

127.    Answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis, deny those allegations, and denies as factually inaccurate any allegations of conspiracy or the planning, intending, committing or ratifying of unlawful acts in this paragraph.

128.    Answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis, deny those allegations, and denies as factually inaccurate any

allegations of conspiracy or the planning, intending, committing or ratifying of unlawful acts in this paragraph.

129.    Answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis, deny those allegations, and denies as factually inaccurate any allegations of conspiracy or the planning, intending, committing or ratifying of unlawful acts in this paragraph.

**E. When Plaintiffs and their co-conspirators refused to ignore Defendants' permitted demonstration, they advertised their opposition, and feigned shock when said advertisement invited commentary from the public, which they allege without evidence, came from Defendants.**

130.    Answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis, deny those allegations, and denies as factually inaccurate any allegations of conspiracy or the planning, intending, committing or ratifying of unlawful acts in this paragraph.

131.    Defendant Cantwell denies there was any "need" for Plaintiffs to do anything. They could have, and should have, ignored us, in which case this

event would have been unworthy of so much attention. 131.      If Plaintiffs and their co-conspirators had been kind enough to remain confined to their safe spaces, and thereby refrained from attacking Defendants in accordance with their laughable claims of "peaceful protest", we wouldn't be having this conversation. Aside from that, answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis, deny those allegations, and denies as factually inaccurate any allegations of conspiracy or the planning, intending, committing or ratifying of unlawful acts in this paragraph.

132.      Defendant Cantwell denies there was any "need" for Plaintiffs to do anything. They could have, and should have, ignored us, in which case this event would have been unworthy of so much attention. Plaintiff Wispelwey's guidance on non-violent protest clearly proved lacking with regard to his associates, who launched a premeditated assault on Defendants' lawful demonstration. Aside from that, answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis, deny those allegations, and denies as factually inaccurate any allegations of conspiracy or the planning, intending, committing or ratifying of unlawful acts in this paragraph.

133.      Answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis, deny those allegations, and denies as factually inaccurate any

allegations of conspiracy or the planning, intending, committing or ratifying of unlawful acts in this paragraph.

134.     Plaintiffs again allege seemingly supernatural insight as to the inner workings of other people's minds. It would be far more accurate, and one may doubt Plaintiffs would even contest, that their burning hostility toward Defendants, and frequent expressions of said hostility, was prominently displayed, and indicated their intent to assault Defendants' permitted demonstration. If Plaintiffs run around giving people the finger, and then the people they offended get pissed off, this is hardly worth the attention of a federal court. Aside from that, answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis, deny those allegations, and denies as factually inaccurate any allegations of conspiracy or the planning, intending, committing or ratifying of unlawful acts in this paragraph.

135.     Defendant Cantwell had no knowledge of any such posts, had no reason to know of them, and had no capacity to moderate them. Plaintiffs do not allege that any Defendant made this utterance. Aside from that, answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis, deny those allegations, and denies as factually inaccurate any allegations of conspiracy or the planning, intending, committing or ratifying of unlawful acts in this paragraph.

136.    Answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis, deny those allegations, and denies as factually inaccurate any allegations of conspiracy or the planning, intending, committing or ratifying of unlawful acts in this paragraph.

137.    Plaintiffs have not cited threats by Defendants, only conspicuously frequent citations of unnamed and pseudonymous "participants" and "co-conspirators" who for all we know are Plaintiffs and their co-conspirators. Defendant Cantwell had no knowledge of any such posts, had no reason to know of them, and had no capacity to moderate them. Plaintiffs do not allege that any Defendant made these utterances.

Defendant Cantwell recalls Plaintiffs earlier citing holocaust imagery as proof of Defendants' alleged conspiracy, and now come Plaintiffs doing precisely this. Somebody ought to look into that.

Are we seriously expected to believe, that Plaintiff Pearce was so concerned for the safety of her sacred texts, that she removed all but the most valuable of them, after absolutely zero Alt Right demonstrations had ever breached the walls of a synagogue?

In any case, Plaintiffs cite no threat against Plaintiff Pearce's revered

document, not by Plaintiffs, not even by any of the myriad unnamed and pseudonymous "participants" and "co-conspirators" and only present the paranoid mind of one Charlottesville resident who just could not bring herself to ignore the permitted demonstration of her political opponents.

Aside from that, answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis, deny those allegations, and denies as factually inaccurate any allegations of conspiracy or the planning, intending, committing or ratifying of unlawful acts in this paragraph.

138.     Whatever the Plaintiffs may have decided, there was obviously no such "need". Aside from that, answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis, deny those allegations, and denies as factually inaccurate any allegations of conspiracy or the planning, intending, committing or ratifying of unlawful acts in this paragraph.

139.     Answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis, deny those allegations, and denies as factually inaccurate any allegations of conspiracy or the planning, intending, committing or ratifying of unlawful acts in this paragraph.

140.     Nothing cited here amounts to anything other than an expression of differing political views. Aside from that, answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis, deny those allegations, and denies as factually inaccurate any allegations of conspiracy or the planning, intending, committing or ratifying of unlawful acts in this paragraph.

141.     Plaintiffs again allege seemingly supernatural insight as to the inner workings of other people's minds, and provide as proof a photograph of a poorly written note, which is not attributed to any Defendant, and which for all we know, was written by Plaintiffs and their associates. Aside from that, answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis, deny those allegations, and denies as factually inaccurate any allegations of conspiracy or the planning, intending, committing or ratifying of unlawful acts in this paragraph.

## II. Defendants unsuccessfully attempted to hold lawful demonstrations, and were attacked by communists.

### A. Friday August 11th 2017

### 1) The "Secret" Torch March

142.    Defendant Cantwell, as Plaintiffs well know, had nothing to do with "organizing" this event.  With the single possible exception of the Radical Agenda listener's meetup previously referenced in the Walmart Parking lot, at which no violence ensued, any implication that Defendant Cantwell was involved in the planning of the events in dispute, other than to demand police protection, or that he was in any position to be issuing "orders", is just plain factually incorrect, and the Plaintiffs have known this the entire time.

    a.  Defendant Cantwell could accurately be described as participant, speaker, and promoter, but neither organizer nor leader, and certainly was in no position to be giving orders.

    b.  Defendant Cantwell only became aware of the United the Right rally by people calling into his online radio show about it.

    c.  Cantwell had contemplated attending only as a spectator, until June 6th when, as Plaintiffs were made aware during discovery over a year ago, Augustus Invictus texted him "Yo [redacted]! I know you're coming to Charlottesville, right? You want to make a speech?" and after a subsequent phone call, provided the invite link to the Discord server. (See **Exhibit18-SMS.xlsx** a redacted version of the text messages provided to Plaintiffs during discovery)

d. See **Exhibit16-CantwellDiscord.pdf** – All Discord posts attributed to Defendant Cantwell from all the Discord servers which Leftist media outlet Unicorn Riot has released.

    i. The first post from Cantwell is dated August 1st 2017, less than two weeks before the events in dispute, hardly enough time to organize a violent criminal conspiracy with perfect strangers.

    ii. This 1st of 13 total posts read "Hey guys, I'm just popping my head in to show my face. I don't use Discord much, but I see a lot of alt righters using it, so perhaps I should start." – and hardly an indication of leadership.

    iii. None of the other posts attributable to Defendant Cantwell, on Charlottesville 2.0, or any other Discord Server, could qualify him as being a leader or organizer.

e. Thought Plaintiffs have cherrypicked out of context quotes from years of Defendant Cantwell's media production career, in the hopes of portraying him in the worst possible light, none of those posts ever mentioned the UVA event before it happened.

143.    As Cantwell would come to learn for the first time on the evening of August 11th, the torchlit march was supposed to be a secret. This was done in the hopes of avoiding the criminal associates of the Plaintiffs, so that we

might avoid the violent confrontation which they had vowed to bring upon Defendants.

a. These efforts to keep the secret, stand in stark contrast to the violent criminal conspiracy alleged by Plaintiffs.

b. The secret was discovered by Antifa "intel networks" who gained access to our communications through dishonest means, and used the information gathered during their spying to "disrupt" the event, as bragged about by Antifa extremist Emily Gorcenski on Twitter.

i.



c. On the evening of August 11th, at the aforementioned meeting at McIntyre Park, Jason Kessler announced that Defendants plans had been discovered.

d. Upon learning of this, Defendant Cantwell asked Kessler if law enforcement was involved with the plan See Exhibit10-MeetClip.mp3

    i. Kessler replies in the negative.

    ii. Cantwell refuses to participate unless law enforcement is involved.

144.    Defendant Cantwell had no knowledge of these events before the evening of August 11th, in keeping with his non-leadership status in the events. Defendant Cantwell knew nothing of any Discord meeting or channel of this nature, in keeping with his scant use of the service. All of which Plaintiffs have known since before filing this suit.

145.    Defendant Cantwell had no knowledge of these events before the evening of August 11th, in keeping with his non-leadership status in the events. Defendant Cantwell knew nothing of any Discord meeting or discussion of this nature, in keeping with his scant use of the service. All of which Plaintiffs have known since before filing this suit.

146.    Answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis, deny those allegations, and denies as factually inaccurate any allegations of conspiracy or the planning, intending, committing or ratifying of unlawful acts in this paragraph.

147.    Defendant Cantwell fails to recall the time, but hours before the Tiki Torch march, he was told to be at nameless field by somebody. Aside from

that, answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis, deny those allegations

148.    Saying Defendant Cantwell knew any such thing is a lie, and Plaintiffs know it.

   a. See Exhibit10-MeetClip.mp3 in which Defendant Cantwell refuses to participate without law enforcement cooperation.

   b. Any alleged knowledge of illegality is betrayed by earlier allegations by Plaintiffs that this torchlit march was connected to such prior torchlit marches, which resulted in no violence and no arrests.

149.    Plaintiffs again allege to have psychic insight into the hearts and minds of people they clearly hate. The idea that Defendants intended to terrorize people, whom Defendants worked diligently to avoid, defies reason. Defendant Cantwell had no knowledge of the utterances here quoted, had no reason to be aware of them, had no capacity to moderate them, and they cannot be attributed to Defendant Cantwell. Moreover, none of these utterances constitute any evidence of the intent alleged in this paragraph. Aside from that answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis, deny those allegations, and denies as factually inaccurate

any allegations of conspiracy or the planning, intending, committing or ratifying of unlawful acts in this paragraph.

150.     This strained attempt to form a fake "quote" amounts to a malicious, willful, and material deception upon this court. It is thus denied.

    a.  Plaintiffs repeatedly, throughout their complaint, make laughably strained use of quotation marks, and in this case, periods, which is a conspicuous habit, indicative of their enthusiasm for deceiving this Court and the public.

    b.  For anyone interested in the truth, the entire unedited audio of both interviews with Vice News from that weekend is available for download as Episode 342 of the Radical Agenda, and has been since August 14th 2017.

        https://christophercantwell.com/2017/08/14/radical-agenda-ep342-full-vice-interview/

    c.  This "quote" is the exact opposite of what Plaintiffs make of it. To aid in bringing the truth to light, I'll here provide the full context, which begins at the 33 minute mark of the audio linked above.

    d.  Cantwell, speaking of Black Lives Matter:

"I'm a guy who understands that there's problems with law enforcement as an institution, and I'm really interested in seeing those problems solved, but you can't solve them by distracting from the fact, by blaming it on race, and acting like cops are out hunting negros for sport. It's obnoxious!

And so, that started to make me realize, you know, there's a racial conflict going on. These people are starting riots, they're burning down pizzerias and pharmacies and blowing people's brains out at their protests, talking about they've got a first amendment right to do so. And I started to realize, you know, whatever problems I might have with my fellow White people, they generally are not included to such behavior, and you gotta kinda take that into consideration when you're thinking about out how to organize your society. "

Reeve: "They're not inclined to such behavior?"

Cantwell: "The last time I saw a bunch of White people riot because an armed robber got shot? Been awhile, let's say."

Reeve: "I mean, Oklahoma City"

Cantwell: "Okay so exactly, you have to go back to Oklahoma City to talk about a White act of terrorism, right?"

Reeve: "Elliot Roger, Dylann Roof"

Cantwell: "Okay, so now you've managed to name three people, and I'm pretty sure Elliot Roger wasn't explicitly White by the way. But like, literally, you remember the names of White bombers and mass shooters. Okay? Can you tell me the names of all 19 hijackers on 9/11, off the top of your head? Of course you can't. You can't tell me the names of the last dozen people to blow themselves up in Europe. Because it happens all the time.

You can remember Dylann Roof's name, you can remember Tim McVeigh's name-"

Reeve: "You were asking whether White people were capable of violence"

Cantwell: "I didn't say capable. Of course we're capable. I'm carrying a pistol. I go to the gym all the time. I'm trying to make myself more capable of violence. We conquered the entire planet. We built the most powerful militaries in the history of mankind. It's the inclinations and aptitudes, right? When White people want to kill people, they go and join the [expletive] military, right?"

e.  Aside from the blatant abuse of punctuation, Defendant Cantwell is clearly talking about a general capacity for violence in a wholly lawful

sense. He references his licensed pistol, which he trains with at the firing range. He references his exercise regimen, which necessarily makes him a more formidable opponent in a physical altercation, try though he may to avoid them. He specifically references the wholly lawful example of joining the military, and in particular the historic military prowess of majority White Nations throughout the history of mankind. This standing in contrast to the substantially disproportionate representation of African American males in crime statistics and prisons, which is entirely 100% due to their own behavior, and not racist cops, as delusional Leftist egalitarians would like to insist.

f.  It is not until roughly 30 minutes later into the recording, after discussing literally dozens of other subjects, that the conversation shifts to the second part of this "quote".

g.  The context of that completely different discussion, is provided below for the enlightenment of honest people everywhere;

h.  Cantwell: "I am not under the impression that I, personally, am going to save my Race & Nation. Okay? I'm here to spread ideas, talk, and frankly enjoy myself, in the hopes that somebody more capable will come along and do that. Somebody like Donald Trump, who does not give his daughter to a Jew"

Reeve: "So Donald Trump, but like, more racist"

Cantwell: "Yeah. More racist, a lot more racist than Donald Trump. I think that Donald Trump is telling the truth when he says 'I'm the least racist person around'. I don't think that you could feel about race the way I do, and watch that Kushner bastard walk around with that beautiful girl. Okay? So, yeah, I think somebody a lot more racist than Donald Trump, hopefully, you know, somebody with ten billion dollars in the bank  decides to download the Radical Agenda, and I think you're going to see the world change, fast."

i. And of course, that is precisely why the Plaintiffs have abused this court to shut Defendant Cantwell up, because this outcome is precisely what they are afraid of. Defendant Cantwell is an extraordinarily talented linguist, and if given the opportunity to fully participate in our discourse, he will impact the political outcomes in ways profoundly unfavorable to Plaintiffs.

151. Answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis, deny those allegations, and denies as factually inaccurate any allegations of conspiracy or the planning, intending, committing or ratifying of unlawful acts in this paragraph.

152.    This insistence on describing all in attendance as neo-Nazis and White Supremacists is malicious and dishonest. Defendant Cantwell showed up at Namless Field as he had been invited to, after being told law enforcement would be protecting us from Plaintiffs' criminal associates. Spencer's alleged text, which Defendant Cantwell has no knowledge of, further contradicts the insane conspiracy theory here alleged, as few who are about to commit a violent felony would be so stupid as to invite the press to attend. Cantwell wore his Radical Agenda t-shirt and, if memory serves, jeans. Aside from that, answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis, deny those allegations, and denies as factually inaccurate any allegations of conspiracy or the planning, intending, committing or ratifying of unlawful acts in this paragraph.

153.    Answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis, deny those allegations, and denies as factually inaccurate any allegations of conspiracy or the planning, intending, committing or ratifying of unlawful acts in this paragraph.

154.    If Defendants are alleged to have conspired against Plaintiff Doe, then it seems odd that Plaintiff Doe would be going where we were to hold our demonstration, and not the other way around. Other than that, answering Defendant is without knowledge or information sufficient to form a belief as

to the truth of the allegations in this paragraph, and on that basis, deny those allegations, and denies as factually inaccurate any allegations of conspiracy or the planning, intending, committing or ratifying of unlawful acts in this paragraph.

155.    The Plaintiffs had no intention of making their protest peaceful, as has been shown in responses to prior paragraphs, and again, it contradicts the conspiracy theory alleged, that Romero was stalking the Defendants, and not the other way around. Aside from that, answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis, deny those allegations, and denies as factually inaccurate any allegations of conspiracy or the planning, intending, committing or ratifying of unlawful acts in this paragraph.

156.    Defendant Cantwell issued no orders, and as previously stated in paragraph 142, was in no position to do so, though he may have repeated them in the style of a "Mic Check" popularized by Left wing "Occupy Wall Street" protests. Lacking the police protection promised, and lacking a torch, Defendant Cantwell was told to be on the outside of the torch marches to keep dangerous criminals away from the flames. Aside from that, answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis, deny those allegations, and denies as factually inaccurate any allegations of

conspiracy or the planning, intending, committing or ratifying of unlawful acts in this paragraph.

157.    Defendant Cantwell just followed the torches. Plaintiffs again allege seemingly supernatural insight into the hearts and minds of Defendants, by insinuating this alleged intent, and seem curiously unphased by the body camera video provided during discovery, which shows precisely the opposite. Aside from that, answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis, deny those allegations, and denies as factually inaccurate any allegations of conspiracy or the planning, intending, committing or ratifying of unlawful acts in this paragraph.

158.    Defendant Cantwell was not an organizer, wore no earpiece, had no radio, and other than the aforementioned "mic check", issued no orders, as he was in no position to. Saying so amounts to a malicious, willful, and material deception upon this court. Aside from that, answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis, deny those allegations, and denies as factually inaccurate any allegations of conspiracy or the planning, intending, committing or ratifying of unlawful acts in this paragraph.

159.    Where Plaintiffs came up with this justification for "quotation marks" remains a mystery to defendant Cantwell. Defendant Cantwell was told by

Mosley to stay by on the outside of the formation, along with everyone else who lacked a torch. No such "selection" took place, and Plaintiffs' psychic powers to determine the intent of their political opponents remains unexplained. Lacking the promised police protection, those without torchers were told to keep criminals away from the flames if the procession was attacked, which it ultimately was. Aside from that, answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis, deny those allegations, and denies as factually inaccurate any allegations of conspiracy or the planning, intending, committing or ratifying of unlawful acts in this paragraph.

160.　　Defendant Cantwell has no idea what Plaintiffs heard or did not hear.

161.　　Defendant Cantwell recalls chanting "Huh, Huh, Huh", considers "barking like dogs" to be a malicious insult by Plaintiffs, and would far prefer Plaintiffs had taken Mayor Signer's advice by ignoring our lawful demonstrations. Aside from that, answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis, deny those allegations, and denies as factually inaccurate any allegations of conspiracy or the planning, intending, committing or ratifying of unlawful acts in this paragraph.

162.    Defendant Cantwell sought only to participate in a lawful demonstration in his capacity as a professional entertainer. The psychic powers of Plaintiffs to determine Defendants' intentions without evidence remains unexplained, and on that basis, answering defendant denies these allegations.

2) The Communists Attack

163.    Plaintiffs have materially deceived this court by stating in Paragraph 163 of the second amended complaint that Defendants "charged toward a small group of fewer than 30 people"

a.  In fact, defendants slowly and calmly walked down the stairs, as evidenced by dozens of videos, including Exhibit1-Charge.mp4, attached.

b.  As shown in Exhibit1-Charge.mp4, attached, Plaintiffs had no less than 1 minute and 40 seconds, as Defendants slowly and calmly surrounded the statue, as had been their plan since before the Plaintiffs and their Antifa criminal associates attempted to disrupt their event. This left ample opportunity for Plaintiffs to flee the scene if they felt threatened by Defendants, or otherwise saw fit.

164.    Plaintiff Doe seemed thoroughly unconcerned with his capacity for

flight in Exhibit1-Charge.mp4, in which he had no less than one minute and

forty seconds to flee the scene, grab a snack, or do anything he saw fit to do.

a.  Without Plaintiff Doe identifying himself, it will be difficult to

determine which of the at least three black males present were him,

but in Exhibit5-BlackMales.mp4, the one with the backpack did not

seem to feel at all threatened, as he approached, and followed

rallygoers rather than running away.

b.  If Plaintiff Romero had never been so frightened in her life, it seems

odd that she would stalk our demonstration, associate with violent

Antifa criminals, and decline to flee the scene in the ample time

provided to do so.

165.    The Tweet here referenced as "One protester" was from the previously

mentioned Antifa extremist Emily Gorcenski, a criminal who had habitually

supported political violence against anyone who doubts the legitimacy of

transgender ideology. This lie, and Spencer's incomprehensible response,

stand in stark contrast to video such as, but in no way limited to, Exhibit1-

Charge.mp4, showing that all involved had plenty of time to leave.

166.    Answering Defendant is without knowledge or information sufficient to

form a belief as to the truth of the allegations in this paragraph, and on that

basis, deny those allegations, and denies as factually inaccurate any

allegations of conspiracy or the planning, intending, committing or ratifying of unlawful acts in this paragraph.

167.     Conspicuously absent from this is the part where repeat offender Antifa criminal Thomas Massey begins the violence on behalf of Plaintiffs and their co-conspirators. Defendant denies as factually inaccurate that "peaceful protesters" were beaten on the ground based on his knowledge of the conflict, and has no idea what Ray said. Defendant Cantwell admits to hitting violent criminals like Thomas Massey, who deserved that and worse. Aside from that, answering Defendant is without knowledge or information sufficient to form a belief as to the truth of the allegations in this paragraph, and on that basis, deny those allegations, and denies as factually inaccurate any allegations of conspiracy or the planning, intending, committing or ratifying of unlawful acts in this paragraph.

a. Recall that Plaintiffs' criminal Antifa co-conspirators, if not Plaintiffs themselves, came to the gun free zone of UVA armed with guns, expandable batons, and pepper spray, to name just a few of their instruments of terror. While Defendant Cantwell was lawfully armed on August 12th, and had his pepper spray keychain at UVA on August 11th, only Plaintiffs' criminal associates were so brazen to bring at least one firearm, openly carried, to the UVA campus on August 11th.