**From:** Eli Mosley <​███████​>
**Sent:** Thursday, November 21, 2019 1:26 AM
**To:** Michael Bloch; VAWD_HOPPE ECF; VAWD_HOPPE ECF; ███████
**Subject:** Sines V Kessler, Elliott Kline

Hello,

I've once again somehow gotten access to my email account using my old phone (the walmart phone that I would like to turn in for discovery). I am currently still unable to access this email address regularly because Google requires 2 factor authentication on the email address using my previous phone that is currently still being processed with discovery. Michael asked me at the deposition to contact him if I had any questions or issues with discovery that I am trying to comply with, but not having email access to what is being sent makes this incredibly difficult.

Tonight my parents informed me that they received mail that I would need to appear in court on 11/25 to discuss why I haven't complied with discovery, and that I would need to speak with you by today about it. I am currently in upstate New York and will be until after Thanksgiving. I am trying to earn enough money so that I can fix my vehicle so that I could even make it down to Charlottesville for such a hearing. So I do not think I could make the 25th, but I will be back in Pennsylvania where I should be able to get alternative transport to Charlottesville any time between the 3rd of December and the 17th of December when I am supposed to be back in NY.

I want to make it very clear that I want to comply with all of my responsibilities for discovery, but documents being sent to my parent's house because I do not have a permanent address and not having a phone with the email access for this email address has made this incredibly hard.

Michael, please respond to this email at my ███████ email address which I have been able to get into on my new phone so that I know what I need to do to move forward.

Thank you,
Elliott Kline

1