# EXHIBIT A

**From:** Eli Mosley ▮
**Sent:** Thursday, November 21, 2019 1:25 AM
**To:** Michael Bloch; hoppe.ecf@vawd.uscourts.gov; Hoppe_Chambers.ecf@vawd.uscourts.gov; ▮
**Subject:** Sines V Kessler, Elliott Kline

Hello,

I've once again somehow gotten access to my email account using my old phone (the walmart phone that I would like to turn in for discovery). I am currently still unable to access this email address regularly because Google requires 2 factor authentication on the email address using my previous phone that is currently still being processed with discovery. Michael asked me at the deposition to contact him if I had any questions or issues with discovery that I am trying to comply with, but not having email access to what is being sent makes this incredibly difficult.

Tonight my parents informed me that they received mail that I would need to appear in court on 11/25 to discuss why I haven't complied with discovery, and that I would need to speak with you by today about it. I am currently in upstate New York and will be until after Thanksgiving. I am trying to earn enough money so that I can fix my vehicle so that I could even make it down to Charlottesville for such a hearing. So I do not think I could make the 25th, but I will be back in Pennsylvania where I should be able to get alternative transport to Charlottesville any time between the 3rd of December and the 17th of December when I am supposed to be back in NY.

I want to make it very clear that I want to comply with all of my responsibilities for discovery, but documents being sent to my parent's house because I do not have a permanent address and not having a phone with the email access for this email address has made this incredibly hard.

Michael, please respond to this email at my ▮ email address which I have been able to get into on my new phone so that I know what I need to do to move forward.

Thank you,
Elliott Kline

---

*This email and its attachments may contain information that is confidential and/or protected from disclosure by the attorney-client, work product or other applicable legal privilege. If you are not the intended recipient of the email, please be aware that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please notify the sender immediately and destroy all copies of the message from your computer system. Thank you.*