# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

| | |
|---|---|
| **Elizabeth Sines, et al** | Action No: 3:17CV72 |
| | Date: 11/25/2019 |
| vs. | Judge: Norman K. Moon |
| | Court Reporter: JoRita Meyer |
| **Jason Kessler, et al** | Deputy Clerk: Heidi N. Wheeler |

Plaintiff Attorney(s)

Jessica Phillips
Karen Dunn
Michael Bloch

Defendant Attorney(s)

Elliott Kline, pro se

## LIST OF WITNESSES

PLAINTIFF/GOVERNMENT:

1. Elliott Kline

DEFENDANT:

PROCEEDINGS:
SHOW CAUSE/EVIDENTIARY HEARING         1:00-2:12= 1hr 12 min;
                                       3:22-3:52=30min Total 1hr 42 min

Parties present for show cause hearing for defendant Elliott Kline.

Statement by Court.

Ms. Phillips states for the record what Mr. Kline has and has not done/provided to date. Ms. Phillips presents evidence.

Questions by the Court. Statements by Mr. Kline from the stand in response/defense.

Further questions by Ms. Phllips and Ms. Dunn.

Further remarks by Court.

Recess to be taken for 30 min. Parties to work on resolving outstanding issues.

Plaintiff states that discovery has not been met.

Mr. Kline responds.

Further remakrs by Ms. Phillips-seeking evidentiary sanctions and a finding of civil contempt.

An opinion will issue.   Court finds Mr. Kline in Civil Contempt.

Additional commets by Ms. Phillips.

Findings by Court on the record.

Next hearing to be held December 16, 2019 at 11:00 a.m.

Time in Court: