| AO 435 (Rev. 04/18; WDVA Rev. 02/19) | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS<br><br>**TRANSCRIPT ORDER FORM** | FOR COURT USE ONLY<br><br>DUE DATE: |
|---|---|---|

*Please Read Instructions on Page 2.*

| 1. **REQUESTOR'S INFORMATION:** | NAME<br>Robert Cahill (Counsel for Plaintiffs) | TELEPHONE NUMBER<br>703-456-8145 |
|---|---|---|
| DATE OF REQUEST<br>11/25/2019 | EMAIL ADDRESS (*Transcript will be emailed to this address.*)<br>rcahill@cooley.com; ebolton@cooley.com | |
| MAILING ADDRESS<br>Cooley LLP, 11951 Freedom Drive, 14th Floor | | CITY, STATE, ZIP CODE<br>Reston, VA 20190 |
| 2. **TRANSCRIPT REQUESTED:** | NAME OF COURT REPORTER<br>JoRita Meyer<br><br>OR   CHECK HERE ☐ IF HEARING WAS RECORDED BY FTR | |
| CASE NUMBER<br>3:17-cv-00072 | CASE NAME<br>Sines, et al. v. Kessler, et al. | JUDGE'S NAME<br>Norman K. Moon |
| DATE(S) OF PROCEEDING(S)<br>11/25/2019 | TYPE OF PROCEEDING(S)<br>Contempt/Evid./Show Cause hearing | LOCATION OF PROCEEDING<br>Charlottesville, VA |

REQUEST IS FOR: (*Select one*)  ☑ FULL PROCEEDING   OR   ☐ SPECIFIC PORTION(S) (*Must specify below*)

SPECIFIC PORTION(S) REQUESTED (*If applicable*):

3. **SERVICE TURNAROUND CATEGORY REQUESTED:**
(*See Page 2 for descriptions of each service turnaround category.*)

☐ Ordinary (30-Day)    ☐ Daily
☐ 14-Day               ☐ Hourly
☐ Expedited (7-Day)    ☐ RealTime
☑ 3-Day

4. **CERTIFICATION:** By signing below, I certify that I will pay all charges (deposit plus additional).

| DATE<br>11/25/2019 | SIGNATURE<br>/s/ Robert T. Cahill |
|---|---|

If you have any questions, please contact the court reporter coordinator at (434) 847-5722 or by email to CRC@vawd.uscourts.gov.

Transcript Fee Rates can be found on our website under Standing Orders at:
http://www.vawd.uscourts.gov/media/1576/transcripts2018-3.pdf

**NOTE:** Form must be flattened prior to electronically filing in CM/ECF so that all fillable fields can no longer be modified.

[PRINT]    [RESET FORM]