CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
11/27/2019
JULIA C. DUDLEY, CLERK
BY: H. Wheeler
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | | |
|---|---|---|
| ELIZABETH SINES, et al., | ) | |
|     Plaintiffs, | ) | Civil Action No. 3:17cv00072 |
| | ) | |
| v. | ) | <u>ORDER</u> |
| | ) | |
| JASON KESSLER, et al., | ) | By:   Joel C. Hoppe |
|     Defendants. | ) |        United States Magistrate Judge |

This matter is before the Court on the parties' Joint Proposed Discovery Schedule. ECF No. 589. Having reviewed the parties' filing and considered all relevant interests, the Court ADOPTS IN PART the deadlines proposed therein and hereby FURTHER AMENDS the Pretrial Order, ECF No. 101; *see* ECF Nos. 329, 461, as follows:

- The third-party discovery vendor ("Vendor") shall provide each Defendant with a complete copy of that Defendant's Electronically Stored Information ("ESI") by **January 15, 2020**. The Court expects this production will begin immediately and will continue on a rolling basis, as the Defendant's ESI is collected and organized, until such production is complete on or before January 15, 2020.

- Each Defendant shall produce any nonprivileged responsive ESI, along with a privilege log fully explaining why any responsive ESI was withheld, to Plaintiffs' counsel **within twenty-one (21) days after** the Vendor produces such ESI to that Defendant. The Court expects this process will begin immediately and will continue on a rolling basis as each Defendant receives its ESI from the Vendor. Defendants must produce **all** such ESI to Plaintiffs' counsel by **5:00 p.m. EST** on **February 5, 2020**.

- Each party shall produce all discoverable material to opposing counsel or an unrepresented party by **5:00 p.m. EST** on **February 5, 2020**.

- Opening expert reports shall be submitted on or before **June 29, 2020**.

- Rebuttal expert reports shall be submitted on or before **July 13, 2020**.

- Party/law-witness depositions shall be completed on or before **July 17, 2020**.

- Any additional interrogatories and/or requests for admission shall be served on or before **July 21, 2020**.

- All third-party fact discovery shall be completed on or before **July 24, 2020**.

1

- Expert depositions shall be completed on or before **July 24, 2020**.

- Dispositive motions or motions to exclude proposed expert testimony shall be filed on or before **August 7, 2020**.

- Any responses in opposition to a dispositive motion or motion to exclude proposed expert testimony shall be filed on or before **August 28, 2020**.

- Any replies to dispositive motions or motions to exclude proposed expert testimony shall be filed on or before **September 4, 2020**.

- The deadline for hearing dispositive motions is **September 11, 2020.** Any hearing must be scheduled by the Clerk.

- Parties shall exchange witness lists on or before **September 28, 2020**.

- Motions in limine shall be filed on or before **October 5, 2020**.

- Deposition designations shall be filed on or before **October 5, 2020**.

- Counter-designations and objections to deposition designations shall be filed by **October 13, 2020**.

- Proposed jury instructions and special interrogatories shall be filed on or before **October 13, 2020**.

- Responses in opposition to motions in limine shall be filed on or before **October 13, 2020**.

- Objections to counter-designations shall be filed by **October 16, 2020**.

- Jury trial to begin on **October 26, 2020**.

It is so ORDERED.

ENTER: November 26, 2019

Joel C. Hoppe
United States Magistrate Judge