# EXHIBIT C

Wednesday, June 07, 2017

Eli Mosely (+1 (610) 406-2229)



DO NOT open the discord to the public guys. Come on. Please don't do anything else until I have some control of the situation. People are already talking about backing out because they feel this is disorganized. Please just trust me that I'm taking care of everything that needs to be done. We have two months and don't need to rush this. I'm doing this full time and can handle it.   08:44:32

+1 (434) 996-5567

08:45:10   I'm not opening it to the public   

Erica (+1 (321) 276-8298)

I haven't opened it up to the public.   08:45:13

Eli Mosely (+1 (610) 406-2229)

Alright I just had two people message me saying that they heard we were doing that so thank god.   08:45:43

Erica (+1 (321) 276-8298)

I have Server Admin make a post on the IE discord about the event. People had to DM me if they wanted to join. A join link got dropped in our FB message group, and a temporary link got dropped in the Cville 1 server   08:46:25

+1 (434) 996-5567

08:46:45   There's nothing to worry about

Eli Mosely (+1 (610) 406-2229)



Sounds good. Thanks.   08:47:07

Erica (+1 (321) 276-8298)

No, no one, as far as I know, are dropping links in public chats. We've already been nervous enough about opening up the discord to alt-lite people   08:47:20



Jason, is that your 434 number?   08:47:45

+1 (434) 996-5567

08:47:59   Yeah, this is a movement for warriors. Let's not cater to the lowest common denominator crybabies   

08:48:10   Yes

**EXHIBIT**
30
8/7/19 ank

Page 1 / 6

**Erica** (+1 (321) 276-8298)
Okay cool. It's Erika
08:48:21

+1 (434) 996-5567
I'm available to anyone who wants to talk about any aspect of the event
08:50:42

**Eli Mosely** (+1 (610) 406-2229)
Sounds good I'm putting together this document now and will send it to you guys after it's done.
08:51:32

**Erica** (+1 (321) 276-8298)
Awesome. Thanks, eli.
08:59:14

Question. The Stormers keep bugging me about making a special group for their book club. I've met some cool Stormer guys, but the majority of the DS book club guys I've met are spergy af. Do we really want to allow them a channel for their sperg shit to fester?
09:00:33

**Eli Mosely** (+1 (610) 406-2229)
Just wait on that. I will speak to them through Weev and anglin. We have a weekly call for daily stormer on Monday's and I'll bring it up to them. If anglin or Weev tells them what to do they'll do it.
09:01:48

+1 (434) 996-5567
IMO allow all free speech and Larping so long as they agree to abide by the rules of our public demonstration
09:02:28

**Erica** (+1 (321) 276-8298)
Okey doke
09:02:26

+1 (434) 996-5567
Let people have fun. Just make sure their leadership understands that the future if the white race depends on us exercising restraint in public
09:03:43

**Erica** (+1 (321) 276-8298)
I'm all for allowing LARPing until actual serious bad ideas are coming out of the LARPing. And I'm all for allowing free speech until I start getting called a cunt and thot for trying to institute some basic rules regarding how we conduct ourselves on the server and in public.
09:04:20

**+1 (434) 996-5567**

09:04:52 — We have to destigmatize white advocacy. Those who cannot show restraint in public are betraying their race

09:05:25 — Erica, don't let it become personal. Go through me and I will mediate

**Erica (+1 (321) 276-8298)**

09:06:04 — I agree, and from Cville1.0, we had serious issues coming from the Vanguard guys. Just like we're having serious issues coming from them again.

09:06:56 — I'll go through you guys, but for how much I'm going to do over the next couple months to plan this, I don't feel like I should have to go through a middle man when stating some obvious stuff regarding optics.

**+1 (434) 996-5567**

09:07:10 — We have two months. Put me in touch with their leadership.

09:07:41 — Erica, I'll call you tomorrow and we'll work it out.

**Erica (+1 (321) 276-8298)**

09:08:12 — I'll DM you in discord the name of the vanguard guy who agreed with me and apologized for how his men are acting

**Eli Mosely (+1 (610) 406-2229)**

09:08:16 — Let's schedule a three way call for us tomorrow. I don't have a job so I'm free whenever.

09:08:37 — I have a call with vanguard this week to straighten them out as well.

**+1 (434) 996-5567**

09:08:55 — 11am EST. Good?

**Erica (+1 (321) 276-8298)**

09:11:12 — Thank you.

09:12:02 — I work until probably 3 tomorrow. I'll let you know when I get off. I'm scheduled until 130, but if tomorrow is as busy as it was today, I'll be getting off late.

**Eli Mosely (+1 (610) 406-2229)**
I have to be at the other job at 5pm tomorrow. So I'll either be able to hop on a call sometime between 3 and 430, or after 1030pm tomorrow night   09:13:34

**Eli Mosely (+1 (610) 406-2229)**
I'm down whenever. It's up to you guys.   09:17:58

+1 (434) 996-5567
09:18:51   Sounds like 3pm then
09:19:02   That's set

**Erica (+1 (321) 276-8298)**
Yeah. I'll shoot you guys a text right when I get off work tomorrow.   09:19:40

Thursday, June 08, 2017

**Erica (+1 (321) 276-8298)**
🎤 02:28:35

**Eli Mosely (+1 (610) 406-2229)**
I'm fee whenever.   02:28:59

**Erica (+1 (321) 276-8298)**
Just got off work. I need to eat. 3 still good?   02:29:37

**Eli Mosely (+1 (610) 406-2229)**
Yep   02:29:51

**Erica (+1 (321) 276-8298)**
Cool. How's your internet situation coming along?   02:30:36

**Eli Mosely (+1 (610) 406-2229)**
Shit. The south is so slow.   02:30:45

**Erica (+1 (321) 276-8298)**
That is correct. I'm guessing we'll just do a conference call on the phone then?   02:36:44

+1 (434) 996-5567
02:36:55   3 is fine

**Eli Mosely (+1 (610) 406-2229)**
That'd be best. I can still Skype or discord on my phone though.   02:37:05


Erica (+1 (321) 276-8298)
I'm fine with a phone conference call if Jason is cool with it .
02:38:11

+1 (434) 996-5567
02:38:39
Sure


Erica (+1 (321) 276-8298)

02:42:32


Eli Mosely , Erica\attachment 2.PNG

Friday, June 09, 2017

+1 (434) 996-5567
01:13:35
Should I put out a press release describing the event along with maybe a video and article in Medium ?


Eli Mosely (+1 (610) 406-2229)
Don't do a press release yet . I'm trying to finish up my TBH g
01:14:03

My thing
01:14:06


+1 (434) 996-5567
01:15:28
I was just thinking it might be good for me to publicly define what the event means to me before the other press releases come out since I will be fielding a lot of questions from reporters

01:16:34
That would essentially establish my narrative which is that I 'm providing a platform for the other groups and endorsing white advocacy


Eli Mosely (+1 (610) 406-2229)
Yea I would say do it once the PR team meets together .
01:16:56


+1 (434) 996-5567
01:17:44
Ok. Just bring me in on that convo so we're all on the same page


Saturday, June 10, 2017

+1 (434) 996-5567

10:26:03 — TWP has been busy putting out a lot of literature. If the other organizations wait 3 weeks to announce their involvement the media is going to brand this a TWP event



Erica (+1 (321) 276-8298)

12:40:44 — https://twitter.com/Hatewatch/status/873573797835796480

**Monday, June 12, 2017**

Erica (+1 (321) 276-8298)

03:42:17 — We're supposed to be having a banquet in Charlottesville on Sunday, correct? I'm just looking into lodging and I need to figure out if I should book Sunday night losing also.

+1 (434) 996-5567

03:43:22 — We havent gotten far in planning that yet but that is the idea.

03:45:11 — We should do a banquet at Trump Winery

Erica (+1 (321) 276-8298)



03:45:53 — Okay. Just trying to decide if a place needs to be booked for 2 or 3 nights. I'll be flying in on Friday and flying out on Monday.