# EXHIBIT D

# Message from Eli Mosley in Charlottesville

## 2.0#announcements



**Erika**

2017-06-12 20:17:00 UTC

@everyone

If you're a member of Identity Evropa, Identity Dixie, Vanguard America, Traditionalist Workers Party, League of the South, ATL-Right, or a woman and you haven't been added to your private organization/group channel within this server, DM so I can give you access.



**Erika**

2017-06-13 23:44:05 UTC

@everyone

I need the name/discord ID of one person in <@&321389308823207947>, <@&321416859620605953>, <@&321415072066961418>, <@&321402672764682242>, <@&321415072268419072>, and <@&321494163298320394> who will be the official liaison and PR Representative for the organization. DM me.



**MadDimension**

2017-06-17 19:12:30 UTC



**EXHIBIT**

31

8/7/19 CMK

@everyone If you have access to sound equipment please get in touch with event organizers ASAP. Don't forget that the other side will try to drown out our speakers with sirens and other noisemakers. We cannot allow that to happen



MadDimension

2017-06-20 02:52:58 UTC

@Erika What happened to the link?



Erika

2017-06-20 02:58:52 UTC

@MadDimension bizarre. Idk. I'll figure it out in a minute.



Erika

2017-06-20 03:48:49 UTC

@MadDimension looks like TRS took it down. Archive link added.

Erika

2017-06-25 03:10:38 UTC

@everyone ATTN: There is now a Walt Kowalski react. That is all.





Erika

2017-06-27 01:44:42 UTC

@everyone If you're planning on traveling from any MA, CT, or RI, @Johnny O'Malley is your region organizer. Feel free to ask him for help with organizing carpools or lodging in your dedicated <#329073181354754048> channel.



Erika

2017-06-27 01:47:54 UTC

@everyone If you're traveling from Texas, @Chef Goyardee is your state organizer. Feel free to ask him for help with organizing carpools or lodging in the

<#321380021048705034> channel. If you're from OK and would possibly like to carpool with the TX hate convoy, DM Chef to figure out logistics.



Erika

2017-06-27 05:16:49 UTC

@everyone
If you plan on renting a car for the weekend, use Turo. I have an extra $25 off credit . You have to book your trip by June 28th to use the code. DM me if you want it.



MadDimension

2017-07-05 00:35:34 UTC

@everyone You're going to want to buy tiki torches for this event. Bring them with you if possible as they will sell out quickly in this area. This will be for a repeat of the night rally. (Don't let this information outside the Discord).



Eli Mosley

2017-07-07 14:03:38 UTC

@everyone Warning! No idea why people would use their normie books. Lefty8pol is try-ing to dox anyone using the Facebook page with their real accounts. There is no way for us to make it private. https://8ch.pl/leftypol/res/7843.html



Erika

2017-07-09 02:56:24 UTC

@everyone
These pamphlets were being handed out at the KKK counter-protest in Charlottesville today. Expect out of state agitators and real resistance on August 12th.

Erika

**2017-07-09 02:56:29 UTC**



💬 7       ↻ 24       ♡ 38       ✉



**Erika**

2017-07-09 02:57:34 UTC

Come prepared, bring your friends, but plan to be peaceful.



**Erika**

2017-07-09 21:09:56 UTC

@everyone

If you're a woman in this server and haven't been added to the Ladies Only channel yet, please DM me. There will be important information released soon to the women only about dress code, code of conduct, safety, and our roles over the weekend.



**Eli Mosley**

2017-07-10 16:39:00 UTC

@everyone

The operation order for this event should be released for everyone Wednesday morning first thing. We've had to rethink some of what we were doing based on intel and seeing the rally last weekend. It's going to be incredibly important that everyone reads this document when it's out and stay flexible. I have many asking about being on the various security and other teams and instructions for joining those will be in the document as well.

I need one representative from each group (preferably in leadership or in charge of security) to jump on a meeting tomorrow night at 8pm EST.



[Eli Mosley](#)

2017-07-11 02:14:40 UTC

@everyone

Sharing information publicly from this discord or about this event or who is attending outside of closed circles or this discord will get you immediately banned from all future alt right events. This includes screen caps of any chats about this event. Do not share information outside of this discord or your own groups. If it happens again I will be removing this discord entirely and groups will have to organize in a decentralized fashion. This is the last time I'll be addressing this issue.



[Eli Mosley](#)

2017-07-11 23:09:01 UTC

@everyone we are having the leadership meeting in one hour in discord. Each group please send one person to this so I can run through everything. This meeting should only last about an hour. It will be in the "Leadership Meeting" voice channel. Please check-in in the "Leadership_Meeting" text channel with the group youre represnting so I know who missed the meeting and can verfiy everyone in the call is leadership.

Also, I currently have 65 DMs from the past two days. I am working through them tonight. If I dont answer tonight please DM me again tomorrow morning.



[MadDimension](#)

2017-07-14 15:23:15 UTC

@everyone We're going to be doing the torches on Friday night before the rally. We're doing it in a new location this time though. Everyone plan to meet up in Darden-Towe Park, just like last time, at 8:00pm on 8/11.



**MadDimension**

2017-07-14 16:11:10 UTC

@everyone

Tiki rules:
1. Buy the bamboo tikis in your local area before carpooling to Charlottesville. We don't want to buy a lot of them in this area and tip our enemy off.
2. Buy extras for those who are flying in or unprepared
3. Cut the tiki pole length down to 2 feet



**Erika**

2017-07-15 13:45:34 UTC

@everyone
If you're interested in being a designated EMS member for this event, please DM me.



**MadDimension**

2017-07-16 16:25:15 UTC

@everyone If you have a smartphone make sure you document everything at the rally. Antifa has enlisted the help of the ACLU and National Lawyers Guild to document for them. We want every act of criminality by Antifa captured on video. Since we don't have the same institutional allies we need to do this stuff ourselves.



**Erika**

2017-07-16 17:21:50 UTC

@everyone, if you haven't secured lodging yet, please don't wait until last minute. If you need help finding lodging, go post the specifics of what you/your group needs in the <#321379025916526592> channel and I'll do my best to help you.

MadDimension

2017-07-17 21:26:56 UTC

@everyone Here is a rough schedule of events for the Unite the Right weekend. We'll fill in more of the details as we draw closer to the event.

🖼 https://cdn.discordapp.com/attachments/321378928390569994/336619806721



MadDimension

2017-08-08 03:13:04 UTC

@everyone The event is still taking place at Lee Park. We are suing the city to reinstate the permit but either way the police have assured us that they will continue to cooperate with our event. Permit starts at 10am. Event begins at 12pm in Lee Park.



MadDimension

2017-08-08 16:13:42 UTC

@everyone Portable toilet company has canceled our port-a-johns order due to concerns for the safety of their equipment. Make sure you use the restroom prior to the event. If you have to go during the event the only option will be to use one of the restrooms at the area businesses one block away on the downtown mall including:

The Charlottesville Visitors Center (best bet because can't refuse service)
Christian's Pizza
Mudhouse
CVS Pharmacy
etc...



Eli Mosley

2017-08-08 21:55:25 UTC

@everyone very important info in this short 30 minute podcast with me and Mike Enoch. There will be many changes coming but the overall plan is not changing much. Please spread this around on social media so people know whats going on.

Leadership only meeting tonight at 9pm EST to go over some things.

https://twitter.com/notmikeenoch/status/895039765409562624



Eli Mosley

2017-08-09 01:04:32 UTC

@everyone we are starting the leadership meeting right now and reworked the leadership discussion chat. If you are supposed to be in that voice chat or text channel but do not currently have access please message myself or @wyatt and we will invidually give you permissions.