# EXHIBIT E

## Operation Unite the Right Charlottesville 2.0

**IMPORTANT: This version of the document is to only be shared by and with group leaders. DO NOT SHARE with other attendees. Another version will be released for them.**

### Report Version:
8/8/2017 Security Orders

**ATTENTION: Please read this full document to avoid miscommunication or organizational issues.**

### Operation Summary:
We are getting down to the wire but the current status of the rally is that the town of Charlottesville has recently ruled to move our rally away from Lee Park and to McIntire park. We will not be complying with this change, but will be making multiple plans. The most important thing in the next few days will be to stay in communication with each other as things will change by the hour up to the day of.

This document is for Tuesday 8/8 for leadership only. Tomorrow afternoon a watered down version will be released after we see what is going on with the court case for the general public. Another document with all needed details will be released Thursday night as well.

Eli Mosley recently did a podcast with Mike Enoch on TDS updating people on what is going on, please share it:
https://therightstuff.biz/2017/08/08/charlottesville-unite-the-right-announcement-special/

### Friendlies:
We are expecting to have between 800-1400 friendly people attend this rally ranging from Alt-Lite, Oath keepers, Proud Boys, and Trumpists to Identitarians, Neo-Confederates, national socialists and other Alt Right groups.
1st Platoon – TiborSzalasi-MI#7217
2nd Platoon - RCO Nick-TX#8823
3rd Platoon – FashoSlav
4th Platoon – Need Leader

## Operation Unite the Right Charlottesville 2.0

**IMPORTANT: This version of the document is to only be shared by and with group leaders. DO NOT SHARE with other attendees. Another version will be released for them.**

### Enemies/Counter Protesters:
We have been monitoring Antifa and other leftist activities for months leading up to the event and are anticipating between 1500-3000 counter protesters. These groups range from local Charlottesville residents or students from UVA to full-fledged Antifa members.

Also, there are the potential of enemies within the right from our own ranks. Various Proud Boys and White Nationalist groups are coming to the event as opposition in unknown numbers with unknown intentions.

On Thursday, 10th of August we will release a list of High Value Targets through the chain of command of our security team identifying members of both groups opposed to the rally.

### Contact Information:
Leading up to the event I am releasing my direct contact information to leaders and directors. I am in the middle of a move, but feel free to message me directly for anything regarding the event.
Eli Mosley – Discord, Eli Mosley#5269 – Phone Number, (347) 868-7023 – Email, DeplorableTruth@gmail.com. Feel free to msg/call whenever.

### Platoons:
If you are interested in volunteering for security, and have not been assigned a platoon, please contact **@Heinz - MI#4894.** You will be assigned to one of four security platoons, and given the contact information for that platoon leader. You will need to provide your own shield and other PPE.

If you have prior service experience or know someone who does, there is an open position for the 4th Platoon's platoon leader that needs to be filled ASAP.

## Operation Unite the Right Charlottesville 2.0

**IMPORTANT: This version of the document is to only be shared by and with group leaders. DO NOT SHARE with other attendees. Another version will be released for them.**

### Discord:
Assume the Discord is entirely compromised. Our intel suggests that Antifa have someone monitoring this server for information. Eli Mosley removed one of them the night of 8/1/2017.

We are coming down to the wire of the event soon and should try to keep the Discord as clean as possible from shitposting so that people can communicate and organize what they need to for the rally.

### Doxing/Security Concerns:
The day of the rally it is imperative that everyone realizes they risk being doxed simply for being in town that day. We advise you shut down at least temporarily any social media that may comprise you to limit the chances. DO NOT use credit/debit cards or checks in any stores in or outside of town. Use cash only. Assume every store clerk within an hour radius of the town are hostile.

It is important that you stay in teams at all times on Friday and Saturday. We do not want anyone getting hurt so please do not stray from your group or if you have no group find one ASAP.

### Women:
We strongly encourage women to stay off the front lines and help setup with the after party. We will have more info out on Thursday with the details to this part of the day. We will not ban any women from being on the grounds or helping out but the chance of danger is relatively high. If are coming please wear appropriate attire, and follow your operational document.

### Weather:
We are monitoring that it could potentially rain Friday and/or Saturday. Stay tuned for potential changes depending on the weather and be prepared.

### Medical:
We will have assigned medical teams on the day of the rally. If you are part of or have people part of the medic team please let them know there is a

## Operation Unite the Right Charlottesville 2.0

**IMPORTANT: This version of the document is to only be shared by and with group leaders. DO NOT SHARE with other attendees. Another version will be released for them.**

meeting with the medical team and the leader 8/9 at 7PM EST. Everyone is encouraged to bring whatever medical equipment/supplies they are trained up on.

### Legal:

Overall: After the rally we will be creating a channel for legal help/questions/requests only. As long as you are within the rules set by the event we will get our team to help you. We will be putting out a general legal fund on Wednesday that will be for the permit case, potential cases against businesses, and incidents that occur at the rally.

Permit: All that everyone needs to know right now is that we are working with a team of various lawyers in advising us and trying to reverse the city forcing us to McIntire Park. We are operating under the idea that we will most likely win this case and the police forced to go through with our initial plan, but also preparing for that not to happen.

Lodging/AirBnB Cancellations: We are aware that many of you have had your lodging canceled. We understand this is a huge issue and we are working with the legal team on trying to remedy this ASAP, but operate under the assumption that you will not get that money (right away) or reservation back. We encourage anyone with extra space to reach out to help these people. We may bring a legal case forward in relation to these and other tools at our disposal afterwards.

Incidents at the Rally: If you are arrested at the rally or for something directly related to the rally we will have money and a legal team set aside for you after. It is important that you get in touch with the organizers (Eli Mosley or Jason Kessler) ASAP if that happens. We will only be able to help people who follow the rules and stick to the plan so please understand that as you read on in the document.

## Operation Unite the Right Charlottesville 2.0

**IMPORTANT: This version of the document is to only be shared by and with group leaders. DO NOT SHARE with other attendees. Another version will be released for them.**

**Packing List and Equipment Information:**

Guns/Open Carry/Closed Carry: We will not prevent anyone from carrying their weapons LEGALLY, but will discourage anyone from bringing one who is not up to date on VA state laws. Essentially, if you use your weapon it will become the highlight of the rally and the movement as a whole, they will go through your social media and attempt to charge you with a hate crime regardless of how in the right you are to self-defense. Our protection overall will be from our numbers and the people who are experienced/trained with a firearm (and potentially the police, more below). So bring a weapon if you have absolute confidence in yourself and the risks involved. Consult this link for more info: https://www.nraila.org/gun-laws/state-gun-laws/virginia/

Knives/Tasers: We are not going to bring any knives or Tasers with us to this rally. After consulting our legal advisors and reviewing VA State law and local laws there is no reason for us to risk having them. This includes switch blades, bowie knives, and machetes. If you do have a knife and end up using it we will not be able to provide legal help through our team.

Masks/Facecoverings/Gas Masks: These are all incredibly illegal in VA and we expect the police to vigorously uphold this law regardless of their status. With that being said, if you do have a respirator or small gas mask you may bring it, but keep it concealed. This could be taken away, you could be arrested for it, and you probably won't need it, but if you feel safer or have a medical condition where it makes sense we will not keep you from having one. If you do get in legal trouble for the mask our legal team will most likely be unable to help depending on the circumstances.

Flags/Flagpoles/Shields: The police have no given us any solid guidelines on these so we are telling people to bring them. We recommend not using wood sticks or anything else that could be deemed a weapon, but instead you should use a hollow plastic pipe or something light. If a fight breaks out you should try to avoid using your flag as a weapon if possible. Shields should be brought but could be confiscated by the police. Comply with all police orders in relation to the shields and do not use them as offensive

## Operation Unite the Right Charlottesville 2.0

**IMPORTANT: This version of the document is to only be shared by and with group leaders. DO NOT SHARE with other attendees. Another version will be released for them.**

weapons. The key to keeping out of trouble is using them as defensive tools only.

Helmets: We recommend you bring or wear something to protect your head. DO NOT include a helmet with a facemask or anything that can be grabbed onto by others.

Pepper Spray: You may bring pepper spray but under your own risk and it is highly discouraged. Pepper Spray is legal in VA but if it hits a bystander or a bystander claims to have been hit you can be charged. If you feel you must have pepper spray you should use the gel type to provide more accuracy.

Water/food Source: It is EXTREMELY important that you bring a water source as we no longer have a guaranteed area for our water coolers. It will be very hot that day and/or it could be raining. We recommend a Camelback system if possible.

Umbrella/Poncho: We are getting a forecast for rain so bring equipment to be prepared for this because we will be going rain or shine.

Tiki Torches/Oil: The torchlight part of the rally is still secret, but people should bring as many of these as we can for the Friday night torchlight vigil. DO NOT hit any potential counter protesters with them, and we will have a disposal area for them on site.

### Mission Summaries:
We will have 3 separate plans right now depending on the circumstances of the day. The overall goal regardless of circumstances is to hold our rally at Lee Park, protect our VIPs and attendees, and get everyone out safe.

Primary Plan Summary (Green): This plan will be used if we have the police still on our side and willing to move forward with our original plan. It is most likely to be used if we win our court case for the permit.

## Operation Unite the Right Charlottesville 2.0

**IMPORTANT: This version of the document is to only be shared by and with group leaders. DO NOT SHARE with other attendees. Another version will be released for them.**

Secondary Plan (Yellow): The police could potentially refuse to enforce our permit and would need to move everything around to get our people on the ground at 6 am. This would happen if we don't win the court case but police are still willing to provide protections.

Tertiary Plan (Red): The police will no longer provide protection and intend on being hostile to or arresting any of our people in Lee Park. but we will STILL be going to Lee Park.

### Plan Green Timeline:

Friday evening:
1900 - support staff will meet at the CP to load the S-4 vehicle and double check all required equipment. If equipment is missing it will be procured after the meeting.
2300: Rally at "Nameless Field", Charlottesville, VA
2330: Step off from "Nameless Field" towards Jefferson Monument on UVA campus
2345: Conduct torchlight demonstration
2400-2415: Head back to "Nameless Field" and go back to cars.
Saturday:
0700 – CP setup, command briefing
0730 - Support staff staying near the CP location will muster to load ice and water into the S-4 vehicle.
0750 -  The S-4 vehicle will depart for RP1.
0800 – Security staff will report to RP1 for drill and briefing.
0900 - all support, and medical staff along with the vehicles assigned to transport will muster at RP1 for briefing.
0930 – Convoy with first wave of security departs RP1 for LOD.
0950 – Convoy with second wave of security, and support staff, and support truck departs RP1 for LOD.
0950 - 20 security personnel will remain behind to guard RP1.
1000 – Security steps off for Lee Park from LOD.
1030 – Sound system setup, music begins.
1030 – civilians begin to arrive at RP1.

## Operation Unite the Right Charlottesville 2.0

**IMPORTANT: This version of the document is to only be shared by and with group leaders. DO NOT SHARE with other attendees. Another version will be released for them.**

1030-1145 – Shuttle service for civilians runs from RP1 directly to Lee Park.
1145 – Convoy returns RP1 for staging
1500 – Shuttle service resumes.
1615 – All civilians exfiled
1630 – Support staff and first wave of security exfiled by shuttle to RP1.
1645 – Only rear guard remains at Lee Park
1700 – All personnel exfiled to RP1. Operation complete.
1700+ After Party

### Torchlight Rally:



The Torchlight Rally will be at the Jefferson Monument near the UVA campus on Friday the 11th under cover of darkness. We will meet at 1630 in "Nameless Field" and march with our torches lit along the blue line. Each

## Operation Unite the Right Charlottesville 2.0

**IMPORTANT: This version of the document is to only be shared by and with group leaders. DO NOT SHARE with other attendees. Another version will be released for them.**

person should bring their own torch which can be bought from a local Wall-Mart, Lowes, Home Depot, etc. Once on the grounds of the monument we will sing a song or two, a speech will be given and then we will march the way we came before heading back to our cars.

### Pre-Rally and Transportation:
We will have plainclothes intelligence operatives on the ground first thing Saturday Morning. Small groups should and individuals should not travel to the park outside of the group transportation services.

The details of the transportation plan will be released Thursday before the event. However, the general plan is that we will have a transportation Rally Point where people may park. We will then have the transportation team shuttle people from those points to the gate of the park.

### During the Rally:
The police have informed us that they allow us to drive shuttle convoys directly to Lee Park from RP1, through the outer cordon.

The police will be forming a buffer zone between us and the counter protesters while we form a perimeter to protect the park. While we secure the area with assigned shielded security around the VIPs and the inner circle of the rally. More details on the exact plan and rules of engagement to come out in next report.

### During the Rally (if you cannot go or for Women):
For anyone who cannot attend the rally but will be in Cville we will have two different things for you to do. We'll need volunteers to help man the radios and HQ section. Also, we see a high likelihood of violence during the rally so we recommend not bringing women and are banning all small children. We will have a place set aside for them to help setup the after party and monitor streams that will be released Thursday before the event. If you'd like to volunteer for HQ duty contact Eli Mosley.

## Operation Unite the Right Charlottesville 2.0

**IMPORTANT: This version of the document is to only be shared by and with group leaders. DO NOT SHARE with other attendees. Another version will be released for them.**

### After Party:
The information about the after party is being kept incredibly secret right now mainly for obvious opsec reasons. We are currently running into similar troubles of cancellation with the original venue but are working on several solutions. By Thursday's document the details will be made available to everyone, but keep the cancellation info secret outside of leadership.

We are keeping the details of where exactly the after party is secret for now, but we can say that it's about 20-30 minutes outside of Cville to prevent any leftist attacks. There will be some food, places too cookout, beer/drinks, live music, and a surprise speaker or two. The information for the after party will be released in more details on Thursday before the rally.

To buy a ticket to the party beforehand is $12 which is used to provide the food and rental equipment. You may use [THIS](#) link to send the money through PayPal. Send a note with your payment letting us know what name or email you want on the guest list. If you do not pay beforehand, tickets will also be available at the door. In the highly unlikely scenario that we do not have an after party your money will be refunded.

### Roles and Directors:
We need the follow positions filled. Please contact Eli Mosley to volunteer for one of these roles or with any questions.

Free agent Director – Need someone who can help manage and help people that are without a group.
Intelligence Director – This role will manage the various intelligence teams that will need to gather intel leading up to the event, during the event and manage the intel/doxing after the event. This person should not be in attendance to the event and have some experience. They will be forwarding relevant intel into HQ.
Convoy Commander – Will lead convoy for Shuttle Teams.
4th Platoon Leader – Should be a prior service military person who can operate radio and lead teams.

## Operation Unite the Right Charlottesville 2.0

**IMPORTANT: This version of the document is to only be shared by and with group leaders. DO NOT SHARE with other attendees. Another version will be released for them.**

### Conclusion:

Things are going to be incredibly chaotic as we move closer to the date. The most important things are to utilize chain of command and communicate out to people that need to know exactly what is going on. Be ready for rapid changes of what is going on and the plan. Regardless of what happens with the legal case we ARE going to Lee Park no matter what and no matter the cost.