# EXHIBIT F

# Operation Unite the Right Charlottesville 2.0

**IMPORTANT: This version of the document is to only be shared by and with group leaders. DO NOT SHARE with other attendees. Another version will be released for them.**

## Report Version:
8/10/2017 Security Orders

**ATTENTION: Please read this full document to avoid miscommunication or organizational issues.**

## Final Operation Order Summary:
The city of Charlottesville has told us we must move our rally to McIntire Park while still allowing the counter protesters to keep their permits nearby. Our legal team has filed an injunction and we are waiting to see if we are given an emergency hearing or not. Regardless of the outcome, we will be at Lee Park on Saturday. It is highly important to keep a close eye on communications as things could change by the hour throughout the entire weekend.

## Friendlies:
We are expecting to have between 800-1400 friendly people attend this rally ranging from Alt-Lite, Oath keepers, Proud Boys, and Trumpists to Identitarians, Neo-Confederates, national socialists and other Alt Right groups. It is important that every group regardless of ideological differences work together at the event.

1st Platoon – TiborSzalasi-MI#7217
2nd Platoon - RCO Nick-TX#8823
3rd Platoon – FashoSlav
4th Platoon – McCarthy

## Enemies/Counter Protesters:
We have been monitoring Antifa and other leftist activities for months leading up to the event and are anticipating well over 3000 counter protesters from across the country. These groups range from local Charlottesville residents or students from UVA to full-fledged Antifa members and groups.

Also, there are the potential of enemies within the right from our own ranks. Various Proud Boys and White Nationalist groups are coming to the event as opposition in unknown numbers with unknown intentions.

## Operation Unite the Right Charlottesville 2.0

**IMPORTANT: This version of the document is to only be shared by and with group leaders. DO NOT SHARE with other attendees. Another version will be released for them.**

### Emergency Contact Information/Comms:
Leading up to the event I am releasing my direct contact information to leaders and directors.
Eli Mosley – Discord, Eli Mosley#5269 – Phone Number, (347) 868-7023 – Email, DeplorableTruth@gmail.com. Feel free to msg/call whenever.

There will be a follow up comms document and maps handed out at the Friday night leadership meeting.

### Discord:
On the day of the rally please keep discord and @everyone tags clear outside of critical information sharing. This document will be posted and pinned in the #LeadershipDocument channel. If you need access message Wyatt with your role.

### Doxing/Security Concerns:
The day of the rally it is imperative that everyone realizes they risk being doxed simply for being in town that day. We advise you shut down at least temporarily any social media that may comprise you to limit the chances. DO NOT use credit/debit cards or checks in any stores in or outside of town. Use cash only. Assume every store clerk within an hour radius of the town are hostile. Realize that everyone around you will be recording so come up with nicknames for people to help prevent doxing.
It is important that you stay in teams at all times on Friday and Saturday. We do not want anyone getting hurt so please do not stray from your group or if you have no group find one ASAP.

### Women:
We strongly encourage women to stay off the front lines and help setup with the after party. Within the Wheatfield Dwellers chat on the night of Friday the location for the alternative location will be given to vetted women. The plan will be for women (and others) not attending to help support our efforts on social media, intel gathering, and preparing for the after party.

## Operation Unite the Right Charlottesville 2.0

**IMPORTANT: This version of the document is to only be shared by and with group leaders. DO NOT SHARE with other attendees. Another version will be released for them.**

### Weather:
We are monitoring that it could potentially rain Friday and/or Saturday. Stay tuned for potential changes depending on the weather and be prepared. The current forecast is for scattered thunderstorms on Friday and Saturday.

### Medical:
Medical teams will meet up and speak on Friday night at the leadership meeting. If you are part of the medic team please come to the leadership meeting before the torchlight rally.

### Legal:
Overall: After the rally we will be creating a channel for legal help/questions/requests only. As long as you are within the rules set by the event we will get our team to help you. We will be putting out a general legal fund on Wednesday that will be for the permit case, potential cases against businesses, and incidents that occur at the rally.

Permit: All that everyone needs to know right now is that we are working with a team of various lawyers in advising us and trying to reverse the city forcing us to McIntire Park. We are operating under the idea that we will most likely win this case and the police forced to go through with our initial plan, but also preparing for that not to happen.

Lodging/AirBnB Cancellations: We are aware that many of you have had your lodging canceled. We understand this is a huge issue and we are working with the legal team on trying to remedy this ASAP, but operate under the assumption that you will not get that money (right away) or reservation back. We encourage anyone with extra space to reach out to help these people. We may bring a legal case forward in relation to these and other tools at our disposal afterwards.

Incidents at the Rally: If you are arrested at the rally or for something directly related to the rally we will have money and a legal team set aside for you after. It is important that you get in touch with the organizers (Eli Mosley or Jason Kessler) ASAP if that happens. We will only be able to

## Operation Unite the Right Charlottesville 2.0

**IMPORTANT: This version of the document is to only be shared by and with group leaders. DO NOT SHARE with other attendees. Another version will be released for them.**

help people who follow the rules and stick to the plan so please understand that as you read on in the document.

**IMPORTANT:** If we lose our court case and have to initiate plan red or have to take the ground by force with plan yellow it is VERY important that people realize that any court case will be incredibly difficult regardless how in the right we are. Keep this in the back of your mind as if you are arrested your identity will also be revealed by local records.

### Packing List and Equipment Information:

Guns/Open Carry/Closed Carry: We will not prevent anyone from carrying their weapons LEGALLY, but will discourage anyone from bringing one who is not up to date on VA state laws. Essentially, if you use your weapon it will become the highlight of the rally and the movement as a whole, they will go through your social media and attempt to charge you with a hate crime regardless of how in the right you are to self-defense. Our protection overall will be from our numbers and the people who are experienced/trained with a firearm (and potentially the police, more below). So bring a weapon if you have absolute confidence in yourself and the risks involved. Consult this link for more info: https://www.nraila.org/gun-laws/state-gun-laws/virginia/

Knives/Tasers: We are not going to bring any knives or Tasers with us to this rally. After consulting our legal advisors and reviewing VA State law and local laws there is no reason for us to risk having them. This includes switch blades, bowie knives, and machetes. If you do have a knife and end up using it we will not be able to provide legal help through our team.

Masks/Facecoverings/Gas Masks: These are all incredibly illegal in VA and we expect the police to vigorously uphold this law regardless of their status. With that being said, if you do have a respirator or small gas mask you may bring it, but keep it concealed. This could be taken away, you could be arrested for it, and you probably won't need it, but if you feel safer or have a medical condition where it makes sense we will not keep you from having

## Operation Unite the Right Charlottesville 2.0

**IMPORTANT: This version of the document is to only be shared by and with group leaders. DO NOT SHARE with other attendees. Another version will be released for them.**

one. If you do get in legal trouble for the mask our legal team will most likely be unable to help depending on the circumstances.

Flags/Flagpoles/Shields: The police have not given us any solid guidelines on these. We recommend not using wood sticks or anything else that could be deemed a weapon, but instead you should use a hollow plastic pipe or something light. If a fight breaks out you should try to avoid using your flag as a weapon if possible. Shields should be brought but could be confiscated by the police. Comply with all police orders in relation to the shields and do not use them as offensive weapons. The key to keeping out of trouble is using them as defensive tools only.

Helmets: We recommend you bring or wear something to protect your head. DO NOT include a helmet with a facemask or anything that can be grabbed onto by others.

Pepper Spray: You may bring pepper spray but under your own risk and it is highly discouraged. Pepper Spray is legal in VA but if it hits a bystander or a bystander claims to have been hit you can be charged. If you feel you must have pepper spray you should use the gel type to provide more accuracy.

Water/food Source: It is EXTREMELY important that you bring a water source as we no longer have a guaranteed area for our water coolers. It will be very hot that day and/or it could be raining. We recommend a Camelback system if possible.

Tiki Torches/Oil: The torchlight part of the rally is still secret, but people should bring as many of these as we can for the Friday night torchlight vigil. DO NOT hit any potential counter protesters with them, and we will have a disposal area for them on site.

### Rules of Engagement:
It is extremely important that we avoid extreme violence at all costs outside of what is needed to defend our people. Do not aggress towards the

## Operation Unite the Right Charlottesville 2.0

**IMPORTANT: This version of the document is to only be shared by and with group leaders. DO NOT SHARE with other attendees. Another version will be released for them.**

counter protesters or start any fights. If you are carrying follow the state law of VA and realize that if you use your weapon there is a high likelihood the court will treat you harshly/unfairly. Allow the police to do their job. As we saw at the KKK rally the police were incredibly hands on, and in our communications with them they know that the left are the ones looking to do violence.

### General Conduct:
We would like to keep this rally as open and friendly as possible with the "Unite the Right" message which means we should refrain from being overly edgy for the sake of edginess. There will be no speech police on our side, but realize that we are trying to gain sympathy from whites and the general right wing. Please refrain from roman salutes during the rally and understand that cameras are all over the place at all times.

### Underage Drinking:
We have a zero tolerance policy for anyone under 21 drinking at any point over the weekend. If you get booked they will know you are part of this rally and we could keep you from future events.

### Dangerous People List:
Security will be handed a cheat sheet of dangerous people at the Friday night leadership meeting. The detailed version of this list will be published in the #LeadershipDocuments channel Thursday night.

### Social Media:
Make sure you are following these accounts on twitter for updates:

@awyattman88
@NotEliMosley
@TheMadDimension
@occdissent
@RichardBSpencer
@NotMikeEnoch

## Operation Unite the Right Charlottesville 2.0

**IMPORTANT: This version of the document is to only be shared by and with group leaders. DO NOT SHARE with other attendees. Another version will be released for them.**

Pay attention in Discord and those accounts to see the hashtags we are using. It will be important to make sure everyone not at the event is using their social media to amplify what is going on.

### Mission Summaries:
We will have 3 separate plans right now depending on the circumstances of the day. The overall goal regardless of circumstances is to hold our rally at Lee Park, protect our VIPs and attendees, and get everyone out safe. There will be multiple decision points that could shift the working plan due to updates on the ground. We will proceed under the assumption that we are acting on Plan Green until we receive more information.

Plan Green: This plan will be used if we have the police still on our side and willing to move forward with our original plan. It is most likely to be used if we win our court case for the permit.

Plan Yellow: The police could potentially refuse to secure the area around Lee Park for us, and may not maintain a buffer between us and antifa. In this scenario we would need to accelerate our plans. This would happen if we don't win the court case but police are either willing to provide some protections, or will stand down. The main changes will be getting as many of our people at Lee Park at 6 am to secure the grounds and starting the speeches earlier.

Plan Red: The police will no longer provide protection and intend on being hostile to or arresting any of our people in Lee Park. but we will STILL be going to Lee Park. This plan is going to be incredibly dangerous and anyone still going could be arrested. We will essentially meet early at McIntire Park, do our speeches, and then anyone who wants to go to Lee Park will march there.

## Operation Unite the Right Charlottesville 2.0

**IMPORTANT: This version of the document is to only be shared by and with group leaders. DO NOT SHARE with other attendees. Another version will be released for them.**

**Plan Green Timeline:**
Friday:
1900: Support staff will meet at Darden Towe Park to conduct leadership meeting and load the S-4 vehicle.
2000: Optional gathering for general attendees at Darden Towe Park to go over rally plan and prep for torchlight march.
2100: Leave Darden Towe Park
2130: Rally at "Nameless Field", Charlottesville, VA (DO NOT ARRIVE EARLY)
2200: Step off from "Nameless Field" towards Jefferson Monument on UVA campus
2215: Conduct torchlight demonstration
2230-2245: Head back to "Nameless Field" and go back to cars.
Saturday:
0700 – CP setup, command briefing
0730 - Support staff staying near the CP location will muster to load ice and water into the S-4 vehicle.
0750 - The S-4 vehicle will depart for RP1.
0800 – Security staff will report to RP1 for drill and briefing.
0900 - all support, and medical staff along with the vehicles assigned to transport will muster at RP1 for briefing.
0930 – Convoy with first wave of security departs RP1 for LOD.
0950 – Convoy with second wave of security, and support staff, and support truck departs RP1 for LOD.
1000 – Security steps off for Lee Park from LOD.
1030 – Sound system setup, music begins.
1030 – civilians begin to arrive at RP1.
1030-1145 – Shuttle service for civilians runs from RP1 directly to Lee Park.
1145 – Convoy returns RP1 for staging
1500 – Shuttle service resumes.
1615 – All civilians exfiled
1630 – Support staff and first wave of security exfiled by shuttle to RP1.
1645 – Only rear guard remains at Lee Park
1700 – All personnel exfiled to RP1. Operation complete.
1830+ – After Parties

## Operation Unite the Right Charlottesville 2.0

**IMPORTANT: This version of the document is to only be shared by and with group leaders. DO NOT SHARE with other attendees. Another version will be released for them.**

### Plan Yellow Timeline:
Friday:
1900: Support staff will meet at Darden Towe Park to conduct leadership meeting and load the S-4 vehicle.
2000: Optional gathering for general attendees at Darden Towe Park to go over rally plan and prep for torchlight march.
2100: Leave Darden Towe Park
2130: Rally at "Nameless Field", Charlottesville, VA (DO NOT ARRIVE EARLY)
2200: Step off from "Nameless Field" towards Jefferson Monument on UVA campus
2215: Conduct torchlight demonstration
2230-2245: Head back to "Nameless Field" and go back to cars.
Saturday:
0500 – CP setup, command briefing
0530 - Infiltration of plainclothes intel
0515 - Support staff staying near the CP location will muster to load ice and water into the S-4 vehicle.
0500 – Security staff will report to RP1 for drill and briefing.
0500 - all support, and medical staff along with the vehicles assigned to transport will muster at RP1 for briefing.
0530- Decision point
0540 -  The S-4 vehicle will depart for RP1.
0540 - ADVON team, and medical staff depart RP1 for Lee Park
0600 - 0800 ADVON team keeps the park area secure.
0800 – Remainder of security depart RP1 for LOD
0800-0930 Shuttles run from RP1 to LOD
0930 - S-4 vehicle departs RP1 for LOD
0940 - VIP's arrive LOD
0945 - Decision Point
0945 - All step off for LOD
1015 - Sound system setup, music begins.
1000-1300 - Speakers
1300-1330 - teardown, policecall

## Operation Unite the Right Charlottesville 2.0

**IMPORTANT: This version of the document is to only be shared by and with group leaders. DO NOT SHARE with other attendees. Another version will be released for them.**

1330 - All step off for RP1
1400 - All at RP1 operation complete

### Plan Yellow Contingency 1(Emergency Evacuation):
T=0 - Contingency plan is initiated
T+5 - Sound equipment hasty teardown complete.
T+5 - S-4 vehicle leaves park for RP1, all personnel in tow. One platoon of security will lead the group while the last three provide rearguard.
T+10 - Personnel outside the cordoned area. As the column walks toward RP1 the shuttles will begin to move personnel to RP1 to speed up exfil.
T+25 - All personnel at RP-1. Operation complete.

### Plan Yellow Contingency 2(Dispersal order given):
T=0 - Contingency plan is initiated
T+15 - Support equipment teardown is complete.
T+15 - S-4 vehicle leaves park for RP1, all personnel who do not wish to engage in civil disobedience in tow.
T+25 - Personnel outside the cordoned area. As the column walks toward RP1 the shuttles will begin to move personnel to RP1 to speed up exfil.
T+35 - All personnel at RP-1. Operation complete.

### Plan Red:

0730 - Support and security staff arrive at Rally Point 1, and setup the sound system.

0800 - All personnel  arrive at Rally Point 1.
0830 - 0930 - Condensed speaker roster.
0930 - All personnel willing to engage in civil disobedience will step off for Lee Park to be arrested.
1000 - Protestors in custody.
1030 - Operation complete. All personnel who are not in custody will stand by for orders, including a possible protest at the police station or city hall.

## Operation Unite the Right Charlottesville 2.0

**IMPORTANT: This version of the document is to only be shared by and with group leaders. DO NOT SHARE with other attendees. Another version will be released for them.**

### Torchlight Rally:
The Torchlight Rally will be at the Jefferson Monument near the UVA campus on Friday the 11th under cover of darkness. We will meet at 2130 in "Nameless Field" and march with our torches lit to the monument. Each person should bring their own torch which can be bought from a local Wall-Mart, Lowes, Home Depot, etc. Tiki torches are fine. Once on the grounds of the monument a speech will be given, we do some chants, then sing dixie, then put out the torches. We will then return to "Nameless Field" and back to our cars.

### Dixie:
At the torchlight rally we will be singing the song "Dixie". It is VERY important for everyone to learn this song and the lyrics. In #LeadershipDocuments and announcements we will put out the version we are using.

### Pre-Rally and Transportation:
We will have plainclothes intelligence operatives on the ground first thing Saturday Morning. Small groups should and individuals should not travel to the park outside of the group transportation services. If the police do not intend to keep hostiles out of the park after our permit starts at 1000, we will send an ADVON team in as soon as the park opens to physically remove any hostiles, sweep for IED's, and to keep the park clear for us. The details of the transportation plan will be released Friday evening. However, the general plan is that we will have a transportation Rally Point where people may park. EVERYONE SHOULD CARPOOL TO THE RALLY POINT. This is to reduce the number of vehicles that can be sabotaged, and to make the best use of the limited parking.  The transportation team will shuttle people from that point to the gate of the park, or to the Line of Departure if our shuttles are not allowed to pass the police cordon.

If we are not allowed to pass the police cordon in vehicles, we will form all forces at the Line of Departure and march into the park together, using the shield wall to keep hostile forces away from our civilians and HVT's.

## Operation Unite the Right Charlottesville 2.0

**IMPORTANT: This version of the document is to only be shared by and with group leaders. DO NOT SHARE with other attendees. Another version will be released for them.**

### During the Rally:
Due to the fluid situation we should not expect the police to maintain any type of barriers between us and the hostiles. Our security forces in form of the shield wall will be deployed in whatever manner is most effective to reduce the threat. Anyone not on the security and support staff should stay away from the edges of the park as well as the rear area of the park that is in enfilade from the hostile positions.

Our port-a-johns have been cancelled as most people know, therefore the logistics of making head calls has been increased. Once the police confirm what places will be open to us for these purposes we will post them on the map. These locations will not be within the secured area, so everyone is advised to move in groups of at least 10. If you need to use the head, gather at the Southeast Entrance of the park and wait until you have enough people to safely traverse the area.

### During the Rally (if you cannot go or for Women):
For anyone who cannot attend the rally but will be in Cville we will have two different things for you to do. We'll need volunteers to help man the radios and HQ section. Also, we see a high likelihood of violence during the rally so we recommend not bringing women and are banning all small children. We will have a place set aside for them to help setup the after party and monitor streams that will be released Thursday before the event. If you'd like to volunteer for HQ duty contact Eli Mosley.

### Leaving the Rally:
Once the speakers have finished, we will teardown the support equipment and police call the area. Please do not leave any trash on the ground. Leave the area cleaner than you found it! If we are allowed to shuttle to the park directly we will begin running exfiltration convoys to the Rally Point until all civilians are evacuated, at which point the support and security staff will work in a rear guard action until all personnel are evacuated.

If we are not allowed to shuttle directly to the park we will tear down all the equipment, and march of of the park to an exfiltration point outside of the

## Operation Unite the Right Charlottesville 2.0

**IMPORTANT: This version of the document is to only be shared by and with group leaders. DO NOT SHARE with other attendees. Another version will be released for them.**

cordoned area. Once at the exfiltration point we will have the shuttle service return everyone to the rally point while security fights a rearguard action.

When you are leaving the rally in your personal vehicle do not travel directly to the afterparty location or to your lodging. Take basic evasive maneuvers, get on a highway for several miles and get off, have your passengers check for vehicles following you. If you suspect a vehicle is following you, pull off the road in a well populated area, like a grocery store parking lot and call the police if the vehicle follows you into and out of the parking lot.

It is of our upmost concern that our afterparty location is not compromised, so take every precaution to ensure you are not followed.

### After Party:
The information about the after party is being kept incredibly secret right now mainly for obvious opsec reasons.

Our two original after party locations were both pulled as well as the food due to the leftist networks bullying local business. We will still be having an after party but will need to be more exclusive about who can come because of the size of our new venue. Anyone who purchased a ticket already can come, any leadership or VIPs can come as well, but after midnight 8/10 we are shutting down all ticket sales to prevent overflowing the venue we did get. Obviously this is not ideal and we encourage groups to have their own parties as well.
You may use <u>THIS</u> link to send the money through PayPal. Send a note with your payment letting us know what name or email you want on the guest list.

## Operation Unite the Right Charlottesville 2.0

**IMPORTANT: This version of the document is to only be shared by and with group leaders. DO NOT SHARE with other attendees. Another version will be released for them.**

### Conclusion:

The main things to note are to keep attention to communications, everyone stay safe, be ready for rapid and constant change, and our next time hack will be 1900 at Darden Towe Park for leadership only. A follow up document will accompany this for general attendees.