CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILE, VA
FILED

DEC 1 0 2019

JULIA C. DUDLEY, CLERK
BY: _____
DEPUTY CLERK

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
### CHARLOTTESVILLE DIVISION

| | |
|---|---|
| ELIZABETH SINES, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> JASON KESSLER, *et al.*, <br><br> *Defendants.* | CASE NO. 3:17-cv-00072 <br><br> ORDER <br><br> JUDGE NORMAN K. MOON |

This matter is before the Court on the contempt hearing scheduled concerning Defendant Elliott Kline, which is set for Monday, December 16, 2019 at 11:00 A.M. EST, at the United States Courthouse in Charlottesville, Virginia.

In a separate Order issued this day, this Court ordered Kline to submit to the Court, no later than Friday, December 13, 2019 at 12:00 P.M. EST, a brief or response addressing any and all steps Kline has taken to purge himself of contempt.

This Court is also in receipt of Plaintiffs' Motion for Evidentiary Sanctions Against Elliott Kline. Dkt. 601. Finding section IV of Plaintiffs' Motion of particular relevance to the hearing on December 16, 2019, this Court **DIRECTS** Plaintiffs to file a supplemental brief addressing: (1) any further steps Kline has taken (or failed to take) to purge himself of civil contempt; (2) the status of the Third Party Discovery Vendor's imaging and collection efforts from Kline's various electronic devices and social media accounts; (3) when any such devices will be returned to Kline; (4) what witnesses or evidence Plaintiffs intend to introduce at the hearing on December 16, 2019. This supplemental brief shall be filed no later than December 13, 2019 at 12:00 P.M. EST.

1

This Court will direct further briefing on Plaintiffs' Motion for Evidentiary Sanctions Against Elliott Kline at a later time.

It is so **ORDERED**.

The Clerk of the Court is directed to send a certified copy of this Order to the parties. The Clerk of the Court is further directed to send a certified copy of this Order to Elliott Kline at both email addresses he has provided as well as by mail to his address of record.

Entered this \_\_\_\_\_ day of December, 2019.

Norman K. Moon
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE

2