UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

ELIZABETH SINES, SETH WISPELWEY,
MARISSA BLAIR, TYLER MAGILL,
APRIL MUÑIZ, HANNAH PEARCE,
MARCUS MARTIN, NATALIE ROMERO,
CHELSEA ALVARADO, JOHN DOE, and
THOMAS BAKER,

                    Plaintiffs,

v.

JASON KESSLER, et al.,

                    Defendants.

Civil Action No. 3:17-cv-00072-NKM

## AFFIDAVIT

I, Karen Stemland, hereby declare and state that I have personal knowledge of the following:

1. I am an attorney licensed to practice in Virginia.

2. I appeared at the Court hearing in this matter on November 25, 2019, at which time Defendant Elliott Kline turned over two phones to Plaintiffs' counsel pursuant to Court order. After the hearing, Plaintiffs' counsel brought the phones to my Charlottesville office. It was late afternoon at the time.

3. Our office administrator packaged the phones in a UPS envelope with a prepaid label and tracking number for overnight delivery. She addressed the package to the third-party discovery vendor in this case.

4. Because the UPS representative and USPS personnel already had picked up the UPS and USPS mail from my office, I took the envelope to the nearest UPS drop-off box.

5. I deposited the package in the UPS box, which had a green sign indicating that it had not been collected for the day. I verified that the package was deposited into the lower portion of the UPS box.

6. Co-counsel informed me the next day that UPS never sent a scanning notification for the package.

7. I have instituted a report with UPS and the Charlottesville Police Department. Both have undertaken investigations. Both investigations are ongoing.

Executed this 13th day of December 2019.

_____
KAREN STEMLAND

COMMONWEALTH OF Virginia
COUNTY OF Albemarle

Sworn to (or affirmed) and subscribed before me this 13 day of December, 2019, by Karen Stemland, who is personally known to me or has produced identification.

Notary Public-Commonwealth of Virginia
Commission Number: 7642901

_____

DANA JOHNSON HATCHER
NOTARY PUBLIC
Commonwealth of Virginia
Reg. #7642901
My Commission Expires 1-31-2023