CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILE, VA
FILED

12/13/2019

JULIA C. DUDLEY, CLERK
BY: /s/ H. Wheeler
DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| ELIZABETH SINES, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> JASON KESSLER, *et al.*, <br><br> *Defendants*. | CASE NO. 3:17-cv-00072 <br><br> ORDER <br><br> JUDGE NORMAN K. MOON |

This Court has scheduled a second civil contempt hearing concerning **Defendant Elliott Kline**, which **has been and remains** set for Monday, December 16, 2019 at **11:00 A.M. EST**, at the United States Courthouse in Charlottesville, Virginia.

This Court is in receipt of a request by Kline dated today, December 13, 2019, asking that the Court either postpone the hearing on December 16, 2019 or allow him to make a telephonic appearance. Kline made a similar 11th-hour request before the hearing in which this Court found Kline to be in civil contempt.

The hearing on December 16, 2019 has been scheduled for weeks. This Court advised Kline of the hearing on November 25, 2019 and again in the Court's Order Finding Kline in Civil Contempt on November 27, 2019. *See* Dkt. 600 at 80; Dkt. 599 at 2. Given the nature and stage of the civil contempt proceedings and considering Kline's request, the Court finds that Kline has not shown good cause to delay the hearing on December 16 or to permit him to appear telephonically.

It is so **ORDERED**.

The Clerk of the Court is directed to send a certified copy of this Order to the parties. The Clerk of the Court is further directed to send a certified copy of this Order to Elliott Kline at both email addresses he has provided as well as by mail to his address of record.

Entered this  13th   day of December, 2019.

_____
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE