# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

**Elizabeth Sines, et al**

vs.

**Jason Kessler, et al**

Action No: 3:17CV72
Date: December 16, 2019
Judge: Joel C. Hoppe
Court Reporter: Judy Webb
Deputy Clerk: Heidi N. Wheeler

Plaintiff Attorney(s)
Jessica Phillips
Erin Ashwell
Michael Bloch

Defendant Attorney(s)
Elliott Kline

## LIST OF WITNESSES

PLAINTIFF/GOVERNMENT:
1.

DEFENDANT:
1. Elliott Kline

PROCEEDINGS:
SECOND CONTEMPT HEARING 10:57-11:45=48 min; 11:57-12:05= 8 min   Total 56 min

Court gives a summary of the record to date and then asks the plaintiff to start at paragragh 41 of the court's order, to give a summary of compliance to date.

Ms. Phillips presents the summary

Mr. Kline sworn and gives testimony as to his compliance.

Break.

Court does not find that Kline has met his burden and has not purged himself of Contempt. Findings by Court.

Defendant must report to the USMS on Monday, January 6, 2020 at 12:00 pm in Charlotesville.

Order will issue