CLERKS OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
12/31/2019
JULIA C. DUDLEY, CLERK
BY: /s/ J. JONES
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

ELIZABETH SINES, *et al.*,

*Plaintiffs*,

v.

JASON KESSLER, *et al.*,

*Defendants.*

CASE NO. 3:17-cv-00072

ORDER

JUDGE NORMAN K. MOON

This matter is before the Court further to this Court's Order Finding Elliott Kline in Civil Contempt, issued on November 27, 2019 (Dkt. 599), and this Court's Order Finding Elliott Kline Remains in Civil Contempt and Order for Elliott Kline to Surrender to Custody of the U.S. Marshal, issued on December 23, 2019 (Dkt. 610).

Today, this Court received by e-mail a response from Elliott Kline attaching signed responses to Plaintiffs' First Set of Interrogatories and First Set of Document Production Requests, as well as documentation for a money order for $600 that appears to have been mailed to Plaintiffs on Monday, December 30, 2019.

If Plaintiffs wish to be heard on Kline's submission as it relates to this Court's finding of Elliott Kline in civil contempt and sanctions imposed by this Court,[*] Plaintiffs shall file a response no later than **Thursday, January 2, 2020**, at **11:59 p.m. EST**.

If Kline wishes to be heard further on these (or other) steps he has taken to purge himself of civil contempt, he shall e-mail any such response to Plaintiffs, to this Court's Chambers e-mail

---

[*] This Court notes that it intends to schedule further briefing on Plaintiffs' pending Motion for Evidentiary Sanctions against Elliott Kline shortly after January 6, 2020.

(moon.ecf@vawd.uscourts.gov) and Judge Hoppe's (hoppe.ecf@vawd.uscourts.gov), no later than **Thursday, January 2, 2020**, at **11:59 p.m. EST**.

At present and absent further written Order from this Court, Kline **remains under this Court's order to appea**r at the United States Courthouse in Charlottesville, Virginia, on **Monday, January 6, 2020, at 12:00 p.m. EST**, to surrender himself to the custody of the United States Marshals Service, and to bring with him any and all documents, electronic devices, credentials to access e-mail and social media accounts, and materials he would need to purge himself of contempt. Dkt. 610.

It is so **ORDERED**.

The Clerk of the Court is directed to send a certified copy of this Order to the parties. The Clerk of the Court is further directed to send a certified copy of this Order to Elliott Kline at both email addresses he has provided as well as by mail to his address of record.

Entered this   31st   day of December, 2019.

_____
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE