# EXHIBIT C

| From: | Ken Kim <kkim@idsinc.com> |
|---|---|
| Sent: | Monday, December 16, 2019 2:25 PM |
| To: | Eli Mosley; Michael Bloch |
| Cc: | iDS_SINKS-02678; Yotam Barkai |
| Subject: | RE: Sines v Kessler Kline Discovery |

Mr. Kline:

We have received your password for eli.r.kline@gmail.com email account for collection purposes, thank you.

However, we cannot proceed with any of the collections for your three email accounts (deplorabletruth@gmail.com; eli.f.mosley@gmail.com; eli.r.kline@gmail.com) without your assistance to bypass the 2-factor authentication security set up for these Gmail accounts.

Can you please respond back with date/time that works for you to connect with our forensic team to address the 2-factor authentication?

Thanks,
Ken

Kenneth Kim
Consultant, Discovery Services
**iDiscovery Solutions**
Mobile: 267.847.4876



*iDS is a proud Chambers and Partners **Band 2** Ranked eDiscovery provider!*
https://www.chambersandpartners.com/12788/2817/editorial/58/1#22770855_editorial

**From:** Ken Kim
**Sent:** Thursday, December 12, 2019 11:39 AM
**To:** 'Eli Mosley' <deplorabletruth@gmail.com>; 'Michael Bloch' <mbloch@kaplanhecker.com>
**Cc:** iDS_SINKS-02678 <ids_sinks-02678@idsinc.com>
**Subject:** RE: Sines v Kessler Kline Discovery

1

Mr. Kline:

Reaching out to you again for the password to access your eli.r.kline@gmail.com email account for collection purposes – please let us know.

Also, can you please confirm that you are in receipt of your mobile device we shipped out on Tuesday (Fedex tracking is showing it was delivered yesterday)?

And, finally, Bobby Williams reached out to you yesterday about setting up a date/time to address 2-factor authentication for your deplorabletruth@gmail.com and eli.f.mosley@gmail.com email accounts to access for collection purposes – can you please respond back to him with date/time that works for you?

Thanks,
Ken

Kenneth Kim
Consultant, Discovery Services
iDiscovery Solutions
Mobile: 267.847.4876



*iDS is a proud Chambers and Partners **Band 2** Ranked eDiscovery provider!*
https://www.chambersandpartners.com/12788/2817/editorial/58/1#22770855_editorial

**From:** Ken Kim
**Sent:** Wednesday, December 4, 2019 1:30 PM
**To:** 'Eli Mosley' <deplorabletruth@gmail.com>; 'Michael Bloch' <mbloch@kaplanhecker.com>
**Cc:** iDS_SINKS-02678 <ids_sinks-02678@idsinc.com>
**Subject:** RE: Sines v Kessler Kline Discovery

Mr. Kline:

Could you please provide us with password to access your eli.r.kline@gmail.com email account for collection purposes?

Thanks,
Ken

Kenneth Kim
Consultant, Discovery Services
iDiscovery Solutions

Mobile: 267.847.4876



*iDS is a proud Chambers and Partners **Band 2** Ranked eDiscovery provider!*
https://www.chambersandpartners.com/12788/2817/editorial/58/1#22770855_editorial

---

**From:** Ken Kim
**Sent:** Wednesday, December 4, 2019 1:19 PM
**To:** Eli Mosley <deplorabletruth@gmail.com>; Michael Bloch <mbloch@kaplanhecker.com>
**Cc:** iDS_SINKS-02678 <ids_sinks-02678@idsinc.com>
**Subject:** RE: Sines v Kessler Kline Discovery

Mr. Kline:

Thank you for the below information. We will reach out should we need any other information or encounter any issues. We will be returning your one device soon - can you please provide shipping information for delivery (along with telephone number, as this is required for Fedex deliveries).

Please let us know if you have any questions.

Regards,
Ken

Kenneth Kim
Consultant, Discovery Services
**iDiscovery Solutions**
Mobile: 267.847.4876



*iDS is a proud Chambers and Partners **Band 2** Ranked eDiscovery provider!*
https://www.chambersandpartners.com/12788/2817/editorial/58/1#22770855_editorial

**From:** Eli Mosley <deplorabletruth@gmail.com>
**Sent:** Wednesday, December 4, 2019 1:10 PM
**To:** Ken Kim <kkim@idsinc.com>; Michael Bloch <mbloch@kaplanhecker.com>
**Subject:** Re: Sines v Kessler Kline Discovery

Ken,

Here is an update to your list as well as the info that you requested. I will be sending the rest of my discovery documents today as well.

Eli.f.mosley@gmail.com password is GOarmy10. I do not know the password for the Identity Evropa email address as my account information was deleted. Please let me know if there is any other information you need from me for these accounts, and can I get an ETA on getting at least one of my iphones back because communication has been pretty tough without it.

| Defendant | Requested Device/Account | Account Usename | Password/UN | iDS Status |
|---|---|---|---|---|
| Kline_Elliott | Facebook | Elliott Kline | Unknown, Account Deleted | iDS Cannot Proceed Further - No credentials provided. |
| Kline_Elliott | Gab.ai | @EliMosley | Eli.f.mosley@gmail.com, GOarmy11 | iDS Cannot Proceed Further - No credentials provided. |
| Kline_Elliott | Twitter | @thatelimosley | Unknown, Account Deleted | iDS Cannot Proceed Further - No credentials provided. |
| Kline_Elliott | Twitter | @NotElimosley | Unknown, Account Deleted | iDS Cannot Proceed Further - No credentials provided. |
| Kline_Elliott | Twitter | @Elimosleyie | Unknown, Account Deleted | iDS Cannot Proceed Further - No credentials provided. |
| Kline_Elliott | Twitter | @Eli_mosley_ | Unknown, Account Deleted | iDS Cannot Proceed Further - No credentials provided. |
| Kline_Elliott | Twitter | @Sheli_shmosley | Unknown, Account Deleted | iDS Cannot Proceed Further - No credentials provided. |
| Kline_Elliott | Twitter | @EliMosley | Unknown, Account Deleted | iDS Cannot Proceed Further - No credentials provided. |
| Kline_Elliott | Twitter | @EliMosleyISBack | Unknown, Account Deleted | iDS Cannot Proceed Further - No credentials provided. |
| Kline_Elliott | Twitter | @EliMosleyOff | Unknown, Account Deleted | iDS Cannot Proceed Further - No credentials provided. |
| Kline_Elliott | Broken PC | N/A | PC non recoverable | iDS Cannot Proceed Further - no PC Provided |

Thank you,

On Tue, Dec 3, 2019 at 8:27 AM Ken Kim <kkim@idsinc.com> wrote:

Mr. Kline:

In addition to the below requests, can you also provide passwords for the following email accounts so our forensic consultants can access for collection purposes:

eli.f.mosley@gmail.com and elimosley@identityevropa.com

Thanks,

Ken


Kenneth Kim

Consultant, Discovery Services

iDiscovery Solutions

Mobile: 267.847.4876




*iDS is a proud Chambers and Partners **Band 2** Ranked eDiscovery provider!*

https://www.chambersandpartners.com/12788/2817/editorial/58/1#22770855_editorial


**From:** Ken Kim
**Sent:** Monday, December 2, 2019 4:07 PM
**To:** eli.f.mosley@gmail.com; deplorabletruth@gmail.com
**Cc:** iDS_SINKS-02678 <ids_sinks-02678@idsinc.com>
**Subject:** Sines v Kessler Kline Discovery


Mr. Kline:

We are reaching out to you again separately with requests for credentials/additional information to be able to proceed with all pending collections (please see below excerpt from status report emailed to you on 11/8/2019):

| Defendant | Requested Device/Account | Account Username | Collection Status | iDS Status |
|---|---|---|---|---|
| Kline_Elliott | Facebook | Elliott Kline | Pending Collection | iDS Cannot Proceed Further - No credentials provided. |
| Kline_Elliott | Gab.ai | @EliMosley | Pending Collection | iDS Cannot Proceed Further - No credentials provided. |
| Kline_Elliott | Twitter | @thatelimosley | Pending Collection | iDS Cannot Proceed Further - No credentials provided. |
| Kline_Elliott | Twitter | @NotElimosley | Pending Collection | iDS Cannot Proceed Further - No credentials provided. |
| Kline_Elliott | Twitter | @Elimosleyie | Pending Collection | iDS Cannot Proceed Further - No credentials provided. |
| Kline_Elliott | Twitter | @Eli_mosley_ | Pending Collection | iDS Cannot Proceed Further - No credentials provided. |
| Kline_Elliott | Twitter | @Sheli_shmosley | Pending Collection | iDS Cannot Proceed Further - No credentials provided. |
| Kline_Elliott | Twitter | @EliMosley | Pending Collection | iDS Cannot Proceed Further - No credentials provided. |
| Kline_Elliott | Twitter | @EliMosleyISBack | Pending Collection | iDS Cannot Proceed Further - No credentials provided. |
| Kline_Elliott | Twitter | @EliMosleyOff | Pending Collection | iDS Cannot Proceed Further - No credentials provided. |
| Kline_Elliott | Broken PC | N/A | Pending Collection | iDS Cannot Proceed Further - no PC Provided |
| | | | | |

Can you please confirm all the above accounts/usernames and provide credentials to access all the accounts. Also, please provide us with access to your PC for us to image and complete collections.

Let us know if you have any questions.

Regards,

Ken

**Kenneth Kim**

Consultant, Discovery Services

**iDiscovery Solutions**

3000 K Street NW, Suite 330

Washington, DC 20007

Mobile: 267.847.4876



*iDS is a proud Chambers and Partners **Band 2** Ranked eDiscovery provider!*

https://www.chambersandpartners.com/12788/2817/editorial/58/1#22770855_editorial

INFORMATION CLASSIFICATION NOTICE: This electronic communication (including any attachments) is intended to be viewed only by the individual(s) to whom it is addressed. It may contain information that is privileged, proprietary, confidential and/or protected from disclosure by applicable law. Any disclosure, dissemination, distribution, copying, exporting or other use of this communication or any attached document(s) other than for the purpose intended by the sender is strictly prohibited without prior written permission from the sender. If you have received this communication in error, please notify the sender immediately by reply e-mail and promptly destroy all electronic and printed copies of this communication and any attached documents.

INFORMATION CLASSIFICATION NOTICE: This electronic communication (including any attachments) is intended to be viewed only by the individual(s) to whom it is addressed. It may contain information that is privileged, proprietary, confidential and/or protected from disclosure by applicable law. Any disclosure, dissemination, distribution, copying, exporting or other use of this communication or any attached document(s) other than for the purpose intended by the sender is strictly prohibited without prior written permission from the sender. If you have received this communication in error, please notify the sender immediately by reply e-mail and promptly destroy all electronic and printed copies of this communication and any attached documents.