# EXHIBIT B

# Message from Lupus_Dei - NC in Pony Power#nuances-of-pony-politics



I Am Not A Gerbil
2017-08-17 21:40:07 UTC

@negronaut yes. All of these people are either antifa or have been sending death threat.



0x
2017-08-17 21:40:39 UTC

I have received a lot of them.. but I'm picking out the most important ones haha

I Am Not A Gerbil

2017-08-17 21:41:16 UTC



 **Antifa Nebraska** added **2 new photos**.

1 hr ·

A full dox of Dan Kleve -

https://pastebin.com/xuhQJmGr

Ask the @UNL_Biochem dept chair Paul Black pblack@unl.edu if he knows a white nationalist named Dan Kleve is in his dept. 402-472-2932








SRC Bruce - OH

2017-08-17 21:44:35 UTC

A war we shall win in the end. They keep poking the bear.



Lupus_Dei - NC

2017-08-17 21:50:33 UTC

Pastebin sent to CvilleReports@gmail.com / Eli Mosley for additional evidence on Cville case


I Am Not A Gerbil
2017-08-17 21:59:10 UTC

@everyone conversations and chat is in here or in general chat


14blood88eagle
2017-08-17 22:16:36 UTC

I need to figure out how to doxx some of my local antifags. Got a name or two but thats it



Lupus_Dei - NC
2017-08-17 22:18:09 UTC

Try to type their info out for me if you can to add to the pastebin



14blood88eagle
2017-08-17 22:18:37 UTC

Ok i got suspicions on the identity of this guy known as "[REDACTED]"



14blood88eagle

2017-08-17 22:18:58 UTC

☒ https://cdn.discordapp.com/attachments/REDACTED.png

☒ https://cdn.discordapp.com/attachments/REDACTED.png



14blood88eagle

2017-08-17 22:20:12 UTC

Also, if you look up "Colorado Springs Anti Fascists" there could be some more collegues of his


Lupus_Dei - NC
2017-08-17 22:21:37 UTC

I'm all for fucking over commies but I wouldn't add his info without 100% certainty


Lupus_Dei - NC
2017-08-17 22:23:02 UTC

Gotta look through his profile, Google his name, find other sources, etc



I Am Not A Gerbil

2017-08-17 22:26:58 UTC

All the info I am adding is all verified antifa nebraska