CLERKS OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
01/06/2020
JULIA C. DUDLEY, CLERK
BY: /s/ J. JONES
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION

| | |
|---|---|
| ELIZABETH SINES, *et al.*, | |
| *Plaintiffs*, | CASE NO. 3:17-cv-00072 |
| v. | ORDER |
| JASON KESSLER, *et al.*, | |
| *Defendants.* | JUDGE NORMAN K. MOON |

On January 3, 2020, this Court ordered Defendant Elliott Kline to appear at the United States Courthouse in Charlottesville, Virginia, on Monday, January 6, 2020 at 12:00 p.m. EST, to surrender himself to the custody of the United States Marshals Service. Dkt. 613. This Court further ordered Kline to "bring with him any and all documents, electronic devices, credentials to access e-mail and social media accounts, and materials he would need to purge himself of contempt." Dkt. 613 at 5. On this date and before 12:00 p.m. EST, as directed, Kline surrendered himself to the custody of the United States Marshals Service. Finding it just and appropriate to do so, this Court hereby **ORDERS** the Clerk's Office to retain and hold any and all materials and devices brought by Kline during any periods of his incarceration.

It is so **ORDERED**.

The Clerk of the Court is directed to send a certified copy of this Order to the parties, and to the United States Marshal's Service.

Entered this   6th   day of January, 2020.

*/s/ Norman K. Moon*
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE