CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILE, VA
FILED

JAN 06 2020

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

Elliott Kline
117 Mesa Drive
Sinking Spring, PA, 19608

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF VIRGINIA
## Charlottesville Division

Sines and Others
Vs
Kessler and Others

Defendant Elliott Kline hereby responds to the First Set of Interrogatories propounded by plaintiffs.

In the responses below, Kline responds based upon the information that is currently known to myself. Kline reserves the right to produce or to rely on additional documents or facts subsequently recalled or discovered and to assert additional objections and privileges as necessary.

1. To communicate for Unite the Right I primarily used the Discord account that has already been sent to discovery Eli Mosley#5269. You are asking for an 18 digit identifier that I am unsure what that is. The discord account listed above was banned so I no longer can login in to find any sort of code for the account. I also used some or all of the following Twitter accounts that I currently do not have access to because of account deletion/banning by Twitter: @thatelimosley, @notelimosley, @elimosleyie, @eli_mosley_, @sheli_shmosley, @EliMosley, @EliMosleyIsBack, @EliMosleyOH. The Gab account @EliMosley. The following emails deplorabletruth@gmail.com, eli.f.mosley@gmail.com, eli.r.kline@gmail.com, and eli.mosley@identityevropa.com. I do not know the email address that I used for my Facebook account but the name on the account was Eli Mosley. I have given over all the account credentials that I have available. The Twitter, Facebook, and Discord accounts were all banned by their companies so I no longer have access to them or have their credentials. I used burner emails for the Twitter/Facebook accounts so do not know or have access to those emails or accounts. I've searched through all the emails I do have access to in order to find any other information on these accounts but found no additional information.
2. I primarily used the "Charlottesville 2.0" Discord to make all communications about Unite the Right, but we also had one setup that was for the first time we went to Charlottesville. I also communicated in Identity Evropa's discord about

the event. As I previously said, my Discord account has been banned so I no longer have access to login to see the specific names of these servers but I do authorize Discord to provide whatever data is needed for discovery.
3. Most of the people that I communicated with in the Alt Right used pseudonyms to go by, but the people I remember communicating with about the event before, during or after are: Jason Kessler, Richard Spencer, Christopher Cantwell, Andrew Anglin, Azzmador, Nathan Damigo, Mattew Heimbach, Michael Hill, Augustus Invictus, Michael Peinovich, Dillon Harper, Thomas Rousseau, Erica (don't remember last name but in other court documents) and Patrick Casey. I also spoke to two law enforcement officers. One was a male from the Charlottesville PD whose name I do not recall and the other was a female from UVA's PD whose name I do not recall.
4. The primary communication device I used before, during and after the event was the 610-406-2229 iPhone that has already been sent in for discovery. I also used a walmart phone after the event for a short period of time and currently have a new cell phone. All three of these phones are currently with the Discovery vendor. The only other Electronic devices I used were laptops owned by other defendants Richard Spencer and Nathan Damigo, but both of those laptops were used very rarely as well as a neighbor's PC (do not recall their name) to print out something that was unrelated to Unite the Right.

I, Elliott Kline, based on reasonable inquiry, that the foregoing answers are true and correct to the best of my knowledge, information and belief. I verify under penalty of perjury that the foregoing is true and correct.

Dated: 1/6/2020

_Elliott Kline_ (signature)

Elliott Kline