| Description | Appearance Sheet for the United States District Court Western District of Virginia Charlottesville Division; Sines v. Kessler; Case No: 3:17CV72; Date: 1/6/20; Type of Hearing: Telephonic Status; Parties: 1. Norman K. Moon, USDJ; 2. Jessica Phillips; 3. Michael Block; 4. Elliott Kline; 5. Alan Levine; 6. Erin Ashwell; 7. Yotam Barkai : Recorded by: Heidi N. Wheeler; Time in Court: 61 min |
|---|---|
| Date | 1/6/2020 **Location** [CVILLE-FTR3] |

| Time | Speaker | Note |
|---|---|---|
| 2:10:41 PM | 1,2 | 2:01-2:06 Connection issues, Clerk had to dial back into call; 2:06 to 2:10 Court summarizes issues Ms. Phillips responds |
| 2:13:11 PM | 2 | |
| 2:13:29 PM | 1 | |
| 2:13:39 PM | 3 | Michael Bloch |
| 2:13:55 PM | 1 | |
| 2:14:24 PM | 4 | Defendant sworn |
| 2:14:36 PM | 1,4 | |
| 2:15:24 PM | 1,4 | |
| 2:16:29 PM | 1,4 | |
| 2:17:20 PM | 1,4 | |
| 2:18:37 PM | 1,4 | |
| 2:19:06 PM | 1,2 | |
| 2:20:21 PM | 1,4 | |
| 2:21:49 PM | 1,4 | |
| 2:22:58 PM | 1,4 | |
| 2:24:02 PM | 1,4 | |
| 2:24:57 PM | 1 | |
| 2:25:06 PM | 2 | |
| 2:25:52 PM | 4 | |
| 2:26:22 PM | 2,4 | |
| 2:26:59 PM | 2,4 | |
| 2:28:04 PM | 2,4 | |
| 2:29:15 PM | 2,4 | |
| 2:31:05 PM | 2,4 | |
| 2:33:02 PM | 2,4 | |
| 2:35:05 PM | 2,4 | |
| 2:37:20 PM | 2,4 | |
| 2:38:29 PM | 2 | |
| 2:38:34 PM | 1 | |
| 2:38:43 PM | 3 | |
| 2:38:46 PM | 1 | |
| 2:38:56 PM | 5,1 | Alan Levine |
| 2:39:21 PM | 4 | |
| 2:39:25 PM | 5,1 | |
| 2:39:38 PM | 2 | |
| 2:39:39 PM | 1 | |
| 2:39:50 PM | 2,1 | |
| 2:40:04 PM | 2 | |
| 2:40:58 PM | 1,4 | |
| 2:42:16 PM | 1 | |
| 2:42:36 PM | 4,1 | |

| Time | Channel | Note |
|---|---|---|
| 2:42:42 PM | 4 | |
| 2:43:39 PM | 1 | |
| 2:43:43 PM | 2 | |
| 2:43:45 PM | 1 | |
| 2:44:59 PM | 1 | Findings by Court |
| 2:46:42 PM | 4 | |
| 2:46:57 PM | 1 | |
| 2:47:38 PM | 4 | |
| 2:49:40 PM | 1,4 | |
| 2:53:22 PM | 1,4 | |
| 2:54:20 PM | 1,4 | |
| 2:55:35 PM | 1,4 | |
| 2:57:05 PM | 2 | |
| 2:57:08 PM | 1 | |
| 2:57:08 PM | 2 | |
| 2:57:42 PM | 4,2 | |
| 2:59:10 PM | 4,1 | |
| 3:00:29 PM | 1 | |
| 3:00:47 PM | 1 | Final Findings. Order will issue. |
| 3:01:21 PM | 4,1 | |
| 3:02:14 PM | 1 | |
| 3:02:31 PM | 2 | |