# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

| | |
|---|---|
| **Elizabeth Sines, et al** | Action No: 3:17CV72 |
| vs. | Date: January 6, 2020 |
| | Judge: Norman K. Moon |
| **Jason Kessler, et al** | Court Reporter: H. Wheeler/FTR |
| | Deputy Clerk: Heidi N. Wheeler |

| Plaintiff Attorney(s) | Defendant Attorney(s) |
|---|---|
| Jessica Phillips | Elliott Kline |
| Michael Bloch | (present in person) |
| Alan Levine | |
| Erin Ashwell | |
| Yotam Barkai | |
| (present via conference call ) | |

## LIST OF WITNESSES

| PLAINTIFF/GOVERNMENT: | DEFENDANT: |
|---|---|
| 1. | 1. |

PROCEEDINGS:
TELEPHONIC STATUS HEARING ON CONTEMPT 2:01-3:02=61 MIN

Court gives summary/remarks for the record to date. Plaintiff responds as to summary of compliance to date. Ms. Phillips presents the summary.

Mr. Kline sworn and addresses his compliance.

Findings by Court.

Further arguments.

Court does not find that Kline has met his burden and has not purged himself of Contempt. Mr Kline will have a few hours today at the courthouse and the US Marshal will bring him back tomorrow to continue to work on the outstanding issues.

An Order will issue.

Time in Court: