CLERKS OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
01/07/2020
JULIA C. DUDLEY, CLERK
BY: /s/ J. JONES
DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| ELIZABETH SINES, *et al.*, <br> *Plaintiffs*, <br> v. <br> JASON KESSLER, *et al.*, <br> *Defendants.* | CASE NO. 3:17-cv-00072 <br><br> ORDER <br><br> JUDGE NORMAN K. MOON |

This matter is before the Court on Plaintiffs' Motion for Evidentiary Sanctions against Defendant Elliott Kline a/k/a Eli Mosley, filed December 6, 2019 (Dkt. 601). This matter is also before the Court on Defendant Christopher Cantwell's "Motion for Extension to Object to Plaintiffs' Motion for Evidentiary Sanctions," filed on January 6, 2020 (Dkt. 614), in which Cantwell has sought an extension of time until January 13, 2020, to respond to Plaintiffs' Motion for Evidentiary Sanctions.

Finding it just and appropriate to do so, this Court hereby sets the following briefing schedule on such motion.

Kline and any other defendant wishing to be heard on Plaintiffs' Motion for Evidentiary Sanctions (Dkt. 601) shall file any response thereto by **January 21, 2020**.

Plaintiffs shall file any reply in further support of their Motion for Evidentiary Sanctions by **January 28, 2020**.

Accordingly, Cantwell's Motion for Extension (Dkt. 614) is **GRANTED IN PART** to the extent that this Court has afforded him until January 21, 2020 to respond to Plaintiffs' Motion.

It is so **ORDERED**.

The Clerk of the Court is directed to send a certified copy of this Order to the parties.

Entered this 7th day of January, 2020.

_____
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE