| AO435 (Rev. 04/18; WDVA Rev. 02/19) | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS **TRANSCRIPT ORDER FORM** *Please Read Instructions on Page 2.* | FOR COURT USE ONLY DUE DATE: |
|---|---|---|

| 1. **REQUESTOR'S INFORMATION:** | NAME Robert Cahill (Counsel for Plaintiffs) | TELEPHONE NUMBER 703-456-8145 |
|---|---|---|
| DATE OF REQUEST 1/7/2020 | EMAIL ADDRESS (*Transcript will be emailed to this address.*) rcahill@cooley.com; ebolton@cooley.com | |
| MAILING ADDRESS Cooley LLP, 11951 Freedom Drive, 14th Floor | | CITY, STATE, ZIP CODE Reston, VA 20190 |

| 2. **TRANSCRIPT REQUESTED:** | NAME OF COURT REPORTER OR  CHECK HERE ☑ IF HEARING WAS RECORDED BY FTR | |
|---|---|---|
| CASE NUMBER 3:17-cv-00072 | CASE NAME Sines, et al. v. Kessler, et al. | JUDGE'S NAME Norman K. Moon |
| DATE(S) OF PROCEEDING(S) 1/6/2020 | TYPE OF PROCEEDING(S) Status/Contempt Hearing | LOCATION OF PROCEEDING Charlottesville, VA |

REQUEST IS FOR: (*Select one*)  ☑ FULL PROCEEDING   OR   ☐ SPECIFIC PORTION(S) (*Must specify below*)

SPECIFIC PORTION(S) REQUESTED (*If applicable*):

3. **SERVICE TURNAROUND CATEGORY REQUESTED:**
(*See Page 2 for descriptions of each service turnaround category.*)

- ☐ Ordinary (30-Day)
- ☐ 14-Day
- ☐ Expedited (7-Day)
- ☐ 3-Day
- ☑ Daily
- ☐ Hourly
- ☐ RealTime

4. **CERTIFICATION:** By signing below, I certify that I will pay all charges (deposit plus additional).

| DATE 1/7/2020 | SIGNATURE /s/ Robert T. Cahill |
|---|---|

If you have any questions, please contact the court reporter coordinator at (434) 847-5722 or by email to CRC@vawd.uscourts.gov.

Transcript Fee Rates can be found on our website under Standing Orders at:
http://www.vawd.uscourts.gov/media/1576/transcripts2018-3.pdf

**NOTE:** Form must be flattened prior to electronically filing in CM/ECF so that all fillable fields can no longer be modified.

**PRINT**     **RESET FORM**