CLERKS OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
01/07/2020
JULIA C. DUDLEY, CLERK
BY: /s/ J. JONES
DEPUTY CLERK

To The Court,

In order to uncover credentials for the ~~cvillep~~ cvillereports@gmail.com I have tried a few things.

First, I tried using the passwords I used at that time which were associated with the other 3 gmail accounts. Those passwords did not work.

Second, you can have Google send a verification number, but it doesn't tell you the phone number associated with the ~~account~~ account. It does not appear that this account is associated with my phone number.

Lastly, you can enter a recovery email for a forgotten password. I tried all 3 of my email addresses as the recovery email, and ~~it not~~ they did not work to recover anything.

I must conclude that this account is not one that I had access to, and the social media post referencing it was to spread the work for someone else.

Also, while under custody I have searched for other possible email and social media accounts. I searched both Twitter and Facebook for Eli Mosley related accounts that I potentially forgot or didn't disclose. I was unable to find any such social media accounts. I've also gone through all 3 emails that I do have access to in order to see if I created any other email accounts. However, I did not find anything else there either.

In short, I must conclude that the "cvillereports" email address is not one I have credentials for after trying multiple ways to get into the account. I have also searched by all means I know for any potential additional social media or email accounts and have been unable to find anything else.

I, Elliott Kline, declare the above is true under oath and under penalty of perjury.

1/7/2020
Date

Elliott Kline