# EXHIBIT B

| | |
|---|---|
| **From:** | Ken Kim |
| **To:** | Eli Mosley; Michael Bloch |
| **Cc:** | iDS_SINKS-02678 |
| **Subject:** | RE: Sines v Kessler Kline Discovery |
| **Date:** | Thursday, December 12, 2019 11:39:04 AM |
| **Attachments:** | image022.png |
| | image002.png |
| | image004.png |
| | image006.png |
| | image008.png |
| | image015.png |
| | image017.png |
| | image019.png |
| | image021.png |

Mr Kline:

Reaching out to you again for the password to access your eli r kline@gmail com email account for collection purposes – please let us know

Also, can you please confirm that you are in receipt of your mobile device we shipped out on Tuesday (Fedex tracking is showing it was delivered yesterday)?

And, finally, Bobby Williams reached out to you yesterday about setting up a date/time to address 2-factor authentication for your deplorabletruth@gmail com and eli f mosley@gmail com email accounts to access for collection purposes – can you please respond back to him with date/time that works for you?

Thanks,
Ken

Kenneth Kim
Consultant  Discovery Services
iDiscovery Solutions
Mobile  267.847.4876



*iDS is a proud Chambers and Partners **Band 2** Ranked eD scovery provider*
https://www.chambersandpartners.com/12788/2817/editorial/58/1#22770855_editorial

---

**From:** Ken Kim
**Sent:** Wednesday, December 4, 2019 1:30 PM
**To:** 'Eli Mosley' <deplorabletruth@gmail com>; 'Michael Bloch' <mbloch@kaplanhecker com>
**Cc:** iDS_SINKS-02678 <ids_sinks-02678@idsinc com>
**Subject:** RE: Sines v Kessler Kline Discovery

Mr Kline:

Could you please provide us with password to access your eli r kline@gmail com email account for collection purposes?

Thanks,
Ken

Kenneth Kim
Consultant  Discovery Services
iDiscovery Solutions
Mobile  267.847.4876



*iDS is a proud Chambers and Partners **Band 2** Ranked eD scovery provider*
https://www.chambersandpartners.com/12788/2817/editorial/58/1#22770855_editorial

---

**From:** Ken Kim
**Sent:** Wednesday, December 4, 2019 1:19 PM
**To:** Eli Mosley <deplorabletruth@gmail.com>; Michael Bloch <mbloch@kaplanhecker com>
**Cc:** iDS_SINKS-02678 <ids_sinks-02678@idsinc com>
**Subject:** RE: Sines v Kessler Kline Discovery

Mr Kline:

Thank you for the below information  We will reach out should we need any other information or encounter any issues  We will be returning your one device soon - can you please provide shipping information for delivery (along with telephone number, as this is required for Fedex deliveries)

Please let us know if you have any questions

Regards,
Ken

Kenneth Kim
Consultant  Discovery Services
iDiscovery Solutions
Mobile  267.847.4876



*iDS is a proud Chambers and Partners **Band 2** Ranked eD scovery provider*
https://www.chambersandpartners.com/12788/2817/editorial/58/1#22770855_editorial

---

**From:** Eli Mosley <deplorabletruth@gmail.com>
**Sent:** Wednesday, December 4, 2019 1:10 PM
**To:** Ken Kim <kkim@idsinc com>; Michael Bloch <mbloch@kaplanhecker com>
**Subject:** Re: Sines v Kessler Kline Discovery

Ken,

Here is an update to your list as well as the info that you requested  I will be sending the rest of my discovery documents today as well

Eli f mosley@gmail com password is  I do not know the password for the Identity Evropa email address as my account information was deleted  Please let me know if there is any other information you need from me for these accounts, and can I get an ETA on getting at least one of my iphones back because communication has been pretty tough without it

| Defendant | Requested Device/Account | Account Usename | Password/UN | iDS Status |
|---|---|---|---|---|
| Kline_Elliott | Facebook | Elliott Kline | Unknown, Account Deleted | iDS Cannot Proceed Further - No credentials provided |
| Kline_Elliott | Gab ai | @EliMosley | | iDS Cannot Proceed Further - No credentials provided |
| Kline_Elliott | Twitter | @thatelimosley | Unknown, Account Deleted | iDS Cannot Proceed Further - No credentials provided |
| Kline_Elliott | Twitter | @NotElimosley | Unknown, Account Deleted | iDS Cannot Proceed Further - No credentials provided |
| Kline_Elliott | Twitter | @Elimosleyie | Unknown, Account Deleted | iDS Cannot Proceed Further - No credentials provided |
| Kline_Elliott | Twitter | @Eli_mosley_ | Unknown, Account Deleted | iDS Cannot Proceed Further - No credentials provided |
| Kline_Elliott | Twitter | @Sheli_shmosley | Unknown, Account Deleted | iDS Cannot Proceed Further - No credentials provided |
| Kline_Elliott | Twitter | @EliMosley | Unknown, Account Deleted | iDS Cannot Proceed Further - No credentials provided |
| Kline_Elliott | Twitter | @EliMosleyISBack | Unknown, Account Deleted | iDS Cannot Proceed Further - No credentials provided |
| Kline_Elliott | Twitter | @EliMosleyOff | Unknown, Account Deleted | iDS Cannot Proceed Further - No credentials provided |
| Kline_Elliott | Broken PC | N/A | PC non recoverable | iDS Cannot Proceed Further - no PC Provided |

Thank you,

On Tue, Dec 3, 2019 at 8:27 AM Ken Kim <kkim@idsinc com> wrote:

Mr  Kline:

In addition to the below requests, can you also provide passwords for the following email accounts so our forensic consultants can access for collection purposes:

eli f mosley@gmail com and elimosley@identityevropa com

Thanks,
Ken

Kenneth Kim
Consultant  Discovery Services
iDiscovery Solutions
Mobile  267.847.4876

*iDS is a proud Chambers and Partners **Band 2** Ranked eDiscovery provider*
https://www.chambersandpartners.com/12788/2817/editorial/58/1#22770855_editorial

**From:** Ken Kim
**Sent:** Monday, December 2, 2019 4:07 PM
**To:** eli f mosley@gmail com; deplorabletruth@gmail.com
**Cc:** iDS_SINKS-02678 <ids_sinks-02678@idsinc com>
**Subject:** Sines v Kessler Kline Discovery

Mr  Kline:

We are reaching out to you again separately with requests for credentials/additional information to be able to proceed with all pending collections (please see below excerpt from status report emailed to you on 11/8/2019):

| Defendant | Requested Device/Account | Account Usename | Collection Status | iDS Status |
|---|---|---|---|---|
| Kline_Elliott | Facebook | Elliott Kline | Pending Collection | iDS Cannot Proceed Further - No credentials provided |
| Kline_Elliott | Gab ai | @EliMosley | Pending Collection | iDS Cannot Proceed Further - No credentials provided |
| Kline_Elliott | Twitter | @thatelimosley | Pending Collection | iDS Cannot Proceed Further - No credentials provided |
| Kline_Elliott | Twitter | @NotElimosley | Pending Collection | iDS Cannot Proceed Further - No credentials provided |
| Kline_Elliott | Twitter | @Elimosleyie | Pending Collection | iDS Cannot Proceed Further - No credentials provided |
| Kline_Elliott | Twitter | @Eli_mosley_ | Pending Collection | iDS Cannot Proceed Further - No credentials provided |
| Kline_Elliott | Twitter | @Sheli_shmosley | Pending Collection | iDS Cannot Proceed Further - No credentials provided |
| Kline_Elliott | Twitter | @EliMosley | Pending Collection | iDS Cannot Proceed Further - No credentials provided |
| Kline_Elliott | Twitter | @EliMosleyISBack | Pending Collection | iDS Cannot Proceed Further - No credentials provided |
| Kline_Elliott | Twitter | @EliMosleyOff | Pending Collection | iDS Cannot Proceed Further - No credentials provided |
| Kline_Elliott | Broken PC | N/A | Pending Collection | iDS Cannot Proceed Further - no PC Provided |

Can you please confirm all the above accounts/usernames and provide credentials to access all the accounts  Also, please provide us with access to your PC for us to image and complete collections

Let us know if you have any questions

Regards,
Ken

**Kenneth Kim**
Consultant  Discovery Services
**iDiscovery Solutions**
3000 K Street NW  Suite 330
Washington  DC 20007
Mobile  267.847.4876



*iDS is a proud Chambers and Partners **Band 2** Ranked eDiscovery provider*
https://www.chambersandpartners.com/12788/2817/editorial/58/1#22770855_editorial

INFORMATION CLASSIFICATION NOTICE: This electronic communication (including any attachments) is intended to be viewed only by the individual(s) to whom it is addressed  It may contain

information that is privileged, proprietary, confidential and/or protected from disclosure by applicable law  Any disclosure, dissemination, distribution, copying, exporting or other use of this communication or any attached document(s) other than for the purpose intended by the sender is strictly prohibited without prior written permission from the sender  If you have received this communication in error, please notify the sender immediately by reply e-mail and promptly destroy all electronic and printed copies of this communication and any attached documents

INFORMATION CLASSIFICATION NOTICE: This electronic communication (including any attachments) is intended to be viewed only by the individual(s) to whom it is addressed  It may contain information that is privileged, proprietary, confidential and/or protected from disclosure by applicable law  Any disclosure, dissemination, distribution, copying, exporting or other use of this communication or any attached document(s) other than for the purpose intended by the sender is strictly prohibited without prior written permission from the sender  If you have received this communication in error, please notify the sender immediately by reply e-mail and promptly destroy all electronic and printed copies of this communication and any attached documents