# EXHIBIT A



Eli Mosley <cvillereports@gmail.com>

---

## Fwd: Contact Us Form: Charlottesville witness

**Identity Evropa** <support@identityevropa.com>  
To: CvilleReports@gmail.com

Wed, Aug 16, 2017 at 3:59 PM

May prove useful.

---------- Forwarded message ----------  
From: **Jonathan Tatum** <contact-us@apollo.identityevropa.com>  
Date: Mon, Aug 14, 2017 at 10:48 AM  
Subject: Contact Us Form: Charlottesville witness  
To: support@identityevropa.com

### Contact Us Form

Name: Jonathan Tatum

Email: jonathanltatum@yahoo.com

Subject: Charlottesville witness

Message: For Nathan - I and my 13 year old son were at Lee Park on Saturday from approximately 10:30 am until about noon when the rally was stopped by riot police. I was standing under the shade of the oak tree near the corner of 2nd and Market, up against the barricade next to the state police stationed between the fence lines. I could see what was happening at the corner where alt-right had to push through protesters just to get into the park, only to find that they had to go around again to get into the center of the park where the speakers were supposed to be. I saw Nathan scoot by me along the fence to reach the stairs leading to the part of the park where the speeches were to occur. I tapped him on the shoulder and gave him a thumbs up as he passed. I can give eyewitness testimony, under oath, as to what I saw during my time at the park. Contact me if this might be of help.

Case 3:17-cv-00072-NKM-JCH Document 631-1 Filed 01/08/20 Page 2 of 2 Pageid#: 8009

HIGHLY CONFIDENTIAL JK00295411