# EXHIBIT B



# Account recovery

This helps show that this account really belongs to you

cvillereports@gmail.com



**Get a verification code**

To get a verification code, first confirm the phone number you added to your account (•••) •••-••29. *Standard rates apply*

Phone number

I don't have my phone                                                    Send

English (United States)                        Help    Privacy    Terms