# EXHIBIT C



# Account recovery



cvillereports@gmail.com

**Get a verification code**

To get a verification code, first confirm the recovery email address you added to your account dep•••••••••••@gmail.com

Enter recovery email address

Try another way  Send

English (United States)  Help  Privacy  Terms

Case 3:17-cv-00072-NKM-JCH   Document 631-3   Filed 01/08/20   Page 2 of 2   Pageid#: 8013