# EXHIBIT D



# SINKS-02678_Staging
## Search Terms Report

**Report Name:** STR 2020.01.07_Kline Emails          **Searchable Set:** Klein_Elliot_Email



## Results Summary

| Documents in searchable set | Total documents with hits | Total documents with hits, including Family | Total documents without hits |
|---|---|---|---|
| 37,061 | 28,723 | 28,997 | 8,064 |

**Report Generated:** 1/7/2020 1:30:12 PM

**Report Name:** STR 2020.01.07_Kline Emails          **Searchable Set:** Klein_Elliot_Email

## Terms Summary

| Term | Documents with hits | Documents with hits, including Family | Unique hits |
|------|--------------------:|--------------------------------------:|------------:|
| ((((Unity w/3 "and") w/3 Security) w/3 for) w/3 America) | 0 | 0 | 0 |
| (((League w/3 of) w/3 the) w/3 South) | 135 | 364 | 0 |
| (((Rebel w/3 Brigade) w/3 of) w/3 Knights) | 0 | 0 | 0 |
| ((Brion w/3 Keith) w/3 Baker) | 0 | 0 | 0 |
| ((Charlottesville w/3 Police) w/3 Department) | 13 | 51 | 0 |
| ((East w/3 Coast) w/3 Knights) | 101 | 322 | 0 |
| ((Everett w/3 Nick) w/3 Case) | 0 | 0 | 0 |
| ((James w/3 Alex) w/3 Fields) | 91 | 295 | 0 |
| ((Loyal w/3 White) w/3 Knights) | 97 | 322 | 0 |
| ((National w/3 Park) w/3 Service) | 1 | 2 | 0 |
| ((National w/3 Socialist) w/3 Movement) | 154 | 340 | 0 |
| ((Rise w/3 Above) w/3 Movement) | 3 | 16 | 0 |
| ((Stefani w/3 Gunter) w/3 Hopkins) | 0 | 0 | 0 |
| ((Tactical w/3 American) w/3 Patriots) | 0 | 0 | 0 |
| ((Traditionalist w/3 Worker) w/3 Party) | 129 | 341 | 1 |
| ((Unite w/3 the) w/3 Right) | 133 | 304 | 2 |
| ((united w/5 church) w/5 christ) | 3 | 6 | 0 |
| A11 | 3 | 8 | 0 |
| A12 | 2 | 5 | 0 |

**Report Generated:** 1/7/2020 1:30:12 PM                Page 2 of 13

**Report Name:** STR 2020.01.07_Kline Emails     **Searchable Set:** Klein_Elliot_Email

| Term | Documents with hits | Documents with hits, including Family | Unique hits |
|------|--------------------:|--------------------------------------:|------------:|
| Aaron w/3 VA | 1 | 2 | 0 |
| Ajax* | 19 | 39 | 0 |
| AK w/3 Lane | 1 | 1 | 0 |
| Al w/3 Thomas | 3 | 6 | 0 |
| Albion | 13 | 18 | 0 |
| Alex w/3 Fields | 99 | 309 | 0 |
| Allison w/3 Peirce | 0 | 0 | 0 |
| Alt w/3 Knights | 98 | 315 | 0 |
| AltRightVA | 37 | 37 | 28 |
| Americana* | 332 | 478 | 0 |
| Andrea w/3 Owens | 0 | 0 | 0 |
| Anglin | 137 | 358 | 2 |
| Anthime | 0 | 0 | 0 |
| Antifa | 390 | 562 | 87 |
| April w/3 Muniz | 110 | 329 | 0 |
| Armed | 105 | 366 | 4 |
| Arrest* | 209 | 485 | 1 |
| Atomwaffen | 3 | 27 | 0 |
| Augustus | 117 | 353 | 1 |
| Azzmador | 151 | 389 | 2 |
| Bait | 18 | 25 | 3 |
| Baked w/3 Alaska | 36 | 78 | 1 |
| bakedalaska | 60 | 64 | 27 |
| Baker | 53 | 93 | 0 |
| Balcaitis | 3 | 6 | 0 |
| baton | 18 | 79 | 0 |
| Battaglia | 1 | 1 | 0 |
| Beat | 171 | 358 | 14 |
| Ben w/3 Garland | 0 | 0 | 0 |

**Report Name:** STR 2020.01.07_Kline Emails          **Searchable Set:** Klein_Elliot_Email

| Term | Documents with hits | Documents with hits, including Family | Unique hits |
|------|--------------------:|--------------------------------------:|------------:|
| Benjamin w/3 Garland | 0 | 0 | 0 |
| Black | 839 | 1,163 | 97 |
| Blast | 64 | 66 | 2 |
| BLM | 24 | 59 | 1 |
| Boechat | 0 | 0 | 0 |
| Boman | 1 | 10 | 0 |
| Bomb | 80 | 241 | 4 |
| Brad w/3 Griffin | 0 | 0 | 0 |
| Brathovd | 4 | 5 | 1 |
| Brian w/3 Lambert | 0 | 0 | 0 |
| Burn | 68 | 186 | 13 |
| Caerulus* | 47 | 63 | 3 |
| Cantwell | 283 | 536 | 6 |
| car w/3 attack | 9 | 71 | 0 |
| car w/3 hit | 5 | 121 | 0 |
| Cesar w/3 Hess | 0 | 0 | 0 |
| Challenger | 56 | 113 | 1 |
| Chapman | 38 | 178 | 0 |
| Charles w/3 Myers | 0 | 0 | 0 |
| Charlottesville | 527 | 760 | 16 |
| Charlottesville w/3 2.0 | 21 | 65 | 0 |
| Chef w/3 Goyardee | 1 | 2 | 0 |
| ChefGoyardee* | 1 | 2 | 0 |
| Chelsea w/3 Alvarado | 107 | 325 | 0 |
| Chesny | 0 | 0 | 0 |
| city w/3 council | 18 | 82 | 0 |
| Cole | 46 | 93 | 0 |
| Cole w/3 Harris | 1 | 1 | 0 |
| Colton | 11 | 32 | 1 |

**Report Name:** STR 2020.01.07_Kline Emails          **Searchable Set:** Klein_Elliot_Email

| Term | Documents with hits | Documents with hits, including Family | Unique hits |
|------|--------------------:|--------------------------------------:|------------:|
| Colton w/3 Merwin | 4 | 6 | 0 |
| Commander w/3 Hunt | 0 | 0 | 0 |
| Conviction | 23 | 131 | 0 |
| Corcoran | 0 | 0 | 0 |
| Cormier | 6 | 31 | 0 |
| Counterprotest | 0 | 0 | 0 |
| CPD | 10 | 15 | 0 |
| Crockett | 4 | 14 | 0 |
| Custalow | 0 | 0 | 0 |
| cville | 62 | 154 | 7 |
| Daley | 1 | 10 | 0 |
| Damigo | 212 | 476 | 1 |
| Danny w/3 Wolf | 0 | 0 | 0 |
| date(06/17) | 0 | 0 | 0 |
| date(07/08) | 0 | 0 | 0 |
| date(08/11) | 2 | 20 | 0 |
| date(08/12) | 1 | 2 | 0 |
| date(08/13) | 0 | 0 | 0 |
| date(Aug* 11) | 1 | 1 | 0 |
| date(Aug* 12) | 4 | 13 | 0 |
| date(Aug* 13) | 0 | 0 | 0 |
| date(July 8) | 0 | 0 | 0 |
| date(June 17) | 0 | 0 | 0 |
| David w/3 Duke | 50 | 81 | 0 |
| Derek w/3 Davis | 0 | 0 | 0 |
| DeusVolt* | 0 | 0 | 0 |
| Dickinson | 12 | 75 | 1 |
| Dillon w/3 Hopper | 55 | 216 | 0 |
| Dillon1488 | 8 | 61 | 0 |

**Report Name:** STR 2020.01.07_Kline Emails      **Searchable Set:** Klein_Elliot_Email

| Term | Documents with hits | Documents with hits, including Family | Unique hits |
|---|---|---|---|
| Discord | 240 | 454 | 20 |
| Dodge | 29 | 87 | 0 |
| Duke | 107 | 222 | 0 |
| Dustin w/3 Owens | 0 | 0 | 0 |
| Eli w/3 Mosely | 48 | 206 | 0 |
| Eli w/3 Mosley | 5,953 | 6,242 | 0 |
| Eliot w/3 Kline | 1 | 1 | 0 |
| Elizabeth w/3 Sines | 176 | 404 | 0 |
| Elliot w/3 Kline | 184 | 424 | 0 |
| Emancipation | 45 | 99 | 14 |
| Enoch | 187 | 395 | 5 |
| Entwisle | 0 | 0 | 0 |
| Erica | 31 | 92 | 3 |
| Erica w/3 Alduino | 14 | 53 | 0 |
| Erika | 5 | 6 | 1 |
| Ethnostate | 57 | 92 | 28 |
| Europa | 141 | 392 | 6 |
| Evan w/3 McLaren | 40 | 90 | 0 |
| Evan w/3 Thomas | 6 | 12 | 0 |
| Evropa | 302 | 623 | 0 |
| Fag | 15 | 34 | 1 |
| Fashy w/3 Haircut | 31 | 51 | 4 |
| Fields | 227 | 553 | 4 |
| Fight | 484 | 731 | 60 |
| Firearm | 33 | 119 | 0 |
| first w/3 baptist | 5 | 9 | 0 |
| FOAK | 3 | 6 | 0 |
| Fraternal w/3 Order | 102 | 322 | 0 |
| Frisbadli | 0 | 0 | 0 |

**Report Name:** STR 2020.01.07_Kline Emails     **Searchable Set:** Klein_Elliot_Email

| Term | Documents with hits | Documents with hits, including Family | Unique hits |
|------|--------------------:|-------------------------------------:|------------:|
| Gillen | 0 | 0 | 0 |
| Gionet | 4 | 8 | 0 |
| Goldstein w/3 Riots | 8 | 8 | 0 |
| GoyMeetsWorld | 1 | 2 | 0 |
| Gun | 389 | 549 | 7 |
| Hamblen | 0 | 0 | 0 |
| Hannah w/3 Pearce | 109 | 327 | 0 |
| heather w/3 heyer | 18 | 72 | 0 |
| Heimbach | 390 | 580 | 0 |
| Heimdulf* | 0 | 0 | 0 |
| Heinz* | 13 | 21 | 0 |
| helmets | 28 | 188 | 1 |
| Herrenvolk* | 0 | 0 | 0 |
| Hess | 16 | 62 | 0 |
| Higgs | 10 | 40 | 0 |
| HiptotheJQ | 0 | 0 | 0 |
| Horton | 8 | 13 | 0 |
| HueTheHand | 1 | 2 | 0 |
| Hunter w/3 Wallace | 30 | 74 | 1 |
| Identity w/3 Evropa | 302 | 623 | 0 |
| IE | 136 | 251 | 47 |
| intimidat* | 70 | 309 | 2 |
| Invictus | 118 | 341 | 1 |
| Irizarry | 6 | 62 | 0 |
| Jack w/3 Pierce | 0 | 0 | 0 |
| Jackson w/3 Park | 14 | 17 | 0 |
| James w/3 Fields | 122 | 341 | 0 |
| Jason | 345 | 743 | 12 |
| Jaymi w/3 Danielle | 0 | 0 | 0 |

**Report Name:** STR 2020.01.07_Kline Emails          **Searchable Set:** Klein_Elliot_Email

| Term | Documents with hits | Documents with hits, including Family | Unique hits |
|------|--------------------:|--------------------------------------:|------------:|
| Jeff w/3 Schoep | 146 | 338 | 0 |
| Jefferson w/3 monument | 6 | 14 | 0 |
| jefferson w/3 st* | 74 | 190 | 0 |
| Jefferson w/3 Statue | 7 | 13 | 0 |
| Jew | 170 | 343 | 26 |
| JJ w/3 Power | 0 | 0 | 0 |
| Johnny w/3 OÃ¢â‚¬â„¢Malley | 0 | 0 | 0 |
| Joyce w/3 Bennett | 0 | 0 | 0 |
| Justice w/3 Park | 5 | 43 | 0 |
| Kathleen w/3 Snyder | 0 | 0 | 0 |
| Kawzcynski | 0 | 0 | 0 |
| Kike | 57 | 99 | 6 |
| Kill | 258 | 449 | 29 |
| KKK | 40 | 112 | 1 |
| Klan | 111 | 354 | 1 |
| Kleve | 1 | 10 | 0 |
| Kline | 21,758 | 22,137 | 17,988 |
| Knife | 63 | 184 | 4 |
| Knives | 37 | 100 | 0 |
| Krist* | 46 | 93 | 4 |
| Kurt | 40 | 68 | 0 |
| Kyle w/3 Chapman | 26 | 164 | 0 |
| Kyle w/3 Rogers | 0 | 0 | 0 |
| Lafayette | 23 | 29 | 1 |
| Laube | 0 | 0 | 0 |
| Lawrence w/3 TX | 0 | 0 | 0 |
| Lee w/3 Park | 20 | 125 | 1 |
| lighter w/3 fluid | 2 | 8 | 0 |

# SINKS-02678_Staging
## Search Terms Report

**Report Name:** STR 2020.01.07_Kline Emails        **Searchable Set:** Klein_Elliot_Email

| Term | Documents with hits | Documents with hits, including Family | Unique hits |
|------|---------------------|---------------------------------------|-------------|
| Lightfoot w/3 Militia | 2 | 7 | 0 |
| Linden | 12 | 19 | 1 |
| Lolyouwish | 0 | 0 | 0 |
| LOS | 1,507 | 1,629 | 3 |
| Ludovici w/3 Alibi | 0 | 0 | 0 |
| Luis w/3 Bellino | 0 | 0 | 0 |
| LWK | 3 | 6 | 0 |
| mace* | 29 | 91 | 1 |
| Maclmay | 0 | 0 | 0 |
| Maddimension | 5 | 36 | 0 |
| Mahler | 1 | 20 | 0 |
| ManWithTheHand | 56 | 57 | 47 |
| Marcus w/3 Liebowitz | 10 | 10 | 0 |
| Marcus w/3 Martin | 110 | 327 | 0 |
| Marie | 35 | 76 | 3 |
| Marissa w/3 Blair | 105 | 327 | 0 |
| Markus w/3 Anthony | 0 | 0 | 0 |
| Matthewheimbach | 7 | 36 | 0 |
| Maurice w/3 Jones | 0 | 0 | 0 |
| McCarthy | 54 | 204 | 1 |
| McCormick w/3 Foley | 0 | 0 | 0 |
| mcguffey w/3 park | 4 | 8 | 0 |
| McInnes | 133 | 135 | 3 |
| McIntire | 16 | 90 | 0 |
| McLaren | 43 | 173 | 0 |
| McPherson | 38 | 45 | 7 |
| Merwin | 15 | 34 | 0 |
| Metropolitan w/3 Police | 0 | 0 | 0 |
| Michael w/3 Hill | 120 | 357 | 0 |

**Report Name:** STR 2020.01.07_Kline Emails          **Searchable Set:** Klein_Elliot_Email

| Term | Documents with hits | Documents with hits, including Family | Unique hits |
|------|---------------------|---------------------------------------|-------------|
| Miselis | 0 | 0 | 0 |
| Moonbase w/3 Holdings | 100 | 322 | 0 |
| Mosley | 5,966 | 6,269 | 3 |
| Mothersbaugh | 0 | 0 | 0 |
| Mrozek | 0 | 0 | 0 |
| nameless w/3 field | 13 | 61 | 0 |
| Nat* w/3 Damigo | 192 | 462 | 0 |
| Natalie w/3 Romero | 107 | 325 | 0 |
| Nationalist w/3 Front | 139 | 342 | 0 |
| Nazi | 324 | 474 | 18 |
| New w/3 Byzantium | 0 | 0 | 0 |
| Newberry | 8 | 10 | 0 |
| NF | 32 | 104 | 0 |
| Nigger | 18 | 34 | 1 |
| NPS | 2 | 3 | 0 |
| NSM | 50 | 141 | 0 |
| Paramilitary | 15 | 134 | 0 |
| Parrot* | 156 | 378 | 0 |
| Parrott | 145 | 369 | 0 |
| Patrick w/3 Little | 4 | 4 | 1 |
| Patrick w/3 Palmer | 0 | 0 | 0 |
| Patriot w/3 Front | 5 | 88 | 0 |
| Peinovich | 119 | 346 | 0 |
| Phillip-TX | 2 | 35 | 0 |
| Pistolis | 2 | 25 | 0 |
| Proud w/3 Boys | 38 | 80 | 2 |
| Punch | 53 | 78 | 4 |
| queenarchitect | 2 | 2 | 0 |
| Race w/3 War | 18 | 64 | 3 |

**Report Generated:** 1/7/2020 1:30:12 PM                                    Page 10 of 13

**Report Name:** STR 2020.01.07_Kline Emails     **Searchable Set:** Klein_Elliot_Email

| Term | Documents with hits | Documents with hits, including Family | Unique hits |
|---|---|---|---|
| racis* | 344 | 535 | 40 |
| Radical w/3 Agenda | 40 | 137 | 1 |
| Radicalagenda | 31 | 76 | 0 |
| RaHoWa | 1 | 1 | 0 |
| Rally | 370 | 601 | 21 |
| RAM | 28 | 153 | 8 |
| RCO w/3 Nick | 4 | 8 | 0 |
| Reinhard w/3 wolff | 13 | 38 | 3 |
| Richard | 663 | 1,042 | 46 |
| Richard w/3 Preston | 0 | 0 | 0 |
| Richard w/3 Spencer | 490 | 745 | 0 |
| Robert w/3 Ray | 123 | 333 | 0 |
| Roche | 2 | 5 | 0 |
| Rotunda | 9 | 52 | 0 |
| Rousseau | 28 | 124 | 0 |
| Ruiz | 12 | 30 | 0 |
| Run w/3 over | 11 | 115 | 0 |
| Rundo | 0 | 0 | 0 |
| Sacco | 16 | 85 | 1 |
| SaintCharles | 0 | 0 | 0 |
| Salazar | 4 | 5 | 0 |
| Schoep | 157 | 338 | 0 |
| Seth w/3 Wispelwey | 108 | 329 | 0 |
| Shane w/3 Long | 0 | 0 | 0 |
| Sheehy | 0 | 0 | 0 |
| Shield | 100 | 285 | 31 |
| Shoot | 113 | 212 | 4 |
| Shyne | 0 | 0 | 0 |
| Silasreynolds | 0 | 0 | 0 |

**Report Name:** STR 2020.01.07_Kline Emails      **Searchable Set:** Klein_Elliot_Email

| Term | Documents with hits | Documents with hits, including Family | Unique hits |
|---|---|---|---|
| Sines | 472 | 788 | 0 |
| Snuffer | 0 | 0 | 0 |
| Spencer | 591 | 866 | 21 |
| Spray | 42 | 219 | 2 |
| St. w/3 Paul* | 13 | 20 | 0 |
| Stab | 7 | 9 | 0 |
| Stankard | 2 | 2 | 0 |
| Starsia | 1 | 20 | 0 |
| Statue | 61 | 228 | 0 |
| Stickman | 2 | 38 | 0 |
| Stormer | 58 | 172 | 1 |
| SURJ | 1 | 1 | 0 |
| tear w/3 gas* | 10 | 141 | 0 |
| the w/3 lawn | 14 | 109 | 0 |
| Thebigkk | 1 | 2 | 0 |
| Thewizardofthorntonpark | 0 | 0 | 0 |
| Thomas w/10 Rousseau | 25 | 114 | 0 |
| thomas w/3 jefferson | 15 | 107 | 0 |
| Thomas w/3 Ryan | 22 | 93 | 0 |
| Tibor | 0 | 0 | 0 |
| torch* | 111 | 408 | 0 |
| Trained w/3 fighters | 0 | 0 | 0 |
| Treadstone | 0 | 0 | 0 |
| Trial | 502 | 808 | 74 |
| Trigger | 45 | 56 | 2 |
| Troutman | 4 | 20 | 0 |
| Tscags88 | 0 | 0 | 0 |
| Tubbs | 122 | 355 | 0 |

Report Generated:  1/7/2020 1:30:12 PM      Page 12 of 13

**Report Name:**  STR 2020.01.07_Kline Emails        **Searchable Set:**  Klein_Elliot_Email

| Term | Documents with hits | Documents with hits, including Family | Unique hits |
|------|--------------------:|--------------------------------------:|------------:|
| TWP | 47 | 215 | 0 |
| Tyrone | 19 | 27 | 0 |
| unitetheright | 6 | 35 | 0 |
| UTR | 12 | 103 | 2 |
| Vandal | 35 | 194 | 3 |
| Vanguard | 240 | 526 | 4 |
| Vasillios* | 2 | 25 | 0 |
| Vets | 30 | 49 | 1 |
| Vitco | 0 | 0 | 0 |
| Volkisch w/3 Soldar | 0 | 0 | 0 |
| Von Diez | 2 | 12 | 0 |
| Wade w/3 Garrett | 0 | 0 | 0 |
| Warlock | 53 | 54 | 0 |
| weapon* | 260 | 548 | 12 |
| Wendy w/3 Lewis | 0 | 0 | 0 |
| White w/3 nation* | 236 | 462 | 22 |
| White w/3 supremac* | 179 | 416 | 5 |
| White-PowerStroke | 9 | 59 | 0 |
| Wyatt | 33 | 47 | 6 |
| Zyniker | 1 | 20 | 0 |

Report Generated:  1/7/2020 1:30:12 PM                                                Page 13 of 13

**Report Name:** STR 2020.01.07_Kline Mobile      **Searchable Set:** Kline_Mobile Data_20200107



## Results Summary

| Documents in searchable set | Total documents with hits | Total documents with hits, including Family | Total documents without hits |
|---|---|---|---|
| 105,990 | 17,413 | 17,866 | 88,124 |

**Report Name:** STR 2020.01.07_Kline Mobile     **Searchable Set:** Kline_Mobile Data_20200107

## Terms Summary

| Term | Documents with hits | Documents with hits, including Family | Unique hits |
|---|---|---|---|
| ((((Unity w/3 "and") w/3 Security) w/3 for) w/3 America) | 0 | 0 | 0 |
| (((League w/3 of) w/3 the) w/3 South) | 5 | 5 | 0 |
| (((Rebel w/3 Brigade) w/3 of) w/3 Knights) | 0 | 0 | 0 |
| ((Brion w/3 Keith) w/3 Baker) | 0 | 0 | 0 |
| ((Charlottesville w/3 Police) w/3 Department) | 0 | 0 | 0 |
| ((East w/3 Coast) w/3 Knights) | 0 | 0 | 0 |
| ((Everett w/3 Nick) w/3 Case) | 0 | 0 | 0 |
| ((James w/3 Alex) w/3 Fields) | 3 | 3 | 0 |
| ((Loyal w/3 White) w/3 Knights) | 0 | 0 | 0 |
| ((National w/3 Park) w/3 Service) | 2 | 2 | 2 |
| ((National w/3 Socialist) w/3 Movement) | 0 | 0 | 0 |
| ((Rise w/3 Above) w/3 Movement) | 1 | 1 | 1 |
| ((Stefani w/3 Gunter) w/3 Hopkins) | 0 | 0 | 0 |
| ((Tactical w/3 American) w/3 Patriots) | 0 | 0 | 0 |
| ((Traditionalist w/3 Worker) w/3 Party) | 1 | 1 | 0 |
| ((Unite w/3 the) w/3 Right) | 30 | 35 | 4 |
| ((united w/5 church) w/5 christ) | 0 | 0 | 0 |
| A11 | 0 | 0 | 0 |
| A12 | 0 | 0 | 0 |

# SINKS-02678_Staging
## Search Terms Report

**Report Name:** STR 2020.01.07_Kline Mobile        **Searchable Set:** Kline_Mobile Data_20200107

| Term | Documents with hits | Documents with hits, including Family | Unique hits |
|---|---:|---:|---:|
| Aaron w/3 VA | 0 | 0 | 0 |
| Ajax* | 354 | 355 | 194 |
| AK w/3 Lane | 0 | 0 | 0 |
| Al w/3 Thomas | 0 | 0 | 0 |
| Albion | 0 | 0 | 0 |
| Alex w/3 Fields | 4 | 4 | 0 |
| Allison w/3 Peirce | 0 | 0 | 0 |
| Alt w/3 Knights | 1 | 1 | 0 |
| AltRightVA | 12 | 13 | 10 |
| Americana* | 9 | 9 | 8 |
| Andrea w/3 Owens | 0 | 0 | 0 |
| Anglin | 67 | 68 | 30 |
| Anthime | 0 | 0 | 0 |
| Antifa | 3,177 | 3,214 | 2,861 |
| April w/3 Muniz | 0 | 0 | 0 |
| Armed | 15 | 15 | 5 |
| Arrest* | 88 | 90 | 42 |
| Atomwaffen | 14 | 14 | 2 |
| Augustus | 96 | 99 | 6 |
| Azzmador | 16 | 16 | 4 |
| Bait | 4 | 4 | 3 |
| Baked w/3 Alaska | 15 | 15 | 7 |
| bakedalaska | 9 | 9 | 7 |
| Baker | 1 | 1 | 1 |
| Balcaitis | 0 | 0 | 0 |
| baton | 7 | 7 | 3 |
| Battaglia | 0 | 0 | 0 |
| Beat | 74 | 75 | 53 |
| Ben w/3 Garland | 0 | 0 | 0 |

**Report Generated:** 1/7/2020 1:31:00 PM                    Page 3 of 13

**Report Name:** STR 2020.01.07_Kline Mobile          **Searchable Set:** Kline_Mobile Data_20200107

| Term | Documents with hits | Documents with hits, including Family | Unique hits |
|---|---|---|---|
| Benjamin w/3 Garland | 0 | 0 | 0 |
| Black | 460 | 469 | 381 |
| Blast | 3 | 3 | 3 |
| BLM | 8 | 8 | 5 |
| Boechat | 0 | 0 | 0 |
| Boman | 0 | 0 | 0 |
| Bomb | 40 | 41 | 29 |
| Brad w/3 Griffin | 3 | 3 | 2 |
| Brathovd | 3 | 3 | 0 |
| Brian w/3 Lambert | 0 | 0 | 0 |
| Burn | 37 | 37 | 24 |
| Caerulus* | 400 | 405 | 249 |
| Cantwell | 223 | 229 | 177 |
| car w/3 attack | 2 | 2 | 0 |
| car w/3 hit | 2 | 2 | 2 |
| Cesar w/3 Hess | 0 | 0 | 0 |
| Challenger | 6 | 9 | 3 |
| Chapman | 3 | 3 | 0 |
| Charles w/3 Myers | 0 | 0 | 0 |
| Charlottesville | 131 | 147 | 43 |
| Charlottesville w/3 2.0 | 2 | 2 | 0 |
| Chef w/3 Goyardee | 1 | 1 | 1 |
| ChefGoyardee* | 0 | 0 | 0 |
| Chelsea w/3 Alvarado | 0 | 0 | 0 |
| Chesny | 0 | 0 | 0 |
| city w/3 council | 6 | 6 | 0 |
| Cole | 5 | 5 | 5 |
| Cole w/3 Harris | 0 | 0 | 0 |
| Colton | 9 | 9 | 4 |

**Report Name:**  STR 2020.01.07_Kline Mobile          **Searchable Set:**  Kline_Mobile Data_20200107

| Term | Documents with hits | Documents with hits, including Family | Unique hits |
|---|---|---|---|
| Colton w/3 Merwin | 4 | 4 | 0 |
| Commander w/3 Hunt | 0 | 0 | 0 |
| Conviction | 1 | 1 | 1 |
| Corcoran | 0 | 0 | 0 |
| Cormier | 0 | 0 | 0 |
| Counterprotest | 0 | 0 | 0 |
| CPD | 0 | 0 | 0 |
| Crockett | 5 | 5 | 3 |
| Custalow | 0 | 0 | 0 |
| cville | 179 | 181 | 80 |
| Daley | 31 | 31 | 0 |
| Damigo | 784 | 799 | 0 |
| Danny w/3 Wolf | 0 | 0 | 0 |
| date(06/17) | 0 | 0 | 0 |
| date(07/08) | 0 | 0 | 0 |
| date(08/11) | 0 | 0 | 0 |
| date(08/12) | 0 | 0 | 0 |
| date(08/13) | 0 | 0 | 0 |
| date(Aug* 11) | 0 | 0 | 0 |
| date(Aug* 12) | 0 | 0 | 0 |
| date(Aug* 13) | 0 | 0 | 0 |
| date(July 8) | 0 | 0 | 0 |
| date(June 17) | 0 | 0 | 0 |
| David w/3 Duke | 23 | 23 | 0 |
| Derek w/3 Davis | 0 | 0 | 0 |
| DeusVolt* | 0 | 0 | 0 |
| Dickinson | 3 | 3 | 1 |
| Dillon w/3 Hopper | 1 | 1 | 0 |
| Dillon1488 | 0 | 0 | 0 |

# SINKS-02678_Staging
## Search Terms Report

**Report Name:** STR 2020.01.07_Kline Mobile          **Searchable Set:** Kline_Mobile Data_20200107

| Term | Documents with hits | Documents with hits, including Family | Unique hits |
|---|---|---|---|
| Discord | 244 | 260 | 153 |
| Dodge | 4 | 4 | 2 |
| Duke | 55 | 55 | 12 |
| Dustin w/3 Owens | 0 | 0 | 0 |
| Eli w/3 Mosely | 3 | 3 | 1 |
| Eli w/3 Mosley | 100 | 103 | 0 |
| Eliot w/3 Kline | 0 | 0 | 0 |
| Elizabeth w/3 Sines | 0 | 0 | 0 |
| Elliot w/3 Kline | 5 | 9 | 0 |
| Emancipation | 0 | 0 | 0 |
| Enoch | 569 | 585 | 447 |
| Entwisle | 0 | 0 | 0 |
| Erica | 568 | 572 | 418 |
| Erica w/3 Alduino | 5 | 5 | 0 |
| Erika | 10 | 10 | 7 |
| Ethnostate | 38 | 38 | 33 |
| Europa | 30 | 30 | 16 |
| Evan w/3 McLaren | 26 | 26 | 0 |
| Evan w/3 Thomas | 198 | 200 | 126 |
| Evropa | 56 | 59 | 18 |
| Fag | 48 | 48 | 38 |
| Fashy w/3 Haircut | 1 | 1 | 0 |
| Fields | 17 | 17 | 3 |
| Fight | 125 | 127 | 80 |
| Firearm | 1 | 1 | 1 |
| first w/3 baptist | 0 | 0 | 0 |
| FOAK | 1 | 1 | 0 |
| Fraternal w/3 Order | 0 | 0 | 0 |
| Frisbadli | 0 | 0 | 0 |

**Report Generated:** 1/7/2020 1:31:00 PM                                    Page 6 of 13

**Report Name:** STR 2020.01.07_Kline Mobile          **Searchable Set:** Kline_Mobile Data_20200107

| Term | Documents with hits | Documents with hits, including Family | Unique hits |
|------|--------------------|--------------------------------------|-------------|
| Gillen | 29 | 29 | 0 |
| Gionet | 0 | 0 | 0 |
| Goldstein w/3 Riots | 0 | 0 | 0 |
| GoyMeetsWorld | 0 | 0 | 0 |
| Gun | 77 | 78 | 48 |
| Hamblen | 0 | 0 | 0 |
| Hannah w/3 Pearce | 0 | 0 | 0 |
| heather w/3 heyer | 2 | 2 | 0 |
| Heimbach | 34 | 34 | 16 |
| Heimdulf* | 0 | 0 | 0 |
| Heinz* | 3 | 3 | 1 |
| helmets | 2 | 2 | 1 |
| Herrenvolk* | 0 | 0 | 0 |
| Hess | 6 | 7 | 6 |
| Higgs | 0 | 0 | 0 |
| HiptotheJQ | 0 | 0 | 0 |
| Horton | 0 | 0 | 0 |
| HueTheHand | 0 | 0 | 0 |
| Hunter w/3 Wallace | 21 | 22 | 11 |
| Identity w/3 Evropa | 36 | 39 | 0 |
| IE | 1,923 | 1,939 | 1,571 |
| intimidat* | 11 | 11 | 10 |
| Invictus | 91 | 94 | 3 |
| Irizarry | 0 | 0 | 0 |
| Jack w/3 Pierce | 2 | 2 | 0 |
| Jackson w/3 Park | 1 | 1 | 0 |
| James w/3 Fields | 8 | 8 | 0 |
| Jason | 1,113 | 1,124 | 843 |
| Jaymi w/3 Danielle | 0 | 0 | 0 |

**Report Name:**  STR 2020.01.07_Kline Mobile          **Searchable Set:**  Kline_Mobile Data_20200107

| Term | Documents with hits | Documents with hits, including Family | Unique hits |
|------|--------------------:|--------------------------------------:|------------:|
| Jeff w/3 Schoep | 1 | 1 | 0 |
| Jefferson w/3 monument | 1 | 1 | 0 |
| jefferson w/3 st* | 4 | 4 | 0 |
| Jefferson w/3 Statue | 3 | 3 | 0 |
| Jew | 139 | 143 | 86 |
| JJ w/3 Power | 0 | 0 | 0 |
| Johnny w/3 O'Malley | 0 | 0 | 0 |
| Joyce w/3 Bennett | 0 | 0 | 0 |
| Justice w/3 Park | 1 | 1 | 0 |
| Kathleen w/3 Snyder | 0 | 0 | 0 |
| Kawzcynski | 0 | 0 | 0 |
| Kike | 33 | 40 | 19 |
| Kill | 99 | 100 | 79 |
| KKK | 44 | 44 | 27 |
| Klan | 13 | 13 | 4 |
| Kleve | 0 | 0 | 0 |
| Kline | 1,207 | 1,271 | 1,164 |
| Knife | 8 | 8 | 3 |
| Knives | 2 | 2 | 0 |
| Krist* | 14 | 14 | 11 |
| Kurt | 273 | 274 | 208 |
| Kyle w/3 Chapman | 2 | 2 | 0 |
| Kyle w/3 Rogers | 0 | 0 | 0 |
| Lafayette | 14 | 20 | 1 |
| Laube | 0 | 0 | 0 |
| Lawrence w/3 TX | 0 | 0 | 0 |
| Lee w/3 Park | 10 | 11 | 7 |
| lighter w/3 fluid | 0 | 0 | 0 |

**Report Name:**  STR 2020.01.07_Kline Mobile          **Searchable Set:**  Kline_Mobile Data_20200107

| Term | Documents with hits | Documents with hits, including Family | Unique hits |
|------|--------------------:|--------------------------------------:|------------:|
| Lightfoot w/3 Militia | 0 | 0 | 0 |
| Linden | 0 | 0 | 0 |
| Lolyouwish | 0 | 0 | 0 |
| LOS | 10 | 10 | 8 |
| Ludovici w/3 Alibi | 0 | 0 | 0 |
| Luis w/3 Bellino | 0 | 0 | 0 |
| LWK | 0 | 0 | 0 |
| mace* | 4 | 4 | 3 |
| MacImay | 0 | 0 | 0 |
| Maddimension | 0 | 0 | 0 |
| Mahler | 0 | 0 | 0 |
| ManWithTheHand | 1 | 1 | 1 |
| Marcus w/3 Liebowitz | 0 | 0 | 0 |
| Marcus w/3 Martin | 0 | 0 | 0 |
| Marie | 29 | 29 | 17 |
| Marissa w/3 Blair | 0 | 0 | 0 |
| Markus w/3 Anthony | 0 | 0 | 0 |
| Matthewheimbach | 0 | 0 | 0 |
| Maurice w/3 Jones | 1 | 2 | 0 |
| McCarthy | 11 | 11 | 3 |
| McCormick w/3 Foley | 0 | 0 | 0 |
| mcguffey w/3 park | 0 | 0 | 0 |
| McInnes | 26 | 29 | 11 |
| McIntire | 10 | 10 | 2 |
| McLaren | 36 | 36 | 8 |
| McPherson | 0 | 0 | 0 |
| Merwin | 8 | 8 | 2 |
| Metropolitan w/3 Police | 0 | 0 | 0 |
| Michael w/3 Hill | 5 | 5 | 0 |

**Report Name:** STR 2020.01.07_Kline Mobile    **Searchable Set:** Kline_Mobile Data_20200107

| Term | Documents with hits | Documents with hits, including Family | Unique hits |
|---|---|---|---|
| Miselis | 31 | 31 | 0 |
| Moonbase w/3 Holdings | 0 | 0 | 0 |
| Mosley | 158 | 162 | 53 |
| Mothersbaugh | 0 | 0 | 0 |
| Mrozek | 0 | 0 | 0 |
| nameless w/3 field | 1 | 1 | 0 |
| Nat* w/3 Damigo | 779 | 794 | 0 |
| Natalie w/3 Romero | 0 | 0 | 0 |
| Nationalist w/3 Front | 1 | 1 | 1 |
| Nazi | 189 | 201 | 124 |
| New w/3 Byzantium | 1 | 1 | 0 |
| Newberry | 1 | 1 | 0 |
| NF | 1 | 1 | 1 |
| Nigger | 63 | 63 | 43 |
| NPS | 1 | 1 | 0 |
| NSM | 9 | 9 | 1 |
| Paramilitary | 0 | 0 | 0 |
| Parrot* | 3 | 3 | 0 |
| Parrott | 1 | 1 | 0 |
| Patrick w/3 Little | 16 | 16 | 4 |
| Patrick w/3 Palmer | 0 | 0 | 0 |
| Patriot w/3 Front | 8 | 8 | 5 |
| Peinovich | 4 | 4 | 2 |
| Phillip-TX | 0 | 0 | 0 |
| Pistolis | 1 | 1 | 0 |
| Proud w/3 Boys | 70 | 71 | 27 |
| Punch | 34 | 35 | 17 |
| queenarchitect | 0 | 0 | 0 |
| Race w/3 War | 6 | 6 | 5 |

**Report Name:**  STR 2020.01.07_Kline Mobile          **Searchable Set:**  Kline_Mobile Data_20200107

| Term | Documents with hits | Documents with hits, including Family | Unique hits |
|------|--------------------:|--------------------------------------:|------------:|
| racis* | 265 | 269 | 185 |
| Radical w/3 Agenda | 4 | 5 | 2 |
| Radicalagenda | 0 | 0 | 0 |
| RaHoWa | 3 | 3 | 1 |
| Rally | 231 | 243 | 91 |
| RAM | 4 | 4 | 1 |
| RCO w/3 Nick | 0 | 0 | 0 |
| Reinhard w/3 wolff | 1 | 1 | 1 |
| Richard | 4,223 | 4,442 | 339 |
| Richard w/3 Preston | 0 | 0 | 0 |
| Richard w/3 Spencer | 3,668 | 3,881 | 0 |
| Robert w/3 Ray | 0 | 0 | 0 |
| Roche | 5 | 5 | 1 |
| Rotunda | 1 | 1 | 0 |
| Rousseau | 3 | 3 | 0 |
| Ruiz | 0 | 0 | 0 |
| Run w/3 over | 14 | 14 | 13 |
| Rundo | 0 | 0 | 0 |
| Sacco | 120 | 121 | 49 |
| SaintCharles | 0 | 0 | 0 |
| Salazar | 0 | 0 | 0 |
| Schoep | 1 | 1 | 0 |
| Seth w/3 Wispelwey | 0 | 0 | 0 |
| Shane w/3 Long | 0 | 0 | 0 |
| Sheehy | 0 | 0 | 0 |
| Shield | 11 | 11 | 8 |
| Shoot | 48 | 50 | 35 |
| Shyne | 0 | 0 | 0 |
| Silasreynolds | 0 | 0 | 0 |

**Report Name:** STR 2020.01.07_Kline Mobile          **Searchable Set:** Kline_Mobile Data_20200107

| Term | Documents with hits | Documents with hits, including Family | Unique hits |
|------|---------------------|---------------------------------------|-------------|
| Sines | 3 | 3 | 3 |
| Snuffer | 0 | 0 | 0 |
| Spencer | 3,906 | 4,125 | 172 |
| Spray | 4 | 4 | 4 |
| St. w/3 Paul* | 0 | 0 | 0 |
| Stab | 2 | 2 | 0 |
| Stankard | 0 | 0 | 0 |
| Starsia | 0 | 0 | 0 |
| Statue | 25 | 25 | 8 |
| Stickman | 6 | 6 | 2 |
| Stormer | 47 | 48 | 25 |
| SURJ | 0 | 0 | 0 |
| tear w/3 gas* | 4 | 4 | 4 |
| the w/3 lawn | 5 | 5 | 4 |
| Thebigkk | 0 | 0 | 0 |
| Thewizardofthorntonpark | 0 | 0 | 0 |
| Thomas w/10 Rousseau | 3 | 3 | 0 |
| thomas w/3 jefferson | 4 | 4 | 0 |
| Thomas w/3 Ryan | 0 | 0 | 0 |
| Tibor | 0 | 0 | 0 |
| torch* | 37 | 38 | 14 |
| Trained w/3 fighters | 0 | 0 | 0 |
| Treadstone | 0 | 0 | 0 |
| Trial | 29 | 29 | 21 |
| Trigger | 17 | 17 | 9 |
| Troutman | 2 | 2 | 0 |
| Tscags88 | 0 | 0 | 0 |
| Tubbs | 1 | 1 | 0 |

**Report Name:** STR 2020.01.07_Kline Mobile  **Searchable Set:** Kline_Mobile Data_20200107

| Term | Documents with hits | Documents with hits, including Family | Unique hits |
|---|---:|---:|---:|
| TWP | 32 | 32 | 10 |
| Tyrone | 1 | 1 | 1 |
| unitetheright | 0 | 0 | 0 |
| UTR | 6 | 8 | 0 |
| Vandal | 68 | 69 | 13 |
| Vanguard | 68 | 72 | 33 |
| Vasillios* | 1 | 1 | 0 |
| Vets | 14 | 14 | 9 |
| Vitco | 1 | 1 | 0 |
| Volkisch w/3 Soldar | 0 | 0 | 0 |
| Von Diez | 5 | 5 | 4 |
| Wade w/3 Garrett | 0 | 0 | 0 |
| Warlock | 4 | 4 | 4 |
| weapon* | 70 | 71 | 52 |
| Wendy w/3 Lewis | 3 | 3 | 0 |
| White w/3 nation* | 90 | 101 | 51 |
| White w/3 supremac* | 77 | 82 | 41 |
| White-PowerStroke | 0 | 0 | 0 |
| Wyatt | 99 | 102 | 78 |
| Zyniker | 0 | 0 | 0 |