CLERKS OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
01/10/2020
JULIA C. DUDLEY, CLERK
BY: /s/ J. JONES
  DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
### CHARLOTTESVILLE DIVISION

| | |
|---|---|
| ELIZABETH SINES, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> JASON KESSLER, *et al.*, <br><br> *Defendants.* | CASE NO. 3:17-cv-00072 <br><br> ORDER <br><br> JUDGE NORMAN K. MOON |

This matter is before the Court on Plaintiff Hannah Pearce's "Motion to Withdraw and Voluntarily Dismiss Her Claims Without Prejudice," filed on January 7, 2020. Dkt. 629. Any party wishing to be heard on this Motion shall file their response by **January 16, 2020**.

It is so **ORDERED**.

The Clerk of the Court is directed to send a certified copy of this Order to the parties.

Entered this  10th  day of January, 2020.

_____
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE