

r. **Plaintiff Pearce** follows Gorcenski on Twitter.



s. **Plaintiff Wispelwey** regularly communicates with Gorcenski See Exhibit54-RevGor.pdf



**Generic Soy Milk** ● @EmilyGorcenski · Jul 9                                        ⌄

Dilbert guy to the religious leader that organized against the Nazis in Charlottesville and ran *toward* a terror attack to give aid to the victims: "Your experience is irrelevant."

>  **Scott Adams** ● @ScottAdamsSays · Jul 9 ·
>
> Replying to @RevSethDub @lbiredneck and 4 others
>
> Your experience is irrelevant. The question is what Trump assumed about the crowd (either correctly or not), and he clearly stated he believed some generic pro-statue-free-speech people were there in addition to the racists he "condemned totally."

⭕ 28          ↻ 270          ♡ 1.2K                              ⬆

 **Seth Wispelwey**
@RevSethDub

Replying to @EmilyGorcenski

  🖤

2:23 PM · Jul 9, 2019 · Twitter for iPhone

**28** Likes

   i.

  t.  In the wake of the events in dispute, Gorcenski told the Charlottesville City Council "Charlottesville is the Capital of the Antifa!" and the audience cheered. This renders it implausible that Gorcenski's scheme did not enjoy popular support within the city. See **Exhibit28-CapitalOfAntifa.mp4**

95. As Plaintiffs are well aware, Gorcenski is a "key media person" for the events in dispute, and became the face and voice of the conspiracy.

  a.  This is important to understand, because Gorcenski speaks for others who were involved, quite literally. Neither the Plaintiffs, nor anyone else on the political and ideological Left, has renounced Gorcenski's representation of the events of that weekend. Nobody connected to the events in dispute has renounced Gorcenski's often violent rhetoric and advocacy, and Plaintiffs' counsel and financiers follow Gorcenski on Twitter at the time of this writing.

  b.  Gorcenski took on this role at the behest of other co-conspirators.

  c.  Gorcenski views media and "optics" as weapons of war, not delivery mechanisms for truth.

d. Gorcenski was presented in Plaintiffs' motion to enjoin Defendant Cantwell as a hapless victim of Nazi violence, but Plaintiffs' counsel follows Gorcenski on Twitter, has seen the filings in the malicious prosecution suit, and knew full well that Gorcenski is a dangerous criminal who has committed perjury and contradicted sworn testimony, for the purposes of doing unjustifiable damage to Defendant Cantwell through abuse of the Courts.

 **Generic Soy Milk** ☸ ✓
@EmilyGorcenski

My week:

- Chelsea Manning story: intersects with Charlottesville
- Google Nazis: intersects with Charlottesville
- DeAndre Harris alleged assailant arrest

Being a key media person at the nexus of where the white supremacists made their stand is exhausting.

8:47 AM · Jan 27, 2018 · Twitter for Android

**4** Retweets **48** Likes

○          ⟲          ♡          ⬆

**Generic Soy Milk** ☸ @EmilyGorcenski · Jan 27, 2018          ✓
Replying to @EmilyGorcenski
Most of the time I'm just providing background material to journalists, but it's still so much.

○ 1          ⟲ 1          ♡ 14          ⬆

**Generic Soy Milk** ☸ @EmilyGorcenski · Jan 27, 2018          ✓
"Do you think that people inside Google were also involved in Charlottesville?"

We can't say definitively whether any attended but we know for a fact that they've been involved in the spin and trolling after the fact.

○ 1          ⟲ 4          ♡ 18          ⬆

e.



**Generic Soy Milk** ✅
@EmilyGorcenski

"Emily, will you use your social media profile to help us spread awareness about what's happening in Charlottesville this summer" was the *explicit* request I was asked in 2017. I was *literally asked to be public and identifiable*.

> ● **2** @Carzonfye · Sep 20
> Replying to @msgrvideogames @GilesShurtleff and 5 others
> This is so naive it's bordering on malicious.
>
> Nobody owes you shit, and nobody smart is going to risk identifying themselves just to satisfy your doubt

2:08 AM · Sep 20, 2019 · Twitter for iPhone

f. ───────────────────────────────



**Generic Soy Milk** ✅
@EmilyGorcenski

This is why I advocate using media and optics as the weapon. Journalists are attracted to white liberals like flies to shit.

2:53 AM · Sep 10, 2017 · Twitter for Android

**9** Retweets  **47** Likes

g.



**Emily G, Cville.** ✅
@EmilyGorcenski                    ( Follow )  ⌄

Centrist jornos salty over antifa b/c me & my 30 best queer, Black, POC friends did more to shake Trump than all their thinkpieces combined

12:45 PM - 28 Aug 2017

**159** Retweets  **604** Likes    

♡ 15    ⇄ 139    ♡ 694    ✉

h.

96. Gorcenski is an Antifa adherent, an anarchist, and an advocate of violence as a tool for political and social change. Gorcenski seeks the violent overthrow of the United States government. This violent ideological bent existed well prior to the Unite the Right Rally, and continues to this day.



**Generic Soy Milk** 🌐
@EmilyGorcenski

So, a thing to know about protesting. Whatever you think the law says doesn't matter. Whatever the law really says doesn't matter.

10:28 AM · Nov 10, 2016 · Twitter Web Client

**24** Retweets   **44** Likes

a.



**Emily G. Cville.** @ @EmilyGorcenski · 2 Mar 2017
The authoritarians: white, male, fail upwards, unskilled

The resistance: diverse, nerdy, passionate... nothing left to lose

I know my side.

○ 10     ⟳ 99     ♡ 422     ✉

**(((ddt)))** @ddt · 2 Mar 2017
Always punch up. Never punch down.

Used to be able to count on journalism for that.

○ 1     ⟳     ♡ 2     ✉

**Emily G, Cville.** @
@EmilyGorcenski

Follow

Replying to @ddt

## *addendum: always punch nazis irrespective of relative position

5:18 PM · 2 Mar 2017

8 Likes

○ 3     ⟳     ♡ 8     ✉

b.



**Emily G, Cville.** @EmilyGorcenski · 20 Jun 2017

In my mentions, I've been accused of being both a communist and a liberal. I'm neither, but it's hilarious that the right can't distinguish.

💬 5     🔁 7     ♡ 22     ✉

**sigfig** @sigfig · 20 Jun 2017

to be fair the left still can't distinguish poltards from organized white nationalists

💬 1     🔁      ♡      ✉

**Emily G, Cville.** @EmilyGorcenski · 20 Jun 2017

Manifestly, the material risk posed by both is not much different.

💬 2     🔁      ♡      ✉

**Emily G, Cville.** 
@EmilyGorcenski                          Follow

Replying to @EmilyGorcenski @sigfig

## They're both gonna be standing on the same side come August 12, and the only difference is some of them will turn to punch Richard Spencer.

12:59 PM - 20 Jun 2017

💬      🔁      ♡      ✉

c.

**Emily G, Cville.** 
@EmilyGorcenski                          Follow

## I'm in antifa. #GetOutOfJuryDutyIn4Words

1:35 PM - 8 Sep 2017

**21 Retweets  153 Likes**

💬 4     🔁 21     ♡ 153     ✉

d.



**Emily G, Cville.** @EmilyGorcenski · 18 Mar 2017
Eichenwald: "Censoring Nazis is bad."

Also Eichenwald: "Using gayness as an insult is good."

**Julie Ann Mugabe (not the bad Mugabe)** @Julie_John...
Kurt is calling Spencer gay as an insult. Fuck Spencer but also fuck Kurt.

💬 1        🔁 23        ♡ 61        ✉

**Emily G, Cville.** @
@EmilyGorcenski

[ Follow ]

# Fuck everything about that, @kurteichenwald. At least when you punch a Nazi you don't throw a marginalized community under the bus.

11:13 PM - 18 Mar 2017

**13** Retweets **101** Likes

💬 3        🔁 13        ♡ 101        ✉

e.



**Generic Soy Milk** ✓
@EmilyGorcenski

## Voting is not a direct action and yes.

> 🖼 **Erasmus Kane** @ErasmusKane · Jul 16
> Replying to @Notabird15 and @EmilyGorcenski
> Voting, is it not a direct action? Or are you seriously advocating armed revolution?

1:51 PM · Jul 16, 2019 · Twitter for iPhone

**5** Retweets   **81** Likes

f.

**Chris Whitaker** @skybluebye · Jul 16
Replying to @EmilyGorcenski
Against whom?

♡ 1

**Emily G, Cville.** ✓ @EmilyGorcenski · 8 Aug 2017
Cowardly Spencer tends not to appear if a thousand cops aren't there to protect him. What will he do?

♡ 6    ⟲ 4    ♡ 16    ✉

**Emily G, Cville.** ✓
@EmilyGorcenski

Follow

Replying to @EmilyGorcenski @RichardBSpencer

## Anyhow, looking forward for him to be surrounded by antifa where we can have civil discourse.

9:06 AM · 8 Aug 2017

**3** Retweets  **17** Likes

♡ 11    ⟲ 3    ♡ 17    ✉

g.



**Emily G, Cville.** ⚫
@EmilyGorcenski

Follow

It's hard being both a part of the secret women in tech cabal *and* antifa because the schedules so often conflict.

6:25 PM - 23 Sep 2017

13 Retweets  185 Likes

○ 8     ⇄ 13     ♡ 185     ✉

Tweet your reply

**Emily G, Cville.** ⚫ @EmilyGorcenski · 23 Sep 2017
We all know that I spend my twitter time Virtue Signalling™, but one must ask: to whom do I signal? The feminists or antifa?

○ 6     ⇄ 2     ♡ 65     ✉

h.

**Generic Soy Milk** ⚫
@EmilyGorcenski

YES more of this.

I am tired of reactive demonstration and it's time to bring leftist organizing into their communities. Let's get communism demos going. I can think of a few places



🔵 **It's Going Down** @IGD_News · Aug 9, 2018
#Vancouver Washington plans protests against proto-fascists Patriot Prayer and the Proud Boys in their home town this weekend. #AllOutAugust
wweek.com/news/2018/08/0...
Show this thread

12:37 AM · Aug 10, 2018 · Twitter for iPhone

**6** Retweets   **35** Likes

i.



**Emily G, Cville.** ☺ @EmilyGorcenski · 25 Sep 2017
Replying to @KeithBarrett
Totally, as we can see, the long-established alt-left totally changed its name
recently.

♡ 1          ↻          ♡          ✉

**Keith Barrett** ☺ @KeithBarrett · 25 Sep 2017
The most useful graph would run from 1938 (WWII area) to 2017

♡ 1          ↻          ♡ 1          ✉

**Emily G, Cville.** ☺
@EmilyGorcenski

Replying to @KeithBarrett

The most useful sense of logic would
recognize that "antifa" is a long-existing term,
but "alt-left" is a term cowards use to invent
enemies

2:13 PM · 25 Sep 2017

♡ 2          ↻          ♡          ✉

j.

**Emily G, Cville.** ☺ @EmilyGorcenski · 15 May 2017
I am really quite mad about Nazis in my hometown, especially when I'm not there
to **punch** them.

♡ 1          ↻          ♡ 31          ✉

k.



Emily G kmii
@EmilyGorcenski

Follow

I'm 100% convinced that I end this administration dead or in jail and not a single thing has assuaged that fear.

10:24 PM - 9 May 2017



3 Retweets 25 Likes

4 3 25

l.



Emily G, Cville. @EmilyGorcenski

Here's a confession:

my motivation for having surgery wasn't dysphoria, which for that I found manageable.

It was to avoid men's jail.

4:32 AM - 19 May 2017

29 Retweets 141 Likes

8 29 141

Emily G, Cville. @EmilyGorcenski · 19 May 2017

Replying to @EmilyGorcenski

That's not hyperbole. I'm 100% serious. I put myself through this because the idea of being locked up w/men is terrifying.

4 5 61

m.



n.

Emily G kmii ☑ @EmilyGorcenski

The only reason I'm not in jail rn is because I'm 7000 or so miles away

10:33 PM - 14 May 2017

3 Retweets  17 Likes

o.

Emily G kmii ☑
@EmilyGorcenski

Follow

I can't describe how much of an impact this has had on my mental health. I'm gonna be honest here, and this is the content warning.

There have been three times since August I've chambered a single bullet in my pistol and locked away the magazines.

2:49 PM - 17 Jun 2018



2 Retweets  39 Likes

p.

Generic Soy Milk ☑
@EmilyGorcenski

I'm made up of nothing but trauma, anxiety, and retribution now.

3:10 PM · Jul 4, 2018 · Twitter for Android

1 Retweet   21 Likes



**Emily G, Cville.** ✪ @EmilyGorcenski · Jan 21
Like, I know this is Twitter, but you all do realize "if you don't literally kill every Nazi you see on site you are flawed" is a pretty unrealistic line to set.

💬 7   🔁 11   ♡ 102   ✉

**LaurasBloodyKnuckles** @conordale · Jan 21
while I agree, I'm old enough to remember left twitter calling liberals "nazi enablers" for suggesting Spencer shouldn't be punched.

💬 2   🔁   ♡   ✉

**Emily G, Cville.** ✪
@EmilyGorcenski

( Follow )

Replying to @conordale

## No one said everyone must punch Richard Spencer, but rather to support the few who are willing

6:30 PM · 21 Jan 2018

**5 Likes**

💬 1   🔁   ♡ 5   ✉

q.



**Emily G, Cville.** ⊛ @EmilyGorcenski · 2 Sep 2017
Liberal narratives turned against antifa after seeing how Cville and Boston challenged their monopoly on "The Resistance."

🗨 16       ⟲ 490       ♡ 1.3K       ✉

**Emily G, Cville.** ⊛ @EmilyGorcenski · 2 Sep 2017
A viable leftist body politic threatens their single-vertical narrative contrasted against Republicanism.

🗨 2       ⟲ 77       ♡ 264       ✉

**Emily G, Cville.** ⊛
@EmilyGorcenski                                        ( Follow )      ⌄

For 20 years liberal politics' only killer feature has been "not-Republicanism." Antifa success threatens to undermine that.

3:24 PM - 2 Sep 2017

**116** Retweets  **354** Likes

🗨 9       ⟲ 116       ♡ 354       ✉

r.

 **Emily G kmii** @EmilyGorcenski

A range day on a nice October morning in
Virginia is kind of perfect.



8:17 AM - 15 Oct 2017

3 Retweets  125 Likes

19          3                125

s.

 **Emily G kmii** ☻ @EmilyGorcenski

One last time out to the range to burn off some ammo before I move.



11:58 AM - 25 May 2018

2 Retweets  130 Likes

💬 14        ♺ 2              130

 **Emily G kmii** ☻ @EmilyGorcenski · May 25 ⌄
This took place at a public shooting range.

As always, when target shooting as a hobby, we have experienced shooters take turns acting as a range safety officer.

This is a safe and supervised hobby and should not be interpreted as a threat or as training for violent activities.

💬 1        ♺ 7              78

 **Emily G kmii** @EmilyGorcenski

In other news, afterwards I went to a shooting range and shot a P90 and can we talk for a moment about how hot I look



1:10 PM - 21 Jan 2018

3 Retweets  91 Likes 

♡ 9    ⟲ 3         91

 **Emily G kmii** @EmilyGorcenski · Jan 21   ⌄
Flower tights and mary janes and an automatic weapon

I am your anime crush irl

♡ 6    ⟲         74

u.



**Emily G, Cville.** ✓
@EmilyGorcenski

( Follow ) ⌄

"Antifa is a threat to liberal democracy"

Yes, that's the point... that liberal democracy is a failure at delivering civil rights.

5:32 AM - 3 Sep 2017

**304** Retweets  **963** Likes

💬 24      🔁 304      ♡ 963      ✉

🧑 | Tweet your reply |

**Emily G, Cville.** ✓ @EmilyGorcenski · 3 Sep 2017                    ⌄
Waiting a whole generation for a single tiny step forward that takes immense resourcing to achieve... to have it undone by the next POTUS...

💬 1      🔁 39      ♡ 121      ✉

**Emily G, Cville.** ✓ @EmilyGorcenski · 3 Sep 2017                    ⌄
Waiting for the perfect confluence of factors and the right mix of judges to hear a case...

none of this is acceptable anymore.

💬 1      🔁 33      ♡ 118      ✉

**Emily G, Cville.** ✓ @EmilyGorcenski · 3 Sep 2017                    ⌄
Civil rights, patched into the system, do not work. And while direct action is a forcing function for that process, it is extreme.

💬 3      🔁 14      ♡ 60      ✉

**Emily G, Cville.** ✓ @EmilyGorcenski · 3 Sep 2017                    ⌄
We also can't expect direct action to fix everything. No one marching on DC for trans rights.

v.



97. Gorcenski said all of these troubling things, though conscious of social media monitoring by law enforcement and potential adversaries in litigation. Gorcenski often follows an incriminating Tweet with a disclaimer for this reason.

---

**Generic Soy Milk** ⬢ @EmilyGorcenski · Jun 23, 2017 ⌄
Charlottesville Police have been visiting and intimidating leftist activists.

facebook.com/Newsplex/video...

💬 4      🔁 70      ♡ 34      ⬆

---

**Generic Soy Milk** ⬢ ⌄
@EmilyGorcenski

## Several POC activists report home visits from police asking what their plans for the July 8 KKK rally are.

4:57 PM · Jun 23, 2017 · Twitter for Android

**52** Retweets    **24** Likes

💬       🔁       ♡       ⬆

---

**Generic Soy Milk** ⬢ @EmilyGorcenski · Jun 23, 2017 ⌄
Replying to @EmilyGorcenski
In addition, officers have been contacting people via email and phone and visiting employers in an attempt to intimidate.

💬 2      🔁 23      ♡ 11      ⬆

---

**Generic Soy Milk** ⬢ @EmilyGorcenski · Jun 23, 2017 ⌄
I have not been in Charlottesville since these activities started so I don't know if they visited my home.

💬 2      🔁 9      ♡ 4      ⬆

---

**Generic Soy Milk** ⬢ @EmilyGorcenski · Jun 23, 2017 ⌄
But I do know they have been targeting people based on social media activity.

💬 1      🔁 10      ♡ 9      ⬆

---

**Generic Soy Milk** ⬢ @EmilyGorcenski · Jun 23, 2017 ⌄
This is fascism.

a.

💬 1      🔁 13      ♡ 27      ⬆

 **Generic Soy Milk** ✪
@EmilyGorcenski

I just had a lovely chat with the FBI. Seems like some
fuckhead called in an anonymous tip that I'm
coordinating an attack tomorrow.

5:34 PM · Aug 11, 2017 · Twitter for Android

**73** Retweets   **263** Likes

b.

 **Generic Soy Milk** ✪
@EmilyGorcenski

Replying to @DevinFaux and @WorkersCarolina

Yes, thermite is a thing one could but should not use to
feloniously damage a statue, a thing that is definitely a
bad idea to suggest in the mentions of someone whose
account is monitored by the feds.

9:56 AM · May 1, 2019 · Twitter for iPhone

 ♡               ♡              ♡              ⬆

This Tweet is unavailable.

 **Devin Faux** 📍 @DevinFaux · May 1
Replying to @EmilyGorcenski and @WorkersCarolina
I didn't say what it could or should be used for, did I?

 ♡ 1            ♡              ♡              ⬆

**Devin Faux** 📍 @DevinFaux · May 1
Maybe I'm just suggesting a thermite-fuelled BBQ cookout to raise
awareness of the statue and the state's role in keeping it around. That would
sure be a spectacle, wouldn't it? Sure to get lots of attention.

c.

**Generic Soy Milk** ✦ @EmilyGorcenski · Sep 30, 2018
I am not calling for violence. I am not calling for nonviolence. Those terms are meaningless and only exist in relativity. I am calling for action, but what does action mean?

◯ 3          ⟲ 16          ♡ 99          ⬆

**Generic Soy Milk** ✦
@EmilyGorcenski

Direct action works when there is:

- a clear goal
- someone who can be held accountable
- and a willingness to increase the cost of noncompliance

1:59 AM · Sep 30, 2018 · Twitter for iPhone

**20** Retweets   **140** Likes

◯               ⟲               ♡               ⬆

**Generic Soy Milk** ✦ @EmilyGorcenski · Sep 30, 2018
Replying to @EmilyGorcenski
So when a rapist gets confirmed and starts stripping away women's rights, what are we gonna do? Who are we going to hold accountable, and what costs are we going to make too great?

◯ 4          ⟲ 27          ♡ 150          ⬆

**Generic Soy Milk** ✦ @EmilyGorcenski · Sep 30, 2018
You need to start thinking about these questions now. Because if Brett gets confirmed, and by all likelihood he will be, then there's not a lot of leeway left. The only ways he leaves are if he dies (I am NOT advocating for killing jfc), if he resigns (he won't), or impeachment.

◯ 5          ⟲ 13          ♡ 98          ⬆

**Generic Soy Milk** ✦ @EmilyGorcenski · Sep 30, 2018
No Supreme Court Justice has ever been removed by impeachment.

◯ 2          ⟲ 8          ♡ 78          ⬆

d.



**Generic Soy Milk** ✓
@EmilyGorcenski

Does the tech industry remember what ended the era of the Company Town the first time around?

Armed. Militant. Organizing.

9:12 AM · May 15, 2018 · Twitter for Android

**17** Retweets   **56** Likes

   ◯        ⟲        ♡        ↥

**Generic Soy Milk** ✓ @EmilyGorcenski · May 15, 2018
Replying to @EmilyGorcenski
I am not advocating for that, of course. I am merely providing a historical lesson to the industry I love, an industry that prides itself on forgetting history.

◯ 1      ⟲ 3      ♡ 39      ↥

**Generic Soy Milk** ✓ @EmilyGorcenski · May 15, 2018
It is a matter of my personal opinion, though, that of SV doesn't check its shit then it's truly risking others checking it for them.

◯      ⟲ 3      ♡ 49      ↥

e.

**Generic Soy Milk** ✓ @EmilyGorcenski · Jul 4, 2018
Replying to @EmilyGorcenski
Don't think this tweet counts as evidence of malice, either. I always operate within the bounds of the law even when the laws are unjust.

◯      ⟲      ♡ 9      ↥

f.



**Generic Soy Milk** @EmilyGorcenski · Nov 19, 2017
I am in Berlin for a while, and it's definitely not for antifa operative training.

◯ 3          ⇄ 4          ♡ 59          ⬆

**Generic Soy Milk**
@EmilyGorcenski

(This tweet is literal, yknow, for when it gets introduced in a court of law)

9:38 AM · Nov 19, 2017 · Twitter for Android

**2** Retweets    **28** Likes

g.

**Emily G kmii** @EmilyGorcenski · May 25
This took place at a public shooting range.

As always, when target shooting as a hobby, we have experienced shooters take turns acting as a range safety officer.

This is a safe and supervised hobby and should not be interpreted as a threat or as training for violent activities.

◯ 1          ⇄ 7          78

h.

**Generic Soy Milk**
@EmilyGorcenski

And for when this comes up inevitably in court, this is sarcasm. I do not, in fact, love caricatures suggesting my murder.

11:51 AM · Dec 24, 2017 · Twitter for Android

**1** Retweet    **47** Likes

i.

**Generic Soy Milk** 🔵 @EmilyGorcenski · Jul 28, 2018
me: I should be careful since I assume the FBI reads my tweets

also me: explains the mechanics of money laundering in detail

💬 2          🔁 2          ♡ 65          ⬆️

**Generic Soy Milk** 🔵 @EmilyGorcenski · Jul 28, 2018
To my credit, dearest FBI social media monitor, I was a data scientist for a bank.

💬 4          🔁 2          ♡ 82          ⬆️

This Tweet is unavailable.

**Generic Soy Milk** 🔵
@EmilyGorcenski

Replying to @altCourierSix

My assumption is that all my tweets are vacuumed up
and put into a faily digest, which is rapidly processed by
an intake specialist trained for social media analysis.

1:45 AM · Jul 28, 2018 · Twitter for Android

**1** Like

💬          🔁          ♡          ⬆️

**Generic Soy Milk** 🔵 @EmilyGorcenski · Jul 28, 2018
Replying to @EmilyGorcenski and @altCourierSix
daily*, but I like my typo.

💬 1          🔁          ♡ 1          ⬆️

j.



**Generic Soy Milk** ✅
@EmilyGorcenski

My social media was being monitored all summer. It almost certainly still is.

1:00 PM · Jan 19, 2018 · Twitter for Android

2 Retweets    12 Likes

♡            ⟲            ♡            ↥

**Generic Soy Milk** ✅ @EmilyGorcenski · Jan 19, 2018
Replying to @EmilyGorcenski
FOIA requests made public by @don_chump show this.

♡ 1          ⟲ 1          ♡ 16          ↥

**Generic Soy Milk** ✅ @EmilyGorcenski · Jan 19, 2018
For all the criticism we throw against activists who don't adhere to our brand of ideological purity, we have to consider the completely different threat model that high profile activists have to work with.

♡            ⟲ 4          ♡ 27          ↥

k.

**Generic Soy Milk** ✅
@EmilyGorcenski

Please stop organizing protests and counter protests on Facebook plllleeeeaaasssseee I am begging you

9:00 PM · Nov 14, 2018 · Twitter for iPhone

178 Retweets    984 Likes

l.



**Generic Soy Milk** ✅
@EmilyGorcenski

What's happening right now is that, because I live overseas, a joint counter-terrorism task force, probably involving the CIA or NSA, that monitors social media has seen my posts and flagged them for an analyst. That analyst is now sending it through channels to the FBI/DHS.

6:24 PM · Feb 21, 2019 · Twitter Web Client

**13** Retweets    **125** Likes

◯          ⇄          ♡          ⬆

This Tweet is unavailable.

This Tweet is unavailable.

**Generic Soy Milk** ✅ @EmilyGorcenski · Feb 21
Meanwhile, my own file will be updated to reflect a further alienation from the US military, and will likely get the analysis wrong and flag me as a threat to the military, which I'm not, instead of someone mad that there's a Nazi who helped harass me online who can drive a tank.

◯ 3          ⇄ 2          ♡ 152          ⬆

m.



**Generic Soy Milk** ✅
@EmilyGorcenski

Folks you do not need to snitch tag the FBI in my mentions.

2:23 PM · Oct 24, 2018 · Twitter for iPhone

**2** Retweets    **113** Likes

○        ⟲        ♡        ⬆

**my alchemical romance** @Sona_Sonara · Oct 24, 2018
Replying to @EmilyGorcenski
such brave patriots

○        ⟲        ♡ 7        ⬆

n.



**Generic Soy Milk** ✅
@EmilyGorcenski

I have concrete, irrefutable evidence that law enforcement monitored my social media during the Charlottesville events in 2017, and unofficial confirmations from law enforcement that they continue to do so.

Also, Seb Gorka followed me while he was a presidential adviser.

> 🏛 **ACLU** ✅ @ACLU · Jan 17
> BREAKING: We just sued the FBI, ICE, and five other agencies to learn how they collect and analyze people's Twitter and Facebook posts. aclu.org/blog/free-spee...

2:33 PM · Jan 17, 2019 · Twitter for iPhone

**40** Retweets    **176** Likes

o.



Generic Soy Milk @EmilyGorcenski · Aug 22

for someone who goes on about fighting nazis and has the feds literally surveilling my twitter i sure am reticent to... watch comrades get tagged by the feds because they can't keep their pistol in their pants.

> BRINE PALACE @rrrooooiiirrr · Aug 22
>
> for someone who goes on about fighting nazis you sure are reticent to make any significant stand against someone who is like actually contributing to genocide of brazil's indigenous people right now twitter.com/EmilyGorcenski...

♡ 7          ↻ 17          ♡ 241          ⬆

Generic Soy Milk @EmilyGorcenski · Aug 22

Getting charged for threats against a world leader and raided by fucking interpol is praaaxisssssss

♡ 3          ↻ 9          ♡ 182          ⬆

Generic Soy Milk @EmilyGorcenski

"I'm gonna build a movement! By making sure any time i try to accomplish my goals i get arrested! Discoverable media is a great thing in the surveillance era!"



> BRINE PALACE @rrrooooiiirrr · Aug 22
>
> lol I have friends who ACTUALLY got visits from the feds don't start with me twitter.com/EmilyGorcenski...

3:25 PM · Aug 22, 2019 · Twitter for iPhone

**3** Retweets   **129** Likes

p.



**Generic Soy Milk** ✅
@EmilyGorcenski

It looks like law enforcement agencies have set up a bunch of social media sock puppets to monitor the second anniversary of Unite the Right. This one's first three follows are @AOC, me, and @socialistdogmom.



q.

98. Gorcenski was an organizer of the Leftist criminal conspiracy

 **Generic Soy Milk** ✅
@EmilyGorcenski

I helped organize a movement that shifted the political narrative so hard that the Presidency got shaken, yet the splaining never ends.

> 💬 **Hmmmmm....** @NotHowThatWorks · Aug 22, 2017
> Replying to @EmilyGorcenski
> Here's my argument for not using it:  the millions of people that don't pay attention to news and too dumb to make the connection.

12:35 PM · Aug 22, 2017 · Twitter Web Client

**16** Retweets   **68** Likes

a.

**Generic Soy Milk** ✅
@EmilyGorcenski

I have spent my summer organizing and planning and preparing to resist outright fascism in my streets, literally.

6:37 PM · Aug 6, 2017 · Twitter for Android

**18** Likes

💬        ⟲        ♡        ⬆

**Generic Soy Milk** ✅ @EmilyGorcenski · Aug 6, 2017
Replying to @EmilyGorcenski
This has cost me so much. You have no idea what personal cost this has come at.

And then *poof* right behind me fascism pops up.

💬 2        ⟲        ♡ 14        ⬆

**Generic Soy Milk** ✅ @EmilyGorcenski · Aug 6, 2017
There is no respite. But even if I lose hope in winning, I'm gonna go down fighting.

💬 1        ⟲ 1        ♡ 20        ⬆

b.

 **Generic Soy Milk** 🥛 @EmilyGorcenski · Aug 22, 2017 ⌄
But also, consider how trans people were key parts of the resistance to the Nazis in Charlottesville.

 **Dee Emm Elms** @d_m_elms · Aug 22, 2017
Consider the dates. How short a time from "maybe trans people are humans" to "America is All-Nazi, All the Time."



| ♡ 4 | ⟲ 66 | ♡ 266 | ⬆ |

c.

 **Generic Soy Milk** 🥛 @EmilyGorcenski · Aug 29, 2017 ⌄
Read this thread about media coverage, and understand why in Cville we dedicated so many resources to media outreach.

 **Dr. Jen Schradie** @schradie · Aug 28, 2017
I was at the #Berkeleyprotest yesterday. I got my PhD at Berkeley, and I'm a media and movements scholar. I need to say a few things.

| ♡ 3 | ⟲ 88 | ♡ 94 | ⬆ |

 **Generic Soy Milk** 🥛 @EmilyGorcenski · Aug 29, 2017 ⌄
We had a very strong media team, and we spent 2 months preparing, organizing, educating, making contacts, doing work before, during, after.

| ♡ 1 | ⟲ 4 | ♡ 24 | ⬆ |

 **Generic Soy Milk** 🥛 @EmilyGorcenski · Aug 29, 2017 ⌄
Media outreach is a critical part of movements. Media team had a say in organization. This is one of the things that set Cville apart.

| ♡ 1 | ⟲ 6 | ♡ 28 | ⬆ |

**Mickey Capper** @FMcapper · Aug 29, 2017 ⌄
I'd really like to know more about the specific tactics used. Ive been trying to figure out how to respond to the Berkeley distortion.

| ♡ 1 | ⟲ | ♡ | ⬆ |

**Generic Soy Milk** 🥛
@EmilyGorcenski ⌄

Replying to @FMcapper

It was a lot. I can't go into them publicly, but many elements of a12 had media relations written on them.

12:14 PM · Aug 29, 2017 · Twitter Web Client

d.

99. After the violence ensued, Gorcenski's Twitter account was set to private, for the purpose of destroying evidence. When it went public again, Gorcenski denied that Antifa even existed, denied being an advocate of violence, and denied having anything to do with organizing the mayhem.

**Generic Soy Milk** ◉ @EmilyGorcenski · Aug 12, 2017
I locked because I am processing intense trauma and because the right is trying to pin this on me.

◯ 39                    ⭥ 11                    ♡ 189                    ⬆

**Generic Soy Milk** ◉ @EmilyGorcenski · Aug 12, 2017
But I am unlocked now and assume the deluge will come.

◯ 8                    ⭥ 3                    ♡ 88                    ⬆

**Generic Soy Milk** ◉
@EmilyGorcenski

I stayed away from the main action, I documented from afar. I organized for nonviolence.

6:12 PM · Aug 12, 2017 · Twitter for Android

**6** Retweets    **133** Likes

◯                    ⭥                    ♡                    ⬆

**Generic Soy Milk** ◉ @EmilyGorcenski · Aug 12, 2017
Replying to @EmilyGorcenski
I will not accept that this is on me.

This is exactly the situation we warned about.

◯ 25                    ⭥ 13                    ♡ 212                    ⬆

a.

**Generic Soy Milk** @EmilyGorcenski · Aug 12, 2017
"antifa" is about resisting fascism in all its forms. Today, I urged it to take a non-violent form.

◯ 8          ⭮ 25          ♡ 191          ⬆

**Generic Soy Milk** @EmilyGorcenski · Aug 12, 2017
Last night, antifascism looked like livestreaming a march. Today, for me it looked like hanging back and documenting.

◯ 3          ⭮ 10          ♡ 106          ⬆

**Generic Soy Milk**
@EmilyGorcenski

I'm not an antifascist organizer... I'm not even part of any particular organization. I speak for myself... and when asked, others.

7:06 PM · Aug 12, 2017 · Twitter for Android

**8** Retweets   **94** Likes

◯          ⭮          ♡          ⬆

**Generic Soy Milk** @EmilyGorcenski · Aug 12, 2017
Replying to @EmilyGorcenski
Tomorrow it will look like self-care. Next week, it will be telling the stories of these two days.

◯ 4          ⭮ 9          ♡ 132          ⬆

**Generic Soy Milk** @EmilyGorcenski · Aug 12, 2017
I am proud to consider myself anti-fascist. And I am proud to have engaged how I did these two days.

◯ 18          ⭮ 18          ♡ 372          ⬆

1 more reply

b.



c.

d.

ItsGoingDown.org

100.     ItsGoingDown.org (IGD) is a website that serves as a distribution hub
for Left wing anarchist propaganda, which is often violent. Every accusation
Plaintiffs assign to The Daily Stormer, can be attributed to ItsGoingDown.org
multiple times over.

101.    IGD Posted details of the UVA Torch march, and a false accusation that Cantwell had pulled a gun on a Walmart customer.

    a. See Exhibit31-IGDTorchMarch.pdf

    b. This post was war propaganda, using the false brandishing accusation as a pretext for the assault that would later take place.

    c. "Earlier today, a right-wing gathering at the local Walmart ended with Christopher Cantwell, a white nationalist speaker at Unite the Right who was once quoted as saying, "[L]et's fucking gas the kikes and have a race war," pulled a gun on a customer who confronted them in the parking lot. **Police surrounded his followers within minutes but then allowed them to reconvene in McIntire Park.**

    This response from police is especially alarming. Fash are already prowling Charlottesville, with reports of churches being harassed. As IGD reported today, the right's leaders are documented calling for armed violence against anyone who crosses them. **It's beyond obvious that this is not about free speech but terrorism. Charlottesville's Black and brown folks must be protected** *at all costs,* **but the police don't seem to care.**

    Will UVA and its community take action to stand against white supremacist terrorism on campus? **Will Charlottesville allow a torchlit rally to go down in city limits again?"**

102.    IGD Posted another piece of war propaganda, claiming that local law enforcement were complicit with the Alt Right in conspiring to violently oppress minorities.

    a. See Exhibit55-IGD-WantWar.pdf

    b. "The question is, will we allow them this open space to grow, causing more and more violence as they become more powerful, or come together in our communities **and drive them out?"**

103.    IGD Instructed Plaintiffs and co-conspirators to "resist" grand jury subpoenas.

    a. See Exhibit55-IGD-GJResist1.pdf

    b. See Exhibit55-IGD-GJResist2.pdf

104.    Plaintiff Wispelwey follows IGD on Twitter



a.

105.     Plaintiff Wispelwey has communicated with IGD recently, to encourage other Left wing violence.



**It's Going Down** @IGD_News · May 23
State officials said the same thing before Unite the Right, which resulted in less people on the streets when students were surrounded and attacked by armed neo-Nazis with torches. Best way to keep your community safe isn't to hide, but to show the fuck up.

> **WHIO-TV** @whiotv · May 21
> Dayton mayor asks public to stay out of downtown during KKK rally
> whio.com/news/breaking-...

♡ 9          ↻ 323          ♡ 952          ⬆



**Seth Wispelwey**
@RevSethDub

Replying to @IGD_News

Yup.

> **Seth Wispelwey** @RevSethDub · May 23
> Early July 2017 deja vu all over, from 'stay away from Downtown' to 'gotta respect free speech' of violent racist terrorists' to 'this is not who we are as a city.'
>
> Those who ignore the past are doomed to repeat it.
>
> cc: Dayton City Hall
>
> #confrontwhitesupremacy #amerikkkA twitter.com/cjane87/status...
> Show this thread

6:00 PM · May 23, 2019 · Twitter for iPhone

**3** Retweets   **7** Likes

a.

106.    Plaintiff Wispelwey uses IGD war propaganda for his "sermons"

**Seth Wispelwey** @RevSethDub · Jul 14
Today's sermon:

"The GOP has, through means both direct & indirect, aligned itself w/ a movement of fascist vigilantes, law enforcement collaborators, & corrupt officials all committed to hazily-outlined establishment of white authoritarian ethnostate."

> 📰   As Democracy Fails & 2020 Looms, GOP Turns to the...
> "What if Trump won't accept 2020 defeat?" That's the headline of a Politico article published this month; its...
> 🔗 itsgoingdown.org

💬       ♻ 4       ♡ 6       ⬆

a.

107.    Plaintiffs' co-conspirator Emily Gorcenski follows IGD on Twitter

⬆ **doesfollow**
keep tabs on who follows whom

Latest | Popular

Does   emilygorcenski   follow   igd_news   [ ? ]

👍 yup

Does igd_news follow emilygorcenski? yup

a.

108.    Gorcenski Tweeted an IGD post in June of 2017

This Tweet is unavailable.

**Generic Soy Milk** 🥛
@EmilyGorcenski

itsgoingdown.org/charlottesvill...

6:58 PM · Jul 23, 2017 · Twitter for Android

a.    💬          ♻          ♡          ⬆

    b. That post (See Exhibit71-DrivenOutOfCVille.pdf) was titled Charlottesville, VA: Neo-Nazis Attempt Another Rally, Driven Out Dated May 22nd 2017, and read in part;

        i. Kessler, Davis, Batt, and Lawhon then went to several local bars, apparently trying to get beers, our people followed. They went to Champion brewery and were immediately recognized and told to leave by the manager. They tried to go to C&O restaurant but seemed to leave quickly because they couldn't get a seat. People then followed them to some tables on the downtown mall that aren't associated with any bar that's open at night (they're used by a coffee shop) and hassled them til them left. Cops escorted Kessler away immediately ("for his own safety"), the others left shortly after.

        ii. No platform last night in Cville, and no beers for white supremacists. They seem to have decided this is a place to converge regionally, we have a lot of education to do to make sure that is t allowed to happen.

109.    Plaintiffs' co-conspirator Emily Gorcenski says IGD's "diligence and accuracy is stunning"



**Generic Soy Milk** 🏵️
@EmilyGorcenski

@IGD_News and @UR_Ninja are probably the two most important media sources out there right now, and their diligence and accuracy is stunning.

10:00 AM · Oct 28, 2017 · Twitter for Android

**6** Retweets   **7** Likes

    a.

110.    An IGD post titled "6 Months On: Looking Back On Charlottesville" dated February 11th 2018 tells a story from Plaintiff Wispelwey's church on the evening of August 11th.

    a. There was a lot of concern about the neo-Nazi torchlight display of force that was in the works very, very, very nearby the doors of the church. We offered to assist with the physical security of the church. **The Reverends response** to paraphrase was, "Sure, we can use an extra set of hands. But **we recognize and appreciate a diversity of tactics.**

Perhaps what is just as important is that the Nazi **torchlight march is opposed and disrupted.**"

b. From there we were introduced to other radical actors on the ground. This was something that struck our delegation, some of us who have been involved in antifascist politics for a number of years thought, "Wow – **this is the first time we've ever basically received a Reverend's blessing for doing this kind of work.**"

c. The **small group of antifascists floated around them ready to fight** and defend the protesters from the oncoming group of Nazis snaking their way over and down the steps towards us.

d. The entire concept of "police" supports the agenda of white supremacy, and with it the systematic murder of the oppressed.

111.    Gorcenski shared the aforementioned post, and remarked about being grateful for the honesty of the content.



Generic Soy Milk ☻
@EmilyGorcenski

There's an admission in this article that I've been waiting to have acknowledged for a long time: that August 11 was a failure.

And I am grateful for that honesty from the folks at @IGD_News for publishing this.



6 Months On: Looking Back on Charlottesville - It's Going Down
The following report back was written days after the Unite The Right rally that took place in Charlottesville during August 11t...
⚭ itsgoingdown.org

9:54 PM · Feb 18, 2018 · Twitter for Android

**24** Retweets  **72** Likes



Generic Soy Milk ☻ @EmilyGorcenski · Feb 18, 2018
Replying to @EmilyGorcenski
I have often struggled with my beliefs since then, with the "who keeps us safe? We keep us safe" mantras.

Because I didn't see it.

Because I streamed knowing 50,000 people were watching.

Knowing that my wife was watching.

♡ 1         ♺ 2         ♡ 24

a.

112.    IGD has a long history of posting violent anti-government communist propaganda.

   a.  See Exhibit70-IGDWisdomOfRioters.pdf The Wisdom Of Rioters June 7, 2016

       i.  The one who smashes takes no great pleasure in speaking. She loathes microphones and flees cameras. This would seem a logical enough fact. Yet it would be too easy to explain the reluctance to talk and be seen by simply invoking the prudence of the masked person living in a state of emergency. We propose instead that **the rioter is a sage,** and as such is essentially mute. **The crowbar, the hammer, and the baton are the instruments of her public speeches, her silent language.** The rioter has many reservations about language and meaning that is aimed to render the ensemble of her gestures coherent. To remain silent displays a disdain for the intellectuals and others who still dare to defend an alleged "democracy" that demands dialogue, with its strategies of producing consensus. Her verbal silence is courageous. The truth that she carries with her has only a physical language. In the style of Heraclitus, the rioter is content to say, "if I smash things, it is because you chatter idly".

   b.  See Exhibit67-IGDWarOnStreets.pdf and Exhibit68-IGDWarOnStreetsFull.pdf "War In The Streets: Tactical Lessons From The Global Civil War (2009-16)" Published December 5, 2016

       i.  The idea for this zine was to collect a series of situated and **intelligent reflections on black blocs, street clashes and related tactics of confrontation.** Each of the texts collected here tries to spell out in concrete ways what seems like it has worked and what hasn't, while trying to be clear about **how each tactic relates to the larger insurrectional process.**

   c.  See Exhibit66-IGDProblemofPeace.pdf February 13, 2017 The Problem Of "Peaceful Protesters"

       i.  When someone says that non-violence has been the only way that human beings have changed the world, **they're fucking lying.**

       ii. Across the world and across history, oppressed, marginalized, poor, and working-class people have used a variety of tactics to further their goals and fight back, and **this includes things that could be considered violent.** Overall, this means that when people refuse their roles within society and instead force the

system into a state of crisis, that's when we can create a situation in which we can forward our own agenda. This often means that people refuse to do the things that allows the system to reproduce itself. In the case of workers, people strike. In the case of renters, they go on rent strike. **For the poor, they refuse to be passive: they riot.** In the case of all, **they defend themselves against the violence of State** repression and the police: they fight back.

iii. **The idea that any protest is non-violent is a total fantasy.** The police are violent, the State is violent. To the police there is also always the immense threat that a protest (or any social situation) could leave the confines of symbolism and passivity and move into open confrontation and disruption with the established order; this is why they come to protests, to ensure that this doesn't happen. To do this, they use the threat of violence.

iv. But in reality, **it was the threat of physical fights and confrontation that forced the event to be shut down**, even though in reality, it didn't come to blows. And while sometimes we can win without carrying out certain actions, which is preferable, we must remember that it is the threat of our ability to do so that often allows us to win, not the 'moral high ground' or other made up **nonsense that comes from the snake oil of non-violence.**

v. The sooner we destroy and leave behind **the myth of the peaceful protester** and stop holding it up as the archetype for all resistance movements, the better off all struggles for liberation will be.

vi. Let's also remember that just because **we reject non-violence** doesn't also mean that we worship or glorify armed struggle, being militant, or violent resistance, which is simply the other side of the same coin.

vii. Instead, let's work to popularize **both self-defense against the State and far-Right forces**, push back against liberal demonization of a diversity of tactics, and also work to promote strategies that win and build our power.

d. See Exhibit69-IGDDefenseofBloc.pdf It's Not About Freedom Of Speech: In Defense Of The Bloc February 4, 2017

i. The problem when we rely on the First Amendment to protect a community from the rise of fascism and white supremacy is that

we are relying on an institution at all. **The institutions that created this country were built by and for white supremacists. By using the white supremacist's tools in our resistance, we legitimize them**. These tools were never meant to break the power of authority over us. Therefore, we must manufacture our own tools. The power of the people has always been in numbers. When we coalesce into a single voice shouting "YOU ARE NOT WELCOME HERE!" in all the different ways we can, we become a threat to the fascist power structure whose cause Milo champions.

ii. When someone advocates for fascism—the way that Milo Yiannopolous, Richard Spencer, Nathan Damigo, and Steve Bannon do—**we shut it down**. This is our ethical obligation. That **includes the black bloc**.

iii. Anarchists and communists don't always get along, but we agree that fascism is to be destroyed. There is a solidarity of interest there, but there also needs to be a solidarity of interest between leftists and liberals. Emma Goldman said "True social harmony grows naturally out of solidarity of interests." There can be such a harmony, but we need liberals to stop siding with the fascists. I have a message for mainstream liberals: Our interests include blocking the rise of a far-right, totalitarian, authoritarian state, just like yours. So, let's get together and **salt the earth** so that no seeds of fascism may ever germinate here.

e. See Exhibit29-ClarityOfRupture.pdf and Exhibit30-ViolenceAgainstPolice.pdf

ItsGoingDown.org posts praising Micah Johnson – The Black Lives Matter activist who gunned down 5 cops in Dallas

f. See Exhibit36-BikeLock.pdf

ItsGoingDown.org post calling for "solidarity" with Eric 'Bike Lock Guy' Clanton, who was charged with four counts of assault with a deadly weapon for attacking his political opponents with a bicycle lock.

g. See Exhibit57-PittsburghTrumpAttack.pdf

i. "On April 13th Pittsburgh **anarchists participated in an attack on a Donald Trump campaign rally**. This is a message from some of the organizers of this anarchist contingent as well as thoughts on our current situation."

ii. "**We were successful with this tactic**. Our contingent came prepared with a dozen black and Anti-Fascist Action flags on strong poles and a large black banner. As we arrived at the convention center, we marched and pushed straight through a crowd of Trump supporters, knocked aside barricades, and pushed to the main entrance of the building. Many other demonstrators had already made it that far and were blocking the roads; others followed us through the hole in the crowd we created. Once our contingent arrived at the entrance, immediate physical confrontations erupted as we marched directly into the line going into the building. **Trump supporters were tackled, punched, and pepper sprayed as we attempted to fight our way inside.**"

iii. "During these fights the police moved in, made some seemingly random arrests of those not involved in the fighting and pepper spraying, and formed a line between us and the group of Trump supporters. People then lit flares and began to throw objects over the police into the line of supporters and repeatedly attempted to push through. At this point it was clear that the rally inside had already begun and the people we were fighting were those stuck outside, unable to get in."

h. See Exhibit58-IGDAtlanta.pdf All Out Atlanta Says: "Protest A Success, Unsurprised By Police Militarization, Calls For Revolution"

i. "**The racist structure of American life is guarded carefully by a police force** originally formed to catch runaway slaves in the South and insurgent workers in the North. Attempting to keep the autonomous forces far from the assembled white power forces, police attacked our crowd at the West Gate Entrance at 10:00 AM. Unfortunately, this led to several arrests. These arrestees now need your support. Show solidarity by donating to the All Out Atlanta bail fund as well as by spreading the word and holding events plus solidarity actions where you live."

ii. "Our successes today cannot be ascribed to militant action by a few people. The **clashes with the police, the construction and burning of barricades, and the use of fireworks against anti-riot police were predicated completely on the mutual cooperation of the entire crowd,** of its tactical sense to march through the forest, to share water and medical supplies, and to protect one another. Today marks a collective victory for all those who assembled and took part."

i.  See Exhibit59-IGDMayDay.pdf Why May Day?

  i.  "May Day is an opportunity to express the rage and sorrow that accumulate daily as capitalism wrecks the earth. It is a yearly **tradition of attacking those responsible for this daily misery**. It is a **tradition of attacking the police** that protect a world where more black men are in prison than were ever held in slavery. It is a tradition of making sure that those who benefit from exploitation, patriarchy, and **white supremacy know there are knives at their backs**. This hellworld is a many-headed monster and we cannot hope to kill it—but **we can twist our knives at every opportunity**."

  ii.  "Each year the media and the police decry the injustice of a few broken windows while ignoring the millions of lives broken by the people who own those windows. The newspapers discuss "random and meaningless" property destruction as if it is unthinkable to want to fight back against destructive institutions. This denial of reality is possible because the daily violence of capitalism is experienced by homeless people, poor people, people of color and people in the global south whose realities are separated by borders, oceans, and the effects of racism, colonialism and globalization. Whether the targets of attack are a new condo block being built after the previous residents were evicted from their homes or a row of high-end, plate-glassed businesses, the message should be clear: capitalism has us in a chokehold and there is no reason to be sorry for fighting back."

  iii.  "Revolt neither starts nor ends on the first of May. There are constant reasons to be in the streets, to attack capitalism, white supremacy and patriarchy. From our personal lived experiences of gentrification, surveillance, and the police to all the ways this particular society uses total exploitation of brown and black people here and in the global south to fuel its tech boom and supply its commodities. From U.S. prisons to mines in the Democratic Republic of the Congo, from every racist police shooting to the exploited workers building a Trump golf resort in Dubai for $1.50 an hour, **let's remember what violence really is, and why it is important to strike back in any way possible**."

j.  See Exhibit60-IGDAgainstCiv.pdf Wild Resistance, Insurgent Subsistence: BC Anarchists On Native Struggles, Building Community, And Undermining Civilization

    i. "Together and separately, both new comers and indigenous can ignite the embers of community and conspire, breathe together, to fan the flames that will eventually **reduce civilized ways to cold ashes**, blown by the winds of our desires."

    ii. "The infinite demands of civilization require industrial resource extraction to expand to the point of complete domestication of the earth. The potential for an indigenous uprising in Canada has been reported on by the authorities for years now and as industry and development smother more and more traditional lands, **we are quickly approaching the boiling point.**"

    iii. What these struggles have reinforced for me, as a non-native anarchist, is the importance of having a community connected to such battles. And, although this is not always possible, planting roots with others in a familial way (not necessarily based on blood but based on affinity and connection) can **build a resilient foundation for the fight against civilization.**

k. See Exhibit61-IGDPrisonRebels.pdf A Call For Actions In Solidarity With Alabama Prison Rebels

    i. This week, prison rebels at Holman Correctional Facility in Atmore, Alabama staged two riots in three days—battling guards, building barricades, stabbing the warden, taking over sections of the prison and setting a guard station on fire. These actions come as no surprise to those who have been paying attention to the crumbling prison system in Alabama and the increasing level of radicalization of the prison population there.

    ii. The uprising at Holman, and the conditions of Alabama prisons in general, provide a unique **situation in which anarchist solidarity may prove strategic.** Historically speaking, successful prison uprisings have often been the result of a degrading prison system (incompetence, understaffing, weak administration) in combination with a high level of prisoner-unity and the development of a strong political subculture within the prison that supports and encourages acts of resistance. These conditions shift the balance of power between prisoners and their captors and allow prisoners more latitude to take bold action. Prison rebels in Alabama report that guards often refuse to enter the cell blocks for months at a time out of fear of attacks. The conditions for rebellion are ripe in the Alabama prison system.

iii.  The connections that Alabama prison rebels and anarchists outside of prisons have cultivated over years have created a situation in which expressions of solidarity from anarchists may have an impact. There is a great possibility that news of solidarity actions will reach prisoners there and that those actions will make sense to these rebels.

iv.  In the spirit of diversity of tactics we've compiled a list of some ways to act in solidarity with prison rebels in Alabama. The intention of this list is to find ways to act in solidarity with the many, often contradictory, desires of the many different rebels involved in the uprising.

v.  Attack. Be creative. Be expensive. There are many correctional officer and employee unions, associations, and organizations. There may be one near you. The manifestations of prison society are everywhere, so targets for solidarity and retaliation are all around us.

l.  See Exhibit62-IGDThrowingRocks.pdf On Throwing Rocks: Thoughts On The Demonstration At The 4th Precinct In Minneapolis

i.  As the cloud of mace lifted, the same calls for "peaceful protest!"—converted later into a chant—were heard above the thronging panicked crowd. Indignant rants of fury against violence would follow. But what does this righteous rage against "undeserved violence" and "unaccountable police work" presuppose? That there is deserved violence and accountable police work. What does this accountable, correct use of violence look like for a police force tasked with protecting the given distribution of power in a country like the United States, a country founded on the violence of dispossession and slavery; a country kept alive by vicious colonial expansion abroad and precise mechanisms of internalized normality at home? We got to see both sides of this power operation last night when the essential violence of the cops was met with the injunction to be peaceful by many of the protesters.

ii.  But who defines what "violence" is? And who decided that being "peaceful" was not only the best strategy, but the only possible one? In short, the cops did, but the cops conceived as a mechanism. The police are really nothing other than a mechanism for neutralizing threats to the state's monopoly on violence, a monopoly that includes the authority to define it. Hence the activists' repeated claims that they can police their

neighborhoods. They're right, and in this sense, the angry man at Sunday's demonstration was entirely correct. The consequences of this "community policing" became immediately obvious when they physically excluded his body and voice by forming a circle and singing over him.

iii.    When activists declare that the stone throwing was merely a reaction to the violence of the police and assure the media that it was quickly quelled, they rob the event of it's plurality and exclude those "who don't get it," who "were raised differently," or who "strongly reacted." It doesn't matter what race the person is saying it is, this is colonial logic that de facto excludes any form of resistance that doesn't appeal to the police, the state, and the media. It implicitly, through its own violent exclusion of the resistance of others, supports the world as it is. It is reactionary. "In its simplest form this nonviolence signifies to the intellectual and economic elite of the colonized country that the bourgeoisie has the same interests as they." (Frantz Fanon) And when they declare that this violence will only provoke the police into attacking us (or even imply that those hit with marking bullets brought it upon themselves) this legitimizes the violence of the police, while delegitimizing the violence of the kids throwing bottles. Thus, again, activists show themselves to be doing the work of the police.

iv.    What is forgotten every time a well-meaning activist calls for peace in the face of rock throwing at a demonstration is that they are deciding, again, that they are the ones who get to define what violence is and where it begins. For them, disrupting a highway is not violence, but throwing a bottle is violence; blocking police inside their station (physically stopping bodies' ability to move) is nonviolent, whereas slashing tires is violent; and, of course, physically and verbally excluding those who have a different idea of what violence is, in the most spectacular reversal yet, not violence, but telling a cop you'll "beat his ass right now" is violent. Later, the activists play hero because of their own "bravery in the face of arrest or police violence" while again imploring those who also took risks by throwing stones (but perhaps didn't want to throw their bodies into an ineffective gesture), to "stop their violence." Again, the enlightened elite – the religious leaders, activists, and intellectuals- both black and white, know what's best for people who just don't understand what needs to happen. They don't get it that their real solution won't come from self-determined revolt, but from [Insert here: Appeals to the media/Peaceful

demonstration/Socialism/Anarchism/Pan-Africanism/martyrdom].

    v. This is not a call for unrestrained and random violence. This is not a call from a hardened militant. **This is a call to respect the diversity of tactics, and the self-determinate violence that already exists on the streets**, to the shame of the professional activists. This is a call for plurality and coordination in a decisive time.

m. See Exhibit63-IGDGloriousRiot.pdf May Day In Portland: A Report Back And Response To The 'Socialist Worker'

    i. Finally it escalated just before the Justice Center. The police tried to forcefully grab a member of the bloc and take them into custody for simply being on the sidewalk. The black bloc charged in, grabbed the individual, and a more intense shoving match started as flags and punches were thrown from both sides.

    ii. The police feel back slightly and remained on the tail. As we approached the federal building a couple windows were smashed by projectiles. The police tried to charge in but failed as hails of pepsi cans, rocks, and smoke bombs flew their way. They were chased out from the march and forced to retreat. This is a moment that has never happened in Portland. The police retreated on our terms, because of us.

    iii. The bloc continued up the street creating barricades, smashing windows, and eventually destroying a police car. After the fire barricade it was a riot, a glorious riot. Free from the constraints of a Left without teeth, completely focused on a critical mass that just will not appear without the right social conditions that are most definitely not in place in America.

n. See Exhibit64-IGDJoinResistance.pdf So You Want To Join The Resistance?

    i. Anarchists and anti-fascists were in Charlottesville to shut down a nazi rally, and they did. They were also there to open up possibilities, and they did. Our position has been made pretty clear: It's not just about speech, but Freedom itself. Many were also there to protest racism and bigotry, while this is noble, important and honorable, it must also be defended. A different characteristic has emerged now, one capable enough to free ourselves and others from the brutality of racism, xenophobia,

antisemitism, patriarchy and bondage – Revolutionary Abolition.

o. See Exhibit65-IGDAnarchistsDestroy.pdf May 5th 2017 Why Did Those Anarchists Destroy Downtown Olympia?

  i. The main message of the day was that we are not protesters not activists, we are revolutionary anarchists against hierarchies, capitalism, the state, the police, white supremacy, settler-colonialism, antisemitism, hetero-patriarchy, uncompromisingly against all forms of oppression and hierarchy. We are not asking for reform, we are not asking anything from out enemies because the only things we want – total freedom for all peoples – they cannot grant. We carry out our critiques in action; we pelt the police with rocks to declare they are not welcome or wanted, we smash the windows of banks and businesses to declare we want a world without bosses or capitalism.

## Philly Antifa aka Philly Anti-Racist Action (ARA)

113.    Philly Antifa is a criminal street gang pursuant to VA Code 18.2-46.1 and 18 U.S. Code §521.

114.    Plaintiffs' co-conspirator Gorcenski follows Philly Antifa on Twitter, and they follow Gorcenski back.



a.

115.    Philly Antifa exposed the personal information of, amongst others, Daniel McMahon, aka Jack Corbin, who had been working to identify Leftist rioters from the Unite the Right Rally. Gorcenski Tweeted in support of this witness intimidation, and referenced the criminal group as "comrades in Philly".



**Emily G, Cville.** @EmilyGorcenski

An accurate dox of our friend "Jack Corbin" has been published. I'm sharing this because the previous dox mis-identified him as another person, and as recently as today I saw that info shared.

phillyantifa.org/correction-jac …

2:19 PM - 9 Mar 2018

2 Retweets  9 Likes

Q 2    ⟲ 2    9



**Emily G, Cville.** @EmilyGorcenski · 1h   ⌄

Anyhow, thanks to Philly comrades for coming through once again with this. We here in Charlottesville have several people who have been targeted by his violent harassment.

Q 1    ⟲    6

a.

116.    Gorcenski started traveling to Philadelphia in 2016 after gender dysphoria began to disrupt Gorcenski's mental faculties. Philadelphia is where Gorcenski received an elective genital mutilation procedure known as "Gender Reassignment Surgery" or "GRS".

117.    Despite following Philly Antifa on Twitter, regularly commenting on the excellent work of "philly comrades" and regularly traveling to that city, Gorcenski denies knowing anyone from Philly Antifa. When taken in context of the proof that Gorcenski does know them, this provides evidence of a need to cover up the connection.

**Generic Soy Milk** ✓ @EmilyGorcenski · Dec 6, 2018
So there's a story about this tweet from March 2016...

> 🌸 **Generic Soy Milk** ✓ @EmilyGorcenski · Mar 25, 2016
> Ok, who's in Philly and wants to get a drink?

💬 4          ⟲ 9          ♡ 48          ⬆

**Generic Soy Milk** ✓
@EmilyGorcenski

When I got sued for pressing charges for being pepper
sprayed, which wasn't even a question as there was like
ample video and photos of being pepper sprayed, the
working theory behind the suit was that I was somehow
a leader of Philly Antifa. This tweet was the basis of that.

8:33 AM · Dec 6, 2018 · Twitter for iPhone

**1** Retweet   **45** Likes

💬          ⟲          ♡          ⬆

**Generic Soy Milk** ✓ @EmilyGorcenski · Dec 6, 2018
Replying to @EmilyGorcenski
Without going into details of how I know this, that theory was formed by my
Twitter history, which included this tweet. 2016 is when I started being
politically outspoken, and my accuser deduced that this tweet was when
Philly Antifa radicalized me, according to his bad logic.

💬 1          ⟲          ♡ 36          ⬆

**Generic Soy Milk** ✓ @EmilyGorcenski · Dec 6, 2018
Thing is, I don't know anyone from Philly Antifa.

Anyhow, back to the tweet.

💬 1          ⟲          ♡ 34          ⬆

**Generic Soy Milk** ✓ @EmilyGorcenski · Dec 6, 2018
It's true that the wheels on my bus came off starting in 2016. Not because
Antifa radicalized me, but because I came out as trans months before, and
that March I put in notice at my job of 8 years.

💬 1          ⟲          ♡ 47          ⬆

**Generic Soy Milk** ✓ @EmilyGorcenski · Dec 6, 2018
The tweet about me going to Philly was when I went for my GRS consult.

a.

b. This denial coincides with the denials that Antifa even exists, which ensued once Gorcenski's crimes started to be uncovered by Cantwell's defense investigation.



c. Gorcenski got the transgender surgery in hopes of avoiding residency in a men's correctional facility.



Thomas Massey

118.   Thomas Massey is a member of Philly Antifa, and one of Plaintiffs' co-conspirators.

    a.   Massey Can be seen in the Vice News Tonight footage from the August 11th UVA fight.



    b.   Massey took the first swings that started all the violence of the events in dispute.

        i.   See Exhibit1-Charge.mp4 at 1:38 just before the video ends.

        ii.   See Exhibit2-Attack.mp4 for another angle of the same attack at 22 seconds.



    iii.

    iv.   The Heaphy report (Exhibit12-Heaphy.pdf Page 118) described Massey's attack as "When the torch bearing marchers arrived, confrontations ensued, as the counter-protesters exchanged taunts with march participants. On at least one occasion, **a counter-protester attempted to knock down a torch, resulting in a physical altercation.**"

c.  Massey attacked a second individual moments later.

    i.   See Exhibit4-CantwellDefends.mp4 in which Massey, Thomas Keenan, and a person known only as "Beanyman" attack a rallygoer in a white thank top.

    ii.   Witnessing this gang assault, and seeing that the perpetrators continued to fight, Cantwell deployed his pepper spray at Beanyman.

    iii.  After Beanyman disengaged, Cantwell sees Massey kick another participant in the head, and with his pepper spray depleted, punches Massey several times.

