

vi.

vii. When Gorcenski falsely claimed to have been affected by Cantwell's spray, it was alleged that Cantwell was spraying his pepper spray in the air to attack the crowd. Aside from the obvious fact that this would be retarded, in that it would equally impact Cantwell's fellow demonstrators, it can be seen in the video that Cantwell takes his thumb off the button, when his arm is bumped upwards by others rushing in to stop the assault.

viii. 

ix. 



x.

xi. In the much talked about photo depicting Cantwell's pepper spray deployment, a closer look shows the injury which was inflicted on the man in the white tank top during this assault.



d. Massey continued fighting the next day, on August 12th. He changed clothes several times that day, which is in keeping with the aforementioned instructions on black bloc tactics. This is illustrative of his premeditation. Notice the bulking brown backpack, which remains constant throughout his changes of clothing.

   i. See Exhibit73-MasseySprayA12.mp4 in which Massey, wearing an orange hat, deploys pepper spray at UTR attendees trying to make their way to the park.



   ii.

  iii. Another attack on August 12th perpetrated by Massey can be seen in Exhibit73-PhillyCrewA12.mp4. Massey, this time wearing a black t-shirt and black bandana to cover his face, strikes a rallygoer with a club. He is joined by Tom Keenan, Lindsay Elizabeth Moers, and Mike Longo Jr.

iv. 

v.  Massey took part in yet another assault, this time in a blue shirt, which can be seen in Exhibit74-PhillyCrewA12c.mp4. Here he is joined by Tom Keenan, Lindsay Elizabeth Moers, Mike Longo Jr., Paul Minton, and Kristopher Goad.

vi. 

vii. See that assault from another angle in Exhibit75-PhillyCrewA12d.mp4.



viii.

e. This was not Massey's first rodeo. He was arrested for rioting at the inauguration of President Donald Trump, in Washington, DC. He was not shy about it either. He even gave an interview to the Washington Post, which can be seen as Exhibit76-MasseyWaPo.pdf

  i. Scores of demonstrators charged with rioting in the District on Friday were well organized, ready to confront police and prepared to violently disrupt the inauguration, according to some of the protesters and organizers.

  Details of the disturbances in a four-square-block area downtown that led to more than 230 arrests began emerging after protesters made their first court appearances Saturday, a process that continued through the evening as defendants were brought into D.C. Superior Court in batches of 10. Most faced a felony charge of rioting, which carries a maximum 10-year prison sentence.

  ii. And there wasn't enough violence to suit Tom Massey, 32, of Philadelphia.

  "I think there should have been more violence yesterday," said Massey, who was among those arrested. Asked if he participated in the violence, Massey replied, "There were some rocks thrown." He said that he hopes next time, demonstrations will

be "more successful. I'll get to punch a Nazi. I didn't get to do that yesterday. The police stopped me."

f.   Undeterred by the mayhem of Charlottesville, Massey would later go on to beat and rob two United States Marines in Philadelphia. He was charged with criminal conspiracy, aggravated assault, and theft for that case, along with co-conspirators Thomas Keenan, and Jose "Chepe" Alcoff.

   i.   See Exhibit81-EthnicIntimidation.pdf, Exhibit 82-EthnicIntimidation2.pdf, Exhibit83-EthnicIntimidation3.pdf, and Exhibit84-EthnicIntimidation4.pdf, for news coverage of the unprovoked, racially motivated, felony gang assault and robbery.

   ii.   "At a preliminary hearing for Massey and Keenan in December, the two Marines testified that the activists attacked them, allegedly calling them "nazis" and "white supremacists," using ethnic slurs against them (both Marines are Hispanic), punching and kicking them repeatedly, and macing them."

   iii.   During the attack, Godinez said he shouted "I'm Mexican" at the mob, which allegedly led the attackers to call him a "spic" and "wetback."

   iv.   Alcoff, 36, has made significant efforts to separate his true identity from his fanatical personas, "Chepe" and "Jose Martin," which he uses to lead Antifa groups and promote radical communist rhetoric, The Daily Caller News Foundation revealed Tuesday night. As Alcoff, he advocates for reforms of predatory loans before members of Congress as payday campaign manager for the progressive group Americans for Financial Reform (AFR).

   v.   When speaking as Chepe and through his Twitter handle @sabokitty, Alcoff has called for the killing of the rich and encourages using violence to bring "a world without capitalism, without private property … that is socialist and communist."

   vi.   Alcoff is also an organizer of Smash Racism DC, the Antifa group responsible for mobbing Fox News host and DCNF co-founder Tucker Carlson's house in November and for chasing Texas Republican Sen. Ted Cruz from a D.C. restaurant in September.

   vii.   Alcoff has had a long history of protest. [A video embedded in the article] captures him in the mid-2000s saying "I'm a

Communist, motherfucker" before spitting at the person recording him.

## Thomas Keenan

119.      Thomas Keenan is the reputed leader of Philly Antifa.

   a. Keenan can be seen in the Vice News Tonight footage from the UVA fight.



    i.

   b. When Massey launches his assault in Exhibit2-Attack.mp4, Keenan can be seen joining the fun, and swinging at rallygoers as they respond to the attack.



    i.

c.  After participating in Massey's gang assault in Exhibit4-
    CantwellDefends.mp4, Keenan turns his attention to other rallygoers
    and can be seen throwing punches at several men as he fights his way
    through the crowd in Exhibit78-KeenanFightingA11.mp4



    i.

d.  On August 12th, Keenan was equally undeterred by the previous
    evening's violence, because that is what he came there for. Keenan is
    caught on camera committing numerous acts of unprovoked violence.
    Like Massey, he changes clothes between assaults, in an unsuccessful
    attempt to conceal his crimes.

    i.  In Exhibit73-PhillyCrewA12.mp4, after Massey strikes a
        rallygoer with a club, Keenan can be seen pepper spraying
        rallygoers. During this attack, he is wearing a white shirt, and
        is in the company of Massey, Moers, and Longo.



ii. Never tiring of violence, Mr. Keenan can be seen participating in a brutal assault right outside the Charlottesville District Court in Exhibit74-PhillyCrewA12c.mp4. This time, he is wearing (appropriately) a brown shirt, and is joined by Massey, Longo, Moers, and Goad.



iii. Now wearing a blue shirt, Keenan can be seen in Exhibit85-A12Clash1.mp4 locking arms with his fellow "peaceful counter protesters"



iv. Tom must have dozed off during Plaintiff Wispelwey's "nonviolence training" however, as he can be seen pepper spraying rallygoers, moments later, in Exhibit86-LuckyToHaveAShield.mp4. Note that the moment this happens is conspicuously absent from A12Clash1.mp4, which was shot by a Left wing media outfit, who willingly provided cover as a co-conspirator, in the editing process.



e. This was not Keenan's first rodeo either. He had been arrested as far back as 2007 for smashing the windows out of a vehicle that turned out to be occupied by FBI agents. Charges against each criminal consisted of 4 felony and 6 misdemeanor counts. These would later be reduced, seemingly in an effort to protect the identities of confidential informants.

    i. See Exhibit79-LovePark.pdf and Exhibit80-LovePark2.pdf for news coverage of the arrest.

    ii. Photo of Keenan's arrest in the case.



iii. As one blogger describes it:

"Tom Keenan, Jason Robbins and Jarad Schultz along with known associate and member of the Progressive Labor Party, James McGovern, were arrested after smashing out the windows of a black Ford explorer they believed to be the vehicle of two alleged Ku Klux Klan members. After witnessing two undercover Philadelphia Police officers enter the vehicle, whom, according to court testimony by Lt. John McConnell of the District Attorney's Narcotics Division, were assigned to monitor the events attendance as part of an on going investigation into the Keystone State Skinheads, the four "activists" encircled the vehicle and began kicking it and smashed out one of it's windows in typical Antifa fashion.

Unfortunately for these laughable self proclaimed militants now claiming they were targeted by the police and somehow entrapped into attacking an automobile, the vehicle was also occupied by Police Detective Sean Brennan and FBI Special Agent Stephen Powell who had been monitoring the situation from a distance and retrieved the undercover officers after members of the ARA had confronted them in the park and followed them as they attempted to flee the scene.

Now, aside from the typical retreat Antifa makes away from their "militant anti-fascist" fantasy bit right into their phony mild manor, victimized "activist" routine whenever they're held accountable for their actions; what really makes this case worth noting is how it all started.

On one hand we have the Police & FBI giving conflicting accounts about the actual origins of this rally, only agreeing on one thing: their presence there being the direct result of orders handed down to record anyone from the Keystone State Skinheads in attendance. And then on the other hand we have the ARA out chasing their own shadows and attacking parked cars based on some rumor about a KKK rally.

f. Keenan could not wait a whole decade to get involved in more politically motivated criminal violence. He was arrested again in 2011 for fighting outside a New Jersey Hotel, and hospitalizing two members of the National Socialist Movement. His co-conspirator in that case was the aforementioned violent communist, Jose "Chepe" Alcoff.

    i. See Exhibit77-NJKeenan2011.pdf for news coverage of the New Jersey assault.

    ii. "Around 7 p.m., troopers from Red Lion and Bordentown Stations were called to the site on a report of 50 people fighting, Capt. Frank Davis said. Somerset resident Thomas Keenan, 25, and 29-year-old Joseph Alcoff of Syracuse, NY were arrested and charged with rioting. Both are part of the Anti-Racist Action organization, Davis said.

    Four NSM members were injured, with two going to Deborah Hospital in Pemberton Township, while two others were taken to Virtua Memorial Hospital in Mt. Holly. All were subsequently treated and released.

    Hundreds of troopers were deployed throughout the Statehouse area to keep the peace during the rally, and no incidents were reported, Davis said. However, three arrests were made following the demonstration, with one person charged with criminal mischief after he allegedly broke a window with a tire iron. One person was charged with failure to disperse, while another faces charges of disorderly conduct and possession of fireworks, officials said."

  g. And of course, as mentioned in our description of Thomas Massey, the premeditated assault on Defendants' demonstration was not the last such criminal activity for Tom Keenan. He, Massey, and Alcoff, would again go on to do to two United States Marines, precisely what they attempted to do to Cantwell and his associates.

    i. See Exhibit81-EthnicIntimidation.pdf, Exhibit 82-EthnicIntimidation2.pdf, Exhibit83-EthnicIntimidation3.pdf, and Exhibit84-EthnicIntimidation4.pdf, for news coverage of the unprovoked, racially motivated, felony gang assault and robbery.

### Mike Longo Jr.

120.    Mike Longo Jr. is a member of Philly Antifa, and pepper spray enthusiast. Longo stalked Cantwell all weekend during the events in dispute, showing up at the Radical Agenda Listeners' Meetup at Walmart, then at the UVA campus the evening of August 11th, and then pepper sprayed Cantwell and other rallygoers in August 12th in and near Lee Park. Plaintiffs and their counsel are well aware of these facts, and have been for over a year.

a. Plaintiffs' counsel are in possession of Cantwell's body camera video from August 11th afternoon, which captured the Walmart parking lot meetup. This was provided to them voluntarily early on in discovery, and as previously mentioned, their continued demands for more information make it obvious that they have reviewed the video provided. The video is under protective order so that Plaintiffs' do not use it for their doxing hobby.

b. Specific details on the Walmart incident will be addressed in a later paragraph, but for the purposes of introducing Longo, it may suffice for now to say that he was there, as evidenced by these still frames from the body camera video.

   i. Take note of the Adidas shirt.



ii. Take note of the style of pants.



iii. Now let's take a look at Mr. Longo's tattoos.



iv. And, for good measure, let's get a real good look at that face. Note that his hair is completely covered by the hat, and that his sunglasses were highly unlikely to have been chosen for their fashionableness.



c. See Mr. Longo again, at UVA on the evening of August 11th. He doesn't seem happy about that camera, at all.



i.

ii.  What's that in his hand? Pepper spray, of course.



d.  Longo and Cantwell have a brief verbal altercation, which can be seen, but not heard, in Exhibit1-Charge.mp4. Cantwell recognizes Longo from the Walmart parking lot earlier that day. Cantwell shines his flashlight on Longo, hoping his body camera will capture Longo's image, and asks if he was the one who called in the false report. Longo replies in the affirmative. Angered, but not wanting to get into a physical altercation, Cantwell walks away.



i.



ii.



iii.

e.  Mr. Longo identifies himself as Antifa, when he calls out to his fellow criminals after the fight "[inaudible] Antifa! On Me!" and is then followed out by, amongst others, Lindsay Elizabeth Moers, as shown in Exhibit87-AntifaOnMe.mp4.

f.  Mr. Longo did not bring as many changes of clothes as his fellow criminals, but did have more creative facial disguises. Longo pepper sprayed Cantwell, and a film crew from Infowars.com on August 12th. This time he was wearing a black wig and large black sunglasses

g.  The assault on the Infowars crew is captured in Exhibit88-Infowars1.mp4 and Exhibit89-Infowars2.mp4. Some still frames are provided for reference.



h. The assault on Cantwell is captured in Exhibit6-CantwellMaced.mp4
and Exhibit7-CantwellMacedFirstPerson.mp4. Again, some still
frames are provided for reference.



i.



ii.



iii.

iv. Cantwell gave all of this information to the FBI and to the Charlottesville Police Department.

v. In August 2018, a Detective called Cantwell back about the case.

vi. The call can be heard by listening to Exhibit8-CPDMisdemeanor.mp3.

vii. The Detective said that Commonwealth's Attorney Joe Platania would only charge this politically motivated, unprovoked, assault with a weapon, as a misdemeanor simple assault.

viii. This of course stands in stark contrast to the 40 years in prison Cantwell was facing, for allegedly "affecting" two people with his "overspray".

ix. Unfortunately, the only way to have that simple assault charged, was for Cantwell to enter the Commonwealth and see a magistrate. Cantwell is barred from entering Virginia for two years from the date of his plea on July 20th 2018, except for under "compulsory legal process". This made it impossible for Cantwell to pursue even such petty charges.

x. The Detective is audibly unhappy about the situation himself, and says "This is not so much a decision I'm making, but this is something that we've been in collaboration with the Commonwealth's Attorney on, and that's kind of their decision. I

mean, even if I was to go out and charge this as a felony, my understanding is that this would be dropped"

xi. He continues later "Well, and I'm not gonna say, I mean, again, I'm just the one who was, handed the folder, you know, I have [inaudible] the documents, I've reviewed, uh, I've reviewed the video, the footage and all that, I mean, no, no doubt about it, you were assaulted that day, um that's not up for debate."

i. Longo was not alone on August 12th, he can be seen in Exhibit73-PhillyCrewA12.mp4 in the company of Massey, Keenan, and Moers.



i.

j. In Exhibit73-PhillyCrewA12b.mp4 and Exhibit75-PhillyCrewA12d.mp4, Longo can again be seen, this time wielding a club, with Massey, Keenan, and Moers, attacking a man who was carrying an American Flag outside the Charlottesville District Court.





k. This was not Longo's first rodeo either. At the time of his many crimes in Charlottesville, Longo was on probation in Philadelphia.

    i. See Exhibit11-MikeLongoCPRreport.pdf

    ii. His charges included

1. F2 18 § 2702 §§A Aggravated Assault

2. M1 18 § 907 §§A Poss Instrument Of Crime W/Int

3. M2 18 § 2701 §§A Simple Assault

4. M2 18 § 2705 Recklessly Endangering Another Person

5. S 18 § 5503 §§A1 Disorderly Conduct Engage In Fighting

### Lindsay Elizabeth Moers

121. Lindsay Elizabeth Moers is a member of Philly Antifa, and a co-conspirator of the Plaintiffs in this case. Moers was armed with two different expandable batons on August 11th, and 12th, and committed numerous unprovoked felony assaults with those weapons.

    a. Moers was present on August 11th at UVA, wearing a hat and dark sunglasses, despite a staggering lack of sunlight, as can be seen in Exhibit5-BlackMales.mp4. Moers has tattoos on her hands, and hides them from the camera for fear of being identified.



      i.

    b. Moers was wielding an expandable baton at UVA, as can be seen in Exhibit90-MoersBaton1.mp4 and Exhibit91-MoersBaton2.mp4. Some stills are provided for reference.



i.

ii.

c.  Cantwell can be heard on video in Exhibit90-MoersBaton1.mp4 and
    Exhibit91-MoersBaton2.mp4, saying "Take that [expletive] from her!"
    and "Get that [expletive] stick!" as he rushes in to disarm Moers.
    Cantwell is pepper sprayed by Beanyman in the process, and removes
    himself from the altercation.

    d.  Moers stole Cantwell's body camera during the fight at UVA, after Plaintiffs' co-conspirator "Beanyman" pepper sprayed Defendant Cantwell.

        i.  See Exhibit125-MoersTakesCamera.mp4



          1.

    e.  Moers follows Mike Longo Jr. away from the scene when he says "Antifa! On Me!" as can be seen in Exhibit87-AntifaOnMe.mp4



        i.

    f.  Images taken from Moers's since deleted social media profiles, match the tattoos and features of the woman in the video.



i.

g. Moers was disarmed by another witness at the scene. That witness provided the baton to Special Agent Garrett C. Wilson of the Federal Bureau of Investigation, at the request of Special Agent Dino Capuzzo. The property receipt given to the witness by SA Wilson, can be seen in Exhibit92-FBIBatonReceipt.png, with the identifying information of the witness redacted.

h. Moers seemed to have brought spares, because she was undeterred by the previous evening's violence, and continued attacking rallygoers numerous times, on August 12th.

i. Now wearing a bandana and goggles, Moers can be seen with Keenan, Massey, and Longo in Exhibit73-PhillyCrewA12.mp4, wielding her expandable baton.



i.



ii.

j.  Absent her mask and long sleeves, Moers also takes part in the brutal
    assault outside the Charlottesville District Court with Longo, Massey,
    Keenan, and Kristopher Goad, as can be seen in Exhibit74-
    PhillyCrewA12c.mp4 and Exhibit75-PhillyCrewA12d.mp4



i.



ii.

k. This was not Moers's first rodeo either. At a Right wing demonstration in July of 2017, Moers assaulted rallygoers as they walked down the street, as can be seen in Exhibit93-MoersJuly.mp4



i.

Paul Minton

122.     Paul Minton is a former neo-Nazi who was charged with murder in
1999 in Philadelphia. After testifying against his co-conspirator, he was
allowed to plead guilty to lesser charges of evidence tampering and abuse of a

course. He later became member of Philly Antifa, and a co-conspirator of the Plaintiffs in this case.

    a.  Minton was present at Cantwell's Walmart meetup with his listeners on August 11th.



        i.

    b.  Minton was present at UVA on the evening of August 11th, and can be seen following Tom Keenan through the crowd, recording people with his camera phone, after the fighting ceases. See Exhibit94-A11AfterFight1.mp4



i.

c. Undeterred by the prior evening's violence, Minton deployed pepper spray during the assault outside the Charlottesville District Court on August 12th. This time, he was wearing all black, including gloves and a helmet. See Exhibit74-PhillyCrewA12c.mp4



i.



ii.

123.    This was not Minton's first rodeo, either. He was charged with murder in 1999 for the brutal slaying of Minton's fellow skinhead, Yohan Lee, in Philadelphia. Lee was struck 30 times in the head with a two pound hammer by Minton's co-conspirator Keith Pearce Jr., and Minton helped Pearce dispose of the corpse, and flee the jurisdiction. Minton was allowed to plead guilty to evidence tampering and abuse of a corpse, in exchange for testifying against his co-conspirator. Minton was sentenced to two years of probation, over the protests of the 18 year old victim's mother. Pearce was sentenced to life in prison for the crime.

    a. All this is according to reports in the Philadelphia Inquirer from 28 Sep 1999 and 11 Apr 2000.

# 2 skinhead slaying suspects held

**By Meredith Fischer**
INQUIRER SUBURBAN STAFF

Two fugitives have been apprehended and charged in the beating death of a fellow skinhead, an 18-year-old Norristown man whose body was found nearly three weeks ago in a borough park, Montgomery County authorities said yesterday.

Keith James Pearce Jr., 21, of Norristown, and Paul Minton, 23, of Philadelphia, were arrested Friday in New York City and are expected to waive extradition on charges of first-degree murder in the death of Yohann Lee, said Montgomery County District Attorney Michael D. Marino.

The District Attorney's Office will not seek the death penalty, Marino said, because there were no aggravating circumstances sur-




**Paul Minton**
turned himself in.

**Keith Pearce Jr.**
was in New York.

rounding the Sept. 6 crime, as required under state law.

"We believe that immediately after the murder they fled the jurisdiction," Marino said yesterday. "A federal warrant was issued for their arrest."

A telephone call placed by Minton led Montgomery County detectives and federal law-enforcement authorities to the fugitives, Marino said.

Detective Richard Peffall and FBI Special Agent Erik Negron went to Minton's mother's home on South Galloway Street after receiving a tip that Minton would be calling there.

"Detective Peffall was able to intercept the phone call placed Friday and convince Minton to surrender himself," Marino said. "He did. And New York City police arrested him without incident."

Upon arrest, Minton told police that he and Pearce had been staying at a homeless shelter in New York City and that Pearce had said

*See MURDER on B8*

b.

c. See Exhibit96-MintonMurder1a.pdf

d. See Exhibit97-MintonMurder1b.pdf

e. See Exhibit98-MintonMurder2.pdf

## Molly Conger aka Socialist Dog Mom

124.   Molly Conger aka "Socialist Dog Mom" is a Charlottesville resident, and co-conspirator of the Plaintiffs.

   a. Conger is connected to Plaintiffs Wispelwey, Sines, and other co-conspirators, as well as Plaintiffs' counsel and financiers via Twitter.





iv.

v.

b. Conger is an Antifa adherent

> **Chuck Brown** @ChuckBr71188034 · Oct 20
> @socialistdogmom I seen on facebook that your a antifa person and attacked an elderly man true or not
>
> 1
>
> **molly conger**
> @socialistdogmom
>
> Replying to @ChuckBr71188034
>
> ## i am an antifa person for sure but i never even got within arm's reach of that old racist
>
> 9:01 PM · Oct 20, 2019 · Twitter for iPhone
>
> **1** Like

i.



**molly conger**
@socialistdogmom

the conclusion is clear: anyone who publicly expresses
opposition to antifa, which innumerable people on the
left & right have repeatedly, is openly supporting
fascism. period.

> 🔵 **Paul Joseph Watson** ✓ @PrisonPlanet · Jul 19, 2018
> The conclusion is clear; Anyone who publicly expresses support for Antifa, which
> innumerable people on the left have repeatedly, is openly supporting a terrorist
> organization. Period.
> Show this thread

5:35 PM · Jul 20, 2018 · Twitter for iPhone

**121** Retweets   **575** Likes

ii.



**molly conger** @socialistdogmom · Jun 18
to any journalist thinking about writing about "charlottesville" this summer as the anniversary of the deadly unite the right rally approaches, please do so thoughtfully.
whose story are you telling? to what end?

> **molly conger** @socialistdogmom · Apr 13, 2018
> when you say "charlottesville," you are talking about a community that is still here. you are talking about my home. if you are talking about august 12th, say so. but "charlottesville" isn't something that happened. it's something that is.
> Show this thread

○ 3          ↻ 59          ♡ 281          ⬆

**molly conger** @socialistdogmom · Jun 18
don't platform white supremacists. if your editor forces you to ask them for comment, don't publish their words as truth. if you have to quote them, don't do so uncritically.

○ 1          ↻ 35          ♡ 206          ⬆

**molly conger** @socialistdogmom · Jun 18
refuse to cede ground to the idea of "both sides." community defense is not to be framed as morally equivalent to planning & enacting a violent street riot.

○ 1          ↻ 28          ♡ 196          ⬆

**molly conger**
@socialistdogmom

antifa is a shortened form of antifascist. remember that. antifa isn't a street gang. it's the opposition to fascism. it's good and right.

10:19 PM · Jun 18, 2019 · Twitter for iPhone

**213** Retweets     **769** Likes

iii.



**molly conger**
@socialistdogmom                                                              ⌄

i may be an antifa supersoldier, but i put on my black
stretch pants one leg at a time, just like everybody else.



molly conger @socialistdogmom · May 11, 2018
i took my sunglasses off to go into this gas station bathroom without putting my
regular glasses back on & i tried to walk into a supply closet.
c r u s h i n g   i t 😎

10:12 PM · Dec 29, 2018 · Twitter Web Client

**4** Retweets   **76** Likes

iv.

c. Conger is a supporter of political violence, and revolution against the
government of the United States.



**molly conger**
@socialistdogmom

if you're on the fence about the socialist revolution, i have some recommended viewing: every christmas season diamond and/or luxury car commercial.

5:41 PM · Dec 22, 2017 · Twitter for iPhone



i.



**molly conger**
@socialistdogmom

Replying to @leftistthot420

everybody likes to talk about being ready for revolution, but few are brave enough to show us they've actually practiced for it IRL.

1:23 PM · Jan 12, 2019 · Twitter Web Client

**1** Like

ii.



**molly conger**
@socialistdogmom

it's important to keep bandanas in your purse because you never know when you might need to bloc up or wipe the melty chocolate chips from your granola bar off your fingertips.

> 🌐 **molly conger** @socialistdogmom · Jun 3, 2018
> anyway, i pulled out my wallet in line at the grocery store and a couple of wadded up black bandanas fell out of my purse. i'm a caricature.
> Show this thread

9:30 PM · Jun 4, 2018 · Twitter for iPhone

iii.   **7** Likes



**molly conger**
@socialistdogmom

antifascist organizing isn't some kind of sideshow. it isn't a waste of our organization's time & energy. if we truly want to be a big tent, to endorse a diversity of tactics, if we are truly invested in the shared liberation of all our comrades, WE CANNOT IGNORE THIS WORK.

7:44 PM · Apr 25, 2018 · Twitter Web Client

**44** Retweets   **412** Likes

♡          ⟲          ♡          ↑

**molly conger** @socialistdogmom · Apr 25, 2018
Replying to @socialistdogmom
national should be supporting & uplifting the work of antifascist organizers within our ranks. folks like @DSAMedics, for example, should be CHAMPIONED not ignored by our national org. we have to take care of each other in this work, and that starts with recognizing the work.

♡ 3          ⟲ 21          ♡ 315          ↑

**molly conger** @socialistdogmom · Apr 25, 2018
i'm not asking you all to join me in the streets. i know it ain't everybody's cup of tea. but to see this work be COMPLETELY IGNORED until it happens new york city? when this fight hasn't stopped being fought in the streets? that ain't solidarity.

♡ 3          ⟲ 14          ♡ 285          ↑

**molly conger** @socialistdogmom · Apr 25, 2018
if DSA is to survive as an organization it cannot be new york city and east bay, with the rest of us tagging along as an annoying afterthought. the most radical, active, incredible folks i know are down here in the south. don't count us out.

♡ 9          ⟲ 97          ♡ 669          ↑

**molly conger** @socialistdogmom · Apr 25, 2018
maria, i'd be happy to pick up where we left off over lunch in december. we're still out here fighting fascism. unfortunately, that's left little time to canvas for medicare for all. i'm sure you understand.

♡ 4          ⟲ 9          ♡ 286          ↑

iv.



**molly conger**
@socialistdogmom

Replying to @shutupjaya @DrShoggoth and @AlexNGordon

spike is a guy you'd bloc up with but you're always uneasy at an action with him because he goes a little overboard sometimes and might get somebody hurt.

10:33 AM · May 31, 2018 · Twitter for iPhone

v.

3 Likes

This Tweet is unavailable.

**molly conger**
@socialistdogmom

Replying to @eiw0h

we got big talk about punching nazis, but white supremacy is white supremacy. where's this guy's knuckle sandwich?

10:51 AM · Dec 7, 2017 · Twitter for iPhone

vi.

**molly conger**
@socialistdogmom

in 2018, i need to get strong so i can be prepared to punch exactly two kinds of people: nazis & people who tell me i shouldn't let my dogs sleep in my bed.

12:41 PM · Jan 23, 2018 · Twitter for iPhone

10 Likes

**molly conger** @socialistdogmom · Jan 23, 2018
Replying to @socialistdogmom
and in 2018, i anticipate encountering these two types of people in about equal measure, oddly enough.

♡ 2

vii.



**molly conger**
@socialistdogmom

tearing up at the sight of this incredible bloc. support our troops, comrades 🏴 🖤



🐱 **Mikeford "Marilyn Von Mole" Biziths** 🔘 @itsmikebivins · Aug 4, 2018
SCENE: in a holding pattern right now, riot police separating antifa from Patriot Prayer/Proud Boys. Cries of "Charlottesville!" and "our streets!" from antifascists. #DefendPDX #AllOutPDX
Show this thread

`0:04`   `49.4K views`

3:11 PM · Aug 4, 2018 · Twitter for iPhone

**24** Retweets   **220** Likes

🗨     🔁     ♡     ⬆

🐱🚩🏴 **Viva Negro Matapacos** 🚩🖤🐱 @chupaca... · Aug 4, 2018 · ⌄
Replying to @socialistdogmom
It's a beautiful sight

🗨     🔁     ♡ 1     ⬆

**Goad Gatsby** @GoadGatsby · Aug 4, 2018     ⌄
Replying to @socialistdogmom
the chant "we remember Charlottesville"
😶😶🏚

🗨 1     🔁     ♡ 6     ⬆

viii.



**molly conger**
@socialistdogmom

"mobs of anarchists chanting about punching nazis as they burned american flags were allowed to attack our people..."
chris, stop, i'm getting all hot & bothered!

9:56 PM · Mar 13, 2018 · Twitter for iPhone

**1** Retweet   **14** Likes

ix.

This Tweet is unavailable.



**molly conger**
@socialistdogmom

fight 'em. fight 'em all. men shouldn't really be allowed in public places without a chaperone anyway.

2:29 AM · Dec 30, 2017 · Twitter Web Client

**6** Likes

x.

 **molly conger** @socialistdogmom · Jan 1, 2018
over the summer, i lost a job that i'd had for many years, a job i was objectively very good at, for the explicitly stated reason that i was not "positive" enough. it is difficult to maintain positivity when you exist to uphold a system that abuses you.

♡ 1          ⭸          ♡ 4          

 **molly conger** @socialistdogmom · Jan 1, 2018
that job had become my entire identity. i loved the product i managed & truly believed it was a good & valuable tool for its target audience, but that's no reason to spend 60+ hours a week working to line the pockets of a company that doesn't give a damn about anyone.

♡ 1          ⭸          ♡ 3          

 **molly conger** @socialistdogmom · Jan 1, 2018
so when my seriousness about the job became sufficient grounds for termination, i was a little lost. with no agile planning points to assign and no sales figures to analyze, how could i determine whether or not i was accomplishing anything? whether i was worth anything?

♡ 1          ⭸          ♡ 2          

 **molly conger**
@socialistdogmom

i was lucky enough to stumble into a consulting gig that kept my bills paid while giving me the free time to figure my shit out. i was able to throw myself into community defense, activism, and socialism pretty much full time.

6:57 PM · Jan 1, 2018 · Twitter Web Client

**3** Likes

xi.



**molly conger**
@socialistdogmom

if a nazi has a hearing at a courthouse near you, go. sit in the gallery. bear witness. community defense happens in the streets, online, and in courtrooms. show them they aren't welcome. show them we're watching.

> **Emily G** ✓ @EmilyGorcenski · Oct 29, 2018
> I can't stress enough how much simply BEING THERE fucks with the Nazis. Ask @socialistdogmom, seriously.
>
> In Cville we've had lots of opportunities to be in court.
>
> The fash hate us. They hate us being witness. They can't hide.
> Show this thread

6:53 PM · Oct 29, 2018 · Twitter for iPhone

**148** Retweets   **566** Likes

xii.



**molly conger**
@socialistdogmom

at the arraignment for timothy brown, the man accused of punching james alex fields in jail, i overheard fields' attorney complaining that her dog keeps eating her notebooks.

this is diversity of tactics comrades: punch nazis, eat their lawyer's notes.

9:47 AM · Nov 2, 2018 · Twitter for iPhone

**12** Retweets   **213** Likes

    ♡         ↻         ♡         ⬆

This Tweet is unavailable.

**Goad Gatsby** @GoadGatsby · Nov 2, 2018
Replying to @socialistdogmom
add those pups to the @DSADogCaucus

    ♡         ↻         ♡ 1         ⬆

xiii.



**Emily G** ✓ @EmilyGorcenski · Apr 7, 2018
Lefties in my feed are having a nuanced discussion on why legal action to prevent Nazis from organizing is actually bad and dangerous, and I agree. As always, the left is the only true defender of free speech that there is.

🗨 1          ⟲ 11          ♡ 55          ⬆

**Emily G** ✓ @EmilyGorcenski · Apr 7, 2018
The argument is not, btw, that Nazis should have a platform. It's that setting legal precedent that only puts conditions on how that platform can be used is dangerous and will have damaging repercussions.

🗨 3          ⟲ 6          ♡ 55          ⬆

This Tweet is unavailable.

**molly conger** @socialistdogmom · Apr 7, 2018
it's an ideological struggle, for sure. similar to my struggle to reconcile my anti-state & prison abolitionist views with support for my comrades engaging, necessarily, with the state.

🗨 1          ⟲          ♡ 3          ⬆

**molly conger**
@socialistdogmom

Replying to @socialistdogmom and @EmilyGorcenski

& i should say, i unequivocally support my comrades doing what they need to do to fight fascism & protect themselves. we ain't gonna dismantle the carceral state this week, this year, or this decade. we can and must fight these battles on multiple fronts & live to keep fighting.

11:53 AM · Apr 7, 2018 · Twitter for iPhone

**1** Like

xiv.

**molly conger** @socialistdogmom · Aug 14, 2018
next speaker says the nazis didn't come back this year not just because we got LUCKY, but because of the work of antifascists dismantling their networks. big applause from the crowd for antifa ▪

💬 2          ⟲ 20          ♡ 103          ⬆

**molly conger**
@socialistdogmom

veronica calls for people to put their bodies on the line, step up when someone is in danger, get trained in dearrest tactics, engage in community defense. veronica is a hero to this community 🖤 🐾

8:33 PM · Aug 14, 2018 · Twitter for iPhone

**2** Retweets   **37** Likes

💬          ⟲          ♡          ⬆

**molly conger** @socialistdogmom · Aug 14, 2018
Replying to @socialistdogmom
"the police began as slave catchers," this speaker reminds us.

💬 1          ⟲          ♡ 30          ⬆

**molly conger** @socialistdogmom · Aug 14, 2018
of last summer: "we told y'all over and over. we told y'all who was coming. we told y'all what they wanted to do to us and our city."
"the police protect nazis. police protest fascists. because they are born of that legacy."

💬 1          ⟲ 8          ♡ 36          ⬆

**molly conger** @socialistdogmom · Aug 14, 2018
"a threat to white supremacy, a threat to whit supremacy, is a threat to the state. and the police are just the security guards of the state."
the police were not here to protect us.

💬 1          ⟲ 4          ♡ 26          ⬆

xv.



**molly conger**
@socialistdogmom

i want to invite 8 year old kevin mcallister to all future direct action planning meetings. my dude lives & breathes diversity of tactics.

7:23 PM · Dec 25, 2018 · Twitter for iPhone

**32** Retweets   **312** Likes

○          ⇄          ♡          ⬆

**molly conger** @socialistdogmom · Dec 25, 2018
Replying to @socialistdogmom
oh my god these dudes are about to get fucked all the way up aren't they. sorry wet bandits, kevin's home.

○ 6          ⇄ 2          ♡ 131          ⬆

**molly conger** @socialistdogmom · Dec 25, 2018
ok i think if you get shot in the dick, even with a pellet gun, you'd probably just call it off right?

○ 6          ⇄ 3          ♡ 156          ⬆

**molly conger** @socialistdogmom · Dec 25, 2018
ok not to nitpick, but they should've established earlier in the film a stronger motivation for them to not just give up on this house. show some krugerrands or something. or show him drop something incriminating when he was casing the place. anything!

○ 4          ⇄ 1          ♡ 137          ⬆

**molly conger** @socialistdogmom · Dec 25, 2018
ah yes, chekov's tarantula going off in the second act 🕷

○ 1          ⇄ 5          ♡ 135          ⬆

**molly conger** @socialistdogmom · Dec 25, 2018
now screaming "JUST GO AROUND!" as the wet bandits dangle from the zip line

○ 1          ⇄          ♡ 75          ⬆

**molly conger** @socialistdogmom · Dec 25, 2018
is kevin gonna have to testify?

○ 2          ⇄          ♡ 86          ⬆

xvi.

This Tweet is unavailable.

**molly conger**
@socialistdogmom

Replying to @jiveass_baloney

i've got very short arms but isn't it really about what's in your heart? and in my heart there is a desire to punch god.

11:15 AM · Jan 23, 2018 · Twitter for iPhone

xvii.

**molly conger** @socialistdogmom · Mar 14, 2018
i know a couple lawyers who would gladly offer brooke their services for free!

1          1

**molly conger**
@socialistdogmom

but seriously, do we know if she got a protective order? i'm for punching nazis in the street, but domestic violence is never ok.

9:39 AM · Mar 14, 2018 · Twitter for iPhone

xviii.

**1 Like**

molly conger @socialistdogmom · Feb 20, 2018
public hearing on the permit ordinance starting now. i didn't read the 200 page agenda background this time, but city atty says the ordinance has NOT been changed since it was last discussed in december - so small group is <10 and "spontaneous" is w/in 48hrs of an inciting event

◯ 1          �thinking↑             ♡ 2                    ⬆

molly conger @socialistdogmom · Feb 20, 2018
former city council candidate paul long says he's held many small public events in the last now that he'd now have to get a permit well in advance for. he urges them to reconsider.

◯ 1          ↑↓             ♡ 2                    ⬆

molly conger
@socialistdogmom

nancy: the ordinance doesn't allow for "gun free zones." (unfortunately this may not be within the city's scope) "if your guidelines don't allow for permitted punching of nazis, it needs to be thrown out"

9:01 PM · Feb 20, 2018 · Twitter for iPhone

**6** Likes

◯                ↑↓                ♡                    ⬆

molly conger @socialistdogmom · Feb 20, 2018
Replying to @socialistdogmom
jeff fogel: these guidelines wouldn't change what happened on august 12. why reduce the # of participants that requires a permit from 50 to 10? no reason given.

◯ 1          ↑↓             ♡ 2                    ⬆

molly conger @socialistdogmom · Feb 20, 2018
jeff: referencing a similar change to free speech guidelines being discussed at UVA — folks not affiliated with the university can only exercise free speech in specific zones? yikes.

◯ 2          ↑↓             ♡ 4                    ⬆

xix.

d.  Conger is a self described "communist degenerate.



## molly conger, communist degenerate

@socialistdogmom

she/her. live tweeter of charlottesville government proceedings. i also have a cat. //general content warning for altright bullshit.//

⊙ Charlottesville, VA

🔗 patreon.com/socialistdogm...

🎂 Born Septembe...    📅 Joined October 20...

**762** Following   **35.8K** Followers

i.

e. Conger suffers from a "serious mental illness" and considers it a driving factor behind her political violence.

**Seitan Worshipper** @TheLibertyLamp · Feb 24, 2018
He's seriously mentally ill. And I'm not being snide.

♡ 1          ⟲          ♡          ↥

**Noirvember Dan.** @danieleharper · Feb 24, 2018
I don't know enough about his mental health to comment. But he's a
propagandist, a very good and dangerous one, who openly admits that he'll
say and do anything to "win" politically and form the ethnostate.

♡ 1          ⟲          ♡ 1          ↥

**molly conger**
@socialistdogmom

Replying to @danieleharper and @TheLibertyLamp

as a person with a serious mental illness, i've got no
interest in letting that narrative cut them any slack.
plenty of us out here struggle with mental health issues
WITHOUT calling for genocide.

11:29 AM · Feb 24, 2018 · Twitter for iPhone

**2 Likes**

i.

⟲ Emily G, Cville. Retweeted

**molly** @socialistdogmom · 13h
so many of the fiercest anti-fascist fighters i know live with mental illness. it is one
of the many axes of oppression that brings people to this fight. we're out here
struggling for collective liberation & fighting like hell. don't you dare count us
out.

♡ 3          ⟲ 6          ♡ 65          ✉

Show this thread

ii.

 **molly conger** @socialistdogmom · Mar 13, 2018
critical point. these people are trash because they're literal nazis. not because they are poor or rural or "white trash." plenty of poor and appalachian folks are NOT wife abusing nazis. most, in fact.

> **Christine** @hootbot · Mar 13, 2018
> For the record, I am on the punch-literally-all-Nazis side, but even when making fun of said folks, I strongly recommend being careful about when y'all bring trailers/Walmart/"white trash" narratives into this.
> Show this thread

♡ 2          ↻ 18          ♡ 88          ⬆

 **molly conger**
@socialistdogmom

i'd also like to take this opportunity to remind you the same goes for mental illness. are some of these guys mentally ill? yes, without a doubt. but so are many of us. as someone with a serious mental illness, i'm opposed to the scapegoating of MI for nazi behavior/beliefs.

7:39 PM · Mar 13, 2018 · Twitter for iPhone

**2** Retweets  **25** Likes

iii.

 **molly conger** @socialistdogmom · Apr 7, 2018
so i don't know if it's the weather or if i'm projecting or what, but y'all seem sad today.
my psychiatrist once told me that, in his 40-some year practice, he's seen the most commitments in the month of april. that christmas shit is a lie.
take care of each other, ok?

♡ 4          ↻          ♡ 32          ⬆

This Tweet is unavailable.

**molly conger**
@socialistdogmom

Replying to @Young_caesar_2k

as a non doctor but long time mental illness haver, the transition out of winter depression is leaving a lot of folks in some uncomfortable mixed states. hence the weird TL.

11:09 PM · Apr 7, 2018 · Twitter for iPhone

**2** Likes

iv.



molly conger @socialistdogmom · May 18, 2018
fighting the "nazis are just crazy!" narrative doesn't mean there aren't fucking fascists out there with mental illness. the two are neither mutually exclusive nor universally co-occurring.

💬 1          ↻ 11          ♡ 104          ⬆

molly conger @socialistdogmom · May 18, 2018
being mentally ill makes you neither evil nor noble. what people tend to forget, though, is that it makes you TEN TIMES more likely to be the VICTIM of crime and LESS likely to be the perpetrator of violent crime.

💬 2          ↻ 20          ♡ 118          ⬆

molly conger @socialistdogmom · May 18, 2018
writing off everyone you don't like as mentally ill is not only not supported by the facts, it's fucking dangerous.

💬 2          ↻ 22          ♡ 127          ⬆

molly conger @socialistdogmom · May 18, 2018
and, to be quite honest, writing off all white supremacists & fascists as "just crazy" is a cop out. it lets us shirk the responsibility of dismantling toxic masculinity & white supremacy, the real root causes of these ideologies.

💬 2          ↻ 20          ♡ 138          ⬆

molly conger
@socialistdogmom

every time you shrug off some nazi as "just crazy," you're erasing the work of your comrades who live with mental illness. you're perpetuating violence against us.

12:48 AM · May 18, 2018 · Twitter Web Client

**13** Retweets   **114** Likes

v.

f.   Conger deleted all her Tweets from the time of the events in dispute. In the first Tweet remaining after this destruction of evidence, Conger declared herself a "gay, socialist nazi hunter".



Q  (from:socialistdogmom) until:2017-11-30 since:2009-01-01

Top          Latest          People          Photos          Videos

molly conger @socialistdogmom · Oct 31, 2017
To my teenage self: one day you will be a gay, socialist nazi hunter. Hang in there, the future is wild.

Middle Tennessee DSA 🌹 @MidTNDSA · Oct 28, 2017
Solidarity forever comrades. We are so indebted to you coming out.

♡ 2

molly conger @socialistdogmom · Oct 6, 2012
Strip tarot. The future may be bleak, but at least you aren't wearing pants.

↻ 4          ♡ 12

i.

## Unicorn Riot

125.    Unicorn Riot is a website devoted to promoting militant Left wing propaganda.

   a.  See Exhibit56-URGangForces.pdf "Unify Or Die: Revolutionary Struggle And American Gangs"

b. During the revolutionary period of the 1960's, street gang activity was dwindling at a rapid pace. This was primarily because **the youth pool gangs were recruiting from were joining revolutionary organizations** instead.

c. Now that flames from Baltimore and Ferguson have settled, we must begin the process of healing the massive wounds from the effects of chronic poverty, poor education and state repression that lays waste to our youth. At the same time, we must be able **protect the gains we make with' mass self-defense.** Such a defense must in some way **incorporate the youth gangs that act as the unofficial militias of the hood.** The Black Panther Party, Brown Berets and Young Lords developed programs that attempted to do just that. Since then, a variety of organizations have picked up where they left off. 'Heal the Hood Milwaukee' is one such group. Started off and led by local community members in Milwaukee, Wisconsin, Heal the Hood Milwaukee seeks to end the generations-old war between the Chicago-based "Folks" and "Peoples" gang alliances. They are organizing locally within their neighborhoods both for unified social healing and **organized community defense.**

## Smash Racism DC

126.    Lacy MacAuley is an antifa adherent who was present and promoting violence in Charlottesville during the events in dispute.

## Congregate C'ville

127.    Congregate C'ville supported the "Diversity of Tactics" and "Community Defense" and shared war propaganda from ItsGoingDown.org.

a. Congegate C'ville is connected via Twitter to co-conspirators and Plaintiffs



i.

ii.

iii.



**doesfollow**
keep tabs on who follows whom

Latest | Popular

Does   suru_cville   follow   congregateville   ?

👍 yup

Does congregateville follow suru_cville? yup

iv.

**doesfollow**
keep tabs on who follows whom

Latest | Popular

Does   emilyc0rcenski   follow   congregateville

👍 yup

Does congregateville follow emilyc0rcenski? nope

v.

**doesfollow**
keep tabs on who follows whom

Latest | Popular

Does   congregateville   follow   cvilleblm

👍 yup

Does cvilleblm follow congregateville? nope

vi.



vii.

b. Congregate C'ville calls on adherents to be enemies of the State.



i.

    c.  Congregate C'ville retweeted Cville BLM when they posted the ItsGoingDown.org post falsely claiming Cantwell brandished a firearm, and calling for the march to be stopped "at all costs".



       i.

    d.  Congregate C'ville retweeted SURJ Charlottesville's fundraising calls and instructions for rioters.