⟲ Congregate C'ville Retweeted

**SURJ Charlottesville** @SURJ_Cville · Aug 11, 2017
Say #NoNewKKK !
Three ways to #DefendCville now and on August 12

Right now: Send what you can to support the... fb.me/DvI5VdE6

💬          ⟲ 24          ♡ 16          ⬆️

⟲ Congregate C'ville Retweeted

**SURJ Charlottesville** @SURJ_Cville · Aug 11, 2017
First Time? Preparation Tips for August 12

"One of the most common questions we've received is "how can I help...
fb.me/sAtumB3s

💬 1          ⟲ 4          ♡ 6          ⬆️

i.

### Showing Up for Racial Justice" or "SURJ" Charlottesville

128.    "Showing Up for Racial Justice" or "SURJ" Charlottesville is an Antifa group composed primarily of Charlottesville area residents, and a co-conspirator of Plaintiffs in this case.

    a.  SURJ Considers anyone not vocally supportive of their mission to be engaged in acts of violence.

**SURJ Charlottesville**
@SURJ_Cville

## White silence is violence:

goodmenproject.com/social-justice...

2:08 PM · Jan 1, 2017 · Twitter Web Client

💬          ⟲          ♡          ⬆️

    i.

    b.  SURJ supported the inauguration day riots.



c. SURJ has a definition of "White Supremacy" which could charitably be described as overbroad.

 **Erika Andiola** ✔ @ErikaAndiola · Jan 25, 2017
Soon @realDonaldTrump will see that his damn wall won't fix any
immigration policy problems. #NoBanNoWall

◯ 53          ⟲ 289          ♡ 822          ⬆

 **SURJ Charlottesville**
@SURJ_Cville

Replying to @ErikaAndiola @shaunking and @realDonaldTrump

## It literally does not matter if it fixes anything - it's an ideological wall to prop up white supremacy

3:03 PM · Jan 25, 2017 · Twitter Web Client

**1** Retweet   **6** Likes

i.

 **SURJ Charlottesville**
@SURJ_Cville

## The truth is, white supremacy is everywhere. It's in our courts, kops, schools, media, friends, families, co workers. It's on our TV, in all of our Presidents, in our institutions...it's built into the fabric of this country. We need to stop denying that.

12:03 AM · Jul 6, 2018 · Twitter for iPhone

**9** Retweets   **17** Likes

ii.

**SURJ Charlottesville** @SURJ_Cville · Aug 12, 2018
What would a win in Charlottesville look like to local activists? Taking down all the racists statues. Ending the JADE task force. Finding Sage Smith. Paying black Charlottesville citizens reparations. UVA giving black students free tuition. An end to the facade of civility.

◯ 1          ⇄ 5          ♡ 29          ⬆

**SURJ Charlottesville** @SURJ_Cville · Aug 12, 2018
An end to romanticization of the slave owner and rapist Thomas Jefferson. The immediate halt of gentrifying neighborhoods. Affordable housing for everyone. Equal tenants rights. Paying UVA workers a living wage.

◯ 1          ⇄ 3          ♡ 20          ⬆

**SURJ Charlottesville**
@SURJ_Cville

Any town can become a Charlottesville. Every town is, in some way, Charlottesville. The fabric of America is stitched with the same threads of white supremacy that exist in the fabric of Charlottesville. You're just like us.

1:28 AM · Aug 12, 2018 · Twitter for iPhone

**15** Retweets   **46** Likes

◯          ⇄          ♡          ⬆

**SURJ Charlottesville** @SURJ_Cville · Aug 12, 2018
Replying to @SURJ_Cville
Believe in the resilience of your community. Believe that another world is possible. Believe in a future without white supremacy and all its institutions in your town, city, state. Then go, and make it happen. We can't win without you.

◯ 1          ⇄ 16          ♡ 39          ⬆

iii.

 **Jalane Smash the Fash Schmidt**  @Jalane_Schm... · Feb 10, 2017 ⌄
2nd VA Gov candidate also grandstanding on #LeeStatue decision.
@Move_The_Statue @SURJ_Cville

> ◎ **C-VILLE Weekly** @cville_weekly · Feb 10, 2017
>
> GOP gubernatorial candidate @CoreyStewartVA coming to #cville Sat.
> 10am to denounce City Council vote to remove Lee statue.
>
> ### Corey Stewart and Key Social Media Influencer to Denounce the Charlottesville City Council Saturday
>
> **Woodbridge, VA -** Republican candidate for Governor Corey Stewart will be in Charlottesville Saturday to denounce the Charlottesville City Council with key social media influencer and supporter, Thaddeus Dionne Alexander.
>
> Stewart will meet Thaddeus at the Robert E. Lee statue in the city's central square tomorrow at 10 AM, February 11th, to go live on Facebook denouncing this historical vandalism.
>
> For questions or to RSVP attendance, please email Spence Rogers at Spence@coreystewart.com.
>
> Corey Stewart is a Republican Candidate for Governor and former Virginia State Chairman of the Donald Trump campaign.

   ○ 2      ↻      ♡ 1      ⬆

**SURJ Charlottesville** ⌄
@SURJ_Cville

Replying to @Jalane_Schmidt and @Move_The_Statue

## They know where their support lies - white supremacists. The Republican party certainly has sold its soul.

10:14 AM · Feb 10, 2017 · Twitter Web Client

**1** Like

iv.

 **SURJ Charlottesville**
@SURJ_Cville

Disruption and dissent at Tom Garrett event tonight. No polite dialogue with white supremacy:

facebook.com/surjcville/vid…

10:56 PM · Mar 31, 2017 · Twitter for iPhone

**5** Retweets   **3** Likes

v.

vi. SURJ and other Charlottesville activists view the unsolved murder of Dashad "Sage" Smith a "clear manifestation" of "white supremacy". Smith was a black transgender teenager, suspected of prostitution and blackmail. The only suspect in the case, Erik Tyquan McFadden, is a black male.

**SURJ Charlottesville** @SURJ_Cville · Mar 31, 2017

On this #TDOV, we remember Sage Smith, a black trans woman who has been missing from Charlottesville since 2012. #SayHerName

💬 1          ↻ 2          ♡ 4          ⬆️

**SURJ Charlottesville** @SURJ_Cville · Mar 31, 2017

Garrett has planned his visit to direct attention away from today's #TDOV, an act that further marginalizes and dehumanizes people like Sage

💬 1          ↻          ♡          ⬆️

**SURJ Charlottesville**
@SURJ_Cville

# We demand justice for Sage Smith, whose case is a clear manifestation of the destructiveness of white supremacy.

6:19 PM · Mar 31, 2017 · Twitter Web Client

**1** Like

💬          ↻          ♡          ⬆️

**SURJ Charlottesville** @SURJ_Cville · Mar 31, 2017

Replying to @SURJ_Cville

Garrett is not listening, he will not change, and giving him the chance to answer in a moderated environment only normalizes his racism.

💬 1          ↻          ♡ 1          ⬆️

**SURJ Charlottesville** @SURJ_Cville · Mar 31, 2017

On this #TDOV, we must mourn the dead, and fight like hell for the living. #SayHerName #JusticeForSageSmith #BlackTransLivesMatter

💬          ↻ 1          ♡ 1          ⬆️

**SURJ Charlottesville** @SURJ_Cville · Aug 11, 2017
Thanks for the shoutout. In reality, Cville IS a place filled with white supremacy. It's why the statue still stands.

○ 1          ⊔ 1          ♡ 8                    ⬆

**SURJ Charlottesville** @SURJ_Cville · Aug 11, 2017
There's a lot of people in this town who would call themselves "liberal" but refuse to rise up against white supremacist BS in town.

○ 1          ⊔ 2          ♡ 7                    ⬆

**SURJ Charlottesville**
@SURJ_Cville

Replying to @SURJ_Cville and @scorpstar77

Also, we're a young group. There are black+brown activists who have been fighting Nazis and white supremacy way longer than us. We owe them.

10:41 AM · Aug 11, 2017 · Twitter for iPhone

**2** Retweets   **9** Likes

vii.

**SURJ Charlottesville** @SURJ_Cville · Sep 26, 2017

Replying to @SURJ_Cville and @RichFelker

Like who gives a fuck that you voted for Bernie and wanna "fix" schools. Are you constantly questioning ur place in white **supremacy** tho?

♡ 1          ⇄          ♡ 1          ⬆

**SURJ Charlottesville** @SURJ_Cville · Sep 25, 2017

AmeriKKKa, home of white, abled, cis, straight **supremacy**.

**Jeff Stein** ✓ @JStein_WaPo · Sep 25, 2017

This is Colleen of ADAPT.

I have no idea what this country is supposed to be

Show this thread

0:15  240.7K views

♡          ⇄ 1          ♡          ⬆

**SURJ Charlottesville** @SURJ_Cville · Sep 23, 2017

LE are always going to be justified by courts in their use of lethal force as long as courts uphold white **supremacy** as well.

♡ 1          ⇄          ♡ 1          ⬆

viii.

 **SURJ Charlottesville**
@SURJ_Cville

White liberals need to take this horrendous incident in #charlottesville as a time to critically examine their role in white supremacy.

10:01 PM · Aug 17, 2017 · Twitter for iPhone

**5** Retweets   **17** Likes

ix.

 **SURJ Charlottesville** @SURJ_Cville · Dec 4, 2017
At #Charlottesville City Council, Heaphy has the audacity to say that A12 could have been worse, and that indicates a win for the city and police. Activists having to watch someone die is not a win. State sanctioned violence is not a win. Nazis taking over a town is not a win.

💬 3            ⟲ 48            ♡ 84            ⬆

 **SURJ Charlottesville**
@SURJ_Cville

Because they truly did not care about the safety of citizens. They had absolutely no plans to protect any community members. The police were, +always have been, vested in protecting white supremacy. They do not give a shit about people of color, activists or any oppressed group.

9:04 PM · Dec 4, 2017 · Twitter Web Client

**1** Like

x.



**SURJ Charlottesville** @SURJ_Cville · Sep 2, 2018
There's xenophobes in the mentions of this tweet claiming that being simply "against immigration" is not Neo nazism. Doesn't matter what banner you fly or what you call yourself. Put lipstick on a racist and it's still a fcking racist. Get wrecked Nazi scum.

> **SURJ Charlottesville** @SURJ_Cville · Sep 1, 2018
> There's nothing peaceful about 6,000 Neo Nazis being able to march openly for hatred ideology in any country, let alone a country with as sordid a past as Germany. twitter.com/Reuters/status...
> Show this thread

💬 1        🔁 4        ♡ 14        ⬆️

**SURJ Charlottesville**
@SURJ_Cville

Confederates, alt-right, pro-white, anti immigration, ultra conservative- they're all the same- white supremacists invested in actively maintaining and upholding white supremacy.

1:01 AM · Sep 2, 2018 · Twitter for iPhone

**1** Retweet   **7** Likes

xi.



**Angie** ☑ @great_jantzitsu · Dec 4, 2017
Counterpoint to Tim Heaphy's analysis of the A12 rally in #Charlottesville.

Someone died and the official analysis was, "Meh, could be worse." You're right: the city could have been purposely negligent rather than incompetent.

> **SURJ Charlottesville** @SURJ_Cville · Dec 4, 2017
> At #Charlottesville City Council, Heaphy has the audacity to say that A12 could have been worse, and that indicates a win for the city and police. Activists having to watch someone die is not a win. State sanctioned violence is not a win. Nazis taking over a town is not a win.
> Show this thread

💬 2        🔁 1        ♡ 2        ⬆️



**SURJ Charlottesville**
@SURJ_Cville

Replying to @great_jantzitsu

There is no doubt in activist's mind that the city was purposefully negligent. They have a vested interest in upholding white supremacy because it keeps them in power and powerful.

8:51 PM · Dec 4, 2017 · Twitter Web Client

**3** Likes

xii.



**SURJ Charlottesville**
@SURJ_Cville

B4 A12 racism, gentrification, stop-and-frisk, police brutality, and JADE all existed. A12 didn't make our town shit. Yt supremacy did.

> **The Daily Progress** @DailyProgress · Oct 19, 2017
> Survey taken long before white nationalist rallies and violence this yr., shows CVille 3rd happiest in U.S.
> dailyprogress.com/news/local/sur...

12:38 AM · Oct 20, 2017 · Twitter for iPhone

8 Likes

♡          ⟲          ♡          ⬆

**Jalane Smash the Fash Schmidt** 🔨🌹 @Jalane_Schm... · Oct 20, 2017
Replying to @SURJ_Cville
Who dis they survey???

♡          ⟲          ♡          ⬆

xiii.

**SURJ Charlottesville** @SURJ_Cville · Oct 12, 2017
At this point the media is a puppet of the State (the City) and Nazis. Local media has NO INTEREST in protecting community members. #Cville

♡ 4          ⟲ 6          ♡ 18          ⬆

**Flip Bowry** @BackstageCVille · Oct 12, 2017
I think media's responsibility is to report both sides of relevant issues. Not to protect either side one way or the other

♡ 1          ⟲          ♡          ⬆

**SURJ Charlottesville**
@SURJ_Cville

Replying to @BackstageCVille

If you're giving softball interviews to Nazis or any platform for white supremacy, you're complicit in promoting white supremacy. Full stop.

11:52 AM · Oct 12, 2017 · Twitter for iPhone

xiv.

1 Like

 **SURJ Charlottesville**
@SURJ_Cville

Gentrification has *everything* to do with white supremacy. The whole system is infected with racism. They're all complicit

> 🐦 seantubbs @seantubbs · Oct 10, 2017
> I need to be clear. Commissioners are still here, listening, letting the chants to happen. The protest has nothing to do with the hearings.
> Show this thread

9:14 PM · Oct 10, 2017 · Twitter for iPhone

**3** Retweets **15** Likes

xv.

 **SURJ Charlottesville** @SURJ_Cville · Oct 8, 2017
Pro tip 2 all the white liberals who follow us: Tim Kaine, Governor McAuliffe, Warner aren't gonna do jack shit about white supremacy in VA

  💬 3      ↩ 17      ♡ 49      ⬆

 **SURJ Charlottesville** @SURJ_Cville · Oct 8, 2017
These white dude politicians are owned by their corporate interests. It's up to YOU to protect your community from yt supremacy

  💬 1      ↩      ♡ 3      ⬆

**SURJ Charlottesville**
@SURJ_Cville

And, they're yt guys who are actively benefiting from yt supremacy- it's the reason they gain power in office!

12:50 PM · Oct 8, 2017 · Twitter for iPhone

**2** Likes

xvi.

 **SURJ Charlottesville**
@SURJ_Cville

Racial justice has to be inherently anti imperialist. There is no abolishment of yt supremacy without also acknowledging that western white supremacy is fueled by using the military industrial complex to murder black and brown people abroad. #HandsOffSyria

1:16 PM · Apr 14, 2018 · Twitter for iPhone

xvii.

**1** Retweet   **7** Likes

**SURJ Charlottesville** @SURJ_Cville · Apr 10, 2018
On April 16th, Donald Blakney's charges will be presented to a grand jury; on April 17th Corey Long will go to trial.
Follow this thread to get updates on their respective court dates, actions, +tweet using hashtags #CoreyLongDidNothingWrong and #DropEmCville to show ur support!

&#9675; 1               &#8645; 6               &#9825; 11               &#9757;

**SURJ Charlottesville** @SURJ_Cville · Apr 10, 2018
From the Drop Em Cville campaign cc @SolidCville : The Commonwealth Atty devoting time and energy to prosecuting those acting out of community self-defense on A11 & A12 is a travesty. #DropTheCharges against all community defenders!

Call Joe Platania &#9742;(434) 970-3176

&#9675; 1               &#8645; 3               &#9825; 3               &#9757;

**SURJ Charlottesville** @SURJ_Cville · Apr 10, 2018
Society will tell us that the only "proper" community defenders are white, cis, male, able bodied. Non violent. Willing to work within the system. May be described as "selfless" or "Patient". Whatever way white supremacy culture deems the correct way to resist.

&#9675; 1               &#8645; 2               &#9825; 2               &#9757;

 **SURJ Charlottesville**
@SURJ_Cville

Corey Long did nothing wrong. Neither did Deandre Harris or Donald Blakney or anyone who defended themselves from white supremacy culture that day.

4:11 PM · Apr 10, 2018 · Twitter for iPhone

xviii.

**1** Retweet   **6** Likes

**SURJ Charlottesville** @SURJ_Cville · Oct 4, 2017
"Charlottesville protest organizer"- @NBC29 WTF!!!!! He's a fucking white supremacist and accessory to MURDER. WTF is wrong w/you!

> **NBC29** 🔵 @NBC29 · Oct 4, 2017
> Jason Kessler appeared in Albemarle Circuit Court. A court clerk said he was released on bond. bit.ly/2hLEq4N

💬 1          🔁          ♡ 3          ⬆️

**SURJ Charlottesville** @SURJ_Cville · Oct 4, 2017
This town is more concerned abt protecting and upholding white supremacist/supremacy than they are protecting safety of their own citizens!!

💬 1          🔁          ♡ 2          ⬆️

**SURJ Charlottesville** @SURJ_Cville · Oct 4, 2017
Black + brown residents have 2 protect themselves or rely on community defense bc they know the city/govt/police won't.

💬 1          🔁          ♡ 2          ⬆️

**SURJ Charlottesville**
@SURJ_Cville

This town is oozing the disease of white supremacy and southern respectability politics. Fuck out of here w/that "protest organizer" BS

12:51 PM · Oct 4, 2017 · Twitter for iPhone

xix.      2 Likes

**SURJ Charlottesville**
@SURJ_Cville

White supremacy is not a buzzword to be capitalized on by people wanting to recreate their own version of that exact supremacy. You're not fighting white supremacy if you're not talking about disarming/abolishing the Police in the same conversations about gun control

1:45 PM · Mar 25, 2018 · Twitter for iPhone

xx.      **1** Retweet   **11** Likes



**SURJ Charlottesville**
@SURJ_Cville

Listen to the youth! #MarchForOurLives is an intersectional issue. Let's address the MANY ways in which gun violence is a tool of White Supremacy.

This statement... medium.com/@solidaritycvi...

8:00 AM · Mar 24, 2018 · Facebook

**8** Retweets   **20** Likes

xxi.



**SURJ Charlottesville** @SURJ_Cville · Feb 2
White supremacy is not a joke. It's a real thing that's been sewn into to the fabric of Virginia since white settlers arrived onto Indigenous lands. Millions of black and brown residents have suffered at the hands of racism for centuries on these lands. #NorthamResign

♡ 2          ⟲ 2              ♡                    ⬆



**SURJ Charlottesville**
@SURJ_Cville

Your archaic views on monuments to white supremacy, your support of pipelines that would destroy black communities like Union Hill, your ass kissing of Amazon show how little you care about anyone other than rich white male buddies. #NorthamResign

6:11 PM · Feb 2, 2019 · Twitter for iPhone

**1** Retweet   **4** Likes

        ♡              ⟲              ♡                    ⬆

**SURJ Charlottesville** @SURJ_Cville · Feb 2
Replying to @SURJ_Cville
Anti racist #Cville says GTFO to the slimy racist in the governors mansion. #RalphNorthamResign

♡          ⟲              ♡                    ⬆

xxii.

   d. This overbroad view of "White Supremacy" is especially troubling, considering how SURJ proposes such supposed evils be dealt with.

**SURJ Charlottesville**
@SURJ_Cville

No dialogue with white supremacy fb.me/8xrKTb2Os

6:06 PM · Mar 31, 2017 · Facebook

**1** Retweet   **1** Like

i.

**SURJ Charlottesville** @SURJ_Cville · Jan 2, 2018
Lots of words about "civility" in tonights City Council meeting. Civility means nothing when people have died because of poor governance in #Cville. Whether through institutional racial violence or actual Neo Nazis attacking, civility, respectability and white silence is violence

♡ 1            ⇄ 24            ♡ 52            ⬆

**Héctor E. Alcalá** @Hector_E_Alcala · Jan 2, 2018
F*ck civility.

♡ 1            ⇄            ♡ 2            ⬆

**SURJ Charlottesville**
@SURJ_Cville

Replying to @Hector_E_Alcala

Fuck civility, fuck respectability politics and fuck white supremacy

8:01 PM · Jan 2, 2018 · Twitter for iPhone

**1** Retweet   **9** Likes

ii.

**SURJ Charlottesville** @SURJ_Cville · Feb 1, 2017
Resist and dismantle white **supremacy** in all forms!

**No Ban No Wall** @towardredress · Feb 1, 2017
Just to be clear: @MikeSigner votes AGAINST removing confederate monuments, then declares town "capital of resistance" to Trump.

♡            ⇄            ♡ 1            ⬆

iii.

 **SURJ Charlottesville**
@SURJ_Cville

To all of the community protectors out there: we see you. We validate you. We support you. In person. Online. Being a teacher. Being a caregiver. Being a lover. Being a fighter. Whatever way you chose to radically fight white supremacy is valid.

4:03 PM · Apr 10, 2018 · Twitter for iPhone

iv.    **3** Retweets    **13** Likes

 **Showing Up for Racial Justice - SURJ Charlottesville**
June 3, 2017 · 🌐

FOR IMMEDIATE RELEASE

Contact:
Brittany Caine-Conley
let.us.congregate@gmail.com

Media Advisory

What: March for Community Defense against All Fascism

Who: Black and Third World Alliance for Community Defense

When: Saturday, June 3rd, 4pm

Where: Starting with a Rally at the UVA Rotunda

Why: Racist violence has many roots in Charlottesville and they manifest themselves across the South.

In the past month, these roots have exposed themselves in our town and today we show that the people of the South stand for community defense against all forms of fascism.

Statement — March for Community Defense against All Fascism

When White Europeans stole the land from the Saponi...
When Thomas Jefferson raped his slave Sally Hemmings...
v.     When Thomas Jefferson broke the backs of slaves building his University...

And, when you decide to shut down the platforms of white nationalism in all its forms; fight to tear down white supremacist monuments, systems, and relationships; and dig deep to expose histories of resistance, this is community defense. This is how we smash fascism!

\*\*\*

Key points for press coverage

We are here for community defense against all forms of fascism, in solidarity with Veronica Fitzhugh and other black women and femmes confronting White Supremacy across the South.

We are here to call on the predominantly White people of Charlottesville to put your bodies on the line and take risks to protect and defend people of color.

We demand the removal of confederate statues; an end to the legacy of oppression manifest today across systems such as mass incarceration, education, and housing; and that the Charlottesville Police Department stop conspiring with white supremacists to suppress and criminalize resistance activism.
#SolidaritywithVeronica
#CommunityDefense

👍 6      4 Shares

↪ Share

vi.

 **SURJ Charlottesville** @SURJ_Cville · Mar 15, 2018
#DeandreHarris goes on trial this Friday in the Charlottesville General District Court. Keep an eye out for updates throughout the next two days related to his case on this thread. First up is a Vigil on Thursday, 3/15...

💬 1     ↻ 13     ♡ 10     ⬆

 **SURJ Charlottesville**
@SURJ_Cville

Thursday! Vigil to support Deandre! Come in addition to court on Friday or if you can't come to court Friday. Drop by for a few minutes or for the whole time.
FIGHTING WHITE SUPREMACY IS NOT A CRIME!

#DropEmCville #DropTheCharges #JusticeForDeandre
facebook.com/surjcville/pos...

12:51 AM · Mar 15, 2018 · Twitter Web Client

**3** Retweets   **2** Likes

vii.

**SURJ Charlottesville** @SURJ_Cville · Aug 8, 2017
Where the rally takes place does not matter; the City of Cville chose to put white supremacist hate over protecting black + brown residents

> **NBC29** @NBC29 · Aug 7, 2017
> BREAKING: @HenryGraff reports: @CvilleCityHall says Jason Kessler can have event just needs to be in McIntire Park.

◯ 1          ⇄ 4          ♡ 5          ⤊

**SURJ Charlottesville** @SURJ_Cville · Aug 8, 2017
Wherever they go, we refuse to give them space to spew the white supremacist, misogynist, transphobic trash that comes out of their mouths

◯ 1          ⇄ 2          ♡ 8          ⤊

**SURJ Charlottesville**
@SURJ_Cville

As an anti racist organization it is our duty to use our privilege and protect POC from white supremacy. No platform for Nazis in Cville!

10:19 PM · Aug 8, 2017 · Twitter for iPhone

**7** Retweets   **12** Likes

◯          ⇄          ♡          ⤊

**Karma Marie** @karmita_1 · Aug 8, 2017
Replying to @SURJ_Cville
I will be there to support POC

◯          ⇄          ♡          ⤊

viii.

**SURJ Charlottesville**
@SURJ_Cville

We will fight racism, fascism, and white supremacy in Charlottesville until all are safe

facebook.com/surjcville/pos...

4:16 PM · Jun 3, 2017 · Twitter Web Client

ix.      **2** Retweets   **2** Likes

**Indivisible Charlottesville** @IndivisibleVA05 · Jun 14, 2017
We are horrified by the attack in Alexandria and are thankful that @Rep_Tom_Garrett is safe. Violence and threats have no place in politics.

◯ 3          ⇄ 17          ♡ 76          ⬆

**Cyber Researcher** @CvilleCyber · Jun 14, 2017
Can you please let your friends over at @SURJ_Cville know that is your position? Night letters and threats to people lead to this crap.

◯ 1          ⇄          ♡          ⬆

**SURJ Charlottesville**
@SURJ_Cville

Replying to @CvilleCyber @indivisibleVA05 and @Rep_Tom_Garrett

I forgot that protesting white supremacy is directly responsible for some white man shooting in cold blood! Love that #SlipperySlope

4:15 PM · Jun 14, 2017 · Twitter Web Client

◯          ⇄          ♡          ⬆

**Cyber Researcher** @CvilleCyber · Jun 14, 2017
Replying to @SURJ_Cville @indivisibleVA05 and @Rep_Tom_Garrett
Protesting is a great expression of democracy, Threatening people with night letters is what I saw terrorists do in Iraq and Afghanistan.

◯ 2          ⇄          ♡          ⬆

**SURJ Charlottesville** @SURJ_Cville · Jun 14, 2017
Does pointing out white supremacy feel like a "threat" to you?

◯          ⇄          ♡          ⬆

x.

**SURJ Charlottesville**
@SURJ_Cville

No platform for white supremacy sometimes is as simple and easy as denying a Nazi's permit to hold a Nazi rally. Wild, right?

---

🌐 **cvillenews.com** @cvillenewscom · Dec 11, 2017
I'm not a lawyer. I'm not a genius. I'm an idiot. Even an idiot could tell that Kessler's permit should have been denied on these grounds. Congratulations to @CvilleCityHall for catching up to where idiots are.
Show this thread

---

7:24 PM · Dec 12, 2017 · Twitter for iPhone

**6** Retweets   **17** Likes

xi.

 **SURJ Charlottesville**
@SURJ_Cville

Our platform is no platform for white supremacy. Confronting racism head on is core to maintaining that. We will not let KKK members roam our town without letting community members know who they are, and where they are.

> **SURJ Charlottesville** @SURJ_Cville · Dec 14, 2017
> 12 Klan in court for Fields trial along with Jason Kessler. Please walk with a buddy while you're downtown. Court they are is Cville Circuit Court. Large CPD presence outside court. @SolidCville

1:11 PM · Dec 14, 2017 · Twitter for iPhone

**14** Retweets   **28** Likes

xii.

 **SURJ Charlottesville** @SURJ_Cville · Oct 10, 2017
Replying to @SURJ_Cville
POC activists doing the work to protect their community while the city and cops support Nazis. No accountability, no peace. #justice4deandre

♡ 2          ⟲ 3          ♡ 11          ⬆

xiii.

 **SURJ Charlottesville** @SURJ_Cville · Oct 10, 2017
#JusticeForDeandre
#DropTheCharges
#FuckWhiteSupremacy
charlottesville.granicus.com/MediaPlayer.ph...

♡ 1          ⟲ 2          ♡ 6          ⬆

 **SURJ Charlottesville**
@SURJ_Cville

FUCK NAZIS. FUCK WHITE SUPREMACY. FUCK THE CITY. NO JUSTICE FOR DEANDRE, NO PEACE!
#JusticeForDeandre #Charlottesville #BlackLivesMatter

8:33 PM · Oct 10, 2017 · Twitter for iPhone

**1** Retweet   **4** Likes

xiv.

 **SURJ Charlottesville**
@SURJ_Cville

Keep calling! Let Platania know that <u>fighting white supremacy is not a crime!</u> Stop targeting black activists!... fb.me/Mn1z1VTd

3:25 PM · Mar 6, 2018 · Facebook

1 Like

xv.

 **SURJ Charlottesville**
@SURJ_Cville

Oh and one more thing- all you civility loving white folks who want to help make change in your community? You gotta get comfortable with the phrase "abolish the police". They gotta go. You can't eliminate white supremacy without abolishing the police and carceral system.

2:19 AM · Aug 12, 2018 · Twitter for iPhone

xvi.

8 Retweets   28 Likes

 **SURJ Charlottesville**
@SURJ_Cville

Everyone involved in radical queer justice should be following the #FreeTheBlackPride4 trial. What happens when marginalized folks protest against the white supremacy within major LGBTQIA institutions like Pride? Dangerous push back #StonewallWasARiot

> 🔵 **Black Queer & Intersectional Collective (BQIC)** @BQICollective · Feb 9, 2018
> #FreeTheBlackPride4 #ShameOnStonewall twitter.com/TheeBadCatholi...

6:58 PM · Feb 9, 2018 · Twitter for iPhone

xvii.

10 Retweets   23 Likes

**SURJ Charlottesville** @SURJ_Cville · Nov 8, 2018
There is no question that the first amendment "right" to protest only protects those who the government does not view as potentially revolutionary. Typically: white folks, men, cis + straight folks, documented people, etc.

 1          1               10

**SURJ Charlottesville**
@SURJ_Cville

If you are engaging in protest that is deemed "safe" by law enforcement, but aren't actively working to disrupt the idea of what #civility is according to society and the government, you are complicit in perpetuating yt supremacy #FWS

6:47 PM · Nov 8, 2018 · Twitter Web Client

**1** Retweet   **2** Likes

xviii.

    e.  SURJ encouraged followers to use an encrypted messaging app with self destructing messages called Signal.

**SURJ Charlottesville**
@SURJ_Cville

Get yourself an encrypted text messenger, folks. Resistance is going to be a long road.  #Signal #resist twitter.com/ShaunKing/stat...

This Tweet is unavailable.

10:20 AM · Feb 8, 2017 · Twitter Web Client

i.

## Solidarity Cville

129.    Solidarity Cville is a subversive anarcho-communist group and co-conspirator of the Plaintiffs in this case.

## Cville BLM (Black Lives Matter)

130.     Cville BLM (Black Lives Matter) is a subversive black supremacist group.

## Jalane "Smash the Fash" Schmidt

131.     Jalane "Smash the Fash" Schmidt is a UVA employee, Antifa adherent, and co-conspirator of Plaintiffs in this case.

132.     Schmidt credits the work of Antifa in making this suit possible. Without their actions, there would be no violence, and without the violence, no lawsuit.

⇄ Emily G, Cville Retweeted



**Jalane "Smash the Fash" Schmidt** 🖼🈴 @Jalane_Schmidt · 12h
Reminder: legal actions taken by gov't, commercial entities & community orgs wouldn't be possible w/o counter-protesters actions vs. white supremacists. If we'd taken officials' advice to "just ignore them," the alt-right would've continued metastisizing.



**After Charlottesville: how a slew of lawsuits pin down the far right**
Far-right leaders are 'under attack' as lawsuits are filed over the death of Heather Heyer, Sandy Hook conspiracies and more
theguardian.com

💬 1     ⇄ 37     ♡ 72     ✉

Show this thread

a.

## Redneck Revolt

133.      Redneck Revolt is an armed communist revolutionary group, parading as "armed community defense".

134.      Dwayne Dixon, a leader of the group, takes credit for waving a rifle at James Fields moments before he crashed his vehicle.

## Training

135.      Wispelwey, Gorcenski and others, gave and received training for the events in dispute, including combat, weapons, and first aid training.

 **Generic Soy Milk** ☑ @EmilyGorcenski · Jun 25, 2017
75 feet, brand new AR-15 knockoff.

Pulling left seems to be a thing I do.



💬 12          🔁 1                    ♡ 47                    ⬆️

 **Jon** @Cobrahistorian · Jun 25, 2017
Smooth squeeze on the trigger.  Don't pull it. You're a lefty, aren't you?

💬 1          🔁                    ♡                    ⬆️

**Generic Soy Milk** ☑ @EmilyGorcenski · Jun 25, 2017
Nope. I think I just need to adjust factory sights. The grouping isn't bad.

💬 1          🔁                    ♡ 1                    ⬆️

a.

b.  See Exhibit12-Heaphy.pdf Pages 72-73

i. "In the weeks leading up to August 12, Congregate organized **a series of trainings** for nonviolent **direct action** to anyone who was interested in participating. They brought in trainers from out of town, including Reverend Osagyefo Sekou. We learned that some trainings were attended by as many as 100 people, and **participants were repeatedly warned about the potential for significant violence on August 12**. Members of Black Lives Matter and Standing Up for Racial Justice also attended the trainings.

Individuals who attended these trainings told us that **their goal was to** create "cognitive dissonance" and to **delay and obstruct the hate speech** that they expected. They wanted to be visible in the opposition to the right-wing groups and make it harder for them to have a platform to express racism. In service of that mission, **they were willing to break the law** and expected to be arrested. Although they had been warned about the potential for violence, few expected it."

**Generic Soy Milk** ✔ @EmilyGorcenski · Oct 20, 2018

One of the signs of political decay, observed time and again throughout the world, is the state standing passively by while opposing factions do violence to each other. twitter.com/BreadAndRoses/...

This Tweet is unavailable.

🗨 9          ↻ 75          ♡ 214          ⬆

**Generic Soy Milk** ✔
@EmilyGorcenski

A couple weeks before A12, I did NVDA training given by an expert. She warned us about this exact thing. That weekend, Police stops by while antifa and Patriot Prayer dukes it out on Portland's Waterfront Park.

The following weekend, Cville.

2:12 AM · Oct 20, 2018 · Twitter for iPhone

**10** Retweets   **37** Likes

🗨          ↻          ♡          ⬆

**Generic Soy Milk** ✔ @EmilyGorcenski · Oct 20, 2018
Replying to @EmilyGorcenski

Since then we've seen this in Portland again. Louisville. Providence. New York City.

🗨 1          ↻ 8          ♡ 32          ⬆

**Generic Soy Milk** ✔ @EmilyGorcenski · Oct 20, 2018

I'm not saying this is bad.

I'm saying our system is breaking down, that the signs of this breakdown are everywhere from Trump on down.

This is not the time for you to act hopefully that it will restore itself.

This is time for you to band together in solidarity.

🗨 2          ↻ 17          ♡ 67          ⬆

**Generic Soy Milk** ✔ @EmilyGorcenski · Oct 20, 2018

You may not be an anarchist now but you will be sooner or later.

🗨 3          ↻ 15          ♡ 72          ⬆

c.

 **Generic Soy Milk** @EmilyGorcenski · Jul 20, 2017
I am 100x better shooting from standing (literally I couldn't hit shit shooting from the block) but can we talk about how hot I am



💬 19          ↻ 3          ♡ 94          ⬆

 **Generic Soy Milk** @EmilyGorcenski · Jul 20, 2017
100-300 yd mainly

💬 1          ↻          ♡          ⬆

 **Generic Soy Milk**
@EmilyGorcenski

Replying to @EmilyGorcenski and @sigfig

Also I need to find an outdoor range

10:29 AM · Jul 20, 2017 · Twitter for Android

d.

**Generic Soy Milk**
@EmilyGorcenski

Anyhow, while we're talking about militant community defense, I forgot I had this stellar picture of @socialistdogmom rockin' my 9mm.



e.



**Generic Soy Milk** ✅ @EmilyGorcenski · Mar 22 ⌄

As a very, very well-prepared survivor of a terror attack, there are a few things you can do to prepare for a terror attack or mass shooting but literally all of those things simply overlap with advanced first aid and nothing more.

 **Anil Dash** 🌐 ✅ @anildash · Mar 21

I have steadfastly been against active shooter drills since the horrendous practice was first introduced to terrorize children, but after having had a mandatory emergency briefing at our office building today, I'm against them for adults as well. Firmly.

Show this thread

○ 4          ⟲ 224          ♡ 682          ⬆



**Generic Soy Milk** ✅ @EmilyGorcenski · Mar 22 ⌄

There is no special skill to surviving mass violence and terror. Nothing you can prepare for.

It is random. You will get hurt or you will not. It's how you respond to injuries that matters.

○ 9          ⟲ 63          ♡ 321          ⬆



**Generic Soy Milk** ✅ ⌄
@EmilyGorcenski

The only possible training you can get that might help is combat training. Which I also argue isn't suitable because the American/Western school of martial armed training is entirely based around superior firepower and battlefield control, which is why we keep losing wars.

8:07 AM · Mar 22, 2019 · Twitter for iPhone

**26** Retweets    **193** Likes

f.

← **Tweet**

**AntifaSevenHills** 🏴 @ash_antifa · Nov 28, 2017
Helpful thread with some info on #Cville #grandjury #defendcville twitter.com/emilygorcenski...

This Tweet is unavailable.

🗨 1          ⟲ 4          ♡ 3          ⬆

**#HandsOffBolivia** @OLAASM · Nov 28, 2017
that person has been openly and plainly working with cops (and even fascists). it's surprising that comrades keep promoting this dangerous liberal as a resource.

🗨 1          ⟲          ♡          ⬆

**AntifaSevenHills** 🏴 @ash_antifa · Nov 28, 2017
We are very much aware and disagree with their decision to engage with the state, esp given potential for blowback on antifa & other comrades. BUT they also tend to have solid intel. So * on everything?

🗨 3          ⟲          ♡ 2          ⬆

**Generic Soy Milk** 🥛
@EmilyGorcenski

Replying to @ash_antifa and @OLAASM

It should be noted that I am well-represented and well-trained and do not engage with the state lightly. But this information is legit and verifiable, and it is important to note that not all the people affected by this news are activists/anarchists/antifa.

10:27 AM · Nov 28, 2017 · Twitter Web Client

**1** Like

🗨          ⟲          ♡          ⬆

**Generic Soy Milk** 🥛 @EmilyGorcenski · Nov 28, 2017
Replying to @EmilyGorcenski @ash_antifa and @OLAASM
Those people deserve to have the best, most complete information possible to make an autonomous decision for their benefit, uncolored by ideology.

🗨          ⟲          ♡ 1          ⬆

g.

**Generic Soy Milk** ✔ @EmilyGorcenski · Oct 25, 2017
Perhaps, but it's a distraction that jeopardizes communities in the Southeast, where these groups roll heavily armed.

　♡ 2　　　　　⟲　　　　　♡ 2　　　　　⬆

**Christina DiEdoardo** @ChristinaSFLaw · Oct 25, 2017
Ah, but so do our folks :). Open carry works both ways, though it's certainly enforced differently.

　♡ 1　　　　　⟲　　　　　♡　　　　　⬆

**Generic Soy Milk** ✔ @EmilyGorcenski · Oct 25, 2017
Again, tactics notwithstanding, it's frustrating for NY/Bay area groups who don't engage with arms not factoring in communities who do.

　♡ 2　　　　　⟲　　　　　♡ 6　　　　　⬆

**Generic Soy Milk** ✔
@EmilyGorcenski

Replying to @EmilyGorcenski and @ChristinaSFLaw

## As well-trained and well-armed as I am, I would really like to not be in a shootout.

12:35 PM · Oct 25, 2017 · Twitter for Android

**3** Likes

　♡　　　　　⟲　　　　　♡　　　　　⬆

**Generic Soy Milk** ✔ @EmilyGorcenski · Oct 25, 2017
Replying to @EmilyGorcenski and @ChristinaSFLaw
And that's not to say that I don't support the action--I do. But it's just... know the scale, y'know?

　♡ 1　　　　　⟲　　　　　♡ 2　　　　　⬆

**Christina DiEdoardo** @ChristinaSFLaw · Oct 25, 2017
I grok. :). As a gun owner who doesn't carry at demos, I'd rather not be shot at either.

　♡　　　　　⟲　　　　　♡ 1　　　　　⬆

h.

**Generic Soy Milk** ✅ @EmilyGorcenski · Aug 30, 2017 ⌄
You wanna preach non-violence? Great. Tell me five ways to intervene and de-escalate.

💬 1          🔁 44          ♡ 127          ⬆

**Generic Soy Milk** ✅ @EmilyGorcenski · Aug 30, 2017 ⌄
What if the victim is in a wheelchair? Deaf? What if the attacker has a gun? If they're mentally ill? If they don't speak English?

💬 1          🔁 17          ♡ 71          ⬆

**Generic Soy Milk** ✅ @EmilyGorcenski · Aug 30, 2017 ⌄
What if the aggressor is backed against a wall? What if you're lost? What if your phone is dead?

💬 1          🔁 15          ♡ 66          ⬆

**Generic Soy Milk** ✅ @EmilyGorcenski · Aug 30, 2017 ⌄
What if the aggressor is a state actor, like a cop or a soldier? What if the person refuses to let themselves be transport to a hospital?

💬 1          🔁 16          ♡ 66          ⬆

**Generic Soy Milk** ✅ @EmilyGorcenski · Aug 30, 2017 ⌄
What if there's media nearby? What if they're having a panic attack?

💬 1          🔁 16          ♡ 57          ⬆

**Generic Soy Milk** ✅
@EmilyGorcenski                                      ⌄

^ Over the course of August 11 and 12 I encountered almost all of these scenarios. And in the lead-up I trained for many of them.

12:51 PM · Aug 30, 2017 · Twitter Web Client

**19** Retweets   **69** Likes

💬          🔁          ♡          ⬆

**Generic Soy Milk** ✅ @EmilyGorcenski · Aug 30, 2017 ⌄
Replying to @EmilyGorcenski
You wanna preach non-violence? $50 says you don't even fucking know how to *do* non-violence.

💬 2          🔁 35          ♡ 147          ⬆

i.



**Generic Soy Milk** ✅
@EmilyGorcenski

This is what antifa does. This is what community defense is. Anyone trained would have recognized what I was doing.

1:02 PM · Aug 30, 2017 · Twitter Web Client

**16** Retweets   **95** Likes

○                    ⤺                    ♡                    ⬆

**Generic Soy Milk** ✅ @EmilyGorcenski · Aug 30, 2017
Replying to @EmilyGorcenski
On a12, during the terrorist attack, I was right there. I knew it was an attack, I knew he might even start shooting.

○ 1              ⤺ 6              ♡ 43              ⬆

**Generic Soy Milk** ✅ @EmilyGorcenski · Aug 30, 2017
I even unholstered my gun in case that happened. But I didn't point it, I saw there was no clear shot, I saw him speed away instead.

○ 3              ⤺ 6              ♡ 43              ⬆

5 more replies

j.

**#HandsOffBolivia** @amal_monstah · Aug 22, 2017
Just curious, how did you get to be so awesome??????

○ 1              ⤺              ♡              ⬆

**Generic Soy Milk** ✅
@EmilyGorcenski

Replying to @amal_monstah

Support from an amazing community who took me in. An amazing media team who trained me. Amazing partners who love me.

9:47 PM · Aug 22, 2017 · Twitter for Android

**1** Retweet   **1** Like

k.

**Generic Soy Milk** ✅ @EmilyGorcenski · Aug 16, 2017
I can't say we reclaimed the time. I can never reclaim that time. This was 9 weeks of preparation.

○ 2          ↻ 6          ♡ 113          ⬆

**Generic Soy Milk** ✅ @EmilyGorcenski · Aug 16, 2017
There were intense personal costs to this. Things I will never get back.

○ 5          ↻ 8          ♡ 116          ⬆

**Jalane Smash the Fash Schmidt** 🖼️📛 @Jalane_Sch... · Aug 16, 2017
Emily, we see you. And we thank you.

○ 1          ↻          ♡ 2          ⬆

**Generic Soy Milk** ✅
@EmilyGorcenski

Replying to @Jalane_Schmidt

Love and solidarity. Proud to have stood with you, trained with you, and proud to be there for the next time with you.

11:08 PM · Aug 16, 2017 · Twitter for Android

**2** Likes

○          ↻          ♡          ⬆

**Jalane Smash the Fash Schmidt** 🖼️📛 @Jalane_Sch... · Aug 16, 2017
Replying to @EmilyGorcenski
We're even stronger now. I'm ready, come what may.

○          ↻          ♡ 3          ⬆

1.

**Vivek Singh** @singhvivek73 · Jul 9, 2017
You are very strong individual!

💬 1          🔁          ♡ 1          ⬆️

**Generic Soy Milk** ◉
@EmilyGorcenski

Replying to @singhvivek73

I was well-trained and well-prepared. It was < 15 seconds from feeling symptoms to self-treatment, < 45 for medic aid.

5:28 PM · Jul 9, 2017 · Twitter for Android

**7** Likes

m.

**Generic Soy Milk** ◉ @EmilyGorcenski · Aug 19, 2017
next time maybe don't let milk stay in your face also have medics with more than 4chan experience. twitter.com/bakedalaska/st...

This Tweet is unavailable.

💬 3          🔁 9          ♡ 83          ⬆️

**Generic Soy Milk** ◉
@EmilyGorcenski

The left rolled out with highly trained street medics, some with experience from Standing Rock.

The right took reddit advice.

8:18 AM · Aug 19, 2017 · Twitter for Android

**16** Retweets     **127** Likes

💬          🔁          ♡          ⬆️

**spk** @StevenPKramer · Aug 19, 2017
Replying to @EmilyGorcenski
The pepper spray BURNS...OWWWWW..you'll have to wait a second Bro...the WiFi just went down.

💬          🔁          ♡ 5          ⬆️

n.

 **Solidarity Cville**
@SolidCville

## ** CALL TO ACTION - TODAY & TOMORROW (10/19 & 10/20) **

#DropAllCharges against longtime #Charlottesville anti-racist activist, Veronica Fitzhugh. Veronica led the fight and taught the rest of us how to fight Nazis and love fiercely. It is not our time to SHOW UP FOR VERONICA.

11:49 AM · Oct 19, 2017 · Twitter Web Client

**6** Retweets    **9** Likes

♡          ↻          ♡          ↑

**Solidarity Cville** @SolidCville · Oct 19, 2017 ·
Replying to @SolidCville
THURSDAY, 10/19: Call the office of Commonwealth Atty Dave Chapman (434 970 3176) to demand that all charges against Veronica Fitzhugh be dropped. Your voice matters!
FRIDAY, 10/20 at 10:35am at Cville General District Court, 606 E Market Street, 22902: COURT SUPPORT for VERONICA

♡ 1          ↻ 4          ♡ 2 ·          ↑

**Solidarity Cville** @SolidCville · Oct 19, 2017
Please join us in supporting Veronica by showing up at court on Friday morning, and BRING FRIENDS! A large showing is vital to support Veronica, show her solidarity, and voice our demand that ALL CHARGES BE DROPPED.

♡          ↻ 2          ♡ 1          ↑

o.

 **Solidarity Cville** @SolidCville · Aug 25, 2017

"Veronica, along with her black and brown femme comrades, has taught us
how to **fight** Nazis" #DropTheCharges



19:59 | 1.7K viewers

**Charlottesville BLM** @CvilleBLM

CvilleBLM was LiVE

🔗 pscp.tv

💬          🔁 3          ♡ 4          ⬆️

p.

 **Solidarity Cville**
@SolidCville

Corey Long is a freedom fighter and he taught us how to fight!

#CoreyLongDidNothingWrong



**Every Day Is August 12 in Charlottesville**
One year ago, Corey Long was photographed wielding an improvised flamethrower in a standoff with a man brandishing a Confederate flag. His life ...
🔗 theatlantic.com

1:08 PM · Aug 10, 2018 · Twitter Web Client

**16** Retweets  **46** Likes

q.

136.   Gorcenski brought a gun to the August 12th demonstration, and drew it from its holster.

 **Generic Soy Milk** ✅ @EmilyGorcenski · Aug 12, 2017 ﹀

After the car hit, I ran through the crowd because I was concerned he might pop out and start shooting.

◯ 5        ⇄ 8        ♡ 119        ⬆

 **Generic Soy Milk** ✅
@EmilyGorcenski ﹀

I pulled my weapon -- no round was chambered -- just in case that happened. I ran after the car as he backed away.

4:59 PM · Aug 12, 2017 · Twitter for Android

a.

137.    Gorcenski repeatedly traveled overseas, trained, and recruited the assistance of foreign Antifa groups and individuals for subversive communist activity in the United States, including the sabotage of the Unite the Right rally.



**Generic Soy Milk** ✔
@EmilyGorcenski

Replying to @phatnom1985

Yeah, I'm neither a liberal nor am I talking about appeasement but rather active antifascist work done by many people in many groups in many countries, thanks for playing.

7:00 PM · Jan 25, 2018 · Twitter for Android

**1** Like

**Generic Soy Milk** ✔ @EmilyGorcenski · Jan 25, 2018
Replying to @EmilyGorcenski and @phatnom1985
We can point to the work by Mark Bray that explicitly calls out intel and counterintel as key antifascist activities.

💬 1        �1        ♡ 1        ⬆

**Generic Soy Milk** ✔ @EmilyGorcenski · Jan 25, 2018
We can point to the work by Unicorn Riot and Eugene Antifa to infiltrate and expose Nazi communications

💬 1        ↻        ♡ 2        ⬆

2 more replies

a.



**Generic Soy Milk** ✅
@EmilyGorcenski

My path to what happened in Charlottesville didn't start here. I don't deserve the credit I get for what my comrades have been doing all along. My path winds through the capital cities of seven countries.

5:09 PM · Jan 13, 2018 · Twitter Web Client

**10** Likes

◌          ↄↄ          ♡          ↥

**Generic Soy Milk** ✅ @EmilyGorcenski · Jan 13, 2018
Replying to @EmilyGorcenski
This path goes from the windy streets of Staré Město, Praha, the parks of Washington, DC, the streetcars of Portland. It's hours of sitting at my kitchen counter. It's sad songs on repeat.

b.          ◌ 1          ↄↄ          ♡ 8          ↥



**Generic Soy Milk** 🍼 @EmilyGorcenski · Oct 3, 2017 ⌄
I relied heavily on the history of non-US activism that I explored in preparing for Cville's summer of hate.

> 🍷 **Sonja Alves** @redsonika · Oct 3, 2017
> Lukewarm Take: seeing other countries' strike & protest of dictatorship photos emphasize how our "resistance" is shit.
> Show this thread

🗨 1          ⇄ 4          ♡ 27          ⬆

**Greg Wilson** @gvwilson · Oct 3, 2017 ⌄
References plz?

🗨 1          ⇄          ♡          ⬆

**Generic Soy Milk** 🍼
@EmilyGorcenski

Replying to @gvwilson

berlin-gegen-nazis.de changed my perspective on how to do public engagement. Prague, 1968, 1989. Berlin 1928-1933. Philippines, etc.

6:07 PM · Oct 3, 2017 · Twitter for Android

**2** Likes

c.

**Generic Soy Milk** 🍼 ⌄
@EmilyGorcenski

A significant portion of my activist inspiration was based off my time in Prague and studying what happened around the world in 1989. There are incredible people's histories of getting by under authoritarian systems and surviving in deep poverty.

5:35 AM · Jul 7, 2018 · Twitter Web Client

**2** Retweets    **22** Likes

d.



**Generic Soy Milk** ✓
@EmilyGorcenski

We call what happened in Prague in 1989 the "Velvet Revolution" because no one died. But watch the footage. It wasn't absent use of force.

2:43 AM · Sep 30, 2018 · Twitter for iPhone

**7** Retweets  **28** Likes

○          ⟲          ♡          ⬆

**Generic Soy Milk** ✓ @EmilyGorcenski · Sep 30, 2018
Replying to @EmilyGorcenski
We talk about Ghandi and King being nonviolent because they didn't participate in violence nor call for it, because it was part of a strategy to position power and aggression as one in the same. But violence was present in both of their movements, in both directions.

○ 1          ⟲ 3          ♡ 27          ⬆

**Generic Soy Milk** ✓ @EmilyGorcenski · Sep 30, 2018
When the National Guard is deployed to escort Black students into public school, that is a use of violence: specifically, the threat of state violence to ensure compliance with civil rights law.

○ 2          ⟲ 5          ♡ 47          ⬆

**Generic Soy Milk** ✓ @EmilyGorcenski · Sep 30, 2018
Violence is not a term with a clear definition. It waxes and wanes with how we want to see our past.

e.          ○          ⟲ 7          ♡ 46          ⬆

**Generic Soy Milk** @EmilyGorcenski · Aug 24, 2017
I was in Berlin when the first torch rally happened in Charlottesville. I knew then I couldn't be on the sidelines if it happened again.

○ 2          ⊔ 5          ♡ 60          ⏏

**Generic Soy Milk** @EmilyGorcenski · Aug 24, 2017
I brought my activism to my community because I walked some of the places in the world where deep evil planted its seeds.

○ 3          ⊔ 9          ♡ 62          ⏏

**Generic Soy Milk** @EmilyGorcenski · Aug 24, 2017
And I didn't want some future generation to walk through UVA like I walked through Bebelplatz.

This is why I act.

○ 7          ⊔ 8          ♡ 94          ⏏

**Generic Soy Milk** @EmilyGorcenski · Aug 24, 2017
I will visit these sites again, to hold that space in my heart again, to connect with those souls, and hope they know that we fought back.

f.          ○ 1          ⊔ 3          ♡ 63          ⏏

**Generic Soy Milk**
@EmilyGorcenski

Replying to @EmilyGorcenski and @ZyahnaB

In 2017, I was in Berlin when the torches came in May. I brought back with me a lot of knowledge and praxis from organizing here that I wouldn't have otherwise found.

I have learned so much from being in Portland and Prague and Bangkok and Berlin about how people are.

4:56 PM · Jan 9, 2019 · Twitter for iPhone

**2** Likes

g.

 **Generic Soy Milk** 
@EmilyGorcenski

You know what, fuck it, I'm just gonna run with it since logic and reason don't fucking work in 2018 anymore. Russia is OUR friend, Jason.
pic.twitter.com/DmmCELzRYm
12:22 PM · 31 Jul 2018

 **Jason Kessler** @TheMadDimension · 1h
Evidently its come to light that foreign governments have been backing Antifa groups planning to disrupt #UniteTheRight2. Interesting...



**Facebook says it has uncovered a coordinated disinformation operat...**
The social media company said that it couldn't tie the activity to Russia, which interfered on its platform around the 2016 presidential election. But...
washingtonpost.com

Twitter

By: Generic Soy Milk @EmilyGorcenski



**Generic Soy Milk**                                                    31 Jul 18
@EmilyGorcenski
Replying to @EmilyGorcenski
Let's turn this on fucking turbo-boost, shall we?
View conversation

**Generic Soy Milk**                                                    31 Jul 18
@EmilyGorcenski
Replying to @EmilyGorcenski
Why'd I move to Berlin, where half of the city was under Russian control, hmm?
View conversation

**Generic Soy Milk**                                                    31 Jul 18
@EmilyGorcenski
Replying to @EmilyGorcenski
Why'd I make multiple trips to Prague last year, hmmm????? Prague is practically Russia! It's only separated by Poland and Belarus, two practically tiny countries! twitter.com/EmilyGorcenski...
View conversation

h.



**Generic Soy Milk** ✅
@EmilyGorcenski

Not that I would ever broker a shady, probably illegal deal with Russians, but I'm just sayin' if one ever did have to, Prague is pretty much the perfect place to do it.

7:32 PM · Apr 13, 2018 · Twitter for Android

**1** Retweet  **29** Likes

i.



**Generic Soy Milk** ✅
@EmilyGorcenski

Before the inauguration, I fled to Prague. I didn't know what evil thing Trump would do first, but I was on a list.

4:42 PM · Aug 21, 2017 · Twitter for Android

**5** Retweets  **40** Likes

◯          ⟲          ♡          ⬆

**Generic Soy Milk** ✅ @EmilyGorcenski · Aug 21, 2017
Replying to @EmilyGorcenski
I was also part of the media and optics team in Cville planning the lead-up. This is no secret, I gave a bunch of interviews.

◯ 2          ⟲ 4          ♡ 38          ⬆

**Generic Soy Milk** ✅ @EmilyGorcenski · Aug 21, 2017
A lot of factors out of our control made Cville what it was. But still... outmaneuvering Bannon at his game is goddamn.

◯ 2          ⟲ 5          ♡ 67          ⬆

**Generic Soy Milk** ✅ @EmilyGorcenski · Aug 21, 2017
We had amazing people coordinating to spread awareness before the event, the best team I've ever been on.

◯          ⟲ 1          ♡ 29          ⬆

j.



**Emily G, Cville.** ✔
@EmilyGorcenski

Follow

I am in Berlin for a while, and it's definitely not for antifa operative training.

6:35 AM - 19 Nov 2017

4 Retweets  60 Likes   

k.



**Generic Soy Milk** ✔ @EmilyGorcenski · Jan 21, 2017
Feminismem proti fašismu -- Feminism against fascism

#WomensMarch **Prague**



💬          ♻ 15          ♡ 38          ⬆

**Generic Soy Milk** ✔ @EmilyGorcenski · Jan 21, 2017
Moje slova jsou moje zbraň -- My words are my weapon.

#WomensMarch **Prague**



l.          💬          ♻ 13          ♡ 27          ⬆



**Generic Soy Milk** ☁
@EmilyGorcenski

Replying to @EmilyGorcenski and @jessfraz

The Museum of Communism, the Jan Palach memorial, and the Jewish museums are all amazing.

Prague is my absolute favorite.

9:41 AM · Oct 14, 2017 · Twitter for Android

6 Likes

**Jessie Frazelle** ☁ @jessfraz · Oct 14, 2017
Replying to @EmilyGorcenski
Sweet this is so helpful, thanks!!

♡ 1

m.



**Generic Soy Milk** ☁ @EmilyGorcenski · Jan 20, 2018
A year ago, I wasn't in DC. I was in Prague, visiting the memorial to Jan Palach and Jan Zajíc, wondering what kind of world it must be that to die in a spectacle is the only way to make your voice heard.

♡ 2   ♺ 11   ♡ 43

**Generic Soy Milk** ☁
@EmilyGorcenski

My time in Prague allowed my activism to jell. It taught me that things can get worse, and that we must act now if we are to not let them get worse.

12:02 PM · Jan 20, 2018 · Twitter for Android

**5** Retweets   **25** Likes

n.

138.     Gorcenski's anarcho-communist Antifa ideology, which overlaps with that of Plaintiffs and their counsel, violently opposes freedom of speech, and every other aspect of the United States Constitution.



a.

b.

c.   "Freeze Peacher" is a derogatory term communists use to deride those who believe in freedom of speech.

**Emily G, Cville.** @ @EmilyGorcenski · 20 Feb 2017

Lack of freeze **peacher** outrage over the ACU rescinding the invite is a tacit acknowledgement that platforms can be denied for moral reasons.

◯ 3    ⇄ 85    ♡ 144    ✉

**Emily G, Cville.** @ @EmilyGorcenski · 4 Jun 2017

Antifa: "Fuck the police, fuck the system!"

Freeze **peacher:** "So my read here is you want the state to exert more power."

> **Alex Silvey** @AlexSilvey
>
> Replying to @EmilyGorcenski
>
> I don't think trusting people clamoring for the removal of free speech with the promise that said removal will only apply to nazis makes me

◯ 1    ⇄ 6    ♡ 28    ✉

**Generic Soy Milk** ☑ @EmilyGorcenski · Aug 6, 2017
Decades of policing violent response has merely created a class of acceptable and stealthily violent manners of abuse.

♡ 1      ♻ 8      ♡ 24      ⬆️

**Generic Soy Milk** ☑ @EmilyGorcenski · Aug 6, 2017
Harassment is violence. Legislation that excludes and revokes civil rights is violence. Emotional abuse is violence.

♡ 3      ♻ 10      ♡ 29      ⬆️

**Generic Soy Milk** ☑ @EmilyGorcenski · Aug 6, 2017
What we have created is a group of people who are disempowered to defend themselves against these violent actions...

♡ 1      ♻ 2      ♡ 15      ⬆️

**Generic Soy Milk** ☑
@EmilyGorcenski

and created a power structure utterly disincentivized to act on their behalf.

This approach is incompatible with civil rights.

12:43 AM · Aug 6, 2017 · Twitter Web Client

**2** Retweets   **15** Likes

♡       ♻       ♡       ⬆️

**Generic Soy Milk** ☑ @EmilyGorcenski · Aug 6, 2017
Replying to @EmilyGorcenski
If you push a people to the point where they break, then you are responsible for how they react. This is true throughout history.

♡ 3      ♻ 9      ♡ 27      ⬆️

**Generic Soy Milk** ☑ @EmilyGorcenski · Aug 6, 2017
Am I talking about tech industry or am I talking about a12?

d.      Honestly I have no fucking idea at this point.



**Generic Soy Milk** ✅
@EmilyGorcenski

Within *my lifetime* regimes have been toppled by speech and that speech wasn't protected. Sooo... tell me again why we let Nazis roam?

12:07 PM · Jun 2, 2017 · Twitter Web Client

e.

**5** Retweets   **17** Likes



**Generic Soy Milk** ✅
@EmilyGorcenski

In Prague, a city near to me heart, an oppressive state was overthrown by unfree speech. Romania, too. And countless more.

12:26 AM · Mar 12, 2017 · Twitter for Android

f.

**12** Retweets   **43** Likes



**Generic Soy Milk** ✅ @EmilyGorcenski · Mar 12, 2017
Free speech didn't prevent tyranny from taking hold in dozens of other regimes, too.

💬 1        ↻ 11        ♡ 44        ⬆

**Generic Soy Milk** ✅
@EmilyGorcenski

So perhaps the power of the ward is not in the protection of the speech but the speech itself.

12:29 AM · Mar 12, 2017 · Twitter for Android

**11** Retweets   **68** Likes

💬        ↻        ♡        ⬆

**Generic Soy Milk** ✅ @EmilyGorcenski · Mar 12, 2017
Replying to @EmilyGorcenski
So maybe we should be less focused on the pedantry of what's protected and be more focused on what arises instead.

💬 2        ↻ 12        ♡ 84        ⬆

g.

**Idol Stan uwu** @lampsofgold · Aug 30
Voting for democrats puts democrats on the bench :)

💬 4          ⟲          ♡ 69          ⬆️

**Generic Soy Milk** ✅ @EmilyGorcenski · Aug 30
I don't want democrats on the bench

💬 38         ⟲          ♡ 42          ⬆️

This Tweet is unavailable.

**Generic Soy Milk** ✅
@EmilyGorcenski

Replying to @NicholTopps @lampsofgold and @contrapopulist

I actually want the supreme court abolished and the constitution lit on fire

10:19 AM · Aug 30, 2019 · Twitter Web App

h.    **10** Likes

**Generic Soy Milk** ✅ @EmilyGorcenski · Aug 9, 2017
The legal community needs to stop fetishizing defending Nazi speech until it starts consistently showing up for marginalized folks' speech.

💬 11         ⟲ 1.3K      ♡ 3K          ⬆️

**Generic Soy Milk** ✅ @EmilyGorcenski · Aug 9, 2017
When I was straight-up banned from a business for being trans, the ACLU told me it only takes cases with impact potential.

💬 9          ⟲ 617       ♡ 1.1K        ⬆️

i.

**Generic Soy Milk** ✅
@EmilyGorcenski

Replying to @irvingwandj and @erlusztig

No. Addressing in within the same framework that has been corrupted is pointless. The Constitution is corrupt; the corrupted Constitution cannot remove the corruption.

3:32 PM · Apr 15, 2018 · Twitter for Android

j.



**Generic Soy Milk** ✅
@EmilyGorcenski

The most odious thing about this time in history is how the concepts of non-violence and free speech have been coopted by the right.

10:49 AM · Aug 7, 2017 · Twitter Web Client

**38** Retweets    **106** Likes

**Generic Soy Milk** ✅ @EmilyGorcenski · Aug 7, 2017
Replying to @EmilyGorcenski
They discard these concepts the *instant* that it is inconvenient for them. But they use them as a moral barrier.

♡ 4          ↻ 16          ♡ 42

**Generic Soy Milk** ✅ @EmilyGorcenski · Aug 7, 2017
You can't hide immorality behind a moral barrier, and if by penetrating that barrier you see me as immoral, I'm willing to absorb that cost.

♡ 2          ↻ 11          ♡ 22

k.

**Generic Soy Milk** ✅
@EmilyGorcenski

Replying to @EmilyGorcenski and @BrynnTannehill

Idealistically, we strike and tear down the entire apparatus of the government and force a new Constitution.

8:11 AM · Feb 12, 2019 · Twitter Web Client

l.

**1** Retweet    **10** Likes



**Generic Soy Milk** ✔ @EmilyGorcenski · Jul 5, 2018  ∨
ACLU: The price of free speech is *checks notes* brain hemmorhages. But uh, don't worry, just minor ones.

Prayer has a     in downtown
f the state's mosft one participa
ne American Ci\al with a skull
egon.              ain hemorrhag

♡ 5          ↻ 30          ♡ 85          ⬆



**Generic Soy Milk** ✔ @EmilyGorcenski · Jul 5, 2018  ∨
Truly if we deny Nazis the ability to cause brain hemmorhages how can we even have a first amendment

♡ 2          ↻ 9          ♡ 44          ⬆



**Generic Soy Milk** ✔
@EmilyGorcenski                              ∨

It's right there in the Constitution: the right to cause
skull fractures shall not be denied

1:10 AM · Jul 5, 2018 · Twitter for Android

m.   **6** Retweets   **24** Likes



**Generic Soy Milk** ✔
@EmilyGorcenski                              ∨

Our electoral systems are openly corrupted. Our
healthcare is a mess. And we've openly reverted to the
Constitution being only for cis white men.

8:32 AM · Feb 10, 2018 · Twitter for Android

n.   **15** Retweets   **55** Likes

**Generic Soy Milk** @EmilyGorcenski · Jun 27, 2018
We have to stop hoping that a corrupted system will uncorrupt itself willingly.

◯ 2          ⟲ 30          ♡ 129          ⬆

**Generic Soy Milk**
@EmilyGorcenski

## The Constitution has been deeply corrupted and its framework won't bail us out now.

3:39 PM · Jun 27, 2018 · Twitter for Android

**16** Retweets   **103** Likes

◯          ⟲          ♡          ⬆

**Generic Soy Milk** @EmilyGorcenski · Jun 27, 2018
Replying to @EmilyGorcenski
I learned some things from hanging out with drifters and queers in Appalachia and that is what solidarity means. Solidarity means that if you've got floor space, you've got room for a guest. It means you do the work for those who need it.

o.

◯ 3          ⟲ 26          ♡ 138          ⬆

**Generic Soy Milk** @EmilyGorcenski · Jun 27, 2018
Remember: all the revolutions you read about were years or decades in the making.

Remember that we are suffering the effects of a multi-generational struggle on the side of the Christian right.

◯ 2          ⟲ 35          ♡ 129          ⬆

p.



**Emily Ghoulcenski** ✔ @EmilyGorcenski · Aug 9, 2017 ⌄

Here's an idea: white cis men don't get a say in how trans women of color respond to gender and racial oppression.

◯ 8       ⟲ 11       ♡ 86       ⬆

**Emily Ghoulcenski** ✔
@EmilyGorcenski                                        ⌄

We throw bricks so y'all motherfuckers can have proggy feels about gay marriage

8:22 AM · Aug 9, 2017 · Twitter for Android

**2** Retweets   **41** Likes

q.

**Generic Soy Milk** ✔ @EmilyGorcenski · Jan 25, 2018   ⌄

When you say "we must handle all Nazis the same" you are basically saying "we must kill all Nazis."

Well? *gestures*

◯ 2       ⟲ 6       ♡ 105       ⬆

r.

♡ 2      ⟲ 40      ♡ 72      ⬆

**Generic Soy Milk** 🔘 @EmilyGorcenski · Jun 29, 2017    ⌄
These "random" acts of white supremacist violence are anything but random.
They are simply events in a long tail of a distribution.

♡ 1      ⟲ 9      ♡ 45      ⬆

**Generic Soy Milk** 🔘 @EmilyGorcenski · Jun 29, 2017    ⌄
But this messaging is a constant pressure moving that distribution towards
more violence. We can't keep acting surprised by it.

♡ 1      ⟲ 5      ♡ 24      ⬆

**Generic Soy Milk** 🔘 @EmilyGorcenski · Jun 29, 2017    ⌄
There is nothing shocking about this video. Not a damn thing. Violence is
coming. Treating things like independent events is disingenuous.

♡ 1      ⟲ 7      ♡ 30      ⬆

**Generic Soy Milk** 🔘 @EmilyGorcenski · Jun 29, 2017    ⌄
Admonishments of violence are wholly insufficient at this point. That ship
hasn't just sailed, it already hit an iceberg and sank.

♡ 1      ⟲ 6      ♡ 25      ⬆

**Generic Soy Milk** 🔘 @EmilyGorcenski · Jun 29, 2017    ⌄
I have evidence the right is looking to start violence in Charlottesville. I have
evidence that they will even turn on each other.

♡ 2      ⟲ 5      ♡ 20      ⬆

**Generic Soy Milk** 🔘    ⌄
@EmilyGorcenski

Prepare for a fucking mess, that's all I'm saying. I am
firmly committed to nonviolent direct action, but firmly
prepared to defend myself.

9:09 AM · Jun 29, 2017 · Twitter for Android

**6** Retweets    **40** Likes

s.

**Generic Soy Milk** @EmilyGorcenski · Jul 22, 2017
"Successful, well-paid trans woman" doesn't fit their worldview at all.

◯ 1          ⟲ 2          ♡ 43          ⬆

**Generic Soy Milk** @EmilyGorcenski · Jul 22, 2017
The second thing that sticks out is "you can walk away from this movement."
This betrays a deep sense of fear and desire to suppress me.

◯ 1          ⟲          ♡ 21          ⬆

**Generic Soy Milk**
@EmilyGorcenski

The "free-speech" crowd wants nothing more than my
silence. This is profoundly telling.

They will not get it.

8:54 AM · Jul 22, 2017 · Twitter for Android

**8** Retweets    **58** Likes

◯          ⟲          ♡          ⬆

**Generic Soy Milk** @EmilyGorcenski · Jul 22, 2017
Replying to @EmilyGorcenski
But this isn't just wanting my silence. The projection in this thread betrays
their fear of my continued speech.

◯ 1          ⟲          ♡ 17          ⬆

← **Tweet**



**Generic Soy Milk** ✅ @EmilyGorcenski · Jul 13, 2017
I'm no tankie, but alls I'm saying is if my tankie friends wanted to bring their tanks to Cville on 8/12 I might not complain.

💬 1       ↻ 3       ♡ 17       ⬆️

**Generic Soy Milk** ✅
@EmilyGorcenski

## Diversity of tanktics

7:25 AM · Jul 13, 2017 · Twitter for Android

**1** Retweet   **13** Likes

💬        ↻        ♡        ⬆️

**Johnathan Nightingale** ✅ @johnath · Jul 13, 2017
Replying to @EmilyGorcenski
We have to listen to both sides of the tankversation

💬        ↻        ♡ 1       ⬆️

u.



**Generic Soy Milk** ✓
@EmilyGorcenski

Guns don't make us safe.

But we are past the point of safety. Safety's not an
option, so we must choose to be powerful.

4:46 PM · Jul 7, 2017 · Twitter for Android

**17** Retweets   **59** Likes

This Tweet is unavailable.

**Jacie the Chicken** 🐔 @JaceTheChicken · Jul 7, 2017
Pratchett is always relevant.

**Hale_Virginia** @Hale_Virginia1 · Jul 7, 2017
Replying to @EmilyGorcenski
Exactly. Saving up for my first gun currently
  ♡ 1

**Laura Lea Watson** @LauraLeaWatson1 · Jul 7, 2017
Make sure it's a good fit for your hand and one you can actually use. A .38
cal snub nose revolver was my 1st gun.
  ♡ 1                          ♡ 2

v.

139.    Gorcenski stockpiled weapons in the months leading up to Unite the
Right.

 **Generic Soy Milk** ☑
@EmilyGorcenski

My life in America: stockpiling weapons and regularly checking my house for vandalism.

My life in Berlin: studying math at a Bäckerei



9:27 AM · Jun 29, 2017 · Twitter for Android

**8** Retweets   **69** Likes

 **Generic Soy Milk** ☑ @EmilyGorcenski · Jun 29, 2017
Replying to @EmilyGorcenski
There is a pride flag flying at the Rathaus across the street. I'm reading stochastic theory for work.

a.



b.

140.

3 Likes

# Threats and Intimidation

141.    Gorcenski was not the only one instigating violence toward the Unite the Right rally.

← **Tweet**

**SURJ Charlottesville**
@SURJ_Cville

Know a Nazi, see a Nazi, punch a Nazi.
#FuckWhiteSupremacy

> **It's Going Down** @IGD_News · May 16, 2017
> Meet the Neo-Nazis Who Organized the Klan Like Rally in #Charlottesville
> #Virginia itsgoingdown.org/meet-the-neo-n...

1:05 PM · May 16, 2017 · Twitter for iPhone

2 Likes

💬          🔁          ♡          ↑

a.

**Joseph Lawson** @joekiller · May 13, 2017
People getting assaulted is vigilantism not justice. Just saying...
💬 1          🔁          ♡          ↑

**SURJ Charlottesville** @SURJ_Cville · May 13, 2017
Won't someone think of the poor fragile NAZI?
💬 1          🔁          ♡ 1          ↑

**SURJ Charlottesville** @SURJ_Cville · May 13, 2017
But seriously, when someone is militating against Jews and refuses to
denounce Hitler?
💬 1          🔁          ♡          ↑

**SURJ Charlottesville**
@SURJ_Cville

Replying to @SURJ_Cville and @joekiller

I can't in good conscience suggest that it's wrong to
punch him.  You are welcome to disagree.

11:27 PM · May 13, 2017 · Twitter for iPhone

💬          🔁          ♡          ↑

**Joseph Lawson** @joekiller · May 13, 2017
Replying to @SURJ_Cville
Totally get the perspective and appreciate honesty.
💬          🔁          ♡ 2          ↑

b.



PATREON

molly
is creating babysitting the city of charlottesville

SELECT A MEMBERSHIP LEVEL

c.

← **Tweet**                                    ⌄

  **Lacy MacAuley**
@lacymacauley

What is better than @RichardBSpencer punch?
Remembering delusional overreach, made-up beliefs,
and inevitable downfall of original Nazis.

🔘 **New York City Antifa** @NYCAntifa · May 9, 2017
#antifa pic.twitter.com/7EVzSeKrZr

4:22 PM · May 9, 2017 · Twitter for iPhone

**1** Like

d.



e.

## Leftist Legal Defense Funding in Advance of Planned Crimes

142. Plaintiffs' complaint goes into great deal about Defendants'
fundraising efforts. At least in the case of Defendant Cantwell, those
fundraising efforts were for travel expenses. In contrast, co-conspirators of
Plaintiffs raised money for the explicit purpose of having legal defense funds,

because they knew they were planning to commit crimes, and planning to be arrested.

← **Tweet**

**Charlottesville DSA** @CvilleDSA · Aug 10, 2017                              ⌄
If you're looking to show solidarity on the 12th but aren't able to be in Cville,
donate to the legal defense fund! fundly.com/solidarity-c-v...

　♡ 5　　　⇄ 310　　　♡ 275　　　　⬆

**Wif€ Off Då ©hΔin**                                                          ⌄
@jbtiv

Replying to @CvilleDSA and @ghostmeow

I'm also donating to the Punch Richard Spencer in his Motherfucking Mouth Fund!

3:16 AM · Aug 12, 2017 · Twitter Web Client

**2** Likes

　　♡　　　　⇄　　　　♡　　　　⬆

a.

**Generic Soy Milk** ● @EmilyGorcenski · Jul 20, 2017
Miss me with trans discourse unless you are sending material support for 8/12. I don't fucking care. I don't know if I survive it.

○ 3          ⟲ 2          ♡ 25          ⬆

**Generic Soy Milk** ● @EmilyGorcenski · Jul 20, 2017
I had real talks today with someone about whether we thought this was a movement worth dying for.

○ 1          ⟲ 1          ♡ 8          ⬆

**Generic Soy Milk** ● @EmilyGorcenski · Jul 20, 2017
Multiple death threats. Constant harassment. Locals threatening to find me in the street.

○ 3          ⟲ 2          ♡ 7          ⬆

**Matt McLeod** @somefatbloke · Jul 20, 2017
Is there any way to help from the other side of the planet?

○ 1          ⟲          ♡          ⬆

**Generic Soy Milk** ●
@EmilyGorcenski

Replying to @somefatbloke

solidaritycville.com has a donate link

9:18 PM · Jul 20, 2017 · Twitter for Android

○          ⟲          ♡          ⬆

**Matt McLeod** @somefatbloke · Jul 20, 2017
Replying to @EmilyGorcenski
Thanks!

○          ⟲          ♡          ⬆

**Matt McLeod** @somefatbloke · Jul 20, 2017
Replying to @EmilyGorcenski
Have thrown some money at the legal defense fund.

Sending good vibes, for what little that's worth.

○          ⟲          ♡          ⬆

b.



**SURJ Charlottesville**
@SURJ_Cville

If you'd like to donate to the Solidarity Cville legal fund, here's the link: fb.me/1qV8kocE3

4:19 PM · Jul 10, 2017 · Facebook

**1** Like

c.



**SURJ Charlottesville**
@SURJ_Cville

If you can, please donate to the Charlottesville Solidarity Legal Fund and share this!

"The Charlottesville... fb.me/7SP7DaeKc

11:36 PM · Aug 5, 2017 · Facebook

**9** Retweets   **5** Likes

d.

143.   Other fundraising was less specific.



**SURJ Charlottesville**
@SURJ_Cville

fundly.com/solidarity-c-v...

Please donate if you can!!!

On Saturday, July... fb.me/7hlt08sKf

5:57 PM · Jul 9, 2017 · Facebook

**8** Retweets   **5** Likes

a.

**SURJ Charlottesville**
@SURJ_Cville

If you feel called to donate, here is our GoFundMe:
fb.me/JCFXMWJK

4:03 PM · Jul 10, 2017 · Facebook

**2** Retweets   **3** Likes

b.

c.   See Exhibit102-SURJGFM.pdf

They have two permitted gatherings in our town this summer: July 8 (KKK rally) and August 12 ("Unite the Right March on Charlottesville").

Donations will benefit:
- supporting communities of color with supplies (art supplies and supplies for trainings and workshops) for this summer
- honorariums for trainings and workshops run by People of Color
- paying artists for their work that is used at trainings and workshops
- day-of supplies like water and food
- printing and media costs
- responding to the needs and requests of People of Color in this community - securing training space and day-of childcare

SURJ-Charlottesville will be disbursing your generous donations to the individuals fulfilling the needs above (money will go directly into a SURJ planning committee member's account specifically set up to handle monies from this campaign only). All disbursements will be documented and approved by our financial oversight committee.

We are so grateful for your support and continued companionship in the fight for liberation.

- Charlottesville Activists

i.

**$17,402** raised of $5,000 goal

| **488** donors | **796** shares | **491** followers |

**Donate now**

**Share**

Jes Sherman
**$50** · 15 mos

Susen Fenn
**$50** · 23 mos

Anonymous
**$250** · 26 mos

Anonymous
**$20** · 27 mos

Thomas Schaller
**$50** · 27 mos

 **SURJ Charlottesville**
@SURJ_Cville

White ppl, donate to DiDi- a black queer activist and movement builder.

 **Authentically DiDi** @TheDiDiDelgado · Aug 4, 2017

patreon.com/thedididelgado

#coin

  I should be paying to hear and read what you think.

Just now  ·  Like  ·  Reply

 **The DiDi Delgado**
www.patreon.com/TheDiDiDelgado

**DiDi Delgado is creating change (unapologetic...**
patreon.com

12:24 PM · Aug 9, 2017 · Twitter for iPhone

**1** Retweet   **3** Likes

d.

 **SURJ Charlottesville**
@SURJ_Cville

Are you watching at bit.ly/DefendCville? Now's a good time to donate to @CvilleBLM: paypal.me/blmcville/

8:41 AM · Aug 12, 2017 · Twitter Web Client

**17** Retweets   **8** Likes

e.

144.      Co-conspirators raised money for criminals after the event as well.

**SURJ Charlottesville**
@SURJ_Cville

Takiya is a hero. Donate to this bail fund for them:

durhamsolidaritycenter.org/bondfund/

twitter.com/katzonearth/st...

This Tweet is unavailable.

5:27 PM · Aug 15, 2017 · Twitter for iPhone

**14** Retweets   **11** Likes

a.

b.  See Exhibit103-BondFund.pdf

# Freedom Fighter Bond Fund



The Freedom Fighter Bond Fund of the Carolinas is a project of Durham Solidarity
Center, whose fiscal sponsor is Action for Community in Raleigh, a 501(c)(3)
organization.

To comply with applicable IRS regulations, any funds we solicit are not earmarked for
any specific person's bail or legal costs—but rather for the Freedom Fighter Fund in
general, which is dedicated in its mission to oppose state repression and support those
who act in good conscience to advance the cause of justice and equity.

The Rapid Response Team cannot commit to pay funds in excess of the balance of the
Fund.

OVERSIGHT & GOVERNANCE
The Freedom Fighter Fund is governed by a Rapid Response Team composed of a 5-8
people who are representative of the people and communities organizing in support of
racial, social, gender, economic, and environmental justice. The composition of the
Rapid Response Team will be majority of people of color and majority women and/or
gender non-conforming persons. The Rapid Response Team can designate a trusted
person to coordinate the bond/jail solidarity.

GUIDELINES
Guidelines for Offering Funds for Bail & Legal Costs:

i.

**SURJ Charlottesville** @SURJ_Cville · Aug 17, 2017
White liberals need to take this horrendous incident in #charlottesville as a time to critically examine their role in white supremacy.

♡ 2          ⟲ 5          ♡ 17          ⬆

**SURJ Charlottesville** @SURJ_Cville · Aug 17, 2017
Your notions of what "allyship" looks like must be challenged. Your presence in the resistance as white ppl should never feel comfortable.

♡ 1          ⟲ 6          ♡ 11          ⬆

**SURJ Charlottesville**
@SURJ_Cville

In the meantime: donate to @CvilleBLM. Pay court costs 4 POC Durham activists who removed racist statues themselves: durhamsolidaritycenter.org/bondfund/

10:07 PM · Aug 17, 2017 · Twitter for iPhone

**13** Retweets   **15** Likes

c.



d.

# A Long History of Violence

145.     This willingness to use violence to shut down a permitted demonstration by no means emerged on the weekend of August 12th 2017. Unless Plaintiffs want to tell this court that they do not own televisions or radios, it is implausible they do not know this.

    a. The Daily Caller compiled a list of 16 attacks by Antifa and other far Left radicals against mainstream conservatives from June of 2016 to June of 2017. This does not include the assault on Richard Spencer, or the many more attacks on "Alt Right" demonstrations which had occurred during the same time frame. (See Exhibit40-AttacksBeforeA12.pdf)

b. Project Veritas exposed operatives connected to the Hillary Clinton
Presidential Campaign, and an organization known as Democracy
Partners, engaged in a campaign of "Bird Dogging" designed to
instigate violence at Trump rallies. (See Exhibit41-BirdDogging.pdf)

146.    For their violence to be successful, they required a pretext. That false
pretext was that the victims of their premeditated assault, were actually the
perpetrators of precisely such a crime as they themselves intended to carry
out. That false pretext, is the basis of this suit.



**Generic Soy Milk** ☑
@EmilyGorcenski

In Charlottesville, antifa were lauded as heroes because
of no black bloc and a clearly-branded Nazi enemy.

2:02 PM · Sep 1, 2017 · Twitter for Android

**35** Retweets    **161** Likes

♡          ↨↨          ♡          ⬆

**Generic Soy Milk** ☑ @EmilyGorcenski · Sep 1, 2017
Replying to @EmilyGorcenski
You can call "antifa" terrorists. The truth won't change. People will still
oppose racial violence; in Cville we proved racists instigate.
♡ 3        ↨↨ 54       ♡ 209       ⬆

**Generic Soy Milk** ☑ @EmilyGorcenski · Sep 1, 2017
In a dark way I kinda hope black bloc sits the next one out. Let people see
what happens when no one stands against fascist violence.
♡ 5        ↨↨ 26       ♡ 135       ⬆

Show more replies

a.

# Destruction of Evidence, Witness Tampering, and Intimidation

147.    In the wake of the events in dispute, a relentless campaign of witness
intimidation was waged by co-conspirators of the Plaintiffs. This lawsuit was
part of that campaign, leaving crime victims terrified that they would be
dragged into this and bankrupted.

**Generic Soy Milk** @EmilyGorcenski · Sep 3, 2017
Counter-antifa efforts are largely based on one photo or a brief video clip.
This isn't enough generally.

💬 1          ⟲ 7                  ♡ 66          ⬆

**Generic Soy Milk** @EmilyGorcenski · Sep 3, 2017
Furthermore, in VA a victim needs to step forward. That means to land
charges, the Nazi being beaten has to self-dox.

💬 1          ⟲ 7                  ♡ 70          ⬆

**Generic Soy Milk** @EmilyGorcenski · Sep 3, 2017
That may happen. And what we'll see is a fairly mundane trial if it does,
because the photos show street skirmishes.

💬 1          ⟲ 5                  ♡ 52          ⬆

a.

b. Solidarity Cville Published a blog post "Charlottesville Community In
   Solidarity With Grand Jury Resistors" Exhibit42-SolidarityGJR.pdf

c. ItsGoingDown.org published an article titled "Virginia Is For Grand
   Jury Resisters! What You Need To Know"

   i. We find it notable that aside from the hate crimes act, it is
      possible these charges could be brought against those who stood
      against racism, hate and white supremacist violence that day.

   ii. What we don't know, and the federal government is under no
       obligation to tell us, is whether they are going to continue with
       the narrative initiated by Donald Trump last August. We cannot
       say with any certainty that the US Attorney does not also wish
       to seek indictments against anti-racist and anti-fascist
       participants from August 12th. This is why we firmly believe
       that non-cooperation continues to be our safest option when it
       comes to grand juries!

   iii. The same law enforcement who rely on the violence and white
        supremacy of the state can never be relied upon to serve justice
        against white supremacists. It is vital to look at this situation
        from this perspective. White supremacists such as Richard
        Spencer and Jason Kessler are not a threat to the continued
        legitimacy of the state. We know the kind of America Donald
        Trump and his supporters mean when they say they wish to
        "Make America Great Again." It is the same kind of America
        that those who attended the Unite the Right rally wish to see.

    iv. Full post See Exhibit55-IGD-GJResist1.pdf or
https://itsgoingdown.org/virginia-is-for-grand-jury-resisters/

d. Another ItsGoingDown.org post was titled "VA Is For Grand Jury Resistors: A New Year Of Repression And Resistance"

    i. As you might know, a federal grand jury has begun to issue subpoenas, forcing victims of the horrific attack on August 12th to appear before the grand jury and testify on behalf of the state. On first appearance, this might seem beneficial, allowing a federal institution of the repressive state apparatus investigative power over the events of the summer, but as the state has oppressed low-income people of color and those in the fight for liberation in the past, the grand jury is another instance of this oppression.

    ii. There are those in Charlottesville who have bravely chosen to resist this exultation of repressive power, and we stand in solidarity with them. This is a call for all residents of Charlottesville to stand as well, to fight along those in the struggle for justice and liberation. If you receive a federal subpoena, don't be silent. Contact local community organizations like SolidarityCville and other groups involved in the fight for social justice.

    iii. The new year has begun, and with it the continuation of our life-long struggle. In the immortal words of Gramsci, "the old world is dying, and a new one struggles to be born; now is a time of monsters." The crisis of our times is just beginning; we are at the forefront of history and now is not the time for idle passivity. For the freedom of the working class, of people of color, of women, of trans people, of queer people to be fully realized, we must find in ourselves the passive, apathetic element of ourselves, and destroy it. There are those currently fighting, and we have the responsibility of fighting alongside them in whatever way we can. This past year has been filled with horror, but don't mourn: fight back!

    iv. Full post see Exhibit55-IGD-GJResist2.pdf or
https://itsgoingdown.org/va-grand-jury-resistors-new-year-repression-resistance/

← **Tweet**

**Lacy MacAuley**
@lacymacauley

HEADS UP. Friends, do not snitch. Do not be intimidated. Stay strong. Resist the #grandjury. We will all get through this.

#Charlottesville #UnitetheRight

> **Richmond Police** @TheQueerCrimer · Nov 27, 2017
> IMPORTANT NOTICE: Federal Grand Jury subpoenas are now being served to anti-racists, by FBI agents, in regard to the Unite the Right rally in Charlottesville. THERE IS A FEDERAL GRAND JURY HAPPENING. Support those that are being targeted. Don't snitch. Show solidarity. RETWEET!
> Show this thread

6:07 PM · Nov 28, 2017 · Twitter for iPhone

**30** Retweets  **31** Likes

♡            ⭜            ♡            ⬆

Show more replies

e.

 **Solidarity Cville**
@SolidCville

#Cville + Comrades!

Tape this What to Do if the FBI / Police Knock guide to
your door & repeat after us: "I AM GOING TO REMAIN
SILENT. I WANT A LAWYER. I DO NOT CONSENT TO A
SEARCH." Thx @IGD_News! ItsGoingDown.org/wp-
content/upl...

10:37 AM · Dec 5, 2017 · Twitter Web Client

**22** Retweets   **21** Likes

○             �which          ♡             ↥

**Solidarity Cville** @SolidCville · Dec 5, 2017
Replying to @SolidCville and @IGD_News
@ash_antifa @ztsamudzi @zellieimani @Mark__Bray @JackSmithIV
@ciccmaher @lacymacauley @crimethinc @uvastudentpower @UR_Ninja
@CvilleBLM @SURJ_Cville @SURJ_DC @Blklivesmatter @MayDayRVA

○             ↥             ♡             ↥

f.

   i.   See Document Exhibit43-SolidarityMeansSilence.pdf



**Solidarity Cville**
@SolidCville

ALERT: Please take down any photos of arrests made in #Charlottesville today! We're getting word that police are looking for footage and photos to trump up charges against community members.

4:37 PM · Aug 12, 2018 · Twitter Web Client

**218** Retweets    **214** Likes

♡            ⟲            ♡            ⬆

This Tweet is unavailable.

**Irina Skaya** @theirinaskaya · Aug 12, 2018
Replying to @SolidCville
Are you kidding ?? There's dozens of videos going around of antifa attacking police and journalists!

♡ 1          ⟲          ♡ 1          ⬆

This Tweet is unavailable.

**Toxic Rationality** @HemorrhoidSkank · Aug 12, 2018
Replying to @SolidCville
You are all sacks of shit. Hope all who broke the law get thrown in prison where you can learn all about racism and rape.

♡ 1          ⟲          ♡          ⬆

**Janna** @Janna_802 · Aug 12, 2018

♡            ⟲            ♡            ⬆

**Nate Wilson** 🔲✖ @TornadoError404 · Aug 12, 2018
Replying to @SolidCville and @sigironmonger
If you were arrested for something stupid you deserved what you get.

♡            ⟲            ♡            ⬆

g.

 **Solidarity Cville**
@SolidCville

Urgent Call to Action: Media must NOT put mugshots out, nor spread names of community members.

We are still here, still fighting white supremacy in Cville every day, & there is a very real risk of doxxing, retribution, and punishment of anti-racist protestors by nazis & police.

7:44 PM · Aug 12, 2018 · Twitter Web Client

**45** Retweets  **105** Likes

**Solidarity Cville** @SolidCville · Aug 12, 2018
Replying to @SolidCville
Please also hold outlets accountable for endangering anti-racist community members in Charlottesville and DC.

#DefendCville #CvilleFightsBack #AllOutAugust

⟳ 14    ♡ 34

**Darshan Elena Campos, PhD** @darshancampos · Aug 12, 2018
Replying to @SolidCville
May all our community protectors remain #brave and #safe in the face of fascism. We #win. In time, we will have won #justice and #healing for all.

♡ 5

h.

 **Emily G, Cville.** 🌼
@EmilyGorcenski

My favorite part about Nazis being found and fired is how I told them specifically of that consequence.

> **Emily G, Cville.** 🌼 @EmilyGorcenski
> Replying to @EmilyGorcenski
>
> We will have so many cameras, so many microphones, so many streams watching every cheer for calls to white nationalism.

6:19 AM - 18 Aug 2017

**15** Retweets **76** Likes   👤 🌀 🌸 💀 🌀 🌀 🌀 👤 🌀 🌀

💬 3      ⟲ 15      76
♡



**Rebel Scum** @ReneeWatson63 · 18 Aug 2017  ﹀
Replying to @EmilyGorcenski @YouNicks

*sings merrily*
 If you're a Nazi and you're fired, it's your fault *clap clap*
 If you're a Nazi and you're fired, it's your fault *clap clap*
 You were spotted in the mob, and now you've lost your fuckin' job,
 If you're a Nazi and you're fired, it's your fault. *clap clap*

♡      ⟲ 4      5

**Tempus Fugit** @YouNicks · 18 Aug 2017  ﹀
Replying to @EmilyGorcenski

Pencil is mightier than the sword, Internet Age edition. Is quite telling that non-violent exposure of their words and actions works..

♡      ⟲      1

**Thad Humphries** @johnthad · 18 Aug 2017  ﹀
Replying to @EmilyGorcenski

Firing is tough, but in 1945 we hanged good Nazis, burned the bodies, and threw the ashes into a river.

♡      ⟲

♡

i.

**Generic Soy Milk** @EmilyGorcenski · Nov 28, 2017  ⌄
The problem is that Grand Juries have extreme reach. They can ask you anything, you're under oath, and you have to answer.

  ◯ 3    ⇵ 6    ♡ 28    ⤒

**Generic Soy Milk** @EmilyGorcenski · Nov 28, 2017  ⌄
So it's possible that these can be used to roll up investigations into leftists... even if not to indict, they can build networks.

  ◯ 1    ⇵ 5    ♡ 36    ⤒

**Generic Soy Milk** @EmilyGorcenski · Nov 28, 2017  ⌄
That can be problematic.

  ◯ 1    ⇵ 2    ♡ 18    ⤒

**Generic Soy Milk**  ⌄
@EmilyGorcenski

## I'm not going to go on record advocating grand jury resistance, though I will say resources exist if that's your decision.

4:03 AM · Nov 28, 2017 · Twitter for Android

**4** Retweets   **23** Likes

  ◯    ⇵    ♡    ⤒

**Generic Soy Milk** @EmilyGorcenski · Nov 28, 2017  ⌄
Replying to @EmilyGorcenski
So far, it looks like the Federal Grand Jury is primarily targeting Fields, Cantwell, and then Kessler, Spencer, Mosley, et al, in that order.

  ◯ 1    ⇵ 5    ♡ 26    ⤒

**Generic Soy Milk** @EmilyGorcenski · Nov 28, 2017  ⌄
But, I have heard unconfirmed rumors of investigations or indictments into leftists as well.

  ◯ 2    ⇵ 6    ♡ 22    ⤒

**Generic Soy Milk** @EmilyGorcenski · Nov 28, 2017.  ⌄
So that's the situation here. The FBI is targeting victims of the car attack but is likely to roll that investigation up into more stuff. We'll see how it pans out.

  ◯ 2    ⇵ 6    ♡ 30    ⤒

j.



**Generic Soy Milk** ◉ @EmilyGorcenski · Dec 3, 2018 ⌄
Lots of people are talking about Trump and this statute but let's have a deeper discussion of it because LEFTISTS NEED TO BE AWARE OF WHAT THIS LAW MEANS

>  **A Crime a Day** @CrimeADay · Dec 3, 2018
>
> 18 USC §1512(b) makes it a federal crime to try to corruptly persuade someone into refusing to testify in an official proceeding.

◯ 1          ⟲ 16          ♡ 64          ⬆



**Generic Soy Milk** ◉ @EmilyGorcenski · Dec 3, 2018 ⌄
So, grand juries, these are problematic, right? They can subpoena you, put you under oath, ask you anything, and you have no right to a lawyer being present AND your Fifth Amendment rights may not save you from a contempt charge.

◯ 1          ⟲ 1          ♡ 25          ⬆



**Generic Soy Milk** ◉ @EmilyGorcenski · Dec 3, 2018 ⌄
But. Grand juries can be resisted. And resisting grand juries is good, actually, and you should do it.

◯ 1          ⟲ 1          ♡ 24          ⬆



**Generic Soy Milk** ◉
@EmilyGorcenski                                                      ⌄

Notice here that I am openly advocating that if you receive a grand jury summons, I am advocating that you consider resisting. I am not a lawyer, so I recommend speaking to an activist lawyer about this if it happens. But I am also not breaking this law.

6:13 PM · Dec 3, 2018 · Twitter for iPhone

**2** Retweets    **18** Likes

k.

 **Generic Soy Milk** 🥛 @EmilyGorcenski · Dec 3, 2018 ⌄
In Cville, an action was taken last year to push for grand jury resistance. Here's the story:



VA Is For Grand Jury Resistors: A New Year of Repression and Resistance...
Today a group of people against the grand jury in Charlottesville blocked off the road where Heather Heyer was killed with a banner. What follow...
🔗 itsgoingdown.org

💬 1          ⇄          ♡ 8          ⬆

 **Generic Soy Milk** 🥛 @EmilyGorcenski · Dec 3, 2018 ⌄
I got a lot of frantic texts from reporters freaking out that they were all going to go to jail. Alas, 18 USC 1512(b) has a word in it that makes a lot of difference: "corruptly."

💬 1          ⇄ 2          ♡ 12          ⬆

 **Generic Soy Milk** 🥛 @EmilyGorcenski · Dec 3, 2018 ⌄
What Cville activists and DC activists and all the other resisters around the country were doing wasn't a corrupt attempt to influence anyone. There's no law being broken by advocating grand jury resistance. It's only if it's done for or with corrupt means.

💬 1          ⇄          ♡ 14          ⬆

 **Generic Soy Milk** 🥛 @EmilyGorcenski · Dec 3, 2018 ⌄
One can't, for instance, threaten to break your legs if you testify. That's a crime. (That's actually a couple of crimes probably.) But it it's not done corruptly, it's fine.

This is important as you become more politically active. Remember: other people's safety depends on you.

💬          ⇄ 1          ♡ 13          ⬆

1.



**Generic Soy Milk** ✓
@EmilyGorcenski

## Fuck this don't snitch

> ⊞ **Charlottesville City** ✓ @CvilleCityHall · Aug 11, 2018
> If you have videos/images of anything relating to events this weekend we ask that you follow the link provided to submit your photos for review by law enforcement. You may give your contact information or simply remain anonymous.
> #ResilientCville
> cvillecityhall.clickable.cards/card/9tEpA6

12:16 PM · Aug 11, 2018 · Twitter for iPhone

**41** Retweets   **145** Likes

**Eri the Goose Defender** @CorvusCav · Aug 11, 2018
Replying to @EmilyGorcenski
It would be terrible if that inbox got filled with Waluigi and furry art.

♡ 6

m.



**Generic Soy Milk** ✓
@EmilyGorcenski

Eighth, don't take photos or videos of demonstrators unless there are arrests, then film the cops. Don't post these to social media, but have them in case they need to be used for legal defense or other media work.

12:14 AM · Aug 10, 2018 · Twitter for iPhone

20 Retweets   108 Likes

♡           ⟲           ♡           ↥

**Generic Soy Milk** ✓ @EmilyGorcenski · Aug 10, 2018
Replying to @EmilyGorcenski
Ninth, at your core, never forget that Nazis are murderers, and the cops are spending your money, diverting it from needed social programs, to protect murderers who have been open about their desires to murder.

Spend some real time with your values and question everything.

♡ 2           ⟲ 38           ♡ 210           ↥

**Generic Soy Milk** ✓ @EmilyGorcenski · Aug 10, 2018
Last, don't be safe. Be powerful.

♡           ⟲ 20           ♡ 172           ↥

n.

 **Generic Soy Milk** 🍼 @EmilyGorcenski · Sep 24, 2017

Knowing how to livestream and document with **photo** evidence while protecting protesters is an essential skill for movements.

 **Javier Panzar** 🏔️ 🍼 @jpanzar · Sep 23, 2017

Marchers in Berkeley are handing these flyers out to anyone holding a camera.

Show this thread



NO PICTURES!

Despite your good intentions, **Doxxing** (revealing pictures & information of people used to harass & terrorize) **is a legitimate threat**, specifically to those in our community that are

💬 6          🔁 61          ♡ 125          ⬆️

o.

 **Solidarity Cville**
@SolidCville

## DON'T SNITCH

 **molly conger, communist degenerate** @socialistdogmom · Jul 26, 2018

"if you see something that's kinda weird and you want the police to know about it…" the state police rep is recommending an app called "see something, say something."
high tech snitching.

Show this thread

7:22 PM · Jul 26, 2018 · Twitter Web Client

**5** Retweets    **18** Likes

p.