Case 3:17-cv-00072-NKM-JCH   Document 639   Filed 01/22/20   Page 1 of 1   Pageid#: 8455

CLERKS OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
01/22/2020
JULIA C. DUDLEY, CLERK
BY: /s/ J. JONES
DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

ELIZABETH SINES, *et al.*,

    *Plaintiffs*,

v.

JASON KESSLER, *et al.*,

    *Defendants*.

CASE NO. 3:17-cv-00072

ORDER

JUDGE NORMAN K. MOON

This matter is before the Court on Plaintiff Hannah Pearce's "Motion to Withdraw and Voluntarily Dismiss Her Claims Without Prejudice," filed on January 7, 2020. Dkt. 629. On January 10, 2020, this Court entered an Order directing any party wishing to be heard on this Motion to file their response by January 16, 2020. Dkt. 636. No responses were filed.

Finding the relief requested appropriate, this Court hereby **GRANTS** Plaintiff Hannah Pearce's Motion (Dkt. 629), and **DISMISSES** Plaintiff Hannah Pearce's claims *without prejudice*, pursuant to Fed. R. Civ. P. 41(a)(2).

It is so **ORDERED**.

The Clerk of the Court is directed to send a certified copy of this Order to the parties.

Entered this   22nd   day of January, 2020.

                _____
                NORMAN K. MOON
                SENIOR UNITED STATES DISTRICT JUDGE