# EXHIBIT A

| | |
|---|---|
| **From:** | Ken Kim |
| **To:** | Jessica Phillips |
| **Cc:** | Yotam Barkai; iDS_SINKS-02678 |
| **Subject:** | RE: Kline |
| **Date:** | Friday, January 17, 2020 10:29:16 AM |
| **Attachments:** | image003.png |
| | image004.png |
| | RE Sines v Kessler Kline Discovery.msg |

Hi Jessica:

Please see attached last correspondence with Mr. Kline (where you were copied) asking him to confirm search terms hits for document promotion to Review workspace so he can access and review. Mr. Kline has not responded back to this email yet.

Regards,
Ken

Kenneth Kim
Consultant, Discovery Services
iDiscovery Solutions
Mobile: 267.847.4876

 

*iDS is a proud Chambers and Partners **Band 2** Ranked eDiscovery provider!*
https://www.chambersandpartners.com/12788/2817/editorial/58/1#22770855_editorial

**From:** Jessica Phillips <jphillips@bsfllp.com>
**Sent:** Friday, January 17, 2020 10:17 AM
**To:** Ken Kim <kkim@idsinc.com>
**Cc:** Jessica Phillips <jphillips@bsfllp.com>; Yotam Barkai <ybarkai@bsfllp.com>
**Subject:** Kline

Ken,

Have you made Kline's documents available to him for his review? Do you know whether he has started his review?

**Jessica E. Phillips**
Partner
_____

## BOIES SCHILLER FLEXNER LLP

1401 New York Ave., NW
Washington, DC 20005
(t) +1 202 895 7592
(m) +1 312 493 7114
jphillips@bsfllp.com
www.bsfllp.com

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]

INFORMATION CLASSIFICATION NOTICE: This electronic communication (including any attachments) is intended to be viewed only by the individual(s) to whom it is addressed. It may contain information that is privileged, proprietary, confidential and/or protected from disclosure by applicable law. Any disclosure, dissemination, distribution, copying, exporting or other use of this communication or any attached document(s) other than for the purpose intended by the sender is strictly prohibited without prior written permission from the sender. If you have received this communication in error, please notify the sender immediately by reply e-mail and promptly destroy all electronic and printed copies of this communication and any attached documents.

# ATTACHMENT

| | |
|---|---|
| **From:** | Ken Kim <kkim@idsinc.com> |
| **Sent:** | Tuesday, January 7, 2020 1:46 PM |
| **To:** | Eli Mosley; Michael Bloch |
| **Cc:** | Bobby Williams; Yotam Barkai; eli.f.mosley@gmail.com; eli.r.kline@gmail.com; iDS_SINKS-02678; Jessica Phillips |
| **Subject:** | RE: Sines v Kessler Kline Discovery |
| **Attachments:** | STR 2020.01.07_Kline Emails.pdf; STR 2020.01.07_Kline Mobile.pdf |

Mr. Kline:

Please find attached the search term hits reporting for the email data and mobile data we have collected. Once you have had a chance to review these reports, please confirm that we should get the total hits populations for both data sets promoted to our Relativity database so you can review the documents for responsiveness and/or privilege for subsequent production to Plaintiff.

We will provide you with access to the Relativity workspace and provide any training required to start your review of the documents once both data sets have been promoted to our Relativity database.

Let us know if you have any questions.

Regards,
Ken

Kenneth Kim
Consultant, Discovery Services
**iDiscovery Solutions**
Mobile: 267.847.4876

 

*iDS is a proud Chambers and Partners **Band 2** Ranked eDiscovery provider!*
https://www.chambersandpartners.com/12788/2817/editorial/58/1#22770855_editorial

---

**From:** Ken Kim
**Sent:** Tuesday, January 7, 2020 11:30 AM
**To:** Eli Mosley <deplorabletruth@gmail.com>; Michael Bloch <mbloch@kaplanhecker.com>
**Cc:** Bobby Williams <bwilliams@idsinc.com>; Yotam Barkai <ybarkai@bsfllp.com>; eli.f.mosley@gmail.com; eli.r.kline@gmail.com; iDS_SINKS-02678 <ids_sinks-02678@idsinc.com>; Jessica Phillips <jphillips@bsfllp.com>
**Subject:** RE: Sines v Kessler Kline Discovery

Mr. Kline:

Thank you for your response. Then we will share with Plaintiff's counsel the reporting on the detailed hits numbers for each of the specific search terms for the mobile and email data at the same these are provided to you for review.

Regards,
Ken

Kenneth Kim
Consultant, Discovery Services
**iDiscovery Solutions**
Mobile: 267.847.4876



*iDS is a proud Chambers and Partners **Band 2** Ranked eDiscovery provider!*
https://www.chambersandpartners.com/12788/2817/editorial/58/1#22770855_editorial

**From:** Eli Mosley <deplorabletruth@gmail.com>
**Sent:** Tuesday, January 7, 2020 11:25 AM
**To:** Michael Bloch <mbloch@kaplanhecker.com>
**Cc:** Ken Kim <kkim@idsinc.com>; Bobby Williams <bwilliams@idsinc.com>; Yotam Barkai <ybarkai@bsfllp.com>; eli.f.mosley@gmail.com; eli.r.kline@gmail.com; iDS_SINKS-02678 <ids_sinks-02678@idsinc.com>; Jessica Phillips <jphillips@bsfllp.com>
**Subject:** Re: Sines v Kessler Kline Discovery

Hello,

Sorry but I misunderstood what was being asked. No I do not refuse to consent to this and this information can be sent to myself and the plaintiffs.

On Tuesday, January 7, 2020, Michael Bloch <mbloch@kaplanhecker.com> wrote:

Mr. Kline:

Just to clarify, Mr. Kim's request was whether you consent to allow the vendor to tell us solely the number of hits that the search terms returned on your mobile and email accounts for purposes of our informing the judge of that information. Are you refusing to consent to this?

**Michael Bloch | Kaplan Hecker & Fink LLP**
Counsel
350 Fifth Avenue | Suite 7110
New York, New York 10118
(W) 929.367.4573 | (M) 646.398.0345
mbloch@kaplanhecker.com

**From:** Eli Mosley <deplorabletruth@gmail.com>
**Sent:** Tuesday, January 7, 2020 10:28 AM
**To:** Ken Kim <kkim@idsinc.com>
**Cc:** Bobby Williams <bwilliams@idsinc.com>; Yotam Barkai <ybarkai@bsfllp.com>; eli.f.mosley@gmail.com; eli.r.kline@gmail.com; iDS_SINKS-02678 <ids_sinks-02678@idsinc.com>; Jessica Phillips <jphillips@bsfllp.com>; Michael Bloch <mbloch@kaplanhecker.com>
**Subject:** Re: Sines v Kessler Kline Discovery

Hello,

Please provide me with discovery search results individually for review and then I'll let you know when to release them once they are reviewed.

Thank you,

Elliott Kline

On Tuesday, January 7, 2020, Ken Kim <kkim@idsinc.com> wrote:

Mr. Kline:

We were able to bypass this obstacle and successfully collected all three of your email accounts. Also, we have completed loading your mobile data to our database for application of search terms. We are currently in the process of doing the same for your email accounts. Once we have completed all the data, we will provide you with the search term hits reporting for both the mobile and email data for your review so we can subsequently get the relevant data promoted to our Relativity database for your review.

Also, please advise if you consent to us disclosing the search term hits reporting for both the mobile and email data to Plaintiff's counsel, either at the same time the reporting is provided to you or at a later time once you've had an opportunity to review.

Regards,

Ken

Kenneth Kim

Consultant, Discovery Services

iDiscovery Solutions

Mobile: 267.847.4876



*iDS is a proud Chambers and Partners **Band 2** Ranked eDiscovery provider!*

https://www.chambersandpartners/12788/2817/editorial/58/1#22770855_editorial

---

**From:** Bobby Williams <bwilliams@idsinc.com>
**Sent:** Monday, January 6, 2020 5:06 PM
**To:** Eli Mosley <deplorabletruth@gmail.com>
**Cc:** Yotam Barkai <ybarkai@bsfllp.com>; Ken Kim <kkim@idsinc.com>; eli.f.mosley@gmail.com;
eli.r.kline@gmail.com; iDS_SINKS-02678 <ids_sinks-02678@idsinc.com>; Jessica Phillips
<jphillips@bsfllp.com>; Michael Bloch <mbloch@kaplanhecker.com>
**Subject:** RE: Sines v Kessler Kline Discovery


Mr. Kline,


If you have 5 minutes to speak quickly, we need to reexport a few of these archives. Some of the files were corrupted during download.


It will be as fast as the last conversion we had this morning, which took about 5 minutes.


---

**Bobby Williams, EnCE, GCFE**

Managing Consultant

Direct:  202.249.7834

Mobile: 202.642.2113


 

*iDS is a proud Chambers and Partners **Band 1** Ranked eDiscovery provider!*

https://www.chambersandpartners/12788/2817/editorial/58/1#22770855_editorial

---

**From:** Bobby Williams
**Sent:** Monday, January 6, 2020 8:38 AM

**To:** Eli Mosley <deplorabletruth@gmail.com>
**Cc:** Yotam Barkai <ybarkai@bsfllp.com>; Ken Kim <kkim@idsinc.com>; eli.f.mosley@gmail.com; eli.r.kline@gmail.com; iDS_SINKS-02678 <ids_sinks-02678@idsinc.com>; Jessica Phillips <jphillips@bsfllp.com>; Michael Bloch <mbloch@kaplanhecker.com>
**Subject:** RE: Sines v Kessler Kline Discovery


Good Morning Sir,


I did not see this message on Sunday. Can we schedule a time today that works for you?


---

**Bobby Williams, EnCE, GCFE**

Managing Consultant

Direct:  202.249.7834

Mobile: 202.642.2113



*iDS is a proud Chambers and Partners **Band 1** Ranked eDiscovery provider!*

https://www.chambersandpartners.com/12788/2817/editorial/58/1#22770855_editorial


**From:** Eli Mosley <deplorabletruth@gmail.com>
**Sent:** Sunday, January 5, 2020 10:10 AM
**To:** Bobby Williams <bwilliams@idsinc.com>
**Cc:** Yotam Barkai <ybarkai@bsfllp.com>; Ken Kim <kkim@idsinc.com>; eli.f.mosley@gmail.com; eli.r.kline@gmail.com; iDS_SINKS-02678 <ids_sinks-02678@idsinc.com>; Jessica Phillips <jphillips@bsfllp.com>; Michael Bloch <mbloch@kaplanhecker.com>
**Subject:** Re: Sines v Kessler Kline Discovery


Bobby,


I am able to receive a code whenever today.

Thanks,

On Sat, Jan 4, 2020 at 1:52 PM Bobby Williams <bwilliams@idsinc.com> wrote:

Thank you. I will try to monitor email and stand by.

---

**Bobby Williams, EnCE, GCFE**

Managing Consultant

Direct:  202.249.7834

Mobile: 202.642.2113



*iDS is a proud Chambers and Partners **Band 1** Ranked eDiscovery provider!*

https://www.chambersandpartners.com/12788/2817/editorial/58/1#22770855_editorial

**From:** Eli Mosley <deplorabletruth@gmail.com>
**Sent:** Saturday, January 4, 2020 1:51 PM
**To:** Bobby Williams <bwilliams@idsinc.com>
**Cc:** Yotam Barkai <ybarkai@bsfllp.com>; Ken Kim <kkim@idsinc.com>; eli.f.mosley@gmail.com;
eli.r.kline@gmail.com; iDS_SINKS-02678 <ids_sinks-02678@idsinc.com>; Jessica Phillips
<jphillips@bsfllp.com>; Michael Bloch <mbloch@kaplanhecker.com>
**Subject:** Re: Sines v Kessler Kline Discovery

Hello,

I don't have access right now to the phone number to receive the code but as soon as I do I will let you know
and then we can jump on the phone to get it done quickly.

Thank you,

On Sat, Jan 4, 2020 at 12:49 PM Bobby Williams <bwilliams@idsinc.com> wrote:

I now have to step away. Please let me know if there is a specific time today we can coordinate the verification code.

---

**Bobby Williams, EnCE, GCFE**

Managing Consultant

Direct:  202.249.7834

Mobile: 202.642.2113



*iDS is a proud Chambers and Partners **Band 1** Ranked eDiscovery provider!*

https://www.chambersandpartners.com/12788/2817/editorial/58/1#22770855_editorial

**From:** Bobby Williams
**Sent:** Saturday, January 4, 2020 12:34 PM
**To:** Eli Mosley <deplorabletruth@gmail.com>
**Cc:** Yotam Barkai <ybarkai@bsfllp.com>; Ken Kim <kkim@idsinc.com>; eli.f.mosley@gmail.com; eli.r.kline@gmail.com; iDS_SINKS-02678 <ids_sinks-02678@idsinc.com>; Jessica Phillips <jphillips@bsfllp.com>; Michael Bloch <mbloch@kaplanhecker.com>
**Subject:** RE: Sines v Kessler Kline Discovery

Thank you sir. Unfortunately, that one will not work. The code will need to be entered seconds after it is received.

If you are free now, I can send you a new code if you can email it back the moment you receive it. If you can, let me know and I will send it to you now.

---

**Bobby Williams, EnCE, GCFE**

Managing Consultant

Direct:  202.249.7834

Mobile: 202.642.2113



*iDS is a proud Chambers and Partners **Band 1** Ranked eDiscovery provider!*

https://www.chambersandpartners.com/12788/2817/editorial/58/1#22770855_editorial

**From:** Eli Mosley <deplorabletruth@gmail.com>
**Sent:** Saturday, January 4, 2020 12:32 PM
**To:** Bobby Williams <bwilliams@idsinc.com>
**Cc:** Yotam Barkai <ybarkai@bsfllp.com>; Ken Kim <kkim@idsinc.com>; eli.f.mosley@gmail.com; eli.r.kline@gmail.com; iDS_SINKS-02678 <ids_sinks-02678@idsinc.com>; Jessica Phillips <jphillips@bsfllp.com>; Michael Bloch <mbloch@kaplanhecker.com>
**Subject:** Re: Sines v Kessler Kline Discovery

Bobby,

I got a verification code sent to me last night that was G-923382. Please let me know if this works for what you need or if you need to have it resent and I can tell you the new code.

Thanks,

On Sat, Jan 4, 2020 at 11:43 AM Bobby Williams <bwilliams@idsinc.com> wrote:

> Good Morning All,

> Looks like we will need to have a call to download the remaining archive for the last email account. The call should take 5 minutes or less.

Thank you all for your time,

---

**Bobby Williams, EnCE, GCFE**

Managing Consultant

Direct:  202.249.7834

Mobile: 202.642.2113



*iDS is a proud Chambers and Partners **Band 1** Ranked eDiscovery provider!*

https://www.chambersandpartners.com/12788/2817/editorial/58/1#22770855_editorial

**From:** Eli Mosley <deplorabletruth@gmail.com>
**Sent:** Friday, January 3, 2020 12:45 PM
**To:** Yotam Barkai <ybarkai@bsfllp.com>
**Cc:** Ken Kim <kkim@idsinc.com>; Bobby Williams <bwilliams@idsinc.com>; eli.f.mosley@gmail.com; eli.r.kline@gmail.com; iDS_SINKS-02678 <ids_sinks-02678@idsinc.com>; Jessica Phillips <jphillips@bsfllp.com>; Michael Bloch <mbloch@kaplanhecker.com>
**Subject:** Re: Sines v Kessler Kline Discovery


Mr Barkai,


Yes I will be able to make that call at that time.


Thank you,

Elliott Kline


On Fri, Jan 3, 2020 at 12:40 PM Yotam Barkai <ybarkai@bsfllp.com> wrote:

Mr. Kline:

As you know, the Court has ordered us to conduct a conference call to resolve any remaining authentication issues regarding your Gmail accounts. The third-party discovery vendor and Plaintiffs' counsel are available at 1:15 p.m. today. Could you please confirm your availability at that time?

Please call the following number at 1:15 p.m.:

Dial-in: 877-211-3621

Passcode: 158889

Thank you.

**Yotam Barkai**
Associate

_____

**BOIES SCHILLER FLEXNER** LLP

(t) +1 212 303 3643

---

**From:** Ken Kim [mailto:kkim@idsinc.com]
**Sent:** Monday, December 16, 2019 2:25 PM
**To:** Eli Mosley <deplorabletruth@gmail.com>; Michael Bloch <mbloch@kaplanhecker.com>
**Cc:** iDS_SINKS-02678 <ids_sinks-02678@idsinc.com>; Yotam Barkai <ybarkai@bsfllp.com>
**Subject:** RE: Sines v Kessler Kline Discovery

Mr. Kline:

We have received your password for eli.r.kline@gmail.com email account for collection purposes, thank you.

However, we cannot proceed with any of the collections for your three email accounts (deplorabletruth@gmail.com; eli.f.mosley@gmail.com; eli.r.kline@gmail.com) without your assistance to bypass the 2-factor authentication security set up for these Gmail accounts.

Can you please respond back with date/time that works for you to connect with our forensic team to address the 2-factor authentication?

Thanks,

Ken

**Kenneth Kim**

Consultant, Discovery Services

**iDiscovery Solutions**

Mobile: 267.847.4876



*iDS is a proud Chambers and Partners **Band 2** Ranked eDiscovery provider!*

https://www.chambersandpartners.com/12788/2817/editorial/58/1#22770855_editorial

---

**From:** Ken Kim
**Sent:** Thursday, December 12, 2019 11:39 AM
**To:** 'Eli Mosley' <deplorabletruth@gmail.com>; 'Michael Bloch' <mbloch@kaplanhecker.com>
**Cc:** iDS_SINKS-02678 <ids_sinks-02678@idsinc.com>
**Subject:** RE: Sines v Kessler Kline Discovery

Mr. Kline:

Reaching out to you again for the password to access your eli.r.kline@gmail.com email account for collection purposes – please let us know.

Also, can you please confirm that you are in receipt of your mobile device we shipped out on Tuesday (Fedex tracking is showing it was delivered yesterday)?

And, finally, Bobby Williams reached out to you yesterday about setting up a date/time to address 2-factor authentication for your deplorabletruth@gmail.com and eli.f.mosley@gmail.com email accounts to access for collection purposes – can you please respond back to him with date/time that works for you?

Thanks,
Ken

**Kenneth Kim**

Consultant, Discovery Services

**iDiscovery Solutions**

Mobile: 267.847.4876



*iDS is a proud Chambers and Partners **Band 2** Ranked eDiscovery provider!*

https://www.chambersandpartners.com/12788/2817/editorial/58/1#22770855_editorial

---

**From:** Ken Kim
**Sent:** Wednesday, December 4, 2019 1:30 PM
**To:** 'Eli Mosley' <deplorabletruth@gmail.com>; 'Michael Bloch' <mbloch@kaplanhecker.com>
**Cc:** iDS_SINKS-02678 <ids_sinks-02678@idsinc.com>
**Subject:** RE: Sines v Kessler Kline Discovery

Mr. Kline:

Could you please provide us with password to access your eli.r.kline@gmail.com email account for collection purposes?

Thanks,

Ken


**Kenneth Kim**

Consultant, Discovery Services

**iDiscovery Solutions**

Mobile: 267.847.4876


 

*iDS is a proud Chambers and Partners **Band 2** Ranked eDiscovery provider!*

https://www.chambersandpartners.com/12788/2817/editorial/58/1#22770855_editorial

---

**From:** Ken Kim
**Sent:** Wednesday, December 4, 2019 1:19 PM
**To:** Eli Mosley <

---

*This email and its attachments may contain information that is confidential and/or protected from disclosure by the attorney-client, work product or other applicable legal privilege. If you are not the intended recipient of the email, please be aware that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please notify the sender immediately and destroy all copies of the message from your computer system. Thank you.*



**SINKS-02678_Staging**

## Search Terms Report

**Report Name:** STR 2020.01.07_Kline Emails          **Searchable Set:** Klein_Elliot_Email



## Results Summary

| Documents in searchable set | Total documents with hits | Total documents with hits, including Family | Total documents without hits |
|---|---|---|---|
| 37,061 | 28,723 | 28,997 | 8,064 |

# SINKS-02678_Staging
## Search Terms Report

**Report Name:** STR 2020.01.07_Kline Emails          **Searchable Set:** Klein_Elliot_Email

## Terms Summary

| Term | Documents with hits | Documents with hits, including Family | Unique hits |
|------|--------------------:|--------------------------------------:|------------:|
| ((((Unity w/3 "and") w/3 Security) w/3 for) w/3 America) | 0 | 0 | 0 |
| (((League w/3 of) w/3 the) w/3 South) | 135 | 364 | 0 |
| (((Rebel w/3 Brigade) w/3 of) w/3 Knights) | 0 | 0 | 0 |
| ((Brion w/3 Keith) w/3 Baker) | 0 | 0 | 0 |
| ((Charlottesville w/3 Police) w/3 Department) | 13 | 51 | 0 |
| ((East w/3 Coast) w/3 Knights) | 101 | 322 | 0 |
| ((Everett w/3 Nick) w/3 Case) | 0 | 0 | 0 |
| ((James w/3 Alex) w/3 Fields) | 91 | 295 | 0 |
| ((Loyal w/3 White) w/3 Knights) | 97 | 322 | 0 |
| ((National w/3 Park) w/3 Service) | 1 | 2 | 0 |
| ((National w/3 Socialist) w/3 Movement) | 154 | 340 | 0 |
| ((Rise w/3 Above) w/3 Movement) | 3 | 16 | 0 |
| ((Stefani w/3 Gunter) w/3 Hopkins) | 0 | 0 | 0 |
| ((Tactical w/3 American) w/3 Patriots) | 0 | 0 | 0 |
| ((Traditionalist w/3 Worker) w/3 Party) | 129 | 341 | 1 |
| ((Unite w/3 the) w/3 Right) | 133 | 304 | 2 |
| ((united w/5 church) w/5 christ) | 3 | 6 | 0 |
| A11 | 3 | 8 | 0 |
| A12 | 2 | 5 | 0 |

# SINKS-02678_Staging
## Search Terms Report

**Report Name:**   STR 2020.01.07_Kline Emails          **Searchable Set:**   Klein_Elliot_Email

| Term | Documents with hits | Documents with hits, including Family | Unique hits |
|------|--------------------:|--------------------------------------:|------------:|
| Aaron w/3 VA | 1 | 2 | 0 |
| Ajax* | 19 | 39 | 0 |
| AK w/3 Lane | 1 | 1 | 0 |
| Al w/3 Thomas | 3 | 6 | 0 |
| Albion | 13 | 18 | 0 |
| Alex w/3 Fields | 99 | 309 | 0 |
| Allison w/3 Peirce | 0 | 0 | 0 |
| Alt w/3 Knights | 98 | 315 | 0 |
| AltRightVA | 37 | 37 | 28 |
| Americana* | 332 | 478 | 0 |
| Andrea w/3 Owens | 0 | 0 | 0 |
| Anglin | 137 | 358 | 2 |
| Anthime | 0 | 0 | 0 |
| Antifa | 390 | 562 | 87 |
| April w/3 Muniz | 110 | 329 | 0 |
| Armed | 105 | 366 | 4 |
| Arrest* | 209 | 485 | 1 |
| Atomwaffen | 3 | 27 | 0 |
| Augustus | 117 | 353 | 1 |
| Azzmador | 151 | 389 | 2 |
| Bait | 18 | 25 | 3 |
| Baked w/3 Alaska | 36 | 78 | 1 |
| bakedalaska | 60 | 64 | 27 |
| Baker | 53 | 93 | 0 |
| Balcaitis | 3 | 6 | 0 |
| baton | 18 | 79 | 0 |
| Battaglia | 1 | 1 | 0 |
| Beat | 171 | 358 | 14 |
| Ben w/3 Garland | 0 | 0 | 0 |

# SINKS-02678_Staging
## Search Terms Report

**Report Name:**  STR 2020.01.07_Kline Emails          **Searchable Set:**  Klein_Elliot_Email

| Term | Documents with hits | Documents with hits, including Family | Unique hits |
|---|---:|---:|---:|
| Benjamin w/3 Garland | 0 | 0 | 0 |
| Black | 839 | 1,163 | 97 |
| Blast | 64 | 66 | 2 |
| BLM | 24 | 59 | 1 |
| Boechat | 0 | 0 | 0 |
| Boman | 1 | 10 | 0 |
| Bomb | 80 | 241 | 4 |
| Brad w/3 Griffin | 0 | 0 | 0 |
| Brathovd | 4 | 5 | 1 |
| Brian w/3 Lambert | 0 | 0 | 0 |
| Burn | 68 | 186 | 13 |
| Caerulus* | 47 | 63 | 3 |
| Cantwell | 283 | 536 | 6 |
| car w/3 attack | 9 | 71 | 0 |
| car w/3 hit | 5 | 121 | 0 |
| Cesar w/3 Hess | 0 | 0 | 0 |
| Challenger | 56 | 113 | 1 |
| Chapman | 38 | 178 | 0 |
| Charles w/3 Myers | 0 | 0 | 0 |
| Charlottesville | 527 | 760 | 16 |
| Charlottesville w/3 2.0 | 21 | 65 | 0 |
| Chef w/3 Goyardee | 1 | 2 | 0 |
| ChefGoyardee* | 1 | 2 | 0 |
| Chelsea w/3 Alvarado | 107 | 325 | 0 |
| Chesny | 0 | 0 | 0 |
| city w/3 council | 18 | 82 | 0 |
| Cole | 46 | 93 | 0 |
| Cole w/3 Harris | 1 | 1 | 0 |
| Colton | 11 | 32 | 1 |

# SINKS-02678_Staging
## Search Terms Report

**Report Name:**  STR 2020.01.07_Kline Emails          **Searchable Set:**  Klein_Elliot_Email

| Term | Documents with hits | Documents with hits, including Family | Unique hits |
|---|---:|---:|---:|
| Colton w/3 Merwin | 4 | 6 | 0 |
| Commander w/3 Hunt | 0 | 0 | 0 |
| Conviction | 23 | 131 | 0 |
| Corcoran | 0 | 0 | 0 |
| Cormier | 6 | 31 | 0 |
| Counterprotest | 0 | 0 | 0 |
| CPD | 10 | 15 | 0 |
| Crockett | 4 | 14 | 0 |
| Custalow | 0 | 0 | 0 |
| cville | 62 | 154 | 7 |
| Daley | 1 | 10 | 0 |
| Damigo | 212 | 476 | 1 |
| Danny w/3 Wolf | 0 | 0 | 0 |
| date(06/17) | 0 | 0 | 0 |
| date(07/08) | 0 | 0 | 0 |
| date(08/11) | 2 | 20 | 0 |
| date(08/12) | 1 | 2 | 0 |
| date(08/13) | 0 | 0 | 0 |
| date(Aug* 11) | 1 | 1 | 0 |
| date(Aug* 12) | 4 | 13 | 0 |
| date(Aug* 13) | 0 | 0 | 0 |
| date(July 8) | 0 | 0 | 0 |
| date(June 17) | 0 | 0 | 0 |
| David w/3 Duke | 50 | 81 | 0 |
| Derek w/3 Davis | 0 | 0 | 0 |
| DeusVolt* | 0 | 0 | 0 |
| Dickinson | 12 | 75 | 1 |
| Dillon w/3 Hopper | 55 | 216 | 0 |
| Dillon1488 | 8 | 61 | 0 |

## SINKS-02678_Staging
## Search Terms Report

**Report Name:** STR 2020.01.07_Kline Emails          **Searchable Set:** Klein_Elliot_Email

| Term | Documents with hits | Documents with hits, including Family | Unique hits |
|------|--------------------:|--------------------------------------:|------------:|
| Discord | 240 | 454 | 20 |
| Dodge | 29 | 87 | 0 |
| Duke | 107 | 222 | 0 |
| Dustin w/3 Owens | 0 | 0 | 0 |
| Eli w/3 Mosely | 48 | 206 | 0 |
| Eli w/3 Mosley | 5,953 | 6,242 | 0 |
| Eliot w/3 Kline | 1 | 1 | 0 |
| Elizabeth w/3 Sines | 176 | 404 | 0 |
| Elliot w/3 Kline | 184 | 424 | 0 |
| Emancipation | 45 | 99 | 14 |
| Enoch | 187 | 395 | 5 |
| Entwisle | 0 | 0 | 0 |
| Erica | 31 | 92 | 3 |
| Erica w/3 Alduino | 14 | 53 | 0 |
| Erika | 5 | 6 | 1 |
| Ethnostate | 57 | 92 | 28 |
| Europa | 141 | 392 | 6 |
| Evan w/3 McLaren | 40 | 90 | 0 |
| Evan w/3 Thomas | 6 | 12 | 0 |
| Evropa | 302 | 623 | 0 |
| Fag | 15 | 34 | 1 |
| Fashy w/3 Haircut | 31 | 51 | 4 |
| Fields | 227 | 553 | 4 |
| Fight | 484 | 731 | 60 |
| Firearm | 33 | 119 | 0 |
| first w/3 baptist | 5 | 9 | 0 |
| FOAK | 3 | 6 | 0 |
| Fraternal w/3 Order | 102 | 322 | 0 |
| Frisbadli | 0 | 0 | 0 |

# SINKS-02678_Staging
## Search Terms Report

**Report Name:**  STR 2020.01.07_Kline Emails          **Searchable Set:**  Klein_Elliot_Email

| Term | Documents with hits | Documents with hits, including Family | Unique hits |
|------|--------------------:|--------------------------------------:|------------:|
| Gillen | 0 | 0 | 0 |
| Gionet | 4 | 8 | 0 |
| Goldstein w/3 Riots | 8 | 8 | 0 |
| GoyMeetsWorld | 1 | 2 | 0 |
| Gun | 389 | 549 | 7 |
| Hamblen | 0 | 0 | 0 |
| Hannah w/3 Pearce | 109 | 327 | 0 |
| heather w/3 heyer | 18 | 72 | 0 |
| Heimbach | 390 | 580 | 0 |
| Heimdulf* | 0 | 0 | 0 |
| Heinz* | 13 | 21 | 0 |
| helmets | 28 | 188 | 1 |
| Herrenvolk* | 0 | 0 | 0 |
| Hess | 16 | 62 | 0 |
| Higgs | 10 | 40 | 0 |
| HiptotheJQ | 0 | 0 | 0 |
| Horton | 8 | 13 | 0 |
| HueTheHand | 1 | 2 | 0 |
| Hunter w/3 Wallace | 30 | 74 | 1 |
| Identity w/3 Evropa | 302 | 623 | 0 |
| IE | 136 | 251 | 47 |
| intimidat* | 70 | 309 | 2 |
| Invictus | 118 | 341 | 1 |
| Irizarry | 6 | 62 | 0 |
| Jack w/3 Pierce | 0 | 0 | 0 |
| Jackson w/3 Park | 14 | 17 | 0 |
| James w/3 Fields | 122 | 341 | 0 |
| Jason | 345 | 743 | 12 |
| Jaymi w/3 Danielle | 0 | 0 | 0 |

# SINKS-02678_Staging
## Search Terms Report

**Report Name:**  STR 2020.01.07_Kline Emails          **Searchable Set:**  Klein_Elliot_Email

| Term | Documents with hits | Documents with hits, including Family | Unique hits |
|------|--------------------:|--------------------------------------:|------------:|
| Jeff w/3 Schoep | 146 | 338 | 0 |
| Jefferson w/3 monument | 6 | 14 | 0 |
| jefferson w/3 st* | 74 | 190 | 0 |
| Jefferson w/3 Statue | 7 | 13 | 0 |
| Jew | 170 | 343 | 26 |
| JJ w/3 Power | 0 | 0 | 0 |
| Johnny w/3 OÃ¢â‚¬â„¢Malley | 0 | 0 | 0 |
| Joyce w/3 Bennett | 0 | 0 | 0 |
| Justice w/3 Park | 5 | 43 | 0 |
| Kathleen w/3 Snyder | 0 | 0 | 0 |
| Kawzcynski | 0 | 0 | 0 |
| Kike | 57 | 99 | 6 |
| Kill | 258 | 449 | 29 |
| KKK | 40 | 112 | 1 |
| Klan | 111 | 354 | 1 |
| Kleve | 1 | 10 | 0 |
| Kline | 21,758 | 22,137 | 17,988 |
| Knife | 63 | 184 | 4 |
| Knives | 37 | 100 | 0 |
| Krist* | 46 | 93 | 4 |
| Kurt | 40 | 68 | 0 |
| Kyle w/3 Chapman | 26 | 164 | 0 |
| Kyle w/3 Rogers | 0 | 0 | 0 |
| Lafayette | 23 | 29 | 1 |
| Laube | 0 | 0 | 0 |
| Lawrence w/3 TX | 0 | 0 | 0 |
| Lee w/3 Park | 20 | 125 | 1 |
| lighter w/3 fluid | 2 | 8 | 0 |

# SINKS-02678_Staging

## Search Terms Report

**Report Name:** STR 2020.01.07_Kline Emails          **Searchable Set:** Klein_Elliot_Email

| Term | Documents with hits | Documents with hits, including Family | Unique hits |
|------|--------------------:|--------------------------------------:|------------:|
| Lightfoot w/3 Militia | 2 | 7 | 0 |
| Linden | 12 | 19 | 1 |
| Lolyouwish | 0 | 0 | 0 |
| LOS | 1,507 | 1,629 | 3 |
| Ludovici w/3 Alibi | 0 | 0 | 0 |
| Luis w/3 Bellino | 0 | 0 | 0 |
| LWK | 3 | 6 | 0 |
| mace* | 29 | 91 | 1 |
| MacImay | 0 | 0 | 0 |
| Maddimension | 5 | 36 | 0 |
| Mahler | 1 | 20 | 0 |
| ManWithTheHand | 56 | 57 | 47 |
| Marcus w/3 Liebowitz | 10 | 10 | 0 |
| Marcus w/3 Martin | 110 | 327 | 0 |
| Marie | 35 | 76 | 3 |
| Marissa w/3 Blair | 105 | 327 | 0 |
| Markus w/3 Anthony | 0 | 0 | 0 |
| Matthewheimbach | 7 | 36 | 0 |
| Maurice w/3 Jones | 0 | 0 | 0 |
| McCarthy | 54 | 204 | 1 |
| McCormick w/3 Foley | 0 | 0 | 0 |
| mcguffey w/3 park | 4 | 8 | 0 |
| McInnes | 133 | 135 | 3 |
| McIntire | 16 | 90 | 0 |
| McLaren | 43 | 173 | 0 |
| McPherson | 38 | 45 | 7 |
| Merwin | 15 | 34 | 0 |
| Metropolitan w/3 Police | 0 | 0 | 0 |
| Michael w/3 Hill | 120 | 357 | 0 |

# SINKS-02678_Staging
## Search Terms Report

**Report Name:**  STR 2020.01.07_Kline Emails          **Searchable Set:**   Klein_Elliot_Email

| Term | Documents with hits | Documents with hits, including Family | Unique hits |
|---|---:|---:|---:|
| Miselis | 0 | 0 | 0 |
| Moonbase w/3 Holdings | 100 | 322 | 0 |
| Mosley | 5,966 | 6,269 | 3 |
| Mothersbaugh | 0 | 0 | 0 |
| Mrozek | 0 | 0 | 0 |
| nameless w/3 field | 13 | 61 | 0 |
| Nat* w/3 Damigo | 192 | 462 | 0 |
| Natalie w/3 Romero | 107 | 325 | 0 |
| Nationalist w/3 Front | 139 | 342 | 0 |
| Nazi | 324 | 474 | 18 |
| New w/3 Byzantium | 0 | 0 | 0 |
| Newberry | 8 | 10 | 0 |
| NF | 32 | 104 | 0 |
| Nigger | 18 | 34 | 1 |
| NPS | 2 | 3 | 0 |
| NSM | 50 | 141 | 0 |
| Paramilitary | 15 | 134 | 0 |
| Parrot* | 156 | 378 | 0 |
| Parrott | 145 | 369 | 0 |
| Patrick w/3 Little | 4 | 4 | 1 |
| Patrick w/3 Palmer | 0 | 0 | 0 |
| Patriot w/3 Front | 5 | 88 | 0 |
| Peinovich | 119 | 346 | 0 |
| Phillip-TX | 2 | 35 | 0 |
| Pistolis | 2 | 25 | 0 |
| Proud w/3 Boys | 38 | 80 | 2 |
| Punch | 53 | 78 | 4 |
| queenarchitect | 2 | 2 | 0 |
| Race w/3 War | 18 | 64 | 3 |

# SINKS-02678_Staging

## Search Terms Report

**Report Name:** STR 2020.01.07_Kline Emails          **Searchable Set:** Klein_Elliot_Email

| Term | Documents with hits | Documents with hits, including Family | Unique hits |
|------|--------------------:|--------------------------------------:|------------:|
| racis* | 344 | 535 | 40 |
| Radical w/3 Agenda | 40 | 137 | 1 |
| Radicalagenda | 31 | 76 | 0 |
| RaHoWa | 1 | 1 | 0 |
| Rally | 370 | 601 | 21 |
| RAM | 28 | 153 | 8 |
| RCO w/3 Nick | 4 | 8 | 0 |
| Reinhard w/3 wolff | 13 | 38 | 3 |
| Richard | 663 | 1,042 | 46 |
| Richard w/3 Preston | 0 | 0 | 0 |
| Richard w/3 Spencer | 490 | 745 | 0 |
| Robert w/3 Ray | 123 | 333 | 0 |
| Roche | 2 | 5 | 0 |
| Rotunda | 9 | 52 | 0 |
| Rousseau | 28 | 124 | 0 |
| Ruiz | 12 | 30 | 0 |
| Run w/3 over | 11 | 115 | 0 |
| Rundo | 0 | 0 | 0 |
| Sacco | 16 | 85 | 1 |
| SaintCharles | 0 | 0 | 0 |
| Salazar | 4 | 5 | 0 |
| Schoep | 157 | 338 | 0 |
| Seth w/3 Wispelwey | 108 | 329 | 0 |
| Shane w/3 Long | 0 | 0 | 0 |
| Sheehy | 0 | 0 | 0 |
| Shield | 100 | 285 | 31 |
| Shoot | 113 | 212 | 4 |
| Shyne | 0 | 0 | 0 |
| Silasreynolds | 0 | 0 | 0 |

# SINKS-02678_Staging

## Search Terms Report

**Report Name:** STR 2020.01.07_Kline Emails          **Searchable Set:** Klein_Elliot_Email

| Term | Documents with hits | Documents with hits, including Family | Unique hits |
|------|---------------------|---------------------------------------|-------------|
| Sines | 472 | 788 | 0 |
| Snuffer | 0 | 0 | 0 |
| Spencer | 591 | 866 | 21 |
| Spray | 42 | 219 | 2 |
| St. w/3 Paul* | 13 | 20 | 0 |
| Stab | 7 | 9 | 0 |
| Stankard | 2 | 2 | 0 |
| Starsia | 1 | 20 | 0 |
| Statue | 61 | 228 | 0 |
| Stickman | 2 | 38 | 0 |
| Stormer | 58 | 172 | 1 |
| SURJ | 1 | 1 | 0 |
| tear w/3 gas* | 10 | 141 | 0 |
| the w/3 lawn | 14 | 109 | 0 |
| Thebigkk | 1 | 2 | 0 |
| Thewizardofthorntonpark | 0 | 0 | 0 |
| Thomas w/10 Rousseau | 25 | 114 | 0 |
| thomas w/3 jefferson | 15 | 107 | 0 |
| Thomas w/3 Ryan | 22 | 93 | 0 |
| Tibor | 0 | 0 | 0 |
| torch* | 111 | 408 | 0 |
| Trained w/3 fighters | 0 | 0 | 0 |
| Treadstone | 0 | 0 | 0 |
| Trial | 502 | 808 | 74 |
| Trigger | 45 | 56 | 2 |
| Troutman | 4 | 20 | 0 |
| Tscags88 | 0 | 0 | 0 |
| Tubbs | 122 | 355 | 0 |

# SINKS-02678_Staging

## Search Terms Report

**Report Name:** STR 2020.01.07_Kline Emails          **Searchable Set:** Klein_Elliot_Email

| Term | Documents with hits | Documents with hits, including Family | Unique hits |
|------|--------------------:|--------------------------------------:|------------:|
| TWP | 47 | 215 | 0 |
| Tyrone | 19 | 27 | 0 |
| unitetheright | 6 | 35 | 0 |
| UTR | 12 | 103 | 2 |
| Vandal | 35 | 194 | 3 |
| Vanguard | 240 | 526 | 4 |
| Vasillios* | 2 | 25 | 0 |
| Vets | 30 | 49 | 1 |
| Vitco | 0 | 0 | 0 |
| Volkisch w/3 Soldar | 0 | 0 | 0 |
| Von Diez | 2 | 12 | 0 |
| Wade w/3 Garrett | 0 | 0 | 0 |
| Warlock | 53 | 54 | 0 |
| weapon* | 260 | 548 | 12 |
| Wendy w/3 Lewis | 0 | 0 | 0 |
| White w/3 nation* | 236 | 462 | 22 |
| White w/3 supremac* | 179 | 416 | 5 |
| White-PowerStroke | 9 | 59 | 0 |
| Wyatt | 33 | 47 | 6 |
| Zyniker | 1 | 20 | 0 |

# SINKS-02678_Staging

## Search Terms Report

---

**Report Name:**  STR 2020.01.07_Kline Mobile          **Searchable Set:**  Kline_Mobile Data_20200107



## Results Summary

| Documents in searchable set | Total documents with hits | Total documents with hits, including Family | Total documents without hits |
|---:|---:|---:|---:|
| 105,990 | 17,413 | 17,866 | 88,124 |

---



# SINKS-02678_Staging

## Search Terms Report

**Report Name:** STR 2020.01.07_Kline Mobile          **Searchable Set:** Kline_Mobile Data_20200107

## Terms Summary

| Term | Documents with hits | Documents with hits, including Family | Unique hits |
|------|--------------------:|--------------------------------------:|------------:|
| ((((Unity w/3 "and") w/3 Security) w/3 for) w/3 America) | 0 | 0 | 0 |
| (((League w/3 of) w/3 the) w/3 South) | 5 | 5 | 0 |
| (((Rebel w/3 Brigade) w/3 of) w/3 Knights) | 0 | 0 | 0 |
| ((Brion w/3 Keith) w/3 Baker) | 0 | 0 | 0 |
| ((Charlottesville w/3 Police) w/3 Department) | 0 | 0 | 0 |
| ((East w/3 Coast) w/3 Knights) | 0 | 0 | 0 |
| ((Everett w/3 Nick) w/3 Case) | 0 | 0 | 0 |
| ((James w/3 Alex) w/3 Fields) | 3 | 3 | 0 |
| ((Loyal w/3 White) w/3 Knights) | 0 | 0 | 0 |
| ((National w/3 Park) w/3 Service) | 2 | 2 | 2 |
| ((National w/3 Socialist) w/3 Movement) | 0 | 0 | 0 |
| ((Rise w/3 Above) w/3 Movement) | 1 | 1 | 1 |
| ((Stefani w/3 Gunter) w/3 Hopkins) | 0 | 0 | 0 |
| ((Tactical w/3 American) w/3 Patriots) | 0 | 0 | 0 |
| ((Traditionalist w/3 Worker) w/3 Party) | 1 | 1 | 0 |
| ((Unite w/3 the) w/3 Right) | 30 | 35 | 4 |
| ((united w/5 church) w/5 christ) | 0 | 0 | 0 |
| A11 | 0 | 0 | 0 |
| A12 | 0 | 0 | 0 |

# SINKS-02678_Staging

## Search Terms Report

**Report Name:** STR 2020.01.07_Kline Mobile          **Searchable Set:** Kline_Mobile Data_20200107

| Term | Documents with hits | Documents with hits, including Family | Unique hits |
|------|--------------------:|--------------------------------------:|------------:|
| Aaron w/3 VA | 0 | 0 | 0 |
| Ajax* | 354 | 355 | 194 |
| AK w/3 Lane | 0 | 0 | 0 |
| Al w/3 Thomas | 0 | 0 | 0 |
| Albion | 0 | 0 | 0 |
| Alex w/3 Fields | 4 | 4 | 0 |
| Allison w/3 Peirce | 0 | 0 | 0 |
| Alt w/3 Knights | 1 | 1 | 0 |
| AltRightVA | 12 | 13 | 10 |
| Americana* | 9 | 9 | 8 |
| Andrea w/3 Owens | 0 | 0 | 0 |
| Anglin | 67 | 68 | 30 |
| Anthime | 0 | 0 | 0 |
| Antifa | 3,177 | 3,214 | 2,861 |
| April w/3 Muniz | 0 | 0 | 0 |
| Armed | 15 | 15 | 5 |
| Arrest* | 88 | 90 | 42 |
| Atomwaffen | 14 | 14 | 2 |
| Augustus | 96 | 99 | 6 |
| Azzmador | 16 | 16 | 4 |
| Bait | 4 | 4 | 3 |
| Baked w/3 Alaska | 15 | 15 | 7 |
| bakedalaska | 9 | 9 | 7 |
| Baker | 1 | 1 | 1 |
| Balcaitis | 0 | 0 | 0 |
| baton | 7 | 7 | 3 |
| Battaglia | 0 | 0 | 0 |
| Beat | 74 | 75 | 53 |
| Ben w/3 Garland | 0 | 0 | 0 |

# SINKS-02678_Staging
## Search Terms Report

**Report Name:** STR 2020.01.07_Kline Mobile          **Searchable Set:** Kline_Mobile Data_20200107

| Term | Documents with hits | Documents with hits, including Family | Unique hits |
|---|---:|---:|---:|
| Benjamin w/3 Garland | 0 | 0 | 0 |
| Black | 460 | 469 | 381 |
| Blast | 3 | 3 | 3 |
| BLM | 8 | 8 | 5 |
| Boechat | 0 | 0 | 0 |
| Boman | 0 | 0 | 0 |
| Bomb | 40 | 41 | 29 |
| Brad w/3 Griffin | 3 | 3 | 2 |
| Brathovd | 3 | 3 | 0 |
| Brian w/3 Lambert | 0 | 0 | 0 |
| Burn | 37 | 37 | 24 |
| Caerulus* | 400 | 405 | 249 |
| Cantwell | 223 | 229 | 177 |
| car w/3 attack | 2 | 2 | 0 |
| car w/3 hit | 2 | 2 | 2 |
| Cesar w/3 Hess | 0 | 0 | 0 |
| Challenger | 6 | 9 | 3 |
| Chapman | 3 | 3 | 0 |
| Charles w/3 Myers | 0 | 0 | 0 |
| Charlottesville | 131 | 147 | 43 |
| Charlottesville w/3 2.0 | 2 | 2 | 0 |
| Chef w/3 Goyardee | 1 | 1 | 1 |
| ChefGoyardee* | 0 | 0 | 0 |
| Chelsea w/3 Alvarado | 0 | 0 | 0 |
| Chesny | 0 | 0 | 0 |
| city w/3 council | 6 | 6 | 0 |
| Cole | 5 | 5 | 5 |
| Cole w/3 Harris | 0 | 0 | 0 |
| Colton | 9 | 9 | 4 |

# SINKS-02678_Staging
## Search Terms Report

**Report Name:**  STR 2020.01.07_Kline Mobile          **Searchable Set:**  Kline_Mobile Data_20200107

| Term | Documents with hits | Documents with hits, including Family | Unique hits |
|------|--------------------:|--------------------------------------:|------------:|
| Colton w/3 Merwin | 4 | 4 | 0 |
| Commander w/3 Hunt | 0 | 0 | 0 |
| Conviction | 1 | 1 | 1 |
| Corcoran | 0 | 0 | 0 |
| Cormier | 0 | 0 | 0 |
| Counterprotest | 0 | 0 | 0 |
| CPD | 0 | 0 | 0 |
| Crockett | 5 | 5 | 3 |
| Custalow | 0 | 0 | 0 |
| cville | 179 | 181 | 80 |
| Daley | 31 | 31 | 0 |
| Damigo | 784 | 799 | 0 |
| Danny w/3 Wolf | 0 | 0 | 0 |
| date(06/17) | 0 | 0 | 0 |
| date(07/08) | 0 | 0 | 0 |
| date(08/11) | 0 | 0 | 0 |
| date(08/12) | 0 | 0 | 0 |
| date(08/13) | 0 | 0 | 0 |
| date(Aug* 11) | 0 | 0 | 0 |
| date(Aug* 12) | 0 | 0 | 0 |
| date(Aug* 13) | 0 | 0 | 0 |
| date(July 8) | 0 | 0 | 0 |
| date(June 17) | 0 | 0 | 0 |
| David w/3 Duke | 23 | 23 | 0 |
| Derek w/3 Davis | 0 | 0 | 0 |
| DeusVolt* | 0 | 0 | 0 |
| Dickinson | 3 | 3 | 1 |
| Dillon w/3 Hopper | 1 | 1 | 0 |
| Dillon1488 | 0 | 0 | 0 |

**SINKS-02678_Staging**

**Search Terms Report**

---

**Report Name:**  STR 2020.01.07_Kline Mobile          **Searchable Set:**  Kline_Mobile Data_20200107

| Term | Documents with hits | Documents with hits, including Family | Unique hits |
|------|--------------------:|--------------------------------------:|------------:|
| Discord | 244 | 260 | 153 |
| Dodge | 4 | 4 | 2 |
| Duke | 55 | 55 | 12 |
| Dustin w/3 Owens | 0 | 0 | 0 |
| Eli w/3 Mosely | 3 | 3 | 1 |
| Eli w/3 Mosley | 100 | 103 | 0 |
| Eliot w/3 Kline | 0 | 0 | 0 |
| Elizabeth w/3 Sines | 0 | 0 | 0 |
| Elliot w/3 Kline | 5 | 9 | 0 |
| Emancipation | 0 | 0 | 0 |
| Enoch | 569 | 585 | 447 |
| Entwisle | 0 | 0 | 0 |
| Erica | 568 | 572 | 418 |
| Erica w/3 Alduino | 5 | 5 | 0 |
| Erika | 10 | 10 | 7 |
| Ethnostate | 38 | 38 | 33 |
| Europa | 30 | 30 | 16 |
| Evan w/3 McLaren | 26 | 26 | 0 |
| Evan w/3 Thomas | 198 | 200 | 126 |
| Evropa | 56 | 59 | 18 |
| Fag | 48 | 48 | 38 |
| Fashy w/3 Haircut | 1 | 1 | 0 |
| Fields | 17 | 17 | 3 |
| Fight | 125 | 127 | 80 |
| Firearm | 1 | 1 | 1 |
| first w/3 baptist | 0 | 0 | 0 |
| FOAK | 1 | 1 | 0 |
| Fraternal w/3 Order | 0 | 0 | 0 |
| Frisbadli | 0 | 0 | 0 |

---

# SINKS-02678_Staging

## Search Terms Report

**Report Name:** STR 2020.01.07_Kline Mobile          **Searchable Set:** Kline_Mobile Data_20200107

| Term | Documents with hits | Documents with hits, including Family | Unique hits |
|------|--------------------:|--------------------------------------:|------------:|
| Gillen | 29 | 29 | 0 |
| Gionet | 0 | 0 | 0 |
| Goldstein w/3 Riots | 0 | 0 | 0 |
| GoyMeetsWorld | 0 | 0 | 0 |
| Gun | 77 | 78 | 48 |
| Hamblen | 0 | 0 | 0 |
| Hannah w/3 Pearce | 0 | 0 | 0 |
| heather w/3 heyer | 2 | 2 | 0 |
| Heimbach | 34 | 34 | 16 |
| Heimdulf* | 0 | 0 | 0 |
| Heinz* | 3 | 3 | 1 |
| helmets | 2 | 2 | 1 |
| Herrenvolk* | 0 | 0 | 0 |
| Hess | 6 | 7 | 6 |
| Higgs | 0 | 0 | 0 |
| HiptotheJQ | 0 | 0 | 0 |
| Horton | 0 | 0 | 0 |
| HueTheHand | 0 | 0 | 0 |
| Hunter w/3 Wallace | 21 | 22 | 11 |
| Identity w/3 Evropa | 36 | 39 | 0 |
| IE | 1,923 | 1,939 | 1,571 |
| intimidat* | 11 | 11 | 10 |
| Invictus | 91 | 94 | 3 |
| Irizarry | 0 | 0 | 0 |
| Jack w/3 Pierce | 2 | 2 | 0 |
| Jackson w/3 Park | 1 | 1 | 0 |
| James w/3 Fields | 8 | 8 | 0 |
| Jason | 1,113 | 1,124 | 843 |
| Jaymi w/3 Danielle | 0 | 0 | 0 |

# SINKS-02678_Staging

## Search Terms Report

**Report Name:**  STR 2020.01.07_Kline Mobile          **Searchable Set:**  Kline_Mobile Data_20200107

| Term | Documents with hits | Documents with hits, including Family | Unique hits |
|------|--------------------:|--------------------------------------:|------------:|
| Jeff w/3 Schoep | 1 | 1 | 0 |
| Jefferson w/3 monument | 1 | 1 | 0 |
| jefferson w/3 st* | 4 | 4 | 0 |
| Jefferson w/3 Statue | 3 | 3 | 0 |
| Jew | 139 | 143 | 86 |
| JJ w/3 Power | 0 | 0 | 0 |
| Johnny w/3 O'Malley | 0 | 0 | 0 |
| Joyce w/3 Bennett | 0 | 0 | 0 |
| Justice w/3 Park | 1 | 1 | 0 |
| Kathleen w/3 Snyder | 0 | 0 | 0 |
| Kawzcynski | 0 | 0 | 0 |
| Kike | 33 | 40 | 19 |
| Kill | 99 | 100 | 79 |
| KKK | 44 | 44 | 27 |
| Klan | 13 | 13 | 4 |
| Kleve | 0 | 0 | 0 |
| Kline | 1,207 | 1,271 | 1,164 |
| Knife | 8 | 8 | 3 |
| Knives | 2 | 2 | 0 |
| Krist* | 14 | 14 | 11 |
| Kurt | 273 | 274 | 208 |
| Kyle w/3 Chapman | 2 | 2 | 0 |
| Kyle w/3 Rogers | 0 | 0 | 0 |
| Lafayette | 14 | 20 | 1 |
| Laube | 0 | 0 | 0 |
| Lawrence w/3 TX | 0 | 0 | 0 |
| Lee w/3 Park | 10 | 11 | 7 |
| lighter w/3 fluid | 0 | 0 | 0 |

**SINKS-02678_Staging**
**Search Terms Report**

**Report Name:** STR 2020.01.07_Kline Mobile        **Searchable Set:** Kline_Mobile Data_20200107

| Term | Documents with hits | Documents with hits, including Family | Unique hits |
|---|---|---|---|
| Lightfoot w/3 Militia | 0 | 0 | 0 |
| Linden | 0 | 0 | 0 |
| Lolyouwish | 0 | 0 | 0 |
| LOS | 10 | 10 | 8 |
| Ludovici w/3 Alibi | 0 | 0 | 0 |
| Luis w/3 Bellino | 0 | 0 | 0 |
| LWK | 0 | 0 | 0 |
| mace* | 4 | 4 | 3 |
| Maclmay | 0 | 0 | 0 |
| Maddimension | 0 | 0 | 0 |
| Mahler | 0 | 0 | 0 |
| ManWithTheHand | 1 | 1 | 1 |
| Marcus w/3 Liebowitz | 0 | 0 | 0 |
| Marcus w/3 Martin | 0 | 0 | 0 |
| Marie | 29 | 29 | 17 |
| Marissa w/3 Blair | 0 | 0 | 0 |
| Markus w/3 Anthony | 0 | 0 | 0 |
| Matthewheimbach | 0 | 0 | 0 |
| Maurice w/3 Jones | 1 | 2 | 0 |
| McCarthy | 11 | 11 | 3 |
| McCormick w/3 Foley | 0 | 0 | 0 |
| mcguffey w/3 park | 0 | 0 | 0 |
| McInnes | 26 | 29 | 11 |
| McIntire | 10 | 10 | 2 |
| McLaren | 36 | 36 | 8 |
| McPherson | 0 | 0 | 0 |
| Merwin | 8 | 8 | 2 |
| Metropolitan w/3 Police | 0 | 0 | 0 |
| Michael w/3 Hill | 5 | 5 | 0 |

# SINKS-02678_Staging
## Search Terms Report

**Report Name:**  STR 2020.01.07_Kline Mobile                **Searchable Set:**  Kline_Mobile Data_20200107

| Term | Documents with hits | Documents with hits, including Family | Unique hits |
|---|---|---|---|
| Miselis | 31 | 31 | 0 |
| Moonbase w/3 Holdings | 0 | 0 | 0 |
| Mosley | 158 | 162 | 53 |
| Mothersbaugh | 0 | 0 | 0 |
| Mrozek | 0 | 0 | 0 |
| nameless w/3 field | 1 | 1 | 0 |
| Nat* w/3 Damigo | 779 | 794 | 0 |
| Natalie w/3 Romero | 0 | 0 | 0 |
| Nationalist w/3 Front | 1 | 1 | 1 |
| Nazi | 189 | 201 | 124 |
| New w/3 Byzantium | 1 | 1 | 0 |
| Newberry | 1 | 1 | 0 |
| NF | 1 | 1 | 1 |
| Nigger | 63 | 63 | 43 |
| NPS | 1 | 1 | 0 |
| NSM | 9 | 9 | 1 |
| Paramilitary | 0 | 0 | 0 |
| Parrot* | 3 | 3 | 0 |
| Parrott | 1 | 1 | 0 |
| Patrick w/3 Little | 16 | 16 | 4 |
| Patrick w/3 Palmer | 0 | 0 | 0 |
| Patriot w/3 Front | 8 | 8 | 5 |
| Peinovich | 4 | 4 | 2 |
| Phillip-TX | 0 | 0 | 0 |
| Pistolis | 1 | 1 | 0 |
| Proud w/3 Boys | 70 | 71 | 27 |
| Punch | 34 | 35 | 17 |
| queenarchitect | 0 | 0 | 0 |
| Race w/3 War | 6 | 6 | 5 |

# SINKS-02678_Staging

## Search Terms Report

**Report Name:** STR 2020.01.07_Kline Mobile          **Searchable Set:** Kline_Mobile Data_20200107

| Term | Documents with hits | Documents with hits, including Family | Unique hits |
|------|--------------------:|--------------------------------------:|------------:|
| racis* | 265 | 269 | 185 |
| Radical w/3 Agenda | 4 | 5 | 2 |
| Radicalagenda | 0 | 0 | 0 |
| RaHoWa | 3 | 3 | 1 |
| Rally | 231 | 243 | 91 |
| RAM | 4 | 4 | 1 |
| RCO w/3 Nick | 0 | 0 | 0 |
| Reinhard w/3 wolff | 1 | 1 | 1 |
| Richard | 4,223 | 4,442 | 339 |
| Richard w/3 Preston | 0 | 0 | 0 |
| Richard w/3 Spencer | 3,668 | 3,881 | 0 |
| Robert w/3 Ray | 0 | 0 | 0 |
| Roche | 5 | 5 | 1 |
| Rotunda | 1 | 1 | 0 |
| Rousseau | 3 | 3 | 0 |
| Ruiz | 0 | 0 | 0 |
| Run w/3 over | 14 | 14 | 13 |
| Rundo | 0 | 0 | 0 |
| Sacco | 120 | 121 | 49 |
| SaintCharles | 0 | 0 | 0 |
| Salazar | 0 | 0 | 0 |
| Schoep | 1 | 1 | 0 |
| Seth w/3 Wispelwey | 0 | 0 | 0 |
| Shane w/3 Long | 0 | 0 | 0 |
| Sheehy | 0 | 0 | 0 |
| Shield | 11 | 11 | 8 |
| Shoot | 48 | 50 | 35 |
| Shyne | 0 | 0 | 0 |
| Silasreynolds | 0 | 0 | 0 |



# SINKS-02678_Staging
## Search Terms Report

**Report Name:** STR 2020.01.07_Kline Mobile          **Searchable Set:** Kline_Mobile Data_20200107

| Term | Documents with hits | Documents with hits, including Family | Unique hits |
|------|---------------------|---------------------------------------|-------------|
| Sines | 3 | 3 | 3 |
| Snuffer | 0 | 0 | 0 |
| Spencer | 3,906 | 4,125 | 172 |
| Spray | 4 | 4 | 4 |
| St. w/3 Paul* | 0 | 0 | 0 |
| Stab | 2 | 2 | 0 |
| Stankard | 0 | 0 | 0 |
| Starsia | 0 | 0 | 0 |
| Statue | 25 | 25 | 8 |
| Stickman | 6 | 6 | 2 |
| Stormer | 47 | 48 | 25 |
| SURJ | 0 | 0 | 0 |
| tear w/3 gas* | 4 | 4 | 4 |
| the w/3 lawn | 5 | 5 | 4 |
| Thebigkk | 0 | 0 | 0 |
| Thewizardofthorntonpark | 0 | 0 | 0 |
| Thomas w/10 Rousseau | 3 | 3 | 0 |
| thomas w/3 jefferson | 4 | 4 | 0 |
| Thomas w/3 Ryan | 0 | 0 | 0 |
| Tibor | 0 | 0 | 0 |
| torch* | 37 | 38 | 14 |
| Trained w/3 fighters | 0 | 0 | 0 |
| Treadstone | 0 | 0 | 0 |
| Trial | 29 | 29 | 21 |
| Trigger | 17 | 17 | 9 |
| Troutman | 2 | 2 | 0 |
| Tscags88 | 0 | 0 | 0 |
| Tubbs | 1 | 1 | 0 |

# SINKS-02678_Staging

## Search Terms Report

**Report Name:** STR 2020.01.07_Kline Mobile          **Searchable Set:** Kline_Mobile Data_20200107

| Term | Documents with hits | Documents with hits, including Family | Unique hits |
|------|--------------------:|--------------------------------------:|------------:|
| TWP | 32 | 32 | 10 |
| Tyrone | 1 | 1 | 1 |
| unitetheright | 0 | 0 | 0 |
| UTR | 6 | 8 | 0 |
| Vandal | 68 | 69 | 13 |
| Vanguard | 68 | 72 | 33 |
| Vasillios* | 1 | 1 | 0 |
| Vets | 14 | 14 | 9 |
| Vitco | 1 | 1 | 0 |
| Volkisch w/3 Soldar | 0 | 0 | 0 |
| Von Diez | 5 | 5 | 4 |
| Wade w/3 Garrett | 0 | 0 | 0 |
| Warlock | 4 | 4 | 4 |
| weapon* | 70 | 71 | 52 |
| Wendy w/3 Lewis | 3 | 3 | 0 |
| White w/3 nation* | 90 | 101 | 51 |
| White w/3 supremac* | 77 | 82 | 41 |
| White-PowerStroke | 0 | 0 | 0 |
| Wyatt | 99 | 102 | 78 |
| Zyniker | 0 | 0 | 0 |