UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

ELIZABETH SINES, SETH WISPELWEY, MARISSA BLAIR, APRIL MUÑIZ, MARCUS MARTIN, NATALIE ROMERO, CHELSEA ALVARADO, JOHN DOE, and THOMAS BAKER,

    Plaintiffs,

v.

JASON KESSLER, et al.,

    Defendants.

Civil Action No. 3:17-cv-00072-NKM

**JURY TRIAL DEMANDED**

**[PROPOSED] ORDER SEALING EXHIBIT TO SUPPLEMENTAL BRIEF IN FURTHER SUPPORT OF THEIR MOTIONS FOR EVIDENTIARY SANCTIONS AGAINST DEFENDANT ELLIOTT KLINE A/K/A ELI MOSLEY**

WHEREAS, on February 7, 2020, Plaintiffs filed a Supplemental Brief in Further Support of Their Motions for Evidentiary Sanctions against Defendant Elliott Kline a/k/a Eli Mosley (the "Supplemental Brief"), ECF No. 645, and did not publicly file Exhibit A in accordance with Google LLC's designation of the exhibit as containing "Confidential and Proprietary" information,

WHEREAS, Plaintiffs have provided unredacted copies of Exhibit A to the Court and moved, pursuant to Local Rule 9, for those exhibits to be sealed,

IT IS HEREBY ORDERED that Exhibit A to Plaintiffs' Supplemental Brief, ECF No. 645, is hereby sealed pursuant to Local Rule 9.

Dated:

**SO ORDERED.**

                                            Hon. Joel C. Hoppe, M.J.