

**EXHIBIT 5**

## VIRGINIA: IN THE CIRCUIT COURT FOR THE CITY OF CHARLOTTESVILLE

COMMONWEALTH OF VIRGINIA

v.                                                    Case Nos. CR17000296-01 to 10

JAMES A. FIELDS,
        Defendant.

### AGREED ORDER REGARDING JUROR INFORMATION

THIS DAY came the Commonwealth, by her attorney Joseph Platania, and James A. Fields, the Defendant, by his counsel, and requested that the Court order that all information pertaining to potential jurors and jurors selected for service be confidentially maintained and sealed until further order of this Court and requested pre-approval of expenses related to photocopying of questionnaires.

For good cause shown, it appearing reasonable and just to do so, and pursuant to Virginia Code Section 19.2-263.3 and 19.2-332, it is hereby ORDERED, ADJUDGED and DECREED as follows:

1. The Clerk of the Circuit Court of the City of Charlottesville is directed to provide a list of potential jurors to be summoned to Counsel of record for each Party as soon as is practical after the list is assembled.

2. Any completed juror questionnaires shall be provided by the Clerk to Counsel, jointly, for the purpose of allowing Counsel to obtain one (1) photocopy of each questionnaire for each Party. Counsel shall return the original questionnaires to the Clerk immediately after photocopying. For purposes of this Order, "Juror Personal Information" shall mean information contained on the list of potential jurors as well as any information contained in questionnaires.

3. Counsel may outsource the photocopying of the questionnaires to T&N Printing. Each individual providing such service shall be subject to the terms and conditions of this Order with regard to confidentiality of Juror Personal Information. Counsel shall provide a copy of this Order to T&N Printing and shall also obtain a mutually agreeable non-disclosure agreement signed by the individual(s) providing this service. The original non-disclosure agreement shall be filed with this Court under seal along with Juror Personal Information.

4. Due to the substantial amount of time that will be involved in the task, this Court specifically finds that an amount no greater than $2,000 for photocopying of questionnaires, as set forth in Paragraphs 2 and 3 herein, is a reasonable and allowable expense pursuant to Virginia Code Ann. §19.2-332. This Court hereby specifically Orders than an amount no greater than $2,000 for copying of questionnaires is pre-approved and may be paid to T&N Printing for such services.

5. Counsel may allow investigators and/or staff who are assisting in this matter to have access to Juror Personal Information, at the discretion of Counsel. Counsel shall be responsible for assuring that any individual allowed such access maintain the confidentiality of all Juror Personal Information consistent with this Order.

6. Juror Personal Information shall be maintained in a confidential manner by every person having access to such information. Juror Personal Information shall not be disclosed by any individual having access to such information. No additional copies of Juror Personal Information shall be made by any means.

7. Juror Personal Information shall be maintained UNDER SEAL by the Clerk of Court until further Order of Court.

8. Violation of this Order is punishable by contempt of court.

9. This Agreed Order and the Motion Regarding Juror Information shall be filed UNDER SEAL until further Order of Court.

ENTERED: *[signature]*

DATED: 8/15/18

We ask for this:

*[signature]*

Denise Y. Lunsford, Esq.
John I. Hill, Esq.
Counsel for James A. Fields

*[signature]*

Joseph Platania, Esq.
Nina-Alice Antony, Esq.
Attorneys for the Commonwealth

VIRGINIA: IN THE CIRCUIT COURT FOR THE CITY OF CHARLOTTESVILLE

COMMONWEALTH OF VIRGINIA

v.   Case Nos. CR17000296-01 to 10

JAMES A. FIELDS,
        Defendant

## ORDER ALLOWING MEMBERS OF THE PUBLIC TO VIEW AND HEAR THE VIDEO AND AUDIO EVIDENCE ADMITTED AT TRIAL

      The Court hereby ORDERS the Clerk of Court to make available to members of the public for viewing and hearing the video and audio recordings admitted as evidence at trial. The Clerk of Court shall provide these in a view and hear only format in the Clerk's Office for the Charlottesville Circuit Court. The Court further ORDERS that the video and audio recordings shall not be copied, reproduced or transmitted.

      Entered this _____ day of December, 2018.

                                                                  Hon. Richard E. Moore, Judge