Case 3:17-cv-00072-NKM-JCH   Document 650-2   Filed 02/12/20   Page 1 of 3   Pageid#: 8645

# EXHIBIT 2

# Roy III, Daniel P.

| | |
|---|---|
| **From:** | Ken Kim <kkim@idsinc.com> |
| **Sent:** | Friday, January 24, 2020 9:49 AM |
| **To:** | Roy III, Daniel P. |
| **Cc:** | Levine, Alan; Michael Bloch; iDS_SINKS-02678 |
| **Subject:** | RE: Hopper Cell Phone |

**[External]**

Hi Daniel:

We did receive an email from Mr. Hopper on Tuesday (1/21) letting us know that he would be shipping his device to us, and we subsequently received his device yesterday. Our forensics team is currently in the process of imaging the device and we should be able to provide the requested information once completed. We will keep you posted.

Regards,
Ken

**Kenneth Kim**
Consultant, Discovery Services
**iDiscovery Solutions**
Mobile: 267.847.4876

 

*iDS is a proud Chambers and Partners **Band 2** Ranked eDiscovery provider!*
https://www.chambersandpartners.com/12788/2817/editorial/58/1#22770855_editorial

---

**From:** Roy III, Daniel P. <droy@cooley.com>
**Sent:** Friday, January 24, 2020 9:37 AM
**To:** Ken Kim <kkim@idsinc.com>
**Cc:** Levine, Alan <alevine@cooley.com>; Michael Bloch <mbloch@kaplanhecker.com>
**Subject:** Hopper Cell Phone
**Importance:** High

Hi Ken,

Hope this finds you well.  We received an email from Mr. Hopper last evening stating that he has finally provided his current mobile device to you all.  Are you in receipt of this device?  If so, have you been able to access it and/or is there any information recoverable on that device?  Any color would be very helpful.

Thanks,

Dan

**Daniel P. Roy III**
Cooley LLP
55 Hudson Yards
New York, NY 10001-2157

+1 212 479 6784 office
+1 212 479 6275 fax
+1 860 933 3665 mobile
droy@cooley.com

Cooley is one of Fortune's **100 Best Companies to Work For**

Cooley is a Crain's New York Business **Best Place to Work**

Cooley GO > **Start and build your business**

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

INFORMATION CLASSIFICATION NOTICE: This electronic communication (including any attachments) is intended to be viewed only by the individual(s) to whom it is addressed. It may contain information that is privileged, proprietary, confidential and/or protected from disclosure by applicable law. Any disclosure, dissemination, distribution, copying, exporting or other use of this communication or any attached document(s) other than for the purpose intended by the sender is strictly prohibited without prior written permission from the sender. If you have received this communication in error, please notify the sender immediately by reply e-mail and promptly destroy all electronic and printed copies of this communication and any attached documents.