**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**Charlottesville Division**

| | |
|---|---|
| ELIZABETH SINES, SETH WISPELWEY, MARISSA BLAIR, APRIL MUNIZ, MARCUS MARTIN, NATALIE ROMERO, CHELSEA ALVARADO, THOMAS BAKER and JOHN DOE,<br><br>Plaintiffs,<br><br>v.<br><br>JASON KESSLER, et al.,<br><br>Defendants. | Civil Action No. 3: 17-cv-00072-NKM |

**[PROPOSED] ORDER SEALING EXHIBITS TO PLAINTIFFS' MOTION FOR DIRECT ACCESS TO CERTAIN DISCOVERY OF DEFENDANT VANGUARD AMERICA**

**WHEREAS**, on February 12, 2020, Plaintiffs filed a Motion for Direct Access to Certain Discovery of Defendant Vanguard America and did not publicly file supporting Exhibit 3 in accordance with Plaintiffs' position that this Exhibit contains Confidential or Highly Confidential information pursuant to the Order for the Production of Documents and Exchange of Confidential Information entered on January 3, 2018 (ECF No. 167);

**WHEREAS**, Plaintiffs have provided an unredacted copy of this Exhibit to the Court and moved, pursuant to Local Rule 9, for this Exhibit to be sealed.

**IT IS HEREBY ORDERED** that Exhibit 3 to Plaintiffs' Motion for Direct Access to Certain Discovery of Defendant Vanguard America be sealed pursuant to Local Rule 9.

Dated: _____

SO ORDERED

_____
Hon. Joel C. Hoppe, M.J.