
CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
02/13/2020
JULIA C. DUDLEY, CLERK
BY: H. Wheeler
DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**Charlottesville Division**

ELIZABETH SINES, SETH WISPELWEY, MARISSA BLAIR, APRIL MUÑIZ, MARCUS MARTIN, NATALIE ROMERO, CHELSEA ALVARADO, JOHN DOE, and THOMAS BAKER,

Plaintiffs,

v.

JASON KESSLER, et al.,

Defendants.

**Civil Action No. 3:17-cv-00072-NKM**

**JURY TRIAL DEMANDED**

**ORDER SEALING EXHIBIT TO SUPPLEMENTAL BRIEF IN FURTHER SUPPORT OF THEIR MOTIONS FOR EVIDENTIARY SANCTIONS AGAINST DEFENDANT ELLIOTT KLINE A/K/A ELI MOSLEY**

WHEREAS, on February 7, 2020, Plaintiffs filed a Supplemental Brief in Further Support of Their Motions for Evidentiary Sanctions against Defendant Elliott Kline a/k/a Eli Mosley (the "Supplemental Brief"), ECF No. 645, and did not publicly file Exhibit A in accordance with Google LLC's designation of the exhibit as containing "Confidential and Proprietary" information,

WHEREAS, Plaintiffs have provided unredacted copies of Exhibit A to the Court and moved, pursuant to Local Rule 9, for those exhibits to be sealed,

IT IS HEREBY ORDERED that Exhibit A to Plaintiffs' Supplemental Brief, ECF No. 645, is hereby sealed pursuant to Local Rule 9.

Dated: February 13, 2020

**SO ORDERED.**

Hon. Joel C. Hoppe, M.J.