CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

FEB 13 2020

JULIA C. DUDLEY
BY: /s/
DEPUTY

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| ELIZABETH SINES, SETH WISPELWEY, MARISSA BLAIR, APRIL MUNIZ, MARCUS MARTIN, NATALIE ROMERO, CHELSEA ALVARADO, THOMAS BAKER and JOHN DOE,<br><br>Plaintiffs,<br>v.<br><br>JASON KESSLER, et al.,<br><br>Defendants. | Civil Action No. 3: 17-cv-00072-NKM |

### ORDER SEALING EXHIBITS TO PLAINTIFFS' MOTION FOR DIRECT ACCESS TO CERTAIN DISCOVERY OF DEFENDANT VANGUARD AMERICA

**WHEREAS**, on February 12, 2020, Plaintiffs filed a Motion for Direct Access to Certain Discovery of Defendant Vanguard America and did not publicly file supporting Exhibit 3 in accordance with Plaintiffs' position that this Exhibit contains Confidential or Highly Confidential information pursuant to the Order for the Production of Documents and Exchange of Confidential Information entered on January 3, 2018 (ECF No. 167);

**WHEREAS**, Plaintiffs have provided an unredacted copy of this Exhibit to the Court and moved, pursuant to Local Rule 9, for this Exhibit to be sealed.

**IT IS HEREBY ORDERED** that Exhibit 3 to Plaintiffs' Motion for Direct Access to Certain Discovery of Defendant Vanguard America be sealed pursuant to Local Rule 9.

Dated: February 13, 2020

SO ORDERED

_____
Hon. Joel C. Hoppe, M.J.