CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILE, VA
FILED

FEB 13 2020

JULIA C. DUDLEY, CLERK
BY:
      DEPUTY CLERK

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### Charlottesville Division

| | |
|---|---|
| ELIZABETH SINES, SETH WISPELWEY, MARISSA BLAIR, APRIL MUNIZ, MARCUS MARTIN, NATALIE ROMERO, CHELSEA ALVARADO, THOMAS BAKER and JOHN DOE, <br><br> Plaintiffs, <br><br> v. <br><br> JASON KESSLER, et al., <br><br> Defendants. | Civil Action No. 3: 17-cv-00072-NKM |

## ORDER SEALING EXHIBITS TO PLAINTIFFS' MOTION FOR DIRECT ACCESS TO CERTAIN DISCOVERY OF DEFENDANT KESSLER

**WHEREAS**, on February 12, 2020, Plaintiffs filed a Motion for Direct Access to Certain Discovery of Defendant Kessler and did not publicly file supporting Exhibits Exhibits 3, 4, 5, 6, 7, 8, 9, 10 and 11 in accordance with Plaintiffs' position that these exhibits contain Confidential or Highly Confidential information pursuant to the Order for the Production of Documents and Exchange of Confidential Information entered on January 3, 2018 (ECF No. 167);

**WHEREAS**, Plaintiffs have provided unredacted copies of these exhibits to the Court and moved, pursuant to Local Rule 9, for these exhibits to be sealed.

**IT IS HEREBY ORDERED** that Exhibits 3, 4, 5, 6, 7, 8, 9, 10 and 11 to Plaintiffs' Motion for Direct Access to Certain Discovery of Defendant Kessler be sealed pursuant to Local Rule 9.

Dated: February 13, 2020

SO ORDERED

_____
Hon. Joel C. Hoppe, M.J.