CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

FEB 1 4 2020

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

UNITED STATES FEDERAL COURT WESTERN DISTRICT OF VIRGINIA

CASE: SINES V. KESSLER | CASE # 3;17cv00072

PLAINTIFFS: SINES ET AL | DEFENDANTS: KESSLER ET AL

## DEFENDANT CANTWELL'S LETTER OF STATUS

To the Honorable Judge Moon, and Honorable Judge Hoppe,

I write to you today from the "law library" of the Strafford County Correctional Facility in Dover, New Hampshire. This "law library" consists of little more than a word processor. So, I hope you will pardon the formatting of this letter, and my complete lack of capacity to respond with meaningful specificity to anything which has transpired since I submitted my objection to Plaintiffs' motion for evidentiary sanctions against Defendant Kline, on January 21st.

I am currently housed in administrative segregation for my own safety, because classification noted that my Wikipedia page begins by telling the public that I am a "federal informant". This is not conducive to building positive relationships in a correctional facility, so I must be kept separate from other inmates. Not that I am anxious to make friends here, but it substantially complicates my access to resources within this facility.

"Informant" is not the correct word to describe me, since I am but a crime victim who reported his repeated victimizations to law enforcement. Seemingly, to no avail. But I did cooperate with the FBI investigation into the events here in dispute, and I have regularly communicated with local and federal law enforcement since my return home from Virginia, because I am constantly threatened and harassed on account of the lies pedaled about me by Plaintiffs and their associates.

Despite this frequent communication, FBI agents saw fit to break my door down at approximately 3:00am on Thursday, January 23rd. They seized my electronic devices, and weapons, and charged me with violations of Title 18 USCS 875 b, and c. These charges have no ostensible connection to the events here in dispute, no matter what frivolous dot connecting exercises Plaintiffs may try to fraudulently engage in.

At a subsequent initial court appearance in Concord, NH, prosecutors exercised an option to postpone my bail hearing for 3 days, and announced their intent to seek remand. On the advice of my public defender, we stipulated to remand, without prejudice, in order to await discovery. At the time of this writing, I have no idea when I will be released.

For me to continue participating in this suit, I'll need to be served with all papers clearly marked as "legal mail" at the correctional facility, until I am released. The address here is;

Christopher Cantwell Booking #20-00348
Strafford County Dept. of Corrections
226 County Farm Road
Dover, NH 03820

I have not seen anything submitted to the docket since January 21st, and further, I have no reference material to prior filings. For me to meaningfully participate, I will require copies of Plaintiffs' Second Amended Complaint, as well as my response to it, and my Objection to Plaintiffs' Motion for Evidentiary Sanctions against Defendant Kline.

I also have hundreds if not thousands of archived and screenshotted social media posts, and other images, dozens of videos, and gigabytes of other evidence stored on my computers. These have since been seized by the Federal Bureau of Investigation, and I have no idea how I can participate in this process without access to that material.

Perhaps that is the point. Time will tell…

Or, perhaps, we can all save ourselves a bit of trouble.

I showed this Court in my Objection to Plaintiffs' Motion for Evidentiary Sanctions against Defendant Kline, that this lawsuit has no merit. I conclusively proved beyond any reasonable doubt, that the Plaintiffs have willfully and maliciously deceived this Court from the outset, and that even as their lies were exposed, the Plaintiffs continued deceiving this Court and the public.

I thus reiterate my request that I be dismissed from this frivolous lawsuit. I discourage the Plaintiffs from objecting to this request, because I will not walk away quietly if compelled to see this through to the end. If they want to avoid paying me, they should drop their claims today.

I did nothing to any of these people. They have not even alleged that I have done anything to any of them. They only allege that I conspired to create the conditions that interrupt their enjoyment of life, but even this is definitively disproven by my body camera videos, and other materials I have freely given up in discovery.

So long as this Court permits the Plaintiffs to abuse process, the process will be abused to torment me, because that is all they have ever intended to do. They have no intention of winning this suit. They only intend to spy, slander, and torment their critics and political opponents.

As one of the more brazen examples of this, I have heard from media reports relayed to me by friends over the phone, that Plaintiffs have asked the court to reconsider their meritless motion to enjoin me. Having not seen the request, I cannot respond point by point, so for now I ask that I be served with any such filing before the Court considers it.

Of course, none of that should be necessary. The motion was obviously frivolous from the start, and evinces the Plaintiffs' fondness for abusing process and deceiving the Court. No reasonable person would interpret "have fun" as a "true threat" and it was for that reason that the meritless motion to enjoin was ignored.

The Plaintiffs would now have this Court act upon the assumption that unproven allegations, by unnamed persons, under wholly different circumstances, somehow make their obvious deceptions more credible. They hope to see the entire American judicial system destroyed, by allowing the number and volume of accusations to take the place of reason, and evidence.

In reality, their credibility has only decreased, as their prior lies have been so thoroughly exposed.

I move the Court to dismiss me from this suit.

I move the Court to sanction Plaintiffs for their meritless filings.

Failing this,

I move the Court to see me properly served with all requisite materials, at Plaintiffs' expense, so that I may continue my pro se defense from this correctional facility.

Respectfully Submitted,
Christopher Cantwell
February 10, 2020