# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### Charlottesville Division

| | |
|---|---|
| ELIZABETH SINES, SETH WISPELWEY, MARISSA BLAIR, APRIL MUNIZ, MARCUS MARTIN, NATALIE ROMERO, CHELSEA ALVARADO, THOMAS BAKER, JOHN DOE, and THOMAS BAKER,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>JASON KESSLER, et al.,<br><br>　　　　　　Defendants. | Civil Action No. 3:17-cv-00072-NKM |

## [PROPOSED] ORDER GRANTING MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTIONS TO QUASH

Having considered Plaintiffs' Motion for Extension of Time to Respond to Motions to Quash Subpoena to Produce Documents filed by third parties Denise Y. Lunsford and John I. Hill ("Motion"), the Motion is hereby **GRANTED**;

**IT IS FURTHER ORDERED** that Plaintiffs' responses to the Motions to Quash are due on March 9, 2020.

Dated:　February ___, 2020

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Honorable Joel C. Hoppe
　　　　　　　　　　　　　　　　　　　United States District Judge