# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| **ELIZABETH SINES** | : | Case No. 3:17-cv-00072 |
| Plaintiff | : | **Judge MOON**<br>**Mag. Judge Hoppe** |
| | : | |
| -v- | | |
| **JASON KESSLER et al.** | : | |
| | : | |
| Defendants | | |

_____

### RESPONSE IN OPPOSITION TO MOTION FOR DIRECT ACCESS
_____

To move this discovery process along, however marginally, Mr. Kessler requests the Court not grant the plaintiffs' motion without the following modifications.

1. That Mr. Kessler be given 24 hours to review his data and authorize production from the time the third-party vendor makes the data available for review;

2. That any data directly accessed be deemed "highly confidential" pursuant to the confidentiality agreement governing this case;

3. That plaintiffs be prohibited from using any privileged information they directly access for any reason without further order of this Court.

_____

Defendant reserves the right to object to any decision that does not substantially include the three requests listed herein.

Respectfully Submitted,

s/ Elmer Woodard
Elmer Woodard (VSB No. 27734)
5661 US Hwy 29
Blairs, VA 24527
Phone: 434-878-3422
Email : isuecrooks@comcast.net
ATTORNEY FOR JASON KESSLER

s/ JAMES E. KOLENICH (PHV)
JAMES E. KOLENICH

KOLENICH LAW OFFICE
9435 Waterstone Blvd. #140
Cincinnati, OH 45249
(513) 444-2150
(513) 297-6065 (Fax)
JEK318@gmail.com
ATTORNEY FOR JASON KESSLER

CERTIFICATE OF SERVICE

I certify the above was served on February 24, 2020 on all ECF participants and that parties requiring service by other means were served as follows:

**Robert Ray**
*azzmador@gmail.com*
**Vanguard America c/o Dillon Hopper**
*dillon_hopper@protonmail.com*
**Elliott Kline** *eli.f.mosley@gmail.com deplorabletruth@gmail.com*
**Matthew Heimbach** *matthew.w.heimbach@gmail.com*
**Christopher Cantwell**
*christopher.cantwell@gmail.com*
ChristopherCantwellBooking#20-00348
StraffordCountyDept.ofCorrections
226CountyFarm Road
Dover,NH 03820

s/ James E. Kolenich
James E. Kolenich

2