IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| **ELIZABETH SINES** | : | Case No. 3:17-cv-00072 |
| Plaintiff | : | **Judge MOON**<br>**Mag. Judge Hoppe** |
| | : | |
| -v- | | |
| **JASON KESSLER et al.** | : | |
| | : | |
| Defendants | | |

_____

**DECLARATION OF JAMES E. KOLENICH**
_____

I, James E. Kolenich, Esq., pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am one of the Attorneys representing Jason Kessler in this litigation.

2. I submit this declaration in support of Mr. Kessler's Response in Opposition to plaintiffs' Motion for Direct Access.

3. I am personally directing the "doc review" of Mr. Kessler's ESI data.

4. The subject email accounts are not large and can be reviewed, coded, and sent for production in 2 hours or less.

5. That I sent accurate account credentials for the subject emails to the third party vendor on January 30, 2020.

1

6. That as of February 24, 2020 the vendor has not advised the subject emails are ready for review.

I state under penalty of perjury the foregoing is true and correct. Signed on February 24, 2020.

                                                      Signed,

                                    s/James E. Kolenich 2/24/2020

## CERTIFICATE OF SERVICE

I certify the above was served on February 24, 2020 on all ECF participants and that parties requiring service by other means were served as follows:

**Robert Ray**
*azzmador@gmail.com*
**Vanguard America c/o Dillon Hopper**
*dillon_hopper@protonmail.com*
**Elliott Kline** *eli.f.mosley@gmail.com deplorabletruth@gmail.com*
**Matthew Heimbach** *matthew.w.heimbach@gmail.com*
**Christopher Cantwell**
*christopher.cantwell@gmail.com*
ChristopherCantwellBooking#20-00348
StraffordCountyDept.ofCorrections
226CountyFarm Road
Dover,NH 03820

                                        s/ James E. Kolenich
                                        James E. Kolenich