**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division**

| | |
|---|---|
| ELIZABETH SINES, SETH WISPELWEY, MARISSA BLAIR, APRIL MUÑIZ, MARCUS MARTIN, NATALIE ROMERO, CHELSEA ALVARADO, JOHN DOE, and THOMAS BAKER,<br><br>Plaintiffs,<br><br>v.<br><br>JASON KESSLER, RICHARD SPENCER, CHRISTOPHER CANTWELL, JAMES ALEX FIELDS, JR., VANGUARD AMERICA, ANDREW ANGLIN, MOONBASE HOLDINGS, LLC, ROBERT "AZZMADOR" RAY, NATHAN DAMIGO, ELLIOTT KLINE a/k/a ELI MOSLEY, IDENTITY EVROPA, MATTHEW HEIMBACH, MATTHEW PARROTT a/k/a DAVID MATTHEW PARROTT, TRADITIONALIST WORKER PARTY, MICHAEL HILL, MICHAEL TUBBS, LEAGUE OF THE SOUTH, JEFF SCHOEP, NATIONAL SOCIALIST MOVEMENT, NATIONALIST FRONT, AUGUSTUS SOL INVICTUS, FRATERNAL ORDER OF THE ALT-KNIGHTS, LOYAL WHITE KNIGHTS OF THE KU KLUX KLAN, and EAST COAST KNIGHTS OF THE KU KLUX KLAN a/k/a EAST COAST KNIGHTS OF THE TRUE INVISIBLE EMPIRE,<br><br>Defendants. | Civil Action No. 3:17-cv-00072-NKM |

**MOTION TO WITHDRAW**

Counsel for Plaintiffs, Joshua James Libling, respectfully moves pursuant to Local Rule 6(i) for leave to withdraw as counsel of record in this matter. As grounds for this Motion, he states as follows:

1.     Plaintiffs are currently represented by multiple law firms as well as five attorneys from Boies Schiller Flexner LLP: Karen L. Dunn, Jessica E. Phillips, William A. Isaacson, Yotam Barkai, and the undersigned.

2.     Undersigned counsel will be leaving the law firm of Boies Schiller Flexner LLP on February 29, 2020.

3.     In light of his departure from the law firm of Boies Schiller Flexner LLP, undersigned counsel has determined to withdraw from the representation.

4.     Additionally, undersigned counsel believes that his withdrawal can be accomplished without any material adverse effect on the interests of Plaintiffs. *See* Virginia Rules of Professional Conduct 1.16(b). Ms. Dunn and others will continue as counsel of record in this case.

Wherefore, undersigned counsel respectfully submits that "good cause" exists to justify his withdrawal from this matter and requests that the Court grant his leave to withdraw**.**

Dated: February 27, 2020                    Respectfully submitted,

                                            */s/ Joshua J. Libling*
                                            Joshua James Libling (*pro hac vice*)
                                            Boies Schiller Flexner LLP
                                            55 Hudson Yards
                                            New York, NY 10001
                                            Telephone: 212-446-2300
                                            Fax: 212-446-2350
                                            jlibling@bsfllp.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 27, 2020, I filed the foregoing with the Clerk of Court through the CM/ECF system, which will send a notice of electronic filing to:

Elmer Woodard
5661 US Hwy 29
Blairs, VA 24527
isuecrooks@comcast.net

James E. Kolenich
Kolenich Law Office
9435 Waterstone Blvd. #140
Cincinnati, OH 45249
jek318@gmail.com

*Counsel for Defendants Jason Kessler,*
*Nathan Damigo, Identity Europa, Inc.*
*(Identity Evropa), Matthew Parrott, and*
*Traditionalist Worker Party*

Justin Saunders Gravatt
David L. Campbell
Duane, Hauck, Davis & Gravatt, P.C.
100 West Franklin Street, Suite 100
Richmond, VA 23220
jgravatt@dhdglaw.com
dcampbell@dhdglaw.com

*Counsel for Defendant James A. Fields, Jr.*

William Edward ReBrook, IV
The ReBrook Law Office
6013 Clerkenwell Court
Burke, VA 22015
edward@rebrooklaw.com

*Counsel for Defendants Jeff Schoep, National*
*Socialist Movement, and Nationalist Front*

John A. DiNucci
Law Office of John A. DiNucci
8180 Greensboro Drive, Suite 1150
McLean, VA 22102
dinuccilaw@outlook.com

*Counsel for Defendant Richard Spencer*

Bryan Jones
106 W. South St., Suite 211
Charlottesville, VA 22902
bryan@bjoneslegal.com

*Counsel for Defendants Michael Hill,*
*Michael Tubbs, and League of the South*

3

I further hereby certify that on February 27, 2020, I also served the following non-ECF participants, via electronic mail, as follows:

Christopher Cantwell
christopher.cantwell@gmail.com

Vanguard America
c/o Dillon Hopper
dillon_hopper@protonmail.com

Robert Azzmador Ray
azzmador@gmail.com

Elliott Kline a/k/a Eli Mosley
eli.f.mosley@gmail.com
deplorabletruth@gmail.com

Matthew Heimbach
matthew.w.heimbach@gmail.com

*/s/ Joshua J. Libling*
Joshua James Libling (*pro hac vice*)
Boies Schiller Flexner LLP
55 Hudson Yards
New York, NY 10001
Telephone: 212-446-2300
Fax: 212-446-2350
jlibling@bsfllp.com