

$0.650
US POSTAGE
FIRST-CLASS
062S0008666615
22902

RICHMOND
VA 230
04 JAN '20
PM 4 L

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
255 WEST MAIN STREET
ROOM 304
CHARLOTTESVILLE, VIRGINIA 22902

OFFICIAL BUSINESS

NIXIE    152 FE 1    0002/27/20
    RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
        UNABLE TO FORWARD
BC: 22902505879    *1750-01668-04-40

$0.650
US POSTAGE
FIRST-CLASS
062S0008666615
22902

B181138.05

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
255 WEST MAIN STREET
ROOM 304
CHARLOTTESVILLE, VIRGINIA 22902

OFFICIAL BUSINESS

NIXIE      152     FE  1            0002/27/20
        RETURN TO SENDER
    NOT DELIVERABLE AS ADDRESSED
           UNABLE TO FORWARD
BC: 22902505879       *1250-06049-09-02

$0.50
US POSTAGE
FIRST-CLASS
062S0008666615
22902

RICHMOND
VA 230
07 JAN 20
PM 6 L

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
255 WEST MAIN STREET
ROOM 304
CHARLOTTESVILLE, VIRGINIA 22902

OFFICIAL BUSINESS

NIXIE        152   FE 1           0002/27/20
         RETURN TO SENDER
    NOT DELIVERABLE AS ADDRESSED
           UNABLE TO FORWARD
    BC: 22902505879    *1950-02623-07-39



$0.50
US POSTAGE
FIRST-CLASS
062S0008666615
22902

B18135.10

RICHMOND
VA 230
23 JAN 20
PM 6 L

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
255 WEST MAIN STREET
ROOM 304
CHARLOTTESVILLE, VIRGINIA 22902

OFFICIAL BUSINESS

NIXIE        152  FE  1        0002/27/20
    RETURN TO SENDER
    NOT DELIVERABLE AS ADDRESSED
        UNABLE TO FORWARD
BC: 22902505879        *1950-01277-23-40

$0.500
US POSTAGE
FIRST-CLASS
062S0008666615
22902

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
255 WEST MAIN STREET
ROOM 304
CHARLOTTESVILLE, VIRGINIA 22902

OFFICIAL BUSINESS

RICHMOND VA 230
11 FEB 20
PM 3 L

NIXIE     152    FE 1

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 22902305879        *1650





**OFFICE OF THE CLERK**
**UNITED STATES DISTRICT COURT**
FOR THE WESTERN DISTRICT OF VIRGINIA
255 WEST MAIN STREET
ROOM 304
CHARLOTTESVILLE, VIRGINIA 22902

OFFICIAL BUSINESS

RICHMOND VA 230
17 DEC '19
PM 2 L

NIXIE    152   FE 1        0002/27/20

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 22902595879    *1550-01712-17-40



OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
255 WEST MAIN STREET
ROOM 304
CHARLOTTESVILLE, VIRGINIA 22902

OFFICIAL BUSINESS

stamps.com
B18131.10
$0.650
US POSTAGE
FIRST-CLASS
062S0011263234
22902

NIXIE 152 FE 1 0002/27/20

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 22902505879 *0532-02973-27-26

22902-5058