# Exhibit G

**5/12/2017 Private Message to "JAMICUS"**



