# Exhibit J

**From:** David Campbell <dcampbell@dhdgclaw.com>
**Sent:** Tuesday, December 10, 2019 12:51 PM
**To:** Michael Bloch <mbloch@kaplanhecker.com>
**Subject:** RE: Sines v. Kessler

Mike,

I wanted to belatedly update you on my efforts to respond to this letter.  Upon receipt of your letter, I tried to contact my client.  I was unable to do so.  I remain not able to communicate with my client.  He has been transferred from state custody in Virginia to Federal Custody.  I am told that he is in a federal penitentiary in West Virginia (I believe Hazelton FCI), however he is en route to his final destination at the Max Facility near Denver, Colorado.  While in state custody, Mr. Fields was able to call his mother almost daily.  So I could get a hold of him promptly through mom.  Now, apparently, he can only write letters.  He also cannot receive letters until he gets to his final destination.  I have tried to contact his bureau of prisons liaison but have yet to receive a response.  I may need to ask the Court to enter an Order or otherwise facilitate my ability to communicate with my client.

By way of an informal supplement – which will be formally supplemented in the future – I believe the Charlottesville Police confiscated his cellular phone at the scene of his arrest.  I believe the FBI confiscated his computer in Ohio the same day.  As for who currently possesses the electronics, I do not know.  I do not believe Mr. Fields knows either.  Further, in response to your inquiry No. 1., Fields did not attend any other event outlined in your letter and never had an in person meeting with any co-Defendant or other attendee other than at the Rally.  He attempted to direct message both David Duke and Richard Spencer.  Neither responded.  Fields inquired as to attending the Rally but does not recall the specific verbiage.

I am not intentionally ignoring your communication or discovery requests.  As soon as I am able to contact my client, I will update the discovery responses as requested as best I can.  I will note that Mr. Fields is appealing his state court conviction in Virginia.  So he does still have a pending criminal case.

Thanks,
Dave

**From:** Michael Bloch <mbloch@kaplanhecker.com>
**Sent:** Wednesday, November 20, 2019 3:25 PM
**To:** David Campbell <dcampbell@dhdgclaw.com>
**Subject:** Sines v. Kessler

Mr. Campbell,

Please see the attached correspondence. Thanks.

**Michael Bloch** | **Kaplan Hecker & Fink LLP**
Counsel
350 Fifth Avenue | Suite 7110
New York, New York 10118
(W) 929.367.4573 | (M) 646.398.0345
mbloch@kaplanhecker.com

*This email and its attachments may contain information that is confidential and/or protected from disclosure by the attorney-client, work product or other applicable legal privilege. If you are not the intended recipient of the email, please be aware that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please notify the sender immediately and destroy all copies of the message from your computer system. Thank you.*

*This email and its attachments may contain information that is confidential and/or protected from disclosure by the attorney-client, work product or other applicable legal privilege. If you are not the intended recipient of the email, please be aware that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please notify the sender immediately and destroy all copies of the message from your computer system. Thank you.*

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

*This email and its attachments may contain information that is confidential and/or protected from disclosure by the attorney-client, work product or other applicable legal privilege. If you are not the intended recipient of the email, please be aware that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please notify the sender immediately and destroy all copies of the message from your computer system. Thank you.*