# Exhibit K

**From:** David Campbell <dcampbell@dhdgclaw.com>
**Sent:** Monday, February 3, 2020 4:11 PM
**To:** Cahill, Robert <rcahill@cooley.com>; Roberta Kaplan <rkaplan@kaplanhecker.com>; kdunn <kdunn@bsfllp.com>; Levine, Alan <alevine@cooley.com>; Mills, David <dmills@cooley.com>; brottenborn@woodsrogers.com; bryan@bjoneslegal.com; isuecrooks@comcast.net; John DiNucci <dinuccilaw@outlook.com>; edward@rebrooklaw.com; James Kolenich <jek318@gmail.com>; eli.f.mosley@gmail.com; azzmador@gmail.com; Dillon_Hopper@protonmail.com; matthew.w.heimbach@gmail.com; christopher.cantwell@gmail.com; Michael Bloch <mbloch@kaplanhecker.com>
**Subject:** Fields' Answers to Plaintiff's Second Interrogatories to Individual Defendants

**[External]**

All,
Attached, please find Mr. Fields' Answers to Plaintiff's Second Interrogatories to Individual Defendants. Please note, I remain unable to contact my client at this time. I intend to supplement these responses with any additional information once I am able to do so. I apologize in advance if I left anyone off this email list.
Thank you,
Dave

_____

David L. Campbell
DUANE, HAUCK, GRAVATT & CAMPBELL, P.C.
100 West Franklin Street
Richmond, Virginia 23220
Telephone No.: (804) 644-7400
Facsimile: (804) 303-8911

Confidentiality Notice: This electronic message transmission contains proprietary and confidential information which is subject to the attorney-client and work product privileges. The information is intended to be used only by the individual or entity named above. If you are not the intended recipient, any disclosure, copying, distribution or use of the contents of this information is prohibited. If you have received this electronic transmission in error, please notify us by telephone at (804) 644-7400 or by electronic mail at dcampbell@dhgclaw.com immediately.