# Exhibit L

A-Z Topics  Site Map  FOIA

Search bop.gov

| Home | About Us | Inmates | Locations | Careers | Business | Resources | Contact Us |

# Find an inmate.

Locate the whereabouts of a federal inmate incarcerated from 1982 to the present. Due to the First Step Act, sentences are being reviewed and recalculated to address pending Good Conduct Time changes. As a result, an inmate's release date may not be up-to-date. Website visitors should continue to check back periodically to see if any changes have occurred.

**Find By Number** | **Find By Name**

| First | Middle | Last | Race | Age | Sex |
|---|---|---|---|---|---|
| James | | Fields | White | | Male |

**1** Result for search **James Fields**, Race: **White**, Num: **22239-084**, Sex: **Male**   Clear Form   [Search]



## JAMES ALEX FIELDS

Register Number: 22239-084

Age:  22
Race: White
Sex:  Male

**Located at:** Hazelton USP

**Release Date:** LIFE

**Related Links**

Facility Information
Call or email
Send mail/package
Send money
Visit
Voice a concern

About the inmate locator & record availability

About Us | Inmates | Locations | Careers | Business | Resources | Resources For ...
About Our Agency | Find an Inmate | List of our Facilities | Life at the BOP | Acquisitions | Policy & Forms | Victims & Witnesses
About Our Facilities | First Step Act | Map of our Locations | Explore Opportunities | Solicitations & Awards | News Articles | Employees
Historical Information | Communications | Search for a Facility | Current Openings | Reentry Contracting | Publications | Former Inmates
Statistics | Custody & Care | | Our Hiring Process | | Research & Reports | Media Reps
 | Visiting
 | Voice a Concern

Contact Us | FOIA | No FEAR Act | Privacy Policy | Information Quality | Website Feedback                    .
USA.gov | Justice.gov | Open Government

https://www.bop.gov/inmateloc/                                                                                                          1/1