# Exhibit M



U. S. Department of Justice
Federal Bureau of Prisons
Federal Correctional Complex-Hazelton
Bruceton Mills, West Virginia

# Complex Supplement

**OPI:** Correctional Services
**NUMBER:** HAX 5267.09B
**DATE:** September 19, 2018
**SUBJECT:** Visiting Regulations

1.  PURPOSE AND SCOPE: The purpose of this institution supplement is to establish visiting procedures at the Federal Correctional Complex Hazelton.

2.  PROGRAM OBJECTIVES: The expected results of this program are to provide all inmates an opportunity for visits with family, friends, and community groups consistent with the security and orderly running of the institution, to establish an appropriate visiting schedule, to maintain a record of visitors for all inmates and to establish procedures to monitor all visiting areas, to prevent the introduction of contraband, and to ensure the security and good order of the institution.

3.  DIRECTIVES AFFECTED:

    Directives Rescinded: IS 5267.09A, <u>Visiting Regulations</u>, dated July 31, 2017.

    Directives Referenced: P5267.09, <u>Visiting Regulations</u>, dated December 10, 2015; P5522.02, <u>ION Spectrometry Device Program</u>, dated April 1, 2015; P5500.15, <u>Correctional Services Manual</u>, dated October 19, 2012; P5510.15, <u>Searching, Detaining, or Arresting Visitors to Bureau Grounds and Facilities</u>, dated July 17, 2013, P5521.06, <u>Searches of Housing Units, Inmates and Inmate Work Areas</u>, dated June 4, 2015.

4.  STANDARDS REFERENCED:

    a.  American Correctional Association 4th Edition Standards for Adult Correctional Institutions: 4-4156, 4-4267, 4-4285, 4-4498, 4-4499, 4-4499-1, 4-4500, 4-4501, 4-4503, and 4-4504.

5.  PRETRIAL/HOLDOVER/DETAINEE PROCEDURES: The procedures specified in this Supplement apply to all inmates at the USP, FCI, SFF, and SCP. Typically, regular visiting lists are unavailable for inmates in holdover status. Visitors wishing to visit holdover inmates must have prior approval. Prior approval of at least 48 hours is required for inmates to visit in holdover status. USP and FCI Holdover visits will be conducted in a Non-Contact Visiting Room and SFF Holdover visits will be conducted in the visiting room during normal visiting hours.

---

DISTRIBUTION: Executive Assistant, Department Heads, AFGE, LAN Common Directory, Central Reference Library, Inmate Law Library, Master File

6.    VISITING FACILITIES: All regular visits will be held in the Visiting Rooms of the
USP, FCI, SFF, and SCP, respectively.

All visitors are required to ensure they arrange for transportation to and from the
institution and that it is available in the event a visit is terminated or denied.
Visitors will not be permitted to wait on the grounds of FCC Hazelton. Visitors
will not be allowed to wait in the visitor's parking lot or the Front Lobby area.

In the event the Visiting Room becomes overcrowded, it may be necessary to limit
the length of visits or the number of visitors. The decision to limit the duration
of a visit will be made by the Operations Lieutenant or IDO. The visits of local
and/or frequent visitors will be terminated first.

7.    VISITING TIMES: Regular visiting hours for the USP, FCI, SFF, and SCP are from
8:00 a.m. to 3:00 p.m. Saturday, Sunday and Federal Holidays. No visitors will be
processed after 2:00 p.m.

Special Housing Unit visiting at the USP, FCI, and SFF will be 8:00 a.m. to 3:00
p.m. on Sundays while General Population visiting is taking place.

At the USP and FCI, only two (2) visitors will be allowed in the non-contact
visiting rooms at one time. These visits will not exceed one (1) hour and will
start when the inmate is placed in the non-contact room. Visits conducted for
Special Housing Unit USP and FCI inmates will be completed one half hour prior to
general population visits.

Visitors are discouraged from arriving prior to visiting hours. Processing of
visitors will normally begin no earlier than the established visitation hours.

8.    NUMBER OF VISITORS: The maximum number of visitors an inmate may have at one time
is six, including children. A maximum of four adult visitors will be allowed in at
one time. Children age 16 and above will be counted as one adult visitor. Written
visiting guidelines have been established for the USP, FCI, SFF, and SCP Hazelton
and are contained in Attachment A, Visiting Regulations. These guidelines should be
sent to all approved visitors by the respective inmate. These guidelines will also
be available during normal visiting hours in the respective lobby.

9.    REGULAR VISITORS: Typically, the inmate will have known the proposed visitor(s)
prior to their incarceration. The Warden is the approving authority to any
exception to this requirement. Once an inmate's visitors are approved, the inmate
will be given a copy of the appropriate visiting regulations along with the list of
approved visitors. It is the responsibility of the inmate to notify the visitors of
approval/disapproval and to inform the visitors of the visiting guidelines
(Attachment A).

The Visitor Information Form (BP-A0629), Attachment B, will be used to request
background information and obtain the visitor's consent to release information.
This form will be filed in section 2 of the Privacy Folder in the Inmate Central
File. If the background information reveals that visitation privileges for the
individual would present security concerns or disrupt the orderly running of the
institution, the Warden may deny visiting privileges. Documentation reflecting this
decision should be maintained in section 2 of the Privacy Folder in the Inmate
Central File.

The visiting list may be amended by the inmate's submission of an Inmate Request to
Staff Member form to his or her Unit Team indicating the desired change once every
ninety (90) days.

A.    Members of the Immediate Family:

      USP/FCI/SFF: Upon arrival, each inmate may complete and submit to their Unit
      Team, a List of Requested Visitors (Attachment C), for members of their
      immediate family. Immediate family members will be allowed to visit for
      thirty (30) days pending the outcome of their background investigation to
      determine their criminal history.

      SCP: Upon arrival, each inmate may complete and submit to their Unit Team
      a List of Requested Visitors (Attachment C) for members of their immediate
      family. Immediate family members will be allowed to visit. During Admission
      and Orientation, each inmate will complete and submit to their Unit Team a
      List of Requested Visitors. A background investigation will be conducted on
      these visitors.

      A finalized list will be prepared and forwarded to the Visiting Room and
      entered into the Web Visiting Program by unit staff, following the
      investigation of the visitors. Unit staff will maintain hard copies in the
      inmate's Central File and the Visiting Room file cabinet.

B.    Other Relatives, Friends and Associates: Visitors who are not immediate
      family members must submit a new Visitor Information Form allowing a new
      background check, if the one on file is more than five (5) years old. These
      individuals will not be considered for approval until a new form has been
      received and the background check has been updated.

      Unit Counselors will require background information from all potential
      visitors who are not members of the inmate's immediate family before placing
      them on the inmate's approved visiting list. When little or no information is
      available on the inmate's potential visitor, visiting may be denied pending
      receipt and review of necessary information, including information which is
      available about the inmate and/or the inmate's offense, including alleged
      offenses. The Warden, or his designee, may make an exception to this
      procedure when warranted.

      Ordinarily, a visitor not meeting prior relationship requirements will be
      denied. However, under special circumstances the inmate can request a waiver
      through the Unit Counselor. The Warden, or his designee, will be the final
      approving authority. A copy of this approval will be forwarded to SIS.

C.    Persons with Prior Criminal Convictions: The inmates' Unit Team will give
      consideration to the nature, extent and recentness of convictions, as weighed
      against the security considerations of the institution. Specific approval of
      the Warden will be required before such visits take place. Ordinarily, staff
      should obtain written authorization from the appropriate federal or state
      probation/parole official prior to approving visitation privileges for an
      individual on probation, parole, or supervised release. A copy of this
      authorization will be maintained in section 2 of the Privacy Folder in the
      Inmate Central File.

D.    Children Less than Sixteen: Children under the age of 16 may not visit unless
      accompanied by a responsible adult. Children will be kept under supervision
      of a responsible adult. Exceptions in unusual circumstances may be made by
      special approval of the Warden. The signature of a parent or legal guardian
      on the Visitor Information form (BP-A0629) is necessary to process a request
      for an applicant less than 18 years of age. Ordinarily, completing the
      questionnaire portion of this form (items 1 through 14) is not required if
      such an applicant is a verified immediate family member of the requesting
      inmate.

In unusual circumstances, the Warden, after consultation with Regional Counsel, may make exceptions to the requirement for acknowledgment by parent or legal guardian.

10.   SPECIAL VISITORS: Unless specified by each facility, the conditions of visiting for special visitors are the same as for regular visitors. Special Visits are arranged by the Unit Team. The Unit Team will refer all individuals being considered for a special visit to the SIA/SIS and Captain for an additional background check and approval. A memorandum through the designated Associate Warden over Unit Management or Correctional Services requesting approval of a Special Visit will be submitted by the Unit Team to the Warden. Copies of the approved memorandum will be provided to the Captain, Operations Lieutenant, Control Center, Visiting Room and Front Lobby Officer Stations. Unit Managers will provide the Visiting Room Officer with a typed, signed copy of a memorandum approving a Special Visit prior to the visit. Visits on non-visiting days or after regular hours must be approved and supervised by Unit Staff.

A.   Business/Consular Visitors: In those instances where the inmate has turned over the operation of a business or profession to another person, there may be an occasion where a decision must be made which will substantially affect the assets or prospects of the business. The Warden accordingly may permit a special business visit in such cases. The Warden may waive the requirement for the existence of an established relationship prior to confinement. The inmates' Unit Team will be responsible for setting up and supervising these types of visits. The Visit may occur during regular visiting hours and then would be supervised by regular visiting room staff.

When an inmate is a citizen of a foreign country, consular representatives of that country may visit on matters of legitimate business. The requirement for the existence of an established relationship prior to confinement does not apply to consular visitors. The inmates' Unit Team will be responsible for setting up and supervising these types of visits. The visit may occur during regular visiting hours and then would be supervised by regular visiting room staff.

B.   Representatives of Community Groups (PVS, Volunteers, etc...): The Prisoner Visitation and Support Program (PVS) is a valuable volunteer program. The focus of PVS has always been to visit and provide moral support to inmates who do not ordinarily receive visits from family and friends. Through this program, inmates who are otherwise alienated from the community have the opportunity to develop healthy relationships and benefit from interaction with the PVS volunteers. Volunteers at Hazelton are allowed to carry paper and writing implements into the Visiting Room. They are to be processed at the Front Lobby as Volunteers.

Their visits are not to be charged against social visits, but will be conducted during normal visiting hours. They are expected to adhere to the institution dress code and visiting policies.

C.   Clergy: The requirement for the existence of an established relationship prior to confinement for visitors does not apply to visitors in this category.

1.   Minister of Record: An inmate wanting to receive visits from his minister of record must submit a written request to the Chaplain. Upon approval, unit staff will add the visitor to the inmate's visiting list. An inmate may only have one minister of record on his visiting list at a time. The addition will not count against the total number of authorized regular visits an inmate is allowed. Inmates will be allowed two ministers of record visits per month.

2.   Clergy: Visits from clergy (other than the minister of record) will be in accordance with the general visitor procedures, and will count against the total number of regular visits allowed. Ordinarily, clergy visits will not be accommodated unless requested by the inmate. However, the Chaplain may approve a visitation request initiated by the clergy if the inmate wishes to visit with the clergy. These visits will be accommodated in the Visiting Room during regularly scheduled visiting hours and, to the extent practicable, in an area of the Visiting Room which provides a degree of separation from other visitors. If a private area is not available, the visit may be rescheduled.

11.   ATTORNEY VISITS: Attorneys are encouraged to visit during regular visiting hours. Attorneys must show a valid bar card or other suitable professional identification, and pass through the metal detector before entry. Attorneys' briefcases and papers being introduced into the USP, FCI, and SFF will be searched for contraband by use of the X-ray machines located in the respective front lobbies. Attorneys' briefcases and papers being introduced into the Satellite Prison Camp (SCP) will be hand searched for contraband. The use of cameras or recording equipment without the written consent of the Warden is prohibited.

All attorney visits will be scheduled through the appropriate Unit Team and monitored by Unit Staff. The attorney and his/her client will be afforded privacy in the attorney room located inside the Visiting Room of the USP, FCI or SFF respectively. If the attorney rooms are in use, the attorney is to be offered the opportunity to reschedule the visit when a more private area is available. If it becomes necessary for the inmate to bring pertinent legal material into the Visiting Room, Unit Staff will bring the materials into the Visiting Room. At the SCP, all attorney visits will be afforded privacy in the Camp Conference Room during visitation hours. On non-visiting days all attorney visits will be conducted in the SCP Visiting Room. USP, FCI, and SFF attorney visits scheduled during normal visiting will be monitored by the Visiting Room staff. Visits scheduled during non-visiting hours will ordinarily be supervised by Unit Management staff.

12.   MEDIA VISITS: Requirements for media visits are governed by the provisions on contact with news media. A media representative who wishes to visit outside his or her official duties, however, must qualify as a regular visitor or, if applicable, a special visitor.

Request for interviews with inmates by recognized law enforcement agencies must be approved by the Special Investigative Supervisor (SIS/SIA) with notification to the respective Unit Manager. SIS Staff will provide escort and supervision of the interview in an area other than the visiting room if regular visiting is in progress or for reasons of security.

Unit Managers will provide the Visiting Room Officer with a typed, signed copy of a memorandum approving a Special Visit prior to the visit. Visits on non-visiting days or after regular hours must be approved and supervised by Unit Staff.

13.   TRANSPORTATION ASSISTANCE: Pay phone service is not available at FCC Hazelton. Visitors should ensure transportation to and from the grounds are arranged prior to any visit. In cases of emergency, the Front Lobby Officer may provide a call.

This area has no public transportation (city bus service) between the institution and surrounding areas. However, there are private transportation services that are available. Privately owned vehicles or rental vehicles are suggested.

```
R & R Transit      (304)291-6600    Morgantown, WV
Yellow Cab         (304)292-7441    Morgantown, WV
```

A.    The Federal Correctional Complex-Hazelton, West Virginia is located off Interstate 68, East of Morgantown, West Virginia, and West of Cumberland, Maryland. The institution is off exit 29, Hazelton Road. The physical address is 1640 Sky View Drive, Hazelton, WV, and phone number is (304) 379-5000.

From the West: Take Interstate 68 East, to exit 29, (Hazelton Road). Turn left at the end of the exit ramp. Approximately one half miles, turn right on Casteel Road. Institution is approximately half mile on left side of road. Follow signs to institution.

From The East: Take Interstate 68 West, to exit 29, (Hazelton Road). Turn right at the end of the exit ramp. Approximately 100 yards turn right on (Casteel Road). Institution is approximately half mile on left side of road. Follow signs to institution.

From Pittsburgh: Take Interstate 279 south to Exit 1A (Washington, P.A.) Allow Interstate 279 to Interstate 79 south. Take 79 south to Interstate 68 East, Exit 148 (Cumberland, Maryland) 68 East, to exit 29, (Hazelton Road). Turn left at the end of the exit ramp. Approximately one half mile turn right on Casteel Road. Institution is approximately half mile on left side of road. Follow signs to institution.

Lodging: FCC Hazelton is located in a rural area and lodging is limited. However, listed below are the facilities nearest the institution.

Microtel Inn and Suites, 886 Casteel Road, Hazelton, WV, (866) 538-6194

Maple Leaf Motel, Main Street, Bruceton Mills, WV, (304) 379-4075

14.    VISITS TO INMATES NOT IN REGULAR POPULATION STATUS:

A.    Outside/Local Hospital Visits: Visits for inmates hospitalized in the community will be determined by the Warden or Acting Warden only. If a visit is approved, it will be limited to immediate family. Unit Team or the Institution Duty Officer will supervise these types of visits. All visits will be subject to the general visiting policy of the local hospital. Approved visitors will be notified to report to an area of the local hospital designated by the staff member supervising the visit. Visits will be limited to two (2) hours.

Request for interviews with inmates, by recognized law enforcement agencies, must be coordinated with the Special Investigative Supervisor (SIS/SIA) and approved by the Warden with notification to the respective Unit Manager. SIS Staff will provide escort and supervision of the interview in an area other than the visiting room if regular visiting is in progress or for reasons of security.

B.    Institution Hospital Visits: When visitors request to see an inmate who is hospitalized in the institution, the Chief Medical Officer or the Health Services Administrator, along with the Captain, will determine whether a visit may occur, and if so, whether it may be held in the hospital. When a visit is denied due to the condition of the inmate or other conditions which may preclude the visitor from visiting in the institution hospital, the situation is to be carefully and sensitively explained to the approved visitor. Documentation of this will be maintained in section 2 of the Privacy Folder in the Inmate Central File.

C.   Detention or Segregation Status: At the USP and FCI inmates housed in SHU will receive Non-Contact Visitation. These inmates have displayed behaviors which pose a threat to the secure and orderly running of the institution. These inmates will visit in the non-contact visitation rooms located in the Visiting Area. Only two (2) visitors will be allowed in the non-contact visiting room at one time. These visits will not exceed 1 hour and will start when the inmate is placed in the non-contact room. The point system will still be in effect for the USP.

Inmates at the SFF who are housed in SHU will visit in the visiting room at a table/area designated by the Visiting Room Officers. These inmates will not be allowed in the Parenting Room at the SFF.

15.   PROCEDURES: Visiting is a positive activity for inmates and visiting will normally take precedence over other institutional activities. In the event of an institution emergency, inmate visits may be terminated or limited at the discretion of the Warden.

A.   Identification of Visitors: All visitors are required to present acceptable means of picture identification prior to admission for a visit. Acceptable identification is a picture ID with a signature. This may include, but are not limited to, a valid driver's license, valid state identification card, passport, or other official government-issued picture identification. Photo identification is required for persons 16 years of age and over. If a visitor does not present identification with a photograph, the visitor will not be allowed to visit. Lobby / Reception Center staff having any questions or concerns regarding acceptable identification during visitor registration will refer the matter to the Operations Lieutenant.

Staff assigned to the Front Lobby and Message Center will verify the identity of each visitor through an acceptable means of identification. Visitors under the age of 16 who are accompanied by a parent or legal guardian are exempt from this provision. Visitors will be on the inmate's visiting list or the Front Lobby Officer will have a signed memorandum with the visitor name and dates of the visit listed.

B.   Exit Procedures: For the USP and FCI at approximately 2:30 PM, Visitation Staff will begin to out-process inmates and visitors if there are 15 or more inmates in the Visiting Room. If there are less than 15 inmates in the Visiting Room, out-processing will begin at 3:00 PM. Visitation staff will notify one row at a time to exit and allow the inmate one short kiss and one short embrace with their visitors. Visitation staff will direct inmates to line up on the back wall adjacent to the inmate exit door in preparation for a second visual search. Visitors shall be directed to line up behind the Visitation Sallyport door in preparation to exit the facility. All other rows shall remain seated until directed to stand by the Visitation Officers.

At the SFF, upon the completion of visiting, an announcement will be made to the effect of, "Visiting is now over, inmates and visitors will be separated. Visitors please move to the north wall of the Visiting Room and inmates proceed to the south wall of the Visiting Room." Staff will then conduct a count and visually identify each inmate using the inmate commissary picture cards. Once all inmates are accounted for, staff will start releasing visitors.

Visitors will be properly identified by using their photo identification card which is attached to their Notification to Visitor (BP-A0224). Visiting Staff will also check the hand stamp under the ultraviolet light which is located

by the Visiting Room door. Visitors will be escorted to the Front Entrance sallyport. Visitors will be released in groups of no more than six at a time. Once inside the Sallyport, the visitor photo identification card and the hand stamp are re-verified by the Control Room Officer before the visitor is allowed to exit through the Front Lobby Sallyport.

Once all visitors have been cleared from the Visiting Room, the inmates will line up at the visual search room door for processing out of the Visiting Room. The same procedures will be followed at the Camp with minor changes. The ultraviolet light is not used, and visitors at the Camp are not required to be escorted out.

C.    Inmate Identification: Staff will make positive identification of inmates arriving at the Visiting Room for visits, utilizing the inmate's identification card or a picture card from Control if their identification card is lost or stolen. Staff will keep the inmate's identification card until the visit is complete to positively identify the inmate prior to the inmate returning to the compound.

D.    Notification to Visitors: Visitation Guidelines will be available to all visitors upon their request. Staff will have the visitor sign a statement (Attachment D, Notification to Visitor, BP-224) acknowledging that the guidelines were provided and declaring that the visitor does not have any article in his/her possession which the visitor knows to be a threat to the security of the institution. Staff may deny the privilege of visiting to a visitor who refuses to make such a declaration. Hazelton's Visiting Guidelines are attached to the Visitor Information Form which is sent to potential visitors. Additionally, rules are posted in the Visiting Room.

E.    Unauthorized Visitors: On occasion, individuals come to the institution to visit an inmate without prior approval or notification to staff. The requested visit will normally be denied. In cases where there are extenuating circumstances and Unit Staff is not available, the Operations Lieutenant will be contacted to render the final decision. When this occurs, the Operations Lieutenant or Institution Duty Officer will notify the inmate of the decision.

F.    Searching Visitors: Staff assigned to the Front Lobby at the USP, FCI or SFF, and Reception Center at the SCP may require a visitor to submit to a personal search, including a search of any items of personal property, as a condition of allowing or continuing a visit.

1.    Metal Detector/ION Scan/X-ray Machines: At the USP, FCI and SFF all visitors entering the institution are required to pass through the metal detector located in the Front Lobby.

The Front Lobby officer will use discretion while reasonably attempting to identify the area of the visitor which is setting off the metal detector. If the Officer is unable to identify the source of the metal on the visitor, the visitor will be denied access into the institution.

All visitors are subject to random or reasonable suspicion testing with the ION Spectrometry Device. Specific procedures for this device are listed in Hazelton's Institution Supplement ION Spectrometry Device Program.

All visitors' jackets will be scanned through the X-ray machine located in the Front Lobby at the USP, FCI or SFF. Any visitor refusing to submit to this procedure or who fails to pass the metal detector and/or drug detector and/or a handheld detector will be denied access into the

institution. The Operations Lieutenant or Institution Duty Officer will be contacted and it is his or her responsibility to inform the visitor that he or she will not be allowed into the institution. The Front Lobby Officer will generate memorandums (Attachment E) notifying the visitor they are not allowed into the institution, and (Attachment F) which will be submitted to SIS, the Operations Lieutenant, and Captain concerning any drug testing failure and attach the testing information from the ION Scan. The Front Lobby Officers will follow the specific instruction contained in the current ION Spectrometry Device Program Institution Supplement concerning ION Device searches.

G.    Search of Inmates: All inmates entering the SCP Visiting Room will be pat searched and screened with a metal detector before entering the Visiting Room.

All USP and FCI inmates, with the exception of SHU inmates, will receive a visual search prior to entering the Visiting Room.  All SHU inmates will receive a visual search before departing SHU.

All SFF inmates will be randomly visually searched when entering the visiting room. At the USP, FCI and SFF, all SHU inmates will be pat searched before departing the Visiting Room and visually searched on return to SHU, to include a new issue of clothing. All USP, FCI and SFF inmates will be visually searched prior to returning to the General Population.

Periodic visual searches will be conducted at the SCP prior to inmates departing the Visiting Room. The inmate will be required to completely remove all their clothing prior to the search commencing. Due to the nature of the visual search, a one staff member to one inmate ratio will be maintained. At no time will more than one inmate be visually searched in the presence of other inmates unless emergency conditions exist.

At the USP and FCI visiting search area, the inmate will be visually searched and then place all of their outer clothing into a labeled laundry bag. The clothing inmates wear to the visiting room will be secured with their name on it and will be returned to them once they complete a second visual search at the completion of their visit. At the USP, following the second visual search, visitation staff will direct the inmate into the Green Corridor. The Green Corridor Officer will line each exiting inmate on the corridor wall and maintain constant visual supervision. Upon completion of the visual searches, staff will escort no more than five inmates to R&D for scanning. Once scanned, inmates shall be placed into clean R&D cells until the last inmate in the group is scanned, then released back to their housing unit.

At the FCI, SFF and SCP, inmates will be allowed to enter the visiting room with one plain neck chain with religious medallion attached, one plain wedding band, prescription eyeglasses, one plain white handkerchief, one comb, approved religious head wear, photo tickets, and plain hair ties at the SFF only. Items not authorized upon the inmate's departure will be considered contraband and confiscated. No item of property will be stored for the inmate in the search area. At the USP, inmates will be allowed the following items into the visiting room: 1-wedding band, 1-plain neck chain with religious medallion, prescription glasses (no sunglasses unless medically approved), authorized religious head wear and photo tickets. At the USP, FCI, and SFF, the Visiting Room Officer will complete a Visiting Room Inmate Property Sheet (Attachment G) for all inmates entering the Visiting Room. This form will be retained for one year in the Visiting Room Officer's file cabinet, located in the Visiting Room.

The Visiting Room staff, in conjunction with the SIS, will determine inmates who are suspected of introducing contraband. Surveillance cameras located in the Visiting Room will be used to monitor these inmates.

H.   Record of Visitors: The record of visitors is recorded on the Bureau computerized Visiting Room Program. Form BP-224, Notification to Visitor will be filled out by all visitors and is maintained at each respective visiting room by the Visiting Room Officer. Additionally, all visitors are required to sign in the log book located in the Front Lobby. An electronic computerized PDF file system has been established to serve as the backup-visiting system. The PDF file system will be backed up weekly by the Front Lobby Officer at each respective Lobby or Reception Center. At no time will staff allow inmates or visitors to view any visiting file.

I.   Supervision of Visits: At the USP Visitation Officers will direct inmates to sit in maroon colored chairs. Inmate's hands must remain on the top of the tables at all times. At each facility the visiting room officer will ensure that all visits are conducted in a quiet, orderly, and dignified manner. The visiting room officer may terminate visits that are not conducted in the appropriate manner. Personal effects visitors may bring into the institution are addressed in Attachment A. Visitors may not bring food items into the Institution.

There are vending machines in the Visiting Rooms for use by the visitors. It is not permissible for inmates to accompany their visitors to the vending machine area of the Visiting Room. Inmates and visitors are not permitted to remove any vending items from the Visiting Room.

At the USP and FCI, a red line boundary will be placed in front of the Vending area. Only two visitors shall be allowed inside the boundary at one time. All food items bought from the vending machines by the visitor will be removed from the original package and placed on a designated plate. This includes food items to be microwaved and candy products purchased. Food to be consumed by the visitor will be placed on a different color/shape plate than the food bought and prepared for the inmate. All drinks purchased from the vending machines will have the labels removed prior to returning to the seating areas. Inmates and visitors are NOT permitted to share any food items or drinks at any time.

The Captain will review any items prior to placement in the vending machines. Staff will supervise each inmate visit to prevent the passage of contraband and to ensure the security and good order of the institution. The Visiting Room staff, in conjunction with SIS, will determine inmates who are suspected of introducing contraband. Surveillance cameras located in the Visiting Room will be used to monitor these inmates.

If an inmate is suspected of introducing contraband, the surveillance VICON archive will be maintained and evidence control procedures will be initiated.

All seating, attorney rooms, non-contact rooms and inmate access areas of the visiting room will be monitored with the use of video surveillance cameras. Visiting room staff will position themselves to ensure all inmate access areas of the visiting room can be visually observed.

Restrooms are provided for visitors. At the USP, FCI and SFF, inmates will utilize the facilities located in the visual search room, and all inmates will be pat searched prior to and at the completion of, using the facilities. Inmates will remain in constant visual supervision of escorting staff. The inmates' restroom in the visiting area will remain locked at all times. Inmates will not utilize visitors' restrooms.

J.      Parenting Program / Child Area: The Education Department has the
        responsibility of developing the curriculum and facilitating the Parenting
        Program at the USP, FCI and SFF. The Education Department will insure a list
        of participants is provided to the Lieutenant's Office and respective
        Visiting Room Officers. The USP/FCI/SFF Lieutenant's Office will provide a
        list of inmates who are not authorized in the Parenting/Child area at any
        time. These restrictions may apply to inmates who have violated rules in the
        visiting room or for other security concerns as deemed appropriate. At the
        USP/FCI the Parenting Program has been designated to a specific corner of the
        visiting room.

        At the SFF the program will be held in a specific room in the visiting room.
        At the USP/FCI, when the Parenting Program is not meeting, inmates are not
        permitted in this area. At the USP/FCI, the Visiting Room Officer may allow
        Children to get items such as games, books, or coloring books from this area
        to utilize.

        The inmate and visitor are responsible for items taken from this area. At the
        SFF, the Education Department will have an inmate Education Clerk who will
        facilitate a signup sheet to allow inmates and their children to utilize the

        Parenting Room when it is not in use for 1 hour. At the SFF, when the area is
        not being used by the parenting program, only 4 inmates and their children
        may be in the room at one time. Inmates and their visitors are responsible
        for what all actions which occur in the Parenting Room.

        Inmates and Visitors are responsible for their children while in the Visiting
        Room. The inmate will be warned if their children misbehave. If the children
        continue to misbehave; the visit may be terminated by the Operations
        Lieutenant or IDO.

K.      Proper Dress and Grooming for inmates in the Visiting Room: At the SFF and
        SCP Inmates are required to wear institution-issued clothing and shoes
        (institution-issued pants and shirts or the assigned jump suits for inmates
        housed in SHU) during visitation. Institutional clothing must be neat and
        clean in appearance. At the SFF and SCP, shirts will be tucked into the
        trouser waistband at all times.

        Approved religious head wear (such as a Yarmulke) may be worn in the Visiting
        Room. All religious head wear will be inspected prior to, and at the
        completion, of the visit. Visits will not be permitted for those who are not
        properly groomed. Proper grooming requires that hair is neat and clean.

        At the USP and FCI the inmate will be issued a one-piece jump-suit, and
        approved shower-type shoe/sandal. All inmates must wear the one-piece jumper
        provided, completely zipped-up.

        At the SFF and SCP, inmates will not take any property to a visit except
        one institution issued comb, one handkerchief, one plain wedding band, one
        plain neck chain with a religious medallion, prescription glasses (no
        sunglasses unless medically approved), commissary card, authorized
        religious head wear and photo tickets. At the USP, inmates will be allowed
        the following items into the visiting room: 1-wedding band, 1-plain neck
        chain with religious medallion, prescription glasses (no sunglasses unless
        medically approved), authorized religious head wear and photo tickets.
        Inmates are not permitted to wear hats in the Visiting Room. Watches are
        not allowed. At the SFF, female inmates will not wear earrings into the
        visiting room. If an inmate has property in his possession which is not
        authorized in the Visiting Room,

the inmate will be instructed to return to his or her unit and secure the property before they are authorized to enter the Visiting Room.

Items not authorized upon the inmate's departure will be considered contraband and confiscated. No items, other than exchanged clothing, will be stored in the search area.

L.    Proper Dress for Visitors in the Visiting Room: Inmates are responsible for informing prospective visitors that dress should be within the bounds of good taste and should not possibly offend others who may be present in the Visiting Room.

The following items WILL NOT be allowed: Hats, watches, transparent or sheer clothing, bib overalls (due to clearing security devices), open-toed shoes or sandals, spiked heel shoes, halter tops, sleeveless tops or dresses, shorts, miniskirts, culottes, Capri pants, or spandex. Clothing items will not be skin tight or sexually suggestive in nature. Dresses will not be shorter than the top of the knee. Blouses or other apparel of a suggestive nature (i.e., low-cut, V-neck, tank tops, any garment which reveals the mid-section, or skirts with slits above the knee) will not be allowed. No clothing with derogatory, sexually suggestive, or gang-related logos is allowed. Because inmates wear similar clothing in the institution, jogging and/or sweat suits will not be permitted to be worn into the institution. Sweatshirts/sweat pants and jogging outfits (pants or jackets) are not allowed to be worn in conjunction with regular civilian style clothing if similar to inmate clothing. All visitors will wear underclothing garments. All female visitors are required to wear a bra. Any other clothing that, at the discretion of the Operations Lieutenant or Institution Duty Officer, resembles the style or color of inmate clothing (i.e., khaki-colored clothing) will not be allowed to be worn into the institution. At the discretion of the Operations Lieutenant or Institution Duty Officer, children under the age of twelve (12) will be allowed to wear shorts. No bare feet will be permitted (excluding babies). Chewing Gum is not authorized in the Visiting Room for any reason.

Personal keys or electronic devices will not be allowed into the Visiting Room. Electronic devices will include the following: beepers, cellular phones, car alarm remote or any remote operating device. Lockers will be available to visitors for the storage of personal items.

Papers, packages, money orders, handbags and/or gifts are not to be allowed into, or exchanged in, the Visiting Room.

See Attachment A for authorized items visitors are allowed to bring into the visiting room. An inmate's visitor may not leave money with any staff member for deposit in the inmate's commissary account. Refer to the Trust Fund/Warehouse/Laundry Manual for additional information on accepting packages.

All visiting areas are "No Smoking Areas." No tobacco products of any kind are allowed in the visiting areas.

16.    PENALTY FOR VIOLATION OF VISITING REGULATIONS:

A.    Terminating Visitors: The Operations Lieutenant or IDO has the authority to terminate visits for reasons of improper conduct on the part of the inmate or visitor(s). The right to have future visits may be    denied as part of an administrative action for any visitor who attempts to circumvent or evade institutional regulations. In situations where visits are terminated or have been denied, the visitor(s) will immediately depart the institution grounds by way of taxi, personal vehicle, or other means of transportation. Under no

circumstances, will the visitor be allowed to remain on the institution grounds.

Visitors and inmates will be permitted limited physical contact, such as handshaking, embracing, and kissing and only within the bounds of good taste and only at the beginning and at the end of each the visit.

Any effort to circumvent or evade the visiting regulations established at this or any of FCC Hazelton facilities will not only result in the denial of future visits but may require that other disciplinary action or court proceedings be initiated against the visitor. 18 U.S.C. 1791, provides a penalty of imprisonment for not more than 20 years, a fine, or both for providing or attempting to provide to an inmate anything whatsoever without the knowledge and consent of the Warden. These Visiting Regulations are being provided to you in order to assist you in properly preparing for and participating in the FCC Hazelton facilities visiting program. Should you have questions, please do not hesitate to contact Unit Staff.

In an effort to eliminate the introduction of drugs and drug paraphernalia into Bureau institutions, the Bureau will seek criminal prosecution against visitors who participate in contraband violations. Additionally, as a disincentive for inmates found guilty of these violations, the Discipline Hearing Officer (DHO) or Unit Discipline Committee (UDC), may impose the loss of visiting privileges as a sanction.

Refer to the Program Statement on Inmate Discipline and Special Housing Units for information regarding loss of visiting privileges resulting from disciplinary action.


17.   WALSH ACT REQUIREMENTS: Unit Team will evaluate all inmates on their caseload to determine if they have an inmate who has been convicted of a sex offense involving a minor. Any inmate fitting this criterion will have the following annotation placed in the visiting program under the comments section: "this inmate was convicted of a sex offense involving a minor."

Any inmate identified as having a Walsh Act assignment involving a minor will have his/her visits closely monitored.


18.   VISITING REGULATIONS REGARDING PETS: Visitors are precluded from bringing animals onto institutional grounds, except for animals that assist persons with disabilities. The visitor must provide staff with certification that the animal is trained for that purpose.

19.   OFFICE OF PRIMARY RESPONSIBILITY: Correctional Services

20.   ATTACHMENTS:

| | | |
|---|---|---|
| Attachment | A | Visiting Regulations |
| Attachment | B | Visitor Information Form (BP-A0629) |
| Attachment | C | List of Requested Visitors |
| Attachment | D | Notification to Visitor (BP-A0224) |
| Attachment | E | Visiting Privileges |
| Attachment | F | Visitors Denied Entrance |
| Attachment | G | Visiting Room Inmate Property Sheet |


_____//s//_____          _____//s//_____
Joe Coakley                                 F. Entzel
Complex Warden                              Warden

ATTACHMENT A

# FCC HAZELTON VISITING REGULATIONS

The requested visitors on the enclosed list have been approved to visit you during your incarceration at FCC Hazelton. In addition, the proper conduct of your visitors during visitation is your responsibility as well as providing your visitors with a copy of this attachment so they will be aware of our visiting regulations.

1.   IDENTIFICATION: Positive picture identification of visitors is required. A valid driver's license or Government issued photo identification card is acceptable forms of identification. If the visitor does not present a valid identification card or does not have one in their possession, their visit will be denied. Once denied, the visitor will immediately depart the institutional grounds.

2.   VISITING TIMES: Regular visiting hours are from 8:00 a.m. to 3:00 p.m., Saturday, Sunday, Monday and Federal Holidays. No visitors will be processed after 2:00 p.m. on Saturdays, Sundays, Mondays and Federal Holidays.

3.   USP and FCI: Special Housing Unit visiting will be 8:00 a.m. to 3:00 p.m. on Mondays in the Non-Contact rooms.  At the SFF, Special Housing Unit visits will be Mondays, 12:00 p.m. to 3:00 p.m.  General Population inmates at the SFF will have visiting Mondays from 8:00 a.m. to 12:00 p.m. All Special Housing inmates at all institutions are allotted one (1) hour per visit.

4.   WHO MAY VISIT: Only those people on your approved visiting list. The child's approved parent or legal guardian must accompany children if under the age of 16. Children 16 and over must be on your approved visiting list.

5.   NUMBER OF VISITORS: The number of visitors an inmate may have at one time is six, including children. A maximum of four adult visitors will be allowed in at any one time. Children the age of 16 and over will be counted as one adult visitor.

6.   PERSONAL CONTACT: Personal contact within the limits of good taste such as shaking hands, a kiss, and embrace are permitted when the visitor and inmate meet and just prior to departing. Any case of excessive contact is grounds for the visit to be terminated.

7.   PERSONAL DRESS AND GROOMING FOR INMATES: Inmates are required to wear the full institutional uniform, to include a belt. SCP inmates wear the green pants and shirts. SHU inmates wear the assigned jump suits. Institutional clothing must be neat and clean in appearance. At the SFF and SCP, shirts will be tucked into the trouser waistband at all times. Approved religious headgear (such as a Yarmulke) may be worn in the Visiting Room. All religious headgear will be inspected prior to, and at the completion, of the visit. Visits will not be permitted for those who are not properly groomed.

8.   PERSONAL DRESS FOR VISITORS: Hats, watches, transparent or sheer clothing, bib  overalls (due to clearing security devices), open-toed shoes or sandals, spiked heel shoes, halter tops, sleeveless tops or dresses, shorts, miniskirts, culottes, Capri pants, or spandex. Clothing items will not be skin tight or sexually suggestive in nature. Dresses will not be shorter than the top of the knee. Blouses or other apparel of a suggestive nature (i.e., low-cut, V-neck, tank tops, any garment which reveals the mid-section, or skirts with slits above the knee) will not be allowed. No clothing with derogatory, sexually suggestive, or gang-related logos is allowed. Because inmates wear similar clothing in the institution, jogging and/or sweat suits will
not be permitted to be worn into the institution. Sweatshirts/sweat pants and jogging outfits (pants or jackets) are not allowed to be worn in conjunction with  regular civilian style clothing if similar to inmate clothing. All visitors will wear underclothing garments. All female visitors are required to wear a bra. Any other clothing that, at the discretion of the Operations Lieutenant or Institution Duty Officer, resembles the style or color of inmate clothing (i.e., khaki-colored clothing) will not be allowed to be worn into the institution. At the discretion of the Operations Lieutenant or Institution Duty Officer, children under the age of twelve (12) will be allowed to wear shorts. No bare feet will be permitted (excluding babies). Chewing Gum is not authorized in the Visiting Room for any  reason.

ATTACHMENT A, Page 2

Personal keys or electronic devices will not be allowed into the Visiting Room. Electronic devices will include the following: beepers, cellular phones, car alarm remote or any remote operating device and handbags. Lockers will be available to visitors for the storage of personal items.

9.    ONLY THE FOLLOWING ITEMS LISTED BELOW ARE AUTHORIZED TO BE TAKEN INTO THE VISITING ROOM BY VISITORS:

a. One (1) wallet or transparent change purse no larger than 5"x8"x4"
b. Four (4) diapers
c. Two (2) jars of Baby Food, unopened
d. Three (3) baby bottles clear and half full
e. One (1) baby blanket
f. Female sanitary napkins or tampons
g. Heart and epilepsy medication only

The above will be the only items allowed into the Visiting Room. No other item(s) will be allowed. No car seats or strollers are allowed. No written messages may be exchanged during a visit.

ALL VISITORS ARE SUBJECT TO SEARCH PRIOR TO ENTERING AND UPON DEPARTING THE INSTITUTION. THE USE OF CAMERAS OR RECORDING EQUIPMENT WITHOUT WRITTEN CONSENT OF THE WARDEN IS STRICTLY PROHIBITED.

10.   PACKAGES: It is not permissible for visitors to bring handbags, packages, photos, or gifts of any kind into the institution. Documents or papers may not be brought into the Visiting Room and should be handled through correspondence.

11.   MONEY: Money cannot be accepted for deposit into the inmate's trust fund account through the Visiting Room or Front Lobby. This should be done through the mail. Visitors are allowed to bring $20.00 in change (quarters only) to purchase food items from vending machines located in the Visiting Room.

12.   SMOKING: The Visiting Room is a NO SMOKING area. No tobacco products of any kind are allowed into the institution.

13.   AUTHORIZED ITEMS THAT VISITORS MAY BRING TO GIVE TO INMATE(S): Visitors are not permitted to bring in anything to provide to the inmate.

14.   Title 18 U.S.C. Sections 1791 and 3571: Provides a penalty of imprisonment of not more than twenty years, a fine of not more than $250,000 or both, to a person who, in violation of a statute, rule, or order issued pursuant to that statute, provides, or attempts to provide, to an inmate anything whatsoever without the Warden's knowledge and consent. This includes, but is not limited to, such objects as firearms, weapons, narcotics, drugs and currency.

Visitors are encouraged not to wear clothing with metal content, such as a western style shirt with metal buttons or undergarments with metal supports. All visitors are required to pass through a walkthrough metal detector without activating it. Visitors with metal implants or non-removable medical metal items must contact the individual Unit Team prior to the visits and provide supporting documentation. In addition, drug screening is in effect (ION scan). Visitors will be denied entry for positive testing.

ATTACHMENT B

BP-A0629   VISITOR INFORMATION CDFRM
APR 10
U.S. DEPARTMENT OF JUSTICE                    FEDERAL BUREAU OF PRISONS

| Addressee | Institution | Date |
|---|---|---|
| | Re: (Inmate's Name and Register No.) | |

Dear _____:

    I am requesting that you be included among my approved visitors.  In order to establish your suitability as a visitor, it may be necessary for institution officials to send an inquiry to an appropriate law enforcement or crime information agency to ascertain whether or not placing you on my visiting list would present a management problem for the institution, or have other possible adverse effects.  The information obtained will be used to determine your acceptability as a visitor.  The Bureau of Prisons' authority to request background information on proposed visitors is contained in Title 18 U.S.C. § 4042.

    In order for you to be considered for the visiting privilege with me, it will be necessary for you to fill out the questionnaire and release form below and return it to the following address: (Institution address).

    You are not required to supply the information requested.  However, if you do not furnish the information, the processing of your request will be suspended, and you will receive no further consideration.  If you furnish only part of the information required, the processing of your request may be significantly delayed.  If the information withheld is found to be essential to the processing of your request, you will be informed, and your request will receive no further consideration unless you supply the missing information.  Although no penalties are authorized if you do not supply the information requested, failure to supply such information could result in your not being considered for admittance as a visitor.  The criminal penalty for making false statements is a fine of not more than $250,000 or imprisonment for not more than five years or both (See 18 U.S.C. § 1001).

Sincerely,

| 1. Legal Name | 2. Date of Birth | 3. Address (Including Zip Code) |
|---|---|---|
| 4. Telephone Number (Including Area Code) | 5. Race and Sex of Visitor | |

| 6. Are you a U.S. Citizen? <br> ___ Yes ___ No | 6a. If yes, provide Social Security No: _____ <br> 6b. If no, provide Alien Registration No:_____ <br> 6c. Provide Passport No: _____ |
|---|---|

| 7. Relationship to above-named inmate | 8. Do you desire to visit him/her? <br> ___ Yes ___ No |
|---|---|

9. Did you know this person prior to his/her current incarceration? ___ Yes ___ No

10. If the answer to #9 is yes, indicate the length of time you have known this person and where the relationship developed.

11. Have you ever been convicted of a crime?  If so, state the number, date, place, and nature of the conviction/s:

12. Are you currently on probation, parole, or any other type of supervision?  If so, state the name of your supervising probation/parole officer and the address and telephone no. where he/she can be contacted:

13. Do you correspond or visit with other inmates?  If so, indicate the individual(s) and their location(s):

14. Driver's License No. and State of Issuance

AUTHORIZATION TO RELEASE INFORMATION

I hereby authorize release to the Warden of: _____ any record of criminal offenses for which I
                                         (Institution, Location)

have been arrested and convicted, and any information related to those convictions.

Signature for Authorization to Release Information _____ (Sign and Print Name)Parent or Guardia

(If applicant is under 18 years of age, signature of parent or guardian indicates consent of minor to visit inmate).

                If additional space is required, you may use the back of this form.
                  To be filed in Inmate Central File, FOI Section 2

*PDF*                    *Prescribed  by P5267*                    Replaces BP-A629 of Sep 00

FILE IN SECTION 3 UNLESS APPROPRIATE FOR PRIVACY FOLDER

SECTION 3

September 19, 2018
Page 18

ATTACHMENT C

LIST OF REQUESTED VISITORS

Date:

|  | Name | Relationship | Street Address | City, State, Zip |
|---|---|---|---|---|
| 1 |  |  |  |  |
| 2 |  |  |  |  |
| 3 |  |  |  |  |
| 4 |  |  |  |  |
| 5 |  |  |  |  |
| 6 |  |  |  |  |
| 7 |  |  |  |  |
| 8 |  |  |  |  |
| 9 |  |  |  |  |
| 10 |  |  |  |  |
| 11 |  |  |  |  |
| 12 |  |  |  |  |
| 13 |  |  |  |  |
| 14 |  |  |  |  |
| 15 |  |  |  |  |

_____

Inmate's Name                    Register Number              Quarters

APPROVED: _____
          Case Manager/Counselor                          Date

ATTACHMENT D

A0224                          NOTIFICATION TO VISITOR
U.S. DEPARTMENT OF JUSTICE                              FEDERAL BUREAU OF PRISONS

Date:_____Time:_____Officer's Name: _____

Institution: _____ Location:_____

Name of Inmate To Be Visited: _____ Register No.: _____

NOTICE TO ALL PERSONS: CONSENT TO SEARCH

Federal Bureau of Prisons (Bureau) staff may search you and your belongings (bags, boxes, vehicles, container in vehicles, jackets, coats, etc.) before you enter, or while you are on or inside, Bureau grounds or facilities.

Consent to Search Implied. By entering or attempting to enter Bureau grounds or facilities, you consent to being searched in accordance with Bureau policy and Federal regulations in volume 28 of the Code of Federal Regulations, Part 511. If you refuse to be searched, you may be prohibited from entering Bureau grounds or facilities.

NOTICE TO ALL PERSONS: PROHIBITED ACTIVITIES AND OBJECTS

You are prohibited from engaging in prohibited activities or possessing prohibited objects on Bureau grounds, or in Bureau facilities, without the knowledge and consent of the Warden.  Violators may be detained or arrested for possible criminal prosecution, either by Bureau staff, or local or federal law enforcement authorities.

Prohibited Activities include any activities that could jeopardize the Bureau's ability to ensure the safety, security, and orderly operation of Bureau facilities, and protect the public, including, but not limited to, violations of Titles 18 and 21 of the United States Code, Federal regulations, or Bureau policies.

Prohibited Objects include, but are not limited to, weapons; explosives; drugs; intoxicants; currency; cameras of any type; recording equipment; telephones; radios; pagers; electronic devices; and any other objects that violate criminal laws or are prohibited by Federal regulations or Bureau policies.

PLEASE ANSWER THE FOLLOWING QUESTIONS:  Are any of the following items in your possession, or in possession of children in your party under 16 years of age?

| | | | | | |
|---|---|---|---|---|---|
| Tobacco Products | Yes | No | Narcotics | Yes | No |
| Explosives | Yes | No | Marijuana | Yes | No |
| Weapons | Yes | No | Camera | Yes | No |
| Ammunition | Yes | No | Food Items | Yes | No |
| Metal Cutting tools | Yes | No | Alcoholic Beverages | Yes | No |
| Recording Equipment | Yes | No | Prescription Drug* | Yes | No |
| Telephones-any type | Yes | No | Intoxicants | Yes | No |
| Radios | Yes | No | Pagers | Yes | No |
| Electronic Devices | Yes ____ | No ____ | Firearms | Yes ____ | No ____ |

*All types of medication carried must be listed in the following space, and must be left at the entry area:

I have read, I understand, and I agree to the above.  If I am visiting with an inmate, I also understand and agree to abide by the visiting guidelines provided me by this institution.  I declare that I do not have articles in my possession which I know to be a threat to institution safety, security, or good order.  I am aware that if I have questions about what is authorized, I should consult with the officer.  I am aware that the penalty for making a false statement is a fine of not more than $250,000 or imprisonment of not more than five years or both (pursuant to 18 U.S.C. § 1001).  I am aware that the visiting area, including restrooms in the visiting area, may be monitored to ensure institution security and good order.

Printed Name/Signature:_____

Street Address/City and State:_____

Vehicle License No.:_____ Year, Color, Make and Model of Vehicle:_____

If visiting with an inmate, please complete the following:  Names of children under 16 years of age for whom I am responsible:
_____

If not visiting with an inmate, please indicate:

Name of Organization: _____ _____Purpose of Visit: _____

Printed Name/Signature of Staff Witness:_____

ATTACHMENT E


**Must be used with current Letterhead Template**


RE: Visiting Privileges with (inmate's name and register number)

Dear (Name):

You are temporarily suspended from visiting (inmate's name and register number) at (facility) Hazelton for a period of # days for an administrative action stemming from your visit. On (date & summary of incident).

This action will remain in effect for a period of # days. Inmate (name) has been notified of this decision. It will be his or her responsibility to inform you of the final disposition taken in this matter.


Sincerely



Name
Warden



cc:   Central File
      SIS

ATTACHMENT F


**Must be used with current Memo Template**


SUBJECT:   Visitors Denied Entrance

On (date), at (time), the following visitor was denied entrance into the
institution.

Inmate Name and Number:

Reason for denial:

1. No identification
2. Not on Visiting List
3. Underage without parent/guardian
4. Improper Attire
5. Other

Comments: _____

_____

_____




cc:   Associate Warden
      Unit Manager
      Captain
      SIS

September 19, 2018
Page 22

ATTACHMENT G

Visiting Room Inmate Property Sheet

Date:_____

| | Staff Conducting Search | Inmate Name | Reg Number | Unit | Property Item Code/Type | Shoe Type | Time In | Time Out |
|---|---|---|---|---|---|---|---|---|
| 1 | | | | | | | | |
| 2 | | | | | | | | |
| 3 | | | | | | | | |
| 4 | | | | | | | | |
| 5 | | | | | | | | |
| 6 | | | | | | | | |
| 7 | | | | | | | | |
| 8 | | | | | | | | |
| 9 | | | | | | | | |
| 10 | | | | | | | | |
| 11 | | | | | | | | |
| 12 | | | | | | | | |
| 13 | | | | | | | | |
| 14 | | | | | | | | |
| 15 | | | | | | | | |
| 16 | | | | | | | | |
| 17 | | | | | | | | |
| 18 | | | | | | | | |
| 19 | | | | | | | | |
| 20 | | | | | | | | |
| 21 | | | | | | | | |
| 22 | | | | | | | | |
| 23 | | | | | | | | |
| 24 | | | | | | | | |
| 25 | | | | | | | | |
| 26 | | | | | | | | |
| 27 | | | | | | | | |
| 28 | | | | | | | | |
| 29 | | | | | | | | |
| 30 | | | | | | | | |

Item Code
(1) Plain neck chain with plain religious medallion     (4) One plain white handkerchief
(2) Wedding band (plain)                                (5) One institution issued comb
(3) Prescriptions eyeglasses (no sunglasses)            (6) Approved Religious Head Wear

Anything other than the above listed items will NOT be allowed to enter the visiting room and will be returned to the housing unit before the inmate will be admitted into the visiting room. The Visiting Room Officer will not store unauthorized items in the search room or Officers' Desk for any reason.