# Exhibit N


