# Exhibit P

Page 1

1      IN THE UNITED STATES DISTRICT COURT
           WESTERN DISTRICT OF VIRGINIA
2             CHARLOTTESVILLE DIVISION
3

    ELIZABETH SINES, SETH            )
4   WISPELWEY, MARISSA BLAIR,        )
    TYLER MAGILL, APRIL MUNIZ,       )
5   HANNAH PEARCE, MARCUS            )
    MARTIN, NATALIE ROMERO,          )
6   CHELSEA ALVARADO, and JOHN       )
    DOE,                             )
7                                    )
                    Plaintiffs,      ) Case No.
8                                    ) 3:17-cv-00072-NKM
          vs.                        )
9                                    )
    JASON KESSLER, et al.,           )
10                                   )
                    Defendants.      )
11
12
13      VIDEOTAPED DEPOSITION OF DILLON HOPPER
14              Louisville, Kentucky
15           Tuesday, August 13, 2019
16
17
18
19
20
21
22
23  Reported by:
24  RACHEL F. GARD, CSR, RPR, CLR, CRR
25  JOB NO. 165620

1             D. HOPPER

2        A.    The second time was only a few days
3   after that, and it was a fleeting text message.
4   It was like, hey, how are you doing?
5              He was like, oh, fine.
6              And that was it.  He hasn't
7   communicated with me after that.
8        Q.    What about Chris Cantwell?
9        A.    Chris Cantwell?  Let's see.  Really
10  the only time I communicated with Chris
11  Cantwell was whenever I was -- I actually
12  talked on his podcast once, but that was before
13  Charlottesville.  That was in like the end of
14  March, beginning of April 2017.  It was like
15  right about the same time I took over.  So I
16  was still in New Mexico.  I remember doing
17  that.  I was sitting in my truck, and I did
18  that.
19       Q.    And James Alex Fields, have you ever
20  talked to him?
21       A.    No.
22       Q.    And Andrew Anglin, have you ever
23  talked to him?
24       A.    No.
25       Q.    The guy associated with The Daily