# Exhibit B



EXHIBIT 3

## Open File Agreement
## Commonwealth v. James A. Fields

We, Denise Lunsford, Esq. and John Hill, Esq., as counsel appointed to represent James A. Fields in the General District, and Circuit Courts for the City of Charlottesville, recognize that Virginia's discovery requirements are governed by the Rules of Virginia Supreme Court, specifically Rule 3A:11 for Circuit Court, Rule 7C:5 for General District Court.

We agree that, with the exception of those materials described in Rule 3A:11 and Rules 7C:5, and the requirement that the Commonwealth disclose any and all exculpatory evidence, the Commonwealth is not required to provide us with copies of any evidentiary materials or to allow us to copy any evidentiary materials not identified by Rules 3A:11, 7C:5, or identified as exculpatory.

In consideration of the Commonwealth providing us with copies or allowing us to copy evidentiary materials other than those described in Rule 3A:11 and Rule 7C:5, we agree that we will not allow these additional materials or any copy thereof to leave our possession or control.

While we understand that we have the right and are encouraged to share and show to our client the contents of any and all evidentiary materials provided, we agree to not give evidentiary materials, except the materials disclosed as exculpatory or described in Rule 3A:11 (b)(1) and Rule 7C:5, to our client nor make them a part of our client's file. We agree that this specifically includes but is not limited to copies of search warrants and inventories currently under seal in the Office of the Clerk of Court.

_____          _____
Denise Y. Lunsford                                       John I. Hill

I understand the above information after it was explained to me. I agree that materials provided to my attorneys in this case will not be given to me and will not be made a part of my client file except as set forth above.

_____
James A. Fields