# Exhibit C

VIRGINIA: IN THE CIRCUIT COURT FOR THE CITY OF CHARLOTTESVILLE

COMMONWEALTH OF VIRGINIA

v.  Case Nos. CR17000296-01 to 10

JAMES ALEX FIELDS, JR.
Defendant

## ORDER ALLOWING MEMBERS OF THE PUBLIC TO VIEW AND LISTEN TO THE VIDEO AND AUDIO EVIDENCE ADMITTED AT TRIAL

The Court hereby ORDERS the Clerk of Court to make available to members of the public for viewing and listening the video and audio recordings admitted as evidence at trial. The Clerk of Court shall provide these in a "view and listen" only format in the Clerk's Office for the Charlottesville Circuit Court. The Court further ORDERS that the exhibits (the video and audio recordings) shall not be copied, reproduced or transmitted in any way. The time, place, and manner of accessing of the exhibits shall be at the discretion of the Clerk of Court.

Entered this 27th day of December, 2018.

_____
Hon. Richard E. Moore, Judge