# EXHIBIT 2


**Nathan TX**
2017-08-03 13:11:39 UTC [Southern Front #general]




**Chris7577 TX**
2017-08-03 13:36:59 UTC [Southern Front #general]
@Nathan TX Those look gay as fuck. I just put a removable bump cap under my vanguard hat.


**Kevin FL**
2017-08-03 13:38:37 UTC [Southern Front #general]
TWP? And yea we should get Kevlar or riot helmets


**Azzmador**
2017-08-03 13:39:14 UTC [Southern Front #general]
You can get cheap motorcycle helmets on amazon that offer better protection and look a lot cooler.


**Chris7577TX**
2017-08-03 13:40:51 UTC [Southern Front #general]

@Azzmador I like the idea of showing our faces. It makes us look better. In movies when they want to emphasize good guys vs. bad guys the bad guys always have covered faces.


**Azzmador**
2017-08-03 13:41:16 UTC [Southern Front #general]

This one is DOT approved, and comes with goggles. Add a 3M gas mask and you're in business. https://www.amazon.com/TCMT-Leather-Motorcycle-Chopper-Cruiser/dp/B00XQY8LLM/ref=sr_1_10?ie=UTF8&qid=1501767592&sr=8-10&keywords=german+motorcycle+helmet


**Azzmador**
2017-08-03 13:41:35 UTC [Southern Front #general]

I wan't recommending full face helmets


**Azzmador**
2017-08-03 13:43:36 UTC [Southern Front #general]

If you don't like the German style helmets like that there are other options, like this https://www.amazon.com/SmartDealsNow-Helmet-leather-German-approved/dp/B01GJP99HU/ref=sr_1_30?ie=UTF8&qid=1501767743&sr=8-30&keywords=german+motorcycle+helmet


**Azzmador**
2017-08-03 13:44:04 UTC [Southern Front #general]

Or this https://www.amazon.com/Fuel-Helmets-SH-HHFL65-Helmet-Medium/dp/B00843V9G4/ref=sr_1_34?ie=UTF8&qid=1501767825&sr=8-34&keywords=german+motorcycle+helmet


**Azzmador**
2017-08-03 13:45:38 UTC [Southern Front #general]

This one is one pof my personal favorites. If you put a black sun on that star you'd really have something. https://www.amazon.com/Fatningo-Goggles-Motorcycle-Cruiser-Scooter/dp/B014L36HLW/ref=sr_1_48?ie=UTF8&qid=1501767887&sr=8-48&keywords=german+motorcycle+helmet


**Azzmador**
2017-08-03 13:47:14 UTC [Southern Front #general]

These DOT helmets are rated for high speed crashes, and will withstand some types of attacks other helmets won't, like say a bike lock. A batting helmet may not stand up to the kinetic energy of being struck by a tiny object with that kind of force. Motorcycle helmets will.


**Azzmador**
2017-08-03 13:47:30 UTC [Southern Front #general]

Anyway, whatever type you get, helmets are a good idea.


**Chris7577TX**
2017-08-03 13:48:36 UTC [Southern Front #general]

I like these. Everyone gets to see my dashing good looks.
Linerz 1/8" Foam Protective Hat Insert Hat Liner Bump Cap Insert https://www.amazon.com/dp/B01DL0V8MO/ref=cm_sw_r_other_apa_IMYGzbGSGPP88


**SonderSchutz TX**
2017-08-03 13:55:31 UTC [Southern Front #general]

http://m.ebay.com/itm/WWII-WW2-GERMAN-FALLSCHIRMJAGER-M38-BLACK-STEEL-HELMET-With-Leather-Liner-/192076546930?nav=SEARCH


**SonderSchutz TX**
2017-08-03 13:55:39 UTC [Southern Front #general]

For that nice larp effect


**SonderSchutz TX**
2017-08-03 13:57:17 UTC [Southern Front #general]

Anyone know if theres a club law for Cville?


**Azzmador**
2017-08-03 13:58:24 UTC [Southern Front #general]

Yes, no clubs


**Azzmador**
2017-08-03 13:58:41 UTC [Southern Front #general]

no masks either


**Azzmador**
2017-08-03 13:59:11 UTC [Southern Front #general]

I'll be posting an article on Daily Stormer in a few days that details what is legal to bring.


**SonderSchutz TX**
2017-08-03 13:59:40 UTC [Southern Front #general]

Sounds good, what about pocket sand?


**Azzmador**
2017-08-03 13:59:57 UTC [Southern Front #general]

haha I didn't hear that 🟤


**SonderSchutz TX**
2017-08-03 14:00:10 UTC [Southern Front #general]

Ahh antifa is fucked now


**Azzmador**
2017-08-03 14:00:47 UTC [Southern Front #general]

I'm looking forward to BLM more than antifa. Blacks are the easiest people on Earth to trigger.


**Azzmador**
2017-08-03 14:01:18 UTC [Southern Front #general]

I predict some gloriously hilarious chimping.


**Nathan TX**
2017-08-03 14:14:17 UTC [Southern Front #general]

Yeah that'll be great. @Azzmador any updates on the speaking situation?


**Azzmador**
2017-08-03 14:16:20 UTC [Southern Front #general]

I am officially a featured speaker at the event now.


**Nathan TX**
2017-08-03 14:19:45 UTC [Southern Front #general]

Awesome