# EXHIBIT 4

 **Azzmador**
2017-07-23 07:07:53 UTC [Charlottesville 2.0 #questions_for_coordinators] 🔍 🔗

Well, I always come barehanded and bareheaded, bc officers don't duck lol. But my guys will be ready with lots of nifty equipment.