# EXHIBIT 5

| username | createdTimestamp | content |
| --- | --- | --- |
| Jason AW#4051 | 2017-07-18 12:28:04 | Are you going to the unite the right rally? |
| Azzmador#6970 | 2017-07-18 12:37:04 | yes |
| Jason AW#4051 | 2017-07-18 12:40:01 | I was thinking about going but then i heard there will be fags, race mixers, and possibly jews there to support |
| Jason AW#4051 | 2017-07-18 12:40:02 | I figured you would know about it more than me |
| Azzmador#6970 | 2017-07-18 12:40:02 | get your ass there if you can |
| Azzmador#6970 | 2017-07-18 12:40:03 | fuck all this dumb shit |
| Azzmador#6970 | 2017-07-18 12:40:05 | there are 2000 antifa coming. You gonna represent? |
| Azzmador#6970 | 2017-07-18 12:41:02 | I'll be there gassing these people. All that shit is an excuse. |
| Azzmador#6970 | 2017-07-18 12:41:05 | You're never gonna find an event that only has people you like at it. This is a war, not a party. |
| Jason AW#4051 | 2017-07-18 12:42:00 | 2000 antifa? Wow. |
| Jason AW#4051 | 2017-07-18 12:42:00 | Ok ill go. |
| Azzmador#6970 | 2017-07-18 12:42:01 | good man |
| Azzmador#6970 | 2017-07-18 12:42:01 | see you there |
| Azzmador#6970 | 2017-07-18 12:45:01 | most of the Stormer editorial staff will be there, Vanguard America will be there with me, TWP will be there, League of the South will be there. We'll be doing live streams, interviews, the whole nine yards. Get everyone you can to come. |
| Jason AW#4051 | 2017-07-18 12:45:03 | I will. |
| Jason AW#4051 | 2017-07-18 12:45:04 | AW has had to remain low for awhile. |
| Azzmador#6970 | 2017-07-18 12:45:05 | We'll handle these alt lites & proud boys 😠 |
| Jason AW#4051 | 2017-07-18 12:45:05 | But ill get some guys there |