# EXHIBIT 6

# THE BATTLE OF CHARLOTTESVILLE FULL VIDEO!

Azzmador

**Daily Stormer**

August 19, 2017

Here it is folks, the entire Unite the Right event, aka The Battle of Charlottesville, or The Charlottesville Putsch, from the viewpoint of Azzmador's cameraman's livestream!

If you weren't there, you will both enjoy the hell out of this video, and wish like hell you had been there!

Case 3:17-cv-00072-NKM-JCH   Document 673-6   Filed 03/11/20   Page 3 of 33   Pageid#: 9374



# AZZMADOR

---

## TKR Live: James Hake Interview!

👤 Azzmador   🕓 February 28, 2020



Another great meeting of the minds!

Read More »

---

## TKR Live: State of the Union Special

👤 Azzmador   🕓 February 6, 2020



Tune in for the only State of the Union coverage that actually makes sense!

Read More »

---

## TKR Live: Satan Bowl Special!

👤 Azzmador   🕓 February 6, 2020



Azz and the Wrecking Crew give you a great alternative to sitting around getting fat, stupid, and feminine!

Read More »

---

## The Krypto Report – Episode XCIV: The Dusky Prophet of the Tranny Apocalypse

👤 Azzmador   🕓 December 4, 2019



Azzmador, Hate Farmer, and Tony Castle bring you this week's rundown of everything that matters!

Read More »

---

## The Krypto Report Live: Azzmador and Jimmy Chang Interview Jesse Lee Peterson!

👤 Azzmador   🕓 November 10, 2019

Azzmador and Jimmy have a very masculine interview with the man himself, Jesse Lee Peterson!



Read More »

## The Krypto Report – Episode XCII: Big Trouble in Little Zioland

👤 Azzmador  🕒 November 4, 2019



The Holy Wars continue in this redo of episode 92!

Read More »

## The Krypto Report Live – NEOCON NIGHTMARE

👤 Azzmador  🕒 November 2, 2019



Azz and Lee Rogers update you on the latest battles of the Great Groyper Uprising against Gorka's Orcas!

Read More »

## The Krypto Report Live – GROYPER HOLY WAR!

👤 Azzmador  🕒 October 31, 2019



Azz, Lee, and Hate Farmer give you the skinny on the war between the Groypers and the fake conservatives!

Read More »

## The Krypto Report Live – RADIO WAVES with Lee Rogers!

👤 Azzmador  🕒 October 19, 2019



You asked, we delivered - the TKR Live broadcasts on Dlive here on Daily Stormer, this week with special guest Lee Rogers!

Read More »

## The Krypto Report – Episode 90: GAMER UPRISING with Special Guest Ethan Ralph!

👤 Azzmador  🕒 October 8, 2019



Azzmador and The Wrecking Crew have a great time with Ethan Ralph!

Read More »

## The Krypto Report – Episode 89: Environmental Zionism

👤 Azzmador    🕓 October 2, 2019



Another episode of the greatest thing to happen since people began talking into microphones!

Read More »

## The Krypto Report – Episode 88: FULL SPECTRUM DOMINATION!

👤 Azzmador    🕓 September 24, 2019



Azzmador and the Wrecking Crew are joined by lee Rogers to celebrate episode 88!

Read More »

## The Krypto Report – Episode 87: Jayoh in the Woodpile

👤 Azzmador    🕓 September 10, 2019



A deep dive into an alleged International Man of Mercenary Mystery!

Read More »

## The Krypto Report – Episode 86: Neon Knights

👤 Azzmador    🕓 September 4, 2019



Azzmador and The Wrecking Crew DO IT LIVE once again!

Read More »

## The Krypto Report – Episode 85: Skool Daze

👤 Azzmador    🕓 August 26, 2019



This week, Azz and White Tuber take you on a magic ride through the inner workings of public school, mainstream media, civic engagement, straight pride, and Popeye's sammiches!

Read More »

## The Krypto Report – Episode LXXXIV: Caught in the Crossfire

👤 Azzmador    🕓 August 20, 2019



Azzmador and Hate Farmer bring you a LIVE REPORT from the front lines of the Alien Invasion!

Read More »

## The Krypto Report – Episode LXXXIII: Loose End Tied

👤 Azzmador    🕓 August 12, 2019



Azz and The Wrecking Crew discuss the mysterious death of a mysterious Jew and everything you need to know this week!

Read More »

## The Krypto Report – Episode LXXXII: Danger at Your Door with Special Guest Andrew Anglin!

👤 Azzmador    🕓 August 5, 2019



Andrew Anglin joins Azzmador and the Wrecking Crew for a FANTASTIC EXTRAVAGANZA! This is the one show you cannot miss this week!

Read More »

## The Krypto Report – Episode LXXXI: Negro Fatigue Intensifies

👤 Azzmador    🕓 July 29, 2019



Azzmador and The Wrecking Crew discuss all things related to black people participating in their lives!

Read More »

## The Krypto Report – Episode LXXX: Born to Raise Hell!

👤 Azzmador    🕓 July 22, 2019

 Azzmador and The TKR Wrecking Crew celebrate the octogenarian episode of TKR!

Read More »

### The Krypto Report – Episode LXXIX: Eyes Wide Open

👤 Azzmador  🕓 July 16, 2019

 This week's TKR is a hard-hitting exploration of current events, and the perverse "masters of the universe" manipulating them!

Read More »

### The Krypto Report – Episode LXXVIII: Activists, Sex Traffickers, and Voodoo Pajeets

👤 Azzmador  🕓 July 9, 2019

 Azzmador and The Wrecking Crew return from their short hiatus with a vengeance!

Read More »

### The Krypto Report – Episode LXXVII: The Bellicosity of Potato Men

👤 Azzmador  🕓 June 18, 2019

 Azzmador and The Wrecking Crew are joined by Lee Rogers for an in-depth discussion of Iran, censorship, the Southern Border, and Clown World!

Read More »

### The Krypto Report – Episode LXXV: DIAMOND JUBILEE EDITION!

👤 Azzmador  🕓 June 4, 2019

 Azzmador and The Wrecking Crew butcher all of ZOG's sacred cows FOR THE SEVENTY-FIFTH TIME!

Read More »

### The Krypto Report – Episode XLV: Better Late Than Never

👤 Azzmador  🕓 October 31, 2018



It might be late, but it's still great.

Read More »



## The Krypto Report – Episode XLIV: You Niggaz are Crazy!

👤 Azzmador　🕒 October 22, 2018



Gay Senators and NPCs and fake Indians, oh my!

Read More »

## The Krypto Report – Episode XLIII: Goyim Knowing Intensifies

👤 Azzmador　🕒 October 15, 2018



Another fabulous installment of the most problematic podcast in the history of these tubes!

Read More »

## Stormer Book Club's "Operation SCOTUS" a Smashing Success!

👤 Azzmador　🕒 October 12, 2018



Watch this fat bitch moan about the Holocaust…!

Read More »

## The Krypto Report – Episode XLII: USA in this Hoe!

👤 Azzmador　🕒 October 9, 2018



For we wrestle not against flesh and blood, but against principalities, against powers, against the rulers of the darkness of this world, against spiritual wickedness in high places.

Read More »

## The Krypto Report – Episode XLI: Indelible in the Hippocampus

👤 Azzmador　🕒 October 1, 2018



Your neural transmitters will never feel safe again!

Read More »

---

## SPECIAL SCOTUS EDITION! The Krypto Report – Episode XL: Revenge of the Sluts

👤 Azzmador   🕓 September 27, 2018



These bitches belong in cages.

Read More »

---

## The Krypto Report – Episode XXXIX: View from Behind the Wall

👤 Azzmador   🕓 September 24, 2018



Load the camps up and shade the lamps up!

Read More »

---

## The Krypto Report – Episode XXXVIII: Infostorming the Sportsballs

👤 Azzmador   🕓 September 17, 2018



A riveting discussion of all the non-fake news that actually matters.

Read More »

---

## Stormer Book Club's "Operation Freeze Peach" Causes Horrified Hand Rubbing

👤 Azzmador   🕓 September 10, 2018



Stormer Book Club vs. the (((Chinese Communists)))!

Read More »

---

## The Krypto Report – EpisodeXXXVII



👤 Azzmador   🕐 September 10, 2018

Vince of The Red Elephants joins Azzmador and the TKR Wrecking
Crew™ for another fantastic voyage into American Nationalism!

Read More »

## The Krypto Report – Episode XXXVI: Funeral for a Fiend

👤 Azzmador   🕐 September 3, 2018



Azzmador and the TKR Wrecking Crew™ welcome special guest Not
Shadowbanned Yet!

Read More »

## The Krypto Report – Episode XXXV: Requiem for a Tumor

👤 Azzmador   🕐 August 27, 2018



A celebration of the life and times of a noble tumor.

Read More »

## The Krypto Report – Episode XXXIV: White Chalk

👤 Azzmador   🕐 August 21, 2018



The TKR Wrecking Crew breaks down The Media War, and The Race
War!

Read More »

## The Krypto Report – Episode XXXIII: SkyKing, SkyKangz, and the Interdimensional Shapeshifting Child
Molesters

👤 Azzmador   🕐 August 14, 2018



TKR is back, bigger than life and twice as ugly!

Read More »

Azzmador – Daily Stormer

### PDX Stormers March Through Vancouver, Washington!

👤 Azzmador　🕐 July 23, 2018



PDX Stormers out on the town!

Read More »

---

### Omaha: Heroic Retard Rises in Opposition to Stormer Book Club's Enrichment of Little Free Libraries

👤 Azzmador　🕐 July 21, 2018



Righteous Retard vs Stormer Shitlords: Who will win?

Read More »

---

### The Krypto Report – Episode XXXII: Straight Outta Wompton!

👤 Azzmador　🕐 June 25, 2018



Lee Rogers and Azzmador bring down the WOMP WOMP hammer on the week's top stories!

Read More »

---

### Your Friendly Neighborhood Azzmador on BigCatKayla's Livestream

👤 Azzmador　🕐 June 21, 2018



A wild Azzmador appears!

Read More »

---

### Operation Back to Israel: Stormer Book Club Triggers Cuck Library

👤 Azzmador　🕐 June 18, 2018



Stormer Book Club - making news, exposing Jews!

Read More »

Azzmador – Daily Stormer

### The Krypto Report – Episode XXXI: Hateposting with Larry Ridgeway

👤 Azzmador   🕐 June 2, 2018



Azz interviews Larry Ridgeway of Hate House and Texan Barbaryan of Stormer Book Club on the only show that actually matters!

Read More »

### Stormer Book Club's Operation White America a Smashing Success!

👤 Azzmador   🕐 April 7, 2018



Stormer Book Club: Growing bigger, faster, stronger!

Read More »

### Announcing Azzmador's Fantastic New Show "We're All Americans Here," with Co-Host Ricky Vaughn!

👤 Azzmador   🕐 April 1, 2018



Winning is all that matters.

Read More »

### The Krypto Report – Episode XXX: Dominion and Supremacy

👤 Azzmador   🕐 March 28, 2018



Azz and Lee give their take on all the latest nonsense.

Read More »

### Stormer Book Club Performs Nationwide Flyering, Jews and Colleges Cry "OY GEVALT!"

👤 Azzmador   🕐 March 23, 2018



It's On!

Read More »

## Critical Update on Stormer Book Clubs

👤 Azzmador  🕐 March 4, 2018



**Azzmador and Andrew Anglin** | We're shifting into overdrive!

Read More »

## God Emperor Contemplates Slaughtering Drug Dealers En Masse!

👤 Azzmador  🕐 February 26, 2018



**Azzmador** | Yeah, it really is the only way. And just the obvious one.

Read More »

## DFW Stormer Book Club Exposes Treasonous Local College – Beaner Butthurt Ensues

👤 Azzmador  🕐 February 5, 2018



**Azzmador** | DACA beaners BTFO'd!

Read More »

## The Krypto Report – Episode 29: Animating the Reich

👤 Azzmador  🕐 February 4, 2018



**Azzmador** | Your Friendly Neighborhood Azzmador and Emily Youcis discuss her new magnum opus, "Waking Up."

Read More »

## Calling All Stormer Book Clubs! Time for the Next Step!

👤 Azzmador  🕐 January 28, 2018



**Azzmador** | Time to get this shoah on the road!

Read More »

### The Krypto Report Episode XXVIII – Pussyhats BTFO'd

👤 Azzmador  🕑 January 23, 2018



**Azzmador** | TKR grabs Jewish feminism by the pussy!

Read More »

### Waking Up (New Alt-Right Cartoon!)

👤 Azzmador  🕑 January 23, 2018



**Azzmador** | Tomorrow's entertainment today!

Read More »

### The Krypto Report: Episode XXVII – Tactical Navel-Gazing

👤 Azzmador  🕑 January 15, 2018



**Azzmador** | Azzmador is joined by hi bro Microchip, world-renowned Trump-troll!

Read More »

### The Krypto Report: Episode XXVI – Patriots Rising

👤 Azzmador  🕑 January 11, 2018



**Azzmador** | Azzmador welcomes as his guest Thomas Rousseau, leader of Patriot Front!

Read More »

### The Krypto Report: Episode XXV – Brainstormtrooping with Ricky Vaughn

👤 Azzmador  🕑 January 8, 2018



**Azzmador** | Azz and Ricky Vaughn have a great discussion in the most important podcast of 2018 (so far)!

Read More »

## Unqualified Kike Appointed by Monkey Obongo Responsible for Seattle Trainwreck

👤 Azzmador   🕐 December 19, 2017



**Azzmador** | The Jews did this

Read More »

## Racist Niggerbitch Pitches Giant Chimpout at The White House

👤 Azzmador   🕐 December 14, 2017



**Azzmador** | Not a good fit.

Read More »

## UPDATE: RIGGED!!! ELECTION STOLEN FROM ROY MOORE, EVIDENCE BEING DESTROYED!

👤 Azzmador   🕐 December 13, 2017



**Andrew Anglin** | LIVE LIVE LIVE.

Read More »

## Noble Hero Roy Moore is a True American Nationalist!

👤 Azzmador   🕐 December 11, 2017



**Azzmador** | Women and blacks btfo'd, Hitler quoted accurately

Read More »

## Vaping Named Daily Stormer's Man of the Year for 2017!

👤 Azzmador   🕐 December 10, 2017



**Azzmador** | The vice of champions!

Read More »

### Fraudulent Negress Fakes Sign Language at Police Press Conference

&#128100; Azzmador   &#128336; December 8, 2017



**Azzmador** Talk to the hand. It say I dindu nuffins!

Read More »

### Brits Stuck with Infinity Illegal Brown People Forever

&#128100; Azzmador   &#128336; November 30, 2017

 

**Azzmador** | Surrender first! That's good leadership!

Read More »

### Patriot Front's University of Texas Demo

&#128100; Azzmador   &#128336; November 8, 2017



**Azzmador** | Masked White men and torches OH NO!

Read More »

### Organized Beaners Attempt to Jew Virginia's Governor's Race

&#128100; Azzmador   &#128336; November 1, 2017



**Azzmador** | Latino Victory equals White Defeat.

Read More »

### Kike Legislator Goes Full Oy Vey on Traffic Cop

&#128100; Azzmador   &#128336; October 29, 2017



**Azzmador** | Usually the Jew Jews you, but sometimes you Jew the Jew!

Read More »

Azzmador – Daily Stormer

## To Reclaim Our Sovereignty, Someone Has to Stop These Kikes

👤 Azzmador  🕒 October 23, 2017



**Azzmador** | The time to stop these kikes was yesterday.

Read More »

## How the Jews Ruined Halloween

👤 Azzmador  🕒 October 21, 2017



**Azzmador** | The Great Pumpkin is the latest victim of the Holohoax

Read More »

## The Krypto Report – Episode XXIV: American Nationalism Extravaganza!

👤 Azzmador  🕒 October 9, 2017



**Azzmador** | Azz and Lee on the only American Nationalist radio show that really matters.

Read More »

## Colbert Asks Simian Journalist About the Joys of White Genocide

👤 Azzmador  🕒 October 4, 2017



**Azzmador** | Genocide is great, but only when it happens to White people

Read More »

## Antifa Run Inside and Lock the Doors When Given Opportunity to Punch Nazis at "Punch a Nazi" Seminar

👤 Azzmador  🕒 September 29, 2017



**Azzmador** | Obviously they couldn't punch any of the Nazis yet - they hadn't finished the seminar!

Read More »

Azzmador – Daily Stormer

## Corrupt Political Negress Pays $51K to Online Psychic

👤 Azzmador   🕐 September 23, 2017



**Azzmador** | Nibbas gonna nib

Read More »

## The Krypto Report: Episode XXIII – Meme Police

👤 Azzmador   🕐 September 19, 2017



**Azzmador** | Emily Youcis joins the triumphant return of the mighty Krypto Report.

Read More »

## "Free Speech" YouTube Alternative BitChute Censors Your Friendly Neighborhood Azzmador, Because Jews

👤 Azzmador   🕐 September 11, 2017



**Azzmador** | #HandUpDontBitchute

Read More »

## The Road to Charlottesville and The Shuttening

👤 Azzmador   🕐 August 31, 2017



**Azzmador** | Can you handle the truth? because this is the truth!

Read More »

## The Battle of Charlottesville FULL VIDEO!

👤 Azzmador   🕐 August 19, 2017



**Azzmador** | Uncut video from the ground, everything the Judenpresse won't show you!

Read More »

### The Krypto Report – Episode XXII: The Charlottesville Putsch [UPDATE: RE-UPLOADED]

👤 Azzmador  🕐 August 14, 2017



**Azzmador** | THIS AIN'T THE SUMMER OF LOVE!

Read More »

### Charlottesville: Why You Must Attend and What to Bring and Not to Bring!

👤 Azzmador  🕐 August 8, 2017



**Azzmador and (With Andrew Anglin)** | Everything you need to know about the new GREATEST THING EVER!

Read More »

### The Krypto Report – Episode XXI: To Leave Something Behind (Charlottesville is Coming!)

👤 Azzmador  🕐 August 3, 2017



**Azzmador** | Charlottesville, here we come!

Read More »

### To Learn Who Rules Over You, Check Out This Illegal Alien Judge!

👤 Azzmador  🕐 August 1, 2017



**Andrew Anglin** | Illegal immigrants who became judges through fraud have just as much of a right to judge Americans as anyone else.

Read More »

### The Third Rail Ep. 18: Trans, the Windmill of Friendship and Deportation Squads, ft. Azzmador!

👤 Azzmador  🕐 July 29, 2017



**Daily Stormer** | Lauritz and Spectre are joined by Your Friendly Neighborhood Azzmador. Peace and love ensue.

Read More »

### The Krypto Report: Episode XX – The Doctor is in!

👤 Azzmador    🕐 July 27, 2017

 **Azzmador** | Dr. Spectre prescribes Zyklon B

Read More »

### Thunder

👤 Azzmador    🕐 July 26, 2017

 **Daily Stormer** | You need motivation? This will motivate you!

Read More »

### Infowars Fights the Tyranny of Apes in Dallas!

👤 Azzmador    🕐 July 23, 2017

 **Azzmador** | Government gorillas run amok!

Read More »

### The Krypto Report: Episode XIX – SONIC ATTACK ft. The Mighty weev!

👤 Azzmador    🕐 July 12, 2017

 **Azzmador** | weev joins Azzmador, and brings the nigger-killing robots!

Read More »

### Replaced

👤 Azzmador    🕐 July 9, 2017

 **Azzmador** | We must secure the existence of our people and a future for White children.

Read More »

## The Krypto Report: Episode XVIII – I am HanAssholeSolo!

👤 Azzmador ⏱ July 9, 2017



**Azzmador** | A wild Anglin appears!

Read More »

## The Krypto Report: Episode XVII – White America

👤 Azzmador ⏱ July 2, 2017



**Azzmador** | The White Man marches on!

Read More »

## Sheboon Ice Cream Lovers Go Full Ape at Mickey D's

👤 Azzmador ⏱ June 29, 2017



**Azzmador** | They're just like us in every way...

Read More »

## Texas is Ours Event Report!

👤 Azzmador ⏱ June 19, 2017



**Azzmador** | Texans take a stand!

Read More »

## TEXAS IS OURS Ft. Azzmador LIVE in Austin: Event Over

👤 Azzmador ⏱ June 17, 2017



**Azzmador** | Seriously, this stream is great. Turn it on. This is history happening in real time.

Read More »

## SPLC Kikes Pull Their Own Article on the Nazi vs. Oath Keep Encounter

👤 Azzmador   🕘 June 16, 2017



**Azzmador** | Why did the Jews pull their own article?

Read More »

## The Daily Stormer Houston Blitzkrieg!

👤 Azzmador   🕘 June 12, 2017



**Azzmador** | No Limit City will never be the same again.

Read More »

## Update on the Daily Stormer Houston Blitzkrieg THIS SATURDAY!

👤 Azzmador   🕘 June 8, 2017



**Azzmador** | It's time to make a stand!

Read More »

## The Krypto Report: Episode XVI – Ghost Riders in the Sky

👤 Azzmador   🕘 June 7, 2017



**Azzmador** | Azz and Goy Orbison gas the kikes.

Read More »

## Join Azzmador and Vanguard Texas at the Daily Stormer Houston Blitzkrieg THIS SATURDAY!

👤 Azzmador   🕘 June 5, 2017



**Azzmador** | If you're in the area, you don't have a choice.

Read More »

### Negro NJ State Troopers Abuse Their Official Status to Hit on Wimmens

👤 Azzmador  🕓 June 1, 2017



**Azzmador** | It's dey police cultchah

Read More »

### Roving Band of Bull-Fruits Gang-Rape Mentally Disabled Man in Public Park

👤 Azzmador  🕓 May 31, 2017



**Azzmador** | Biblical levels of faggotry.

Read More »

### The Krypto Report: Episode XV – The Year of the Wolf

👤 Azzmador  🕓 May 29, 2017



**Azzmador** | Wolf, meet Sasquatch.

Read More »

### Berkeley Bike Lock Bastard Finally Arrested!

👤 Azzmador  🕓 May 26, 2017



**Azzmador** | He thought he was going to collect the Tax on White Skin, but instead, he will be paying the White Skin Tax, in prison!

Read More »

### British Teenager "Penetrated in Every Single Orifice" by Moslem Invaders

👤 Azzmador  🕓 May 25, 2017



**Azzmador** | This is how a race commits suicide.

Read More »

Azzmador – Daily Stormer

## BASED Indonesians Enact Common Sense Faggotry-Discouraging Measures
Azzmador | May 23, 2017



**Azzmador** | These Islamo-Gooks may be onto something.

Read More »

## The Krypto Report: Episode XIV – All Out of Bubblegum
Azzmador | May 22, 2017



**Azzmador** | Turns out the Jews really were behind it...

Read More »

## Grooming Victim Recounts Authorities Enabling Her Ongoing Abuse
Azzmador | May 15, 2017



**Azzmador** | At least they weren't racists...

Read More »

## The Krypto Report: Episode XIII – An Old Unreconstructed
Azzmador | May 14, 2017



**Azzmador** | Azzmador discusses the Boston Free Speech event and the Charlottesville protest against the removal of the local Robert E. Lee statue, and then is joined by Caerulus Rex, who was at the event.

Read More »

## ACLU Helps Texas Keep Out Non-Whites
Azzmador | May 14, 2017

**Azzmador** | Now if I could just get that wall...



## Wild Ape "Professor" Endorses Killing White People

👤 Azzmador  🕐 May 14, 2017



**Azzmador** | This is why we can't have nice things.

Read More »

## Antifa Fags Up and Arms Up! Neo-Nazis are Shaking in Their New Balances!

👤 Azzmador  🕐 May 11, 2017



**Azzmador** | R U sure?

Read More »

## Alex Jones' Jew Wife Jews Him Intensely (Again)

👤 Azzmador  🕐 May 10, 2017



**Azzmador** | Fucking stupid Jew bitch. She used the Joker make-up video.

Read More »

## The Krypto Report: Episode XII – Azz Takes Your Questions

👤 Azzmador  🕐 May 8, 2017



**Azzmador** | It's back!

Read More »

## #YouWillNotReplaceUs: Flyers Rustle Jimmies Nationwide

👤 Azzmador  🕐 May 6, 2017



**Azzmador** | For those about to flier: WE SALUTE YOU!

Read More »

## Germany: Asylum-Seeking Dune Monkey Throws Dune Monkess Out of Window Because No Fikki Fikki

👤 Azzmador    🕓 May 6, 2017



**Azzmador** | Yeah but it's their culture tho...

Read More »

## Radio Wehrwolf: The Return of Azzmador

👤 Azzmador    🕓 May 5, 2017



**Dion Wehrwolf** | Azzmador stops by to discuss the lawsuit against The Daily Stormer by the SPLC, antifa, BLM, and more.

Read More »

## Azzmador's Quivering Antifa Victim Never Heard of Venezuela

👤 Azzmador    🕓 May 3, 2017



**Azzmador** | Remember, wherever gay homo commie perverts in masks try to hide, Your Friendly Neighborhood Azzmador will be there to expose them!

Read More »

## Donating to the Daily Stormer Legal Defense Fund is Your Duty as a White Man

👤 Azzmador    🕓 May 2, 2017

**Azzmador** | YOU HAVE A DUTY!

Read More »

## BASED Oathkeepers are Lolbergtarian Antifa

👤 Azzmador    🕓 April 29, 2017

Azzmador – Daily Stormer



**Azzmador** | FUCKING BASED.

Read More »

## Happy Birthday, My Leader

👤 Azzmador 📅 April 20, 2017



**Azzmador** | Today, we remember.

Read More »

## Street Shitter Pleads Guilty to Mass Scale Phone Jewing

👤 Azzmador 📅 April 19, 2017



**Azzmador** | Finally, a little bit of justice up in here.

Read More »

## The Krypto Report Episode XI – A Curious Case of Undue Influence

👤 Azzmador 📅 April 17, 2017



**Azzmador** | Azzmador welcomes Lee Rogers, the publisher of the fantastic website Infostormer.com!

Read More »

## The Krypto Report: Episode X – March or Die

👤 Azzmador 📅 April 10, 2017



**Azzmador** | Azz flies solo, and the entire show centers around Trump's missile attack on Syria and the program to oust Assad.

Read More »

## Drunk on Their Own Kool Aid, Jews Protest Themselves at AIPAC

👤 Azzmador 📅 March 28, 2017



**Azzmador** | Jews are Jewing their own selves…!

Read More »

## Anti-Semitic Artificial Intelligence Accurately Assesses Awesomeness

👤 Azzmador   🕐 March 27, 2017



**Azzmador** | Finally, AI is stepping up to the plate to do our thinking for us.

Read More »

## The Krypto Report: Episode IX – The Trump Effect

👤 Azzmador   🕐 March 27, 2017



**Azzmador** | The only podcast that ever mattered.

Read More »

## Trumpenkriegers Physically Remove Antifa Homos in Huntington Beach

👤 Azzmador   🕐 March 26, 2017



**Azzmador** | tfw antifa gets its face pounded in by a mob offering them helicopter rides

Read More »

## The Third Rail: Episode 2 – The Fash in Fashion

👤 Azzmador   🕐 March 25, 2017



**Daily Stormer** | This week The Third Rail's panelists are joined by special guest Richard Spencer.

Read More »

## Liverpool: Jew Shia La Boof's HWNDU Atrocity Shut Down for the Fourth Time

👤 Azzmador   🕐 March 24, 2017



**Azzmador** | Try putting it in Israel, Shia.

Read More »

---

### International Jews Court Spics to Ensure Eternal Subversion of American Goyim

👤 Azzmador    🕘 March 22, 2017



**Azzmador** | Super double-teamed by a pack of greasy rats!

Read More »

---

### Tom Brady's Super Bowl Jersey Recovered – Culprit is Filthy Mexican Journalist

👤 Azzmador    🕘 March 21, 2017



**Azzmador** | Wily rat smdh.

Read More »

---

### The Krypto Report: Episode VIII – Three Hours in the Death Camp

👤 Azzmador    🕘 March 20, 2017



**Azzmador** | TKR welcomes Lauritz von Guildhausen of The Third Rail, the fantastic new show which debuted this weekend, and the famous "Minutes from the Death Camp."

Read More »

---

### The Third Rail: Flight 1488

👤 Azzmador    🕘 March 19, 2017



**Daily Stormer** | The pilot episode of The Third Rail, the fastest yet longest hour in AltRight podcasting.

Read More »

---

### Never Help Negroes! Good Samaritan Stomped and Robbed at Chicken Joint

👤 Azzmador    🕘 March 16, 2017



**Azzmador** | This is why you should never buy fried chicken for the blacks.

Read More »

---

### The Krypto Report – Episode VII: Adventures in Diversity

👤 Azzmador   🕒 March 12, 2017



**Azzmador** | Azzmador and Caerulus are joined by Tom, the Vice Commander of Vanguard America.

Read More »

---

### Trump Supporters Face Off Against Paid Communist Agitators Nationwide

👤 Azzmador   🕒 March 5, 2017



**Azzmador** | Weren't these people supposed to move to Canada?

Read More »

---

### The Krypto Report: Episode VI – Hey Tyrone, Whatcha Doing?

👤 Azzmador   🕒 March 4, 2017



**Azzmador & Caerulus Rex** | The Krypto Report welcomes back Matt Heimbach of the Trad Workers Party and Trad Youth.

Read More »

---

### "Demon Possessed" Primate Performs Ooga Booga Dance in Brazilian Hospital

👤 Azzmador   🕒 March 2, 2017



**Azzmador** | Yeah, don't watch this while eating. Or if you're planning on sleeping. Ever again.

Read More »

---

### Daily Stormer (Non) State of the Union Response

Case 3:17-cv-00072-NKM-JCH   Document 673-6   Filed 03/11/20   Page 33 of 33   Pageid#: 9404

👤 Azzmador   🕐 March 2, 2017



**Azzmador** | Anglin and Azzmador are joined by the Alt-Right's #1 rising star, Beardson Beardly of Honeypot Studios, to discuss Glorious Leader's SOTU address.

Read More »

### Celebrating Non-Whites in Public Service for Watermelon History Month

👤 Azzmador   🕐 February 28, 2017



**Azzmador** | Black people invented watermelons.

Read More »

1   2   »                                                                      Page 1 of 2