# EXHIBIT 10

Case 3:17-cv-00072-NKM-JCH   Document 673-10   Filed 03/11/20   Page 2 of 4   Pageid#: 9409

# THE KRYPTO REPORT – EPISODE XXI: TO LEAVE SOMETHING BEHIND (CHARLOTTESVILLE IS COMING!)

Azzmador

**Daily Stormer**

August 3, 2017



On this episode of The Krypto Report, Azzmador welcomes as his guest Thomas, the Commander of Vanguard America.

Topics:

• Your Friendly Neighborhood Azzmador IS speaking at the event as a featured speechifier!

• The Joys of Vaping

• Glorious Leader is creating a VAPE NATION!

• The wall is getting built

• Illegals  are self-deporting to Canada at breakneck speed

• Vanguard America, their views, their goals, and what they do.

• Thomas' personal history, and how he came to the Alt Right

• What is a nation, and do we live in one?

• The upcoming Unite the Right event in Charlottesville

• The Daily Stormer meet and greet at the event

Oops, we couldn't find that track.

Cookie policy

**VANGUARD AMERICA'S OFFICIAL WEBSITE**

**VANGUARD AMERICA'S OFFICIAL TWITTER ACCOUNT**

**Contribute to The Krypto Report via bitcoin** – 1HdRweRho7KFhBmyQTcDyTvpEDNjYHGugH



**You can also contribute to TKR via Amazon gift card.** Just go to amazon.com and buy a gift card, click the link to email the card and enter the email address azzmador@gmail.com.



Case 3:17-cv-00072-NKM-JCH Document 673-10 Filed 03/11/20 Page 4 of 4 Pageid#: 9411

