# EXHIBIT 15

# TKR LIVE: STATE OF THE UNION SPECIAL

Azzmador

**Daily Stormer**

February 6, 2020



On yet another SPECIAL EDITION TKR live, Azzmador and Tony Castle give you the legendary, award-winning, Earth-shattering REAL NEWS coverage you've come to expect from TKR! The SOTU will never be the same again!

00:00                                           00:00

Download here

*Click here for the RSS feed.* Paste the link in your favorite podcast app for notifications every time TKR is posted.

Topics discussed:

- Azzmador's thoughts on Rush Limbaugh in the wake of his cancer diagnosis
- Apollonian as a son of a bitch!
- Trump has press luncheon, excludes CNN
- So what's really up with this impeachment, anyway?
- Legendary Limbaugh bit, "Barack the Magic Negro"
- Lampooning of the cringe parts
- Azz sings Johnny Rebel at Tuskegee Airman
- Azzmador's novel plan to convert Kristen Sinema to the right wing

- Donkey Bitch nowhere to be found, rumored to be banging donkey in Tijuana
- Trump promises to give Azzmador fast internet
- Who is this weird skank doing the Democrat response?
- Q&A with the chat

And much, much more!

**GET SOME AWESOME MERCH AT** THE TKR MERCH STORE!

**SUBSCRIBE TO** OUR DLIVE CHANNEL! **TKR LIVE HAPPENS THERE EXCLUSIVELY FROM NOW ON!**

**JOIN OUR** OFFICIAL TELEGRAM **FOR ALL THE WISDOMS, INFORMATIONS, AND UPDATES FROM TKR!**

**TKR Live White Wednesday streams every Wednesday on** Dlive **at 9 pm Eastern, 8 pm Central, 6 pm Pacific!**



**TKR Live FRIDAY NIGHT SPECIAL streams every Friday night at 10 PM EST, 9 PM CST, 7 PM PST on** Dlive



Case 3:17-cv-00072-NKM-JCH   Document 673-15   Filed 03/11/20   Page 4 of 5   Pageid#: 9431

**TKR LIVE SATURDAY NIGHT SPECIAL HAPPENS EVERY SATURDAY NIGHT AT 10 PM EST, 9 PM CST, 7 PM PST on** Dlive



**SUBSCRIBE TO** OUR NEW BITCHUTE CHANNEL. **STREAM ARCHIVES UPLOAD THERE.**



Case 3:17-cv-00072-NKM-JCH   Document 673-15   Filed 03/11/20   Page 5 of 5   Pageid#: 9432

If you're a young American White Man of Good Character, and are at least 18 years of age, please consider joining Stormer Book Club! Email stormerbookclubs@airmail.cc for more info.

**Thank you for listening!**

© Copyright The Krypto Report 2020, All Rights Reserved