# EXHIBIT 1

## Posts by Burt  

 **Burt Colucci**
today at 10:51 am

Hillsborough County Courthouse today from 8:30AM-5:00 PM for deposition in Sines Vs. Kessler Re: Federal subpoena. Yes, the entire time was deposition minus 45 minutes for lunch. We will be discussing the contents of it on Saturday nights show. These Attorney's for the Plantiff's are stereotypical Jewish rats that have a designated speaker that asks questions. Then the Jewish rats pass notes throughout the proceedings pulling the strings of the puppet.

One thing that stands out to me is their persistence to find out my sources of income/employment. Local police have asked me to volunteer my source, the FBI has done so and today the Plaintiff's. My advice is to politely tell them to all fuck off as I have, regardless of their threats. It's none of their business!! Here's a pic they asked me to identify participants of UTR in today. My response was "no, I don't recognize their asses or backs". We will discuss this in more detail Saturday.