# EXHIBIT 3

508

FILED

Page

OCT 1 7 2008

Administrator
BUREAU OF COMMERCIAL SERVICES

Tran Info:1 14328662-1 10/03/08
Chk#: 2429 Amt: $20.00
ID: NATIONAL SOCIALIST MOVEMENT

70384R

BCS/CD-502 (Rev. 12/05)

MICHIGAN DEPARTMENT OF LABOR & ECONOMIC GROWTH
BUREAU OF COMMERCIAL SERVICES

Date Received

OCT 1 6 2008

(FOR BUREAU USE ONLY)

This document is effective on the date filed, unless a subsequent effective date within 90 days after received date is stated in the document.

Name

Address

City State Zip Code

EFFECTIVE DATE:

**Document will be returned to the name and address you enter above.**
**If left blank document will be mailed to the registered office.**

# ARTICLES OF INCORPORATION

**For use by Domestic Nonprofit Corporations**

(Please read information and instructions on the last page)

*Pursuant to the provisions of Act 162, Public Acts of 1982, the undersigned corporation executes the following Articles:*

**ARTICLE I**

The name of the corporation is: National Socialist Movement

**ARTICLE II**

The purpose or purposes for which the corporation is organized are: Political Activity on behalf of European Americans,

6

**ARTICLE III**

1. The corporation is organized upon a Non-stock (Stock or Nonstock)

2. If organized on a stock basis, the total number of shares which the corporation has authority to issue is

. If the shares are, or are to be, divided into classes, the designation of each class, the number of shares in each class, and the relative rights, preferences and limitations of the shares of each class are as follows:

The corp. will be financed via donations

---

**ARTICLE III (cont.)**

3. a. If organized on a nonstock basis, the description and value of its real property assets are: (if none, insert "none")

~~Computers~~ none

b. The description and value of its personal property assets are: (if none, insert "none")

computers, printed matter ~~[illegible]~~ $5,000.00 approx.

c. The corporation is to be financed under the following general plan:

d. The corporation is organized on a (Membership or Directorship)

**ARTICLE IV**

1. The address of the registered office is:

(Street Address) 16106 Chesterfield Ave Eastpointe (City), Michigan 48021

2. The mailing address of the registered office, if different than above:

NSM P.O. Box 13768 (Street Address or P.O. Box), Detroit (City), Michigan 48213

3. The name of the resident agent at the registered office is: Jeff Schoep

**ARTICLE V**

The name(s) and address(es) of the incorporator(s) is (are) as follows:

Name Jeff Schoep

Residence or Business Address
P.O. Box 13768
Detroit, MI.
48213

Use space below for additional Articles or for continuation of previous Articles. Please identify any Article being continued or added. Attach additional pages if needed.

I, (We), the incorporator(s) sign my (our) name(s) this 30th day of Sept. 2008

http://mail.google.com/mail/?ui=2&ik=0713040c09&attid=0.1&disp=vah&view=att&th=1... 9/30/2008