# EXHIBIT 4



# Public Release:  3-1-19

### - Announcement -

For Public Release:  3-1-19

Fellow patriots of the National Socialist Movement:

      I am writing to offer an explanation of recent events which affect our party, the movement, and the future of our organization. A great deal of inaccurate information has been published about me in the media and I am now attempting to set the record straight. I know that many of you are looking for answers and are rightfully concerned about what is going on within NSM.

      As many of you know, NSM as an organization, numerous other persons, groups, and myself are named defendants in an ongoing, frivolous lawsuit stemming from events that occurred at the Unite the Right Rally in August, 2017. Due to this ongoing litigation, I cannot address every issue at this time; however I would like to put to rest some of the malicious rumors currently circulating in the national and international media.

1. After serving as Commander of the Party for over two decades, it is time for me to step down and allow new blood to further our interests. Burt Colucci, Chief of Staff of the National Socialist Movement, will be taking over operations as the new Commander effective immediately.

2. Due to communication issues, NSM recently terminated its relationship with our former legal counsel. We are now actively in the process of retaining new attorneys.

3. I was deceived by Mr. James Stern, who convinced me that in order to protect our membership from the ongoing lawsuit, I should sign over NSM's presidency to him.. This paper appointment will not stop us. Mr. Stern's bad faith actions may leave me no choice but to

protect my rights in a court of law, as I believe he fraudulently manipulated me for the purposes of gaining control of, and dissolving NSM. He has openly admitted to the press quote: an "epic" tale, he said, that includes infiltration, persuasion and a hint of manipulation. He is quoted as saying he did these things to "outsmart" and take down the NSM.

Mr. Stern recently filed a summary judgment motion with the court in Charlottesville in which he claimed NSM admits culpability and should be held accountable for violence in Charlottesville. I maintain that I was attacked by Antifa in Charlottesville and that I acted only in self-defense. Not a single person, myself included, from NSM was charged criminally for any violence at the rally. The self-control and discipline of NSM members in the violent streets of Charlottesville in the face of vicious and unprovoked violence against us is truly commendable. We are guilty of nothing other than attending a legally sanctioned event in support of our 1 st Amendment rights.

I realize that there is a lot of confusion right now, and ongoing legal matters prevent me from being more thorough in my explanation of events. Regardless, it is important for me to communicate that my actions are always done for a reason and I would never purposefully damage the organization I have spent so many years serving. I want to thank everyone who has stood by us during this difficult time. You are giants among lesser men and your loyalty will be remembered. As for all of the vultures, snakes, and international banking and media interests who have attempted to damage NSM and me personally, you have shown your true colors.

  I want to thank everyone who has served with me over the years as I respectfully step down as Commander of the National Socialist Movement. Burt Colucci has been handling most of the day to day operations and he has my full faith and confidence during this dark hour. Remember, it is always darkest before the dawn. Most importantly, there have been no breeches in Organizational security   I ask you all to be patient and remain loyal as we formulate our plan for the future.

  Further statements shall be forthcoming.

        Respectfully,
        Jeff Schoep

[Home](#)



NSM88.ORG   National Socialist Movement, P.O. Box 13768 Detroit, MI. 48213 (651) 659-6307