# EXHIBIT 8



