# EXHIBIT 11

CSCL/CD-518 (Rev. 10/17)

**MICHIGAN DEPARTMENT OF LICENSING AND REGULATORY AFFAIRS**
**CORPORATIONS, SECURITIES & COMMERCIAL LICENSING BUREAU**

| Date Received | | FILED |
|---|---|---|
| JAN 1 1 2019 | AC1  ADJUSTED PURSUANT TO TELEPHONE AUTHORIZATION  _acacia_  This document is effective on the date filed, unless a subsequent effective date within 90 days after received date is stated in the document. | JAN 1 4 2019  ADMINISTRATOR CORPORATIONS DIVISION |

Name

Address

City         State         ZIP Code

EFFECTIVE DATE: 11/13/2018

Document will be returned to the name and address you enter above.
If left blank, document will be returned to the registered office.

## CERTIFICATE OF CORRECTION
### For use by Corporations and Limited Liability Companies
(Please read information and instructions on last page)

Pursuant to the provisions of Act 284, Public Acts of 1972 (profit corporations), Act 162, Public Acts of 1982 (nonprofit corporations), or Act 23, Public Acts of 1993 (limited liability companies), the undersigned corporation or limited liability company executes the following certificate:

1. The name of the corporation or limited liability company is:
   **National Socialist Movement**

2. The identification number assigned by the Bureau is: **800918876**

3. The corporation or limited liability company is formed under the laws of the State of **MICHIGAN**

4. That a **Nonprofit Corporation Annual Report (2018)**
   (Title of Document Being Corrected)
   was filed by the Bureau on **November 13, 2018** and that said document requires correction.

5. Describe the inaccuracy or defect contained in the above name document.
   **President, Treasurer, Secretary & all Directors were incorrect.**

6. The document is corrected as follows: **President, Treasurer, Secretary, is James Stern - 535 Griswold, Suite 111, Detroit, MI 48213. Board of Directors as follows: James Stern, 535 Griswold, Suite 111, Detroit, MI 48213. Akeem Reinsfield - 535 Griswold St. Suite 111, Detroit MI 48213 & Lieutenant Shakir - 535 Griswold Suite 111, Detroit, MI 48213**

7. This document is hereby executed in the same manner as the Act requires the document being corrected to be executed.

Signed this **14** day of **January**, **2019**

By _[Signature]_         By _____         By _____
(Signature)               (Signature)              (Signature)

**Acacia Dietz - Resident Agent**
(Type or Print Name and Title)

110 CCH3b 1874923