# EXHIBIT 12

## AFFIDAVIT

I, Jeff Schoep, Commander and incorporator of the National Socialist Movement 10/17/2008 in the state of Michigan, personally authorized the changes of the National Socialist Movement Inc. in the filing Certificate of Corrections January 14, 2019. This includes the officers changes as such:

President to: James Hart Stern

Secretary to: James Hart Stern

Treasure to: James Hart Stern

Director to: James Hart Stern

Director to: Akeem Reinsfield

Director to: Lieutenant Shakir

This change is to assure the operation of the organization and the website NSM88.org is under the direction of James Hart Stern.

All the above is true under the penalty of perjury.

*[Signature]* 1-28-19

Jeff Schoep

*[Signature]*

Notarized and seal

REBECCA ANN PETERS
Notary Public, Wayne County, MI
Commission Expires Dec. 07, 2023
Acting in Macomb County