# EXHIBIT 13

Jeff Schoep
P.O. Box 13768
Detroit, MI 48213

## STATEMENT OF FACTS TO RESOLVE AN ISSUE.

Jeff Scheop                        CLAIM OF FACTS.

           Claimant,

vs.

JAMES HART STERN,

           Subject of Claim

        I Jeff Schoep having a desire to be removed from a legal proceeding I feel I have no fault in, have come to the following conclusion. For clarity of the reason the following actions have been taken I make the following statement. Do to the opposite of views of James Hart Stern on Nationalism I have turned both the Non-Profit 501( c )( 3 ) tax exempt corporation, National socialist Movement and the domain website NSM88.org to him.

In this way I am assuring everyone that this is not an un-sincere move to inactivate this group. James Hart Stern has assured me he will not carry on the organization as it was do to his polar opposite views. If I dissolve the corporation someone else could reincorporated it and carry on as normal, but by giving it to James Hart Stern This will not happen. I have sincere motives, and this was not just a stunt.

        February 26, 2019.

_____
                     Jeff Scheop

2-27-2019

PLEADING TITLE - 1

FEBRUARY 27, 2019
KMURRAY
K MURRAY
Notary Public, Macomb County, MI
Commission Expires July 30, 2024