# EXHIBIT 15

CSCL/CD-518 (Rev. 10/17)

**MICHIGAN DEPARTMENT OF LICENSING AND REGULATORY AFFAIRS**
**CORPORATIONS, SECURITIES & COMMERCIAL LICENSING BUREAU**

Date Received: MAR 06 2019    AC1

This document is effective on the date filed, unless a subsequent effective date within 90 days after received date is stated in the document.

**FILED**
MAR 06 2019
ADMINISTRATOR
CORPORATIONS DIVISION

Name: National Socialist Movement
Address: PO Box 13768
City: Detroit    State: MI    ZIP Code: 48213

EFFECTIVE DATE: 11/13/2018

Document will be returned to the name and address you enter above.
If left blank, document will be returned to the registered office.

## CERTIFICATE OF CORRECTION
### For use by Corporations and Limited Liability Companies
(Please read information and instructions on last page)

Pursuant to the provisions of Act 284, Public Acts of 1972 (profit corporations), Act 162, Public Acts of 1982 (nonprofit corporations), or Act 23, Public Acts of 1993 (limited liability companies), the undersigned corporation or limited liability company executes the following certificate:

1. The name of the corporation or limited liability company is:

    National Socialist Movement

2. The identification number assigned by the Bureau is: 800918876

3. The corporation or limited liability company is formed under the laws of the State of Michigan

4. That a Certificate of Correction
   (Title of Document Being Corrected)
   was filed by the Bureau on January 14, 2019 and that said document requires correction.

5. Describe the inaccuracy or defect contained in the above name document.
   The president, secretary, treasurer and all directors stated on the Certificate of Correction was incorrect and an inaccurate record of corporate action.

6. The document is corrected as follows:
   PRESIDENT: Burt Colucci -PO Box 423223, Kissimmee, FL 34742    SECRETARY: Burt Colucci    TREASURER: Acacia Dietz - 11246 Dodge Ave, Warren, MI 48089.   DIRECTORS: 1.) Burt Colucci   2.) Acacia Dietz   3.) Mike Schloar, PO Box 741, Decatur, TN 37322

7. This document is hereby executed in the same manner as the Act requires the document being corrected to be executed.

Signed this 6 day of March, 2019

By (Signature) Acacia Dietz, Resident Agent
(Type or Print Name and Title)

By (Signature) Jeff Schoep, Incorporator
(Type or Print Name and Title)

By (Signature)
(Type or Print Name and Title)