# **EXHIBIT 18**



|  |  |
|---|---|
| **DATE:** | Wednesday, May 22, 2019 |
| **TIME:** | 7:30 PM |
| **LOCATION:** | DETROIT, MI |

## Call to Order

- **National Socialist Movement**
- **Meeting to Discuss**
    - Dissolution of National Socialist Movement
- **Attendee Names**
    - Burt Colucci (via conference call), Mike Schloar (via conference call), Acacia Dietz
- **Attendees Not Present**
    - None

| Corporate Dissolution | | | |
|---|---|---|---|
| **TIME ALLOCATED** | 15min | **PRESENTED BY** | Acacia Dietz |
| **DISCUSSION** | Dissolution of National Socialist Movement Incorporated | | |
| **CONCLUSION** | All directors voted and are in favor of corporate dissolution. Dissolution process to be implemented IMMEDIATELY | | |
| **ACTION** | | **ACTION TO BE TAKEN BY** | **DATE TO BE ACTIONED BY** |
| E-File Certificate of Dissolution with State of Michigan LARA | | Acacia Dietz | Wednesday May 22, 2019 |
|  | |  |  |
|  | |  |  |
|  | |  |  |

## Other Business

No other business to discuss.

## Adjournment

Meeting adjourned at 7:45pm

| **SECRETARY APPROVAL:**<br>*(Signature & Date)* | *[signed] BtCol* | May 22, 2019 |
|---|---|---|