# EXHIBIT 19

CSCL/CD-2000 (05/18)

**DEPARTMENT OF LICENSING AND REGULATORY AFFAIRS**
**NONPROFIT CORPORATION ANNUAL REPORT**
**2018** Amendant

13-03

MAY 23 2019

Due October 1, 2018    File Online at www.michigan.gov/corpfileonline

| Identification Number | Corporation name |
|---|---|
| 800918876 | NATIONAL SOCIALIST MOVEMENT |

Resident agent name and mailing address of the registered office

ACACIA DIETZ
PO BOX 13768
DETROIT, MI 48213

FILED
MAY 23 2019
CORPORATIONS DIVISION

The address of the registered office
~~11246 DODGE AVE~~
~~WARREN, MI 48089~~

If no change in the address of the registered office and/or resident agent proceed to Item 4.

1. Mailing address of registered office in Michigan if changed (may be a P.O. Box): 120 N. Washington Lansing MI 48933
2. Resident Agent if changed: James Hart Stern
3. The address of the registered office in Michigan if changed (a P.O. Box may not be designated as the address of the registered office): 120 North Washington Lansing MI 48933
4. The purposes and general nature and kind of business in which the corporation engaged in during the year covered by this report: Education

5. NAME and BUSINESS OR RESIDENCE ADDRESS

If different than President:
- President: James Hart Stern 120 N. Washington Lansing MI 48933
- Secretary: James Hart Stern 120 N Washington Lansing MI 48933
- Treasurer: James Hart Stern 120 N Washington Lansing MI 48933

If the corporation is a private foundation or formed to provide care to a dentally underserved population, check the following box. If box is checked the board shall consist of 1 or more directors. The board of all other corporations shall consist of 3 or more directors.

Required Director(s):
- Director: James Hart Stern 120 N Washington Lansing MI 48933
- Director: Arne List 120 Washington Lansing MI 48933
- Director: Myki Lee 120 Washington Lansing MI 48933

6. Report due October 1, 2018.
**Filing Fee $20.00.**

File Online at www.michigan.gov/corpfileonline
or mail your completed report with a check or money order payable to the State of Michigan.
Return to: Corporations Division
P.O. Box 30767
Lansing, MI 48909
(517) 241-6470

| Signature of authorized officer or agent | Title | Date | Phone (Optional) |
|---|---|---|---|
| James H. S. | President | 5/23/19 | 323 842-0945 |

If more space is needed additional pages may be included. Do not staple any items to report. This report is required by Section 911, Act 162, Public Acts of 1982, as amended. Failure to file this report may result in the dissolution of the corporation.

220 CATBG 1897935

**DO NOT DETACH THIS STUB**