# EXHIBIT 21

<u>Florida Department of State</u>                                        DIVISION OF CORPORATIONS



Department of State / Division of Corporations / Search Records / Detail By Document Number /

## Detail by Entity Name

Florida Not For Profit Corporation
THE NATIONAL SOCIALIST MOVEMENT CORPORATION

**Filing Information**

| | |
|---|---|
| **Document Number** | N19000005783 |
| **FEI/EIN Number** | NONE |
| **Date Filed** | 05/24/2019 |
| **State** | FL |
| **Status** | ACTIVE |

**Principal Address**

15502 STONEYBROOK W PKWY
#104-576
WINTER GARDEN, FL 34787

**Mailing Address**

PO BOX 423223
KISSIMMEE, FL 34742

**Registered Agent Name & Address**

COLUCCI, BURT
15502 STONEYBROOK W. PKWY
#104-576
WINTER GARDEN, FL 34787

**Officer/Director Detail**

**Name & Address**

Title P

COLUCCI, BURT
15502 STONEYBROOK PKWY, #104-576
WINTER GARDEN, FL 34787

Title D

COLUCCI, BURT
15502 STONEYBROOK PKWY, #104-576
WINTERGARDEN, FL 34787

Title D

SCHOLAR, MIKE

15502 STONEYBROOK PKWY, #104-576
WINTER GARDEN, FL 34787

Title D

HUGHES, HARRY
15502 STONEYBROOK PKWY, #104-576
WINTER GARDEN, FL 34787

**Annual Reports**

**No Annual Reports Filed**

**Document Images**

05/24/2019 -- Domestic Non-Profit | View image in PDF format