# EXHIBIT 22

Filed by Corporations Division Administrator   Filing Number: 201972926660     Date: 05/31/2019



Form Revision Date 07/2000

# CERTIFICATE OF CHANGE OF REGISTERED OFFICE AND/OR RESIDENT AGENT

**For use by DOMESTIC NONPROFIT CORPORATION**

*Pursuant to the provisions of Act 162, Public Acts of 1982 (nonprofit corporations) the undersigned executes the following Certificate:*

| | |
|---|---|
| The identification number assigned by the Bureau is: | 800918876 |
| The name of the corporation is: | NATIONAL SOCIALIST MOVEMENT |
| The name of the resident agent on file with the Bureau is : | ACACIA DIETZ |
| The location of the registered office on file with the Bureau is: | 11246 DODGE AVE ,WARREN, MI, 48089 |
| The mailing address of the above office on file with the Bureau is: | PO BOX 13768, DETROIT, MI, 48213 |

Enter in Item A the information as it should now appear on the public record.
A.The street address of the registered office and the name of the resident agent at the registered office (P.O. Boxes are not acceptable):

| | |
|---|---|
| Agent Name: | JAMES HART STERN |
| Street Address: | 120 N WASHINGTON |
| Apt/Suite/Other: | |
| City: | LANSING |
| State: | MI |
| | Zip Code: 48213 |

Registered Office Mailing Address:

| | |
|---|---|
| P.O. Box or Street Address: | 120 N WASHINGTON |
| Apt/Suite/Other: | |
| City: | LANSING |
| State: | MI |
| | Zip Code: 48213 |

The above changes were authorized by resolution duly adopted by: 1. ALL CORPORATIONS: its Board of Directors or the resident agent if only the address of the registered office is changed, in which case a copy of this statement has been mailed to the corporation.

2.NONPROFIT CORPORATIONS ONLY: the incorporators, only if no board has been appointed. 3. LIMITED LIABILITY COMPANIES: an operating agreement, affirmative vote of a majority of the members pursuant to section 502(1), managers pursuant to section 405, or the resident agent if only the address of the registered office is changed.

The corporation or limited liability company further states that the address of its registered office and the address of its resident agent as changed, are identical.

This document must be signed by an authorized officer or agent (corporations) or a member, manager, or an authorized agent (limited liability companies).

Signed this 30th Day of May, 2019 by:

| Signature | Title | Title if "Other" was selected |
|---|---|---|
| James Hart Stern | President | |
| James Hart Stern | Treasurer | |
| James Hart Stern | Secretary | |
| James Hart Stern | Incorporator | |

By selecting ACCEPT, I hereby acknowledge that this electronic document is being signed in accordance with the Act. I further certify that to the best of my knowledge the information provided is true, accurate, and in compliance with the Act.

○ Decline     ◉ Accept

Filed by Corporations Division Administrator   Filing Number: 201972926660     Date: 05/31/2019

# MICHIGAN DEPARTMENT OF LICENSING AND REGULATORY AFFAIRS

## FILING ENDORSEMENT

**This is to Certify that the**   CERTIFICATE OF CHANGE OF REGISTERED OFFICE AND/OR RESIDENT AGENT

**for**

NATIONAL SOCIALIST MOVEMENT

**ID Number:**     800918876

**received by electronic transmission on**   May 30, 2019     **, is hereby endorsed.**

**Filed on**   May 31, 2019     **, by the Administrator.**

**The document is effective on the date filed, unless a subsequent effective date within 90 days after received date is stated in the document.**



**In testimony whereof, I have hereunto set my hand and affixed the Seal of the Department, in the City of Lansing, this 31st day of May, 2019.**

*Julia Dale*

Julia Dale, Director

Corporations, Securities & Commercial Licensing Bureau