# EXHIBIT 23

Filed by Corporations Division Administrator   Filing Number: 201974255560   Date: 06/03/2019



Form Revision Date 07/2000

# CERTIFICATE OF CHANGE OF REGISTERED OFFICE AND/OR RESIDENT AGENT

For use by **DOMESTIC NONPROFIT CORPORATION**

Pursuant to the provisions of Act 162, Public Acts of 1982 (nonprofit corporations) the undersigned executes the following Certificate:

| | |
|---|---|
| The identification number assigned by the Bureau is: | 800918876 |
| The name of the corporation is: | NATIONAL SOCIALIST MOVEMENT |
| The name of the resident agent on file with the Bureau is: | JAMES HART STERN |
| The location of the registered office on file with the Bureau is: | 120 N WASHINGTON ,LANSING, MI, 48213 |
| The mailing address of the above office on file with the Bureau is: | 120 N WASHINGTON, LANSING, MI, 48213 |

Enter in Item A the information as it should now appear on the public record.
A. The street address of the registered office and the name of the resident agent at the registered office (P.O. Boxes are not acceptable):

  Agent Name: ACACIA DIETZ
Street Address: 11246 DODGE AVE
  Apt/Suite/Other:
  City: WARREN
  State: MI    Zip Code: 48089

Registered Office Mailing Address:
  P.O. Box or Street Address: P.O.BOX 13768
  Apt/Suite/Other:
  City: DETROIT
  State: MI    Zip Code: 48213

The above changes were authorized by resolution duly adopted by: 1. ALL CORPORATIONS: its Board of Directors or the resident agent if only the address of the registered office is changed, in which case a copy of this statement has been mailed to the corporation.

2. NONPROFIT CORPORATIONS ONLY: the incorporators, only if no board has been appointed. 3. LIMITED LIABILITY COMPANIES: an operating agreement, affirmative vote of a majority of the members pursuant to section 502(1), managers pursuant to section 405, or the resident agent if only the address of the registered office is changed.

The corporation or limited liability company further states that the address of its registered office and the address of its resident agent as changed, are identical.

This document must be signed by an authorized officer or agent (corporations) or a member, manager, or an authorized agent (limited liability companies).

Signed this 31st Day of May, 2019 by:

| Signature | Title | Title if "Other" was selected |
|---|---|---|
| Acacia Dietz | Authorized Agent | |

By selecting ACCEPT, I hereby acknowledge that this electronic document is being signed in accordance with the Act. I further certify that to the best of my knowledge the information provided is true, accurate, and in compliance with the Act.

Decline    Accept

Filed by Corporations Division Administrator   Filing Number: 201974255560   Date: 06/03/2019

# MICHIGAN DEPARTMENT OF LICENSING AND REGULATORY AFFAIRS

# FILING ENDORSEMENT

*This is to Certify that the* CERTIFICATE OF CHANGE OF REGISTERED OFFICE AND/OR RESIDENT AGENT

for

NATIONAL SOCIALIST MOVEMENT

**ID Number:** 800918876

*received by electronic transmission on* May 31, 2019 *, is hereby endorsed.*

*Filed on* June 03, 2019 *, by the Administrator.*

The document is effective on the date filed, unless a subsequent effective date within 90 days after received date is stated in the document.



*In testimony whereof, I have hereunto set my hand and affixed the Seal of the Department, in the City of Lansing, this 3rd day of June, 2019.*

Julia Dale, Director
*Corporations, Securities & Commercial Licensing Bureau*