# EXHIBIT 24

Filed by Corporations Division Administrator   Filing Number: 201973063300   Date: 06/18/2019



Form Revision Date 07/2016

# CERTIFICATE OF DISSOLUTION
**For use by DOMESTIC NONPROFIT CORPORATION**

*Pursuant to the provisions of Act 162, Public Acts of 1982, the undersigned executes the following Certificate:*

| | |
|---|---|
| The identification number assigned by the Bureau is: | 800918876 |
| The name of the corporation: | NATIONAL SOCIALIST MOVEMENT |

The dissolution was proposed and approved at a meeting of directors of a corporation organized on a nonprofit directorship.

Meeting Date: 5/22/2019   Meeting Location: Detroit, MI

This document must be signed by an authorized officer or agent.

Signed this 17th Day of June, 2019 by:

| Signature | Title | Title if "Other" was selected |
|---|---|---|
| Acacia Dietz | Authorized Agent | |

By selecting ACCEPT, I hereby acknowledge that this electronic document is being signed in accordance with the Act. I further certify that to the best of my knowledge the information provided is true, accurate, and in compliance with the Act.

○ Decline    ● Accept

STATE OF MICHIGAN
DEPARTMENT OF ATTORNEY GENERAL



P.O. BOX 30214
LANSING, MICHIGAN 48909

**DANA NESSEL**
ATTORNEY GENERAL

June 13, 2019

National Socialist Movement
P.O. Box 13768
Detroit, MI 48213

Re:   Dissolution of National Socialist Movement– ID 800918876

Dear Ms. Dietz:

Pursuant to the Supervision of Trustees for Charitable Purposes Act, 1961 PA 101, as amended; MCLA 14.251 *et seq.*; MSA 26.1200(1) *et seq.*, and 1965 PA 169; MCLA 450.251 *et seq.*; MSA 21.291(1) *et seq.*, the Attorney General is a necessary party to all proceedings to dissolve a nonprofit corporation or other legal entity whose corporate purposes are to hold property for any charitable purpose, except those organized for religious purposes.

We reviewed information concerning your proposed dissolution of a nonprofit corporation. Based upon the information supplied to this office, it has been concluded that the Attorney General is not a necessary party to the dissolution of the above captioned nonprofit corporation for the reason that its corporate purposes appear to be religious or not charitable.

A copy of this letter must accompany your submission to the Corporation Division of the Department of Licensing and Regulatory Affairs.

Very truly yours,

Chad M. Canfield
Operations Manager
Charitable Trust Section
(517) 241-5665

CMC

Filed by Corporations Division Administrator   Filing Number: 201973063300   Date: 06/18/2019

# MICHIGAN DEPARTMENT OF LICENSING AND REGULATORY AFFAIRS

# FILING ENDORSEMENT

This is to Certify that the   CERTIFICATE OF DISSOLUTION

for

NATIONAL SOCIALIST MOVEMENT

**ID Number:**   800918876

received by electronic transmission on   June 17, 2019   , is hereby endorsed.

Filed on   June 18, 2019   , by the Administrator.

The document is effective on the date filed, unless a subsequent effective date within 90 days after received date is stated in the document.



In testimony whereof, I have hereunto set my hand and affixed the Seal of the Department, in the City of Lansing, this 18th day of June, 2019.

Julia Dale, Director
Corporations, Securities & Commercial Licensing Bureau