# EXHIBIT 25



| ID Number: 800918876 | Request certificate | Return to Results | New search |
|---|---|---|---|

Summary for: NATIONAL SOCIALIST MOVEMENT

The name of the DOMESTIC NONPROFIT CORPORATION: NATIONAL SOCIALIST MOVEMENT

Entity type: DOMESTIC NONPROFIT CORPORATION

Identification Number: 800918876   Old ID Number: 70384R

Date of Incorporation in Michigan: 10/17/2008

Purpose:

Date of Dissolved: 06/18/2019                    Term: Perpetual

Most Recent Annual Report: 2018     Most Recent Annual Report with Officers & Directors: 2018

The name and address of the Resident Agent:
Resident Agent Name: ACACIA DIETZ
Street Address: 11246 DODGE AVE
Apt/Suite/Other:
City: WARREN     State: MI     Zip Code: 48089

Registered Office Mailing address:
P.O. Box or Street Address: P.O.BOX 13768
Apt/Suite/Other:
City: DETROIT     State: MI     Zip Code: 48213

The Officers and Directors of the Corporation:

| Title | Name | Address |
|---|---|---|
| PRESIDENT | JAMES HART STERN | 120 N WASHINGTON LANSING, MI 48933 USA |
| TREASURER | JAMES HART STERN | 120 N WASHINGTON LANSING, MI 48933 USA |
| SECRETARY | JAMES HART STERN | 120 N WASHINGTON LANSING, MI 48933 USA |
| DIRECTOR | JAMES HART STERN | 120 N WASHINGTON LANSING, MI 48933 USA |
| DIRECTOR | ARNE LIST | 120 N WASHINGTON LANSING, MI 48933 USA |
| DIRECTOR | MYKI LEE | 120 N WASHINGTON LANSING, MI 48933 USA |

Act Formed Under: 162-1982 Nonprofit Corporation Act

The corporation is formed on a Directorship basis.

☐ Written Consent

**View filings for this business entity:**

```
ALL FILINGS
ANNUAL REPORT/ANNUAL STATEMENTS
ARTICLES OF INCORPORATION
ARTICLES OF INCORPORATION
RESTATED ARTICLES OF INCORPORATION
RESTATED ARTICLES OF INCORPORATION
```

[View filings]

**Comments or notes associated with this business entity:**

| LARA FOIA Process | Transparency | Office of Regulatory Reinvention | State Web Sites |

| Michigan.gov Home | ADA | Michigan News | Policies |

Copyright 2020 State of Michigan