# EXHIBIT 27

## National Officers & Departments

A warning about Hoax Emails

**Party Leader/Commander**
Commander Burt Colucci
CommanderBurt (at) nsm88.org

**Public Relations Department**
Capt. Harry Hughes
Office phone: (520) 213-3116
Office e-mail: nsmregion11 (at) gmail.com

**Chief of Staff**
Burt Colucci
Office Email: chiefofstaff (at) nsm88.org

**Assistant Chief of Staff**
Aryn Rouse
Email: arynshldmdn (at) protonmail.com

**Director of community outreach**

Email:

**NSM Ambassador**
Email:

**Acting Director of NSM Media and Audio/Video**

Email: nsmmedia (at) nsm88.org

**NSM Prison Outreach**
Email: NSM88TN (at) protonmail.com

**HQ Webmaster:**
Report Site Errors - Site Related Tech Questions - Advertise
Email: webhq (at) nsm88.org

**HQ Web Master Emeritus**
SS Mann Wilson

**Information Technology & Network Security Director**
Network Outages, Privacy Policy Compliance & Abuse Reports
Email: bugreports (at) nsm88.org

**NSM Security Director**
Email: NSMSecuritySquad (at) protonmail. com
Major Mike Schloar

**NSM Magazine Editor**

Email: nsmmedia (at) nsm88.org

Press Contact: Public Relations Liaison

Organization Name: National Socialist Movement

Email: pr (at) nsm88.org

Phone: 651-659-6307

Website: www.nsm88.org

Address:

National Socialist Movement

Attn: Public Relations Liaison

PO Box 423223

Kissimmee, FL 34742

Contact our units across the Nation

Home



NSM88.ORG   National Socialist Movement, HQ PO Box 423223, Kissimmee, FL 34742 (651) 659-6307