# EXHIBIT 28

http://www.nsm88.org/contact/ | Go | ◀ OCT **DEC** MAR ▶
**17**
111 captures
12 Oct 2009 – 28 Nov 2019
2017 **2018** 2019
About this capture



# National Officers & Departments

A warning about Hoax Emails

**Party National Director**
Commander Jeff Schoep
Email: commander (at) nsm88.org

**Public Relations Department**
Capt. Harry Hughes
Office phone: (520) 213-3116
Office e-mail: nsmregion11 (at) gmail.com

**Chief of Staff**
Burt Colucci
Office Email: chiefofstaff (at) nsm88.org

**Assistant Chief of Staff**
Aryn Rouse
Email: arynshldmdn (at) protonmail.com

**Director of community outreach**

Email:

**NSM Ambassador**
Email:

**Acting Director of NSM Media and Audio/Video**

Email: nsmmedia (at) nsm88.org

**NSM Prison Outreach**
Email: NSM88TN (at) protonmail.com

**HQ Webmaster:**
Report Site Errors - Site Related Tech Questions - Advertise
Email: webhq (at) nsm88.org

**HQ Web Master Emeritus**
SS Mann Wilson

**Information Technology & Network Security Director**
Network Outages, Privacy Policy Compliance & Abuse Reports
Email: bugreports (at) nsm88.org

http://www.nsm88.org/contact/ [Go] OCT DEC MAR
◀ **17** ▶
111 captures  2017 **2018** 2019
12 Oct 2009 - 28 Nov 2019  ▼ About this capture

NSM Magazine Editor

Email: nsmmedia (at) nsm88.org

Press Contact: Public Relations Liaison

Organization Name: National Socialist Movement

Email: pr (at) nsm88.org

Phone: 651-659-6307

Website: www.nsm88.org

Address:

National Socialist Movement

Attn: Public Relations Liaison

PO Box 13768

Detroit MI 48213

Contact our units across the Nation

Home



NSM88.ORG   National Socialist Movement, HQ P.O. Box 13768 Detroit, MI. 48213 (651) 659-6307