# EXHIBIT 29

# Welcome to the Commander's Desk
## Commander Burt Colucci's Blog



*From the Desk of Commander Colucci*

| |
|---|
| 25 Point Party Thesis |
| About the Party |
| Contact Us |
| FAQs |
| Fliers |
| Forum |
| Photo Gallery |
| Join the Party |
| Links |
| News Archives |
| NSM Contacts |
| NSM Magazine |
| NSM Online Group |

About the NSM | Join the NSM | Commanders Desk | NSM Party Forum | Contact the NSM

**Commander's Desk Sponsored By:**





**Please note that the NSM HQ has relocated and has a new address: PO BOX 423223, Kissimmee, FL 34742**

**Acts of Violence & Terrorism are Dishonorable & will Not be Tolerated!**

I want it made perfectly clear to all of our members, supporters, prospective members, readers, etc. that the National Socialist Movement condemns illegal actions and in such we do not endorse any acts of violence or terrorism. The NSM is a White Civil Rights Movement that adheres to Political activism, and a legal means to restore America to its former glory.

Acts of violence or terrorism against America, or its Citizens is unacceptable, and not tolerated within the ranks of the National Socialist Movement.

Those of you, who are Party members, know that the NSM operates within the laws of the United States, and those that break serious laws will be expelled from our Ranks.

Any individual, whom feels compelled to act upon, or advocate illegal actions on their own accord, is expected to resign from the Party, as those goals are clearly not in line with NSM policy.

Most of you already know our stance on these matters; however after reading disturbing articles in newspapers and websites of people that claim to be National Socialist, I am concerned that some members of the American public (whom we are trying to reach with National Socialism) may believe that our Party supports such violence, anarchy or other such vigilantism, therefore I am clarifying our stance once again. Let me be clear, no act of violence, vigilantism, anarchy or any other such off the wall behavior will be tolerated by the National Socialist Movement and if any Member or Supporter is found to violate these rules they will be immediately dismissed.  Thank you for your attention in this matter and remember to always think twice before you act as you have a duty to act with the utmost honor in ever facet of your lives as that is what it means to be a National Socialist!

About Us    Archives    Contact Us

Copyright 1974-2019 National Socialist Movement - All Rights Reserved