# EXHIBIT 39

http://www.nsm88.org/aboutus.html    Go    FEB APR JUN  ◀ 16 ▶  2018 2019 2020

126 captures
15 Feb 2009 - 16 Aug 2019

About this capture



## America's National Socialist Party

Why Support the NSM? (PDF file)

The NSM, America's National Socialist Party, is the largest and most active National Socialist party in America today. We are the political party for every patriotic white American.



We cooperate and work with many like-minded white nationalist groups and others that are either National Socialist or at least racially aware of our European heritage.

The NSM's core beliefs include defending the rights of white people everywhere, preservation of our European culture and heritage, strengthening family values, economic self-sufficiency, reform of illegal immigration policies, immediate withdrawal of our national military from an illegal Middle Eastern occupation, and promotion of white separation.

The National Socialist Movement was founded in 1974 and saw membership surge under the leadership of the charismatic Jeff Schoep. Jeff Schoep has worked to implement a new direction for the Party that includes
focusing on a truly American National Socialist Movement, which will give Americans the choice of electing a party that will combine the best of both Socialism and Capitalism to create a system that will stop the decay while bringing innovation, prosperity, and security to America.

http://www.nsm88.org/aboutus.html   Go   FEB APR JUN  ◀ 16 ▶  2018 2019 2020
126 captures
15 Feb 2009 - 16 Aug 2019
About this capture

Progress is brought to a virtual halt as the two major parties spend most of their time bickering, rather than putting their country first!

In keeping with our family-friendly policies, membership is open to non-Semitic heterosexuals of European descent. If you really care for your heritage and for the future of your family, race, and nation, fill out a Membership Application today. JOIN.NSM88.ORG

Are you ready to stand up and fight for your family, race, and nation? If not you, then who? If not now, when?

Join Us Today!

*Destiny is not a matter of chance. It's a matter of choice. It is not a thing to be waited for, it is a thing to be achieved.*

by William B. Jennings

Home



National Socialist Movement, P.O. Box 13768 Detroit, MI. 48213 (651) 659-6307