# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### Charlottesville Division

| | |
|---|---|
| ELIZABETH SINES, SETH WISPELWEY, MARISSA BLAIR, APRIL MUÑIZ, MARCUS MARTIN, NATALIE ROMERO, CHELSEA ALVARADO, JOHN DOE, and THOMAS BAKER, <br><br> Plaintiffs, <br><br> v. <br><br> JASON KESSLER, et al., <br><br> Defendants. | Civil Action No. 3:17-cv-00072-NKM <br><br> **JURY TRIAL DEMANDED** |

**[PROPOSED] ORDER SEALING EXHIBITS TO PLAINTIFFS' MOTION TO COMPEL DISCOVERY FROM DEFENDANT ROBERT "AZZMADOR" RAY**

WHEREAS, on March 11, 2020, Plaintiffs filed a Motion to Compel Discovery from Defendant Robert "Azzmador" Ray (the "Motion to Compel"), ECF No. 673, and did not publicly file Exhibits 1, 7, 8, 9, 12, 13, 14, 16, 17, and 18, and the portions of the Motion to Compel that contain or convey the substance of those exhibits, because they were designated as Highly Confidential by the producing parties or contain Highly Confidential Information as defined by the Order for the Production of Documents and Exchange of Confidential Information dated January 3, 2018, ECF No. 167,

WHEREAS, Plaintiffs have provided unredacted copies of Exhibits 1, 7, 8, 9, 12, 13, 14, 16, 17, and 18 and the Motion to Compel to the Court and moved, pursuant to Local Rule 9, for those exhibits and portions of the Motion to Compel to be sealed,

IT IS HEREBY ORDERED that Exhibits 1, 7, 8, 9, 12, 13, 14, 16, 17, and 18 to the Motion to Compel, ECF No. 673, and the redacted portions of the Motion to Compel, are hereby sealed pursuant to Local Rule 9.

Dated:

**SO ORDERED.**

_____<br>Hon. Joel C. Hoppe, M.J.