**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**Charlottesville Division**

| | |
|---|---|
| ELIZABETH SINES, SETH WISPELWEY, MARISSA BLAIR, APRIL MUÑIZ, MARCUS MARTIN, NATALIE ROMERO, CHELSEA ALVARADO, JOHN DOE, and THOMAS BAKER, Plaintiffs, | **Civil Action No. 3:17-cv-00072-NKM** |
| v. | **JURY TRIAL DEMANDED** |
| JASON KESSLER, et al., Defendants. | |

**[PROPOSED] ORDER SEALING EXHIBITS AND APPENDICES TO PLAINTIFFS' MOTION TO COMPEL DISCOVERY FROM DEFENDANT NATIONAL SOCIALIST MOVEMENT**

WHEREAS, on March 11, 2020, Plaintiffs filed a Motion to Compel Discovery from NSM (the "Motion to Compel"), ECF No. 674, and did not publicly file Exhibits 5, 9, 26, 31, 33, 34, 35, 37 and 38 and Appendices A–C to the Motion because they were designated as Highly Confidential by the producing parties or contain Highly Confidential Information as defined by the Order for the Production of Documents and Exchange of Confidential Information dated January 3, 2018, ECF No. 167,

WHEREAS, Plaintiffs have provided unredacted copies of Exhibits 5, 9, 26, 31, 33, 34, 35, 37 and 38 and Appendices A–C to the Court and moved, pursuant to Local Rule 9, for those exhibits and appendices to be sealed,

IT IS HEREBY ORDERED that Exhibits 5, 9, 26, 31, 33, 34, 35, 37 and 38 and Appendices A–C to the Motion to Compel, ECF No. 674, are hereby sealed pursuant to Local Rule 9.

Dated:

**SO ORDERED.**

Hon. Joel C. Hoppe, M.J.