UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| ELIZABETH SINES, SETH WISPELWEY, MARISSA BLAIR, APRIL MUÑIZ, MARCUS MARTIN, NATALIE ROMERO, CHELSEA ALVARADO, JOHN DOE, and THOMAS BAKER,<br><br>Plaintiffs,<br><br>v.<br><br>JASON KESSLER, et al.,<br><br>Defendants. | Civil Action No. 3:17-cv-00072-NKM<br><br>JURY TRIAL DEMANDED |

**PLAINTIFFS' SUPPLEMENTAL BRIEF IN FURTHER SUPPORT OF THEIR MOTIONS FOR EVIDENTIARY SANCTIONS AGAINST DEFENDANT ELLIOTT KLINE A/K/A ELI MOSLEY**

Plaintiffs respectfully file their seventh supplemental brief in further support of their April 3, 2019, Motion for Sanctions, ECF No. 457 ("First Sanctions Motion"), and December 6, 2019, Motion for Evidentiary Sanctions, ECF No. 601 ("Second Sanctions Motion"), after learning this week about yet another lie told under oath by Defendant Elliott Kline a/k/a Eli Mosley. Specifically, deposition testimony elicited this week from Kline's ex-girlfriend confirms, contrary to Kline's sworn testimony, that he owned and used a desktop computer with three monitors in the summer and fall of 2017. Kline has testified that this computer, which he swore he did not possess or use during 2017, is "utterly destroyed." (Nov. 25, 2019 Hearing Transcript 34:10, ECF No. 600.) Plaintiffs will never uncover the trove of evidence from that source. Accordingly, evidentiary sanctions are the only way to remedy Kline's misconduct.

In his August 7, 2019, deposition, Kline testified that he owned a computer in 2017 but "basically what happened with me was I had gotten let go of my job in late 2016 and I moved

down to South Carolina with my girlfriend at the time.  I wasn't able to bring any of my stuff, which included my computer and lots of other stuff." (Kline Dep. 112:5-13; *see id.* at 396:5-14 ("I think it was 2017 when I moved there. . . . [E]ither the beginning of 2017 or late 2016.")[1] When asked "why were you not able to bring your computer," Kline testified that "I couldn't fit all of my stuff in the car.  I just brought my clothes and stuff like that."[2] (Kline Dep. 112:18-22.) During his first civil contempt hearing on November 25, 2019, Kline again testified under oath about that computer.  Kline testified that "when I had moved to North Carolina for some time, I had done that moving, we had dropped the computer, and it basically fell apart.  This is well before Unite the Right was planned, number one or two, or anything like that." (Nov. 25, 2019 Hearing Transcript 34:1-4, ECF No. 600.)  During Kline's second civil contempt hearing, Kline testified, "As far as the computer goes that was mentioned, that computer, as I had said at the deposition in August, is a computer that I used before I was a member of the Alt-right. The last time I had used it was in 2016 . . . ." (Dec. 16, 2019 Hearing Transcript 11:21-24, ECF No. 609.)

On March 9, 2020, Plaintiffs deposed ▇▇▇▇▇▇▇▇, Kline's ex-girlfriend with whom he lived from June to November 2017.  (Kline Dep. 59:17-60:11; ▇▇▇ Dep. 86:2-87:16.)[3]  ▇▇▇▇▇▇ testified unequivocally that ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇  When asked ▇▇▇▇▇▇▇▇▇▇▇▇

---

[1] Excerpts of the transcript of Mr. Kline's deposition are attached hereto as Exhibit A and referred to throughout this brief as "Kline Dep."

[2] Kline also testified that he had not gotten another computer once he was in South Carolina.  (Kline Dep. 114:10-12.)

[3] Excerpts of the transcript of ▇▇▇▇▇▇▇ deposition are attached hereto as Exhibit B and referred to throughout this brief as "▇▇▇▇ Dep."

2

▌ testified, ▌ (▌ Dep. 105:17-22.) She explained, ▌ (▌ Dep. 105:25-106:4.) When asked ▌ ▌ testified, ▌ ▌ (▌ Dep. 106:16-25.) ▌ further testified that ▌ (▌ Dep. 107:15.) In fact, she testified that ▌ ▌ (▌ Dep. 107:15-108:3 (emphasis added).) Contemporaneous posts on Discord by both Kline and ▌ confirm ▌ testimony that Kline had and used a computer in the months leading up to Unite the Right and demonstrate that Kline lied under oath to Plaintiffs and the Court about this source of discovery. (*See* Ex. C (▌ Dep. Ex. 5) ▌ ▌); Kline Dep. Ex. 34, ECF No. 566-6 ("an hour after my video came out with the kike and the sign he commented on it with 'Echo American?' I have the screen cap on my home PC"); Kline Dep. Ex. 35, ECF No. 566-7 ("if he comes in and i have to defend myself all they have to do is look through my computer and im fucked so not really a good option"); Kline Dep. Ex. 36, ECF No. 566-9 ("well its not a huge deal cause the phone is backed up on my PC"); Kline Dep. Ex. 38, ECF No. 566-8 ("they share the wall with my computer"); Ex. D (Kline Discord chat, 5/23/2017) ▌ ▌





▇▇▇▇▇; Ex. E (Discord chats, 6/2/2017) ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇; Ex. F (Kline Discord chat, 6/9/2017) ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇; Ex. G (Kline Discord chat, 6/13/2017) ▇▇▇▇▇▇▇▇▇▇; Ex. H (Kline Discord chat, 6/21/2017) ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇; Ex. I (Kline Discord chat, 7/5/2017) ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇; Ex. J (Kline Discord chat, 7/6/2017) ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇; Ex. K (Kline Discord chat, 7/8/2017) ▇▇▇▇▇▇▇▇.)[4] ▇▇▇▇▇▇ unequivocal and unimpeached testimony that Mr. Kline possessed and used a computer throughout the summer and fall of 2017 confirms what Mr. Kline's own Discord posts convincingly establish: Mr. Kline possessed and used a computer to plan Unite the Right and has consistently lied about that fact under oath throughout this litigation.

Given Kline's seemingly pathological inability to testify truthfully and his misconduct in discovery, Plaintiffs respectfully reiterate their request that the Court grant the First and Second Sanctions Motions. Specifically, Plaintiffs request that the Court (1) deem the facts listed in the Sanctions Motions established; (2) deem authentic for purposes of Rule 901 of the Federal Rules of Evidence any documents that Plaintiffs have a good-faith basis to believe that Kline created, including all documents from the social media accounts listed in the Sanctions Motions, as well as

---

[4] Plaintiffs showed Kline many of these Discord posts during his deposition and his first civil contempt hearing and his explanations for his posts ranged from the illogical to the absurd. For example, in response to questioning about a Discord post from summer 2017 in which Kline posted that "all they have to do is look through my computer and I am fucked," Kline Dep. Ex. 35, ECF No. 566-7, Kline testified that "the only thing I can think of I am referencing there is my computer screen. I had a computer screen that I would – at my girlfriend's house, we didn't have a TV. We used a computer screen to watch Netflix and stuff like that on." (Kline Dep. 402:11-16.)

4

any photographs taken by or depicting Kline; and (3) instruct the jury that Kline chose to intentionally withhold his documents, and that the jury may draw adverse inferences from that fact, including that Kline chose to withhold such documents because he was aware that such documents contained evidence that Kline conspired to plan racially motivated violence at Unite the Right.

Dated: March 13, 2020

Respectfully submitted,

*/s/ Robert T. Cahill*
Robert T. Cahill (VSB 38562)
COOLEY LLP
11951 Freedom Drive, 14th Floor
Reston, VA 20190-5656
Telephone: (703) 456-8000
Fax: (703) 456-8100
rcahill@cooley.com

*Of Counsel:*

Roberta A. Kaplan (*pro hac vice*)
Julie E. Fink (*pro hac vice*)
Gabrielle E. Tenzer (*pro hac vice*)
Michael L. Bloch (*pro hac vice*)
KAPLAN HECKER & FINK LLP
350 Fifth Avenue, Suite 7110
New York, NY 10118
Telephone: (212) 763-0883
rkaplan@kaplanhecker.com
jfink@kaplanhecker.com
gtenzer@kaplanhecker.com
mbloch@kaplanhecker.com

Karen L. Dunn (*pro hac vice*)
Jessica E. Phillips (*pro hac vice*)
William A. Isaacson (*pro hac vice*)
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, NW
Washington, DC 20005
Telephone: (202) 237-2727
Fax: (202) 237-6131
kdunn@bsfllp.com
jphillips@bsfllp.com
wisaacson@bsfllp.com

Yotam Barkai (*pro hac vice*)
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards
New York, NY 10001
Telephone: (212) 446-2300
Fax: (212) 446-2350
ybarkai@bsfllp.com

Alan Levine (*pro hac vice*)
Philip Bowman (*pro hac vice*)
COOLEY LLP
55 Hudson Yards
New York, NY 10001
Telephone: (212) 479-6260
Fax: (212) 479-6275
alevine@cooley.com
pbowman@cooley.com

| | |
|---|---|
| David E. Mills (*pro hac vice*)<br>Joshua M. Siegel (VSB 73416)<br>COOLEY LLP<br>1299 Pennsylvania Avenue, NW<br>Suite 700<br>Washington, DC 20004<br>Telephone: (202) 842-7800<br>Fax: (202) 842-7899<br>dmills@cooley.com<br>jsiegel@cooley.com | J. Benjamin Rottenborn (VSB 84796)<br>WOODS ROGERS PLC<br>10 South Jefferson St., Suite 1400<br>Roanoke, VA 24011<br>Telephone: (540) 983-7600<br>Fax: (540) 983-7711<br>brottenborn@woodsrogers.com<br><br>*Counsel for Plaintiffs* |

## CERTIFICATE OF SERVICE

I hereby certify that on March 13, 2020, I filed the foregoing with the Clerk of Court through the CM/ECF system, which will send a notice of electronic filing to:

Elmer Woodard
5661 US Hwy 29
Blairs, VA 24527
isuecrooks@comcast.net

James E. Kolenich
Kolenich Law Office
9435 Waterstone Blvd. #140
Cincinnati, OH 45249
jek318@gmail.com

*Counsel for Defendants Jason Kessler, Nathan Damigo, Identity Europa, Inc. (Identity Evropa), Matthew Parrott, and Traditionalist Worker Party*

Justin Saunders Gravatt
David L. Campbell
Duane, Hauck, Davis & Gravatt, P.C.
100 West Franklin Street, Suite 100
Richmond, VA 23220
jgravatt@dhdglaw.com
dcampbell@dhdglaw.com

*Counsel for Defendant James A. Fields, Jr.*

William Edward ReBrook, IV
The ReBrook Law Office
6013 Clerkenwell Court
Burke, VA 22015
edward@rebrooklaw.com

*Counsel for Defendants Jeff Schoep, National Socialist Movement, and Nationalist Front*

John A. DiNucci
Law Office of John A. DiNucci
8180 Greensboro Drive, Suite 1150
McLean, VA 22102
dinuccilaw@outlook.com

*Counsel for Defendant Richard Spencer*

Bryan Jones
106 W. South St., Suite 211
Charlottesville, VA 22902
bryan@bjoneslegal.com

*Counsel for Defendants Michael Hill, Michael Tubbs, and League of the South*

I further hereby certify that on March 13, 2020, I also served the following non-ECF participants, via electronic mail, as follows:

| | |
|---|---|
| Christopher Cantwell<br>christopher.cantwell@gmail.com | Vanguard America<br>c/o Dillon Hopper<br>dillon_hopper@protonmail.com |
| Robert Azzmador Ray<br>azzmador@gmail.com | Elliott Kline a/k/a Eli Mosley<br>eli.f.mosley@gmail.com<br>deplorabletruth@gmail.com |
| Matthew Heimbach<br>matthew.w.heimbach@gmail.com | |

/s/ *Robert T. Cahill*
Robert T. Cahill (VSB 38562)
COOLEY LLP

*Counsel for Plaintiffs*