UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

ELIZABETH SINES, SETH WISPELWEY, MARISSA BLAIR, APRIL MUÑIZ, MARCUS MARTIN, NATALIE ROMERO, CHELSEA ALVARADO, JOHN DOE, and THOMAS BAKER,

        Plaintiffs,

v.

JASON KESSLER, et al.,

        Defendants.

Civil Action No. 3:17-cv-00072-NKM

**JURY TRIAL DEMANDED**

**[PROPOSED] ORDER SEALING EXHIBITS TO
PLAINTIFFS' SUPPLEMENTAL BRIEF IN FURTHER SUPPORT OF THEIR
MOTIONS FOR EVIDENTIARY SANCTIONS AGAINST DEFENDANT ELLIOTT
KLINE A/K/A ELI MOSLEY**

WHEREAS, on March 13, 2020, Plaintiffs filed a Supplemental Brief in Further Support of their Motion for Evidentiary Sanctions Against Defendant Elliott Kline a/k/a Eli Mosley (the "Supplemental Brief"), ECF No. 679, and did not publicly file Exhibits A, B, C, D, E, F, G, H, I, J, and K to the Supplemental Brief and portions of the Supplemental Brief because they were designated as Highly Confidential by the producing parties or contain Highly Confidential Information as defined by the Order for the Production of Documents and Exchange of Confidential Information dated January 3, 2018, ECF No. 167,

WHEREAS, Plaintiffs have provided unredacted copies of Exhibits A, B, C, D, E, F, G, H, I, J, and K and the Supplemental Brief to the Court and moved, pursuant to Local Rule 9, for those exhibits and portions of the Supplemental Brief to be sealed,

IT IS HEREBY ORDERED that Exhibits A, B, C, D, E, F, G, H, I, J, and K to the Supplemental Brief, ECF No. 679, and the redacted portions of the Supplemental Brief are hereby sealed pursuant to Local Rule 9.

Dated:

**SO ORDERED.**

                                                  Hon. Joel C. Hoppe, M.J.