UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| ELIZABETH SINES, SETH WISPELWEY, MARISSA BLAIR, APRIL MUÑIZ, MARCUS MARTIN, NATALIE ROMERO, CHELSEA ALVARADO, JOHN DOE, and THOMAS BAKER, <br><br>    Plaintiffs, <br><br> v. <br><br> JASON KESSLER, et al., <br><br>    Defendants. | Civil Action No. 3:17-cv-00072-NKM <br><br> **JURY TRIAL DEMANDED** |

**[PROPOSED] ORDER SEALING EXHIBITS TO
PLAINTIFFS' MOTION TO COMPEL DISCOVERY
FROM DEFENDANT JEFF SCHOEP**

WHEREAS, on March 27, 2020, Plaintiffs filed a Motion to Compel Discovery from Defendant Jeff Schoep (the "Motion"), ECF No. 689, and did not publicly file Exhibits A, B, and C to the Motion because they were designated as Highly Confidential by the producing parties or contain Highly Confidential Information as defined by the Order for the Production of Documents and Exchange of Confidential Information dated January 3, 2018, ECF No. 167,

WHEREAS, Plaintiffs have provided unredacted copies of Exhibits A, B, and C and the Motion to the Court and moved, pursuant to Local Rule 9, for those exhibits to be sealed,

IT IS HEREBY ORDERED that Exhibits A, B, and C to the Motion, ECF No. 689, are hereby sealed pursuant to Local Rule 9.

Dated:

**SO ORDERED.**

                                                  Hon. Joel C. Hoppe, M.J.