UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| ELIZABETH SINES, ET AL.    ) | |
| ) | |
| *Plaintiffs*,    ) | |
| ) | **Civil Action No.** |
| v.    ) | **3:17-cv-00072-NKM** |
| ) | |
| JASON KESSLER, ET AL.    ) | |
| *Defendants*.    ) | |
| ) | |

**MOTION TO WITHDRAW AS ATTORNEY FOR NATIONAL SOCIALIST MOVEMENT AND NATIONALIST FRONT**

COMES NOW, Attorney Edward ReBrook IV, counsel for National Socialist Movement ("NSM") and Nationalist Front ("NF"), and respectfully moves the Court for leave to withdraw as counsel of record for both NSM and NF. Counsel so moves on the grounds that a conflict of interest has arisen such that continued representation of NSM and NF would cause counsel to violate the Virginia Rules of Professional Conduct.

In March of 2019, counsel was retained by Defendant Jeff Schoep and agreed to represent the NSM and NF on behalf of his client. At the time counsel agreed to represent NSM and NF, it was not known that Mr. Schoep would not only leave the NSM, but would also be speaking out against his former group as well as the White Nationalist movement. Defendant Schoep currently works with several different organizations to promote peace and speaking out against his former organization and the ideology they profess. Since August of 2019, Mr. Schoep continues to speak out against racism, antisemitism and violence, thus creating a conflict of interest between clients. In cases where conflicts of interest arise the advice of the Virginia State Bar Ethics Council is sought. In this instance, counsel sought the advice of the Virginia

State Bar Ethics Counsel and was advised that defense counsel should move to withdraw.

Accordingly, undersigned counsel respectfully requests to be granted leave to withdraw as counsel for NSM and NF.

## LAW AND ARGUMENT

Rule 1.16(a) of the Virginia State Bar Rules of Professional Conduct applies to this circumstance. Rule 1.16(a) states: "Except as stated in paragraph (c), a lawyer shall not represent a client or, where representation has commenced, shall withdraw from the representation of a client if: (1) the representation will result in violation of the Rules of Professional Conduct or other law;"

Specifically, Rule 1.7 provides that a "lawyer shall not represent a client if the representation involves a concurrent conflict of interest. A concurrent conflict of interest exists if: (1) the representation of one client will be directly adverse to another client; or (2) there is a significant risk that the representation of one or more clients will be materially limited by the lawyer's responsibilities to another client, a former client or a third person or by personal interest of the lawyer." *Id*. Here, counsel has determined that there exists a concurrent conflict of interest. While the NSM/NF espouses antisemitism and racial separation, Defendant Schoep has been speaking out against antisemitism, racism and violence. Thus creating a conflict of interest. Rule 1.7(b) permits a lawyer to represent a client notwithstanding the existence of a concurrent conflict of interest but only if each affected client consents after consultation and:

(1) the lawyer reasonably believes that the lawyer will be able to provide competent and diligent representation to each affected client;

As noted above there is direct adversity between NSM/NF and Mr. Schoep.

Both subsections of Rule 1.7 are relevant to the present circumstance. Specifically, the interests of the clients, Defendant Schoep and Defendants NSM/NF, are clearly and directly adverse and there is a significant risk that continued representation of NSM and NF would be limited by the representation of the other client. While Defendant Schoep, is willing to cooperate with counsel and this court, the new leadership of the NSM, Burt Colucci, has made it abundantly clear that he does not consider his organization a named defendant in this litigation and therefore will not co-operate with this court or counsel of record.

In addition to the above conflict of interest, counsel has privity of contract with only one of the defendants in this civil litigation and that is Defendant Jeff Schoep. Mr. Schoep immediately retained counsel of record as his attorney after the hearing on March 1, 2019. Defendant Schoep is the only client that counsel has a privity of contract with and it would be unethical for counsel to leave his representation.

According to the Virginia Rules of Professional Conduct, withdrawal is also justified if the client persists in a course of action that the lawyer reasonably believes is illegal or unjust, for a lawyer is not required to be associated with such conduct even if the lawyer does not further it. It has come to counsel's attention that an alleged member of NSM recently attempted to perform acts of violence. *See* Ex 1. Counsel cannot in good faith associate with a client (NSM / NF) who is threatening violence.

## Conclusion

Based upon the foregoing, defense counsel respectfully requests that leave to withdraw as counsel for NSM and NF be granted.

Dated: March 27, 2020                                         Respectfully Submitted,

                                                               /s/ W. Edward ReBrook, IV
                                                              W. Edward ReBrook, IV (VSB 84719)

3

The ReBrook Law Office  
6013 Clerkenwell Court  
Burke, VA 22015  
Mobile: 571.215.9006  
Email: <u>Edward@ReBrookLaw.com</u>

## CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2020, I filed the foregoing with the Clerk of Court through the CM/ECF system, which will send a notice of electronic filing to:

Roberta A. Kaplan (*pro hac vice*)
Julie E. Fink (*pro hac vice*)
Gabrielle E. Tenzer (*pro hac vice*)
Michael L. Bloch (*pro hac vice*)
KAPLAN HECKER & FINK LLP
350 Fifth Avenue, Suite 7110
New York, NY 10118
Telephone: (212) 763-0883
rkaplan@kaplanhecker.com
jfink@kaplanhecker.com
gtenzer@kaplanhecker.com
mbloch@kaplanhecker.com

Karen L. Dunn (*pro hac vice*)
Jessica E. Phillips (*pro hac vice*)
William A. Isaacson (*pro hac vice*)
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, NW
Washington, DC 20005
Telephone: (202) 237-2727
Fax: (202) 237-6131
kdunn@bsfllp.com
jphillips@bsfllp.com
wisaacson@bsfllp.com

Yotam Barkai (*pro hac vice*)
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards
New York, NY 10001
Telephone: (212) 446-2300
Fax: (212) 446-2350
ybarkai@bsfllp.com

Alan Levine (*pro hac vice*)
Philip Bowman (*pro hac vice*)
COOLEY LLP
55 Hudson Yards
New York, NY 10001
Telephone: (212) 479-6260
Fax: (212) 479-6275
alevine@cooley.com

pbowman@cooley.com

David E. Mills (*pro hac vice*)
Joshua M. Siegel (VSB 73416)
COOLEY LLP
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004
Telephone: (202) 842-7800
Fax: (202) 842-7899
dmills@cooley.com
jsiegel@cooley.com

J. Benjamin Rottenborn (VSB 84796)
WOODS ROGERS PLC
10 South Jefferson St., Suite 1400
Roanoke, VA 24011
Telephone: (540) 983-7600
Fax: (540) 983-7711
brottenborn@woodsrogers.com
*Counsel for Plaintiffs*

Elmer Woodard
5661 US Hwy 29
Blairs, VA 24527
isuecrooks@comcast.net
James E. Kolenich
Kolenich Law Office
9435 Waterstone Blvd. #140
Cincinnati, OH 45249
jek318@gmail.com
*Counsel for Defendants Jason Kessler, Nathan Damigo, Identity Europa, Inc. (Identity Evropa), Matthew Parrott, and Traditionalist Worker Party*

John A. DiNucci
Law Office of John A. DiNucci
8180 Greensboro Drive, Suite 1150
McLean, VA 22102
dinuccilaw@outlook.com
*Counsel for Defendant Richard Spencer*

5

Justin Saunders Gravatt
David L. Campbell
Duane, Hauck, Davis & Gravatt, P.C.
100 West Franklin Street, Suite 100
Richmond, VA 23220
jgravatt@dhdglaw.com
dcampbell@dhdglaw.com
*Counsel for Defendant James A. Fields, Jr.*

Bryan Jones
106 W. South St., Suite 211
Charlottesville, VA 22902
bryan@bjoneslegal.com
*Counsel for Defendants Michael Hill,
Michael Tubbs, and League of the South*

I further hereby certify that on March 28, 2020, I also served the following non-ECF participants, via electronic mail, as follows:

Christopher Cantwell
christopher.cantwell@gmail.com

Vanguard America
c/o Dillon Hopper
dillon_hopper@protonmail.com

Robert Azzmador Ray
azzmador@gmail.com

Elliott Kline a/k/a Eli Mosley
eli.f.mosley@gmail.com
deplorabletruth@gmail.com

Matthew Heimbach
matthew.w.heimbach@gmail.com

By: /s/ W. Edward ReBrook, IV

W. Edward ReBrook, IV (VSB 84719)
The ReBrook Law Office
6013 Clerkenwell Court
Burke, VA 22015
Mobile: 571.215.9006
Email: Edward@ReBrookLaw.com