# EXHIBIT 1

Page 1

```
 1              IN THE UNITED STATES DISTRICT COURT
 2              FOR THE WESTERN DISTRICT OF VIRGINIA
 3                     CHARLOTTESVILLE DIVISION
 4   ELIZABETH SINES, SETH WISPELWEY,     )
 5   MARISSA BLAIR, TYLER MAGILL, APRIL   )
 6   MUNIZ, HANNAH PEARCE, MARCUS MARTIN, )
 7   NATALIE ROMERO, CHELSEA ALVARADO,    )
 8   AND JOHN DOE,                        )
 9             Plaintiffs                 )
10                                        )
11   VS.                                  )CIVIL ACTION
12                                        )NO. 3:17-cv-00072-NKM
13   JASON KESSLER, ET AL.,               )
14             Defendants                 )
15        ------------------------------------------
16               VIDEOTAPED ORAL DEPOSITION OF
17                    THOMAS RYAN ROUSSEAU
18                      OCTOBER 16, 2019
19        ------------------------------------------
20
21
22
23
24
25   JOB #169672
```

Page 2

1                VIDEOTAPED ORAL DEPOSITION OF

2    THOMAS RYAN ROUSSEAU, produced as a witness at the

3    instance of the PLAINTIFFS, and duly sworn, was taken in

4    the above-styled and numbered cause on the 16th day of

5    October, 2019, from 9:07 a.m. to 4:29 p.m., before

6    Kathryn R. Baker, CSR, RPR, in and for the State of Texas,

7    reported by machine shorthand, at the offices of U.S.

8    District Court Clerk, 501 W. 10th Street, Suite 310, in

9    the City of Fort Worth, State of Texas, pursuant to the

10   Federal Rules of Civil Procedure.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 12

1       THOMAS RYAN ROUSSEAU
2       Q.   (BY MR. SIEGEL)   I'm handing you a document
3   that's been previously marked as Exhibit 4.
4       A.   (Witness reviews document.)
5       Q.   This is an order from the court in the Sines v.
6   Kessler litigation.  If you look at the first sentence, it
7   says, This matter is before the Court on plaintiff's
8   motion for leave to depose non-party Thomas Ryan Rousseau,
9   as an authorized representative for Defendant Vanguard
10  America.  For reasons stated in plaintiff's motion, the
11  motion is granted.
12              Do you see that?
13      A.   Yes.
14      Q.   Do you understand that you're here as a
15  representative of Vanguard America?
16      A.   I understand that that's what the document says,
17  yes.
18      Q.   Understood.
19              Could you do me a favor, just lower the
20  papers for the video, so you don't hold it in front of
21  your face.
22      A.   (Witness nods head affirmatively.)
23      Q.   Thank you.
24              Have you ever gone by a different name,
25  other than your full legal name?

Page 142

1       THOMAS RYAN ROUSSEAU
2       Q.   -- affiliated with Vanguard America?
3       A.   No.
4       Q.   Okay.  Do you know personally everyone who has
5  posted to a Discord server --
6       A.   No.
7       Q.   -- operated by Vanguard America?
8       A.   No, I didn't know everyone personally.
9       Q.   Have you read everything that's ever been posted
10 to a Discord server --
11      A.   No.
12      Q.   -- affiliated with Vanguard America?
13      A.   No.  But I would like to reiterate, I never
14 received any piece of information, evidence, knowledge
15 whatsoever, nor have I ever heard anyone claim to have any
16 piece of information, evidence, knowledge whatsoever that
17 implies that Fields was in any way associated with the
18 organization, other than the fact he was geographically
19 present.
20           The Queen of England could have been on the
21 servers for all possibility.  For all it's possible,
22 anyone could have been there.
23           But the fact is that there's no knowledge
24 whatsoever to claim that he was.  And there's no evidence
25 that I've ever seen, nor anyone who I've ever communicated

1      THOMAS RYAN ROUSSEAU

2      IN THE UNITED STATES DISTRICT COURT

3      FOR THE WESTERN DISTRICT OF VIRGINIA

4      CHARLOTTESVILLE DIVISION

5  ELIZABETH SINES, SETH WISPELWEY,      )

6  MARISSA BLAIR, TYLER MAGILL, APRIL    )

7  MUNIZ, HANNAH PEARCE, MARCUS MARTIN,  )

8  NATALIE ROMERO, CHELSEA ALVARADO,     )

9  AND JOHN DOE,                         )

10           Plaintiffs                  )

11                                       )

12 VS.                                   )CIVIL ACTION

13                                       )NO. 3:17-cv-00072-NKM

14 JASON KESSLER, ET AL.,                )

15           Defendants                  )

16      REPORTER'S CERTIFICATION

17      ORAL DEPOSITION OF THOMAS RYAN ROUSSEAU

18      OCTOBER 16, 2019

19      I, Kathryn R. Baker, RPR, a Certified Shorthand

20 Reporter in and for the State of Texas, hereby certify to

21 the following:

22      That the witness, THOMAS RYAN ROUSSEAU, was duly

23 sworn by the officer and that the transcript of the oral

24 deposition is a true record of the testimony given by the

25 witness;

1  THOMAS RYAN ROUSSEAU

2 That the deposition transcript was submitted on

3 the 22nd day of October, 2019 to the witness or to the

4 attorney for the witness for examination, signature and

5 return to me by the 21st day of November, 2019;

6 That pursuant to information given to the

7 deposition officer at the time said testimony was taken,

8 the following includes all counsel for parties of record:

9 Mr. Joshua M. Siegel, Mr. Daniel P. Roy, III, and Mr. Michael Bloch, Attorneys for the PLAINTIFFS

10 Mr. James Kolenich, Attorney for the DEFENDANTS, JASON KELLER, ET AL.

11 Mr. John DiNucci, Attorney for the DEFENDANT, RICHARD SPENCER

12 Mr. Justin Gravatt, Attorney for the DEFENDANT, JAMES FIELDS

13 Mr. Brent Gleason, Attorney for the WITNESS

14 I further certify that I am neither counsel for,

15 related to, nor employed by any of the parties or

16 attorneys in the action in which this proceeding was

17 taken, and further that I am not financially or otherwise

18 interested in the outcome of the action.

19 That $_____ is the deposition officer's

20 charges to the Plaintiffs for preparing the original

21 deposition transcript and any copies of exhibits;

1                THOMAS RYAN ROUSSEAU

2      Certified to by me this 22nd day of October,

3   2019.

4

5              _____
               KATHRYN R. BAKER, RPR, CSR #6955

6               Expiration Date:  04/30/2021
               Firm Registration No. 615

7               TSG Reporting
               747 Third Avenue, 10th Floor

8               New York, New York 10017
               877-702-9580

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25