# EXHIBIT 1

Received: **Sunday, February 17, 2019 6:11 AM**

From: **Jeff Schoep jeffschoep@gmail.com**

To: **James Kolenich jek318@gmail.com**

James,

I have filed the below attached document with the court, and am no longer in need of your services for the attached case.  I am also requesting my file and  all legal documents you have in regards to my case, This should include any correspondence between the attorneys or documents exchanged as evidence between both parties. This email will serve as my written request for the aforementioned documents. Please send them to me in a timely manner.

In regards to your question about the filing to the court by James Stern on behalf of the NSM, yes I have granted him the authority to make the filing, and he is now representing the NSM. .

I would still like to proceed with the other case against the City of Charlottesville at this time.

Respectfully,
Jeff Schoep

The information in this email is confidential and may be legally privileged. Furthermore, the NSM is not responsible for the content of this e-mail, and anything written in this e-mail does not necessarily reflect the NSM's views or opinions. Access to this email by anyone other than the intended addressee is  unauthorized. If you are not the intended recipient of this message, any review, disclosure, copying, distribution, retention, or any action taken or  omitted to be taken in reliance on it is prohibited and may be unlawful. If you have received this mail in error, please destroy the copy in your  possession and notify: commander@newsaxon.org

📄 img20190217_00355166.pdf
130.25 KB

**From:** James Kolenich <jek318@gmail.com>
**Date:** February 18, 2019 at 2:07:11 PM EST
**To:** Jeff Schoep <jeffschoep@gmail.com>
**Subject: Re: release**

Jeff:

  Thank you for this response. Your position creates several problems: 1) A corporation cannot represent itself in Court, it must appear through a licensed attorney. Mr. Stern does not seem to be a licensed attorney and is certainly not licensed in Virginia. He therefore cannot represent NSM in Court. 2) Mr. Stern does seem to be the new owner of NSM as of January 2019 and I therefore require his authorization to do anything on NSM's behalf. 3) Mr. Stern's recent pleading in Court is sufficient to establish that Mr. Woodard and myself have been fired on the Sines case. You are mistaken to believe that we would continue on one case but no the other. This is because how you fare in the Sines case directly affects your chances in the offensive lawsuit against Charlottesville. For the same reason we will not represent NSM while you represent yourself individually. Even if Mr. Woodard and I would agree to do this, which we do not, it would not affect your financial obligations which are past due.

Therefore, please decide whether or not Mr. Woodard and I are your attorneys as to both matters. If we are, then I require that Mr. Stern so advise me or authorize me to continue to deal with you as NSM authorized rep, and that your pending invoices be paid in full no later than the close of business Wednesday February 20th, 2019. If you are unable to to meet this requirement said fact will constitute your firing of Mr. Woodard and myself on all matters and we will formally withdraw at that time.

Jim Kolenich


On Sun, Feb 17, 2019 at 6:11 AM Jeff Schoep <jeffschoep@gmail.com> wrote:

> James,
>
> I have filed the below attached document with the court, and am no longer in need of your services for the attached case.  I am also requesting my file and  all legal documents you have in regards to my case, This should include any correspondence between the attorneys or documents exchanged as evidence between both parties. This email will serve as my written request for the aforementioned documents. Please send them to me in a timely manner.
>
> In regards to your question about the filing to the court by James Stern on behalf of the NSM, yes I have granted him the authority to make the filing, and he is now representing the NSM. .
>
> I would still like to proceed with the other case against the City of Charlottesville at this time.
>
> Respectfully,
> Jeff Schoep
>
> The information in this email is confidential and may be legally privileged. Furthermore, the NSM is not responsible for the content of this e-mail, and anything written in this e-mail does not necessarily reflect the NSM's views or opinions. Access to this email by anyone other than the intended addressee is  unauthorized. If you are not the intended recipient of this message, any review, disclosure, copying, distribution, retention, or any action taken or  omitted to be taken in reliance on it is prohibited and may be unlawful. If you have received this mail in error, please destroy the copy in your  possession and notify: commander@newsaxon.org

--
**James E. Kolenich**
**Kolenich Law Office**

9435 Waterstone Blvd. #140
Cincinnati, OH 45249
513-444-2150
513-297-6065(fax)
513-324-0905 (cell)