# EXHIBIT 2



# SINKS-02678_Staging
## Search Terms Report

**Report Name:** 2019.05.10_Schoep REMOVED     **Searchable Set:** Schoep_Jeff



## Results Summary

| Documents in searchable set | Total documents with hits | Total documents with hits, including Family | Total documents without hits |
|---:|---:|---:|---:|
| 22,419 | 3,044 | 3,091 | 19,328 |

**Report Generated:** 3/27/2020 4:33:04 PM                                                                                                     Page 1 of 13

# SINKS-02678_Staging
## Search Terms Report

| REPORT Name: | 2019.05.10_Schoep REMOVED | Searchable Set: | Schoep_Jeff |

## Terms Summary

| Term | Documents with hits | Documents with hits, including Family | Unique hits |
|---|---|---|---|
| ((((Unity w/3 "and") w/3 Security) w/3 for) w/3 America) | 0 | 0 | 0 |
| (((League w/3 of) w/3 the) w/3 South) | 78 | 87 | 0 |
| (((Rebel w/3 Brigade) w/3 of) w/3 Knights) | 0 | 0 | 0 |
| ((Brion w/3 Keith) w/3 Baker) | 0 | 0 | 0 |
| ((Charlottesville w/3 Police) w/3 Department) | 1 | 2 | 0 |
| ((East w/3 Coast) w/3 Knights) | 28 | 34 | 0 |
| ((Everett w/3 Nick) w/3 Case) | 0 | 0 | 0 |
| ((James w/3 Alex) w/3 Fields) | 4 | 6 | 0 |
| ((Loyal w/3 White) w/3 Knights) | 83 | 89 | 0 |
| ((National w/3 Park) w/3 Service) | 0 | 0 | 0 |
| ((National w/3 Socialist) w/3 Movement) | 2,039 | 2,083 | 342 |
| ((Rise w/3 Above) w/3 Movement) | 0 | 0 | 0 |
| ((Stefani w/3 Gunter) w/3 Hopkins) | 0 | 0 | 0 |
| ((Tactical w/3 American) w/3 Patriots) | 0 | 0 | 0 |
| ((Traditionalist w/3 Worker) w/3 Party) | 35 | 42 | 0 |
| ((Unite w/3 the) w/3 Right) | 36 | 47 | 0 |
| ((united w/5 church) w/5 christ) | 0 | 0 | 0 |
| A11 | 2 | 3 | 1 |
| A12 | 2 | 2 | 0 |

# SINKS-02678_Staging
## Search Terms Report

**Report Name:** 2019.05.10_Schoep REMOVED    **Searchable Set:** Schoep_Jeff

| Term | Documents with hits | Documents with hits, including Family | Unique hits |
| --- | --- | --- | --- |
| Aaron w/3 VA | 0 | 0 | 0 |
| Ajax* | 2 | 2 | 0 |
| AK w/3 Lane | 1 | 1 | 0 |
| Al w/3 Thomas | 1 | 2 | 0 |
| Albion | 7 | 7 | 0 |
| Alex w/3 Fields | 4 | 6 | 0 |
| Allison w/3 Peirce | 0 | 0 | 0 |
| Alt w/3 Knights | 8 | 10 | 0 |
| AltRightVA | 0 | 0 | 0 |
| Americana* | 12 | 12 | 0 |
| Andrea w/3 Owens | 0 | 0 | 0 |
| Anglin | 11 | 12 | 0 |
| Anthime | 0 | 0 | 0 |
| Antifa | 172 | 178 | 2 |
| April w/3 Muniz | 6 | 8 | 0 |
| Armed | 249 | 250 | 0 |
| Arrest* | 389 | 406 | 1 |
| Atomwaffen | 1 | 1 | 0 |
| Augustus | 10 | 11 | 0 |
| Azzmador | 10 | 14 | 0 |
| Bait | 11 | 11 | 0 |
| Baked w/3 Alaska | 0 | 0 | 0 |
| bakedalaska | 0 | 0 | 0 |
| Baker | 19 | 19 | 2 |
| Balcaitis | 0 | 0 | 0 |
| baton | 1 | 1 | 0 |
| Battaglia | 0 | 0 | 0 |
| Beat | 146 | 162 | 3 |
| Ben w/3 Garland | 0 | 0 | 0 |

Report Generated: 3/27/2020 4:33:04 PM    Page 3 of 13

# SINKS-02678_Staging
## Search Terms Report

**Report Name:** 2019.05.10_Schoep REMOVED  **Searchable Set:** Schoep_Jeff

| Term | Documents with hits | Documents with hits, including Family | Unique hits |
|---|---|---|---|
| Benjamin w/3 Garland | 0 | 0 | 0 |
| Black | 629 | 662 | 21 |
| Blast | 62 | 62 | 0 |
| BLM | 41 | 41 | 0 |
| Boechat | 0 | 0 | 0 |
| Boman | 0 | 0 | 0 |
| Bomb | 96 | 107 | 0 |
| Brad w/3 Griffin | 0 | 0 | 0 |
| Brathovd | 0 | 0 | 0 |
| Brian w/3 Lambert | 0 | 0 | 0 |
| Burn | 68 | 78 | 1 |
| Caerulus* | 0 | 0 | 0 |
| Cantwell | 13 | 17 | 0 |
| car w/3 attack | 0 | 0 | 0 |
| car w/3 hit | 1 | 1 | 0 |
| Cesar w/3 Hess | 0 | 0 | 0 |
| Challenger | 1 | 2 | 0 |
| Chapman | 6 | 7 | 0 |
| Charles w/3 Myers | 0 | 0 | 0 |
| Charlottesville | 113 | 135 | 1 |
| Charlottesville w/3 2.0 | 0 | 0 | 0 |
| Chef w/3 Goyardee | 0 | 0 | 0 |
| ChefGoyardee* | 0 | 0 | 0 |
| Chelsea w/3 Alvarado | 6 | 8 | 0 |
| Chesny | 0 | 0 | 0 |
| city w/3 council | 54 | 56 | 0 |
| Cole | 5 | 5 | 1 |
| Cole w/3 Harris | 0 | 0 | 0 |
| Colton | 2 | 2 | 0 |

# SINKS-02678_Staging
## Search Terms Report

**Report Name:** 2019.05.10_Schoep REMOVED          **Searchable Set:** Schoep_Jeff

| Term | Documents with hits | Documents with hits, including Family | Unique hits |
| --- | --- | --- | --- |
| Colton w/3 Merwin | 0 | 0 | 0 |
| Commander w/3 Hunt | 0 | 0 | 0 |
| Conviction | 40 | 40 | 0 |
| Corcoran | 0 | 0 | 0 |
| Cormier | 0 | 0 | 0 |
| Counterprotest | 4 | 4 | 0 |
| CPD | 1 | 1 | 0 |
| Crockett | 8 | 8 | 0 |
| Custalow | 0 | 0 | 0 |
| cville | 5 | 5 | 0 |
| Daley | 1 | 1 | 0 |
| Damigo | 12 | 16 | 0 |
| Danny w/3 Wolf | 0 | 0 | 0 |
| date(06/17) | 0 | 0 | 0 |
| date(07/08) | 0 | 0 | 0 |
| date(08/11) | 0 | 0 | 0 |
| date(08/12) | 0 | 0 | 0 |
| date(08/13) | 0 | 0 | 0 |
| date(Aug* 11) | 0 | 0 | 0 |
| date(Aug* 12) | 0 | 0 | 0 |
| date(Aug* 13) | 0 | 0 | 0 |
| date(July 8) | 0 | 0 | 0 |
| date(June 17) | 0 | 0 | 0 |
| David w/3 Duke | 26 | 26 | 0 |
| Derek w/3 Davis | 0 | 0 | 0 |
| DeusVolt* | 0 | 0 | 0 |
| Dickinson | 0 | 0 | 0 |
| Dillon w/3 Hopper | 9 | 9 | 0 |
| Dillon1488 | 3 | 6 | 0 |

**SINKS-02678_Staging**

## Search Terms Report

| | | | |
|---|---|---|---|
| **Report Name:** | 2019.05.10_Schoep REMOVED | **Searchable Set:** | Schoep_Jeff |

| Term | Documents with hits | Documents with hits, including Family | Unique hits |
|---|---|---|---|
| Discord | 15 | 20 | 0 |
| Dodge | 11 | 12 | 1 |
| Duke | 58 | 58 | 1 |
| Dustin w/3 Owens | 0 | 0 | 0 |
| Eli w/3 Mosely | 2 | 3 | 0 |
| Eli w/3 Mosley | 8 | 8 | 0 |
| Eliot w/3 Kline | 0 | 0 | 0 |
| Elizabeth w/3 Sines | 21 | 28 | 0 |
| Elliot w/3 Kline | 7 | 9 | 0 |
| Emancipation | 2 | 3 | 0 |
| Enoch | 35 | 37 | 0 |
| Entwisle | 0 | 0 | 0 |
| Erica | 0 | 0 | 0 |
| Erica w/3 Alduino | 0 | 0 | 0 |
| Erika | 3 | 3 | 0 |
| Ethnostate | 2 | 2 | 0 |
| Europa | 17 | 32 | 0 |
| Evan w/3 McLaren | 0 | 0 | 0 |
| Evan w/3 Thomas | 0 | 0 | 0 |
| Evropa | 15 | 25 | 0 |
| Fag | 34 | 34 | 0 |
| Fashy w/3 Haircut | 3 | 6 | 0 |
| Fields | 197 | 204 | 109 |
| Fight | 640 | 667 | 27 |
| Firearm | 48 | 50 | 0 |
| first w/3 baptist | 0 | 0 | 0 |
| FOAK | 0 | 0 | 0 |
| Fraternal w/3 Order | 12 | 18 | 0 |
| Frisbadli | 0 | 0 | 0 |

# SINKS-02678_Staging
## Search Terms Report

**Report Name:** 2019.05.10_Schoep REMOVED  **Searchable Set:** Schoep_Jeff

| Term | Documents with hits | Documents with hits, including Family | Unique hits |
|---|---|---|---|
| Gillen | 0 | 0 | 0 |
| Gionet | 0 | 0 | 0 |
| Goldstein w/3 Riots | 0 | 0 | 0 |
| GoyMeetsWorld | 0 | 0 | 0 |
| Gun | 163 | 165 | 1 |
| Hamblen | 0 | 0 | 0 |
| Hannah w/3 Pearce | 6 | 8 | 0 |
| heather w/3 heyer | 3 | 3 | 0 |
| Heimbach | 74 | 81 | 1 |
| Heimdulf* | 0 | 0 | 0 |
| Heinz* | 13 | 13 | 0 |
| helmets | 19 | 20 | 0 |
| Herrenvolk* | 1 | 1 | 0 |
| Hess | 85 | 96 | 4 |
| Higgs | 0 | 0 | 0 |
| HiptotheJQ | 0 | 0 | 0 |
| Horton | 13 | 13 | 0 |
| HueTheHand | 0 | 0 | 0 |
| Hunter w/3 Wallace | 0 | 0 | 0 |
| Identity w/3 Evropa | 15 | 25 | 0 |
| IE | 139 | 145 | 47 |
| intimidat* | 87 | 91 | 0 |
| Invictus | 14 | 27 | 0 |
| Irizarry | 0 | 0 | 0 |
| Jack w/3 Pierce | 0 | 0 | 0 |
| Jackson w/3 Park | 0 | 0 | 0 |
| James w/3 Fields | 14 | 20 | 0 |
| Jason | 127 | 137 | 2 |
| Jaymi w/3 Danielle | 0 | 0 | 0 |

# SINKS-02678_Staging
## Search Terms Report

| | | | |
|---|---|---|---|
| **Report Name:** | 2019.05.10_Schoep REMOVED | **Searchable Set:** | Schoep_Jeff |

| Term | Documents with hits | Documents with hits, including Family | Unique hits |
|---|---|---|---|
| Jefferson w/3 monument | 0 | 0 | 0 |
| jefferson w/3 st* | 9 | 10 | 0 |
| Jefferson w/3 Statue | 0 | 0 | 0 |
| Jew | 258 | 271 | 5 |
| JJ w/3 Power | 0 | 0 | 0 |
| Johnny w/3 O'Malley | 0 | 0 | 0 |
| Joyce w/3 Bennett | 0 | 0 | 0 |
| Justice w/3 Park | 0 | 0 | 0 |
| Kathleen w/3 Snyder | 0 | 0 | 0 |
| Kawzcynski | 0 | 0 | 0 |
| Kike | 7 | 7 | 0 |
| Kill | 210 | 218 | 2 |
| KKK | 117 | 139 | 0 |
| Klan | 183 | 199 | 1 |
| Kleve | 1 | 1 | 0 |
| Kline | 9 | 11 | 0 |
| Knife | 55 | 55 | 2 |
| Knives | 33 | 33 | 1 |
| Krist* | 62 | 78 | 3 |
| Kurt | 16 | 26 | 1 |
| Kyle w/3 Chapman | 6 | 7 | 0 |
| Kyle w/3 Rogers | 0 | 0 | 0 |
| Lafayette | 8 | 8 | 0 |
| Laube | 0 | 0 | 0 |
| Lawrence w/3 TX | 0 | 0 | 0 |
| Lee w/3 Park | 10 | 11 | 0 |
| lighter w/3 fluid | 0 | 0 | 0 |
| Lightfoot w/3 Militia | 0 | 0 | 0 |

# SINKS-02678_Staging
## Search Terms Report

**Report Name:** 2019.05.10_Schoep REMOVED    **Searchable Set:** Schoep_Jeff

| Term | Documents with hits | Documents with hits, including Family | Unique hits |
|---|---|---|---|
| Linden | 1 | 1 | 0 |
| Lolyouwish | 0 | 0 | 0 |
| LOS | 178 | 179 | 10 |
| Ludovici w/3 Alibi | 0 | 0 | 0 |
| Luis w/3 Bellino | 0 | 0 | 0 |
| LWK | 33 | 33 | 0 |
| mace* | 32 | 33 | 0 |
| MacImay | 0 | 0 | 0 |
| Maddimension | 0 | 0 | 0 |
| Mahler | 1 | 1 | 0 |
| ManWithTheHand | 0 | 0 | 0 |
| Marcus w/3 Liebowitz | 0 | 0 | 0 |
| Marcus w/3 Martin | 6 | 8 | 0 |
| Marie | 26 | 27 | 1 |
| Marissa w/3 Blair | 5 | 6 | 0 |
| Markus w/3 Anthony | 0 | 0 | 0 |
| Matthewheimbach | 1 | 2 | 0 |
| Maurice w/3 Jones | 0 | 0 | 0 |
| McCarthy | 0 | 0 | 0 |
| McCormick w/3 Foley | 0 | 0 | 0 |
| mcguffey w/3 park | 0 | 0 | 0 |
| McInnes | 0 | 0 | 0 |
| McIntire | 0 | 0 | 0 |
| McLaren | 0 | 0 | 0 |
| McPherson | 0 | 0 | 0 |
| Merwin | 0 | 0 | 0 |
| Metropolitan w/3 Police | 0 | 0 | 0 |
| Michael w/3 Hill | 58 | 63 | 0 |
| Miselis | 1 | 1 | 0 |

# SINKS-02678_Staging
## Search Terms Report

**Report Name:** 2019.05.10_Schoep REMOVED        **Searchable Set:** Schoep_Jeff

| Term | Documents with hits | Documents with hits, including Family | Unique hits |
|---|---|---|---|
| Moonbase w/3 Holdings | 12 | 18 | 0 |
| Mosley | 35 | 45 | 1 |
| Mothersbaugh | 0 | 0 | 0 |
| Mrozek | 0 | 0 | 0 |
| nameless w/3 field | 0 | 0 | 0 |
| Nat* w/3 Damigo | 10 | 14 | 0 |
| Natalie w/3 Romero | 6 | 8 | 0 |
| Nationalist w/3 Front | 82 | 94 | 1 |
| Nazi | 379 | 411 | 33 |
| New w/3 Byzantium | 0 | 0 | 0 |
| Newberry | 0 | 0 | 0 |
| NF | 100 | 107 | 1 |
| Nigger | 64 | 75 | 2 |
| NPS | 3 | 3 | 1 |
| NSM | 1,796 | 1,848 | 93 |
| Paramilitary | 10 | 11 | 0 |
| Parrot* | 26 | 32 | 0 |
| Parrott | 14 | 18 | 0 |
| Patrick w/3 Little | 2 | 2 | 0 |
| Patrick w/3 Palmer | 0 | 0 | 0 |
| Patriot w/3 Front | 0 | 0 | 0 |
| Peinovich | 6 | 8 | 0 |
| Phillip-TX | 0 | 0 | 0 |
| Pistolis | 0 | 0 | 0 |
| Proud w/3 Boys | 1 | 1 | 0 |
| Punch | 43 | 43 | 2 |
| queenarchitect | 0 | 0 | 0 |
| Race w/3 War | 28 | 44 | 0 |
| racis* | 393 | 419 | 0 |

# SINKS-02678_Staging
## Search Terms Report

**REPORT NAME:** 2019.05.10_Schoep REMOVED     **Searchable Set:** Schoep_Jeff

| Term | Documents with hits | Documents with hits, including Family | Unique hits |
|---|---|---|---|
| Radical w/3 Agenda | 2 | 2 | 0 |
| Radicalagenda | 4 | 8 | 0 |
| RaHoWa | 15 | 15 | 1 |
| Rally | 707 | 746 | 8 |
| RAM | 45 | 46 | 32 |
| RCO w/3 Nick | 0 | 0 | 0 |
| Reinhard w/3 wolff | 0 | 0 | 0 |
| Richard | 103 | 115 | 5 |
| Richard w/3 Preston | 0 | 0 | 0 |
| Richard w/3 Spencer | 7 | 9 | 0 |
| Robert w/3 Ray | 8 | 11 | 0 |
| Roche | 1 | 1 | 0 |
| Rotunda | 0 | 0 | 0 |
| Rousseau | 0 | 0 | 0 |
| Ruiz | 1 | 1 | 1 |
| Run w/3 over | 4 | 4 | 0 |
| Rundo | 0 | 0 | 0 |
| Sacco | 7 | 7 | 0 |
| SaintCharles | 0 | 0 | 0 |
| Salazar | 0 | 0 | 0 |
| Seth w/3 Wispelwey | 7 | 9 | 0 |
| Shane w/3 Long | 0 | 0 | 0 |
| Sheehy | 0 | 0 | 0 |
| Shield | 81 | 87 | 8 |
| Shoot | 60 | 60 | 0 |
| Shyne | 0 | 0 | 0 |
| Silasreynolds | 0 | 0 | 0 |
| Sines | 55 | 67 | 10 |
| Snuffer | 0 | 0 | 0 |

# SINKS-02678_Staging Search Terms Report

| | |
|---|---|
| **Report Name:** 2019.05.10_Schoep REMOVED | **Searchable Set:** Schoep_Jeff |

| Term | Documents with hits | Documents with hits, including Family | Unique hits |
|---|---|---|---|
| Spencer | 10 | 12 | 0 |
| Spray | 56 | 60 | 0 |
| St. w/3 Paul* | 16 | 16 | 0 |
| Stab | 8 | 19 | 1 |
| Stankard | 0 | 0 | 0 |
| Starsia | 0 | 0 | 0 |
| Statue | 18 | 19 | 0 |
| Stickman | 0 | 0 | 0 |
| Stormer | 4 | 5 | 0 |
| SURJ | 0 | 0 | 0 |
| tear w/3 gas* | 25 | 26 | 0 |
| the w/3 lawn | 1 | 1 | 0 |
| Thebigkk | 0 | 0 | 0 |
| Thewizardofthorntonpark | 0 | 0 | 0 |
| Thomas w/10 Rousseau | 0 | 0 | 0 |
| thomas w/3 jefferson | 8 | 8 | 0 |
| Thomas w/3 Ryan | 0 | 0 | 0 |
| Tibor | 0 | 0 | 0 |
| torch* | 61 | 65 | 0 |
| Trained w/3 fighters | 0 | 0 | 0 |
| Treadstone | 0 | 0 | 0 |
| Trial | 106 | 121 | 3 |
| Trigger | 12 | 12 | 1 |
| Troutman | 0 | 0 | 0 |
| Tscags88 | 0 | 0 | 0 |
| Tubbs | 22 | 27 | 1 |
| TWP | 40 | 46 | 1 |
| Tyrone | 0 | 0 | 0 |

# SINKS-02678_Staging
## Search Terms Report

**Report Name:** 2019.05.10_Schoep REMOVED     **Searchable Set:** Schoep_Jeff

| Term | Documents with hits | Documents with hits, including Family | Unique hits |
|---|---:|---:|---:|
| unitetheright | 1 | 2 | 0 |
| UTR | 5 | 7 | 0 |
| Vandal | 14 | 22 | 0 |
| Vanguard | 70 | 79 | 0 |
| Vasillios* | 0 | 0 | 0 |
| Vets | 8 | 8 | 0 |
| Vitco | 0 | 0 | 0 |
| Volkisch w/3 Soldar | 0 | 0 | 0 |
| Von Diez | 0 | 0 | 0 |
| Wade w/3 Garrett | 0 | 0 | 0 |
| Warlock | 0 | 0 | 0 |
| weapon* | 222 | 237 | 0 |
| Wendy w/3 Lewis | 0 | 0 | 0 |
| White w/3 nation* | 371 | 392 | 1 |
| White w/3 supremac* | 68 | 70 | 1 |
| White-PowerStroke | 3 | 6 | 0 |
| Wyatt | 1 | 1 | 0 |
| Zyniker | 0 | 0 | 0 |