# Exhibit 3



| Date/Time | Action | Path | Size | IP |
|---|---|---|---:|---|
| 09/18/2019 00:17:57 | Upload Successful | /KLC0001_Opposing Counsel/RebrookLaw-Schoep/032_S01388350_native.pdf | 11,468 | 209.58.147.44 |
| 09/18/2019 00:17:57 | Upload Successful | /KLC0001_Opposing Counsel/RebrookLaw-Schoep/031_S01388346_native.pdf | 8,330 | 209.58.147.44 |
| 09/18/2019 00:17:57 | Upload Successful | /KLC0001_Opposing Counsel/RebrookLaw-Schoep/030_S01388345_native.pdf | 27,021 | 209.58.147.44 |
| 09/18/2019 00:17:57 | Upload Successful | /KLC0001_Opposing Counsel/RebrookLaw-Schoep/028_S01388342_native.pdf | 28,277 | 209.58.147.44 |
| 09/18/2019 00:17:56 | Upload Successful | /KLC0001_Opposing Counsel/RebrookLaw-Schoep/027_S01388340_native.pdf | 107,063 | 209.58.147.44 |
| 09/18/2019 00:17:56 | Upload Successful | /KLC0001_Opposing Counsel/RebrookLaw-Schoep/023_S01388334_native.pdf | 60,222 | 209.58.147.44 |
| 09/18/2019 00:17:56 | Upload Successful | /KLC0001_Opposing Counsel/RebrookLaw-Schoep/021_S01388331_native.pdf | 136,615 | 209.58.147.44 |
| 09/18/2019 00:17:55 | Upload Successful | /KLC0001_Opposing Counsel/RebrookLaw-Schoep/024_S01388335_native.pdf | 25,732 | 209.58.147.44 |
| 09/18/2019 00:17:55 | Upload Successful | /KLC0001_Opposing Counsel/RebrookLaw-Schoep/026_S01388337_native.pdf | 23,921 | 209.58.147.44 |
| 09/18/2019 00:17:55 | Upload Successful | /KLC0001_Opposing Counsel/RebrookLaw-Schoep/025_S01388336_native.pdf | 31,632 | 209.58.147.44 |
| 09/18/2019 00:17:55 | Upload Successful | /KLC0001_Opposing Counsel/RebrookLaw-Schoep/019_S01388327_native.pdf | 24,574 | 209.58.147.44 |
| 09/18/2019 00:17:55 | Upload Successful | /KLC0001_Opposing Counsel/RebrookLaw-Schoep/020_S01388329_native.pdf | 24,315 | 209.58.147.44 |
| 09/18/2019 00:17:55 | Upload Successful | /KLC0001_Opposing Counsel/RebrookLaw-Schoep/022_S01388332_native.pdf | 24,651 | 209.58.147.44 |
| 09/18/2019 00:17:55 | Upload Successful | /KLC0001_Opposing Counsel/RebrookLaw-Schoep/018_S01388325_native.pdf | 23,660 | 209.58.147.44 |
| 09/18/2019 00:17:55 | Upload Successful | /KLC0001_Opposing Counsel/RebrookLaw-Schoep/017_S01388324_native.pdf | 24,899 | 209.58.147.44 |
| 09/18/2019 00:17:55 | Upload Successful | /KLC0001_Opposing Counsel/RebrookLaw-Schoep/016_S01388323_native.pdf | 26,710 | 209.58.147.44 |
| 09/18/2019 00:17:55 | Upload Successful | /KLC0001_Opposing Counsel/RebrookLaw-Schoep/014_S01388321_native.pdf | 28,221 | 209.58.147.44 |
| 09/18/2019 00:17:55 | Upload Successful | /KLC0001_Opposing Counsel/RebrookLaw-Schoep/012_S01388319_native.pdf | 9,196 | 209.58.147.44 |
| 09/18/2019 00:16:04 | Create Folder Successful | /KLC0001_Opposing Counsel/RebrookLaw-Schoep | 0 | 209.58.147.44 |
| 09/18/2019 00:09:02 | Login Successful | | 0 | 209.58.147.44 |





| Date | Status | File | Size | IP |
|---|---|---|---|---|
| 09/18/2019 00:18:00 | Upload Successful | /KLC0001_Opposing Counsel/RebrookLaw-Schoep/160_S01388598_native.pdf | 116,665 | 209.58.147.44 |
| 09/18/2019 00:18:00 | Upload Successful | /KLC0001_Opposing Counsel/RebrookLaw-Schoep/103_S01388461_native.pdf | 33,256 | 209.58.147.44 |
| 09/18/2019 00:18:00 | Upload Successful | /KLC0001_Opposing Counsel/RebrookLaw-Schoep/159_S01388597_native.pdf | 31,867 | 209.58.147.44 |
| 09/18/2019 00:18:00 | Upload Successful | /KLC0001_Opposing Counsel/RebrookLaw-Schoep/158_S01388592_native.pdf | 115,923 | 209.58.147.44 |
| 09/18/2019 00:18:00 | Upload Successful | /KLC0001_Opposing Counsel/RebrookLaw-Schoep/109_S01388469_native.pdf | 24,667 | 209.58.147.44 |
| 09/18/2019 00:18:00 | Upload Successful | /KLC0001_Opposing Counsel/RebrookLaw-Schoep/108_S01388466_native.pdf | 28,096 | 209.58.147.44 |
| 09/18/2019 00:18:00 | Upload Successful | /KLC0001_Opposing Counsel/RebrookLaw-Schoep/107_S01388465_native.pdf | 38,200 | 209.58.147.44 |
| 09/18/2019 00:18:00 | Upload Successful | /KLC0001_Opposing Counsel/RebrookLaw-Schoep/106_S01388464_native.pdf | 30,445 | 209.58.147.44 |
| 09/18/2019 00:18:00 | Upload Successful | /KLC0001_Opposing Counsel/RebrookLaw-Schoep/105_S01388463_native.pdf | 35,000 | 209.58.147.44 |
| 09/18/2019 00:18:00 | Upload Successful | /KLC0001_Opposing Counsel/RebrookLaw-Schoep/104_S01388462_native.pdf | 30,166 | 209.58.147.44 |
| 09/18/2019 00:18:00 | Upload Successful | /KLC0001_Opposing Counsel/RebrookLaw-Schoep/102_S01388460_native.pdf | 41,714 | 209.58.147.44 |
| 09/18/2019 00:18:00 | Upload Successful | /KLC0001_Opposing Counsel/RebrookLaw-Schoep/101_S01388459_native.pdf | 28,070 | 209.58.147.44 |
| 09/18/2019 00:18:00 | Upload Successful | /KLC0001_Opposing Counsel/RebrookLaw-Schoep/100_S01388458_native.pdf | 28,442 | 209.58.147.44 |
| 09/18/2019 00:18:00 | Upload Successful | /KLC0001_Opposing Counsel/RebrookLaw-Schoep/099_S01388457_native.pdf | 25,982 | 209.58.147.44 |
| 09/18/2019 00:18:00 | Upload Successful | /KLC0001_Opposing Counsel/RebrookLaw-Schoep/098_S01388456_native.pdf | 23,823 | 209.58.147.44 |
| 09/18/2019 00:18:00 | Upload Successful | /KLC0001_Opposing Counsel/RebrookLaw-Schoep/097_S01388455_native.pdf | 28,578 | 209.58.147.44 |
| 09/18/2019 00:17:59 | Upload Successful | /KLC0001_Opposing Counsel/RebrookLaw-Schoep/094_S01388452_native.pdf | 24,762 | 209.58.147.44 |
| 09/18/2019 00:17:59 | Upload Successful | /KLC0001_Opposing Counsel/RebrookLaw-Schoep/096_S01388454_native.pdf | 24,098 | 209.58.147.44 |
| 09/18/2019 00:17:59 | Upload Successful | /KLC0001_Opposing Counsel/RebrookLaw-Schoep/083_S01388441_native.pdf | 24,150 | 209.58.147.44 |
| 09/18/2019 00:17:59 | Upload Successful | /KLC0001_Opposing Counsel/RebrookLaw-Schoep/093_S01388451_native.pdf | 26,654 | 209.58.147.44 |

| Date/Time | Status | File Path | Size | IP |
|---|---|---|---|---|
| 09/18/2019 00:21:58 | Upload Successful | /KLC0001_Opposing Counsel/RebrookLaw-Schoep/035_S01388702_native.pdf | 11,051 | 209.58.147.44 |
| 09/18/2019 00:21:58 | Upload Successful | /KLC0001_Opposing Counsel/RebrookLaw-Schoep/035_S01388688_native.pdf | 160,347 | 209.58.147.44 |
| 09/18/2019 00:21:58 | Upload Successful | /KLC0001_Opposing Counsel/RebrookLaw-Schoep/038_S01388698_native.pdf | 48,870 | 209.58.147.44 |
| 09/18/2019 00:21:58 | Upload Successful | /KLC0001_Opposing Counsel/RebrookLaw-Schoep/034_S01388687_native.pdf | 11,004 | 209.58.147.44 |
| 09/18/2019 00:21:58 | Upload Successful | /KLC0001_Opposing Counsel/RebrookLaw-Schoep/032_S01388683_native.pdf | 11,042 | 209.58.147.44 |
| 09/18/2019 00:21:57 | Upload Successful | /KLC0001_Opposing Counsel/RebrookLaw-Schoep/030_S01388675_native.pdf | 80,600 | 209.58.147.44 |
| 09/18/2019 00:21:57 | Upload Successful | /KLC0001_Opposing Counsel/RebrookLaw-Schoep/027_S01388669_native.pdf | 62,713 | 209.58.147.44 |
| 09/18/2019 00:21:57 | Upload Successful | /KLC0001_Opposing Counsel/RebrookLaw-Schoep/028_S01388670_native.pdf | 51,627 | 209.58.147.44 |
| 09/18/2019 00:21:57 | Upload Successful | /KLC0001_Opposing Counsel/RebrookLaw-Schoep/020_S01388658_native.pdf | 143,486 | 209.58.147.44 |
| 09/18/2019 00:21:57 | Upload Successful | /KLC0001_Opposing Counsel/RebrookLaw-Schoep/016_S01388646_native.pdf | 47,803 | 209.58.147.44 |
| 09/18/2019 00:21:57 | Upload Successful | /KLC0001_Opposing Counsel/RebrookLaw-Schoep/018_S01388656_native.pdf | 8,663 | 209.58.147.44 |
| 09/18/2019 00:21:57 | Upload Successful | /KLC0001_Opposing Counsel/RebrookLaw-Schoep/017_S01388655_native.pdf | 49,837 | 209.58.147.44 |
| 09/18/2019 00:21:57 | Upload Successful | /KLC0001_Opposing Counsel/RebrookLaw-Schoep/010_S01388637_native.pdf | 196,905 | 209.58.147.44 |
| 09/18/2019 00:21:57 | Upload Successful | /KLC0001_Opposing Counsel/RebrookLaw-Schoep/015_S01388645_native.pdf | 9,130 | 209.58.147.44 |
| 09/18/2019 00:21:57 | Upload Successful | /KLC0001_Opposing Counsel/RebrookLaw-Schoep/009_S01388635_native.pdf | 50,186 | 209.58.147.44 |
| 09/18/2019 00:21:56 | Upload Successful | /KLC0001_Opposing Counsel/RebrookLaw-Schoep/040_S01388704_native.pdf | 41,451 | 209.58.147.44 |
| 09/18/2019 00:21:32 | Upload Successful | /KLC0001_Opposing Counsel/RebrookLaw-Schoep/009_S01388309_native.pdf | 61,068 | 209.58.147.44 |
| 09/18/2019 00:21:32 | Upload Successful | /KLC0001_Opposing Counsel/RebrookLaw-Schoep/011_S01388318_native.pdf | 139,502 | 209.58.147.44 |
| 09/18/2019 00:21:32 | Upload Successful | /KLC0001_Opposing Counsel/RebrookLaw-Schoep/005_S01388304_native.pdf | 25,397 | 209.58.147.44 |
| 09/18/2019 00:21:32 | Upload Successful | /KLC0001_Opposing Counsel/RebrookLaw-Schoep/004_S01388303_native.pdf | 10,844 | 209.58.147.44 |
| 09/18/2019 00:21:32 | Upload Successful | /KLC0001_Opposing Counsel/RebrookLaw-Schoep/010_S01388312_native.pdf | 10,826 | 209.58.147.44 |