# EXHIBIT 4

From: ▮▮▮▮▮▮▮▮▮▮@idsinc.com>
Date: January 28, 2020 at 12:17:33 PST
To: ▮▮▮▮▮▮▮▮▮▮
Cc: IDS_SINKS-02678 <ids_sinks-02678@idsinc.com>
Subject: Sines vs. Kessler

Mr. ReBrook,

Mr. Schoep's VK files have been loaded into Relativity and are ready for your review. There are 396 documents including family. We've created a saved search for you which will return those documents. The link to that search is:

▮▮▮▮▮▮▮▮▮▮

Please let us know if you have any questions.

Thank you,
Barbara
▮▮▮▮▮▮▮▮▮▮

--
**Barbara Bibas**
Discovery Services Consultant
iDiscovery Solutions

  

iDS is a proud Chambers and Partners Band 2 Ranked eDiscovery provider!
https://www.chambersandpartners.com/12788/283/editorial/5/1#/editorial/5/1#2713055_editorial

INFORMATION CLASSIFICATION NOTICE: This electronic communication (including any attachments) is intended to be viewed only by the individual(s) to whom it is addressed. It may contain information that is privileged, proprietary, confidential and/or protected from disclosure by applicable law. Any disclosure, dissemination, distribution, copying, exporting or other use of this communication or any attached document(s) other than for the purpose intended by the sender is strictly prohibited without prior written permission from the sender. If you have received this communication in error, please notify the sender immediately by reply e-mail and promptly destroy all electronic and printed copies of this communication and any attached documents.

From: sinc.com>
Date: January 28, 2020 at 16:49:45 PST
To: "
Cc: iDS_SINKS-0267                        @idsinc.com>
Subject: Sines vs. Kessler

Mr. ReBrook,

Mr. Schoep's NSM88.ORG website files have been loaded into Relativity and are ready for your review. There are 2,146 documents including family. We've created a saved search for you which will return those documents. The link to that search is:

Please let us know if you have any questions.

Thank you,
Barbara

----
Barbara Bibas
Discovery Services Consultant
iDiscovery Solutions



iDS is a proud Chambers and Partners Band 2 Ranked eDiscovery provider!
https://www.chambersandpartners.com/12789/283/editorial/5/1/19-217055_editorial

INFORMATION CLASSIFICATION NOTICE: This electronic communication (including any attachments) is intended to be viewed only by the individual(s) to whom it is addressed. It may contain information that is privileged, proprietary, confidential and/or protected from disclosure by applicable law. Any disclosure, dissemination, distribution, copying, exporting or other use of this communication or any attached document(s) other than for the purpose intended by the sender is strictly prohibited without prior written permission from the sender. If you have received this communication in error, please notify the