# EXHIBIT 5



RE: Sines vs. Kessler - Document Production to Plaintiffs' Counsel

**BB** — s@idsinc.com>
Fri 3/27/2020 4:31 PM
You; Ken Kim; Edward ReBrook, ESQ; iDS_SINKS-02678

We have released three productions to Plaintiff's counsel for Mr. Schoep, notifying counsel on each production date. Please see the below chart and let us know if you have any questions.

| Production Volume | Production Date | Defendant | Universe (folders) | Beg Bates | End Bates | Docs | Images | Text | Natives |
|---|---|---|---|---|---|---|---|---|---|
| JS001 | 10/25/2019 | Schoep_Jeff | email, laptop | JS00000001 | JS00000295 | 100 | 295 | 100 | 43 |
| JS002 | 3/18/2020 | Schoep_Jeff | VK & website | JS00000296 | JS00007680 | 2,163 | 7,385 | 2,163 | 23 |
| JS003 | 3/18/2020 | Schoep_Jeff | email, laptop (supplemental) | JS00007681 | JS00010033 | 382 | 2,353 | 382 | 34 |

Happy to be of assistance,
Barbara

**Barbara Bibas**
Discovery Services Consultant
**iDiscovery Solutions**