# EXHIBIT 9



















   MYC-SPAN LOGIN   

 VIDEO LIBRARY QUICK GUIDE | 258,281 | hours of content

Search by keyword, name, etc.

Series ⌄    Congress    Executive
             Supreme Court



## Jeff Schoep

**On the C-SPAN Networks:**
Jeff Schoep is a Coordinator for Outreach in the Parallel Networks with one video in the C-SPAN Video Library; the first appearance was a 2019 **Forum**.

**Appearances by Title:**
*c.* January 1, 2019 – *c.* Present
**Coordinator, Outreach, Parallel Networks**
**Videos: 1**

### ▶ RECENT APPEARANCES



**NOVEMBER 4, 2019**
**Combating Violent Extremism and Terrorism**
New America held a discussion on combating extremism and domestic terrorism. Panelists included a former intelligence…

See all appearances ❯

### 📈 APPEARANCE STATS

**Filter By**
All Event Types ⌄

**Search Appearances**



**2019**
Videos: **1**
See all videos ❯

### ABOUT C-SPAN
Our Mission
Our History
Cameras In The Court
Milestones
Leadership
Jobs ↗
In The Community
Video Library

### RESOURCES
C-SPAN Classroom
Blog
Series A-Z
Press Center
FAQs
Contact Us
Store
C-SPAN's Book

MyC-SPAN Login

**C-SPAN Radio App**
 Download ↗
 Download ↗

🎙 C-SPAN Podcasts

### FOLLOW C-SPAN
🐦 📘

### CHANNEL FINDER
Find C-SPAN On Your TV

Step 1: Enter ZIP    CHECK
Step 2: Select Your Provider ⌄
Step 3: 

**Ari Hart**
February 11

As a rabbi, I often get the honor of showing people around a synagogue for the first time.

The tour I gave tonight, however, I will never forget.

For many years, Ken and Jeff (pictured) were active leaders in the National Socialist Movement.

In other words, Nazis. Not figurative Nazis. Literal, swastika wearing, Nazis.

Then, through a journey of encountering the other, painful reflection, honest accounting, and help from others – they broke free.

They broke free of the hate, they broke free of the antisemitism, they broke free of the echo chamber, and now they are sharing what they know and reaching out to those still wrapped in the hate to help them break free as well.

Tonight they were here at Skokie Valley Agudath Jacob, thanks to the Simon Wiesenthal Center and the amazing work of Alison Pure-Slovin. Along with TM Garret, they shared their stories and knowledge with us, with deep humility, pain and insight.

Tonight's program stirred up many thoughts, ideas and raw emotions for me that I am still processing. But bottom line, White Supremacist violence and hatred is rising in America.

We need to support the courageous leaders who are speaking out against hate and to listen and learn from them on what we can do to help stop it. Their message was ultimately one of the power of love and compassion to change hearts and minds.

This is the power we need now.

May God bless and protect them in their efforts, and may we all build a world together that is always moving from darkness to light.

