# EXHIBIT A

# REDACTED

| | |
|---|---|
| From: | Acacia Dietz ▬▬▬▬▬ |
| Sent: | Monday, April 6, 2020 1:49 AM |
| To: | Michael Bloch; Jessica Phillips |
| Cc: | Edward ReBrook, ESQ |
| Subject: | Mr. Schoep's Privilege Log |
| Attachments: | DefSchoep - 04052020_Priv Log_Schoep_.pdf |

**CAUTION**: External email. Please do not respond to or click on links/attachments unless you recognize the sender.

Mr. Bloch & Ms. Phillips,

Please find the attached revised Privilege Log for Mr. Schoep's documents withheld due to privilege. iDS (Vendor) has been authorized to release the newly recoded documents to you as of 1:30am, April 6, 2020.

We will also be providing Mr. Schoep's new phone to the vendor for imaging and will provide his supplemental response for "Exhibit A To Stipulation and Order for the Imaging, Preservation, and Production of Documents" accordingly.

Please let Mr. ReBrook or myself know if there is anything else that is needed from Mr. Schoep.

ACACIA DIETZ
Legal Assistant
THE REBROOK LAW OFFICE
Phone: ▬▬▬▬▬
Email: ▬▬▬▬▬

This e-mail message, including all attachments, contains confidential information protected by the attorney-client privilege and/or the attorney work-product doctrine. It is intended solely for the use of the addressee. If you have received this message in error, please notify the sender immediately by telephone ▬▬▬▬▬ or by electronic mail ▬▬▬▬▬ and delete this message and all copies and backups thereof. Thank you.

1

# ATTACHMENT OMITTED