CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILE, VA
FILED

APR 09 2020

JULIA C. DUDLEY, CLERK
BY: /s/
   DEPUTY CLERK

Matthew Heimbach
PO Box 278
Steubenville, OH 43592



OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
255 WEST MAIN STREET
ROOM 304
CHARLOTTESVILLE, VIRGINIA 22902

OFFICIAL BUSINESS

RICHMOND
VA 230
18 MAR '20
PM 4 L

NIXIE          152  FE 1          0004/02/20

RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD

BC: 22902505879          *1750-03210-18-38

CLERKS OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
03/19/2020
JULIA C. DUDLEY, CLERK
BY: /s/ J. JONES
 DEPUTY CLERK

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| ELIZABETH SINES, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> JASON KESSLER, *et al.*, <br><br> *Defendants*. | CASE NO. 3:17-cv-00072 <br><br> ORDER <br><br> JUDGE NORMAN K. MOON |

This matter is before the Court on Defendant Matthew Heimbach's Motion to Dismiss the First Amended Complaint ("Second Motion to Dismiss"), which Heimbach had filed in July 2019, proceeding pro se. Dkt. 520.

On January 26, 2018, Heimbach—who was then represented by counsel—was among those defendants who moved to dismiss Plaintiffs' claims ("First Motion to Dismiss") in the First Amended Complaint. Dkt. 205, 206; *see also* Dkt. 201–09, 212–13. That was the Court-ordered deadline further stipulated to by the parties, to file a motion to dismiss to Plaintiffs' First Amended Complaint. Dkt. 186–87. In July 2018, the Court issued an opinion denying the First Motion to Dismiss and other then-pending motions to dismiss in substantial part. Dkt. 335–36. The Court considered Plaintiffs' allegations against Heimbach and ruled that Plaintiffs "plausibly allege[d]" that Heimbach had "joined the conspiracy to commit racial violence." Dkt. 335 at 35. The Court further ruled that "the First Amendment does not prevent the imposition of liability for the acts of violence alleged here." *Id.* Plaintiffs' case proceeded against Heimbach and the other defendants. Thereafter, while he was still represented by counsel, Heimbach answered the First Amended Complaint. Dkt. 343.

Plaintiffs recount in their opposition brief that Heimbach fired his attorneys and failed to participate in discovery or for the first half of 2019. Dkt. 521 at 7–8. Only then—approximately 18 months after the deadline to file any motion to dismiss the First Amended Complaint—Heimbach filed his Second Motion to Dismiss. Dkt. 520. Heimbach has raised arguments in his Second Motion to Dismiss that the Court already ruled in its July 2018 memorandum opinion. Heimbach argued that the First Amended Complaint includes insufficient allegations against him to state a plausible claim to relief, and that his actions were protected by the First Amendment. *See, e.g.*, Dkt. 520 at 1, 4, 12.

Because the Court has since afforded Plaintiffs leave to amend their complaint and to file the operative Second Amended Complaint (Dkt. 557), the Court will **DENY as moot** Heimbach's untimely Second Motion to Dismiss the First Amended Complaint (Dkt. 520), *without prejudice*. Plaintiffs' request for attorneys' fees specifically for responding to Heimbach's Second Motion to Dismiss will be **DENIED**, *without prejudice* to any other request for fees or sanctions arising from Heimbach's litigation conduct besides filing the Second Motion to Dismiss.

It is so **ORDERED**.

The Clerk of the Court is directed to send a certified copy of this Order to the parties.

Entered this __19th__ day of March, 2020.

NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE

2



OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
255 WEST MAIN STREET
ROOM 304
CHARLOTTESVILLE, VIRGINIA 22902

OFFICIAL BUSINESS

RICHMOND VA 230
20 MAR '20
PM 4 L

NIXIE    152  FE 1       0004/02/20
       RETURN TO SENDER
   NOT DELIVERABLE AS ADDRESSED
         UNABLE TO FORWARD
BC: 22902505879    *1750-08119-20-41*

Matthew Heimbach
PO Box 278
Steubenville, OH 43592

Case 3:17-cv-00072-NKM-JCH Document 681 Filed 03/16/20 Page 1 of 2 Pageid#: 9686
Case 3:17-cv-00072-NKM-JCH Document 702-1 Filed 04/09/20 Page 7 of 8 Pageid#: 10326

CLERKS OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
03/16/2020
JULIA C. DUDLEY, CLERK
BY: /s/ J. JONES
DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

ELIZABETH SINES, SETH WISPELWEY,
MARISSA BLAIR, APRIL MUÑIZ,
MARCUS MARTIN, NATALIE ROMERO,
CHELSEA ALVARADO, JOHN DOE, and
THOMAS BAKER,

Plaintiffs,

v.

JASON KESSLER, et al.,

Defendants.

Civil Action No. 3:17-cv-00072-NKM

JURY TRIAL DEMANDED

**ORDER SEALING EXHIBITS TO
PLAINTIFFS' SUPPLEMENTAL BRIEF IN FURTHER SUPPORT OF THEIR
MOTIONS FOR EVIDENTIARY SANCTIONS AGAINST DEFENDANT ELLIOTT
KLINE A/K/A ELI MOSLEY**

WHEREAS, on March 13, 2020, Plaintiffs filed a Supplemental Brief in Further Support of their Motion for Evidentiary Sanctions Against Defendant Elliott Kline a/k/a Eli Mosley (the "Supplemental Brief"), ECF No. 679, and did not publicly file Exhibits A, B, C, D, E, F, G, H, I, J, and K to the Supplemental Brief and portions of the Supplemental Brief because they were designated as Highly Confidential by the producing parties or contain Highly Confidential Information as defined by the Order for the Production of Documents and Exchange of Confidential Information dated January 3, 2018, ECF No. 167,

WHEREAS, Plaintiffs have provided unredacted copies of Exhibits A, B, C, D, E, F, G, H, I, J, and K and the Supplemental Brief to the Court and moved, pursuant to Local Rule 9, for those exhibits and portions of the Supplemental Brief to be sealed,

IT IS HEREBY ORDERED that the Motion to Seal, ECF No. 680, is GRANTED, and Exhibits A, B, C, D, E, F, G, H, I, J, and K to the Supplemental Brief, ECF No. 679, and the redacted portions of the Supplemental Brief are hereby sealed pursuant to Local Rule 9.

Dated: March 16, 2020

**SO ORDERED.**

_____
Hon. Joel C. Hoppe, M.J.