CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

APR 1 3 2020

JULIA C. DURLEY, CLERK
BY:
DEPUTY CLERK

Matthew Heimbach
PO Box 278
Steubenville, OH 43592

CLERK'S OFFICE U.S. DIST. COURT
AT HARRISONBURG, VA
FILED

3/30/20

JULIA C. DUDLEY, CLERK
BY:   K. Dotson

DEPUTY CLERK

## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### Charlottesville Division

ELIZABETH SINES, SETH WISPELWEY,
MARISSA BLAIR, APRIL MUÑIZ,
MARCUS MARTIN, NATALIE ROMERO,
CHELSEA ALVARADO, JOHN DOE, and
THOMAS BAKER,

                    Plaintiffs,

v.

JASON KESSLER, et al.,

                    Defendants.

**Civil Action No. 3:17-cv-00072-NKM**

### ORDER SEALING EXHIBITS TO
### PLAINTIFFS' MOTION TO COMPEL DISCOVERY
### FROM DEFENDANT JEFF SCHOEP

WHEREAS, on March 27, 2020, Plaintiffs filed a Motion to Compel Discovery from Defendant Jeff Schoep (the "Motion"), ECF No. 689, and did not publicly file Exhibits A, B, and C to the Motion because they were designated as Highly Confidential by the producing parties or contain Highly Confidential Information as defined by the Order for the Production of Documents and Exchange of Confidential Information dated January 3, 2018, ECF No. 167,

WHEREAS, Plaintiffs have provided unredacted copies of Exhibits A, B, and C and the Motion to the Court and moved, pursuant to Local Rule 9, for those exhibits to be sealed,

IT IS HEREBY ORDERED that the motion to seal, ECF No. 690, is GRANTED, and the Clerk is directed to file Exhibits A, B, and C to the Motion, ECF No. 689, under sealed pursuant to Local Rule 9.

Dated: March 30, 2020

**SO ORDERED.**

_____
Hon. Joel C. Hoppe, M.J.



OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
255 WEST MAIN STREET
ROOM 304
CHARLOTTESVILLE, VIRGINIA 22902

OFFICIAL BUSINESS

RICHMOND
VA 230
01 APR 20
PM 5 L

US POSTAGE
$0.50
FIRST-CLASS
062S0011265234
22902
B18120.11

NIXIE      152     FE 1      0004/09/20
           RETURN TO SENDER
      NOT DELIVERABLE AS ADDRESSED
           UNABLE TO FORWARD
BC: 22902505879      *1850-03780-01-38