CLERKS OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
04/14/2020
JULIA C. DUDLEY, CLERK
BY: /s/ J. JONES
    DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

ELIZABETH SINES, SETH WISPELWEY,
MARISSA BLAIR, APRIL MUÑIZ,
MARCUS MARTIN, NATALIE ROMERO,
CHELSEA ALVARADO, JOHN DOE, and
THOMAS BAKER,

                Plaintiffs,

v.

JASON KESSLER, et al.,

                Defendants.

**Civil Action No. 3:17-cv-00072-NKM**

**JURY TRIAL DEMANDED**

## ORDER SEALING EXHIBITS AND APPENDICES TO PLAINTIFFS' MOTION TO COMPEL DISCOVERY FROM DEFENDANT NATIONAL SOCIALIST MOVEMENT

WHEREAS, on March 11, 2020, Plaintiffs filed a Motion to Compel Discovery from NSM (the "Motion to Compel"), ECF No. 674, and did not publicly file Exhibits 5, 9, 26, 31, 33, 34, 35, 37 and 38 and Appendices A–C to the Motion because they were designated as Highly Confidential by the producing parties or contain Highly Confidential Information as defined by the Order for the Production of Documents and Exchange of Confidential Information dated January 3, 2018, ECF No. 167,

WHEREAS, Plaintiffs have provided unredacted copies of Exhibits 5, 9, 26, 31, 33, 34, 35, 37 and 38 and Appendices A–C to the Court and moved, pursuant to Local Rule 9, for those exhibits and appendices to be sealed,

IT IS HEREBY ORDERED that the motion to seal, ECF No, 677, is GRANTED, and the Clerk is directed to file under seal Exhibits 5, 9, 26, 31, 33, 34, 35, 37 and 38 and Appendices A–C to the Motion to Compel, ECF No. 674, pursuant to Local Rule 9.

1

Dated: April 14, 2020

**SO ORDERED.**

                                                           Hon. Joel C. Hoppe, M.J.