# EXHIBIT 1

**From:** CommanderBurt
**Sent:** Friday, April 17, 2020 3:03 PM
**To:** Acacia Dietz
**Cc:** Burt; Edward ReBrook, ESQ
**Subject:** Re: Charlottesville Case - Sines vs Kessler - Discovery

Mr. ReBrook,

   Other than you agreeing to listen in on behalf of the NSM Detroit at my deposition, have I retained you?



**Commander Burt Colucci**

**"I am now as before a Catholic and will always remain so". -Adolf Hitler to General Gerhard Engel, 1941**

**National Socialist Movement Corporation**
**The information in this email is confidential and may be legally privileged. Furthermore, the NSM is not responsible for the content of this e-mail, and anything written in this e-mail does not necessarily reflect the NSM's views or opinions. Access to this email by anyone other than the intended addressee is  unauthorized. If you are not the intended recipient of this message, any review, disclosure, copying, distribution, retention, or any action taken or  omitted to be taken in reliance on it is prohibited and may be unlawful. If you have received this mail in error, please destroy the copy in your possession and**
**mailto:chiefofstaff@nsm88.org**

Sent with ProtonMail Secure Email.

------- Original Message -------
On Friday, April 17, 2020 12:28 AM, Acacia Dietz <acacia.dietz@outlook.com> wrote:

>   Burt –
>
>   Attached are court filings for the Sines vs Kessler case regarding the NSM and NF.  Thus far it has been your position that you will not cooperate and participate in the discovery process without being personally named in the Sines v Kessler lawsuit. Without the NSM and your cooperation and participation in discovery it is impossible to be able to remain effective as counsel. Jeff Schoep's position as a peace advocate and speaking out against the NSM and the white nationalist movement has also created a conflict of interest between clients.

According to the Plaintiffs' Motion to Compel Discovery from NSM and your own deposition, the Florida nonprofit of The National Socialist Movement is indeed just a continuation/reincorporation of the now dissolved Michigan National Socialist Movement.  In your deposition you stated that you "reincorporated" the NSM in Florida. Given that by your own admission the Florida NSM is a reincorporation of the Michigan NSM, the judge will most likely hold the Florida nonprofit NSM as the same NSM named in this current litigation. Therefore, you/NSM will be required to cooperate/participate in this discovery process. There is only so much counsel is able to do on your behalf without any cooperation.

Do you have any intention to cooperate and participate in this litigation and discovery process from this point forward?  We need an answer on this as soon as possible.

Best Regards –

**Acacia Dietz**

Legal Assistant

**The ReBrook Law Office**

Phone: 586.696.0385

Email: acacia.dietz@outlook.com

This e-mail message, including all attachments, contains confidential information protected by the attorney-client privilege and/or the attorney work-product doctrine. It is intended solely for the use of the addressee. If you have received this message in error, please notify the sender immediately by telephone (586.696.0385) or by electronic mail (acacia.dietz@outlook.com) and delete this message and all copies and backups thereof. Thank you.