EXHIBIT 3

 **Butch Urban**
Oct 25, 2019 at 3:09 am

 + Follow

WTF - Fucking Twitter post from Schoep in Turkey. Must have gotten one hell of a pay raise working for the Jews. Scumbag Motherfucker !!!

Jeff Schoep @SchoepJeff
Oct 23
With the Lions of Mustafa Kemal Ataturk #Ankara #Ataturk #Turkey #JeffSchoep

**Butch Urban**
Oct 20, 2019 at 5:03 am

+ Follow

JEFF SCHOEP TRAITOR !!! Fucking piece of shit !!!

https://www.washingtonexaminer.com/news/former-neo-na..

Former neo-Nazi leader joins al Qaeda recruiter to fight extremism
www.washingtonexaminer.com

♡ 37     ⤳ 7     More ˅                                    ◉ 280

Oldest ˅

**Summer Reich**
Unbelievable!
20 Oct at 9:27 am   Reply                                ♥ 2

**Dmitriju Andrusjaku**
Schoep is a spineless no balls douche
20 Oct at 10:19 am   Reply                                ♥ 4

**Chris Young**
WTF??
20 Oct at 12:15 pm   Reply                                ♥ 1

**Ike Baker**
This is still almost unbelievable...
21 Oct at 7:14 am   Reply                                 ♥ 1





**Randall Ramsey**
Aug 28, 2019 at 2:25 pm ☗

+ Follow

Listen guys. I know most of you are just concerned when you ask but some are just being a dick. Jeff Schoep has had nothing to do with the NSM since March. Whatever he is doing (making himself look like a cuck) has nothing to do with the NSM. Ppl leave and get kicked out of organizations all the time. This isn't much different than that. Commander Colucci has it under control and the NSM will carry on the fight for our race. Just cause one ex member loss there balls doesn't mean the rest has. Hail Victory and Hail the NSM!

♡ 22     ⤳     More ˅                                    ◉ 195



**Kynan Dutton**
20 Aug at 11:44 pm

Pretty sure this speaks for itself. The shekels just keep on coming.....dance puppet.

http://jeffschoep.com/jeffschoep/



Jeff Schoep
jeffschoep.com

♡ 7   ⤳     👁 124

---



**Irish Bostonian**
17 Aug at 6:32 pm

I hear Jeff Schoep is now working with Piccolini and the SPLC.
He regrets his hateful ways and now wants to be a good little lap dog for Schlomo.
(This is not a shit stirring post btw)

♡ 17   ⤳ 2     👁 111

 **Esotericism and Tradition ILB**
15 Aug at 2:17 pm

https://archive.fo/FXXKN

This traitor is only playing the part assigned to him by the establishment, the aim of his jewish masters, after that he had played for years the role of the ignorant neo-nazi violent skin head just to give to the broader public a bad image of true national socialism and white identitarians, is to push white patriots to abandon the so called "extremism" to a more "acceptable" Kosher party which will endorse some republican scum like Trump or Tulsi Gabbard.

Just another Clown unmasked. (being clear that he unmasked himself in the moment that he endorsed Donald Trump, now the mask has been destroyed.)



Jeff Schoep

y name is Jeff Schoep, the *former* commander of the National Socialist Movement (NSM). From 1994 until early 2019, I was the leader of the largest neo-Nazi organization in the United States. In early 2019, I retired from the NSM and

**Jeff Schoep**
archive.md

 

◎ 21



**Butch Urban**
15 Aug at 2:38 am

ANOTHER TRAITOR TO THE MOVEMENT !!!

https://archive.fo/FXXKN#selection-373.0-437.11



♡ 12    ⇗ 1                                      👁 111



**Butch Urban**
15 Aug at 2:22 am

HOW MANY SHEKELS WAS HE PAID FOR THIS !!!

https://archive.fo/FXXKN#selection-373.0-437.11

My name is Jeff Schoep, the former commander of the National Socialist Movement (NSM). From 1994 until early 2019, I was the leader of the largest neo-Nazi organization in the United States. In early 2019, I retired from the NSM and walked away from the movement in its entirety.
Expand text...





Jeff Schoep
archive.md

♡ 4    ⤳                                                    👁 141

---

**Kynan Dutton**
14 Aug at 7:46 pm

By Jeff Schoep's own words: RACE TRAITOR
THE ROPE FOR SCHOEP!

My name is Jeff Schoep, the former commander of the National Socialist Movement (NSM). From 1994 until early 2019, I was the leader of the largest neo-Nazi organization in the United States. In early 2019, I retired from the NSM and walked away from the movement in its entirety.
Expand text...

♡ 9    ⤳                                                    👁 150



**Kynan Dutton**
14 Aug at 7:43 pm

Not only did he SELL OUT the NSM, now actively working with our Racial enemies. This are his OWN words. I FUCKING TOLD YOU SO. JEFF SCHOEP IS A RACE TRAITOR. A BETRAYER. THE ROPE FOR SCHOEP!!

https://archive.fo/FXXKN



Jeff Schoep
archive.md

♡ 14    ↱              👁 129