# EXHIBIT 2

**Cville Vanguard - general**
**Thomas - Commander#770 at 2017-08-12 11:30:54 +0000**

@everyone Today's the big day. Head to McCintire park. Carpool as much as possible, spaces are limited. Bring any gear you plan to have at the rally.

Thomas - Commander#770
2017-08-12 11:30:54 +0000



**#927118.1**

**#927118.1**

**Metadata**

| Server | Cville Vanguard | ORIGINAL |
|---|---|---|