# EXHIBIT 3

**Charlottesville 2.0 - vanguard_america**
**White-PowerStroke(Dillon)#6190 at 2017-06-16 01:09:11 +0000**

> You guys want me to get some shields?

White-PowerStroke(Dillon)#6190
2017-06-16 01:09:11 +0000



EXHIBIT
Hopper
30

#1742031.1