# EXHIBIT 4

**Charlottesville 2.0 - general_1**
**Aaron - VA#7728 at 2017-06-08 16:50:14 +0000**

Are you coming Dillon?

Aaron - VA#7728
2017-06-08 16:50:14 +0000



#1763189.1

## Charlottesville 2.0 - general_1
### White-PowerStroke(Dillon)#6190 at 2017-06-08 16:51:08 +0000

Well, duh

White-PowerStroke(Dillon)#6190
2017-06-08 16:51:08 +0000

### Charlottesville 2.0 - general_1
**80D#6695 at 2017-06-08 16:51:29 +0000**

> Why shorter speeches? @<White-PowerStroke(Dillon)#6190>

80D#6695
2017-06-08 16:51:29 +0000

#1749124.1

**Charlottesville 2.0 - general_1**
**Aaron - VA#7728 at 2017-06-08 16:51:32 +0000**

> Good man!!

Aaron - VA#7728
2017-06-08 16:51:32 +0000

**Charlottesville 2.0 - general_1**
**80D#6695 at 2017-06-08 16:51:35 +0000**

> Don't we have some time to kill

80D#6695
2017-06-08 16:51:35 +0000

#1743756.1

Charlottesville 2.0 - general_1
White-PowerStroke(Dillon)#6190 at 2017-06-08 16:54:48 +0000

@<80D#6695> Not 5 hours. There are 8 speakers so far. If Each speech is even 15 minutes, that's 2 hours of talking. If each speech is 30 minutes that's 4 hours of talking. This is going in the dead of summer, the temperature will be nearly 100 degrees with 100% humidity and we will all be standing in it for quite some time.

White-PowerStroke(Dillon)#6190
2017-06-08 16:54:48 +0000

#1756581.1

## Charlottesville 2.0 - general_1
### White-PowerStroke(Dillon)#6190 at 2017-06-08 16:55:45 +0000

So, to mitigate suffering, I propose 5 minutes.

White-PowerStroke(Dillon)#6190
2017-06-08 16:55:45 +0000

#1747127.1

## Charlottesville 2.0 - general_1
**MadDimension#8652/Zebo/Zebo#8652 at 2017-06-08 16:56:59 +0000**

@<White-PowerStroke(Dillon)#6190> The speeches are going to be short and sweet

MadDimension#8652/Zebo/Zebo#8652
2017-06-08 16:56:59 +0000

### Charlottesville 2.0 - general_1
**MadDimension#8652/Zebo/Zebo#8652 at 2017-06-08 16:57:29 +0000**

> We may spread some of them out into a private event on Sunday

MadDimension#8652/Zebo/Zebo#8652
2017-06-08 16:57:29 +0000

#1764730.1

Charlottesville 2.0 - general_1
White-PowerStroke(Dillon)#6190 at 2017-06-08 16:57:36 +0000

> I'll give a 6 word speech.

White-PowerStroke(Dillon)#6190
2017-06-08 16:57:36 +0000

#1744873.1

Charlottesville 2.0 - general_1
HipToTheJQ#2111 at 2017-06-08 16:57:39 +0000

@<White-PowerStroke(Dillon)#6190> Are you gonna give a speech grorious reader

HipToTheJQ#2111
2017-06-08 16:57:39 +0000

#1760893.1

**Charlottesville 2.0 - general_1**
**White-PowerStroke(Dillon)#6190 at 2017-06-08 16:57:52 +0000**

Maybe.

White-PowerStroke(Dillon)#6190
2017-06-08 16:57:52 +0000

#1762612.1

Charlottesville 2.0 - general_1
White-PowerStroke(Dillon)#6190 at 2017-06-08 16:58:21 +0000

> 6 word speech, "Gas the kikes. Race war now."

White-PowerStroke(Dillon)#6190
2017-06-08 16:58:21 +0000

#1746591.1