# EXHIBIT 5

**Cville Vanguard - general**

**Thomas - Commander#770 at 2017-08-11 20:22:04 +0000**

@everyone The leadership meeting is compromised, so leadership is going alongside anyone wanting to provide security. There will also be a VA general meeting afterwards, before the tiki march. I suggest everyone attend the leadership meeting who can to provide security and be present for the general meeting afterwards. Stay tuned for times and locations. Leadership meeting is set at 7. Be ready then.

Thomas - Commander#770

2017-08-11 20:22:04 +0000

**#926908.1**