# EXHIBIT 6

**Cville Vanguard - general**

**Thomas - Commander#770 at 2017-08-11 17:13:05 +0000**

We aren't open carrying. We have people who are concealed carrying. Those are the rules. Attend or don't.

Thomas - Commander#770
2017-08-11 17:13:05 +0000

**#926963.1**