# EXHIBIT 7

Bowl Patrol - bowlnut_gallery
Steffen Krauter#3539 at 2017-08-12 19:46:28 +0000



image.jpg

Steffen Krauter#3539
2017-08-12 19:46:28 +0000



EXHIBIT
Hopper
31

#965849.1

**Bowl Patrol - bowlnut_gallery**
**erz1871#2900 at 2017-08-12 19:54:54 +0000**

https://youtu.be/XNZ1obcR328

erz1871#2900
2017-08-12 19:54:54 +0000

Reaction: 😃

Commodvs Detritvs#7600

#982144.1

**Bowl Patrol - bowlnut_gallery**
**NSJW#4913 at 2017-08-12 19:59:14 +0000**

looool

NSJW#4913
2017-08-12 19:59:14 +0000

#961323.1

Bowl Patrol - bowlnut_gallery
neat#187 at 2017-08-12 20:33:06 +0000



neat#187
2017-08-12 20:33:06 +0000

#977843.1

**Bowl Patrol - bowlnut_gallery**
**Sammy Woodchipperz#6317 at 2017-08-12 20:34:03 +0000**

I hope that's true

Sammy Woodchipperz#6317
2017-08-12 20:34:03 +0000

Bowl Patrol - bowlnut_gallery
White-PowerStroke(Dillon)#6190 at 2017-08-12 20:36:55 +0000

You don't total out a 2010 Dodge Challenger SE for shits and giggles. Even if it's only a bitch V6

White-PowerStroke(Dillon)#6190
2017-08-12 20:36:55 +0000

Reaction: 👍

General Otto#8608

Reaction: 👍

Vladislav_Hardbassanov#4881

Reaction: 😂

Steffen Krauter#3539

Reaction: 😂

General Otto#8608

#967335.1