# EXHIBIT 8

Vanguard Texas - generaldiscussion
Thomas - Commander#770 at 2017-08-14 07:30:59 +0000

> Fields dindu nuffin tbh

Thomas - Commander#770
2017-08-14 07:30:59 +0000

*Reaction: 279847880284700672*

Thötterdämmerung#8031

*Reaction: 279847880284700672*

Marie Woods#6960

*Reaction: 279847880284700672*

Prophetmuhammad TX#8363



EXHIBIT
ROUSSEAU
101
10/16/19 KRB

#1555898.1

#1555898.1

Metadata

| Server | Vanguard Texas | ORIGINAL |
|---|---|---|