# EXHIBIT 13

Dillon Hopper

I, [type your name here], am the sole accountholder for the Discord account associated with the username [insert] and the email address [fill in your email address here], from which I am sending this email.

Unite - Power Stroke (Dillon) #6190

Pursuant to the Stored Communications Act, 18 U.S.C. § 2702(b)(3), I expressly consent to Discord producing all records and contents of communications associated with the account referenced above, including without limitation all messages and posts regardless of their privacy settings and all communications and messages that are presently active and that may be restored in the future.

I understand and consent that Discord will disclose the records and contents to the legal team for Plaintiffs in the lawsuit Sines, et al. v. Kessler, et al., Case No. 3:17cv-00072, which is currently ongoing in the United States District Court for the Western District of Virginia. I understand and agree that Discord will not search, filter, or limit the records or content in any way before producing them. I understand that after disclosing the information, Discord cannot control how the records and content are used and whether the records and content are further disclosed, which may include being filed in the public record.

I indemnify Discord, Inc., and its parents, subsidiaries, affiliates, officers, contractors, and employees against all claims for damages, compensation, and/or costs brought by any party with respect to damage or loss caused by, or arising out of, or being incidental to the above-referenced disclosure of records or contents of communications. I release any claims I may have against Discord, Inc., or its parents, subsidiaries, affiliates, officers, and employees for damages, compensation, and/or costs with respect to damage or loss caused by, or arising out of, or being incidental to the above-referenced disclosure of records or contents of communications.

*[signature]*

Dillon Hopper 20140813

## AUTHORIZATION AND CONSENT TO DISCLOSE DATA

I am the registered account holder and sole authorized user of the Twitter account associated with:
@Username  @VANGUARD_INDV  and
Email address  AMERICANVANGUARDINDIANA@TUTAMAIL.COM  (the "Account").

Pursuant to the Stored Communications Act, 18 U.S.C. § 2702(b)(3) and 2702(c)(2), I hereby consent to Twitter, Inc. ("Twitter") disclosing the following data associated with the Account, which are in the Account, or were preserved pursuant to the subpoena(s) issued in [INSERT CASE NAME, CASE NO.] (the "Documents"):
- Tweets and associated media, dated between [DATE AND TIME] GMT/UTC and [DATE AND TIME] GMT/UTC; and
- Direct messages, group direct messages, and associated media, dated between [DATE AND TIME] GMT/UTC and [DATE AND TIME] GMT/UTC.
- [INSERT DESCRIPTION OF OTHER DATA REQUESTED]

I consent to Twitter delivering and divulging the Documents to:
Recipient name  MICHAEL BLOCH / Ken Kim
Recipient email address:  MBLOCH@kaplanhecker.com / kkim@idsinc.com

By completing this consent and authorization, I understand and agree that, subsequent to such disclosure, Twitter cannot control how the records and content are used and whether the records and content are further disclosed, including by filing in the public record.

I hereby release any claims I may have against Twitter and/or its parents, subsidiaries, affiliates, related companies, officers, directors, employees, agents, representatives, partners, and licensors (the "Twitter Entities") with respect to damage or loss caused by, or arising out of, or being incidental to the above-referenced disclosure of records or contents of communications.

Dillon Hopper
Printed name

_____
Signature

20190813
Date

## AUTHORIZATION AND CONSENT TO DISCLOSE DATA

I am the registered account holder and sole authorized user of the Twitter account associated with:
@Username __@AmericanVanguard__ and
Email address _____ (the "Account").

Pursuant to the Stored Communications Act, 18 U.S.C. § 2702(b)(3) and 2702(c)(2), I hereby consent to Twitter International Company ("Twitter") disclosing the following data associated with the Account, which are in the Account, or were preserved pursuant to the subpoena(s) issued in [INSERT CASE NAME, CASE NO.] (the "Documents"):
- Tweets and associated media, dated between [DATE AND TIME] GMT/UTC and [DATE AND TIME] GMT/UTC; and
- Direct messages, group direct messages, and associated media, dated between [DATE AND TIME] GMT/UTC and [DATE AND TIME] GMT/UTC.
- [INSERT DESCRIPTION OF OTHER DATA REQUESTED]

I consent to Twitter delivering and divulging the Documents to:
Recipient name __MICHAEL BLOCH / Ken Kim__
Recipient email address: __MBLOCH@kaplanhecker.com / kkim@idsinc.com__

By completing this consent and authorization, I understand and agree that, subsequent to such disclosure, Twitter cannot control how the records and content are used and whether the records and content are further disclosed, including by filing in the public record.

I hereby release any claims I may have against Twitter and/or its parents, subsidiaries, affiliates, related companies, officers, directors, employees, agents, representatives, partners, and licensors (the "Twitter Entities") with respect to damage or loss caused by, or arising out of, or being incidental to the above-referenced disclosure of records or contents of communications.

__Dillon Hopper__
Printed name

__[signature]__
Signature

__20190813__
Date

## AUTHORIZATION AND CONSENT TO DISCLOSE DATA

I am the registered account holder and sole authorized user of the Twitter account associated with:
@Username __C. VanAmOfficial__ and
Email address _____ (the "Account").

Pursuant to the Stored Communications Act, 18 U.S.C. § 2702(b)(3) and 2702(c)(2), I hereby consent to Twitter, Inc. ("Twitter") disclosing the following data associated with the Account, which are in the Account, or were preserved pursuant to the subpoena(s) issued in [INSERT CASE NAME, CASE NO.] (the "Documents"):
- Tweets and associated media, dated between [DATE AND TIME] GMT/UTC and [DATE AND TIME] GMT/UTC; and
- Direct messages, group direct messages, and associated media, dated between [DATE AND TIME] GMT/UTC and [DATE AND TIME] GMT/UTC.
- [INSERT DESCRIPTION OF OTHER DATA REQUESTED]

I consent to Twitter delivering and divulging the Documents to:
Recipient name __Michael Bloch / Ken Kim__
Recipient email address: __MBloch@kaplanhecker.com / kkim@iosinc.com__

By completing this consent and authorization, I understand and agree that, subsequent to such disclosure, Twitter cannot control how the records and content are used and whether the records and content are further disclosed, including by filing in the public record.

I hereby release any claims I may have against Twitter and/or its parents, subsidiaries, affiliates, related companies, officers, directors, employees, agents, representatives, partners, and licensors (the "Twitter Entities") with respect to damage or loss caused by, or arising out of, or being incidental to the above-referenced disclosure of records or contents of communications.

__Dillon Hopper__
Printed name

_[signature]_
Signature

__20190813__
Date

## AUTHORIZATION AND CONSENT TO DISCLOSE DATA

I am the registered account holder and sole authorized user of the Twitter account associated with:
@Username ___@TrueAmVanguard___ and
Email address _____ (the "Account").

Pursuant to the Stored Communications Act, 18 U.S.C. § 2702(b)(3) and 2702(c)(2), I hereby consent to Twitter International Company ("Twitter") disclosing the following data associated with the Account, which are in the Account, or were preserved pursuant to the subpoena(s) issued in [INSERT CASE NAME, CASE NO.] (the "Documents"):
- Tweets and associated media, dated between [DATE AND TIME] GMT/UTC and [DATE AND TIME] GMT/UTC; and
- Direct messages, group direct messages, and associated media, dated between [DATE AND TIME] GMT/UTC and [DATE AND TIME] GMT/UTC.
- [INSERT DESCRIPTION OF OTHER DATA REQUESTED]

I consent to Twitter delivering and divulging the Documents to:
Recipient name ___MICHAEL BLOCH / Ken Kim___
Recipient email address: ___MBloch@kaplanhecker.com / kkim@idsinc.com___

By completing this consent and authorization, I understand and agree that, subsequent to such disclosure, Twitter cannot control how the records and content are used and whether the records and content are further disclosed, including by filing in the public record.

I hereby release any claims I may have against Twitter and/or its parents, subsidiaries, affiliates, related companies, officers, directors, employees, agents, representatives, partners, and licensors (the "Twitter Entities") with respect to damage or loss caused by, or arising out of, or being incidental to the above-referenced disclosure of records or contents of communications.

___Dillon Hopper___
Printed name

___[signature]___
Signature

___20190813___
Date

## AUTHORIZATION AND CONSENT TO DISCLOSE DATA

I am the registered account holder and sole authorized user of the Twitter account associated with:
@Username ___@VANGUARDAM___ and
Email address _____ (the "Account").

Pursuant to the Stored Communications Act, 18 U.S.C. § 2702(b)(3) and 2702(c)(2), I hereby consent to Twitter, Inc. ("Twitter") disclosing the following data associated with the Account, which are in the Account, or were preserved pursuant to the subpoena(s) issued in [INSERT CASE NAME, CASE NO.] (the "Documents"):
- Tweets and associated media, dated between [DATE AND TIME] GMT/UTC and [DATE AND TIME] GMT/UTC; and
- Direct messages, group direct messages, and associated media, dated between [DATE AND TIME] GMT/UTC and [DATE AND TIME] GMT/UTC.
- [INSERT DESCRIPTION OF OTHER DATA REQUESTED]

I consent to Twitter delivering and divulging the Documents to:
Recipient name ___MICHAEL BLOCH / Ken Kim___
Recipient email address: ___MBLOCH@kaplanhecker.com / KKim@idsinc.com___

By completing this consent and authorization, I understand and agree that, subsequent to such disclosure, Twitter cannot control how the records and content are used and whether the records and content are further disclosed, including by filing in the public record.

I hereby release any claims I may have against Twitter and/or its parents, subsidiaries, affiliates, related companies, officers, directors, employees, agents, representatives, partners, and licensors (the "Twitter Entities") with respect to damage or loss caused by, or arising out of, or being incidental to the above-referenced disclosure of records or contents of communications.

___Dillon Hopper___
Printed name

___[signature]___
Signature

___20190817___
Date