# EXHIBIT 14

## EXHIBIT A TO STIPULATION AND ORDER FOR THE
## IMAGING, PRESERVATION, AND PRODUCTION OF DOCUMENTS

Consistent with the obligations under the "Stipulation and Order for the Imaging, Preservation, and Production of Documents," I certify that:

1. The following are all the Social Media Accounts, as defined in ¶ 2(xi) of the Stipulation and Order, that contain potentially relevant Documents:

| Username | Provider/Platform | Nature of Responsive Documents on Account |
|---|---|---|
| Dillon1488 | Discord | |
| White-PaverShoke | Discord | |
| White_Paver Stroke | Discord | |
| White-PaverStroke(Dillon) | Discord | |
| White_Paver Shine (Dillon) | Discord | |
| White-PaverStroke (Dillon)#6190 | Discord | |
| @AmericanVanguard | Twitter | |
| @VanAmOfficial | Twitter | |

2. The following are all the Electronic Devices, as defined in ¶ 2(vi) of the Stipulation and Order, that I have possessed since January 1, 2017 that may contain any potentially relevant Documents or ESI:

| Device Type (e.g., iPhone 7) | Size (e.g., 32 GB) | Nature of Responsive Documents on Device |
|---|---|---|
| Galaxy S7 | | |
| Galaxy S9 | | |
| | | |
| | | |
| | | |

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 8/13/2019.

_____
Party

**EXHIBIT A TO STIPULATION AND ORDER FOR THE
IMAGING, PRESERVATION, AND PRODUCTION OF DOCUMENTS**

Consistent with the obligations under the "Stipulation and Order for the Imaging, Preservation, and Production of Documents," I certify that:

1. The following are all the Social Media Accounts, as defined in ¶ 2(xi) of the Stipulation and Order, that contain potentially relevant Documents:

| Username | Provider/Platform | Nature of Responsive Documents on Account |
|---|---|---|
| @TheAmVanguard | Twitter | |
| @VanguardAm | Twitter | |
| VanguardAmerica | Facebook | |
| WomenofVanguard | Gab | |
| Dillon_hopper@protonmail.com | Protonmail | |
| AmericanVFinance@gmail.com | Gmail | |
| VanAmAdmin@protonmail.com | BM Anmail | |
| White_Papers.tone (Dillon)(#26K) | Discord | |

2. The following are all the Electronic Devices, as defined in ¶ 2(vi) of the Stipulation and Order, that I have possessed since January 1, 2017 that may contain any potentially relevant Documents or ESI:

| Device Type (e.g., iPhone 7) | Size (e.g., 32 GB) | Nature of Responsive Documents on Device |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on  8/13/2019.

_____
Party

### EXHIBIT A TO STIPULATION AND ORDER FOR THE IMAGING, PRESERVATION, AND PRODUCTION OF DOCUMENTS

Consistent with the obligations under the "Stipulation and Order for the Imaging, Preservation, and Production of Documents," I certify that:

1. The following are all the Social Media Accounts, as defined in ¶ 2(xi) of the Stipulation and Order, that contain potentially relevant Documents:

| Username | Provider/Platform | Nature of Responsive Documents on Account |
|---|---|---|
| @WhitePowerStroke | GAB | |
| /auburu | Daily Stormer | |
| @Vanguard_INDY | Twitter | |
| AmericanVanguardIndiana@tutamail.com | | |
| | | |
| | | |
| | | |
| | | |

2. The following are all the Electronic Devices, as defined in ¶ 2(vi) of the Stipulation and Order, that I have possessed since January 1, 2017 that may contain any potentially relevant Documents or ESI:

| Device Type (e.g., iPhone 7) | Size (e.g., 32 GB) | Nature of Responsive Documents on Device |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 8/13/2019.

_____
Party