# EXHIBIT 15

## AUTHORIZATION AND CONSENT TO DISCLOSE DATA

I am the registered account holder and sole authorized user of the Twitter account associated with:
@Username  VanAmOfficial, AmericanVanguard, ~~@~~  and  @TrueAmOfficial
Email address  reactionariesusa@gmail.com  (the  @VanguardAM
"Account").                                                              @Vanguard_Indy

Pursuant to the Stored Communications Act, 18 U.S.C. § 2702(b)(3) and 2702(c)(2), I hereby consent to Twitter, Inc. ("Twitter") disclosing the following data associated with the Account, which are in the Account, or were preserved pursuant to the subpoena(s) issued in [INSERT CASE NAME, CASE NO.] (the "Documents"):
- Tweets and associated media, dated between [DATE AND TIME] GMT/UTC and [DATE AND TIME] GMT/UTC; and
- Direct messages, group direct messages, and associated media, dated between [DATE AND TIME] GMT/UTC and [DATE AND TIME] GMT/UTC.
- [INSERT DESCRIPTION OF OTHER DATA REQUESTED]

I consent to Twitter delivering and divulging the Documents to:
Recipient name  Ken Kim
Recipient email address:  kkim@idsinc.com

By completing this consent and authorization, I understand and agree that, subsequent to such disclosure, Twitter cannot control how the records and content are used and whether the records and content are further disclosed, including by filing in the public record.

I hereby release any claims I may have against Twitter and/or its parents, subsidiaries, affiliates, related companies, officers, directors, employees, agents, representatives, partners, and licensors (the "Twitter Entities") with respect to damage or loss caused by, or arising out of, or being incidental to the above-referenced disclosure of records or contents of communications.

Thomas Ryan Rousseau
Printed name

_[signature]_
Signature

October 10, 2019
Date