# EXHIBIT 16

## EXHIBIT A TO STIPULATION AND ORDER FOR THE IMAGING, PRESERVATION, AND PRODUCTION OF DOCUMENTS

Consistent with the obligations under the "Stipulation and Order for the Imaging, Preservation, and Production of Documents," I certify that:

1. The following are all the Social Media Accounts, as defined in ¶ 2(xi) of the Stipulation and Order, that contain potentially relevant Documents:

| Username | Provider/Platform | Nature of Responsive Documents on Account |
|---|---|---|
| @AmericanVanguard | Twitter | Media |
| @VanAmOfficial | Twitter | '' |
| @TheAmVanguard | '' | '' |
| @VanguardAm | '' | '' |
| @Vanguard-Inly | '' | '' |
| Thomas Ryan | Discord | Chat |
| Thomas Ryan | Discord | Chat |
| Commander#7770 | Discord | Chat |

2. The following are all the Electronic Devices, as defined in ¶ 2(vi) of the Stipulation and Order, that I have possessed since January 1, 2017 that may contain any potentially relevant Documents or ESI:

| Device Type (e.g., iPhone 7) | Size (e.g., 32 GB) | Nature of Responsive Documents on Device |
|---|---|---|
| Samsung Galaxy S | | Texts w/ Dillon Hopper, Texts w/ Matt Heimbach |
| Samsung Galaxy S - Broken | | Texts w/ Dillon Hopper |
| Dell Laptop | | |

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 10/16/19.

_____
Party