# EXHIBIT 18

|        |                                                          |
|--------|----------------------------------------------------------|
| **From:**    | Dillon_Hopper@protonmail.com                       |
| **Sent:**    | Monday, December 9, 2019 11:52 PM                  |
| **To:**      | Roy III, Daniel P.                                 |
| **Subject:** | Re: Sines, et al., v. Kessler, et al., 3:17-cv-0072-NKM (W.D. Va.) |

Yeah, sorry about that. I've been busy and my current phone is my only communication device that I own. I'll try to get to it asap.

Sent from ProtonMail mobile

-------- Original Message --------
On Dec 9, 2019, 2:27 PM, Roy III, Daniel P. < droy@cooley.com> wrote:

> **[External]**
>
> Mr. Hopper,
>
> Please see the attached correspondence.
>
> Best,
>
> Dan
>
> ### Daniel P. Roy III
> Cooley LLP
> 55 Hudson Yards
> New York, NY 10001-2157
> +1 212 479 6784 office
> +1 212 479 6275 fax
> +1 860 933 3665 mobile
> droy@cooley.com
>
> Cooley is one of Fortune's **100 Best Companies to Work For**
>
> Cooley is a Crain's New York Business **Best Place to Work**
>
> Cooley GO > **Start and build your business**
>
> This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.