# CONFIDENTIAL – FILED UNDER SEAL PURSUANT TO COURT ORDER

*Elizabeth Sines, et al. v. Jason Kessler, et al.*
Case No. 3:17-cv-00072-NKM-JCH

# EXHIBIT 19

To Plaintiffs' Renewed Motion for Sanctions
Against Defendant Vanguard America