# EXHIBIT 29

---

| | |
|---|---|
| **From:** | Roy III, Daniel P. |
| **Sent:** | Thursday, October 24, 2019 4:35 PM |
| **To:** | 'brent.gleason@gmail.com' |
| **Cc:** | 'Michael Bloch'; Siegel, Joshua |
| **Subject:** | Thomas Ryan Rousseau - Discord Authorization |
| **Attachments:** | Rousseau Discord Authorization.docx |

Brent,

As discussed at Mr. Rousseau's deposition last week, Mr. Rousseau is required to complete the attached Discord authorization for each of his Discord handles (i.e., Thomas Ryan (Discord ID: 255039575758602240; Thomas Ryan (Discord ID: 363070228864696330); and Commander#770).  Once they are complete, please ensure that they are submitted from whichever of Mr. Rousseau's email accounts is associated with that particular handle.  Otherwise, Discord will reject the authorization.

We will also be following up shortly with instructions for sending Mr. Rousseau's electronic devices to the vendor for imaging, etc.

Please let me know if you have any questions.

Thanks,

Dan

### Daniel P. Roy III
Cooley LLP
55 Hudson Yards
New York, NY 10001-2157
+1 212 479 6784 office
+1 212 479 6275 fax
+1 860 933 3665 mobile
droy@cooley.com

Cooley is one of Fortune's **100 Best Companies to Work For**

Cooley is a Crain's New York Business **Best Place to Work**

Cooley GO > **Start and build your business**