# EXHIBIT 30

| | |
|---|---|
| **From:** | Roy III, Daniel P. |
| **Sent:** | Monday, November 4, 2019 7:29 PM |
| **To:** | 'brent.gleason@gmail.com' |
| **Cc:** | 'Michael Bloch'; Siegel, Joshua |
| **Subject:** | RE: Thomas Ryan Rousseau - Discord Authorization |
| **Attachments:** | Rousseau Authorization and Consent to Disclose Data.pdf; Twitter account recovery process.docx; Rousseau ESI Certification.pdf |

Brent,

We would like to follow up on the below – please confirm that your client has submitted the Discord authorization forms.

In addition, please ensure that Mr. Rousseau submits his authorization to Twitter. The process for doing so is explained in the attached instructions.

Finally, I am copying our contact at the third-party discovery vendor retained in this action, Ken Kim. Please arrange for Mr. Rousseau's devices, as listed in the attached ESI Certification, to be sent to Mr. Kim for imaging.

Please confirm that Mr. Rousseau has submitted all authorizations no later than November 8th. In addition, we ask that you confirm that Mr. Rousseau has submitted his electronic devices for imaging no later than November 14th. We reserve all rights to seek relief from the Court should we not receive such confirmations.

Best,

Dan

---

**From:** Roy III, Daniel P.
**Sent:** Thursday, October 24, 2019 4:35 PM
**To:** 'brent.gleason@gmail.com' <brent.gleason@gmail.com>
**Cc:** 'Michael Bloch' <mbloch@kaplanhecker.com>; Siegel, Joshua <jsiegel@cooley.com>
**Subject:** Thomas Ryan Rousseau - Discord Authorization

Brent,

As discussed at Mr. Rousseau's deposition last week, Mr. Rousseau is required to complete the attached Discord authorization for each of his Discord handles (i.e., Thomas Ryan (Discord ID: 255039575758602240; Thomas Ryan (Discord ID: 363070228864696330); and Commander#770). Once they are complete, please ensure that they are submitted from whichever of Mr. Rousseau's email accounts is associated with that particular handle. Otherwise, Discord will reject the authorization.

We will also be following up shortly with instructions for sending Mr. Rousseau's electronic devices to the vendor for imaging, etc.

Please let me know if you have any questions.

Thanks,

Dan

**Daniel P. Roy III**
Cooley LLP
55 Hudson Yards
New York, NY 10001-2157
+1 212 479 6784 office
+1 212 479 6275 fax
+1 860 933 3665 mobile
droy@cooley.com

Cooley is one of Fortune's **100 Best Companies to Work For**

Cooley is a Crain's New York Business **Best Place to Work**

Cooley GO > **Start and build your business**