# EXHIBIT 33

| | |
|---|---|
| **From:** | Brent Gleason <brent.gleason@gmail.com> |
| **Sent:** | Monday, December 9, 2019 3:21 PM |
| **To:** | Roy III, Daniel P. |
| **Cc:** | Michael Bloch; Siegel, Joshua |
| **Subject:** | Re: Thomas Ryan Rousseau - Discord Authorization |

**[External]**

Yes, I spoke to him last week and he's all ready to send the phone and such. I'll send you the discord doc this afternoon.

Brent T. Gleason
Attorney

6060 N. Central Expressway
Suite 888
Dallas, Texas 75206
Fax (469) 232-9339
brent.gleason@dunhamlaw.com

CONFIDENTIAL ATTORNEY/CLIENT PRIVILEGED COMMUNICATION-ATTORNEY WORK PRODUCT This communication is for its intended recipient only, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 U.S.C. 2510, and its disclosure is strictly limited to the recipient intended by the sender of the message. If you are not the intended recipient or the employee or agent responsible for delivering this communication to the intended recipient, you are hereby notified that any unauthorized use, dissemination, distribution or copying of this communication is strictly prohibited.

"Justice is a certain rectitude of mind whereby a man does what he ought to do in the circumstances confronting him."

- Saint Thomas Aquinas


On Wed, Dec 4, 2019, 12:52 PM Roy III, Daniel P. <droy@cooley.com> wrote:

> Brent,
>
>
> We're once again following up on the below.  It has been nearly one month since you indicated that you would reach out to your client.  Please let us know when Mr. Rousseau will submit all of the requisite authorizations, as well as all of

his electronic devices to the third-party discovery vendor.  We further reiterate our reservation of all rights to seek relief from the Court.

Thanks,

Dan

**From:** Brent Gleason <brent.gleason@gmail.com>
**Sent:** Wednesday, November 6, 2019 1:40 PM
**To:** Roy III, Daniel P. <droy@cooley.com>
**Subject:** Re: Thomas Ryan Rousseau - Discord Authorization

**[External]**

---

I'll reach out to Rousseau, I have been on paternity leave so I am trying to play catch up

_____

Brent T. Gleason
Attorney

6060 N. Central Expressway
Suite 888
Dallas, Texas 75206
Fax (469) 232-9339
brent.gleason@dunhamlaw.com

CONFIDENTIAL ATTORNEY/CLIENT PRIVILEGED COMMUNICATION-ATTORNEY WORK PRODUCT This communication is for its intended recipient only, and may contain information that is privileged, confidential and exempt from disclosure under applicable law. This communication constitutes an electronic communication within the meaning of the Electronic Communications Privacy Act, 18 U.S.C. 2510, and its disclosure is strictly limited to the recipient intended by the sender of the message. If you are not the intended recipient or the employee or agent responsible for delivering this communication to the intended recipient, you are hereby notified that any unauthorized use, dissemination, distribution or copying of this communication is strictly prohibited.

"Justice is a certain rectitude of mind whereby a man does what he ought to do in the circumstances confronting him."

- Saint Thomas Aquinas

On Mon, Nov 4, 2019, 6:29 PM Roy III, Daniel P. <droy@cooley.com> wrote:

Brent,

We would like to follow up on the below – please confirm that your client has submitted the Discord authorization forms.

In addition, please ensure that Mr. Rousseau submits his authorization to Twitter.  The process for doing so is explained in the attached instructions.

Finally, I am copying our contact at the third-party discovery vendor retained in this action, Ken Kim.  Please arrange for Mr. Rousseau's devices, as listed in the attached ESI Certification, to be sent to Mr. Kim for imaging.

Please confirm that Mr. Rousseau has submitted all authorizations no later than November 8th.  In addition, we ask that you confirm that Mr. Rousseau has submitted his electronic devices for imaging no later than November 14th.  We reserve all rights to seek relief from the Court should we not receive such confirmations.

Best,

Dan

**From:** Roy III, Daniel P.
**Sent:** Thursday, October 24, 2019 4:35 PM
**To:** 'brent.gleason@gmail.com' <brent.gleason@gmail.com>
**Cc:** 'Michael Bloch' <mbloch@kaplanhecker.com>; Siegel, Joshua <jsiegel@cooley.com>
**Subject:** Thomas Ryan Rousseau - Discord Authorization

Brent,

As discussed at Mr. Rousseau's deposition last week, Mr. Rousseau is required to complete the attached Discord authorization for each of his Discord handles (i.e., Thomas Ryan (Discord ID: 255039575758602240; Thomas Ryan (Discord ID: 363070228864696330); and Commander#770).  Once they are complete, please ensure that they are submitted from whichever of Mr. Rousseau's email accounts is associated with that particular handle.  Otherwise, Discord will reject the authorization.

We will also be following up shortly with instructions for sending Mr. Rousseau's electronic devices to the vendor for imaging, etc.

Please let me know if you have any questions.

Thanks,

Dan

# Daniel P. Roy III

Cooley LLP

55 Hudson Yards

New York, NY 10001-2157

+1 212 479 6784 office

+1 212 479 6275 fax

+1 860 933 3665 mobile

droy@cooley.com

Cooley is one of Fortune's **100 Best Companies to Work For**

Cooley is a Crain's New York Business **Best Place to Work**

Cooley GO > **Start and build your business**

4

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.