# EXHIBIT 35

 **Iron March Exposed** 

« Back

# Lauburu88

#   IPs   Messages   Posts   Comments

**User ID:** 13256
**Username(s):** Lauburu88
**Ideology:** NS
**Gender:** Male
**Email(s):** duhizzlemanizzle@gmail.com
**Location:** Southern California
**Time Zone:** America/New_York
**Joined:** Sun, 24 Jul 2016 20:16:16 GMT
**Last Login:** Fri, 03 Feb 2017 16:27:14 GMT
**Password:** $2a$13$My7BGNmZ5ASJmJVQTsW8ueA…
**Password Salt:** My7BGNmZ5ASJmJVQTsW8up

## ⚓ Known IP Addresses

[72.197.7.239](#) ↗

Cox Communications

Oceanside, CA, US

## ✉ Messages

**From:** Lauburu88
Mon, 06 Feb 2017 07:40:56 GMT
🔗

Just add me. UncleBob#6190      **More »**

**From:** Lauburu88
Mon, 06 Feb 2017 07:24:50 GMT
🔗

 **Iron March Exposed** 🔍

---

**From:** Lauburu88

Fri, 03 Feb 2017 08:19:37 GMT

🔗

Don't worry brother. We are bound together like the mighty fasces. More »

**From:** Lauburu88

Tue, 31 Jan 2017 20:34:34 GMT

🔗

Thank you very much for the information. We shall reorganize properly according to this. More »

**From:** Lauburu88

Tue, 17 Jan 2017 22:53:32 GMT

🔗

Alright. Thank you. I appreciate the cooperation. More »

**From:** Lauburu88

Tue, 17 Jan 2017 22:45:19 GMT

🔗

Because the option to dm you is not present on your twitter page. More »

**From:** Lauburu88

Tue, 17 Jan 2017 21:11:18 GMT

🔗

Odin, I regret to inform you that I still have not received any sort of response from you via twitter. If you could, please email me directly at Americanvanguardindiana@tutamail.com I would enjoy discussing whatever affairs you previously wanted to t… More »

**From:** Lauburu88

Mon, 01 Aug 2016 04:25:34 GMT

🔗

Free. More »

**From:** Lauburu88

Mon, 01 Aug 2016 04:25:24 GMT

🔗

🗔 **Iron March Exposed**                                    🔍

that 40 foot spill back to old Mexico.                    More »

**From:** Lauburu88

Mon, 01 Aug 2016 00:36:47 GMT

🔗

I'm 28. I've been pretty radical since highschool. Our town was basically half white and half spic. And I'll tell you, I've never met a more despicable and vile group of scum than mexicans. I hate them and I will go down to the border and start laying fuc…    More »

More messages

## 📝 Posts

**Lauburu88**

Mon, 06 Feb 2017 09:26:52 GMT

🔗

Okay, we'll then, I'll see you boys in the funny papers.    More »

**Lauburu88**

Mon, 06 Feb 2017 09:13:00 GMT

🔗

Well, our goals may be the same, I just feel that this kind of massive cultural shift takes a little bit longer and needs a little bit more finite texturing. Oh, how I would love to live in an only white world where the entire earth is dedicated to the si…    More »

**Lauburu88**

Mon, 06 Feb 2017 08:37:19 GMT

🔗

Well, I suppose your view of national socialism is slightly different from mine.    More »

**Lauburu88**

Mon, 06 Feb 2017 08:30:15 GMT

 **Iron March Exposed**

Well, I didn't really say anyou of that, but okay. Oh, no, of course I don't.                    More »

### Lauburu88

Mon, 06 Feb 2017 08:28:38 GMT

🔗

Well, as The Dude would say, "Yeah, well, that's just like...your opinion, man." If it gets our group a few good recruits whom we can bring into the fold and help us reclaim this land then I'll take the licks from you and your forum. So be it.                    More »

### Lauburu88

Mon, 06 Feb 2017 08:23:14 GMT

🔗

No. Not in the least. Like I said, I'm not going onto a nationally broadcast radio show and pull out the full 1488. I'm not fucking stupid. This kind of shit needs subtleties. Jesus, boys. You're really taking the piss.                    More »

### Lauburu88

Mon, 06 Feb 2017 08:05:27 GMT

🔗

I personally don't care. It was our first radio broadcast on a mildly conservative radio talk show. I wasn't going to disrespect the host and start going full fucking gas the kikes race war now on live air. Sorry boys.                    More »

### Lauburu88

Mon, 06 Feb 2017 07:58:16 GMT

🔗

To defeat your enemy, you must become your enemy. Personally, I believe I did, but obviously you disagree.                    More »

### Lauburu88

Mon, 06 Feb 2017 07:56:05 GMT

🔗

It's all about tact, nuance and finesse.                    More »

### Lauburu88

Mon, 06 Feb 2017 07:35:21 GMT

🔗

 **Iron March Exposed**                                                    

insult them, insult their views and opinions and ramble on without gaining any traction with the possible 80,000 people listening to the show. Let me just ramb…

More »

More posts

## 💬 Notes & Comments

**Notice:** Submissions that contain addresses and telephone numbers will be redacted or rejected.

**Login**

Add a comment

M ↓   MARKDOWN                                ☐ **COMMENT ANONYMOUSLY**        ADD COMMENT

Powered by **Commento**

*Dedicated in memory of Blaze Bernstein, ז״ל, so that others may not suffer the same fate.*

Built by The Jewish Worker    Buy us a coffee

🐦 Follow @jewishworker    30k

**Source Code**   Frontend   Backend   Data

This website does not collect or track any information about its visitors.