# EXHIBIT 36

 **Iron March Exposed** 

« Back

# ✉ American Vanguard

**From:** schönundweiß
Sat, 04 Feb 2017 21:20:01 GMT
🔗

Hey there,
I was very briefly involved with AV during Starman's time as leader. I am a propagandist who has made stuff for several different groups, including Atomwaffen, Silver Legion, and some local things in the new england area. I am interested in continuing to make stuff for AV, but the reason I left was the general cucked stance of the group, and the aversion to swastikas, hitler, national socialism, and fascism. I'd love to get back in with you guys and show you some of the things I've been working on in the way of AV propaganda. If you're interested, feel free to message me here or on discord. My username there is Kai #3007

Thanks and best,
Rekse Kai

**From:** Lauburu88
Mon, 06 Feb 2017 07:24:50 GMT
🔗

Your discord doesn't work

**From:** schönundweiß
Mon, 06 Feb 2017 07:30:04 GMT
🔗

did you try variations? Like Kai#3007?

**From:** schönundweiß
Mon, 06 Feb 2017 07:32:39 GMT
🔗

 
**From:** Lauburu88

Mon, 06 Feb 2017 07:40:56 GMT

Just add me. UncleBob#6190

*Dedicated in memory of Blaze Bernstein, ז״ל, so that others may not suffer the same fate.*

Built by The Jewish Worker   Buy us a coffee



**Source Code**   Frontend   Backend   Data

This website does not collect or track any information about its visitors.