# EXHIBIT 37

 **Iron March Exposed** 

« Back

## ✉ American Vanguard Contact

**From:** Lauburu88
Tue, 17 Jan 2017 21:11:18 GMT
🔗

Odin,

    I regret to inform you that I still have not received any sort of response from you via twitter. If you could, please email me directly at Americanvanguardindiana@tutamail.com

I would enjoy discussing whatever affairs you previously wanted to talk to me about. Thank you.

**From:** Odin
Tue, 17 Jan 2017 22:43:52 GMT
🔗

Did you try to DM me on Twitter? How come that didn't work.

**From:** Lauburu88
Tue, 17 Jan 2017 22:45:19 GMT
🔗

Because the option to dm you is not present on your twitter page.

**From:** Odin
Tue, 17 Jan 2017 22:47:11 GMT
🔗

Ok. I'll send you an email later this week, got alot of things to take care of.

**From:** Lauburu88

 **Iron March Exposed** 

2/2

Alright. Thank you. I appreciate the cooperation.

*Dedicated in memory of Blaze Bernstein, ז״ל, so that others may not suffer the same fate.*

Built by The Jewish Worker   Buy us a coffee



**Source Code**   Frontend   Backend   Data

This website does not collect or track any information about its visitors.