CLERKS OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
04/27/2020
JULIA C. DUDLEY, CLERK
BY: /s/ J. JONES
     DEPUTY CLERK

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| ELIZABETH SINES, SETH WISPELWEY, MARISSA BLAIR, APRIL MUNIZ, MARCUS MARTIN, NATALIE ROMERO, CHELSEA ALVARADO, THOMAS BAKER and JOHN DOE,<br><br>Plaintiffs,<br><br>v.<br><br>JASON KESSLER, et al.,<br><br>Defendants. | **Civil Action No. 3: 17-cv-00072-NKM** |

## ORDER GRANTING PLAINTIFFS' MOTION TO SEAL SELECT PORTIONS AND EXHIBITS TO PLAINTIFFS' RENEWED MOTION FOR SANCTIONS AGAINST DEFENDANT VANGUARD AMERICA

**WHEREAS**, on April 23, 2020, Plaintiffs filed a Renewed Motion for Sanctions Against Defendant Vanguard America ("Plaintiffs' Motion"), ECF No. 713, and did not publicly file certain portions of Plaintiffs' Motion as well as its supporting Exhibits 10, 12, 17, 19 through 24 and 26 through 28 because they were either designated as Highly Confidential by the producing parties or contain Confidential and/or Highly Confidential Information as defined by the Order for the Production of Documents and Exchange of Confidential Information entered on January 3, 2018 (ECF No. 167);

**WHEREAS**, Plaintiffs have provided an unredacted copy of Plaintiffs' Motion and these aforementioned supporting exhibits to the Court and moved, pursuant to Local Rule 9, for those supporting exhibits to be sealed.

**IT IS HEREBY ORDERED** that this motion to seal, ECF No 714, is **GRANTED**, and the Clerk is directed to file the unredacted Plaintiffs' Motion and its supporting Exhibits 10, 12, 17, 19, 20, 21, 22, 23, 24, 26, 27, and 28 under seal pursuant to Local Rule 9.

Dated: April 24, 2020

SO ORDERED.

_____
Hon. Joel C. Hoppe, M.J.