| | |
|---|---|
| **Description** | Appearance Sheet for the United States District Court for the Western District of Virginia Charlottesville Division; Sines, et al v. Kessler, et al; Case No. 3:17CV72; Date: 4/27/2020; Type of Hearing: Telephonic Status Hearing: Parties: 1. USMJ Joel C. Hoppe, 2. Michael Bloch, 3. David Mills, 4. Alan Levine, 5. Jessica Phillips, 6. Roberta Kaplan, 7. Joshua Siegel, 8. Dillon Hopper 9. James Kolenich, 10. David Campbell, 11. John DiNucci, 12. Bryan Jones ; Recorded by: H. Wheeler; Time in Court: 14 min |
| **Date** | 4/27/2020 **Location** [CVILLE-FTR3] |

Appearance Sheet for the United States District Court for the Western District of Vir[CVILLE-FTR3]

| Time | Speaker | Note |
|---|---|---|
| 1:10:22 PM | 1 | |
| 1:10:23 PM | 2 | Michael Bloch |
| 1:10:29 PM | 3 | David Mills |
| 1:10:36 PM | 4 | Alan Levine |
| 1:10:39 PM | 5 | Jessica Phillips |
| 1:10:45 PM | 6 | Roberta Kaplan |
| 1:10:53 PM | 7 | Joshua Siegel |
| 1:10:58 PM | 1 | |
| 1:11:20 PM | 8 | Dillon Hopper |
| 1:11:24 PM | 1 | |
| 1:11:28 PM | 9 | James Kolenich |
| 1:11:33 PM | 1 | |
| 1:11:34 PM | 10 | David Campbell |
| 1:11:37 PM | 1 | |
| 1:12:00 PM | 11 | John DiNucci |
| 1:12:06 PM | 1 | |
| 1:12:07 PM | 12 | Bryan Jones |
| 1:12:11 PM | 1 | |
| 1:15:33 PM | 2 | |
| 1:15:41 PM | 4 | Motions 650 and 652 are resolved |
| 1:16:12 PM | 1 | |
| 1:16:27 PM | 2 | |
| 1:16:42 PM | 3 | 671. 647, 648 not resolved |
| 1:17:46 PM | 1, 10 | |
| 1:18:40 PM | 3 | |
| 1:19:19 PM | 8,1 | |
| 1:20:07 PM | 5 | |
| 1:20:37 PM | 1 | |
| 1:21:25 PM | 2 | |
| 1:21:26 PM | 1 | |
| 1:21:54 PM | 2 | |
| 1:22:08 PM | 1 | |
| 1:22:30 PM | 6 | |
| 1:22:48 PM | 1 | |
| 1:23:17 PM | 6 | |
| 1:23:22 PM | 1 | |
| 1:23:44 PM | 2 | |
| 1:23:47 PM | 1,2 | |
| 1:24:12 PM | 1 | |
| 1:24:26 PM | END | |