# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

**Elizabeth Sines, et al**

vs.

**Jason Kessler, et al**

Action No:   3:17CV72
Date:   March 27, 2020
Judge:   Joel C. Hoppe
Court Reporter:   H. Wheeler/FTR
Deputy Clerk:   Heidi N. Wheeler

| Plaintiff Attorney(s) | Defendant Attorney(s) |
|---|---|
| Jessica Phillips | Dillon Hopper |
| Michael Bloch | James Kolenich |
| Alan Levine | David Cambpell |
| David Mills | John DiNucci |
| Roberta Kaplan | Bryan Jones |
| Joshua Siegel | |

## LIST OF WITNESSES

| PLAINTIFF/GOVERNMENT: | DEFENDANT: |
|---|---|
| 1. | 1. |

PROCEEDINGS:
TELEPHONIC STATUS HEARING ON MOTIONS:   1:10-1:24= 14 MIN

Court inquires as to status of various pending motions on the docket.

Report by parties.

Report and Recommendation will enter soon.

Time in Court: