| AO435 (Rev. 04/18; WDVA Rev. 02/19) | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS **TRANSCRIPT ORDER FORM** | FOR COURT USE ONLY DUE DATE: |
|---|---|---|

*Please Read Instructions on Page 2.*

| 1. **REQUESTOR'S INFORMATION:** | NAME **Robert Cahill (Counsel for Plaintiffs)** | TELEPHONE NUMBER **703-456-8145** |
|---|---|---|
| DATE OF REQUEST **4/27/2020** | EMAIL ADDRESS (*Transcript will be emailed to this address.*) **rcahill@cooley.com; ebolton@cooley.com** | |
| MAILING ADDRESS **Cooley LLP, 11951 Freedom Drive, 14 th Floor** | | CITY, STATE, ZIP CODE **Reston, VA 20190** |

| 2. **TRANSCRIPT REQUESTED:** | NAME OF COURT REPORTER<br><br>OR  CHECK HERE ✓ IF HEARING WAS RECORDED BY FTR |
|---|---|

| CASE NUMBER **3:17-cv-00072** | CASE NAME **Sines, et al. v. Kessler, et al.** | JUDGE'S NAME **Joel C. Hoppe** |
|---|---|---|
| DATE(S) OF PROCEEDING(S) **4/27/2020** | TYPE OF PROCEEDING(S) **Status Conference on Motions** | LOCATION OF PROCEEDING **Charlottesville, VA** |

REQUEST IS FOR: (*Select one*) ✓ FULL PROCEEDING  OR  ☐ SPECIFIC PORTION(S) (*Must specify below*)

SPECIFIC PORTION(S) REQUESTED (*If applicable*):

3. **SERVICE TURNAROUND CATEGORY REQUESTED**:
(*See Page 2 for descriptions of each service turnaround category.*)

☐ Ordinary (30-Day)   ☐ Daily
☐ 14-Day              ☐ Hourly
☐ Expedited (7-Day)   ☐ RealTime
✓ 3-Day

4. **CERTIFICATION:** By signing below, I certify that I will pay all charges (deposit plus additional).

| DATE **4/27/2020** | SIGNATURE **/s/ Robert T. Cahill** |
|---|---|

If you have any questions, please contact the court reporter coordinator at (434) 847-5722 or by email to CRC@vawd.uscourts.gov.

Transcript Fee Rates can be found on our website under Standing Orders at:
http://www.vawd.uscourts.gov/media/1576/transcripts2018-3.pdf

**NOTE:** Form must be flattened prior to electronically filing in CM/ECF so that all fillable fields can no longer be modified.

PRINT          RESET FORM