IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF VIRGINIA

CHARLOTTESVILLE DIVISION


ELIZABETH SINES, et al.,          )
                                  )
            Plaintiffs,           )    Civil Case No. 3:17-CV-00072
                                  )
vs.                               )
                                  )
JASON KESSLER, et al.,            )
                                  )
            Defendants.           )

_____

TRANSCRIPT OF TELEPHONIC HEARING
HONORABLE MAGISTRATE JUDGE JOEL C. HOPPE PRESIDING
MONDAY, APRIL 27, 2020, 1:10 P.M.
_____


Court Reporter:           Judy K. Webb, RPR
                          210 Franklin Road, S.W., Room 540
                          Roanoke, Virginia 24011
                          (540)857-5100 Ext. 5333


        Proceedings recorded FTR and transcribed using
Computer-Aided Transcription.

Sines, et al. v. Kessler, et al. - 4/27/2020

```
 1              A P P E A R A N C E S

 2          On behalf of Plaintiffs Elizabeth Sines, Seth
      Wispelwey, Marissa Blair, Tyler Magill, April Muniz, Hannah
 3    Pearce, Marcus Martin, John Doe, Natalie Romero, and Chelsea
      Alvarado, Thomas Baker:
 4
               Jessica E. Phillips, Esquire
 5             Boies Schiller Flexner LLP
               1401 New York Avenue, NW
 6             Washington, DC 20005

 7             David E. Mills, Esquire
               Alan Levine, Esquire
 8             Cooley LLP
               1114 Avenue of the Americas, 46th Floor
 9             New York, NY 10036

10             JOSHUA MICHAEL SIEGEL, ESQUIRE
               Cooley LLP
11             1299 Pennsylvania Ave., N.W., Suite 700
               Washington, DC 20004
12
               Michael Low Bloch, Esquire
13             Roberta Ann Kaplan, Esquire
               Kaplan Hecker & Fink LLP
14             350 Fifth Avenue, Suite 7110
               New York, NY 10118
15

16    On behalf of Defendants Jason Kessler; Christopher Cantwell;
      Vanguard America; Robert Azzmador Ray; Nathan Damigo; Elliot
17    Kline, also known as Eli Mosely; Identity Evropa; Matthew
      Heimbach; Matthew Parrott, also known as David Matthew
18    Parrott; Traditionalist Worker Party; National Socialist
      Movement; Nationalist Front; Jeff Schoep; Vanguard America:
19
               James Edward Kolenich, Esquire
20             Kolenich Law Office
               9435 Waterstone Blvd., Suite 140
21             Cincinnati, OH 45249

22    On behalf of Richard Spencer:

23             John A. DiNucci, Esquire
               Law Office of John A. DiNucci
24             8180 Greensboro Drive, Suite 1150
               McLean, VA 22102
25
```

Sines, et al. v. Kessler, et al. - 4/27/2020

| | |
|---|---|
| 1 | **A P P E A R A N C E S** (Continued) |
| 2 | On behalf of Michael Hill, Michael Tubbs, and League of the South: |
| 3 | |
| 4 | **Bryan Jeffrey Jones, Esquire**<br>Bryan J. Jones, Attorney at law<br>106 W. South Street, Suite 211 |
| 5 | Charlottesville, VA 22902 |
| 6 | |
| 7 | For James Alex Fields, Jr.: |
| 8 | **David Leon Campbell, Esquire**<br>Duane, Hauck, Davis & Gravatt, P.C. |
| 9 | 100 West Franklin Street, Suite 100<br>Richmond, VA 23220 |
| 10 | |
| 11 | On behalf of Vanguard America: |
| 12 | **Dillon Hopper,** Pro Se<br>383 Hazzard Street |
| 13 | Scottsburg, IN 47170 |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |

Sines, et al. v. Kessler, et al. - 4/27/2020

```
 1        (Court convened at 1:10 p.m.)

 2             THE COURT:  Hi.  This is Joel Hoppe.

 3             Who is on the line for the plaintiffs?

 4             MR. BLOCH:  Judge, this is Michael Bloch from Kaplan

 5   Hecker & Fink.  I have a number of colleagues.

 6             MR. MILLS:  This is David Mills from Cooley.

 7             MR. LEVINE:  This is Alan Levine from Cooley.

 8             MS. PHILLIPS:  And Jessica Phillips from Boies,

 9   Schiller, Flexner on behalf of the plaintiffs is also on.

10             MS. KAPLAN:  I'm Roberta Kaplan, Your Honor, backing

11   up my colleague, Michael Bloch.

12             MR. SIEGEL:  And this is Joshua Siegel from Cooley.

13             THE COURT:  All right.  Anyone else for the

14   plaintiffs?

15        (No audible response.)

16             THE COURT:  Okay.  Let's see.  Ms. Lunsford, are you

17   on the phone?

18        (No audible response.)

19             THE COURT:  All right.  How about Mr. Hill?

20        (No audible response.)

21             THE COURT:  Okay.  All right.  Mr. Hopper, are you on

22   the phone?

23             UNIDENTIFIED MALE VOICE:  (Indiscernible.)

24             THE COURT:  All right.  And how about Mr. Kolenich or

25   Mr. Woodard?
```

Sines, et al. v. Kessler, et al. - 4/27/2020

1           MR. KOLENICH:  Mr. Kolenich here, Your Honor.

2           THE COURT:  All right.  Mr. Campbell?

3           MR. CAMPBELL:  Yes, sir, Judge.  I'm here, Your

4    Honor.

5           THE COURT:  Mr. ReBrook?  Is Mr. ReBrook on the

6    phone?

7        (No audible response.)

8           THE COURT:  Who else is on the phone as either a

9    party or maybe representing a party?

10          MR. DiNUCCI:  Judge, this is John DiNucci for Richard

11   Spencer.

12          THE COURT:  All right.

13          MR. JONES:  And, Judge, this is Bryan Jones for

14   League of the South, Michael Hill, and Michael Tubbs.

15          THE COURT:  Okay.  All right.  Thank you all for

16   calling in.  This hearing is being recorded by the Court's FTR

17   system, so there is a record being made of it.  And we don't

18   need them to identify themselves; I think there are some

19   interested citizens who -- perhaps media, who have also called

20   in on the line, as this is a public hearing.

21          The purpose of today's hearing is, really, a status

22   conference on a number of discovery-related motions that have

23   been filed.  There are motions to quash filed by Ms. Lunsford

24   and Mr. Hill at 647 and 648; and plaintiffs' motions to compel

25   at 650 concerning Vanguard America, 652 concerning

6

Sines, et al. v. Kessler, et al. - 4/27/2020

1  Mr. Kessler, 671 concerning Mr. Fields, 673 concerning Ray,

2  674 concerning National Socialist Movement and Nationalist

3  Front, and then 689 concerning Mr. Schoep.  There was a more

4  recent motion filed as well by the plaintiffs at 713 regarding

5  Vanguard America as well.

6       But I really just wanted to get an update as to

7  whether parts of any of those motions have been worked out

8  among the parties or whether these motions have been resolved

9  in total.  I have reviewed the motions, and I think the issues

10 are laid out pretty clearly in them, but I do want to get an

11 update from the parties as well.

12      So I think that Ms. Lunsford and Mr. Hill were going

13 to be on the phone, but, Mr. Campbell, perhaps you can provide

14 some information that might overlap with those motions as

15 well.  And then if the plaintiffs have anything to weigh in on

16 as to Mr. Fields' documents, I would just like to get an

17 update about those motions.

18      Mr. Bloch, do you want to start us off on that, just

19 an update?

20      MR. BLOCH:  Sure.  Thank you, Judge.

21      I believe that of the motions that you read two of

22 them have been resolved.  That would be motion 650 to the

23 motion to compel Vanguard, and motion 652, which is the motion

24 to compel Kessler.

25      Mr. Levine was the author of those motions.  I don't

Sines, et al. v. Kessler, et al. - 4/27/2020

1   know if he has anything to add on that, but it's my

2   understanding that those have been resolved.  And I believe

3   that is all of the motions before Your Honor that have been

4   resolved.

5          MR. LEVINE:  That's correct, Your Honor.  It's

6   Mr. Levine, Alan Levine.  Hello.  650 and 652 are resolved.

7          THE COURT:  (Indiscernible.)

8          MR. LEVINE:  And there's an additional motion from

9   Vanguard for sanctions, which is 713, which is not

10  (indiscernible) yet and will -- you know, will be for a later

11  time, Your Honor.

12         THE COURT:  Right.  All right.  Well, thank you for

13  that update.

14         Why don't we -- (indiscernible) part update on 671

15  from Mr. Campbell and Mr. Bloch.

16         Mr. Bloch, are there any portions of that motion that

17  have been resolved?

18         MR. BLOCH:  I don't believe so, Your Honor; although,

19  Mr. Mills and Mr. Levine were the primary authors on that, and

20  so I don't know if they want to weigh in as well.  But I don't

21  believe any of that has been resolved.

22         MR. MILLS:  Thank you.  This is David Mills, Your

23  Honor, for the plaintiffs.

24         671 for Fields has not been resolved, and the

25  related -- the motions to quash with Ms. Lunsford and

Sines, et al. v. Kessler, et al. - 4/27/2020

1    Mr. Hill, 647 and 648, also have not been resolved.

2         THE COURT:  Okay.  All right.  Mr. Campbell, is there

3    anything else?  In your view, are all the issues still --

4    still alive for 671?

5         MR. CAMPBELL:  Yes, sir, Your Honor, and our position

6    is as laid out in the brief in opposition.  I think the

7    Court's determination, at least in regard to all the criminal

8    stuff, is, you know, whether that's in Fields' care, custody,

9    and control.  And our position, of course, is that it is not,

10   as evidenced by the motions to quash filed by the criminal

11   counsel.  And I think there was -- you know, there are two

12   state court counsel, and I believe that position is the same

13   as held by the federal -- Ms. Lorish, I believe, the federal

14   public defender.

15        And I've never had any access to their files

16   whatsoever.  And my understanding, when I reached out to them

17   at the beginning of the litigation, was they would not let me,

18   I was not entitled to that.  So I do think that issue, you

19   know, is before the Court.

20        THE COURT:  Okay.  Let me ask you:  Do any of you as

21   to 671, and then plaintiffs' counsel for 647 and 648, do you

22   want to have a formal hearing on that motion, or are you okay

23   with me going ahead and addressing those on the briefs?  I do

24   think that the issues have been laid out well in the brief.

25        MR. MILLS:  Yeah.  This is David Mills, plaintiffs'

Sines, et al. v. Kessler, et al. - 4/27/2020

1  counsel.  On those motions, look, if it would be helpful to

2  the Court, we would be happy to argue them.  We obviously do

3  not agree with Mr. Campbell.  But if you feel that the briefs

4  have adequately laid them out, that's fine.  We're not looking

5  to extend the process unnecessarily.

6          THE COURT:  Mr. Campbell, how about you?  Do you

7  think you need a hearing on those?

8          MR. CAMPBELL:  No.  I agree, Judge.  At the Court's

9  discretion, I'm fine with the Court ruling on the motions.

10          THE COURT:  All right.  Well, I do intend to just

11  take those up on the papers.  I think those issues are

12  adequately laid out so I can address them.

13          All right.  Of course, let's see, Mr. ReBrook is

14  not -- Mr. ReBrook, you're not on the phone, are you?  You

15  haven't called in, have you?

16       (No audible response.)

17          THE COURT:  All right.  Well, he -- let's see.  He's

18  currently representing NSM and NF and also Mr. Schoep, and

19  there are a number of motions pending regarding -- regarding

20  those defendants.  And, similarly, I think that the briefing

21  lays out the issues, and I don't feel that I need to have a

22  hearing on those.  But does plaintiffs' counsel want to have a

23  hearing on any of them?

24          MS. PHILLIPS:  Yes, Your Honor, this is Jessica

25  Phillips from Boies Schiller.  We're perfectly comfortable

Sines, et al. v. Kessler, et al. - 4/27/2020

1  with you ruling on those motions on the papers.

2        THE COURT:  Okay.  Well, I intend to do that.

3        And Mr. Ray has not filed an opposition to the

4  plaintiffs' motion to compel, so, similarly, we'll just take

5  that up on the written filing as well.

6        Let's see.  And then the renewed motion for sanctions

7  against Vanguard America is one I'm going to take up on a

8  report and recommendation to Judge Moon.  That motion is not

9  ripe yet, so I'll wait to see if there are any additional

10 filings from Vanguard America on that.

11       Are there any other -- any other -- and I know, of

12 course, Mr. ReBrook has filed a motion to withdraw as well.

13 And unless plaintiffs wants to have a hearing on that, I also

14 plan to take that up on the filings.

15       MR. BLOCH:  I think that makes sense, Judge.  This is

16 Mike Bloch.

17       THE COURT:  All right.  I think that wraps up all of

18 the motions here, and I do intend to try and address those

19 pretty quickly to get some guidance out to the parties on

20 them.

21       Is there anything else that we need to take up today?

22       MR. BLOCH:  Judge, this is Mike Bloch again.  In

23 terms of motions, the only other motion that I believe is

24 still pending is the motion to enjoin Defendant Cantwell from

25 making threats, Docket Number 511, which we were hoping to get

Sines, et al. v. Kessler, et al. - 4/27/2020

1   a ruling on.

2          THE COURT:  Right.  I certainly have that on my

3   radar, Mr. Bloch.  I think there's also a plaintiffs' motion

4   for attorney's fees related to some prior discovery requests,

5   motions to compel, and that's also something that's on my

6   radar as well.

7          MS. KAPLAN:  On the Cantwell -- this is Roberta

8   Kaplan, Your Honor.  On the Cantwell motion, you know, there's

9   a little bit of -- somewhat less urgency now in that I

10  understand he's currently in federal custody (indiscernible)

11  on another threat against someone else that was similar.  But,

12  obviously, given the fact that he's been indicted, you know,

13  we feel some urgency in getting this decided.

14         THE COURT:  Okay.  Thank you, Ms. Kaplan.

15         All right.  Anything from anybody else?

16         MS. KAPLAN:  I think, Your Honor, the only other

17  thing is that the parties have had some very productive

18  conversations about how to complete discovery given the COVID

19  and the current pandemic.  And all the parties have agreed to

20  conduct depositions by video, which we'll be resuming, and so

21  we intend to complete discovery on schedule and be ready for

22  trial in October.

23         THE COURT:  All right.  Well, I think that sounds

24  good, and that's certainly an appropriate way to address these

25  depositions.  I know folks in other cases have been doing

Sines, et al. v. Kessler, et al. - 4/27/2020

1  that, so I appreciate you all working together to reach that

2  resolution.

3         All right.  Well, counsel, I will -- yes, sir.

4         MR. BLOCH:  Judge, I'm sorry.  This is Mike Bloch.

5  Just one other thing, that the motion -- I don't know if you

6  mentioned this or if these are more appropriately addressed

7  with Judge Moon, but the motions with respect to Mr. Kline are

8  also still pending.

9         THE COURT:  Yeah.  I think that Mr. Kline, that's one

10  that we'll take up -- that I will take up on a report and

11  recommendation to Judge Moon.

12         MR. BLOCH:  Great.

13         THE COURT:  Well, I appreciate the updates today and

14  we'll try and get some guidance out to the parties on these

15  discovery issues shortly.

16         MS. KAPLAN:  Thank you, Your Honor.

17         THE COURT:  Thank you all.  Take care.

18      (Court recessed at 1:24 p.m.)

19                    CERTIFICATE

20  I, Judy K. Webb, certify that the foregoing is a

21  correct transcript to the best of my ability from

22  the record of proceedings taken by electronic

23  recording in the above-entitled matter.

24

25  /s/  Judy K. Webb                Date: 4/30/2020