CLERKS OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
05/04/2020
JULIA C. DUDLEY, CLERK
BY: /s/ J. JONES
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | | |
|---|---|---|
| ELIZABETH SINES et al., | ) | Civil Action No. 3:17-cv-00072 |
|     Plaintiffs, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JASON KESSLER et al., | ) | |
|     Defendants. | ) | By:   Joel C. Hoppe |
| | ) |        United States Magistrate Judge |

    This matter is before the Court on Plaintiffs' motions to allow Direct Access to Certain Discovery of Defendant Jason Kessler and Defendant Vanguard America. ECF Nos. 650, 652. On April 27, 2020, I held a discovery status conference at which Plaintiffs' counsel and Kessler's counsel appeared by telephone. Dillon Hopper appeared in his capacity as Vanguard America's authorized agent. At the conference, Plaintiffs' counsel informed the Court that the disputes underlying both motions had been resolved. Tr. of Disc. Status Conf. 6–7, ECF No. 721. Accordingly, the motions, ECF Nos. 650, 652, are hereby **DENIED** without prejudice as moot.

    IT IS SO ORDERED.

    The Clerk shall send a copy of this Order to the parties and to Mr. Hopper at his address of record.

    ENTER: May 4, 2020

*Joel C. Hoppe*

Joel C. Hoppe
U.S. Magistrate Judge

1