# EXHIBIT 1

| | |
|---|---|
| **From:** | Antony, Nina-Alice <antony@charlottesville.org> |
| **Sent:** | Friday, May 8, 2020 10:01 AM |
| **To:** | Siegel, Joshua |
| **Cc:** | Mills, David |
| **Subject:** | RE: Sines v. Kessler |

**[External]**

Josh:

I talked with Joe about this and he is willing to allow waive the agreement in so far as it allow you to obtain documents etc from Lunsford and Hill that would not be privileged.

Let me know how I can best help facilitate this.

Nina

**From:** Siegel, Joshua <jsiegel@cooley.com>
**Sent:** Thursday, May 7, 2020 4:15 PM
**To:** Antony, Nina-Alice <antony@charlottesville.org>
**Cc:** Mills, David <dmills@cooley.com>
**Subject:** Sines v. Kessler

**WARNING:** This email has originated from **outside of the organization**. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Nina, to follow up, will the Commonwealth's Attorney's Office consent to Fields's criminal defense lawyers (Denise Lunsford and John Hill) producing to us the documents they received from your office that were subject to the Open File Agreement (attached)? Those documents obviously cannot be privileged, and the protective order in our case allows Lunsford and Hill to designate any documents produced as "Confidential" or "Highly Confidential" as needed.

**Joshua Siegel**
Cooley LLP
1299 Pennsylvania Avenue, NW • Suite 700
Washington, DC  20004-2400
Direct: +1 202 842 7891 • Fax: +1 202 842 7899
Bio: www.cooley.com/jsiegel • Practice: www.cooley.com/litigation

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.