# Exhibit 1

Case 3:17-cv-00072-NKM-JCH   Document 744-1   Filed 05/28/20   Page 1 of 3   Pageid#: 11106

**From:** Acacia Dietz
**Sent:** Friday, May 8, 2020 11:29 PM
**To:** Jessica Phillips; Michael Bloch
**Cc:** Edward ReBrook, ESQ; Jessica Phillips
**Subject:** RE: Mr. Schoep's Privilege Log

Ms. Phillips and Mr. Bloch –

In regards to discovery, Mr. Schoep's iPhone was sent via USPS to the Vendor on Friday May 8, 2020. iDS was notified via email of the tracking information for the package.

**ACACIA DIETZ**
Legal Assistant
**THE REBROOK LAW OFFICE**
Phone
Email:

This e-mail message, including all attachments, contains confidential information protected by the attorney-client privilege and/or the attorney work-product doctrine. It is intended solely for the use of the addressee. If you have received this message in error, please notify the sender immediately by telephone ( ) or by electronic mail ( ) and delete this message and all copies and backups thereof. Thank you.

**From:** Jessica Phillips
**Sent:** Monday, May 4, 2020 5:01 PM
**To:** Acacia Dietz; Michael Bloch
**Cc:** Edward ReBrook, ESQ; Jessica Phillips
**Subject:** RE: Mr. Schoep's Privilege Log

Mr. ReBrook:

In your April 1, 2020, filing on behalf of Mr. Schoep, you represented to the Court that Mr. Schoep had "agreed to have his new phone imaged by the Vendor." ECF No. 694 at 12. Ms. Dietz then informed us on April 6, 2020, in the email below, that "We will also be providing Mr. Schoep's new phone to the vendor for imaging and will provide his supplemental response for 'Exhibit A To Stipulation and Order for the Imaging, Preservation, and Production of Documents' accordingly."

Nearly one month has passed, and the vendor has not received Mr. Schoep's phone. Furthermore, we understand that, although the vendor has provided you with the necessary information to ship the device to iDS, you have not provided the vendor with a tracking number or confirmation that the device has been shipped or otherwise communicated with the vendor.

Please inform us promptly of the status of your production of Mr. Schoep's phone. Plaintiffs reserve all rights.

**Jessica E. Phillips**
Partner
_____

**BOIES SCHILLER FLEXNER** LLP

[www.bsfllp.com](http://www.bsfllp.com)

---

**From:** Acacia Dietz]
**Sent:** Monday, April 6, 2020 1:49 AM
**To:** Michael Bloch >; Jessica Phillips >
**Cc:** Edward ReBrook, ESQ >
**Subject:** Mr. Schoep's Privilege Log

**CAUTION**: External email. Please do not respond to or click on linkslattachments unless you recognize the sender.

---

Mr. Bloch & Ms. Phillips,

Please find the attached revised Privilege Log for Mr. Schoep's documents withheld due to privilege. iDS (Vendor) has been authorized to release the newly recoded documents to you as of 1:30am, April 6, 2020.

We will also be providing Mr. Schoep's new phone to the vendor for imaging and will provide his supplemental response for "Exhibit A To Stipulation and Order for the Imaging, Preservation, and Production of Documents" accordingly.

Please let Mr. ReBrook or myself know if there is anything else that is needed from Mr. Schoep.

ACACIA DIETZ
Legal Assistant
THE REBROOK LAW OFFICE
Phone:
Email:

This e-mail message, including all attachments, contains confidential information protected by the attorney-client privilege and/or the attorney work-product doctrine. It is intended solely for the use of the addressee. If you have received this message in error, please notify the sender immediately by telephone ) or by electronic mail () and delete this message and all copies and backups thereof. Thank you.

`The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]