# APPEARANCE SHEET
## FOR THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION

ELIZABETH SINES, ET AL )  CASE NO.: 3:17CV00072
)
v. )  DATE: 5/29/20
)
JASON KESSLER, ET AL )
)
TYPE OF HEARING: Motion Hearing )  Time in Court: 10:41-10:49=8 minutes

*****************************************************************************
### PARTIES/SPEAKERS:

1. USMJ - Joel C. Hoppe
2. John DiNucci
5. Michael Bloch
6. Jessica Phillips
7. Jonathan Cave
8. Emily Cole
9. deputy clerk – Karen Dotson
10. Lauren Smith

*****************************************************************************
CD NO(S). Recorded using AT&T Conference Manager    RECORDED BY: Karen Dotson

| Index No. | Spkr. | Index No. | Spkr. | Index No. | Spkr. | Index No. | Spkr. | Index No. | Spkr. |
|---|---|---|---|---|---|---|---|---|---|
| 10:41 | 1,5 | | | | | | | | |
| 42 | 5,6, 5 | | | | | | | | |
| | 1,9,1,2, | | | | | | | | |
| | 10,1 | | | | | | | | |
| 43 | 9,7,1 | | | | | | | | |
| 44 | 2 | | | | | | | | |
| 45 | 1,2,1 | | | | | | | | |
| 46 | 2,1,2 | | | | | | | | |
| 47 | 1,2,1 | | | | | | | | |
| 48 | 2,1,2 | | | | | | | | |
| | 1,5 | | | | | | | | |
| 49 | 1, 2 | | | | | | | | |
| | 1 | | | | | | | | |