# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

**Elizabeth Sines, et al**

vs.

**Jason Kessler, et al**

Action No:   3:17cv00072

Date:   5/29/20

Judge:   Joel C. Hoppe

Court Reporter:   Karen Dotson, AT&T Conference Manager

Deputy Clerk:   Karen Dotson

Plaintiff Attorney(s)
Emily Cole
Jessica Phillips
Michael Bloch

Defendant Attorney(s)
John DiNucci

## LIST OF WITNESSES

PLAINTIFF/GOVERNMENT:

1.

DEFENDANT:

1.

PROCEEDINGS:

Telephonic Motion Hearing - #727 – Motion to Withdraw as Attorney for dft Richard B. Spencer

Members of the public are on the call
Def states he would like the hrg to be sealed
Court states def is to file a motion asking for a sealed hearing
Motion hearing to be reset
Mr. Spencer needs to be on the call for the hearing

Time in Court: 10:41-10:49= 8 minutes