# EXHIBIT B

| | |
|---|---|
| **From:** | Yotam Barkai |
| **Sent:** | Monday, May 18, 2020 1:53 PM |
| **To:** | azzmador@gmail.com |
| **Cc:** | Jessica Phillips; Yotam Barkai |
| **Subject:** | Sines v. Kessler: Certification |
| **Attachments:** | 2020.05.18 Ray Exhibit A Certification Form.docx |

Mr. Ray:

Pursuant to the Court's Order dated today, please find attached a blank copy of the Certification form attached as Exhibit A to the Stipulation & Order for the Imaging, Preservation, and Production of Documents, ECF No. 383, at 16. Per the Court's Order, the Certification form's text and fields have been modified to request specific information consistent with the Order.

**Yotam Barkai**
Associate

**BOIES SCHILLER FLEXNER** LLP
55 Hudson Yards
New York, NY 10001
(t) +1 212 303 3643
ybarkai@bsfllp.com
www.bsfllp.com

1

# EXHIBIT A TO STIPULATION AND ORDER FOR THE
# IMAGING, PRESERVATION, AND PRODUCTION OF DOCUMENTS

Consistent with the obligations under the "Stipulation and Order for the Imaging, Preservation, and Production of Documents," ECF No. 383, I certify that:

1.  The following are all the Social Media Accounts, as defined in ¶ 2(xi) of the Stipulation and Order, that contain potentially relevant Documents:

| Username | Provider/Platform | Credentials |
|---|---|---|
| Azzmador and/or Azzmador 6970 | Discord | |
| Azzmador | Gab.ai | |
| @Azzmador | Twitter | |
| The Daily Stormer | Website comment section | |
| The Krypto Report | Podcast | |
| azzmador.returns | Skype | |
| @The_Azzmador | Twitter | |
| @Azzmador1488 | Twitter | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

2. The following are all the Electronic Devices, as defined in ¶ 2(vi) of the Stipulation and Order, that I have possessed since January 1, 2017 that may contain any potentially relevant Documents or ESI:

| Device Type (e.g., iPhone 7) | Size (e.g., 32 GB) | Nature of Responsive Documents on Device |
|---|---|---|
| Samsung Galaxy S9+ AT&T | 128 GB | |
| Dell Inspiron Laptop in use through January 2018 | 2 TB | |
| MSI Apache Pro in use since January 2018 | 2 TB | |
| *[Type and model of second mobile device:]* | | |
| | | |
| | | |
| | | |

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on _____ .

_____

Robert "Azzmador" Ray