# EXHIBIT C

| | |
|---|---|
| **From:** | Ken Kim <kkim@idsinc.com> |
| **Sent:** | Friday, May 29, 2020 12:14 PM |
| **To:** | Jessica Phillips; Yotam Barkai |
| **Cc:** | iDS_SINKS-02678 |
| **Subject:** | RE: Sines v. Kessler - Collections Order |

**CAUTION:** External email. Please do not respond to or click on links/attachments unless you recognize the sender.

Hi Jessica/Yotam:

The last communication iDS had directly with Mr. Kolenich regarding Mr. Ray's documents or devices dates back to September 11, 2019.

Regards,
Ken

Kenneth Kim
Consultant, Discovery Services
**iDiscovery Solutions**
Mobile: 267.847.4876



*iDS is a proud Chambers and Partners* **Band 2** *Ranked eDiscovery provider!*
https://www.chambersandpartners.com/12788/2817/editorial/58/1#22770855_editorial

**From:** Ken Kim
**Sent:** Friday, May 29, 2020 9:54 AM
**To:** Jessica Phillips <jphillips@bsfllp.com>; Yotam Barkai <ybarkai@bsfllp.com>
**Cc:** iDS_SINKS-02678 <ids_sinks-02678@idsinc.com>
**Subject:** RE: Sines v. Kessler - Collections Order

Hi Jessica:

1

Understood, we will look into this and let you know. This will take a little bit of time to filter for the relevant communications with Mr. Kolenich.

Regards,
Ken

Kenneth Kim
Consultant, Discovery Services
**iDiscovery Solutions**
Mobile: 267.847.4876



*iDS is a proud Chambers and Partners* **Band 2** *Ranked eDiscovery provider!*
https://www.chambersandpartners.com/12788/2817/editorial/58/1#22770855_editorial

**From:** Jessica Phillips <jphillips@bsfllp.com>
**Sent:** Friday, May 29, 2020 9:45 AM
**To:** Ken Kim <kkim@idsinc.com>; Yotam Barkai <ybarkai@bsfllp.com>
**Cc:** iDS_SINKS-02678 <ids_sinks-02678@idsinc.com>
**Subject:** RE: Sines v. Kessler - Collections Order

**[EXTERNAL SENDER]**

Thanks, Ken. When was the last time you communicated with Kolenich regarding Mr. Ray's documents or devices? We recognize that Mr. Kolenich no longer represents Mr. Ray.

**Jessica E. Phillips**
Partner

**BOIES SCHILLER FLEXNER** LLP
1401 New York Ave., NW
Washington, DC 20005
(t) +1 202 895 7592
(m) +1 312 493 7114
jphillips@bsfllp.com
www.bsfllp.com

**From:** Ken Kim [mailto:kkim@idsinc.com]
**Sent:** Friday, May 29, 2020 9:43 AM
**To:** Yotam Barkai <ybarkai@bsfllp.com>

2

**Cc:** Jessica Phillips <jphillips@bsfllp.com>; iDS_SINKS-02678 <ids_sinks-02678@idsinc.com>
**Subject:** RE: Sines v. Kessler - Collections Order

**CAUTION:** External email. Please do not respond to or click on links/attachments unless you recognize the sender.

Hi Yotam:

Mr. Ray has not yet responded to my email sent on 5/18. As to contact with either Mr. Ray or his counsel (Mr. Kolenich), I do not believe we've ever had direct communications with Mr. Ray regarding this matter, however, we are currently actively engaged with Mr. Kolenich concerning collections but regarding his other clients/defendants in this matter.

Regards,
Ken

Kenneth Kim
Consultant, Discovery Services
iDiscovery Solutions
Mobile: 267.847.4876



*iDS is a proud Chambers and Partners **Band 2** Ranked eDiscovery provider!*
https://www.chambersandpartners.com/12788/2817/editorial/58/1#22770855_editorial

**From:** Yotam Barkai <ybarkai@bsfllp.com>
**Sent:** Friday, May 29, 2020 9:34 AM
**To:** Ken Kim <kkim@idsinc.com>
**Cc:** Jessica Phillips <jphillips@bsfllp.com>; iDS_SINKS-02678 <ids_sinks-02678@idsinc.com>
**Subject:** RE: Sines v. Kessler - Collections Order

[EXTERNAL SENDER]
Ken,

Has Ray responded to your May 18 email below or otherwise indicated that he has sent in his electronic devices? When was the last time that you had contact with Ray or his attorney?

3

Thanks,
Yotam

**Yotam Barkai**
Associate

**BOIES SCHILLER FLEXNER** LLP
(t) +1 212 303 3643

---

**From:** Ken Kim [mailto:kkim@idsinc.com]
**Sent:** Monday, May 18, 2020 11:06 AM
**To:** azzmador@gmail.com
**Cc:** Yotam Barkai <ybarkai@bsfllp.com>; Jessica Phillips <jphillips@bsfllp.com>; iDS_SINKS-02678 <ids_sinks-02678@idsinc.com>
**Subject:** Sines v. Kessler - Collections Order

**CAUTION:** External email. Please do not respond to or click on links/attachments unless you recognize the sender.

---

Mr. Ray:

iDS has just been made aware by plaintiff's counsel (copied on this email) about a laptop and a mobile device that we should be expecting delivery from you as soon as possible. Please ship the 2 devices to the below address accordingly and provide us with the tracking information so that we are updated:

**Team Sllae Enterprises**
**Attn: Bobby Williams**
**8787 Branch Ave**
**Suite #106**
**Clinton, MD 20735**

Also, just wanted to remind you that there are still many pending accounts that iDS has not been able to collect based on issues with account credentials (please see below):

| Defendant | Requested Device/Account | Account User Name if Multiple | Date Device/Account Made Available | Collection Status | iDS Status | Date Collected |
|---|---|---|---|---|---|---|
| Ray_Robert Azzmador | Krypto Report | podcast | | In Progress | Defendant does not remember | TBD |

4

| | | | | | |
|---|---|---|---|---|---|
| | | | | password. iDS collecting publically available information. | |
| Ray_Robert Azzmador | Discord | Azzmador | | Defendant does not remember password | iDS Cannot Proceed Further - Defendant does not remember password | TBD |
| Ray_Robert Azzmador | Discord | azzmador 6970 | | Defendant does not remember password | iDS Cannot Proceed Further - Defendant does not remember password | TBD |
| Ray_Robert Azzmador | Gab.ai | Azzmador | | Defendant does not remember password | iDS Cannot Proceed Further - Defendant does not remember password | TBD |
| Ray_Robert Azzmador | Twitter | @Azzmador | | Account Reported Disabled; Password Not Provided | iDS Cannot Proceed Further - Password Not Provided. No public information to download. | TBD |

5

| Ray_Robert Azzmador | Website | Dailystormer.name | | Defendant does not remember username or password | iDS Cannot Proceed Further - Defendant does not remember username or password | TBD |

Please let us know if you have any questions.

Regards,
Ken

**Kenneth Kim**
Consultant, Discovery Services
**iDiscovery Solutions**
3000 K Street NW, Suite 330
Washington, DC 20007
Mobile: 267.847.4876



*iDS is a proud Chambers and Partners **Band 2** Ranked eDiscovery provider!*
https://www.chambersandpartners.com/12788/2817/editorial/58/1#22770855_editorial

INFORMATION CLASSIFICATION NOTICE: This electronic communication (including any attachments) is intended to be viewed only by the individual(s) to whom it is addressed. It may contain information that is privileged, proprietary, confidential and/or protected from disclosure by applicable law. Any disclosure, dissemination, distribution, copying, exporting or other use of this communication or any attached document(s) other than for the purpose intended by the sender is strictly prohibited without prior written permission from the sender. If you have received this communication in error, please notify the sender immediately by reply e-mail and promptly destroy all electronic and printed copies of this communication and any attached documents.

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-

6

client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]

INFORMATION CLASSIFICATION NOTICE: This electronic communication (including any attachments) is intended to be viewed only by the individual(s) to whom it is addressed. It may contain information that is privileged, proprietary, confidential and/or protected from disclosure by applicable law. Any disclosure, dissemination, distribution, copying, exporting or other use of this communication or any attached document(s) other than for the purpose intended by the sender is strictly prohibited without prior written permission from the sender. If you have received this communication in error, please notify the sender immediately by reply e-mail and promptly destroy all electronic and printed copies of this communication and any attached documents.

INFORMATION CLASSIFICATION NOTICE: This electronic communication (including any attachments) is intended to be viewed only by the individual(s) to whom it is addressed. It may contain information that is privileged, proprietary, confidential and/or protected from disclosure by applicable law. Any disclosure, dissemination, distribution, copying, exporting or other use of this communication or any attached document(s) other than for the purpose intended by the sender is strictly prohibited without prior written permission from the sender. If you have received this communication in error, please notify the sender immediately by reply e-mail and promptly destroy all electronic and printed copies of this communication and any attached documents.