# EXHIBIT E





Return to Search Criteria

## Albemarle Circuit Court

Case #: **CR18000597-00**
Defendant: **RAY, ROBERT WARREN**

### Defendant Information
Address: **FRANKSTON, TX 75763**
Gender: **MALE**
Race: **WHITE**
DOB: **12/11/****
Attorney:

### Case/Charge Information
Defendant Status: **FUGITIVE**
Filed Date: **06/04/2018**
Locality: **COMMONWEALTH OF VA**
Code Section: **18.2-312**
Charge: **MALICIOUSLY RELEASE GAS**
Case Type: **FELONY**
Class:
Commenced By: **DIRECT INDICTMENT**
Offense Date: **08/11/2017**
Arrest Date:
Amended Code Section:
Amended Charge:
Amended Case Type:
Amended Class:

### Appeal Information
Appeal Date:

### Hearing Information

| Date | Time | Result | Type | Courtroom | Plea | Duration | Jury |
|---|---|---|---|---|---|---|---|
| 06/07/2018 | 09:30 AM | CAPIAS ISSUED | CAPIAS | | | | |
| 06/04/2018 | 09:30 AM | TRUE BILL | GRAND JURY | | | | |

### Disposition Information
Disposition:
Disposition Date:
Concluded By:
Jail/Penitentiary:
Concurrent/Consecutive:
Life/Death:
Sentence Time:
Sentence Suspended:
Program Type:
Probation Type:
Probation Time:
Probation Starts:
Operator License Suspension Time:
Restriction Effective Date:
Operator License Restrictions:
Military:
Traffic Fatality:
Court/DMV Surrender:
Driver Improvement Clinic:

VASAP:
Restitution Paid:
Restitution Amount:
Fine: *
Costs: *
Fine/Costs Paid:
Fine/Costs Paid Date:
\* This system cannot process online payments at this time. Please refer to ' How to Pay Traffic Tickets and Other Offenses ' for more information.

## Service/Process

No Services/Processes found.

## Pleadings/Orders

| Seq. # | Date | Type | Party | Judge | Book & Page | Instrument | Remarks |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 3 | 03/01/2019 | ORDER | | CVH | | | JUNE 4 2018 TERM |
| 2 | 06/07/2018 | CAPIAS | | | | | CAPIAS |
| 1 | 06/04/2018 | INDICTMENTS | | | | | JUNE 4, 2018 TERM |

Return to Search Criteria