JOHN A. DINUCCI (VSB NO. 29270)
8180 GREENSBORO DRIVE
SUITE 1150
MCLEAN, VIRGINIA 22102

CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILE, VA
FILED

JUN 08 2020

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF VIRGINIA

CHARLOTTESVILLE DIVISION

| ELIZABETH SINES et al. | Case No: 3:17-cv-00072-NKM |
|---|---|
| Plaintiff, | |
| vs. | RICHARD B. SPENCER'S POSITION ON PENDING MOTION TO WITHDRAW |
| JASON KESSLER, et al., | |
| Defendant | |

Richard B. Spencer, represented by counsel John DiNucci, hereby informs the Court that he opposes MOTION FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD filed by John DiNucci on May 15, 2020. This position reflects the consideration of potential prejudice caused by the granting of said MOTION in light of the public nature of the case and its attendant defendants.

Dated this 29 of May, 2020.

_____
Richard B. Spencer

RICHARD B. SPENCER'S POSITION ON PENDING MOTION TO WITHDRAW - 1