JOHN A. DINUCCI (VSB NO. 29270)
8180 GREENSBORO DRIVE
SUITE 1150
MCLEAN, VIRGINIA 22102

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF VIRGINIA

CHARLOTTESVILLE DIVISION

| | |
|---|---|
| ELIZABETH SINES *et al.* | Case No: 3:17-cv-00072-NKM |
| Plaintiff, | |
| vs. | DEFENDANT RICHARD SPENCER'S MOTION FOR PERMISSION TO PARTICIPATE IN ELECTRONIC FILING |
| JASON KESSLER, *et al.*, | |
| Defendant | |

Defendant Richard Spencer moves for permission to participate in electronic filing.

Defendant Spencer certifies that he is computer literate and has full and up-to-date Internet access. In light of his representative John DiNucci's recent motion to withdrawal—and Mr. Spencer's opposition to this motion—he is in need a making supplemental additions to the process himself. This can swiftly be done through electronic filing, avoiding the slower and more cumbersome U.S. mail.

Dated this 29 of May, 2020.

Richard B. Spencer

RICHARD B. SPENCER'S POSITION ON PENDING MOTION TO WITHDRAW - 1