**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**

**Charlottesville Division**

ELIZABETH SINES, *et al.*,        :

                        :

    Plaintiffs,          :

                        :

    vs.                  : Case No. 3:17-cv-00072-NKM

                        :

JASON KESSLER, *et al.*,        :

                        :

    Defendants.         :

**NOTICE RE MOTION FOR LEAVE TO WITHDRAW**
**AS COUNSEL FOR DEFENDANT RICHARD B. SPENCER**

**PLEASE TAKE NOTICE** that, pursuant to the Court's Order of

June 4, 2020, the undersigned hereby requests that the Court

cause the Clerk of Court to return to him the Memorandum in

Support of Motion to  Withdraw and to Conduct *Ex Parte* or Closed

Hearing (ECF No. 751).

The undersigned will respond to the Court's queries at the

oral hearing scheduled for June 11, 2020.

                      Respectfully submitted,

                      /s/ John A. DiNucci
                      John A. DiNucci (VSB No. 29270)
                      8180 Greensboro Drive
                      Suite 1150
                      McLean, Virginia 22102
                      tel.: (703) 821-4232
                      fax:  (703) 790-9863
                      e-mail: dinuccilaw@outlook.com

**CERTIFICATE OF SERVICE**

I hereby certify that, on June 8, 2020, I filed the
foregoing Notice with the Clerk of Court through the CM/ECF
system, which will send a notice of electronic filing to all
counsel of record, including the following:

Counsel of Record

Philip M. Bowman, Esq.
Boies, Schiller Flexner, LLP
575 Lexington Avenue
New York, New York 10022

Robert T. Cahill, Esq.
Cooley, LLP
11951 Freedom Drive
14th Floor
Reston, Virginia 20190

Roberta Kaplan, Esq.
Kaplan & Company, LLP
350 Fifth Avenue
Suite 7110
New York, New York 10118

Karen L. Dunn, Esq.
Boies, Schiller, Flexner, LLP
1401 New York Avenue. N.W.
Washington, D.C. 20005

Alan Levine, Esq.
Cooley, LLP
1114 Avenue of the Americas
46th Floor
New York, New York 10036

David E. Mills, Esq.
Cooley, LLP
1299 Pennsylvania Avenue, N.W.
Suite 700
Washington, D.C. 20004

David Campbell, Esq.
Duane, Hauck, Davis & Gravatt
100 West Franklin Street
Suite 100
Richmond, Virginia 23220

Bryan Jones, Esq.
106 West South Street
Suite 211
Charlottesville, Virginia 22902

Elmer Woodard, Esq.
5661 U.S. Highway 29
Blairs, Virginia 24527

James Edward Kolenich, Esq.
9435 Waterstone Boulevard
Suite 140
Cincinnati, Ohio 45429

William E. ReBrook, IV, Esq.
6013 Clerkenwell Court
Burke, Virginia 22015

I further certify, that on May 15, 2020, I also served the

following non-ECF participants, by electronic mail, as follows:

Richard B. Spencer
richardbspencer@gmail.com

Christopher Cantwell
christopher.cantwell@gmail.com

Robert Azzmador Ray
azzmador@gmail.com

Matthew Heimbach
matthew.w.heimbach@gmail.com

Vanguard America
c/o Dillon Hopper
dillon_hopper@protonmail.com

Elliott Kline a/k/a Eli Mosley
eli.f.mosley@gmail.com
deplorabletruth@gmail.com

/s/   John A. DiNucci
John A. DiNucci (VSB No. 29270)
8180 Greensboro Drive
Suite 1150
McLean, Virginia 22102
tel.: (703) 821-4232
fax:  (703) 790-9863
e-mail: dinuccilaw@outlook.com