CLERKS OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
06/11/2020
JULIA C. DUDLEY, CLERK
BY: /s/ J. JONES
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | | |
|---|---|---|
| ELIZABETH SINES et al., | ) | Civil Action No. 3:17-cv-00072 |
|     Plaintiffs, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JASON KESSLER et al., | ) | |
|     Defendants. | ) | By:   Joel C. Hoppe |
| | ) |         United States Magistrate Judge |

This matter is before the Court on Plaintiffs' Motion to Compel and for Sanctions Against Defendant James Fields. ECF No. 671 ("Pls.' Mot."). For the reasons stated in the Memorandum Opinion entered this date, Plaintiffs' motion to compel is hereby **GRANTED in part** with respect to Fields's written discovery responses and **DENIED** in all other respects. Fields shall have twenty-one (21) days from the date of this Order to cure the defects discussed in Section III.A of the Memorandum Opinion. The parties shall bear their own expenses incurred in litigating the motion to compel. Fed. R. Civ. P. 37(a)(5)(C).

Plaintiffs' motion for sanctions under Rule 37(b)(2) is hereby **DENIED** in its entirety. Their specific request for an adverse-inference instruction related to the Christmas cards from Defendant Vanguard America is **DENIED without prejudice**.

**IT IS SO ORDERED.**

The Clerk shall send a copy of this Order to the parties.

ENTER: June 11, 2020

*Joel C. Hoppe*

Joel C. Hoppe
U.S. Magistrate Judge