# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### CHARLOTTESVILLE DIVISION

**ELIZABETH SINES, ET AL**

**vs.**

**JASON KESSLER, ET AL**

Action No:   3:17cv00072

Date:   6/10/20

Judge:   Joel C. Hoppe, USMJ

Court Reporter:   Judy Webb, OCR

Deputy Clerk:   Karen Dotson

Plaintiff Attorney(s)

Michael Bloch & Jessica Phillips

Defendant Attorney(s)

John DiNucci

## LIST OF WITNESSES

PLAINTIFF/GOVERNMENT:

1.

DEFENDANT:

1.

PROCEEDINGS:

Telephonic Motion Hearing #757
Motion to Withdraw as Attorney for Defendant Richard B. Spencer

Parties present for telephone conference
Def states reason for motion to withdraw as counsel – financial obligations not being met
Mr. Bloch addresses the court
Court takes motion under advisement for 1 week, Mr. Spencer to try to formulate a plan to pay for services already rendered and services anticipated.

Time in Court: 11:03-11:28=25 min