# EXHIBIT A



**From:** Acacia Dietz [mailto:acacia.dietz@outlook.com]
**Sent:** Thursday, May 28, 2020 4:45 PM
**To:** Ken Kim <kkim@idsinc.com>; Jessica Phillips <jphillips@bsfllp.com>
**Cc:** iDS_SINKS-02678 <ids_sinks-02678@idsinc.com>; Yotam Barkai <ybarkai@bsfllp.com>; ESQ Edward ReBrook <rebrooklaw@gmail.com>; Jessica Phillips <jphillips@bsfllp.com>
**Subject:** Re: Sines v. Kessler - Court order regarding Jeff Schoep data production

**CAUTION**: External email. Please do not respond to or click on links/attachments unless you recognize the sender.

Ken,

Please release "any and all ESI collected from Schoep's social-media accounts and devices that contain the agreed-upon search terms within the applicable date range." in regards to Mr. Schoeps Mobile and Twitter to the Plaintiffs Counsel as per the May 27, 2020 court order. Thank you.

Acacia Dietz

The ReBrook Law Office

Phone: 586.696.0385

Email: acacia.dietz@outlook.com

This e-mail message, including all attachments, contains confidential information protected by the attorney-client privilege and/or the attorney work-product doctrine. It is intended solely for the use of the addressee. If you have received this message in error, please notify the sender immediately by telephone (586.696.0385) or by electronic mail (acacia.dietz@outlook.com) and delete this message and all copies and backups thereof. Thank you.

1

**From:** Jessica Phillips <jphillips@bsfllp.com>
**Sent:** Thursday, May 28, 2020 12:22:44 PM
**To:** Acacia Dietz <acacia.dietz@outlook.com>; Ken Kim <kkim@idsinc.com>
**Cc:** iDS_SINKS-02678 <ids_sinks-02678@idsinc.com>; Yotam Barkai <ybarkai@bsfllp.com>; ESQ Edward ReBrook <rebrooklaw@gmail.com>; Jessica Phillips <jphillips@bsfllp.com>
**Subject:** RE: Sines v. Kessler - Court order regarding Jeff Schoep data production

Ms. Dietz:

The Court's May 27, 2020, Order is clear that Plaintiffs are entitled to "any and all ESI collected from Schoep's social-media accounts and devices that contain the agreed-upon search terms within the applicable date range." As you know, iDS has already imaged and processed the materials from Mr. Schoep's social media accounts and the iPhone 6s he sent to iDS on May 14, 2020.  iDS has confirmed to me that the universe of documents that contain the agreed-upon search terms within the applicable date range has been collected and can be produced by iDS within a day.  I note that nothing in the order requires iDS to wait for Mr. ReBrook or you to approve production of these materials to Plaintiffs, although you have now instructed the vendor to produce only a subset of those documents, which is plainly contrary to the Court's order.  As you know, the Court has warned Mr. Schoep that "his failure to fully comply with this Order may result in the Court imposing sanctions under Rule 37(b)(2) of the Federal Rules of Civil Procedure and/or directing Schoep to show cause why he should not be held in contempt of court."  Please confer with Mr. ReBrook and let Plaintiffs and iDS know by 5 pm ET today whether Mr. Schoep authorizes iDS to produce to Plaintiffs "any and all ESI collected from Schoep's social-media accounts and devices that contain the agreed-upon search terms within the applicable date range."  Plaintiffs reserve all rights.

**Jessica E. Phillips**
Partner

BOIES SCHILLER FLEXNER LLP
1401 New York Ave., NW
Washington, DC 20005
(t) +1 202 895 7592
(m) +1 312 493 7114
jphillips@bsfllp.com
www.bsfllp.com

**From:** Acacia Dietz [mailto:acacia.dietz@outlook.com]
**Sent:** Thursday, May 28, 2020 10:50 AM
**To:** Ken Kim <kkim@idsinc.com>
**Cc:** iDS_SINKS-02678 <ids_sinks-02678@idsinc.com>; Jessica Phillips <jphillips@bsfllp.com>; Yotam Barkai <ybarkai@bsfllp.com>; ESQ Edward ReBrook <rebrooklaw@gmail.com>
**Subject:** RE: Sines v. Kessler - Court order regarding Jeff Schoep data production

**CAUTION**: **External email. Please do not respond to or click on links/attachments unless you recognize the sender.**

Ken –

Please see the attached 5/27/2020 court Order (applicable part referenced below) and ONLY produce "Responsive" documents to Plaintiffs' Counsel until I am able to confer with Mr. ReBrook on this matter.

- On or before **Monday, June 8, 2020**, the Vendor shall provide directly to Plaintiffs' counsel any and all ESI collected from Schoep's social-media accounts and devices that contain the agreed-upon search terms within the applicable date range.

Either myself or Mr. ReBrook will respond regarding production of "any and all ESI" from Mr. Schoep's mobile and Twitter before June 8, 2020.

Thank you.

**ACACIA DIETZ**
Legal Assistant
**THE REBROOK LAW OFFICE**
Phone: 586.696.0385
Email: acacia.dietz@outlook.com

This e-mail message, including all attachments, contains confidential information protected by the attorney-client privilege and/or the attorney work-product doctrine. It is intended solely for the use of the addressee. If you have received this message in error, please notify the sender immediately by telephone (586.696.0385) or by electronic mail (acacia.dietz@outlook.com) and delete this message and all copies and backups thereof. Thank you.

**From:** Ken Kim
**Sent:** Thursday, May 28, 2020 10:37 AM
**To:** Acacia Dietz
**Cc:** iDS_SINKS-02678; Jessica Phillips; Yotam Barkai; ESQ Edward ReBrook
**Subject:** Sines v. Kessler - Court order regarding Jeff Schoep data production

Hi Acacia:

Subsequent to our communications (yesterday and this morning) regarding production of Mr. Schoep's mobile data and Mr. Schoep's @jeffschoep Twitter account, iDS has been made aware by plaintiff's counsel of a court order filed on 5/27/2020 providing that "[v]endor shall provide directly to Plaintiffs' counsel any and all ESI collected from Schoep's social-media accounts and devices that contain the agreed-upon search terms within the applicable date range." As such, plaintiff's counsel (copied on this email) has requested that iDS produce ALL the data currently in the Relativity workspace for Mr. Schoep's mobile data and Mr. Schoep's @jeffschoep Twitter account (as these are the search term hits). Please confirm that you have no issues with iDS adhering to the court order and producing ALL the data currently in the Relativity workspace for Mr. Schoep's mobile data and Mr. Schoep's @jeffschoep Twitter account.

Let us know if you have any questions.

Regards,
Ken

**Kenneth Kim**
Consultant, Discovery Services
**iDiscovery Solutions**
3000 K Street NW, Suite 330
Washington, DC 20007
Mobile: 267.847.4876

  

*iDS is a proud Chambers and Partners **Band 2** Ranked eDiscovery provider!*
https://www.chambersandpartners.com/12788/2817/editorial/58/1#22770855_editorial

INFORMATION CLASSIFICATION NOTICE: This electronic communication (including any attachments) is intended to be viewed only by the individual(s) to whom it is addressed. It may contain information that is privileged, proprietary, confidential and/or protected from disclosure by applicable law. Any disclosure, dissemination, distribution, copying, exporting or other use of this communication or any attached document(s) other than for the purpose intended by the sender is strictly prohibited without prior written permission from the sender. If you have received this communication in error, please notify the sender immediately by reply e-mail and promptly destroy all electronic and printed copies of this communication and any attached documents.

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]