| AO435 (Rev. 04/18; WDVA Rev. 02/19) | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS **TRANSCRIPT ORDER FORM** | FOR COURT USE ONLY DUE DATE: |
|---|---|---|

*Please Read Instructions on Page 2.*

### 1. REQUESTOR'S INFORMATION:

| NAME | TELEPHONE NUMBER |
|---|---|
| Robert Cahill (Counsel for Plaintiffs) | 703-456-8145 |

| DATE OF REQUEST | EMAIL ADDRESS (*Transcript will be emailed to this address.*) |
|---|---|
| 6/11/2020 | rcahill@cooley.com; ebolton@cooley.com |

| MAILING ADDRESS | CITY, STATE, ZIP CODE |
|---|---|
| Cooley LLP, 11951 Freedom Drive, 14 th Floor | Reston, VA 20190 |

### 2. TRANSCRIPT REQUESTED:

NAME OF COURT REPORTER: **Judy Webb**

OR   CHECK HERE ☐ IF HEARING WAS RECORDED BY FTR

| CASE NUMBER | CASE NAME | JUDGE'S NAME |
|---|---|---|
| 3:17-cv-00072 | Sines, et al. v. Kessler, et al. | Joel C. Hoppe |

| DATE(S) OF PROCEEDING(S) | TYPE OF PROCEEDING(S) | LOCATION OF PROCEEDING |
|---|---|---|
| 6/11/2020 | Telephonic Motion Hearing | Charlottesville, VA |

REQUEST IS FOR: (*Select one*)   ☑ FULL PROCEEDING   OR   ☐ SPECIFIC PORTION(S) (*Must specify below*)

SPECIFIC PORTION(S) REQUESTED (*If applicable*):

### 3. SERVICE TURNAROUND CATEGORY REQUESTED:
(*See Page 2 for descriptions of each service turnaround category.*)

- ☐ Ordinary (30-Day)
- ☐ 14-Day
- ☐ Expedited (7-Day)
- ☑ 3-Day
- ☐ Daily
- ☐ Hourly
- ☐ RealTime

### 4. CERTIFICATION: By signing below, I certify that I will pay all charges (deposit plus additional).

| DATE | SIGNATURE |
|---|---|
| 6/11/2020 | /s/ Robert T. Cahill |

If you have any questions, please contact the court reporter coordinator at (434) 847-5722 or by email to CRC@vawd.uscourts.gov.

Transcript Fee Rates can be found on our website under Standing Orders at:
http://www.vawd.uscourts.gov/media/1576/transcripts2018-3.pdf

**NOTE:** Form must be flattened prior to electronically filing in CM/ECF so that all fillable fields can no longer be modified.

**PRINT**      **RESET FORM**