# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### Charlottesville Division

| | |
|---|---|
| ELIZABETH SINES, SETH WISPELWEY, MARISSA BLAIR, APRIL MUNIZ, MARCUS MARTIN, NATALIE ROMERO, CHELSEA ALVARADO, JOHN DOE, and THOMAS BAKER, <br><br> Plaintiffs, <br><br> v. <br><br> JASON KESSLER, RICHARD SPENCER, CHRISTOPHER CANTWELL, JAMES ALEX FIELDS, JR., VANGUARD AMERICA, ANDREW ANGLIN, MOONBASE HOLDINGS, LLC, ROBERT "AZZMADOR" RAY, NATHAN DAMIGO, ELLIOT KLINE a/k/a/ ELI MOSLEY, IDENTITY EVROPA, MATTHEW HEIMBACH, MATTHEW PARROTT a/k/a DAVID MATTHEW PARROTT, TRADITIONALIST WORKER PARTY, MICHAEL HILL, MICHAEL TUBBS, LEAGUE OF THE SOUTH, JEFF SCHOEP, NATIONAL SOCIALIST MOVEMENT, NATIONALIST FRONT, AUGUSTUS SOL INVICTUS, FRATERNAL ORDER OF THE ALT-KNIGHTS, MICHAEL "ENOCH" PEINOVICH, LOYAL WHITE KNIGHTS OF THE KU KLUX KLAN, and EAST COAST KNIGHTS OF THE KU KLUX KLAN a/k/a EAST COAST KNIGHTS OF THE TRUE INVISIBLE EMPIRE, <br><br> Defendants. | **Civil Action No. 3:17-cv-00072-NKM** <br><br> **JURY TRIAL DEMANDED** |

## PLAINTIFFS' RESPONSE TO MOTION TO WITHDRAW AS ATTORNEY FOR DEFENDANT RICHARD B. SPENCER

We are writing the Court to supplement the factual record with information we recently learned regarding the pending motion to withdraw filed by Defendant Richard Spencer's attorney, John DiNucci ("the Motion"). More specifically, as described further below, on May 19, 2020, several weeks before the June 11 hearing concerning the Motion in this case, a court in Montana held Mr. Spencer in contempt for his persistent refusal to pay tens of thousands of dollars of court-ordered fees he owes to the Guardian ad Litem (the "GAL") who represented his children in his recent divorce proceeding. Indeed, while Mr. Spencer expressed optimism to Your Honor on June 11 regarding his ability to satisfy his financial obligations to Mr. DiNucci by raising money, Mr. Spencer took a decidedly different tack during the May contempt hearing in Montana: "Well, indigent is indigent[,]" he told the Montana court. "I can't invent money of out thin air[.]" Ex. A., Partial Transcript of May 19, 2020 Hearing, DR-18-474C, Montana Eleventh Judicial District Court, Flathead County at 11-13, 8. Mr. Spencer's legal and financial situation stemming from the proceedings in Montana, as well as the inconsistent representations he made to that court, bear directly on the issues before the Court in connection with the Motion.

*   *   *

As Your Honor is aware, Mr. DiNucci moved to withdraw from representing Mr. Spencer on May 15, 2020.  (Doc. No. 727.) A hearing was held on the Motion on June 11, which centered largely on Mr. Spencer's ability to satisfy his legal obligations to Mr. DiNucci. At the hearing, Mr. DiNucci explained that Mr. Spencer owes him a "substantial sum of money." (Doc. No. 767 at 12-15, 5.) Mr. DiNucci stated that he told Mr. Spencer as early as January of this year that if Mr. Spencer was unable to fulfill his financial obligations, Mr. DiNucci would move to withdraw. (*Id.* at 9-12, 5.) Mr. Spencer told the Court that he understood the costs Mr. DiNucci would incur in preparing for and defending him at trial, and that he expected he would have a way to pay Mr. DiNucci soon. (*Id.* at 6-18, 10.) When the Court pressed Mr. Spencer about

whether he "actually ha[s] a viable plan to be able to pay Mr. DiNucci for the work he's already performed," Mr. Spencer said that he did. (*Id.* at 11-14, 15.) He said, "in terms of my ability to raise money, I don't think that can be put into question." (*Id.* at 16.) The Court agreed to take the Motion under advisement and asked Mr. DiNucci to advise the Court in one week whether he wants to withdraw the Motion. (*Id.* at 12-17, 18.)[1]

Subsequent to the June 11 hearing, Plaintiffs recently learned that Mr. DiNucci is not the only attorney owed substantial sums by Mr. Spencer. Mr. Spencer was recently held in contempt in Montana for his failure to pay court-ordered fees to the GAL who represented his children in his recent divorce proceeding. Mr. Spencer owes the GAL, Joyce Funda, more than $60,000 for work that she finished in December 2019. Ex. B, Order to Show Cause, January 8, 2020, DR-18-474C at 9. After giving Mr. Spencer more than a year to pay his outstanding debt, Ms. Funda filed an Order to Show Cause why Mr. Spencer should not be held in contempt for his failure to pay her court-ordered fees (the "OSC"). In the OSC, Ms. Funda noted that the court that appointed Ms. Funda as GAL ordered Mr. Spencer to pay her fees. Ex. B at 8. In an affidavit in support of the OSC, Ms. Funda noted that she asked Mr. Spencer to pay her multiple times before filing the OSC, but that Mr. Spencer refused to pay his outstanding fees. Ex. B at 8-9. Ms. Funda noted that when she last discussed Mr. Spencer's debt with him on the telephone, he told her that he would "never, ever" pay her. *Id.* at 10.

On May 19, 2020, the Montana court deciding Ms. Funda's OSC (the "Montana Court") held a hearing where Ms. Funda and Mr. Spencer appeared. Ex. A. During the hearing, Mr.

---

[1] Mr. DiNucci has advised the Court today that he does not wish to withdraw the Motion.

Spencer repeatedly represented, in no uncertain terms, that he has no ability to pay Ms. Funda. *See e.g.*, Ex. A at 11-13, 8 ("Well, indigent is indigent. I can't invent money of out thin air"); Ex. A at 13-16, 9 ("Well, then what's the point of filing a motion? I mean, I just – like if there's no money to pay [Ms. Funda] . . . . So this is all rather academic"); Ex. A at 7-10, 6 ("I cannot afford a lawyer"). The Montana Court gave Mr. Spencer one month to purge the contempt by paying or developing a payment plan to pay his outstanding fees to Ms. Funda. Ex. A at 1-8, 4. The Montana Court further ordered that Mr. Spencer serve a 14-day jail sentence and pay a $500 fine should he fail to purge himself of the contempt. *Id.* Mr. Spencer indicated that he would file a motion within fourteen days asserting that he is indigent. Ex. A at 22-25, 6; 1-10, 7; 23-25, 8; 1-3, 9. As far as Plaintiffs are aware, Mr. Spencer also has neither filed a motion in response to the OSC in the Montana Court nor purged himself of the contempt.

Plaintiffs believe Mr. Spencer's significant outstanding debt to Ms. Funda, his repeated representations of indigency to the Montana Court, as well as the potential impending jail sentence are relevant to the issues before the Court on the Motion.

Date: June 18, 2020                                      Respectfully submitted,

*/s/*  _____
Robert T. Cahill (VSB 38562)
COOLEY LLP
11951 Freedom Drive, 14th Floor
Reston, VA 20190-5656
Telephone: (703) 456-8000
Fax: (703) 456-8100
rcahill@cooley.com

*Counsel for Plaintiffs*

4

Of Counsel:

Roberta A. Kaplan (*pro hac vice*)
Julie E. Fink (*pro hac vice*)
Gabrielle E. Tenzer (*pro hac vice*)
Michael L. Bloch (*pro hac vice*)
KAPLAN HECKER & FINK LLP
350 Fifth Avenue, Suite 7110
New York, NY 10118
Telephone: (212) 763-0883
rkaplan@kaplanhecker.com
jfink@kaplanhecker.com
gtenzer@kaplanhecker.com
mbloch@kaplanhecker.com

Yotam Barkai (*pro hac vice*)
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards
New York, NY 10001
Telephone: (212) 446-2300
Fax: (212) 446-2350
ybarkai@bsfllp.com

David E. Mills (*pro hac vice*)
Joshua M. Siegel (VSB 73416)
COOLEY LLP
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004
Telephone: (202) 842-7800
Fax: (202) 842-7899
dmills@cooley.com
jsiegel@cooley.com

Karen L. Dunn (*pro hac vice*)
William A. Isaacson (*pro hac vice*)
Jessica Phillips (*pro hac vice*)
BOIES SCHILLER FLEXNER LLP
1401 New York Ave, NW
Washington, DC 20005
Telephone: (202) 237-2727
Fax: (202) 237-6131
kdunn@bsfllp.com
wisaacson@bsfllp.com
jphillips@bsfllp.com

Alan Levine (*pro hac vice*)
Philip Bowman (*pro hac vice*)
COOLEY LLP
1114 Avenue of the Americas, 46th Floor
New York, NY 10036
Telephone: (212) 479-6260
Fax: (212) 479-6275
alevine@cooley.com
pbowman@cooley.com

J. Benjamin Rottenborn (VSB 84796)
WOODS ROGERS PLC
10 South Jefferson St., Suite 1400
Roanoke, VA 24011
Telephone: (540) 983-7600
Fax: (540) 983-7711
brottenborn@woodsrogers.com

*Counsel for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that on June 18, 2020, I filed the foregoing with the Clerk of Court through the CM/ECF system, which will send a notice of electronic filing to:

Justin Saunders Gravatt
David L. Hauck
David L. Campbell
Duane, Hauck, Davis & Gravatt, P.C.
100 West Franklin Street, Suite 100
Richmond, VA 23220
jgravatt@dhdglaw.com
dhauck@dhdglaw.com
dcampbell@dhdglaw.com

*Counsel for Defendant James A. Fields, Jr.*

Elmer Woodard
5661 US Hwy 29
Blairs, VA 24527
isuecrooks@comcast.net

James E. Kolenich
Kolenich Law Office
9435 Waterstone Blvd. #140
Cincinnati, OH 45249
jek318@gmail.com

*Counsel for Defendants Matthew Parrott, Traditionalist Worker Party, Jason Kessler, Nathan Damigo, and Identity Europa, Inc. (Identity Evropa)*

Bryan Jones
106 W. South St., Suite 211
Charlottesville, VA 22902
bryan@bjoneslegal.com

*Counsel for Defendants Michael Hill, Michael Tubbs, and League of the South*

John A. DiNucci
Law Office of John A. DiNucci
8180 Greensboro Drive, Suite 1150
McLean, VA 22102
dinuccilaw@outlook.com

*Counsel for Defendant Richard Spencer*

William Edward ReBrook , IV
The Rebrook Law Office
6013 Clerkenwell Court
Burke, VA 22015
edward@rebrooklaw.com

*Counsel for Defendants Jeff Schoep, National Socialist Movement, and Nationalist Front*

I further hereby certify that on June 18, 2020, I also served the following non-ECF participants, via electronic mail, as follows:

Elliot Kline
eli.f.mosley@gmail.com

Matthew Heimbach
matthew.w.heimbach@gmail.com

Robert Ray
azzmador@gmail.com

Christopher Cantwell
christopher.cantwell@gmail.com

Vanguard America
c/o Dillon Hopper
dillon_hopper@protonmail.com

/s/
Robert T. Cahill (VSB 38562)
COOLEY LLP
11951 Freedom Drive, 14th Floor
Reston, VA 20190-5656
Telephone: (703) 456-8000
Fax: (703) 456-8100
rcahill@cooley.com

*Counsel for Plaintiffs*

2