# Denise Lunsford

**From:** John Zwerling <jz@zwerling.com>
**Sent:** Wednesday, June 24, 2020 2:33 PM
**To:** Denise Lunsford
**Subject:** Fwd: Judge downer's order

Sent from my iPhone
John Zwerling
114 North Alfred Street
Alexandria VA 22314
703-684-8000
Cell 703-629-8054

Begin forwarded message:

> **From:** "Platania, Joseph" <platania@charlottesville.gov>
> **Date:** June 24, 2020 at 2:32:52 PM EDT
> **To:** John Zwerling <jz@zwerling.com>
> **Subject: RE: Judge downer's order**
>
> Correct, we cannot nullify a Court Order, only a Judge can. (I know I'm stating the obvious.)
>
> Best,
> Joe
>
> Joseph Platania
> Commonwealth's Attorney
> City of Charlottesville
>
> My email address has changed to platania@charlottesville.gov
> Please update my email address within your contacts. Thank you.
>
> -----Original Message-----
> From: John Zwerling <jz@zwerling.com>
> Sent: Wednesday, June 24, 2020 12:19 PM
> To: Platania, Joseph <platania@charlottesville.gov>
> Subject: Judge downer's order
>
> ** WARNING: This email has originated from outside of the organization. Do not click links or open attachments unless you recognize the sender and know the content is safe.**
>
> Joe
> This is to confirm our understanding that while your office does not oppose Ms. Lunsford providing non privileged documents in the Fields case You can not and did not relieve her from honoring and complying with judge downer's order prohibiting her from sharing the open file discovery with anyone

1

outside of her office.
Please agree or correct the above.
Thanks
John


Sent from my iPhone
John Zwerling
114 North Alfred Street
Alexandria VA 22314
703-684-8000
Cell 703-629-8054