# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

**ELIZABETH SINES, ET AL**

vs.

**JASONKESSLER, ET AL**

Action No:   3:17CV00072

Date:   6/25/20

Judge:   Joel C. Hoppe, U SMJ

Court Reporter:   Karen Dotson, AT&T Conference Manager

Deputy Clerk:   Karen Dotson

Plaintiff Attorney(s)
Michael Bloch
Joshua Siegel

Defendant Attorney(s)
Denise Lunsford
John Hill
John Zwerling

## LIST OF WITNESSES

PLAINTIFF/GOVERNMENT:

1.

DEFENDANT:

1.

PROCEEDINGS:

Telephonic Motion Hearing – Motion to Reconsider #770

Parties argues motion to reconsider
Discuss state court order
Order to follow

Time in court: 1:14-2:38=1 hour 24 minutes