# APPEARANCE SHEET
## FOR THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
## HARRISONBURG DIVISION

| | | |
|---|---|---|
| Elizabeth Sines, et al | ) | CASE NO.: 3:17cv00072 |
| | ) | |
| v. | ) | DATE: 6/25/20 |
| | ) | |
| Jason Kessler, et al | ) | |
| | ) | |
| TYPE OF HEARING: Motion Hearing | ) | Time in Court: 1:14-2:38=1 hour 24 min |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**PARTIES/SPEAKERS:**

1. USMJ - Joel C. Hoppe
2. Denise Lunsford
3. John Zwerling
4. John Hill
5. Michael Bloch
6. Joshua Siegel
7. 
8. 
9. deputy clerk – Karen Dotson
10. 

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CD NO(S). Recorded using AT&T Conference Manager    RECORDED BY:  Karen Dotson

| Index No. | Spkr. | Index No. | Spkr. | Index No. | Spkr. | Index No. | Spkr. | Index No. | Spkr. |
|---|---|---|---|---|---|---|---|---|---|
| 1:14 | 2 | | 3,1, | 52 | 1 | 7 | 1,2 | 29 | 2 |
| 16 | 1,2 | 30 | 2,1 | 53 | 6 | 10 | 1 | 30 | 1,2,1 |
| 18 | 1,2, | 31 | 2,1 | 54 | 2 | 11 | 2,1 | 31 | 2,1 |
| 19 | 9,2,1 | 33 | 6 | 55 | 1 | | 2 | 32 | 6,1,2 |
| | 1,2,1 | 34 | 6 | 56 | 2,1 | 12 | 1,9,1 | 33 | 1,6,1,2 |
| 20 | 2 | 39 | 1 | 57 | 2,1 | 13 | 6 | 34 | 1,6 |
| 21 | 1,2 | 40 | 2,1,2 | 58 | 2 | 17 | 1 | 35 | 1,2 |
| 22 | 1,2 | 43 | 1,6,1,6 | 2:01 | 1, | 18 | 2,1 | 36 | 1 |
| 24 | 1,2 | 45 | 4,1,4 | 2 | 2,1,2 | 19 | 2,6,1 | 37 | 6,1,6 |
| 26 | 1 | | 1 | 4 | 1,2,1,2 | 20 | 6,1,6 | 38 | 1,6,1 |
| 27 | 2 | 46 | 6 | | 1 | 22 | 2 | | 2,1 |
| 28 | 1,2 | 47 | 1 | 5 | 2 | 23 | 6,2 | | |
| 29 | 1,2,3 | 48 | 6 | 6 | 1,2 | 24 | 6,1 | | |