| | |
|---|---|
| From: | CommanderBurt |
| To: | VAWD_HOPPE_ECF |
| Cc: | Jek318@gmail.com; Alexandra Conlon; alevine@cooley.com; brottenborn@woodsrogers.com; bryan@bjoneslegal.com; Christopher Greene; dcampbell@dhdglaw.com; dinuccilaw@outlook.com; dmills@cooley.com; dylunsford@prodigy.net; Emily Cole; edward@rebrooklaw.com; Gabrielle E. Tenzer; isuecrooks@comcast.net; Julie Fink; jgravatt@dhdglaw.com; Jonathan R. Kay; Joshua Matz; john@poindexterhill.com; jsiegel@cooley.com; kdunn@bsfllp.com; pbowman@bsfllp.com; rcahill@cooley.com; Roberta Kaplan; Seguin L. Strohmeier; wisaacson@bsfllp.com; Yotam Barkai; matthew.w.heimbach@gmail.com; eli.f.mosley@gmail.com; deplorabletruth@gmail.com |
| Subject: | Questions for the Courts |
| Date: | Thursday, June 25, 2020 3:45:27 AM |

Judge Hoppe,

   Yesterday I was forwarded a copy of a court order that you signed in the Sine's vs. Kessler lawsuit. To date, I have not received one single certified letter or any documentation served via a process server. The only exception to this is the court order (via email) from Mr. Rebrook back in December ordering me to give a deposition and again now from his assistant (Acacia Dietz) for the most recent order. I am 100% positive in my deposition conducted by Miss Phillips that I was asked to give my full name and home address for the record. I fulfilled my legal obligation back in December to the Courts to give the eight hour deposition with no legal opportunity to object to it in any way, successfully.

Now I'm being told that the window to object to the most recent motions to compel filed by Plaintiff's has passed and yet again, I was never notified one time of anything until the order was signed. My question is how am I supposed to respond to a case that took place in a city I've never been to in my life, with a process I am not receiving any legal documentation for (minus the emailed court orders) and no council to advise me on how to proceed? I have read in the Court orders that Mr. Rebrook is the attorney for the NSM, but I've had absolutely no contact with Mr. Rebrook since December 2019 nor have I ever once retained him to represent me. Since from what I've read in the Court order states that I am required to answer for the NSM Michigan and the Plaintiff's are demanding all my personal electronic devices, do I have any rights in this case?

I apologize in advance if the distribution list has an inaccuracies, but I was advised that any emails to you had to be addressed to everyone involved in the case. Since I had no documentation on how to contact anyone, I was forced to reach out to Acacia Dietz for the information.

Respectfully,

Burt Colucci
The National Socialist Movement Corporation


Sent with ProtonMail Secure Email.