CLERKS OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
06/26/2020
JULIA C. DUDLEY, CLERK
BY: /s/ J. JONES
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | | |
|---|---|---|
| ELIZABETH SINES et al., | ) | Civil Action No. 3:17-cv-00072 |
|     Plaintiffs, | ) | |
| | ) | |
| v. | ) | <u>ORDER</u> |
| | ) | |
| JASON KESSLER et al., | ) | |
|     Defendants. | ) | By:   Joel C. Hoppe |
| | ) |        United States Magistrate Judge |

      The Court has received an email from non-party Burt Colucci seeking clarification about the Court's recent Memorandum Opinion & Order granting Plaintiffs' unopposed motion to compel and directing Mr. Colucci, in his capacity as Defendant National Socialist Movement's ("NSM") Rule 30(b)(6) representative, to permit discovery of certain electronic devices and relevant electronically stored information within Defendant NSM's custody or control. *See* ECF No. 774. Defendant NSM is represented by counsel in this matter. ECF Nos. 451, 461, 742. Accordingly, any filings with the Court must be made by Defendant NSM's counsel in accordance with the Federal Rules of Civil Procedure and this Court's Local Rules. The Clerk of Court is directed to docket Mr. Colucci's email and STRIKE the document from the record as improperly filed.

      The Clerk shall send a copy of this Order to the parties.

                                      ENTER: June 25, 2020

                                      Joel C. Hoppe
                                      U.S. Magistrate Judge