**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division**

| | |
|---|---|
| ELIZABETH SINES, SETH WISPELWEY, MARISSA BLAIR, APRIL MUÑIZ, MARCUS MARTIN, NATALIE ROMERO, CHELSEA ALVARADO, JOHN DOE, and THOMAS BAKER,<br><br>       Plaintiffs,<br><br>v.<br><br>JASON KESSLER, et al.,<br><br>       Defendants. | **Civil Action No. 3:17-cv-00072-NKM**<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFFS' RESPONSE TO BURT COLUCCI'S
EMAIL TO THE COURT**

Plaintiffs file this response to the email sent by Burt Colucci, the "Commander" of Defendant National Socialist Movement ("NSM"), on June 25, 2020, at 3:45 a.m., which the Court struck from the docket as improperly filed on June 26, 2020. *See* ECF Nos. 781, 782. In his email, Mr. Colucci asked the Court whether he has "any rights in this case" and claimed that he and NSM lacked notice of Plaintiffs' Motion to Compel Discovery from NSM, which Plaintiffs filed on March 11, 2020, and which the Court granted on June 23, 2020. *See* ECF Nos. 674, 774. Plaintiffs agree that Mr. Colucci's email was improperly filed. In addition, Mr. Colucci has made several false assertions in his communication with the Court, and Plaintiffs write to correct the record.

Mr. Colucci appears to claim that he and NSM lacked notice and an opportunity to respond to Plaintiffs' motion to compel because he is "not receiving any legal documentation" and has "no council [*sic*] to advise me on how to proceed." To the contrary, as the Court knows, NSM is represented by counsel. Mr. Edward ReBrook has represented NSM since March 2019. *See* ECF

Nos. 451, 742, 774.  Mr. Colucci also claims that he and NSM have had "absolutely no contact with Mr. ReBrook since December 2019." That is similarly untrue for at least the reasons set forth below.

*First*, on May 28, 2020, Mr. ReBrook contacted Mr. Colucci to request that Mr. Colucci comply with his discovery obligations by providing information on potential NSM custodians, providing credentials to NSM's social media accounts, and turning over NSM electronic devices to the discovery vendor for imaging. Mr. Colucci responded and told Mr. ReBrook to "no longer contact me regarding these matters." *See* ReBrook Email to Phillips and Bloch, May 28, 2020 (attached as Exhibit A).

*Second*, on April 17, 2020, Mr. ReBrook's assistant, Acacia Dietz, provided Mr. Colucci with filings in this case; informed Mr. Colucci that "the judge will most likely hold the Florida nonprofit NSM as the same NSM named in this current litigation" and that "you/NSM will be required to cooperate/participate in this discovery process"; and asked Mr. Colucci "to cooperate and participate in this litigation and discovery process." ECF No. 712-1 at 2-3. Mr. Colucci responded, "Other than you agreeing to listen in on behalf of the NSM Detroit at my deposition, have I retained you?" *Id.* at 2.

*Third*, in a filing on April 20, 2020, Mr. ReBrook represented to the Court that he has made "efforts to persuade Mr. Colucci" that "the Florida NSM would be required to participate and cooperate with discovery," and that Mr. ReBrook has "attempted to represent the NSM in this litigation for the past year with little to no cooperation from its current leadership." ECF No. 712 at 2.

Mr. Colucci should not be excused from his and NSM's discovery obligations based on the

false claim that he is not receiving notice or due process when he has purposefully chosen to be

absent from the litigation.

Dated: June 26, 2020                          Respectfully submitted,

                                              */s/ Robert T. Cahill*
                                              Robert T. Cahill (VSB 38562)
                                              COOLEY LLP
                                              11951 Freedom Drive, 14th Floor
                                              Reston, VA 20190-5656
                                              Telephone: (703) 456-8000
                                              Fax: (703) 456-8100
                                              rcahill@cooley.com

Of Counsel:

Roberta A. Kaplan (*pro hac vice*)            Karen L. Dunn (*pro hac vice*)
Julie E. Fink (*pro hac vice*)                Jessica E. Phillips (*pro hac vice*)
Gabrielle E. Tenzer (*pro hac vice*)          William A. Isaacson (*pro hac vice*)
Michael L. Bloch (*pro hac vice*)             Katherine M. Cheng (*pro hac vice*)
Emily C. Cole (*pro hac vice*)                BOIES SCHILLER FLEXNER LLP
Alexandra K. Conlon (*pro hac vice*)          1401 New York Avenue, NW
Jonathan R. Kay (*pro hac vice*)              Washington, DC 20005
KAPLAN HECKER & FINK LLP                      Telephone: (202) 237-2727
350 Fifth Avenue, Suite 7110                  Fax: (202) 237-6131
New York, NY 10118                            kdunn@bsfllp.com
Telephone: (212) 763-0883                     jphillips@bsfllp.com
rkaplan@kaplanhecker.com                      wisaacson@bsfllp.com
jfink@kaplanhecker.com                        kcheng@bsfllp.com
gtenzer@kaplanhecker.com
mbloch@kaplanhecker.com
ecole@kaplanhecker.com
aconlon@kaplanhecker.com
jkay@kaplanhecker.com

Yotam Barkai (*pro hac vice*)
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards
New York, NY 10001
Telephone: (212) 446-2300
Fax: (212) 446-2350
ybarkai@bsfllp.com


David E. Mills (*pro hac vice*)
Joshua M. Siegel (VSB 73416)
COOLEY LLP
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004
Telephone: (202) 842-7800
Fax: (202) 842-7899
dmills@cooley.com
jsiegel@cooley.com

Alan Levine (*pro hac vice*)
Philip Bowman (*pro hac vice*)
COOLEY LLP
55 Hudson Yards
New York, NY 10001
Telephone: (212) 479-6260
Fax: (212) 479-6275
alevine@cooley.com
pbowman@cooley.com


J. Benjamin Rottenborn (VSB 84796)
WOODS ROGERS PLC
10 South Jefferson St., Suite 1400
Roanoke, VA 24011
Telephone: (540) 983-7600
Fax: (540) 983-7711
brottenborn@woodsrogers.com

*Counsel for Plaintiffs*

4

## CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2020, I filed the foregoing with the Clerk of Court through the CM/ECF system, which will send a notice of electronic filing to:

Elmer Woodard
5661 US Hwy 29
Blairs, VA 24527
isuecrooks@comcast.net

James E. Kolenich
Kolenich Law Office
9435 Waterstone Blvd. #140
Cincinnati, OH 45249
jek318@gmail.com

*Counsel for Defendants Jason Kessler, Nathan Damigo, Identity Europa, Inc. (Identity Evropa), Matthew Parrott, and Traditionalist Worker Party*

Justin Saunders Gravatt
David L. Campbell
Duane, Hauck, Davis & Gravatt, P.C.
100 West Franklin Street, Suite 100
Richmond, VA 23220
jgravatt@dhdglaw.com
dcampbell@dhdglaw.com

*Counsel for Defendant James A. Fields, Jr.*

William Edward ReBrook, IV
The ReBrook Law Office
6013 Clerkenwell Court
Burke, VA 22015
edward@rebrooklaw.com

*Counsel for Defendants Jeff Schoep, National Socialist Movement, and Nationalist Front*

John A. DiNucci
Law Office of John A. DiNucci
8180 Greensboro Drive, Suite 1150
McLean, VA 22102
dinuccilaw@outlook.com

*Counsel for Defendant Richard Spencer*

Bryan Jones
106 W. South St., Suite 211
Charlottesville, VA 22902
bryan@bjoneslegal.com

*Counsel for Defendants Michael Hill, Michael Tubbs, and League of the South*

I further hereby certify that on June 26, 2020, I also served the following non-ECF participants, via electronic mail, as follows:

Christopher Cantwell
christopher.cantwell@gmail.com

Vanguard America
c/o Dillon Hopper
dillon_hopper@protonmail.com

Robert Azzmador Ray
azzmador@gmail.com

Elliott Kline a/k/a Eli Mosley
eli.f.mosley@gmail.com
deplorabletruth@gmail.com
eli.r.kline@gmail.com

Matthew Heimbach
matthew.w.heimbach@gmail.com

/s/ Robert T. Cahill
Robert T. Cahill (VSB 38562)
COOLEY LLP

*Counsel for Plaintiffs*