# EXHIBIT A

| | |
|---|---|
| **From:** | Edward ReBrook, ESQ |
| **To:** | Jessica Phillips; Michael Bloch |
| **Subject:** | Fwd: Motion to Withdraw Denied |
| **Date:** | Thursday, May 28, 2020 6:49:20 PM |

Ms. Phillips and Mr. Bloch:

Please see the below email from me to Mr. Collucci and his subsequent response. Perhaps this will give a little better insight to what I have been dealing with.

Best regards,


**W. Edward ReBrook, IV**
Attorney & Counselor at Law
**The ReBrook Law Office**
6013 Clerkenwell Court
Burke, Virginia 22015
Mobile: 571-215-9006
Email: edward@rebrooklaw.com

This e-mail message, including all attachments, contains confidential information protected by the attorney-client privilege and/or the attorney work-product doctrine. It is intended solely for the use of the addressee. If you have received this message in error, please notify the sender immediately by telephone (571.215.9006) or by electronic mail and delete this message and all copies and backups thereof. Thank you.


---------- Forwarded message ---------
From: **CommanderBurt** <CommanderBurt@nsm88.org>
Date: Thu, May 28, 2020 at 6:17 PM
Subject: Re: Motion to Withdraw Denied
To: Edward ReBrook, ESQ <rebrooklaw@gmail.com>
Cc: Acacia Dietz <acacia.dietz@outlook.com>


Mr. Rebrook,

   It appears that I was not clear enough in the last email to you. Neither myself nor The National Socialist Movement Corporation have ever retained you to represent this organization. I just double checked the LARA database website in Michigan and clearly states that James Hart stern is the head of that organization you apparently represent.

Please no longer contact me regarding these matters.




**Commander Burt Colucci**

**Democracy is talking itself to death. The people do not know what they want; they do not know what is the best for them. There is too much foolishness, too much lost motion. I have stopped the talk and the nonsense. I am a man of action. Democracy is beautiful in**

**theory; in practice it is a fallacy. You in America will see that some day.-Benito Mussolini**

**National Socialist Movement Corporation**
**The information in this email is confidential and may be legally privileged. Furthermore, the NSM is not responsible for the content of this e-mail, and anything written in this e-mail does not necessarily reflect the NSM's views or opinions. Access to this email by anyone other than the intended addressee is unauthorized. If you are not the intended recipient of this message, any review, disclosure, copying, distribution, retention, or any action taken or omitted to be taken in reliance on it is prohibited and may be unlawful. If you have received this mail in error, please destroy the copy in your possession and** [mailto:chiefofstaff@nsm88.org](mailto:chiefofstaff@nsm88.org)

On Thu, May 28, 2020 at 5:08 PM, Edward ReBrook, ESQ <[rebrooklaw@gmail.com](mailto:rebrooklaw@gmail.com)> wrote:

> Burt:
>
> My motion to withdraw as counsel for NSM and NF was rejected by Judge Hoppe. As such, I am still the NSM's attorney for *Sines v. Kessler*. Again, I must urge you to provide the following information:
>
> - The names, titles, addresses, and phone numbers of all of NSM's officers.
> - The names/passwords to any websites, chat rooms, or other electronic mediums by which the group has communicated.
> - any electronic devices with discoverable information, including officers' cell phones and computers and any cell phones/computers owned by the NSM.
>
> Ms. Dietz can coordinate with you regarding the process of turning over equipment to the vendor for imaging. But this must be done ASAP. I realize the inconvenience that this must cause, but as I've said from the beginning to Mr. Schoep, if there was never a conspiracy to incite violence, then there is nothing to fear by turning over the information.
>
> In any case, I have been ordered to get this discoverable information from you; therefore, you are also being ordered by the court to cooperate. Please discuss with Ms. Dietz and come up with a plan to get this all to the Vendor by next week.
>
> Trial is scheduled for October. Since I believe that plaintiff's are grasping at straws to make their case, I suspect we will prevail at litigation.
>
> Best regards,
>
> **W. EDWARD REBROOK, IV**
> Attorney & Counselor at Law
> **THE REBROOK LAW OFFICE**

6013 Clerkenwell Court
Burke, Virginia 22015
Mobile: 571-215-9006
Email: edward@rebrooklaw.com

This e-mail message, including all attachments, contains confidential information protected by the attorney-client privilege and/or the attorney work-product doctrine. It is intended solely for the use of the addressee. If you have received this message in error, please notify the sender immediately by telephone (571.215.9006) or by electronic mail and delete this message and all copies and backups thereof. Thank you.