| AO435 (Rev. 04/18; WDVA Rev. 02/19) | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS  **TRANSCRIPT ORDER FORM** | FOR COURT USE ONLY  DUE DATE: |
|---|---|---|

*Please Read Instructions on Page 2.*

| 1. **REQUESTOR'S INFORMATION:** | NAME  Robert Cahill (Counsel for Plaintiffs) | TELEPHONE NUMBER  703-456-8145 |
|---|---|---|
| DATE OF REQUEST  6/26/2020 | EMAIL ADDRESS (*Transcript will be emailed to this address.*)  rcahill@cooley.com; ebolton@cooley.com | |
| MAILING ADDRESS  Cooley LLP, 11951 Freedom Drive, 14th Floor | | CITY, STATE, ZIP CODE  Reston, VA 20190 |
| 2. **TRANSCRIPT REQUESTED:** | NAME OF COURT REPORTER  OR   CHECK HERE ✔ IF HEARING WAS RECORDED BY FTR | |
| CASE NUMBER  3:17-cv-00072 | CASE NAME  Sines, et al. v. Kessler, et al. | JUDGE'S NAME  Joel C. Hoppe |
| DATE(S) OF PROCEEDING(S)  6/25/2020 | TYPE OF PROCEEDING(S)  Telephonic Motion Hearing | LOCATION OF PROCEEDING  Charlottesville, VA |

REQUEST IS FOR: (*Select one*)   ✔ FULL PROCEEDING   OR   ☐ SPECIFIC PORTION(S) (*Must specify below*)

SPECIFIC PORTION(S) REQUESTED (*If applicable*):

3. **SERVICE TURNAROUND CATEGORY REQUESTED:**
   (*See Page 2 for descriptions of each service turnaround category.*)

☐ Ordinary (30-Day)   ☐ Daily
☐ 14-Day   ☐ Hourly
☐ Expedited (7-Day)   ☐ RealTime
✔ 3-Day

4. **CERTIFICATION:**  By signing below, I certify that I will pay all charges (deposit plus additional).

| DATE  6/26/2020 | SIGNATURE  /s/ Robert T. Cahill |
|---|---|

If you have any questions, please contact the court reporter coordinator at (434) 847-5722 or by email to CRC@vawd.uscourts.gov.

**Transcript Fee Rates can be found on our website under Standing Orders at:**
http://www.vawd.uscourts.gov/media/1576/transcripts2018-3.pdf

**NOTE:**  Form must be flattened prior to electronically filing in CM/ECF so that all fillable fields can no longer be modified.

**PRINT**    **RESET FORM**