UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| ELIZABETH SINES, SETH WISPELWEY, MARISSA BLAIR, APRIL MUNIZ, MARCUS MARTIN, NATALIE ROMERO, CHELSEA ALVARADO, THOMAS BAKER and JOHN DOE,<br><br>Plaintiffs,<br><br>v.<br><br>JASON KESSLER, RICHARD SPENCER, CHRISTOPHER CANTWELL, JAMES ALEX FIELDS, JR., VANGUARD AMERICA, ANDREW ANGLIN, MOONBASE HOLDINGS, LLC, ROBERT "AZZMADOR" RAY, NATHAN DAMIGO, ELLIOT KLINE a/k/a/ ELI MOSELY, IDENTITY EVROPA, MATTHEW HEIMBACH, MATTHEW PARROTT a/k/a DAVID MATTHEW PARROTT, TRADITIONALIST WORKER PARTY, MICHAEL HILL, MICHAEL TUBBS, LEAGUE OF THE SOUTH, JEFF SCHOEP, NATIONAL SOCIALIST MOVEMENT, NATIONALIST FRONT, AUGUSTUS SOL INVICTUS, FRATERNAL ORDER OF THE ALT-KNIGHTS, LOYAL WHITE KNIGHTS OF THE KU KLUX KLAN, and EAST COAST KNIGHTS OF THE KU KLUX KLAN a/k/a EAST COAST KNIGHTS OF THE TRUE INVISIBLE EMPIRE,<br><br>Defendants. | **Civil Action No. 3: 17-cv-00072-NKM** |

**[PROPOSED] ORDER EXTENDING DISCOVERY DEADLINES**

7

Appearing that this Motion is uncontested, and for good cause shown, the Court **GRANTS** Plaintiffs' Unopposed Motion to Extend Discovery Deadlines and **AMENDS** the Scheduling Order, ECF No. 597.

IT IS hereby ORDERED as follows:

1. Opening expert reports shall be submitted by July 20, 2020.

2. Rebuttal expert reports shall be submitted by July 31, 2020.

3. Expert depositions shall be completed by August 7, 2020.

4. Depositions of incarcerated parties and witnesses may be taken after the July 17, 2020 deadline.

5. Depositions of third-party witnesses that a party was unable to subpoena during the discovery period (after making a good-faith effort to do so) may be deposed after the July 17, 2020 deadline.

All other deadlines shall remain the same as stated in the Scheduling Order, ECF No. 597.

**SO ORDERED.**

                                                                                                             _____

                                                                                                                Hon. Joel C. Hoppe, M.J.