# EXHIBIT C

| | |
|---|---|
| **From:** | Jessica Phillips |
| **Sent:** | Sunday, May 24, 2020 9:36 PM |
| **To:** | Eli Mosley; eli.f.mosley@gmail.com; eli.r.kline@gmail.com |
| **Cc:** | Yotam Barkai; Jessica Phillips |
| **Subject:** | RE: your deposition |

Mr. Kline:

If we do not hear from you about a date for your deposition by Tuesday, May 26, 2020, Plaintiffs will pick a date before July 17, 2020, and circulate a deposition notice. Plaintiffs reserve all rights to seek relief from the Court if you fail to appear for your deposition.

**Jessica E. Phillips**
Partner

**BOIES SCHILLER FLEXNER LLP**
1401 New York Ave., NW
Washington, DC 20005
(t) +1 202 895 7592
(m) +1 312 493 7114
jphillips@bsfllp.com
www.bsfllp.com

**From:** Jessica Phillips
**Sent:** Tuesday, May 5, 2020 1:29 PM
**To:** Eli Mosley <deplorabletruth@gmail.com>; eli.f.mosley@gmail.com; eli.r.kline@gmail.com
**Cc:** Jessica Phillips <JPhillips@BSFLLP.com>; Yotam Barkai <YBarkai@BSFLLP.com>
**Subject:** your deposition

Mr. Kline:

I am writing to inquire about your availability in June 2020 to sit for your deposition in *Sines v. Kessler*. As you know, the trial begins on October 26, 2020, and party depositions must be complete by July 17, 2020. Because of the pandemic, we will be taking depositions via video. Accordingly, in addition, to informing me of your available dates to sit for a deposition, please also confirm whether you have access to a computer with a camera, a cell phone, and an internet connection. If you have any questions, I can be reached at the number in my signature below.

Best,

**Jessica E. Phillips**
Partner

**BOIES SCHILLER FLEXNER LLP**
1401 New York Ave., NW
Washington, DC 20005
(t) +1 202 895 7592
(m) +1 312 493 7114
jphillips@bsfllp.com
www.bsfllp.com