# EXHIBIT E

| | |
|---|---|
| **From:** | Katie Cheng |
| **Sent:** | Monday, June 1, 2020 2:48 PM |
| **To:** | 'eli.f.mosley@gmail.com'; 'deplorabletruth@gmail.com'; 'eli.r.kline@gmail.com'; 'James Kolenich'; 'Matthew Heimbach'; 'azzmador@gmail.com'; 'christopher.cantwell@gmail.com'; 'dillon_hopper@protonmail.com'; 'jgravatt@dhdglaw.com'; 'dhauck@dhdglaw.com'; '; 'lisa_lorish@fd.org'; 'isuecrooks@comcast.net'; 'Bryan Jones'; 'John DiNucci'; 'edward@rebrooklaw.com' |
| **Cc:** | Jessica Phillips |
| **Subject:** | Sines v. Kessler - Notice of Kline Deposition |
| **Attachments:** | 2020-06-01 Notice of Deposition - Elliott Kline.pdf |

All,

Please find enclosed a notice of deposition for Elliott Kline a/k/a Eli Mosley, scheduled for July 2, 2020 at 9:30 a.m. ET via videoconference.

Thank you,

Katherine (Katie) M. Cheng
Associate

**BOIES SCHILLER FLEXNER LLP**
1401 New York Avenue, N.W.
Washington, DC 20005
(t) +1 202 237 2727
(d) +1 202 274 1180
kcheng@bsfllp.com
www.bsfllp.com