# EXHIBIT F

Page 1

```
 1

 2           UNITED STATES DISTRICT COURT

 3      FOR THE WESTERN DISTRICT OF VIRGINIA

 4
    ELIZABETH SINES, et al.,        )
 5                                   )
                    Plaintiffs,      )
 6                                   ) Case No.
                vs.                  ) 3:17-cv-00072-NKM
 7                                   )
    JASON KESSLER, et al.,           )
 8                                   )
                    Defendants.      )
 9  --------------------------------)

10

11

12              STATEMENT ON THE RECORD

13              Thursday, July 2, 2020

14

15

16

17

18

19

20

21

22

23  Reported by:
    FRANCIS X. FREDERICK, CSR, RPR, RMR
24  JOB NO. 180765

25
```

Page 2

5  July 2, 2020
6  11:02 a.m.

8  STATEMENT ON THE RECORD before
9  Francis X. Frederick, a Certified
10 Shorthand Reporter, Registered Merit
11 Reporter and Notary Public of the States
12 of New York and New Jersey.

Page 3

2  A P P E A R A N C E S:
3       (All counsel and participants
4    present via videoconference and/or
5    teleconference due to COVID-19
6    restrictions.)

8    BOIES SCHILLER FLEXNER
9    Attorneys for Plaintiff
10       1401 New York Avenue, N.W.
11       Washington, DC  20005
12   BY:   JESSICA PHILLIPS, ESQ.
13         KATHERINE CHENG, ESQ.

15   KOLENICH LAW OFFICE
16   Attorneys for Defendant
17       9435 Waterstone Boulevard
18       Cincinnati, Ohio  45249
19   BY:   JAMES KOLENICH, ESQ.

21   DUANE HAUCK DAVIS GRAVATT & CAMPBELL
22   Attorneys for James Alex Fields, Jr.
23       100 West Franklin Street
24       Richmond, Virginia  23220
25   BY:   DAVID CAMPBELL, ESQ.

Page 4

2  A P P E A R A N C E S: (Cont'd.)

4  ALSO PRESENT:

6      MICHAEL ARRISON, Videographer

Page 5

1  ROUGH DRAFT - NOT A FINAL TRANSCRIPT
2      MS. PHILLIPS:  My name is Jessica
3  Phillips.  I represent the plaintiffs in
4  Sines versus Kessler.  The docket number
5  is 3:17-cv-00072-NKM.  The date is July    11:01
6  2nd, 2020.
7      In addition to myself, Mr. Jim
8  Kolenich and I believe Mr. Dave Campbell
9  are present on this virtual deposition.
10 This is supposed to be the deposition of  11:02
11 Elliot Kline, a/k/a Eli Mosley.  The
12 deposition was supposed to begin at 9:30
13 a.m. eastern time E it is now 11 '02
14 a.m. eastern time.  A deposition notice
15 was sent to Mr. Kline by e-mail ^ STOP    11:02
16 on June 1st, 2020.  The deposition
17 notice itself will be marked as Exhibit
18 1.  The e-mail sending Mr. Kline the
19 deposition notice to three different
20 e-mail addresses will be marked as        11:02
21 Exhibit 2.  My previous correspondences
22 to Mr. Kline attempting to get his input
23 on the date depositor his deposition
24 which were dated May 5th, 2020, and May
25 24th, 2020, will be marked as Exhibits 3  11:02

ROUGH DRAFT

Page 6

```
1   ROUGH DRAFT - NOT A FINAL TRANSCRIPT
2   and 4 respect actively.  The plaintiffs
3   received no response to any of their
4   inquiries or e-mails sent to Mr. Kline.
5        I was not informed by Mr. Kline at      11:03
6   any point that he did not plan to attend
7   today's deposition.  I've attempted to
8   reach Mr. Kline today.  I've called Mr.
9   Kline twice.  Sent him a sect message,
10  and sent him an e-mail to all three of       11:03
11  his e-mail addresses.  I have heard no
12  response.
13       I reserve all of the plaintiff's
14  rights to notice the deposition for
15  another time and date, to move to compel     11:03
16  Mr. Kline to appear for this deposition,
17  to seek sanctions against Mr. Kline
18  including reimbursement for the costs
19  incurred end hiring the court reporter
20  and videographer.  Plaintiff reserve all     11:03
21  other rights and with that we can go off
22  of the record.  Thank you.
23       THE COURT REPORTER:  Off the
24  record.
25       (Time Noted:    11:03 a.m.)             11:03
```

ROUGH DRAFT

Index: 02..virtual

| | | | | |
|---|---|---|---|---|
| **0** | addition 5:7 | Exhibit 5:17,21 | **N** | STOP 5:15 |
| 02 5:13 | addresses 5:20 6:11 | Exhibits 5:25 | Noted 6:25 | supposed 5:10,12 |
| **1** | attempted 6:7 | **F** | notice 5:14,17,19 6:14 | **T** |
| 1 5:18 | attempting 5:22 | FINAL 5:1 6:1 | number 5:4 | time 5:13,14 6:15,25 |
| 11 5:13 | attend 6:6 | **H** | **P** | today 6:8 |
| 11:01 5:5 | **B** | heard 6:11 | Phillips 5:2,3 | today's 6:7 |
| 11:02 5:10,15,20,25 | begin 5:12 | hiring 6:19 | Plaintiff 6:20 | TRANSCRIPT 5:1 6:1 |
| 11:03 6:5,10,15,20,25 | **C** | **I** | plaintiff's 6:13 | **V** |
| 1st 5:16 | called 6:8 | including 6:18 | plaintiffs 5:3 6:2 | versus 5:4 |
| **2** | Campbell 5:8 | incurred 6:19 | plan 6:6 | virtual 5:9 |
| 2 5:21 | compel 6:15 | informed 6:5 | point 6:6 | |
| 2020 5:6,16,24,25 | correspondences 5:21 | input 5:22 | present 5:9 | |
| 24th 5:25 | costs 6:18 | inquiries 6:4 | previous 5:21 | |
| 2nd 5:6 | court 6:19,23 | **J** | **R** | |
| **3** | **D** | Jessica 5:2 | reach 6:8 | |
| 3 5:25 | date 5:5,23 6:15 | Jim 5:7 | received 6:3 | |
| 3:17-cv-00072-nkm 5:5 | dated 5:24 | July 5:5 | record 6:22,24 | |
| **4** | Dave 5:8 | June 5:16 | reimbursement 6:18 | |
| 4 6:2 | deposition 5:9,10,12,14,16,19,23 6:7,14,16 | **K** | reporter 6:19,23 | |
| **5** | depositor 5:23 | Kessler 5:4 | represent 5:3 | |
| 5th 5:24 | docket 5:4 | Kline 5:11,15,18,22 6:4,5,8,9,16,17 | reserve 6:13,20 | |
| **9** | DRAFT 5:1 6:1 | Kolenich 5:8 | respect 6:2 | |
| 9:30 5:12 | **E** | **M** | response 6:3,12 | |
| **A** | e-mail 5:15,18,20 6:10,11 | marked 5:17,20,25 | rights 6:14,21 | |
| a.m. 5:13,14 6:25 | e-mails 6:4 | message 6:9 | ROUGH 5:1 6:1 | |
| a/k/a 5:11 | eastern 5:13,14 | Mosley 5:11 | **S** | |
| actively 6:2 | Eli 5:11 | move 6:15 | sanctions 6:17 | |
| | Elliot 5:11 | | sect 6:9 | |
| | end 6:19 | | seek 6:17 | |
| | | | sending 5:18 | |
| | | | Sines 5:4 | |