# EXHIBIT 5

Case 3:17-cv-00072-NKM-JCH   Document 794-5   Filed 07/07/20   Page 2 of 4   Pageid#: 11749

Home        Archive        Blog        About        Contact

Donate

# PRESS RELEASE: LAW CLERKS REMOVED FROM UNITE THE RIGHT LAWSUIT

Posted on June 18, 2020



— Rally litigant Elizabeth Sines (Center) with Hutton Marshall (Left) and Joshua Lefebvre (Right)

Read here

Law clerks Hutton Marshall and Joshua Lefebvre have just been removed from a lawsuit by Unite the Right organizers Jason Kessler and Mattew Parrott against the Charlottesville government for civil rights abuse and First Amendment violations from the police stand down. It came to light that both

clerks are associates of Elizabeth Sines, a left-wing activist suing the same Unite the Right organizers in a related lawsuit dealing with much of the same subject matter. In fact, Lefebvre was actually a material witness who met with Sines on August 12 while she was conceiving her litigation. Marshall also worked with Amy Spitalnick, executive director of Integrity First, the organization financing the Sines lawsuit.

Effective immediately Judge Moon has removed both clerks from Kessler v Charlottesville.

Next steps: Now that we have successfully argued for the law clerks recusal, courtroom bias will be one of the issues we bring up when we take Kessler v Charlottesville to the Virginia Court of Appeals next year.

Read the evidence against the clerks here: http://jasonkessler.us/2020/03/24/motions-filed-for-recusal-of-charlottesville-rally-clerks/

Read the successful motion for recusal here: https://tinyurl.com/ybxob25b

Read the order granting our motion here: https://docdro.id/jBp9OmG

Read the Kessler v Charlottesville lawsuit here: https://docdro.id/MxfDgjb

547
Shares

Tweet

Tweet

### SHARE THIS:

### LIKE THIS:

Like

Be the first to like this.

### RELATED

Motions filed for Recusal of Charlottesville Rally Clerks
March 24, 2020
In "News"

Exposing the Wealth & Power Behind Unite the Right Lawsuits
February 12, 2018
In "Featured"

Lawsuit Filed for Unite the Right Anniversary Rally!
March 7, 2018
In "News"

This entry was posted in News by Jason Kessler. Bookmark the permalink [http://jasonkessler.us/2020/06/18/press-release-law-clerks-removed-from-unite-the-right-lawsuit/] .

Case 3:17-cv-00072-NKM-JCH   Document 794-5   Filed 07/07/20   Page 4 of 4   Pageid#: 11751

