# EXHIBIT 1

# Denise Y. Lunsford, LLC

# INVOICE

414 E. Market Street, Suite C
Charlottesville, Virginia  22902
Phone (434)328-8798
d@lunsford-law.com

**DATE:**
**INVOICE #**

**BILL TO:**
Joshua Siegel, Esq.
by Email jsiegel@cooley.com
Sines v. Kessler, et al

**FOR:** Legal Services
June & July 2020

| DESCRIPTION | DATE | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| Email comm with AUSA re: Court Order | 25-Jun | 0.40 | $350.00 | 140.00 |
| Review email files & electronic files for production, email with counsel/AUSA | 26-Jun | 3.00 | $350.00 | $ 1,050.00 |
| Complete review of email files, email to AUSA and counsel and review emails re: CW v. AUSA documents | 27-Jun | 4.50 | $350.00 | 1,050.00 |
| Review paper files for scanning and production, begin Privilege Log | 28-Jun | 3.80 | $350.00 | 1,330.00 |
| Review and copy electronic files, review emails and send email to counsel re issues related to CW v. AUSA documents, conf with Commonwealth Attorney | 29-Jun | 6.40 | $350.00 | 2,240.00 |
| Review and copy electronic files and paper files for production, comm with Hill re: production, communication with counsel re: CW v. AUSA documents, conf call | 30-Jun | 7.20 | $350.00 | 2,520.00 |
| Scan paper documents to USB - INTERN | 30-Jun | 3.50 | $20.00 | 70.00 |
| Payment to Staples for scanning & USB | 30-Jun | | | 430.13 |
| Upload electronic files, finalize privilige/work product log | 1-Jul | 3.10 | $350.00 | 1,085.00 |

| | |
|---|---|
| SUBTOTAL | $ 9,915.13 |
| TAX RATE | |
| SALES TAX | - |
| OTHER | |
| **TOTAL** | $ 9,915.13 |

Make all checks payable to Denise Y. Lunsford, LLC

**THANK YOU FOR YOUR BUSINESS!**