# EXHIBIT 2

| | |
|---|---|
| **From:** | Antony, Nina-Alice <antony@charlottesville.gov> |
| **Sent:** | Monday, July 6, 2020 2:56 PM |
| **To:** | Denise Lunsford  (d@lunsford-law.com); Platania, Joseph; 'Winn, Sara (USAVAW)'; Siegel, Joshua |
| **Subject:** | State Discovery/ Lunsford SDT |

**[External]**

All,

Thank you all for being so patient as we work through the discovery provided by the State government and Federal Government to Lunsford/Hill during the criminal prosecution of James Fields.  I have had an opportunity to go through all materials that were provided by Ms. Lunsford as responsive to the SDT she received and in question as to its origin (whether from State or Federal government).  Ms. Lunsford has been given a comprehensive list to aid in her discovery response.  All material I reviewed were turned over to the defense and were generated through the State investigation of Mr. Fields.

I understand that this is still the matter of a discovery order in the General District Court.  Joe and I are happy to facilitate entry of an order which would allow dissemination of the otherwise protected State material to the Plaintiffs in the Sines v. Kessler suit.  We have already discussed with them that they are to treat the material as highly confidential.

Please let me know if I can be of assistance in any other way.

Stay healthy,

Nina

**Nina-Alice Antony**
**Senior Assistant Commonwealth's Attorney**
**City of Charlottesville**

My email address has changed to antony@charlottesville.gov
Please update my email address within your contacts. Thank you.