# EXHIBIT 3

| | |
|---|---|
| **From:** | Siegel, Joshua |
| **Sent:** | Friday, June 26, 2020 2:13 PM |
| **To:** | John Hill; Denise Lunsford |
| **Cc:** | Mills, David |
| **Subject:** | Sines v. Kessler subpoena |

Denise and John,

As I mentioned during the hearing yesterday, we are available to coordinate with you and offer advice about different methods and techniques to search for electronic documents, which might make it easier and faster for you to do so. If you'd like to discuss, please let me know some times that work for you.

You should also both have received a link allowing you to upload electronic documents without having to print and mail them. If you'd like us to re-send that link, please let me know.

Thanks, Josh

**Joshua Siegel**
Cooley LLP
1299 Pennsylvania Avenue, NW • Suite 700
Washington, DC  20004-2400
Direct: +1 202 842 7891 • Fax: +1 202 842 7899
Bio: www.cooley.com/jsiegel • Practice: www.cooley.com/litigation

1