# EXHIBIT B

| | |
|---|---|
| **From:** | Yotam Barkai |
| **To:** | azzmador@gmail.com |
| **Cc:** | Jessica Phillips; Yotam Barkai |
| **Subject:** | Sines v. Kessler: Deposition |
| **Date:** | Thursday, May 7, 2020 3:22:37 PM |

Mr. Ray:

I am writing to inquire about your availability in June 2020 to sit for your deposition in *Sines v. Kessler*. As you know, the trial begins on October 26, 2020, and party depositions must be complete by July 17, 2020. Because of the pandemic, we will be taking depositions via video. Accordingly, in addition to informing me of your available dates to sit for a deposition, please also confirm whether you have access to a computer with a camera, a cell phone, and an internet connection. If you have any questions, I can be reached at the number in my signature below.

Best,
Yotam

**Yotam Barkai**
Associate

**BOIES SCHILLER FLEXNER** LLP

55 Hudson Yards
New York, NY 10001
(t) +1 212 303 3643
ybarkai@bsfllp.com
www.bsfllp.com