# EXHIBIT F

Page 1

1              UNCERTIFIED UNEDITED DRAFT

2    ******************************************

3             UNEDITED DRAFT TESTIMONY OF

4                ROBERT "AZZMADOR" RAY

5                 TAKEN ON 07/13/2020

6    ******************************************

7       PLEASE BE AWARE that these UNEDITED DRAFT

8    page/line numbers WILL NOT MATCH the FINAL

9    TRANSCRIPT.  PLEASE DO NOT PREPARE VIDEO CUTS

10   OR TRIAL CITES FROM THIS DRAFT VERSION!

11      IF YOU NEED AN EXPEDITED FINAL CERTIFIED

12   TRANSCRIPT FOR HEARING OR TRIAL PURPOSES,

13   PLEASE NOTIFY OUR OFFICE IMMEDIATELY VIA

14   E-MAIL: Production@TSGReporting.com

15                  ************

16      REPORTER'S NOTE:  This UNEDITED DRAFT

17   transcript of the proceedings was produced in

18   realtime instant form and IS NOT CERTIFIED.

19   This DRAFT TRANSCRIPT cannot be used in any

20   way to rebut or contradict the final certified

21   transcript.

22              There will be discrepancies between

23   this form and the final form of the transcript

24   because this instant-form transcript HAS NOT

25   been fully edited, proofread, corrected,

Page 2

UNCERTIFIED UNEDITED DRAFT

finalized, indexed, bound or certified.

There will be a discrepancy between the page and line numbers appearing on this DRAFT TRANSCRIPT and the final certified transcript.

Please be aware that this DRAFT TRANSCRIPT may contain blank spaces, extra or missing punctuation, reporter's edit and check marks, words spelled out phonetically and/or in all caps, misspelled proper names, or nonsensical English word combinations.

Reporter's edit and check marks (E.g., //need-spelling//, asterisks ***, /chk-exhbt/) are deliberate entries on the reporter's part; their purpose is to facilitate the transcription process, and these entries will not be present in the final certified transcript.

THIS IS AN UNEDITED DRAFT, and mistakes are unavoidable and inherent due to the complexity of the English language and the vast diversity of human speakers and speech patterns. Realtime stenography, provided ONLY by highly trained individuals, has always been

Page 3

UNCERTIFIED UNEDITED DRAFT

and still remains the most accurate and reliable method for creating the record. Any errors in this DRAFT TRANSCRIPT will be corrected on the final certified transcript.

IMPORTANT: The receipt of this DRAFT TRANSCRIPT is contingent upon and constitutes an order for the final certified transcript by the receiving party. A DRAFT TRANSCRIPT will not be provided in the absence of an order for the final certified transcript. Thank you for your cooperation and compliance.

Kim A. McCann, CSR-TX, Registered Merit Reporter, Certified Realtime Reporter, MONDAY/ JULY 30, 2018.

****************************************

PROCEEDINGS

MR. BARKAI: My name is Yotam Barkai. I'm an attorney with the law firm of Boies Schiller Flexner, LLP. I'm one of the attorneys for the plaintiffs in Sines versus Kessler, which is case No. 17-CV-72 in the U.S. District Court for the Western District of Virginia.

Page 4

UNCERTIFIED UNEDITED DRAFT

Today is Monday, July 13, 20/20. The time is 10:31 a.m. This was scheduled to be the deposition of defendant Robert Ray known as "Azzmador." In addition to myself, we have Mr. Jim Cole in this case and Mr. Dave Campbell on the line.

On June 8, 2020, Plaintiff served this notice of deposition on Mr. Ray and all other defendants via email. This deposition was noticed to begin at 9:30 a.m. Eastern time.

Mr. Ray has not appeared to testify at this deposition. He did not tell me or any other counsel for plaintiffs that he was not going to be here. I have emailed and called Mr. Ray. I've left him a voicemail. I have been unable to reach him despite my attempts.

I'd like to mark a few exhibits. Brittany, could you please bring up Tab 1 and mark it as Exhibit 1.

(Exhibit 1 was marked.)

MR. BARKAI: Exhibit 1 will be the deposition notice for today's deposition of Mr. Ray.

Brittany, could you please mark

Page 5

UNCERTIFIED UNEDITED DRAFT

Tab 1A as Exhibit 2.

(Exhibit 2 was marked.)

MR. BARKAI: Exhibit 2 will be my email to defendants, including Mr. Ray, attaching the deposition notice. Thank you.

Brittany, could you please mark Tab 1B as Exhibit 3?

(Exhibit 3 was marked.)

MR. BARKAI: Exhibit 3 will be my email dated May 7, 2020, to Mr. Ray attempting to schedule his deposition, to which I never received a response.

And then Brittany, could you please mark Tab 1C as Exhibit 4?

(Exhibit 4 was marked.)

MR. BARKAI: Exhibit 4 will be my follow-up email to Mr. Ray dated June 5, 2020, again, attempting to schedule Mr. Ray's deposition. I also received no response to this email.

Would anyone else present on the line like to make a statement on the record?

With that, all of plaintiff's rights are reserved, including but not limited to

ROUGH TRANSCRIPT

Page 6

```
 1         UNCERTIFIED UNEDITED DRAFT
 2   noticing Mr. Ray's deposition for another date.
 3         I move to compel Mr. Ray's
 4   deposition, seeking sanctions against Mr. Ray and
 5   seeking reimbursement of all appropriate expenses
 6   and costs, as well as all of plaintiff's other
 7   rights.  If there's nothing further, I believe we
 8   can go off record.
 9         THE VIDEOGRAPHER:  It is 9:34 a.m.
10   We're off the record.
11         (Time noted - 9:34 a.m.)
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

ROUGH TRANSCRIPT

Index: 1..served

### 1

**1**  4:19,20,21,22
**10:31**  4:3
**13**  4:2
**17-CV-72**  3:24
**1A**  5:2
**1B**  5:8
**1C**  5:15

### 2

**2**  5:2,3,4
**20/20**  4:2
**2018**  3:16
**2020**  4:8 5:11,18

### 3

**3**  5:8,9,10
**30**  3:16

### 4

**4**  5:15,16,17

### 5

**5**  5:18

### 7

**7**  5:11

### 8

**8**  4:8

### 9

**9:30**  4:11
**9:34**  6:9,11

### A

**a.m.**  4:3,11 6:9,11
**absence**  3:10
**accurate**  3:2
**addition**  4:5
**appeared**  4:12
**attaching**  5:5
**attempting**  5:11,19
**attempts**  4:17
**attorney**  3:21
**attorneys**  3:22
**Azzmador**  4:5

### B

**Barkai**  3:20 4:22 5:4, 10,17
**begin**  4:11
**Boies**  3:21
**bring**  4:19
**Brittany**  4:19,25 5:7, 14

### C

**called**  4:15
**Campbell**  4:6
**case**  3:24 4:6
**certified**  3:5,8,11,15
**Cole**  4:6
**compel**  6:3
**compliance**  3:13
**constitutes**  3:8
**contingent**  3:7
**cooperation**  3:12
**corrected**  3:5
**costs**  6:6
**counsel**  4:14

**Court**  3:24
**creating**  3:3
**CSR-TX**  3:14

### D

**date**  6:2
**dated**  5:11,18
**Dave**  4:6
**defendant**  4:4
**defendants**  4:10 5:5
**deposition**  4:4,9,10, 13,23 5:6,12,20 6:2,4
**District**  3:24,25
**DRAFT**  3:1,4,7,9 4:1 5:1 6:1

### E

**Eastern**  4:11
**email**  4:10 5:5,11,18, 21
**emailed**  4:15
**errors**  3:4
**exhibit**  4:20,21,22 5:2,3,4,8,9,10,15,16, 17
**exhibits**  4:18
**expenses**  6:5

### F

**final**  3:5,8,11
**firm**  3:21
**Flexner**  3:22
**follow-up**  5:18

### I

**IMPORTANT**  3:6
**including**  5:5,25

### J

**Jim**  4:6
**July**  3:16 4:2
**June**  4:8 5:18

### K

**Kessler**  3:23
**Kim**  3:14

### L

**law**  3:21
**left**  4:16
**limited**  5:25
**LLP**  3:22

### M

**make**  5:23
**mark**  4:18,20,25 5:7, 15
**marked**  4:21 5:3,9,16
**Mccann**  3:14
**Merit**  3:15
**method**  3:3
**Monday**  3:16 4:2
**move**  6:3

### N

**noted**  6:11
**notice**  4:9,23 5:6
**noticed**  4:11
**noticing**  6:2

### O

**order**  3:8,11

### P

**party**  3:9
**Plaintiff**  4:8
**plaintiff's**  5:24 6:6
**plaintiffs**  3:23 4:14
**present**  5:22
**provided**  3:10

### R

**Ray**  4:4,9,12,16,24 5:5,11,18 6:4
**Ray's**  5:19 6:2,3
**reach**  4:17
**Realtime**  3:15
**receipt**  3:6
**received**  5:13,20
**receiving**  3:9
**record**  3:3 5:23 6:8, 10
**Registered**  3:14
**reimbursement**  6:5
**reliable**  3:3
**remains**  3:2
**Reporter**  3:15
**reserved**  5:25
**response**  5:13,20
**rights**  5:24 6:7
**Robert**  4:4

### S

**sanctions**  6:4
**schedule**  5:12,19
**scheduled**  4:3
**Schiller**  3:22
**seeking**  6:4,5
**served**  4:8

ROUGH TRANSCRIPT

Index: Sines..Yotam

**Sines** 3:23

**statement** 5:23

---
### T

**Tab** 4:19 5:2,8,15

**testify** 4:12

**time** 4:3,11 6:11

**Today** 4:2

**today's** 4:23

**transcript** 3:4,5,7,9, 10,12

---
### U

**U.S.** 3:24

**unable** 4:17

**UNCERTIFIED** 3:1 4:1 5:1 6:1

**UNEDITED** 3:1 4:1 5:1 6:1

---
### V

**versus** 3:23

**Virginia** 3:25

**voicemail** 4:16

---
### W

**Western** 3:25

---
### Y

**Yotam** 3:20