AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Western District of Virginia

| | | |
|---|---|---|
| Elizabeth Sines, et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    3:17-cv-00072 |
| Jason Kessler, et al., | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Joshua T. Lefebvre and Joseph Hutton Marshall                                                   .

Date:      07/14/2020

/s/ Charles B. Klein
*Attorney's signature*

Charles B. Klein, # 39117
*Printed name and bar number*

Winston & Strawn LLP
1901 L St. NW,
Washington, DC 20036

*Address*

CKlein@winston.com
*E-mail address*

(202) 282-5000
*Telephone number*

(202) 282-5100
*FAX number*