IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| **ELIZABETH SINES** | : | Case No. 3:17-cv-00072 |
| Plaintiff | : | **Judge MOON**<br>**Mag. Judge Hoppe** |
| | : | |
| -v- | | |
| **JASON KESSLER et al.** | : | |
| | : | |
| Defendants | | |

### RESPONSE TO MOTION TO QUASH SUBPOENAS

    Defendants Jason Kessler, Nathan Damigo, Matthew Parrott, Identity Evropa, and Traditionalist Workers Party (the "Defendants") respond to the pending motion to quash (ECF 794) by giving notice that the motion should be denied as moot.

    Defendants have reached a negotiated agreement, through Counsel, with the non-parties subject to the subpoenas at issue in ECF 794. The Agreement has been fully executed, the subpoenas have been formally withdrawn, and the subpoenas cannot be re-issued.

    Accordingly, ECF 794 is moot and should be denied on that basis.

                                              Respectfully Submitted,

                                              s/ Elmer Woodard_____
                                              Elmer Woodard (VSB No. 27734)

5661 US Hwy 29
Blairs, VA 24527
Phone: 434-878-3422
Email : isuecrooks@comcast.net
ATTORNEY FOR DEFENDANTS


s/ JAMES E. KOLENICH (PHV)

 JAMES E. KOLENICH

KOLENICH LAW OFFICE
9435 Waterstone Blvd. #140
Cincinnati, OH 45249
(513) 444-2150
(513) 297-6065 (Fax)
JEK318@gmail.com
ATTORNEY FOR DEFENDANTS


**CERTIFICATE OF SERVICE**

I certify the above was served on July 15, 2020 on all ECF participants and that parties requiring service by other means were served as follows:

Elliott Kline a/k/a Eli Mosley eli.f.mosley@gmail.com deplorabletruth@gmail.com
Matthew Heimbach matthew.w.heimbach@gmail.com
Christopher Cantwell christopher.cantwell@gmail.com
Vanguard America c/o Dillon Hopper dillon_hopper@protonmail.com
Robert Azzmador Ray azzmador@gmail.com
Richard Spencer richardbspencer@gmail.com


s/ James E. Kolenich
James E. Kolenich