# EXHIBIT 6

## Denise Lunsford

| | |
|---|---|
| **From:** | Siegel, Joshua <jsiegel@cooley.com> |
| **Sent:** | Tuesday, July 07, 2020 8:28 AM |
| **To:** | Platania, Joseph; Antony, Nina-Alice; Denise Lunsford (d@lunsford-law.com); 'Winn, Sara (USAVAW)' |
| **Cc:** | Mills, David |
| **Subject:** | RE: State Discovery/ Lunsford SDT |

Thank you Joe. We agree that Sara and I can address the Brant Meyer summary (and other documents in the federal government's possession) separately. For now, can you please proceed with submitting an agreed order with Denise and John to the GDC that will allow them to produce to us documents they received from the Commonwealth that were generated through the State investigation, which I understand encompasses all of the documents the Commonwealth provided to Denise and John, other than the Brant Meyer summary.

I doubt we'll need to continue to involve you, Denise or John once the GDC order is entered, so if you could get that to the GDC as soon as possible, we would greatly appreciate it. Last week, we provided you, Denise and John with a draft order if that will be helpful starting point.

**From:** Platania, Joseph <platania@charlottesville.gov>
**Sent:** Monday, July 6, 2020 3:30 PM
**To:** Antony, Nina-Alice <antony@charlottesville.gov>; Denise Lunsford (d@lunsford-law.com) <d@lunsford-law.com>; 'Winn, Sara (USAVAW)' <Sara.Winn@usdoj.gov>; Siegel, Joshua <jsiegel@cooley.com>
**Subject:** RE: State Discovery/ Lunsford SDT

[External]

Thanks Nina.

Josh: We did want to add language to the order stating that federal materials that we inadvertently provided to Denise and John are not covered. I think the only federal item that we gave them was Brant Meyer's summary (it was attached to an e-mail I sent as Denise and I were working through some stipulations related to his testimony). You and Sara can sort that out.

Best,
Joe

**Joseph Platania**
**Commonwealth's Attorney**
**City of Charlottesville**

My email address has changed to platania@charlottesville.gov
Please update my email address within your contacts. Thank you.

**From:** Antony, Nina-Alice <antony@charlottesville.gov>
**Sent:** Monday, July 6, 2020 2:56 PM
**To:** Denise Lunsford (d@lunsford-law.com) <d@lunsford-law.com>; Platania, Joseph <platania@charlottesville.gov>;

1

'Winn, Sara (USAVAW)' <Sara.Winn@usdoj.gov>; 'Siegel, Joshua' <jsiegel@cooley.com>
**Subject:** State Discovery/ Lunsford SDT

All,

Thank you all for being so patient as we work through the discovery provided by the State government and Federal Government to Lunsford/Hill during the criminal prosecution of James Fields. I have had an opportunity to go through all materials that were provided by Ms. Lunsford as responsive to the SDT she received and in question as to its origin (whether from State or Federal government). Ms. Lunsford has been given a comprehensive list to aid in her discovery response. All material I reviewed were turned over to the defense and were generated through the State investigation of Mr. Fields.

I understand that this is still the matter of a discovery order in the General District Court. Joe and I are happy to facilitate entry of an order which would allow dissemination of the otherwise protected State material to the Plaintiffs in the Sines v. Kessler suit. We have already discussed with them that they are to treat the material as highly confidential.

Please let me know if I can be of assistance in any other way.

Stay healthy,

Nina

**Nina-Alice Antony**
**Senior Assistant Commonwealth's Attorny**
**City of Charlottesville**

My email address has changed to antony@charlottesville.gov
Please update my email address within your contacts. Thank you.

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.