# EXHIBIT 8

# Denise Lunsford

**From:** Platania, Joseph <platania@charlottesville.gov>
**Sent:** Thursday, July 16, 2020 9:29 AM
**To:** 'd@lunsford-law.com'; Antony, Nina-Alice
**Subject:** FW: Fields order part two
**Attachments:** Image (74).tif; Image (75).tif; Image (76).tif

**Joseph Platania**
**Commonwealth's Attorney**
**City of Charlottesville**

My email address has changed to platania@charlottesville.gov
Please update my email address within your contacts. Thank you.

**From:** Jennifer McKeever <jmckeever@vacourts.gov>
**Sent:** Thursday, July 16, 2020 9:20 AM
**To:** Platania, Joseph <platania@charlottesville.gov>
**Subject:** Fields order part two

**WARNING:** This email has originated from **outside of the organization**. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Fingers crossed that this is the correct thing

Jennifer McKeever
VSB #47162
Judicial Assistant to Judge Claude Worrell
16th Judicial Circuit
Work Cell: 434-326-3723

1

IN THE CIRCUIT COURT FOR THE CITY OF CHARLOTTESVILLE

| | | |
|---|---|---|
| COMMONWEALTH | ) | |
| | ) | CR17-296 (01-10) |
| v. | ) | |
| | ) | |
| JAMES FIELDS, JR. | ) | |

### AGREED MOTION AND ORDER ON DISCOVERY

COMES now the Commonwealth through her attorney, Joe Platania, and counsel for the Defendant, Denise Lunsford and John Hill, to enter the following Agreed Order on Discovery.

1. On October 30, 2017, the Charlottesville General District Court entered an Agreed Motion and Order for Discovery (the "Order"), wherein it memorialized and attached an Open File Agreement between the Commonwealth, Ms. Lunsford, and Mr. Hill.

2. The Open File Agreement provided that the Commonwealth was giving Ms. Lunsford and Mr. Hill certain "open file" discovery materials ("Discovery Material"), and that Ms. Lunsford and Mr. Hill agreed they "will not allow these additional materials or any copy thereof to leave our possession or control." As a consequence, the Order provided that Ms. Lunsford and Mr. Hill "agree not to allow the additional materials provided in 'open file' or any copy therefore to leave their possession or control."

3. In January 2020, Ms. Lunsford and Mr. Hill were served with subpoenas *duces tecum* (the "Subpoenas") by plaintiffs in the matter of *Sines v. Kessler*, Case No: 3:17-cv-00072-NKM-JCH, currently pending in the United States District Court for the Western District of Virginia (the "Civil Action"), which is a civil action against, among others, the Defendant James Fields, Jr.

4. The Subpoenas require Ms. Lunsford and Mr. Hill to produce, among other things, the Discovery Material, that is within the scope of the Order prohibiting such disclosure.

5. There is a Protective Order in the Civil Action, which allows for documents produced by Ms. Lunsford and Mr. Hill to be designated "Confidential or "Highly Confidential," which limits the dissemination of such documents.

6. By orders dates June 12, 2020 and June 26, 2020, the Honorable Joel C. Hoppe of the United States District Court for the Western District of Virginia overruled the Motions to Quash by Ms. Lunsford and Mr. Hill and ordered them to produce the Discovery Material in response to the Subpoenas.

7. The Commonwealth consents to Ms. Lunsford and Mr. Hill producing documents, including the Discovery Material, in response to the Subpoenas.

8. Pursuant to an agreement between Joshua Siegel, attorney for the plaintiffs in the Civil Action, and Sara Winn, Assistant United States Attorney, the parties understand and agree that nothing in this order shall be construed to release Discovery Material provided to Ms. Lunsford and Mr. Hill by the Federal Government nor material turned over to Ms. Lunsford and Mr. Hill by the Commonwealth which originated from the Federal Government. (The parties are aware of only one such document, specifically a social media summary report prepared by Special Agent Brant Meyer with the F.B.I..)

9. For the reasons stated, the undersigned jointly ask this Court to order that notwithstanding the General District Court's Order or any other subsequent discovery Order of this Court, Ms. Lunsford and Mr. Hill may produce to plaintiffs in the Civil Action documents responsive to the Subpoenas.

IT IS SO ORDERED:

*Claude V. Worrell*
Judge Claude V. Worrell
Judge of the 16th Judicial Circuit
7/15/20

WE ASK FOR THIS:

_____  *Joe Platania, Commonwealth's Attorney, for*
Nina Alice Antony, VSB# 81812
Senior Assistant Commonwealth's Attorney
P.O. Box 911, City Hall
Charlottesville, VA 22902
Tel: (434) 970-3176
Fax: (434) 971-8202


SEEN AND NOT OBJECTED TO ON THE
BASIS OF THE ORDERS OF THE UNITED
STATES DISTRICT COURT:

_____
Denise Y. Lunsford, VSB #31833
Lunsford & Vradenburgh, LLC
414 East Market Street
Charlottesville, VA 22902
Tel: (434) 328-8798
Fax (434) 328-8799

228727869