# EXHIBIT 10

## Denise Lunsford

| | |
|---|---|
| From: | Denise Lunsford <d@lunsford-law.com> |
| Sent: | Tuesday, July 07, 2020 3:53 PM |
| To: | 'Siegel, Joshua' |
| Cc: | 'John Hill'; 'John Zwerling'; 'Mills, David' |
| Subject: | RE: Sines v. Kessler et al |
| Attachments: | Staples Receipt 1.pdf; Staples Receipt 2.pdf; Staples Receipt 3.pdf; Staples Receipt 4.pdf; Staples Receipt 5.pdf |

Joshua

1. Medical records, in this case from the jail, received by a third party (me, as his attorney) are specifically covered by Va. Code §32.1-127.1:03, cited in the Privilege Log, and I am prohibited from providing them to another party unless a Court makes the SPECIFIC findings set forth in the statute. The Army medical records, as well as the jail records, are covered by HIPAA. I am also advised the Army personnel records would be protected by federal statute or regulation. The only responsive medical records I have are from the jail and the Army. All others pre-date the time period of your SDT.
2. A mental health expert testified at trial. His testimony is contained in the transcript of trial which has been produced. Please advise how any report or information relied on by him is responsive to the SDT and any other authority you may have to obtain that information because my reading of the SDT is that this information is either not requested or is outside the relevant time period. An expert in digital forensic examinations also testified. Any information on which he relied would have been produced to defense counsel by the Commonwealth or the AUSA.
3. Receipts attached.

**From:** Siegel, Joshua <jsiegel@cooley.com>
**Sent:** Tuesday, July 07, 2020 8:42 AM
**To:** Denise Lunsford <d@lunsford-law.com>
**Cc:** 'John Hill' <john@poindexterhill.com>; 'John Zwerling' <jz@zwerling.com>; Mills, David <dmills@cooley.com>
**Subject:** RE: Sines v. Kessler et al

Denise, thank you for sending us your document production so far. We have a few questions and points we'd like to clarify with you.

1. You listed James Field's health care, medical and Army records on your privilege log (*see* "Other," Nos. 8-10). You do not list any basis to withhold those documents, and we do not believe they are privileged or work product. Please produce them this week.

2. Your log also states that you are withholding "[c]orrespondence and communication with and information, documents, and memoranda prepared for and received from experts." Can you please state whether the experts you referenced testified at trial or submitted an expert report? If they did testify or submit an expert report, are any of the documents you are withholding facts or documents on which they relied for their opinion?

3. Yes, please send us the Staples receipts from your billing statement.

Please feel free to call me if you would like to discuss.

Thanks, Josh

1

**From:** Denise Lunsford <d@lunsford-law.com>
**Sent:** Wednesday, July 1, 2020 3:48 PM
**To:** Siegel, Joshua <jsiegel@cooley.com>
**Cc:** 'John Hill' <john@poindexterhill.com>; 'John Zwerling' <jz@zwerling.com>
**Subject:** Sines v. Kessler et al

[External]

Joshua

I have completed an upload of responsive information. This upload DOES NOT include the information received from the Commonwealth during discovery or the information on the attached Privilege/Work Product Log.

Also attached is a billing statement for my time from Thursday, June 25 (AFTER the telephone hearing) through today. Please feel free to contact me if you have any concerns about the time or costs billed. I have receipts for the credit card charges to Staples if you want them. In light of the circumstances, I would appreciate payment as soon as possible. I have asked John to send you a separate bill for his time.
denise

Denise Y. Lunsford, Esq.
*Denise Y. Lunsford, LLC*
414 E. Market Street, Suite C
Charlottesville, Virginia 22902
434.328.8798
d@lunsford-law.com

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.