# EXHIBIT 12

Menu         NEWSROOM    BLOG
             CONTACT US  DONATE                        DONATE

# Donate to IFA

Your donation allows Integrity First for America to fight for the safety and dignity of all Americans and defend the democratic norms and values that make America truly great. Every dollar donated to IFA right now helps support our Charlottesville case.

| 1 Amount | 2 Details | 3 Payment | 4 Finish |
|---|---|---|---|
| $25 | $50 | $100 | $250 |
| $500 | $2,500 | $ 0.00 | |

☐ Make this contribution: Monthly

☐ I'd like to make this contribution in honor or in memory of someone

NEXT

If you have any issues or questions, please email contact@integrityfirstforamerica.org.

## Donate By Mail

Donate to IFA - IFA

NEWSROOM    BLOG

Menu    DONATE

CONTACT US    DONATE

Mail a check payable to "Integrity First for America" to:

Integrity First for America
PO Box 1831
New York, NY 10156

Donations to Integrity First for America, a 501(c)(3), are tax deductible. Thank you for your support.

Thank you so much for your interest in supporting our work. Please note: IFA is currently operating remotely due to COVID-19. While we are grateful for contributions in any form, we encourage you to consider making your gift via our online platform if possible. If you would prefer to mail a check, please be advised that it may take a few weeks to be processed. If you have any questions, please email us at contact@integrityfirstforamerica.org and we thank you again.

ABOUT US    OUR WORK    NEWSROOM    BLOG    CONTACT US    DONATE

Join Us

PRIVACY    YOUR CALIFORNIA PRIVACY RIGHTS    TERMS

All Rights Reserved. © 2020 Integrity First for America.