# EXHIBIT 13

efile GRAPHIC print - DO NOT PROCESS | As Filed Data - | DLN: 93493319189339

| Form **990** | **Return of Organization Exempt From Income Tax** | OMB No 1545-0047 |
|---|---|---|
| | Under section 501(c), 527, or 4947(a)(1) of the Internal Revenue Code (except private foundations) | **2018** |
| Department of the Treasury Internal Revenue Service | ▶ Do not enter social security numbers on this form as it may be made public ▶ Go to www.irs.gov/Form990 for instructions and the latest information. | Open to Public Inspection |

**A** For the 2019 calendar year, or tax year beginning 01-01-2018, and ending 12-31-2018

| **B** Check if applicable | **C** Name of organization INTEGRITY FIRST FOR AMERICA INC | **D** Employer identification number 82-1110585 |
|---|---|---|
| ☐ Address change | Doing business as | |
| ☐ Name change | | |
| ☐ Initial return | Number and street (or P O box if mail is not delivered to street address) Room/suite PO BOX 1831 | **E** Telephone number (646) 518-8190 |
| ☐ Final return/terminated | | |
| ☐ Amended return | City or town, state or province, country, and ZIP or foreign postal code NEW YORK, NY 10016 | |
| ☐ Application pending | | **G** Gross receipts $ 8,960,914 |

**F** Name and address of principal officer
AMY SPITALNICK
PO BOX 1831
NEW YORK, NY 10016

**H(a)** Is this a group return for subordinates? ☐ Yes ☑ No
**H(b)** Are all subordinates included? ☐ Yes ☐ No
If "No," attach a list (see instructions)

**I** Tax-exempt status: ☑ 501(c)(3) ☐ 501(c) ( ) ◀ (insert no ) ☐ 4947(a)(1) or ☐ 527

**J** Website: ▶ WWW INTEGRITYFIRSTFORAMERICA ORG

**H(c)** Group exemption number ▶

**K** Form of organization: ☑ Corporation ☐ Trust ☐ Association ☐ Other ▶  **L** Year of formation 2017  **M** State of legal domicile NY

## Part I Summary

**1** Briefly describe the organization's mission or most significant activities
INTEGRITY FIRST FOR AMERICA IS A NONPARTISAN NONPROFIT ORGANIZATION DEDICATED TO HOLDING THOSE ACCOUNTABLE WHO THREATEN LONGSTANDING PRINCIPLES OF OUR DEMOCRACY-INCLUDING OUR COUNTRY'S COMMITMENT TO CIVIL RIGHTS AND EQUAL JUSTICE THIS INCLUDES RESEARCH, PUBLIC INFORMATION CAMPAIGNS, AND LEGAL ACTION

**2** Check this box ▶ ☐ if the organization discontinued its operations or disposed of more than 25% of its net assets

| | | |
|---|---|---|
| **3** Number of voting members of the governing body (Part VI, line 1a) | **3** | 3 |
| **4** Number of independent voting members of the governing body (Part VI, line 1b) | **4** | 3 |
| **5** Total number of individuals employed in calendar year 2018 (Part V, line 2a) | **5** | 3 |
| **6** Total number of volunteers (estimate if necessary) | **6** | 5 |
| **7a** Total unrelated business revenue from Part VIII, column (C), line 12 | **7a** | 0 |
| **b** Net unrelated business taxable income from Form 990-T, line 34 | **7b** | 0 |

| | | Prior Year | Current Year |
|---|---|---|---|
| Revenue | **8** Contributions and grants (Part VIII, line 1h) | 2,897,550 | 8,960,903 |
| | **9** Program service revenue (Part VIII, line 2g) | 0 | 0 |
| | **10** Investment income (Part VIII, column (A), lines 3, 4, and 7d ) | 0 | 0 |
| | **11** Other revenue (Part VIII, column (A), lines 5, 6d, 8c, 9c, 10c, and 11e) | 0 | 11 |
| | **12** Total revenue—add lines 8 through 11 (must equal Part VIII, column (A), line 12) | 2,897,550 | 8,960,914 |
| Expenses | **13** Grants and similar amounts paid (Part IX, column (A), lines 1–3 ) | 0 | 0 |
| | **14** Benefits paid to or for members (Part IX, column (A), line 4) | 0 | 0 |
| | **15** Salaries, other compensation, employee benefits (Part IX, column (A), lines 5–10) | 438,973 | 722,029 |
| | **16a** Professional fundraising fees (Part IX, column (A), line 11e) | 0 | 41,600 |
| | **b** Total fundraising expenses (Part IX, column (D), line 25) ▶160,068 | | |
| | **17** Other expenses (Part IX, column (A), lines 11a–11d, 11f–24e) | 4,163,849 | 7,439,504 |
| | **18** Total expenses Add lines 13–17 (must equal Part IX, column (A), line 25) | 4,602,822 | 8,203,133 |
| | **19** Revenue less expenses Subtract line 18 from line 12 | -1,705,272 | 757,781 |
| Net Assets or Fund Balances | | Beginning of Current Year | End of Year |
| | **20** Total assets (Part X, line 16) | 727,936 | 2,392,107 |
| | **21** Total liabilities (Part X, line 26) | 2,433,208 | 2,295,798 |
| | **22** Net assets or fund balances Subtract line 21 from line 20 | -1,705,272 | 96,309 |

## Part II Signature Block

Under penalties of perjury, I declare that I have examined this return, including accompanying schedules and statements, and to the best of my knowledge and belief, it is true, correct, and complete Declaration of preparer (other than officer) is based on all information of which preparer has any knowledge

| Sign Here | Signature of officer | 2019-11-15 Date |
|---|---|---|
| | AMY SPITALNICK EXECUTIVE DIRECTOR Type or print name and title | |

| Paid Preparer Use Only | Print/Type preparer's name | Preparer's signature | Date | Check ☐ if self-employed | PTIN P01269549 |
|---|---|---|---|---|---|
| | Firm's name ▶ WEGNER CPAS LLP | | | Firm's EIN ▶ 39-0974031 | |
| | Firm's address ▶ 230 PARK AVE FL 3 NEW YORK, NY 101690005 | | | Phone no (212) 551-1724 | |

May the IRS discuss this return with the preparer shown above? (see instructions) . . . . . . . . . . . . . . . ☑ Yes ☐ No

For Paperwork Reduction Act Notice, see the separate instructions. Cat No 11282Y Form **990** (2018)

Form 990 (2018)

Page 10

**Part IX  Statement of Functional Expenses**

Section 501(c)(3) and 501(c)(4) organizations must complete all columns. All other organizations must complete column (A).

Check if Schedule O contains a response or note to any line in this Part IX . . . . . . . . . . . . . . □

| Do not include amounts reported on lines 6b, 7b, 8b, 9b, and 10b of Part VIII. | (A) Total expenses | (B) Program service expenses | (C) Management and general expenses | (D) Fundraising expenses |
|---|---|---|---|---|
| 1  Grants and other assistance to domestic organizations and domestic governments. See Part IV, line 21 | | | | |
| 2  Grants and other assistance to domestic individuals. See Part IV, line 22 | | | | |
| 3  Grants and other assistance to foreign organizations, foreign governments, and foreign individuals. See Part IV, line 15 and 16 | | | | |
| 4  Benefits paid to or for members | | | | |
| 5  Compensation of current officers, directors, trustees, and key employees | 558,333 | 514,583 | 43,750 | |
| 6  Compensation not included above, to disqualified persons (as defined under section 4958(f)(1)) and persons described in section 4958(c)(3)(B) | | | | |
| 7  Other salaries and wages | 122,917 | 6,914 | 45,766 | 70,237 |
| 8  Pension plan accruals and contributions (include section 401(k) and 403(b) employer contributions) | | | | |
| 9  Other employee benefits | | | | |
| 10 Payroll taxes | 40,779 | 31,216 | 5,358 | 4,205 |
| 11 Fees for services (non-employees): | | | | |
| a Management | | | | |
| b Legal | 6,938,416 | 6,879,463 | 58,953 | |
| c Accounting | 53,888 | | 53,888 | |
| d Lobbying | | | | |
| e Professional fundraising services. See Part IV, line 17 | 41,600 | | | 41,600 |
| f Investment management fees | | | | |
| g Other (If line 11g amount exceeds 10% of line 25, column (A) amount, list line 11g expenses on Schedule O) | 310,937 | 305,631 | 5,306 | |
| 12 Advertising and promotion | 34,091 | | | 34,091 |
| 13 Office expenses | 5,157 | 3,948 | 678 | 531 |
| 14 Information technology | 11,546 | 8,839 | 1,517 | 1,190 |
| 15 Royalties | | | | |
| 16 Occupancy | 33,415 | 25,579 | 4,391 | 3,445 |
| 17 Travel | 6,392 | 5,871 | 433 | 88 |
| 18 Payments of travel or entertainment expenses for any federal, state, or local public officials | | | | |
| 19 Conferences, conventions, and meetings | | | | |
| 20 Interest | | | | |
| 21 Payments to affiliates | | | | |
| 22 Depreciation, depletion, and amortization | 6,853 | 5,246 | 900 | 707 |
| 23 Insurance | 2,797 | 2,141 | 368 | 288 |
| 24 Other expenses. Itemize expenses not covered above (List miscellaneous expenses in line 24e. If line 24e amount exceeds 10% of line 25, column (A) amount, list line 24e expenses on Schedule O.) | | | | |
| a DUES AND SUBSCRIPTIONS | 22,985 | 17,595 | 3,020 | 2,370 |
| b | | | | |
| c | | | | |
| d | | | | |
| e All other expenses | 13,027 | 9,773 | 1,938 | 1,316 |
| 25 Total functional expenses. Add lines 1 through 24e | 8,203,133 | 7,816,799 | 226,266 | 160,068 |
| 26 Joint costs. Complete this line only if the organization reported in column (B) joint costs from a combined educational campaign and fundraising solicitation. Check here ▶ □ if following SOP 98-2 (ASC 958-720) | | | | |

Form **990** (2018)