UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| ELIZABETH SINES, SETH WISPELWEY, MARISSA BLAIR, APRIL MUÑIZ, MARCUS MARTIN, NATALIE ROMERO, CHELSEA ALVARADO, JOHN DOE, and THOMAS BAKER, <br><br>                            Plaintiffs, <br><br> v. <br><br> JASON KESSLER, et al., <br><br>                            Defendants. | Civil Action No. 3:17-cv-00072-NKM <br><br> **JURY TRIAL DEMANDED** |

**NOTICE OF CHANGE OF CONTACT INFORMATION
AND FIRM AFFILIATION**

Please take notice that Karen L. Dunn, counsel for Plaintiffs Elizabeth Sines, Seth Wispelwey, Marissa Blair, April Muñiz, Marcus Martin, Natalie Romero, Chelsea Alvarado, John Doe and Thomas Baker, has changed her firm affiliation and contact information. Ms. Dunn is now affiliated with Paul, Weiss, Rifkind, Wharton & Garrison LLP. The new address, telephone number, facsimile number, and email for Ms. Dunn is as follows:

> Karen L. Dunn
> PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
> 2001 K Steet, NW
> Washington, DC 20006
> Telephone: (202) 223-7300
> Facsimile:  (202) 223-7420
> Email: kdunn@paulweiss.com

The firm affiliation and contact information for Plaintiffs' other counsel has not changed.

Dated: July 17, 2020                             Respectfully submitted,

*/s/ Karen L. Dunn*
Karen L. Dunn (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K. Street, NW
Washington, DC 20006
Telephone: (202) 237-2727
Facsimile: (202) 237-6131
kdunn@paulweiss.com

*Counsel for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2020, I filed the foregoing with the Clerk of Court through the CM/ECF system, which will send a notice of electronic filing to:

Elmer Woodard
5661 US Hwy 29
Blairs, VA 24527
isuecrooks@comcast.net

James E. Kolenich
Kolenich Law Office
9435 Waterstone Blvd. #140
Cincinnati, OH 45249
jek318@gmail.com

*Counsel for Defendants Jason Kessler, Nathan Damigo, Identity Europa, Inc. (Identity Evropa), Matthew Parrott, and Traditionalist Worker Party*

Justin Saunders Gravatt
David L. Campbell
Duane, Hauck, Davis & Gravatt, P.C.
100 West Franklin Street, Suite 100
Richmond, VA 23220
jgravatt@dhdglaw.com
dcampbell@dhdglaw.com

*Counsel for Defendant James A. Fields, Jr.*

William Edward ReBrook, IV
The ReBrook Law Office
6013 Clerkenwell Court
Burke, VA 22015
edward@rebrooklaw.com

*Counsel for Defendants Jeff Schoep, National Socialist Movement, and Nationalist Front*

John A. DiNucci
Law Office of John A. DiNucci
8180 Greensboro Drive, Suite 1150
McLean, VA 22102
dinuccilaw@outlook.com

*Counsel for Defendant Richard Spencer*

Bryan Jones
106 W. South St., Suite 211
Charlottesville, VA 22902
bryan@bjoneslegal.com

*Counsel for Defendants Michael Hill, Michael Tubbs, and League of the South*

I further hereby certify that on July 17, 2020, I also served the following non-ECF participants, via electronic mail, as follows:

Christopher Cantwell
christopher.cantwell@gmail.com

Vanguard America
c/o Dillon Hopper
dillon_hopper@protonmail.com

Robert Azzmador Ray
azzmador@gmail.com

Elliott Kline a/k/a Eli Mosley
eli.f.mosley@gmail.com
deplorabletruth@gmail.com

Matthew Heimbach
matthew.w.heimbach@gmail.com

/s/ Karen L. Dunn
Karen L. Dunn (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

*Counsel for Plaintiffs*