UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| ELIZABETH SINES, SETH WISPELWEY, MARISSA BLAIR, APRIL MUÑIZ, MARCUS MARTIN, NATALIE ROMERO, CHELSEA ALVARADO, JOHN DOE, and THOMAS BAKER, <br><br> Plaintiffs, <br><br> v. <br><br> JASON KESSLER, et al., <br><br> Defendants. | Civil Action No. 3:17-cv-00072-NKM <br><br> **JURY TRIAL DEMANDED** |

**PLAINTIFFS' SUPPLEMENTAL BRIEF IN SUPPORT OF THEIR MOTION TO COMPEL THE DEPOSITION OF DEFENDANT ELLIOTT KLINE A/K/A ELI MOSLEY**

1

Plaintiffs respectfully file this supplemental brief in support of their Motion to Compel the Deposition of Defendant Elliott Kline a/k/a Eli Mosley, ECF No. 792 ("Mot." or "Motion to Compel"). As set forth in their Motion to Compel, Plaintiffs made multiple attempts over the course of months to contact Kline regarding his deposition at all of his known working email addresses, including the email address Kline specifically asked all further emails be sent to. Mot. at 2; Nov. 25, 2019 Contempt Hr'g Tr. at 54:3-4 ("Please send all further e-mails to the deplorabletruth e-mail address"), ECF No. 600. When Kline failed to appear for his duly noticed deposition, Plaintiffs attempted to contact him by calling, texting, and emailing. Mot. at 2.

After not having heard from Kline since early January 2020, on July 17, 2020—the very day his opposition to Plaintiffs' Motion to Compel was due—Kline emailed Plaintiffs from his deplorabletruth@gmail.com account, which is the same email account he told Plaintiffs months ago to use to communicate with Kline. Ex. A (July 17, 2020 Email from E. Kline to J. Phillips, H. Wheeler, and others). Kline incredibly informed Plaintiffs that ***until that very day***, he had "been largely without a phone that can log into [his] email" due to COVID-19 and was "unaware of this deposition being scheduled when it was for July 2nd[.]" *Id.* Kline's email makes no sense. He does not even attempt to explain how COVID-19 prevented him from accessing email on his phone. Moreover, Kline wholly fails to address why he did not respond to Plaintiffs' calls and texts to him on the day of his deposition. Kline also stated that he "thought [his deposition] was scheduled for this week or next," notwithstanding that the deadline for completing party depositions set by the Court's operative scheduling order was July 17, 2020. *Id.*; Order, ECF No. 597.

Now that Kline has once again belatedly resurfaced, Plaintiffs have re-noticed Kline's deposition for August 12, 2020. However, Plaintiffs maintain that they are entitled to reasonable

1

attorneys' fees and costs incurred in arranging Kline's July 2, 2020, deposition and in bringing their Motion to Compel. Kline's excuses are all too familiar. This is the same old song and dance he has previously given to both Plaintiffs and this Court about why he has been unable to comply with his discovery obligations. The Court previously concluded that Kline's excuses are not credible. Jan. 6, 2020 Hr'g Tr. at 39:10-11, ECF No. 632; Order Finding Elliott Kline Remains in Civil Contempt 10-11, ECF No. 610; Order Finding Elliott Kline in Civil Contempt 5-6, ECF No. 599. So too here, the Court should reject Kline's attempt to once again blame technology and claim confusion. It was Kline's responsibility to appear for his duly-noticed deposition and he failed to do so, causing Plaintiffs to further waste time and resources. Reasonable attorneys' fees and costs are warranted.

Dated: July 21, 2020

Respectfully submitted,

/s/ Robert T. Cahill
Robert T. Cahill (VSB 38562)
COOLEY LLP
11951 Freedom Drive, 14th Floor
Reston, VA 20190-5656
Telephone: (703) 456-8000
Fax: (703) 456-8100
rcahill@cooley.com

*Of Counsel:*

Roberta A. Kaplan (*pro hac vice*)
Julie E. Fink (*pro hac vice*)
Gabrielle E. Tenzer (*pro hac vice*)
Joshua A. Matz (*pro hac vice*)
Michael L. Bloch (*pro hac vice*)
Jonathan R. Kay (*pro hac vice*)
Alexandra K. Conlon (*pro hac vice*)
Emily C. Cole (*pro hac vice*)
KAPLAN HECKER & FINK, LLP

Jessica E. Phillips (*pro hac vice*)
Katherine M. Cheng (*pro hac vice*)
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, NW
Washington, DC 20005
Telephone: (202) 237-2727
Fax: (202) 237-6131
jphillips@bsfllp.com
kcheng@bsfllp.com

2

350 Fifth Avenue, Suite 7110
New York, NY 10118
Telephone: (212) 763-0883
rkaplan@kaplanhecker.com
jfink@kaplanhecker.com
gtenzer@kaplanhecker.com
jmatz@kaplanhecker.com
mbloch@kaplanhecker.com

Yotam Barkai (*pro hac vice*)
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards
New York, NY 10001
Telephone: (212) 446-2300
Fax: (212) 446-2350
ybarkai@bsfllp.com

Karen L. Dunn (*pro hac vice*)
William A. Isaacson (*pro hac vice*)
PAUL WEISS RIFKAND WHARTON GARRISON LLP
2001 K St NW
Telephone: (202) 223-7300
Fax: (202) 223-7420
Washington, DC 20006
kdunn@paulweiss.com
wisaacson@paulweiss.com

Alan Levine (*pro hac vice*)
Philip Bowman (*pro hac vice*)
COOLEY LLP
55 Hudson Yards
New York, NY 10001
Telephone: (212) 479-6260
Fax: (212) 479-6275
alevine@cooley.com
pbowman@cooley.com

David E. Mills (*pro hac vice*)
Joshua M. Siegel (VSB 73416)
COOLEY LLP
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004
Telephone: (202) 842-7800
Fax: (202) 842-7899
dmills@cooley.com
jsiegel@cooley.com

J. Benjamin Rottenborn (VSB 84796)
WOODS ROGERS PLC
10 South Jefferson St., Suite 1400
Roanoke, VA 24011
Telephone: (540) 983-7600
Fax: (540) 983-7711
brottenborn@woodsrogers.com


*Counsel for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that on July 21, 2020, I filed the foregoing with the Clerk of Court through the CM/ECF system, which will send a notice of electronic filing to:

Elmer Woodard
5661 US Hwy 29
Blairs, VA 24527
isuecrooks@comcast.net

James E. Kolenich
Kolenich Law Office
9435 Waterstone Blvd. #140
Cincinnati, OH 45249
jek318@gmail.com

*Counsel for Defendants Jason Kessler, Nathan Damigo, Identity Europa, Inc. (Identity Evropa), Matthew Parrott, and Traditionalist Worker Party*

Justin Saunders Gravatt
David L. Campbell
Duane, Hauck, Davis & Gravatt, P.C.
100 West Franklin Street, Suite 100
Richmond, VA 23220
jgravatt@dhdglaw.com
dcampbell@dhdglaw.com

*Counsel for Defendant James A. Fields, Jr.*

Bryan Jones
106 W. South St., Suite 211
Charlottesville, VA 22902
bryan@bjoneslegal.com

*Counsel for Defendants Michael Hill, Michael Tubbs, and League of the South*

William Edward ReBrook, IV
The ReBrook Law Office
6013 Clerkenwell Court
Burke, VA 22015
edward@rebrooklaw.com

*Counsel for Defendants Jeff Schoep, National Socialist Movement, and Nationalist Front*

I further hereby certify that on July 21, 2020, I also served the following non-ECF participants, via electronic mail, as follows:

| | |
|---|---|
| Christopher Cantwell<br>christopher.cantwell@gmail.com | Vanguard America<br>c/o Dillon Hopper<br>dillon_hopper@protonmail.com |
| Robert Azzmador Ray<br>azzmador@gmail.com | Elliott Kline a/k/a Eli Mosley<br>eli.f.mosley@gmail.com<br>deplorabletruth@gmail.com<br>eli.r.kline@gmail.com |
| Matthew Heimbach<br>matthew.w.heimbach@gmail.com | Richard Spencer<br>richardbspencer@gmail.com |

/s/ Robert T. Cahill
Robert T. Cahill (VSB 38562)
COOLEY LLP

*Counsel for Plaintiffs*