CLERKS OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
07/23/2020
JULIA C. DUDLEY, CLERK
BY: /s/ J. JONES
  DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| ELIZABETH SINES et al., ) | |
|    Plaintiffs, ) | Civil Action No. 3:17-cv-00072 |
| ) | |
| v. ) | ORDER TO DEFENDANT |
| ) | ROBERT "AZZMADOR" RAY |
| ) | |
| JASON KESSLER et al., ) | By:   Joel C. Hoppe |
|    Defendants. ) | United States Magistrate Judge |

This matter is before the Court on Plaintiffs' motion to sanction pro se Defendant Robert "Azzmador" Ray for failing to appear at his properly noticed deposition on July 13, 2020, and to compel Ray to appear at a deposition rescheduled for July 29, 2020. ECF Nos. 803, 813. Ray has not responded to Plaintiffs' motion. *See* ECF No. 101. Plaintiffs' requests to be reimbursed for their reasonable fees and expenses caused by Ray's failure to attend the July 13 deposition, and for a court order compelling Ray's attendance at the July 29 deposition are hereby **GRANTED**. Fed. R. Civ. P. 37(d). The motion, ECF No. 803, is denied without prejudice in all other respects.

Defendant Robert "Azzmador" Ray is hereby **ORDERED** to appear by videoconference for a deposition upon oral examination by Plaintiffs' counsel in this matter at **9:30 a.m. ET on Wednesday, July 29, 2020**, as more fully described in the attached Notice, which is sealed. ECF No. 813. The Court expects Ray to appear and participate in good faith as required by the Federal Rules of Civil Procedure. **Defendant Robert "Azzmador" Ray is hereby warned that his failure to comply with this Order may result in a bench warrant being issued for his arrest and the United States Marshal taking him into custody and transporting him to this judicial district to appear and show cause why he should not be held in contempt of court.**

It is so ORDERED.

The Clerk shall send a copy of this Order to the parties.

ENTER: July 23, 2020

Joel C. Hoppe
U.S. Magistrate Judge