# EXHIBIT 6

| | |
|---|---|
| **From:** | Mills, David |
| **Sent:** | Wednesday, September 25, 2019 4:02 PM |
| **To:** | Withers, Nancy (USAVAW) |
| **Cc:** | Bubar, Daniel (USAVAW); Schuler, Michael R. (RH) (FBI); Winn, Sara (USAVAW); eashwell@woodsrogers.com; Rottenborn, Ben; Ashwell, Erin |
| **Subject:** | RE: Elizabeth Sines, et al. v. Jaosn Kessler, et al.  (Case No. 3:17-cv-00072) |

Nancy – Thank you for reaching out.  My colleague Ben Rottenborn and I spoke with Sara this afternoon, and we agreed to a 30-day extension.  If your office needs more time, please just let me know, and we will certainly be happy to work with you.  We look forward to discussing the scope of the subpoena with you and Sara over the next couple of weeks.  Best regards.  – David

**David E. Mills**
Cooley LLP
1299 Pennsylvania Avenue, NW • Suite 700
Washington, DC  20004-2400
Direct: +1 202 776 2865 • Fax: +1 202 842 7899 • Cell: +1 202 413 8964
Email: dmills@cooley.com
Bio: www.cooley.com/dmills • Practice: www.cooley.com/litigation

---

**From:** Withers, Nancy (USAVAW) <Nancy.Withers@usdoj.gov>
**Sent:** Wednesday, September 25, 2019 11:02 AM
**To:** Mills, David <dmills@cooley.com>
**Cc:** Bubar, Daniel (USAVAW) <Daniel.Bubar@usdoj.gov>; Schuler, Michael R. (RH) (FBI) <mrschuler@fbi.gov>; Winn, Sara (USAVAW) <Sara.Winn@usdoj.gov>; eashwell@woodsrogers.com
**Subject:** Elizabeth Sines, et al. v. Jaosn Kessler, et al. (Case No. 3:17-cv-00072)

Mr. Mills:

The U.S. Attorney's Office, Civil Division, has received the subpoenas you issued to United States Attorney Thomas T. Cullen and FBI Special Agent Brent Meyer.  We respectfully request an extension of the current deadline of 10/1/2019 to determine if the relevant *Touhy* regulations allow disclosure of the requested documents, as employees of the Department of Justice can produce and disclose official information only as authorized.

*Nancy Withers*
**Nancy Withers, Paralegal/Civil Division**
**U.S. Attorney's Office**
**Western District of Virginia**
**P.O. Box 1709**
**Roanoke, VA  24008-1709**
**(540) 857-2970; Fax (540) 857-2614**