# EXHIBIT 7



**U. S. Department of Justice**

*United States Attorney*
*Western District of Virginia*

---

*Daniel P. Bubar*
*First Assistant United States Attorney*

| *Street Address (overnight mail)* | *Mailing Address* |
|---|---|
| *310 First Street, SW, Room 906* | *P. O. Box 1709* |
| *Roanoke, Virginia 24011* | *Roanoke, Virginia 24008-1709* |
| | *Telephone: 540-857-2250* |
| | *Fax: 540-857-2614* |

October 16, 2019

***Sent via electronic mail to dmills@cooley.com***
David E. Mills, Esq.
Cooley LLP
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004-2400

> Re:   *Sines v. Kessler*, Case No. 3:17-cv-00071
>          Touhy Request to USAO and FBI

Dear Mr. Mills:

This responds to your September 17, 2019 request for information from the United States Attorney's Office for the Western District of Virginia, and the Federal Bureau of Investigations in the above-referenced case.

Your requests have been carefully reviewed by the appropriate Department of Justice officials in accordance with 28 C.F.R. §§ 16.21, *et seq.* As a result of that review, it was determined that it would not be in the best interests of the United States to provide the requested information in this case. Accordingly, by copy of this letter, this office and the FBI are respectfully declining to comply with the subpoenas. *See United States ex rel. Touhy v. Ragen,* 340 U.S. 462, 470 (1951); *Boron Oil Co. v. Downie,* 873 F3d. 67 (4th Cir. 1989); *COMSAT Corp. v. Nat'l Science Found.,* 190 F.3d 269 (4th Cir. 1999). If you have any questions, please call Assistant United States Attorney Sara Bugbee Winn at (540) 857-2913.

Please advise if you intend to withdraw the subpoenas or if you would prefer we initiate proceedings to quash them.

Page **2** of **2**
October 16, 2019

Very truly yours,

Daniel P. Bubar
Attorney for the United States
Under Authority Conferred by 28 U.S.C. § 515


cc:     Michael Schuler, Esq., FBI
        Kartic Padmanabhan, Esq., FBI
        Sara Bugbee Winn, Esq., AUSA
        Benjamin Rottenborn, Esq.