# EXHIBIT 8

**From:**    Winn, Sara (USAVAW) <Sara.Winn@usdoj.gov>
**Sent:**    Thursday, October 31, 2019 1:43 PM
**To:**     Mills, David
**Cc:**     Siegel, Joshua; Rottenborn, Ben
**Subject:**   RE: Elizabeth Sines, et al. v. Jason Kessler, et al. - Touhy Request

[External]

Yes, I am available this afternoon 4-6.

**From:** Mills, David <dmills@cooley.com>
**Sent:** Thursday, October 31, 2019 12:24 PM
**To:** Winn, Sara (USAVAW) <SWinn@usa.doj.gov>
**Cc:** Siegel, Joshua <jsiegel@cooley.com>; Rottenborn, Ben <brottenborn@woodsrogers.com>
**Subject:** FW: Elizabeth Sines, et al. v. Jason Kessler, et al. - Touhy Request

Sara – We have reviewed your response to our subpoena, and we'd appreciate the opportunity to discuss it with you.  Do you have some time this afternoon (except 3pm) or tomorrow morning?   Much appreciated.  Regards. – David

**David E. Mills**
Cooley LLP
1299 Pennsylvania Avenue, NW • Suite 700
Washington, DC  20004-2400
Direct: +1 202 776 2865 • Fax: +1 202 842 7899 • Cell: +1 202 413 8964
Email: dmills@cooley.com
Bio: www.cooley.com/dmills • Practice: www.cooley.com/litigation

**From:** Withers, Nancy (USAVAW) <Nancy.Withers@usdoj.gov>
**Sent:** Wednesday, October 16, 2019 5:35 PM
**To:** Mills, David <dmills@cooley.com>
**Cc:** Schuler, Michael R. (RH) (FBI) <mrschuler@fbi.gov>; Padmanabhan, Kartic (OGC) (FBI) <KPADMANABHAN@fbi.gov>; Winn, Sara (USAVAW) <Sara.Winn@usdoj.gov>; Rottenborn, Ben <brottenborn@woodsrogers.com>
**Subject:** Elizabeth Sines, et al. v. Jason Kessler, et al. - Touhy Request

[External]

Mr. Mills:

Please find attached a letter signed by First Assistant United States Attorney Daniel P. Bubar, Western District of Virginia, in response to subpoenas issued for information from the U.S. Attorney's Office , Western District of Virginia, and the Federal Bureau of Investigation.  The original letter will be sent to you by regular mail.

*Nancy Withers*
**Nancy Withers, Paralegal/Civil Division**
**U.S. Attorney's Office**
**Western District of Virginia**
**P.O. Box 1709**

**Roanoke, VA  24008-1709**
**(540) 857-2970; Fax (540) 857-2614**

---

This email message is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply email and destroy all copies of the original message. If you are the intended recipient, please be advised that the content of this message is subject to access, review and disclosure by the sender's Email System Administrator.