AO 88A (Rev. 02/14) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No. 3:17-cv-00072-NKM

## PROOF OF SERVICE
### (This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)

I received this subpoena for *(name of individual and title, if any)* **Wes Bellamy**
on *(date)* **6/17/2020**.

☒ I served the subpoena by delivering a copy to the named individual as follows: **Wes Bellamy - Hand Delivered. Personal Service on 6/17/2020 at 4:30 PM at 620 7½ Street, Charlottesville VA 22903**
on *(date)* ~~6/17/20~~ ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of
$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: **6/19/2020**

_____
Server's signature

**Christian Jeffery - Process Server**
Printed name and title

**630 Highland Ave, Waynesboro, VA 22980**
Server's address

Additional information regarding attempted service, etc.: