Page 1

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF VIRGINIA

CHARLOTTESVILLE DIVISION

-------------------------------x

ELIZABETH SINES, et al.,

               Plaintiffs,   Civil Action No.

     v.                            3:17-cv-00072-NKM

JASON KESSLER, et al.,

               Defendants.

-------------------------------x

STATEMENT RE NON-APPEARANCE OF WES BELLAMY

July 21, 2020

Reported by:  BONNIE PRUSZYNSKI, RMR, RPR, CLR

JOB NO. 182023

```
 1

 2    REMOTE APPEARANCES:

 3

 4    COOLEY

 5    Attorneys for Plaintiffs

 6          55 Hudson Yards

 7          New York, New York 10001

 8    BY:   DANIEL ROY, III, ESQ.

 9          ALAN LEVINE, ESQ.

10

11    LAW OFFICES OF JAMES E. KOLENICH

12    On behalf of the Defendants, Matthew D. Parrott,

13      Jason Kessler, Nathan Damigo, Identity Evropa and

14      the Traditionalist Worker Party

15            9435 Waterstone Boulevard

16            Cincinnati, Ohio 45249

17    BY:· JAMES KOLENICH, ESQ.

18

19    DUANE, HAUCK, DAVIS, GRAVATT & CAMPBELL

20    Attorneys for Defendant James Alex Fields, Jr.

21          100 West Franklin Street

22          Richmond, Virginia· 23220

23    BY:· DAVID CAMPBELL, ESQUIRE

24

25
```

1           Statement

2       MR. KOLENICH:  Good morning

3   everyone, this is Jim Kolenich.  I'm the

4   attorney who subpoenaed today's witness,

5   Mr. Wes Bellamy.  Mr. Bellamy was            10:07

6   properly served and I did send follow up

7   attempts at communication to the address

8   he was personally served at.  We do not

9   have a good means of communicating with

10  him this morning.  He is not present and   10:07

11  defendants reserve all rights.

12          We can go off the record.

13                  oOo

C E R T I F I C A T E

STATE OF NEW YORK     )
                      : SS.
COUNTY OF NEW YORK    )

        I, BONNIE PRUSZYNSKI, a Notary Public with and for the State of New York, do hereby certify:

        That I reported stenographically the proceedings in the above-referenced matter that the transcript herein is a full and complete record.

        I further certify that I am not related to any of the parties to this action by blood or marriage, and that I am in no way interested in the outcome of this matter.

        IN WITNESS WHEREOF, I have hereunto set my hand this 27th of July, 2020.

_____
Bonnie Pruszynski