# EXHIBIT A

| | |
|---|---|
| **From:** | Yotam Barkai |
| **Sent:** | Wednesday, July 29, 2020 3:47 AM |
| **To:** | azzmador@gmail.com |
| **Cc:** | Jessica Phillips; Yotam Barkai |
| **Subject:** | Sines v. Kessler: Deposition |
| **Attachments:** | 2020.07.22 Notice of Ray Depo.pdf; 2020-07-23 00814-000 ORDER TO DEFENDANT ROBERT AZZMADOR.PDF;  Deposition of Robert Ray.msg |

Mr. Ray:

Plaintiffs in *Sines v. Kessler* have noticed your deposition for today beginning at 9:30 a.m. ET. Please see the attached deposition notice that was sent to you by email on July 22, 2020. In addition, the Court ordered you to appear for this deposition in its order dated July 23, 2020, ECF No. 814, which is attached.

Plaintiffs' counsel is on the Zoom video conference with the videographer and court reporter as well as counsel for other Defendants waiting for you to join. I am attaching the relevant access information that was sent to you by email yesterday.

If you do not appear for your deposition today, Plaintiffs will notify the Court and will seek all available remedies. Plaintiffs reserve all rights.


**Yotam Barkai**
Associate

**BOIES SCHILLER FLEXNER LLP**
55 Hudson Yards
New York, NY 10001
(t) +1 212 303 3643
ybarkai@bsfllp.com
www.bsfllp.com

**From:** Yotam Barkai
**Sent:** Wednesday, July 22, 2020 5:22 PM
**To:** isuecrooks@comcast.net; James Kolenich <jek318@gmail.com>; David Campbell <dcampbell@dhdgclaw.com>; Justin Gravatt <jgravatt@dhdgclaw.com>; bryan@bjoneslegal.com; edward@rebrooklaw.com; Edward ReBrook, ESQ <rebrooklaw@gmail.com>; richardbspencer@icloud.com; richardbspencer@gmail.com; christopher.cantwell@gmail.com; dillon_hopper@protonmail.com; azzmador@gmail.com; matthew.w.heimbach@gmail.com; eli.f.mosley@gmail.com; Eli Mosley <deplorabletruth@gmail.com>; eli.r.kline@gmail.com
**Cc:** Jessica Phillips <jphillips@bsfllp.com>; Katie Cheng <kcheng@bsfllp.com>; Yotam Barkai <ybarkai@bsfllp.com>
**Subject:** RE: Sines v. Kessler: Notice of Deposition of Robert Ray

All,

Please find attached a revised notice of deposition for Robert "Azzmador" Ray, now scheduled for **Wednesday, July 29, 2020**, at 9:30 a.m. ET via videoconference. Thank you.

**Yotam Barkai**
Associate

**BOIES SCHILLER FLEXNER LLP**
(t) +1 212 303 3643

**From:** Yotam Barkai
**Sent:** Wednesday, July 22, 2020 3:36 PM
**To:** isuecrooks@comcast.net; James Kolenich <jek318@gmail.com>; David Campbell <dcampbell@dhdgclaw.com>; Justin Gravatt <jgravatt@dhdgclaw.com>; bryan@bjoneslegal.com; edward@rebrooklaw.com; Edward ReBrook, ESQ <rebrooklaw@gmail.com>; richardbspencer@icloud.com; richardbspencer@gmail.com; christopher.cantwell@gmail.com; dillon_hopper@protonmail.com; azzmador@gmail.com; matthew.w.heimbach@gmail.com; eli.f.mosley@gmail.com; Eli Mosley <deplorabletruth@gmail.com>; eli.r.kline@gmail.com
**Cc:** Jessica Phillips <JPhillips@BSFLLP.com>; Katie Cheng <kcheng@BSFLLP.com>; Yotam Barkai <YBarkai@BSFLLP.com>
**Subject:** Sines v. Kessler: Notice of Deposition of Robert Ray

All,

Please find attached a notice of deposition for Robert "Azzmador" Ray, scheduled for Monday, July 27, 2020, at 9:30 a.m. ET via videoconference. Thank you.

**Yotam Barkai**
Associate

BOIES SCHILLER FLEXNER LLP

55 Hudson Yards
New York, NY 10001
(t) +1 212 303 3643
ybarkai@bsfllp.com
www.bsfllp.com

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| ELIZABETH SINES, SETH WISPELWEY, MARISSA BLAIR, APRIL MUNIZ, MARCUS MARTIN, NATALIE ROMERO, CHELSEA ALVARADO, THOMAS BAKER and JOHN DOE,<br><br>Plaintiffs,<br><br>v.<br><br>JASON KESSLER, RICHARD SPENCER, CHRISTOPHER CANTWELL, JAMES ALEX FIELDS, JR., VANGUARD AMERICA, ANDREW ANGLIN, MOONBASE HOLDINGS, LLC, ROBERT "AZZMADOR" RAY, NATHAN DAMIGO, ELLIOT KLINE a/k/a/ ELI MOSELY, IDENTITY EVROPA, MATTHEW HEIMBACH, MATTHEW PARROTT a/k/a DAVID MATTHEW PARROTT, TRADITIONALIST WORKER PARTY, MICHAEL HILL, MICHAEL TUBBS, LEAGUE OF THE SOUTH, JEFF SCHOEP, NATIONAL SOCIALIST MOVEMENT, NATIONALIST FRONT, AUGUSTUS SOL INVICTUS, FRATERNAL ORDER OF THE ALT-KNIGHTS, LOYAL WHITE KNIGHTS OF THE KU KLUX KLAN, and EAST COAST KNIGHTS OF THE KU KLUX KLAN a/k/a EAST COAST KNIGHTS OF THE TRUE INVISIBLE EMPIRE,<br><br>Defendants. | **Civil Action No. 3:17-cv-00072-NKM** |

**PLAINTIFFS' NOTICE OF DEPOSITION
OF DEFENDANT ROBERT "AZZMADOR" RAY**

**PLEASE TAKE NOTICE** that pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure, Plaintiffs, by and through their undersigned counsel, will take the deposition upon oral examination of Defendant Robert "Azzmador" Ray at 9:30 a.m. ET on Wednesday, July 29, 2020, and continuing from day to day until completed. The deposition will take place before a Notary Public or other person authorized by law to administer oaths. The deposition will take place via videoconference, as agreed upon by the parties, or at such other location, date, method, and time as may be mutually agreed upon by the parties. The deposition will be recorded by stenographic means, and may be recorded by video means and through the instant visual display of the testimony. The deposition will be taken for the purpose of discovery and all other purposes permitted by the Federal Rules of Civil Procedure.

Dated: July 22, 2020

/s/ Jessica E. Phillips
Jessica E. Phillips (*pro hac vice*)
Katherine M. Cheng (*pro hac vice*)
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, NW
Washington, DC 20005
Telephone: (202) 237-2727
Fax: (202) 237-6131
jphillips@bsfllp.com
kcheng@bsfllp.com

*Of Counsel:*

Roberta A. Kaplan (*pro hac vice*)
Julie E. Fink (*pro hac vice*)
Gabrielle E. Tenzer (*pro hac vice*)
Michael L. Bloch (*pro hac vice*)
Emily C. Cole (*pro hac vice*)
Alexandra K. Conlon (*pro hac vice*)
Jonathan R. Kay (*pro hac vice*)
Benjamin D. White (*pro hac vice*)
KAPLAN HECKER & FINK LLP

Karen L. Dunn (*pro hac vice*)
William A. Isaacson (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
2001 K Street, NW
Washington, DC 20006-1047
Telephone: (202) 223-7300
Fax: (202) 223-7420
kdunn@paulweiss.com

350 Fifth Avenue, Suite 7110
New York, NY 10118
Telephone: (212) 763-0883
rkaplan@kaplanhecker.com
jfink@kaplanhecker.com
gtenzer@kaplanhecker.com
mbloch@kaplanhecker.com
ecole@kaplanhecker.com
aconlon@kaplanhecker.com
jkay@kaplanhecker.com
bwhite@kaplanhecker.com

Robert T. Cahill (VSB 38562)
COOLEY LLP
11951 Freedom Drive, 14th Floor
Reston, VA 20190-5656
Telephone: (703) 456-8000
Fax: (703) 456-8100
rcahill@cooley.com

Alan Levine (*pro hac vice*)
Philip Bowman (*pro hac vice*)
Amanda L. Liverzani (*pro hac vice*)
Daniel P. Roy III (*pro hac vice*)
COOLEY LLP
55 Hudson Yards
New York, NY 10001
Telephone: (212) 479-6260
Fax: (212) 479-6275
alevine@cooley.com
pbowman@cooley.com
aliverzani@cooley.com
droy@cooley.com

J. Benjamin Rottenborn (VSB 84796)
WOODS ROGERS PLC
10 South Jefferson St., Suite 1400
Roanoke, VA 24011
Telephone: (540) 983-7600
Fax: (540) 983-7711
brottenborn@woodsrogers.com

wisaacson@paulweiss.com

Yotam Barkai (*pro hac vice*)
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards
New York, NY 10001
Telephone: (212) 446-2300
Fax: (212) 446-2350
ybarkai@bsfllp.com

David E. Mills (*pro hac vice*)
Joshua M. Siegel (VSB 73416)
Alexandra Eber (*pro hac vice*)
Caitlin B. Munley (*pro hac vice*)
Samantha A. Strauss (*pro hac vice*)
COOLEY LLP
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004
Telephone: (202) 842-7800
Fax: (202) 842-7899
dmills@cooley.com
jsiegel@cooley.com
aeber@cooley.com
cmunley@cooley.com
sastrauss@cooley.com

*Counsel for Plaintiffs*

3

**CERTIFICATE OF SERVICE**

  I hereby certify that on July 22, 2020, I served the foregoing upon the following counsel and *pro se* Defendants, via electronic mail, as follows:

James E. Kolenich
Kolenich Law Office
9435 Waterstone Blvd. #140
Cincinnati, OH 45249
jek318@gmail.com

Elmer Woodard
5661 US Hwy 29
Blairs, VA 24527
isuecrooks@comcast.net

*Counsel for Defendants Jason Kessler, Nathan Damigo, Identity Europa, Inc. (Identity Evropa), Matthew Parrott, and Traditionalist Worker Party*

W. Edward ReBrook, IV
The ReBrook Law Office
6013 Clerkenwell Court
Burke, VA 22015
edward@rebrooklaw.com

*Counsel for Defendants National Socialist Movement, Nationalist Front and Jeff Schoep*

Richard Spencer
richardbspencer@icloud.com
richardbspencer@gmail.com

Vanguard America
c/o Dillon Hopper
dillon_hopper@protonmail.com

Elliott Kline
eli.f.mosley@gmail.com
deplorabletruth@gmail.com
eli.r.kline@gmail.com

Justin Saunders Gravatt
David L. Campbell
Duane, Hauck, Davis & Gravatt, P.C.
100 West Franklin Street, Suite 100
Richmond, VA 23220
jgravatt@dhdglaw.com
dcampbell@dhdglaw.com

*Counsel for Defendant James A. Fields, Jr.*

Bryan Jones
106 W. South St., Suite 211
Charlottesville, VA 22902
bryan@bjoneslegal.com

*Counsel for Defendants Michael Hill, Michael Tubbs, and League of the South*

Christopher Cantwell
christopher.cantwell@gmail.com

Robert "Azzmador" Ray
azzmador@gmail.com

Matthew Heimbach
matthew.w.heimbach@gmail.com

4

        */s/ Jessica E. Phillips*
        Jessica E. Phillips (*pro hac vice*)
        BOIES SCHILLER FLEXNER LLP
        1401 New York Ave NW
        Washington, DC 20005
        Telephone: (202) 637-2727
        Fax: (202) 237-6131
        jphillips@bsfllp.com

        *Counsel for Plaintiffs*

CLERKS OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
07/23/2020
JULIA C. DUDLEY, CLERK
BY: /s/ J. JONES
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | | |
|---|---|---|
| ELIZABETH SINES et al., | ) | |
| Plaintiffs, | ) | Civil Action No. 3:17-cv-00072 |
| | ) | |
| v. | ) | ORDER TO DEFENDANT |
| | ) | ROBERT "AZZMADOR" RAY |
| | ) | |
| JASON KESSLER et al., | ) | By: Joel C. Hoppe |
| Defendants. | ) | United States Magistrate Judge |

This matter is before the Court on Plaintiffs' motion to sanction pro se Defendant Robert "Azzmador" Ray for failing to appear at his properly noticed deposition on July 13, 2020, and to compel Ray to appear at a deposition rescheduled for July 29, 2020. ECF Nos. 803, 813. Ray has not responded to Plaintiffs' motion. *See* ECF No. 101. Plaintiffs' requests to be reimbursed for their reasonable fees and expenses caused by Ray's failure to attend the July 13 deposition, and for a court order compelling Ray's attendance at the July 29 deposition are hereby **GRANTED**. Fed. R. Civ. P. 37(d). The motion, ECF No. 803, is denied without prejudice in all other respects.

Defendant Robert "Azzmador" Ray is hereby **ORDERED** to appear by videoconference for a deposition upon oral examination by Plaintiffs' counsel in this matter at **9:30 a.m. ET on Wednesday, July 29, 2020**, as more fully described in the attached Notice, which is sealed. ECF No. 813. The Court expects Ray to appear and participate in good faith as required by the Federal Rules of Civil Procedure. **Defendant Robert "Azzmador" Ray is hereby warned that his failure to comply with this Order may result in a bench warrant being issued for his arrest and the United States Marshal taking him into custody and transporting him to this judicial district to appear and show cause why he should not be held in contempt of court.**

It is so ORDERED.

The Clerk shall send a copy of this Order to the parties.

ENTER: July 23, 2020

*Joel C. Hoppe*

Joel C. Hoppe
U.S. Magistrate Judge

| | |
|---|---|
| **From:** | Yotam Barkai |
| **Sent:** | Tuesday, July 28, 2020 9:46 AM |
| **To:** | : 'James Kolenich'; 'Matthew Heimbach'; isuecrooks@comcast.net; 'Bryan Jones'; Edward ReBrook, ESQ; dcampbell@dhdglaw.com; azzmador@gmail.com; christopher.cantwell@gmail.com; dillon_hopper@protonmail.com; deplorabletruth@gmail.com; eli.f.mosley@gmail.com; richardbspencer@icloud.com; richardbspencer@gmail.com |
| **Cc:** | Jessica Phillips; Brittany Zhang; Yotam Barkai; Michael Bloch; Calendar Dist Group; Errol Eisner |
| **Subject:** | Sines v. Kessler: Deposition of Robert Ray |

All,

The deposition of Robert Ray is scheduled to take place at 9:30 a.m. ET tomorrow, Wednesday, July 29, 2020.

**Video**
Video and exhibits for the deposition will be displayed over Zoom.  The link to join the Zoom meeting is:

https://tsgreporting.zoom.us/j/94481968376?pwd=QXRKSk1ubmhBUW5iam0vdFZrMTNFQT09

Meeting ID: 944 8196 8376
Passcode: 285660

**Audio**
Each participant may choose to join his/her audio by either (1) computer audio through Zoom or (2) phone, using the below dial-in information. If you choose to use your phone, please ensure that your computer audio is turned off to prevent feedback.

With the exception of the witness, we ask that you remain on mute when you are not speaking.

*Phone Dial-in Info:*
One tap mobile
+16465588656,,94481968376# US (New York)
+13017158592,,94481968376# US (Germantown)

Dial by your location
    +1 646 558 8656 US (New York)
    +1 301 715 8592 US (Germantown)
    +1 312 626 6799 US (Chicago)
    +1 346 248 7799 US (Houston)
    +1 669 900 9128 US (San Jose)
    +1 253 215 8782 US (Tacoma)
Meeting ID: 944 8196 8376
Find your local number: https://tsgreporting.zoom.us/u/aeJsoOjfrG
Please contact TSG Reporting if you have any technology-related questions or concerns.

Thank you.

**Yoram Barak**
Associate

**BOIES SCHILLER FLEXNER LLP**
Hudson Yards
New York, NY
T
ybarak@bsfllp.com
www.bsfllp.com

2