# EXHIBIT B

```
                                                                    Page 1
 1              UNITED STATES DISTRICT COURT
            FOR THE WESTERN DISTRICT OF VIRGINIA
 2                  Charlottesville Division

 3   ELIZABETH SINES, SETH
     WISPELWEY, MARISSA BLAIR,
 4   APRIL MUNIZ, MARCUS MARTIN,
     NATALIE ROMERO, CHELSEA
 5   ALVARADO, THOMAS BAKER and
     JOHN DOE
 6
     VS.
 7
     JASON KESSLER, RICHARD
 8   SPENCER, CHRISTOPHER
     CANTWELL, JAMES ALEX FIELDS,        Civil Action No.
 9   JR., VANGUARD AMERICA, ANDREW       3:17-cv-00072-NKM
     ANGLIN, MOONBASE HOLDINGS,
10   LLC, ROBERT "AZZMADOR" RAY,
     NATHAN DAMIGO, ELLIOT KLINE
11   a/k/a/ ELI MOSELY, IDENTITY
     EVROPA, MATTHEW HEIMBACH,
12   MATTHEW PARROTT a/k/a DAVID
     MATTHEW PARROTT,
13   TRADITIONALIST WORKER PARTY,
     MICHAEL HILL, MICHAEL TUBBS,
14   LEAGUE OF THE SOUTH, JEFF
     SCHOEP, NATIONAL SOCIALIST
15   MOVEMENT, NATIONALIST FRONT,
     AUGUSTUS SOL INVICTUS,
16   FRATERNAL ORDER OF THE
     ALT-KNIGHTS, LOYAL WHITE
17   KNIGHTS OF THE KU KLUX KLAN,
     and EAST COAST KNIGHTS OF THE
18   KU KLUX KLAN a/k/a EAST COAST
     KNIGHTS OF THE TRUE INVISIBLE
19   EMPIRE

20
                CERTIFICATE OF NONAPPEARANCE
21                 FOR THE DEPOSITION OF
                   ROBERT "AZZMADOR" RAY
22                      July 29, 2020
                     (REPORTED REMOTELY)
23

24   REPORTED BY:  Linda Russell, CSR

25   JOB NO:  126076
```

Page 2

```
1    A P P E A R A N C E S
2
3    REPRESENTING THE PLAINTIFF:
         YOTAM BARKAI, ESQ.
4        BOIES SCHILLER FLEXNER
         55 Hudson Yards
5        New York, NY 10001
6
              -and-
7
         DANIEL ROY, III
8        COOLEY
         55 Hudson Yards
9        New York, NY 10001
10
     REPRESENTING THE DEFENDANT IDENTITY EVROPA:
11       James Kolenich
         Kolenich Law Office
12       9435 Waterstone Blvd.
         Cincinnati, OH 45249
13
14
     REPRESENTING THE DEFENDANT JAMES A. FIELDS, JR.:
15       David Campbell
         Duane, Hauck, Davis & Gravatt
16       100 West Franklin Street
         Richmond, VA 2322
17
18
     THE VIDEOGRAPHER:
19      MICHAEL ARRISON
20
21
22
23
24
25
```

Page 3

```
1         I, LINDA RUSSELL, Certified Shorthand
2    Reporter in and for the State of Texas, certify:
3         That due to the severity of COVID-19 and
4    following the practice of social distancing, I
5    appeared remotely to report the deposition of
6    ROBERT "AZZMADOR" RAY pursuant to notice and
7    scheduled for 9:30 A.M. Eastern Time.
8         That by 10:00 A.M. Eastern Time, ROBERT
9    "AZZMADOR" RAY had not appeared for his
10   deposition.  Counsel Present for the deposition
11   was Yotam Barkai, Daniel Roy, James Kolenich and
12   David Campbell;
13        That the following statement was made by
14   counsel:
15
16              * * * * *
17        MR. BARKAI:  My name is Yotam Barkai,
18   I am an attorney with the law firm of Boies
19   Schiller Flexner, LLP.  I represent the
20   Plaintiffs Sines versus Kessler, Case Number      10:01
21   17-cv-00072 in the U.S. District Court for the
22   Western District of Virginia.
23        Today is Wednesday, July 29th, 2020.
24   The time is about 10:00 a.m.  This was scheduled
25   to be the deposition of Defendant Robert Ray,    10:01
```

Page 4

```
1    known as "Azzmador."  On the video conference
2    with me are Jim Kolenich and Dave Campbell for
3    defendants.
4         On July 22nd, 2020, Plaintiffs served
5    a notice of this deposition on Mr. Ray and all   10:01
6    other defendants via email.  This deposition was
7    noticed to begin at 9:30 a.m.  Mr. Ray has not
8    appeared to testify at this deposition.  I have
9    attempted to call Mr. Ray and I have emailed
10   Mr. Ray.  He has not responded.                  10:01
11        I would like to mark one exhibit.
12        Brittany, if you could pull up,
13   please, my July 22nd email attaching deposition
14   notice and sending that to all defendants,
15   including Mr. Ray.                               10:02
16        (Exhibit 1 marked for identification.)
17        MR. BARKAI:  If you could please mark
18   that as Exhibit 1.
19        Thank you.
20        All other Plaintiffs' rights are            10:02
21   reserved including, but not limited to, seeking
22   further sanctions against Mr. Ray.
23        And with that, we can go off the
24   record.  Thank you.
25              * * * * *
```

Page 5

```
1         I further certify that I am neither
2    employed by nor related to any attorney or party
3    in this matter and have no interest, financial or
4    otherwise, in its outcome.
5
6         Given under my hand and seal of office on
7    this the 4th day of August, 2020.
8
9
10       _____
         LINDA RUSSELL, Texas CSR #2965
11       Expiration Date:  4/30/2020
12       TSG Reporting, Inc.
         Firm Registration No. 615
13       747 Third Avenue
         New York, NY 10017
14       (212) 702-9580
15
```

# #

**#2965** 5:10

# -

**-and-** 2:6

# 1

**1** 4:16,18
**100** 2:16
**10001** 2:5,9
**10017** 5:13
**10:00** 3:8,24
**10:01** 3:20,25 4:5,10
**10:02** 4:15,20
**17-cv-00072** 3:21

# 2

**2020** 3:23 4:4 5:7
**212 702-9580** 5:14
**22nd** 4:4,13
**2322** 2:16
**29th** 3:23

# 4

**4/30/2020** 5:11
**45249** 2:12
**4th** 5:7

# 6

**615** 5:12

# 7

**747** 5:13

# 9

**9435** 2:12
**9:30** 3:7 4:7

# A

**a.m.** 3:7,8,24 4:7
**appeared** 3:5,9 4:8
**ARRISON** 2:19
**attaching** 4:13
**attempted** 4:9
**attorney** 3:18 5:2
**August** 5:7
**Avenue** 5:13
**Azzmador** 3:6,9 4:1

# B

**Barkai** 2:3 3:11,17 4:17
**begin** 4:7
**Blvd** 2:12
**Boies** 2:4 3:18
**Brittany** 4:12

# C

**call** 4:9
**Campbell** 2:15 3:12 4:2
**Case** 3:20
**Certified** 3:1
**certify** 3:2 5:1
**Cincinnati** 2:12
**conference** 4:1
**COOLEY** 2:8
**counsel** 3:10,14
**Court** 3:21
**COVID-19** 3:3

**CSR** 5:10

# D

**Daniel** 2:7 3:11
**Date** 5:11
**Dave** 4:2
**David** 2:15 3:12
**Davis** 2:15
**day** 5:7
**Defendant** 2:10,14 3:25
**defendants** 4:3,6,14
**deposition** 3:5,10,25 4:5,6,8,13
**distancing** 3:4
**District** 3:21,22
**Duane** 2:15
**due** 3:3

# E

**Eastern** 3:7,8
**email** 4:6,13
**emailed** 4:9
**employed** 5:2
**ESQ** 2:3
**EVROPA** 2:10
**exhibit** 4:11,16,18
**Expiration** 5:11

# F

**FIELDS** 2:14
**financial** 5:3
**firm** 3:18 5:12
**Flexner** 2:4 3:19
**Franklin** 2:16

# G

**Gravatt** 2:15

# H

**hand** 5:6
**Hauck** 2:15
**Hudson** 2:4,8

# I

**identification** 4:16
**IDENTITY** 2:10
**III** 2:7
**including** 4:15,21
**interest** 5:3

# J

**James** 2:11,14 3:11
**Jim** 4:2
**JR** 2:14
**July** 3:23 4:4,13

# K

**Kessler** 3:20
**Kolenich** 2:11 3:11 4:2

# L

**law** 2:11 3:18
**limited** 4:21
**LINDA** 3:1 5:10
**LLP** 3:19

# M

**made** 3:13
**mark** 4:11,17

**marked** 4:16
**matter** 5:3
**MICHAEL** 2:19

# N

**notice** 3:6 4:5,14
**noticed** 4:7
**Number** 3:20
**NY** 2:5,9 5:13

# O

**office** 2:11 5:6
**outcome** 5:4

# P

**party** 5:2
**PLAINTIFF** 2:3
**Plaintiffs** 3:20 4:4
**Plaintiffs'** 4:20
**practice** 3:4
**Present** 3:10
**pull** 4:12
**pursuant** 3:6

# R

**Ray** 3:6,9,25 4:5,7,9, 10,15,22
**record** 4:24
**Registration** 5:12
**related** 5:2
**remotely** 3:5
**report** 3:5
**Reporter** 3:2
**Reporting** 5:12
**represent** 3:19
**REPRESENTING** 2:3,10,14

**reserved** 4:21
**responded** 4:10
**Richmond** 2:16
**rights** 4:20
**Robert** 3:6,8,25
**Roy** 2:7 3:11
**RUSSELL** 3:1 5:10

**S**

**sanctions** 4:22
**scheduled** 3:7,24
**Schiller** 2:4 3:19
**seal** 5:6
**seeking** 4:21
**sending** 4:14
**served** 4:4
**severity** 3:3
**Shorthand** 3:1
**Sines** 3:20
**social** 3:4
**State** 3:2
**statement** 3:13
**Street** 2:16

**T**

**testify** 4:8
**Texas** 3:2 5:10
**time** 3:7,8,24
**Today** 3:23
**TSG** 5:12

**U**

**U.S.** 3:21

**V**

**VA** 2:16

**versus** 3:20
**video** 4:1
**Virginia** 3:22

**W**

**Waterstone** 2:12
**Wednesday** 3:23
**West** 2:16
**Western** 3:22

**Y**

**Yards** 2:4,8
**York** 2:5,9 5:13
**Yotam** 2:3 3:11,17