1

2            IN THE UNITED STATES DISTRICT COURT
           FOR THE WESTERN DISTRICT OF VIRGINIA
3               CHARLOTTESVILLE DIVISION

4

    ELIZABETH SINES, SETH    )
5   WISPEL WEY, MARISSA     )
    BLAIR, TYLER MAGILL,    )
6   APRIL MUNIZ HANNAH      )
    PEARCE, MARCUS MARTIN,  )
7   NATALIE ROMERO, CHELSEA  )
    ALVARADO, AND JOHN DOE,  )
8                       )
               Plaintiffs,  )
9                      )  CIVIL ACTION FILE
          vs.         )
10                   )  NO: 3:17-CV-00072-NKM
    JASON KESSLER, RICHARD  )
11  SPENCER, CHRISTOPHER    )
    CANTWELL, JAMES ALEX    )
12  FIELDS, JR., VANGUARD   )
    AMERICA, ANDREW ANGLIN,  )
13  MOONBASE HOLDINGS, LLC,  )
    ROBERT "AZZMADOR" RAY,   )
14  NATHAN DAMIGO, ELLIOT   )  JAMES MICHAEL HILL
    KLINE A/K/A ELI MOSLEY,  )
15  IDENTITY EVROPA, MATTHEW )
    HEIMBACH, MATTHEW PARROTT )
16  A/K/A DAVID MATTHEW    )
    PARROTT, TRADITIONALIST  )  JUNE 18, 2020
17  WORKER PARTY, MICHAEL   )
    HILL, MICHEL TUBBS,     )
18  LEAGUE OF THE SOUTH, JEFF )
    SCHOEP, NATIONAL SOCIALIST )
19  MOVEMENT, NATIONAL FRONT, )
    AUGUSTUS SOL INVICTUS,   )
20  FRATERNAL ORDER OF THE   )
    ALT-KNIGHTS, MICHAEL     )
21  "ENOCH" PEINOVICH, LOYAL  )
    WHITE KNIGHTS OF THE     )
22  KU KLUX KLAN, AND EAST   )
    COAST KNIGHTS OF THE     )
23  KU KLUX KLAN A/K/A      )
    EAST COAST KNIGHTS OF THE )
24  TRUE INVISIBLE EMPIRE,   )
                      )
25               Defendants.  )

1

2          VIDEOTAPED VIDEOCONFERENCE DEPOSITION OF

3                    JAMES MICHAEL HILL

4         30(B)(6) CAPACITY FOR LEAGUE OF THE SOUTH

5                     KILLEN, ALABAMA

6                  THURSDAY, JUNE 18, 2020

7

8

9                   (Reported Remotely)

10

11

12

13

14

15

16

17

18

19

20

21

22

23   REPORTED BY:  TANYA L. VERHOVEN-PAGE,
                   CCR-B-1790
24

25   JOB NO: 180542

1

2                    June 18, 2020

3                     8:28 a.m.

4

5          Videotaped Videoconference deposition of

6    JAMES MICHAEL HILL IN A 30(B)(6) CAPACITY FOR

7    LEAGUE OF THE SOUTH, held in Killen, Alabama

8    before Tanya L. Verhoven-Page, Certified Court

9    Reporter and Notary Public of the State of

10   Alabama.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
1

2                   APPEARANCES OF COUNSEL

3

   On behalf of the Plaintiffs:
4
           COOLEY
5          55 Hudson Yards
           New York, NY 10001
6          BY:  ALAN LEVINE, ESQ.
           BY:  AMANDA LIVERZANI, ESQ.
7               (Via Videoconference)

8

9

10

11
   On behalf of the Defendants Michael Hill and League
12 of the South:

13         BRYAN JONES
           106 West South Street
14         Charlottesville, VA 22902
           BY:  BRYAN JONES, ESQ.
15              (By Telephone)

16

17

18

19 On behalf of the Defendants Matthew Parrott, Robert
   Ray, Traditionalist Worker Party, Jason Kessler,
20 Nathan Damigo, Identity Europa, Inc., and Christopher
   Cantwell:
21
           KOLENICH LAW OFFICE
22         9435 Waterstone Boulevard
           Cincinnati, OH 45249
23         BY:  JAMES KOLENICH, ESQ.
                (Via Telephone)
24

25
```

1

2                      APPEARANCES OF COUNSEL

3

4    On Behalf of Defendant Richard Spencer:

5          LAW OFFICE OF JOHN A. DINUCCI
           8180 Greensboro Drive
6          McLean, VA 22102
           BY:  JOHN DINUCCI, ESQ.
7              (Via Telephone)

8

9

10

11   On behalf of Defendant James A. Fields, Jr.:
           DUANE HAUCK DAVIS & GRAVATT
12         100 West Franklin Street
           Richmond, VA 23220
13         BY:  DAVID CAMPBELL, ESQ.
               (Via Telephone)

14

15

16

17

18   THE VIDEOGRAPHER:  Lem Lattimer

19

20                        -    -    -

21

22

23

24

25

1

2                        I N D E X

3

                WITNESS: JAMES MICHAEL HILL

4

5     Examination                              Page

6   BY MR. LEVINE                              11

7

8                      EXHIBITS:

9     Hill
    Deposition
10    Exhibit            Description          Page

11

    Exhibit 1        Second Amended
12                   Complaint                 15

13  Exhibit 2        Plaintiff's Second
                     Interrogatories           17
14
    Exhibit 3        Document from League
15                   of the South website,
                     dated February 4, 2018    23
16
    Exhibit 4        Article from website of
17                   League of the South,
                     dated August 18, 2016     25
18
    Exhibit 5        Document from League
19                   of the South website,
                     dated February 2, 2017    37
20
    Exhibit 6        Statement published by
21                   Mr. Hill on League of
                     the South website,
22                   August 13, 2018           43

23  Exhibit 7        Video                      51

24  Exhibit 8        E-mail from Mr. Hill
                     to Mr. Baker dated
25                   July 3, 2017               67

1

2                         EXHIBITS:

3
         Hill
4    Deposition
       Exhibit              Description              Page

5

6    Exhibit 9         Statement on League of
                       the South website,
7                      dated August 22, 2018      71

8    Exhibit 10        Stipulation and order
                       for imaging preservation
9                      and production of
                       documents                  75
10
     Exhibit 11        Document, disclosing
11                     cell phone number,
                       various e-mail addresses
12                     and social media
                       information               80
13
     Exhibit 12        E-mail from Mr. Hill
14                     to Mr. Tubbs, September
                       2018                       82
15
     Exhibit 13        E-mail from Mr. Hill,
16                     League of the South,
                       dated May 17, 2017        87
17
     Exhibit 14        Statement on League
18                     of the South website,
                       dated August 23, 2017     93
19
     Exhibit 15        E-mail and graphic from
20                     Mr. Hill to Mr. Durham,
                       dated June 19, 2017       111
21
     Exhibit 16        Tweet on Twitter         119
22
     Exhibit 17        Secret operational
23                     document for the
                       Unite the Right rally     122
24
     Exhibit 18        Audio recording          132
25

1

2                        EXHIBITS:

3
        Hill
4    Deposition
      Exhibit            Description             Page
5

6    Exhibit 19      E-mail dated August 11th   137

7    Exhibit 20      E-mail between Mr. Hill
                     and Mr. Tubbs, dated
8                    July 12th, 2017            141

9    Exhibit 21      E-mail from Mr. Hill
                     to Mr. Tubbs on July
10                   11th, 2017                 142

11   Exhibit 22      E-mail from Mr. Hill
                     to Mr. Tubbs on July
12                   11th, 2017                 144

13   Exhibit 23      E-mail exchange with
                     Mr. Baker                  151
14
     Exhibit 24      E-mail chain between
15                   Mr. Hill and Mr. Tubbs     159

16   Exhibit 25      Facebook post             165

17   Exhibit 26      E-mail from Mr. Hill
                     to Mr. Tubbs (April)       169
18
     Exhibit 27      E-mail from July 7,
19                   2017                       181

20   Exhibit 28      Picture                    184

21   Exhibit 29      Video                      205

22   Exhibit 30      Video                      210

23   Exhibit 31      Tweet on Twitter           215

24   Exhibit 32      Video                      223

25

1

2                          EXHIBITS:

3

       Hill
4   Deposition
      Exhibit              Description              Page
5

6   Exhibit 34        Free Magnolia, Volume
                      13, No. 3                     250
7

8

9   (Hill Deposition Exhibit No. 33 was not marked for
    the record.)
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                    J.M. HILL

 2      KILLEN, ALABAMA; THURSDAY, JUNE 18, 2020

 3                    8:28 A.M.

 4

 5           P R O C E E D I N G S

 6

 7           THE VIDEOGRAPHER:  Good morning,

 8    counselors.  My name is Lem Lattimer.  I

 9    am a legal videographer in association

10    with TSG Reporting.

11           Due to the severity of COVID-19 and

12    following the practice of social

13    distancing, I will not be in the same

14    room with the witness.  Instead, I'll

15    record this videotaped deposition

16    remotely.

17           The reporter, Tanya Page, also will

18    not be in the same room and will swear

19    the witness in remotely.

20           Do all parties stipulate to the

21    validity of this video recording and

22    remote swearing and that it will be

23    admissible in the courtroom as if it had

24    been taken following Rule 30 of the

25    Federal Rules of Civil Procedures and the
```

```
 1                          J.M. HILL
 2        State's rules where this case is pending?
 3             MR. LEVINE:  Yes, for the
 4        Plaintiffs.
 5             MR. JONES:  Yes, for the Defense.
 6             THE VIDEOGRAPHER:  Thank you.
 7             This is the start of video label
 8        Number One in the video recorded
 9        deposition of Michael Hill in the matter
10        of Elizabeth Sines, et al., versus Jason
11        Kessler, et al., on June the 18th, 2020
12        at approximately 9:29 a.m.
13             All appearances are noted on the
14        record.
15             Will the court reporter please
16        swear the witness in.
17
18     Thereupon --
19                     MICHAEL HILL,
20     called as a witness, having been first duly sworn,
21     was examined and testified as follows:
22
23                     EXAMINATION
24  BY MR. LEVINE:
25        Q    Good morning, Mr. Hill.
```

1                         J.M. HILL

2        A      Good morning, sir.

3        Q      Please spell your name for the record.

4        A      My name is James, J-A-M-E-S, Michael,

5   M-I-C-H-A-E-L, Hill, H-I-L-L.

6        Q      My name is Alan Levine, and I am a senior

7   counsel at the law firm Cooley, LLP in New York, and

8   I represent the Plaintiffs in this lawsuit Sines V

9   Kessler.

10              Let's just do a few introductory matters

11   first, before we get into the substance of the

12   deposition.

13              Have you ever been deposed before,

14   Mr. Hill?

15       A      No.  This is the first time.

16       Q      Have you ever testified in court?

17       A      I haven't testified in court.  I did

18   testify in a -- a hearing at one time, but I don't

19   think that I would call it court, but -- so I would

20   say probably not.

21       Q      How long ago was that?

22       A      It was a couple years.  Two, maybe three

23   years.  A friend of mine was being evaluated by the

24   city that he worked for and they wanted me to give

25   some testimony regarding him.

1                          J.M. HILL

2              I don't think it was a real court

3    proceeding.  I think it was mainly just a hearing on

4    the part of the city, but I was questioned by the

5    city attorney.  So --

6         Q    So just, then, ground rules for this

7    proceeding.

8              A court reporter, as you just heard, is

9    transcribing everything that is being said.  Please

10   speak slowly and clearly so the court reporter can

11   record everything that's being said.  And I will make

12   an effort to wait until you finish speaking before I

13   speak, and I ask you to do the same.  Understood?

14        A    Very well, sir.

15        Q    It's important that you give verbal

16   responses to the questions so that the court reporter

17   can record them.  Is that clear?

18        A    That's clear.

19        Q    And if you don't understand a question

20   that I ask, please let me know, and I will do my best

21   to rephrase it.  And if you tell me that you don't

22   understand, then I will rephrase it.

23              Do you understand?

24        A    I understand, sir.

25        Q    You have a lawyer present representing

1                          J.M. HILL

2    you; isn't that right?

3          A     That is correct, sir.

4          Q     And his name is Bryan Jones; is that

5    correct?

6          A     That is correct, sir.

7          Q     He's a member of the Virginia bar, as I

8    understand; is that correct?

9          A     That is correct.

10         Q     So Mr. Jones is here today and he has the

11   right on your behalf to enter any objections to any

12   questions that I may ask.  And he knows, and I know,

13   under the Federal Rules of Civil Procedure the nature

14   of those objections that are permissible and how to

15   make them.  And so we need to give Mr. Jones an

16   opportunity to make an objection after a question

17   that I ask.

18               Do you understand that?

19         A     Understood, sir.

20         Q     So we'll just pause after I ask you a

21   question to give Mr. Jones an opportunity to

22   interpose an objection.  Okay?  Do you understand?

23         A     I understand, sir.

24         Q     Okay.  Now, also, you've just taken an

25   oath and sworn to tell the truth at this deposition;

```
 1                        J.M. HILL
 2   is that understood?
 3        A     Yes, sir, understood.
 4        Q     Are you under the influence of any
 5   medication or drug that would affect your ability to
 6   testify truthfully and accurately today?
 7        A     No, sir.
 8        Q     Is there any other reason that you may
 9   not be able to testify truthfully and accurately?
10        A     There is no reason, sir.
11              (Hill Deposition Exhibit No. 1 was
12        marked for the record.)
13   BY MR. LEVINE:
14        Q     So I want to put up on the screen the
15   first page of a document called the Second Amended
16   Complaint.  And this was filed in the Federal Court
17   in the Charlottesville, Virginia division.
18              Have you seen this document before?
19        A     I have, sir.
20        Q     And have you reviewed it?
21        A     I've reviewed it.  My attorney sent me a
22   copy of it and I reviewed it.
23        Q     And do you understand that I represent
24   the plaintiffs in this caption and that you are here
25   to testify on your own behalf and on behalf of the
```

                              J.M. HILL

1

2    entity League of the South in this case?

3         A     I understand that, sir.

4         Q     And you understand that we have noticed

5    this deposition for you to appear both individually

6    and on behalf of League of the South?

7         A     Yes.

8         Q     Okay.  Did you do anything to prepare for

9    today's deposition?

10        A     I read over the document that you've just

11   put on the screen.  I reviewed the notes that I had

12   made -- taken during discovery of the things that I

13   had provided.  I spoke with Attorney Jones about the

14   technological matters of getting this set up this

15   morning.  And that's pretty much what I've done.

16        Q     Have you spoken to anybody else in

17   connection with your preparation for this deposition?

18        A     No, sir.  No, sir, I have not, only

19   Attorney Jones.

20        Q     Have you and Michael Tubbs talked about

21   this deposition?

22        A     No, sir.  We have not.

23        Q     You know he's being deposed tomorrow in

24   this case, correct?

25        A     So I've learned from Attorney Jones, yes.

1                           J.M. HILL

2        Q     And have you and Tubbs talked about your

3   depositions?

4        A     No, sir, we have not talked about the

5   deposition.

6               MR. LEVINE:  Okay.  I'm going to

7          put up on the screen Exhibit 2 to mark.

8               (Hill Deposition Exhibit No. 2 was

9          marked for the record.)

10              MS. LIVERZANI:  This is Amanda

11         Liverzani for the Plaintiff.  Can we

12         please go off the record.

13              (Discussion held off the record.)

14              THE VIDEOGRAPHER:  The time is

15         8:37 p.m.  We're off the record.

16                 (Recess taken.)

17              THE VIDEOGRAPHER:  The time is

18         9:56 a.m.  We're on the record.

19              MR. LEVINE:  So we're back on the

20         record.

21   BY MR. LEVINE:

22        Q     Mr. Hill, I'm marking Exhibit 2, which

23   is -- which is entitled the second interrogatories,

24   Plaintiff's Second Interrogatories.  And I ask you

25   if -- if you were provided those answers to

1                           J.M. HILL

2    interrogatories on or about March 9, 2000 [sic], on

3    behalf of you, yourself and League of the South?

4         A     I did provide these.  I am -- I would

5    just be guessing at the date, but I did provide them

6    to my attorney.

7         Q     And I'm just holding up -- it's your

8    signature?  Can you see --

9         A     Mark, let me -- let me click.  Oh, yes, I

10   see that.  Yes, that appears to be my signature.

11        Q     Okay.  And the identical signature was on

12   the answers on behalf of the League of the South.

13   Those documents, those two answers that were signed

14   by you did not contain the words "under penalty of

15   perjury."

16              Do you swear that these answers are true

17   and correct?

18        A     These answers are true and correct to the

19   best of my ability to give them, sir.

20        Q     Thank you.  Just a few personal --

21   typical personal questions, Mr. Hill.

22              Have you ever had a different legal name?

23        A     No, sir, I have not.

24        Q     Where did you grow up?

25        A     I was born in Winfield, Alabama, in

1                          J.M. HILL

2    Marion County.  I grew up in that area and have lived

3    in this area of north or northwest Alabama for most

4    of my life.

5         Q     Have you ever lived anywhere else?

6         A     Yes.  I lived in Louisiana for about -- I

7    think it was 19 months, sometime between 2001 and

8    2003, when I moved to my current residence.

9         Q     Have you ever lived in Charlottesville,

10   Virginia?

11        A     No, sir, I have not.

12        Q     Are you currently married?

13        A     I am.

14        Q     And do you have any children?

15        A     Yes, I do.  I have three daughters.  My

16   wife and I have three daughters.

17        Q     What is the highest level of education

18   that you've achieved?

19        A     I have a Ph.D. degree in history from the

20   University of Alabama.

21        Q     And did you also get a Bachelor's and

22   Master's from the University of Alabama?

23        A     Yes, sir.  I got both a Bachelor's and a

24   Master's from the University of Alabama, yes.

25        Q     What is -- what is your field of study,

1                          J.M. HILL

2    sir?

3         A     In general, it's history.  Specifically,

4    it is British history.

5         Q     And was your doctorate in British

6    history?

7         A     Yes, sir, particularly in the area of

8    Celtic history, Scottish and Irish history.

9         Q     When did you receive your Ph.D.?

10        A     In the year 1985.

11        Q     Where do you work today?

12        A     I am retired, sir.  I'm not employed.

13        Q     When did you retire?

14        A     To the best of my recollection, at the

15   end of 2018.

16        Q     From where did you retire?

17        A     At that time, I was the paid president of

18   the League of the South.  I still hold that office,

19   but I do not get paid.

20        Q     For how long were you employed by League

21   of the South?

22        A     I was employed from May of 1999 until the

23   end of December 2018.

24        Q     What was your salary with League of the

25   South?

1                           J.M. HILL

2        A      When I first started in 1999 -- and this

3   will just be, sir, from memory, because I don't have

4   any records in front of us -- I do believe it was

5   somewhere between 35 and $40,000 a year, but in 2008,

6   I reduced that.  And from that point until the time I

7   retired from this position, I was making somewhere

8   around $29,000 per year.

9        Q      And why did you go from a paid position

10  at League of the South to an unpaid position at

11  League of the South?

12       A      To be frank about it, sir, to pay my

13  lawyer.  To use the money that would be paid to me to

14  pay my attorney.  So that's the main reason.

15       Q      Prior to becoming employed at League of

16  the South, were you employed anyplace else?

17       A      I was.  I worked as a -- either a

18  graduate teaching assistant or a visiting or slash --

19  or associate -- excuse me.  I'm trying to think of

20  the word.  Either a visiting professor or -- I'm

21  trying to think of the way.

22              But anyway, it was at the university of

23  Alabama, from 1978 until the end of 1996.  And I also

24  taught at a historically black college, Stillman

25  College, from 1985 to 19 -- May of 1999.  And I

1                        J.M. HILL

2   obtained the rank of full professor at that

3   particular institution.

4        Q     So during those years, do I understand

5   that you held two positions, both at Stillman college

6   and at the University of Alabama?

7        A     Yes, I did.  I held -- for part of that

8   time there was an overlap and I was teaching at both

9   institutions at the same time.

10        Q     Did you author any articles or books

11   while at Stillman College?

12        A     Yes, sir, I did.  I've written two books,

13   one was my Ph.D. dissertation, which was published by

14   a publisher in Scotland.  It's called Celtic Warfare.

15   And then while I was teaching at both places, I wrote

16   a biography of a particular Scottish individual in

17   the 16th century, and that book was published by a

18   British publisher in 1983.  And during that whole

19   time, I wrote numerous referee -- articles for

20   referee, historical journals.  I can't recall the

21   names of them right now.  There are simply too many.

22             To answer your question, yes, I wrote

23   both books and articles while I was employed at both

24   places.

25        Q     What was your reason for leaving

1                          J.M. HILL

2    Stillman?

3        A     I wanted to run the League of the South

4    full time.  I thought at that time it deserved my

5    full attention.  Our board of directors had asked me

6    if I would leave my job if they raised the money to

7    pay me a salary, and I told them that if they could

8    do that, I would be happy to give up my academic

9    career to run the League of the South full time.

10              By May of 1999, they had raised enough

11   money to satisfy me that it was worth -- worth the

12   risk for me to do that.

13       Q     What was your salary as a full professor

14   at Stillman College?

15       A     This is -- I can't remember exactly what

16   it is, sir, but it's -- I seem to recall that my last

17   year there, my salary was somewhere around 35,

18   $36,000 a year.

19              (Hill Deposition Exhibit No. 3 was

20         marked for the record.)

21   BY MR. LEVINE:

22       Q     I am going to show you a document right

23   now on the screen, which is Exhibit 3, and it's from

24   the League of the South website.  It's from the

25   League of the South website.  It's dated February 4,

 1                        J.M. HILL

 2    2018.

 3            Do you see that document, sir?

 4    A     Yes, I do see that.

 5    Q     Is that a picture of you on the front?

 6    A     Yes, I see that.

 7    Q     And it says -- the opening line is:  I'm

 8    a southern nationalist.  I am a proud white man.  I

 9    suppose that also makes me a white nationalist.  So,

10    in reality, I am a southern, slash, white

11    nationalist.  What does this mean?

12            Are those your words.

13    A     Yes, sir, they appear to be.

14    Q     And did you write this statement on

15    southern, slash, white nationalism that was published

16    on the League of the South website on or about

17    February 4, 2018?

18    A     As best I recall, I did.

19    Q     And did that accurately reflect your

20    views at that time?

21    A     Well, I -- I would have to go back and

22    read this, since it is at least a couple years old.

23    Can you give me a moment to do that?

24    Q     Absolutely.

25    A     All right.  Okay.  Can she move the text

1                         J.M. HILL

2    up a little bit where I can -- okay.  Thanks.  That's

3    good.  Okay.  I need it to be moved up a little more,

4    please.  Okay.  Is this the end?  Is there any more?

5              Okay.

6         Q    So my first question, Mr. Hill, is you

7    wrote that and published it in February 2018, and at

8    that time that represented your views, correct?

9         A    Yes, that represented my -- I did write

10   this and I presume it is on or sometime around the

11   4th of February, 2018, and it did represent my views

12   at the time, yes.

13        Q    And did it represent your views in 2017?

14        A    I would say that it more than likely did.

15   I -- I developed these views over a number of years

16   and I think those two years -- 2017 to 2018, I don't

17   think my -- my ideas regarding these subjects here

18   have changed.

19        Q    Thank you.  And I want to show you

20   exhibit -- the next exhibit, which we'll mark Exhibit

21   4.

22              (Hill Deposition Exhibit No. 4 was

23        marked for the record.)

24   BY MR. LEVINE:

25        Q    So Exhibit 4 is another article from the

```
 1                        J.M. HILL

 2   website of League of the South dated August 18, 2016.

 3              Can you see that document?

 4        A     Yes, I can.

 5        Q     And is that also a picture of you?

 6        A     It is, yes.

 7        Q     A little younger?

 8        A     Yeah.

 9        Q     And are those also your own words?

10        A     Give me a chance to read this, sir.

11              MR. LEVINE:  We've lost you,

12        Mr. Hill.  We've lost you, Mr. Hill, so I

13        guess we'll -- let's go off the record

14        but stay live until Mr. Hill reconnects.

15              THE VIDEOGRAPHER:  The time is

16        10:12 a.m.  We're off the record.

17                   (Brief pause.)

18              THE VIDEOGRAPHER:  The time is

19        10:13.  We're on the record.

20              THE WITNESS:  Okay.  Shift it up a

21        little bit, please.  Thank you.

22              Yes, I remember writing this.

23   BY MR. LEVINE:

24        Q     And these were your views at the time,

25   August 2016?
```

1                          J.M. HILL

2          A     They were, yes.

3          Q     And this pledge of allegiance continued

4     to be your beliefs in 2017; is that correct?

5          A     Yes, I -- I wrote this in 2016 and I

6     don't think my views at all had changed on this.

7                I would like to add something to this.

8     It's a bit tongue in cheek because I have -- there's

9     --

10               MR. LEVINE:  Mr. Hill, I'll ask you

11          the questions and just answer the

12          question, and if you want to add anything

13          at the end of the deposition, Mr. Jones

14          has the prerogative to do that with you.

15               THE WITNESS:  Yes.

16    BY MR. LEVINE:

17         Q     So -- so just in summary of these two

18    documents you consider yourself a southern, slash,

19    white nationalist, correct?

20         A     I do consider myself a southern, slash,

21    white nationalist, yes.

22         Q     And this southern, slash, white

23    nationalist is defined in these two documents; is

24    that right?

25         A     Not necessarily.  I think there's a lot

1                         J.M. HILL

2    more to it than that.  These are just some of my

3    thoughts at the time.  I think it's much -- the

4    definition of a white or southern nationalist would

5    be, obviously, much broader than this.

6         Q    But it at least incorporates the thoughts

7    and ideas that are in these two documents; is that

8    right?

9         A    Well, I couldn't say that for anyone

10   else.  I could say for myself that this is part of

11   what I believe as a southern nationalist, but I could

12   not say that this is generically true for any other

13   person that might consider themselves to be a white

14   or a white, slash, southern nationalist.

15        Q    And in these documents, the -- it refers

16   to enemies of the people.  Enemies of the southern,

17   slash, white nationalists, include people of color,

18   correct?

19        A    Yes, we have had some people of color who

20   are stated enemies of who we are and what we believe,

21   sir.

22        Q    And included in your enemies are Jews; is

23   that correct?

24        A    There are some who have proven themselves

25   to be enemies, by their own words and actions,

```
 1                          J.M. HILL

 2   against white and southern nationalists, so yes,

 3   that's true.

 4        Q    But your views been southern, slash,

 5   white nationalism apply to all blacks and all Jews;

 6   isn't that right?

 7        A    No, it's not.  It depends.

 8        Q    Well, in any document -- in any document

 9   that you've ever written on behalf of League of the

10   South or southern, slash, white nationalism, have you

11   ever taken the position that some Jews are good and

12   only some are enemies of yours?

13        A    I have -- I can't recall exactly what I

14   may have said in other documents on that subject, but

15   I do know that I have -- I have pointed out on more

16   than one occasion that organized Jewry and organized

17   people of color, like the NAACP or Black Lives Matter

18   or other groups like that, are the ones that I point

19   to, the ones who are organized and the ones who have

20   openly and pointedly worked against our own interests

21   as white and southern nationalists.

22        Q    And in any of your -- in any of the

23   writings in these two documents, do you separate some

24   Jews from other Jews?

25        A    I don't think that I went to the lengths
```

Page 30

1                             J.M. HILL

2      in the two documents here that you've just shown me.

3      Those were two very general, sort of generic

4      documents, but in other speeches and documents that

5      I've given I have differentiated from time to time

6      between those who are open and avowed enemies of

7      white and southern nationalists and those who are in

8      these categories and who are not, who have not proven

9      themselves to be enemies.

10          Q     You understand that League of the South

11     is also a defendant in this lawsuit, correct?

12          A     I do, sir, yes.

13          Q     And you're providing testimony, as

14     president, on behalf of League of the South?

15          A     I understand that, yes.

16          Q     And are you one of the founders of the

17     League of the South?

18          A     I am one of the founders, yes.

19          Q     When was it founded?

20          A     It was founded in June of 1994.

21          Q     And did you become chairman of it at that

22     time?

23          A     I became president of it at that time by

24     a unanimous vote of the people there, and I have

25     continued in that position from that point until

1                          J.M. HILL

2    this.

3         Q     Do the principles of the League of the

4    South include the statements in respect of blacks and

5    Jews that were in your two earlier statements that we

6    identified as Exhibits 3 and 4?

7         A     Repeat that question, sir.  I didn't

8    catch the first part of it.

9         Q     And do the principles -- that's

10   principles, L-E-S -- of the League of the South

11   include the statements in respect of black and Jews

12   that were in your two earlier statements posted on

13   the League of the South website?

14        A     Not necessarily.  When I -- when we speak

15   here of the League of the South, we're speaking of an

16   entity that does not have a mind of its own.  It has

17   members, and not all of those members believe the

18   same thing.

19              When I speak on the League of the South

20   website as its president, I'm speaking my own

21   opinions.  These do not necessarily reflect the

22   opinions or positions of the League of the South in

23   general on these things.  So I am speaking as an

24   individual.

25              I do represent the League, but I would

1                           J.M. HILL

2   not say that all of these views are accepted by every

3   single league member or maybe not even -- you know --

4        Q    Mr. Hill --

5        A    All I know is I'm speaking on my own

6   behalf as the president of the League.  So --

7        Q    Mr. Hill, I'm not asking you whether all

8   of the individual members of the League of the South

9   share all of your views individually.

10            I'm asking you if the League of the

11  South, as an entity, represents the views in respect

12  of blacks and Jews that you expressed in the two

13  statements that you've published on the website.  Do

14  you understand my question?

15       A    I do not believe that is true.  We have a

16  list of core principles and beliefs, which I have

17  submitted as part of my second set of

18  interrogatories, which lays out what the League's

19  position is on these issues and others, and as far as

20  any official statements, those are what we have.

21            As I said, my statements that I might

22  make on the website, the League of the South website,

23  or in my speeches don't necessarily reflect the

24  official views of the League of the South.  Those

25  would have to be approved --

```
 1                          J.M. HILL

 2         Q     Mr. Hill, do -- do blacks belong to the

 3   League of the South?

 4         A     No.  We are a whites-only organization.

 5         Q     And do Jews belong -- permitted to belong

 6   to the League of the South?

 7         A     No, sir, and neither are Muslims.  We are

 8   a main -- not necessarily, but mainly a Christian

 9   organization and it's made up of whites.

10         Q     And the principles of the League of the

11   South include returning the south to its historical

12   white character; isn't that right?

13         A     That is correct, sir.  We believe that

14   this is our land, it was bequeathed to us by our

15   ancestors, and we are determined to do what we can to

16   make it the kind of place that we were left with when

17   they gave it to us.  And what we want to leave for

18   our children is somewhere where we can have a place

19   where our people can be prosperous and safe.

20         Q     And Mr. Hill -- Mr. Hill, in that -- in

21   that world that you envision for League of the South,

22   there would be no Jews living in -- in that

23   territory, correct?

24         A     I am not sure about that, but there would

25   not be any -- we would not want to see anyone living
```

1                        J.M. HILL

2    here who was hostile to the majority of the

3    population.  Now, who that might be, I'm not -- I'm

4    not qualified here to say, because that -- that would

5    be a decision that a government that was in charge of

6    this particular place would determine.

7                Now, we are simply advocates for the

8    right of southern independence, and what happens

9    after that will be up to the people and the

10   government they choose.  So --

11        Q    Mr. Hill -- Mr. Hill, in advocating -- in

12   advocating for that southern government, you would

13   advocate for it to be inhospitable to blacks and to

14   Jews; is that right?

15        A    What do you mean, sir, by the term

16   "inhospitable"?  Please define that.

17        Q    You wouldn't want Jews and blacks living

18   in the southern nationalist country that you seek --

19   that you advocate for; isn't that right?

20        A    Not necessarily.  It would depend on the

21   attitude, it would depend on the number.  We

22   certainly would like to be the majority, because

23   that's what -- that's what we were at the time we had

24   the most peace and prosperity here.

25                I'm not -- I'm not ready to say that we

1                         J.M. HILL

2    would exclude everybody.  It would depend on their

3    role in society, whether they were a positive or

4    negative influence or whether they were hostile to

5    the interests of the majority.  So I could not say

6    exclusively, for every single person.  So --

7         Q     But in all of your writings that you've

8    published at the League of the South, you've

9    described enemies of the League and southern and

10   white nationalists to be blacks and Jews; isn't that

11   right?

12        A     State that -- state that -- make that

13   statement again.  I want to -- I want to make sure

14   that I understand the --

15        Q     In all of the writings that you've

16   published at the League of the South, on the website

17   for the League of the South, you've described the

18   enemies of the League and enemies of southern, slash,

19   white nationalists to be blacks and Jews; isn't that

20   right?

21        A     No, that's not right.  I've written a lot

22   of things that haven't mentioned our enemies, as you

23   say, blacks or Jews or anyone else.

24        Q     I'm asking you, Mr. Hill, whenever you

25   have described the League of the South's enemies, you

1                          J.M. HILL

2    have described the enemies of the League of the South

3    and southern, slash, white nationalism to be Jews and

4    blacks; isn't that right?

5          A    I have done that in some of my writings

6    when I defined the enemies, although I have not

7    limited it to Jews and blacks.  I have noted that

8    there are many what I call antiwhite-whites who have

9    positioned themselves to be our opponents, and there

10   have been Muslims, obviously, who have positioned

11   themselves to be our opponents.

12               So I'm not just singling out people of

13   color or Jews.

14         Q    But it at least includes Jews and blacks;

15   isn't that right?

16         A    It does include certain --

17         Q    Thank you.

18         A    -- jews and blacks, and particularly

19   Jewish and black-run organizations.  Not individuals

20   so much as organizations.

21         Q    And the -- the answers to the

22   interrogatories describe the organization of the

23   League of the South; is that right?

24         A    To the best of my recollection, it does.

25         Q    And you're organized by state chapters;

1                          J.M. HILL

2    is that right?

3         A     We have state chapters, yes.  Not in

4    every state, but in the southern states and a few non

5    southern states, that is correct.

6         Q     How many state chapters do you have in

7    League of the South?

8         A     I would have to go back and count.  I

9    can't give you the number right offhand, but we

10   have -- I can list the states, if you would like.

11        Q     Okay.

12        A     All right.  Virginia, West Virginia,

13   North Carolina, South Carolina, Georgia, Florida,

14   Alabama, Tennessee, Kentucky, Mississippi, Louisiana,

15   Arkansas, Texas, Oklahoma, and I believe our Missouri

16   chapter is defunct.  Those are the current chapters

17   that we have.

18              We have had chapters in places as far

19   flung as New York, Ohio, Michigan and California, but

20   we just simply don't have enough people in those

21   states to have viable chapters, so that's pretty much

22   restricted to the south.

23              (Hill Deposition Exhibit No. 5 was

24          marked for the record.)

25

1                         J.M. HILL

2    BY MR. LEVINE:

3         Q      I'm showing you what we're putting up on

4    the screen as -- I think it will be Exhibit 5, if

5    you'd take a look at this.

6         A      I will.

7         Q      This is from your website, dated

8    February 2, 2017, authored by you; is that correct?

9         A      It appears to be, sir.  I haven't read

10   the whole thing, but it appears to be something I

11   wrote.

12        Q      And it announces an entity called the

13   Southern Defense Force, correct?

14        A      Correct.

15        Q      And this was -- the Southern Defense

16   Force was formed as a part of the League of the

17   South; is that correct?

18        A      Yes, it was.

19        Q      And is it still in existence?

20        A      No, it is not, sir.

21        Q      Was it in existence in August of 2017?

22        A      To the best of my knowledge, it was in

23   existence up until somewhere in 2018 and we simply --

24   we simply quit referring to it by that name.  It

25   is -- I'll answer your questions.  I won't add

```
 1                        J.M. HILL

 2    extra -- go into detail on this.

 3        Q      Thank you.

 4        A      Sure.

 5        Q      And what was your purpose in forming the

 6    Southern Defense Force in or about February 2017?

 7        A      We had seen, during the Trump

 8    presidential campaign, a lot of violence from groups

 9    like Antifa or Antifa, however you pronounce it, and

10    Black Lives Matter and other radical, anarchist,

11    communist type organizations, and we were alarmed.

12    We, ourselves, had received some threats.

13               And we put this together, mainly as a

14    security team that would be on-duty during our public

15    meetings and during our private meetings like our

16    national conference.  So we would have an organized

17    security force.

18               And I would like to note that this is a

19    defense organization, not an offense organization.

20    And we were recruiting people into it, vetting them

21    and providing them with some fundamental training in

22    order to make sure that they -- they knew what they

23    were doing.

24               But as it says at the bottom of this --

25    I'm looking at it right now -- "We do not advocate
```

Page 40

1                          J.M. HILL

2    the use of violence except in self defense of life,

3    liberty and property," and that was the impulse

4    behind the formation of this, to provide ourselves

5    with security when we went into public.

6              Because at that time we were doing a good

7    many street demonstrations, flag rallies, literature

8    distributions, and we had state meetings and we had a

9    national meeting every year and we always needed a

10   security group for that and the Southern Defense

11   Force was to be that entity.  So that's pretty much

12   the history of it.

13       Q    And so the -- one of the -- as you say in

14   this statement that you just read it includes the

15   principle that the League of the South does not

16   advocate the use of violence except in self defense

17   of life, liberty and property; is that right?

18       A    Yes, that is correct, sir.

19       Q    And when you understood that conduct to

20   be a threat to your life, liberty or property, then

21   the self defense force would be available to engage

22   in violence to defend those rights; is that right?

23       A    Our self defense force would do whatever

24   they were able to do within the law to defend

25   themselves and those for whom they were responsible,

```
 1                         J.M. HILL

 2   including our property.  Obviously --

 3        Q     And --

 4        A     Obviously, sir, the idea of defense

 5   sometimes does include, as you know, violence, but

 6   we -- we were not advocating violence, except in the

 7   use of self defense of life, liberty and property.

 8   So --

 9        Q     And the life, liberty and property in

10   these words would be as understood by the members of

11   this League of the South; is that right?

12        A     Repeat that, sir.  I want to make sure

13   that I understood what you said.

14        Q     The life, liberty and property, as these

15   words are written, would be as understood by the

16   members of the League of the South; is that right?

17        A     Yes.  They would be -- they would be

18   understood in that context.  We would -- we

19   obviously -- for example, we always contacted the

20   local --

21        Q     You answered the question, Mr. Hill.

22        A     Okay.  Very good.

23        Q     And was the self defense force present

24   when -- as representing the League of the South in

25   Charlottesville on August 12th, 2017?
```

Page 42

1                         J.M. HILL

2        A     While they were members of the self

3   defense force at Charlottesville at that time, the

4   self defense force was not there, to the best of my

5   recollection, as a distinct unit.  We did have a

6   number of members there, but I don't recall right

7   offhand if -- if -- if that was the case or not.

8   I'll have to -- I'll have to think about that.  I

9   don't know.

10       Q     And who was -- did you appoint a leader

11  in February 2017 of the self defense force?

12       A     No, sir, I did not.  I did not do that.

13  I was going to direct this myself, because every

14  instance that we would have needed some security

15  people working would be different and we -- really,

16  by the time that we got this off the ground, I did

17  not have any idea exactly who I wanted to put in

18  charge of it or what would be the chain of command

19  regarding it.

20             So I kept it kind of loose as far as

21  organization goes, and I basically told -- asked

22  people -- I said, you know, could you be here at a

23  certain time to be on the security team for a certain

24  event.  And it was -- it was pretty informal, I

25  guess, is what I'm saying.  So I did not appoint

```
 1                        J.M. HILL
 2   anybody as a leader.
 3              (Hill Deposition Exhibit No. 6 was
 4        marked for the record.)
 5   BY MR. LEVINE:
 6        Q     Thank you.  So I want to show you what
 7   I'm going to mark as Exhibit 6.  This is another
 8   statement published by you on the League of the South
 9   website on August 13, 2018.
10        A     Right.
11        Q     Authored by you, correct?
12        A     It appears to be, sir.
13        Q     And this was a statement on behalf of
14   League of the South, correct?
15        A     Let me read the statement first, please.
16        Q     Well, what does the first line say?
17        A     The League of the South did not
18   participate in nor --
19        Q     No, no.  I'm sorry, sir.  The front --
20   the top line.  It says:  This is a statement from the
21   League of the South, correct?
22        A     Yes.  Yes, that is a statement from the
23   League of the South representing the league under my
24   hand, yes.
25        Q     So would you please read that document to
```

1                        J.M. HILL

2   yourself.

3        A    I will.  Okay.  I need to have it moved

4   up a little, please.  Okay.  I'm finished with it.

5             Yes, I did write that on behalf of the

6   League of the South.

7        Q    And I want to direct you to the paragraph

8   that starts, Some both on the left and the right.

9             Do you see that?

10       A    Yes, I do.

11       Q    And this -- this statement was on the

12   occasion of the first anniversary of the Unite the

13   Right rally in Charlottesville; is that right?

14       A    I believe so.  Let me -- I forgot exactly

15   what the date of this was, but -- August 13th, yeah.

16   That would have been -- well, almost a year.  Almost

17   a year to the date after -- after the Charlottesville

18   Unite the Right rally.

19       Q    And in this statement that you wrote, you

20   explain why League of the South was -- did not

21   participate in Washington, D.C. the day before for

22   what was called Unite the Right 2.0, correct?

23       A    That is correct, yes.

24       Q    And in the context of explaining why

25   League of the South did not participate in Unite the

```
 1                         J.M. HILL
 2    Right 2.0, you reflected on Unite the Right 1.0; is
 3    that right?
 4         A     Well, I'm -- I'm trying to see where I
 5    did that.
 6         Q     Well, look at -- read the paragraph:
 7    Some on both the left and the right speculate that
 8    the alt-right is now dead.
 9         A     Right, exactly.
10         Q     Do you see that sentence?
11         A     Yes, I see that.
12         Q     And the national front allies that are
13    referred to in your statement were the TWP and the
14    NSM and vanguard America, correct?
15         A     Those were the nationalists -- those
16    groups plus the League of the South made up the
17    Nationalist Front at the time of the Unite the Right
18    rally in August of 2017.
19         Q     And by August -- by August of 2018, you
20    had withdrawn on behalf of League of the South from
21    that national front, correct?
22         A     To the best of my knowledge, we did that
23    sometime in the spring or early summer of 2018, to
24    the best of my recollection.
25         Q     And when you say in the next sentence:
```

Page 46

1                          J.M. HILL

2     Quote, Rather we see ourselves as the heart and soul

3     of the hard right, an uncompromising movement of real

4     blood and soil southern white nationalists who will

5     not compromise our vision of a southern homeland for

6     whites.

7                 That was your view in August of 2018,

8     correct?

9          A     Yes, and it was, yes.

10         Q     And it was your view of the League of the

11    South -- it was the League of the South's views as of

12    August of 2017 when they participated with the other

13    national -- Nationalist Front allies in Unite the

14    Right; isn't that right?

15         A     I'm not -- I'm not exactly sure.  I mean,

16    this whole idea of our seeing ourselves as the heart

17    and soul of the hard right, I'm not sure that that

18    was our view in August of 2017 as it had become by

19    August of 2018.  So things had happened over the

20    course of that year that made us leave the

21    Nationalist Front.  So I wouldn't say that was

22    exactly true.

23         Q     You used words real blood and soil

24    southern white nationalists, before August of 2018;

25    isn't that right?

```
 1                         J.M. HILL

 2       A      Well, I -- I -- I don't know --

 3       Q      Yes or no?  Yes or no, Mr. Hill?

 4       A      All right.  Ask that question again, sir.

 5       Q      You used the words real blood and soil

 6  southern white nationalists to describe League of the

 7  South's views before August of 2018, didn't you?

 8  These are core words -- these are core words?

 9       A      I'm looking at real blood and soil

10  southern white nationalists.  I don't know if I've

11  used those exact words before.  I think I have used

12  the term blood and soil before.  That's a very --

13  I've used that quite a bit.  And obviously, I refer

14  to us as southern and white nationalists.

15             I'm not sure I've used that phrase

16  before.

17       Q      And the words blood and soil come from

18  the Nazi slogan blut und boden, which was a slogan of

19  the National Socialist Movement in Germany; isn't

20  that right?

21       A      That is what I've heard, but let me tell

22  you where I first heard --

23       Q      Well, I'm asking you -- I'm asking the

24  questions, Mr. Hill.  It will go a lot faster.

25             You know, and you knew when you used
```

1                        J.M. HILL

2    those words to describe the southern nationalist's

3    view, that those words were words that were used by

4    the National Socialist Movement in Germany as a Nazi

5    slogan; isn't that right?

6          A     As a historian, I was --

7          Q     No, I'm asking you a different question,

8    Mr. Hill.  I want you to answer my question.  And if

9    Mr. Jones wants to ask you where else the historical

10   derivation of those words are, he's free to do that.

11              I'm asking you, when you used these words

12   to describe the southern white nationalist views of

13   League of the South, you have understood that blood

14   and soil were words in German that were the Nazi

15   slogan in the '30s; isn't that --

16         A     I understood, yes, that those words had

17   been used, yes.

18         Q     Thank you.

19         A     Yes.

20         Q     And when you say in the last sentence, we

21   are firm, we, you're referring to League of the

22   South, correct?

23         A     Okay.  What -- what sentence now, sir?

24         Q     The last sentence of the paragraph

25   says -- or the last two sentences say:  To us, Dixie

1                           J.M. HILL

2    is and should be white man's land.  We are firm on

3    the Negro question and the Jew question and we make

4    no apologies to anyone for what we believe or what we

5    seek to accomplish for our people.

6              Correct?  You wrote that?

7        A     Yes, I wrote that.

8        Q     And that -- you were the -- the we in

9    that sentence refers to you on behalf of League of

10   the South, correct?

11       A     I was speaking in my capacity as

12   president of the League of the South, so, yes, I was

13   speaking for the League.

14       Q     And what is the, quote, Negro question

15   that you're firm on?

16       A     The fact that we have a black opposition

17   that has manifested itself today in a movement like

18   Black Lives Matter that is openly hostile to our

19   positions.  That is the Negro question that I'm

20   referring to.

21       Q     And the Jew question?

22       A     The Jew question?  Very similar.  There

23   are various Jewish organizations, such as the ADL and

24   the Southern Poverty Law Center, who have proven

25   themselves very hostile, openly hostile, to our

Page 50

1                           J.M. HILL

2    position.

3               So that when I speak of the Negro

4    question and the Jew question, I'm talking about the

5    organized opposition that we've had in the south,

6    that whites and white southerners, southern

7    nationalists, have had in the south for many, many

8    decades from these two particular groups.

9        Q    And isn't it a fact that the Negro

10   question, as far as League of the South is concerned,

11   is much broader than the Black Lives Matter group?

12       A    Yes, it is, because it's a historical

13   question.  It goes all the way back to the civil

14   rights movement, yes.

15       Q    And isn't it a fact -- isn't it a fact

16   that League of the South has had the views of the,

17   quote, negro question, closed quote, before Black

18   Lives Matter was ever an entity on the landscape of

19   the United States?

20       A    Yes, it is.  When we first began the

21   League, we were very much aware of organized

22   opposition from groups such as the NAACP, which at

23   the time the League was formed had a very active

24   campaign of removing southern flags and monuments and

25   other symbols.  So, yes, much before Black Lives

```
 1                    J.M. HILL
 2   Matter came onto the scene.
 3        Q    And let me mark the next exhibit, I think
 4   it will be Exhibit 7.
 5             (Hill Deposition Exhibit No. 7 was
 6        marked for the record.)
 7   BY MR. LEVINE:
 8        Q    I'm going to play -- I'm going to play a
 9   video for you, sir, and we'll play the video and then
10   I'll ask you some questions.
11        A    Very good.
12             (Video exhibit played.)
13   BY MR. LEVINE:
14        Q    So, Mr. Hill, is that you speaking in
15   that video?
16        A    Yes.  Let me say this.  The video had no
17   sound to it, and it just sort of went frame by frame.
18   It was not a continuous flow and there was no sound,
19   but I do recognize the video and that was me.
20        Q    And do you -- was that in Tennessee in
21   August of 2018?
22        A    I know it was in Tennessee.  I can't
23   remember the date right off, sir, but that sounds
24   about right.  I don't remember the exact, date but
25   yes, it was in Tennessee.
```

1                        J.M. HILL

2        Q     And was it -- was it at a meeting of the

3   state chapter of League of the South?

4        A     No, it was not.  We had a literature

5   distribution and a flag rally that weekend in a

6   local -- local community, and this was at the place

7   that we were staying after we had finished that

8   event.

9        Q     Have you -- I'm putting up now the

10  transcript.  You can -- you can read it quickly, if

11  you want to remind yourself of it.

12       A     Right, exactly.  Yeah, I'll go through

13  it.  I'll go through it here.

14             Well, I did this extemporaneously.  I

15  didn't write anything down, so I'm assuming -- since

16  I didn't hear the video, I'm assuming these are

17  similar, at least, to my words.  I would say that it

18  was word for word, but I do remember saying some --

19  something like this as I was doing this -- this --

20       Q     We prepared -- sir, I can represent to

21  you that we prepared this transcript from the video.

22       A     Okay.

23       Q     And it's an accurate -- an accurate

24  representation of what you said.

25       A     I would say -- I would say it's a fairly

1                         J.M. HILL

2    accurate representation of what I said, yes.

3         Q     And could you go back -- did you

4    recognize any of the individuals standing behind you

5    in front of the furnace?

6         A     Yes, I do.

7         Q     Could you please identify them, starting

8    on the left?

9         A     Yeah, put it back on the screen, please.

10   It's kind of blurred.  I'm not sure who that first

11   person on the left is.  I -- I just don't have a good

12   enough view of the face.

13            The person behind him, the second person

14   on the left, is Mr. Robert Baker.  The person behind

15   him on the left, I don't know for sure, but that may

16   be a gentleman named Joel Price.  I'm not sure.  And,

17   of course, I'm in the middle holding the flag.

18            The person farthest back on the right is

19   Reverend Joel Collier.  The person standing right in

20   front of him, their face is obscured by the flag, and

21   the person standing in front of them, their face is

22   at least partially obscured about by the flag, so I

23   don't know who that is and I can't remember from that

24   long ago.  So --

25        Q     Okay.  Now, this -- this -- who taped you

 1                          J.M. HILL

 2   to during this speech and demonstration?

 3        A    I don't remember, sir.  We had a lot of

 4   people there.  I do not remember who taped this.  I

 5   had nothing to do with taping it or releasing it.

 6   All I did was to do the ceremony and it was

 7   released -- or actually, I didn't even know it was

 8   going to be released.

 9        Q    But then you learned it was released,

10   correct?

11        A    Pardon?

12        Q    You learned it was released, correct?

13        A    Yes, I did learn it was released.

14        Q    And how many people were in the audience?

15        A    I don't know for sure.  My estimation

16   would be probably two to three dozen.

17        Q    And were they members of the League of

18   the South?

19        A    Some were, some weren't.

20        Q    And was -- were there people not

21   connected to the League of the South that were

22   present?

23        A    To the best of my recollection, I think

24   we may have had maybe half a dozen guests who were

25   not members of the League at that time.  I think

1                           J.M. HILL

2    maybe two or three of those subsequently joined, but

3    I don't remember their names.

4         Q    When -- when this -- when you learned

5    that this was made public on YouTube, did you take

6    any steps to have it retracted or taken off YouTube?

7         A    No, I did not.

8         Q    In fact, you liked the fact that it was

9    on YouTube; isn't that right?

10        A    I didn't care one way or the other, sir.

11        Q    Well, wasn't it -- in your view, was it

12   good for the League of the South to let Jews know

13   what the League of the South and people like you felt

14   about them?

15        A    I have no idea if it would have been good

16   or not for that.

17        Q    I'm asking you personally, sir.  When you

18   learned that it was made public, did you form the

19   view that that was okay because you wanted Jews who

20   would see it to know how you felt and what you

21   believed?

22        A    No, that didn't enter my mind.

23        Q    So it never entered your mind that this

24   would be in the public domain and that Jews would see

25   fellow Americans burning the Israeli flag and the

1                        J.M. HILL

2    Talmud?

3        A    My consideration in everything that I do

4    like this is not for what my enemies or my opponents

5    will think about it.  It is what the people that I am

6    trying to recruit into the League will think about

7    it.  So that would be my main concern about anything

8    that I put out like this or anything that got put

9    out.  So --

10       Q    Actually, it isn't entirely true, is it,

11   Mr. Hill, that you're only concerned with telling

12   people what you believe and you don't consider Jews

13   or blacks understand you to believe?

14       A    As I said, sir, my main concern is with

15   recruitment through these things, and that means

16   reaching the people who we believe would be good

17   League of the South members.

18       Q    But isn't it true, Mr. Hill, that part of

19   your message is to communicate to blacks and to Jews

20   that they are unwanted and unwelcome in your southern

21   world?

22       A    The object of this particular video,

23   event, was to show that we would take a stand against

24   the enemies of southern nationalism and the south in

25   general.

1                              J.M. HILL

2          Q     And you wanted -- you wanted, Mr. Hill,

3     the enemies to know that they are your enemies; isn't

4     that right?

5          A     Well, sir, that's your assumption.  As I

6     said --

7          Q     I'm asking you the question, sir.

8          A     Well, the answer is no.  The answer is we

9     were trying to reach an audience of people that we

10    thought might become League of the South members.  We

11    had a positive reason for doing this, not a negative

12    reason.

13         Q     So is it your testimony that at no time

14    has it been the intention of the League of the South

15    to communicate its views to blacks and Jews for them

16    to understand that they are unwelcome in the southern

17    world that you envision?

18         A     That's a very, very broad question and --

19         Q     And I'm asking you to answer it, sir.

20    Yes or no?

21         A     Can you repeat the question, again, sir,

22    so I can see if it can be answered with a simple yes

23    or no.

24              MR. LEVINE:  Would the reporter

25         please read back the question?)

1                           J.M. HILL

2              (The last question was read back

3          into the record.)

4    BY MR. LEVINE:

5        Q     I think you can answer that yes or no,

6    Mr. Hill.

7        A     Give me a moment to consider this,

8    please.  It's a very broad question.

9              Yes, we have -- we have made it known

10   that we would not welcome people who were enemies --

11   open enemies to us, in our midst, because -- that's

12   been part of our program from the very beginning, is

13   to show southern whites that there would be an

14   organization that would stand for their interests.

15             So yes, we have made it clear that our

16   enemies are not welcome in our midst as long as they

17   are our enemies.  Now --

18       Q     And Mr. Hill -- and Mr. Hill, in burning

19   the Talmud, you are sending a message it all Jews,

20   not some Jews; isn't that right?

21       A     I don't know.  I don't know all Jews,

22   sir.  I know that there are secular Jews and I know

23   that there are religious Jews, so I don't know

24   whether that would be correct or not.

25       Q     And you also burned the Israeli flag; is

1                          J.M. HILL

2    that right?

3          A     Yes, absolutely.

4          Q     And there are secular Jews in Israel, not

5    just religious Jews in Israel; isn't that right?

6          A     I suppose so, sir.  I've never been

7    there.

8          Q     And there are secular Jews in America

9    that defend Israel; isn't that right?

10         A     I would assume so, sir.  I don't know

11   any, so I'm taking your word for it.

12         Q     So by burning the Talmud, the book of the

13   Jews, and the flag of Israel, you are communicating

14   to all Jews, not some Jews; isn't that right?

15         A     I don't know, sir.  All I know is I was

16   exercising my rights of free speech, and if somebody

17   takes it a certain way, that is their prerogative and

18   I have nothing to do with it.  I'm simply exercising

19   my right to free speech.

20               There are people who burn American flags

21   and Bibles all over the place, sir, but I don't

22   demand that they not be able to do that.

23         Q     Going back to Exhibit 6, when you wrote

24   in August of 2018 -- when you wrote this document in

25   2018, in August of 2018, this lawsuit had already

1                          J.M. HILL

2   been commenced; isn't that right?

3        A    Yes, I believe so.  I think the

4   lawsuit -- if I'm not mistaken -- was filed on the

5   12th of October 2017.  So, I guess --

6        Q    And you knew what the allegations of this

7   complaint in this lawsuit were; isn't that right?

8        A    Yes, it is.

9        Q    And in fact, shortly after the events of

10  August 12th, 2017, you -- withdrawn.

11            You understood in going to the Unite the

12  Right in August of 2017 that the League of the South

13  would need its own narrative for what happened there;

14  isn't that right?

15       A    Okay.  Hold on for just a second, sir.

16  I'm getting a high temperature detected thing on

17  my -- a warning on my phone here.

18            Please restate the question.  I can

19  listen now.

20       Q    You understood in going to Unite the

21  Right and participating in the Unite the Right rally

22  in August of 2017 that the League of the south would

23  need its own narrative for what happened; isn't that

24  right?

25       A    What do you mean, sir, by our own

```
 1                         J.M. HILL
 2   narrative?  Please explain.
 3        Q    Your own explanation for what you were
 4   doing and what was happening.
 5        A    We understood -- I'm not sure what you're
 6   getting at.  We understood why we were going to the
 7   Unite the Right rally.  Of course, we did.
 8        Q    And you -- and you understood that there
 9   would be media coverage describing what happened and
10   was happening; isn't that right?
11        A    Well, of course we understood that there
12   would be media coverage of this.
13        Q    And you asked -- you asked Brad Griffin,
14   a member of League of the South at the time, to be a
15   public relations vehicle, if you will, to create the
16   narrative for League of the South of what was
17   happening there; isn't that right?
18        A    I'm not sure exactly what I talked to
19   Mr. Griffin about, other than -- because I have no
20   record -- record of the conversations that we might
21   have had face-to-face or by phone, and I'm not -- I'm
22   not aware of any of the other communications we had
23   about this, but he did write some --
24        Q    Mr. Hill?
25        A    He writes a lot of things on his own,
```

1                          J.M. HILL

2    because he has a very popular website.

3          Q      Mr. Hill, please.

4          A      Yes.

5          Q      Listen to my question and answer my

6    question.  Once again, Mr. Jones can ask you all the

7    questions he wants.  I'm trying to ask very specific

8    questions.

9                 Didn't you ask Mr. Griffin to, in effect,

10   be a public relations vehicle to create a narrative

11   that would be League of the South's view of what was

12   happening on the ground in Charlottesville for the

13   Unite the Right rally?

14         A      I don't recall doing that.

15         Q      Didn't he do that?

16         A      He wrote some things about

17   Charlottesville after the fact, but I'm -- I don't

18   think I asked him to do that.

19         Q      All right.  Well, I'll ask you later

20   whether -- if documents I show you would refresh your

21   recollection.

22         A      I don't remember -- I don't remember

23   doing that.

24         Q      In any event --

25         A      Let me put it that way, I don't remember

1                          J.M. HILL

2    it.

3         Q    But once Unite the Right happened, you

4    published your version of the events and explanations

5    for what League of the South did; isn't that right?

6         A    That is correct, yes.

7         Q    And one of the things that you were

8    describing in the August 13, 2018 article was a

9    disappointment with Mr. Kessler and his leadership of

10   the Unite the Right rally; isn't that right?

11        A    You're frozen.  So we'll have to wait

12   until it's unfrozen.

13             MR. JONES:  This might be a good

14        time to go off the record and take a

15        quick ten-minute break.

16             I think his phone may be

17        overheating.

18             MR. LEVINE:  Okay.

19             THE VIDEOGRAPHER:  The time is

20        11:11 a.m.  We're off the record.

21                  (Brief pause.)

22             THE VIDEOGRAPHER:  The time is

23        11:21 a.m.  We're on the record.

24   BY MR. LEVINE:

25        Q    So, Mr. Hill, you testified earlier this

1                          J.M. HILL

2    morning that, sometime in early 2017, League of the

3    South formed a confederation, if you will, with an

4    entity that was called the Nationalist Front.

5              And included in that organization were

6    the Traditional Workers Party, the National Socialist

7    Movement and Vanguard America; is that right?

8         A    That is correct.

9         Q    And do I understand from your answers to

10   the interrogatories that the Nationalist Front was,

11   in your words, the brain child of Matthew Heimbach,

12   and it was Matthew Heimbach that asked you to

13   participate; is that right?

14             MR. LEVINE:  You're frozen again.

15        We seem to have lost Mr. Hill.  So let's

16        just wait.

17             (Brief pause.)

18             THE WITNESS:  Sorry about that.

19        I'm back.

20             THE VIDEOGRAPHER:  We can't see

21        your video, though.  Oh, there you are.

22        Thank you.

23             MR. LEVINE:  Mr. Hill?

24             THE WITNESS:  Yes.

25             MR. LEVINE:  We're back on the

 1                         J.M.  HILL

 2         record?

 3                   THE WITNESS:  Yes.  Sorry about

 4         that.

 5                   THE VIDEOGRAPHER:  Stand by one

 6         moment.  Actually, let me get my camera

 7         going.  I'm sorry.  We actually are on

 8         the record.  I apologize.  We are still

 9         on the record.

10                   MR. LEVINE:  Can we proceed?

11                   THE WITNESS:  Yes, sir.

12                   MR. LEVINE:  Oh, I'm sorry.  I

13         thought you said --

14    BY MR. LEVINE:

15         Q     Okay.  Mr. Hill, there's a question

16    pending.  I asked you:  Do I understand from your

17    answer to the interrogatories that the Nationalist

18    Front was, in your words, the brain child of Matthew

19    Heimbach, and that it was Matthew Heimbach that asked

20    you to participate in that organization; is that

21    right?

22         A     To the best of my recollection, sir, that

23    is correct.

24         Q     And am I correct that all four of the

25    organizations, namely, the League of the South, the

```
 1                    J.M. HILL

 2   Traditional Workers Party, the National Socialist

 3   Movement and Vanguard America, marched with the

 4   League of the South on August 12th, 2017 in

 5   Charlottesville?

 6        A     That is correct.

 7        Q     And you actually marched that morning on

 8   a public street side by side with Mr. Heimbach; isn't

 9   that right?

10        A     That is correct, sir.

11        Q     And Mr. Heimbach was head, at the time,

12   of the Traditionalist -- Traditional Workers Party,

13   TWP, correct?

14        A     As best I know, sir, that is true, yes.

15        Q     And the National Socialist Movement, NSM,

16   at the time was led by Mr. Schoep; is that correct?

17        A     I believe -- I don't know if we're

18   talking about the same person.  I always thought his

19   name was pronounced Schoep, S-C-H-O-E-P.

20        Q     Okay, same person.

21        A     Yes, same person.  To the best of my

22   knowledge, that is correct, sir.

23        Q     And the head of Vanguard America were two

24   fellows, one by the name of Dillon Hopper and one by

25   the name of Tom Rousseau?
```

1                        J.M. HILL

2        A    I -- I'm not sure, sir.  I never met any

3   one of those in person, to my knowledge, so I -- I'm

4   not sure.

5        Q    Now, in early July of 2017, a month or so

6   before Charlottesville, Mr. Baker went to a meeting

7   convened by Mr. Schoep in Tennessee; is that right?

8        A    I am not -- I can't recall, sir.  I don't

9   recall the details of that meeting.

10            (Hill Deposition Exhibit No. 8 was

11       marked for the record.)

12   BY MR. LEVINE:

13       Q    Well, I'm showing you what we'll mark as

14   Exhibit 8, which is an e-mail from you to Mr. Baker

15   dated July 3, 2017.

16            Do you see it?

17       A    Yes.  Let me read this.  This may jog my

18   memory about it.  Okay.  Raise it up a little bit

19   there where I could finish reading, please.

20            Yes, I do recall that.  I just had

21   forgotten that I had sent that to Mr. Baker and that

22   he went to that meeting.  Yes, I did write that and

23   sent it to him.

24       Q    And you understood that Mr. Baker was

25   attending, by invitation, a meeting of -- of NSM

1                          J.M. HILL

2   coordinate commander, Jeff Schoep, right?

3        A     I believe that would be the case, sir.

4        Q     And you were sending a message on behalf

5   of League of the South to -- to NSM, correct?

6        A     That is correct, sir.

7        Q     And at that time, in July of -- early

8   July of 2017, the national front alliance had already

9   been formed, correct?

10        A     That is correct.

11        Q     And you knew as of July 3rd, 2017 that

12   each of these organizations would be attending and

13   participating in the Unite the Right rally together;

14   isn't that correct?

15        A     I think that is correct.  I can't speak

16   for Vanguard America.  I know that we had had contact

17   with the other two, yes.

18        Q     And in the fourth paragraph of your

19   speech, you say:  We are compassed around with

20   enemies who seek our destruction.

21              Do you see -- those are your words,

22   correct?

23        A     Correct.

24        Q     And are you using the word compassed to

25   be another word for surrounded?

1                              J.M. HILL

2        A      Yes.  It's a Biblical term.

3        Q      Thank you.

4               Sometime in February 2018, you, on behalf

5   of League of the South, decided to disassociate from

6   the Nationalist Front, correct?

7        A      I'm not exactly sure when the dates were,

8   but, yes, it was in the first half of 2018.

9        Q      What was your reason for disassociating

10  from the Nationalist Front at that time?

11       A      Our operational security was breached on

12  several occasions and we believed it was one of those

13  groups that we were associated with, who had very

14  loose security.

15              And also, we just decided that it would

16  be best if we went and did things on our own.  We

17  were not happy with some of our allies.  Just let me

18  put it that way.

19       Q      What was the breach, sir?

20       A      Pardon?  Say that again.

21       Q      What was the breach that you just spoke

22  of?

23       A      It was simply our decision that we could

24  do things better on our own --

25       Q      No, you just testified, sir -- you just

```
 1                        J.M. HILL
 2    testified that there was a breach in the
 3    operations -- the security of the operations.  And
 4    I'm asking you:  What was the breach?
 5        A     The breach was that we had an operation
 6    planned -- one plan in north Georgia, another plan in
 7    Bowling Green, Kentucky.  And, to our knowledge, NSM,
 8    National Socialist Movement, made an announcement of
 9    one or both of those on a public site and breached
10    our security and we had to change our plans.
11               And we figured from that point on, that
12    if this was going to be the standard operating
13    procedure with them, that we wanted no part of it.
14        Q     When did that take place?
15        A     I don't recall the exact date, sir.
16    Sometime in the spring and/or summer of 2018, to the
17    best of my recollection.
18        Q     You withdrew from the alliance in
19    February of 2018.  So, from your testimony, it would
20    have had to have been before 2018; is that right?
21        A     I am -- I am not sure about these dates.
22    I didn't write all this stuff down at the time
23    because I didn't think I'd be answering questions
24    about it.  I would have to refresh my memory on
25    that --
```

 1                         J.M. HILL

 2        Q     But you --

 3        A     I thought it was sometime in the first

 4   half of 2018 that we made these decisions.

 5        Q     I'm going to show you -- I'm going to

 6   mark as an exhibit --

 7              (Hill Deposition Exhibit No. 9 was

 8        marked for the record.)

 9   BY MR. LEVINE:

10        Q     I'm showing you Exhibit 9, which is a

11   statement by you on the League of the South website.

12        A     Okay.

13        Q     Dated -- dated August 22, 2018.

14        A     Okay.

15        Q     I may have misspoke.  So --

16        A     Yeah, I think you did, sir, because --

17        Q     It's not 22nd of February.  It's August.

18        A     Yes, exactly.  That makes a lot more

19   sense, yes.

20        Q     So the breaches -- the breaches that you

21   just testified to committed by the National Socialist

22   Movement occurred sometime in the first half of 2018,

23   after UTR?

24        A     To the best of my knowledge, that is

25   correct.  Sometime in the first half of 2018.

1                          J.M. HILL

2        Q     And what was about -- what was it about

3   the publication of the rallies that NSM made that was

4   unacceptable to League of the South?

5        A     If I understand your question correctly,

6   it had to do with the simple revelation that the

7   events were going to take place in the first place.

8   And secondly, it gave the exact place where we were

9   going to have our rally and, if I'm not mistaken, the

10  times that we were going to be there.

11             So it basically laid open to Antifa or

12  Black Lives Matter, or anyone else, of where we were

13  going to be and when.  And, as I said, I wanted the

14  ladies and everyone else to be safe.  That was it.

15       Q     What was your objection to that

16  happening, sir?

17       A     We didn't want trouble.  Every time --

18  this was in 2018.  We didn't want Antifa or Black

19  Lives Matter showing up and causing trouble for us or

20  the townspeople in the towns where we were.

21       Q     Now, during August of 2017 -- during

22  June, July and August of 2017, you did work with the

23  organizations in the Nationalist Front to participate

24  in the Unite the Right rally; isn't that right?

25       A     That is correct, yes.

1                           J.M. HILL

2        Q     And you coordinated certain operational

3   matters with Mr. Schoep on behalf of the National

4   Socialist Movement, correct?

5        A     That is correct, yes.

6        Q     And you coordinated and participated with

7   Mr. Heimbach on behalf of the Traditional Workers

8   Party, correct?

9        A     That is correct.

10        Q     And you understood -- and you had your

11   own contacts with Mr. Kessler; is that right?

12        A     Yes, I was in personal contact with

13   Mr. Kessler on several occasions.

14        Q     And you understood that the Unite the

15   Right rally was organized, in part, by Mr. Kessler,

16   correct?

17        A     That is correct, sir.

18        Q     Now, I want to just digress for a moment

19   and ask you about Discord.

20              Are you familiar with Discord?

21        A     Very, very vaguely.

22        Q     What are you -- what do you understand

23   Discord to be?

24        A     Discord was -- was presented to me by

25   Mr. Baker, Robert Baker, in the spring of 2017 as a

1                              J.M. HILL

2  platform that was mainly used by gamers, but it was

3  good for sharing public routes and things such as

4  that.

5            And we used it as an organization for a

6  bit that we held -- or we participated in, in

7  Pikeville, Kentucky in April of 2017, but I was

8  never -- I never knew very much about it.  I followed

9  his directives and I never really understood how to

10 use it.

11     Q     Did League of the South have its own

12 Discord channel?

13     A     We had our own Discord channel as far as

14 I know for the Pikeville, Kentucky event and beyond

15 that, sir, I am -- I simply have to pray ignorance.

16 I don't know.  It's nothing that I set up.

17     Q     But you had a Discord handle, didn't you?

18     A     I -- I must have because I got on the --

19 on the site that Mr. Baker set up for the Pikeville,

20 Kentucky event.  And I think I had to have it to get

21 on there, but I couldn't tell you what it was or how

22 to get on there to save my life.

23     Q     How -- how did League of the South use

24 Discord in connection with the Pikeville rally?

25     A     Mr. Baker sent me photographs of the

1                         J.M. HILL

2    roads to get to the place where we were going to be

3    doing our demonstration, and the best way to get in

4    and to get out to avoid Antifa and Black Lives

5    Matter.  So it was basically entry and exit from the

6    area we were going to be demonstrating in from aerial

7    photographs, I presume satellite photographs.

8         Q    I want to show you a stipulation, an

9    exhibit -- an exhibit that is a stipulation and order

10   for imaging preservation and production of documents,

11   which is an exhibit in this litigation, and we'll

12   mark that as Exhibit 10.

13              (Hill Deposition Exhibit No. 10 was

14         marked for the record.)

15                (Technical discussion.)

16   BY MR. LEVINE:

17        Q    So, Mr. Hill, please look at Exhibit A,

18   which we've marked now as Exhibit 10.

19              Is this your handwriting and your

20   signature?

21        A    I don't think so.  Yeah, that -- yeah,

22   that's my signature at the bottom, but that's not my

23   handwriting.

24              Yeah, it -- my handwriting says:  To the

25   best of my knowledge and based on the information I

 1                       J.M. HILL

 2     have received from members of League of the South.

 3              And then my signature.  But the

 4     information above that about all those user names and

 5     all that, that's not my handwriting.

 6         Q     Do you know whose it is?

 7         A     No, I have no idea whose it is.

 8         Q     But were these some of the -- did you

 9     understand when you signed it that these were some of

10     the platforms used by members of the League of the

11     South in participating in the Unite the Right rally

12     in August of 2017?

13         A     I recognize some of these.  For example,

14     Ox -- OxDissent, the first one on Twitter, I

15     recognize that as more than likely having been Brad

16     Griffin.

17              I have no idea about Lethal Injection on

18     Facebook.  I saw the password and it looked similar.

19     I know who the Hunter Wallace -- that's the name that

20     Brad Griffin goes by on-line.  And below that is

21     another OxDissent, and then Prosy (phonetic), I know

22     that that was connected to Brad as, I think -- I

23     think an e-mail address.

24              So I assume -- and as I said in my

25     signature below -- above my signature at the bottom,

1                          J.M. HILL

2    based on the knowledge that I had of things, they

3    seem to be -- seem to belong to Brad and -- Brad

4    Griffin.  They seem to belong to somebody in the

5    League, I guess is what I'm saying.

6              It's not my handwriting and I don't know

7    these -- none of these are mine.  I can tell you

8    that.

9        Q    And -- but during August of 2017, you

10   knew -- or withdrawn.

11             From June of 2017 through August of 2017,

12   you knew that the Unite the Right organizers and

13   participants were using Discord to communicate with

14   one another about the plans for the event, right?

15       A    Yes, I knew that.

16       Q    And did you have and use a Discord handle

17   to participate in those conversations?

18       A    To the best of my knowledge and the best

19   of my memory, I did not participate in any of those

20   discussions because I did not know how to use Discord

21   and I don't remember even being able to get on there.

22       Q    You provided the Discord information to

23   Mr. Griffin; is that right?

24       A    I don't remember providing any Discord

25   information to anybody, sir, because I'm telling you

1                           J.M. HILL

2    I didn't know anything much about it.

3         Q     But Mr. Baker and Mr. Griffin were

4    authorized by you to participate in planning

5    discussions for Unite the Right; isn't that right?

6         A     I asked -- I asked Mr. Baker.  I don't

7    remember asking Mr. Griffin one way or the other, but

8    I did ask Mr. Baker if he would monitor what was

9    going on on Discord and simply report to me what he

10   found.

11        Q     And you don't -- and did you also ask

12   Mr. Tubbs to participate?

13        A     No.  To my knowledge, I did not ask

14   Mr. Tubbs.

15        Q     But you asked Mr. Tubbs -- you gave

16   Mr. Tubbs assignments for Unite the Right; isn't that

17   right?

18        A     I don't recall, sir.

19        Q     You don't recall giving Michael Tubbs the

20   assignment of being the commander of operations for

21   League of the South at Unite the Right?

22        A     I misunderstood your question.  I thought

23   you were talking about something on Discord.

24              I did ask Mr. Tubbs if he would, as my

25   chief of staff, assume responsibility for whatever

 1                        J.M. HILL

 2  operations we did in Charlottesville, yes.

 3        Q     And do you know, as you sit here today,

 4  how Mr. Baker or Mr. Griffin or Mr. Tubbs got the

 5  information to participate in Discord?

 6        A     Repeat that, please.  I didn't hear the

 7  first part of what you said.

 8        Q     Do you know -- do you know how Mr. Tubbs,

 9  Mr. Griffin or Mr. Baker got the information about

10  Discord in order to participate in the communications

11  on it?

12        A     No, sir, I don't.  I do recall knowing

13  anything about Discord until I was simply -- I was

14  told by someone -- it may have been Mr. Kessler --

15  that there was a Discord channel and at that point I

16  don't remember whom I asked about getting on Discord

17  or anything else.  I didn't write any of this down.

18  I didn't know I would have to remember it.

19        Q     But you knew that Discord was, if you

20  will, a private communications channel that the

21  participants could use to organize the event; isn't

22  that right?

23        A     Yes, that is right.  Mr. Kessler told me

24  that they were setting up a Discord channel, yes.

25        Q     Let me show you the next exhibit, which

```
 1                         J.M. HILL
 2   is Exhibit 11.
 3              (Hill Deposition Exhibit No. 11 was
 4        marked for the record.)
 5   BY MR. LEVINE:
 6        Q    Can you take a look at this document,
 7   which discloses your cell phone number, various
 8   e-mail addresses and social media information.
 9              Do you see that?
10        A    What am I supposed to be looking for,
11   sir?
12        Q    The telephone numbers that are disclosed
13   for you?
14        A    Yes, I see them.
15        Q    And did you supplement this disclosure
16   with what you provided a few weeks ago, in March of
17   2020?
18        A    I'm not quite sure what you mean by that.
19   Did I supplement the information that's before me
20   with further information?
21        Q    Yes.
22        A    I don't recall.  Those are the only two
23   phone numbers that I have.  One is my office -- the
24   3580 is my cell number and the land line is the other
25   one.  But those are the other two numbers of mine
```

```
 1                        J.M.  HILL
 2   that I recognize.
 3        Q     So during this time, did you have -- you
 4   had a cell phone, correct?
 5        A     Yes, I did.  And it was the same number
 6   as you have on the screen here.
 7        Q     And did you have a laptop?
 8        A     No, I don't have a laptop.
 9        Q     Did you ever have a laptop?
10        A     I have access to a laptop.  It's someone
11   else's personal laptop.  It's not mine.  I don't have
12   one.
13        Q     Do you have a regular computer?
14        A     Yes, I have a desk top.
15        Q     And whose laptop have you used?
16        A     I haven't used it for League business.  I
17   use my wife's laptop for personal business and things
18   like that, but not for League business.
19        Q     Did you use the desk top for League
20   business?
21        A     Yes, I did.
22        Q     Did you provide the desk top to Mr. Jones
23   to be imaged?
24        A     I did.
25        Q     In this case?
```

1                          J.M. HILL

2          A      Yes, I did.

3          Q      And did you have any other cell phones

4    besides the cell phone that you see here?

5          A      No, sir.

6          Q      Did you provide that -- have you changed

7    cell phones since 2017?

8          A      No, sir.

9          Q      Did you provide the cell phone to

10   Mr. Jones for imaging in this case?

11         A      I did.

12                (Hill Deposition Exhibit No. 12 was

13         marked for the record.)

14   BY MR. LEVINE:

15         Q      Let's look at -- let's look at -- I'm

16   showing you what's been marked as Exhibit 13 -- or

17   Exhibit 12, which is an e-mail from you to Mr. Tubbs

18   in September of 2018.

19                Do you see that?

20         A      Yes, I see that.

21         Q      And that is an e-mail address for you,

22   lspres@protonmail.com, correct?

23         A      That's correct, yes.

24         Q      And the e-mail address for Mr. Tubbs is

25   had lscoc@protonmail.com, correct?

1                          J.M. HILL

2         A      That's correct, yes.

3         Q      And is lspres the name that you use for

4    the ProtonMail account?

5         A      Yes, that's my ProtonMail e-mail address.

6         Q      And that stands for League South

7    president?

8         A      League of the South president, exactly.

9         Q      And what does Mr. Tubbs' e-mail address

10   stand for?

11        A      Well, it should be -- it should be COS.

12   That's a mistake.  I think he subsequently changed

13   it.  That should be LSCOS, instead of COC.

14        Q      What does it stand for, sir?

15        A      I don't know what COC stands for.  You

16   would have to ask Mr. Tubbs.  Mine stands for LSPRES,

17   president.

18        Q      And when did -- did the League of the

19   South register e-mail accounts with ProtonMail as the

20   server in 2018 or before 2018?

21        A      Sir, I can't -- I can't remember when we

22   did that.

23        Q      Why did -- where is the ProtonMail server

24   located?  Where is that business located?

25        A      I always understood it was in

Page 84

```
 1                            J.M. HILL
 2    Switzerland.
 3         Q     And what was the reason that League of
 4    the South decided to use a Swiss server business
 5    instead of a more familiar one like Gmail or Yahoo?
 6         A     Because of security reasons.
 7         Q     And I'm showing you -- what do you mean
 8    by security reasons?
 9         A     We found it would be more difficult for
10    people to -- I guess -- and I'm -- to hack into our
11    e-mails or to -- to discover our private
12    conversations.
13         Q     You wanted to maintain the secrecy of the
14    League of the South communications to the fullest
15    extent possible; is that right?
16         A     We wanted to make sure our privacy was
17    secure.
18         Q     Are you -- are you familiar with any
19    other e-mail addresses on ProtonMail of any other
20    members of League of the South?
21         A     Not right offhand.  I don't -- no, I'm
22    not.
23         Q     How did you disseminate to League of the
24    South members the fact that you were using
25    ProtonMail?
```

```
 1                        J.M. HILL

 2         A    I don't remember.  I don't remember how

 3    we did that.  I'm sure it was one of two ways.

 4              MR. LEVINE:  Okay.  I'm going to

 5         take a break for lunch right now.  If

 6         it's okay with Mr. Jones and the reporter

 7         and Mr. Hill, I'd like to reconvene at

 8         12:30, only 30 minutes.  Is that

 9         acceptable?

10              THE WITNESS:  It's fine with me.

11              MR. JONES:  That's fine with me.

12         This is Bryan Jones.

13              MR. LEVINE:  Thank you, Bryan.

14         Reporter, is that okay?

15              THE COURT REPORTER:  Yes.

16              MR. LEVINE:  Okay.  Let's go off

17         the record at noon.

18              THE VIDEOGRAPHER:  The time is

19         12:01 p.m.  We're off the record.

20                   (Brief pause.)

21              THE VIDEOGRAPHER:  The time is

22         12:33 p.m.  We're on the record.

23              THE COURT REPORTER:  This is the

24         court reporter.  Can I, please, have

25         everyone who is on the conference call
```

```
 1                    J.M. HILL

 2   identify themselves, along with their

 3   phone number, please.

 4        MR. CAMPBELL:  Sure.  This is Dave

 5   Campbell on behalf of Defendant Fields.

 6   I'm not sure of my exact outgoing number,

 7   but the number is some derivative of

 8   (804)644-7400.

 9        MR. KOLENICH:  This is Jim

10   Kolenich, and my number is (513)324-0905.

11   I'm also logged in on a desktop under the

12   name Jim.

13        MR. JONES:  This is Bryan Jones.

14   Jeremy Lawdonsock (phonetic) is -- works

15   for me in my office.  He's on the line,

16   too.  He has another line.  He's on his

17   computer, not on a real phone.

18        MR. LEVINE:  Who is Mr. Lawdonsock?

19        MR. JONES:  Sorry.  What was that?

20        MR. LEVINE:  Who is Mr. Lawdonsock?

21        MR. JONES:  He works for me.  He

22   works for my office.  This is Bryan

23   Jones.

24        MR. LEVINE:  Okay.  And who is KB?

25   There's somebody identified as KB
```

1                       J.M. HILL

2         participating.  And who is Simi, S-i-m-i?

3             MR. CAMPBELL:  One of the experts

4         on the case, and so is KB.

5             MR. LEVINE:  Okay.  Thank you.

6    BY MR. LEVINE:

7         Q    Mr. Hill, let's proceed.  I'll remind you

8    you're under oath.  Okay.

9             We're going to show you an exhibit, which

10   is an e-mail on your behalf, League of the South,

11   dated May 17, 2017.

12            Do you see it?

13        A    Yes, I see it.

14        Q    I'm marking this as Exhibit 13.

15            (Hill Deposition Exhibit No. 13 was

16        marked for the record.)

17   BY MR. LEVINE:

18        Q    Mr. Hill, what was the e-mail address

19   lsstaff@yahoogroups.com?

20        A    That was an old group -- I don't even

21   know what to call it -- I guess e-mail list that we

22   used at one time.  I think it's still extant, but we

23   hardly ever use it.

24            I used it for this because I knew there

25   were a few people on there I couldn't get in contact

1                          J.M. HILL

2    with otherwise, but it's just pretty much obsolete.

3         Q     But you were using it in May of '17?

4         A     Yes, I know.  I said there were two or

5    three people on there that I thought I could reach

6    that I couldn't reach otherwise.  So --

7         Q     And what is the -- and how many people

8    were on the group -- in the group contact of LSSTAFF?

9         A     At one time, that was our main way of

10   e-mail communication with our officers, but over --

11   over time it kind of fell by the wayside.  I don't

12   know.  I don't know the exact number.

13        Q     But it was officers in each of the state

14   chapters?

15        A     I do believe that was the way it was set

16   up, yes.

17        Q     So who organized that contact

18   identification, that group?  Was that something you

19   did?

20        A     No.  That was something a previous member

21   who was our -- sort of our unofficial communications

22   man, did for us years and years and ago.  He's long

23   gone.

24        Q     Who was that?  Spell it.  What's his

25   name?

1                              J.M. HILL

2        A       Pardon?

3        Q       What is his name?

4        A       Michael Crane, C-R-A-N-E.

5        Q       And what does LSBOD stand for?

6        A       LS board of directors.  The staff was for

7    officers below the board level, and BOD meant LS

8    board of directors.  So --

9        Q       Was this e-mail sent by you or on your

10   direction?

11       A       I think actually I sent it and included

12   LSSTAFF and LSBOD among the recipients of this.

13   So -- that was at a time when I was still -- still

14   using that to some degree, because as I said, there

15   were a few people on there I didn't know I could

16   reach any other way.

17       Q       And this document says, among other

18   words, I'm reading only part of it:  This is an

19   official call for resistance.  I have spoken with

20   many of you at length face to face about the nature

21   of such resistance.

22       A       Yes.

23       Q       The Facebook and all other internet

24   platforms are either controlled by the enemy or

25   monitored by the authorities that care not what

```
 1                          J.M. HILL
 2   happens to us and our civilization.  Therefore, I
 3   want no discussion here or elsewhere on-line of any
 4   resistance strategies, tactics, logistics, plans,
 5   operations or after-action reports.  Those will --
 6   those all will be handled through secure channels,
 7   period.
 8              What was the -- what was the
 9   resistance -- what was the object of the resistance,
10   Mr. Hill?
11        A     It's been over three years ago.  I don't
12   recall.
13        Q     So, essentially, were you instructing
14   people on the League of the South board of directors
15   and staff not to use Facebook and other internet
16   platforms that could be monitored?  Yes?
17        A     Yes, yes.  I was -- yes, the answer is.
18        Q     And what -- what secure channels were you
19   relying on starting in May of 2017 to communicate?
20        A     Mainly telephone calls and face-to-face
21   communication.
22        Q     Well, you were also using ProtonMail,
23   correct?
24        A     I can't remember when I started using
25   ProtonMail.
```

```
1                      J.M. HILL
2        Q     You were using -- some were using
3   Discord, correct?
4        A     Let's see.  May?  We had -- in April, I
5   believe it was, of 2017 we had a Discord channel that
6   was set up for our Pikeville, Kentucky event, but
7   that was strictly for logistics for that operation.
8   Otherwise, I was communicating sensitive information
9   by phone and face-to-face.
10       Q     What about the server called DK?
11       A     Sir, I -- yeah, I can barely hear you.
12       Q     What about the server called VK?  Are you
13   familiar with that?
14       A     Yes, I am.  I have a personal VK account.
15       Q     And what is VK?
16       A     It is, to my understanding, the Russian
17   equivalent of Facebook.
18       Q     And when did you start using VK?
19       A     I can't remember.
20       Q     At least as far back as 2017?
21       A     I can't remember.  I'll have to go back
22   and look at things to see when I -- when I started
23   and when I started posting.  I can't remember right
24   offhand.
25       Q     Could you please do that and when you --
```

```
 1                          J.M.  HILL
 2    you will receive a copy of this transcript after the
 3    deposition is concluded.
 4          A     Right.
 5          Q     And I'm going to ask the reporter to
 6    leave a space for you to enter the date after you
 7    check on when you started to use VK.
 8          A     That will be fine.
 9                ANSWER:_____
10          _____.
11    BY MR. LEVINE:
12          Q     And then you'll look and see whether the
13    answers to the interrogatories need to be
14    supplemented with VK, with additional information.
15    Okay?
16                Did you make an effort, in discussing
17    tactics and strategies with members of the League of
18    the South in connection with Charlottesville, to keep
19    your communications over the phone and face-to-face
20    which could not be hacked or identified or located by
21    the authorities?
22          A     No, we made no specific attempt to do
23    that.
24          Q     But you used your traditional forms of
25    communication pursuant to this directive, correct?
```

```
 1                         J.M. HILL

 2        A     We used Facebook, Twitter and, at the

 3   time, I'm not sure that we were on VK yet.  VK -- I

 4   know that VK was the substitute, for me, for Facebook

 5   when I got kicked off after Charlottesville.

 6              I would say we used the normal social

 7   media links of Facebook and Twitter, and we used

 8   phone calls, we used e-mails and we used face-to-face

 9   communications, for all sorts of information.

10        Q     I'm going to show you an exhibit which we

11   will mark as Exhibit 14.

12              (Hill Deposition Exhibit No. 14 was

13         marked for the record.)

14   BY MR. LEVINE:

15        Q     This is from the website of League of the

16   South dated August 23, 2017.

17              This is written by you on behalf of

18   League of the South; is that right?

19        A     That is correct.

20        Q     And in the beginning of this -- do you

21   want to read this -- read the beginning of it.  I'll

22   ask you a question or two.

23        A     You said at the beginning, do you mean

24   the first paragraph?

25        Q     First two paragraphs.
```

1                         J.M. HILL

2      A     First two.  Okay.  I'll read it.

3            Okay.  I'm finished with the first two

4   paragraphs.

5      Q     And from whom did you receive the

6   invitation to speak at this event?

7      A     From Jason Kessler.

8      Q     Was that an invitation conveyed in a

9   conversation or an e-mail?

10     A     I don't recall, but I think it was made

11  in a phone call.  I don't know -- I can't remember

12  for sure, but I think it was a phone call.

13     Q     And I take it he called you?

14     A     I can't remember.

15     Q     Was there an intermediary between you and

16  Mr. Kessler?

17     A     No, I don't believe there was.

18     Q     So had you ever met Mr. Kessler before

19  you talked to him on the phone in the spring of 2017?

20     A     No, I had not.

21     Q     So you wouldn't be calling him, then; is

22  that right?

23     A     I wouldn't say that I wouldn't be calling

24  him.  I just right now don't remember if he called me

25  or I called him.

1                        J.M. HILL

2        Q     But if you called him, how did you get

3   his name and number?  Who's the intermediary, sir?

4        A     I don't -- I don't recall having an

5   intermediary.  And I'm not saying he didn't call me.

6   I'm just saying I don't remember.

7        Q     And what did Mr. Kessler say to you in

8   that first conversation?

9        A     To the best of my knowledge, sir, he

10   asked me if I would agree to speak at the Unite -- he

11   explained the Unite the Right rally to me, what it

12   was all about, the reason for having it.  He asked me

13   if I would speak and if I would ask the League of the

14   South members to come in support of the rally.

15              And I agreed to speak and to ask our

16   people to attend.

17        Q     What did he tell you was the purpose of

18   the rally?

19        A     The purpose of the rally was to defend

20   the statue of Robert E. Lee, and that was then known

21   as Lee Park in Charlottesville, because of threats by

22   the City of Charlottesville to take the statue down.

23        Q     Have you heard of the rally in May in

24   Charlottesville regarding the same statue?

25        A     I remember speaking of a rally that was

```
 1                         J.M. HILL
 2   organized, I believe, by Richard Spencer.  Yes, I was
 3   aware of it.  I heard something about it on social
 4   media.
 5        Q     Did you attend that rally in May of 2017?
 6        A     I did not.
 7        Q     Do you know of any League of the South
 8   members that attended that rally in May of 2017?
 9        A     I don't recall any right now.
10        Q     So what did Mr. Kessler tell you was the
11   purpose of the rally in July of -- the purpose of the
12   rally coming up in August of 2017?
13        A     He told me it was to rally support for
14   the statue of Robert E. Lee, at Lee Park, which was
15   being threatened to be taken down by the authorities
16   in the City of Charlottesville.
17        Q     You have, in the first paragraph of
18   Exhibit 14, the sentence:  The League of the South
19   went to Charlottesville for two main reasons:  To
20   spread our nearly quarter century old message of
21   southern nationalism and independence, and to stand
22   with our allies on the right in defense of the memory
23   of hard-line heroes.
24        A     That is correct.
25        Q     What did Mr. Kessler say, if anything,
```

```
 1                         J.M. HILL
 2    about the first part of that sentence, namely,
 3    spreading the nearly quarter century old message of
 4    southern nationalism?
 5         A     To the best of my knowledge, he didn't
 6    say anything about that.  That was our goal, was to
 7    use our presence there to spread our message.
 8         Q     Did you understand from Mr. Kessler
 9    who -- whether you were going to be the only speaker
10    or whether there would be other speakers?
11         A     Sir, you're breaking up.  I can't hear
12    you.  Could you please repeat that.
13         Q     Did you understand from Mr. Kessler that
14    you were going to be the only speaker at this event
15    or that there would be other speakers?
16         A     He said there would be other speakers.
17         Q     Did he tell who any of those other
18    speakers were?
19         A     At the time, I don't recall if he told me
20    about that or not in our initial phone call.  I just
21    heard he was trying to gather a group of speakers and
22    he asked me if I would be part of it.
23                    (Technical discussion.)
24                    THE VIDEOGRAPHER:  Would you like
25             to call back in.  The number is
```

1                       J.M. HILL

2          646-558-8656.  I'll start again.

3          646-558-8656.

4               (Technical discussion.)

5    BY MR. LEVINE:

6          Q    So, Mr. Hill, I was in the middle of

7    asking you a question, Mr. Hill.

8               Did you understand from Mr. Kessler who

9    the other speakers would be?

10         A    As best I recall, in our first

11   conversations I didn't ask him who any of the

12   speakers were going to be and he didn't tell me.

13   Now, subsequently, I did learn who some of them were.

14         Q    And who did you learn -- who were the

15   first few speakers that you learned would be joining

16   you on the platform?

17         A    Well, one was Mr. Kessler himself.  And,

18   you know, I -- I'd have to go back and kind of look

19   at the -- at the brochure that they did on this to

20   see.  I mean, the event never took place, so I have

21   no memory, you know, of who spoke.

22               And by the way, I'm getting a bad echo on

23   here.  It's hard to talk.

24         Q    Mr. Hill, did you understand, in the

25   initial conversation or the early conversations with

1                           J.M. HILL

2     Mr. Kessler, that the speakers would generally be

3     supportive of the message of southern nationalism

4     that League of the South stood for?

5          A     No.

6          Q     Did you understand that your allies from

7     the Nationalist Front would be invited and cooperate

8     and join this event?

9          A     At that time, no.

10         Q     When did you learn that?

11         A     I don't recall.  It was sometime in the

12    summer of 2017, but I don't recall exactly.

13         Q     So sometime -- is it fair to say, then,

14    that sometime before July of 2017 you understood that

15    the other speakers and participants that would be

16    participating would all share the common message of

17    the southern nationalist message of League of the

18    South?

19         A     No.  No.  I never anticipated that they

20    would.  We were there as a distinct organization,

21    with a distinct message, and I didn't expect anybody

22    else to support that message necessarily.

23         Q     Well, you understood that your allies in

24    the Nationalist Front were also invited, correct?

25         A     Later on -- later on that summer, I found

1                          J.M. HILL

2    out that Traditionalist Workers Party, NSM and others

3    were considering going, and in some cases had been

4    asked to go.

5          Q     And did you learn that there were

6    discussions with -- withdrawn.

7                So before the plans got finalized, you

8    understood that those organizations would be joining

9    the rally, correct?

10         A     I can't remember exactly when I learned

11   that TWP and NSM were going to be there, but I think

12   it's fair to say that, by July, that that would have

13   been the case.

14         Q     And is it fair to say that you shared

15   common goals with NSM and with TWP?

16         A     If we did, they would have been just very

17   general goals.  As I said, we're a distinct,

18   stand-alone organization.  We were, to my knowledge,

19   the only southern nationalist organization there.

20         Q     But other than the focus on the southern

21   heritage, is it fair to say that you shared common

22   goals with NSM and TWP?

23         A     Could you please define what you mean by

24   goals here?

25         Q     Did you share a common purpose?

1                            J.M. HILL

2        A      I'm not sure I can answer that.  I --

3        Q      Well, you formed -- Mr. Hill, I'm not

4    trying to make this difficult.

5               You formed an alliance called the

6    Nationalist Front in the spring of 2017 with those

7    two organizations; isn't that right?

8        A      That is correct.

9        Q      So then you tell me, when you formed that

10   alliance in the spring of 2017, what did you

11   understand you had in common with them that gave you

12   comfort that you should be an alliance with them?

13       A      The fact that they were very pro-white

14   and nationalist in their outlook, and also we

15   believed that we needed an alliance where our numbers

16   would be suitable to go to some of these places

17   because of the danger level involved.

18              We had seen what Antifa and Black Lives

19   Matter had done on the West Coast, in particular, and

20   we thought it would be for security, increase our

21   security.

22       Q      So, Mr. Hill, you understood when you

23   formed the alliance, the Nationalist Front, that TWP,

24   NSM and Vanguard America shared white nationalist

25   objectives that League of the South did; isn't that

1                          J.M. HILL

2    right?

3         A    I'm not sure about the objectives.  I

4    think their pro-white stances were --

5              I'm having a hard time with this echo,

6    sir, I really am.  Is there some way that we can get

7    this cleared up, because it's really having -- I'm

8    having a hard time concentrating on my answers.

9              MR. LEVINE:  Well, I don't know

10        what to tell you, Mr. Hill.  You can try

11        back on your cell phone.

12             THE WITNESS:  Is there a what now?

13             MR. LEVINE:  Do you want to try

14        back on your cell phone?

15             THE WITNESS:  Yes, let me try that

16        again and see how it works.  Hang on.

17             (Brief pause.)

18             MR. LEVINE:  Are we ready,

19        Mr. Hill?

20             THE WITNESS:  Okay.  Yes, I'm

21        ready.

22   BY MR. LEVINE:

23        Q    So I asked you:  Since you formed an

24   alliance on behalf of League of the South with TWP

25   and NSM and Vanguard America in the spring of 2017,

1                          J.M. HILL

2   what was -- what was the reason for forming that

3   alliance?

4        A     The -- the alliance -- the alliance's

5   first operation was in Pikeville, Kentucky, and we

6   decided at that point that it would be good to work

7   with these groups because of the numbers involved.

8             We were aware of things, and we thought

9   the more people we had, the more secure we would be.

10  And, as I said, these groups shared white nationalist

11  sympathies -- not necessarily the same goals or

12  programs, but sympathies -- with the League, and we

13  thought that it would be a good thing to have a sort

14  of informal -- to create an alliance at some of these

15  events that we were going to be participating in

16  throughout the summer of 2017.

17       Q     And when Mr. Kessler -- when your

18  discussions with Mr. Kessler proceeded in the -- into

19  the summer of 2017, did you understand that all of

20  the organizations to be invited to Unite the Right in

21  Charlottesville would share the same white

22  nationalist sympathies?

23       A     I don't think that -- I don't think that

24  we actually discussed that, but I think it was

25  implicit that all of us shared some common ideas and

```
 1                         J.M. HILL

 2    principles.

 3         Q     And when you wrote in August of 2017,

 4    quote, We also encouraged our members to attend what

 5    was shaping up to be a large gathering of right wing

 6    groups in a show of solidarity in defense of our

 7    southern inheritance, you understood that all of

 8    those participating organizations and speakers shared

 9    your common view of white nationalism, correct?

10         A     Yes, I understood that they shared our

11    common view of white nationalism, and they were there

12    specifically to help us with some of these events.

13    As I started to say, it had been our intention here.

14         Q     And so the Unite the Right rally wasn't

15    only about protesting the General Lee statue.  It was

16    intended to promote the white nationalist views of

17    the right wing groups that would be participating;

18    isn't that right?

19         A     I can't speak for the other groups except

20    for League of the South.  I don't know whether the

21    NSM or TWP -- I do not know that they would be

22    there --

23              (Technical discussion.)

24              MR. LEVINE:  Mr. Hill --

25              Madam Court Reporter, why don't you
```

```
 1                    J.M. HILL
 2    read what you have, and see if Mr. Hill
 3    wants to add anything.
 4         (The answer was read into the
 5    record.)
 6         THE WITNESS:  What I meant to
 7    convey is that I don't know why TWP or
 8    NSM was there or what they wanted to
 9    accomplish --
10         THE COURT REPORTER:  Again, you're
11    breaking up.  You're breaking up.  I'm
12    not getting any of that.  I don't know if
13    you're too close to the phone or what.
14         Lem, are you getting the same
15    distraction I am, or do you hear him?
16         THE VIDEOGRAPHER:  Yes, I am
17    getting exactly the same thing.  It's
18    breaking up and distorted.
19         THE COURT REPORTER:  Yeah.
20         MR. JONES:  Let's go off the record
21    here and see if we can figure out what's
22    going on.
23         THE VIDEOGRAPHER:  The time is
24    1:14 p.m.
25              (Technical discussion.)
```

1                          J.M. HILL

2              THE VIDEOGRAPHER:  The time is 1:17

3       p.m.  We're on the record.

4  BY MR. LEVINE:

5       Q    So, Mr. Hill, let me ask the question

6  again and see whether we can get your answer.  Can

7  you hear me, Mr. Hill?

8              So let me ask the question again and

9  maybe try to answer it as succinctly as you can.

10             And so the Unite the Right rally wasn't

11  only about protesting the General Lee statue.  It was

12  intended to promote the white nationalist views of

13  the right wing groups that would be participating;

14  isn't that right?

15       A    Like I said, I can't speak for what --

16       Q    I'm only asking you -- sir, I'm only

17  asking you to speak on behalf of League of the South

18  and your understanding on -- as to the basis for the

19  rally?  Mr. Hill?

20             (Technical discussion.)

21  BY MR. LEVINE:

22       Q    Okay.  Mr. Hill?

23       A    Yes.  Yes, I can hear you.

24       Q    So let me ask the question a third time.

25  Let's see if you can answer it succinctly.

1                           J.M. HILL

2              And so am I correct that the Unite the

3    Right rally, as you understood it in its planning

4    stage, wasn't only about protesting the General Lee

5    statue in Charlottesville; it was intended to promote

6    the white nationalist views of the right wing groups

7    that would be participating, correct?

8         A    No, I never understood it to be that way.

9              THE VIDEOGRAPHER:  Sir, I can't see

10        you on the video.

11             THE WITNESS:  Well, that -- if I

12        get too close to the phone, it starts

13        interfering with the audio.  So what I

14        need to get --

15   BY MR. LEVINE:

16        Q    Didn't you say on August 23rd that there

17   were two reasons for League of the South

18   participating, one of which was to spread your

19   message of southern nationalism?

20        A    Yes, I did, and that was -- that was

21   always our goal.

22        Q    And didn't you also say on August 23rd

23   that you encouraged members to attend what was

24   shaping up to be a large gathering of right wing

25   groups in a show of southern solidarity in defense of

1                          J.M. HILL

2    our southern inheritance?

3         A    Yes, I did say that, and that's exactly

4    why the League went.

5         Q    So if you said both of them, that's --

6    those are the reasons why you encouraged people to

7    attend from League of the South, right?

8         A    Yes, of course.

9         Q    And did you learn, ever, that people that

10   would be invited and speaking wouldn't share those

11   two essential facts?

12        A    I didn't expect them to do anything that

13   would generally promote the League of the South, but

14   I did expect them to come to Virginia to help us

15   defend our southern cultural heritage.  So, yes on

16   one, and no on the other.

17        Q    But the southern cultural heritage was a

18   white nationalist southern cultural heritage,

19   correct?

20        A    Not necessarily.

21        Q    Well, did you ever learn that any of the

22   people that were invited to speak didn't share that

23   white nationalist philosophy?

24        A    No, I didn't, and I didn't have a chance

25   to learn it there because they were not allowed to

1                          J.M. HILL

2    speak.

3          Q     But you saw all of the -- you saw banners

4    and -- banners of participating speakers; isn't that

5    right?

6          A     I don't know if any of those banners

7    represented any particular speaker.  As I said, I

8    can't remember exactly everybody on the agenda at

9    this point.  I'd have to refresh my memory.  But I

10   don't know what those gentlemen were going to say.

11         Q     But did you ever -- would you have gone

12   and asked the League of the South members to go if

13   you didn't understand that the participants and the

14   speakers were going to share your white nationalist

15   philosophy?

16         A     I would not have gone had I thought that

17   they would have been in opposition to it.

18         Q     Thank you.

19         A     I don't have to always be somewhere where

20   everybody agrees with me, and this was one of the

21   cases where that would have been -- been true, you

22   know.  So --

23         Q     You didn't understand that people from

24   Black Lives Matter were being given an opportunity to

25   speak at the rally, right?

Page 110

1                          J.M. HILL

2        A      If -- if we had had Black Lives Matter or

3   Antifa people speaking at the rally, I wouldn't have

4   been there to speak.

5        Q      Thank you.  Okay.  And the people that

6   you were working -- withdrawn.

7               You worked with Mr. Kessler in organizing

8   League of the South's role, correct?

9        A      We discussed it.  Basically, we decided

10  to provide for our own security when we saw that

11  Mr. Kessler's plan didn't provide for a lot of

12  security, in our opinion.  So --

13       Q      Putting security aside, Mr. Hill, you

14  talked to Mr. Kessler about organizing the event;

15  isn't that right?

16       A      Yes, that is -- that is correct.

17       Q      And you talked to Mr. Schoep about

18  organizing the event, correct?

19       A      That is correct.

20       Q      And you talked to Mr. Heimbach about

21  organizing the event, correct?

22       A      Yes.

23       Q      And you understood all of them to be

24  sharing a common white nationalist view as to the

25  purpose of the rally; isn't that right?

1                        J.M. HILL

2        A     No, not necessarily.  We didn't discuss

3   anything much about the principles involved in it.

4   We all kind of know each other, and we knew that we

5   were going there, and we presumed they were going

6   there to defend our southern cultural heritage.

7        Q     Did Mr. Kessler discuss with you whether

8   other participants who didn't share your views should

9   be included?

10        A     No, he didn't.  Not to my knowledge.

11        Q     Are you familiar with the words

12   alt-light?

13        A     Alt-light?

14        Q     As opposed alt-right.

15        A     I've heard the term.  I'm not sure I know

16   what it means.

17        Q     So let me show you -- let me show you an

18   exhibit we will mark as Exhibit No. 15.

19              (Hill Deposition Exhibit No. 15 was

20        marked for the record.)

21   BY MR. LEVINE:

22        Q     This is an e-mail and graphic from you

23   dated June 19, 2017.  You're sending it to Dennis

24   Durham.

25        A     Okay.

1                         J.M. HILL

2        Q      Who is Mr. Durham?

3        A      Mr. Durham was our previous Virginia

4   League of the South state chairman.  I think he

5   resigned shortly before Charlottesville.

6        Q      Do you know why he resigned before

7   Charlottesville?

8        A      He said it was personal reasons.

9        Q      And was Mr. Durham involved with you in

10  the planning for the Unite the Right?

11       A      Not to my knowledge.  I don't remember

12  that he was.

13       Q      Did you send him this press release from

14  the League for the event?

15       A      I may have.  I don't recall.

16       Q      Take a look at it, sir.  And look at the

17  graphic.  Do you see on the top, it says, Unite the

18  Right, and underneath --

19       A      Yes, I see that.

20       Q      -- League of the South.com?

21       A      Yes, I see that.

22       Q      And that -- this was sent on to the state

23  chair in Virginia for the event, correct?

24       A      Hold on just a second.  I'm going to get

25  away from this interference over here.

1                            J.M. HILL

2              I'm not sure when I sent that to him.  I

3    probably did.  It looks like something I am familiar

4    with.  We passed a lot of those brochures and all

5    around on-line, and I don't recall exactly who -- to

6    whom I sent what.  It's possible that I sent one to

7    Mr. Durham.

8         Q     And do you see on that -- that banner, it

9    identifies the free speech rally alt-south,

10   alt-right, and alt-light -- alt-light, all coming

11   together to stand against Antifa.  Do you see that?

12        A     Yeah, I see that.

13        Q     And what did you mean then, when you put

14   alt-light on that banner?

15        A     I didn't put it on that banner.  I merely

16   passed that banner on.  I had nothing to do with

17   making that banner --

18        Q     Is it your testimony, Mr. Hill, when you

19   passed this off as a banner on behalf of League of

20   the South, that you didn't know what these entities

21   were all about that were identified on the banner?

22        A     I had a general idea of what alt-light

23   meant.  I had never --

24        Q     Well, what is your general idea, sir?

25        A     The general idea is it would be sort of a

```
 1                        J.M. HILL

 2   mainstream conservative, somebody who might not be

 3   hard right, like we were, like we characterize

 4   ourselves.

 5                And alt-south, I just took to mean that

 6   it would be a conservative from the south, sort of an

 7   alt-light type conservative from the south.  So I was

 8   really not --

 9        Q    Mr. Hill -- Mr. Hill, you sent this out

10   in June of 2017, correct?

11        A    Right.  That -- as far as -- as far as it

12   goes -- I think that's what it says on there, so I

13   presume that is right.

14        Q    And your press release says, in part, a

15   quote from you:  Now we look forward to standing with

16   our allies on the right in Charlottesville --

17        A    Right.

18        Q    -- if you have southern blood in your

19   veins and are proud to call yourself a son or

20   daughter of Dixie, then come and join us.

21        A    Right.  Correct.

22        Q    Now, didn't you come to learn, after you

23   sent this banner, that members of the alt-light and

24   alt-south were disinvited as speakers to the Unite

25   the Right rally and it was going to be made up
```

1                          J.M. HILL

2    exclusively of right wing groups that affiliated with

3    the alt-right?

4         A     Mr. Kessler did not discuss with me his

5    reasons for inviting or disinviting any people to

6    speak --

7         Q     I asked you, Mr. Hill, didn't you come to

8    learn --

9              MR. JONES:  Please stop

10             interrupting the witness.

11   BY MR. LEVINE:

12        Q     Mr. Hill, you're not answering the

13   question.

14        A     All right.  Pose the question again, sir.

15        Q     I didn't ask you why it was done.

16             I asked you first if you came to learn,

17   after you sent this banner, that members of the

18   alt-light and alt-south were disinvited as speakers

19   to the Unite the Right rally and it was going to be

20   made up exclusively of right wing groups that were

21   affiliated with the alt-right?

22        A     No, I do not recall having learned that

23   from Mr. Kessler.

24        Q     Do you remember learning that at all,

25   sir?

1                           J.M. HILL

2        A      No, I don't remember learning that at

3    all.

4        Q      Isn't it a fact, sir, that that's what

5    happened?

6        A      I don't know.  That was Mr. Kessler's

7    business, not mine.  I don't know what was going on

8    in his mind regarding inviting or disinviting

9    anybody.  All I know is I showed up to give my speech

10   and that's all I know.

11       Q      Well, were you familiar, in June of 2017,

12   with -- you were familiar with Mr. Heimbach, correct?

13       A      Yes, I've known Mr. Heimbach for several

14   years.

15       Q      And who was Mike Enoch?

16       A      I don't know who Mike Enoch is.  I've

17   heard the name, I never met him.  I couldn't pick him

18   out if he walked in front of me, I wouldn't know him.

19       Q      Was his other name Peinovich?

20       A      I don't know, sir.  I told you I don't

21   know the man.

22       Q      And you know Richard Spencer or knew of

23   Mr. Spencer?

24       A      I had a couple of telephone calls with

25   Mr. Spencer.  I'd never met him in-person.

1                          J.M. HILL

2        Q      Did you have those calls before June of

3    2017?

4        A      Yes, they were in the years past.  He had

5    invited me to speak at one of his events and it was

6    long before Charlottesville.

7        Q      Did you understand his views to be

8    compatible with views of League of the South?

9        A      Yeah, in the sense that he was very pro

10   European, pro western civilization, yes.

11       Q      Did he also share the views of League --

12   as League of the South in respect to Jews and blacks?

13       A      I have no idea.  I never really discussed

14   it with him.

15       Q      And what about Augustus Invictus?

16       A      At the time, I didn't know who he was.  I

17   had no idea who he was.  I never met him.  I never

18   met him at that time.

19       Q      Did you learn from Mr. Kessler, in your

20   conversations, what his views were on white

21   nationalism?

22       A      I don't recall.  I don't think so, but I

23   don't recall for sure.

24       Q      Do you know a man by the name of Chris

25   Cantwell?

1                          J.M. HILL

2          A     I've heard the name.  I've never met him.

3    I don't know what he believes.  I just -- I know he's

4    some supposed figure of the alt-right.  That's all I

5    know.

6          Q     And what about a man by the name of Baked

7    Alaska?

8          A     I've heard the name.  Never met him.

9    Don't know what he believes.

10         Q     What about Based Stickman?

11         A     Heard the name on social media.  I think

12   he's from the West Coast.  Other than that, I don't

13   know anything about him.  Never met him.  Don't know

14   what his views are.

15         Q     Did you associate Based Stickman with the

16   Battle of Berkeley?

17         A     That seems to ring a bell.

18         Q     What was the Battle of Berkeley?

19         A     Well, I can only tell you from what I

20   learned on social media, mainly, and that was a -- it

21   was a clash between Antifa -- and I don't know if

22   Black Lives Matters was involved -- and some right

23   wingers, and I don't know exactly who they were, but

24   I understand that it was a pretty serious affair.

25         Q     Did you understand that the groups that

1                        J.M. HILL

2    would be invited to the Charlottesville rally, Unite

3    the Right, were going to share your views of southern

4    nationalism?

5         A    No, I had no idea if they would share my

6    views of that or not.

7         Q    Let's mark -- I'm going to mark exhibit

8    16.

9              (Hill Deposition Exhibit No. 16 was

10        marked for the record.)

11   BY MR. LEVINE:

12        Q    I'm showing you what's been marked as

13   Exhibit 16.

14        A    Okay.

15        Q    I believe this is a tweet on your Twitter

16   account.

17             Can you identify it?

18        A    Yes, as best I can.  I obviously don't

19   have access to that Twitter account anymore, but --

20        Q    Did you have a Twitter account?

21        A    Yes, I did, I had a Twitter account --

22   the same Twitter account, I think, since 2010, and I

23   think they took it away from me -- I want to say --

24   in December of 2017, in the aftermath of

25   Charlottesville.

1                          J.M. HILL

2              So I haven't had access to Twitter

3    account since December of 2017, so I guess I'll have

4    to take your word for it, but I saw what you put on

5    the screen.

6         Q     Do you see -- was your Twitter account At

7    Michael Hill 51?

8         A     As best I recall, sir, that was my

9    Twitter name at that time.

10        Q     What does 51 stand for?

11        A     That's the day that -- that's the year,

12   sorry, that I was born, 1951.

13        Q     And on or about July 24, did you tweet:

14   Quote, If you want to defend the south and western

15   civilization from the Jew and his dark-skinned

16   allies, be in Charlottesville on 12th August?

17        A     If that is an accurate representation

18   from my actual Twitter account that I had at the

19   time, I would say that, yes, I did -- I did write

20   that.

21        Q     And when you -- that was a tweet that

22   went out to the general public, correct?

23        A     I don't recall, sir, if it went out to

24   the general public or not.

25        Q     Was -- were you able to restrict your

1                         J.M. HILL

2    Twitter account to only people that would subscribe

3    to your views?

4         A     No, I don't think so, and I don't think

5    that was done in a chat room.  So I think by process

6    of elimination it was sent out to the public.

7         Q     And you were calling for all people, if

8    they agreed with you to defend south and western

9    civilization from the Jew and his dark-skinned

10   allies, to go to Charlottesville on August 12th,

11   correct?

12        A     Yes, that was a call to the general

13   public.  We had hoped to have people contact us and

14   maybe they would, before they went to

15   Charlottesville, become a member of the League of the

16   south.  And that happened on a number of occasions,

17   we got new members from calls like that.

18        Q     And you were looking for people that were

19   sympathetic to your white nationalist views, correct?

20        A     Well, we were looking for people who were

21   particularly sympathetic to our southern nationalist

22   views and would want to defend the southern -- our

23   southern heritage, in particular the Lee statue.

24        Q     The southern nationalist views, as you

25   said in your writings, your own writings at the very

```
 1                        J.M. HILL

 2   beginning of this deposition, were southern, slash,

 3   white nationalist views, correct?

 4        A    Well, yes, and we -- we've already talked

 5   about what the distinction is between those, but yes,

 6   yes, that is true.

 7        Q    Take a look at the next exhibit, which

 8   we'll have marked as Exhibit 17.

 9             (Hill Deposition Exhibit No. 17 was

10        marked for the record.)

11             THE WITNESS:  All right.  Let me

12        walk back over here to my cell phone.

13             THE VIDEOGRAPHER:  Mr. Hill, if you

14        turn your volume down on your phone, you

15        might not get the feedback.

16   BY MR. LEVINE:

17        Q    Do you see exhibit -- what we've marked

18   as Exhibit 17?

19        A    It's not -- it hasn't come up yet.  I'm

20   waiting for it.  Okay.

21             Yes, I see that.  I remember getting that

22   from Jason Kessler.

23        Q    This was this secret operational document

24   for the Unite the Right rally, correct?

25        A    That is correct.  Yes.
```

1                           J.M. HILL

2         Q      And he shared that with you in June?

3         A      Yes, he did.

4         Q      And he asked you not to share it with

5    anyone else, correct?

6         A      That is correct.  It was simply for the

7    leadership of all the groups that were involved or

8    anybody else that he felt like needed to know.

9         Q      And in the operation -- did you read it

10   after you got it?

11        A      Yes, I did.

12        Q      In fact, when you read it, you were not

13   comfortable entirely with the security arrangements

14   that were included within it; isn't that right?

15        A      That is correct, sir.

16        Q      And you took steps to provide your own

17   security for getting in and out of the park, correct?

18        A      Correct.

19        Q      But in other respects regarding the

20   operation and the conduct of the rally content-wise,

21   you were comfortable with signing up and

22   participating; isn't that right?

23        A      That is correct.

24        Q      And don't you -- here, you say this:

25   Rally -- it's down in the first large paragraph --

1                         J.M. HILL

2    this rally, like the Battle of Berkeley, will be a

3    chance to show the left in one of their central power

4    hubs that they will no longer go unopposed like they

5    are used to with older generations of white wingers.

6              Did you read that?

7         A    Let me step back over here and take a

8    look at that.  Is that in the same e-mail?

9         Q    Yes, it's in the first page of Operation

10   Status.

11        A    Oh, okay.  I didn't -- I didn't think

12   like that sounded like something I wrote.

13        Q    It's what was written that you reviewed?

14        A    Yes, yes.  I don't -- I don't remember

15   exactly what is in that document, I just know that

16   when -- when I read it, I was not happy with the

17   security arrangements and, because of that, we

18   basically pushed it aside.  I don't think I ever

19   looked at it again, to tell you the truth.

20        Q    But what did you understand the Battle of

21   Berkeley to mean?

22        A    Well, I knew what it meant.  It was a

23   clash that we've already discussed regarding Based

24   Stickman.  It was a clash between Antifa and Black

25   Lives Matter, I believe, and some right wing groups

1                         J.M. HILL

2   that were demonstrating.  I don't know who had a

3   permit or anything like that.  I forget.  But I know

4   it turned into a serious brawl in Berkeley.

5        Q    And it turned violent; isn't that right?

6        A    Yes, absolutely it turned violent.

7        Q    And you expected this rally to be like

8   Battle of Berkeley; isn't that right?

9        A    I didn't write this in this document that

10  you're talking about.

11       Q    I asked you first whether you expected.

12       A    I expected the possibility of trouble

13  because of what I had -- what I had seen prior to

14  this.

15       Q    And you knew that Mr. Kessler, since he

16  had written this, also expected violence; is that

17  right?

18       A    I would assume that from what he wrote.

19       Q    And your -- one of your objectives in

20  going to Charlottesville was to show the left that

21  they would not be opposed in a rally, correct?

22       A    You kind of faded out on me.  Please say

23  that again.

24       Q    One of your objectives, as described in

25  this document, was to show the left that there was

1                           J.M. HILL

2   solidarity on the right as far as its issues went?

3        A     Yes, we wanted to show solidarity in

4   defense of the Lee statue, in particular, at

5   Charlottesville, yes.

6        Q     And you wanted to show that solidarity to

7   the Black Lives Matter group, correct?

8        A     We wanted to show it to the world,

9   including our opposition, but also our friends, our

10  potential friends.

11       Q     No, I'm asking you about your enemies.

12             You wanted to show your position to the

13  Black Lives Matter group, correct?

14       A     We wanted to show our position to

15  everyone in Charlottesville that day, including our

16  enemies, yes.

17       Q     And your enemies included the Black Lives

18  group, correct?

19       A     Our enemies included everybody that was

20  in the streets there in opposition to us in

21  Charlottesville and who wanted -- yes.

22       Q     Mr. Hill -- Mr. Hill, when you were

23  planning to go --

24       A     Yes.

25       Q     -- you knew that the Black Lives Matter

1                          J.M. HILL

2     group would be there and you wanted to show your

3     solidarity against them, correct?

4          A     I don't think so.  I think what we wanted

5     to do was more a positive thing, and that is to show

6     our support for our cultural heritage and --

7          Q     Was engaging in violence with them going

8     to be a positive thing as far as you were concerned?

9          A     No, absolutely not.  We didn't -- we

10    didn't plan on that happening.  We knew it was a

11    possibility, but we didn't plan on it happening.  We

12    planned to go and we planned to have a good time in

13    the park and I planned to speak.

14         Q     I'm not saying -- isn't it a fact,

15    Mr. Hill, that you saw the opportunity with

16    violence -- for violence with the Black Matters group

17    as something positive for --

18         A     No.

19         Q     -- the Unite the Right rally?

20         A     No, absolutely not.

21         Q     You didn't?

22         A     No, I didn't see violence as a positive

23    thing.

24         Q     You didn't?

25         A     No.

1                           J.M. HILL

2        Q     Did you also want to show solidarity with

3    the white nationalist group to send a message to the

4    Jews in Charlottesville?

5        A     No.  Our goal was to go and to defend the

6    monument and for me to speak in defense of it.

7        Q     You -- you're familiar with the chant

8    Jews Will Not Replace Us?

9        A     Yes, I heard -- I've seen the video of

10   August the 11th, the evening before August the 12th,

11   and I -- and I heard something that sounded something

12   like that from the people who went to the University

13   of Virginia for that rally.

14       Q     And you heard -- you heard the chant

15   Blood And Soil, correct?

16       A     I do believe I heard that on the same

17   night, yes.

18       Q     And that chant expresses the Nazi

19   imagery; isn't that correct?

20       A     Yes, that is correct, it could be

21   construed that way.

22       Q     So is it your testimony that the

23   participants in the Unite the Right rally didn't

24   intend to convey to the Jewish community of

25   Charlottesville the words that -- the meaning of the

Page 129

1                      J.M. HILL

2    of the words Jews Will Not Replace Us and Blood And

3    Soil?

4        A    Sir, the League of the South did not

5    participate in that event on Friday night, August the

6    11th.  I don't know what their goal was.  We were not

7    there.  We did not participate in it.

8        Q    Mr. Hill, you didn't disavow the torch

9    light rally on August 11th, did you?

10       A    I didn't disavow it, I didn't support it.

11   It happened.

12       Q    You know members of League of the South

13   attended the torch light rally, don't you?

14       A    If they did, they attended on their own

15   accord.  They didn't attend officially as League of

16   the South members because we had a meeting at our

17   lodging that night to plan for the next day.  So I --

18   if they went, they went on their own accord, and I

19   don't know who they are if they went.  So --

20       Q    You didn't decide not to participate in

21   the torch light rally for tactical reasons.  You

22   decided not to participate because you had a group

23   meeting regarding the next day; isn't that right?

24       A    Yes, that's exactly right.  We wanted to

25   make sure that our plans for getting in and out of

1                           J.M. HILL

2     Charlottesville safely were what they should be, and

3     that's why we met the previous night and did not

4     attend the torch light rally.

5          Q     But you never -- you didn't drop out of

6     the rally on August 12th because of the additional

7     rally that was going to take place on August 11th,

8     did you?

9          A     I'm not sure I understand your question.

10         Q     Well, you learned months beforehand that

11    a torch rally was planned for August 11th; isn't that

12    right?

13         A     I don't recall when I learned that.  I --

14    I just can't -- I can't remember.

15         Q     But it was before August 11th, right?

16         A     I can't remember, sir.  I don't know when

17    I learned that there was going to be a torch light

18    rally on August the 11th.

19         Q     Isn't it a fact that you learned before

20    August 11th that there was going to be a torch light

21    rally?

22         A     I don't remember.

23         Q     Whenever you learned there was going to

24    be a torch light rally, did you -- did you disavow

25    it?

1                          J.M. HILL

2         A      No, I did not.

3         Q      And you supported the notion of a torch

4    light rally, it's just the League of the South was

5    going to do other business; isn't that right?

6         A      No, that's not right.  I didn't care one

7    way or the other whether they had a torch light

8    rally.  It's not what we went up there to do.  So I

9    couldn't have cared lease what they did one way or

10   the other.

11        Q      At the end of the day, you liked the fact

12   of the torch light rally; isn't that right?

13        A      No, I didn't -- I didn't like it.  I

14   didn't dislike it.

15        Q      You didn't approve of it?

16        A      I didn't approve of it.  I wasn't opposed

17   to it.  I didn't care one way or the other, as I

18   said --

19        Q      Isn't it a fact, after the events, that

20   you described the torch light rally as successful?

21        A      I don't recall having said anything at

22   all about the torch light rally after the event.  We

23   weren't a part of it.

24        Q      Didn't you say at one point that the

25   optics of the torch light ceremony in Charlottesville

1                          J.M. HILL

2    was very impressive?

3         A    I don't recall having said that.

4         Q    Didn't you say that the League of the

5    South would -- would have their own torch light

6    ceremonies because the optics were too good to pass

7    up?

8         A    I don't recall saying that.  I'm not

9    saying I didn't say that at one point after viewing

10   the video of it, but I don't remember saying it.

11        Q    Well, let's -- let's see if this

12   refreshes your recollection.

13        A    All right.

14        Q    Eighteen, exhibit -- a video.  It's an

15   audio.  It's not a video, sir.  It's an audio.

16             (Hill Deposition Exhibit No. 18 was

17        marked for the record.)

18   BY MR. LEVINE:

19        Q    It's a conversation on -- on the radio

20   between you and Harold Crews.

21             Was Harold Crews a member of the League

22   of the South?

23        A    Yes.

24        Q    Listen to this, sir.

25             AUDIO EXHIBIT PLAYED:  (The

1                    J.M. HILL

2    demonstrations, marchs, there's been some

3    successful ones in 2017?

4         Oh, yes.  Absolutely.  I'm not

5    going to let the cat out of the bag about

6    where and when those might be, but I will

7    say definitely, yes.

8         All right.  So if you come to a big

9    event --

10        The optics of those are just too

11   good to pass it up.

12        So if you come to a League event,

13   just bring your tiki torch, just in case.

14        Yeah, and we may -- we may go old

15   school with some of these torches.  We

16   may actually make some true flambeaux,

17   you know, something with -- some pine tar

18   torches.  Yes, exactly, and, you know,

19   go -- go medieval, as you might -- might

20   say, with these things.  That would be

21   fun.  But yeah, that's -- that's in the

22   plans, Harold, I'm proud to say.  Good

23   optics.  Good optics.

24        It sure did look good having those

25   hundreds of men and a few women marching

1                           J.M. HILL

2          there in Charlottesville on August the

3          11th.

4                  Yes, it did.  That was very

5          impressive.  Very impressive.

6                  And we want to see if maybe we can

7          beat that.)

8    BY MR. LEVINE:

9          Q     Does that refresh your recollection, sir?

10         A     Yes, it does.  Could you give me a date

11   on that radio broadcast?

12         Q     It was January -- I believe it's

13   January 2018.

14         A     Okay.  Yeah, by that time I had had a

15   chance to see a lot of video of what had happened

16   on -- at the University of Virginia on Friday night,

17   August the 11th and, in my opinion, it was very

18   impressive.  Very impressive demonstration.

19                But, you know, we're talking here several

20   months after the fact, after I had a chance to, you

21   know, see the video and things such as that.  At the

22   time, I had no idea what was going on with it.  As I

23   said, the League was not a part of it.

24         Q     And the League -- just to be clear, the

25   League wasn't a part of it because you had a meeting

```
 1                        J.M. HILL

 2   planned with the members to discuss the following

 3   day?

 4        A     Yes, that's right.

 5        Q     And isn't it a fact that, even though you

 6   didn't send members of the League officially as a

 7   whole group, that you did send several as observers?

 8        A     I was aware after the fact that there

 9   were several -- when I say several, I don't know

10   whether it was two or three or more than that.  But I

11   learned after the fact that there were a few League

12   members that went over there to see what was going

13   on, but we didn't officially send anybody over there

14   because we didn't -- I don't recall even learning

15   about something going on at the University of

16   Virginia like that until actually that night, when

17   somebody came in and -- I forget who it was -- and

18   said there was something going on at the University

19   of Virginia.  And, well, that's something I don't

20   know about.

21             So I think -- obviously, I think a couple

22   of guys may have gone over there.  I don't know I

23   don't know who they were and I don't -- they never

24   reported back to me about what they saw.  So --

25        Q     Isn't it a fact, Mr. Hill, that you knew
```

1                        J.M. HILL

2    there would be a torch light rally on August 11 that

3    you decided that League of the South would not

4    participate because it had a meeting, but that you

5    had decided to send two observers on your behalf to

6    report back to you what happened?

7         A    I do not recall the exact time that I

8    found out about this torch rally on --

9         Q    Well, just testified --

10        A    -- Friday the 11th.

11        Q    You just testified, sir, that you didn't

12   know beforehand but you found out later that several

13   members went.  Isn't it in fact just the opposite,

14   that you knew ahead of time and you sent two

15   observers on your behalf to report back to you what

16   happened?

17        A    I learned -- the first recollection that

18   I have of the torch light rally was sometime a few

19   hours, at most, before it actually happened.  So at

20   the earliest it probably would have been the late

21   afternoon of Friday the 11th.  I don't recall asking

22   anybody to go and report back to me.

23        Q    Do you recall saying that you would be

24   sending two observers to it?

25        A    I don't recall saying anything like that.

1                         J.M. HILL

2    I just -- I can't remember it.  I don't think that --

3    I don't think that I wrote anything like that.  I

4    don't think I said anything like that.  I could --

5         Q    Let's mark as Exhibit 19 a document --

6    it's an e-mail dated August 11th.

7              (Hill Deposition Exhibit No. 19 was

8         marked for the record.)

9    BY MR. LEVINE:

10        Q    Take a look at it?

11        A    Okay.  Hold on.  I've got to get my phone

12   back on here.  It's cut off.  It's overheating.  Hold

13   on just a second.

14             MR. LEVINE:  Mr. Hill?  We've lost

15        the witness.  We've lost Mr. Hill.

16             THE WITNESS:  Okay.  I've got my

17        phone back on.  I can see the document

18        for this.

19   BY MR. LEVINE:

20        Q    Didn't you receive an e-mail at 7:48 p.m.

21   from a gentleman, Gordy Lockerbie, G-O-R-D-Y,

22   L-O-C-K-E-R-B-I-E, who wrote you:  Torch light rally

23   time and location has been leaked and Antifa is

24   posting that they will be there.

25        A    Right.

1                      J.M. HILL

2        Q      The LS is in attendance.  Be cautious.

3               Do you see that?

4        A      Yes:  Thanks but this is not our game.

5   We are sending two observers.

6               Okay.  I stand corrected.  I simply

7   forgot.

8        Q      And doesn't the fact that Mr. Lockerbie

9   is sending you an e-mail that night identifying that

10  torch light rally and time has been leaked --

11  withdrawn.

12              First of all, Mr. Lockerbie was a member

13  of League of the South; is that correct?

14       A      Yes, he was at the time.

15       Q      And was he in attendance that weekend?

16       A      No, he wasn't.

17       Q      And was he -- this wasn't the first time,

18  at 7:48 p.m., that you were learning of a torch light

19  rally that was planned; isn't that right?

20       A      Yes, I think that it was, as I said

21  earlier, probably that afternoon, late afternoon,

22  when I first heard of it, as best as I recollect.

23       Q      You are really testifying under oath that

24  you don't recall learning from any of the other

25  League of the South members or from Mr. Kessler that

```
 1                            J.M. HILL
 2    there was going to be a torch light rally before --
 3          A     I do not remember.
 4          Q     -- the event of August 11?
 5          A     I do not remember hearing that there was
 6    going to be a torch light rally before that actual
 7    day, late afternoon.  That's the best of my
 8    recollection, that's all I can say.  I can't remember
 9    it.
10          Q     Isn't it a fact, Mr. Hill, that you knew
11    that a torch light rally would be part of the plans
12    for a number of weeks, maybe months, and that you
13    understood that it was going to be secret, that no
14    permit would be sought, that the police would not be
15    told until the very end; isn't that correct?
16          A     I do not recall that, sir.
17          Q     None of that?  None of that rings a bell
18    to you?
19          A     No, I don't recall having known in
20    advance about a torch light rally without a permit at
21    the University of Virginia.  I don't recall it.
22          Q     Now, besides Mr. Schoep and Mr. Heimbach
23    and Mr. Kessler, did you discuss with anyone else
24    outside League of the South the plans for the event?
25          A     Besides Schoep, Kessler and Heimbach?
```

1                     J.M. HILL

2        Q     Correct.

3        A     Not as I recall.

4        Q     And who within the League did you discuss

5   the plans for the event?

6        A     I discussed it with Robert Baker, who

7   subsequently became my chief of operations.  I

8   discussed it with Michael Tubbs, my chief of staff.

9   I discussed it with a fellow by the name of J.C.

10  Adams, who was my logistical -- logistical man at the

11  time, because he was getting accommodations for us.

12            I discussed it with our chief medical

13  officer, Selina Richey, because we were going to take

14  our medical staff there in case there was need for

15  it, and there certainly was.  I discussed it with our

16  communications officer, Pat Hines, because of

17  communications, obviously.  I discussed it with Brad

18  Griffin because of the public relations aspect.

19            So I would say that I discussed it with

20  Mr. Baker and then with my staff members, which would

21  have been six, seven people at most.

22       Q     And did you discuss it with Mr. Tubbs?

23       A     With who now?

24       Q     Tubbs.

25       A     Mr. Tubbs?  Yes, I discussed it with

```
 1                        J.M. HILL
 2   Mr. Tubbs.  He's my chief of staff.
 3        Q     And did you ask all of these people who
 4   you were discussing the events with to keep you in
 5   the loop about the plans?
 6        A     There's some interference on the line,
 7   sir.  Repeat that last question.
 8        Q     I think it's the birds that are tweeting
 9   in Alabama, sir.
10        A     I don't hear them except on the phone.
11   So -- yeah, I hear them now.
12        Q     I want you to know that the birds' tweets
13   sound the same in Alabama as in New York.
14        A     That's good.  Repeat the question.  I
15   thought I heard it but I want to make sure.
16        Q     So I want to show you exhibit -- I'm
17   going to show you Exhibit 20.
18        A     Okay.
19              (Hill Deposition Exhibit No. 20 was
20              marked for the record.)
21   BY MR. LEVINE:
22        Q     This is an e-mail between you and Michael
23   Tubbs?
24        A     Okay.
25        Q     On July 12th, 2017.
```

```
 1                         J.M. HILL

 2      A     All right.  Yeah, I recall that.

 3      Q     And what did you ask Mr. Tubbs to do?

 4      A     I'm not -- I can't remember right

 5 offhand.  That e-mail doesn't give me any -- any hint

 6 of what I may have asked him to do in this case,

 7 other than just to stand by and get ready to approve

 8 Mr. Baker's final plan here.

 9            And I noticed it mentioned the Pikeville

10 template there.  And that's kind of what we expected

11 at Charlottesville.

12      Q     All right.  Let me show you -- well, did

13 Mr. Baker keep you in the loop on what he was doing?

14      A     Yes, he did.  He -- we communicated quite

15 often.

16      Q     So let me show you Exhibit 20.  I'm going

17 to show you a tab -- I'm going to show you Exhibit

18 21.

19      A     All right.

20            (Hill Deposition Exhibit No. 21 was

21 marked for the record.)

22 BY MR. LEVINE:

23      Q     Is Exhibit 21 an e-mail from you to Mike

24 Tubbs on July 11th, 2017?

25      A     Okay.
```

```
 1                         J.M. HILL

 2        Q     Can you read that, sir?

 3        A     I don't see it yet.

 4        Q     Can you see it?

 5        A     Yes.  Yes.  What is the date on this?

 6        Q     July 11.

 7        A     Okay.  Right.  Okay.  Yes, I see it.

 8        Q     And that was from you to Mr. Tubbs?

 9        A     Correct.

10        Q     And do you see there you say:  I'd like

11   for you to once again be in command of general

12   operations?

13        A     Yes.

14        Q     What did you mean by that?

15        A     He was in command of our general

16   operations in New Orleans back in early May, when we

17   were there defending the Robert E. Lee statue there

18   in New Orleans.

19        Q     And did general operations include

20   leading -- leading the troops in the park in a march?

21        A     General operations means everything that

22   we do on the ground that a -- whether it's marching

23   or, you know, getting people in line, keeping

24   people doing what they're supposed to be doing in a

25   general sense.
```

Page 144

1                         J.M. HILL

2          Q      And if it's what you do on the ground and

3    it deals with marching, you would expect Mr. Tubbs to

4    be in the front, correct?

5          A      Yes, and -- yeah, and that's exactly

6    where he was.

7          Q      And if there were an instruction to go or

8    to fight or to not fight, that would be Mr. Tubbs's

9    direction, correct?

10         A      No, sir.  That direction comes from me.

11         Q      On that day, were you in a position to be

12   giving Mr. Tubbs instructions for everything that he

13   did?

14         A      On August the 12th --

15         Q      Yes, sir.

16         A      -- 2017?

17         Q      Yes, sir.

18         A      No.  It's not always in position to do

19   that.  At your --

20         Q      So did he have authority as commander of

21   general operations to make those decisions?

22         A      He did have that command in my absence.

23         Q      Let's take a look at Exhibit 22.

24                (Hill Deposition Exhibit No. 22 was

25         marked for the record.)

1                              J.M. HILL

2     BY MR. LEVINE:

3          Q     Is this an e-mail the same day,

4     July 11th, from you to Mr. Tubbs?

5          A     Okay.

6          Q     And did you tell Mr. Tubbs that you told

7     Ike Baker to talk to law enforcement in

8     Charlottesville?

9          A     That is correct, sir.

10          Q     And when you say:  He tells me the CPD

11    chief is high yellow, what does that refer to?

12          A     That he's a white-skinned black male.

13          Q     And what does Jewed shrine refer to?

14          A     Jewish pig.

15          Q     Pardon?

16          A     Jewish pig.

17          Q     And that was your reference to the mayor

18    of Charlottesville?

19          A     Yes, it was.

20          Q     Now, did you -- let's put that exhibit

21    down.

22                Did you instruct League members for

23    specific attire for the Unite the Right rally?

24          A     We recommended that they bring defensive

25    accouterments, such as helmets and other things that

1                          J.M. HILL

2    may protect certain areas of the body.  And we

3    provided -- the League of the South provided a dozen

4    shields that we made ourselves, to the people in the

5    front of our lines.

6                    So yes, we did suggest that our members

7    come prepared for whatever Antifa and Black Lives

8    Matter might throw at them or hit them with or

9    whatever, and to protect -- to be able to protect

10   their heads, in particular.

11        Q    But didn't you also recommend that the

12   attire to be khaki pants and black shirts?

13        A    Oh, yeah, we always do that.  We have --

14   we have a standard uniform that we wear in public

15   like that so people can identify us.

16        Q    And did you also direct people to bring

17   flags?

18        A    To bring what now?

19        Q    Flags.

20        A    Flares, F-L-A-R-E-S?

21        Q    No.  Flags, F-L-A-G-S.

22        A    Oh, flags, I'm sorry.  Oh, yes, of

23   course, we recommended people to bring flags.

24        Q    And what flags are typical when League of

25   the South makes a public appearance?

```
 1                        J.M. HILL

 2        A     The Confederate battle flag and our own

 3   Southern Nationalist League flag, which is a black

 4   cross on a white background.

 5        Q     And did a number of members bring those

 6   flags?

 7        A     Yes.

 8        Q     And did you -- did you discuss weapons

 9   with members of the League of the South?

10        A     Yes, we did.  I had Mr. Baker, among

11   other things, check the Virginia law code about what

12   weapons were legal and what weapons were not, and we

13   advised our people to stay within the law, not to

14   violate the law as far as weapons went, and to make

15   their own personal decisions about what to bring.

16              And that was pretty much the extent of

17   our discussion with them.  We posted something on the

18   website about it.

19        Q     Did you also talk to the members about

20   shields?

21        A     Yes, we did when -- prior to this --

22        Q     You just testified -- you just testified

23   that you made -- you had 12 shields made?

24        A     Yes, we did.  We had 12 shields made

25   internally.  One of our members volunteered to make
```

1                       J.M. HILL

2    the shields and brought 12 of them.  And we brought

3    them with us and we handed them out that morning, the

4    12th of August, to certain members and told them that

5    these were for defensive purposes.

6          Q     Now, you knew, did you not -- well, you

7    had the meeting on the night of August 11th with all

8    the people participating the next day?

9          A     Well, it was not for all the people

10   participating the next day.  It was mainly for the

11   League members who had arrived.  Some people didn't

12   arrive until Saturday morning, the 12th.  And this

13   was for the people who were there at our particular

14   location where we were staying, including our

15   officers like Mr. Tubbs and Ike Baker and others.

16               MR. LEVINE:  Let's take a break

17          right now.  It's 2:20 p.m. in New York.

18          We've been going about two hours.  Let's

19          take a five-minute break.  Okay.

20               THE VIDEOGRAPHER:  The time is

21          2:20 p.m.  We're off the record.

22                     (Brief pause.)

23               THE VIDEOGRAPHER:  The time is

24          2:37 p.m.  We're on the record.

25   BY MR. LEVINE:

```
 1                      J.M. HILL

 2        Q     Thank you, Mr. Hill.

 3        A     Sure.  Sorry about the technical

 4   confusion.

 5        Q     So I asked you earlier, besides -- I

 6   asked you earlier about your contacts with people not

 7   in League of the South regarding the plans for the

 8   Unite the Right rally.  And you identified three

 9   people that you talked to, Jeff Schoep, Matt

10   Heimbach, and Jason Kessler.

11              Is there anybody else that you talked to

12   about participating in the events for the Unite the

13   Right rally?

14        A     At this point, I can't remember any.  I'm

15   not saying that there are not some I talked to, but I

16   don't remember who they would be outside of the

17   League.  I know it was those three I talked to

18   mainly.

19        Q     And within the League, you were dealing

20   with Ike Baker and with Michael Tubbs and with Brad

21   Griffin, and who else did you say within the League?

22        A     Our communications chief at the time was

23   Pat Hines, our logistics officer was J.C. Adams.

24        Q     Okay.  Now, do you know a man by the name

25   of David Duke?
```

1                          J.M. HILL

2         A      Yes, I know David.

3         Q      And did you discuss Unite the Right rally

4    with David Duke?

5         A      Yes, I did, because Jason Kessler, at

6    some point in the summer, asked me if I would contact

7    Duke, Mr. Duke -- or Dr. Duke, rather -- to see if he

8    might be interested in being a speaker.

9         Q      And so that would be an additional person

10   that you didn't testify to before, correct?

11        A      Yes, but only in the sense that I asked

12   him if he would be interested in speaking.  I didn't

13   really discuss the plans or anything for the rally

14   with Mr. Duke because he's not a League of the South

15   member and he was not a leader of a group or

16   anything.

17              I merely contacted him at Mr. Kessler's

18   request to see if he would be interested in being a

19   speaker.

20        Q      How did you know -- how did Mr. Kessler

21   know that you knew Mr. Duke?

22        A      He didn't.  In one of our phone

23   conversations, I believe it was, he asked me if I

24   knew him and I told him that I -- that I did.

25        Q      And how many conversations did you have

1                          J.M. HILL

2   with Mr. Duke about participating at Charlottesville?

3        A     I think only one.

4              (Hill Deposition Exhibit No. 23 was

5        marked for the record.)

6   BY MR. LEVINE:

7        Q     I'm showing what we're going to mark as

8   Exhibit 23, which is your e-mail exchange with --

9   with Mr. Baker, in the middle of July.

10             We'll start at the bottom, if you scroll

11  to the bottom of Exhibit 23, the first e-mail on this

12  chain is from you to Ike Baker, correct?

13       A     Right, that's correct, yes.

14       Q     On your ProtonMail addresses, correct?

15       A     That is correct.

16       Q     And it says:  I spoke with Mr. Kessler

17  about inviting David Duke to speak.  He agreed to

18  have him give the keynote speech at the after-event

19  gathering.

20             Do you see that?

21       A     Yes, I see that.

22       Q     And does this refresh your recollection

23  how many conversations you had with Mr. Duke?

24       A     No, I don't think it was more than one or

25  two, I don't think.  The best I can remember.

 1                        J.M. HILL

 2        Q     Well, it was more than one; is it your

 3  testimony?

 4        A     I'm not sure.  One, or perhaps, two.  I

 5  really don't recall.  I know it was at least one.

 6        Q     And at this time, were you also working

 7  with Jeff Schoep about -- about the plans for the

 8  event --

 9        A     Yes, I had --

10        Q     -- for the rally?

11        A     Yes, I had contacted him about plans for

12  the event.

13        Q     And what kind of discussions did you and

14  Mr. Schoep have?

15        A     We wanted to coordinate about where to

16  meet up outside of Charlottesville so we could all

17  drive in together and park at the parking garage on

18  East Market Street where we would all stay together

19  for security reasons.

20              So I was discussing with them the

21  logistics, particularly of meeting beforehand and of

22  getting into Charlottesville and getting -- getting

23  ourselves on the ground there safely in an organized

24  manner.

25        Q     So we're talking about a conversation

```
 1                         J.M. HILL

 2    that you had with Jeff Schoep, correct?

 3         A    Yes.  I was talking to Mr. Schoep about

 4    this issue, yes.

 5              MR. LEVINE:  And Madam Reporter,

 6         your answer before identified Mr. Duke in

 7         the conversation that I just elicited --

 8         elicited from the witness was related to

 9         Mr. Schoep.

10    BY MR. LEVINE:

11         Q    Let's proceed.  So you -- in the

12    conversations -- the conversations with Mr. Schoep

13    were about coming into -- coming into Charlottesville

14    together, correct?

15         A    Yes, that was our main concern, is

16    coordinating coming in all together for security

17    reasons and then to make organization simpler.

18         Q    And in response to your e-mail it to Ike

19    Davis [sic] about Duke, he then told you about his

20    contacts with Mr. Schoep, correct?

21         A    Yes.

22         Q    Do you see it says:  In my view -- this

23    is Mr. Davis speaking to you -- every other reason

24    for we discuss proceeding as an ad hoc advance party

25    remains in place.  I'm arranging a conversation with
```

1                          J.M. HILL

2    Jeff Schoep.  Upon his acceptance of the conditions

3    you laid out last night, the planning of Operation

4    Shoo Fly begins in earnest.

5              Do you see that?

6         A    Yes, I see that.

7         Q    And what conditions -- first of all, what

8    was Operation Shoo Fly?

9         A    That was our meeting all four of the

10   groups that we've discussed under the Nationalist

11   Front banner.  That was our meeting on the outskirts

12   of Charlottesville on Saturday morning, the 12th of

13   August, our proceeding from there into the parking

14   garage on East Market Street by the police

15   department, and from there our march down to what at

16   the time was known as Lee Park.  That was -- that was

17   it.

18        Q    So you -- so just to be -- so I

19   understand correctly.

20             When you saw the original operations

21   manual, you testified that you were unhappy with the

22   security arrangements and were going to make them for

23   yourselves, correct?

24        A    That is correct.

25        Q    And when you proceeded to make them for

1                           J.M. HILL

2   yourselves, was that in tandem or together with your

3   allies from the Nationalist Front, including

4   Mr. Schoep with NSM?

5        A     We took the lead in this.  When I say we,

6   the League of the South.  We made the plans and we

7   asked the other groups if they would agree to follow

8   our plans, and they agreed to do that.

9        Q     And they -- and you did -- and they said

10  yes, correct?

11       A     And they said yes, that they liked our

12  plan for meeting on the outskirts of town and driving

13  in together as a convoy, for all meeting at the

14  parking garage at East Market Street and all going

15  into the park together for security and convenience

16  reasons.  Yes, they liked our plan.

17       Q     And in this -- this is the plan -- this

18  is the arrangements that you laid out separate from

19  the larger group, all of which were going to join at

20  the park -- all of you were going to be joining at

21  the park on the morning of the 12th, correct?

22       A     As far as I knew, that was what was going

23  to happen.  I didn't know what -- exactly how the

24  other side or the other group of people there for the

25  rally, other people that had decided to use Kessler's

1                          J.M. HILL

2    plan, we didn't know exactly how they were going to

3    get to the park, when they would be coming in or what

4    direction they would be coming from.  So --

5         Q     But the plan -- the plan, if I'm correct,

6    was that the groups would come, essentially, from

7    different directions, all meeting in the park

8    together for the rally?

9         A     We didn't know that at the time.  We

10   didn't know what direction that the rest of the

11   people that were going by Mr. Kessler's plan, we did

12   not know what direction or directions they would be

13   coming into the park.

14        Q     But you all agreed that you would be

15   joining together in the park?

16        A     Yes, that was the assumed -- I mean, we

17   didn't -- I don't think anybody used those words, but

18   that was the assumption, that everybody coming for

19   the rally would eventually meet up in the park.

20        Q     And -- so go to the next e-mail, where

21   you said:  Thanks -- you said to Mr. -- Ike is

22   Mr. Davis, correct?  I mean, Mr. Baker?

23        A     Mr. Baker, yes.

24        Q     I may have referred to him incorrectly as

25   Mr. Davis.

1                           J.M. HILL

2        A      Yes, you did.  I knew who you were

3   talking about.

4        Q      Okay.  We both know who you were talking

5   about.

6        A      Sure.

7        Q      You say to Ike:  Thanks for the report.

8   Keep me posted and I'll do likewise.

9               Correct?

10       A      Right, correct.

11       Q      And then, later on that evening -- yeah,

12   on 11:09 p.m., Mr. Baker wrote you:  Jeff Schoep is a

13   hundred percent on board.  He accepted our terms

14   unequivocally and without hesitation.

15       A      Right.

16       Q      And by on board, as your terms, that

17   refers to the means of transportation into the park

18   on the morning of the 12th?

19       A      Yes, that -- that was our -- he agreed to

20   our prearranged meeting spot on the outskirts of

21   Charlottesville, where everybody would come and leave

22   their vehicles, and we would all get into vehicles,

23   every seat filled, and we would convoy from there

24   into Charlottesville to the parking garage on East

25   Market Street and then proceed from there to the park

Page 158

1                           J.M. HILL

2    together.  Yes, that was what he agreed to.

3        Q     And that included, did it not,

4    Mr. Heimbach and the TWP?

5        A     Yes, Mr. Heimbach also was contacted

6    about this plan and he agreed to it, as well.  I

7    don't know what means were used to contact

8    Mr. Heimbach, whether it was e-mail, whether it was a

9    phone call.  I can't remember if -- I can't remember.

10   I talked to him a couple of times myself, but I don't

11   remember the subject matter or the conversation.

12             I think Mr. Baker probably presented the

13   outline of the plan to Mr. Heimbach, but he agreed

14   with it, as well.

15       Q     And so if there aren't e-mails in respect

16   to your conversations with Heimbach, it's because

17   they were by phone; is that right?

18       A     Because they were what, sir?

19       Q     By phone?

20       A     Oh, yes, yes.  If -- they would have been

21   either by -- by phone or I don't know if he and

22   Mr. Baker had a chance to get together face-to-face

23   before the Unite the Right rally.  I'm just not aware

24   one way or the other of that.

25       Q     Now -- now around this time, did you get

1                          J.M. HILL

2     a call from one of the organizers and understand that

3     there was an Antifa strategy to show up at the rally?

4          A     You kind of faded out on part of that

5     question.  Please repeat it, sir.

6          Q     Around this time did you get a call from

7     one of the organizers and understand that there was

8     an intended strategy by Antifa to show up at the

9     rally?

10         A     I don't recall.  I don't recall having

11    gotten a call from anyone --

12         Q     All right.

13         A     -- regarding that.

14               (Hill Deposition Exhibit No. 24 was

15         marked for the record.)

16    BY MR. LEVINE:

17         Q     Let me mark Exhibit 24, and ask you to --

18    it's an e-mail chain between you and Mr. Tubbs --

19         A     Okay.

20         Q     -- the week earlier.  The first one is on

21    July 7.

22         A     Okay.

23         Q     That's -- LSPRES is you, correct?

24         A     Yes, LSPRES is me.

25         Q     And that's to Tubbs, Baker, Hines,

1                          J.M. HILL

2    Malone, Thomey, Gaborro, correct?

3          A       Correct, yes.

4          Q       And it says:  Gentleman, I received a

5    call this morning from the organizer of the upcoming

6    event -- Charlottesville event.

7          A       Okay.  That was Jason Kessler.  I thought

8    you meant somebody other than Kessler.

9                  I do recall Kessler calling me up and

10   saying that he heard that Antifa was going -- had had

11   a meeting in DC, which is fairly close, of course, to

12   Charlottesville, and that they would be coming.  So,

13   yes, I do remember that, but it was Kessler who --

14   who said that, if memory serves.

15         Q       And this -- and Kessler told you that --

16   that the upshot of the meeting that they got

17   information about was that Antifa was going to show

18   up in large numbers in Charlottesville?

19         A       Yes, that was the -- that was the gist of

20   what he told me that he learned from this purported

21   Antifa meeting in DC, yes.

22         Q       And there would be explosives, firearms

23   and various other weapons to use against you,

24   correct?

25         A       I -- I don't see the rest of the e-mail

1                          J.M. HILL

2    down there.  I can't remember all the details, but

3    he -- he was pretty animated when he -- yeah, I see

4    now.  He was pretty animated and pretty concerned

5    about this.  So --

6         Q     Now, this -- this information didn't come

7    as any surprise to you, did it?

8         A     No.  No, it didn't, having been familiar

9    with Antifa and what they had done in other places,

10   particularly on the West Coast.  No, it didn't come

11   as any surprise to me.

12        Q     As a matter of fact, you and your

13   colleagues were looking forward to mixing it up with

14   Antifa and their supporters; isn't that right?

15        A     No, it's not.

16        Q     Well, Mr. Tubbs answered your e-mail;

17   isn't that right?

18        A     Well, I don't know.  That's been a while

19   back and -- if you have an e-mail --

20        Q     I'm going to show --

21        A     If you have an e-mail showing him

22   answering it, then the answer to that, I guess, is

23   yes but I can't remember right offhand.

24        Q     So why don't you look at the exhibit,

25   right above it.

 1                          J.M. HILL

 2          A     Okay.

 3          Q     So does that refresh your recollection

 4   that Mr. Tubbs responded to you very soon thereafter

 5   and said --

 6          A     Let me -- let me read it here.

 7          Q     I'll read it for the court reporter.

 8          A     Okay.

 9          Q     This is from Mr. Tubbs to you:  Quote.

10   Even though we've -- haven't had any hard intel so

11   far to make us believe there was going to be

12   violence, I think we all assumed there would be,

13   paren, and maybe even hoped for it, close paren.

14          A     Well, that was -- those are Mr. Tubbs's

15   words.

16          Q     That's all right.

17          A     I can't -- I can't speak for him or he

18   can't speak for anybody else.

19          Q     So --

20          A     So, I don't -- I don't think that --

21   that --

22          Q     Would you -- it wasn't -- you've known

23   Mr. Tubbs for a long time, correct?

24          A     Approximately 20 years.

25          Q     And you involved him as your chief of

```
 1                          J.M. HILL
 2   staff, correct?
 3        A     Correct.
 4        Q     And you know that he -- he enjoys a
 5   violent encounter; isn't that right?
 6        A     I don't know that.
 7        Q     You don't know that?
 8        A     No, I don't know that.  He's never told
 9   me he enjoys a violent encounter.
10        Q     Well, when you saw this e-mail from him,
11   were you concerned that he, perhaps, was looking
12   forward to a violent encounter with Antifa?
13        A     No, I don't think he was.  I think he was
14   merely referring to maybe some of the chatter that
15   was going on around this, maybe, you know, from --
16        Q     He isn't --
17        A     -- but I don't think -- I know him well
18   enough.  He's a responsible man and he's not going to
19   do anything to jeopardize the League or our event at
20   Charlottesville.  I know that.
21              He was simply -- and, again, I can't
22   speak for him.  He can speak for himself.
23        Q     Didn't you post on your Facebook a call
24   for whites to fight with the Antifa and the Black
25   Lives Matter?
```

1                          J.M. HILL

2        A     I don't have access to that Facebook

3    anymore and I -- I can't remember what I posted on

4    there, to tell you the truth.

5        Q     So it's your testimony that you didn't

6    understand that Mr. Tubbs was looking forward to

7    engaging the Black Lives Matter people in violence if

8    the opportunity arose?

9        A     No, Mr. Tubbs never said anything of the

10   sort to me, that he was looking forward to violence.

11       Q     And you don't think, from any of his

12   prior relationships or contacts or conduct, that he

13   would be inclined to do that; is that your testimony?

14       A     Yeah, I have -- I have no reason to

15   believe, and that's something you need to ask him and

16   not me.  That's a very personal thing, but from my

17   perspective, no, he gave me no indication.

18       Q     Well, in fact, isn't -- isn't it true

19   that engaging in violence with The Black Lives Matter

20   supporters would be in furtherance of the League of

21   the South mission?

22       A     No, it is not true.

23       Q     Because, isn't it a fact that would

24   demonstrate to them the commitment of League of the

25   South to prevail?

1                          J.M. HILL

2       A     No.  I'd say unequivocally no to that.

3             (Hill Deposition Exhibit No. 25 was

4       marked for the record.)

5    BY MR. LEVINE:

6       Q     Let's look at Exhibit 25.  This is -- I'm

7    going to show you a post the following day.  I

8    believe it's from you.

9             Take a look at this exhibit and read it?

10      A     Okay.  All right.  You need to move it up

11   the screen a little bit, please.

12            Okay.  I see it.

13            Okay.

14      Q     Isn't it a fact that when you heard that

15   news from Mr. Kessler the day before, that you,

16   yourself, got a little worked up about planning for a

17   violent encounter?

18      A     No.  Not at all.

19      Q     Not at all?

20      A     Not at all.

21      Q     And yet you posted the following day this

22   piece, Fight or Die White Man?

23      A     Oh, yes, I did.  I did.

24      Q     And you -- you agree with me that this is

25   a call to action to fight in the tradition of your

1                          J.M. HILL

2    honorable and courageous forebears?

3         A    Well, how are you defining the word

4    fight?

5         Q    You used the word, Mr. Hill.  Not me.

6         A    I know.  Okay.  My definition of fight,

7    sir, is to go into a contest, whether it be a

8    political contest, a sporting contest, any sort of

9    contest where people are at odds with one another,

10   and to put your best efforts forward to win.

11              Fighting, as you know, sir, can be other

12   than physical.  We have never had the case of

13   physical violence except in defense of ourselves, and

14   I think that's pretty obvious from the things that

15   we've brought up on the screen this morning.

16              The term fight here is a generic term and

17   it means to struggle in pursuit of a worthy goal and

18   that's the way I intended it.

19        Q    But the e-mail, the prior day, was all

20   about physical violence with the Antifa and Black

21   Lives Matter group, right?

22        A    Yes, we were concerned about the danger

23   to our people from these people, but there is --

24   there is --

25        Q    You weren't -- this wasn't -- you weren't

1                        J.M. HILL

2    going to Charlottesville for a football game; is that

3    right?

4         A    No, we were going to Charlottesville to

5    defend our cultural heritage and to participate in a

6    permitted rally, at which I had been asked to speak.

7         Q    You were going for a political rally;

8    isn't that right?

9         A    We were going -- we were going for a

10   political rally, exactly.  And two sides, obviously,

11   the Democrats and republicans for an example, fight

12   it out every four years for the presidency.  Nobody

13   misinterprets that terminology of fight, so --

14        Q    But Mr. Tubbs, the day before, clearly

15   used the reference to violence and hoping for

16   violence; isn't that right?

17        A    He used the term violence.  I don't

18   think -- and, again, I can't speak for Mr. Tubbs.

19   You need to question him about that.  The violence

20   that I was concerned about was violence against us

21   from Antifa and Black Lives Matter, and it manifested

22   itself.

23        Q    And you wanted to be ready for that

24   possibility of violence, right?

25        A    We wanted our people to be ready to

1                          J.M. HILL

2    defend themselves and to protect themselves from

3    harm.

4        Q    And doesn't -- there's nothing about self

5    defense in your Facebook post on July 9th, is it?  Is

6    there?

7        A    Is this the one that's on the screen

8    right now?

9        Q    Yes.  There's nothing in here about self

10   defense, is there?

11       A    This has nothing to do with

12   Charlottesville or the post the day before.  This is

13   a free-standing piece and it has nothing to do with

14   anything, you know, having to do with

15   Charlottesville.  There's no link between the two.

16   This is a generic piece, a more philosophical type

17   piece.

18       Q    That just happened to be coming out

19   during the time that you're marketing and promoting

20   attending the event at Charlottesville?

21       A    Yes, it just happened to come out at that

22   time.

23       Q    Now, you -- you said that you then

24   arranged -- hold on.  Let's just -- let's look at --

25   let's mark Exhibit 26.

1                           J.M. HILL

2                (Hill Deposition Exhibit No. 26 was

3           marked for the record.)

4    BY MR. LEVINE:

5           Q     Take a look at this, which is back in

6    April, an e-mail from you to Mr. Tubbs and others,

7    correct?

8           A     Yes, correct.

9           Q     It says:  Ray Owens reported to me that

10   one of our own, Ryan King, was the one who bloodied

11   the big Antifa jerk last night at Auburn.  Ryan was

12   arrested and released by the Auburn P.D.  I spoke

13   with Ryan this morning and extended to him hearty

14   congratulations on behalf of all LS members for his

15   actions.

16                Correct?

17          A     Correct.

18          Q     Did you -- did you learn in that

19   conversation with Ryan King that his -- that must

20   have been a physical fight, right?

21          A     It was a physical fight.  He was on his

22   way in and he was attacked and defended himself.

23          Q     So it's your -- the account that you

24   heard was that it was all in self defense?

25          A     Yes, that's exactly what I heard.

1                          J.M. HILL

2       Q     And yet he was arrested?

3       A     Yes, he was.

4       Q     And you congratulated him for doing --

5  for beating up the Antifa jerk?

6       A     I certainly did and I would do it again.

7  I've congratulated him for defending himself, as any

8  man would.

9       Q     Now, when you -- you went ahead and

10 ordered shields to be made, correct?

11      A     That's correct.

12      Q     And why did you only have 12 shields

13 made?

14      A     I did not specify a number.  The

15 gentleman who made them said that that was all he had

16 the time and equipment to make, so that's what we

17 took.

18      Q     And how did you intend to use them?

19 Withdrawn.

20      A     For defense.

21      Q     Excuse me, sir.  Let me rephrase.

22      A     Okay.

23      Q     How did you intend them to be used?

24      A     As defensive accouterments.  I had

25 watched some video, particularly from Antifa and

1                         J.M. HILL

2      Black Lives Matter violence on the West Coast, and I

3      noticed that they threw a lot of objects, including

4      some that looked fairly heavy and dangerous.  And I

5      knew that we would need some shields on the front

6      line to block these sorts of things from being thrown

7      at our people.

8                     And as it turned out, many of those

9      shields, in the aftermath of Charlottesville, were --

10     were nicked and bruised and had all kinds of

11     discolorations on them from things that were thrown

12     at us.  And so my -- my summation -- my surmising of

13     this was correct.

14                    But we knew that we were going to be

15     facing violence from Antifa and Black Lives Matter,

16     and we prepared for it as best we could and we

17     thought shields would be a very practical thing to

18     have on the front line.

19          Q     Now, you know or you knew at the time,

20     didn't you, that shields of the kind that you were

21     having manufactured or built could be used

22     offensively, as well as defensively, right?

23          A     You can use a helmet offensively if you

24     take it off your head and hit somebody with it, but

25     that's not the purpose of it.  Anything can be used

1                          J.M. HILL

2    violently like that.  Our goal was to have defensive

3    accouterments to protect ourselves.

4         Q     I'm asking you, Mr. Hill -- you just

5    answered me about a helmet.  I'm not asking you about

6    a helmet.  I'm asking you about the shields.

7               You understood that the shields could be

8    used as a pounding instrument, a battering

9    instrument; isn't that right?

10        A     Yes, I know what a shield is, sir, and I

11   know what a shield can be used for.  It can be used

12   for a number of different things.  A person,

13   depending on his situation, could decide to use it

14   for a number of things.

15        Q     And --

16        A     But the main -- the main -- when one

17   thinks of a shield, sir, one mainly thinks of a

18   defensive accouterment.

19        Q     Did you expect that the shields could be

20   used offensively, as well as defensively?

21        A     No, I did not foresee any need we would

22   have, beforehand, for using shields in an offensive

23   manner.

24        Q     Did you come to see that the shields were

25   used offensively?

1                          J.M. HILL

2       A     No.  I came to see, for most of the

3   day -- and I must admit that I was not everywhere all

4   at once in the streets of Charlottesville on

5   Saturday, the 12th of August.

6              But from my own personal observation,

7   sir, I saw the shields being used to protect innocent

8   people from being assaulted and hit by thrown

9   objects.

10      Q     Didn't you -- you were marching with

11  Mr. Tubbs in the very beginning of the afternoon down

12  McIntire Street, correct?

13      A     Yes, that's exactly right.

14      Q     And did you see -- weren't you physically

15  there when Mr. Tubbs led the group, including the men

16  with the shields, into the protesters, pushing them,

17  using the shields to barricade and barrel through the

18  protesters offensively?  Didn't you see that?

19      A     I saw certain individuals defending

20  themselves with the shields from people who were

21  trying to assault them with various kinds of weapons

22  --

23      Q     I'm asking you --

24      A     -- in this melee.  I'm trying to answer

25  you, sir.

```
 1                         J.M. HILL
 2              -- in this melee and I was hit in the
 3    side of the head and distracted for some time.  I did
 4    not see everything that went on.  And, to be quite
 5    honest, when you're in the middle of a heated
 6    situation like that, it's very difficult to remember
 7    exactly everything you saw.
 8              So I saw -- I saw our people using their
 9    shields mainly to defend themselves.
10        Q    Isn't it a fact, Mr. Hill, that you,
11    along with Mr. Heimbach, walked behind Mr. Tubbs and
12    League of the South members with the shields down
13    McIntire Street towards the park?
14        A    Not behind.  Mr. Tubbs and I, with
15    Mr. Heimbach off to our right, walked in front of the
16    men with the shields.
17        Q    And did you -- at the time, the men with
18    the shields, the League of the South men with the
19    shields made the first contact with the protesters
20    from Black Lives Matter and others.  They walked up
21    to them, into them and through them to get to the
22    park.  Isn't that right?
23        A    Yes, we did.  We walked up to them and we
24    went through them to get to the park.
25        Q    And isn't it a fact that in order to get
```

1                      J.M. HILL

2    through them, the League of the South people used

3    their shields to push the protesters away?

4         A    I did not see, that day, any particular

5    examples of that.  I do not doubt that it may have

6    happened, but I didn't see any particular examples of

7    it because I was engaged to the right-hand side of

8    that column when someone attacked me.  So I know the

9    video.  I can go back and see the video, just like

10   you can.

11             But yes, we -- we went through this group

12   to the park, and I don't know exactly what they did

13   with the shields.

14        Q    And one of the ways, physically, that the

15   group got through the park was using the shields to

16   push the counter-protesters away -- pushed them to

17   the ground and pushed them away; isn't that right?

18        A    I did not -- I did not see anybody being

19   pushed to the ground.  I did see some people -- I did

20   see some people pushing, pushing up against our

21   people, but I don't know who initiated the contact,

22   sir.

23        Q    Isn't it a fact, Mr. Hill, that the

24   contact was initiated by Mr. Tubbs and the League of

25   the South people with the shields literally walking

```
 1                          J.M. HILL

 2   into the protesters?

 3        A     We walked into the protesters, and from

 4   what happened from that point on it was a lot of

 5   confusion and all I can tell you is what I personally

 6   saw, sir and what video has shown me since then.

 7        Q     And what happened after was a melee that

 8   included violence of one side against the other

 9   correct?

10        A     There was violence all over the place

11   that day, sir.  And as I said, I saw some things and

12   there was much I didn't see because I was preoccupied

13   with defending myself.

14        Q     I'm asking you, Mr. Hill, isn't it a fact

15   that the initial violence, the initial physical

16   confrontation, took place when Mr. Tubbs led the

17   League of the South members and the shields, the men

18   with the shields, into the protesters who were

19   standing near the entrance to the park on McIntire

20   Street.

21        A     Sir, when you say violence, please, for

22   me, define the term in this context.

23        Q     I'm -- there was a physical pushing and

24   shoving of the League of the South people against the

25   protesters to push and clear them from the street;
```

```
 1                      J.M. HILL
 2  isn't that right?
 3       A    Yes, that is right, sir, after --
 4  after --
 5       Q    Okay.  And that led -- and that led to
 6  fighting between both sides, correct?
 7       A    Something led to fighting between both
 8  sides.
 9       Q    Well, if --
10       A    Our men went through after things were --
11       Q    Mr. --
12       A    The initial violence, sir, was things
13  being thrown at us, dangerous objects.
14       Q    Put aside -- put aside what happened
15  after League of the South men with shields walked
16  into the protesters.
17            If Mr. Tubbs, when he saw -- and you --
18  saw the protesters on McIntire Street some 30 or 40
19  yards away, and you turned around and went a
20  different place into the park, there wouldn't have
21  been that violent confrontation that took place;
22  isn't that right?
23       A    I have no idea, sir.  I have -- I can't
24  predict what didn't -- I can't tell you what didn't
25  happen, sir.
```

1                              J.M. HILL

2          Q      Well, what happened, the violence that

3     took place was precipitated by the League of the

4     South men with their shields walking into those

5     protesters; isn't so that right?

6          A      No, it isn't, sir, it's the exact

7     opposite.

8          Q      You want to tell me --

9          A      It was initiated by people throwing

10    things at us and refusing to get out of our way so we

11    could get to the park.

12         Q      You didn't have a permit for the street,

13    did you?

14         A      It was an open thoroughfare, sir.  It was

15    an open thoroughfare, open to foot traffic.

16         Q      It was a public street, correct?

17         A      Yes, it's a public street, sir, and we

18    had as much right to be on it as anybody.

19         Q      And do you consider walking into those

20    people with shields to push them out of the way an

21    act of self defense?

22         A      It's an act, sir, of getting from point A

23    to point B on a --

24         Q      I'm asking you -- I'm asking you,

25    Mr. Hill.

```
 1                        J.M. HILL

 2              MR. JONES:  Stop interrupting him,

 3         sir.  He could answer the question.

 4    BY MR. LEVINE:

 5         Q    I'm asking you, Mr. Hill, what about that

 6    act is self defense at life, liberty and property.

 7         A    We had a right to be on that street, sir.

 8    It was open to foot traffic.  I looked over at a

 9    policeman to my left to say, how do we get through

10    here.  Can we get through here peacefully.  He

11    shrugged his shoulders and said, basically, you are

12    on your own.

13              At that point, you talk about liberty,

14    sir, you mentioned life, liberty and property,

15    liberty involves your rights, your First Amendment

16    rights to freedom of assembly and freedom of speech

17    and we were going into that park to exercise those

18    rights.  If that mob had not been in front of us, we

19    would have been there peacefully.

20              They locked arms, sir, started throwing

21    things at us, cursing us.  And at that point, we

22    could turnaround and just say, okay, we don't have

23    any rights, or we could go through them to the park

24    and exercise our rights, and I made the decision to

25    do the latter.
```

Page 180

1                         J.M. HILL

2        Q    But you could have also found a different

3   street to get into the park; isn't that right?

4        A    No, sir, we could not have.  Everything

5   was so crowded, we could not know -- we were not from

6   the area and this is the only route in we had

7   planned.  And, basically, the cops had everything

8   else blocked off.

9        Q    And so it's your testimony that the way

10  you proceeded, unilaterally moving into the

11  protesters with the shields, was an act of self

12  defense for --

13       A    It was an act of self defense for our

14  liberty to exercise our First Amendment rights.

15       Q    Now, were you carrying a gun that day?

16       A    I was, sir.  I was carrying a Glock 45.

17       Q    And was there a discussion about the use

18  of weapons on that day, before the events took place?

19       A    There was a discussion on the previous

20  night.  We've already discussed the meeting we had on

21  Friday night, the 11th.  We went over the ground

22  rules for everything that night.  And that morning, I

23  briefed everybody before we left our -- the place we

24  stayed there, again, about not using any weapons at

25  all, except in self defense of your own life or

1                            J.M. HILL

2    someone else's.

3             So, yes, we -- we talked to our members

4    about this.

5        Q    And I want to show you an e-mail from

6    July 7, 2017, which I believe you were on.

7             (Hill Deposition Exhibit No. 27 was

8         marked for the record.)

9    BY MR. LEVINE:

10       Q    I'm showing you an exhibit that we will

11   mark as Exhibit 27.

12            Would you please look at it?

13       A    Yeah, I'm looking at it.

14       Q    And scroll down, too.

15       A    Okay.  It keeps jumping around on the

16   screen.  I'm not sure what I really need to be

17   reading.

18       Q    Is this -- this is, I think, the Kessler

19   e-mail that you looked at before?

20       A    The one where he was warning about the

21   Antifa from the meeting in DC.  Yes, I saw that

22   before, yes.

23       Q    And you see your response from

24   Mr. Thomey?

25       A    Yes, I'm reading it right now.

1                         J.M. HILL

2         Q     Do you see Mr. Thomey says:  We need to

3    surveil the area, map out staging points for vehicles

4    and equipment, and establish escape routes and plans

5    and send along a code word which let's our folks know

6    to unleash hell -- to unleash hell on them.

7         A     Right.  Yeah, I see that.  I see that.

8         Q     So were there any other plans, escape

9    routes or plans, for getting to the park?

10        A     No, we basically had one plan and I -- I

11   subsequently have seen the error of that, but at the

12   time, I wasn't expecting what happened to happen.

13   And we weren't able -- we weren't able to execute our

14   original plan because of what happened in the park.

15   I mean, we got scattered all over the place.

16        Q     And Thomey -- there's a reference here to

17   settle on a code word.

18        A     That was from Mr. Thomey, this was his

19   own personal views, this was not a part of our

20   established plan.  He is simply making suggestions

21   here, and I can't speak for him.

22        Q     Isn't it a fact that right at or about

23   this time, that people from League of the South did

24   surveillance on the area?

25        A     I am not sure.  I would have to talk to

1                          J.M. HILL

2    Mr. Baker about that since I put him in charge of our

3    plan for entering and exiting the area.  I would -- I

4    would have to talk to him to see if he appointed

5    anybody to -- to go and do any surveillance as early

6    as July.  I don't know.

7              I know that I -- I don't remember doing

8    it myself or appointing anybody.

9         Q    Do you remember, at your direction,

10   surveillance of the area was done and you received

11   kind of Google map pictures of the streets around the

12   park?

13        A    Yes, I do remember that.  I asked the

14   late Tommy Malone, who at the time was our security

15   man, if he would check out some aerial photographs of

16   the area so we could look at potential escape routes

17   and things if they were needed.

18              And, yes, I do remember seeing some of

19   those, but -- but those were basically -- those

20   basically were, I think, like Google -- Google

21   Maps -- I don't -- we didn't actually send anybody in

22   there, to my knowledge, to do the surveillance.  He

23   used what was available on-line from Google, I

24   believe, so yes, I do remember those.

25        Q    And there were pictures of all of the

1                        J.M. HILL

2    different egresses and ingresses to the park?

3         A    That's correct, yes.  That's correct,

4    yes.

5         Q    So you actually were -- I can show you

6    Exhibit 28.

7              (Hill Deposition Exhibit No. 28 was

8         marked for the record.)

9    BY MR. LEVINE:

10        Q    You actually did get rather extensive

11   photos of the neighborhood around the park --

12        A    Yes, we did.

13        Q    -- and of all of the different streets

14   that you could go to and from the park?

15        A    Yes, we did get those, but what you see

16   from Google Maps taken on who knows what kind of day,

17   where nobody's out.  All those things were very

18   obscured when you've got thousands and thousands of

19   people on the ground and it becomes less than easy to

20   remember.

21              And obviously, you know, you look at

22   those one or two times -- it's not like you've

23   actually walked the ground.  So it's not like it's --

24   you know, you're in your own town and you know the

25   place, as they say, like the proverbial back of your

Page 185

1                              J.M. HILL

2    hand.

3          Q     Why don't you -- Mr. Hill, why don't you

4    look at the surveillance pictures that were provided

5    to you.

6          A     Yes, I'm looking at them.

7          Q     They show a number of different --

8    they're actually specifically identified as Approach

9    to the Statue from various corners of the park.

10         A     Oh, yes.  Sir, on that day, the -- I

11   think it was the Virginia State Police, had what I

12   believe is the northern half of the park occupied and

13   you -- nobody was going through that area.

14               So we're talking about dealing with the

15   southeast and southwest entrances to the park, sir,

16   and there was a huge mob of Antifa and Black Lives

17   Matter separating the southeastern entrance from the

18   southwestern entrance.  And all the cops had the

19   northeast and northwest entrances blocked off.  We

20   had no other way of getting in.

21         Q     That was your testimony, that on that day

22   there was only one way to get into the park?

23         A     Sir, from our observations, the northern

24   entries to the park, northeast and northwest, were

25   blocked by police barricades and policeman,

1                        J.M. HILL

2    Charlottesville policeman, Virginia State Police, et

3    cetera.  The --

4         Q     The --

5         A     The other entrance, the southwest

6    entrance may have been open officially, but there was

7    no way for us to get there except through the mob of

8    Antifa.  So we went in the southeast entrance, which

9    is what we had planned to go in all along, and what

10   Mr. Baker had actually told the Charlottesville

11   Police Department that we were going to do.  So --

12        Q     Isn't it a fact that when Mr. Tubbs and

13   you looked down the street on McIntire Street and saw

14   the protesters 30, 40 yards away, that there wasn't a

15   second thought on your part about finding an

16   alternative route into the park?

17        A     I did not seek an alternative route into

18   the park, sir.  When we got about 30 feet away from

19   that mass of protesters, I stopped and gave them a

20   chance to part their ranks where we could walk

21   through there without any trouble, and they refused.

22             At that time, we had a column of about

23   four to 500 people, sir, and the logistics of turning

24   that column around and trying to find our way to some

25   other entrance in the park -- and it would have been

1                        J.M. HILL

2    the same on the western side, too, sir, because all

3    of the people who came from McIntire Park into Lee

4    Park were pelted with all kinds of debris from Antifa

5    and Black Lives Matter, and some were assaulted.

6             Either way --

7        Q    Mr. Hill.  Mr. Hill.  I asked you a

8    question.

9        A    And I'm answering it, sir.

10       Q    You're making a speech.

11            The fact is that you didn't think, for a

12   minute, about an alternative way?  You were going up

13   that street, into the park, through those protesters,

14   whatever the consequences would be; isn't that right?

15       A    Sir, we were -- we had one way into the

16   park.  We were not local.  We did not know all the

17   routes.

18            I'm speaking here in retrospect.  After

19   the fact, I learned all of this stuff I've just told

20   you about all the entrances.  That, to us, was the

21   only entrance that was available to us because of

22   where we were located, where we started and where we

23   knew that we had to enter the park.

24            We did not know the ground like locals.

25   So we were doing -- I guess you could say we were

```
 1                        J.M. HILL

 2   doing the best we could under very trying

 3   circumstances.

 4        Q    So let me just go back to -- to Friday

 5   night.

 6             Did you learn Friday night, late, that

 7   Mr. Griffin had gone to the rally, to the torch light

 8   rally?

 9        A    I can't remember, sir.  I can't remember.

10   There was so much going on that night that it's --

11   it's all kind of a blur.  And, you know, it's been

12   virtually -- almost three years ago and a lot was

13   going on.  I don't remember.

14        Q    Did you learn Friday night from any one

15   of your -- the observers that you sent what happened

16   Friday night?

17        A    I don't recall, sir.  I don't recall

18   when -- when I actually learned what happened on the

19   torch light -- torch light parade there.

20        Q    When did you -- withdrawn.

21             What were the names of the observers that

22   you sent?

23        A    Sir, I can't remember.  Everything, as I

24   said, was a blur.  I don't even actually remember

25   sending them.  I guess I did because I mentioned
```

1               J.M. HILL

2   something about it.  But, I mean, I was being -- as

3   the leader of the group, I was being pulled in about

4   ten directions at once, trying to get everything

5   done, and there's simply things I do not remember.

6        Q    So when do you remember learning of the

7   events of Friday night?

8        A    I don't know.  Maybe when I got home to

9   my office on late Sunday night -- that would have

10  been the 13th -- or certainly by Monday morning, the

11  14th.  I was on the internet and social media, and I

12  think then I probably -- and I can't give you a

13  pinpointed time, sir, but I imagine that it probably

14  was two or three days -- within two or three days

15  after I returned home from Charlottesville.

16       Q    So you didn't learn -- it's your

17  testimony you didn't learn Friday night about the

18  rally --

19       A    I don't -- sir, my testimony is I don't

20  remember learning anything about it while I was in

21  Charlottesville.  You know, the -- and what I'm

22  saying is not the actual -- that the event was

23  happening, but what I understood you to say was the

24  outcome of it, what actually transpired.

25       Q    And what was the outcome, as you

1                          J.M. HILL

2    understood?

3         A     Well, you know, I saw the video, and I

4    know there was some -- some conflict and probably a

5    few fights and things like that.  So I didn't know

6    all -- about all those details, as far as I remember,

7    until I got home and started looking at things on my

8    computer screen.

9         Q     Do you remember listening to the podcast

10   earlier about Friday night?

11        A     Yes, I remember the podcast, yes.

12        Q     Let's -- let's replay Exhibit -- I'm not

13   sure.  I think we marked this already.  I'm going to

14   play Exhibit 18, which was marked earlier this

15   morning.

16             VIDEO EXHIBIT PLAYED:  (Are you

17             expecting to do any torch lit

18             demonstrations, marchs?  There's been

19             some successful ones in 2017.

20             Oh, yes, absolutely.  I'm not going

21             to let the cat out of the bag about where

22             and when those might be, but I will say

23             it's definitely yes.  If you come to a

24             big event, the optics of those are just

25             too good to pass up.

1              J.M. HILL

2         So if you come to a League event,

3    just bring your tiki torch, just in case.

4         Yeah, and we may -- we may go old

5    school with some of these torches.  We

6    may actually make some true flambeaux,

7    you know, something with -- some pine tar

8    torches.

9         Yeah, exactly.

10        And, you know, go -- go medieval,

11   as you might -- might say, with these

12   things.  That would be fun.  But yeah,

13   that's in the plans, Harold, I'm proud to

14   say.  Good optics.  Good optics.

15        It sure did look good having all

16   those hundreds of men and a few women

17   marching there in Charlottesville on

18   August the 12th.

19        Yes, it did.  That was very

20   impressive, very impressive.  And we want

21   to see if maybe we can beat that.)

22   BY MR. LEVINE:

23        Q    Do you -- did you hear that, sir?

24        A    Yes, I did.

25        Q    Do you remember saying, in reference to

1                        J.M. HILL

2    the Charlottesville torch light rally, that the

3    optics of those are too good to pass up?

4         A     I remember saying it that night and I

5    think you said that was, what, in January of 2018?

6         Q     Correct.

7         A     Yes.  Yeah, I remember saying that, and

8    we actually -- yeah, I do remember that, yes.

9         Q     And what's -- what is it about the optics

10   that are so good about that rally, sir?

11        A     Well, I don't know.  It just -- it just

12   appealed to me.  That's all I can say.  It's probably

13   a very subjective thing, sir, but it just appealed to

14   me.  It was just very ordered and it was just

15   striking.

16        Q     And one of the very significant parts of

17   the torch light rally were the chanting in unison;

18   isn't that right?

19        A     Yeah, I heard that, and that turned out

20   to be a big part of that particular event.

21        Q     And when your -- and the chants included

22   three basic chants, as I recall, listening to it.

23   One was Jews Will Not Replace Us; one was You Will

24   Not Replace Us and one was Blood And Soil.

25              Do you remember those three chants?

1                              J.M. HILL

2          A     Well, I don't remember them because I

3   wasn't there, but I do remember seeing them in the

4   video -- or hearing them in the videos I've watched.

5          Q     And those chants are directed, among

6   others, at Jews; isn't that right?

7          A     I would suspect.  And obviously, you

8   know, not having been a participant in this and not

9   been an organizer, I don't know what the intent of

10  that was, but -- so I guess I just plead ignorance.

11         Q     What about -- do you connect the torch

12  light with the KKK torch light marchs?  Is that part

13  of the optics that are good?

14         A     No.  I really never have quite connected

15  the two, those two things.  I know that -- that --

16  that was done a tactic by the KKK years and years

17  ago, but no, I've never really connected the two.

18         Q     But you appreciate that people in the

19  public could associate those torch light -- a torch

20  light rally like that with the KKK; isn't that right?

21         A     Yes, I could see where, if they knew

22  their history, they might be able to associate the

23  two.

24         Q     Particularly in the south; is that right?

25         A     Particularly in the south, yes.

1                         J.M. HILL

2        Q     And is the optics -- what about a torch

3   light rally like that, chanting Jews Will Not Replace

4   Us and Blood and Soil, which is a Nazi slogan, what

5   is that about the optics that are so attractive to

6   you?

7        A     Well, when I used the term optics, sir,

8   I'm using it in a very precise way that means what

9   you see.  The optics of this, of the men, the young

10  men mainly, dressed in nice attire, marching in order

11  with the torches, it was very appealing.  I wouldn't

12  mind doing something like that in the future with the

13  League, if we could.

14             I don't know what the focus of it might

15  be, but I do think it's rather attractive.

16       Q     So men dressed in -- they were all

17  dressed in the same uniform, correct?

18       A     I don't know, sir.  I wasn't there.  All

19  I can go by is the video.  They seemed to have --

20       Q     Won't the video show that they were in

21  khakis and white shirts?

22       A     A lot of them were.  I don't know if that

23  was uniform throughout the crowd, but a lot of them

24  were.

25       Q     And would you agree with me that, if you

1                              J.M. HILL

2    were a Jewish person on the University of Virginia

3    campus that night, that that march might be a scary

4    thing to you?

5         A     Sir, I cannot put myself in someone

6    else's mind.  I don't know.  It would be -- it would

7    be foolish for me to even try.

8         Q     Well, you're a historian; isn't that

9    right?

10        A     Yes, I was at one time.

11        Q     You have a doctorate in British history,

12   you said; is that right?

13        A     I do, yes, that's right.

14        Q     So you studied people's conduct and

15   behavior for your whole life; isn't that right?

16        A     I would say that's probably a true

17   statement.

18        Q     And if you -- and if you studied British

19   history, you were a student of wars and civil wars

20   within the British Isles; is that right?

21        A     That is correct, sir.

22        Q     So is it -- I'm asking you, isn't it a

23   fact, based on your human experience, that a Jewish

24   person standing on the sidelines on the University of

25   Virginia campus that night, watching hundreds of men

```
 1                          J.M. HILL

 2    in uniform with torches chanting Jews Will Not

 3    Replace Us and Blood And Soil, could be intimidated

 4    by that, could be scared by that?

 5         A     In a purely theoretical way, sir, I could

 6    see where that might be the case, but I'm just

 7    speculating because, A, I was not there and, B, I'm

 8    not a Jewish person.

 9         Q     You're not really speculating.  You're

10    using your life's experience to say that being a

11    Jewish person on the sideline there at the University

12    of Virginia campus while hundreds of men dressed in a

13    uniform walked by with torches chanting a Nazi slogan

14    could be intimidating; isn't that right?

15              MR. JONES:  I'm going to object to

16         the form.  Go ahead, sir.

17              THE WITNESS:  Well, sir, you're

18         wanting me to speculate about how a

19         person who is not me would feel about

20         something, and I just don't feel

21         comfortable doing that.

22              I know what you're getting at, but

23         I don't feel comfortable saying how I

24         would feel if I were another person.

25
```

 1                         J.M. HILL

 2    BY MR. LEVINE:

 3         Q     Mr. -- Mr. -- Mr. Hill, the Federal Rules

 4    of Civil Procedure, and Evidence, actually permit an

 5    ordinary person to give his opinion about conduct

 6    that's taken place that they have seen.

 7              And you've watched those videos and you

 8    were a participant in the Unite the Right rally, and

 9    I'm asking you:  Isn't it a fact that you can

10    understand a Jewish person --

11              MR. JONES:  I'm going to object as

12         asked and answered.  This is the third

13         time.

14              MR. LEVINE:  I'm going to finish my

15         question, please.  You can object at the

16         end and the objection will be dealt with

17         at trial.  Please let me get my question

18         out.

19    BY MR. LEVINE:

20         Q     Simply, I'm asking you, if you were a

21    Jewish person sitting on the University of Virginia

22    campus, watching hundreds of protesters go by with

23    khaki and white shirt uniforms and flaming torches,

24    shouting Nazi slogans, would it be fair for a Jewish

25    person seeing that to be physically intimidated?

1                       J.M. HILL

2       A     Sir, you're asking me a question that I

3   can't answer because I am not a Jewish person in that

4   position.  I do not know what they might think.  I do

5   not have that life experience.

6             All I can do is speculate about something

7   like that, and I think that at this point that's

8   worthless.

9       Q     One of the things that -- you've said

10   that the optics of it are too good to pass up.  And

11   the optics of it were the white nationalist

12   demonstration of that kind; isn't that right?

13       A     In general, yes, it is.  And I'm -- I was

14   very attracted by the look of the flames in the

15   night, and it just really -- it just really looked

16   good.  And that's a personal subjective opinion of

17   mine.

18             We have since backed off of that in the

19   League.  We didn't have one of those, but I

20   considered it.

21       Q     But in finding it attractive from a white

22   nationalist perspective, besides the KKK using it,

23   similar white nationalist perspective, what other --

24   what other experience was -- was brought to your

25   mind?

1                          J.M. HILL

2        A     I don't think that there was one.  I just

3    --

4        Q     Besides KKK?

5        A     I saw this.  As I said, when I got back

6    from Charlottesville, I saw the video and the video

7    looked -- looked, you know, very orderly and

8    disciplined, and it just looked like a nice thing to

9    do to bring people together and give your people a

10   nice little event, exercise their First Amendment

11   rights.

12             It didn't remind me of anything.  I

13   hadn't -- I hadn't seen anything like it before.

14       Q     What time did you leave your campgrounds

15   in Virginia on the morning of -- on Saturday morning?

16       A     This would be a guess, but I am thinking

17   somewhere between six and seven o'clock in the

18   morning.

19       Q     And where did you drive to?

20       A     Well, I can't remember the exact name of

21   the place, but I do think I can identify it by a

22   couple of stores.  I believe it was right outside of

23   the city limits of Charlottesville.  And we stayed --

24   if my directions are right -- to the northwest of the

25   city.

1                        J.M. HILL

2               So we came -- we came down to a parking

3    lot that had a Walmart and a JoAnne's Fabrics.  I

4    don't -- I can't name the place, but it was right

5    outside, I believe, the city limits of

6    Charlottesville.  And that was the place that

7    everyone was going to meet and we were going to form

8    up a convoy and drive from there to the parking

9    garage on East Market Street in Charlottesville.

10        Q     And did you end up meeting at the top of

11   the garage?

12        A     I think people parked on all levels of

13   the garage.  I think -- as best I can remember, we

14   parked on the top level because we wanted to go to

15   the top and then let people behind us still in the

16   bottom levels.  So I think people parked on all

17   levels of the parking garage.

18        Q     But then I asked you, sir, did you end up

19   meeting at the top of the garage?

20        A     No, I actually -- I actually think that

21   we met on the floor next to the top, to put our

22   people in line and get them ordered up so we could go

23   out and go down East Market Street to the park.  So I

24   think it was the floor below the top floor.

25        Q     And did the group do anything else

1                        J.M. HILL

2   besides congregate in the garage and then start to

3   march out?

4        A    Well, I don't -- I don't think so.  I

5   mean, people talked and people sang and people

6   chanted and did all kinds of things, visited with one

7   another.

8             We actually had a hard time getting

9   people to talk with each other.  A lot of people

10  hadn't seen each other in a long time.  It was kind

11  of a social gathering, you know.

12       Q    And what were the chants?

13       A    I really don't remember, sir.  I was so

14  intent on getting everybody lined up and getting

15  everybody -- I don't remember the chants, at all.  I

16  don't.

17       Q    You then ended up marching to the park,

18  correct?

19       A    That is correct, sir.  We marched all the

20  way from the parking garage on East Market Street,

21  down East Market Street to the park, yes.

22       Q    And when did you -- I've asked you

23  questions about marching into the protesters and the

24  melee that developed.

25             When did you physically leave that area

1                              J.M. HILL

2    that day?

3         A     I don't recall what time that it was

4    declared to be an unlawful assembly.  I don't -- I

5    don't recall because of all the confusion.  But at

6    that time, when it was declared an unlawful assembly,

7    I told as many people as I could reach in the

8    confusion that we needed to get -- get out of there

9    and get back to the parking garage.

10                 I left the --

11        Q     And after -- and did you do that?

12        A     Yes.  So -- but we ended up having to go

13   in two different directions because of the police.

14   They forced some of our people back to the east, back

15   to the parking garage where we had originally parked.

16   And some of us got forced out of the park to the

17   west, and we ended up in McIntire Park.

18                 So we -- all of our people got separated

19   in the confusion when it was declared an unlawful

20   assembly.

21        Q     And where did you end up?

22        A     I ended up in McIntire Park.

23        Q     And after -- how long did you stay in

24   McIntire Park?

25        A     Sir, I can't -- in all the confusion, I

1                          J.M. HILL

2   can't remember.  I guess it probably was no more than

3   an hour, and I found someone who was willing to drive

4   me back from McIntire Park to the parking garage

5   where I had originally come in earlier that morning.

6        Q     And did anything go on -- was any part of

7   the rally conducted at McIntire Park?

8        A     Not that I saw.  I can't speak for other

9   groups or speakers or anything like that.

10             My purpose when I got to McIntire Park

11  was rounding up all of our people who were there,

12  making sure they were safe, and finding rides for

13  them back to the parking garage on East Market

14  Street.

15       Q     And am I correct, sir, that the rally

16  that was planned, the speaker's rally, never took

17  place that day in the park?

18       A     In Lee -- what was then known as Lee

19  Park?

20       Q     Correct.

21       A     To my knowledge, sir, it was broken up

22  probably 45 minutes to an hour before the speakers

23  were scheduled.  I'm guessing at that.  But no, to my

24  knowledge, nothing ever took place there except we

25  got in the park and, you know, we had all kind of

1                         J.M. HILL

2    things thrown at us, and then we got run out of the

3    park.  So --

4         Q     And you never made your speech, I take

5    it?

6         A     No, sir, I did not.

7         Q     That was going to be a highlight for you,

8    wasn't it?

9         A     It was.  I was -- that's the main reason

10   that I went.  I -- I -- I'm a good speech maker.  I

11   enjoy giving speeches, sir.

12        Q     Had you written your speech out?

13        A     No, I had a few notes.  I hadn't written

14   a speech.  I just had a few notes.  It was not going

15   to be long.  It was only going to be about ten to 15

16   minutes.

17        Q     Had you ever spoken to a large group like

18   that before?

19        A     Oh, yes.  I've spoken to several large

20   groups.

21        Q     In a public rally of that kind?

22        A     Yes, I have.

23        Q     And so you never spoke -- that never

24   happened.  And then unlawful assembly was declared,

25   correct?

1                        J.M. HILL

2        A     Yes, to my knowledge, that's what

3   happened.  The governor, I think, declared an

4   unlawful assembly and the Virginia State Police and

5   the Charlottesville Police Department started driving

6   everybody forcibly out of the park, so we had to

7   leave.

8        Q     So the sum total of that day was driving

9   by convoy with your League of the South members to

10  the garage, meeting up with the NSM and the TWP and

11  others, marching on the streets of Charlottesville to

12  the park, not physically getting into the park for

13  the rally, no rally took place, no speeches were

14  made, and then you found your way from the public --

15  from that park to another park and then back to the

16  campsite; is that right?

17       A     That pretty much sums -- yes, sir, that

18  sums it up.

19       Q     Let's look at Tab 41.  I'm sorry.

20  Exhibit 29.

21             (Hill Deposition Exhibit No. 29 was

22        marked for the record.)

23  BY MR. LEVINE:

24       Q     Take a look at this video, please.

25             (Video exhibit played.)

1                          J.M. HILL

2    BY MR. LEVINE:

3         Q    So, Mr. Hill, do you recognize Mr. Tubbs

4    at the beginning of -- in the front of the group in

5    the beginning?

6         A    I do.  I do.

7         Q    And the people with the khakis and black

8    shirts, were the League of the South members,

9    correct?

10        A    If they had khakis, black shirts with

11   League of the South emblem on it, they would be.  I'm

12   not saying that everybody there with a black shirt

13   and khaki pants was a League member, but our members

14   were in that attire, yes.

15        Q    And that's the white flag with the League

16   of the South emblem on it, correct?

17        A    As best I can tell with what I'm looking

18   at right now, to the left of Mr. Tubbs and slightly

19   in front of him looks to be a League of the South

20   flag that's furled.

21        Q    And moving on just a little further.

22             That's walking into the protesters the

23   first time, correct?

24        A    As far as I can tell, that is the initial

25   contact right there.

1                          J.M. HILL

2        Q      Thank you.

3               And who -- right there, who is that

4   League of the South person who jumped ahead of

5   Mr. Tubbs?

6        A      Sir, I can't -- sir, I don't know.  I

7   can't see his face.  I don't know who may have come

8   up out of the group at that time.  I can't identify

9   him from what I'm looking at right now.

10       Q      Does -- do you know a man by the name of

11   Spencer Borham?

12       A      I do know a man by the name of Spencer

13   Borham, yes.

14       Q      Was he walking with Mr. Tubbs in the

15   front?

16       A      I am not sure exactly where Mr. Borham

17   was.  I know that when we left the parking garage,

18   that he was -- Mr. Tubbs was to my immediate left and

19   Mr. Borham was kind of walking up and down the line,

20   making sure everybody was in order as we left the

21   parking garage.  So he would have been to Mr. Tubbs's

22   left.  But I can't see with this picture well enough

23   to know if that's him or not.

24       Q      Now, look at -- this is -- the League of

25   the South people get separated from Mr. Tubbs and

1                              J.M. HILL

2    some of them are behind, and I wanted you

3    to identify -- I ask you if you could identify.

4              Are these people that were marching with

5    League of the South, with the khakis and the black

6    shirts?

7         A     Okay.  Let me do what I can here.  The

8    man in the middle, who has a helmet on with the black

9    shirt and it looks like maybe gray pants and has his

10   left hand extended, I do not believe that's a League

11   of the South member.

12        Q     That's Mr. Heimbach, isn't it?

13        A     I can't tell, sir.  It looks like he has

14   a beard and I'm not sure that Mr. Heimbach had a

15   beard at the time.  I really don't know.  But the

16   man --

17        Q     What about --

18        A     The man to his immediate right with the

19   Confederate flag on a pole, I do not recognize him.

20              The man to the left of the man that you

21   thought might be Mr. Heimbach, he is obscured by --

22   appears to be a woman in a white shirt, and I can't

23   see his face, so I don't know if that's a League

24   person or not.  It looks like he has on a black shirt

25   and, from what I can tell, the pants look khaki, but

```
1                        J.M. HILL
```

I can't make out who that is.

3       Q    Okay.  Now, were those League of the
4  South people with the League of the South flag?

5       A    More than likely, unless somebody just
6  handed one of those off to somebody who was not a
7  league member.  I would say the white -- it's a
8  likelihood that if a person has a League flag in
9  their hands, they probably are a League member, yes.

10      Q    And does that person right there with the
11  League flag have the League of the South emblem on
12  the black shirt?

13      A    Well, actually, I can't tell which person
14  has the flag.  There's a -- a person to the right
15  that looks like he may be holding it.  Has a tan cap
16  on.  I don't know.  I don't know who that is.  But
17  there's a person that -- whose face is obscured by
18  the flag who may be the actual flag bearer, I don't
19  know.

20      Q    And is that a picture of a number of men
21  in khaki pants and the black shirt uniform with -- I
22  see at least four flags that were being carried by
23  League of the South, three black and white ones and
24  one Confederate one.

25      A    Yes, I see the Confederate one in the

```
 1                            J.M. HILL

 2   middle right there, and that -- I'm not saying this

 3   for sure because, obviously, I can't see his face

 4   well.  That may be Harold Crews.

 5        Q     Okay.  Were you standing in this area

 6   (indicating)?

 7        A     Sir, I can't remember.  As I said, it is

 8   all just a blur.  I was hit in the right side of the

 9   head very early on in this and was somewhat stunned,

10   and a lot of it is basically just kind of all jumbled

11   up.  I don't remember a lot of details in the chaos.

12        Q     Let's go to another video near the same

13   place.  We'll mark this Exhibit 29 -- oh, we're going

14   to mark it Exhibit 30.

15             (Hill Deposition Exhibit No. 30 was

16             marked for the record.)

17   BY MR. LEVINE:

18        Q     Take a look at what we're going to mark

19   as Exhibit 30.

20                  (Video Exhibit played.)

21   BY MR. LEVINE:

22        Q     Is that -- I'll ask you first, is that

23   Mr. Heimbach?

24        A     Yes, that is Mr. Heimbach.  And he does

25   have a beard there, I didn't remember that.
```

1                       J.M. HILL

2        Q    And I'm going to ask you if that's you

3   standing next to him?  That's going to come into the

4   picture.

5        A    It does look like me, sir.  I do not see

6   my face, but it does look like me, and that's the

7   position I was in.  I was to Mr. Heimbach's left at

8   the front of the column.  So I do think that probably

9   is me.

10       Q    And the shields, are those the top of the

11  shields?

12       A    Yeah, as far as I know, immediately to my

13  left there, that would have been a couple -- a couple

14  of the men that I assigned to be -- to hold the

15  shields.

16       Q    Okay.

17                 (Video exhibit played.)

18  BY MR. LEVINE:

19                 So Mr. Hill --

20       A    Yes.

21       Q    -- you just -- is that you in the

22  beginning of the footage with Mr. Heimbach?

23       A    Well -- and I think I know what you're

24  talking about.  Yeah, I was there.  I turned around

25  and I could -- I could see that that, indeed, was me.

1                     J.M. HILL

2   The one that we were speculating about earlier, that

3   was me.

4        Q     And then do you see, the second part of

5   what we showed was League of the South people

6   fighting with that woman, which is what we saw on

7   Exhibit 29?

8        A     Yes, I did -- I did see that.

9        Q     And in that -- in this footage, can -- am

10  I correct that the people fighting with her were

11  League of the South people?

12       A     I saw -- run the video back and stop it

13  and let me -- I -- yeah, I know I saw one person.

14       Q     And I want you to tell me if one of those

15  gentleman isn't Mr. Baker.  Here we go.

16                   (Video Exhibit played.)

17                   THE WITNESS:  I don't see

18       Mr. Baker.  I see, like, three people.

19  BY MR. LEVINE:

20       Q     Hold on.

21       A     And one of them has a League emblem on

22  his shirt, but that's not Mr. Baker.  I don't see

23  Mr. Baker in that --

24       Q     Hold on.

25       A     -- in that video.

Page 213

1                              J.M. HILL

2          Q     Hold on.  Right here (indicating).  Hold

3     on.  Right there (indicating).  Is that Mr. Baker,

4     with the white beard?

5          A     No, no, no.  That's a man, I believe -- I

6     know his last name is Hunter, H-U-N-T-E-R.  I

7     don't -- I can't remember his first name, but he's --

8     that's not Mr. Baker, no.

9          Q     Was he -- the man next to him with the

10    black helmet, was he a member of the League of the

11    South?

12         A     Yes, he is, but I can't place him.  I

13    don't know who he is, I don't recognize the face, but

14    he has a League on.

15         Q     And was the man with the -- who do you

16    think the man with the beard was?

17         A     The man with the white beard in the

18    center?

19         Q     Yes.

20         A     Yes, that man right there (indicating).

21    I believe his last name is Hunter, H-U-N-T-E-R.

22         Q     Is that William Hunter?

23         A     It could be.  I think there were three

24    Hunters who were there and I get them all confused.

25         Q     And right next to Mr. Hunter, on his

```
 1                        J.M. HILL

 2   left, is a younger fellow with a tan baseball cap,

 3   also with a League of the South emblem on his shirt,

 4   correct?

 5        A     Yes, I think that may be one of his sons.

 6        Q     And is it one of his sons, then, that

 7   pepper sprays this woman?

 8        A     I don't know.  Let's --

 9        Q     Let's watch.

10        A     Yeah, that's what I was going to say.

11                   (Video Exhibit played.)

12   BY MR. LEVINE:

13        Q     Did you just see that?

14        A     I did.

15        Q     It takes place at one minute on the tape.

16   So would it -- that gentleman -- that League of the

17   South person right there pepper sprayed that woman,

18   correct?

19        A     From the video, it certainly appears so.

20        Q     And that's what you would call an act of

21   self defense, I take it?

22              Did you hear my question, Mr. Hill?

23        A     No, sir, I didn't.  What was your

24   question?

25        Q     Would you consider that an act of self
```

1                          J.M. HILL

2    defense?

3         A     I personally would not consider that an

4    act of self defense.

5         Q     Now, after -- later in that afternoon --

6    I'm going to show you Exhibit 31.

7              (Hill Deposition Exhibit No. 31 was

8         marked for the record.)

9    BY MR. LEVINE:

10        Q     Right here (indicating) it -- do you see

11   Exhibit -- what we marked as exhibit 31, that's a

12   tweet by you, correct?

13        A     Yes, as far as I know.  It's from my old

14   Twitter account.  I don't have access to it anymore,

15   but I believe that's an accurate tweet.

16        Q     And where were you when you tweeted this?

17   This is at 2:25 p.m.

18        A     Yeah, I was probably back at the place

19   that we were staying, Seven Oaks, outside of the city

20   of Charlottesville.  And at the time I had Twitter on

21   my phone so I could make tweets on my phone wherever

22   I was.  So --

23        Q     So you recall that this tweet was when

24   you were back at the -- at your lodging area?

25        A     No, I don't know if I made it on the way

1                        J.M. HILL

2    back or after I got back.  I'm not sure exactly what

3    the timetable was of us getting back there.

4              But I know, more than likely, that was

5    about, what, four hours or so -- three and a half

6    hours after the event was declared an illegal

7    assembly, and I think we had already made it back to

8    our area, lodging area, by then.  So I would say --

9    guessing -- it would probably have been after I got

10   back there.

11       Q    And your tweet was:  The League of the

12   South had a good day in Charlottesville, Virginia.

13   Our warriors acquitted themselves as men.  God be

14   praised.

15             Correct?

16       A    Yes, that is correct.

17       Q    And you considered that day in

18   Charlottesville a good day for League of the South?

19       A    In retrospect, I would have considered it

20   a better day if I had gotten to speak and we would

21   have had the event, but I was just happy at that time

22   that all of our people got out of their safely and

23   that we went there to do our duty.  So that was the

24   underlying sentiment of my post on that day, as best

25   as I remember.

1                    J.M. HILL

2        Q     Your sentiment, your statement -- The

3   League of the South had a good day in

4   Charlottesville.  Our warriors acquitted themselves

5   as men -- there's nothing in there about the fact

6   that your men got out safely, is there?

7        A     No, but that was implied, after we got

8   everybody out.  And I just made a short tweet.  I

9   wasn't going to go into a lot of details, but -- and

10  I don't remember exactly what motivated me, but I do

11  know that I was -- I had a great sense of relief when

12  we got the last person accounted for and got out of

13  there, because the streets were very dangerous in the

14  aftermath of the break-up of the event.

15       Q     Isn't it a fact, Mr. Hill, that when you

16  wrote, Our warriors acquitted themselves as men, you

17  were referring to the fact that the League of the

18  South men took on the protesters physically and beat

19  a number of them up?

20       A     No, sir, I was not.  I was referring to

21  the fact that we went there, we went to the park to

22  do our duty, and we got all of our people out of

23  there safely and got back to our campsite.  We -- we

24  didn't leave anybody behind.  We made sure that we

25  stayed as long as was necessary to get everybody out.

1                          J.M. HILL

2              We had several people who were injured,

3   and that was -- that was the first and foremost thing

4   on my mind, being thankful for all of us getting out

5   of there and getting back to safety.

6        Q    Acquitted generally means conducted

7   themselves innocently, correct?

8        A    Conducted themselves how, now?  I didn't

9   catch that word.

10       Q    Well, how did -- is it your testimony

11  that your words, Our warriors acquitted themselves as

12  men, is not intended to imply at all that you were

13  proud that your men engaged the counter protesters in

14  violence?

15       A    Well, I was -- I was very proud of our

16  men, sir, for what they did in defending the

17  defenseless.  There were numerous -- there were

18  numerous occasions --

19       Q    Your men weren't defenseless, were they?

20       A    No, I said our men were defending the

21  defenseless.

22       Q    Your men were -- where were the

23  defenseless people that your men were defending?  I'm

24  not understanding, sir.

25       A    Okay.  Sir, give me a moment and I'll

1                          J.M. HILL

2    tell you.

3              We got to the park and we defended the

4    east entrance because if we hadn't defended it, we

5    would have been swarmed by Antifa.  There were,

6    throughout the rest of the morning, isolated

7    individuals and small groups of individuals, violent

8    people -- meaning people coming to the Unite the

9    Right event -- who got caught up in the crowd out

10   there and were assaulted.

11             Our men went out in the crowd and rescued

12   them and brought them back in and kept a number of

13   people from being severely injured by Antifa and

14   Black Lives Matter.  And, yes, I was extremely proud

15   of our members for protecting the defenseless from an

16   offense like that.

17        Q    So it's your testimony under oath,

18   Mr. Hill, that your words in this tweet, Our warriors

19   acquitted themselves as men, doesn't relate at all to

20   the conduct of Mr. Tubbs and the group of League of

21   South men, with shields, marching towards the park,

22   through the protesters, and the melee that happened

23   thereafter?

24        A    I was very proud of our men for making it

25   down Market Street and all the way into the park

```
 1                        J.M. HILL

 2   against the opposition.  I was very proud of that.

 3   They did acquit themselves well, and I would praise

 4   them again today.

 5            But I was very proud, also, of the fact

 6   that they defended a bunch of defenseless people who

 7   were accosted by Antifa and Black Lives Matter in the

 8   street as they tried to reach the park.  I was also

 9   very proud of our men for the leaving anybody behind

10   after this was over.

11            And this was a chaotic and dangerous

12   situation, sir.  And I know you weren't there, but I

13   was.  So I was very proud of our men from beginning

14   to end about what they did.

15       Q    Understood, Mr. Hill.

16            So after the -- after you got back to

17   the -- to the camp, did you learn about an incident

18   in the garage with one of the League of the South

19   members, Mr. Davis, Tyler Davis?

20       A    Yes, I did.  I don't know if I knew that

21   Mr. Davis was involved right away, but I was

22   informed, I believe, it was by Mr. Tubbs.  I don't --

23   I'm not completely sure of that.

24            But I did learn, after I got back to our

25   place where we were staying, that there had been an
```

1                      J.M. HILL

2  altercation in the -- in the garage there.  And I

3  didn't know at the time that Mr. Davis was involved

4  in it.  I only found out later.  I don't -- I can't

5  remember when, but it was later that I found out he

6  was involved in it.

7       Q    And did you find out that evening or was

8  it after you had left Charlottesville, about the

9  garage incident with Mr. Davis?

10      A    I learned about the garage incident that

11 evening.  I don't think that I learned about

12 Mr. Davis being involved in it until sometime later

13 on, and I don't really remember when that was, sir.

14      Q    When you first learned of it, what did

15 you hear?

16      A    I heard that there had been an

17 altercation on East Market Street, fairly close to

18 the parking garage, where one of our people had

19 been -- in fact, his name's Harold Crews -- had been

20 assaulted and someone was trying to take his flag

21 away.  And they pulled them off to the side of the

22 street.  And somebody hit him in the side of the head

23 with a mag light, and I think he had to go to the

24 hospital.

25                And I heard in the aftermath of that, the

1                              J.M. HILL

2     person who hit him in the side of the face was chased

3     down and he was beaten, by a group -- I don't how

4     many -- by a group of people, and I didn't know who

5     they were.  I didn't know if any of them were ours or

6     not.  It was very sketchy, the details I heard.

7          Q    Did you learn that one of those people

8     that beat the man was Tyler Davis?

9          A    I learned that later.  I don't think I

10    knew that when I was actually there in

11    Charlottesville.  In fact, I don't think I knew who

12    any of them were until sometime later on, and I

13    really -- it's very unclear.

14              There was a lot going on in the aftermath

15    of this, and I don't really recall when I learned

16    that Mr. Davis was one of the people that were --

17    that were charged in this -- in this incident.

18         Q    You came to learn that he was one of the

19    people who was charged, correct?

20         A    I did eventually learn that, yes.

21         Q    Did you ever see the video of the fight

22    in the garage?

23         A    I have seen a video.  I don't know if

24    I've seen all of them, but I've seen at least one.

25         Q    I'm going to mark as Exhibit 32 a video

1                          J.M. HILL

2    of the fight in the garage.

3                    (Hill Deposition Exhibit No. 32 was

4          marked for the record.)

5    BY MR. LEVINE:

6          Q     Can you see it, sir?

7          A     Not yet.  It's not up yet.  Still

8    waiting.  Oh, here we go.

9                    (Video Exhibit played.)

10   BY MR. LEVINE:

11         Q     Mr. Hill, did you -- can you identify the

12   man with the khaki pants and the black shirt there in

13   the middle as Tyler Davis?

14         A     Everything's moving so quickly, sir, I

15   can't -- I can't make -- I can't make any sense out

16   of what I'm seeing.

17         Q     Right there (indicating).  Right there

18   (indicating).

19         A     Point the arrow, if you can, to the

20   person you're talking about.

21               No, I can't identify that as Tyler Davis.

22   I can't.  I can't see his face.  I can't see any

23   emblem on the shirt.

24         Q     Do you see people bashing that -- that's

25   a black man, correct?

1                          J.M. HILL

2        A     From what I understand, yes.  I'm -- I am

3   really having trouble identifying much of anything.

4   There are people going in front of the camera.  But I

5   presume that's Diondre Harris.

6        Q     Okay.  And you saw that he was beaten

7   with shields; isn't that right?

8        A     Go back.  I -- I thought he was beaten

9   with sticks or something.  I didn't see a shield.

10       Q     He was also beaten with flag poles, but

11  I'm asking you if he was beaten with the shield.

12       A     I don't know.  I want to see the video

13  again.  I couldn't tell.  Everything moves so

14  quickly.

15       Q     Right here (indicating).

16       A     Where?

17       Q     Right there (indicating).

18       A     Well, that's not one of our shields.

19  That's somebody else's.  That's a clear shield.  Ours

20  were not clear.

21       Q     I'm asking you if shields were used to

22  beat him.

23       A     Well, it appears that somebody there

24  close to him has a shield.  That's all I can see.

25  But I can say this, it's not one of ours.

1                          J.M. HILL

2          Q     Now, is that -- that's a League of the

3     South person in the middle on his knee, right?

4          A     I don't know, sir.  I can't see his face

5     and I can't see any emblem on his shirt.  And as I

6     said, there were other people there that day who had

7     black shirts and khaki pants who were not League

8     members.

9          Q     And do you see in the upper right-hand

10    corner of the picture right now?

11         A     Right.

12         Q     Is that Mr. Tubbs?

13         A     Sir, from what I can see, he is just in

14    front of a gentleman that -- okay.  It moved.

15         Q     And you see right now --

16         A     Yeah.  Yes, yes.  Mr. Tubbs is walking by

17    on the other side, yes.

18         Q     And do you see --

19         A     Yes.

20         Q     Do you see that gentleman with the League

21    of the South emblem on his shirt?

22         A     Yes, I see that.  I think that probably

23    is Mr. Davis.  I had not met Mr. Davis before that

24    day, so I'm not really familiar with his -- with his

25    looks.

1                          J.M. HILL

2                But that is a League of the South shirt,

3    and I think Mr. Davis did have a Boonie hat on like

4    that, that day --

5          Q    Is that --

6          A    -- so I would not --

7          Q    Excuse me.

8          A    Sure.

9          Q    Other than Mr. Davis and Mr. Tubbs, is

10   there anybody else from League of the South that you

11   can identify in this picture, this video?

12         A    Yeah, there was a gentleman -- if you can

13   back the video up.  I think he was standing to the

14   right of Mr. Tubbs, before Mr. Tubbs walked across

15   the front of that brick wall that we're looking at

16   back there.  Okay.  Stop it right there.  Go back.

17   You've got to go back some.

18         Q    Do you see him being hit with black --

19         A    Okay.  Stop.  Ah.  It always goes past

20   where I'm trying to show you somebody, and he's only

21   there just for a second.

22         Q    That, right there (indicating).

23   Mr. Tubbs is right -- standing over the beating,

24   correct?

25         A    No, he's not standing over the beating.

1                           J.M. HILL

2    He's walking past the beating on the other side on

3    that little walkway there.  It looks like he's going

4    back to try to find his car.  He's -- he's several

5    feet away from the beating.

6              He's walking away from it, sir.

7         Q    Well, now, he is?

8         A    Yes, he was walking away from it the

9    whole time.

10        Q    So is there anybody else from the League

11   that you've identified in the video?

12        A    There is one, but I can't -- I can't get

13   it stopped quick enough to show you where he is and

14   who he is.

15        Q    Now --

16        A    There (indicating) -- anyway, he was just

17   behind -- and I can't get a good enough look at him

18   to make sure I'm a hundred percent accurate, so I

19   guess I'll just be quiet about it.

20        Q    Did League of the South provide support

21   and assistance to Mr. Davis?

22        A    You know, I think that there was an

23   attempt on the Florida League of the South to help

24   him and his family when he lost his job after this

25   happened.  I don't know the extent to which any help,

1                          J.M. HILL

2    if any, was given.

3              That would be something that Mr. Tubbs

4    would know because he is -- in addition to being my

5    chief of staff, he's our Florida League of the South

6    state chairman.  So that would have been a state

7    matter that I would have not been involved in and

8    wouldn't have been aware of.

9       Q    And did you consider Mr. Davis's conduct

10   there in participating in the beating of Mr. Harris

11   to be an act of self defense?

12      A    It was not an act of self defense, sir,

13   but I do know why it happened, I believe.  Because

14   what you failed to show in that video is why Diondre

15   Harris was jumped on in the first place.  He had sent

16   Harold Crews to the hospital.  And I think, in the

17   heat of the moment, these gentlemen from defending a

18   friend who had been knocked out in the street out

19   there previously.

20             So I think we need to have the whole

21   context of this to be fair, sir.

22      Q    So let me turn to Mr. Fields.  You've

23   heard about James Fields?

24      A    Yes, I kept up with his case.

25      Q    And were you on Fourth Street when

```
 1                          J.M. HILL
 2   Mr. Fields drove his car into the crowd?
 3        A     I don't know exactly what time Mr. Fields
 4   drove his car into that crowd, but I do think that
 5   we -- if we weren't already back to our lodging, I
 6   think we were probably on the way.  And if we were
 7   not on the way, we were all in the parking garage
 8   there by the police department on -- on East Market
 9   Street.
10        Q     So, Mr. Hill, is the answer to my
11   question you weren't -- you were not on Fourth Street
12   when Mr. Fields drove his car into the crowd?
13        A     All right.  Let me clarify something.  Is
14   Fourth Street where this accident or the incident
15   with Mr. Fields took place?
16        Q     Yes.
17        A     I don't think that any of us, to my
18   knowledge -- and I don't know Charlottesville that
19   well, but I don't think any of us were on that
20   street.  We -- we drove to East Market Street and --
21        Q     Mr. Hill, I'm just trying to get a simple
22   answer to a simple question.  Were you --
23        A     Well, sir, it's a simple question.
24        Q     I'm asking you, sir, were you present on
25   Fourth Street when Mr. Fields drove his car into the
```

```
 1                         J.M. HILL
 2   crowd?
 3        A      No.
 4        Q      Okay.  Thank you.
 5        A      Sure.
 6        Q      So you didn't observe that incident,
 7   correct?
 8        A      That is correct, sir.  I did not observe
 9   it.
10        Q      Did you talk to anybody, after the fact,
11   who did observe it?
12        A      No, sir.  I've not talked to anyone, to
13   the best of my recollection, who was there to observe
14   this.
15        Q      Did you watch any film or video of --
16        A      Yes, sir.
17        Q      -- the incident?
18        A      Yes, sir, I did.  I watched -- and I
19   don't know how many -- whether it was just the same
20   one over and over, but I saw the video more than
21   once.  As I said, I don't know if they were different
22   videos or the same one, but yes, I did see video.
23        Q      When did you first end up seeing a video?
24        A      Sir, I can't remember.  It was sometime
25   after I got back from Charlottesville, and I don't
```

1                          J.M. HILL

2    really remember if it was a week later, three or four

3    days.  I can't remember.  It was subsequent to

4    getting home from Charlottesville.

5          Q    And did you come to learn, in watching

6    the video, that Mr. Fields drove down Fourth Street,

7    then backed his car out of Fourth Street to Market,

8    and then drove back down into Fourth Street, into the

9    crowd at like 30 miles an hour?

10         A    No, sir.  I didn't know the specifics of

11   that.  All I saw in the video was a car hitting some

12   people and then backing up and a lot of confusion,

13   and I didn't know exactly the order in which all of

14   those things took place.

15         Q    And did you -- did you end up attending

16   Mr. Fields's trial?

17         A    No, sir, I did not.

18         Q    Did you read any of the transcript of the

19   testimony at the trial?

20         A    No, sir, I did not.  All I read were news

21   stories about it.

22         Q    So you made some public comments about

23   Fields's conviction; isn't that right?

24         A    I can't remember, sir.  I may have.  I

25   just -- I don't recall what they were or when they

1                          J.M. HILL

2    were, but I may have.

3         Q     So whatever comments you've made, they

4    have been based on looking at the television videos

5    and reading about the case in social media; is that

6    right?

7         A     Pretty much, pretty much.  I would say

8    seeing the videos and reading a lot of chatter and

9    some news stories on social media, that would be

10   where I would have got my information from, pretty

11   much.

12        Q     Have you -- have you come to learn that

13   Mr. Fields came to Charlottesville, to the Unite the

14   Right rally, dressed in the Vanguard America uniform

15   and marched with Vanguard America?

16        A     Yes, I was aware of that, from my -- from

17   some of the on-line information I picked up on social

18   media.

19        Q     And do you know that Vanguard America

20   representative, Mr. Rousseau, has testified that it

21   permitted Mr. Fields to march with Vanguard America?

22        A     No, I was not aware of that.

23        Q     So you tweeted that James Fields did

24   nothing wrong; isn't that right?

25        A     I don't know, sir.  As I said before, I

```
 1                          J.M. HILL
 2   don't -- I can't remember what I may have put on
 3   social media about this issue.  I just don't
 4   remember.
 5        Q     I think we have a video -- a tweet of you
 6   saying that Mr. Fields did nothing wrong.
 7              You've taken that position, haven't you?
 8        A     Sir, I don't remember.
 9        Q     All right.  Have you tweeted publicly at
10   all about Mr. Fields?
11        A     Sir, I cannot remember.  I know I haven't
12   done anything recently, and I can't remember if I
13   tweeted anything or made any kind of comments about
14   him subsequent to the event itself in
15   Charlottesville.  I don't know.  I can't remember.
16        Q     So after the -- the day ended and you
17   went back to the campground or the lodging, was
18   there -- did you have a social -- a social time with
19   members of the League?
20        A     Yes, we did.  We sat around and ate and
21   had some drinks.  And we had a bonfire later that
22   evening and entertained, and we sang some songs and
23   things like that and were just trying to have a good
24   time.
25              So, yes, we had a social time.
```

1                        J.M. HILL

2      Q     And when you got back to home -- how did

3  you get from Charlottesville back to Alabama?

4      A     I drove a vehicle.  I drove a car.

5      Q     And who was with you?

6      A     I went by and picked Harold Crews up in

7  North Carolina, Walkertown, North Carolina.  Spent

8  the night with him on that Thursday, that would have

9  been the 10th.  We drove up to Charlottesville on

10  Friday, the 11th.  And on Sunday, the 13th, I took

11  Mr. Cruz back to his home in Walkertown, North

12  Carolina, and I drove back to my home in Alabama on

13  that same day.

14      Q     And by that time, did you -- had you

15  learned that Mr. Fields had actually killed one of

16  the individuals on Fourth Street with his car?

17      A     Sir, I can't remember the timetable of

18  this.  There's so much packed together in a short

19  space and it's been almost three years ago.

20              I can't remember exactly when I first

21  heard about Ms. Heyer's death, you know, in that

22  incident there.  I just can't remember when.

23      Q     And would you agree with me that the

24  national publicity of August 11th and 12th was very

25  significant?

```
 1                        J.M. HILL

 2       A     Yeah, and there was a lot of -- not only

 3   national, but a lot of international publicity to

 4   this.

 5       Q     And the death of Heather Heyer -- the sad

 6   death of Heather Heyer was a national event; isn't

 7   that right?

 8       A     Yes, sir, it was.

 9       Q     And the participants at the alt-right

10   took a lot of criticism in the national media for

11   that event, correct?

12       A     That is true.

13       Q     And you were very interested -- it was

14   important for you, as head of the League and one of

15   the principal participants in the event, to give your

16   own explanation for what happened and get that out

17   into the public square; isn't that right?

18       A     I think in a sense that is right because,

19   you know, a controversial issue like this, you're

20   almost forced to make some statement about it one way

21   or the other.  So -- but again, as far as the

22   timetable goes, I don't remember exactly when I

23   learned of all the details about this about Ms. Heyer

24   and Mr. Fields.

25                 I did know that there was some kind of
```

1                      J.M. HILL

2  accident, but I didn't know the particulars of it

3  until later and I --

4        Q     I'm asking you --

5        A     -- I'm not sure when that was.

6        Q     I'm asking you, Mr. Hill, isn't it a fact

7  that, as the president of the League of the South,

8  you wanted to create a narrative on behalf of the

9  League of the South, in the public square, that the

10  violence by the League of the South and the other

11  organizers was all in self defense?

12        A     I was -- I wouldn't call it a narrative,

13  sir.  I would call it -- I would call it speaking the

14  truth and giving our side of the story.  Now, I'm not

15  saying that everything that happened there that

16  day -- because obviously when chaos happens, you

17  can't account for everything that every single person

18  does.

19              But I do know this, that from an

20  organizational standpoint, sir, we went in there and

21  came out, as I've discussed to you before, in as

22  honorable way as I could foresee us doing under the

23  circumstances.  And when it was over, we told our

24  side of the story.

25              Now, you could call that a narrative if

1                    J.M. HILL

2    you want to, but we told our side of the story from

3    our perspective.

4         Q    Even -- even though you asked your men to

5    go to battle in Charlottesville, you wanted to claim

6    that all of the violence was in self defense; isn't

7    that right?

8         A    The violence that occurred there that day

9    was so disparate, there were so many little

10   incidents, sir, that I can't say what happened on

11   every occasion, every confrontation.  But I can tell

12   you this, that, in general, we went in there and we

13   defended ourselves, we defended our rights and I was

14   very happy with the way that we did that.

15             Now, were there some incidences where a

16   person in the heat of battle -- and that's what it

17   was, sir.  It developed into a battle there.  You saw

18   it, you've seen it on the video.

19             I can't account for what every single

20   person did, but I can account for the organization in

21   general, and I was very happy with the way things

22   turned out for us.  It was a tragic day, of course,

23   but we got in and got out and, under the

24   circumstances, to me, that was a very successful day.

25                  I wish we could have spoken.  I wish the

1                              J.M. HILL

2    event had gone on.  It didn't, but that is -- it is

3    what it is.

4         Q     You actually called the people in the

5    League of the South and the public to go to do battle

6    at Charlottesville; isn't that right?  Before the

7    events?

8         A     Those may have been my words but, as I've

9    told you before, sir, doing battle is a euphemism for

10   fighting for your rights and fighting for a cause.

11   And that can be -- that can take on many forms, sir.

12   I was not advocating violence at all, only in self

13   defense.

14        Q     You understand how people could have

15   misunderstood the meaning of your words?

16        A     Sir, I do not take responsibility for

17   what other people determine my words to mean.  I know

18   what they mean.  Other people can determine them for

19   themselves, I don't have any control over that.

20        Q     But as the president of an organization

21   that's responsible for its conduct, you must

22   understand you have to take into consideration what

23   some of your members might understand your words to

24   mean; isn't that true?

25        A     It could be true in certain

```
 1                         J.M. HILL
 2  circumstances, sir.  I'm not saying that it was or it
 3  wasn't in this one, but it's -- it's certainly a
 4  possibility.
 5       Q    So take a look at Exhibit 14.  I'm going
 6  to put it back up on the screen.
 7            Do you see this?
 8       A    Yes, I see it.
 9       Q    And this is dated August 23rd, 2017,
10  correct?
11       A    That's correct, yes.
12       Q    And this was authored by you and put on
13  the League of the South website, correct?
14       A    That is correct, sir.
15       Q    And you wrote this to put out in the
16  public square your explanation of what the League of
17  the South did on August 12th, correct?
18       A    That is correct.  It was this -- this was
19  our side of the story, as it were.
20       Q    And did you talk to Brad Griffin about
21  this before you published it?
22       A    I can't remember, sir, if I did.  I know
23  that Brad published something on his own website or
24  blog, and we picked it up and republished it on ours,
25  but I don't know if that was subsequent to mine or
```

1                          J.M. HILL

2    before it.  And I didn't talk to him about what I

3    wrote.  This was a completely independent,

4    stand-alone piece from me.

5          Q     And did he edit it at all?

6          A     What?  The one that I'm looking at on the

7    screen?

8          Q     Yep.  Yes, sir.

9          A     No, he didn't edit this.  I don't have

10   anybody edit myself except my editor, and he's not my

11   editor.

12         Q     Who is your editor, sir?

13         A     My editor is my office manager and the

14   person who edits our publication, the Free Magnolia.

15         Q     And who is that?

16         A     That is my wife.

17               But no, she didn't -- she didn't edit

18   this.  I'm just saying, if anybody ever edits any of

19   my stuff, it would be her.  But Brad Griffin did not

20   have any hand in writing this.

21         Q     Is there any reference in this to the

22   assault on Diondre Harris?

23         A     I don't think so.

24         Q     Does this say anywhere that the violence

25   with the -- with the Black Lives Matter people was on

1                              J.M. HILL

2    a public street?

3         A     I don't think it does.  I haven't read

4    down to the bottom of it.  I can't see the bottom of

5    this, but I don't think I mentioned that.

6         Q     Did you know at the time that the permit

7    for the Unite the Right rally was only for the park

8    and did not include any of the public streets?

9         A     I guess implicitly I knew that.  But we

10   weren't having any kind of demonstration in the

11   public streets other than trying to get to the park.

12   So -- but I guess implicitly I did know that, that it

13   was for the park.

14        Q     And not for the street?

15        A     Yeah, as I say, implicitly.  I really

16   didn't think about it because we never planned to

17   have anything in the street anyway.  It just evolved

18   into the street when the chaos broke out.

19        Q     Except did you invoked your right to the

20   public street by pushing and shoving and beating up

21   the protesters that were in your way to get to the

22   park; isn't that right?

23        A     I deny that we pushed and shoved and beat

24   up, but we -- we were exercising our right, there,

25   sir, to get to the park.  I mean, this is a bit

1                        J.M. HILL

2    disingenuous, sir.  We had to get to the park in

3    order to have our rally at the park.

4              So, you know, you just can't miraculously

5    appear there.  We had to go down the street and the

6    street was blocked by these mass protesters, and the

7    cops did nothing about it.  So, you know, what

8    happened happened.

9              We weren't having any demonstration on

10   the street, sir.  We were on our way using a street

11   for its proper function, which is to get from point A

12   to point B.

13       Q    Isn't it a fact that you put this

14   narrative out to get your side of the story of self

15   defense into the public square?

16       A    We -- yes, we -- we put the narrative out

17   to get our side of the story out there to the public,

18   obviously.  That's what you do.  That's what the

19   other side is doing.

20       Q    Now, did you end up doing a podcast

21   with -- with Harold Crews sometime after the

22   Charlottesville events?

23       A    Well, I'm sure I did.  I was a fairly

24   regular guest on his podcast, but I can't remember

25   the exact dates of these things.

1                          J.M. HILL

2          Q     And do you remember saying publicly on

3    that podcast -- and at other times -- that you

4    couldn't be happier with the way August 12th turned

5    out and that you accomplished your mission?

6          A     I don't remember the exact words that I

7    said.  I have may have said something to the effect

8    that -- that I was proud of the way that our people

9    acted and behaved themselves, and I was proud of the

10   fact that we went.

11              Obviously, it would have been much better

12   if there had been no violence, and it would have been

13   much better if we got to give our speeches, but --

14   but, no, I don't remember the exact things that I

15   said.  This was a -- you know, an audio thing and

16   nothing was written down.  It was kind of

17   extemporaneous, so I don't remember.

18         Q     So I'm going to play for you part of the

19   podcast with Mr. Cruz from -- from August 23rd, 2017,

20   right about -- the same day that you published on the

21   website your explanation.

22         A     Okay.

23              AUDIO EXHIBIT PLAYED:  (Well, I'll

24         tell you, it's been an eventful, what, 11

25         days or so, here since the rally there in

```
 1                    J.M. HILL
 2   Charlottesville on the 12th of August.  A
 3   lot has transpired and I couldn't -- I
 4   couldn't be happier with the outcome of
 5   this for the League.  I know that the
 6   rally itself was cut short, never allowed
 7   to happen, but, in retrospect, you kind
 8   of look back on it and say, yeah, it was
 9   a set-up, but there's really no way of
10   knowing that until you go in there and
11   kind of walk into the -- into the lion's
12   den, as it were.  And we did that because
13   it was our duty to do it.  We promised
14   that we would be there, you know, way
15   back in the spring when I was asked by
16   the organizer to come and speak.  I
17   accepted and talked to our League
18   officers and we accepted this as an
19   organization, an opportunity to go up
20   there and stand in defense of the
21   monument to one of our heros, General
22   Lee, and to have a platform for putting
23   out our southern nationalist message.
24   And we look forward to cooperating with
25   our allies in the Nationalist Front.  And
```

```
 1                        J.M. HILL

 2         we did all those things and we had a good

 3         operational plan, thanks to our

 4         operations chief, Ike Baker.  And things

 5         certainly looked well on the ground for

 6         us, thanks largely to Mike Tubbs, our

 7         chief of staff, Spencer Borham, our

 8         column leader and all of our brave --

 9         brave warriors s who refused to have

10         their way barred to the park.  So it was

11         a great --)

12  BY MR. LEVINE:

13         Q     So you said, I think, Mr. Tubbs --

14  Mr. Hill, that you accomplished the mission.

15               What was the mission?

16         A     Well, the mission was to go -- it's

17  something I've said in a previous writing that you

18  put on the screen.  The first was to go there to

19  defend our southern cultural heritage, and the second

20  was to go and spread our southern nationalist

21  message.

22               And one of the things that obviously

23  that, you know, you're not aware of is the fact that

24  we got a lot of publicity out of this, we got a lot

25  of new members from it, because of the high profile
```

                          J.M. HILL

1

2   nature of the story.  So that was, in part, what I

3   was talking about there when I said we accomplished a

4   lot.  This was viewed all over the world.

5       Q     And you got -- and you got new members

6   because they saw your group physically taking on the

7   Black Lives Matter protesters; isn't that right?

8       A     Sir, I don't know.  I don't -- I'm not

9   privy to the reasons that everybody would make a

10  decision to join our organization.

11            I do know that some of them said, you

12  know, y'all -- y'all went and did your duty in

13  Charlottesville and real proud of you and I'd like to

14  be part of this.  So, yeah --

15      Q     Other than the violence that took place

16  by -- that Mr. Tubbs and the rest of the league of

17  the South warriors engaged in, what else happened

18  that day that you are -- that is core to your mission

19  that made you say that you accomplished your mission?

20      A     Sir, I've said this several times now.

21            We went to do our duty and, under the

22  chaotic circumstances, we did our duty, and we

23  brought everybody out of there safe and sound,

24  although some were injured.  And that, in and of

25  itself, was an accomplishment.  And people saw that

1                          J.M. HILL

2    and they were proud of us.

3              People on our side said that we did the

4    right thing by going.  And, I guess, against pretty

5    good odds.  We were outnumbered and they were -- they

6    were very happy to see somebody standing up for their

7    heritage and their civilization.  And they said so

8    and they joined, so it was a good day, considering

9    that.

10       Q    It wasn't just standing up.  It was

11   engaging in the physical violence against them that

12   rallied your troops; isn't that right?

13       A    No, sir.  It's not at all.  It's the

14   simple fact that we went and did our duty and did not

15   back down, did not surrender our rights.

16       Q    Mr. Hill -- Mr. Hill, you keep saying you

17   went and did your duty.  The rally never happened,

18   the speeches never took place --

19       A    Sir, that doesn't matter.

20       Q    -- you never got an opportunity to

21   express your views politically.

22              The only thing that happened was you

23   ended up beating up the counter protesters.  How is

24   that doing your duty, sir?

25       A    Sir, we went to do our duty --

```
 1                           J.M. HILL

 2                MR. JONES:  Object to form.

 3                THE WITNESS:  Pardon?

 4     BY MR. LEVINE:

 5          Q     Excuse me?  Please finish your answer.

 6          A     We went to the park to do our duty, sir.

 7     That's because we were asked to come and defend our

 8     cultural heritage, and the fact that we went in and

 9     of itself means that we did our duty.

10          Q     Tell me --

11                MR. JONES:  All right.  Let's go

12          off the record.  We need to take a break.

13          We've been going for long enough.

14                MR. LEVINE:  Who is that?

15                MR. JONES:  This is Bryan Jones.

16          It can be five minutes if you don't want

17          a long break.

18                MR. LEVINE:  Okay.  Five-minute

19          break.

20                THE VIDEOGRAPHER:  The time is

21          4:49 p.m.  We're off the record.

22                     (Brief pause.)

23                THE VIDEOGRAPHER:   the time is

24          4:57 p.m.  We're on the record.

25     BY MR. LEVINE:
```

1                        J.M. HILL

2        Q      So Mr. Hill, you testified earlier today

3   that sometime in August 2018 you decided to

4   disassociate from the national front, correct?

5        A      Yes, around about that time.  I'm not

6   sure it was exactly August, but we made our decision

7   somewhere in the summer, yes.

8        Q      And one of the reasons, if not the

9   reason, that you gave was that the nationalist

10  socialist movement had publicized rallies that you

11  were going to be jointly attending and it

12  attracted -- or was going to attract protesters like

13  Black Lives Matter and Antifa that you didn't want at

14  your rally, correct?

15       A      That is correct.

16       Q      And isn't it a fact that, as a result of

17  Charlottesville, you, on behalf of the League of the

18  South, decided that you would do what are called

19  flash rallies, where you would have rallies in

20  friendly environs that were not announced publicly,

21  that would not attract the Black Lives Matter and

22  other protesters?

23       A      Yes.

24       Q      And that change in tactics was a product

25  of the experience at Charlottesville in the Unite the

1                          J.M. HILL

2    Right rally?

3        A      In part, yes.

4               (Hill Deposition Exhibit No. 34 was

5        marked for the record.)

6    BY MR. LEVINE:

7        Q      Now, you also -- I'm going to mark as an

8    exhibit Free Magnolia, Exhibit -- it will be Exhibit

9    34.  And it's Volume 13, No. 3.

10              Could you just take a look at it and

11   identify it, please.

12       A      Yes, that's it.

13       Q      And this was published after the

14   Charlottesville rally, correct?

15       A      Yes, correct.

16       Q      And this was written by you?

17       A      Yes.

18       Q      And was it edited by your wife?

19       A      More than likely.

20       Q      And the title of it is The New Red

21   Terror, correct?

22       A      The New Red Terror Part 2.

23       Q      And the new red terror for you is the --

24   referred to as the Judeo enemy, correct?

25       A      I'm looking for that phrase, sir.  Hold

1                          J.M. HILL

2    on just a second.

3                   Ah, yes, Communism.  Judeo Bolshevism,

4    Communism, synonymous.

5         Q    And your view of the new red terror is

6    that the Jews are the new red -- are the new red

7    terror, correct?

8         A    In part, just as the old red terror from

9    a hundred years ago, and it seems to be taking on the

10   same sort of shape.

11        Q    And in one place in this piece that you

12   wrote, you talk about:  They can't have their way on

13   our streets.

14                  Do you see that?

15        A    I will look for it.  I don't see it with

16   what's on my screen here.

17        Q    Well, we'll find it.

18                  Does that sound like words you would have

19   used?

20        A    Yeah, I wrote this.

21        Q    So do you remember using the words:  They

22   can't have their way on our streets?

23        A    I write so much that I don't remember

24   using those exact words, but if it's in the article,

25   I wrote it, but I don't see it yet.  Could you point

```
 1                          J.M. HILL

 2    it out to me, please.

 3         Q     I'm trying, sir.  It's just hard to read.

 4         A     Yeah.  Understood.  I understand.

 5         Q     Do you remember saying that you wanted to

 6    sweep the red vermin off our streets?

 7         A     That -- I don't remember writing that,

 8    but if it's in this article, again, I wrote it, so

 9    I'll claim it.  But I just -- I don't see it, so I'm

10    waiting.

11         Q     Look in the paragraph -- the second

12    paragraph under Clamp Down?

13         A     Okay.  She's going to have to get --

14         Q     Do you see it says -- right there it

15    says:  Moreover, since Charlottesville, the new red

16    terror has exerted itself in the courts by using its

17    connections to big money Jew law firms and paralegal

18    NTOs to bring suits, not always for actual crimes

19    committed, but for the Orwellian charge of wrong

20    think.

21               Do you see that sentence?

22         A     No, I don't, because it's -- it's not

23    laid out where I can see it.  There's just a small

24    section in big letters that I'm looking at right now.

25    She's going to have to reframe this for me to be able
```

1                       J.M. HILL

2   to see it.

3        Q     Now can you see this?

4        A     I can see part of it.  Hardly a corner of

5   America's --

6        Q     The paragraph right above that, sir.

7        A     Okay.  Well, it's -- it moved and now I

8   don't know where it is.  I'm not really seeing

9   anything but just a few letters -- big letters here.

10  So -- She had it earlier but she lost it.

11       Q     Can you see this now?  It's in yellow.

12  It's highlighted.

13       A     No, sir, I can't.  Not what's on my

14  screen here.  I can't see that.

15       Q     We'll reshare it.  Hold on.

16       A     Okay.  That's better.  I can see it now.

17       Q     Does that sentence refer to your view of

18  this lawsuit?

19       A     I think -- I think it basically is a

20  general statement regarding all the lawsuits that

21  have been filed, regarding this and other places.

22  So, yeah, that would be -- yes, but including others,

23  as well.

24       Q     Mr. Hill --

25             MR. LEVINE:  Let's just go off the

1                        J.M. HILL

2         record for a few minutes and then we'll

3         come back on the record.  I'm not going

4         to take time on the record to find this.

5              THE VIDEOGRAPHER:  The time is

6         5:07 p.m.  We're off the record.

7                   (Brief pause.)

8              THE VIDEOGRAPHER:  The time is

9         5:17 p.m.  We're on the record.  It seems

10        Mr. Hill has left us.

11             MR. LEVINE:  Are you on, Mr. Hill?

12             THE WITNESS:  Yes, I'm here.  My

13        battery in my phone is getting low and

14        I'm charging it, but I think I'm fighting

15        a losing battle, but I'll be here as long

16        as I can.

17             MR. LEVINE:  Well, we're almost

18        done, sir.

19             THE WITNESS:  Okay.

20   BY MR. LEVINE:

21        Q    I want you to look at the -- have you

22   written about the new red terror more than once?

23        A    Yes, I did -- well, this is part two.

24   This is -- in the subsequent -- in the previous issue

25   of the Free Magnolia, I wrote the first part of this,

```
 1                        J.M. HILL

 2   and in the subsequent one to this, I wrote another

 3   one.  So I did three in all, in three different

 4   issues.

 5              MR. LEVINE:  I'm not sure,

 6         Mr. Jones, if these were produced by you.

 7         We would ask that all three segments be

 8         produced.

 9              Bryan?

10              MR. JONES:  You're asking Michael

11         Hill to produce the Free Magnolia

12         segment?

13              MR. LEVINE:  On behalf of League of

14         the South, yes.

15              MR. JONES:  Okay.  I'll make note

16         of that.

17              MR. LEVINE:  All three, all three

18         segments.  We have the second one here.

19         We don't have the first or the third that

20         he just testified.

21              THE WITNESS:  That is correct.  I

22         have the first and the third that I can

23         get to you.

24              MR. LEVINE:  Thank you.

25
```

```
 1                          J.M. HILL

 2   BY MR. LEVINE:

 3        Q      And the new red terror was the Judeo

 4   enemy, correct?

 5        A      In part; not completely, but in part.

 6        Q      And the -- your purpose was to prove to

 7   the Jews that they can't have their way on your

 8   streets; isn't that right?

 9        A      I wouldn't -- I wouldn't exactly put it

10   that way.  I would say that we are telling our people

11   what we believe is a danger and we're warning them

12   and we are trying to get them to organize politically

13   and do something about it.

14        Q      And if the words Sweep Red Vermin Off Our

15   Streets, the red vermin would refer to the Jews,

16   correct?

17        A      In part, if they're communist.  It would

18   refer simply to communists, whoever the communists

19   might be, but historically communism has been a

20   Jewish ideology, largely.

21        Q      So in the section From Southerner to

22   Southern Nationalist in your piece, can you see that?

23        A      Yes, I can.

24        Q      This is making reference to the blood and

25   soil nationalism of your movement, correct?
```

1              J.M. HILL

2       A      Let me read this paragraph.

3              Yes, it is.  I actually mention blood and

4   soil nationalism.  Yes, it is.

5       Q      And your message here was to Jews that

6   they were unwanted in the south; isn't that right?

7       A      The message here is that southerners

8   should rule the south.  Regardless of who else is

9   around, who else is threatening us, southerners need

10  to become southern nationalists and rule their own

11  territory, for their own benefit.

12      Q      And that was to let the Jews -- also to

13  let the Jews know that they were unwelcome in the

14  south?

15      A      If that's what -- if that's what they

16  want to draw from this, I can't prevent them from

17  drawing that conclusion from it, but southerners have

18  to have a homeland and this is ours.

19      Q      Well, isn't it a reasonable conclusion

20  for a Jewish person in the south to draw?

21      A      I don't know, sir, I'm not a Jewish

22  person.  And it goes back to the same question

23  earlier that you asked me.  I don't know how to put

24  myself in somebody else's place and see the world the

25  way they do, so I would say no, I can't see that.

1                          J.M. HILL

2          Q     The south, as far as you are concerned,

3    were for the white nationalists and that's where you

4    wanted them to live, spiritually and figuratively --

5    spiritually and physically, together controlling and

6    defending their own territory, correct?

7          A     Yes, that is correct.

8                MR. LEVINE:  I don't have any other

9          questions today, Mr. Jones.  I'm

10         finished.

11               MR. JONES:  I have no questions.

12         We can end today.

13               MR. LEVINE:  Thank you.

14               THE WITNESS:  Very good.

15               MR. LEVINE:  All done.  Thank you,

16         sir.

17               THE VIDEOGRAPHER:  The time is

18         5:24 p.m.  We're off the record.

19

20               (Thereupon, the deposition was

21         concluded at approximately 4:24 p.m.)

22

23

24

25

```
 1                          J.M. HILL

 2

 3                    _____
                          JAMES MICHAEL HILL

 4

 5


 6     Subscribed and sworn to before me

 7     this_____ day of_____, 2020.

 8     _____

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1

2                    C E R T I F I C A T E

3

4    STATE OF ALABAMA:

5    JEFFERSON COUNTY:

6

7            I hereby certify that the foregoing

8        deposition was reported, as stated in the

9        caption, and the questions and answers

10       thereto were reduced to written page

11       under my direction, that the preceding

12       pages represent a true and correct

13       transcript of the evidence given by said

14       witness.

15           I further certify that I am not of

16       kin or counsel to the parties in the

17       case, am not in the regular employ of

18       counsel for any of said parties, nor am I

19       in any way financially interested in the

20       result of said case.

21           Dated this 24th day of June, 2020.

22

23       _____

24       Tanya L. Verhoven-Page,
         Certified Court Reporter,
         B-1790.

25

1

2              ERRATA SHEET FOR THE TRANSCRIPT OF:

3   Case Name:        Sines, et al. v. Kessler, et al.

4   Dep. Date:        June 18, 2020

5   Deponent:         James Michael Hill

6                     CORRECTIONS

7   Pg.   Ln.   Now Reads      Should Read      Reason

8   _____ _____ _____ _____ _____

9   Pg.   Ln.   Now Reads      Should Read      Reason

10  _____ _____ _____ _____ _____

11  Pg.   Ln.   Now Reads      Should Read      Reason

12  _____ _____ _____ _____ _____

13  Pg.   Ln.   Now Reads      Should Read      Reason

14  _____ _____ _____ _____ _____

15  Pg.   Ln.   Now Reads      Should Read      Reason

16  _____ _____ _____ _____ _____

17  Pg.   Ln.   Now Reads      Should Read      Reason

18  _____ _____ _____ _____ _____

19  Pg.   Ln.   Now Reads      Should Read      Reason

20  _____ _____ _____ _____ _____

21              _____
                Signature of Deponent
22  SUBSCRIBED AND SWORN BEFORE ME

23  This the_____ day of_____, 2020.

24  _____

25  (Notary Public)    My Commission Expires:_____