| HOME | ABOUT | POSITION PAPERS | JOIN THE CAUSE! | CONTACT US | FAQS |



| COUNTRY STUDIES | NEWS | ALL MEDIA | ARTICLES | EVENTS |

# Michael Hill: My pledge of allegiance

 0   0   0   0

by Michael Hill, August 18, 2016

I'll turn 65 on my next birthday. I was born only six years after the end of World War Two. I was alive at the same time as Winston Churchill and Josef Stalin. In other words, I've been around a while and have seen a lot.

I remember a time when I felt comfortable pretty much everywhere I went, from the rural, the suburban, to the urban. And the reason was simple: the white European man was clearly in control of all those areas. I never thought of taking a pistol with me when I went to downtown Birmingham, or Memphis, or Atlanta. The South, in particular, was still thoroughly White Man's Land (but that was slowly changing because of the federal government's involvement in forcing "civil rights" for negroes down our throats).

Of course that world is now gone, or has all but disappeared. Excepting the rural areas where my people still dominate, I feel like an exile when I go to much of the suburban and urban South (not to mention the hell holes outside of it). I surely go armed these days!

The Browning of America, and my native South, was not something to which I assented, and I surely do not approve of it. It is not what my ancestors intended for me to inherit. But truly I have only myself to blame for this tragic fate. While it was happening I did not do enough to stop it. Now, my children and grandchildren may have to pay the price that will come from being a hated white minority in a majority non-white land. And non-Christian, too, I might add, so I don't expect any mercy will be shown them.

So whatever time the Lord of Hosts–whom I gladly will serve with all my heart, mind, and strength–may allot for me from here to the end, I pledge to spend fighting to restore the South as White Man's Land. I do this because I believe the admonition in 1 Timothy 5:8. "But if any provide not for his own, and specially for those of his own house, he hath denied the faith, and is worse than an infidel." (KJV)

So, in direct contradiction to the politically correct dictates of the current day, I pledge to be a white supremacist, a racist, an anti-Semite, a homophobe, a xenophobe, an Islamophobe, and any other sort of 'phobe that benefits my people, so help me God!

And I encourage you all to do the same, for this is what it will take for us to save the South for our dear progeny. Anything else is merely a half measure and should be put away with contempt.–Michael Hill

**Share this:**

Share

CATEGORIES: COMMENTARY

TAGS: " "ANTI-SEMITE, "RACIST, HOMOPHOBE, MICHAEL HILL, WHITE SUPREMACIST, XENOPHONE

---

**SHARE ON SOCIAL MEDIA**



**SEARCH**

search here | Search

**RECENT NEWS**

The Cultural Vanguard Strategy September
Anarcho-tyranny on full display in Charlo August 27, 2017
League of the South statement on Charlo August 23, 2017
Paddy Tarleton's Ballad of Charlottesville 18, 2017
A statement to concerned Southerners A 2017

**RECENT COMMENTS**

Michael Greek on The Cultural Vanguard S
Michael Greek on A statement to concerne Southerners
OrthodoxConfederate on Southern Baptist condemn Alt-Right and nationalism
OrthodoxConfederate on A Band of Brothe
mtnforge on Max Boot's "Brotherhood of I

**ARCHIVES**

September 2017
August 2017
July 2017
June 2017
May 2017
April 2017

## ABOUT AUTHOR

### Michael Hill

Dr Michael Hill is President of the League of the South. He is a retired university professor of history and author of two books on Celtic warfare.

## RELATED ARTICLES

**"Unacceptable Behaviour"**

**The aftermath of our 2014 National Conference**

**Paddy Tarleton's Ballad of Charlottesville**

- March 2017
- February 2017
- January 2017
- December 2016
- November 2016
- October 2016
- September 2016
- August 2016
- July 2016
- June 2016
- May 2016
- April 2016
- March 2016
- February 2016
- January 2016
- December 2015
- November 2015
- October 2015
- September 2015
- August 2015
- July 2015
- June 2015
- May 2015
- April 2015
- March 2015
- February 2015
- January 2015
- December 2014
- November 2014
- October 2014
- September 2014
- August 2014
- July 2014
- June 2014



**IMMIGRATION HURTS SOUTHERN WORKERS**

**LEAGUE OF THE SOUTH CONTACT INFORMATION**

League of the South
Post Office Box 760
Killen, Alabama 35645

(800) 888-3163
(256) 757-6789
Email: jmichhill@cs.com

**GEORGIA LS #SECEDE ACTIVISM**

© 2014 Copyright **League of the South**. All Rights reserved. Theme by Orane-Themes.com.

Home | About | Position Papers | Join the Cause! | Contact