


| WHO WE ARE | ABOUT | POSITION PAPERS | COUNTRY STUDIES | JOIN OUR MISSION | FAQS |

| ARTICLES | THE FREE MAGNOLIA | PHOTOS | MEDIA | NEWS | NATIONAL OUTREACH |

# The League on Unite the Right

      by Michael Hill ,   August 13, 2018

A Statement from The League of the South

13 August 2018



The League of the South did not participate in nor endorse Unite The Right Two. We have been asked: Why not? Here is our answer.

After Charlottesville in August 2018, an operation The League and our Nationalist Front allies–some 400 strong–planned and executed apart from Jason Kessler's plans for logistics and security, we had no confidence in Mr. Kessler's ability to be a leader on the "Right." Ultimately, a leader must prove his leadership ability by results, and young Mr. Kessler has yet to do that.

A case in point was yesterday's (12 August 2018) debacle in Washington, DC. Some 30 people turned out for an event deemed Unite The Right 2.0. It was given all sorts of publicity by the media in light of last year's events in Charlottesville. While no one really expected the numbers on the right to be what they were last year–some 1000 strong–expectations of a few hundred attendees was a reasonable estimate. This event was a failure, and there's no reason to pretend otherwise. Yes, it once again showed the true nature of Antifa, Black Lives Matter, and the rest of the new Red Terror's street thugs. But as far as good publicity for the "Right," it was a disaster. The same for Mr. Kessler's claims to leadership in this movement, whatever they now may be.

Some on both the Left and the Right speculate that the Alt-Right– that amorphous group Kessler is said to be trying to "unite"– is now dead. We in The League never quite knew of whom or of what the Alt-Right consisted; thus, we never considered ourselves or our Nationalist Front allies a part of it. Rather, we see ourselves as the heart and soul of the Hard Right, an uncompromising movement of real blood and soil Southern/White nationalists who will not compromise our vision of a Southern homeland for Whites. To us, Dixie is and should be White Man's Land. We are firm on the Negro Question and the Jew Question. And we make no apologies to anyone for what we believe or what we seek to accomplish for our people.

Henceforth, we will work with those who are in agreement with our worldview and our struggle to make it a reality. But we will not support men who have proven themselves incapable of effective leadership, who seek an accommodation with the enemy through compromise, or who try to water down our nationalist message with an appeal that our "White civil rights" be respected. We in The League are more concerned with doing our duty to our God, our people, and each other than we are in begging that our "rights" be respected. If we do our duty, then our "rights" will no longer be an issue. That is how free men do things in this world. Long live the Hard Right! Hail Victory and Hail Dixie!

Michael Hill

Share this:

 Share

|   CATEGORIES:  ACTIVISM, COMMENTARY, NEWS |   TAGS:  ALT RIGHT, CHARLOTTESVILLE, DC, JASON KESSLER, LEAGUE OF THE SOUTH, THE HARD RIGHT, UNITE THE RIGHT, WASHINGTON |

## SEARCH

### RECENT COMMENTS

Michael Greek on The Cultural Vanguard Str
Michael Greek on A statement to concerned Southerners
OrthodoxConfederate on Southern Baptists condemn Alt-Right and nationalism
OrthodoxConfederate on A Band of Brother
mtnforge on Max Boot's "Brotherhood of M

### ARCHIVES

Select Month

### CATEGORIES

Activism
Commentary
Image/Video
News
Uncategorized

### META

Log in
Entries RSS
Comments RSS
WordPress.org

5/31/2020
Case 3:17-cv-00072-NKM-JCH Document 823-6 Filed 08/07/20 Page 2 of 2 Pageid#: 12751
The League on Unite the Right – League of The South

| ABOUT AUTHOR |
|---|



### Michael Hill

Dr Michael Hill is President of the League of the South. He is a retired university professor of history and author of two books on Celtic warfare.

| RELATED ARTICLES |
|---|

#### The Hard Right

#### The SPLC and MS-13

#### The End Game

### IMMIGRATION HURTS SOUTHERN WORKERS

### LEAGUE OF THE SOUTH CONTACT INFORMATION

League of the South
Post Office Box 760
Killen, Alabama 35645

(800) 888-3163
(256) 757-6789
Email: jmichhill@cs.com

### GEORGIA LS #SECEDE ACTIVISM

© 2014 Copyright League of the South. All Rights reserved. Theme by Orane-Themes.com.