**Message**

| | |
|---|---|
| **From**: | LSPres [LSPres@protonmail.com] |
| **Sent**: | 7/3/2017 12:56:55 PM |
| **To**: | KyLS_Man [KyLS_Man@protonmail.com] |
| **Subject**: | Re: 7/8 NF Meeting in TN |

EXHIBIT 8

Ike: Below is my short address to our NSM compatriots:

As President of The League of the South, the heart and soul of the Southern nationalist movement, I send sincere greetings to our NSM brothers and compatriots.

As white men and women, we are the inheritors and sustainers of the greatest civilization the world has ever seen. And for that, let us thank Yahweh, our Creator and our Father, who guides our steps and our paths and upholds us with His mighty hand.

Such a sublime civilization is a great blessing that we, as men of the West, are morally obligated to defend and nourish for the benefit of generations of our people to come. As it is said: "We must secure the existence of our people and a future for white children."

But we are compassed around with enemies who seek our destruction. From above, in the form of the international Jew and his white gentile traitor allies, to below, in the dark shape of the negro, Mestizo, and Muslim street thug, we are beset by those who despise us and all we hold dear.

The time has come when white men of the West must put aside their petty differences and unite for our very survival and well-being. It is in that spirit of cooperation and mutual respect that I bring these words to you today through the voice of my trusted brother and compatriot, Ike Baker.

We shall win the victory! Deus vult!

Michael Hill


Sent with ProtonMail Secure Email.

> -------- Original Message --------
> Subject: 7/8 NF Meeting in TN
> Local Time: June 28, 2017 11:42 AM
> UTC Time: June 28, 2017 4:42 PM
> From: KyLS_Man@protonmail.com
> To: LSPres <LSPres@protonmail.com>
>
> OK, we have time on the agenda for your greetings, comments, or whatever. I received an affirmative response from Culpeper, the NSM organizer, and also from Matthew. The NSM Commander, Jeff Schoep, will be there in the event there's anything you wish conveyed to him either directly or in your comments. - Ike
>
>
> Sent with ProtonMail Secure Email.