Message

| | |
|---|---|
| **From**: | Dennis Durham [d.durham.va.ls@gmail.com] |
| **Sent**: | 6/19/2017 2:03:47 PM |
| **To**: | Jason@unityandsecurity.org |
| **Subject**: | Fwd: Press release from League for Charlottesville event |
| **Attachments**: | LS Unite the Right meme 2 June 2017.jpg |

---------- Forwarded message ----------
From: "jmichhill@cs.com" <jmichhill@cs.com>
Date: Jun 19, 2017 1:17 PM
Subject: Press release from League for Charlottesville event
To: <d.durham.va.ls@gmail.com>
Cc:

Dennis: The text for the release is below. Attached in the graphic that should accompany it. Thanks.

Michael

For Immediate Release

19 June 2017

Re: League of the South to participate in Unite the Right! rally in Charlottesville, Virginia, 12 August 2017

The League of the South, the premier Southern nationalist organization, will be one of several nationalist and Alt-Right organizations participating in the Unite the Right! rally at Lee Park in Charlottesville, Virginia, on Saturday, 12 August 2017.

By taking a stand in the public square and exercising our rights to free assembly and political speech, we hope to encourage others to embrace the cause of Southern nationalism and to oppose the communist-globalist menace that has manifested itself in our streets in the form of Anti-fascist Action (Antifa), Black Lives Matter (BLM), the New Black Panther Party, and other destructive left-wing groups.

League President, Michael Hill, said: "The League's Southern Defense Force stood against the enemies of our God, our Folk, and our civilization in the street of Pikeville (KY), New Orleans, Gainesville (FL), Orlando, Marietta (GA), and other towns and cities across the South. Now we look forward to standing with our allies on the right in Charlottesville. If you have Southern blood in your veins and are proud to call yourself a son or daughter of Dixie, then come and join us. We can guarantee you that standing for our Southern inheritance will be an exciting and rewarding venture."

For more information on this event and on The League of the South in general, call (256) 757-6789, email <jmichhill@cs.com>, or see our website at www.leagueofthesouth.com.

-30-



EXHIBIT 15

HIGHLY CONFIDENTIAL

JK00072017

# UNITE THE RIGHT

*LeagueoftheSouth.com*

## Faith  Family  Folk

### FREE SPEECH RALLY

### ALT SOUTH   ALT RIGHT   ALT LIGHT

### ALL COMING TOGETHER TO STAND AGAINST ANTIFA!

**August 12th @ 12pm**
**Lee Park**
**Charlottesville, VA**

## SPEAKERS:

| | | |
|---|---|---|
| Dr. Michael Hill | Matthew Heimbach | Mike Enoch |
| Richard Spencer | Augustus Invictus | Jason Kessler |
| Christopher Cantwell | Baked Alaska | Based Stickman |

*and more speakers to come....*

HIGHLY CONFIDENTIAL                                                                 JK00072018