**Demonstrative**

**HIM_001_1_00000003_00.12.08 - 00.12.30**

**Harold Crews:** Now, wasn't it 2017 that the saw the formation of the Nationalist Front?

**Michael Hill:** Uh, Yes, the Nationalist Front was formed in the spring of 2017. And our first joint operation was Pikeville, Kentucky, and I believe that was late April. So, yeah, we've, yeah know, in the spring we'll be coming up on a year anniversary of putting together the National Alliance.

**Harold Crews:** National Front.

**Michael Hill:** This year I am looking to talk to the others involved in it and see maybe if we can expand our scope a little bit, bring in another organization or two, uh and increase the scope and maybe the viability of the Nationalist Front. So we'll see how that goes.



EXHIBIT 18