Message

| | |
|---|---|
| **From**: | LSPres [LSPres@protonmail.com] |
| **Sent**: | 8/11/2017 8:01:56 PM |
| **To**: | <GordonLockerbie@protonmail.com> [GordonLockerbie@protonmail.com] |
| **Subject**: | Re: Torchlight rally Compromised |

Thanks, but this is not our game. We are sending two observers.


Sent from ProtonMail mobile



-------- Original Message --------
On Aug 11, 2017, 7:48 PM, Gordy Lockerbie wrote:

Torchlight rally time and location has been leaked and Antifa is posting that they will be there. If LS is in attendance, be cautious

Gordy Lockerbie
League of the South


Sent from ProtonMail Mobile



HIGHLY CONFIDENTIAL                                                                                                                              MH00015437