EXHIBIT 22

From:12566273580
To:9044830634 Tubbs Mike
Party:To:  9044830634 Tubbs Mike
Date:7/11/2017 1:46:18 PM
Time:7/11/2017 1:46:18 PM(UTC-5)
All timestamps:
Direction:Outgoing
Delivered-Date:
Delivered-Time:
Read-Date:
Read-Time:
Folder:Sent
Status:Sent
Source:Phone
SMSC:
Deleted:
Tag Note:
Source Extraction:Advanced Logical
Source file information:
Carved:
Manually decoded:
-------------------------------------------------------------------------------------------------

Body:I have instructed Ike Baker to contact State and local law enforcement in Charlottesville, as he did for the Pikeville operation, and let them know we are on the side of civilization, as they ostensibly are as well. He seems to work well with the rank-and-file officers. He tells me the CPD Chief is a high yellow (and of course the mayor is Jude schwein). Not much to hope for there. Will keep you posted.