Message

| | |
|---|---|
| **From**: | LSPres [LSPres@protonmail.com] |
| **Sent**: | 7/8/2017 5:54:35 PM |
| **To**: | LSCoC [LSCoC@protonmail.com] |
| **Subject**: | Re: Confidential info |

EXHIBIT 24

Mike: Put out a call for medical personnel on our various FB pages.

M

Sent with ProtonMail Secure Email.

>      -------- Original Message --------
>      Subject: Re: Confidential info
>      Local Time: July 8, 2017 2:30 PM
>      UTC Time: July 8, 2017 7:30 PM
>      From: LSCoC@protonmail.com
>      To: LSPres <LSPres@protonmail.com>
>
>      Even though we've haven't had any hard intell so far to make us believe there was going to be violence I think we all assumed there would be (and maybe even hoped for it).
>
>      We should move forward preparing for a worst case scenario.
>
>      I would like to get a good head count on our medically trained personnel and make sure they are properly geared up and ready to deal with any injuries to our personnel and stabilize them until city/county First Responders can arrive.
>
>      MRT
>
>      Sent with ProtonMail Secure Email.
>
>>      -------- Original Message --------
>>      Subject: Confidential info
>>      Local Time: July 7, 2017 1:35 PM
>>      UTC Time: July 7, 2017 5:35 PM
>>      From: LSPres@protonmail.com
>>      To: Mike Tubbs <LSCoC@protonmail.com>, Ike Baker <KyLS_Man@protonmail.com>, Pat Hines <armpsteadone@protonmail.com>, Tiny Malone <LSN2@protonmail.com>, Mark Thomey <markthomey@protonmail.com>, Spencer Borum <LSN3@ProtonMail.com>
>>
>>      Gentlemen: I received a call this morning from the organizer of the upcoming Charlottesville event. Yesterday, he heard from what I consider to be a reputable source (one with whom I've had direct dealings) on an Antifa strategy meeting held very recently in DC. According to the info I received, that meeting was a hot and contentious one between those who want to continue to back off in order to "fool" the opposition by no-showing, as Antifa has recently done in Houston and

Gettysburg, and those who what to ramp up the violence to a hot and heavy level. The latter (a majority) won, and reportedly will have its way.

The upshot is this: Antifa indeed will show up in large numbers in C'ville. And they, according to what I've been told, will have explosives, firearms, and various other weapons with the intent to use them against us.

For now, this should be treated as information; I don't have reason to raise it to the level of intelligence. However, unverified info or solid intel, we dare not ignore its implications. I will keep y'all posted on further reports I receive.

Those who will be laying out our operational plan--Ike Baker, Dennis Durham, et al, in cooperation with Chief of Staff Mike Tubbs--need to factor this info into their actions. League security, in and away from Lee Park, will need to be extremely tight.

The information in this post is to be kept within this circle for now. When necessary, we will bring others into that circle.

I welcome your thoughts and comments.

Michael Hill


Sent with [ProtonMail](ProtonMail) Secure Email.

HIGHLY CONFIDENTIAL