

EXHIBIT 25

**League of the South**
July 9 at 12:59pm

Fight or die, white man

I can remember a time back in the early days of what has, praise God, turned into a serious Southern nationalist movement when many "Confederate" Southerners proclaimed their desire merely for a "seat at the table" in a debate over the South's future. This meant that they were willing to allow anti-South forces to also sit at that table--namely negroes, Jews, and non-Southern, anti-white whites--and thus to determine the future course of a place that our ancestors proudly called White Man's Land. Our land.

I was thoroughly disgusted by such an attitude then and remain so to this very day. It is a policy of sure defeat, and neither I nor The League of the South shall accept one iota of it.

Rather, what we Southern nationalist seek is nothing less than the complete reconquest and restoration of our patrimony--the whole, entire South. And that means the South will once again be in name and in actuality White Man's Land. A place where we and our progeny can enjoy Christian liberty and the fruits of our own labor, unhindered by parasitical "out groups."

To reconquer what is ours, we men of the West--white men and their women--must put aside all petty disagreements and unite in this cause. It is a matter of our very survival! But it must go beyond mere survival; it must assure the present and future well-being and independence of our people here in the South and in every other place across the globe wherein dwell our white cousins and allies.

Are you willing to fight for your flesh and blood, for your sublime civilization? Or will you meekly and supinely submit to what your enemies tell you is your inevitable--and deserved--descent into historical and biological oblivion? I choose life, and to fight in the tradition of my honorable and courageous forebears. Join me.--Michael Hill

👍 Like    💬 Comment    ➤ Share