| | |
|---|---|
| Message | |
| **From**: | LSPres [LSPres@protonmail.com] |
| **Sent**: | 4/19/2017 10:44:24 AM |
| **To**: | Mike Tubbs [LSCoC@protonmail.com]; Pat Hines [armpsteadone@protonmail.com]; Tiny Malone [LSN2@protonmail.com]; Mark Thomey [markthomey@protonmail.com]; Spencer Borum [LSN3@ProtonMail.com]; Ike Baker [KyLS_Man@protonmail.com]; Harold Crews [haroldcrews@protonmail.com] |
| **Subject**: | Report on Auburn event from Ala. LS Security Chief |

Gentlemen: Rayn Owens reported to me that one of our own, Ryan King from the Wetumpka area, was the one who bloodied the big AntiFa jerk last night at Auburn University. Ryan was arrested and released by the Auburn PD. I spoke with Ryan this morning and extended to him hearty congratulations on behalf of all LS members for his actions.

Michael

PS Hope to see everyone who can make it in Pikeville shortly.


Sent with ProtonMail Secure Email.

