| | |
|---|---|
| **Message** | |
| **From**: | Mark Thomey [markthomey@protonmail.com] |
| **Sent**: | 7/8/2017 6:33:24 PM |
| **To**: | League Security & Intel Chief [lsn2@protonmail.com] |
| **CC**: | LSPres [LSPres@protonmail.com]; Mike Tubbs [LSCoC@protonmail.com]; Ike Baker [KyLS_Man@protonmail.com]; Pat Hines [armpsteadone@protonmail.com]; Tiny Malone [LSN2@protonmail.com]; Spencer Borum [LSN3@ProtonMail.com] |
| **Subject**: | Re: Confidential info |

EXHIBIT 27

I figured as much, Tiny, but it's good to reiterate it now and again.

I did some checking online about Virginia concealed carry laws.
They honor the CC permits of ALL States.

I also found this. It should be kept in mind when the time comes to use deadly force.
The document from which I copied this was updated on 4/7/2017.

A Look At Current Self-Defense Common Law In Virginia (Important Information)
Virginia Citizens Defense League March 2012
Virginia currently has excellent protections for those involved in the use of force for self-defense. Our protections are much broader than the "Castle Doctrines" that many states have. True "Castle Doctrine" bills provide protection only in a person's home, while Virginia common law provides protections everywhere you might be - at home, in the yard, at work, at the store, in church, etc. Some states desperately needed "Castle Doctrine" laws, as their existing laws were horrible on self-defense. Many required a person to retreat EVEN IN THEIR OWN HOME! Not true in Virginia.
Virginia is a "stand-your-ground" state. That means AS LONG AS YOU ARE NOT PART OF "THE PROBLEM" and are innocent, you can stand your ground and use force to defend yourself wherever you may be. Deadly force is only allowed if you are under IMMEDIATE threat and you reasonably fear that you, or another innocent party, will be killed or be grievously injured. The death of an attacker caused by use of such deadly force is considered "justifiable homicide." Note that you don't actually have to be in a deadly situation, but only have a REASONABLE FEAR that you are in such a situation, to be justified in the use of deadly force. For example, if someone tries to rob you with a toy gun and you don't know it's a toy gun, you would be justified in responding with deadly force since you would reasonably fear that your life was in immediate danger.
If you are part of "the problem," say by making an obscene gesture or yelling a threat at someone, then, if attacked, you MUST RETREAT. The retreat must be as far as you can reasonably go and you must indicate that you give up the fight. Then, and only then, if the attacker persists, can you use force against them. If they are trying to kill you or grievously injure you, and they die because of your use of deadly force, it is considered "excusable homicide," a lower standard than "justifiable homicide." Moral to the story: don't give up your right to stand-your-ground by being part of the problem - ever.
The reason that a person who is part of the problem is required to retreat is to avoid someone committing murder under the guise of self-defense. Otherwise, a murderer could intentionally badger a victim to the point that the victim attacks out of sheer anger or frustration. At that point the murderer, standing his ground, could use that attack as an excuse to kill the victim "in self-defense," getting away with murder legally. Not good, not acceptable, and not legal.
Would common law or the "Castle Doctrine" bills GUARANTEE that a person legally defending themselves could NOT be charged with murder or sued civilly? NO. If the police and/or the Commonwealth Attorney have reason to believe, rightly or wrongly, that you committed a murder instead of true self-defense, you are going to be arrested and charged. Period. As far as a civil suit, you can be sued for anything and nothing can stop that either. However, common law (and the wording in the Castle Doctrine bills) provide a defense. However, the common law provides the same defense wherever you may be, while the "Castle Doctrine" would only apply inside your dwelling.

Sent with ProtonMail Secure Email.

-------- Original Message --------
Subject: Re: Confidential info
Local Time: July 8, 2017 5:11 PM
UTC Time: July 8, 2017 10:11 PM
From: lsn2@protonmail.com
To: Mark Thomey <markthomey@protonmail.com>, LSPres <LSPres@protonmail.com>
Mike Tubbs <LSCoC@protonmail.com>, Ike Baker <KyLS_Man@protonmail.com>, Pat Hines <armpsteadone@protonmail.com>, Tiny Malone <LSN2@protonmail.com>, Spencer Borum <LSN3@ProtonMail.com>

We do ALL of that every time and we'll have good coms if Pat shows up for sure.

Tiny Malone
Chief of Security & Intel / N2
League of the South
LA League Office: 225-337-8390


Sent from ProtonMail Mobile


On Sat, Jul 8, 2017 at 17:00, Mark Thomey <markthomey@protonmail.com> wrote:

> I would have expected no less from them. We need to treat this as a real threat to the safety of our people who will be there, and plan accordingly. We need to surveil the area, map out staging points for vehicles and equipment, establish escape routes/plans, and settle on a code word which lets our folks know to unleash hell on them. We need good radio communications capabilities on site, too.
> It's getting interesting boys.
>
> Sent with ProtonMail Secure Email.
>
> -------- Original Message --------
> Subject: Confidential info
> Local Time: July 7, 2017 12:35 PM
> UTC Time: July 7, 2017 5:35 PM
> From: LSPres@protonmail.com
> To: Mike Tubbs <LSCoC@protonmail.com>, Ike Baker <KyLS_Man@protonmail.com>, Pat Hines <armpsteadone@protonmail.com>, Tiny Malone <LSN2@protonmail.com>, Mark Thomey <markthomey@protonmail.com>, Spencer Borum <LSN3@ProtonMail.com>
>
> Gentlemen: I received a call this morning from the organizer of the upcoming Charlottesville event. Yesterday, he heard from what I

consider to be a reputable source (one with whom I've had direct dealings) on an Antifa strategy meeting held very recently in DC. According to the info I received, that meeting was a hot and contentious one between those who want to continue to back off in order to "fool" the opposition by no-showing, as Antifa has recently done in Houston and Gettysburg, and those who what to ramp up the violence to a hot and heavy level. The latter (a majority) won, and reportedly will have its way.

The upshot is this: Antifa indeed will show up in large numbers in C'ville. And they, according to what I've been told, will have explosives, firearms, and various other weapons with the intent to use them against us.

For now, this should be treated as information; I don't have reason to raise it to the level of intelligence. However, unverified info or solid intel, we dare not ignore its implications. I will keep y'all posted on further reports I receive.

Those who will be laying out our operational plan--Ike Baker, Dennis Durham, et al, in cooperation with Chief of Staff Mike Tubbs--need to factor this info into their actions. League security, in and away from Lee Park, will need to be extremely tight.

The information in this post is to be kept within this circle for now. When necessary, we will bring others into that circle.

I welcome your thoughts and comments.

Michael Hill


Sent with ProtonMail Secure Email.

HIGHLY CONFIDENTIAL                                                                                       MH00014544