Confidential

1              UNITED STATES DISTRICT COURT

2          FOR THE WESTERN DISTRICT OF VIRGINIA

3                CHARLOTTESVILLE DIVISION

4

5   ELIZABETH SINES, et al.,  )
                              )
6             Plaintiffs,     )
                              )  Civil Action No.
7        vs.                  ) 3:17-cv-00072-NKM
                              )
8   JASON KESSLER, et al.,    )
                              )
9             Defendants.     )
    _____)

10

11

12

13        *  *  * CONFIDENTIAL *  *  *

14

15        REMOTE VIDEOTAPED DEPOSITION OF

16                MICHAEL R. TUBBS

17             Friday, June 19, 2020

18

19

20

21

22

23   STENOGRAPHICALLY REPORTED BY:

24   RHONDA HALL-BREUWET, RDR, CRR, LCR, CCR, FPR

25   JOB NO. 180543

Confidential

1

2

3

4                          June 19, 2020

5                          9:41 a.m.

6

7

8              Remote Videotaped Deposition of

9    MICHAEL R. TUBBS, held before Rhonda

10   Hall-Breuwet, Registered Diplomate Reporter,

11   Certified Realtime Reporter, Licensed Court

12   Reporter (TN), Certified Court Reporter (GA and

13   LA), Florida Professional Reporter, and Notary

14   Public of the State of Florida.

15

16

17

18

19

20

21

22

23

24

25

Confidential

```
 1   A P P E A R A N C E S:

 2   ATTORNEYS FOR PLAINTIFFS:

 3            COOLEY

 4            55 Hudson Yards

 5            New York, NY 10001

 6            BY:  ALAN LEVINE, ESQUIRE

 7                 GEMMA SEIDITA, ESQUIRE

 8                 AMANDA LIVERZANI, ESQUIRE

 9

10

11   ATTORNEYS FOR DEFENDANTS KESSLER, DAMIGO,

12   PARROTT, IDENTITY EVROPA, AND TRADITIONALIST

13   WORKER PARTY:

14            LAW OFFICE OF JAMES E. KOLENICH

15            9435 Waterstone Boulevard

16            Cincinnati, Ohio  45249

17            BY:  JAMES KOLENICH, ESQUIRE

18

19

20   ATTORNEYS FOR DEFENDANT JAMES ALEX FIELDS, JR.:

21            DUANE, HAUCK, DAVIS, GRAVATT & CAMPBELL

22            100 West Franklin Street

23            Richmond, Virginia 23220

24            BY:  DAVID CAMPBELL, ESQUIRE

25
```

Confidential

```
 1   ATTORNEYS FOR LEAGUE OF THE SOUTH, MICHAEL

 2   HILL, AND MICHAEL TUBBS:

 3           BRYAN J. JONES

 4           106 West South Street

 5           Charlottesville, Virginia 22902

 6           BY:  BRYAN JONES, ESQUIRE

 7

 8   ALSO PRESENT:

 9           KATHY BLEE

10           PETE SIMI

11

12   VIDEOGRAPHER:

13           LEM LATTIMER

14

15

16

17

18

19

20

21

22

23

24

25
```

Confidential

```
 1      --------------- I N D E X -----------------

 2    WITNESS:  MICHAEL R. TUBBS

 3    EXAMINATION                              PAGE

 4    BY MR. LEVINE                             12

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Confidential

Page 6

```
 1       -------------- E X H I B I T S -----------

 2    NUMBER                              MARKED

 3    Exhibit 1    Second Amended Complaint      17

 4    Exhibit 2    Statement by Michael Hill     27

 5                 from League of the South

 6                 Website, dated 2/4/18

 7    Exhibit 3    Statement by Michael Hill     32

 8                 from League of the South

 9                 Website, dated 8/18/16

10    Exhibit 4    Twitter Post                  34

11    Exhibit 5    Twitter Post                  37

12    Exhibit 6    Twitter Post                  41

13    Exhibit 7    Twitter Post                  43

14    Exhibit 8    Statement by Michael Hill     53

15                 from League of the South

16                 Website, dated 8/13/18

17    Exhibit 9    Video Burning Talmud and      60

18                 Flag

19    Exhibit 10   Message from Michael Hill     66

20                 to Michael Tubbs, dated

21                 7/11/17, Bates-stamped

22                 MH00007408

23

24

25
```

Confidential

```
 1      ------------- E X H I B I T S -----------

 2    NUMBER                                    MARKED

 3    Exhibit 11   Message from Hill to           70

 4                 Michael Tubbs, dated

 5                 7/11/17, Bates-stamped

 6                 MH00007410

 7    Exhibit 12   Email Chain,                   74

 8                 Bates-stamped MH00015529

 9                 - 15530

10    Exhibit 13   Video of Rally                100

11    Exhibit 14   Video of Rally                109

12    Exhibit 15   Video of Rally                110

13    Exhibit 16   Photograph                    114

14    Exhibit 17   Video of Rally                121

15    Exhibit 18   Video of Rally                126

16    Exhibit 19   Photograph                    130

17    Exhibit 20   Video of Garage Fight         133

18    Exhibit 21   Email from Michael Hill       139

19                 to Michael Tubbs, dated

20                 8/27/17, Bates-stamped

21                 MH00015425

22    Exhibit 22   Message from Michael          142

23                 Tubbs to Brad Griffin Via

24                 VK, dated 2/8/18,

25                 Bates-stamped LOS00053882
```

Confidential

```
                                                         Page 8
 1    -------------- E X H I B I T S -----------

 2    NUMBER                                    MARKED

 3    Exhibit 23   Message Thread Between        147

 4                 Michael Tubbs and Brian

 5                 McCoy, Bates-stamped

 6                 MT00000218 - 220

 7    Exhibit 24   Message Thread Between        153

 8                 Michael Tubbs and

 9                 Charleen Braun,

10                 Bates-stamped MT00000250

11                 - 261

12    Exhibit 25   Message Thread Between        161

13                 Michael Tubbs and Jessica

14                 Reavis, Bates-stamped

15                 MT00000243 - 245

16    Exhibit 26   Photographs Posted on        164

17                 Twitter, Bates-stamped

18                 NOCUSTODIAN00004097

19    Exhibit 27   Twitter Feed                 169

20    Exhibit 28   Twitter Feed                 170

21    Exhibit 29   Twitter Feed                 171

22    Exhibit 30   Twitter Feed                 171

23

24

25
```

Confidential

```
 1        -------------- E X H I B I T S -----------

 2   NUMBER                                       MARKED

 3   Exhibit 31   Message from Michael              179

 4                Tubbs to Michelle Tubbs,

 5                dated 1/15/18,

 6                Bates-stamped MH00000076

 7   Exhibit 32   Michael Hill, Michael             197

 8                Tubbs, and League of the

 9                South's Answers to

10                Plaintiffs' First Set of

11                Interrogatories to All

12                Defendants

13   Exhibit 33   Michael Tubbs's First            199

14                Supplement to His Answer

15                to Plaintiffs' First Set

16                of Interrogatories to All

17                Defendants

18   Exhibit 34   Michael Tubbs's Second           200

19                Supplement to His Answer

20                to Plaintiffs' First Set

21                of Interrogatories to All

22                Defendants

23   Exhibit 35   Email Chain,                     202

24                Bates-stamped MH00014834

25                - 835
```

Confidential

```
 1    -------------- E X H I B I T S -----------

 2    NUMBER                                MARKED

 3    Exhibit 36   VK Profile Log,              206

 4                 Bates-stamped MT00000314

 5                 - 324

 6    Exhibit 37   Messages Between Michael      207

 7                 Tubbs and Tony Jenkins,

 8                 Bates-stamped MT00000289

 9                 - 291

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Confidential

 1          MICHAEL R. TUBBS

 2          THE VIDEOGRAPHER:  Good morning,

 3     Counselors.  My name's Lem Lattimer.

 4     I'm a legal videographer in association

 5     with TSG Reporting.

 6          Due to the severity of COVID-19 and

 7     following the practice of social

 8     distancing, I will not be in the same

 9     room with the witness.  Instead, I will

10     record this videotaped deposition

11     remotely.  The reporter, Rhonda

12     Hall-Breuwet, also will not be in the

13     same room and will swear the witness in

14     remotely.

15          Do all parties stipulate to the

16     validity of this video recording and

17     remote swearing and that it will be

18     admissible in the courtroom as if it had

19     been taken following Rule 30 of the

20     Federal Rules of Civil Procedures and

21     the state's rules where this case is

22     pending?

23          MR. LEVINE:  Yes for the plaintiffs.

24          MR. JONES:  Yes for the defense.

25          THE VIDEOGRAPHER:  Thank you.  This

Confidential

1              MICHAEL R. TUBBS

2        is the start of media labeled Number 1

3        of the video-recorded deposition of

4        Michael R. Tubbs in the matter of

5        Elizabeth Sines, et al., versus Jason

6        Kessler, et al., on June the 19th, 2020,

7        at approximately 9:41 a.m.  All

8        appearances are noted on the record.

9             Will the court reporter please swear

10       the witness in.

11            CERTIFIED STENOGRAPHER:  Raise your

12       right hand, please.

13            Do you solemnly swear the testimony

14       you are about to give will be the truth,

15       the whole truth, and nothing but the

16       truth?

17            THE WITNESS:  I do.

18                 MICHAEL R. TUBBS,

19       acknowledged having been duly sworn to tell

20       the truth and testified upon his oath as

21       follows:

22                 DIRECT EXAMINATION

23       BY MR. LEVINE:

24       Q.   Good morning, Mr. Tubbs.

25       A.   Good morning, sir.

Confidential

1                MICHAEL R. TUBBS

2       Q.    My name is Alan Levine, and I am

3    senior counsel at Cooley LLP in New York, and

4    I represent plaintiffs in Sines v. Kessler.

5            Have you ever been deposed before?

6       A.    Yes.

7       Q.    How many times?

8       A.    To the best of my recollection,

9    once.

10      Q.    When was that?

11      A.    A few months ago.

12      Q.    What was the case?

13      A.    It involved a accident on my place

14   of business.

15      Q.    What kind of case was it?

16      A.    A drunk driver had rear-ended a

17   company vehicle.

18      Q.    Where was the deposition taken?

19      A.    In Jacksonville, Florida.

20      Q.    Have you ever testified at any other

21   time?

22      A.    Yes, I have.

23      Q.    When was the last time that you

24   testified?

25      A.    To the best of my recollection, it

Confidential

1                    MICHAEL R. TUBBS

2    might have been around 2015.

3         Q.   And was that in a court?

4         A.   Yes.

5         Q.   Where was the Court?

6         A.   Jacksonville, Florida.

7         Q.   Was it a federal court or a state

8    court?

9         A.   I think it was a state court.

10        Q.   What was the subject of the

11   testimony?

12        A.   I had been injured in a construction

13   accident, and I had to answer questions

14   regarding that accident.

15        Q.   Were you a plaintiff in the case

16   involving that accident?

17        A.   I'm not sure.  I was injured.  There

18   was no lawsuit or anything involved.

19        Q.   What was the case about?

20        A.   It was about me being injured on the

21   job.  I just had to provide details of what

22   happened from my point of view.

23        Q.   And what was your -- what was the

24   name of your employer at that time?

25        A.   EC Concrete.

Confidential

1                   MICHAEL R. TUBBS

2        Q.    Spell that.

3        A.    E as in echo, C as in Charlie,

4   concrete.

5        Q.    And before that testimony in 2015

6   had you testified at any earlier time in your

7   life, in court?

8        A.    Not that I recall.

9        Q.    So if you've testified at least once

10  in a deposition, these ground rules may be

11  familiar to you, but I just want to identify

12  them so that we're all understanding how

13  we're going to proceed.   Okay?

14       A.    Yes, sir.

15       Q.    The court reporter, already

16  identified herself, is going to be taking

17  everything down that is said, everything that

18  I say, everything that you say, and

19  everything that your lawyer says.   The only

20  time when the court reporter will not be

21  taking down exactly what is said is if your

22  lawyer and I agree to go off the record.   But

23  we will not go off the record if a question

24  is pending.   So all of your answers to

25  questions will be recorded by the reporter.

Confidential

1              MICHAEL R. TUBBS

2         Do you understand?

3    A.   I understand.

4    Q.   Second, please wait until I finish

5    asking my questions, and I will try to wait

6    until you finish answering my question so

7    that we can give the court reporter the

8    opportunity to get everything recorded that

9    was said.  Okay?

10   A.   Understood.

11   Q.   And if you don't understand a

12   question that I ask, then please ask me to

13   rephrase the question.  Or if you didn't hear

14   it completely, please ask me to have it

15   restated for you.  I want you to understand

16   the questions that you're answering.  Okay?

17   A.   Understood.

18   Q.   Since we're all remote here, your

19   lawyer is listening from a different location

20   just like I am, and you need to wait a second

21   after I finish a question before you answer

22   so that Mr. Jones can offer an objection if

23   one is appropriate and he wants to do that.

24   Okay?

25   A.   Understood.

Confidential

1              MICHAEL R. TUBBS

2      Q.   If you need a break at any time,

3  please feel free to let me know, and I will

4  accommodate you so long as there isn't a

5  question pending.  Every question must be

6  asked [sic] before any breaks take place.

7  Okay?

8      A.   Understood.

9      Q.   And you understand that you've been

10  sworn to tell the truth and you've taken an

11  oath to do so, correct?

12      A.   Yes.

13      Q.   Are you under the influence of any

14  medication or drugs that would affect your

15  ability to testify truthfully and accurately

16  today?

17      A.   No, sir.

18      Q.   And is there any other reason that

19  you may not be able to testify truthfully and

20  accurately today?

21      A.   No, sir.

22          (Exhibit Number 1, Second

23          Amended Complaint, was marked

24          for identification.)

25  BY MR. LEVINE:

Confidential

1                MICHAEL R. TUBBS

2        Q.    I want to show you Exhibit 1.   This

3    is the cover page of a document titled Second

4    Amended Complaint which identifies you as the

5    defendant in this case.   Are you familiar

6    with it?

7        A.    It appears to be a document that I

8    have reviewed in the past.

9        Q.    And you understand that you're a

10   defendant in this lawsuit, correct?

11       A.    Yes.

12       Q.    And Mr. Bryan Jones is representing

13   you in this lawsuit; is that correct?

14       A.    Yes.

15       Q.    And he is privately retained; is

16   that correct?

17       A.    Yes.

18       Q.    What did you do to prepare for

19   today's deposition?

20       A.    I was briefed by my attorney.

21       Q.    And how many occasions has that

22   happened?

23       A.    I believe twice.

24       Q.    Did you speak with your attorney

25   last night about the deposition?

Confidential

1              MICHAEL R. TUBBS

2      A.   Yes, I did.  I'm sorry.  Yes, I did.

3      Q.   And did he describe to you what

4  happened with Mr. Hill's deposition

5  yesterday?

6           MR. JONES:  I'm going to object.

7      You don't need to answer that question,

8      Mr. Tubbs.  It's privileged.

9  BY MR. LEVINE:

10     Q.   Did you learn -- did you learn,

11  Mr. Tubbs, anything about Mr. Hill's

12  deposition yesterday?  Yes or no.  I won't

13  ask the conversations.

14          MR. JONES:  I'm going to object.

15     That's privileged.  You don't need to

16     answer, Mr. Tubbs.

17          MR. LEVINE:  Okay.  I think I'm

18     entitled to get an answer whether a

19     conversation took place.  That's not

20     privileged.  I'm not going to ask him

21     what the substance was of the

22     conversation.

23          MR. JONES:  You're asking what the

24     substance of the conversation --

25          MR. LEVINE:  The question -- no, I'm

Confidential

1                    MICHAEL R. TUBBS

2       not.  I'm asking whether there was a

3       conversation yesterday between -- last

4       night between the witness and you about

5       Mr. Hill's deposition, not what the

6       conversation was.

7              MR. JONES:  You do not need to

8       answer, Mr. Tubbs.

9    BY MR. LEVINE:

10      Q.   Other than last night, how many

11   times did you talk to your lawyer before

12   about this deposition?

13      A.   We might have had a few

14   conversations that a deposition was going to

15   be happening in the future.

16      Q.   What's your full legal name?

17      A.   Michael Ralph Tubbs.

18      Q.   Have you ever used a different legal

19   name?

20      A.   No.

21      Q.   Have you used any other name on

22   social media?

23      A.   Yes.

24      Q.   What name?

25      A.   Mike Sable.

1                    MICHAEL R. TUBBS

2        Q.   Have you used any other name besides

3    Michael Sable?

4        A.   Not that I recall.

5        Q.   Where do you live?

6        A.   Jacksonville, Florida.

7        Q.   How long have you lived in

8    Jacksonville, Florida?

9        A.   The vast majority of my last 60

10   years.

11       Q.   Six oh?

12       A.   Six zero years, yes, sir.

13       Q.   And what is the highest level of

14   education that you have received?

15       A.   High school.

16       Q.   Did you go after high school to any

17   kind of college or vocational school?

18       A.   No.

19       Q.   And where did you graduate from high

20   school?

21       A.   Florida Junior College.

22       Q.   And what's your current employment?

23       A.   I'm a safety manager.

24       Q.   What's the name of the company?

25       A.   I would rather not discuss the name

Confidential

Page 22

1                    MICHAEL R. TUBBS

2    of my employer.

3         Q.    What's the nature of the employer's

4    business?

5         A.    Construction.

6         Q.    Where is the construction company?

7         A.    Jacksonville, Florida.

8         Q.    And for how long have you been

9    employed there?

10        A.    Approximately four years.

11        Q.    And where were you employed before

12   that?

13        A.    Another construction company at

14   Jacksonville, Florida.

15        Q.    And what was the name of that

16   construction company?

17        A.    I would rather not say.

18        Q.    And what's the nature of the

19   construction business that these companies

20   have been involved in?

21        A.    Concrete placement.

22        Q.    And is your job as safety -- are you

23   a safety foreman?

24        A.    Safety manager.

25        Q.    When did you become safety manager

Confidential

Page 23

1                    MICHAEL R. TUBBS

2    at your current employment?

3        A.   Upon application.

4        Q.   Now, are you a member of the League

5    of the South?

6        A.   I am.

7        Q.   When did you become a member of the

8    League of the South?

9        A.   Approximately 2000.

10       Q.   And how did you become a member of

11   the League of the South?

12       A.   I paid dues and submitted an

13   application.

14       Q.   Who introduced you to the League of

15   the South?

16       A.   I attended a rally in Montgomery,

17   Alabama, in 2000 and met League members

18   there.

19       Q.   Did you meet a man by the name of

20   Michael Hill at that time?

21       A.   I saw Michael Hill speak, but I did

22   not meet him personally.

23       Q.   And when did you -- following that

24   rally, when did you join League of the South?

25       A.   Sometime shortly after I got home

Confidential

1                    MICHAEL R. TUBBS

2    from that rally.

3         Q.   Did you -- why did you join League

4    of the South?

5         A.   I believe the organization

6    represented best my views about the defense

7    of the South land and her people.

8         Q.   Did you take -- after the rally did

9    you take any steps to learn anything else

10   about League of the South other than what you

11   learned at the rally?

12        A.   Yes.

13        Q.   What did you do?

14        A.   I viewed their website.

15        Q.   And did there come a time when you

16   met Mr. Hill?

17        A.   Yes.

18        Q.   When?

19        A.   I can't remember the first time I

20   actually met Mr. Hill.

21        Q.   Approximately when?

22        A.   It would probably be a couple years

23   after 2000.

24        Q.   And did you get active in League of

25   the South after you met him?

Confidential

1             MICHAEL R. TUBBS

2       A.   Yes.

3       Q.   And have you attended rallies and

4  talked to Mr. Hill about his vision for

5  League of the South?

6       A.   Yes.

7       Q.   And have you read his material that

8  he's posted on the website of League of the

9  South?

10      A.   Yes.

11      Q.   And have you read his material

12 that's been published in -- withdrawn.

13           Are you familiar with a publication

14 called Free Magnolia?

15      A.   Yes, I am.

16      Q.   And what is Free Magnolia?

17      A.   It's an organizational newspaper.

18      Q.   Is it the organizational newspaper

19 for League of the South?

20      A.   Yes, it is.

21      Q.   And do you read that regularly?

22      A.   Not as regularly as I should.

23      Q.   So is it -- have you read Mr. Hill's

24 statements in Free Magnolia and on the

25 website over the last several years?

Confidential

1               MICHAEL R. TUBBS

2       A.   I have read many of them.

3       Q.   And do you subscribe to Mr. Hill's

4  views of the League of the South's vision?

5       A.   I believe for the most part I do.

6       Q.   Do you subscribe to Mr. Hill's views

7  of Jews?

8       A.   I'm not exactly sure what Mr. Hill's

9  views are on Jews.

10       Q.   Do you subscribe to Mr. Hill's views

11  of African-Americans?

12       A.   I'm not certain exactly what

13  Dr. Hill's views are on African-Americans.

14       Q.   Do you consider yourself a

15  Southern/White Nationalist?

16       A.   I consider myself a Southern

17  Nationalist.

18       Q.   Do you consider yourself a White

19  Nationalist?

20       A.   No, I do not.

21       Q.   What is the difference, in your

22  view, between a Southern Nationalist and a

23  White Nationalist?

24       A.   In my view only, a Southern

25  Nationalist is dedicated to the Southern

Confidential

1                   MICHAEL R. TUBBS

2     people and the Southern soil, whereas a

3     generic White Nationalist argues for the

4     defense of whites all over the world.

5         Q.   So the difference between Southern

6     nationalism and white nationalism to you is

7     solely the soil of the South that you're

8     concerned about?

9         A.   The people and Southern soil.

10        Q.   But the -- in other respects, the

11    views of -- the views of White Nationalists

12    in respect to Jews and blacks is something

13    that is common to Southern nationalism; is

14    that right?

15        A.   I am not aware of any position paper

16    held by the League of the South that aligns

17    with the views of generic white nationalism

18    on that subject.

19             MR. LEVINE:  I'm going to show you

20        an exhibit which we'll mark as

21        Exhibit 2.

22             (Exhibit Number 2, Statement by

23             Michael Hill from League of the

24             South Website, dated 2/4/18,

25             was marked for identification.)

Confidential

 1          MICHAEL R. TUBBS

 2   BY MR. LEVINE:

 3      Q.   This is a statement by Mr. Hill on

 4   the League of the South website from

 5   February 2018, and this is -- it says "League

 6   of the South Statement on Southern/White

 7   Nationalism."

 8           Do you want to read that?

 9      A.   You wish for me to read it in its

10   entirety here?

11      Q.   Yes.

12      A.   (Reviewing document.)

13      Q.   We can scroll up when you're ready.

14      A.   Scroll to the third paragraph.

15           (Reviewing document.)

16           Scroll up to the next paragraph.

17           (Reviewing document.)

18           I'm finished.

19      Q.   So this document is on the League of

20   the South website, and it was Mr. Hill's

21   statement of -- withdrawn.

22           Mr. Hill is president of the League

23   of the South, correct?

24      A.   Yes, Mr. Hill is president of the

25   League of the South.

Confidential

1              MICHAEL R. TUBBS

2        Q.    And he has been president of the

3    League of the South for the entire time that

4    you've been a member of it, correct?

5        A.    Yes.

6        Q.    So this is a statement of

7    Southern/white nationalism by Mr. Hill on

8    behalf of and for the League of the South.

9    Do you see this?  Have you read it?

10       A.    I read it.

11       Q.    And do you subscribe to the views

12   that Mr. Hill describes here?

13       A.    I agree to a point.

14       Q.    In the middle here it says -- do you

15   see in the -- in the middle paragraph here

16   that starts "but we do not fight only for

17   ourselves," do you see that paragraph?

18       A.    Yes, I do.

19       Q.    The sentence at the end of that

20   paragraph says, "Our enemies must be

21   completely deprived of any footholds or

22   bridgeheads in our territory lest they use

23   them to renew their attacks against us and

24   our posterity."

25              Do you see that sentence?

Confidential

Page 30

1                    MICHAEL R. TUBBS

2       A.   I see that.

3       Q.   Do you share this view of the League

4   of the South in respect of that sentence?

5       A.   I believe that we should do whatever

6   it takes to prevent people from attacking us.

7       Q.   And who are the enemies that are

8   referred to here as far as you're concerned?

9       A.   Anyone who attacks us and our

10  posterity.

11      Q.   Does that include African-Americans?

12      A.   It probably includes some of them,

13  yes.

14      Q.   Does it include Jews?

15      A.   It probably includes some of them,

16  yes.

17      Q.   Well, wouldn't you -- do you

18  describe yourself as racist?

19      A.   I've never used that term to

20  describe myself.

21      Q.   Would you describe yourself as

22  racist?

23      A.   Could you define the term "racist."

24      Q.   Sure.  A racist is a belief that

25  groups of humans possess different behavioral

Confidential

1                    MICHAEL R. TUBBS

2    traits corresponding to physical appearance

3    and can be divided based on superiority of

4    one group over another and a belief that

5    people should be treated differently solely

6    based on those differences.

7        A.   Where did that definition come from?

8    Did you just create that definition or are

9    you reading it from somewhere?

10       Q.   You asked me to give you a

11   definition.  That's the one I'm reading to

12   you.

13             Do you subscribe to that or not,

14   Mr. Tubbs?

15       A.   I am not certain of the authenticity

16   or reliability of that definition accurately

17   defining racism.

18       Q.   It's irrelevant.  I'm asking you

19   whether you have a view that blacks are

20   different than whites solely because of their

21   color.

22       A.   No, I do not agree to that.

23       Q.   And do you have a view that Jews are

24   different than whites and have a prejudice

25   against Jews?

Confidential

1          MICHAEL R. TUBBS

2     A.   That's two questions there.  Would

3  you like to break that down for me?

4     Q.   Do you have a prejudice against

5  Jews?

6     A.   My opinion of Jews is not one of

7  prejudging but from a personal experience.

8     Q.   Let me show you -- do you have a

9  prejudice against blacks?

10     A.   I treat all people with respect

11  until they show me that they do not deserve

12  that respect.

13          MR. LEVINE:  Let me show you

14     Exhibit 3.

15          (Exhibit Number 3, Statement by

16          Michael Hill from League of the

17          South Website, dated 8/18/16,

18          was marked for identification.)

19  BY MR. LEVINE:

20     Q.   This is also from the League of the

21  South website, also written by Mr. Hill, on

22  or about August 18, 2016.  Please read that.

23     A.   (Reviewing document.)

24          Next paragraph.

25          (Reviewing document.)

Confidential

1            MICHAEL R. TUBBS

2            I've completed it.

3    BY MR. LEVINE:

4       Q.   So in the second to the last

5    sentence, Mr. Hill says, "So in direct

6    contradiction to the politically correct

7    dictates of the current day, I pledge to be a

8    White Supremacist, a racist, an anti-Semite,

9    a homophobe, a xenophobe, an Islamophobe, and

10   any other sort of phobe that benefits my

11   people, so help me God."

12           Do you share Mr. Hill's pledge?

13      A.   Well, I am not a -- I'm not afraid

14   of homosexuals, foreigners, or Islam, so I

15   could not possibly be homophobe, xenophobe,

16   or Islamophobe.  The other words I believe

17   have been created by our enemies to denigrate

18   traditional white Christian Southern beliefs,

19   cultures, and lifestyles.

20      Q.   The words -- you mean "White

21   Supremacist," "racist," and "anti-Semite"?

22      A.   Yes.

23      Q.   So it's the derivation of those

24   words that you object to?

25      A.   I'm sorry.  Will you repeat that

Confidential

1           MICHAEL R. TUBBS

2    question?

3        Q.   What is it about those words that

4    you don't believe describe your social

5    beliefs?

6        A.   I just would not use those words to

7    describe myself and my beliefs.

8        Q.   Do you think it would be fair for

9    someone, knowing what you write and tweet and

10   say, to describe you as a racist and an

11   anti-Semite?

12           MR. JONES:  Object.  It calls for

13       speculation.

14   BY MR. LEVINE:

15       Q.   I'm asking you if it would be fair

16   for someone to describe you that way.

17           MR. JONES:  Same objection.

18           THE WITNESS:  I don't believe so.

19           (Exhibit Number 4, Twitter

20           Post, was marked for

21           identification.)

22   BY MR. LEVINE:

23       Q.   Let me show you Exhibit 4.  This

24   is -- do you use tweet -- Twitter?

25       A.   Yes, I do.

Confidential

1              MICHAEL R. TUBBS

2       Q.   And is Michael82379998 your Twitter

3    identity?

4       A.   Yes.

5       Q.   For how long have you used Twitter?

6       A.   I don't recall.  It's not been very

7    long.

8       Q.   When did you first start using it?

9       A.   It might have been this year.

10      Q.   You identify this tweet as yours on

11   June 2nd?

12      A.   I do.

13      Q.   And do you see you're responding to

14   @BaronStrucker?

15      A.   Yes, I do.

16      Q.   It says, "Racism Scale:  Where are

17   you?"  And then it has a scale -- it says,

18   "Where do you fall?"

19           Do you see that?

20      A.   I see that.

21      Q.   And your response to that tweet

22   wasn't to pick one of the descriptions on the

23   scale that Mr. Strucker put up there; isn't

24   that right?

25      A.   Could you repeat that question?

Confidential

1                    MICHAEL R. TUBBS

2         Q.   You didn't identify one of the

3    points of reference on Mr. Strucker's scale,

4    did you?

5         A.   No, I did not.

6         Q.   You asked, "Where's literally

7    Hitler" on the scale, correct?"

8         A.   I did.

9         Q.   Did you intend to identify yourself

10   as "literally Hitler"?

11        A.   No, I did not.

12        Q.   Did you -- how did you come upon

13   Mr. Strucker's racism scale?

14        A.   I believe it was just in my feed and

15   just popped up.

16        Q.   Do you follow Mr. Strucker's

17   racism -- withdrawn.

18             Do you follow Mr. Strucker's Twitter

19   feeds regularly?

20        A.   I'm sorry.  What was that last part?

21        Q.   Do you follow Mr. Strucker's Twitter

22   feeds?

23        A.   I do.

24        Q.   And is he identified with racist

25   tweets?

Confidential

1                    MICHAEL R. TUBBS

2       A.    Again, I'm not sure what the proper

3   definition of "racist" is.

4       Q.    Well, do you read -- did you read

5   all of his points of reference on the racism

6   scale?

7       A.    I don't believe I did.

8            MR. LEVINE:  Let's go to Exhibit 4

9       [sic].

10           THE WITNESS:  Are you going to ask

11      me why I responded in the way that I

12      did?

13           MR. LEVINE:  No.  Mr. -- Mr. Jones

14      can ask you questions at the end of the

15      deposition, Mr. Tubbs.  I'm going to ask

16      you the questions I want to ask you.

17           Let's put up Exhibit 4 [sic].

18           (Exhibit Number 5, Twitter

19           Post, was marked for

20           identification.)

21   BY MR. LEVINE:

22      Q.    This is another tweet from you.  Do

23   you identify your Twitter identity?

24      A.    Yes, I do.

25      Q.    And this is a -- the tweet that you

Confidential

1          MICHAEL R. TUBBS

2   responded to was -- the Twitter identity is

3   @REAl_youngGeo, and it says, "I talked about

4   this in 2017 and no one talked about it then.

5   Now that we have the world's attention, let's

6   shine light on the slave trade that currently

7   going on in Libya and we don't see it all

8   over the social media."

9          And then there are four pictures of

10  black men in cages and marching and being

11  grouped as part of the slave trade in Libya.

12  Did you see that at the time?

13      A.   I see those pictures, yes.

14      Q.   And you tweeted in response to those

15  pictures, "Good for Libya," correct?

16      A.   I did.  I don't know that those

17  pictures are real pictures from Libya.

18      Q.   Whether they were real or not you

19  tweeted, "Good for Libya," correct?

20      A.   Libya is a sovereign company that

21  can run its affairs the way it wishes to.

22  It's none of our business.

23      Q.   You were applauding Libya's use of

24  slave trade; isn't that right?

25      A.   I am glad that Libya is still a

Confidential

1                    MICHAEL R. TUBBS

2    sovereign country.

3         Q.   You were applauding Libya's use of

4    slave trade; isn't that right?

5         A.   I really don't know anything about

6    the slave trade in Libya.

7         Q.   You tweeted, "Good for Libya" in

8    response to a tweet that Libya was using

9    slave trade, correct?

10        A.   I did.

11        Q.   So you were applauding Libya's use

12   of slave trade; isn't that right?

13        A.   I did not know at the time whether

14   Libya really had a slave trade or not.

15        Q.   It doesn't matter whether you knew

16   it at the time.  Isn't it a fact that you

17   applauded what you saw in the tweet about

18   Libya's slave trade?

19        A.   I am happy that Libya is a sovereign

20   country and in charge of its own affairs to

21   be administered as it feels is right.

22        Q.   I'm asking you, Mr. Tubbs, to answer

23   my question.  Isn't it a fact that you

24   applauded Libya's use of slave trade, and

25   that's what you meant --

Confidential

1          MICHAEL R. TUBBS

2          MR. JONES:  Asked and answered.

3    BY MR. LEVINE:

4      Q.   -- when you said, "Good for Libya"?

5      A.   My response does not mention the

6    Libyan slave trade at all.  I'm referring to

7    the sovereign actions of the state of Libya

8    and its maintenance of its own affairs.

9    Nobody has any business interfering with

10   Libya's sovereignty or their internal

11   affairs.

12     Q.   I'm not asking you, Mr. Tubbs, who's

13   interfering or not.  I'm asking you the

14   meaning of your tweet responding to these

15   pictures.  You were applauding --

16     A.   And I just told you, sir.

17     Q.   You were applauding their use of

18   slave trade.  Isn't that right?

19          MR. JONES:  Objection.  Asked and

20       answered.

21   BY MR. LEVINE:

22     Q.   Answer it.

23     A.   You're putting words in my mouth.  I

24   explained to you what my statement meant.

25     Q.   Let's show Exhibit 5 -- oh,

Confidential

1              MICHAEL R. TUBBS

2    Exhibit 6.  I'm sorry.

3              (Exhibit Number 6, Twitter

4              Post, was marked for

5              identification.)

6    BY MR. LEVINE:

7       Q.   This is another tweet from

8    Mr. Strucker, and you are retweeting

9    @industrial134716H, and what you're

10   retweeting is, "Black women won the American

11   debating championship with this," and then a

12   picture.  "Allow yourself to be dazzled by

13   their debating skills.  The writing's been on

14   the wall for a long time."  And you tweeted

15   the words:  "Africans are not capable of

16   Western civilization"; is that correct?

17      A.   I don't see that statement anywhere.

18      Q.   Did you see on the top your

19   statement, "Africans are not capable of

20   Western civilization"?

21      A.   I see that now.

22      Q.   So you retweeted that, correct?

23      A.   It appears so.

24      Q.   So by retweeting it would you say

25   you adopted that position?

Confidential

1                     MICHAEL R. TUBBS

2       A.   I was mostly interested in the --

3   what was portrayed in the video.

4       Q.   Isn't it a fact that when people

5   retweet statements it's generally understood

6   that they're adopting them?

7       A.   No, sir.  I don't believe that at

8   all.

9       Q.   Did you retweet it with the

10  statement "I don't agree"?

11      A.   No, sir, I did not.

12      Q.   You retweeted the statement,

13  "Africans are not capable of Western

14  civilization," correct?

15      A.   It appears so.

16      Q.   Do you believe Africans are not

17  capable of Western civilization?

18      A.   I don't see any duplications of

19  Western civilization on the continent of

20  Africa.

21      Q.   Do you believe that Africans are not

22  capable of Western civilization?

23      A.   I have not seen any examples

24  equating to Western civilization on the

25  continent of Africa.

Page 43

```
 1                  MICHAEL R. TUBBS
 2              MR. LEVINE:  Let's go to the next
 3        exhibit, Number 7.
 4              (Exhibit Number 7, Twitter
 5              Post, was marked for
 6              identification.)
 7    BY MR. LEVINE:
 8        Q.    This is a tweet.  Do you recognize
 9    your Twitter identity here?
10        A.    Yes, I do.
11        Q.    And you're responding to a tweet
12    from the Snow Duchess which says, "Regarding
13    the many statutes being desecrated, painted,
14    pulled to the ground, all over the Western
15    world, name any statues or memorials that
16    offend you as a white person."
17              Did you see that?
18        A.    Yes, I do.
19        Q.    And you first tweeted "Every
20    Holohoax memorial," correct?
21        A.    Yes.  Yes, I did.
22        Q.    And what were you referring to as a
23    Holohoax memorial?
24        A.    Any memorial to the so-called
25    Holohoax, Holocaust.
```

Confidential

1                    MICHAEL R. TUBBS

2        Q.    What's the Holohoax, sir?

3        A.    The so-called Holocaust.

4        Q.    And what was the Holocaust?

5        A.    Well, this particular Holocaust

6    refers to the alleged extermination of Jews

7    in Europe during World War II.

8        Q.    Do you believe that didn't take

9    place?

10       A.    When you say "that," what are you

11   referring to?

12       Q.    Do you believe the Holocaust did not

13   take place?

14       A.    I don't believe many of the stories

15   that are equated to the Holocaust.

16       Q.    Do you believe the basic fact that

17   approximately 6 million Jews were

18   exterminated in Europe during World War II by

19   the Germans?

20       A.    I follow the understanding of

21   several prominent Jews who debate the 6

22   million figure.

23       Q.    Do you dispute -- so you dispute the

24   fact that the Holocaust took place?

25       A.    That's not what I said.

Confidential

1          MICHAEL R. TUBBS

2     Q.   So what -- what's your view of the

3  Holocaust, sir?

4     A.   I don't believe that any Holocaust

5  memorials belong in the United States.  They

6  are offensive to me.

7     Q.   Who were the several quote -- the

8  "several prominent Jews" who debate this fact

9  of 6 million --

10    A.   I don't have the names.

11    Q.   -- that you were referring to?

12    A.   I don't have their names in front of

13  me right now.

14    Q.   Where did you read that?

15    A.   There is multiple sources.

16    Q.   Do you believe that the Germans

17  exterminated millions of Jews solely because

18  they were Jews during World War II?

19    A.   I'm certain that there are many Jews

20  who died in World War II at the hands of the

21  Nazis.

22    Q.   Do you believe they were killed

23  solely because they were Jews?

24    A.   No.

25    Q.   So you don't believe that Hitler, on

Confidential

Page 46

```
 1              MICHAEL R. TUBBS

 2   behalf of Nazi Germany, killed Jews in

 3   Germany, their own German citizens that were

 4   Jews, solely because they were Jews?

 5        A.   I believe that there were no mass

 6   killings in Germany at that time.

 7        Q.   So your belief is that the

 8   concentration camps and the crematoriums

 9   didn't actually exist?

10        A.   You had said in Germany.  None of

11   those alleged extermination camps were in

12   Germany.

13        Q.   That's not true, but whether they

14   were in Germany or in Poland, is it your

15   testimony that there weren't concentration

16   camps and crematoriums that actually existed

17   that exterminated Jews -- where Jews were

18   exterminated?

19        A.   Could you rephrase that question?

20        Q.   Is it your belief that the Germans

21   did not create concentration camps and

22   crematoriums in Germany and Poland at which

23   they exterminated Jews solely for being Jews?

24        A.   I don't believe that answer includes

25   the soil of Germany.
```

Confidential

1              MICHAEL R. TUBBS

2      Q.   And going back to -- so you object

3  to Holocaust memorials, memorial statues, and

4  buildings?

5      A.   Yes, I do.  I find it offensive.

6      Q.   Why do you find them offensive?

7      A.   I believe that those memorials

8  belong in Europe.

9      Q.   And you also tweeted in response to

10  the Snow Duchess, "Every MLK statue," did you

11  not?

12     A.   I did.

13     Q.   And what does MLK stand for?

14     A.   Martin Luther King.

15     Q.   And what's your objection to Martin

16  Luther King statues?

17     A.   I understand that he was a

18  Communist, a plagiarizer, a liar and a

19  whoremonger, and I don't believe that he

20  represents American values, nor do I believe

21  that he should have been memorialized.

22     Q.   He was a black preacher who was a

23  leader of African-Americans in the United

24  States and others.  Isn't that correct?

25     A.   Yes, he was.

Confidential

1                    MICHAEL R. TUBBS

2      Q.   And does that -- statues to him

3   offend you?

4      A.   Yes, they do.

5      Q.   Why do they offend you?

6      A.   I believe -- I will repeat my

7   answer.  Because Martin Luther King Jr. was a

8   Communist, a plagiarizer, a whoremonger, a

9   liar, and a Communist revolutionary.

10     Q.   And did you -- in 2017 did you have

11   a position with League of the South?

12     A.   Could you define position?

13     Q.   You were in League of the South,

14   correct, in 2017?

15     A.   I was in the League of the South,

16   yes.

17     Q.   And did Mr. Hill, as president of

18   League of the South, give you any position --

19   official position in League of the South?

20     A.   Yes, he did.

21     Q.   What position did he give you?

22     A.   Chief of staff.

23     Q.   And what did the responsibilities of

24   chief of staff include?

25     A.   Basically to organize a national

Confidential

1              MICHAEL R. TUBBS

2    staff for the assistance of Dr. Hill and to

3    help organize the state chapters.

4         Q.   And during 2017, what kinds of

5    activities did you take in furtherance of

6    that job?

7         A.   The only duties I recall are

8    preparations for the activities in

9    Charlottesville.

10        Q.   And please describe for me in your

11   own words what those preparations were that

12   you took.

13        A.   Dr. Hill asked me to give a briefing

14   to everyone the night before the rally to

15   discuss -- to highlight points that he made

16   in his 7 August statement to -- to League

17   members on the League of the South website.

18        Q.   Before -- did you have anything else

19   to do before the night before, as chief of

20   staff?

21        A.   I attended a meeting of leadership

22   to plan how we were going to convoy to

23   Charlottesville and how we were going to

24   maintain that convoy, where we were going to

25   meet, how we were going to -- where we were

Confidential

Page 50

```
 1                 MICHAEL R. TUBBS
 2    going to rally, how we were going to exit
 3    Charlottesville in return.
 4         Q.   And who attended that meeting of
 5    leadership?
 6         A.   I don't recall everyone who was
 7    present, but I recall Dr. Hill, Ike Baker,
 8    Matthew Heimbach, and there were others
 9    there, but I don't recall who they were.
10         Q.   Where did the meeting take place?
11         A.   It took place in a cabin at a remote
12    resort.  The name escapes me.
13         Q.   When did the meeting take place?
14         A.   It took place on the night of Friday
15    11 August, very late.  I arrived at the
16    meeting late.  It had already been in
17    progress.
18         Q.   Was there any meetings or activities
19    that you took part in before that weekend in
20    your position as chief of staff?
21         A.   Relating to what, sir?
22         Q.   Relating to the plans to Unite the
23    Right.
24         A.   As I recall, my only responsibility
25    was really to notify members of the Florida
```

Confidential

1              MICHAEL R. TUBBS

2  League of the South about what was happening,

3  where it was going to take place, where our

4  launchings were going to be, what time to be

5  there, etc.

6       Q.   Just going back to the League of the

7  South generally, did you learn in the spring

8  of 2017 that the League of the South formed

9  an alliance with the Traditional Workers

10 Party, the National Socialist Movement, and

11 Vanguard America called The National Front?

12      A.   Yes, I was.

13      Q.   And were you in favor of that

14 alliance at the time?

15      A.   No, I was not.

16      Q.   Did you nonetheless participate in

17 League of the South's activities with those

18 groups?

19      A.   Yes, I did.

20      Q.   And did you learn sometime in the

21 summer of 2018 that Mr. Hill disassociated

22 League of the South from that group?

23      A.   Yes, I did.

24      Q.   But for purposes of the Unite the

25 Right rally, did that alliance exist?

Confidential

1                     MICHAEL R. TUBBS

2        A.    Yes, it did.

3        Q.    And you worked with representatives

4   of all three of those organizations in

5   planning for the march; is that correct?

6        A.    No, sir.  I had no role with those

7   organizations in planning other than the

8   meeting of Friday the 11th.

9        Q.    The meeting of Friday the 11th was

10  planning for the events of the 12th, correct?

11       A.    It was planning solely on the

12  logistics of the convoy to Charlottesville

13  and the return, as far as I remember.

14       Q.    Included in that meeting was

15  Mr. Heimbach, correct?

16       A.    Yes.

17       Q.    And he was there for the Traditional

18  Workers Party, correct?

19       A.    Yes.

20       Q.    And was Jeffrey Schoep there on

21  behalf of National Socialist Movement?

22       A.    I don't recall remembering his face

23  being there.

24       Q.    Was -- do you recall anybody being

25  there for NSM?

Confidential

1          MICHAEL R. TUBBS

2     A.   No, I don't.

3     Q.   Do you recall Mr. Russo being there

4  from Vanguard America?

5     A.   I'm sorry.  Repeat that, please.

6     Q.   Was Mr. Russo present from Vanguard

7  America?

8     A.   I don't know who Mr. Russo is.

9          MR. LEVINE:  Let's go to Exhibit 8.

10          (Exhibit Number 8, Statement by

11          Michael Hill from League of the

12          South Website, dated 8/13/18,

13          was marked for identification.)

14  BY MR. LEVINE:

15     Q.   This is posted on August 13, 2018,

16  by Mr. Hill on behalf of the League of the

17  South.  You want to read it, please?

18     A.   Yeah.

19          (Reviewing document.)

20          Can you bring that back down a

21  little bit.

22          (Reviewing document.)

23          I've completed it.

24     Q.   So in the middle there of the second

25  to the last paragraph it says, "Rather, we,"

Confidential

1                  MICHAEL R. TUBBS

2    referring to the League of the South, "see

3    ourselves as the heart and soul of the Hard

4    Right, an uncompromising movement of real

5    blood and soil Southern/White Nationalists

6    who will not compromise our vision of a

7    Southern homeland for Whites.  To us, Dixie

8    is and should be White Man's Land.  We are

9    firm on the Negro Question and the Jew

10   Question.  And we make no apologies to anyone

11   for what we believe or what we seek to

12   accomplish for our people."

13            Do you remember reading this post by

14   Mr. Hill on the League of the South website?

15     A.   It's been a while.  I vaguely recall

16   some of it.

17     Q.   And do you subscribe to Mr. Hill's

18   description of the League of the South's and

19   its memberships' views as I just read?

20     A.   We have no official position papers

21   in the League of the South clarifying this.

22     Q.   I'm not asking you whether there are

23   official position papers other than this

24   document which appeared on the League of the

25   South website, correct?

Confidential

1                    MICHAEL R. TUBBS

2        A.   You're asking me if you were correct

3   in your question?

4        Q.   This document appears on the League

5   of the South website, correct?

6        A.   It appears so, yes.

7        Q.   And it's authored by the president

8   of the League of the South, correct?

9        A.   It appears to be, yes.

10        Q.   You wouldn't consider this a

11   position paper of the League of the South?

12        A.   No, sir.  Our official position

13   papers are listed in a separate category.

14   This is the opinion of the president of the

15   League of the South.

16        Q.   Do you share his opinions as

17   describing the League of the South's views?

18        A.   Could you be more specific in which

19   part of it?

20        Q.   The sentence I just read, sir.  I

21   read you only one -- I read you two

22   sentences, three sentences.  I want you to

23   focus on those three sentences, starting with

24   the word "rather," and ending at the end of

25   the paragraph with the word "people."

Confidential

1          MICHAEL R. TUBBS

2          Mr. Hill says, "we," referring to

3    the League of the South.  You're a member of

4    the League of the South, correct?

5      A.   Yes, I am.

6      Q.   He says, "We see ourselves as the

7    heart and soul of the Hard Right."  Do you

8    agree with that?

9      A.   I believe the League of the South is

10   the strongest element of those who

11   participated at Charlottesville.

12     Q.   Do you consider League of the South

13   the heart and soul of the Hard Right?

14     A.   I'm not certain what

15   compromises the -- or comprises the Hard

16   Right.

17     Q.   Do you agree that the movement that

18   League of the South is part of is "a movement

19   of real blood and soil Southern/White

20   Nationalists who will not compromise the

21   vision of a Southern homeland for Whites"?

22     A.   I believe that the League of the

23   South is composed of Southern Nationalists

24   who want a homeland for our people.

25     Q.   And do you subscribe to the

Confidential

1                    MICHAEL R. TUBBS

2    reference "blood and soil"?

3        A.   I do.

4        Q.   Do you know the derivation of the

5    words "blood and soil"?

6        A.   I believe that when referring to

7    blood, it refers to the blood of the Southern

8    people and the soil on which we live.

9        Q.   And do you -- do you know that the

10   term "blood and soil" was first described in

11   Germany by a German political philosopher by

12   the name of Darré, and it was used as a

13   slogan for Nazi Germany?

14       A.   I have heard that the term has been

15   used before by other Nationalist

16   organizations.

17       Q.   Do you know that it was used by Nazi

18   Germany?

19       A.   Yes, I do.

20       Q.   Now, the second sentence of

21   Dr. Hill's statement, his second and third

22   sentence is, "To us, Dixie is and should be

23   White Man's Land."

24            Do you agree with that?

25       A.   For the most part, yes, I do.

Confidential

1                    MICHAEL R. TUBBS

2        Q.   And then it says "We," referring to

3   League of the South, "are firm on the Negro

4   Question and the Jew Question."

5            Do you see that?

6        A.   Yes, I do.

7        Q.   What do you understand the "Negro

8   Question" to be?

9        A.   I don't know for sure.  It's never

10  been posted in a League position paper

11  defining it.

12       Q.   What do you believe it to be?

13       A.   I'm not sure that I understand it to

14  mean what Dr. Hill means it to be.

15       Q.   What do you think Dr. Hill means it

16  to be?

17       A.   I -- I don't know.

18       Q.   In all of the conversations with

19  Dr. Hill and all of the rallies and speeches

20  that you've attended where he has spoken and

21  all of the material that you've read that he

22  has posted, you don't know what Dr. Hill

23  means when he refers to the words "Negro

24  Question"?

25       A.   I believe this might be the first

Confidential

1                    MICHAEL R. TUBBS

2    time I've seen the terms "Negro Question" and

3    "Jew Question" in a League document.

4         Q.    So what do you believe Dr. Hill

5    means when he refers to the "Jew Question"?

6         A.    I can't speak for Dr. Hill.

7         Q.    What do you understand -- when you

8    read the words "Jew Question" in this

9    paragraph, what do you understand them to

10   mean?

11        A.    I understand it to mean that there

12   are Jews who are working towards our

13   destruction as a people.

14        Q.    And because of that you have an

15   animus towards them?

16        A.    I would have an animus towards

17   anyone who seeks my destruction.

18        Q.    But do you have an animus towards

19   Jews because you believe they're working

20   towards your destruction?

21        A.    Yes, I do.

22        Q.    And that applies to all the Jews

23   basically; isn't that right?

24        A.    I don't know about all Jews.

25              MR. LEVINE:  Let me show you

Confidential

Page 60

1                    MICHAEL R. TUBBS

2         Exhibit 9.

3                 (Exhibit Number 9, Video

4                 Burning Talmud and Flag, was

5                 marked for identification.)

6    BY MR. LEVINE:

7         Q.   I'm going to play a video for you,

8    Mr. Tubbs.  Please listen to it.  Watch it,

9    and then I'll ask you some questions when

10   we're done.

11                (Video playing.)

12   BY MR. LEVINE:

13        Q.   Mr. Tubbs, that took place in

14   Tennessee.  It was a League event in August

15   of 2018.  Did you attend that event?

16        A.   No, I did not.

17        Q.   Have you seen this YouTube video

18   before about this speech?

19        A.   Yes, I have.

20        Q.   When did you see it?

21        A.   I don't recall, but it was probably

22   shortly after the event.

23        Q.   And where did you see it?

24        A.   Probably on my computer.

25        Q.   And how did you learn of it to go

Confidential

1                    MICHAEL R. TUBBS

2    look for it on YouTube?

3        A.    I don't recall.

4        Q.    Well, do you recall one of the

5    people from League of the South telling you

6    about it?

7        A.    I'm certain that somebody in the

8    League of the South had to tell me about it.

9        Q.    Do you see at the very -- at the

10   very end -- withdrawn.

11             On the screen here we have the text

12   that we have transcribed of Mr. Hill's

13   statement.  Was there anything about

14   Mr. Hill's statement that you saw on the

15   YouTube at the time that you saw it and at

16   the time you're hearing it now that you

17   disagreed with?

18       A.    Well, with all due respect to our

19   president, Dr. Hill, this video caused a lot

20   of conflict within the League.

21       Q.    I asked you whether you disagreed

22   with any of it.

23       A.    Yes, I do.

24       Q.    What did you disagree with?

25       A.    I don't believe that the video

Confidential

1                MICHAEL R. TUBBS

2    should have taken place.

3        Q.   Why?

4        A.   I don't believe it looked -- I don't

5    believe it represented the League of the

6    South very well.

7        Q.   Is there anything that Dr. Hill said

8    that you don't agree with?

9        A.   No.  I agree with it.

10       Q.   And he said, "For the Gentiles of

11   the world, we stand for the White race

12   against all of our enemies, particularly the

13   Jew," correct?

14       A.   He did say that, yes.

15       Q.   And you agree with that?

16       A.   I do.

17            MR. LEVINE:  Let's take a

18       five-minute break right now.  We'll go

19       off the record.

20            THE VIDEOGRAPHER:  The time is

21       10:55 a.m.  We're off the record.

22            (Off the record from 10:55 a.m.

23            to 11:01 a.m.)

24            THE VIDEOGRAPHER:  The time is 11:02

25       a.m.  We're on the record.

1              MICHAEL R. TUBBS

2    BY MR. LEVINE:

3       Q.   Mr. Tubbs, you testified just a few

4    minutes ago that Mr. Hill asked you to be

5    chief of operations, I think you said, for

6    Unite the Right rally; is that correct?

7       A.   I was already chief of staff for the

8    organization before that.

9       Q.   What did he ask you to do for the

10   Unite the Right rally?

11      A.   Very little that I recall.  Mostly

12   organize the Florida League of the South to

13   get to the location and get them lodged and

14   had me conduct a briefing the night before.

15      Q.   Did you understand as chief of staff

16   for League of the South that you would be the

17   leader of the -- of the people attending for

18   League of the South in the march?

19      A.   That was not my understanding, no.

20      Q.   Did that --

21      A.   Not --

22      Q.   Did you end up being in charge of

23   the marchers?

24      A.   I ended up being in charge of a

25   small segment of the marchers.

Confidential

1          MICHAEL R. TUBBS

2     Q.   What segment of marchers were you in

3     charge of?

4     A.   That would include the people

5     defending the stairway to the park against

6     the rioters.

7     Q.   I'm saying, the marchers down the

8     street, were you leading the group of

9     marchers from League of the South?

10    A.   I was in the front of the column

11    with Dr. Hill and Matthew Heimbach.

12    Q.   And the briefing that you gave the

13    night before was given to whom again?

14    A.   I don't have a list of all that were

15    in attendance, but it was the vast majority,

16    if not all of the people who were lodged in

17    our location that night.

18    Q.   Did you give a briefing to people

19    from TWP and NSM?

20    A.   I don't recall who was present there

21    for that meeting.

22    Q.   Did you have any conversations with

23    Mr. Schoep or Mr. Heimbach before the events

24    about what was to be expected on August 12?

25    A.   Are you speaking of during the night

Confidential

1               MICHAEL R. TUBBS

2   of the 11th?

3        Q.   No.  Before, sir.

4        A.   No.  I don't believe that I had ever

5   spoken to Mr. Schoep before the meeting in

6   Charlottesville, if then, and I was not

7   responsible for communicating with Matt

8   Heimbach, as far as I recall.

9        Q.   Did you coordinate with --

10   withdrawn.

11           Do you know Ike Baker?

12        A.   Yes, I do.

13        Q.   Who is Ike Baker?

14        A.   Ike Baker is currently the chief of

15   operations for the League of the South.

16        Q.   In August of 2017 what was Ike

17   Baker's position?

18        A.   I don't recall if he had an actual

19   position, if you are referring to an

20   officer's position.

21        Q.   Did he have a position at the Unite

22   the Right rally for League of the South at

23   Mr. Hill's request?

24        A.   Can you define position?

25        Q.   Did he have responsibility at the

Confidential

1               MICHAEL R. TUBBS

2    Unite the Right rally for any part of the

3    operations --

4         A.   Yes, he did.

5         Q.   -- at Mr. Hill's request?

6         A.   Yes, he did.

7              MR. LEVINE:  I'm going to show you

8         Exhibit 10.

9              (Exhibit Number 10, Message

10             from Michael Hill to Michael

11             Tubbs, dated 7/11/17,

12             Bates-stamped MH00007408, was

13             marked for identification.)

14   BY MR. LEVINE:

15        Q.   Is this a message from Mr. Hill to

16   you on or about July 11?

17        A.   It appears to be.

18        Q.   And what does the number 9044830634

19   refer to?  Is that your -- one of your

20   identifications?

21        A.   That's a phone number.

22        Q.   And is this a text between you and

23   Dr. Hill?

24        A.   I don't know.  I've never seen

25   something that appears in this format, to the

Confidential

1                MICHAEL R. TUBBS

2    best of my recollection.

3        Q.   So the text is from Dr. Hill to you,

4    and it says, "Yes, an official policy on that

5    subject would be beneficial.  Ike did a great

6    job prepping the cops for our presence in

7    Pikeville.  Speaking of the Charlottesville

8    event, I'd like for you to once again be in

9    command of general operations, with Ike,

10   Dennis Durham, and whomever else we decide as

11   your lieutenants with specific operational

12   assignments.  I'll again handle overall

13   strategy."  Did you accept that assignment?

14       A.   The last sentence reads, "Give this

15   some thought."

16       Q.   I asked you whether you accepted it.

17       A.   I wasn't finished with my answer.

18   Thank you.

19            I accepted the position of assisting

20   Dr. Hill with whatever he needed.

21       Q.   So did you not take on the role as

22   commander of the general operations?

23       A.   No.  I don't recall actually being

24   in charge of the operation itself.  I was

25   working in the League with Dr. Hill and Ike.

Confidential

1          MICHAEL R. TUBBS

2     Q.   And what was Ike's role?

3     A.   Ike was tasked with giving a

4  briefing on Friday, 11 August, to the folks

5  who assembled at the lodging area.  And I

6  don't recall what else he may have been

7  responsible for.

8     Q.   And do you know a man by the name of

9  Dennis Durham?

10     A.   I do.

11     Q.   And what was his role?

12     A.   I don't believe that Dennis Durbin

13  [sic] participated in Charlottesville.  I

14  don't recall him being there.

15     Q.   Did you give Ike Baker any specific

16  operational assignments?

17     A.   I don't recall.

18     Q.   If -- did you participate in the

19  briefing on the night of August 11th?

20     A.   Yes, I did.

21     Q.   And I take it the briefing was to

22  describe the routes that all of you would

23  take to get into Charlottesville and then how

24  you would go from the garage where you parked

25  to the park, correct?

Confidential

1                    MICHAEL R. TUBBS

2        A.    That briefing was the responsibility

3    of Ike Baker, yes.

4        Q.    Did -- did you participate in that

5    briefing at all?

6        A.    Yes, I did.

7        Q.    And where did you get the

8    information from which you decided what the

9    route would be?

10        A.    I did not decide what the route

11    would be.  That was the task of Ike Baker.

12        Q.    Do you know where he got the

13    information from which he decided what the

14    route would be?

15        A.    I believe he reviewed a map of the

16    area.

17        Q.    Did you participate in any

18    discussions with him about what the route

19    would be before August 11th?

20        A.    I don't recall doing that, no.

21        Q.    Did you have any conversations with

22    Dr. Hill about what the route would be?

23        A.    I don't recall having any input on

24    that, no.

25        Q.    Do you recall seeing maps of the

Confidential

1                    MICHAEL R. TUBBS

2    area and the street and the park, aerial maps

3    from Google Maps that were provided to

4    Dr. Hill?

5        A.   I don't recall seeing any maps, no.

6        Q.   Did you know of any efforts that

7    Mr. Baker did -- or took in connection with

8    the Charlottesville police?

9        A.   No, I am not aware of any

10   communications that he had with the

11   Charlottesville police.

12            MR. LEVINE:  Let me show you

13        Exhibit 11.

14            (Exhibit Number 11, Message

15            from Hill to Michael Tubbs,

16            dated 7/11/17, Bates-stamped

17            MH00007410, was marked for

18            identification.)

19   BY MR. LEVINE:

20       Q.   This is another communication

21   between Dr. Hill and you, correct?

22       A.   It appears to be, yes.

23       Q.   On or about July 11th, correct?

24       A.   It would appear so, yes.

25       Q.   Could you read that to yourself.

Confidential

1              MICHAEL R. TUBBS

2       A.    (Reviewing document.)

3             I'm finished.

4       Q.    Did you discuss -- withdrawn.

5             So you learned in this communication

6    from Dr. Hill that he had asked Ike Baker to

7    contact state and local law enforcement in

8    Charlottesville before the events of

9    August 11 and 12, correct?

10      A.    I don't recall this message, but it

11   appears so.

12      Q.    Do you recall talking to Baker about

13   what he said to the state and local law

14   enforcement?

15      A.    It's been a long time.  I just don't

16   recall any conversation like that.

17      Q.    He then -- Dr. Hill then says "He,"

18   referring to Baker "seems to work well with

19   the rank and file officers."  Do you agree

20   with that assessment of Ike Baker?

21      A.    I can't say.  I've never witnessed

22   any interactions or conversations he's had

23   with rank and file police officers.

24      Q.    And then Dr. Hill goes on, "He tells

25   me the CPD chief," which I believe refers to

Confidential

1                    MICHAEL R. TUBBS

2    the Charlottesville police department "is a

3    high yellow and of course the mayor is Jude

4    Schwein."  Do you know what a high yellow

5    refers to?

6        A.    I believe that means some form of

7    mulatto.

8        Q.    And what is a Jude Schwein?

9        A.    I guess that means a Jew.

10        Q.    Do you know the words mean Jewish

11    pig?

12        A.    It appears to be German and I don't

13    speak German.

14        Q.    Did you ask Dr. Hill what he meant?

15        A.    No.  I didn't feel the need to.

16        Q.    So did there come a time when --

17    withdrawn.

18             In thinking about and planning for

19    the Charlottesville rally, did you anticipate

20    a violent encounter with counter-protestors?

21        A.    We received information that there

22    were people who were planning on disrupting

23    our event with violence, yes.

24        Q.    So going -- before you ever got to

25    Charlottesville on August 11th, you had an

Confidential

1              MICHAEL R. TUBBS

2   expectation that it might turn violent,

3   correct?

4       A.   We expected that possibility.

5       Q.   You actually looked forward to that

6   possibility, didn't you?

7       A.   No, not really.

8       Q.   Didn't you really look forward and

9   hope for it?

10       A.   I know what you're getting at, and

11   the answer is no.  I don't hope for violence.

12       Q.   Didn't you hope that you would have

13   a chance to mix it up with some of the

14   counter-protestors?

15       A.   No, I did not, as is evident by my

16   lack of protective gear or weapons.

17            MR. LEVINE:  Let's look at

18       Exhibit 12.

19   BY MR. LEVINE:

20       Q.   You think that the fact that you

21   didn't wear any protective gear proves that

22   you were not hoping for violence?

23       A.   I believe that is an indicator of my

24   expectations.

25       Q.   And do you believe your conduct also

Confidential

1              MICHAEL R. TUBBS

2   is an indicator of your expectations?

3        A.   Yes, I do.

4             MR. LEVINE:  So let's look at

5        Exhibit 12.

6             (Exhibit Number 12, Email

7             Chain, Bates-stamped MH00015529

8             - 15530, was marked for

9             identification.)

10  BY MR. LEVINE:

11       Q.   Now, this is a series of emails.

12  Have you seen these -- this email before?

13       A.   I would have to read it first.

14       Q.   All right.  Let's start -- we'll --

15  well, you can scroll from the stop or bottom.

16  I don't --

17       A.   Can you go back up just a little

18  bit.

19             (Reviewing document.)

20             All right.  Scroll up a little.  Am

21  I looking at the same message here?

22       Q.   You're looking -- the first message

23  was the message that you received from

24  Dr. Hill --

25       A.   I didn't have a chance.

Confidential

1              MICHAEL R. TUBBS

2      Q.   -- on or about -- on or about

3   July -- I think it's July 7th, that you

4   received, "as well as others."  That's the

5   first message.  Do you see that?

6      A.   I see it.  Not all of it.

7      Q.   Do you see, is

8   LSPres@ProtonMail.com, is that Mr. Tubbs --

9   Mr. Hill, Dr. Hill?

10     A.   LSPres is Dr. Hill, yes.

11     Q.   And this -- and LSCoC@ProtonMail is

12  your email address on ProtonMail?

13     A.   That is correct.

14     Q.   And this went to Ike Baker, Pat

15  Hines, Tim Malone, Mark Thomey, and Spencer

16  Borum also, correct?

17     A.   I see their names, yes.

18     Q.   Are they all members of League of

19  the South?

20     A.   I believe they were at that time,

21  yes.

22     Q.   And did you have conversations with

23  all of them about plans for League of the

24  South's participation in the Unite the Right

25  rally on August 12th?

Confidential

Page 76

1             MICHAEL R. TUBBS

2      A.   I'm sorry.  Could you repeat that

3  question.

4      Q.   Did you have conversations with all

5  of them about plans for the League of the

6  South's participation in the Unite the Right

7  rally on August 12th?

8      A.   No, I did not.

9      Q.   Did you have conversations with Pat

10  Hines at all?

11      A.   I don't recall.

12      Q.   Did you have any conversations with

13  Tiny Malone?

14      A.   I don't recall.

15      Q.   Did you have any conversations with

16  Mark Thomey?

17      A.   I don't recall.

18      Q.   Did you have any conversations with

19  Spencer Borum?

20      A.   I don't recall.

21      Q.   Were all of them present at the

22  rally on August 12th?

23      A.   I don't recall if Tiny Malone was

24  present or not.  I just don't remember.

25      Q.   The others were?

Confidential

```
 1              MICHAEL R. TUBBS

 2      A.   I believe that Ike Baker, Pat Hines,

 3  and Spencer Borum were present, to the best

 4  of my recollection.

 5      Q.   And in this -- this email

 6  communication that you received along with

 7  the other gentlemen, it says, "Gentlemen:  I

 8  received a call this morning from the

 9  organizer of the upcoming Charlottesville

10  event.  Yesterday he heard from what I

11  consider to be a reputable source (one with

12  whom I've had direct dealings) on an Antifa

13  strategy meeting held very recently in DC.

14  According to the info I received, that

15  meeting was a hot and contentious one between

16  those who want to continue to back off in

17  order to fool the opposition by no-showing,

18  as Antifa had recently done in Houston and

19  Gettysburg, and those who want to ramp up the

20  violence to a hot and heavy level.  The

21  latter (a majority) won, and will reportedly

22  have its way.  The upshot is this:  Antifa

23  indeed will show up in large numbers in

24  Charlottesville and they, according to what

25  I've been told, will have explosives,
```

```
 1                MICHAEL R. TUBBS

 2    firearms, and various other weapons with the

 3    intent to use them against us."

 4            You got that information, correct?

 5        A.   I believe I did.

 6        Q.   And you responded to it; isn't that

 7    right?

 8        A.   I don't recall, but I probably did.

 9        Q.   You're MRT, correct?

10        A.   Those are my initials, yes.

11        Q.   So the -- you responded on July 8th

12    at 2:30 p.m.  Do you see your response to

13    Dr. Hill alone?

14        A.   I do.

15        Q.   It says, "Even though we haven't had

16    any hard intel so far to make us believe

17    there was going to be violence, I think we

18    all assumed there would be (and maybe even

19    hoped for it)."

20            Do you see that?

21        A.   I do see that.

22        Q.   And then you said, "We should move

23    forward preparing for a worst-case scenario."

24            Do you see that?

25        A.   I do.
```

1          MICHAEL R. TUBBS

2     Q.   So before getting this, you had an

3  expectation or an assumption that there would

4  be violence, correct?

5     A.   Yes, we had reason to believe that

6  there would be violence taken --

7     Q.   And your words to Dr. Hill were,

8  "And maybe even hoped for it," correct?

9     A.   Yes, I wrote that believing there

10 were probably some in the Alt-Right who were

11 hoping for violence.

12    Q.   But you wrote this for yourself,

13 correct?

14    A.   I used the word "we."  "I think we

15 all assumed there would be and maybe even

16 hoped for it."  I was speaking for a number

17 of people there.

18    Q.   Were you speaking also for yourself?

19    A.   No, I was not.

20    Q.   You actually wrote that to Dr. Hill

21 and didn't intend to be speaking for

22 yourself?

23    A.   The sentence reads I am speaking for

24 we.

25    Q.   Mr. -- Mr. Tubbs, I'm asking you,

Confidential

1                    MICHAEL R. TUBBS

2    did you give any impression that you were

3    talking on behalf of other people and not on

4    behalf of yourself when you used the word

5    "we"?

6         A.   I believed I was speaking on behalf

7    of other people.

8         Q.   I asked you whether -- did you

9    give -- do you believe that you gave the

10   impression that you were talking on behalf of

11   yourself?

12        A.   No.  That's not what it looks like

13   to me, and I know that it was not.

14        Q.   Now, in preparing for the League of

15   the South's participation at the rally on

16   August 12th, was there any discussion of

17   designing shields?

18        A.   Yes.  Dr. Hill told me that there

19   would be shields available.

20        Q.   And what did you understand -- what

21   did he tell you about that?

22        A.   He said that there was a fellow in

23   the league who was making 12 shields for the

24   use of League members in Charlottesville.

25        Q.   Did you believe that that was a

Confidential

1           MICHAEL R. TUBBS

2    sufficient number?

3        A.   I had no idea at the time what would

4    be a sufficient number for defense.

5        Q.   How many people did you expect to

6    attend on behalf of the League of the South?

7        A.   At least a hundred.

8        Q.   How many people ended up attending

9    on behalf of League of the South?

10       A.   I don't know that number.

11       Q.   Was it close to a hundred?

12       A.   Probably much less.

13       Q.   If you expected at least a hundred

14   to attend, did you have any discussion with

15   Dr. Hill as to whether 12 shields would be

16   enough?

17       A.   I don't recall any discussion.  I

18   think we were limited on materials and time

19   to producing only 12.  I don't know what the

20   reason for the number 12 was.

21       Q.   I asked you whether you had any

22   discussions with him whether that was enough.

23       A.   I don't recall having that kind of

24   discussion.

25       Q.   Did you have any role in designing

Confidential

1           MICHAEL R. TUBBS

2     the shields?

3          A.   No.

4          Q.   Was there a discussion about people

5     carrying flags or bringing flags?

6          A.   I don't recall a specific discussion

7     about that, but we knew that people would be

8     bringing flags.

9          Q.   Did you bring a flag?

10         A.   No, I did not.

11         Q.   Who's -- is Spencer Borum somebody

12    that you talked to about the plans?

13         A.   I don't believe I had any

14    conversations with Spencer Borum regarding

15    plans.

16         Q.   Did he bring a flag?

17         A.   I don't know if he brought a flag or

18    not.

19         Q.   What flags were used by League of

20    the South members?

21         A.   The only flag that I recall

22    specifically being used was the Southern

23    Nationalist black cross flags.

24         Q.   Was there any discussion about what

25    weapons to bring, if any?

Confidential

Page 83

1                      MICHAEL R. TUBBS

2       A.    Yes, there was.

3       Q.    And what did you understand the

4    instructions were?

5       A.    During Dr. Hill's letter of

6    7 August, point number two, he said to obey

7    all applicable laws and statutes regarding

8    the possession and bearing of firearms and

9    other weapons, clothing, and other

10   accoutrements of -- and accessories.

11      Q.    You didn't answer my question.

12      A.    Would you please repeat your

13   question?

14      Q.    What instructions were given to

15   people attending on bringing firearms?

16      A.    Again, I reference the letter of

17   7 August where Dr. Hill was very specific

18   about the bearing of firearms when he says,

19   "Obey all applicable laws and statutes

20   regarding the possession and bearing of

21   firearms."

22      Q.    That doesn't answer the question of

23   what specific instructions he gave.  Did he

24   give --

25      A.    Those are the only instructions I

Confidential

 1                    MICHAEL R. TUBBS

 2     recall.

 3         Q.   Was there any -- well, Virginia was

 4     an open carry state in August of 2017,

 5     correct?

 6         A.   To the best of my recollection, yes,

 7     it was.

 8         Q.   And was there any discussion about

 9     League of the South members open carrying

10     weapons?

11         A.   When we were told to obey all

12     applicable laws and statutes regarding

13     possession and bearing of firearms, the fact

14     that Virginia was an open-carry state would

15     require us to open carry firearms rather than

16     conceal them or carry them in any other

17     manner.

18         Q.   So did anybody open carry firearms

19     for League of the South that day?

20         A.   I believe that some did.

21         Q.   Who?

22         A.   I believe I recall correctly that

23     Dr. Hill might have carried a handgun.

24         Q.   Didn't actually Dr. Hill conceal his

25     handgun?

Confidential

Page 85

1                    MICHAEL R. TUBBS

2        A.    I don't recall.

3        Q.    So as far as in your understanding

4   of the law, Dr. Hill wasn't obeying the law

5   in concealing his firearm?

6             MR. JONES:  I'm going to object.

7        That calls for a legal conclusion.

8   BY MR. LEVINE:

9        Q.    Did you know that Dr. Hill was

10  concealing a handgun?

11       A.    I do not recall him even carrying a

12  handgun before the rally.

13       Q.    Now, did -- did League of the

14  South's members wear helmets?

15       A.    I believe there were some who wore

16  helmets.

17       Q.    Did any of them carry knives?

18       A.    They were told specifically not to

19  bring any knives.  So I don't believe that

20  there were.

21       Q.    Did you have any input on whether

22  the members would be wearing uniforms?

23       A.    Yes, I did.

24       Q.    What was your role in that?

25       A.    Just instructing everyone they

Confidential

1                    MICHAEL R. TUBBS

2    should wear the League uniform.

3        Q.    What was the League uniform?

4        A.    At that time the basic uniform

5    consisted of khaki pants and a black polo

6    shirt with the League logo emblazoned --

7    embroidered on the left breast.

8        Q.    And where do people buy that black

9    T-shirt with the logo?

10       A.    The place that they purchased it at

11   that time has since closed down.

12       Q.    Where do you buy them now?

13       A.    Whoever we can get to embroider the

14   design.

15       Q.    So is there a place that members now

16   can buy the shirt with the logo?

17       A.    There is now again, yes.

18       Q.    What's the name of it?

19       A.    I don't recall the name.

20       Q.    Now, how did you get to

21   Charlottesville on August 11th?

22       A.    I drove my personal vehicle.

23       Q.    Who did you drive with?

24       A.    Nobody.

25       Q.    When did you leave Jacksonville?

Confidential

1                    MICHAEL R. TUBBS

2        A.    I don't recall.

3        Q.    Was it the night -- day before?

4        A.    No.  It was Friday, Friday morning

5    sometime.

6        Q.    How long a drive is it?

7        A.    I don't recall.

8        Q.    When did you arrive on August 11th?

9        A.    It was very late.  Possibly sometime

10   around 11:00 p.m.  I was supposed to attend a

11   meeting and the meeting was already in

12   progress.

13       Q.    Did you drive straight to the

14   location where the League was staying?

15       A.    Yes.

16       Q.    How did you get directions to go

17   there?

18       A.    I believe a message had been put out

19   to League members who were participating with

20   those directions.

21       Q.    What was the means of communicating

22   to the members, of the directions?

23       A.    I don't recall how I received that

24   message.

25       Q.    How did -- in August of 2017, how

Confidential

1                    MICHAEL R. TUBBS

2    did the League communicate with its members?

3        A.   I don't recall all the platforms

4    that were in use at that time.  There were

5    phone calls.  There were emails.  Perhaps

6    social media posts.

7        Q.   Can you remember any means that were

8    used, any platform that was used to

9    communicate with the members in August of

10   2017?

11       A.   I don't recall exactly, but I

12   believe email and phone calls were mostly

13   used.

14       Q.   And what was the form of email?  On

15   ProtonMail?

16       A.   To the best of my recollection, I

17   believe it was ProtonMail.

18       Q.   When did the League start to use

19   ProtonMail?

20       A.   I don't recall.

21       Q.   Before it used ProtonMail what did

22   it use?

23       A.   I believe standard emails and

24   telephone and social media.

25       Q.   And why did the League change from

Confidential

1                    MICHAEL R. TUBBS

2    those standard emails and social media to

3    ProtonMail?

4         A.   I believe we needed to consolidate

5    all communications in one place where it

6    would make it easier for people to find all

7    communications.

8         Q.   Did Dr. Hill make that decision?

9         A.   I don't recall who made that

10   decision.

11        Q.   Was -- was ProtonMail a more secure

12   form of communication than Yahoo! or Gmail?

13        A.   I believe it has been advertised to

14   be more secure.

15        Q.   Where is the company that is -- owns

16   ProtonMail located?

17        A.   I believe it's located in Europe.

18        Q.   Do you understand it to be a Swiss

19   company?

20        A.   I wasn't sure of its location.

21        Q.   Isn't it a fact that ProtonMail was

22   selected as a means of communication because

23   it was viewed as secure and protected by

24   Swiss privacy laws?

25        A.   I don't recall what the intentions

Confidential

Page 90

1                    MICHAEL R. TUBBS

2    were of the person who decided to adopt

3    Proton email as a standard email, but I'm

4    certain the security was a concern.

5         Q.   So did you -- did you learn before

6    you left Charlottesville on August 11th that

7    there was a planned event Friday night of a

8    torch light rally?

9         A.   No, I was not aware of that rally.

10        Q.   Pardon?

11        A.   No, I was not aware of that torch

12   light rally.

13        Q.   You never were made aware that there

14   was going to be a torch light rally of the

15   participants?

16        A.   No, I was not.

17        Q.   When did you learn -- when did you

18   learn that there was a torch light rally?

19        A.   The next day at the rally in

20   Charlottesville.

21        Q.   Do you know a man by the name of

22   Brad Griffin?

23        A.   I do.

24        Q.   Did you see Brad Griffin that

25   weekend?

Confidential

1          MICHAEL R. TUBBS

2      A.   Yes, I did.

3      Q.   Did you see Brad Griffin Friday

4   night when you arrived at the meeting?

5      A.   I don't believe I recall seeing Brad

6   Griffin Friday night.

7      Q.   Did Brad Griffin have a role in

8   League of the South at that time?

9      A.   I don't recall.  I don't believe he

10   had a position.

11      Q.   Did he have any role at the rally on

12   behalf of League of the South?

13      A.   I don't recall anybody designating

14   him a role in the rally.

15      Q.   Are you familiar with Brad Griffin's

16   blog called Occidental Dissent?

17      A.   Yes, I am.

18      Q.   Do you read that?

19      A.   Occasionally, yes, I do.

20      Q.   And is he a member of the League of

21   the South?

22      A.   I'm not sure if he is still

23   currently a member or not.

24      Q.   During 2017 and 2018 was he a

25   member?

Confidential

1              MICHAEL R. TUBBS

2      A.   To the best of my knowledge, he was

3   a member during that time.

4      Q.   And did you understand that he would

5   blog certain -- certain texts on behalf of

6   the League of the South?

7      A.   I believe that Brad Griffin's blog

8   is purely a personal tool.  It's not a

9   official League mouthpiece.

10     Q.   Is it your testimony that Dr. Hill

11  doesn't ask Brad Griffin to speak on behalf

12  of the League?

13     A.   I don't know if Dr. Hill asked Brad

14  Griffin to do that or not.  I'm not aware of

15  any communications between him and Brad

16  Griffin.

17     Q.   Now, in one of your interrogatory

18  responses that you filed in connection with

19  this case, you said that you participated in

20  a meeting on August 11th at or near

21  Charlottesville where you spoke to

22  Mr. Heimbach and a Mr. Cesar Adolfo.  Did

23  that conversation take place?

24     A.   I remember the two of those men

25  being present.  I don't remember having

Confidential

Page 93

1           MICHAEL R. TUBBS

2    direct conversations with them during that

3    meeting.

4        Q.   Where -- where did the conversation

5    with Mr. Heimbach and Mr. Adolfo take place?

6        A.   Are you asking if I had a

7    conversation with those two gentlemen?

8        Q.   I'm only referring to a disclosure

9    that you made in a document that was filed in

10   connection with this case, and it says that

11   you participated in a meeting on August 11,

12   2017, at or near Charlottesville where you

13   spoke to Mr. Heimbach and Mr. Cesar Adolfo.

14   Is that accurate or not?

15       A.   I remember the two men being in the

16   room.  If we spoke at all, it was just an

17   exchange of pleasantries probably.

18       Q.   Are these two men in the same room

19   in the same conversation that you testified

20   earlier that you went to?

21       A.   Yes.

22       Q.   Late that night?

23       A.   Yes.

24       Q.   In the cabin?

25       A.   Yes.

Confidential

1              MICHAEL R. TUBBS

2      Q.    How many people were in the room?

3      A.    I don't recall the number.

4      Q.    Who's Mr. Cesar Adolfo?

5      A.    I don't know who he is.

6      Q.    Had you ever met him before?

7      A.    No, sir.

8      Q.    How do you remember his name?

9      A.    I thought it was an unusual name to

10  be connected with the Alt-Right.

11     Q.    Do you know if he's affiliated with

12  the League of the South?

13     A.    No, he's not affiliated with the

14  League at all.

15     Q.    Is he affiliated with Vanguard?

16     A.    I don't know.

17     Q.    Was he affiliated with the TWP?

18     A.    I don't know.

19     Q.    Was he affiliated with NSM?

20     A.    I don't know.

21     Q.    Was there any discussion at that

22  meeting that you participated in about the

23  torch light rally that night?

24     A.    I don't recall any discussion of it.

25     Q.    Can you identify anybody else at the

Confidential

1                    MICHAEL R. TUBBS

2    meeting other than those two individuals?

3        A.   As I had mentioned before, I only

4    recall Dr. Hill, Ike Baker, Matt Heimbach.

5    Now that you mention Cesar I remember him

6    being present.  There were people there that

7    I did not know and had not seen before and

8    did not see afterwards.

9        Q.   So after -- the purpose of that

10   meeting was to discuss the logistics of

11   getting to the rally the next day; is that

12   correct?

13       A.   The part of the meeting that I was

14   able to sit in on mainly focused on that

15   subject, yes.

16       Q.   Did the part of the meeting that you

17   sat in on focus on any other subject?

18       A.   Not that I recall.

19       Q.   And what time did you depart the

20   campground on Saturday morning?

21       A.   I don't recall.  It was very early.

22       Q.   Did you have any conversations

23   Friday night after the meeting with Dr. Hill?

24       A.   We had a follow-on meeting for all

25   the people in the campground, and Dr. Hill

Confidential

1              MICHAEL R. TUBBS

2    asked me to speak to the people assembled.

3         Q.   And what did you talk about?

4         A.   I reiterated Dr. Hill's desires

5    recorded in his letter of 7 August regarding

6    how to behave at the rally.  I gave

7    instructions on remaining within the law of

8    the state of Virginia.  I advised people on

9    how to wave properly, thinking that we were

10   going to be at a typical rally of the League

11   of the South and greeting other people, told

12   everybody not to give the bird finger to our

13   adversaries, to obey the state laws regarding

14   weapons and self-defense, other subjects

15   along that nature.

16        Q.   What is the proper wave?

17        A.   The proper way is to -- wave is to

18   bend the elbow so there does not appear to be

19   a Roman salute.

20        Q.   Could you demonstrate it, please?

21        A.   Well, it's difficult with the --

22   with the small screen there.

23        Q.   And when you said you told people to

24   obey the law of the state, did you discuss

25   issues of the law of self-defense?

Confidential

1                    MICHAEL R. TUBBS

2        A.    I reiterated what Dr. Hill had

3   written in his 7 August letter which included

4   engage in violence and at the proper level

5   only in defense of your own person, that of

6   your compatriots and your property.  Stand

7   your ground, speak your mind, and proclaim

8   your message but do not initiate physical

9   contact with anyone who approaches you.

10       Q.    So the -- were there any other

11  instructions given?

12       A.    By who, sir?

13       Q.    By you.

14       A.    I don't recall the details of the

15  instructions I gave, but they mainly focused

16  on points similar to that.

17       Q.    Who decided which 12 people got

18  shields?

19       A.    I don't recall.

20       Q.    Did you have any role in that?

21       A.    I don't believe I did.

22       Q.    Did you decide who would walk next

23  to you?

24       A.    No, sir.

25       Q.    Was it understood that you would be

Confidential

1                    MICHAEL R. TUBBS

2   leading the group?

3        A.   No.  I just -- in the parking garage

4   I just decided I was going to go up there and

5   stand beside Dr. Hill in case he needed any

6   help.

7        Q.   Did you take the role as the leader

8   of the marchers?

9        A.   I don't believe that I was in any

10   leadership role of the overall column.  It

11   was a joint exercise with myself, Dr. Hill,

12   and Matt Heimbach.

13        Q.   Well, you actually, though, were in

14   the front of the column, correct?

15        A.   I was.

16        Q.   In fact, you were at the front of

17   the column of all of the marchers.  Isn't

18   that correct?

19        A.   That is correct.

20        Q.   So all of the marchers including the

21   people from all of the other participating

22   organizations, correct?

23        A.   I don't know about all of the

24   participating organizations, but there were

25   several other organizations within that

Confidential

1          MICHAEL R. TUBBS

2    column.

3       Q.   They included the TWP, correct?

4       A.   I know that Matt Heimbach was

5    present from the TWP.

6       Q.   It included NSM, correct?

7       A.   I don't recall.

8       Q.   When you finally part from the

9    garage -- departed from the garage and

10   proceeded to march, was there any people

11   participating with you who were in front of

12   you?

13      A.   There was one person to my left who

14   was slightly ahead of me.

15      Q.   But there wasn't any group ahead of

16   you; is that right?

17      A.   That's correct.

18      Q.   You were leading and immediately

19   behind you were the League members, correct?

20      A.   Correct.

21      Q.   And did you decide how they were

22   going to stand in respect of the men with

23   shields and the men without shields?

24      A.   No, I did not.

25      Q.   Who decided that?

Page 100

1              MICHAEL R. TUBBS

2      A.   I don't recall, but I believe it was

3  determined that they should be up front in

4  case of violence against us.

5      Q.   Who decided that?

6      A.   I don't recall.

7      Q.   And were you part of the discussion

8  about where people would stand?

9      A.   I don't recall.  I believe everybody

10  just fell in and organized themselves in the

11  parking garage behind Dr. Hill.

12      Q.   So it's your testimony that Dr. Hill

13  gave the instructions of how people would be

14  marching and not you?

15      A.   I don't recall.  I might have had

16  some part in it.  I just don't recall how the

17  conversation went or how we organized people.

18      Q.   Well, let me show you now a video of

19  the events of that morning.  And I'll show

20  you the video, and then I'll ask you some

21  questions about it, sir.

22           Have you watched the videos of the

23  rally?

24      A.   I've seen several videos.

25           (Exhibit Number 13, Video of

Confidential

```
 1                  MICHAEL R. TUBBS
 2             Rally, was marked for
 3             identification.)
 4             (Video playing.)
 5    BY MR. LEVINE:
 6        Q.   So who is walking next to you there,
 7    Mr. Tubbs?
 8        A.   That is Spencer Borum.
 9        Q.   And Dr. Hill isn't next to you,
10    correct?
11        A.   I don't see him there.
12        Q.   And Mr. Heimbach isn't next to you
13    either, is he?
14        A.   That is correct.
15        Q.   And --
16        A.   He is to my right rear.
17        Q.   Pardon?
18        A.   Mr. Heimbach in -- is to my right
19    rear.
20        Q.   And behind you, correct?
21        A.   That is correct.
22        Q.   And the beginning of that video
23    shows you walking up the street some -- it
24    starts with you some 30 or 40 yards away from
25    the other people that are locked in arm,
```

```
 1                MICHAEL R. TUBBS

 2   correct?

 3       A.   I believe so.

 4       Q.   Okay.

 5            (Video playing.)

 6   BY MR. LEVINE:

 7       Q.   Have you seen this video before,

 8   Mr. Tubbs?

 9       A.   No, I have not.

10       Q.   Am I correct that at the beginning

11   you led the group down the street, saw the

12   protesters, counter-protestors standing arm

13   in arm, and decided to barrel your way

14   through them on the street to get to the

15   park; is that right?

16       A.   No, sir, that's not correct.

17       Q.   Well, you did walk into them,

18   correct?

19       A.   I did walk up to them, yes.

20       Q.   And Mr. Borum then used his shield

21   and pushed them, including you, to get

22   through them; isn't that right?

23       A.   No, sir, that's not correct.

24   Mr. Borum was not carrying a shield.

25       Q.   Who was -- he was carrying a flag.
```

Confidential

1          MICHAEL R. TUBBS

2    Excuse me.

3          Did you and the people immediately

4    behind you from the League push your way

5    through the protesters to get closer to the

6    park?

7    A.   When I came face to face with the

8    crowd blocking the street, I asked them to

9    step aside, and I was attacked immediately,

10   and then I suffered a concussion from a man

11   wearing a black hat and wielding a club, and

12   I don't remember much after that until we got

13   into the park.

14   Q.   So the testimony -- your testimony

15   is you don't really recall the events that

16   you just saw on the video?

17   A.   From the time that I was attacked by

18   the rioters blocking the street until the

19   time we entered the park, it was very fuzzy.

20   Q.   So did you recall yourself -- do you

21   recall that the group -- part of the group

22   got through the protesters and then you

23   walked back past the police car and got the

24   other remainder part of the group and brought

25   them all up together again and then started

Page 104

1            MICHAEL R. TUBBS

2    to walk a second time?  Does any of that --

3    do you remember any of that?

4        A.   After I was attacked I don't know --

5        Q.   I asked you, sir, if you remembered

6    any of what I just said.

7        A.   No.

8        Q.   So let's just -- I want to replay

9    the tape.  As I -- as I view the video,

10   Mr. Tubbs, you and your group in the front

11   push your way through the protesters.  You

12   were divided.  There was some skirmishing.

13   You then walked backwards to get the balance

14   of your group and they -- and you brought

15   them up with you to rejoin the group when you

16   started to walk again, and I want to see if

17   you see that and recall yourself doing that.

18            (Video playing.)

19   BY MR. LEVINE:

20       Q.    Mr. Tubbs, do you see yourself now

21   having just walked back -- back down the

22   street to where other League of the South

23   members were congregating?

24       A.   I do.

25       Q.   And so do you recall doing that?

Confidential

1           MICHAEL R. TUBBS

2      A.   All I recall is trying to reach back

3  to the safety of the crowd that we came with.

4      Q.   Well, in reaching back to the safety

5  of the crowd, you then brought the crowd with

6  you to the front; isn't that right?

7      A.   I don't recall at that time being in

8  charge of anything.

9      Q.   Well, let's look.  By the way, did

10  you just testify that you suffered a

11  concussion right at the beginning of the

12  contact?  Is that your testimony?

13      A.   Yes, it is.

14      Q.   Did you ever get treated for a

15  concussion?

16      A.   No.  I did not have any insurance at

17  that time.

18      Q.   Did you get treated for a conclusion

19  on that day?

20      A.   No, I did not.

21      Q.   Did you -- did you drive back to --

22  to the camp in your car?

23      A.   No.  I rode with someone else, the

24  same way that I got there.

25      Q.   Did you drive your car back to

1              MICHAEL R. TUBBS

2   Jacksonville the next day?

3       A.   Yes, I did.

4       Q.   Did you ever comment to anyone in

5   the League that you suffered a concussion?

6       A.   Yes, I did.

7       Q.   Who did you -- who did you

8   communicate that with?

9       A.   Our head medic at that time who was

10  present to treat the people in our group.

11      Q.   Did you get treated for a concussion

12  at that time?

13      A.   All I could do was put ice on it.

14      Q.   Well, let's now finish looking at

15  the video.

16           (Video playing.)

17  BY MR. LEVINE:

18      Q.   So do you see yourself now walking

19  back to the front of the group?

20      A.   I can't tell which direction I'm

21  walking there.  It looks like people are both

22  ahead of me and behind me.

23      Q.   Right.  I'm asking, don't you recall

24  or does this refresh your recollection that

25  you went back to what you just described as

```
 1                MICHAEL R. TUBBS
 2   the safety of the group and brought the
 3   people from that group up to the front where
 4   you and the others had arrived at after
 5   having pushed your way through the
 6   protesters?  Does that refresh your
 7   recollection of what happened?
 8       A.   I believe that you are attaching a
 9   false interpretation to those events, that
10   you've stated several things that are not
11   factual.
12       Q.   Well, why don't you finish looking
13   at the tape and then tell me what I said
14   that's wrong.
15           (Video playing.)
16   BY MR. LEVINE:
17       Q.   So do you see that the group now is
18   larger with the people having followed you?
19       A.   I see from that video that there
20   were a number of people ahead of me that I
21   was walking towards that had already moved
22   forward.  I don't recall that happening.
23       Q.   Do you recall -- do you see now that
24   you retook your lead position in the front?
25       A.   I see that.
```

Page 108

1          MICHAEL R. TUBBS

2      Q.   So -- and do you recognize any of

3  the League of the South's colleagues there

4  carrying shields?

5      A.   Not in that picture, no.

6      Q.   The picture we're looking at right

7  now, do you recognize anyone?

8      A.   As I earlier stated, no, I do not.

9      Q.   What about the man with the beard?

10      A.   I'm not sure who that is.

11      Q.   Who do you think it is?

12          MR. JONES:  Objection.  Calls for

13      speculation.

14  BY MR. LEVINE:

15      Q.   You can answer.

16      A.   I can only speculate.  I don't know.

17      Q.   Okay.  Let's finish listening --

18  watching this.  So now -- stop.

19          So when -- when you regrouped, you

20  then proceeded to continue to walk through

21  the protesters to get to the park; isn't that

22  right?

23      A.   I believe that is correct.

24          (Video playing.)

25  BY MR. LEVINE:

1          MICHAEL R. TUBBS

2      Q.   Now, Mr. Tubbs, I want to show you

3  another video of some of the same events for

4  you to review, and I want to ask you some

5  additional questions.

6          MR. LEVINE:  Let's mark -- let's

7      mark Exhibit 14.

8          (Exhibit Number 14, Video of

9          Rally, was marked for

10         identification.)

11         (Video playing.)

12  BY MR. LEVINE:

13     Q.   Mr. Tubbs, do you remember the very

14  beginning of that -- that video?  Did -- did

15  it look like you stopped to talk to them, or

16  does it look like you just kept walking into

17  them?

18     A.   I spoke to them as I was coming

19  forward.

20     Q.   You didn't stop.  You kept going,

21  correct?

22     A.   I walked for as long as I could walk

23  before I was overwhelmed and beaten.

24     Q.   Does it appear that you were beaten,

25  sir?

1                    MICHAEL R. TUBBS

2        A.    If you look at that video, you see

3   the entire crowd was on top of me.  I

4   disappear under the bodies.  And other photos

5   will show a man with a black hat beating me

6   on the head with a club.

7        Q.    Did you fall to the ground?

8        A.    I don't recall.

9              MR. LEVINE:  Let's look at

10   exhibit -- let's mark Exhibit 15.

11             (Exhibit Number 15, Video of

12             Rally, was marked for

13             identification.)

14   BY MR. LEVINE:

15        Q.    After that second incursion, sir,

16   did you get to the steps of the park?

17        A.    Could you define "second incursion"?

18        Q.    After that second time when you

19   walked through the protesters, did you

20   successfully get to the steps of the park?

21        A.    I don't recall a second attempt to

22   get through protesters.

23        Q.    Didn't you just testify earlier that

24   there was a second time that you led the

25   group to the protesters?

1              MICHAEL R. TUBBS

2      A.   I don't recall saying anything about

3  moving through protesters.

4      Q.   Don't you recall from the video that

5  after you pushed your way through the

6  protesters on the first occasion the group

7  was split in two?  You then -- we saw the

8  video where you walked back what you call to

9  the safety of the group and then returned and

10 looked back to the front of the group where

11 Spencer was.  The others followed you, and

12 then you proceeded to walk through the

13 protesters the second time and got to the

14 steps of the park.  Isn't that what happened?

15     A.   You're covering a lot of different

16 material there that I think needs to be

17 broken down, starting with --

18     Q.   I'm asking you --

19     A.   I'm sorry.  I was not finished

20 speaking, sir.  Beginning with the beginning

21 of your statement you said that I forced my

22 way through.  I asked the crowd to part.

23 When I got up to them, they assaulted me.

24     Q.   Did you make two efforts to get

25 through the protesters to get to the park?

```
 1                  MICHAEL R. TUBBS

 2       A.   I believe there was only one effort

 3  to actually get through protesters preventing

 4  us from entering the park.

 5       Q.   Let's look at the video again,

 6  Exhibit 14 -- or 13 and see if it refreshes

 7  your recollection that what I'm saying is

 8  true.

 9            (Video playing.)

10  BY MR. LEVINE:

11       Q.   Do you recall now that Dr. Hill

12  comes -- after the first effort and the split

13  of the groups, Dr. Hill comes up to stand

14  next to you in the front of the column as you

15  proceed to go for the second time to get to

16  the park?

17       A.   Yes, it appears that Dr. Hill moves

18  to the front of the group of men with

19  shields.

20       Q.   Next to you, correct?

21       A.   That's correct.

22       Q.   Now let's look at tab -- Exhibit 15.

23  And after Dr. Hill joined you, you then walk

24  a second time and get to the top of the

25  steps, correct?
```

Page 113

1           MICHAEL R. TUBBS

2      A.   I believe that the stairs were the

3   next goal from that position.

4      Q.   And you got there, correct?

5      A.   Yes.

6      Q.   And you got there in part by pushing

7   through the protesters that were preventing

8   you from getting there, correct?

9      A.   Are you saying that I pushed through

10   the protesters?

11      Q.   You leading your column did,

12   correct?

13      A.   I think we've already had that

14   discussion.

15      Q.   But whether you claim you pushed

16   them or didn't -- or don't admit you pushed

17   them, you got through the protesters to the

18   steps, correct?

19      A.   Yes.  The protesters parted and we

20   made our way to the stairs.

21      Q.   Take a look at Exhibit 15.

22           (Video playing.)

23   BY MR. LEVINE:

24      Q.   That's -- that's Dr. Hill with Matt

25   Heimbach, correct?

1                  MICHAEL R. TUBBS

2      A.    That's correct.

3      Q.    And they are not in the front of the

4   column in the beginning; is that correct?

5      A.    I'm sorry.  Which column are we

6   talking about?

7      Q.    This is the first column.

8      A.    They were in front of the first

9   column all the way from the parking garage to

10  where we met the rioters in the street.

11     Q.    Well, let's see.  Okay.

12          (Video playing.)

13  BY MR. LEVINE:

14     Q.    Do you -- do you recall that

15  incident with the woman?

16     A.    That wasn't a woman.  That was a

17  man.  All that was happening behind me when I

18  was being beaten by the line across the

19  street.

20          MR. LEVINE:  Let's look at

21      Exhibit 16.

22          (Exhibit Number 16, Photograph,

23           was marked for identification.)

24  BY MR. LEVINE:

25     Q.    Is that a photo of you, sir?

1               MICHAEL R. TUBBS

2        A.   That is.

3        Q.   And that's at the very beginning of

4    the first meet of the protesters?

5        A.   It appears to be.

6        Q.   And is that Spencer Borum?

7        A.   If you're referring to that person

8    in the League shirt --

9        Q.   In front of you?

10       A.   -- yes.

11       Q.   And so the two of you were the first

12   to make contact, correct?

13       A.   That's correct.

14       Q.   And you initiated the contact.

15   Isn't that right?  Didn't you push -- didn't

16   you push Spencer as he was pushing into them?

17       A.   No, I was not pushing Spencer.  I

18   was helping him maintain his balance and

19   being knocked over.

20       Q.   But isn't it correct that you

21   initiated contact with the protesters?

22       A.   We were told by a Charlottesville

23   police officer standing on the corner that

24   that was the proper route to follow to get

25   into the park so that's the route we took.

Confidential

1          MICHAEL R. TUBBS

2   When I approached the protesters I asked them

3   to step aside, and nobody stepped aside.

4   They attacked me.

5        Q.   So after no one stepped aside, you

6   initiated contact with them, correct?

7        A.   No.   They initiated contact.

8        Q.   Aren't you moving towards them and

9   not they moving towards you?  Isn't that what

10  the picture shows?

11       A.   The entire video is very clear in

12  that the line across the street attacked our

13  column.

14       Q.   So it's your testimony that you and

15  Mr. Borum didn't initiate contact with the

16  protesters.  Is that it?  Is that your

17  testimony?

18       A.   I'm saying that I walked up to that

19  crowd with Spencer Borum.  They immediately

20  engaged Spencer, then I was attacked.

21       Q.   They -- they wouldn't have engaged

22  Spencer if Spencer didn't walk into them.

23  Isn't that right?

24            MR. JONES:  Objection to what they

25       would have done.  Argumentative.

```
 1                MICHAEL R. TUBBS

 2   BY MR. LEVINE:

 3      Q.   Isn't it a fact that until Spencer

 4   engaged them they didn't attack him or you?

 5      A.   It was my impression during the

 6   event that they attacked Spencer.

 7      Q.   But the evidence doesn't show that,

 8   does it?

 9           MR. JONES:  Object to the form of

10      the question.  It's argumentative.  Also

11      asked and answered.

12   BY MR. LEVINE:

13      Q.   You can answer.

14      A.   What is the question?

15      Q.   Isn't it a fact that Spencer and you

16   initiated the contact with the protesters,

17   not the other way around?

18      A.   That is not what I believe I

19   experienced that day.

20      Q.   But do the pictures show something

21   different than what you're --

22           MR. JONES:  Object.  Asked and

23      answered.

24   BY MR. LEVINE:

25      Q.   You may answer.
```

1              MICHAEL R. TUBBS

2        A.    What is the question?

3        Q.    Do the pictures show something

4   different than what you remember?

5        A.    That picture you're showing me now

6   appears to show Spencer Borum being pushed

7   off balance and the crowd advancing on him.

8   Their hands are on him.

9        Q.    Wasn't he pushed off balance because

10  he pushed into them, walked into them?

11       A.    I don't know.  I wasn't standing

12  between Spencer Borum and the crowd.  It

13  appeared to me that he was attacked.

14       Q.    You were standing right over him,

15  sir, isn't that right?  You had everything in

16  front of you in plain view?

17       A.    Well, when you're in the middle of a

18  group of people that are attacking you and

19  want to kill you, it's difficult to recollect

20  all the details.

21       Q.    You walked into them, didn't you?

22       A.    I followed the directions of the

23  Charlottesville police department officer and

24  moved in the direction that he told us to.

25       Q.    It's your testimony that you walked

 1              MICHAEL R. TUBBS

 2  into these protesters at the instruction of

 3  the Charlottesville police officer?  Is that

 4  your testimony, Mr. Tubbs?

 5       A.   I approached the line of protesters

 6  at what we understood to be the direction of

 7  a Charlottesville police department officer,

 8  yes.

 9       Q.   Is there any Charlottesville police

10  officer that you saw as we looked at the

11  video?

12       A.   I don't recall.

13       Q.   Well, we'll look at it one more

14  time, and tell me if you can recall, after

15  looking at the video, who was the

16  Charlottesville police officer that told you

17  to walk into the protesters.

18            (Video playing.)

19  BY MR. LEVINE:

20       Q.   In those 25 seconds of watching you

21  proceed up to the first confrontation with

22  the protesters, did you see any

23  Charlottesville police department official

24  policeman on the street?

25       A.   Obviously the video is jumpy and

1                    MICHAEL R. TUBBS

2    doesn't cover all the area, including the

3    sidewalks and the areas behind the vans.  So

4    no, I did not see a Charlottesville police

5    department officer in that video.

6         Q.   Do you see yourself leaving the

7    column at any point during those 30 seconds

8    to go talk to a police officer --

9         A.   Yes, sir, I do.

10        Q.   -- on the side of the street?

11             Please answer the question.

12        A.   I did.  I said, "Yes, I do."

13        Q.   Where do you see yourself leaving

14   during that walk to talk to the police

15   officer?

16        A.   I'm sorry.  You're coming in broken

17   up.  Could you repeat that question?

18        Q.   I said, in the 30 seconds that we

19   just looked at of your walking up the street

20   and confronting the protesters, did you see

21   yourself leaving during that walk to talk to

22   any police officer?

23        A.   The last part of your question is

24   coming in broken.  Are you asking me if I

25   spoke to a police officer?

 1              MICHAEL R. TUBBS

 2      Q.   In those 30 seconds, does it show

 3  you talking to any police officer?

 4      A.   No.  I did not speak to a police

 5  officer.  That would be Matthew Heimbach.

 6      Q.   Okay.  Let's -- and then after the

 7  second time that you walked through the

 8  protesters, you got to the steps of the park,

 9  correct?

10      A.   I'm sorry.  You're coming in

11  distorted.

12      Q.   I'll speak slower.

13      A.   I don't think it's a question of the

14  rapidity of your speech.  There's something

15  electronic.

16      Q.   After the second time that you

17  walked through the protesters, you got to the

18  steps of the park, correct?

19      A.   Yes.

20      Q.   Let's look at -- let's look at

21  Exhibit 17.

22           (Exhibit Number 17, Video of

23           Rally, was marked for

24           identification.)

25           (Video playing.)

1          MICHAEL R. TUBBS

2   BY MR. LEVINE:

3      Q.   Do you see yourself in that video?

4      A.   I do.

5      Q.   Did you see this video on an earlier

6   occasion?

7      A.   Yes, I did.  I saw it from other

8   angles.

9      Q.   And was that you waving the group

10  from the top of the steps down back into the

11  street?

12     A.   Yes, it was.

13     Q.   And what was your purpose in doing

14  that, sir?

15     A.   There were allies of us who were

16  wearing white shirts that were trying to get

17  into the park, and they were being beaten and

18  brutalized by the crowd, and the police were

19  standing by doing nothing.  We felt we had no

20  other choice but to rescue them and guide

21  them into the park.

22     Q.   And was that you throwing one of the

23  protesters to the ground?

24     A.   I did not see that.  I don't know.

25     Q.   Let's replay it.  Do you remember

1                MICHAEL R. TUBBS

2   who the people were that you claim you were

3   rescuing?

4        A.   They were wearing white shirts.  I

5   don't remember what organization they were

6   with.

7             (Video playing.)

8   BY MR. LEVINE:

9        Q.   Did you have a picture of someone

10  that you were focusing on, now that you

11  recall, who was trapped, as you testified to?

12       A.   There were a number of men wearing

13  white polo shirts.

14       Q.   Can you identify where in this

15  picture they were?

16       A.   The picture is not very clear.  I

17  believe they were coming up that street

18  directly behind the stop sign.

19             (Video playing.)

20  BY MR. LEVINE:

21       Q.   Do you see -- do you see yourself

22  right there having just thrown someone to the

23  ground?

24       A.   No.  I missed that.

25       Q.   Do you see yourself right in the

```
 1                  MICHAEL R. TUBBS
 2    middle?
 3         A.   I see myself there, yes.
 4         Q.   Right there?
 5              (Video playing.)
 6    BY MR. LEVINE:
 7         Q.   So did you see anyone in those 30
 8    seconds with a white shirt that you were
 9    rescuing?
10         A.   I see them there to the right of the
11    stop sign behind the guy with the pink shirt.
12    They're coming towards the stairs.
13         Q.   The black man with the pink shirt?
14         A.   All I can see is a man with a pink
15    shirt.  They're standing behind him.  I think
16    that's them.
17         Q.   But you've already now -- you've
18    done your fighting and you've now returned to
19    the steps.  This is at the end of the video.
20         A.   Yes.
21         Q.   So those people with you when you
22    returned to the steps, what was your belief
23    that they needed to be rescued?
24         A.   They were obviously being beaten in
25    the crowd, and nobody was intervening from
```

Confidential

1             MICHAEL R. TUBBS

2    the police department.

3        Q.   Isn't it a fact that you just

4    brought your group, gave them the charge sign

5    with your right arm and brought the group

6    down into the street to engage the protesters

7    in some more violence even after you had

8    gotten to the park?

9        A.   No, that is not an accurate

10   statement.  We were defending our allies.

11       Q.   How did you know they were allies,

12   sir?

13       A.   Well, you can see to the left of the

14   stop sign there is a Confederate flag in the

15   crowd, and all them were wearing white polo

16   shirts, the majority of the gentlemen I was

17   talking about.  They were obviously on our

18   side.

19       Q.   Those -- the Confederate flag is --

20   is this the Confederate flag you're talking

21   about?

22       A.   It's the blue flag with the red

23   cross and stars in it.

24       Q.   Where I have the pointer?

25       A.   Yes, that's a Confederate flag.

Page 126

1                    MICHAEL R. TUBBS

2       Q.   And that's across the street at the

3   other side of the street.  Isn't that right?

4       A.   Yes.  That's where they were

5   initially assaulted over there.

6       Q.   But you -- you led your crowd just

7   about ten yards from your side of the street.

8   You never took your crowd all the way to

9   the -- across the street to liberate those

10  people, did you?

11      A.   By that time the rioters had

12  disbursed and allowed the gentlemen with the

13  white shirts to proceed towards the stairs.

14      Q.   Those people are still across the

15  street.

16      A.   Yes, that is correct.

17          MR. LEVINE:  Let's look at

18      Exhibit 18.

19          (Exhibit Number 18, Video of

20          Rally, was marked for

21          identification.)

22  BY MR. LEVINE:

23      Q.   Do you recall the announcement of --

24  do you recall at the time of this last video

25  the announcement of unlawful assembly that we

```
 1                  MICHAEL R. TUBBS

 2   heard?

 3        A.   I don't recall that announcement

 4   being made during the filming of that video.

 5        Q.   We're playing Exhibit 18.

 6             (Video playing.)

 7   BY MR. LEVINE:

 8        Q.   Have you seen that video before?

 9        A.   I have seen that video and a longer

10   version of it which shows men with the white

11   shirts entering the stairs at the 5-minute

12   and 20-second mark which you have removed

13   from this video.

14        Q.   Well, this is the video that I'm

15   showing you, sir.  So Mr. Jones can bring out

16   that video if you believe that that supports

17   your view.

18             Now, did you learn -- withdrawn.

19             After -- after you heard the -- did

20   you ever come to hear the declaration of

21   unlawful assembly?

22        A.   Yes.  We eventually heard it over

23   the loud speakers.

24        Q.   And what did you do?

25        A.   Went into the park, told our people
```

 1              MICHAEL R. TUBBS

 2    we needed to leave.  Some of the people from

 3    other organizations said we're not leaving.

 4    They're going to have to push us out.  I

 5    talked to police officers and told them that

 6    our route was blocked on the street, that we

 7    needed another exit.  They refused to speak

 8    to me.  So we took our people and a portion

 9    of us and exited the park down the stairs and

10    took a right down the street, trying to exit

11    the rally.

12        Q.   Isn't it correct that there were no

13    speeches that day?

14        A.   I'm sorry?  What was the question?

15        Q.   Isn't it correct there were no

16    speeches that day?

17        A.   That is correct.

18        Q.   There was no rally, correct?

19        A.   The rally had been interrupted.

20        Q.   No speaking rally ever took place,

21    correct?

22        A.   No.  The speakers were not allowed

23    to speak before it was declared an unlawful

24    assembly.

25        Q.   Dr. Hill never spoke, correct?

Page 129

```
 1                MICHAEL R. TUBBS

 2      A.   That's correct.  He was denied that

 3   opportunity.

 4      Q.   And after unlawful assembly was

 5   declared, you and other members of the League

 6   returned to the garage, correct?

 7      A.   Attempted to, yes.

 8      Q.   And you got there, didn't you?

 9      A.   Yes.

10      Q.   And did you learn -- withdrawn.

11           Did you witness in the garage the

12   beating up of a black man by League of the

13   South and other people at the entrance to the

14   garage?

15      A.   That's not what I viewed.  I heard a

16   commotion, turned around, saw that there was

17   a fight, and moved in that direction to make

18   sure that none of our people were involved

19   with it.  I did not see any of our people

20   involved with it, and I continued walking

21   towards the rear of the parking garage.

22      Q.   So you didn't see Tyler Davis in the

23   middle of the fight?

24      A.   No, I did not.

25      Q.   Did you see three or four white men
```

Confidential

```
 1              MICHAEL R. TUBBS
 2   beating up a single black man?
 3        A.   I didn't really know what was going
 4   on.  I knew there was a fight.  I knew that
 5   more of our people had been severely injured,
 6   and I was moving to render that man first aid
 7   and dress his wound.
 8        Q.   Didn't you have occasion to
 9   literally stand in front of and look down at
10   the beating of the black man by those three
11   or four white men?
12        A.   I was walking by the situation.
13        Q.   Is it your testimony that you didn't
14   actually see the beating take place?
15        A.   I didn't observe the details of what
16   was taking place.  I just knew there was a
17   fight in that area.
18              MR. LEVINE:  Let's take a look at
19        Exhibit 25 -- Exhibit 19.
20              (Exhibit Number 19, Photograph,
21              was marked for identification.)
22   BY MR. LEVINE:
23        Q.   Is that you with the red circle?
24        A.   Yes, that's me.
25        Q.   And you're walking right towards
```

Confidential

1           MICHAEL R. TUBBS

2    those three white men beating that black man

3    on the ground, correct?

4         A.    That is correct.

5         Q.    That's standing -- that's taking

6    place directly in front of you, isn't it?

7         A.    Yes, it is.

8         Q.    That's not what you just testified

9    you recall; isn't that right?

10        A.    I see from the video what you're

11   describing.  At that time all I recognized

12   was there was a fight going on.

13        Q.    But it wasn't a fight.  There are

14   three white men, all with sticks, two with

15   sticks and one with a shield, beating this

16   black man on the ground; isn't that right?

17        A.    By that time of the morning, I had

18   witnessed so much brutal and violent action

19   directed against our people in a similar

20   fashion that it all looked the same to me at

21   that time.  It was another fight.

22        Q.    Was there any other occasion earlier

23   in the day when one of your men was beaten by

24   three people while he was on the ground?

25        A.    Yes, there was.

1                    MICHAEL R. TUBBS

2        Q.    Which was -- when was that?

3        A.    That would have been at the 5-minute

4    and 43-second mark of the video which you cut

5    short.

6        Q.    Well, we will go look at that over

7    the lunch hour, sir.

8             But did you try to stop this fight?

9        A.    No.   I was focused on approaching

10   the man who had been hurt and rendering first

11   aid and making sure that nobody else was

12   getting involved with the fight, specifically

13   League members.

14       Q.    Let's look at -- isn't it a fact

15   that one of the League members was

16   participating in the beating of this man?

17       A.    In that photo that you just showed

18   me, there was no League member present in

19   front of me.

20       Q.    I asked you, isn't it a fact that

21   there was a League member that was involved

22   in the beating of that man.

23       A.    In hindsight, I learned that there

24   was a League member involved but not -- I did

25   not know that at that time.

1          MICHAEL R. TUBBS

2      Q.    His name was Tyler Davis, correct?

3      A.    That is correct.

4      Q.    And you didn't recognize Mr. Davis

5   as you walked by?

6      A.    In the photo that you showed me,

7   Tyler Davis was not involved in that

8   incident.  I did not see him at that time.

9          MR. LEVINE:  Let's look at

10      Exhibit 20, which is a video of the

11      incident.

12          (Exhibit Number 20, Video of

13          Garage Fight, was marked for

14          identification.)

15   BY MR. LEVINE:

16      Q.    Is that Mr. Davis right there on the

17   ground?

18      A.    Are you saying kneeling?

19      Q.    Yes.

20      A.    I don't know.  I can't identify that

21   person.

22      Q.    He has khaki -- he has khaki pants

23   and a black shirt, correct?

24      A.    Yes, as does all League members.

25          (Video playing.)

1              MICHAEL R. TUBBS

2    BY MR. LEVINE:

3        Q.   Did you -- could you identify

4    Mr. Davis?

5        A.   Yes.  I saw Mr. Davis wearing a

6    boonie cap.

7        Q.   And is it your testimony that at

8    that moment at that time you didn't recognize

9    Mr. Davis as being involved?

10       A.   I don't recall where I was standing.

11       Q.   It shows you standing on the -- on

12   the other side.  Do you see yourself walking

13   past this fight, the beating?

14       A.   I don't know.  Could you play that

15   again?

16       Q.   Sure.

17            (Video played.)

18   BY MR. LEVINE:

19       Q.   Right there.

20       A.   Oh --

21       Q.   Do you see yourself --

22       A.   -- I'm not looking at the fight.

23       Q.   -- right there?  Right?

24       A.   I'm looking straight ahead.

25       Q.   Well, this is -- you're walking now

Confidential

1              MICHAEL R. TUBBS

2    after you -- you were walking in the street,

3    in the driveway area.  You then got up on the

4    ledge and then walked past.  Isn't that

5    correct?

6        A.   That's what it appears.

7        Q.   So when you were standing in front

8    of the men beating the black man, did you see

9    Mr. Davis?

10       A.   Well, as you can see from that

11   video, I was looking straight ahead and would

12   not have seen Mr. Davis.

13       Q.   Well, you then -- you must have

14   walked up on to the ledge because in the

15   picture that we showed you, which was

16   Exhibit 19, you were not on the ledge.  You

17   were actually in the driveway area staring

18   right at the men beating him.

19       A.   Yes.  When I was standing in the

20   road, the picture that you showed me, I was

21   looking at what was going on and Tyler Davis

22   was not in that picture.

23       Q.   That you could see?

24       A.   That I can see.

25       Q.   He was obviously in the picture.

1          MICHAEL R. TUBBS

2    You just didn't see him.

3         A.   No, I did not see Tyler Davis in

4    that first picture you showed me.

5         Q.   I mean, he was obviously at the

6    scene.  You didn't see him in the picture.

7         A.   At the time of the event, I did not

8    see any League member, Tyler Davis or anyone

9    else, involved in that scuffle.

10        Q.   But you realize now that a League

11   member was involved?

12        A.   Yes, I do, in hindsight.

13        Q.   And I take it you were walking into

14   the garage?

15        A.   Yes, that is correct.

16        Q.   And you got to your car or into a

17   car with others and went back to the camp?

18        A.   At that point right there I was --

19   immediately after that scene you're showing I

20   was bandaging a head wound.

21        Q.   Of whom?

22        A.   One of the men who had been attacked

23   in front of the parking garage.

24        Q.   Who was that?

25        A.   All I know him by is the name Alex.

1                   MICHAEL R. TUBBS

2        Q.    Was he a member of the League --

3              (Indiscernible crosstalk.)

4        A.    -- that evening.

5        Q.    Was he a member of the League?

6        A.    I don't believe he was at that time.

7        Q.    Did he become a member of the

8    League?

9        A.    I don't think he did.

10       Q.    You didn't take any steps to try to

11   prevent that beating that you were -- that

12   you briefly observed; isn't that right?

13       A.    I was more concerned with keeping

14   others from being involved with it.

15       Q.    What steps did you look like -- what

16   steps did you take to keep others involved?

17       A.    I was walking around between the

18   fight at the entrance of the parking garage

19   to keep others away who were approaching that

20   scene.

21       Q.    So you took -- but you took no steps

22   to prevent four men, three of them with

23   sticks, from beating this black man who was

24   lying on the street; isn't that right?

25       A.    At that moment I didn't know what

1              MICHAEL R. TUBBS

2    the details of the fight were.  I knew that

3    there was a fight.  I didn't know the exact

4    details of what was happening.

5         Q.   Now, you came to realize that that

6    garage attack on that black man was going to

7    be the subject of a criminal case, correct?

8         A.   No, I did not.

9         Q.   After the events were you worried

10   that there would be charges against any

11   League members, a League member for

12   participating in that beating?

13        A.   I don't recall.  I had seen so much

14   violence that day that -- and the police

15   weren't doing anything about it.  It didn't

16   seem like anything was going to be directed

17   at anybody as far as charges go.

18        Q.   After the events, Mr. Tubbs, didn't

19   you get worried that members of the League or

20   a member of the League might be charged in

21   connection with the beating of that black

22   man?

23        A.   Once I learned that Tyler Davis had

24   been involved with it, I probably had some

25   concerns.

1              MICHAEL R. TUBBS

2      Q.   And didn't you discuss with Dr. Hill

3  what legal strategy the League had in order

4  to deal with that event?

5      A.   I don't recall that discussion.

6           MR. LEVINE:  Let's mark Exhibit 21.

7           MR. JONES:  If we could do lunch in

8      just a couple minutes, sir.

9           MR. LEVINE:  You know what?  We're

10     starting this new subject.  So we can

11     break for lunch now.

12          MR. JONES:  Okay.  Great.  Thank

13     you.

14          THE VIDEOGRAPHER:  The time is

15     12:48 p.m.  We're off the record.

16          (Luncheon recess from

17          12:48 p.m. to 1:31 p.m.)

18          THE VIDEOGRAPHER:  The time is

19     1:31 p.m.  We're on the record.

20          MR. LEVINE:  I'm showing you what

21     we're going to mark as Exhibit 21.

22          (Exhibit Number 21, Email from

23          Michael Hill to Michael Tubbs,

24          dated 8/27/17, Bates-stamped

25          MH00015425, was marked for

```
 1              MICHAEL R. TUBBS

 2              identification.)

 3  BY MR. LEVINE:

 4      Q.   Mr. Tubbs, this is Exhibit 21 that's

 5  marked.  Is it an email from Mr. -- Dr. Hill

 6  to you on August 27th, 2017, on your

 7  ProtonMail account?

 8      A.   Sorry.  Was that a question?

 9      Q.   Yes.

10      A.   Yes, that appears to be what it is.

11      Q.   Thank you.  And is Dr. Hill telling

12  you, "In conjunction with our attorneys, we

13  have developed what I consider to be a sound

14  and effective legal plan for any criminal or

15  civil actions being laid against us for the

16  'parking garage' incident.  Please keep this

17  completely confidential.  I will provide you

18  details once I am able."

19              Did you receive that notice from

20  him?

21      A.   I don't recall, but I probably did.

22      Q.   And did you have any conversations

23  before receiving this email or after with

24  Dr. Hill about the garage incident?

25      A.   If so, I don't recall.
```

1          MICHAEL R. TUBBS

2      Q.   Do you remember what the plan was

3   that Dr. Hill is referring to?

4      A.   No, I don't because I never saw -- I

5   never saw the plan implemented.

6      Q.   Did you ever hear of the plan from

7   him again?

8      A.   I'm sorry.  Could you repeat that

9   question?

10      Q.   Did you ever discuss a plan with

11   Dr. Hill?

12      A.   I don't recall.

13      Q.   And did you take it upon yourself to

14   warn League of the South members to refrain

15   from contacting any of the men involved in

16   the garage incident?

17      A.   I don't recall because I don't -- I

18   didn't know who those people were at that

19   time.  I don't remember.

20      Q.   Well, did you come -- did you come

21   to learn that at least one of them was Tyler

22   Davis?

23      A.   Later at some time, yes, I did.

24      Q.   Well, didn't you learn that he was

25   arrested -- later arrested for charges

Page 142

```
 1              MICHAEL R. TUBBS

 2   relating to the incident?

 3       A.   Yes, I did.

 4       Q.   And once you learned that he was

 5   arrested on charges, did you reach out to

 6   other League of the South people to try to

 7   confine discussions with Mr. Davis?

 8       A.   I believe at some point I might

 9   have.

10       Q.   Were you concerned about other

11   League of the South people getting involved

12   in the case that the government -- government

13   brought against Mr. Davis?

14       A.   I don't believe I was because I

15   believe that Tyler Davis was the lone League

16   member involved in that incident.

17            MR. LEVINE:  Let's look at

18       Exhibit 22.

19            (Exhibit Number 22, Message

20            from Michael Tubbs to Brad

21            Griffin Via VK, dated 2/8/18,

22            Bates-stamped LOS00053882, was

23            marked for identification.)

24   BY MR. LEVINE:

25       Q.   Is this a VK message from you to
```

```
 1              MICHAEL R. TUBBS

 2   Brad Griffin in or about February of 2018?

 3        A.   It appears to be so, yes.

 4        Q.   And it says, "You are friends with

 5   Tyler Davis on VK.  Tyler was arrested on 24

 6   January on charges related to the 12 August

 7   Unite the Right valley in Charlottesville,

 8   Virginia.  The Feds apparently have

 9   possession of his phone and 'Tyler' has been

10   friending people while he is in jail.  You

11   need to remove."

12              Did you write that?

13        A.   Yes, I did.

14        Q.   What's VK?

15        A.   It's a social media platform.

16        Q.   Is that a social media platform that

17   you used?

18        A.   I'm sorry.  Could you repeat that?

19        Q.   Is it a social media platform that

20   you used?

21        A.   Yes, it is.

22        Q.   And how did you learn that Tyler

23   Davis was arrested January 24th, 2018?

24        A.   I believe Tyler Davis had contacted

25   me in some form and let me know that deputies
```

                    MICHAEL R. TUBBS

 1

 2    from his county had come to his house, and he

 3    believed they were there to identify him.  I

 4    don't recall who told me that he was

 5    arrested.  I might have seen it in the

 6    newspaper.

 7        Q.  And was that conversation with Tyler

 8    Davis on the phone or in text?

 9        A.  It was -- I don't recall.  It was

10    probably in text.

11        Q.  Did you delete those texts?

12        A.  No, I did not.

13        Q.  I don't think we've seen those

14    texts.  They weren't produced in this case.

15        A.  Is that a question?

16        Q.  Yeah.  Did you delete those texts?

17    Because we haven't -- they weren't produced

18    in this case.

19        A.  I already answered your question

20    about whether I deleted those texts.  I said

21    no.

22        Q.  Did you take text steps to

23    produce -- withdrawn.

24            What phone did you use to text?

25        A.  I don't recall if it was a phone or

1                    MICHAEL R. TUBBS

2     texting on social media.

3         Q.   What are the different ways that you

4     texted during 2017 and 2018?

5         A.   I'm sorry.  Could you repeat that

6     question?

7         Q.   What are the different mediums that

8     you used to text during 2017 and 2018?

9         A.   I don't recall.  I can only guess

10    that they were through VK and ProtonMail

11    probably.

12        Q.   What about your cell phone?

13        A.   It's possible, but I don't recall.

14        Q.   Did you provide your cell phone to

15    Mr. Jones for imaging?

16        A.   I did.

17        Q.   And before you -- was your text

18    phone on -- was your phone on auto delete for

19    texts?

20        A.   I'm not even aware of that feature.

21    I don't know.

22        Q.   Did you delete texts?

23        A.   I don't recall.

24        Q.   So it's possible that you did?

25        A.   I'm sorry.  Was that a question?

Page 146

1          MICHAEL R. TUBBS

2      Q.   Yes.  It's possible that you did

3  delete your phone texts; is that right?

4      A.   It's possible.

5      Q.   So did -- how did you learn that --

6  that Mr. Griffin was a friend of Tyler

7  Davis's on VK?

8      A.   Are you asking how or when?

9      Q.   How.

10     A.   I believe that I looked at his list

11  of friends on VK and saw Tyler Davis as one

12  of them.

13     Q.   Did you ever look at Tyler Davis's

14  friends on VK?

15     A.   I might have, I don't recall.

16     Q.   Did you talk to Dr. Hill before you

17  reached out to Brad Griffin about alerting

18  Brad Griffin for defriending?

19     A.   I don't recall.  I might have.

20     Q.   Did you reach out to any other

21  members of the League of the South to advise

22  them to defriend Tyler Davis?

23     A.   Yes, I did.

24     Q.   Do you recall who?

25     A.   No, I don't.  I think I just went

Page 147

```
 1                 MICHAEL R. TUBBS
 2   down the list of League friends he had.
 3             MR. LEVINE:  Let's look at
 4        exhibit -- what we'll mark as
 5        Exhibit 23.
 6             (Exhibit Number 23, Message
 7             Thread Between Michael Tubbs
 8             and Brian McCoy, Bates-stamped
 9             MT00000218 - 220, was marked
10             for identification.)
11   BY MR. LEVINE:
12        Q.   Is Brian McCoy a member of the
13   League of the South?
14        A.   I think he was a member at one time.
15        Q.   Is he somebody that you communicated
16   with by text?
17        A.   I probably communicated with him by
18   text at one or more times.
19        Q.   Is this a picture of the VK page of
20   your text with Brian McCoy?
21        A.   It looks like an unfamiliar format,
22   but I'm not familiar with it.  I can't tell
23   if that's from VK or not.
24        Q.   I represent to you that it is.
25   Let's look at February 4, 2018.
```

Page 148

1          MICHAEL R. TUBBS

2          You see there next to the date

3   February 4, 2018, it has you, comma, at

4   10:27:51 p.m. on February 4?  It says, "You

5   are friends with Tyler Davis.  The Feds

6   apparently have possession of his phone and

7   'Tyler' has been friending people while he is

8   in jail.  You need to remove him from your

9   friends list immediately and delete any

10  conversations you might have had with him via

11  Signal, Messenger, or any other format."

12          Do you see that?

13     A.   Yes, I see that.

14     Q.   And how did you learn that Tyler --

15  first of all, how did you learn Tyler was in

16  jail?

17     A.   It was after he had been arrested.

18  So he had to be in jail.

19     Q.   How did you learn that he was

20  arrested and jailed and didn't get bail?

21     A.   I don't recall.  I never heard

22  anything about him getting bail.

23     Q.   How did you learn that he was in

24  jail?

25     A.   We had heard that he had been

1           MICHAEL R. TUBBS

2    arrested.

3        Q.   Who told you?

4        A.   I think it was from a newspaper

5    article.

6        Q.   Did he reach out to you while he was

7    in jail?

8        A.   No.

9        Q.   Do you know if he reached out to

10   Dr. Hill while he was in jail?

11       A.   I don't know.

12       Q.   Do you know if the League tried to

13   help him while he was in jail?

14       A.   Yes.

15       Q.   And did the League provide him with

16   a lawyer?

17       A.   No.

18       Q.   Did he get a lawyer?

19       A.   I understand that he did, yes.

20       Q.   Did he retain a lawyer?

21       A.   I'm sorry.  What do you mean by the

22   word "retain"?

23       Q.   Hire.

24       A.   Yes, he hired an attorney.

25       Q.   And did you take it upon yourself to

1              MICHAEL R. TUBBS

2     give Brian McCoy this instruction about

3     removing Tyler Davis from his friends list

4     and deleting conversations, or was that

5     something Dr. Hill asked you to do?

6          A.    That was my idea.

7          Q.    And had you communicated with

8     Mr. McCoy or other people in the League by

9     Signal?

10         A.    I don't recall, but I probably did.

11         Q.    What's Signal?

12         A.    Signal is a secure texting

13    application.

14         Q.    And did you use it?

15         A.    I have used Signal in the past.  I

16    don't remember when I started using it.

17         Q.    Do you remember when you stopped

18    using it?

19         A.    I'm still using it.

20         Q.    Were you using it at the time of

21    Charlottesville?

22         A.    I don't recall.

23         Q.    Do you have Signal on an auto

24    delete?

25         A.    I don't think that's a feature on

1                MICHAEL R. TUBBS

2    Signal.  I think you can -- I think it

3    automatically -- it allows it to be deleted

4    after a certain amount of time.

5        Q.   Did you change that feature?

6        A.   I think it's pretty much the same

7    where we're -- whoever I'm communicating with

8    on Signal.

9        Q.   What about Messenger?  What's

10   Messenger?

11       A.   I believe that's a Facebook texting

12   app.

13       Q.   Isn't it a fact that one of the

14   reasons why you used Signal was because it

15   has a delete function?

16       A.   Well, the primary use -- reasons for

17   using Signal over Messenger is Messenger is

18   tied to Facebook and Facebook was always

19   taking down our profiles and we were losing

20   everything.

21       Q.   But here you're telling Brian McCoy

22   to delete conversations that he may have had

23   with Tyler Davis, correct?

24       A.   Yes, I am.

25       Q.   What's the purpose of that?

```
 1              MICHAEL R. TUBBS

 2       A.   Because we were under the impression

 3   at that time that someone other than Tyler

 4   Davis was using his phone and trying to

 5   communicate with people.

 6       Q.   And what would be the danger of

 7   that?

 8       A.   The danger of having strangers

 9   pretend that they are someone else and

10   communicate with you.

11       Q.   How did you believe -- why did you

12   believe that was happening?

13       A.   A couple of people had notified me

14   that they were receiving messages from Tyler

15   Davis and they believed that Tyler Davis was

16   still in jail and would not have had access

17   to his phone.

18       Q.   Who were those people?

19       A.   I don't recall at this time.

20       Q.   Were they people that were in the

21   League?

22       A.   Yes.

23       Q.   Did you have concerns that other

24   people in the League might be charged in the

25   Harris beating?
```

1                MICHAEL R. TUBBS

2       A.   I'm sorry.  Can you repeat that

3   question.

4       Q.   Did you have concerns that other

5   people in the League might be charged in the

6   Harris beating?

7       A.   No.  I was unaware of anyone else in

8   the League who was involved with it.  So I

9   had no concerns.

10           MR. LEVINE:  Let's take a look at

11       Exhibit 24.

12           (Exhibit Number 24, Message

13           Thread Between Michael Tubbs

14           and Charleen Braun,

15           Bates-stamped MT00000250 - 261,

16           was marked for identification.)

17   BY MR. LEVINE:

18       Q.   Do you know a woman by the name of

19   Charleen Braun?

20       A.   I do not recognize that name.

21       Q.   This is another VK -- they're

22   messages between you and a woman by the name

23   of Charleen Braun.  Take a look at

24   February 4, 2018.

25           Do you know -- you don't recognize

1             MICHAEL R. TUBBS

2    the name.  Is there a woman in the League

3    that you communicated with, might be known by

4    some other name to you?

5         A.   I'm not sure if this is a real name

6    or a fake name.  What -- what entry am I

7    supposed to be looking at?

8         Q.   Entry for February 4.  It says, once

9    again, you at 10:35 p.m. on February 4, "You

10   are friends with Tyler Davis.  The Feds

11   apparently have possession of his phone and

12   'Tyler' has been friending people while he is

13   in jail.  You need to remove him from your

14   friends list immediately and delete any

15   conversations you might have had with him via

16   Signal, Messenger, or any other format."

17            You sent this woman the same

18   message, correct?

19        A.   Yeah.  That was basically a

20   cut-and-paste message to anybody who I could

21   find on his friends list or --

22        Q.   And it's your --

23        A.   -- whatever source.

24        Q.   I'm sorry.  Finish your answer?

25        A.   It was basically a cut-and-paste

1              MICHAEL R. TUBBS

2    message that I sent to anybody who I could

3    find was associated with Tyler Davis on

4    social media.

5         Q.   And what sources did you look at in

6    order to identify the people that you needed

7    to send this message to?

8         A.   I don't recall.  I think it was VK.

9         Q.   Pardon?

10        A.   I don't recall.  I think it was VK.

11        Q.   Did you tell Dr. Hill what you were

12   doing?

13        A.   I don't believe I did.

14        Q.   Did you reach out to the people that

15   Dr. Hill told you were going to run the legal

16   strategy to find out whether the people that

17   were running the legal strategy relating to

18   the garage incident would want you to be a

19   witness?

20        A.    No, I didn't.  I don't know who

21   these people were.

22        Q.   Did you have any concern that you

23   were telling people to destroy or delete

24   evidence that might be relevant in a criminal

25   case?

Page 156

                        MICHAEL R. TUBBS

1

2        A.    No.  At that time my concern was

3    other people being endangered by being led

4    into a trap or something from a -- someone

5    masquerading themselves as Tyler Davis.

6        Q.    But you knew at the time that Tyler

7    Davis had been arrested, correct?

8        A.    Can you repeat that question?

9        Q.    You knew at the time you were doing

10   this that Tyler Davis had been arrested,

11   correct?

12       A.    I knew that he had been arrested,

13   yes.

14       Q.    And what you believed was the police

15   might be conducting an investigation of the

16   people that Tyler Davis had friended,

17   correct?

18       A.    What I believed was that somebody

19   masquerading as Tyler Davis was using his

20   phone to make friend requests, for one thing.

21       Q.    And the people -- somebody that you

22   were worried about were the police, correct?

23       A.    We also thought it might be his

24   wife, and we had somebody contact his wife to

25   see if she was using his phone.

MICHAEL R. TUBBS

1

2      Q.    And what did you learn?

3      A.    She never got back with us.

4      Q.    But didn't you say that you learned

5   that the Feds took possession of his phone?

6      A.    It was a suspicion.

7      Q.    You said the Feds apparently have

8   possession of his phone.  You didn't believe

9   that -- you didn't know that to be a fact?

10     A.    Well, that's why I used the word

11  "apparently," because I didn't know.

12     Q.    Wasn't it a fact that what you were

13  concerned about was the police using his

14  phone and you didn't want people from the

15  League entrapped by the police?

16     A.    That was probably one concern,

17  entrapment, yes.

18     Q.    So do you see what Charleen Braun

19  responded to you?  She said, "Done, sir."

20  Correct?

21     A.    I see that.

22     Q.    So you don't know the person

23  Charleen Braun?

24     A.    I don't recognize that name, no,

25  sir.

1            MICHAEL R. TUBBS

2      Q.   Isn't it a fact that you're

3  communicating with that person before

4  February of 2018; isn't that right?

5      A.   I'm sorry.  You're cut and broken

6  up.  What was that question?

7      Q.   Look through the bottom of this VK

8  series of chats.  You're communicating with

9  this person back in January.  Isn't that

10  right?

11      A.   It appears so.

12      Q.   So you didn't -- this wasn't a

13  random person that you learned of on Tyler

14  Davis's friends list; isn't that right?

15      A.   Yes.  That would be apparent.

16      Q.   And in reading these messages from

17  January of 2018 does that refresh your

18  recollection who this person is?

19      A.   From January -- what day?

20      Q.   January of 2018.

21      A.   Yeah.  I -- yeah, I'm recognizing it

22  now.

23      Q.   Who is it?

24      A.   The content.  I'm sorry?

25      Q.   Who is it?

Page 159

1                     MICHAEL R. TUBBS

2          A.    It's a fellow League member named

3    Charleen, but I don't know what her last name

4    is.

5          Q.    You're -- you are responding as

6    early as November 2017.  Do you see that?

7    You say, "Thank you, Ms. Charleen.  And you

8    and yours as well"?

9          A.    Yeah, I see that.

10         Q.    Go back up to -- do you remember

11   where Charleen is from?

12         A.    Somewhere out west.  I can't recall

13   what state she's in.

14         Q.    Have you ever met her face to face?

15         A.    Yes, I have.

16         Q.    Where have you met her?

17         A.    At League events.

18         Q.    Do you see an entry for January 10,

19   2018?

20         A.    Yes, I do.

21         Q.    Did you own a Third Reich coin?

22         A.    Yeah.  It was a gift.

23         Q.    You say here to her, "I still have

24   my Third Reich coin, and I'm very proud of

25   it.  The chain did, indeed, break when it

Page 160

1                MICHAEL R. TUBBS

2    fell on the floor at my feet.  But I did not

3    lose the coin."

4              When did you get a Third Reich coin?

5         A.   I can't remember when she gave it to

6    me.  It was at some League event.

7         Q.   Who gave it to you?

8         A.   Charleen.

9         Q.   Did you also communicate with a

10   woman by the name of Jessica Reavis?

11        A.   I'm sorry, could you repeat that?

12        Q.   Now, did you also communicate with a

13   woman by the name of Jessica Reavis,

14   R-E-A-V-I-S?

15        A.   Is anybody else having a problem

16   with this audio besides me?

17              I'm having difficulty hearing some

18   of what you're pronouncing, sir.  I'm not

19   trying to be trouble or anything, but --

20        Q.   I appreciate that, Mr. Tubbs.

21   You've been cooperative.  Let me -- I'll try

22   to remove it from the screen maybe --

23        A.   Could you say the lady's name again,

24   please, sir.

25        Q.   Jessica Reavis, R-E-A-V-I-S.

1                    MICHAEL R. TUBBS

2        A.   Yes, sir, I know Jessica Reavis.

3             MR. LEVINE:  Okay.  Let's look at

4        Exhibit 25.

5             (Exhibit Number 25, Message

6             Thread Between Michael Tubbs

7             and Jessica Reavis,

8             Bates-stamped MT00000243 - 245,

9             was marked for identification.)

10   BY MR. LEVINE:

11       Q.   Who is Jessica Reavis?

12       A.   She's a League member.

13       Q.   Where is she from?

14       A.   State of Virginia.

15       Q.   And how long have you known her?

16       A.   I haven't known her long.  I don't

17   believe that she came into contact with the

18   League until the Charlottesville event.

19       Q.   And was she from Charlottesville?

20       A.   I don't believe so, no.

21       Q.   Did she join the League after

22   Charlottesville?

23       A.   I'm not certain when she joined the

24   League, but it would be after

25   Charlottesville.

1              MICHAEL R. TUBBS

2         Q.    Let's go to February 4th, 2018,

3    right here.  Once again, you sent the same,

4    what you called cut and paste to her,

5    correct?

6         A.    I'm sorry.  Where is the date?

7         Q.     February 4.

8         A.    Yes, sir.  Yes, I probably sent that

9    message.

10        Q.    And, once again, you had a prior

11   relationship with Jessica Reavis, correct?

12        A.    I knew Jessica Reavis from prior to

13   February 4, 2018, yes.

14        Q.    And you gave her the same warning on

15   VK?

16        A.    Yes.  I probably sent it out to

17   everybody on the same day.

18        Q.    Do you remember how many people you

19   sent it out to?

20        A.    No, I do not.

21        Q.    We have identified four people that

22   you sent it out to.  Do you remember sending

23   it out to more than that?

24        A.    I don't recall the number.

25        Q.    Now, are you also aware -- are you

```
 1              MICHAEL R. TUBBS
 2   also aware that one of the defendants in this
 3   lawsuit is a man by the name of James Field?
 4       A.   I remember the name James Field,
 5   yes.
 6       Q.   And you know among other things,
 7   besides being a defendant in this case, he
 8   was charged criminally with driving his car
 9   into a crowd of protesters on August 12th; is
10   that right?
11       A.   I'm sorry, sir.  Was that a
12   question?
13       Q.   Yes.  Did you know that?
14       A.   I knew it after the fact, yes.
15       Q.   And were you present on Fourth
16   Street when that car attack took place?
17       A.   No, I was not.
18       Q.   Have you -- had you ever met James
19   Field before the car attack?
20       A.   No, sir.
21       Q.   Did you know that he marched with
22   Vanguard America on August 12th?
23       A.   I did not.
24       Q.   When did you first learn of the car
25   attack?
```

1                    MICHAEL R. TUBBS

2        A.    I heard it on the news on the way

3    home.

4        Q.    And did you ever watch any videos of

5    the car attack?

6        A.    Yes, I did.

7        Q.    Which videos?

8        A.    I'm not sure how to identify those

9    videos to you.

10       Q.    Where did you see those videos?

11       A.    On YouTube.

12             MR. LEVINE:  Let's look at

13       Exhibit 26.

14             (Exhibit Number 26, Photographs

15             Posted on Twitter,

16             Bates-stamped

17             NOCUSTODIAN00004097, was marked

18             for identification.)

19   BY MR. LEVINE:

20       Q.    This is a photo of the car in black

21   and white, there in color, that you posted on

22   Twitter.  Where did you get that photo?

23       A.    I don't recall.  It was all over the

24   Internet.

25       Q.    Why did you post the photo on

1          MICHAEL R. TUBBS

2   Twitter?

3        A.   Because the photo seemed to

4   contradict the official narrative.  I found

5   that to be interesting.

6        Q.   In what way did this photo

7   contradict the narrative?

8        A.   It appeared to show the victim

9   standing on the sidewalk rather than in front

10  of the car.

11       Q.   Which victim are you talking about?

12       A.   Heather Heyer.

13       Q.   Where is -- where is she?

14       A.   Well, she appears to be circled in

15  the red mark there.

16       Q.   Is that -- did you circle that?

17       A.   No, I did not.

18       Q.   Do you know when that picture was

19  taken?

20       A.   It had to have been taken

21  August 12th, as far as I can tell.

22       Q.   Do you know that Mr. Field drove the

23  car down Fourth Street twice, not once?

24       A.   I'm not certain how he could have

25  drove down the street twice.

Page 166

1               MICHAEL R. TUBBS

2      Q.   Do you know -- have you ever seen

3  the video -- complete video of Mr. Field

4  driving the car on that day?

5      A.   I'm not sure what constitutes a

6  complete video.  I've seen numerous videos of

7  the car driving down the road.

8      Q.   Well, do you know -- did you know

9  that there are at least some videos that show

10  that Mr. Field drove the car down Fourth

11  Street, then backed up out to Market, and

12  then drove back down to Fourth Street at

13  30 miles an hour or so, and that's when he

14  rammed into the protesters and that's when

15  Heather Heyer was killed?  Did you know that?

16      A.   I don't know that.

17      Q.   Do you know whether the picture that

18  you took that you retweeted was a picture of

19  the first time Mr. Field drove down the

20  street?

21      A.   I would have to believe that since

22  it shows -- that since it shows the impact,

23  it would have to be the only time.

24      Q.   Did you know before I just told you

25  that there actually -- that Mr. Field drove

                    MICHAEL R. TUBBS

1

2    his car down that street on two occasions

3    that day?

4        A.    I was not there for the trial so

5    there's a lot of information about that

6    situation that I have not been made aware of.

7        Q.    And yet you've taken the position

8    that Mr. Field did nothing wrong; isn't that

9    right?

10       A.    That's what I believe, based on the

11   information that I received.

12       Q.    In fact, you've said in the social

13   media more than once that Mr. Field did

14   nothing wrong; is that right?

15       A.    That is my understanding based on

16   the knowledge that I have received.

17       Q.    And did you ever take -- did you

18   ever read any part of the trial transcript?

19       A.    I believe I have seen some of it.

20       Q.    Did you read all of it?

21       A.    I don't recall.

22       Q.    Do you know what the evidence was,

23   all of the evidence was against Mr. Field?

24       A.    I was not there for the trial so I

25   was not privy to that information.

Page 168

```
 1              MICHAEL R. TUBBS

 2      Q.   But in spite of not being privy to

 3  all of the information about the case, you've

 4  proceeded in social media as the leader of

 5  the League of the South to be taking the

 6  position Mr. Field did nothing wrong; isn't

 7  that right?

 8      A.   That's my personal opinion and not

 9  the official position of the League of the

10  South.

11      Q.   Do you --

12      A.   I'm entitled to my personal opinions

13  and expressing them.

14      Q.   You certainly are.  I'm just asking

15  you how much fact your personal opinion is

16  based on.  I'm trying to establish that.  I'm

17  not being critical, sir.  I'm trying to

18  establish how much you knew about it for you

19  to be expressing the personal opinion that

20  you are.  That's all.

21           What steps did you take to find out

22  what the case was about before you expressed

23  your personal opinion?

24      A.   There were a lot of videos and

25  statements made on YouTube and the Internet.
```

1             MICHAEL R. TUBBS

2    There were investigations privately conducted

3    that showed a lot of information.  But I did

4    not have what was available in the courtroom.

5         Q.   Do you -- do you dispute that you

6    tweeted that Mr. Field did nothing wrong?

7         A.   No, I do not dispute that.

8              MR. LEVINE:  Let's look at

9         Exhibit 27.

10             (Exhibit Number 27, Twitter

11             Feed, was marked for

12             identification.)

13   BY MR. LEVINE:

14        Q.   Is that one of the tweets by you on

15   or about May 30th?

16        A.   That appears to be.

17        Q.   "James Field did nothing wrong"?

18        A.   It appears that I wrote that.

19        Q.   And do you know who Hunter is?

20        A.   That would be Brad Griffin.

21        Q.   And he responded, "WOAH

22   Twitter.com."

23             Do you see that?

24        A.   I don't believe that's responding to

25   me.

Confidential

1                    MICHAEL R. TUBBS

2        Q.    Pardon?

3              Was he tweeting back at you, sir?

4        A.    I believe, based on that format, it

5    appears that I was retweeting something that

6    he had tweeted, adding my words to it.

7        Q.    Ah.  I see.  What about --

8              MR. LEVINE:  Let's look at

9        Exhibit 28.

10             (Exhibit Number 28, Twitter

11             Feed, was marked for

12             identification.)

13   BY MR. LEVINE:

14       Q.    Did you become aware of a Twitter

15   address Free James Fields?

16       A.    Yes, I did.

17       Q.    Do you know who authored that

18   Twitter address?

19       A.    I'm not sure where that originated

20   from.  I don't know.

21       Q.    I guess that's a hash tag; is that

22   right?

23       A.    It would appear so, yes.

24       Q.    And you repeated your tweet,

25   correct, "James Field did nothing wrong"?

```
 1                MICHAEL R. TUBBS

 2      A.    Yeah.  I retweeted that hash tag.

 3            MR. LEVINE:  Let's look at

 4      Exhibit 29.

 5            (Exhibit Number 29, Twitter

 6            Feed, was marked for

 7            identification.)

 8  BY MR. LEVINE:

 9      Q.    Is this an instance of your also

10  retweeting something relating to James Field?

11      A.    It would appear so.

12      Q.    Saying the same thing, "James Field

13  did nothing wrong," correct?

14      A.    I believe that was Americat saying

15  in this case that James Field did nothing

16  wrong.

17      Q.    Ah, okay.

18      A.    I'm not sure.

19      Q.    Who is Americat?

20      A.    I don't know.  Somebody on Twitter.

21            MR. LEVINE:  And let's look at

22      Exhibit 30.

23            (Exhibit Number 30, Twitter

24            Feed, was marked for

25            identification.)
```

1              MICHAEL R. TUBBS

2   BY MR. LEVINE:

3       Q.   Is this an instance -- is this also

4   from your Twitter account?

5       A.   I'm sorry?  Say again.

6       Q.   Is this also a retweet from your

7   Twitter account?

8       A.   It would appear so, yes.

9       Q.   And you retweeting of a car plowing

10  through rioters in Portland, Oregon, correct?

11      A.   That was the subject of the video,

12  yes.

13      Q.   And you tweeted, "James Field did

14  nothing wrong," correct?

15      A.   Yes, that's correct.

16      Q.   Now where did you go on Saturday

17  after the rally or the -- the aborted rally?

18  Did you go back to the campground?

19      A.   Yes.

20      Q.   What were the accommodations at that

21  location?

22      A.   It was several cabins scattered

23  throughout a field in a wooded area.

24      Q.   So they were actually wooden cabins?

25      A.   Wood frame cabins, I believe.

1          MICHAEL R. TUBBS

2     Q.   Were they open to the outside or

3  closed?

4     A.   They were closed.

5     Q.   Did you have to share a cabin?

6     A.   Yes, I did.

7     Q.   Who did you share a cabin with?

8     A.   There were several bedrooms in every

9  cabin.  So there were several -- several

10  people in that cabin.

11     Q.   Who did you share the cabin with?

12     A.   I only recall Dr. Hill and Ike

13  Baker.  I can't remember who the other people

14  were sharing that cabin.

15     Q.   Was Dr. Hill's wife there?

16     A.   I don't recall.  I don't think so.

17     Q.   Is Ike Baker married?

18     A.   I'm sorry.  Will you repeat the

19  question?

20     Q.   Is Ike Baker married?

21     A.   I believe so.

22     Q.   Was his wife there?

23     A.   No, sir.

24     Q.   Are you married?

25     A.   Yes, I am.

Confidential

1                MICHAEL R. TUBBS

2        Q.   Was your wife there?

3        A.   No, sir.

4        Q.   Was there a beer party that night?

5        A.    I think there was a beer party

6   outside the cabins in the field, yes.

7        Q.   Do you know a man by the name of

8   David Duke?

9        A.   I'm sorry.  Can you repeat the name?

10       Q.   David Duke?

11       A.   Yes.  Of course I do.

12       Q.   Do you know him personally?

13       A.   I have met him personally, yes.

14       Q.   Was he there at the campground that

15   night?

16       A.   I don't recall.

17       Q.   You don't recall?

18       A.   No, I don't.  I don't recall --

19   remember seeing his face that evening.  I

20   don't remember.

21       Q.   Have you heard him speak before?

22       A.   Yes, I have.

23       Q.   Do you know who arranged for

24   Mr. Duke to -- do you know -- withdrawn.

25            Did you learn from Mr. -- from

1                  MICHAEL R. TUBBS

2   Dr. Hill that there were -- that there was an

3   invitation to David Duke to come to speak at

4   the after party?

5        A.   I don't recall that.

6        Q.   You don't recall learning that from

7   Dr. Hill, that he talked to Kessler about

8   inviting Duke and Dr. Hill invited Duke?

9        A.   It may -- that may be the case.  I

10  just don't remember.  I -- first of all, I

11  don't drink beer and I don't attend beer

12  parties, and honestly no offense to Dr. Duke,

13  I don't really listen to his speeches much,

14  but...

15       Q.   Now, after -- after the unite --

16  withdrawn.

17            You got up Sunday morning and drove

18  back to Jacksonville?

19       A.   Yes, sir.

20       Q.   And did you communicate with

21  Dr. Hill when you got back to Jacksonville?

22       A.   I don't recall, but that would be a

23  most likely scenario.

24       Q.   You listened to podcasts of Dr. Hill

25  and Harold Crews?

 1                    MICHAEL R. TUBBS

 2        A.   It's embarrassing to say, but I'm

 3   really not very computer skilled and I'm not

 4   real sure how to listen to podcasts.  I might

 5   have been able to download something at one

 6   time or another, but I may have heard some

 7   podcasts by Dr. Hill.  I don't know.

 8        Q.   Were you banned by the City of

 9   Charlottesville from going to Charlottesville

10   after the event?

11        A.   I don't believe that my name

12   specifically was banned from Charlottesville,

13   as I recall.

14        Q.   Do you remember hearing that

15   Dr. Hill described the Unite the Right rally

16   as a success?

17        A.   I don't recall him labeling it a

18   success, but I don't doubt that he did.

19        Q.   Do you remember hearing Dr. Hill say

20   that he couldn't be happier with the way

21   things turned out at the Unite the Right

22   rally?

23        A.   No, I don't recall that.

24        Q.   But you definitely recall hearing

25   Dr. Hill describe it as a success, correct?

 1                MICHAEL R. TUBBS

 2      A.   At some point after that rally, I

 3   don't know when, but I probably heard him use

 4   the term "success" to describe it.

 5      Q.   Do you agree with him that it was a

 6   success?

 7      A.   With all due respect to Dr. Hill,

 8   sir, no, I do not.

 9      Q.   In what way -- do you agree with him

10   at all that it was a success?

11      A.   I'm sorry.  Could you repeat the

12   question, sir.

13      Q.   Do you agree with him at all that it

14   was a success?

15      A.   Again, no disrespect to Dr. Hill,

16   but I really can't find any success in the

17   trip to Charlottesville.

18      Q.   Do you believe anything was

19   accomplished in engaging in the violent

20   confrontation with the black -- the BLM

21   protesters?

22      A.   Could you restate that question,

23   sir?

24      Q.   Do you believe anything was

25   accomplished by League of the South in

1                    MICHAEL R. TUBBS

2    engaging in the violent confrontation with

3    the BLM and the group of protesters?

4         A.   You're coming in a little bit broken

5    again, but I believe I understood the

6    question.

7              Any violent confrontation with BLM

8    was instigated by BLM, and I don't feel that

9    there was anything that could be called a

10   success with that.

11        Q.   Do you think anything was

12   accomplished in that violent confrontation?

13        A.   No, I don't.

14        Q.   Well, do you think that League of

15   the South, including you standing up to the

16   Black Lives Matter protesters, was --

17   accomplished scaring the Black Lives Matter

18   protesters?

19        A.   I'm sorry, sir.  You're coming in

20   distorted.  Could you repeat that.

21        Q.   Do you believe -- do you believe

22   that the violent encounter with the Black

23   Lives Matter and Antifa supporters scared

24   them?

25        A.   No, I don't believe it scared them

```
 1              MICHAEL R. TUBBS
 2   at all.
 3        Q.   Do you believe it scared them from
 4   engaging with you guys?
 5        A.   No.  I believe the evidence shows
 6   the contrary, that they were hellbent on
 7   violence against us.
 8        Q.   But having engaged in the violence,
 9   do you think they were scared once that
10   violence had taken place?
11        A.   Scared of what, sir?
12        Q.   Scared of you.
13        A.   No, I don't believe that anything we
14   did made them scared of us.  They fought us
15   all the way to the parking garage.
16              (Exhibit Number 31, Message
17              from Michael Tubbs to Michelle
18              Tubbs, dated 1/15/18,
19              Bates-stamped MH00000076, was
20              marked for identification.)
21   BY MR. LEVINE:
22        Q.   I'm showing you a text that you sent
23   to Michelle Tubbs, and it says -- and it was
24   in January 2018, and it says, "The
25   leftist" -- "The leftists are scared to death
```

Page 180

1                MICHAEL R. TUBBS

2    about what happened in Charlottesville.  They

3    will be talking about it for years until we

4    give them something better to talk about."

5              Did you write that?

6         A.   I don't recall it, but the format

7    again appears to possibly have been a source

8    for me.

9         Q.   So this is your text, sir?

10        A.   I don't know.  It could be.

11        Q.   And does it look like something

12   familiar that you sent?

13        A.   It doesn't look familiar.

14        Q.   Do you deny -- who's Michelle Tubbs?

15        A.   I'm sorry.  Could you repeat the

16   question.

17        Q.   Who is Michelle Tubbs?

18        A.   Michelle Tubbs?

19        Q.   Yes.

20        A.   Does that name appear in this

21   message?

22        Q.   Yes.

23        A.   That would be my daughter.

24        Q.   How old is your daughter?

25        A.   Approximately 32 or so.

Confidential

1          MICHAEL R. TUBBS

2     Q.   So do you recall telling her in

3 January of 2018 that the leftists are scared

4 to death about what happened at

5 Charlottesville?

6     A.   Do I recall it?

7     Q.   Yes, sir.

8     A.   I don't recall it --

9     Q.   You see it --

10    A.   -- I don't recall having the entire

11 conversation like that with her.

12    Q.   Pardon?

13    A.   I'm not denying that I said it or

14 wrote it.  I just don't recall it.

15    Q.   And you produced this document.  Do

16 you realize that?

17    A.   The document that I'm looking at?

18    Q.   Yes.

19    A.   If you say that came from me, it

20 came from me.  I just don't recall it.  I

21 didn't say I denied it.  I just don't

22 remember it.

23    Q.   This document has an MT number on

24 the bottom, which means it was produced by

25 you.  So isn't it a fact that at one point

```
 1                 MICHAEL R. TUBBS

 2   you believed that the leftists were scared to

 3   death about what happened in Charlottesville?

 4        A.   I might have believed that at one

 5   time.  I don't know.

 6        Q.   And, actually, having a violent

 7   encounter with that Black Lives Matter and

 8   Antifa was something that you wanted on that

 9   day; isn't that right?

10        A.   That is not correct, and I don't

11   believe there's any evidence to support that.

12        Q.   Well, you saw them 30 yards away and

13   continued to walk into them in order to have

14   the violent encounter.  Isn't that right,

15   Mr. Tubbs?

16        A.   Honestly, when we got into

17   Charlottesville, we had no idea about the

18   amount of violence that was going to be

19   directed at us.  It was a shock.  We thought

20   it would be very similar to events that we

21   had attended in other states.  But it was

22   nothing like that.  We had not expected this

23   kind of violence.

24        Q.   Well, when you were on McIntyre

25   Street and they were 30, 40 yards away, you
```

1          MICHAEL R. TUBBS

2   could have chosen not to march into them;

3   isn't that right?

4        A.   That's not correct.  We had nowhere

5   else to go.  They were closing in behind us

6   because they had been assaulting us for a

7   block or two before we got to that roadblock.

8   The police had the street to the right

9   blocked off, and Antifa, Black Lives Matter,

10  Redneck Revolt and other Communist anarchist

11  groups had completely blocked off every other

12  exit.  The only place we had to go was the

13  park and we had to get through rioters to get

14  to the park.

15       Q.   But you proceeded to walk 30, 40

16  yards into them; isn't that right?

17       A.   I walked towards the direction that

18  would take us to the entrance of the park.

19       Q.   Knowing that the protesters were

20  there arm in arm blocking you, correct?

21       A.   I realized they were blocking us.  I

22  didn't realize it would be difficult to get

23  through.

24       Q.   Let's go back to Exhibit 24.

25            Isn't it a fact, Mr. Tubbs, contrary

Page 184

1           MICHAEL R. TUBBS

2   to what you've testified to here today, that

3   you actually like this kind of violence?

4           MR. JONES:  Objection.  Asked and

5       answered.  Argumentative.

6   BY MR. LEVINE:

7       Q.   Answer the question, sir.

8       A.   Could you say the question again?

9           MR. LEVINE:  Would the reporter

10      please read it back.

11          (Previous question read back.)

12  BY MR. LEVINE:

13      Q.   Could you answer the question,

14  please?

15      A.   I'm thinking about it.

16          I did not enjoy any of the violence

17  that was directed against us that day.

18      Q.   Now, you -- you actually

19  communicated with Charleen Braun about the

20  violence of that day, didn't you?

21      A.   I don't recall.  I might have.

22      Q.   You -- on September 16th you said to

23  her at 5:16 p.m. -- do you see that where you

24  wrote, "It's been hard for me to do the

25  traveling I used to"?

Page 185

```
 1                MICHAEL R. TUBBS
 2      A.   I'm sorry.  What is the date?
 3      Q.   September 16th.
 4      A.   Yes, I see that.
 5      Q.   She was asking you if you were going
 6  to Tennessee, correct?
 7      A.   I'm trying to find where she's
 8  asking me if I'm going to Tennessee.
 9      Q.   Right below that.  It's the earlier
10  text.  She says, "Yes.  That video of the
11  burning is going crazy on Twitter.  Really
12  hate that you won't be in Tennessee.  I
13  understand, though."
14      A.   Yes, I see that.
15      Q.   And then you respond, "It's hard" --
16  "hard for me to do the traveling I used to,"
17  correct?
18      A.   It appears so, yes.
19      Q.   And then she said, "I bet.  You will
20  be missed, especially if there is
21  confrontations.  Your presence is always a
22  great thing to witness."
23           You see she said that to you?
24      A.   I see that.
25      Q.   And you said, "I pray I don't miss
```

1              MICHAEL R. TUBBS

2   any good violence."

3              Didn't you say that?

4       A.   I see that.

5       Q.   And then moving up farther, you

6   say -- she said, "I must admit, when

7   recruiting, besides Paddy's video, I share

8   pictures of Charlottesville and you and your,

9   uh, background if you will.  What a total

10  badass you are.  You helped me recruit

11  20-something guys."

12             Do you see that?

13      A.   I see that.

14      Q.   And you responded, "I pray I can

15  live up to the stories," correct?

16      A.   I see that.

17      Q.   So at least in respect of Charleen

18  Braun, you freely admitted to liking the

19  violence and leading the violence and the

20  reputation that you have as a badass; isn't

21  that right?

22      A.   Could you break that down into some

23  separate questions there?

24      Q.   In your communications with

25  Ms. Braun, you freely admitted to liking the

Confidential

Page 187

```
 1              MICHAEL R. TUBBS
```

 violence, correct?

```
 3      A.   That was probably a bit of bravado
```

 4  on my part.

```
 5      Q.   You said I don't miss -- "I pray I
```

 6  don't miss any good violence"; isn't that

 7  right?

```
 8      A.   I did say that.
```

```
 9      Q.   And she also told you you had been
```

10  an example that helped her recruit people to

11  League of the South; is that right?

```
12      A.   It appears that she says that.
```

```
13      Q.   And you said, "I pray I can live up
```

14  to those stories," right?

```
15      A.   I did say that there.
```

```
16      Q.   And that would mean pray that you
```

17  could live up to that reputation, correct?

```
18      A.   I pray every day that I can be the
```

19  man that people expect me to be in defense of

20  my people and the land.  That's about it.

```
21      Q.   And that person, that person,
```

22  Michael Tubbs, is a man who does not back

23  down from violence and who likes good

24  violence; isn't that right?

```
25      A.   I don't necessarily like it, but I
```

```
 1                MICHAEL R. TUBBS

 2   will not back down from it.

 3      Q.   Well, you actually said that you

 4   don't miss good violence.  That's more than

 5   not backing down, isn't it, Mr. Tubbs?

 6      A.   I'm sorry.  Could you restate that

 7   question.

 8      Q.   When you say you don't miss good

 9   violence, that's more than not backing down.

10   Wouldn't you agree?

11      A.   I wouldn't want my friends to be

12   involved in any violence by themselves that I

13   could not help them out in.  I would rather

14   be there to defend my friends.

15      Q.   This says -- this says nothing about

16   defending friends.

17      A.   Well, there's a lot of thoughts that

18   could be included in a sentence when one is

19   writing a sentence, sir.  Since I wrote that

20   sentence, I should know what it means.

21      Q.   Well, you also wrote the sentence,

22   "Maybe we all hope for it," and you now --

23   you testified earlier today that you weren't

24   referring to yourself.  Do you remember that?

25      A.   That is correct, because I used the
```

```
 1                MICHAEL R. TUBBS

 2   word "we," and I was including other people

 3   whom I had heard talk about it.

 4       Q.   And you testified earlier today that

 5   that "we" didn't include you; isn't that

 6   right?

 7       A.   Could you restate that question,

 8   please, sir.

 9       Q.   Didn't you testify earlier today

10   that when you texted/emailed Dr. Hill about

11   the "we hoped there would be violence," that

12   you testified that the "we" did not include

13   you?

14       A.   In that particular example, in that

15   specific message, I used the term "we" and

16   was not including myself.

17       Q.   But here, in responding to Charleen

18   Braun on basically the same subject, you told

19   her, "I pray I don't miss any good violence,"

20   correct?

21       A.   I did say that.

22       Q.   So how can the person who told

23   Charleen Braun in September 2018 say that he

24   doesn't miss good violence be a person six

25   months earlier denying when he's hoping for
```

Confidential

1          MICHAEL R. TUBBS

2   violence he's talking about other people?

3       A.   Sir, you're calling me a liar.  I've

4   told you on more than one occasions when I

5   used the word "we," I was not specifically

6   mentioning myself but others instead in that

7   particular sentence.

8          This is another message from six

9   months later, you say, dealing with another

10  subject, another time.  We had people that

11  were going to an event in Tennessee, and I

12  was worried about them, and I don't want to

13  see my friends beaten and bloodied without me

14  being there to help them out.

15      Q.   Were you proud of the fact that

16  Ms. Braun was telling you that she used the

17  videos of Charlottesville to recruit new

18  members?

19      A.   Really, I've been kind of

20  embarrassed by the videos.

21      Q.   But you learned the videos -- the

22  violence demonstrated by League of the South

23  in the videos actually attracted new members,

24  didn't you?

25      A.   Could you state that question again.

1                  MICHAEL R. TUBBS

2        Q.   I said didn't you learn that the

3    violence demonstrated by the League of the

4    South in the videos actually attracted new

5    members to the League of the South?

6        A.   That's what she says in that

7    sentence.

8        Q.   And you were proud of that, aren't

9    you?

10       A.   Did I say that I was proud somewhere

11   in that text?

12       Q.   I'm asking you.

13       A.   I don't recall being proud about

14   that.  I think actually I felt kind of

15   embarrassed about it.

16       Q.   And the point that Ms. Braun is

17   making is that in all of those videos, you

18   are seen in the front of the column leading

19   the group into the charge, correct?

20   Withdrawn.

21            The point that Ms. Braun is making

22   is that in all of those videos, you are seen

23   in front of the column leading the group into

24   the violence; isn't that right?

25       A.   I'm not sure how people attacking

Confidential

Page 192

                    MICHAEL R. TUBBS

1      us, denying us our permitted rally, is

2      somehow leading people to violence.

3          Q.   In all of the videos, you are in the

4      front of the column; isn't that right?

5          A.   I am in front of the column, along

6      with others.

7          Q.   You were actually leading the

8      column.  Isn't that right, Mr. Tubbs?

9          A.   No, that's not correct.

10         Q.   You were the commander of operations

11     that day.  Isn't that what Dr. Hill appointed

12     you as?

13         A.   I don't recall acting in that

14     capacity.  I was still under the leadership

15     of Dr. Hill and following his instructions.

16         Q.   Didn't we look at an email earlier

17     today in which Dr. Hill appointed you as

18     commander of operations of League of the

19     South on August 12th?

20         A.   Yes, we looked at that.

21         Q.   And didn't you function in that

22     capacity on August 12th?

23         A.   In some respects, in certain

24     instances, yes, I did.

Page 193

1          MICHAEL R. TUBBS

2     Q.    And you were in the front of the

3  column marching when violence ensued; isn't

4  that right?

5     A.    Yes.  I was at the front when we

6  were attacked.

7     Q.    And then later when we saw you on

8  the steps of the park, you led your group

9  down the steps into the street for more

10  violent confrontation; isn't that right?

11     A.    I led that group into the street to

12  rescue our allies who were being beaten.

13     Q.    And those would be the videos and

14  the pictures that Ms. Braun is talking about;

15  isn't that right?

16     A.    I don't know what pictures she was

17  talking about.  She did not provide them in

18  that message.

19     Q.    Given your role in front of the

20  column and your leading the charge of the

21  League of the South people, why does it

22  matter to you so much that you're not

23  carrying a weapon to prove that you weren't

24  responsible for the violence?

25     A.    My goal that day was to prevent as

1          MICHAEL R. TUBBS

2   much violence as possible.  Watching the

3   video, you can see that we had taken up a

4   defensive position in front of those stairs.

5   I was keeping their people away from our

6   people and our people away from them as much

7   as possible.  And whenever you saw me going

8   into the crowd of those videos you can see

9   that I was breaking up fights.  If we wanted

10  to confront the enemy with violence we could

11  have gone into that crowd with no other

12  purpose than to commit violence, but we

13  maintained a defensive position on the side

14  of that park until we were ordered back into

15  that crowd to return to our parking garage.

16      Q.   You think that the videos show that

17  you did everything you could to keep them

18  away from your people and keep your people

19  away from them?

20      A.   Yes, I do.  I know what my intention

21  was that day.

22      Q.   And you think that the videos show

23  that you did everything you could to keep the

24  League of the South and the others in your

25  column away from the counter-protestors and

Confidential

1          MICHAEL R. TUBBS

2  did everything you can to keep -- could to

3  keep counter-protestors away from your group?

4       A.   Yes, I did.

5       Q.   That's your testimony?

6            That's your testimony?

7       A.   That is.

8       Q.   Now, did you reach out to Mr. Jones

9  to represent you or did Dr. Hill arrange for

10  Mr. Jones?

11       A.   Dr. Hill did.

12       Q.   And did you agree to be represented

13  by Dr. Jones -- by Bryan Jones?

14       A.   Yes, I did.

15       Q.   And did you receive from your lawyer

16  requests served on you and Dr. Hill to

17  preserve and produce evidence and documents

18  in discovery?

19       A.   Yes.

20       Q.   Now, you -- did you use Discord?

21       A.    I think I tried to use Discord, but

22  my lack of computer skills and equipment

23  would not allow me to properly converse on

24  that platform.

25       Q.   Did you ever get a channel or --

1          MICHAEL R. TUBBS

2      A.   I don't think so.  I'm not certain

3  how Discord works.

4      Q.   Did you ever get a handle?

5      A.   I'm sorry.

6      Q.   I'm sorry.  Let's stop.  We're

7  talking over one another.

8          Did you ever get a Discord handle?

9      A.   I don't recall.

10      Q.   Isn't it a fact that you did use

11  Discord at some point?

12      A.   I think I might have, but I don't

13  recall.  It was -- I don't recall.

14      Q.   And you don't have any record of

15  what your handle was?

16      A.   No.  If I did get on Discord it was

17  a one-time short affair, I believe.  I could

18  not get it to work for me.

19      Q.   And what do you recall -- what

20  channel or server or what organization do you

21  recall on -- being on Discord for?

22      A.   I don't know anything about how

23  Discord works.  So I don't know what the

24  answer to that question is.

25          MR. LEVINE:  Let's take a short

Confidential

1              MICHAEL R. TUBBS

2      break.  Five-minute break.

3           THE VIDEOGRAPHER:  The time is

4      2:46 p.m.  We're off the record.

5           (Break taken from 2:46 p.m. to

6           2:56 p.m.)

7           THE VIDEOGRAPHER:  The time is

8      2:56 p.m.  We're on the record.

9           MR. LEVINE:  I want to mark as

10     Exhibit 32, 33, and 34, three discovery

11     requests made of you in this case,

12     Mr. Tubbs.

13           (Exhibit Number 32, Michael

14           Hill, Michael Tubbs, and League

15           of the South's Answers to

16           Plaintiffs' First Set of

17           Interrogatories to All

18           Defendants, was marked for

19           identification.)

20  BY MR. LEVINE:

21     Q.   Do you recall receiving discovery

22  requests from Mr. Jones that were served by

23  the plaintiffs on you?

24     A.   Yes, I do.

25     Q.   And this is the first one that

1            MICHAEL R. TUBBS

2   was -- you responded to.  Go to the end.

3            Is that your signature?

4       A.   Yes, it is.

5       Q.   And is the information above it

6   information that at least as it relates to

7   you is provided by you to your lawyer?

8       A.   I'm not sure I understand the

9   question, sir.

10      Q.   Well, there's information in here

11  about your phone number, correct?  Is (904)

12  483 --

13      A.   Yes, sir.

14      Q.   -- 0634 --

15      A.   Yeah, that's correct.

16      Q.   That's your number?

17      A.   Yes, it is.

18      Q.   And you see this was a question

19  asking for any means of communication

20  concerning Unite the Right and the other

21  events?

22      A.   Yes.

23      Q.   Okay.  Including the 18 digit

24  account identifier.

25            Do you see that?

```
 1              MICHAEL R. TUBBS

 2        A.   Yes, sir.

 3        Q.   And --

 4             MR. LEVINE:  Go to the end.

 5   BY MR. LEVINE:

 6        Q.   Okay.  And now look at Exhibit 33.

 7   That was the only disclosure that was made of

 8   means of communication, correct, in that

 9   document, telephone calls, in-person

10   meetings, cell phone, land line from League

11   of the South, Michael Tubbs's T-Mobile, three

12   email addresses for Mr. -- are you

13   "floridas_son"?

14        A.   Yes, I am.

15        Q.   Those were the only disclosures made

16   in that interrogatory answer, correct?

17        A.   I believe so.

18             (Exhibit Number 33, Michael

19             Tubbs's First Supplement to His

20             Answer to Plaintiffs' First Set

21             of Interrogatories to All

22             Defendants, was marked for

23             identification.)

24   BY MR. LEVINE:

25        Q.   Okay.  Then let's look at
```

Page 200

```
 1              MICHAEL R. TUBBS
 2   Exhibit 41.  Yes.  Oh, I'm sorry.  This is
 3   Exhibit 33, not Exhibit 41.  I'm sorry,
 4   reporter.  And the exhibit before was 32, not
 5   40, for the court reporter.
 6              So let's look at Exhibit 33, and
 7   let's look at the end.  This is a
 8   supplement -- this is entitled Michael
 9   Tubbs's First Supplement to His Answers.
10              Do you see that?
11       A.   I do.
12       Q.   Okay.  Do you see you filled in
13   "Identify any other means of communication,"
14   correct?
15       A.   Could you repeat the question?
16       Q.   Other than your email address, you
17   still didn't identify any other means of
18   communication.  You identified the email
19   address and using Facebook screen names,
20   correct?
21       A.   That appears to be correct, yes,
22   sir.
23              (Exhibit Number 34, Michael
24              Tubbs's Second Supplement to
25              His Answer to Plaintiffs' First
```

1              MICHAEL R. TUBBS

2              Set of Interrogatories to All

3              Defendants, was marked for

4              identification.)

5    BY MR. LEVINE:

6         Q.    Okay.  And then let's look at what

7    we'll mark as Exhibit 34, which is identified

8    as your second supplement to your answers to

9    our interrogatories.  And in this -- also in

10   Item 1, the means of communication, you

11   identified one more means, the ProtonMail

12   address, correct?

13        A.    Yes.

14        Q.    And still no other means of

15   communication, correct?

16        A.    I believe that's correct.

17        Q.    Now, as we've seen today, you

18   communicated with people about

19   Charlottesville on VK, correct?

20        A.    I believe so, yes.

21        Q.    And VK wasn't identified in these

22   interrogatories, correct?

23        A.    I guess.  I don't recall that.

24        Q.    And you communicated with people on

25   Signal, correct?

1          MICHAEL R. TUBBS

2      A.   Yes.  Connected with my phone

3   number.

4      Q.   Did you identify Signal in the

5   answer to the interrogatories?

6      A.   I don't recall.  I figured that was

7   part of my phone that would be researched.

8          MR. LEVINE:  Let's look at -- mark

9       Exhibit 36.  Hold on.  First let's mark

10      Exhibit 35.

11          (Exhibit Number 35, Email

12          Chain, Bates-stamped MH00014834

13          - 835, was marked for

14          identification.)

15   BY MR. LEVINE:

16      Q.   Take a look at Exhibit 35.

17          Did you -- this is an email in or

18   about January 2019 from a man Rainbow

19   Bangalore on the ProtonMail email address

20   that went to Mr. -- to Dr. Hill, correct,

21   that was forwarded to you?

22      A.   That's what it appears, yes.

23      Q.   And it's relating to a visit that

24   one of the League members received from a --

25   from two ATF agents, correct?

                    MICHAEL R. TUBBS

1

2      A.    That's what the message appears to

3   describe.

4      Q.    And ATF is the federal law

5   enforcement agency, the Bureau of Alcohol,

6   Tobacco, and Firearms, correct?

7      A.    That's what I understand.

8      Q.    And Mr. -- Dr. Hill told you after

9   reading this email to destroy it, right?

10  Correct?

11     A.    That's what it appears to say.

12     Q.    Did you and Dr. Hill have a -- kind

13  of a standing understanding that you would

14  destroy communications between one another so

15  that people like the plaintiffs in this case

16  and government couldn't see what you were

17  saying to one another?

18     A.    No.  If that was the case, he

19  wouldn't have had to made the note, "Please

20  read and destroy."

21     Q.    Did you delete this communication?

22     A.    I don't recall.  Was it found in my

23  emails?

24     Q.    I think the record will reflect

25  where it came from.

1          MICHAEL R. TUBBS

2          Did you set your auto Signal on

3     delete?

4          A.    For what platform?

5          Q.    Signal.

6          A.    I think Signal automatically comes

7     with a number of automatic delete times.

8          Q.    And did you ever change that for

9     them not to be deleted?

10         A.    I've always had it set to delete for

11    some amount of time.

12         Q.    Do you recall what kind of time?

13         A.    Anywhere from 30 minutes to a week

14    to a month.

15         Q.    Your Signal is set to delete within

16    a month?

17         A.    Can you say that question again?

18         Q.    So your Signal -- your use of Signal

19    is set to delete within a month?

20         A.    I think I have it set for at least

21    two weeks right now.  Like I say, it has been

22    different -- different time periods.

23         Q.    Since you got a document request in

24    this case have you changed the auto delete?

25         A.    Sorry.  What was the question?

```
 1                MICHAEL R. TUBBS

 2        Q.    Since you got a document request in

 3    this case, did you take any steps to preserve

 4    any of your Signal texts?

 5        A.    Not since they took my phone and

 6    reviewed it.

 7        Q.    When they took your phone and

 8    reviewed it, that was some year or so after

 9    August 2017, correct?

10        A.    I believe so.

11        Q.    And during the time from the event

12    until they actually took your phone, your

13    auto delete function was working, correct?

14        A.    I don't know.  I don't remember what

15    it was set for back then.

16        Q.    Well, did you ever turn it off?

17        A.    I don't know there's a way to turn

18    that off on Signal.

19        Q.    Didn't you learn -- didn't you learn

20    for many months before you actually turned

21    your phone over that the plaintiffs had

22    served a discovery request that asked for the

23    imaging of the phones?

24        A.    Yes, I did.

25        Q.    And did you take any steps to
```

1              MICHAEL R. TUBBS

2    preserve any of your texts during that

3    period?

4        A.   Well, I lost my original phone that

5    I had during Charlottesville.  I was only

6    able to move the chip over to a new phone.  I

7    don't know what was preserved by that chip.

8    I discussed that with my attorney.

9        Q.   Isn't it a fact that you actually

10   deleted emails from your Proton account

11   during that period?

12       A.   My Proton account under that then

13   email address was froze up and

14   nonfunctioning.  I was trying to get it to

15   work again.  For some reason, it --

16            MR. LEVINE:  Let's take -- let's

17       mark -- let's mark Exhibit 36.

18            (Exhibit Number 36, VK Profile

19            Log, Bates-stamped MT00000314 -

20            324, was marked for

21            identification.)

22   BY MR. LEVINE:

23       Q.   This is your VK log, profile log

24   posted on your wall on VK.  "Is anyone else

25   having trouble with their ProtonMail telling

1              MICHAEL R. TUBBS

2    them that they are full and can no longer

3    send or receive emails?  I deleted a whole

4    lot of mails out of my mailbox and only have

5    37 emails in it, and I'm still being told I

6    cannot send or receive emails."

7              Did you write that?

8        A.   I believe I did.

9        Q.   And that was sometime in 2019,

10   correct?

11       A.   Yes.  That was last year.

12       Q.   And so when did you delete a whole

13   lot of emails out of your mailbox on VK?

14       A.   I think it might have been the day

15   before or the same day that I posted this.

16       Q.   And so as of that day, then, you

17   deleted what could be many texts -- VK --

18   texts on VK with League of the South members

19   about the events, correct?

20       A.   I don't believe there were any

21   emails related to the events in my emails.

22   It was just garbage emails.

23              MR. LEVINE:  Let's mark Exhibit 37.

24              (Exhibit Number 37, Messages

25              Between Michael Tubbs and Tony

1          MICHAEL R. TUBBS

2          Jenkins, Bates-stamped

3          MT00000289 - 291, was marked

4          for identification.)

5   BY MR. LEVINE:

6      Q.   Look here -- Mr. Jenkins is a League

7   of the South person that you communicated

8   with?

9      A.   He was at one time.

10     Q.   Did you stop communicating with him?

11     A.   At what point?

12     Q.   I'm asking you.  Did you?

13     A.   Yes.  I haven't communicated with

14  him in some time.

15     Q.   You see your communication with him

16  on November 13th, 2017, at 10:04 he says,

17  "I'll get back to work.  I'm prepping this

18  week for Friday and Saturday move"?

19     A.   Yes, I see it.

20     Q.   And it says, "Be well" --

21     A.   Yeah.

22     Q.   And then, "Sounds good.  Take care,

23  sir.  I'm going to set our Signal

24  communications to be deleted after 12 hours."

25          Do you see that?

```
 1              MICHAEL R. TUBBS

 2       A.   I see that.

 3       Q.   Does that refresh your recollection

 4  that back in November of 2017 you set the

 5  Signal for a 12-hour delete?

 6       A.   Well, he set it up on his end so

 7  that his communications would be deleted

 8  after 12 hours.

 9       Q.   This is you're saying to him.  "I'm

10  going to set our Signal communications up."

11  It says you at 10:04.  This is you speaking,

12  sir.

13       A.   Okay.  I got you.

14       Q.   Okay.  So was he -- was Mr. Jenkins

15  in the Florida League chapter?

16       A.   He was for a short time.

17       Q.   And did you have a falling-out with

18  him?

19       A.   No.  He just -- he just decided the

20  League wasn't for him.

21       Q.   Was he in Charlottesville in August?

22       A.   No, he wasn't.

23       Q.   Do you recall in November 2017 what

24  your Signal communications delete provision

25  was, what it was set at?
```

1          MICHAEL R. TUBBS

2     A.   No, I don't recall what it was set

3  for then.

4     Q.   Did you ever complete forms for

5  Facebook, for Facebook to produce to the

6  plaintiffs your Facebook account?

7     A.   Yes, I did.  I attempted to get

8  Facebook to restore those under the

9  instructions of my attorney, and I don't

10  believe they were successful.

11     Q.   And you don't record the Discord

12  handle that you used; is that right?

13     A.   I don't remember much of anything at

14  all about Discord except for bits and pieces

15  of a conversation that were taking place.

16     Q.   And did you ever produce a Proton

17  password?

18     A.   I believe I did.  I believe I

19  provided that to my attorney.

20     Q.   Now, Mr. Hill provided supplemental

21  answers describing the events just this week.

22  Did you ever decide whether you were going to

23  supplement the interrogatories with an

24  explanation for the questions?

25     A.   I had communicated with Dr. Hill.

1          MICHAEL R. TUBBS

2  It was perhaps a misunderstanding that he was

3  covering all the same questions.

4      Q.   So Dr. Hill's response includes

5  response from you?

6      A.   We had -- we had discussed some of

7  the questions that were on it.

8      Q.   So Dr. Hill did submit a response

9  from League of the South.  Would that League

10  of the South response have included

11  information from you?

12      A.   I believe so.

13      Q.   Did you have an opportunity to look

14  at what he wrote before it was filed and

15  served on us?

16      A.   I did.  I did.

17      Q.   And did you approve of it?

18      A.   I basically skimmed over it.  I

19  thought for the most part it would suffice.

20      Q.   Did you think of anything that was

21  missing?

22      A.   I didn't recognize anything.

23      Q.   Now, we have the text messages that

24  I showed you that identified your phone

25  number.  They were produced by Dr. Hill.

1              MICHAEL R. TUBBS

2    They were not produced by you.  We have

3    received no text message, I don't believe,

4    that were produced by you.  Are all the text

5    messages that you created deleted?

6         A.   I have no idea.  You're talking

7    about on what format?

8         Q.   The phone format.

9         A.   Well, I told you that I lost my

10   original phone.  I'm using a new phone.  The

11   new phone is the phone that they recovered

12   information from.

13        Q.   So the auto -- the Signal system had

14   an auto delete.  The Facebook forms were not

15   adequate to produce Facebook information.

16   You don't remember the Discord handle that

17   you used.  You don't know if you produced the

18   Proton password.  The VK site says, you said

19   in your own words you deleted emails, and the

20   text messages mostly that have been produced

21   are from Mr. Hill.

22             MR. JONES:  Object to the form of

23        the question, if it is a question.

24   BY MR. LEVINE:

25        Q.   Have you taken any steps with your

1          MICHAEL R. TUBBS

2    lawyer to try to produce documents that you

3    were required to produce in this case?

4          A.   I've taken extensive steps under the

5    directions of my attorney to recover as much

6    information as possible from the sources that

7    you cited.  I've tried to provide passwords

8    and I have contacted Facebook and ProtonMail

9    in efforts to bring up old accounts, and my

10   attorney can confirm this.

11         Q.   Finally, Mr. -- Mr. Tubbs, you were

12   in the military, correct?

13         A.   Yes, I was.

14         Q.   And in the U.S. Army?  Did you

15   enlist?

16         A.   Yes, I did.

17         Q.   And what was your highest rank?

18         A.   E-7.

19         Q.   And were you a Green Beret?

20         A.   I was a Special Forces Soldier, yes.

21         Q.   And did you have an honorable

22   discharge?

23         A.   I had a general discharge.

24         Q.   When was that?

25         A.   Approximately 1990.

Confidential

1              MICHAEL R. TUBBS

2       Q.   And do you have any convictions for

3   misdemeanors or felonies?

4       A.   Yes, I do.

5       Q.   What's the oldest one that you have?

6       A.   I have two of them, and both of them

7   occurred at the same time.  Those are the

8   only charges I've ever received.  It was in

9   1990.

10      Q.   And did you go to trial or did you

11  plead guilty?

12      A.   I pled guilty.

13      Q.   And were they to federal charges or

14  state charges?

15      A.   They were federal charges.

16      Q.   What statute did you plead guilty

17  to?

18      A.   Theft of government property and a

19  conspiracy charge.

20      Q.   Were there other people charged with

21  you in the conspiracy charge?

22      A.   Yes.

23      Q.   Did they plead guilty or did they go

24  to trial?

25      A.   They pled guilty even though they

1           MICHAEL R. TUBBS

2    were found unindictable by a grand jury.

3         Q.   Did you ever testify before the

4    grand jury in that investigation?

5         A.   No.

6         Q.   Did you ever testify at a trial

7    after you pled guilty?

8         A.   No.

9         Q.   What statute did you -- do you

10   recall the statute besides the conspiracy

11   statute that you pled guilty to?

12        A.   The exact charge was conspiracy to

13   transport in interstate commerce unregistered

14   firearms and explosive devices.

15        Q.   And did you end up serving a

16   sentence?

17        A.   Yes, I did.

18        Q.   For how long did you serve?

19        A.   Approximately four and a half years.

20        Q.   Where?

21        A.   Two federal correctional

22   institutions, one at Tallahassee, Florida,

23   and one in Jesup, Georgia.

24        Q.   How long were you in the Army, sir?

25        A.   Approximately 13 years.

Page 216

1           MICHAEL R. TUBBS

2       Q.    And did you serve overseas?

3       A.    Yes, I did.

4       Q.    Where?

5       A.    Europe, Caribbean, North Africa,

6   Middle Asian.

7       Q.    What's Knights of the New Order?

8       A.    That was a fictitious organization

9   that never existed.

10      Q.    And was that a fictitious

11  organization that you created?

12      A.    Yes.

13      Q.    And did that fictitious organization

14  have targets of people that it was going to

15  focus on?

16      A.    No.   That's a newspaper fabrication.

17      Q.    Did the newspaper say that the

18  targets included businesses owned by Jews and

19  black people?

20      A.    Yes, the newspaper did fabricate

21  that story.

22      Q.    And was there a search done of your

23  premises at the time of your arrest?

24      A.    Yes.

25      Q.    And were weapons found in your --

1            MICHAEL R. TUBBS

2    was it your home?

3        A.   No weapons were found in my home.

4        Q.   Where was the search performed?

5    Withdrawn.

6            Were you in the service when this

7    arrest took place?

8        A.   Yes.

9        Q.   So were the -- what was found in the

10   search?

11       A.   There were numerous searches at

12   numerous locations, and basically the items

13   fell under the category described earlier as

14   unregistered firearm explosives and

15   destructive devices.

16       Q.   Did they include Soviet AR-15?

17       A.   There's no such thing as a Soviet

18   AR-15.  You're probably being misled by

19   another newspaper fabrication.

20       Q.   What weapons were found, sir?

21       A.   Rifles, shotguns, machine guns,

22   submachine guns, pistols.

23       Q.   Had you sold or tried to sell any of

24   those firearms in the United States?

25       A.   No.  That was a question asked by

1                    MICHAEL R. TUBBS

2    the federal government.  I told them no at

3    that time as well.

4         Q.   What -- what did you acquire those

5    firearms and explosives for?

6         A.   I didn't have a particular purpose.

7    Otherwise the purpose would have been

8    demonstrated.

9         Q.   When you were arrested or at some

10   point did you identify -- did you say this is

11   for the Klan?

12        A.   No.  That is another newspaper

13   fabrication.

14        Q.   Did you ever identify the weapons

15   that you had in your possession as being

16   associated with your White Nationalist

17   activities or your Southern Nationalist

18   activities?

19        A.   I was not a Southern Nationalist at

20   that time and I never shared knowledge of

21   those items with anybody.

22        Q.   But you said there were people

23   convicted with you in a conspiracy charge.

24        A.   That is correct.

25        Q.   So in order to plead guilty to a

Page 219

1           MICHAEL R. TUBBS

2   conspiracy charge, the judge asked you who

3   you conspired with.  Who did you testify in

4   your allocution that you conspired with?

5       A.   I did not testify that I conspired

6   with anybody.  The ATF asked me if I had

7   thanked anybody for assisting me while I was

8   overseas, and I told them I said, "Thank

9   you," and that was enough for me to be

10  charged with a conspiracy charge.

11      Q.   Well, when you appeared before the

12  judge to plead guilty, do you recall that?

13      A.   Yes.

14      Q.   And do you recall if the judge asked

15  you when you pled guilty what you did that

16  would make you believe that you were guilty?

17  Do you recall that question?

18      A.   I don't recall it.

19      Q.   It's a standard question asked

20  anyone pleading guilty to a federal offense.

21  You would have been asked what you did that

22  made you believe that you were guilty.  What

23  did you tell the judge -- or who did you

24  identify for the judge that you conspired

25  with in order to plead guilty to conspiracy?

1          MICHAEL R. TUBBS

2          MR. JONES:  Objection.  Asked and

3      answered.

4    BY MR. LEVINE:

5      Q.   Answer, please.

6      A.   I did not tell the judge that I

7    conspired with anybody, to the best of my

8    memory.

9      Q.   You had to identify someone, sir.

10   You couldn't have taken a plea to conspiracy

11   without it.

12     A.   These people were identified without

13   any help from --

14          MR. JONES:  I'm going to object --

15      just a minute, Mr. Tubbs.  I'm going to

16      object.  It's argumentative.

17   BY MR. LEVINE:

18     Q.   You can answer, Mr. Tubbs.

19          MR. JONES:  Was it a question?

20      Repeat the question.

21   BY MR. LEVINE:

22     Q.   Who did you identify, sir, if you

23   can recall, that you engaged in the

24   conspiracy with?

25          MR. JONES:  Objection.  Asked and

Confidential

1           MICHAEL R. TUBBS

2      answered.  This is the fourth time

3      you've asked the same question.

4           MR. LEVINE:  Because I haven't

5      gotten an answer yet, Mr. Jones.

6           THE WITNESS:  I did not have to

7      identify anyone.  The federal government

8      had already identified these people.

9  BY MR. LEVINE:

10     Q.   Who did the federal government --

11 who did the prosecutor identify to the judge

12 while you were standing there were the people

13 that you conspired with?

14     A.   I don't recall that being the

15 situation.  It's been a very, very long time,

16 but it was two friends and a family member.

17     Q.   And where were the friends from?

18     A.   Jacksonville.

19     Q.   Do you know their names?

20     A.   I do.

21     Q.   What are their names?

22     A.   Why do I need to divulge that

23 information?

24     Q.   I'm asking you a question, sir,

25 that's not privileged.  This -- this

Page 222

1                    MICHAEL R. TUBBS

2    transcript is actually sealed until it's

3    unsealed, and your lawyer can insist that

4    this piece remain sealed if he chooses to do

5    so.  You have to answer the question, sir.

6        A.   I have to answer this question?  Is

7    that what --

8             MR. LEVINE:  Mr. Jones, can I get an

9        answer to the question, please?

10            MR. JONES:  Sir, you're asking

11       Mr. Tubbs to answer the question?

12            MR. LEVINE:  Yes, I am.  And all

13       counsel know that there's a

14       confidentiality order that applies to

15       all these depositions and that after a

16       period of time the confidentiality order

17       is lifted unless a counsel decides it's

18       not to be lifted, and then we discuss

19       it.

20   BY MR. LEVINE:

21       Q.   So Mr. Tubbs, you have no concern

22   here of this -- of this transcript and this

23   part being released unless you have no

24   objection ultimately to that happening.

25            MR. JONES:  Do we have a good-faith

```
 1          MICHAEL R. TUBBS

 2    basis for why this would lead to

 3    discoverable information relevant to

 4    this case?

 5          MR. LEVINE:  I'm entitled to ask him

 6    about his background and convictions

 7    like this kind of conviction where the

 8    underlying facts reported in newspapers

 9    relate to white supremacy activities,

10    yes, I do have a good faith reason.

11          THE WITNESS:  The two individuals

12    that were charged with conspiracy were

13    not White Supremacists.  They were

14    merely friends who were trying to help

15    me out while I was deployed overseas.

16    Their lives have been ruined 30 years

17    ago because of this.  And you want me to

18    tell me their names?

19          MR. LEVINE:  Please, Mr. Jones,

20    instruct your client to answer the

21    question.

22          MR. JONES:  If you need a break so I

23    can talk to my client, we can do that.

24          MR. LEVINE:  Sure.  You know what?

25    I'll do better than that.  I'm going to
```

Page 224

```
 1              MICHAEL R. TUBBS

 2      adjourn the deposition.  We're done for

 3      the day, and you confer with your client

 4      and you can provide me with the

 5      disclosure by letter.

 6              MR. JONES:  Understood.  Thank you,

 7      sir.

 8              MR. LEVINE:  And I'd like that

 9      disclosure within 30 days of your

10      receipt of the draft of the transcript.

11              THE WITNESS:  And can you repeat,

12      sir, exactly what information that you'd

13      like to have?

14              MR. LEVINE:  I'd like to know the

15      names of the individuals, the two

16      friends and the family that were your --

17      were identified as coconspirators in the

18      charge that you pled guilty to.

19              THE WITNESS:  Yes, sir.  Can I

20      provide that information to my attorney

21      and have him send it to you?

22  BY MR. LEVINE:

23      Q.   That's exactly what I said,

24  Mr. Tubbs.  That's exactly what I said.

25      A.   I just wanted to be clear, sir.
```

Confidential

1                MICHAEL R. TUBBS

2       Q.   Directly.  Sir, you don't send

3   anything to me directly.  You send the

4   material to your lawyer and I communicate

5   with Mr. Jones.

6       A.   My apologies for not knowing the

7   proper channels, sir.

8       Q.   No apology necessary.  Thank you

9   for -- close the deposition at 3:34 p.m.

10            THE VIDEOGRAPHER:  The time is

11       3:34 p.m.  We're off the record.

12            CERTIFIED STENOGRAPHER:  Mr. Bryan,

13       do you need a copy of the transcript --

14            MR. JONES:  Yes, I don't need --

15            MR. LEVINE:  Oh wait.  Oh wait.

16       Madam reporter, go back on the record

17       for one second please.

18            THE VIDEOGRAPHER:  Want me to go on

19       video as well or just the reporter?

20            MR. LEVINE:  No, we don't need

21       video.

22            THE VIDEOGRAPHER:  Okay.

23            MR. LEVINE:  Mr. Tubbs raised

24       questions earlier in the day about

25       Exhibit 18, which was a YouTube video

Confidential

1          MICHAEL R. TUBBS

2    and identified as a YouTube video for

3    August 12th, 2017, and he said in his

4    testimony that if we, the plaintiffs,

5    had only not cut off the video, and let

6    it run until five minutes into the video

7    that we would see whatever events he was

8    suggesting were in the video.  And I

9    represent to Mr. Tubbs and to you,

10   Mr. Jones, that the exhibit that we were

11   referring to, this Exhibit 18, it's a

12   YouTube video as it was identified.

13   That video on YouTube was 25 seconds

14   long.  We played the entire video during

15   this deposition.  I do not know the

16   video that Mr. Tubbs is talking about,

17   and I ask you to produce that video to

18   us.  Thank you.  Nothing further.

19        MR. JONES:  Yes, please do prepare

20   and send a transcript.  I don't need it

21   rushed.  I can just have it sort of

22   standard.

23        CERTIFIED STENOGRAPHER:  Do you need

24   a rough draft?

25        MR. JONES:  No.

Confidential

1           MICHAEL R. TUBBS

2           CERTIFIED STENOGRAPHER:  Thank you.

3           MR. CAMPBELL:  Madam Court Reporter,

4      this is Dave Campbell.  I don't need to

5      order at this time.

6           CERTIFIED STENOGRAPHER:  Okay.

7      Thank you.

8           MR. CAMPBELL:  Thank you.

9           MR. KOLENICH:  Jim Kolenich, I'll

10     also pass at this time.

11           (Concluded at 3:37 p.m.)

12

13

14      _____

15           MICHAEL R. TUBBS

16

17   Subscribed and sworn to before me

18   this ___ day of _____, 2020.

19

20   _____

21   (Notary Public)

22

23   My Commission expires:_____

24

25

1                    CERTIFICATE OF OATH

2

3    STATE OF FLORIDA

4    COUNTY OF POLK

5

6              I, the undersigned authority,

7    certify that MICHAEL R. TUBBS remotely appeared

8    before me and was duly sworn.

9

10             WITNESS my hand and official seal

11   this 25th day of June, 2020.

12

13

14

15   _____

16   Rhonda Hall-Breuwet, RDR, CRR, LCR, CCR, FPR

17   Notary Public - State of Florida

18   My Commission Expires:  9/28/23

19   Commission No. GG 360849

20

21

22

23

24

25

```
 1             C E R T I F I C A T E

 2  STATE OF FLORIDA:

 3

 4             I, RHONDA HALL-BREUWET, RDR, CRR,

 5  LCR, CCR, FPR, stenographic shorthand reporter,

 6  do hereby certify:

 7             That the witness whose deposition is

 8  hereinbefore set forth was duly sworn, and that

 9  such deposition is a true record of the

10  testimony given by such witness.

11             I further certify that I am not

12  related to any of the parties to this action by

13  blood or marriage, and that I am in no way

14  interested in the outcome of this matter.

15             IN WITNESS WHEREOF, I have hereunto

16  set my hand this 25th day of June, 2020.

17

18  _____

19     RHONDA HALL-BREUWET, RDR, CRR, LCR, CCR, FPR

20     Stenographic Shorthand Reporter

21

22

23

24

25
```

Page 230

1    NAME OF CASE:

2    DATE OF DEPOSITION:

3    NAME OF WITNESS:

4    Reason Codes:

5         1.  To clarify the record.

6         2.  To conform to the facts.

7         3.  To correct transcription errors.

8    Page _____ Line _____ Reason _____

9    From _____ to _____

10   Page _____ Line _____ Reason _____

11   From _____ to _____

12   Page _____ Line _____ Reason _____

13   From _____ to _____

14   Page _____ Line _____ Reason _____

15   From _____ to _____

16   Page _____ Line _____ Reason _____

17   From _____ to _____

18   Page _____ Line _____ Reason _____

19   From _____ to _____

20   Page _____ Line _____ Reason _____

21   From _____ to _____

22   Page _____ Line _____ Reason _____

23   From _____ to _____

24

25                              _____