Page 1

1                    R. (Ike) Baker, f/n/a Isaacs

2  UNITED STATES DISTRICT COURT

3  FOR THE WESTERN DISTRICT OF VIRGINIA

4  CHARLOTTESVILLE DIVISION

5  ------------------------------x

6  ELIZABETH SINES, et al.,

7                 Plaintiffs,           Civil Action No.

8            v.                         3:17-cv-00072-NKM

9  JASON KESSLER, et al.,

10                Defendants.

11 ------------------------------x

12

13

14           VIDEOCONFERENCE DEPOSITION OF

15           ROBERT (IKE) BAKER, f/n/a ISAACS

16                  McKee, Kentucky

17               Friday, June 12, 2020

18

19 Reported by:

20 DEBORAH C. FUREY, RPR, CLR, CRI

21 JOB NO. 180541

22

23

24

25

1          R. (Ike) Baker, f/n/a Isaacs

2

3

4

5                   June 12, 2020

6                    9:36 a.m.

7

8

9          Videoconference Deposition of ROBERT (IKE)

10   BAKER, f/n/a ISAACS, held remotely, before Deborah C.

11   Furey, a Registered Professional Reporter, Certified

12   LiveNote Reporter, and Notary Public of the states of

13   Ohio and Kentucky.

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                    R. (Ike) Baker, f/n/a Isaacs

 2   APPEARANCES:

 3   COOLEY

 4   Attorneys for Plaintiffs

 5   55 Hudson Yards

 6   New York, New York 10001

 7   BY:  AMANDA LIVERZANI, ESQUIRE

 8   BY:  GEMMA SEIDITA, ESQUIRE

 9

10   DUANE, HAUCK, DAVIS, GRAVATT & CAMPBELL

11   Attorneys for Defendant James Alex Fields, Jr.

12   100 West Franklin Street

13   Richmond, Virginia 23220

14   BY:  DAVID CAMPBELL, ESQUIRE

15

16   BRYAN J. JONES

17   Attorneys for Robert (Ike) Baker, f/n/a Isaacs

18   106 West South Street

19   Charlottesville, Virginia 22902

20   BY:  BRYAN JONES, ESQUIRE

21

22   ALSO PRESENT:

23   Julie Ruse, Cooley

24   Lem Lattimer, Videographer

25
```

```
 1                   R. (Ike) Baker, f/n/a Isaacs

 2           THE VIDEOGRAPHER:  Good morning

 3      counselors, my name is Lem Lattimer.  I'm a

 4      legal videographer in association with TSG

 5      Reporting.

 6           Due to the severity of COVID-19 and

 7      following the practice of social distancing,

 8      I will not be in the same room with the

 9      witness.  Instead, I will record this

10      videotaped deposition remotely.

11           The reporter, Deborah Furey, also will

12      not be in the same room and will swear the

13      witness in remotely.

14           Do all parties stipulate to the validity

15      of this video recording and remote swearing,

16      and that it will be admissible in the

17      courtroom, as if it had been taken following

18      the Rule 30 of the Federal Rules of Civil

19      Procedure and the state's rules where this

20      case is pending.

21           MR. JONES:  Yes.

22           MR. CAMPBELL:  I agree to the

23      stipulation, as well.

24           THE WITNESS:  I'll agree to the

25      stipulation also.
```

1          R. (Ike) Baker, f/n/a Isaacs

2          THE VIDEOGRAPHER:  This is the start of

3      media labeled Number 1 of the video recorded

4      deposition of Robert Baker, in the matter of

5      Elizabeth Sines, et al. vs.  Jason Kessler,

6      et al, on June the 12th, 2020 at approximately

7      9:35 a.m.

8          All appearances are noted on the record.

9          Will the court reporter please swear in

10     the witness?

11  R O B E R T  (I K E)  B A K E R,

12          called as a witness, having been first

13       duly sworn by a Notary Public, was

14       examined and testified as follows:

15  EXAMINATION

16  BY MS. LIVERZANI:

17     Q.    Would you please state and spell your

18  name for the record?

19     A.    Would you repeat that, please?

20     Q.    Would you please state your name and

21  spell it for the record?

22     A.    Robert Baker, R-o-b-e-r-t, Baker,

23  B-a-k-e-r.

24     Q.    Good morning, Mr. Baker.  My name is

25  Amanda Liverzani.  I'm with the law firm Cooley,

1                    R. (Ike) Baker, f/n/a Isaacs

2    LLC, and I represent the plaintiffs in Sines v.

3    Kessler.

4              Have you ever been deposed before?

5    A.      One time many years ago.

6    Q.      What case was that for?

7    A.      It was a credit matter when I lived in

8    another state, some time in the very early 1980s.

9    Q.      And were you a party in that case?

10   A.      Yes, I was.

11   Q.      Did you testify on your own behalf?

12   A.      Yes, I did.

13   Q.      Have you ever testified in court?

14   A.      Never.

15   Q.      The court reporter is transcribing

16   everything that is being said, so please speak

17   slowly and clearly so the court reporter can

18   record everything that is said.

19             Do you understand?

20   A.      Yes, I do.

21   Q.      Please wait until I finish my question

22   before you begin to answer, so it's easier for the

23   court reporter to take down what everybody is

24   saying.

25             It's important that you give verbal

1                    R. (Ike) Baker, f/n/a Isaacs

2    responses so that the court reporter can record

3    them.

4            Do you understand?

5    A.    Yes, I do.

6    Q.    If you don't understand a question as I

7    phrased it, please let me know and I'll do my best

8    to rephrase it.

9            If you don't tell me that you don't

10   understand, I'll assume that you do understand.

11           Does that make sense?

12   A.    Yes, it does.

13   Q.    There may be objections from counsel

14   here today or on the telephone, and these

15   objections are for the record.  You still must

16   answer the question, even if you don't like the

17   question.

18           Do you understand?

19   A.    Yes, I do.

20   Q.    Do you understand that you're sworn to

21   tell the truth at this deposition today?

22   A.    Yes, I do.

23   Q.    Is there any reason why you would not be

24   able to testify truthfully and accurately?

25   A.    No, there is not.

1              R. (Ike) Baker, f/n/a Isaacs

2          MS. LIVERZANI:  Can we please put Tab 1

3      on the screen?

4                  (Exhibit 1 First Amended Complaint,

5                  Elizabeth Sines, et al., vs. Jason

6                  Kessler, et al., no Bates stamps,

7                  was marked for the purposes of

8                  identification.)

9          MS. LIVERZANI:  Can you please scroll

10     down?

11          This will be Exhibit 1 on the record.

12     Q.    Mr. Baker, do you recognize this

13     document?

14     A.    Am I expected to be reading this?

15     Q.    Would you please scroll up to the first

16     page?

17     A.    I believe I can surmise what it is, but

18     I have never seen it before.

19     Q.    This is the second (sic) amended

20     complaint in this case.

21          Have you read this document?

22     A.    No, I have not.

23     Q.    Has anyone shown it to you before now?

24     A.    No.

25     Q.    Are you familiar with this litigation,

1                       R. (Ike) Baker, f/n/a Isaacs

2     Sines v. Kessler?

3          A.      Please define "familiar" for me.

4          Q.      Prior to being noticed for this

5     deposition, were you aware of the case?

6          A.      Yes.

7          Q.      How did you become aware of the case?

8          A.      It's fairly widespread knowledge.

9          Q.      Did you learn about it from another

10    defendant in this case?

11         A.      I don't recall where I learned about it.

12    But, by taking your definition of familiar, I

13    would say I am familiar.

14         Q.      Do you know any of the defendants in

15    this case personally?

16         A.      Here again, I'm going to ask you to

17    define "know."

18         Q.      Have you previously spoken to any of the

19    defendants in this case?

20         A.      Yes.

21         Q.      Did you speak with them about this

22    lawsuit?

23         A.      No.

24         Q.      Did you do anything to prepare for

25    today's deposition?

1                R. (Ike) Baker, f/n/a Isaacs

2     A.    I spoke with our attorney, Mr. Jones.

3     Q.    How many times did you speak with him?

4     A.    We had three conversations.

5     Q.    And approximately how long were those

6  conversations?

7     A.    I would say the first one was reasonably

8  short, probably no more than ten minutes.  The

9  second was possibly 20 minutes.  The third was --

10  I would say on the order of 30 minutes.

11     Q.    Did you review any documents in

12  preparation for this deposition?

13     A.    No.

14     Q.    Can you please state your full legal

15  name?

16     A.    Robert Isaac Shelby Baker.

17     Q.    Have you ever had a different legal

18  name?

19     A.    Yes.

20     Q.    What was that?

21     A.    Robert Isaacs.

22     Q.    What prompted you to change your name?

23     A.    The reason I gave on the petition is the

24  reason I chose to do it, I wanted to pay honor to

25  an ancestor of that name.

1                    R. (Ike) Baker, f/n/a Isaacs

2        Q.    Have you ever gone by any other names or

3    aliases?

4        A.    No.

5        Q.    Any nicknames?

6        A.    The name that was described earlier,

7    Ike.

8        Q.    Where did you grow up, Mr. Baker?

9        A.    Do you mean what state?

10       Q.    Yes.

11       A.    Partly in Kentucky, partly in Florida.

12       Q.    Have you ever lived anywhere else, aside

13   from Kentucky and Florida?

14       A.    No.

15       Q.    You've never lived in Charlottesville,

16   Virginia, correct?

17       A.    That is correct.

18       Q.    What is the highest level of education

19   you've received?

20       A.    Some college.

21       Q.    Where did you go to college?

22       A.    South Florida.

23       Q.    And what did you study there?

24       A.    General studies.

25       Q.    Did you graduate?

1                    R. (Ike) Baker, f/n/a Isaacs

2       A.    No.

3       Q.    What do you do for work currently?

4       A.    I'm self-employed.

5       Q.    What's the nature of your employment?

6       A.    I raise cattle.

7       Q.    Have you ever served in the military?

8       A.    Yes.

9       Q.    What branch?

10      A.    The Marine Corps.

11      Q.    What were your ranks?

12      A.    I successfully fulfilled every

13   contractual obligation that I accepted to the U.S.

14   military and I received an honorable discharge.

15      Q.    Did you serve overseas?

16      A.    I successfully fulfilled every

17   obligation of the contracts to the U.S. military

18   and I received an honorable discharge.

19      Q.    Are you declining to answer whether you

20   served overseas?

21      A.    I successfully fulfilled every

22   obligation that I incurred to the U.S. military

23   and I received an honorable discharge.

24      Q.    Were you ever written up or disciplined

25   during your time at in the military?

```
 1                      R. (Ike) Baker, f/n/a Isaacs

 2       A.    I success fulfilled my obligations to

 3    the U.S. military and I received an honorable

 4    discharge.

 5             MS. LIVERZANI:  Can we please pull up

 6       Tab Number 7?  Ms. Ruse, if you could show

 7       Tab 7-A.

 8                      (Exhibit 2 Plaintiffs, 2019 Podcast

 9                       Audio and Transcript, Baker,

10                       Website Christogenea, no Bates

11                       stamps, was marked for the purposes

12                       of identification.)

13    BY MS. LIVERZANI:

14       Q.    Mr. Baker, did you appear on a podcast

15    for the website Christogenea in 2019?

16       A.    Yes, I did.

17       Q.    I'm going to play a portion of that

18    podcast for you and I'm also going to put a

19    transcript on the screen as a demonstrative, so we

20    can easily see what is spoken.

21             If you disagree with anything that's in

22    the transcript on the screen, please let us know.

23             Do you understand?

24       A.    Yes.

25             MS. LIVERZANI:  Ms. Ruse, can we please
```

1           R. (Ike) Baker, f/n/a Isaacs

2    play Clip 7-B.  And the corresponding

3    transcript is 7-B, as well.

4         (Audio recording played as follows:)

5         "I recall living in a squad bay at base

6         in California where we had a common laundry

7         area between two big squad bays.  That's a

8         barracks, in other words, and you were

9         responsible for doing your own laundry.  No

10        big deal.  And I went in there one evening

11        and some of my laundry was missing.  Okay.

12        Well, you know, thieves are everywhere,

13        right.  A day later I seen this buck,

14        this useless, sullen-faced, dead-eyed

15        nigger wearing my T-shirt from a gym in my

16        hometown.  This is an incredible

17        coincidence.  I, of course, confronted

18        him and he swore because they lie like they

19        breathe that his daddy had got him that and

20        what city is it from.  He didn't know, it

21        said it right on it.  I ripped it off him,

22        ended up that was one of my first of

23        several write-ups."

24   Q.   Is that you speaking, Mr. Baker?

25   A.   Yes.

1                    R. (Ike) Baker, f/n/a Isaacs

2        Q.    By "useless, sullen faced, dead-eyed

3    nigger," were you referring to an African

4    American?

5        A.    Yes.

6        Q.    And when you say, "lie like they

7    breathe" -- I'm sorry.

8              When you say, "He swore, because they

9    lie like they breathe," are you referring to

10   African Americans?

11       A.    I don't recall what was in my mind when

12   I said that on that podcast.

13       Q.    Is it correct, Mr. Baker, that you were

14   reprimanded in the military for assaulting an

15   African American man?

16       A.    No.

17       Q.    Have you ever been arrested?

18       A.    One time as an adult, one time as a

19   juvenile.

20       Q.    What were you arrested for as a

21   juvenile?

22       A.    Which time?

23       Q.    Were you arrested multiple times when

24   you were a juvenile?

25       A.    Oh, I misunderstood.  I didn't hear you

1                    R. (Ike) Baker, f/n/a Isaacs

2      say juvenile.

3             I don't recall what the specific charge

4      was, but the incident was riding around with some

5      friends while we were skipping school, the morning

6      after a football jamboree, in the spring of -- I

7      believe it was 1977.

8         Q.    What were you arrested for when you were

9      an adult?

10        A.    I encountered a sheriff's deputy in Palm

11     Beach County, Florida, and unbeknownst to me,

12     there was a warrant for me, stemming from an

13     incident that happened in Deerfield Beach,

14     Florida.  I had committed assault, and I was

15     arrested and bonded out the next morning, and I --

16     the charges were dropped eventually.

17        Q.    Who was the individual you allegedly

18     assaulted?

19        A.    I don't recall his name.  It happened at

20     a roller skating rink.  This was many years ago,

21     so my memory may not be flawless.

22             He had -- while I was in the men's room,

23     he had induced my girlfriend at the time to skate

24     with him on the skating floor.  And in the process

25     of showing off, he knocked her down and she was

1                    R. (Ike) Baker, f/n/a Isaacs

2    unconscious.  And I committed a simple assault.

3              Interestingly, I did it in the presence

4    of two or three sheriff's deputies.  They did not

5    detain me at all.

6              However, the individual did swear out a

7    warrant against me, which I was not aware of for

8    probably a two-year period, because I don't

9    actually have adverse encounters with law

10   enforcement very often.

11      Q.    Are you familiar with the organization

12   League of the South?

13      A.    Please repeat that?  I missed the

14   beginning.

15      Q.    Are you familiar with the organization

16   League of the South?

17      A.    Here again, I'm going to ask for a

18   simple clarification of "familiar," ma'am.

19      Q.    Have you heard of League of the South?

20      A.    Yes.

21      Q.    Are you a member of the League?

22      A.    I'm going to ask you to clarify

23   "member."

24      Q.    Are you affiliated with the league in

25   any way?

1                    R. (Ike) Baker, f/n/a Isaacs

2      A.    Yes.

3      Q.    Can you describe the nature of your

4    affiliation?

5      A.    Based on your clarification, I'm a

6    member.

7      Q.    Do you hold any formal role in the

8    league?

9      A.    Currently I do.

10      Q.    What is that role?

11      A.    Chief of operations.

12      Q.    When did you become chief of operations?

13      A.    I believe it was September of 2017.

14      Q.    Did you have a position in the League

15    before that?

16      A.    No.

17      Q.    Who appointed you chief of operations?

18      A.    Michael Hill.

19      Q.    Did you report to anyone as chief of

20    operations?

21      A.    I'm going to ask you the clarify

22    "report," please.

23      Q.    Did you receive assignments from anyone

24    as chief of operations?

25      A.    Yes.

1                    R. (Ike) Baker, f/n/a Isaacs

2        Q.    Who did you receive assignments from?

3        A.    Michael Hill.

4        Q.    When you completed those assignments,

5   did you report back to Mr. Hill?

6        A.    Yes.

7        Q.    While you were in the process of doing

8   those assignments, did you report on the progress

9   to Mr. Hill?

10       A.    No.

11       Q.    Is there anyone else at the League that

12  you report to?

13       A.    Not formally, although as a courtesy,

14  yes.

15       Q.    And who were those individuals?

16       A.    Michael Tubbs.

17       Q.    Anyone else?

18       A.    No.

19             MS. LIVERZANI:  Will you please pull up

20       Tab 3?

21                  (Exhibit 3 Plaintiffs, Core Beliefs

22                  Statement of the League of the

23                  South, 6-1-2020, no Bates stamps,

24                  was marked for the purposes of

25                  identification.)

1                    R. (Ike) Baker, f/n/a Isaacs

2              (Discussion held off the record.)

3    BY MS. LIVERZANI:

4         Q.    So this is Tab 3 what will be Exhibit 3.

5              Do you recognize this document?

6         A.    No, I actually do not.

7         Q.    Are you familiar with the League of the

8    South's website?

9         A.    Yes.

10        Q.    This is a screen capture from the League

11   of the South website, and the page is the "Core

12   Relief statement of the League of the South."

13             Are you familiar with the League of the

14   South's core relief statement?

15        A.    I've never actually seen this before.

16             MS. LIVERZANI:  Can we please scroll

17   down?

18        Q.    I can direct your attention to the first

19   paragraph, the bolded text, which says, "The

20   League of the South adopted the following

21   statement of purpose:  'We seek to advance the

22   cultural, social, economic and political

23   well-being and independence of the Southern people

24   by all honorable means.'"

25        A.    It just came into focus, I see it now.

1                     R. (Ike) Baker, f/n/a Isaacs

2   Yes, I am familiar with that phrase, I just had

3   never seen it on this page.

4        Q.    Do you agree that that is the mission of

5   the League of the South?

6        A.    Speaking for myself, yes.

7        Q.    Do you have any reason to believe that

8   Michael Hill does not hold those beliefs?

9        A.    I can only speak for myself.  I can't

10  speak for Michael Hill.

11       Q.    Do you have any reason to believe the

12  League of the South does not embody these beliefs?

13       A.    Again, I can only speak for myself.  I

14  cannot speak for an organization or any other

15  individual.

16       Q.    And if an individual was to approach you

17  and ask you what the mission of the League of the

18  South is, what would you say?

19       A.    I would probably simply give our motto

20  which is for the southern people.

21       Q.    Who are the southern people?

22       A.    Generally speaking, I need you to define

23  southern people for me, please, so I know what it

24  is you're asking for.

25       Q.    You just said that when you told people

1                    R. (Ike) Baker, f/n/a Isaacs

2      the purpose of the League of the South, it was --

3      I'm sorry -- I don't have the record in front of

4      me.

5                    Could the court reporter please read

6      back the record of Mr. Hill's answer?

7                    MS. LIVERZANI:  Off the record.

8                    THE VIDEOGRAPHER:  It's 9:57 a.m.  We're

9          off the record.

10                        (Recess taken from 9:57 a.m. to

11         10:02 a.m.)

12                    THE VIDEOGRAPHER:  The time is 10:02

13         a.m.  We're on the record.

14     BY MS. LIVERZANI:

15         Q.    Mr. Baker, a moment ago I asked you if

16     an individual was to approach you and ask you what

17     the mission of the League of the South is, what

18     would you say.

19                    Your response was, "I would probably

20     simply give our motto which is for the southern

21     people."

22                    Was that your testimony?

23         A.    Yes.

24         Q.    What are the southern people?

25         A.    Southern people, to me as an individual,

1                     R. (Ike) Baker, f/n/a Isaacs

2    are the descendents of the founding stock of the

3    American southeastern states.  That would be my

4    answer.

5         Q.    What do you mean by "founding stock"?

6         A.    The individuals who came here from

7    across the ocean and settled the wilderness and

8    founded a civilization.

9         Q.    Can you please pull up Tab 4, which will

10   also be Exhibit 4?

11                    (Exhibit 4 Plaintiffs, The League

12                    on Unite the Right, 8-13-18, no

13                    Bates stamps, was marked for the

14                    purposes of identification.)

15        Q.    I want to direct your attention to the

16   fourth paragraph.

17               Are you able to see that, Mr. Baker?

18        A.    Is that the paragraph that begins "A

19   case in point"?

20        Q.    It's the one below that, that begins --

21        A.    Okay.  I didn't count as you scrolled.

22   So it's the paragraph that begins "Some on both"?

23        Q.    Yes.  Can you please read that?

24        A.    Oh, God.  I'm reading it now.

25               Okay.  I've read it.

1                         R. (Ike) Baker, f/n/a Isaacs

2       Q.     The sentence starting with "Rather"?

3       A.     The sentence starting with what?

4       Q.     "Rather."

5       A.     "Rather," I see it.

6       Q.     It says, "Rather, we see ourselves as

7    the heart and soul of the Hard Right."

8              Is "we" there referring to the League of

9    the South?

10      A.     I can't speak to what that means.   I

11   didn't write this.

12      Q.     As a member of the League of the South,

13   do you generally believe in the same ideas that

14   the League does?

15      A.     Which ideas are you speaking of?

16      Q.     Mr. Baker, do you share any beliefs with

17   the League of the South?

18      A.     I would say that I do, yes.

19      Q.     And what beliefs do you share with the

20   League of the South?

21      A.     To promote the interest of the southern

22   people by all honorable means possible.

23             MS. LIVERZANI:  If you'll scrowl down --

24      oh, you don't need to scroll down.

25      Q.     The bottom of the exhibit says, "Michael

1                    R. (Ike) Baker, f/n/a Isaacs

2    Hill."

3             That is an individual you report to at

4    the League of the South, correct?

5        A.    That's correct.

6        Q.    Michael Hill wrote this post on the

7    League of the South website, is that correct?

8        A.    It's his name at the bottom.  I'm going

9    to assume that he did.  I don't recall seeing

10   this.

11       Q.    Do you have any reason to believe

12   Michael Hill did not write this post on the League

13   of the South website, with his name on the bottom

14   of the page?

15       A.    I'm not asserting that he didn't write

16   this.  I'm just informing you that I'm not

17   familiar with this.

18       Q.    Mr. Baker, that wasn't the question.

19             The question is:  Do you have any reason

20   to believe that he did not write it?

21       A.    No.

22       Q.    So when it says, "Rather, we see

23   ourselves as the heart and soul of the Hard Right,

24   an uncompromising movement of real blood and soil,

25   Southern/White nationalists who will not

1                    R. (Ike) Baker, f/n/a Isaacs

2   compromise our vision of a Southern homeland for

3   Whites.  To us, Dixie is and should be White Man's

4   Land.  We are firm on the Negro question and the

5   Jew question.  And we make no apologies to anyone

6   for what we believe or what we seek to accomplish

7   for our people."

8              Is that a view that the League of the

9   South holds?

10      A.    I know you asked me something to do with

11   what I think it is.  I didn't catch the last

12   question.  I'm sorry.

13              Would you repeat that?

14      Q.    Is that statement a view of the League

15   of the South?

16      A.    Ma'am, I can't speak for the League of

17   the South, I can only speak for myself as an

18   individual.

19      Q.    Do you hold those views?

20      A.    Yes.

21      Q.    What is the Jewish question?

22      A.    I don't know that phrase.  I can't

23   answer that.  That's not a phrase that I

24   personally use, so I don't know how that's meant.

25      Q.    Are you aware that "Jewish question" is

```
 1                    R. (Ike) Baker, f/n/a Isaacs

 2   a phrase that was used by the Nazi party?

 3       A.    No, I wasn't.

 4       Q.    Are you aware that "blood and soil" is

 5   also a phrase that was used by the Nazi party?

 6       A.    No, I wasn't.

 7       Q.    Do you consider the League anti-semitic?

 8       A.    Please define "anti-semitic."

 9       Q.    Do you believe that the League is

10   hostile towards Jews?

11       A.    I'm going to have to ask you to define

12   "hostile."

13       Q.    Do you believe the League has negative

14   views of Jews?

15       A.    I don't know.

16       Q.    Do you have negative views of Jews?

17       A.    No.

18             MS. LIVERZANI:  Can we please pull up

19       Tab 5, which will be Exhibit 5?

20                   (Exhibit 5 Plaintiffs, Video and

21                    Transcript, Michael Hill burning

22                    Israeli flag and Talmud, likely

23                    August 2018 in Tennessee, was

24                    marked for the purposes of

25                    identification.)
```

1          R. (Ike) Baker, f/n/a Isaacs

2          MS. LIVERZANI:  The video, please,

3  Ms. Ruse.

4          (Video played as follows:)

5          "We are here tonight as the League of

6  the South to put three items to the flame;

7  into the ovens of justice.

8          "One is this insidious star of Remphan

9  the symbol of the Jew.

10          "The second is the communist manifesto

11  written by Jew Karl Marx, which was

12  responsible for the deaths of over a hundred

13  million people in the 20th century.

14          "And the Talmud, the blueprint for

15  international Jewry's plan to rid the world of

16  the white race.  All of these will be

17  consigned to the flames of justice tonight.

18          "A hundred and nine times in the history

19  of the world the Jew has been banished from

20  our midst.  Lord, we ask that you make number

21  110, come soon for our Southland.

22          "We also father ask you to reveal to the

23  world that hoax that the Jew has been

24  perpetrating now for 80 years; something

25  called the Holocaust, which is nothing but a

1                    R. (Ike) Baker, f/n/a Isaacs

2        con game based on all three of these symbols.

3             "We consign these to the holy fire of

4        these ovens.  For the Gentiles of the world

5        we stand for the white race against all of our

6        enemies, particularly the Jew, and all of

7        these symbols represent that enemy, and we

8        consign them to these flames tonight."

9             (Video stopped.)

10   BY MS. LIVERZANI:

11        Q.    Mr. Baker, have you seen that video

12   before?

13        A.    Yes.

14        Q.    Is the individual speaking Michael Hill?

15        A.    Yes.

16             MS. LIVERZANI:  Ms. Ruse, can you pull

17        the video back up?  That's okay.  You can just

18        leave the first frame.

19             (Video displayed.)

20   BY MS. LIVERZANI:

21        Q.    Mr. Baker, do you recognize any other

22   individuals in this image?

23        A.    Yes.

24        Q.    Could you please identify them, starting

25   from the left?

1                    R. (Ike) Baker, f/n/a Isaacs

2        A.    The only other one I know by name

3    besides Michael Hill is the second man from the

4    left.  He looks very familiar to me.

5        Q.    Do you know who it is?

6        A.    I think I do.

7        Q.    Who is it?

8        A.    That would be me.

9        Q.    Is Michael Hill wearing a League of the

10   South polo shirt?

11       A.    It appears so.

12       Q.    Are the other men, including yourself,

13   wearing League of the South polo shirts?

14       A.    That also appears so.

15       Q.    Is Mr. Hill wearing a League of the

16   South hat?

17       A.    Yes, that also appears so.

18       Q.    The gentlemen on the left, including

19   yourself, are holding Confederate flags, correct?

20       A.    Yes.

21       Q.    And the individuals off to the right are

22   holding League of the South flags, correct?

23       A.    Yes.

24             MS. LIVERZANI:  We can pull up the

25             transcript again.

1            R. (Ike) Baker, f/n/a Isaacs

2       (Transcript displayed.)

3  BY MS. LIVERZANI:

4       Q.    If I can direct your attention to the

5  last paragraph, beginning with "We consign."

6            Mr. Hill stated, "We consign these to

7  the holy fire of these ovens for the gentiles of

8  the world.  We stand for the white race against

9  all of our enemies, particularly the Jew, and all

10  of these symbols represent that enemy."

11            Does that correctly state what Mr. Hill

12  said?

13       A.    It does seem to match the videotape,

14  yes.

15       Q.    And Mr. Hill defines enemies as

16  "including the Jew," correct?

17       A.    I want to clarify.

18       Q.    It's a yes-or-no question, Mr. Baker.

19       A.    I want to clarify.  You mean --

20       Q.    So when Mr. Hill says "enemies," does

21  that include the Jew?

22            MR. JONES:  I'm going to object.  He's

23       allowed to answer the question.

24            THE WITNESS:  I want to clarify that

25       you're asking me to confirm that that is what

1                    R. (Ike) Baker, f/n/a Isaacs

2      he said on the videotape.  Is that correct?

3      Q.    Yes.

4      A.    That is what he said on the videotape,

5   yes.

6      Q.    Was Mr. Hill speaking for the League of

7   the South?

8      A.    I can only speak for myself.  I wouldn't

9   presume to know who he was speaking for.

10      Q.    He was wearing a League of the South

11   shirt, correct?

12      A.    That is correct.

13      Q.    All of the individuals there were

14   affiliated with the League of the South, correct?

15      A.    That is correct.

16      Q.    There were League of the South flags,

17   correct?

18      A.    That is correct.

19      Q.    Do you consider yourself anti-semitic,

20   Mr. Baker?

21      A.    Did you ask me if I consider the south

22   anti-semitic?

23      Q.    Do you consider yourself anti-semitic?

24      A.    I'm going to ask you, for the purposes

25   of this question, to please clarify what you mean

```
1                    R. (Ike) Baker, f/n/a Isaacs
2    by "anti-semitic"?
3        Q.    Are you hostile towards Jews?
4        A.    No.
5        Q.    Do you believe white people are superior
6    to Jews?
7        A.    No.
8              MS. LIVERZANI:  Can we please pull up
9        Tab 7, and this will be Clip 7-C.
10                  (Exhibit 6 Plaintiffs, Audio
11                   recording and transcript, IB
12                   Christogenea, no Bates stamps, was
13                   marked for the purposes of
14                   identification.)
15             Mr. Baker, this is --
16       A.    What?
17       Q.    Mr. Baker, this is another clip from the
18   podcast that we discussed earlier, the countries
19   again I can't podcast.
20             MS. LIVERZANI:  Ms. Ruse, you can play
21       now?
22             (Video played as follows:)
23             "So I want to be clear.  I quoted, you
24       know empirical data that comes from a source
25       that's not faultless, but I don't in any way,
```

1                     R. (Ike) Baker, f/n/a Isaacs

2          shape or form think any other race on this

3          planet is our equal.  Does that make me a

4          white supremacist?  Well that is a radioactive

5          term, but I mean I got to face what I am."

6    BY MS. LIVERZANI:

7          Q.    Is that you speaking, Mr. Baker?

8          A.    Yes.

9          Q.    And when you said that you don't think

10   any other race on this planet is our equal, were

11   you referring to the white race?

12         A.    My answer a few moments ago, given under

13   oath to the question, supersedes any previous

14   statement that you allege that I've made at any

15   time.

16         Q.    So you do not believe that the white

17   race is superior to any other race on the planet?

18         A.    No.

19         Q.    Did you believe that in 2017?

20         A.    No.

21         Q.    Did you believe that in 2019, when you

22   appeared on this podcast?

23         A.    As I said, ma'am, my sworn statement, my

24   answer under oath, supersedes any previous

25   statement that I allegedly made at any time.

1                    R. (Ike) Baker, f/n/a Isaacs

2      Q.    Did you make this -- I'm sorry.

3  Continue, Mr. Baker.  I didn't mean to cut you

4  off.

5      A.    I was finished.

6      Q.    When did you join the League of the

7  South?

8      A.    I believe it was 2014.

9      Q.    Are there any requirements to join the

10 League of the South?

11     A.    I missed -- is there what?

12     Q.    Are there any requirements to join the

13 League of the South?

14     A.    Membership in the League is not my area

15 of responsibility, so I don't know the answer to

16 that.

17     Q.    Are you aware if there's any

18 interviewing done of potential members?

19     A.    I'm not aware, no.

20     Q.    Are you aware if members pay any kind of

21 initiation fee?

22     A.    Not that I'm aware of.

23     Q.    Can an African American join the League

24 of the South?

25     A.    I don't have responsibility for

1                        R. (Ike) Baker, f/n/a Isaacs

2     membership.  I don't know.

3          Q.    Can a Jew join the League of the South?

4          A.    I don't have responsibility for

5     membership.  I don't know.

6                MS. LIVERZANI:  Ms. Ruse, can you please

7          pull up Tab 7-C?

8                     (Exhibit 7 Plaintiffs, Audio

9                     recording and transcript, no Bates

10                    stamps, was marked for the purposes

11                    of identification.)

12         Q.    Mr. Baker, this is another clip from the

13    same podcast.

14               MS. RUSE:  I'm sorry, Amanda.  I believe

15         we just played C.  Do you want --

16               MS. LIVERZANI:  Sorry.  I meant D.

17               MS. RUSE:  No problem.

18               (Audio recording played as follows:)

19               "I was asked recently, would we -- would

20         we ever take the League, say, to somewhere in

21         Ohio.  Well, we are the League of the South.

22         We're probably going to confine our physical

23         activities to the south.  Although, I want to

24         be clear, I'm not the commander of the League.

25         I serve the League.  If the commander of the

```
 1                    R. (Ike) Baker, f/n/a Isaacs

 2         League directs me, as chief of operations, to

 3         plan an operation in, we will say Sonny

 4         Thomas' hometown, Springboro, Ohio, I'll get

 5         to work.  I'll plan an operation for

 6         Springboro, Ohio, but that hasn't happened.

 7         And, in my opinion, it may not, but that

 8         doesn't mean that folks who don't live in the

 9         south or don't have a genetic link to the

10         south are not welcome to be among us.  The

11         official League statement, the official League

12         policy statement, any person of goodwill who

13         shares our ideals can be part of us.  It goes

14         without saying, we are an ethnocentric

15         organization.  We wouldn't welcome non-whites.

16         We wouldn't welcome a Jew.  We wouldn't

17         welcome a Muslim.  We -- we do have Odinists

18         members in the League because as we discussed

19         they're following a religion that they believe

20         to be true.  We believe otherwise, but at the

21         heart of it, we're racial brethrens, so

22         they're welcome to be with us."

23   BY MS. LIVERZANI:

24         Q.    Is that you speaking, Mr. Baker?

25         A.    Yes.
```

1                     R. (Ike) Baker, f/n/a Isaacs

2      Q.    Is it correct that you said the League

3   wouldn't welcome non-whites?

4      A.    It was my voice.  I don't recall every

5   detail of that podcast, it was a quite long one.

6            But I'm going to say again, my answer

7   under oath a few moments ago supersedes any

8   previous statement I allegedly made while not

9   under oath.

10     Q.    Mr. Baker, I'm only asking you if, in

11  2019, you made this statement.

12     A.    I don't have a specific recollection of

13  it, but it is my voice.  I can't deny that.

14     Q.    Have you heard of the Traditionalist

15  Workers Party?

16     A.    Yes.

17     Q.    Are you aware they're a defendant in

18  this lawsuit?

19     A.    Yes.

20     Q.    Have you heard of the National Socialist

21  Movement?

22     A.    Yes.

23     Q.    Are you aware that they are a member of

24  this lawsuit?

25     A.    Yes.

1                    R. (Ike) Baker, f/n/a Isaacs

2        Q.    Are you familiar with Vanguard America?

3        A.    Yes.

4        Q.    You're aware that they are a defendant

5    in this lawsuit, as well?

6        A.    I actually wasn't until I saw that

7    opening document, but I am now.  So, yes.

8        Q.    In the spring 2017, the League entered

9    into an alliance called the Nationalist Front, is

10   that correct?

11       A.    Yes.

12       Q.    And the Traditional Workers Party,

13   National Socialist Movement and Vanguard America

14   were also part of the Nationalist Front, is that

15   correct?

16       A.    Yes.

17             (Discussion off the record.)

18             (Record read.)

19   BY MS. LIVERZANI:

20       Q.    Mr. Baker, did you hear the question?

21       A.    Please repeat it.

22             (Record read.)

23             THE WITNESS:  That is correct.

24       Q.    And the purpose of that Alliance was to

25   promote shared goals, correct?

1                          R. (Ike) Baker, f/n/a Isaacs

2          A.    I can't speak to what the purpose was.

3    I wasn't made privy.

4          Q.    Do you have an understanding of what the

5    purpose was?

6          A.    At the time I was not a League officer.

7    I don't know the answer to that.

8                MS. LIVERZANI:  Can we please pull up

9          Tab 9?

10               I'm sorry.  I've lost track of what

11         exhibit number we're on.

12               (Discussion held off the record.)

13               MS. LIVERZANI:  Sorry.  It would be

14         Exhibit 8.

15                     (Exhibit 8 E-mail chain, 7-3-17,

16                     Bates stamped MH00015534, was

17                     marked for the purposes of

18                     identification.)

19               MS. LIVERZANI:  Can you please scroll

20         down to the bottom e-mail, Ms. Ruse?

21   BY MS. LIVERZANI:

22         Q.    Mr. Baker, do you use the e-mail address

23   KyLS_Man@protonmail.com?

24         A.    Yes.

25         Q.    Does Michael Hill use the e-mail address

```
 1                    R. (Ike) Baker, f/n/a Isaacs
 2     LSpres@protonmail.com?
 3          A.    Yes.
 4          Q.    In this e-mail dated June 28th, 2017,
 5     you write, "Okay.  We have time on the agenda for
 6     your greetings, comments or whatever.  I received
 7     an affirmative response from Culpepper, the NSM
 8     organizer, and also from Matthew.  The NSM
 9     commander, Jeff Schoep, will be there in the event
10     there's anything you wish conveyed to him either
11     directly or in your comments."
12               Is that what you wrote?
13          A.    Apparently, yes.
14               MS. LIVERZANI:  Go up to the top e-mail.
15          Q.    In this e-mail, Michael Hill is
16     providing you with information to relay to members
17     of the National Socialist Movement, is that
18     correct?
19          A.    Yes.
20          Q.    If you look at the second sentence, it
21     begins, "As president of the League of the South."
22               Do you understand that to mean Mr. Hill
23     is writing on behalf of League of the South?
24          A.    I can't speak to whether these comments
25     would have been from him personally or on behalf
```

1                       R. (Ike) Baker, f/n/a Isaacs

2    of the League.

3             I recall this meeting, and I recall

4    reading some comments from Michael Hill.

5             My e-mail that I printed out is long

6    gone, and I had had a bout of walking pneumonia in

7    the week or so prior to this meeting.  I arrived

8    there extremely fatigued from that, and I don't

9    recall this statement.

10            I'm not disputing its authenticity, but

11   I don't recall the specific phraseology used.

12            In hindsight, with over three years'

13   recollection, I only recall that I passed along

14   his remarks that day.

15       Q.   Let's focus on the remarks that are

16   reflected only in the e-mail.

17       A.   Is there a question there?

18       Q.   Sorry.  One moment.  I direct your

19   attention to the third paragraph beginning "Such a

20   sublime civilization."

21       A.   I see it.  Can you bring it into focus a

22   little bit for me?  It's been in much better focus

23   than it is right now, please?

24            That's better.  That's at least

25   enlarged.

1                    R. (Ike) Baker, f/n/a Isaacs

2      Q.    All right.   The second sentence says,

3  "As it is said:  We must secure the existence of

4  our people and a future for white children."

5            Does "our people" refer to white people?

6      A.    As I said, I didn't write these remarks.

7  I don't recall the specifics of them that day.  I

8  can't speak to another person's intent in their

9  writing.

10     Q.    Reviewing this today, would your

11  impression be that it is referring to white

12  people?

13     A.    I won't speculate on that.

14     Q.    I'm not asking you to speculate at what

15  was written at the time.  I'm asking you to

16  explain what your impression is today, right now,

17  as you read the e-mail.

18     A.    If I had to guess, and I want to be

19  clear for the record, it's a guess, as the

20  president of the League of the South, I believe he

21  was speaking about the southern people.

22     Q.    Does southern people include southern

23  African Americans?

24     A.    I can't speak to his intent with what he

25  means by the southern people.  You asked me if I

```
1                    R. (Ike) Baker, f/n/a Isaacs
```

2    thought he meant white people.

3        Q.    Let's go to the next paragraph.

4              "But we are comprised" -- I'm sorry.

5              "We are compassed around with enemies

6    who seek our destruction.  From above, in the form

7    of the international Jew and his white gentile

8    traitor allies, to below, in the dark shape of the

9    negro, Mestizo, and Muslim street thug, we are

10   beset by those who despise us and all we hold

11   dear."

12             Is Mr. Hill saying here that the enemy

13   of the southern people is the Jew?

14       A.    I can't speak to what another person's

15   intention or meaning is.  As I've said, I know I

16   read a message from him.  This looks authentic.

17             My copy of the message is long gone.

18   And I was, in point of fact, recently off a bout

19   of walking pneumonia.  I was so fatigued that as

20   late as the morning of this meeting, I doubted

21   that I could make the drive there.  However, I

22   did.  So, I don't know.

23       Q.    Do you think there's any chance that you

24   took Mr. Hill's statement with you and then did

25   not read it?

1                        R. (Ike) Baker, f/n/a Isaacs

2      A.    I recall reading the statement.

3      Q.    Would you have changed Dr. Hill's words?

4      A.    No.

5      Q.    The last paragraph says, "The time has

6  come when white men of the west must put aside

7  their petty differences and unite for our very

8  survival and well-being."

9            Today, do you understand this sentence

10  to mean that the National Socialist Movement and

11  the League needed to unite together?

12     A.    Clarify "unite," please.

13     Q.    Well, Mr. Hill, that's the word that the

14  e-mail uses.

15            Mr. Hill said, "Unite for our very

16  survival."

17     A.    My answer then is that I don't know.  I

18  read the remarks verbatim.  I don't recall very

19  much about that day aside from that.

20     Q.    If Mr. Hill had written something that

21  you 100 percent disagreed with, would you have

22  read it?

23     A.    Yes.

24     Q.    In August, 2017, the League -- members

25  of the League attended the Unite the Right rally

1                          R. (Ike) Baker, f/n/a Isaacs

2     in Charlottesville, correct?

3          A.     That is correct.

4          Q.     In August, 2017, the League was also

5     part of the Nationalist Front, correct?

6          A.     That is correct.

7                 MS. LIVERZANI:  Please pull up Tab 8,

8          please.

9                      (Exhibit 9 Plaintiffs, League of

10                     the South, The League and

11                     alliances.  LSDirective 22082018,

12                     no Bates stamps, was marked for the

13                     purposes of identification.)

14                MS. LIVERZANI:  Please zoom in so

15         Mr. Baker can read this?

16         Q.     Mr. Baker, have you seen this post on

17    the League of the South website before?

18         A.     I've seen this message, but I did not

19    see it on the website.

20         Q.     Did the message come from Michael Hill?

21         A.     It's his signature at the bottom, so I

22    would say yes.

23         Q.     When you heard the message, where did it

24    come from?

25         A.     I saw it somewhere on social media.  I

```
 1                    R. (Ike) Baker, f/n/a Isaacs
 2    don't recall where, but I -- I have seen it, yes.
 3        Q.    So the second paragraph says, "As of
 4    today, the League will no longer be part of the
 5    Nationalist Front.  Nor will we be allying
 6    ourselves at present, even informally, with any
 7    other organization."
 8            Do you see that?
 9    A.    Yes.
10        Q.    Is it true that, in 2018, the League of
11    the South left the Nationalist Front?
12    A.    Yes.
13        Q.    The next sentence reads, "Over the past
14    year and a half, our operational planning and
15    execution have been nothing less than superb.  As
16    examples of our success, I point to
17    Charlottesville, Pikeville, New Orleans,
18    Shelbyville, Knoxville and Tallahassee."
19            Do you see that?
20    A.    Yes.
21        Q.    Do you agree with Mr. Hill, that the
22    operational planning and execution at
23    Charlottesville was nothing less than superb?
24    A.    No, I don't.
25        Q.    You previously said that you were chief
```

1                      R. (Ike) Baker, f/n/a Isaacs

2     of operations at the League, correct?

3         A.     That is correct.

4         Q.     And you became chief of operations in or

5     around September, 2017?

6         A.     That is correct.

7         Q.     Before you, did the League of the South

8     have a chief of operations?

9         A.     No.

10        Q.     Do you know why the League created the

11    position of chief of operations?

12        A.     No, I do not.

13        Q.     It was Michael Hill who appointed you to

14    that position, correct?

15        A.     That is correct.

16        Q.     And if Michael Hill had given you an

17    order, as chief of operations, would you disobey

18    it?

19        A.     If it was an order to do something

20    illegal or immoral, yes, I would.

21        Q.     In the title "chief of operations," is

22    "operations" used in the military sense of the

23    word?

24        A.     I can't answer that.  Operations just

25    encompasses actual physical operations for an

1                       R. (Ike) Baker, f/n/a Isaacs

2     organization.

3          Q.     Would you agree that in the military

4     operation has a particular definition?

5          A.     Yes.

6          Q.     During your time in the Marines, did you

7     come to understand what operation means?

8          A.     Not formally, but I probably did have an

9     understanding that operations had to do with any

10    physical activity of an organization.

11         Q.     What were your responsibilities and

12    duties as chief of operations?

13         A.     To thoroughly plan the physical aspects

14    of an action by the League of the South.

15         Q.     Can you give me some examples of the

16    actions you're referring to?

17         A.     For instance, when we went to Pikeville,

18    we needed to find a safe route into Pikeville,

19    Kentucky, a safe place to stage our vehicles,

20    where we could have an expectation that they would

21    not be vandalized and a safe way out of Pikeville.

22                We define "safe" as avoiding contact

23    with Antifa.

24                I think the events of the past two to

25    three weeks would demonstrate to anyone why we

1                    R. (Ike) Baker, f/n/a Isaacs

2      choose to avoid Antifa.

3                MS. LIVERZANI:  Ms. Ruse, can you pull

4         up Tab 15, please?

5                       (Exhibit 10 Plaintiffs, League of

6                       the South, 6-9-18, League will be

7                       at Unite the Right rally, 12

8                       August, Charlottesville, VA, no

9                       Bates stamps, was marked for the

10                      purposes of identification.)

11        Q.    Mr. Baker, do you recognize this?

12        A.    I didn't hear what you said.

13        Q.    Do you recognize this document?

14        A.    Could you please scroll down so I can

15     see it in its entirety?

16              No, I don't.

17        Q.    Would you agree that this is a post on

18     the League of the South website?

19        A.    Yes.

20              THE COURT REPORTER:  I need to know what

21         exhibit number that is, please.

22              MS. LIVERZANI:  10.

23              THE COURT REPORTER:  Thank you.

24        Q.    It appears that this post was made by

25     Michael Hill, correct?

1                    R. (Ike) Baker, f/n/a Isaacs

2      A.    Please scroll down to the bottom again.

3      Q.    Well, if you go to the top, Mr. Hill's

4  name is at the top.

5      A.    All right.  Then with the same criteria

6  as the previous times you've asked me that, it's

7  his name there, so I would say yes.

8      Q.    And the date is June 9th, 2017, correct?

9      A.    Yes.

10     Q.    Mr. Baker, you just testified that, as

11  you're planning Pikeville, you defined safe as

12  avoiding contact with Antifa.

13           Now you think the events of the past two

14  or three weeks would demonstrate to anyone why we

15  would want to avoid Antifa, is that correct?

16     A.    That's correct.

17     Q.    I'm going to direct your attention to

18  the first paragraph of Mr. Hill's post.

19           It says, "The League of the South will

20  be participating in the Unite the Right rally in

21  Charlottesville, Virginia on 12 August.  Below is

22  the initial announcement of the event.  I want an

23  excellent turnout of southern nationalists for

24  this event.  Antifa, BLM, et al, will be there to

25  greet us.  Don't miss out on the fun!

1                    R. (Ike) Baker, f/n/a Isaacs

2            "Michael Hill."

3            Is that an accurate statement of what is

4    in the post?

5        A.    You read it verbatim, yes.

6        Q.    Does it appear here that Mr. Hill is

7    saying that greeting Antifa will be fun?

8        A.    It appears so, yes.

9        Q.    I want to go back to discussing your

10   role as chief of operations.

11           Did you draw on any of your past

12   experience in the Marines as chief of operations?

13       A.    Actually, no.

14       Q.    So there was nothing that you learned in

15   the Marines that was useful to you as chief of

16   operations?

17       A.    Other than learning to be thorough and

18   plan for unforeseen circumstances, no.

19           MS. LIVERZANI:  Would you please pull up

20       Tab 10?

21                (Exhibit 11 Plaintiffs, E-mail,

22                7-12-17, Bates stamped MH0015511,

23                was marked for the purposes of

24                identification.)

25       Q.    Mr. Hill (sic), this is an e-mail on

1                    R. (Ike) Baker, f/n/a Isaacs

2    July 2017 between Mr. Hill or Dr. Hill and Mike

3    Tubbs.

4            I know that you're not on this e-mail,

5    but I was hoping that you could help me understand

6    some of the terminology in it.

7            Does that make sense?

8    A.    I'll do my best.

9    Q.    The first sentence uses the word "JAG."

10           Do you know what "JAG" refers to?

11   A.    It was a TV show on several years ago

12   called JAG, other than that, no.

13   Q.    Are there any attorneys in the Marines?

14   A.    Attorneys in the Marines?  Was that your

15   question?

16   Q.    Let me rephrase.

17           In the Marines, when someone gets

18   court-martialed, who do they go before?

19   A.    I was never court-martialed.  I don't

20   know.

21   Q.    If you go to the second paragraph, it

22   says, "I told Spencer Borum, N3, that you would be

23   contacting him regarding getting Level One

24   training."

25           Do you know Spencer Borum?

1                    R. (Ike) Baker, f/n/a Isaacs

2        A.     Yes, we're acquainted.

3        Q.     How do you know him?

4        A.     I first met Spencer several years ago

5    in -- here in Kentucky.

6        Q.     Is he a member of the League?

7        A.     Yes.

8        Q.     Do you know what "N3" means?

9        A.     No.

10       Q.     Is "Level One training" something that

11   the League provided?

12       A.     I have no idea what that is.

13       Q.     Did the League require you to undergo

14   any training?

15       A.     No.

16       Q.     If we go to the second-to-last

17   paragraph, the one that starts "I think."

18              It says, "I think we should ask Pat

19   Hines to move to either N4 or N7."

20              Do you know what "N4" or "N7" means?

21       A.     No, I do not.

22       Q.     Have you ever heard of military staff

23   numbers?

24       A.     I'm sorry.  Please say that again.

25       Q.     Have you ever heard of military staff

1                    R. (Ike) Baker, f/n/a Isaacs

2    numbers?

3        A.    I don't understand the question.   I

4    apologize.

5              Did you ask me if I had ever heard of

6    military staff members?

7        Q.    Military staff numbers.

8        A.    Numbers.   Numbers.   I suppose I have at

9    one time or another.   It's been an awfully long

10   time.

11       Q.    By "military staff numbers," do you

12   understand that certain numbers are assigned to

13   certain positions in the military?

14       A.    I am familiar with what you're talking

15   about, but I don't have any knowledge of exactly

16   how that works.

17       Q.    Do you believe it is something you

18   learned when you were in the Marines?

19       A.    Not that I recall.   It's been a long

20   time.

21       Q.    Are you familiar with the Southern

22   Defense Force?

23       A.    Am I familiar with what?

24       Q.    The Southern Defense Force.

25       A.    I have heard of that, yes.

1                      R. (Ike) Baker, f/n/a Isaacs

2        Q.     What is the Southern Defense Force?

3        A.     It is -- it was a stillborn idea that

4    went nowhere, and I guess the expression might be

5    it died on the vine.

6              MS. LIVERZANI:  Can we pull up Tab 11.

7              (Discussion off the record.)

8              MS. LIVERZANI:  Ms. Ruse, when you put

9         exhibits up, can you please inform the court

10        reporter of the exhibit number?

11             MS. RUSE:  Yes.  And this is Exhibit 12.

12             THE COURT REPORTER:  Thank you so much.

13             MS. RUSE:  No problem.

14                  (Exhibit 12 Plaintiffs, League of

15                  the South, 2-2-17, Southern Defense

16                  Force formed, no Bates stamps, was

17                  marked for the purposes of

18                  identification.)

19        Q.     Mr. Baker, have you seen this document

20    before?

21        A.     Please continue to scroll down.

22             I have not, no.

23        Q.     Will you please take a look at the

24    next-to-the-last paragraph on the first page

25    beginning with "The League of the South"?

1                    R. (Ike) Baker, f/n/a Isaacs

2      A.    I see it.

3      Q.    It says, "The League of the South does

4  not advocate the use of violence except in

5  self-defense of life, liberty and property."

6            Do you see that?

7      A.    I do.

8      Q.    Is that an accurate statement about the

9  League's position on using violence?

10      A.    Yes, it is.

11      Q.    What is meant by "life"?

12      A.    If one's life is in danger, the use of

13  deadly force to protect a person's life is a

14  universal right, and that would be what

15  self-defense of life means to my way of thinking.

16            I want to be clear.  I didn't write

17  this, so I can't speak to the intent of the

18  author, but that's what my understanding of

19  self-defense of life means.

20      Q.    What about defense of liberty, what

21  would that mean?

22      A.    I can't answer that.  I don't know

23  what's meant by that.

24      Q.    And defense of property, do you have an

25  understanding of what that means?

1                 R. (Ike) Baker, f/n/a Isaacs

2       A.     Speaking only for myself, I would be

3   very hesitant to use deadly force to protect

4   property.  I would only do that if, in conjunction

5   of a threat to my property, there was a threat to

6   my life or the life of one of my family.

7              So without trying to speak to the intent

8   of the writer, that's my personal belief about

9   using force to protect life, property.  Only if

10  life is in danger in the -- in the endangerment of

11  property.  I would not employ deadly force to

12  protect property alone.

13             If someone steals my tractor and they're

14  driving away on it, I'm going to call the sheriff.

15  I'm not going to shoot them.

16      Q.     Going back to the incident we discussed

17  earlier, when you were in the Marines, involving

18  someone stealing your laundry.

19             Do you remember discussing that with us?

20      A.     I do.

21      Q.     An individual stole your laundry,

22  correct?

23      A.     That is correct.

24      Q.     Specifically, he stole a T-shirt,

25  correct?

1                    R. (Ike) Baker, f/n/a Isaacs

2       A.    Among other things, but the T-shirt was

3  prominently visible.

4       Q.    And you ripped it off him, correct?

5       A.    That's my recollection.  This would have

6  happened nearly 40 years ago.  So with the caveat

7  that my memory may be flawed, yes, I tore the

8  shirt off him.

9       Q.    Would you consider that using violence

10  to defend your property?

11       A.    I see a distinction between violence and

12  deadly force.  So, strictly speaking, obviously,

13  tearing the shirt off him was a violent act, but I

14  didn't employ a weapon, I didn't employ deadly

15  force.

16             There's my answer.

17       Q.    If we look back at the statement in the

18  exhibit we were on, Exhibit 11.

19             MS. LIVERZANI:  Can you pull that back

20       up, Ms. Ruse?  And please scroll back down to

21       the paragraph we were just discussing.

22       Q.    This says, "Use of violence except in

23  self-defense of life, liberty and property."

24             Is that right?

25       A.    That is what it says, yes.

Page 60

1                        R. (Ike) Baker, f/n/a Isaacs

2        Q.    It says "violence," not deadly force, is

3    that correct?

4        A.    Yes, it does.

5              MS. LIVERZANI:  Can you please pull up

6        Tab 12?

7        Q.    Mr. Baker, this is a post from the

8    League of the South website dated April 30, 2017.

9              Do you see that?

10       A.    Yes, I do.

11       Q.    And you attended the Pikeville rally,

12   correct?

13       A.    Yes, I did.

14                    (Exhibit 13 Plaintiffs, League of

15                    the South, 4-30-17, League of the

16                    South in Pikeville, Kentucky, no

17                    Bates stamps, was marked for the

18                    purposes of identification.)

19       Q.    You were there as part of the League of

20   the South, correct?

21       A.    I missed the first part of your

22   question.  Please repeat it.

23       Q.    You were there as part of League of the

24   South, correct?

25       A.    That's correct.

```
 1                    R. (Ike) Baker, f/n/a Isaacs

 2        Q.    If I can direct you to the second

 3   sentence in the first paragraph, beginning with

 4   "We."

 5        A.    Uh-huh.

 6        Q.    It says, "We were the advance guard

 7   whose job was to hold the line until the main

 8   force arrived.  Our operation was led by Kentucky

 9   LS Chairman Spencer Borum and Kentucky Southern

10   Defense Force commander, Ike Baker."

11              Is that correct?

12        A.    That is exactly what it says, yes.

13        Q.    Is it correct that you were Kentucky

14   Southern Defense Force commander?

15        A.    Mr. Borum did give me that appointment,

16   yes, he did.

17        Q.    And as Southern Defense Force commander,

18   did you take it upon yourself to learn the

19   League's policy on the use of violence?

20        A.    At the time, I can't say I learned the

21   League's policy.  I adhered by my own policy.

22        Q.    You're familiar with the events of

23   August 11th and August 12th, 2017, in

24   Charlottesville?

25        A.    August 12th, not August 11th.  I was not
```

Page 62

1                    R.  (Ike) Baker, f/n/a Isaacs

2     there on August the 11th.

3          Q.    August 12th was the Unite the Right

4     rally, correct?

5          A.    Yes, ma'am.

6          Q.    When did you arrive in Charlottesville?

7          A.    On the afternoon of Friday, the 11th, I

8     passed through Charlottesville.

9          Q.    The League of the South decided to

10    participate in Unite the Right, correct?

11         A.    The Saturday Unite the Right rally, yes.

12         Q.    Mr. Baker, when I refer to "Unite the

13    Right," I'm only going to be referring to the

14    August 12th rally.

15         A.    Okay.  That's a useful definition.

16    Thank you.

17         Q.    Who made the decision that the League

18    was going to participate in the Unite the Right?

19         A.    I don't recall a formal decision-making

20    process, but my belief, which I am willing to

21    state, my belief in this case would be that the

22    leader of the League, Michael Hill, made that

23    decision.

24              MS. LIVERZANI:  Ms. Ruse, can you pull

25         up Tab 14?

1                    R. (Ike) Baker, f/n/a Isaacs

2          THE COURT REPORTER:  I need to know what

3     exhibit number that one was that we were just

4     on.

5          MS. RUSE:  Document Tab 12.  It's

6     Exhibit 13.

7          THE COURT REPORTER:  Okay.  Thank you.

8          MS. RUSE:  And then Tab 14, which we're

9     pulling up, is going to be Exhibit 14.

10                    (Exhibit 14 Plaintiffs, Tweet,

11                    Michael Hill, 7-24, no Bates

12                    stamps, was marked for the purposes

13                    of identification.)

14          THE COURT REPORTER:  Thank you.

15   BY MS. LIVERZANI:

16     Q.    Mr. Baker, do you know what Twitter is?

17     A.    I'm sorry.  Do I have what?

18     Q.    Do you know what Twitter is?

19     A.    Yes.

20     Q.    Do you use Twitter?

21     A.    Currently, I do, yes.  I did not back at

22   that time, though.

23     Q.    Are you aware that Michael Hill had a

24   Twitter at that time?

25     A.    No.  I've come to social media rather

1                    R. (Ike) Baker, f/n/a Isaacs

2    slowly.

3        Q.    The exhibit on the screen is a tweet by

4    Michael Hill dated July 24th, and I'll represent

5    to you that that's July 24th, 2017.

6              Would you please read the tweet to

7    yourself?

8        A.    What is it that causes you to put that

9    at 2017?  The year is not there.  Is it

10   conjecture?

11       Q.    So the tweet reads, "If you want to

12   defend the South and Western civilization from the

13   Jew and his dark-skinned allies, be at

14   Charlottesville on 17 (sic) August."

15             Are you aware of the League attending an

16   event in Charlottesville on the 12th of August in

17   any other year aside from 2017?

18       A.    No.  But I want the clarify.  In the

19   last sentence, you first said "17 August," and

20   then you said "12 August."

21             May I assume that you meant 12 August?

22       Q.    Yes.

23       A.    No, I'm not familiar with any other year

24   when we were in Charlottesville on 12 August.

25       Q.    Do you have any reason to believe that

1                    R. (Ike) Baker, f/n/a Isaacs

2    Michael Hill is not referring to the Unite the

3    Right rally in this tweet?

4         A.    I can only speak for myself.  I won't

5    speak to what another -- is in another person's

6    mind when they write something for social media or

7    any other forum.

8              I didn't read this.  I didn't use

9    Twitter at the time and I won't speculate now.

10        Q.    I'm going to read the question back to

11   you.

12        A.    Fair enough.

13        Q.    I'm not calling for any speculation.

14             The question was, "Do you have any

15   reason to believe that Michael Hill is not

16   referring to the Unite the Right rally in this

17   tweet?"

18        A.    No.

19        Q.    In 2017, did you have an understanding

20   of why the League was going to attend the rally?

21        A.    Yes, I had my own understanding of why

22   we would attend.

23        Q.    What was your understanding?

24        A.    To be present in Lee Park, at the foot

25   of a statue that was in great jeopardy of being

1                         R. (Ike) Baker, f/n/a Isaacs

2      removed, to hear our leader speak.

3              That's my understanding of why we went

4      to Charlottesville.

5         Q.    Who is your leader, Mr. Baker?

6         A.    Michael Hill.

7         Q.    Do you think Michael Hill's reason for

8      attending the League would have changed between

9      July 24th and August 12th?

10        A.    I have no idea.

11             MS. LIVERZANI:  Will you pull up Tab 16.

12             MS. RUSE:  This will be Exhibit 15.

13                  (Exhibit 15 Plaintiffs, Text

14                  message, 7-11-17, Bates stamped

15                  MH00007408, was marked for the

16                  purposes of identification.)

17        Q.    This is a text message from Michael Hill

18     to Michael Tubbs.  I'll represent to you that the

19     phone number following "From" is Michael Hill's

20     phone number, and "To" is the phone number

21     belonging to Michael Tubbs.

22             Do you have any reason to disagree with

23     that?

24             I'm sorry, Mr. Baker.  If you're

25     speaking, we can't hear you.

1                    R. (Ike) Baker, f/n/a Isaacs

2            (Discussion off the record.)

3            (Record read.)

4            THE WITNESS:  No.

5    BY MS. LIVERZANI:

6        Q.    The box with the text starting at the

7    second sentence says, "Ike did a great job

8    'prepping' the cops for our presence in

9    Pikeville."

10            Did you prep the cops in Pikeville?

11        A.    I've never actually heard that

12    expression before, so I don't know how to answer

13    the question as you phrase it.

14            But I did, prior to Pikeville, contact

15    the Pikeville Police Department.  I found a great

16    deal of cooperation when I explained to them that

17    our only aim was to conduct a peaceful

18    demonstration.

19            Pikeville, unlike Charlottesville, was

20    not willing to see their city wrecked, was not

21    willing to see damage done.

22            The police expected that we would

23    cooperate with them, which we did, and they

24    offered a degree of cooperation to us.

25            They suggested a route into and out of

1                    R. (Ike) Baker, f/n/a Isaacs

2    Pikeville, which would keep us out of contact with

3    Antifa, and they provided us a parking area where

4    we could leave our vehicles with a reasonable

5    expectation that they would not be vandalized.

6            When we arrived in Pikeville, the police

7    followed through with everything they had told us

8    in advance that they would do.  They directed us

9    through a roadblock, only us, and we had a very

10   successful day in Pikeville.

11           Frankly, our mistake, in hindsight, was

12   expecting the same honesty from the law

13   enforcement authorities in and around

14   Charlottesville that we received in Pikeville.

15           So by "prepping the police," I would

16   never use that term.  I sought and received some

17   cooperation and gave some cooperation in return.

18           If that means prepping, as I said, not

19   my phrase.

20      Q.    The next sentence says, "Speaking of the

21   C'ville events, I'd like for you to once again, be

22   in command of general operations with Ike, Dennis

23   Durham and whoever else we decide as your

24   lieutenants with specific operational

25   assignments."

1                    R. (Ike) Baker, f/n/a Isaacs

2          Do you see that?

3      A.    I do.

4      Q.    Was Michael Hill delegating tasks to

5   Mr. Tubbs here?

6      A.    That is certainly the way it reads.  A

7   reasonable person would assume that, yes.

8      Q.    And, in fact, Mr. Hill did direct

9   certain tasks to Mr. Tubbs, correct?

10      A.    Yes.

11      Q.    And Mr. Hill directed you to perform

12   certain tasks, correct?

13      A.    Yes.

14          MS. LIVERZANI:  Tab 18.

15          MS. RUSE:  Tab 18 will be Exhibit 16.

16              (Exhibit 16 Plaintiffs, E-mail,

17              7-12-17, Bates stamped MH00015493,

18              was marked for the purposes of

19              identification.)

20      Q.    Mr. Baker, if you can review this e-mail

21   dated July 12th?  It's from Michael Hill to

22   Michael Tubbs.

23      A.    I'm not able to see the very far right

24   because of the Zoom screens.  If this can either

25   be reduced slightly or read to me, please.

1                        R. (Ike) Baker, f/n/a Isaacs

2              Okay.  If you give me a second, I can

3   read this.

4              Yes, I read it.

5       Q.    It says, "Had a good talk with Ike Baker

6   tonight.  On-the-ground planning for

7   Charlottesville is coming along nicely.  Still a

8   lot to do, but the Pikeville template, on a larger

9   scale, looks like it will work well there.  He

10  will be in touch with us both as things progress."

11             Do you see that?

12      A.    I'm sorry.  Was there a question?

13      Q.    Do you see that?

14      A.    Oh, yes.  Yes, I do.

15      Q.    Do you recall having talks with Michael

16  Hill about planning for Charlottesville?

17      A.    I don't recall, no, I don't.  We're

18  going back three years at this point.  So, no, I

19  don't recall.

20             I won't dispute the authenticity of this

21  e-mail, but I don't recall the conversations three

22  years ago.

23      Q.    Just to clarify, do you not recall

24  specific conversations or do you not recall having

25  any conversations at all?

1                    R. (Ike) Baker, f/n/a Isaacs

2       A.      I don't recall conversations at all from

3   three years prior, no, I don't.

4       Q.      Did you handle on-the-ground planning

5   for Charlottesville?

6       A.      "On-the-ground" would denote physical

7   presence.  And, no, Charlottesville was way too

8   far for me to drive over and actually look around.

9            What I did is study the aerial

10  photographs, study the maps.  I tried my best to

11  learn that warren of one-way streets in that part

12  of Charlottesville.

13           I located what seemed like a direct

14  route into that part of Charlottesville, and then

15  a direct route out of that part of

16  Charlottesville.  That was my responsibility,

17  along with securing a secure parking area.

18           I attempted to do the same thing we did

19  in Pikeville, hence, the reference to the

20  Pikeville template, by contacting the police.

21           I received no cooperation of any kind on

22  any level, despite repeated efforts.

23           The great majority of my calls were

24  never returned and I really only recall one actual

25  conversation with a Charlottesville police

1                    R. (Ike) Baker, f/n/a Isaacs

2     officer.  I believe he was a police sergeant named

3     either Newberry or Dewberry.  Provided no

4     cooperation at all, no guidance whatsoever, so I

5     was on my own.

6              And I did my best to duplicate the

7     peaceful rally that we held at Pikeville, with the

8     caveat, my only responsibility is finding us a

9     route in, finding us a route out that will keep us

10    out of contact with Antifa, and a secure place to

11    park.  That was simple in Pikeville because of the

12    cooperation of police.

13             We found a safe route into Pikeville --

14    Charlottesville, and we found a secure parking

15    area, but that was with no help from police at

16    all.  And, obviously, nothing to do with our route

17    out of Charlottesville was orderly at all.

18             So that would be my explanation for the

19    meaning of this e-mail.

20             MS. LIVERZANI:  Will you pull up Tab 29,

21        please?

22             MS. RUSE:  Tab 29 will be Exhibit 17.

23                  (Exhibit 17 Plaintiffs, Text

24                  Message, 7-11-17, Bates stamped

25                  MH00007410, was marked for the

1                    R. (Ike) Baker, f/n/a Isaacs

2                    purposes of identification.)

3        Q.    This is another text message from

4    Michael Hill to Michael Tubbs, dated July 11th,

5    2017.

6                Mr. Hill writes, "I've instructed Ike

7    Baker to contact State and local law enforcement

8    in Charlottesville, as he did for the Pikeville

9    operation, and let them know we're on the side of

10   civilization, as they ostensibly are, as well.  He

11   seems to work well with the rank-and-file

12   officers.  He tells me that the CPD Chief is a

13   high yellow (and, of course, the mayor is Jude

14   schwein).  Not much to hope for there.  Will keep

15   you posted."

16                Do you see that?  Do you need another

17   moment to read it?

18       A.    Actually, I was reading along with you.

19       Q.    Do you understand what the phrase "high

20   yellow" means?

21       A.    I've heard it.  It's not a phrase that I

22   use.

23       Q.    Is "high yellow" slang for a

24   light-skinned person of mixed black and white

25   descent?

 1                    R. (Ike) Baker, f/n/a Isaacs

 2      A.    That is my understanding, yes.

 3      Q.    And was the Charlottesville police

 4  chief high --

 5      A.    As I recall, he was a very light-skinned

 6  black man.  But, as I said, that's not an

 7  expression that I use.  I've heard it, but I don't

 8  use it.

 9      Q.    Are you familiar with the phrase "Jude

10  schwein"?

11      A.    No, I'm not.

12      Q.    Are you aware that's German for Jewish

13  pig?

14      A.    No, I was not.  I'm not multilingual.

15      Q.    In the weeks leading up to August 12th,

16  did members of the League of the South communicate

17  about attending the rally?

18      A.    Communicate with who?

19      Q.    Did League of the South members

20  communicate with one another about attending the

21  rally?

22      A.    I don't know.

23      Q.    We just looked at an e-mail between

24  Michael Hill and Michael Tubbs, dated July 11th,

25  where they talk about planning for

1                    R. (Ike) Baker, f/n/a Isaacs

2    Charlottesville, correct?

3         A.    Correct.

4         Q.    Do you doubt the authenticity of that

5    e-mail?

6         A.    No.

7         Q.    So isn't it true that members of the

8    League of the South communicated by e-mail in the

9    weeks leading up to August 12th, regarding

10   planning of Charlottesville?

11        A.    Okay.  A moment ago you asked me if we

12   communicated.

13             If League of the South members

14   communicated about attending, that, I don't know.

15             About the planning, certainly.  I am

16   certain I would have communicated with members

17   about things I learned, things I was trying to

18   learn, cooperation I was trying to secure from law

19   enforcement, which was never forthcoming.

20             So I don't mean to parse words with you,

21   but I have no idea if members communicated about

22   attending, but I absolutely communicated with

23   members, I'm certain, about planning.

24        Q.    Mr. Baker, I'm going to ask that you

25   limit your responses specifically to the questions

1                    R. (Ike) Baker, f/n/a Isaacs

2    I ask.

3              If you want to clarify something,

4    Mr. Jones can do that on redirect, but for

5    yes-or-no questions, this will go faster if you

6    just answer yes or no.

7              Do you understand?

8    A.    I understand.

9    Q.    Did you use the e-mail address

10   KyLS_Man@protonmail.com?

11   A.    Yes.

12   Q.    Did other members of the League of the

13   South use protonmail.com e-mail addresses?

14   A.    Yes, I believe so.

15   Q.    Why did you use ProtonMail as opposed to

16   Hotmail, like you're using today?

17   A.    I can't answer that.  I don't know.

18   Q.    Did someone tell you to use ProtonMail?

19   A.    I don't recall how that originated.

20   Q.    Are you aware that ProtonMail offers

21   secure, private, encrypted e-mails?

22   A.    I've become aware of that in the past

23   three years, but at the time, no.

24   Q.    Is there a League of the South uniform?

25   A.    Yes.

1                    R. (Ike) Baker, f/n/a Isaacs

2        Q.    What is that uniform?

3        A.    Khaki trousers and a black polo shirt

4   with our emblem on the left chest.

5        Q.    What is the reason for having a uniform?

6        A.    Unity of appearance, unity of partners,

7   uniforms have existed since time immemorial.

8        Q.    Were the uniforms meant to intimidate

9   others?

10       A.    No.

11       Q.    Were they meant to promote a strong

12  appearance?

13       A.    Yes.

14       Q.    Do you know if any other groups who

15  attended the Charlottesville rally wore uniforms?

16       A.    I'm not familiar with the policies of

17  any of the other organizations.

18       Q.    When you were there, did you see anyone

19  else wearing uniforms?

20       A.    Yes, I would say I did.

21       Q.    Do you recall specific organizations

22  that had uniforms?

23       A.    The NSM seemed to have uniforms.

24  Traditionalist Worker Party seemed to have

25  uniforms.  Both wore all black.  I can't speak to

1                    R. (Ike) Baker, f/n/a Isaacs

2    any other organizations, but I did notice those

3    two, yes.

4        Q.    Was there any discussion of

5    coordinating, so you were all wearing black?

6        A.    Any discussion of what?  I apologize.

7        Q.    Of coordinating, so you were all wearing

8    black?

9        A.    Not that I recall.

10       Q.    Did members of the League of the South

11   carry flags?

12       A.    Flags?  Did you say flags?

13       Q.    Flags, yes.

14       A.    Yes.

15       Q.    And they carried Confederate flags,

16   correct?

17       A.    Yes.

18       Q.    And they carried League of the South

19   flags, correct?

20       A.    Yes.

21       Q.    Those flags were on poles, correct?

22       A.    Yes.

23       Q.    Are you aware that the Confederate flag

24   intimidates certain groups?

25       A.    That it does what to certain groups?

1                          R. (Ike) Baker, f/n/a Isaacs

2        Q.     Intimidates.

3        A.     No.

4        Q.     Are you aware that a Confederate flag

5   intimidates African Americans?

6        A.     I'm not aware that it intimidates them,

7   no.

8        Q.     Have you ever seen an African American

9   carrying a Confederate flag?

10        A.     Actually, yes, I have.

11        Q.     Do you understand that poles can be used

12   as weapons?

13        A.     Ma'am, anything can be used as a weapon.

14        Q.     Do you understand that poles can be used

15   as a weapon specifically?

16        A.     Specifically, yes, as anything can be

17   used as a weapon.

18             This pen is a weapon, ma'am.

19   (Indicating.)

20        Q.     Did you expect that flag poles would be

21   used as weapons --

22        A.     No.

23        Q.     -- at the south -- at Unite the Right?

24        A.     No.

25        Q.     Did you or others in the League

1                      R. (Ike) Baker, f/n/a Isaacs

2    anticipate that the rally might become violent?

3        A.    We anticipated being attacked.

4        Q.    Did you anticipate being physically

5    attacked?

6        A.    Yes.

7        Q.    Despite the fact that you anticipated

8    being physically attacked, you still chose to

9    attend, correct?

10       A.    Yes.

11              MS. LIVERZANI:  If you look at Tab 21?

12              MS. RUSE:  Tab 21 will be Exhibit 18.

13                   (Exhibit 18 Plaintiffs, E-mail

14                   chain, 7-8-17, Bates stamped

15                   MH00014542 through 00014544, was

16                   marked for the purposes of

17                   identification.)

18              MS. LIVERZANI:  Would you please scroll

19       all the way down to the first e-mail in the

20       chain?

21              Can you make it a little bit larger?

22              THE WITNESS:  Will you please scroll

23       down for me?

24    BY MS. LIVERZANI:

25       Q.    This is an e-mail from Michael Hill to

```
 1                    R. (Ike) Baker, f/n/a Isaacs
 2     Michael Tubbs and others, including yourself.
 3          A.    Wait, wait.  I received this e-mail, is
 4     that what you're asserting?
 5          Q.    Yes.
 6          A.    Am I on the line for receiving it?
 7          Q.    Yes.  Do you see "To," it says Mike
 8     Tubbs, LS -- "
 9          A.    Okay, okay, okay.  I do.  I don't recall
10     the e-mail.  I just wanted to find out if you were
11     telling me this was an e-mail I had received.
12                Okay.  I was reading it, though, when
13     that question arose.  If you'll scroll down, I
14     assume you want me to read this?
15                Would that be correct?
16          Q.    You don't have to read the entire thing,
17     although if you would like to read the entire
18     thing, you are more than welcome to.
19          A.    No, no.  It's all right.  I'm certain
20     you have specific questions in mind.
21          Q.    The first sentence says, "Gentlemen:  I
22     received a call this morning from the organizer of
23     the upcoming Charlottesville event.  Yesterday, he
24     heard from what I considered to be a reputable
25     source (one with whom I've had direct dealings) on
```

 1                    R. (Ike) Baker, f/n/a Isaacs

 2   an Antifa -- "

 3            Do you know who Michael Hill is

 4   referring to when he speaks of "the organizer" of

 5   the Charlottesville event?

 6       A.    That, I am willing to speculate is Jason

 7   Kessler, although I don't know that for certain.

 8       Q.    Understood.

 9            Look at the second paragraph.  Starts

10   "The upshot."

11       A.    Yes.

12       Q.    It says, "The upshot is this:  Antifa

13   indeed will show up in large numbers in C'ville.

14   And they, according to what I've been told, will

15   have explosives, firearms, and various other

16   weapons with the intent to use them against us."

17            Do you see that?

18       A.    I do.

19       Q.    This e-mail is dated July 7th, 2017.

20            MS. LIVERZANI:  Would you scroll up?

21       Q.    Do you see that date?

22       A.    Yes, I do.

23       Q.    So by early July, League of the South

24   knew that there was a potential for violence at

25   the Charlottesville rally, correct?

```
 1                    R. (Ike) Baker, f/n/a Isaacs

 2      A.    Correct.

 3      Q.    Okay.

 4            MS. LIVERZANI:  If we can scroll up.

 5      Q.    Do you know who Mark Thomey is?

 6      A.    Can you focus that for me, again,

 7   please?  It's sometimes in much better focus and I

 8   can't read it the way it sits.  Sorry.

 9            Do I know who -- who are you asking me

10   about?  I'm sorry.

11      Q.    Mark Thomey?

12      A.    I do.

13      Q.    Who is he?

14      A.    At the time he was the vice president of

15   the League.

16      Q.    On July 8th, he writes, "I would have

17   expected no less from them.  We need to treat this

18   as a real threat to the safety of our people who

19   will be there, and plan accordingly.  We need to

20   survey the area, map out staging points for

21   vehicles and equipment, establish escape

22   routes/plans, and settle on a code word which lets

23   our folks know to unleash hell on them."

24            Did the League establish a code word?

25      A.    No, not that I recall.
```

1                    R. (Ike) Baker, f/n/a Isaacs

2      Q.     Do you know what Mark Thomey meant by

3    "unleash hell on them"?

4      A.     I couldn't speculate as to what another

5    person meant when they wrote something.

6      Q.     Would you agree that this e-mail

7    reflects the fact that the League was planning

8    defensive actions?

9      A.     No.  I would say this indicates that we

10   were planning to be prepared for defensive

11   actions.

12            Ma'am, as I said, we were hoping for a

13   replay of Pikeville, where there was no violence.

14     Q.     But based on the e-mail from Mr. Hill

15   that we have just looked at, in early July you had

16   knowledge that Antifa, indeed, would show up in

17   large numbers at C'ville:  "And they, according to

18   what I've been told, will have explosives,

19   firearms, and various other weapons with them with

20   the intent to use them against us."

21            That's what it says, correct?

22     A.     That's what it says, yes.

23     Q.     And your testimony is that you didn't

24   have an expectation of violence, you were just

25   preparing for it?

1                    R. (Ike) Baker, f/n/a Isaacs

2      A.     Antifa turned out in very large numbers

3   for Pikeville.  And I'm going to come back to

4   this.

5           We, obviously in hindsight, we naively

6   believed that we could avoid violence and the kind

7   of mayhem that actually happened in

8   Charlottesville by simply being prepared for

9   something that we hoped and prayed would not

10  happen.

11          It did not happen in Pikeville.  We

12  fully expected Charlottesville to go the same way

13  Pikeville did, a large number of Antifa,

14  outnumbering us considerably, but the law

15  enforcement personnel doing their actual duty and

16  keeping the opposing factions separate.  It worked

17  beautifully in Pikeville.  It wasn't even

18  attempted in Charlottesville.  But we didn't know

19  that.  We were simply prepared for it.

20      Q.     Prior to be Pikeville, did you or anyone

21  at the League receive information that Antifa

22  would be present there with explosives, firearms

23  and/or weapons?

24      A.     I never saw anything like that

25  personally, no.

Page 86

1                      R. (Ike) Baker, f/n/a Isaacs

2        Q.    We can go up to the top e-mail.

3        A.    I'm sorry.  What?

4        Q.    Scroll up to the top e-mail.

5        A.    Okay.

6        Q.    This is from Mark Thomey?

7        A.    Yes.

8        Q.    To the same group of individuals,

9   including yourself.

10             Do you see that?

11       A.    I do.

12       Q.    Second line, he says, "I did some

13  checking online about Virginia's concealed carry

14  laws.  They honor the CC permits of all states."

15       A.    Yes.

16       Q.    Did you intend to lawfully bring a

17  concealed weapon to Charlottesville?

18       A.    Yes.

19       Q.    And did you bring, lawfully, a concealed

20  weapon?

21       A.    Are you asking me individually?

22       Q.    Yes, you personally.

23       A.    Yes, I did.

24       Q.    Are you aware if any other individuals

25  in the League did?

1                    R. (Ike) Baker, f/n/a Isaacs

2      A.    No.

3      Q.    Next sentence, it says, "I also found

4    this.  It should be kept in mind when the time

5    comes to use deadly force."

6            Did the League contemplate that it might

7    have to use deadly force at Charlottesville?

8      A.    We contemplated all possibilities and

9    tried to be prepared accordingly.

10           It is noteworthy that no deadly force

11   was used by anyone in or around Lee Park on either

12   side, frankly, certainly not firearms.  The bricks

13   and stones that were thrown at us would probably

14   qualify as deadly force, but there were no

15   firearms used by anyone that I know of in

16   Charlottesville.

17           If you know of a shot being fired there,

18   it's news to me.

19     Q.    I'm going to repeat the question,

20   Mr. Baker.

21     A.    Certainly.

22     Q.    Did the League contemplate that it might

23   have to use deadly force in Charlottesville?

24     A.    Yes.  I want to clarify that that would

25   have been in a lawful sense only.  We never once

1                        R. (Ike) Baker, f/n/a Isaacs

2   contemplated, ruminated, considered initiating the

3   use of deadly force illegally at all, without

4   exception.

5       Q.    Okay.

6             MS. LIVERZANI:  Tab 22, please.

7             THE WITNESS:  But, again, I want to

8       state, I can't speak for the League.  I don't

9       have that position now.  Certainly didn't have

10      it then.  I'm speaking for myself and my own

11      perception and understanding of how those

12      events played out three years ago.

13            MS. RUSE:  Tab 22 will be Exhibit 19.

14                  (Exhibit 19 Plaintiffs, E-mail

15                  chain, 7-8-18, Bates stamped

16                  MH00015529 through 00015530, was

17                  marked for the purposes of

18                  identification.)

19      Q.    Again, Mr. Baker, I'm going to remind

20  you to confine your answers to the question asked.

21  And if you would like to offer clarification

22  beyond the question, you can do so on redirect

23  with Mr. Jones.

24      A.    Let's consider what I just said

25  clarification, then.

1          R. (Ike) Baker, f/n/a Isaacs

2          MS. LIVERZANI:  Will you please scroll

3      down?

4      Q.    As you can see, this is the e-mail that

5  we were just looking at from Michael Hill on July

6  7th.

7          Do you see that?

8      A.    Yes.

9      Q.    If we scroll up, do you recognize the

10  e-mail address LSCoC@protonmail.com?

11      A.    No, I don't.

12          MS. LIVERZANI:  So if we just scroll

13      down again.  That's good.

14      Q.    Where it says, "To: Mike Tubbs

15  LSCoC@protonmail.com."

16          Do you see that?

17      A.    Sure.  I do.  I didn't recognize the

18  e-mail address.

19      Q.    Okay.  Mr. Tubbs writes, "Even though we

20  haven't had any hard intell so far to make us

21  believe there was going to be violence I think we

22  all assumed there would be (and maybe even hoped

23  for it)."

24          Do you see that?

25      A.    Actually, I don't.  You're going to need

1                    R. (Ike) Baker, f/n/a Isaacs

2    to scroll either up or down.  I don't see that

3    e-mail.

4               MS. LIVERZANI:  Ms. Ruse, please scroll

5          up.

6               THE WITNESS:  The e-mail that I have,

7          this gentleman, I received a call.

8               MS. LIVERZANI:  Scroll up, Ms. Ruse.

9          There you go.

10        Q.    I'll read it.

11        A.    I see it.  Okay.

12        Q.    The first sentence, "Even though we

13   haven't had any hard intell so far to make us

14   believe there was going to be violence I think we

15   all assumed there would be (and maybe even hoped

16   for it)."

17              Do you see that?

18        A.    I do.  Yes, I see it.

19        Q.    Is it correct that the League assumed

20   there would be violence?

21        A.    I can't speak for the League.  I don't

22   know.

23        Q.    Do you know if Mr. Tubbs assumed there

24   would be violence?

25        A.    I can't speak for Mr. Tubbs either.  I

```
 1                    R. (Ike) Baker, f/n/a Isaacs
 2  had never seen this e-mail prior to just now.
 3       Q.    Do you know if Mr. Tubbs hoped there
 4  would be violence?
 5       A.    I can't speak to Mr. Tubbs' mindset.
 6       Q.    Do you know if anyone at the League
 7  hoped there would be violence?
 8       A.    No one that I know of, so I don't know.
 9             MS. LIVERZANI:  Will you pull up Tab 23?
10             MS. RUSE:  Tab 23 will be Exhibit 20.
11             MS. LIVERZANI:  I'm not going to use 23.
12  Remove 20.
13       Q.    Did the League prepare shields to use at
14  Unite the Right?
15       A.    Did the league prepare what?
16       Q.    Shields.
17       A.    Yes.
18       Q.    Were the shields custom designed?
19       A.    They were cut from food-grade plastic
20  containers.  So, yes, I think they were purposely
21  made.
22       Q.    Were they designed by League of the
23  South?
24       A.    I can't answer that.  I don't -- I had
25  never seen them prior to Charlottesville.
```

1                    R. (Ike) Baker, f/n/a Isaacs

2          MS. LIVERZANI:  Will you pull up Tab 24?

3          MS. RUSE:  Tab 24 will be Exhibit 20.

4               (Exhibit 20 Plaintiffs, E-mail

5               chain, 7-12-17, Bates stamped

6               MH00015502 through 00015505, was

7               marked for the purposes of

8               identification.)

9          MS. LIVERZANI:  Please scroll down.

10          Can we go to the e-mail itself?  It

11     should be on the first page.

12  BY MS. LIVERZANI:

13     Q.    All right.  Mr. Baker, do you recall

14  writing this e-mail?

15     A.    No, I don't.

16     Q.    Do you know who A. Thomas Davis is?

17     A.    Yes.

18     Q.    Who is he?

19     A.    He's a friend, here, in Kentucky.

20     Q.    Is he a member of the League?

21     A.    Yes.

22     Q.    And he assisted with preparing the

23  shields for Charlottesville, correct?

24     A.    No.

25     Q.    The first sentence says, "I conferred

```
 1                    R. (Ike) Baker, f/n/a Isaacs
```

with A. Thomas Davis earlier about our shields, he

agreed to advise us on that matter."

        Is that what you wrote?

    A.    That's what I wrote.

    Q.    Did Mr. Davis, in fact, advise you on

that matter?

    A.    He would have advised us on the legality

of the shields.  Nothing to do with

the fabrication of them.

    Q.    Okay.

        MS. LIVERZANI:  Let's go to the e-mail

    above this.  It will be on the first page,

    Ms. Ruse.

    Q.    On July 12th, Mr. Hill writes to you,

"Ike:  I will find out the dimensions.  These

shields are being made at an LS workshop and

supervised by some ex-LEOs in our organization.

Below is a photo."

        Do you know what the "LS workshop" is?

    A.    No, I don't.

        MS. LIVERZANI:  Can we scroll down to

    the image?

    Q.    Is this the design of the shield that

League of the South used at Unite the Right?

1                    R. (Ike) Baker, f/n/a Isaacs

2        A.    It appears to be, yes.

3        Q.    And you received this e-mail on July

4    12th, 2017, correct?

5        A.    Correct.

6        Q.    Would you like to revise your testimony,

7    that you didn't see the shield until the rally

8    itself?

9        A.    I didn't recall seeing the shields, so I

10   guess I'll have to revise that I saw this

11   photograph.

12              As I said, it was more than three years

13   ago.  I don't recall this e-mail, don't recall

14   that photograph.  I still can't say that I recall

15   seeing it, but it's obvious that I did.

16       Q.    And the shields were to be used as

17   defense, correct?

18       A.    Defensive and only defensive, yes.

19       Q.    Can a shield be used offensively?

20       A.    I don't know.

21       Q.    At the Charlottesville rally, members of

22   the League of the South used shields to push

23   through the crowds, correct?

24       A.    I don't know the answer to that.  I was

25   far back in the formation.

1                    R. (Ike) Baker, f/n/a Isaacs

2            MS. LIVERZANI:  Can we go to Tab 25?

3            MS. RUSE:  Tab 25 will be Exhibit 21.

4                 (Exhibit 21 Plaintiffs, E-mail

5                 chain, 3-1-18, Bates stamped

6                 MH00014984, was marked for the

7                 purposes of identification.)

8            MS. LIVERZANI:  Please scroll down.

9       Q.    This is an e-mail from you, dated

10  March 1st, 2018.

11      A.    Can you shrink this just a little?  The

12  Zoom tabs on the right are blocking me from seeing

13  the entire text.  Thank you.

14      Q.    If I can direct your attention to the

15  fourth line.  You write, "I have sought legal

16  advice concerning our shields and other defensive

17  appurtenances such as the clubs and batons many of

18  us used to great effect last summer at

19  Charlottesville?"

20            Do you see that?

21      A.    I do.

22      Q.    And members of the League did, in fact,

23  use batons at Charlottesville, correct?

24      A.    Some individuals did bring their own

25  clubs and batons to protect themselves with, yes.

1                    R. (Ike) Baker, f/n/a Isaacs

2        Q.     Are you aware of Dr. Hill, Mr. Tubbs or

3    yourself telling any members of the League that

4    they should not bring weapons to Charlottesville?

5        A.     No, I'm not.  I don't recall that.

6        Q.     The League had medical staff at Unite

7    the Right, correct?

8        A.     Please define "medical staff" for me.

9        Q.     Did the League ask people at the rally

10   with training to provide first aid?

11       A.     Yes.  Under that definition, yes.

12       Q.     And were these people there in case

13   members of the League did require first aid?

14       A.     Yes.

15       Q.     Are you familiar with Discord?

16       A.     I've heard of it, yes.

17       Q.     Did you use Discord in connection with

18   Unite the Right?

19       A.     Yes.

20       Q.     Was your handle "Baker#1372"?

21       A.     I don't remember the 1372.  I haven't

22   used Discord in almost three years.  But Baker,

23   that could have easily been me.

24       Q.     Do you have multiple Discord handles?

25       A.     No.

```
 1                    R. (Ike) Baker, f/n/a Isaacs

 2              MS. LIVERZANI:  Go to Tab 34.

 3              MS. RUSE:  Tab 34 will be Exhibit 22.

 4                    (Exhibit 22 Plaintiffs, Discord

 5                    Photos and posts, 8-6-17,

 6                    Charlottesville 2.0,

 7                    #leadership_discussion, no Bates

 8                    stamps, was marked for the purposes

 9                    of identification.)

10              MS. LIVERZANI:  Can you please scroll

11         down to the next page?  Sorry.  Go up above

12         this photo.

13              MS. RUSE:  Okay.

14              MS. LIVERZANI:  There you go.

15    BY MS. LIVERZANI:

16         Q.    "Baker#1372" is you, correct?

17         A.    Yeah.  Yeah, that's me.  I don't recall

18    that number, though, but that seems -- based on

19    the message there, that seems like me.

20         Q.    Replying to "@Tyrone#4532," you write,

21    "I'm POC for the League per Dr. Hill."

22              What does "POC" stand for?

23         A.    Point of contact.

24         Q.    Were you the point of contact for the

25    League on Discord?
```

1                    R. (Ike) Baker, f/n/a Isaacs

2       A.    No.   I was point of contact to Kessler

3   and the organizers, so we could, in whatever way

4   it turned out to be possible, coordinate with him

5   and his fellow organizers.

6       Q.    Were only League of the South members on

7   Discord?

8       A.    I'm sorry.   Please repeat that.

9       Q.    Were only League of the South members on

10  Discord?

11      A.    I'm only clarifying that I'm

12  understanding you correctly, because that sounded

13  a little garbled.

14            Did you ask me if only League of the

15  South members were on Discord?

16      Q.    Correct.

17      A.    No.

18      Q.    Were there members of other

19  organizations that were present at the Unite the

20  Right rally on Discord?

21      A.    Yes, there were.

22      Q.    And did you communicate with some of

23  those individuals?

24      A.    Yes.

25            MS. LIVERZANI:   Will you pull up Tab 33?

1              R. (Ike) Baker, f/n/a Isaacs

2         MS. RUSE:  Tab 33 will be Exhibit 23.

3              (Exhibit 23 Plaintiffs, Discord

4              Photos and posts, 8-8=17,

5              Charlottesville 2.0, #general_1, no

6              Bates stamps, was marked for the

7              purposes of identification.)

8         MS. LIVERZANI:  This one will be Page 5.

9    Can we make that a bit larger?  Okay.  Scroll

10   down to the bottom of this page.

11   Q.    Mr. Baker, are you able to read this?  I

12   know that it's very small.

13   A.    Not really.

14        MS. LIVERZANI:  Can we -- Ms. Ruse, can

15   we make the window wider?

16        THE WITNESS:  Actually, I see what it is

17   you want me to read, I believe.

18   Q.    The bottom message, dated August 8th,

19   2017 is from you, correct?

20   A.    Yes.

21   Q.    It says, "The League will be there in

22   force.  You may depend on it," correct?

23   A.    That is what it says, yes.

24   Q.    So for context, I'm going the take you

25   up a little bit higher.

1          R. (Ike) Baker, f/n/a Isaacs

2          MS. LIVERZANI:  Can you please scroll

3      up, Ms. Ruse?  It will be Mr. Ash Brighton.

4      Up one more.  Thanks.

5      Q.    Do you know who Ash Brighton is?

6      A.    No.  I don't know who any of these

7  people are.  I didn't then and I don't now.

8      Q.    When you stated "The League will be

9  there in force.  You may depend upon it," do you

10  think you were responding to someone?

11      A.    I don't think so.  I don't know.  If I

12  was, I can't even imagine who it would have been.

13  My reply isn't addressed to anyone that I saw.  I

14  don't recall the context of that message in any

15  way.

16      Q.    This individual, Ash Brighton, writes,

17  "For those of you who have talked to people that

18  changed their mind about going, what was the

19  reason they gave?  I'm curious."

20          Do you see that?

21      A.    I do.

22      Q.    And then, if you go down, there's a

23  message by M-e-l-e-k-t-a-u-s.

24      A.    Yes, I see it.  I see it.

25      Q.    Do you know who that individual is?

1                    R. (Ike) Baker, f/n/a Isaacs

2       A.      I have no idea.

3       Q.      They write, "One reason is fear of

4    arrest and subsequent dox which will cause loss of

5    job or family repercussions.  But apparently more

6    people have vowed to attend after finding out

7    about the kikery with the permit."

8               Do you see that?

9       A.      I do.

10      Q.      Do you know what "kikery" means?

11      A.      No idea.

12      Q.      The next message, McCarthy writes, "Even

13   if I was the only person there, I would still

14   March on Lee Park."

15              Do you see that?

16      A.      I do.

17      Q.      On then three down you write, "The

18   League will be there in force.  You may depend

19   upon it."

20              Is that right?

21      A.      I see that, yes.

22      Q.      Is it fair to say, based on this

23   discussion, there were conversations about whether

24   individuals still planned to attend the rally as

25   of August 8th?

1          R. (Ike) Baker, f/n/a Isaacs

2      A.    I'm sorry.  Is there a question in

3    there?

4           MS. LIVERZANI:  Can the court reporter,

5       please read back the question?

6           THE WITNESS:  If there was a question, I

7       didn't catch --

8           THE COURT REPORTER:  No.  And there was

9       some problem with the audio, so I'll give it a

10      good try, but I was having trouble

11      understanding also.

12           (Record read.)

13   BY MS. LIVERZANI:

14      Q.    Is it fair to say that, as of

15    August 8th, 2017, there were conversations on

16    Discord about whether people were still planning

17    to attend the rally?

18      A.    Yes, that is fair to say.

19      Q.    And the League ultimately did decide to

20    attend the rally?

21      A.    Yes.

22      Q.    Did you ever discuss conversations you

23    had on Discord with Dr. Hill?

24      A.    No.

25      Q.    Did you discuss them with Michael Tubbs?

1                    R. (Ike) Baker, f/n/a Isaacs

2       A.    No.

3       Q.    Did you discuss them with anyone at the

4  League?

5       A.    No.

6       Q.    Why were you on Discord?

7       A.    Initially it was to communicate with

8  Mr. Kessler and the other organizers, so that we

9  could have some degree of cooperation.

10      Q.    Are you aware that there are multiple

11 channels on Discord?

12      A.    Is that what they call servers?

13      Q.    Yes.  Channels, servers.

14      A.    Yeah, I -- yes, I am aware that there

15 were different channels, servers, yes, I am aware

16 of that.

17      Q.    Do you recall which servers you

18 participated in?

19      A.    No.

20      Q.    Did you participate in the leadership

21 server?

22      A.    As I recall at the top, this is from the

23 leadership server, the channel, correct?  At the

24 very top, that's what I thought I saw, and that's

25 what I'm going to have to base my answer on.

1                    R. (Ike) Baker, f/n/a Isaacs

2        Q.     I believe at the top it says "general"

3   server?

4        A.     Then I can't recall.

5        Q.     Do you have an independent recollection

6   of participating in the leadership --

7        A.     It does say "general_1."

8               I can't answer that.  I don't recall if

9   I participated in the leadership channel or not.

10  This was all very unfamiliar with me.  I was not

11  in any way well versed in how to use this sort of

12  medium, then or now, frankly.

13       Q.     Are you aware that servers are invite

14  only?

15       A.     What does that mean?  What do you mean

16  by "invite only"?  I don't know what that means.

17       Q.     Anyone joining a server.

18       A.     I don't recall.

19       Q.     Did you ask to join any servers?

20       A.     I don't recall.

21       Q.     Did anyone ever instruct you to keep

22  discussions from the Discord servers private?

23       A.     Not that I recall, no.

24       Q.     Do you have an understanding that the

25  discussions should be private?

Page 105

1                      R. (Ike) Baker, f/n/a Isaacs

2       A.    I don't recall.  I don't recall.

3       Q.    Do you recall ever hearing about leaks

4    from the Discord service -- server?

5       A.    No.

6              MS. LIVERZANI:  Will you pull up Tab 35?

7              MS. RUSE:  Tab 35 will be Exhibit 24.

8                    (Exhibit 24 Plaintiffs, Discord

9                     posts, 8-2-17, leadership_

10                    discussion , no Bates stamps, was

11                    marked for the purposes of

12                    identification.)

13      Q.    Mr. Baker, is that your handle, five

14   from the top?

15      A.    As I've said, I don't recall that

16   number, but that is my surname.  So I'm not going

17   to dispute that that's me, but I don't recall

18   typing out that message at all.

19      Q.    Was there another Mr. Baker that was a

20   point of contact for the League of the South per

21   Michael Hill?

22      A.    No.  As I say, that's my surname and

23   these seem like my messages.  So I'm not disputing

24   that this is me.

25              But when you ask me if Baker#1372 is me,

Page 106

1                      R. (Ike) Baker, f/n/a Isaacs

2    I don't remember that number.

3         Q.    Okay.

4         A.    Okay.

5         Q.    Look at the top.  It says "leadership_

6    discussion."

7         A.    I see.  So obviously, I did participate,

8    but I don't recall doing that.

9         Q.    The first message says, "We need to

10   tighten security around here."

11              And that's written by "Goldstein Riots."

12              Do you see that?

13        A.    I do.

14        Q.    And then below, immediately below your

15   post.

16        A.    I see that.  I do.

17        Q.    "Volkisch Sombat."

18              It says, "Well, looks like someone else

19   leaked shit from this channel again."

20              Does that refresh your recollection that

21   there was a concern about the secrecy of the

22   channel?

23        A.    It doesn't refresh a specific

24   recollection, no.  But it does lend credence to

25   what you were asking me about concern about leaks.

1                    R. (Ike) Baker, f/n/a Isaacs

2          So it's hard to dispute what's right

3    there.  And, in point of fact, I'm not disputing

4    it, but I don't recall -- I don't recall this.  I

5    just don't.  It was three -- almost three years

6    ago.

7          I'm sorry I don't have a better answer,

8    but that's a factual answer that I'll stand by.

9          MS. LIVERZANI:  I think this is a good

10       time to take a break.  We can go off the

11       record.

12          THE VIDEOGRAPHER:  The time is 12:08

13       p.m.  We're off the record.

14

15

16

17

18

19

20

21

22

23

24

25

1            R. (Ike) Baker, f/n/a Isaacs

2                 (Recess taken from 12:08 p.m. to

3        1:06 p.m.)

4                 AFTERNOON SESSION

5                 (Time noted:  1:06 p.m.)

6   R O B E R T  (I K E)  B A K E R,

7          resumed and testified as follows:

8                 THE VIDEOGRAPHER:  The time is 1:06 p.m.

9        We're on the record.

10   EXAMINATION CONTINUED

11   BY MS. LIVERZANI:

12        Q.    Mr. Baker, earlier you described your

13    activities of coordinating on-the-ground

14    operations for Unite the Right, is that correct?

15        A.    That's correct.

16                 MS. LIVERZANI:  Can you pull up Tab 27?

17                 MS. RUSE:  Tab 27 will be Exhibit 25.

18                    (Exhibit 25 Plaintiffs, E-mail with

19                    attachment, 7-17-17, Bates stamped

20                    MH00014494 through 0014516, was

21                    marked for the purposes of

22                    identification.)

23        Q.    Mr. Baker, this is an e-mail from Nous

24    Defions to Mr. Hill, Mr. Tubbs and another

25    individual with the e-mail, LSN2 and copying you,

Page 109

1                    R. (Ike) Baker, f/n/a Isaacs

2    correct?

3         A.    Correct.

4         Q.    The subject is "Security Briefing

5    slides," correct?

6         A.    That is correct.

7         Q.    Did you instruct anyone to provide

8    security briefings for the rally?

9         A.    No.

10        Q.    Were you responsible for doing security

11   briefings?

12        A.    I probably should have asked for this

13   clarification:  By "security briefing," can you

14   tell me what exactly you mean by that?

15        Q.    Were you involved in coordinating the

16   logistics of the on-the-ground operations?

17        A.    The logistics, yes.  Logistics and

18   security are two separate areas, ma'am.

19        Q.    Did coordinating the logistics involve

20   determining if certain areas were appropriate for

21   staging?

22        A.    Yes.

23        Q.    Did that also involve determining if

24   certain routes would be appropriate?

25        A.    Did you say routes?

1                     R. (Ike) Baker, f/n/a Isaacs

2        Q.    Routes, yes.

3        A.    Yes.

4        Q.    And part of that process is determining

5    if they are safe and secure, correct?

6        A.    Yes.

7        Q.    Do you know who the author of this

8    e-mail is, Nous Defions?

9        A.    No, I don't.

10       Q.    Do you know LSN2 is?

11       A.    No, I don't.

12       Q.    Have you seen this e-mail before?

13       A.    I haven't seen the body of the e-mail

14   yet, so I can't say.

15       Q.    Well, this is the body of the e-mail,

16   Mr. Baker, and you were copied on it.

17       A.    That's it?  Just one word?

18       Q.    Yes.

19       A.    No, I have no recollection of this at

20   all.

21       Q.    The attachment says, "Cville intel

22   report."

23             Do you recall ever reviewing any C'ville

24   intel reports?

25       A.    No.

1                     R. (Ike) Baker, f/n/a Isaacs

2        Q.    When you received this e-mail, would you

3    have reviewed the attachments?

4        A.    Yes, I would have, but I have no

5    recollection of the e-mail.

6             Do you have the attachments that could

7    jog my memory?

8        Q.    Let's look at the attachments and see if

9    they refresh your recollection.

10            MS. LIVERZANI:  Ms. Ruse, can you go to

11       the first attachment?  It's on the second

12       page.

13       Q.    This is a satellite view of Lee Park and

14   surrounding streets.

15            Do you see that?

16       A.    Yes, I do.

17       Q.    Did you request anyone provide you with

18   these images?

19       A.    No.

20       Q.    Did Dr. Hill request that he be provided

21   with the images?

22       A.    I missed the -- would you repeat that?

23       Q.    Did Dr. Hill request that he be provided

24   with the images?

25       A.    I can't answer that.  I don't have any

Page 112

1                      R. (Ike) Baker, f/n/a Isaacs

2      idea.

3          Q.    Was there anyone at the League who was

4      responsible for compiling these intelligence

5      reports?

6          A.    Not to my knowledge.

7          Q.    You previously said that you reviewed

8      aerial photographs to determine staging areas, is

9      that correct?

10         A.    That is correct.

11         Q.    Are these the type of aerial photographs

12     you would have reviewed?

13         A.    I generated my own access to aerial

14     photographs.  So, yes, this is the type of

15     photograph I would have reviewed, but I have no

16     recollection of this particular view or of this

17     e-mail.

18         Q.    Did you use Google Maps to generate

19     those satellite views?

20         A.    Yes, I did.

21              MS. LIVERZANI:  Can you scroll down to

22         what is Bates number 14499?

23         Q.    Were you involved in planning the lines

24     of approach to the statue in Lee Park?

25         A.    No, I was not.

1                    R. (Ike) Baker, f/n/a Isaacs

2        Q.    Do you know who was involved?

3        A.    No, I don't.

4              MS. LIVERZANI:  Let me go down to 14501.

5        Q.    This image highlights surveillance

6    cameras around Lee Park, is that correct?

7        A.    Yes, that seems so.

8        Q.    And the reason you're highlighting

9    surveillance cameras is because you want to know

10   if the League is going to be recorded at Unite the

11   Right, correct?

12       A.    I can't speak to that.  I've never seen

13   this before.

14       Q.    Did you note surveillance cameras when

15   you were coordinating on-the-ground logistics?

16       A.    No, I had no reason to.

17       Q.    Were you aware of surveillance cameras?

18       A.    No.

19       Q.    Can you speculate as to why anyone at

20   League of the South would be tracking security

21   cameras?

22       A.    No, ma'am, I could not.

23       Q.    Did you instruct anyone to visit

24   Charlottesville before the rally, for the purposes

25   of scoping out the location?

1                    R. (Ike) Baker, f/n/a Isaacs

2        A.    No, I don't -- I don't believe I did,

3    no.

4                    MS. LIVERZANI:  Can you pull up Tab 288,

5        please?

6                    MS. RUSE:  Tab 28 will be Exhibit 26.

7                        (Exhibit 26 Plaintiffs, E-mail

8                        chain, 7-14-17, Bates stamped

9                        MH00014517 through 00014519, was

10                       marked for the purposes of

11                       identification.)

12                   MS. LIVERZANI:  Would you please scroll

13       down to the July 13th e-mail at 5:21 p.m.?

14       Q.    Mr. Baker, this is an e-mail dated July

15   13th, 2017 from you to Mr. Hill, is that correct?

16       A.    It does seem so, yes.

17       Q.    And you write, "Excellent development,

18   sir.  In my view, every other reason for we

19   discussed proceeding as an ad hoc advance party

20   remains in place.  I'm arranging a conversation

21   with J. Schoep.  Upon his acceptance of the

22   conditions you laid out last night, planning of

23   Operation Shoo-Fly begins in earnest.  I'll be

24   briefing Dennis and Stan tonight if possible.

25   They visited C'ville again today for scouting and

1                    R. (Ike) Baker, f/n/a Isaacs

2     reconnaissance purposes."

3             Does this refresh your recollection that

4     members of the League of the South did, in fact,

5     conduct scouting and reconnaissance?

6        A.    This e-mail would make it seem so, but I

7     have no recollection of this e-mail at all and I

8     do not know the source of this.

9        Q.    Do you doubt the authenticity of this

10    e-mail?

11       A.    I have no reason not to doubt it.

12       Q.    Do you doubt that you wrote that "they

13    visited C'ville again today for scouting and

14    reconnaissance purposes"?

15       A.    I don't recall writing this e-mail.

16    I'll grant it may or may not be genuine, but I

17    don't recall it.

18       Q.    Do you have any reason to believe it is

19    not genuine?

20       A.    Of course.

21       Q.    What reason do you have to believe it's

22    not genuine?

23       A.    I don't know where this came from and I

24    don't have a recollection of it.

25             MS. LIVERZANI:  Ms. Ruse, can you please

```
 1                    R. (Ike) Baker, f/n/a Isaacs

 2       scroll down to the bottom of this page?

 3            That's good.

 4       Q.    Mr. Baker, if I can direct your

 5   attention to the bottom right-hand corner.

 6            Do you know what a Bates number is?

 7       A.    A what?

 8       Q.    A Bates number.

 9       A.    No, I don't.

10       Q.    In litigation, when parties produce

11   documents, they're stamped with something called a

12   Bates number.

13            Have you heard that before?

14       A.    No, I have not.

15       Q.    "MH" at the front of the Bates number

16   means that this document was provided by Michael

17   Hill.

18            Does that make sense to you?

19       A.    I understand what you're saying.

20       Q.    Do you have reason to believe that

21   Michael Hill would have provided us with incorrect

22   or false documents?

23       A.    Of course not.  If the authenticity is

24   established, then I won't question the genuineness

25   of it, but I still don't recall these specific
```

1                      R. (Ike) Baker, f/n/a Isaacs

2    e-mails, ma'am.

3        Q.    In this e-mail you say that you're

4    arranging a conversation with J. Schoep.

5              Who is that?

6        A.    At the time he was the leader of the

7    NSM.

8        Q.    And you were arranging a conversation

9    with him to discuss planning to Unite the Right,

10   correct?

11       A.    Yes.  It would have had to do with our

12   assembly point and that would have been the extent

13   of that.

14       Q.    What is "Operation Shoo-Fly"?

15       A.    I don't recall that name specifically.

16   I don't recall it.  I don't think it was anything

17   in serious earnestness.

18       Q.    What were the conditions that Mr. Hill

19   laid out, that you wanted Mr. Schoep to accept?

20       A.    May I look at the e-mail again?

21              MS. LIVERZANI:  Ms. Ruse, can you scroll

22   up?

23              THE WITNESS:  Okay.  There it is.

24              I don't recall.  I don't recall.

25       Q.    Okay.  Let's go up to the top of this

1                    R. (Ike) Baker, f/n/a Isaacs

2    page.  This is an e-mail from July 13th at 11:09

3    p.m.

4              That was sent by you, is that correct?

5    A.    It would appear to be, yes.

6    Q.    And you write, "Jeff Schoep is 100

7    percent onboard, sir.  He accepted our terms

8    unequivocally and without hesitation.  He also

9    asked to be kept abreast and that I coordinate NSM

10   participation with two of his people, one of whom

11   I'm well acquainted with, the other of whom I have

12   met."

13             Do you see that?

14   A.    I do.

15   Q.    When he writes that "Jeff Schoep is 100

16   percent onboard," do you know what he's referring

17   to?

18   A.    No, I don't.

19   Q.    Does it relate to the Unite the Right

20   rally?

21   A.    Yes.  That's clear, but I don't recall

22   what he was onboard with.  I don't recall what

23   terms I was referring to.

24             I need to say, again, this was three

25   years ago.  I don't recall.

1                    R. (Ike) Baker, f/n/a Isaacs

2        Q.    Let's look at the third sentence.  It

3    says that, "He also asked to be kept abreast and

4    that you coordinate NSM participation with two of

5    his people."

6             Is it correct that you coordinated

7    participation with two members of NSM?

8        A.    I passed along our assembly point.  That

9    would be the extent of the coordination, yes.

10       Q.    Who are the two individuals at NSM that

11   you contacted?

12       A.    I only remember one name.  His name was

13   Brian.  I don't recall his surname.

14       Q.    How do you know him?

15       A.    We had met previously at the meeting --

16   no, no, we hadn't met yet then.  We had only

17   spoken on the telephone.

18       Q.    What did you speak about?

19       A.    I don't recall.

20       Q.    Would it have been your respective

21   organizations?

22       A.    No, I don't believe so.

23       Q.    Did you have a social relationship with

24   him?

25       A.    We live a similar type of rural

1                    R. (Ike) Baker, f/n/a Isaacs

2     lifestyle, so we were probably discussing

3     something that had nothing to do with

4     organizations or events or anything of that

5     nature.

6         Q.    But you did discuss Unite the Right in

7     July, when you received this e-mail, is that

8     correct?

9         A.    Again, the e-mail would suggest so, but

10    I don't recall.

11        Q.    You said the information you would have

12    conveyed to him would have been about your staging

13    point, correct?

14        A.    That would have been the only possible

15    thing it could have been.

16        Q.    Why is that the only possible thing it

17    could have been?

18        A.    That was the only thing we coordinated

19    with them at all.

20        Q.    Did they tell you their staging point?

21        A.    We used the same staging point, ma'am.

22    So, no, they didn't.

23        Q.    And you were informing them of your

24    staging points by e-mail, is that right?

25        A.    That would be correct.

1                    R. (Ike) Baker, f/n/a Isaacs

2              MS. LIVERZANI:  Will you pull up Tab 37,

3        please?

4              MS. RUSE:  Tab 37 will be Exhibit 27.

5                    (Exhibit 27 Plaintiff, Image,

6                    "Unite the Right, August 12th,

7                    2017, @12PM, Lee Park, no Bates

8                    stamps, was marked for the purposes

9                    of identification.)

10       Q.    Have you seen this image before?

11       A.    Yes, actually, I have.

12       Q.    In what context did you see it?

13       A.    Somewhere on social media.  I couldn't

14   recall exactly where.

15       Q.    This is a flyer for the Unite the Right

16   rally, is that correct?

17       A.    It would appear so.  I never saw a

18   physical flyer.  I don't mean to parse words with

19   you.  I never saw a physical flyer, but I did see

20   this graphic somewhere on social media.

21       Q.    And those birds appearing on the left

22   and right side of the flyer, those are Nazi party

23   symbols, correct?

24       A.    No, they're not.

25       Q.    Are they just birds?

1                     R. (Ike) Baker, f/n/a Isaacs

2        A.    Are they what?

3        Q.    Are they just birds?

4        A.    I think they're probably eagles.  I

5   don't know what they are specifically.

6        Q.    Are you aware that the Nazi party did,

7   in fact, use eagles as a symbol?

8        A.    Yes, actually, I am aware of that.

9        Q.    If I can direct your attention to the

10  bottom right-hand corner.

11       A.    Yes.

12       Q.    You'll see there's an individual raising

13  their arm at a 45-degree angle.

14       A.    I do see that.

15       Q.    Do you recognize that as a Nazi salute?

16       A.    No, I would not.

17             MS. LIVERZANI:  Please scroll back up.

18       Q.    Do you know Mr. Richard Spencer?

19       A.    I've never met him.  I know of him.

20       Q.    Do you know he's a defendant in this

21  lawsuit?

22       A.    I don't know the answer to that.  I

23  don't know.

24       Q.    Do you know Mike Enoch?

25       A.    I know of him.  I've never met him.

1                    R. (Ike) Baker, f/n/a Isaacs

2        Q.    How do you know of him?

3        A.    He's a figure in the Alt-Right.  That

4   would be the extent of what I know about him.

5        Q.    Do you know that he's a defendant in

6   this lawsuit?

7        A.    I don't know the answer to that.

8        Q.    How about Jason Kessler, do you know

9   him?

10       A.    Did you just ask me about Jason Kessler?

11       Q.    Yes.

12       A.    Yes, I know of Jason Kessler.  We've

13   never met.

14       Q.    Aside from Mr. -- Dr. Hill, have you

15   ever met any of the individuals who are listed on

16   this flyer?

17       A.    I've met Matt Heimbach.

18       Q.    In what context did you meet him?

19       A.    I've seen him at different activities

20   and rallies.

21       Q.    Have you spoken to him?

22       A.    Yes.

23       Q.    When would that have been?

24       A.    Please repeat that.

25       Q.    When would that have been?  When did you

1              R. (Ike) Baker, f/n/a Isaacs

2  speak to him?

3      A.    At this point, I actually haven't spoken

4  with Heimbach in almost a year.  He and I spoke as

5  much and as little as anyone else prior to Unite

6  the Right.  So I've had a number of conversations

7  with Heimbach.

8      Q.    Can we go back to Exhibit 8?

9      A.    Okay.

10     Q.    Scroll down to the e-mail on the bottom

11  of this page.

12     A.    Can you reduce the width just a bit?

13  The Zoom windows are blocking the very right-hand

14  side.

15            Thank you.

16     Q.    This is the e-mail that we looked at

17  earlier, that you sent to Michael Hill on June

18  28th.

19     A.    I recall it.

20     Q.    And you say, there's "time on the agenda

21  for your greetings, comments or whatever.  I

22  received an affirmative response from Culpeper an

23  NSM organizer, and also from Matthew."

24            Is Matthew here Matthew Heimbach?

25     A.    Yes.

1                R. (Ike) Baker, f/n/a Isaacs

2       Q.    And did you meet with Mr. Heimbach at

3   this NSM event?

4       A.    We had an opportunity to speak, yes.

5       Q.    Was he present when you relayed

6   Mr. Hill's comments above to the group?

7       A.    I don't recall specifically if he was in

8   the room, so I can't give a definitive answer to

9   that.

10      Q.    Are you aware if he shares the beliefs

11  that are reflected in Mr. Hill's messages?

12      A.    I can't speak to Matthew Heimbach's

13  beliefs.

14      Q.    Are you familiar with an event that took

15  place in Charlottesville, Virginia the night

16  before Unite the Right, on August 11th, 2017?

17      A.    I am familiar with that.

18      Q.    The League did not participate, is that

19  correct?

20      A.    The League did not participate.

21      Q.    You understand that this was a torch

22  march at the University of Virginia, correct?

23      A.    Yes.

24      Q.    Were there any internal discussions at

25  the League about whether to participate in the

Page 126

1                    R. (Ike) Baker, f/n/a Isaacs

2    torch rally?

3        A.    I don't recall the content of any

4    conversations, but I do recall that we were

5    unambiguous in not participating and advising our

6    people not to participate, but I can't officially

7    speak for the League of the South.

8        Q.    What do you mean when you say you were

9    "unambiguous"?

10       A.    We told our people we didn't want to

11   participate, the League did not intend to have a

12   presence there.  We basically wanted nothing to do

13   with it.

14              MS. LIVERZANI:  Please pull up Tab 30.

15              THE WITNESS:  I'm sorry.  I missed what

16       you said.  Please repeat that.

17              MS. LIVERZANI:  I was just asking

18       Ms. Ruse to pull up Tab 30.

19              THE WITNESS:  Okay.  I'm sorry.  I

20       thought you were talking to me.

21              MS. RUSE:  Tab 30 will be Exhibit 28.

22                   (Exhibit 28 Plaintiffs, E-mail

23                   chain, 8-11-17, Bates stamped

24                   MH00015437, was marked for the

25                   purposes of identification.)

Page 127

1                    R. (Ike) Baker, f/n/a Isaacs

2        Q.    If you look at the bottom e-mail on the

3    chain, it's from Gordy Lockerbie.

4              Do you know who that is?

5        A.    I see it.

6        Q.    Do you know who Mr. Lockerbie is?

7        A.    I didn't know him, so I can't answer

8    that.

9        Q.    Mr. Baker, the question is:  Do you know

10   who he is?

11       A.    I believe -- I learned much later that

12   he is a League member, but I did not know him at

13   the time.  That name meant nothing to me three

14   years ago.

15       Q.    Mr. Lockerbie writes to Michael Hill on

16   August 11th, "Torchlight rally time and location

17   have been leaked and Antifa is posting that they

18   will be there.  If LS is in attendance, be

19   cautious."

20             Do you see that?

21       A.    I see it.

22       Q.    Then Mr. Hill responds, "Thanks, but

23   this is not our game.  We are sending two

24   observers."

25             Do you see that?

1                    R. (Ike) Baker, f/n/a Isaacs

2        A.    I do.

3        Q.    So the League sent two observers to the

4   torch rally, correct?

5        A.    This e-mail would say so, but I knew

6   nothing about it.

7        Q.    Do you think sending two observers is

8   consistent with your statement that the League

9   wanted nothing to do with the torch rally?

10       A.    Yes, I do.

11       Q.    In your mind sending two observers

12   constitutes nothing to do?

13       A.    Observers observe, so I stand by my

14   statement.

15       Q.    Do you know who the two observers were?

16       A.    No, I do not.

17       Q.    Do you know why the League would have

18   sent two observers?

19       A.    I couldn't speak for the League.  I

20   don't know.

21       Q.    Do you know if the two observers

22   reported back to anyone at the League?

23       A.    I couldn't answer that.  I don't know.

24       Q.    Are you aware that at the torch rally

25   there was a violent clash between protestors and

1                   R. (Ike) Baker, f/n/a Isaacs

2     counter-protestors?

3         A.     I learned that after the fact.  So, yes,

4     I am aware, but on that Friday evening, I had no

5     knowledge at all.

6         Q.     When did you learn about the violent

7     clash at the torch rally?

8         A.     Probably sometime well after that

9     weekend.  I knew nothing about it the next day.

10        Q.     You previously said that you arrived in

11    Charlottesville on the afternoon of August 11th,

12    is that correct?

13        A.     I missed what you said.  I'm sorry.  Our

14    audio is just a little bit not as clear as it was

15    before we took the break.

16        Q.     You previously said that you arrived in

17    Charlottesville on the afternoon of August 11th?

18        A.     Yes, that is correct.

19        Q.     And where were you staying?

20        A.     We had a lodging probably 12 to 15 miles

21    away from Charlottesville.

22        Q.     How many individuals were staying there?

23        A.     I couldn't answer that.  I don't know.

24        Q.     Was it more than ten?

25        A.     I would estimate it may very well have

1                    R. (Ike) Baker, f/n/a Isaacs

2   been more than ten.

3        Q.    Would it have been more than 50?

4        A.    I can say more than ten.  I can't answer

5   more definitively than that.

6        Q.    Was Michael Hill amongst those ten

7   people?

8        A.    Yes.

9        Q.    Was Mr. Tubbs?

10       A.    Yes.

11       Q.    Was Spencer Borum?

12       A.    Yes.

13       Q.    Was Gordy Lockerbie?

14       A.    I do not recall seeing him, no.

15       Q.    Was Brad Griffin (phonetic)?

16       A.    I do not recall seeing Brad.

17       Q.    Were there any events at the compound on

18   Friday night?

19       A.    Define "events," please.

20       Q.    Did you engage in any socializing?

21       A.    There was socializing going on,

22   certainly.

23       Q.    Did you engage in any planning for the

24   next day?

25       A.    No.  No planning was -- no planning was

1                    R. (Ike) Baker, f/n/a Isaacs

2   undertaken on Friday evening.

3        Q.    Did you discuss the next day?

4        A.    We did discuss the next day, but the

5   planning was long concluded by that point.

6        Q.    What was the nature of your

7   conversations about the next day?

8        A.    Briefing our people about what to

9   expect; discussing the laws of Virginia;

10  emphasizing that we expected all of our people to

11  follow every law of the State of Virginia, the

12  City of Charlottesville, cautions about measures

13  of self-defense; forgive me if I already said

14  this, we discussed the route in.

15            It was simply informing our people how

16  to stay safe and get in and out of

17  Charlottesville.  At that time, we still hoped

18  that it would be without incident.

19       Q.    Did your briefing include any type of

20  warning that there might be a violent clash with

21  counter-protestors?

22       A.    No, we didn't discuss a potential clash

23  with violent protestors.

24       Q.    You just said that you discussed

25  self-defense.

Page 132

1                    R. (Ike) Baker, f/n/a Isaacs

2             What would they be defending against?

3        A.    At that time we had already seen events

4    in Sacramento and Barclay (phonetic).  We knew

5    that Antifa has great potential to be violent.

6    And we will do our best to keep our people

7    prepared for eventualities that we hope will not

8    happen, and how to remain safe and within the law,

9    if those circumstances do, in fact, occur.  But at

10   the time we never dreamed what would actually

11   happen the next day.

12       Q.    I'm going to direct your attention back

13   to Exhibit 19.

14             MS. LIVERZANI:  Let's scroll down,

15       please, to the second page.

16       Q.    Just to remind you, this is an e-mail

17   that Mr. Hill sent to you and others on July 7th.

18   And in the second paragraph, on the next page, the

19   one beginning with "The upshot."

20             It says, "The upshot is this:  Antifa

21   indeed will show up in large numbers in C'ville.

22   And they, according to what I've been told, will

23   have explosives, firearms and various other

24   weapons with the intent to use them against us."

25             Is that what Mr. Hill wrote?

1                     R. (Ike) Baker, f/n/a Isaacs

2        A.    I can't speak to that.  I never saw his

3    e-mail.

4        Q.    You received this e-mail, but you didn't

5    read it?

6        A.    I don't recall seeing this e-mail.

7        Q.    So when you say that no one dreamed of

8    what would happen the next day, you don't recall

9    having read this e-mail, which seems to anticipate

10   that there might be violence?

11       A.    When Antifa is in the mix, we prepare

12   for any eventuality.  As I said, we already had a

13   pretty good sampling of what they can be like when

14   they're allowed to run wild.

15            However, our most recent experience in

16   Pikeville, Kentucky, was that if law enforcement

17   actually fulfilled their duty, we could have a

18   successful, peaceful day with no violence and no

19   injuries.  That was what we hoped for, but we

20   prepared for a situation that could be much worse

21   than that.

22       Q.    Let's scroll up to Mr. Tubbs' comments.

23            MS. LIVERZANI:  Can you scroll up,

24   Ms. Ruse?

25       Q.    Mr. Tubbs responds, "Even though we

1                      R. (Ike) Baker, f/n/a Isaacs

2    haven't had any hard intell so far to make us

3    believe there was going to be violence, I think we

4    all assumed there would be (and maybe some hoped

5    for it)."

6              You just said that no one was hoping for

7    violence, correct?

8        A.   I can't speak to this e-mail.  And he

9    doesn't say some.  He says "(and maybe even hoped

10   for it)."  He doesn't specify in any way who he's

11   talking about.

12             But I can't speak to Mr. Tubbs' e-mail.

13   I don't believe I'm on the distribution list for

14   this one, am I?  Are you asserting that I saw that

15   e-mail, ma'am?

16       Q.   I'm not.  I'm just asking you to

17   opine --

18       A.   I won't try to speak to what prompted

19   him to write something in an e-mail that was not

20   addressed to me.

21       Q.   The League assembled on Saturday

22   morning, correct?

23       A.   That's correct.

24       Q.   And was that at the staging area that

25   you informed this National Socialist Workers

1                    R. (Ike) Baker, f/n/a Isaacs

2    Movement of?

3        A.    Yes.

4        Q.    And did they, in fact, show up there?

5        A.    Yes.

6        Q.    Were you in contact with the police on

7    Saturday morning at all?

8        A.    No.

9        Q.    What was the initial assembly point?

10       A.    We had found a parking lot on the main

11   road out of Charlottesville -- I can't recall what

12   the highway number was -- a plaza where it seemed

13   like none of the businesses would be open early in

14   the morning, so we could assemble peacefully and

15   leave in an orderly manner which, frankly, we did

16   accomplish.

17            MS. LIVERZANI:  Can you pull up Tab 32,

18       please?

19       Q.    This is an audio file that was produced

20   by Mr. Kessler in this litigation.

21       A.    Okay.

22       Q.    I'm going to ask you to listen to it.

23            MS. RUSE:  Tab 32 will be Exhibit 29.

24                (Exhibit 29 Plaintiffs,

25                Audio recording played into the

Page 136

```
 1                    R. (Ike) Baker, f/n/a Isaacs

 2                    record, Demonstrative JK00077263,

 3                    0:31-1:08, no Bates stamps, was

 4                    marked for the purposes of

 5                    identification.)

 6          (Audio recording played as follows:)

 7                    "We're going to assemble in that

 8                    parking garage and we headed to the

 9                    top floor so we've got open air around

10                    us.  We're going to assemble there,

11                    we're going to march as a mass.  This

12                    is the greatest assemblage of which

13                    identitarians I've personally ever

14                    seen.  (cheers)...Lee Park.  We are

15                    going to take that park.  We just saw

16                    the alt-right and the alt-light.  None

17                    of us are here because we're alt-right

18                    or alt-light.  We're here because

19                    we're the hard right.  [cheers]."

20     Q.    Mr. Baker, is that you speaking?

21     A.    That is my voice, yes.

22     Q.    And this was on August 12th, 2017,

23   correct?

24     A.    I don't recall that, frankly.

25     Q.    Do you recall giving a speech on August
```

Page 137

1                    R. (Ike) Baker, f/n/a Isaacs

2    12th, 2013, before the League of the South convoy

3    headed to the park?

4         A.    No, I don't recall that.  Frankly, I do

5    recall doing that in Pikeville before we went to

6    Pikeville.

7         Q.    Is it your testimony that this speech

8    was made at Pikeville?

9         A.    I don't recall making the speech, so I'm

10   not making a testimony either way.  I'm telling

11   you what I recall and what I don't.

12        Q.    Do you doubt the authenticity of this

13   recording?

14        A.    No.  That's -- that sounds like my

15   voice.  I don't doubt the veracity of it, but I

16   don't recall giving the speech.  And I didn't

17   mention Pikeville in the speech.  So that's where

18   I will have to leave it lay.

19              I don't recall speaking with our people

20   before Charlottesville.

21        Q.    Do you recall speaking with anyone in

22   the League of the South on August 12th, before you

23   went to the garage?

24        A.    No, I don't.

25        Q.    You didn't speak with Michael Hill?

Page 138

```
 1                     R. (Ike) Baker, f/n/a Isaacs

 2      A.      I misunderstood your question.  I

 3  thought you asked me if anyone else spoke.

 4              Please repeat your question.  I just

 5  didn't hear it is all.  Our audio is really not

 6  very good right now.

 7              MS. LIVERZANI:  The court reporter can

 8      read the question back for you.

 9              THE WITNESS:  Please do.

10              (Record read.)

11              THE WITNESS:  I don't recall a specific

12      conversation, but I'm certain I would have

13      spoken with someone in the League of the South

14      that morning.

15      Q.      Did you speak with Mr. Hill?

16      A.      I don't recall a specific conversation,

17  but I'm sure we spoke.

18      Q.      When you said, "This is the greatest

19  assemblage of white identitarians I've personally

20  ever seen," would you have been referring to the

21  assembly at the Unite the Right rally?

22      A.      I don't recall that speech, so I don't

23  recall who that might have been directed to.

24      Q.      Looking back today, what is "the

25  greatest assemblage of white identitarians you've
```

Page 139

1                      R. (Ike) Baker, f/n/a Isaacs

2    personally ever seen"?

3        A.    I truly don't recall.

4        Q.    Would you consider Unite the Right an

5    assemblage of white identitarians?

6        A.    Would you define "white identitarian,"

7    please?

8        Q.    Mr. Baker, it's the language you used.

9        A.    I don't recall using it.  If you would

10   like an explanation, I would like to know the

11   definition that you're basing your question on.

12       Q.    Mr. Baker, when you said "the greatest

13   assemblage of white identitarians," what did you

14   mean by "white identitarians"?

15       A.    I can only surmise whites who identify

16   as white.  That seems how the etymology of the

17   words would fit.  I don't recall my mindset at the

18   time, and I don't recall making the statement.

19       Q.    Did you select the staging point?

20       A.    That was part of my responsibility, yes.

21       Q.    Why did you select the parking garage as

22   the assembly point?

23       A.    Okay.  I did misunderstand your previous

24   question.

25             I didn't make a distinction between an

1                       R. (Ike) Baker, f/n/a Isaacs

2    assembly point and a staging point.  We assembled

3    outside of Charlottesville and drove into

4    Charlottesville together, and then we actually

5    staged to go to the park in the parking garage.

6           So if I'm understanding you correctly,

7    you're asking me what caused me to select the

8    parking garage, is that correct?

9    Q.    Yes.

10   A.    Two reasons:  Number one, it allowed us

11   to make a relatively short walk up Market Street

12   to the park; and number two, as you may or may not

13   be aware, that parking garage is literally right

14   next door to the Charlottesville police station

15   there.  And I believed at the time that being

16   parked in a parking garage right next to the

17   police station would afford us some degree of

18   security.

19   Q.    By Saturday morning had you developed

20   the opinion that the Charlottesville police were

21   not going to be as effective as the Pikeville

22   police?

23   A.    No.  I actually hadn't developed that

24   opinion at all.  I never, in my wildest dreams,

25   imagined that the police would stand down and

 1                    R. (Ike) Baker, f/n/a Isaacs

 2     watch violent felonies committed against us.

 3            MS. LIVERZANI:  Can we go off the

 4        record?  My Live Litigation connection is not

 5        working.

 6            THE COURT REPORTER:  Yes, I'm going off

 7        the record.

 8            THE VIDEOGRAPHER:  It's 1:47 p.m.  We're

 9        off the record.

10              (Recess taken from 1:47 p.m. to

11        1:51 p.m.)

12            THE VIDEOGRAPHER:  The time is 1:51 p.m.

13        We're on the record.

14              (Record read.)

15   BY MS. LIVERZANI:

16        Q.   Mr. Baker, you previously testified that

17     you reached out to the Charlottesville police.

18     You only recall one actual conversation, and that

19     the great majority of your calls were never

20     returned.

21            Do you remember testifying to that?

22        A.   That's correct.  That's the -- yes.

23        Q.   You said that you spoke to a police

24     sergeant.  His name was either Dewberry or

25     Newberry.

1                    R. (Ike) Baker, f/n/a Isaacs

2           Do you remember saying that?

3      A.    Newbury or Dewberry, I don't -- yes, I

4  do recall saying that.

5      Q.    You said he provided no cooperation at

6  all, no guidance whatsoever, is that correct?

7      A.    That's correct.

8      Q.    Mr. Baker, based on the fact that the

9  Charlottesville police were not cooperating and

10  were not returning your calls, why did you think

11  that they were going to be of assistance on the

12  12th?

13      A.    We expected no assistance.  We simply

14  expected lawful treatment.

15      Q.    Do you recall how many League members

16  assembled at the garage?

17      A.    No, I don't.

18      Q.    Were members of the National Socialist

19  Movement present there, as well?

20      A.    As I recall, yes.

21      Q.    Were there members of any other groups

22  present?

23      A.    Whoever was in that group of people that

24  walked up Market Street would have been in the

25  garage.

1                    R. (Ike) Baker, f/n/a Isaacs

2        Q.    Were members of Vanguard America

3    present?

4        A.    I don't recall specifically seeing

5    Vanguard.

6        Q.    Were members of the Traditionalist

7    Worker Party present?

8        A.    I do recall seeing some of them.

9        Q.    Did you inform them that the garage was

10   going to be the staging area?

11       A.    We actually had hoped everyone would

12   come there and park, so we would be together with

13   our vehicles and together to walk up Market

14   Street.

15       Q.    Did you communicate that to anyone

16   before the 12th?

17       A.    No.

18       Q.    So you did not communicate to anyone

19   that you were hoping they all showed up to meet at

20   the garage?

21       A.    We didn't actually select the parking

22   garage until I saw for myself where it was

23   located.  I had actually driven into

24   Charlottesville early in the morning to see if the

25   streets were still open to get to the parking

1                    R. (Ike) Baker, f/n/a Isaacs

2   garage.  And when they were, we came back to the

3   area in the shopping center parking lot, where it

4   would have been past there.

5        Q.    Aside from the people that gathered with

6   you at the assembly point, did you notify anyone

7   that the staging area for League of the South and

8   for the National Socialist Movement, was going to

9   be the garage?

10       A.    I don't recall whether I did or not.  As

11  I recollect, word would have been passed that the

12  parking garage was our designation on that

13  Saturday morning in the parking lot of that

14  shopping plaza.

15       Q.    Would you have passed that word?

16       A.    Pardon me?

17       Q.    Would you have passed that word?

18       A.    I probably -- I came back from visiting

19  Charlottesville.  I saw no reason we couldn't use

20  the parking garage, so I came back.  I didn't

21  personally pass the word to every person there and

22  I don't recall exactly who it was that I told it

23  to, but that was a question that needed to be

24  answered, and when we had the answer.  The word

25  was passed, although I can't recall specifically

                          R. (Ike) Baker, f/n/a Isaacs
1
2    who would have passed it.

3        Q.    Did you inform Jeff Schoep?

4        A.    Not personally, no.

5        Q.    Are you aware of anyone at the League

6    informing Jeff Schoep?

7        A.    I don't know who might have done that.

8    As I say, I don't know exactly what the path was

9    for the word to be passed.  But I know once I

10   found the parking garage unobstructed, no

11   police barricades set up in front of it and, for

12   what it's worth, no Antifa on Market Street, we

13   proceeded to the parking garage.

14           I don't recall how the word was passed.

15       Q.    But the word was, in fact passed,

16   correct?

17       A.    Well, everyone got there.  So, yes, I

18   think that's a fair answer.

19       Q.    Once you left the garage, the objective

20   was to get to Lee Park, correct?

21       A.    Yes.  But I want to clarify.  Once we

22   were together -- once -- once I had determined

23   that the parking garage was available to us, my

24   responsibility was fulfilled.  So I wouldn't be

25   able to answer any specific questions about

1                    R. (Ike) Baker, f/n/a Isaacs

2    actions taken or decisions made once we got to the

3    parking garage.  My responsibility, at that point,

4    had been fulfilled.

5        Q.    Did you participate in the march?

6        A.    Yes, I did.

7        Q.    Did you see other members of the League

8    of the South participating in the march?

9        A.    Yes, I did.

10       Q.    Did you see Michael Hill participating

11   in the march?

12       A.    No.  I was about 50 feet back from the

13   front, so I didn't see anything of the front of

14   our group.

15       Q.    Are you aware of Michael Tubbs

16   participating in the march?

17       A.    I believe he did, but as I said, I was

18   about 50 feet back from the front, and I didn't --

19   I don't have any firsthand knowledge of what

20   happened in the front of the group.

21       Q.    Did you see other individuals

22   unaffiliated with League of the South at the

23   march.

24       A.    Yes.

25       Q.    Did you see anyone from the

Page 147

1                    R. (Ike) Baker, f/n/a Isaacs

2    Traditionalist Workers Party?

3         A.    Yes.

4         Q.    Did you see any from Vanguard America?

5         A.    I don't recall seeing Vanguard America.

6         Q.    Did you see anyone from the National

7    Socialist Movement?

8         A.    Yes.

9         Q.    The Loyal White Knights of the KKK?

10        A.    No.

11        Q.    What about the East Coast Knights of the

12   KKK?

13        A.    No.

14        Q.    In the speech we just played, and we can

15   pull it back up if you need, you said, "We're

16   going to take that park."

17              What did you mean by "take that park"?

18        A.    Go and occupy the space in the park.  Go

19   and stand where we were entitled to stand under

20   the terms of our permit, and hear our speakers

21   speak.

22        Q.    Is standing in the park the same thing

23   as taking the park?

24        A.    I would say, yes.

25        Q.    Did you intend to exclude others from

1                    R. (Ike) Baker, f/n/a Isaacs

2    the park?

3        A.    I had no intention of anything like

4    that.

5        Q.    Do you know if anyone in the League of

6    the South intended to exclude people from the

7    park?

8        A.    I have no idea.

9        Q.    Did you make it to the park?

10       A.    Yes.

11       Q.    Were you in the park?

12       A.    Yes.

13       Q.    Did you see individuals with shields

14   guarding the park?

15       A.    I'm going to clarify that.  Guarding the

16   stairwell to the park, because once we got in,

17   Antifa, I think, was very unhappy that we were

18   there, and we underwent an absolute barrage of

19   projectiles.

20            So, yes, I did see the dozen shields

21   that the League brought used for purely defensive

22   purposes.

23       Q.    I'm going to ask you a question that I

24   just asked and you responded to.

25            I asked, "Do you know if anyone in the

1                    R. (Ike) Baker, f/n/a Isaacs

2    League of the South intended to exclude people

3    from the park?"

4         A.    I have no idea about that.

5         Q.    Didn't you just say that members of the

6    League of the South had shields specifically for

7    the purpose of keeping Antifa out?

8         A.    Okay.  I misunderstood.

9               I thought you meant were we just not

10   going to let folks walk into the park with us.

11              They were assaulting us.  So, yes, the

12   shield carriers at that time used the shields in a

13   defensive manner, to stop a completely riotous

14   element of Antifa from, as you put it, joining us

15   in the park.

16        Q.    Was every counter-protestor a member of

17   Antifa?

18        A.    No.  I saw others.

19        Q.    And did you allow other protestors to

20   enter the park?

21        A.    No one tried to enter peaceful.  They

22   just allowed Antifa to assault us and assault us

23   and assault us.  I don't know if someone would

24   have been asked to join us if they had tried to

25   peacefully join us.  I can't answer that question

1                    R. (Ike) Baker, f/n/a Isaacs

2   because that never happened.

3        Q.    Isn't it a fact that League of the South

4   members used their shields not just defensively,

5   but as battering rams to break through crowds of

6   protestors?

7        A.    I don't know anything about that.

8        Q.    Isn't it a fact that members of the

9   League of the South used their flagpoles to break

10  through the crowd?

11       A.    I was 50 feet back from the front.  I

12  don't know what happened there.

13            MS. LIVERZANI:  Will you please pull up

14       Tab 39?

15            MS. RUSE:  Tab 39 is a video.  Tab 39

16       will be Exhibit 30.

17                 (Exhibit 30 Plaintiffs, Video,

18                 "Ruptly," Unite the Right rally,

19                 was marked for the purposes of

20                 identification.)

21            MS. LIVERZANI:  Ms. Ruse, can you go to

22       the beginning of the video?

23            Ms. Ruse, I'm going to ask you to stop a

24       couple times.  So you can start the video, but

25       I'm going to have you pause it.

 1                     R. (Ike) Baker, f/n/a Isaacs

 2              MS. RUSE:  Sure.

 3                   (Video played, then paused.)

 4   BY MS. LIVERZANI:

 5       Q.    So, Mr. Baker, do you recognize this as

 6   the Unite the Right rally?

 7       A.    I'm sorry.  Please repeat that.

 8       Q.    Do you recognize this as footage of the

 9   Unite the Right rally?

10       A.    Yes, I do.

11              MS. LIVERZANI:  Would you please start

12       the video?

13                   (Video, Exhibit 30, resumed.)

14              MS. LIVERZANI:  Mr. Ruse, you can pause

15       it now.

16                   (Video paused.)

17              MS. LIVERZANI:  Thank you.

18   BY MS. LIVERZANI:

19       Q.    Do you recognize individuals in this

20   video wearing League of the South polo shirts?

21       A.    I do see League of the South shirts,

22   yes.

23       Q.    And they're carrying League of the South

24   flags?

25       A.    I saw that also.

1                    R. (Ike) Baker, f/n/a Isaacs

2          MS. LIVERZANI:  Can you please rewind

3     the video about ten seconds?

4          (Video, Exhibit 30, played.)

5          MS. LIVERZANI:  Ms. Ruse, can you let me

6     have control of the screen?

7          THE WITNESS:  I'm sorry.  What was the

8     question?

9          MS. LIVERZANI:  I'm just asking Ms. Ruse

10    to give me control of the screen.

11          THE WITNESS:  Okay.

12          MS. LIVERZANI:  A little technical

13    difficulties here.

14          MS. RUSE:  Yes, hold on.  I think you

15    need to request it.

16          MS. LIVERZANI:  I'm just going to do the

17    screen share.

18          MS. RUSE:  Okay.

19          MS. LIVERZANI:  I want to make sure that

20    the court reporter gets this video.  It looks

21    like we're having technical difficulties with

22    the local copy.

23  BY MS. LIVERZANI:

24     Q.    Mr. Baker, I'm just going to ask that

25   you watch the beginning of this again.

1                    R. (Ike) Baker, f/n/a Isaacs

2        A.    All right.

3        Q.    Were you able to see that all right,

4   Mr. Baker?

5        A.    Yes, I did see that.

6        Q.    I'm just going to take you back to the

7   beginning and ask you to identify some individuals

8   if you can.

9              Is that Mr. Tubbs?  (Indicating.)

10       A.    It appears to be.  I wouldn't be willing

11  to swear on that.

12       Q.    Do you know if he was leading the

13  procession?

14       A.    No.  As I said, I was about 50 feet back

15  from the front.  I have no firsthand knowledge of

16  these events.

17       Q.    Is this a League of the South flag?

18  (Indicating.)

19       A.    Yes, it is.

20       Q.    Would you agree that this individual is

21  running into the crowd with the flag?

22       A.    I would say that's subject to

23  interpretation.  He's certainly moving forward and

24  he has the flag in his hands.

25       Q.    All right.  Thank you.  I'm going to

```
 1                    R. (Ike) Baker, f/n/a Isaacs
 2    take you -- is this man affiliated with the League
 3    of the South?  (Indicating.)
 4         A.    I don't know.
 5         Q.    Are these League of the South flags in
 6    the back?
 7         A.    They appear to be, yes.
 8         Q.    And is the gentleman on the far right
 9    wearing a League of the South shirt?
10    (Indicating.)
11         A.    Appears to be, yes.
12         Q.    What about the man directly in front of
13    him?
14         A.    That one, I don't think so.  That's not
15    our -- that's not our emblem on the shirt that you
16    asked me about.
17         Q.    I'm getting ads.
18         A.    Who's that?
19         Q.    That's very good question.  This is for
20    four seconds.
21         A.    Can we just watch this for a while
22    instead of that street fight?  I'm kidding.
23         Q.    I think we can give up on the video.
24         A.    Oh, boy.
25               You know, I understand you didn't ask a
```

1                    R. (Ike) Baker, f/n/a Isaacs

2    question, so this is not an answer to a question.

3              I was 40 to 50 feet back from the front

4    of that formation, easily.  I barely even was able

5    to perceive that we stopped moving forward before

6    we proceeded on into the park, so I don't have

7    firsthand knowledge of what happened at all of

8    that.

9        Q.    You are aware, though, that at some

10   point the rally became violent?

11       A.    Certainly, I am, yes.

12       Q.    And when you learned that it became

13   violent, did you call the police?

14       A.    The police were there.

15       Q.    Did you go up to a police officer and

16   talk to them?

17       A.    I looked at one and I asked him, "How

18   can you do this?"

19              I talked to Virginia State Police, "How

20   can you allow this to happen?"

21              This was surreal.  I mean, for the first

22   time today, you're getting some animation out of

23   me.

24              These were sworn law enforcement

25   officers watching attacks take place on us and

1                      R. (Ike) Baker, f/n/a Isaacs

2      letting it happen, watching it happen.

3              So did I pick up my phone and call the

4      police?  No.  The police were there, ma'am.

5          Q.    Did you consider retreating, since you

6      were not getting assistance from the police?

7          A.    To where?  The Virginia State Police was

8      behind us in the park.  There was no getting out

9      the back of the park.  None.  They had a riot line

10     set up before that preplanned announcement from

11     the governor declaring us a state of emergency.

12     There was nowhere to go.

13         Q.    I am going to rephrase my question,

14     Mr. Baker, because I don't think you responded to

15     it.

16              At any point, did you consider

17     retreating?

18         A.    Given the circumstances, no.  And where

19     would you propose we would have retreated to?

20         Q.    There's no question pending, Mr. Baker.

21         A.    Fair enough.

22         Q.    At some point the police declared an

23     unlawful assembly, correct?

24         A.    That is correct.

25         Q.    And at that point, League of the South

1                    R. (Ike) Baker, f/n/a Isaacs

2    left?

3        A.    I can't speak for the League of the

4    South.  I exited the park as quickly as I could

5    because the Virginia State Police riot line was

6    pushing us directly into Antifa, so I left while

7    the getting was good.

8        Q.    Did any other members of League of the

9    South leave with you?

10       A.    I can't answer that.  I don't recall.

11       Q.    Did you see any other members of the

12   League of the South leaving?

13       A.    I don't recall.

14       Q.    It's your testimony that you don't

15   recall if League of the South members left the

16   park after it was declared an unlawful assembly?

17       A.    Okay.  Maybe I'm misunderstanding your

18   question.

19            I exited the park -- as you're facing

20   out of Lee Park, facing Market Street, I exited to

21   the right, which seemed like the course of least

22   resistance to get out of the riot.

23            I don't know what happened beyond that.

24   Certainly, the League of the South individuals

25   also left the park, but I don't know what route

1                    R. (Ike) Baker, f/n/a Isaacs

2    they took, I don't know what happened to them.

3           Getting out of the park at that point

4    seemed like the most prudent thing to do.  So I

5    took the quickest and most direct route out of the

6    park, which was to the right, down Market Street

7    where it curved to the right, and then I was

8    completely out of the frame.

9       Q.    And you're not aware if any members of

10   the League of the South accompanied you?

11      A.    I don't -- no, I don't recall any League

12   of the South with me.

13          As far as walking together, could there

14   have been some in the mass of people?

15          I was by no means alone.  There was a

16   mass of people that chose to exit that way,

17   because the other way was directly through Antifa.

18   There may very well have been other League

19   members.  I was not in communication with them at

20   that point.

21      Q.    Where did you go after you got out of

22   the park and through the crowd of individuals?

23      A.    I went down to where the street curved

24   to the right.  At that point it may have become

25   something other than Market Street.  I don't

```
 1                    R. (Ike) Baker, f/n/a Isaacs

 2    recall.

 3              I had transited probably, in a

 4    continuous curve, probably 90 to 120 degrees of

 5    curvature.  So I could not see up Market Street

 6    anymore.

 7              I had -- I stopped.  And, at that point,

 8    there were a lot of people walking by me.  None

 9    were Antifa.  And that was the end of my

10    participation in Unite the Right.

11       Q.    Did you go back to the garage that was

12    the staging point?

13       A.    I didn't go directly back to the garage,

14    although I was in and out of the garage a few

15    times that afternoon.

16              I did my best to gather up our

17    stragglers and get them safely out of harm's way.

18    So I was in and out of the parking garage, but I

19    was not involved in any of the activities that

20    took place there after the Unite the Right rally.

21       Q.    Other individuals from League of the

22    South were in the garage, as well, correct?

23       A.    Tell me, when do you mean?  After we

24    were driven out of Lee Park?

25       Q.    Yes.
```

1              R. (Ike) Baker, f/n/a Isaacs

2      A.    I can't speak firsthand because it was

3   quite awhile before I got back to the garage.

4   But, yes, that's where the vehicles were.  That's

5   where everybody needed to get to to get out of

6   Charlottesville and, at that point, getting out of

7   Charlottesville was our priority.

8      Q.    Any of the times you were going in and

9   out of the garage after the rally, did you see any

10  members of League of the South in the garage?

11     A.    Up on the deck where we had our cars, I

12  did, because some people did manage to straggle

13  back to the parking garage on their own, but I

14  don't recall who it would have been.

15     Q.    Are you aware that an individual named

16  DeAndre Harris was attacked by a group of Unite

17  the Right attendees in the garage?

18     A.    I'm aware of that now.  I was not aware

19  of that then.

20     Q.    Are you aware that League of the South

21  members were involved in the attack?

22     A.    I've become aware of it since.  I was

23  not aware of it then.

24     Q.    Did you attend any events that evening?

25     A.    No.

1                      R. (Ike) Baker, f/n/a Isaacs

2       Q.    Did you meet up with your fellow League

3   of the South members for socializing or for beer?

4       A.    No.  I had taken an injury in

5   Charlottesville and I kept to myself because I

6   could barely walk.

7       Q.    Did you seek medical attention?

8       A.    No.

9       Q.    Did you report your injury to the

10  police?

11      A.    No.

12            MS. LIVERZANI:  Can we pull up Tab 32,

13        please?  I'm sorry.  I apologize.  It's Tab

14        31.  Not 32.  My apologies.

15                    (Exhibit 31 Plaintiffs, Michael

16                    Hill, 8-12-17, Tweet, no Bates

17                    stamps, was marked for the purposes

18                    of identification.)

19            MS. RUSE:  No problem.

20      Q.    This is a tweet from Michael Hill dated

21  August 12th, 2017.  That's the date of the

22  Charlottesville rally, correct?

23      A.    Yes, that's the same date.

24      Q.    And Michael Hill writes, "The League of

25  the South had a good day in Charlottesville,

Page 162

1                    R. (Ike) Baker, f/n/a Isaacs

2    Virginia.  Our warriors acquitted themselves as

3    men.  God be praised!"

4              Is that what it says?

5       A.    That is exactly what it says.

6       Q.    Do you agree with Mr. Hill that the

7    League of the South had a good day in

8    Charlottesville?

9       A.    Speaking for myself, I do not.

10             MS. LIVERZANI:  Thank you.  I have no

11        further questions.

12             MS. RUSE:  Tab 31 was Exhibit 31.

13             MR. JONES:  I don't have any questions

14        either.

15             MR. CAMPBELL:  This is Dave Campbell.

16        No questions.

17             THE COURT REPORTER:  Are we ready to go

18        off the record?

19             MS. LIVERZANI:  We're ready to go off

20        the record.

21             THE VIDEOGRAPHER:  The time is 2:27 p.m.

22        We're off record.

23             THE COURT REPORTER:  Ms. Liverzani, do

24        you want to have this transcript transcribed?

25             MS. LIVERZANI:  I'm sorry.  What was

1            R. (Ike) Baker, f/n/a Isaacs

2    that?

3         THE COURT REPORTER:  Do you want to have

4    this transcript transcribed?

5         MS. LIVERZANI:  What do you mean?

6         THE COURT REPORTER:  You have a standing

7    order.  Never mind.

8         Mr. Campbell, do you want a copy of the

9    transcript?

10         MR. CAMPBELL:  No, ma'am.  I'm not

11    ordering at this time.  Thank you.

12         THE COURT REPORTER:  Mr. Jones, do you

13    want a copy of the transcript?

14         MR. JONES:  Yes, but just regular

15    delivery, please.

16      (Deposition concluded at 2:20 p.m.)

17

18

19                _____

20                ROBERT (IKE) BAKER, f/n/a ISAACS

21    Subscribed and sworn to

22    before me this     day

23    of           , 2020.

24

25    _____

```
 1                  R. (Ike) Baker, f/n/a Isaacs

 2    --------------------I N D E X--------------------

 3    WITNESS                 EXAMINATION BY          PAGE

 4    ROBERT (IKE) BAKER     MS. LIVERZANI         5/108

 5    --------------------EXHIBITS--------------------

 6    PLAINTIFFS                                    PAGE

 7    Exhibit 1

 8    First Amended Complaint,

 9    Elizabeth Sines, et al., vs.

10    Jason Kessler, et al., no Bates stamps. . . . . .8

11    Exhibit 2

12    2019 Podcast Audio and

13    Transcript, Baker, Website

14    Christogenea, no Bates stamps. . . . . . . . . .13

15    Exhibit 3

16    Core Beliefs Statement of the

17    League of the South, 6-1-2020,

18    no Bates stamps. . . . . . . . . . . . . . . . .19

19    Exhibit 4

20    The League on Unite the Right,

21    8-13-18, no Bates stamps. . . . . . . . . . . . 23

22    Exhibit 5

23    Video and Transcript, Michael Hill

24    burning Israeli flag and Talmud,

25    likely August 2018 in Tennessee. . . . . . . . .27
```

1                    R. (Ike) Baker, f/n/a Isaacs

2    ----------------EXHIBITS CONTINUED----------------

3    PLAINTIFFS                              PAGE

4    Exhibit 6 Plaintiffs, Audio

5    recording and transcript,

6    IB Christogenea, no Bates stamps. . . . . . . . 33

7    Exhibit 7

8    Audio recording and transcript,

9    no Bates stamps. . . . . . . . . . . . . . . . .36

10   Exhibit 8

11   E-mail chain, 7-3-17,

12   Bates stamped MH00015534. . . . . . . . . . . 40

13   Exhibit 9

14   League of the South, The League

15   and alliances.  LSDirective

16   22082018, no Bates stamps. . . . . . . . . . .46

17   Exhibit 10

18   League of the South, 6-9-18,

19   League will be at Unite the

20   Right rally, 12 August, Charlottesville,

21   VA, no Bates stamps. . . . . . . . . . . . . .50

22   Exhibit 11

23   E-mail, 7-12-17, Bates stamped

24   MH0015511. . . . . . . . . . . . . . . . . . .52

25

1          R. (Ike) Baker, f/n/a Isaacs

2    ----------------EXHIBITS CONTINUED----------------

3    PLAINTIFFS                                    PAGE

4    Exhibit 12

5    League of the South, 2-2-17,

6    Southern Defense Force formed,

7    no Bates stamps. . . . . . . . . . . . . . . . . .56

8    Exhibit 13

9    League of the South, 4-30-17,

10   League of the South in

11   Pikeville, Kentucky, no Bates stamps. . . . . . 60

12   Exhibit 14

13   Tweet, Michael Hill, 7-24, no

14   Bates stamps. . . . . . . . . . . . . . . . . . 63

15   Exhibit 15

16   Text message, 7-11-17, Bates

17   stamped MH00007408. . . . . . . . . . . . . . . 66

18   Exhibit 16

19   E-mail, 7-12-17, Bates

20   stamped MH00015493. . . . . . . . . . . . . . . 69

21   Exhibit 17

22   Text Message, 7-11-17, Bates

23   stamped MH00007410. . . . . . . . . . . . . . . 72

24

25

Page 167

1                    R. (Ike) Baker, f/n/a Isaacs

2    ----------------EXHIBITS CONTINUED----------------

3    PLAINTIFFS                              PAGE

4    Exhibit 18

5    E-mail chain, 7-8-17, Bates

6    stamped MH00014542 through 00014544. . . . . . .80

7    Exhibit 19

8    E-mail chain, 7-8-18, Bates

9    stamped MH00015529 through 00015530. . . . . . .88

10   Exhibit 20

11   E-mail chain, 7-12-17, Bates

12   stamped MH00015502 through. . . . . . . . . . . 92

13   00015505

14   Exhibit 21

15   E-mail chain, 3-1-18, Bates

16   stamped MH00014984. . . . . . . . . . . . . . . 95

17   Exhibit 22

18   Discord Photos and posts, 8-6-17,

19   Charlottesville 2.0, #leadership_

20   discussion, no Bates stamps. . . . . . . . . . .97

21   Exhibit 23

22   Discord Photos and posts, 8-8=17,

23   Charlottesville 2.0, #general_1,

24   no Bates stamps. . . . . . . . . . . . . . . . .99

25

1                    R. (Ike) Baker, f/n/a Isaacs

2    ----------------EXHIBITS CONTINUED----------------

3    PLAINTIFFS                                       PAGE

4    Exhibit 24

5    Discord posts, 8-2-17, leadership_

6    discussion , no Bates stamps. . . . . . . . . .105

7    Exhibit 25

8    E-mail with attachment, 7-17-17,

9    Bates stamped MH00014494

10   through 0014516. . . . . . . . . . . . . . . . 108

11   Exhibit 26

12   E-mail chain, 7-14-17, Bates

13   stamped MH00014517 through

14   00014519. . . . . . . . . . . . . . . . . . .114

15   Exhibit 27

16   Image, "Unite the Right, August

17   12th, 2017, @12PM, Lee Park,

18   no Bates stamps. . . . . . . . . . . . . . . 121

19   Exhibit 28

20   E-mail chain, 8-11-17, Bates

21   stamped MH00015437. . . . . . . . . . . . . .126

22   Exhibit 29

23   Audio recording played Demonstrative

24   JK00077263, 0:31-1:08,

25   no Bates stamps. . . . . . . . . . . . . . . 135

1              R. (Ike) Baker, f/n/a Isaacs

2    ----------------EXHIBITS CONTINUED----------------

3    PLAINTIFFS                              PAGE

4    Exhibit 30

5    Video, "Ruptly," Unite the Right rally,

6    no Bates stamps. . . . . . . . . . . . . . . 150

7    Exhibit 31

8    Michael Hill, 8-12-17, Tweet,

9    no Bates stamps. . . . . . . . . . . . . . . 161

10                   -   -   -

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 170

1                    R. (Ike) Baker, f/n/a Isaacs

2                 C E R T I F I C A T E

3   STATE OF KENTUCKY,     )
                            ) SS:
4   COUNTY OF CAMPBELL.     )

5        I, Deborah C. Furey, a Notary Public within and

6   for the State of Kentucky, duly commissioned and

7   qualified, do hereby certify that the foregoing

8   witness was first duly sworn to testify the truth, the

9   whole truth, and nothing but the truth; that the

10  testimony given by the witness was reduced to writing

11  by me by means of stenotype; that I subsequently

12  transcribed my stenographic notes with the aid of a

13  computer, out of the presence of the witness; that the

14  foregoing is a true and correct transcript of my said

15  stenographic notes; that I am not a relative,

16  attorney, or counsel of any party or otherwise

17  financially interested in the events of this action;

18  nor is the court reporting firm with which I am

19  affiliated under a contract as defined in Civil Rule

20  28(D).

21       IN WITNESS WHEREOF, I have hereunto set my hand
    and affixed my official seal of office ~~this~~ 18th
22  day of June, 2020.        *Deborah Furey*

23       _____

24                      Deborah C. Furey, RPR
                        Notary Public in and for the
25                      State of Kentucky  9-10-22

1                         ERRATA SHEET

2    Case Name:

3    Deposition Date:

4    Deponent:

5    Pg.  No.  Now Reads       Should Read   Reason

6    ____  ____  _____    _____   _____

7    ____  ____  _____    _____   _____

8    ____  ____  _____    _____   _____

9    ____  ____  _____    _____   _____

10   ____  ____  _____    _____   _____

11   ____  ____  _____    _____   _____

12   ____  ____  _____    _____   _____

13   ____  ____  _____    _____   _____

14   ____  ____  _____    _____   _____

15   ____  ____  _____    _____   _____

16   ____  ____  _____    _____   _____

17   ____  ____  _____    _____   _____

18   ____  ____  _____    _____   _____

19   ____  ____  _____    _____   _____

20

                              _____

21

                              Signature of Deponent

22

     SUBSCRIBED AND SWORN BEFORE ME

23   THIS _____ DAY OF _____, 2020.

24   _____

25   (Notary Public)   MY COMMISSION EXPIRES:_____