1              BRADLEY DEAN GRIFFIN

2         IN THE UNITED STATES DISTRICT COURT

3       FOR THE WESTERN DISTRICT OF VIRGINIA

4              CHARLOTTESVILLE DIVISION

5

6   ELIZABETH SINES, et al.,

7          Plaintiffs,

8   vs.              CASE NO. 3:17-cv-00072-NKM

9   JASON KESSLER, et al.,

10         Defendants.

11

12

13              *REVISED*

14       REMOTE VIDEOTAPED DEPOSITION

15                OF

16         BRADLEY DEAN GRIFFIN

17

18

19

20

21

22

23  Reported by:

24  Greta H. Duckett, CCR, RPR, CRR, CVR-S, RVR-M-S

25  Job no. 180540

1               BRADLEY DEAN GRIFFIN

2

3

4

5               Remote videotaped deposition of

6  BRADLEY DEAN GRIFFIN, taken before Greta H.

7  Duckett, Certified Court Reporter, Registered

8  Professional Reporter, Certified Realtime Reporter,

9  and Commissioner for the State of Alabama at Large,

10  on Thursday, June 11, 2020, commencing at

11  approximately 9:45 a.m.

12

13

14

15

16

17

18

19

20

21

22

23

24

1                    BRADLEY DEAN GRIFFIN

2                       APPEARANCES

3

4   FOR THE PLAINTIFFS:

5

6            Caitlin Munley, Esq.

7            Allegra Flamm, Esq.

8            COOLEY

9            1299 Pennsylvania Avenue, NW

10           Washington, DC 20004

11

12  FOR THE WITNESS:

13

14           Bryan Jones, Esq.

15           BRYAN J. JONES

16           106 W. South Street

17           Charlottesville, Virginia 22902

18

19  FOR DEFENDANT JAMES ALEX FIELDS, JR.:

20

21           David Campbell, Esq.

22           DUANE, HAUCK, DAVIS, GRAVATT & CAMPBELL

23           100 West Franklin Street

24           Richmond, Virginia 23220

25

1                 BRADLEY DEAN GRIFFIN

2             APPEARANCES, CONTINUED

3

4   FOR DEFENDANTS JASON KESSLER, NATHAN DAMIGO,
    IDENTITY EVROPA, MATTHEW PARROTT, AND THE
5   TRADITIONALIST WORKER PARTY:

6

        James Kolenich, Esq.
7
        LAW OFFICES OF JAMES E. KOLENICH
8
        9435 Waterstone Boulevard
9
        Cincinnati, Ohio 45249
10

11

12  ALSO PRESENT:

13
        Julie Ruse
14
        Amanda Liverzani
15
        Lem Lattimer, videographer
16

17

18

19

20

21

22

23

24

Page 5

```
 1                    BRADLEY DEAN GRIFFIN

 2

 3                   EXAMINATION INDEX

 4

 5   BRADLEY DEAN GRIFFIN

 6       BY MS. MUNLEY                           9

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24
```

1          BRADLEY DEAN GRIFFIN

2              EXHIBIT INDEX

3

4   NUMBER                                      PAGE

5   EXHIBIT 1   Sines v. Kessler Second Amended     16
                Complaint
6
    EXHIBIT 2   3/6/2010 Occidental Dissent         39
7               blog, Hitler Admirers

8   EXHIBIT 3   9/10/2017 email to Griffin from     54
                admin@notify.vk.com
9
    EXHIBIT 4   1/23/2017 Occidental Dissent        56
10              blog, SPLC: The League of the
                South's Bad Year
11
    EXHIBIT 5   4/25/2018 League of the South,      74
12              A Note to My Critics

13  EXHIBIT 6   2/4/2018 League of the South,       75
                LS Statement on Southern/White
14              Nationalism

15  EXHIBIT 7   10/30/2017 League of the South,     76
                The League and Nationalist Front
16              at Shelbyville, 28 October

17  EXHIBIT 8   6/3/2010 Occidental Dissent         78
                blog, Reconsidered: The League
18              of the South

19  EXHIBIT 9   3/8/2010 Occidental Dissent         80
                blog, Northwest Homeland
20
    EXHIBIT 10  7/9 League of the South post        86
21
    EXHIBIT 11  11/20/2017 Hunter Wallace           88
22              @occdissent post

23  EXHIBIT 12  7/9 Tennessee League of the         90
                South post
24
    EXHIBIT 13  9/5/2019 email to Griffin from      95
25              Wallace

1                    BRADLEY DEAN GRIFFIN
                     EXHIBIT INDEX, CONTINUED
2

   NUMBER                                          PAGE
3

     EXHIBIT 14 3/6/2010 Occidental Dissent        96
4               blog, Hitler Admirers

5    EXHIBIT 15 Unite the Right flyer              128

6    EXHIBIT 16 Hunter Wallace Tweet, Bates        132
                JK00418754
7
     EXHIBIT 17 8/5/2017 Occidental Dissent        138
8               blog, Uniting the White: The
                White Wing is Getting Its Act
9               Together

10   EXHIBIT 18 8/31/2017 Occidental Dissent       141
                blog, The Road to
11              Charlottesville: Hunter Wallace
                Edition
12
     EXHIBIT 19 2017-09-08 New Byzantium chat      171
13
     EXHIBIT 20 Audio clip                         187
14
     EXHIBIT 21 Photograph                         201
15

16

17

18

19

20

21

22

23

24

```
 1        BRADLEY DEAN GRIFFIN

 2        THE VIDEOGRAPHER:  Good morning,

 3   Counselors.  My name is Lem Lattimer.

 4   I'm a legal videographer in association

 5   with TSG Reporting.  Due to the

 6   severity of COVID-19 and following the

 7   practice of social distancing, I will

 8   not be in the same room with the

 9   witness.  Instead, I will record this

10   videotaped deposition remotely.  The

11   reporter, Greta Duckett, also will not

12   be in the same room and will swear the

13   witness in remotely.

14        Do all parties stipulate to the

15   validity of this video recording and

16   remote swearing and that it will be

17   admissible in the courtroom as if it

18   had been taken following Rule 30 of the

19   Federal Rules of Civil Procedure and

20   the state's rules where this case is

21   pending?

22        MS. MUNLEY:  Yes.

23        MR. CAMPBELL:  Yes.

24        MR. KOLENICH:  Yes.

25        MR. JONES:  Yes.
```

1          BRADLEY DEAN GRIFFIN

2          THE VIDEOGRAPHER:   Thank

3          you.   This is the start of media

4          labeled number 1 of the video-recorded

5          deposition of Bradley Dean Griffin, in

6          the matter of Elizabeth Sines, et al.,

7          versus Jason Kessler, et al., on June

8          the 11th, 2020, at approximately

9          9:46 a.m.

10          All appearances are noted on the

11          record.   Will the court reporter please

12          swear the witness in.

13          BRADLEY DEAN GRIFFIN,

14      the witness, having first been duly sworn

15   to speak the truth, the whole truth and nothing but

16   the truth, testified as follows:

17          EXAMINATION

18   BY MS. MUNLEY:

19      Q.    Good morning, Mr. Griffin.

20      A.    Good morning.

21      Q.    My name is Caitlin Munley.   I'm from

22   the firm Cooley, LLP, and I represent the plaintiff

23   in the action Sines v. Kessler.   I'm going to set a

24   couple ground rules to begin with, and then some of

25   them are going to be specific to the interesting

1              BRADLEY DEAN GRIFFIN

2  video situation that we find ourselves in today.

3        So just so that you're aware, a court

4  reporter is transcribing everything that is being

5  said while we are on the record.  So I'm going to

6  ask that you speak slowly and clearly so that the

7  court reporter can understand everything that is

8  being said.

9        Do you understand?

10     A.    I'll do my best.

11     Q.    Okay.  It's also important to give

12  verbal responses so the court reporter can record

13  them.  Don't shake your head, no nodding, no

14  "uh-huh," "um-hm."  We need clear "yeses" or "nos."

15        Do you understand?

16     A.    Yes.

17     Q.    Okay.  I apologize.  We may be cutting

18  in or out a little bit.  If, at any point, you do

19  not hear my question, please feel free to ask me to

20  repeat it.  If you are experiencing any tech

21  issues, let us know as soon as possible.

22        Do you understand?

23     A.    Yeah, I will.

24     Q.    Okay.  If you don't understand a

25  question as I have phrased it, will you let me

1                       BRADLEY DEAN GRIFFIN

2  know, and I will do my best to rephrase it in a

3  more understandable way?  If you don't tell me that

4  you understand a question [sic], I will assume that

5  you understood it and that your answer is to my

6  question.

7          Do you understand?

8       A.    Yes.

9       Q.    Okay.  There may be objections from

10 counsel here today.  As it's clear, there is a

11 couple counsel on the phone.  Those objections are

12 for the record only.  You are obligated to answer

13 all of my questions regardless of the objection,

14 unless your counsel, Mr. Jones, instructs you not

15 to.

16         Do you understand that?

17      A.    Yes, I do.

18      Q.    If, at any time, you need a break,

19 please feel free to let me know.  As long as there

20 is not a question pending, we can take a break.  We

21 discussed this before you got on the line, but I

22 think we're going to break in about 45 minutes for

23 a short break; we'll probably run another 45

24 minutes after that; and then we'll take lunch.  But

25 we're not making you eat super early in the

1              BRADLEY DEAN GRIFFIN

2  morning.

3      A.     Okay.

4      Q.     All right.  Do you understand that you

5  are sworn to tell the truth in this deposition

6  today?

7      A.     Yes, I do.

8      Q.     Are you under the influence of any

9  medication or drugs, including alcohol or

10 prescription medicine, that would impair your

11 ability to testify truthfully and accurately today?

12     A.     No.

13     Q.     Okay.  Is there any other reason you

14 may not be able to testify truthfully or accurately

15 today?

16     A.     No.  The only problem I anticipate is

17 that my battery on this tablet might go dead, so I

18 might need to --

19                (Simultaneous speakers.)

20 BY MS. MUNLEY:

21     Q.     Okay.  If that happens, I'll let your

22 counsel know, and we will just reconvene as soon as

23 possible.  Okay?

24     A.     Okay.

25     Q.     I think there is a somewhat high

```
 1                    BRADLEY DEAN GRIFFIN
 2   likelihood that at least one of us will experience
 3   tech issues during this deposition, and so we're
 4   going to have to roll with the punches.  Okay?
 5        A.     Okay.
 6        Q.     All right.  Have you ever been deposed
 7   before?
 8        A.     No, I haven't.
 9        Q.     Okay.  Have you ever been party to a
10   lawsuit before?
11        A.     No.
12        Q.     Have you ever been named as a defendant
13   in a lawsuit before?
14        A.     The other Charlottesville lawsuit.
15        Q.     Do you know the name of that lawsuit?
16        A.     I think it's the Washington lawsuit.
17        Q.     Okay.  Is that the same lawsuit that
18   Ms. Tadrint is involved in?
19        A.     I believe so.
20        Q.     And you were not deposed in that
21   matter?
22        A.     No.
23        Q.     Is that matter still pending?
24        A.     I have no idea.  It's been going on for
25   two years.
```

1                    BRADLEY DEAN GRIFFIN

2        Q.      Okay.  And you said that the subject

3    matter of that lawsuit is also Charlottesville; is

4    that correct?

5        A.      That's correct.

6        Q.      Can you give me any more details about

7    that?

8        A.      Apparently, this person sued, a few

9    days after Charlottesville, a bunch of defendants,

10   and I was not amongst them.  And I believe the

11   lawsuit was withdrawn.  And it was reintroduced

12   last May or so, and I was added to it in June.  I'm

13   sorry.  Not last May.  It was May of 2018, and I

14   was added to it in June of 2018.  It's been about

15   two years now.

16       Q.      Okay.  And what are the claims against

17   you in that lawsuit?

18       A.      Some kind of conspiracy or something

19   like that.

20       Q.      Okay.  Have you ever testified in court

21   before?

22       A.      No, I have not.

23       Q.      Did you do anything to prepare for

24   today's deposition?

25       A.      Aside from talking to my lawyer, no.

1                    BRADLEY DEAN GRIFFIN

2        Q.      Okay.  Did you review any documents in

3   preparation for this deposition?

4        A.      No.

5        Q.      Did you speak to anybody about this

6   deposition besides your attorney?

7        A.      No, I have not.

8        Q.      Okay.  How long did you speak to your

9   counsel for?

10       A.      About this deposition?  Just off and

11  on -- just off and on, telling me I need to get

12  ready to do this and, you know, get Zoom installed.

13  And that's pretty much it.

14       Q.      Okay.  And you did not go over any

15  documents with your counsel; is that correct?

16       A.      That's correct.

17       Q.      Okay.  Are you familiar with this

18  litigation, the Sines v. Kessler litigation?

19       A.      How could I not?

20       Q.      Have you -- and, Mr. Griffin, I

21  apologize.  I'm going to be asking my co-counsel,

22  Ms. Flamm, to be showing you exhibits.  I'm not

23  controlling them myself today, because she's much

24  more tech savvy than I am.  So you're going to hear

25  me speaking to somebody called Allegra on the

```
 1                   BRADLEY DEAN GRIFFIN

 2   record.

 3                   MS. MUNLEY:  Allegra, would you

 4             mind showing Exhibit 1?

 5                   (Exhibit 1 was marked for

 6                    identification.)

 7   BY MS. MUNLEY:

 8        Q.     Mr. Griffin, do you recognize this

 9   document?

10        A.     Yes, I've seen it.

11        Q.     Okay.  All right.  So you've seen it

12   before?

13        A.     Yes, I'm familiar with it.  It's been

14   going on for two years.

15        Q.     Okay.  Who showed it to you?

16        A.     It's been all over the Internet.  It's

17   been on the news.

18        Q.     Okay.  So you saw it on the Internet?

19        A.     Well, yes.  I mean, everyone, you know,

20   in our circles knows about the lawsuit.

21        Q.     Do you remember how you first heard

22   about it?

23        A.     I believe it was announced a month or

24   two after Charlottesville.

25        Q.     And that was announced in the circle
```

```
 1                    BRADLEY DEAN GRIFFIN

 2   that you run in; is that correct?

 3       A.     It was in the media when I first heard

 4   about it.

 5       Q.     So you heard about it on the news; is

 6   that correct?

 7       A.     That's correct.

 8       Q.     And what is it that you heard about it?

 9       A.     That Ms. Kaplan (phonetic) has sued a

10   bunch of people who went to the Charlottesville

11   rally and has made various claims of conspiracy.

12       Q.     All right.  Do you understand that I

13   represent the plaintiffs in this litigation and

14   that you're here to testify as part of this

15   litigation today?

16       A.     Yes, I understand that.

17       Q.     Okay.  Have you spoken to any of the

18   defendants in this litigation about this case?

19       A.     Maybe -- maybe briefly.  I think that I

20   talked to --

21               (Simultaneous speakers.)

22       A.     -- Jason Kessler.  I think I talked to

23   Jason Kessler before.

24       Q.     Okay.  When would that have been?

25       A.     I believe he was trying to organize a
```

1                    BRADLEY DEAN GRIFFIN

2    second rally in Charlottesville.  And he went to

3    D.C., and he tried to get a bunch of us to come to

4    that.  And I didn't want to go to that, because --

5    one of the reasons being the lawsuits, the

6    violence.  I just didn't want to go to his second

7    rally.

8         Q.    Okay.  And when he was asking you to go

9    to that rally in D.C., that's when you discussed

10   this litigation; is that correct?

11        A.    You know, it briefly came up.  And, you

12   know, he's always talking about, like, his defense

13   against the lawsuit.  And I believe he filed his

14   own lawsuit as well, and he informed me of that.

15        Q.    Did you speak to any of the other

16   defendants in this lawsuit about it?

17        A.    Not -- maybe Dr. Hill, I would say.

18   Dr. Michael Hill.  I know he's also -- you know,

19   he's also being represented by my attorney.

20        Q.    And what did you talk to Mr. Hill

21   about?

22        A.    Just that, I mean, we have lawsuits to

23   deal with.  That's all.

24        Q.    All right.  Did you talk to Michael

25   Tubbs about it?

1                    BRADLEY DEAN GRIFFIN

2      A.      Who?

3      Q.      Mr. Tubbs.

4      A.      I don't believe so.

5      Q.      Do you know to whom I'm referring?

6      A.      Yes, of course.

7      Q.      All right.  I'm going to ask you a

8   couple of easy questions here.  Have you ever had a

9   different legal name?

10     A.      No.

11     Q.      Do you have any nicknames or other

12  names that people use to refer to you?

13     A.      My pseudonym, Hunter Wallace, my pen

14  name.

15     Q.      And is Hunter Wallace the name that you

16  use on the Internet?

17     A.      Yes.  I have a blog.  It's just a name

18  I use for the blog.

19     Q.      And what's the name of your blog?

20     A.      Occidental Dissent.

21     Q.      Do you ever use the name Hunter Wallace

22  in the real world?

23     A.      No, not really, although people off the

24  Internet recognize me as the pen name.

25     Q.      Is Hunter Wallace the name you use as a

```
 1                  BRADLEY DEAN GRIFFIN
 2   League of the South member?
 3        A.     No, I use my real name.
 4        Q.     Okay.  Do you have any other names?
 5        A.     No.
 6        Q.     Have you ever used any other pen names
 7   to write on the Internet?
 8        A.     Going back 20 years on forums.  I mean,
 9   various pseudonyms I've used for 20 years on
10   forums.  I can't remember them all.
11        Q.     Okay.  None of them you've used with
12   regularity within the last 20 years?
13        A.     Not within the last five, 10 years, no.
14   It's just been Hunter Wallace for 10 years, so --
15   but before that, I used various pseudonyms to post
16   on forums.  I'm being completely honest.
17        Q.     Do you recall any of them?
18        A.     Daedalus was one, but that was posting
19   on a forum ten years ago.
20        Q.     And you used that on which forum?
21        A.     I believe it was a forum called The
22   Phora.  And this was, like, 10 years ago.
23        Q.     And what kind of forum was The Phora?
24   What was the subject matter?
25        A.     It was the free-speech forum I created
```

1                    BRADLEY DEAN GRIFFIN

2   when I was a college student at Auburn University.

3        Q.     So this was a forum that you ran; is

4   that correct?

5        A.     From 2001 to 2005.

6        Q.     Where did you grow up?

7        A.     In Barbour County, Alabama.

8        Q.     Where do you currently live?

9        A.     Barbour County, Alabama.

10        Q.     What's the highest level of education

11   that you've received?

12        A.     A bachelor's degree from Auburn

13   University.

14        Q.     When did you graduate?

15        A.     2005.

16        Q.     Are you currently employed?

17        A.     I'm self-employed.  I run my -- my

18   blog.

19        Q.     So your main source of income is your

20   blog; is that correct?

21        A.     That's correct.

22        Q.     And that's the Occidental Dissent blog;

23   is that correct?

24        A.     That's correct.

25        Q.     And you receive income from that blog;

1               BRADLEY DEAN GRIFFIN

2   is that correct?

3        A.      I mean, readers donate money, yes.

4        Q.      But that's your main source of income,

5   is donations from readers; is that correct?

6        A.      That's correct.  Journalism

7   (indiscernible).

8                     (Technical discussion off the

9                      record.)

10       A.      I consider it a journalism job.  It's

11  just a website -- a platform that I own.

12       Q.      I'm going to ask you a few questions,

13  and I think we should maybe break and have you call

14  in on your phone, Mr. Griffin, if that's okay.

15       A.      Okay.

16       Q.      All right.  Do you pay other

17  individuals to write articles for your website,

18  Occidental Dissent?

19       A.      No, I do not.

20       Q.      Do you receive any income from

21  advertising on your website?

22       A.      No, I do not.

23       Q.      Do you receive any income from League

24  of the South?

25       A.      No, I do not.

1               BRADLEY DEAN GRIFFIN

2      Q.      Do you write for any other websites?

3      A.      No, I do not.

4      Q.      Have you ever written for altright.com?

5      A.      Briefly for a few months in 2017.

6      Q.      Have you ever written for Daily

7   Stormer?

8      A.      No, I do not.  No, I have not.

9      Q.      Have you ever written for the League of

10   the South website?

11      A.      No, but stuff I've written on my

12   website has been cross-published on other sites.

13   But I don't have access to the League of the South

14   website.

15      Q.      Have you ever written for any other

16   website?

17      A.      I think I've published an article on

18   VDARE, like, once.  Some of my articles have been

19   published on unz.com.

20      Q.      Have you ever published any of your

21   articles in print media -- books or newspapers or

22   magazines?

23      A.      Some of my articles might have been in

24   The Free Magnolia, which is the League's print

25   magazine, newsletter.

 1                    BRADLEY DEAN GRIFFIN

 2        Q.      Have you ever written any books?

 3        A.      No.

 4        Q.      Have you ever published any journals?

 5        A.      No.

 6        Q.      Have you ever run any other blogs

 7   besides Occidental Defense?

 8        A.      Something maybe, like briefly for a

 9   month or two, something called Confederate

10   Renaissance.  But that's -- it's just basically

11   cross-posted material.

12        Q.      Did you ever run a blog called

13   antisemitica?

14        A.      Oh, well, yeah, maybe for a month or

15   two, something like that.

16        Q.      What was the subject matter of that

17   blog?

18        A.      It was just a spinoff of my blog.  I

19   mean, it was a way to collect all of the articles I

20   had written about Jews in one place.  But it was

21   mainly just cross-posting stuff from my blog all in

22   one place.  I write about dozens of topics.

23        Q.      I apologize.  What was that last word

24   that you said?

25        A.      I said I write about dozens of topics.

1                    BRADLEY DEAN GRIFFIN

2    So the antisemitica blog was basically a topic from

3    my blog that was just cross-posted.  It was all on

4    my own website.

5         Q.      Do you have any other blogs like that,

6    that are just specific topics?

7         A.      No, not anymore.  This was an

8    experiment that lasted maybe a few months or two,

9    but it wasn't worth the time.

10        Q.      Okay.  And you said "not anymore."  At

11   one point, did you have other blogs like that?

12        A.      Yes.  I would -- you know, I would have

13   another blog that -- where I would write just about

14   Jewish issues or one about Southern issues.  But

15   that was just not worth the effort of cross-posting

16   material from Occidental Dissent to a separate

17   blog, so I just discontinued it.

18        Q.      You had one about Jewish issues and one

19   about Southern issues.  Any other blogs that you

20   can think of?

21        A.      None that comes to mind.

22                   MS. MUNLEY:  Okay.  All right.

23           Let's go off the record very briefly.

24           I'm going to ask you to call in on your

25           phone.

1          BRADLEY DEAN GRIFFIN

2               THE VIDEOGRAPHER:  The time is

3          10:06 a.m.  We're off the record.

4               (Recess from 10:06 a.m. to

5                10:21 a.m.)

6               THE VIDEOGRAPHER:  The time is

7          10:21 a.m.  We're back on the record.

8  BY MS. MUNLEY:

9      Q.     Mr. Griffin, you're a member of League

10 of the South; is that correct?

11     A.     That's correct.  I haven't renewed my

12 dues, though, recently.

13     Q.     When was last when you renewed your

14 dues?

15     A.     Huh?

16     Q.     When was the last time you renewed your

17 dues?

18     A.     I think in 2018.

19     Q.     Do you understand that the League of

20 the South is a defendant in this lawsuit?

21     A.     Yes, I do.

22     Q.     How did you first hear about League of

23 the South?

24     A.     What did you say?

25     Q.     How did you first hear about League of

1                    BRADLEY DEAN GRIFFIN

2  the South?

3       A.    Oh.   Long ago, when I was in college, I

4  think they were defending Confederate monuments in

5  Montgomery.   This was 15, 20 years ago.

6       Q.    And did you hear about them in the

7  news?

8       A.    Yes.   Yes.   I was in college when I

9  heard about them.

10      Q.    Did you hear about them on the

11  Internet?

12      A.    Yes.   On the news on the Internet.

13      Q.    And this was when you were in college.

14  Approximately when was it?

15      A.    Probably around 2003-2004 is when I

16  first heard of the group.

17      Q.    And at some point, you became

18  personally involved in League of the South; is that

19  correct?

20      A.    In 2012.

21      Q.    Why did you want to become a member of

22  League of the South?

23      A.    The League of the South was a

24  pro-Christian group, a pro-white group, and a

25  pro-Southern group, and it was specifically not a

1                    BRADLEY DEAN GRIFFIN

2  violent group.  I just wanted to associate with

3  other Southerners who share my identity and

4  beliefs.

5       Q.      So you decided to become a member of

6  League of the South because you felt like they

7  shared your beliefs; is that correct?

8       A.      My identity, specifically.

9       Q.      What do you mean by "your identity"?

10      A.      Well, I'm a white Southern Christian,

11  and the League of the South is a group for white

12  Southern Christians, so that's why I was interested

13  in the group.

14      Q.      Are all white Southern Christians

15  welcome to join League of the South?

16      A.      I believe there is other criteria, if

17  I'm not mistaken.

18                    (Simultaneous speakers.)

19      A.      I mean, they exclude people, like, who

20  are, you know -- like, obviously, like, if someone

21  is an anarchist or something or -- they're not

22  going to just accept any member of the group.

23  They -- people who are -- basically, nationalists

24  is who they accept.  But I believe -- but it's been

25  years since I looked at the membership form.  I

1                    BRADLEY DEAN GRIFFIN

2  believe they have some other criteria on it on

3  their website.

4        Q.     And so, generally, their members need

5  to share their beliefs; is that correct?

6        A.     Yeah.  Pretty much.  It's an

7  ethnonationalist Southern patriotic group.

8        Q.     You said there's an application form to

9  join League of the South; is that correct?

10       A.     It was on their old Dixie Net website.

11 I believe it's on their new website.

12       Q.     When you became a member, did you fill

13 out that application?

14       A.     Online, yes.

15       Q.     What information did it ask you for?

16       A.     My name, my address.  That's just

17 general sign-up information.  That's about it.  I

18 might have joined at the -- I might have joined at

19 the conference I went to, which was in 2012.  I

20 think I actually did an on-site, and I just renewed

21 through the website.

22       Q.     And what conference is that?

23       A.     It was their national conference in

24 2012.

25       Q.     Okay.  And when you joined, did they

1                    BRADLEY DEAN GRIFFIN

2  ask you any information about your beliefs?

3       A.    I was a pretty well-known personality

4  by then, so (indiscernible).

5       Q.    Did you have any involvement with

6  recruiting new members?

7       A.    I would suppose so.  I mean, plenty of

8  people from my blog have joined the group.  Plenty

9  of people I've interacted with on Twitter have

10 joined the group -- on social media.

11      Q.    So when you are recruiting a new

12 member, what do you do to make sure that they share

13 the beliefs of League of the South?

14      A.    I think anyone can join, but, like, if

15 people don't share the beliefs of the group, I

16 think they're kicked out.  But, you know, I don't

17 run the group, so I don't know.

18      Q.    Do new members undergo any form of

19 vetting process?

20      A.    I'm not in charge of that, so you would

21 have to ask Dr. Hill.

22      Q.    Are you aware if new members undergo

23 any form of vetting process?

24      A.    I think he said anyone could join, if

25 I'm not mistaken.  But, I mean, it's up to

1                    BRADLEY DEAN GRIFFIN

2  Dr. Hill, who runs the group, to decide whether

3  you're in or you're out.

4      Q.     Could a non-white person join League of

5  the South?

6      A.     I believe they've had non-white members

7  in the past.

8      Q.     Okay.

9                 (Simultaneous speakers.)

10     A.     A friend of mine is a Hispanic Cuban,

11 so -- I know he's a member.  And we have Native

12 American members as well.  I know them personally.

13     Q.     Could a Jewish person join League of

14 the South?

15     A.     I don't know.  You would have to ask

16 Dr. Hill.  Probably not.

17     Q.     Is there anything that a new member

18 needs to do to become a member of League of the

19 South other than submit the application?

20     A.     I think there's a -- there's a

21 membership fee and they submit the application.

22 And they're vetted by Dr. Hill, I guess.  I'm not

23 in charge of that.

24     Q.     Okay.  Is there any kind of initiation

25 into the membership?

1              BRADLEY DEAN GRIFFIN

2      A.     No.  There's no initiation ritual or

3  anything like that.

4      Q.     Were you recruited to join League of

5  the South?

6      A.     A friend of mine from my blog was going

7  to the conference in Wetumpka, which happens to be

8  near where I live.  So I went, and I liked what

9  I -- liked what I saw, and that's when I joined the

10 group.

11     Q.     Do you recall that friend's name?

12     A.     Michael Cushman.

13     Q.     And Michael Cushman is a member of

14 League of the South; is that correct?

15     A.     Not anymore.

16     Q.     When did he stop being a member of

17 League of the South?

18     A.     2015, I believe.  He settled down and

19 he got married and had a kid and just returned to

20 private life.

21     Q.     Before you joined League of the South,

22 what did you know about the organization?

23     A.     I knew it was a pro-Southern group and

24 a pro-Christian group and it was a Southern

25 nationalist group.  And I wasn't exactly sure if it

1                    BRADLEY DEAN GRIFFIN

2   was a pro-white group, but it eventually became

3   one.

4        Q.      Did you have any involvement in pushing

5   it towards being a pro-white group?

6        A.      Not necessarily.  My impression is,

7   when I joined, it was.  But I had only seen it then

8   through the media.  I didn't know them to that

9   point.

10       Q.      What gave you the impression that it

11  was a pro-white group?

12       A.      Just listening to the speeches.  I saw

13  a -- more of an ethnonationalist as opposed to a

14  civic nationalist, similar to the speeches I saw in

15  2012.

16       Q.      Any specific statements that you

17  recall?

18       A.      No, not really.  Just that was my

19  impression, that it was a -- it was a

20  ethnonationalist organization is the impression I

21  got, and I joined it.

22       Q.      What do you mean by "ethnonationalist"?

23       A.      Basically, it's a -- someone who

24  defines their identity in terms of ethnicity,

25  place, history, tradition, like most nations in the

1                    BRADLEY DEAN GRIFFIN

2    world.

3         Q.      Okay.  So an ethnonationalist believes

4    that a society should be made up of only one race;

5    is that correct?

6         A.      That's incorrect.  An ethnonationalist

7    is someone who believes that identity should be

8    rooted in kinship.  For example, Poland is an

9    example of an ethnonationalist country or Hungary

10   or Japan or China.  Most of the world's nations, in

11   fact, are based on kinship.

12        Q.      What do you mean by "kinship"?

13        A.      Blood relation, descent from a common

14   ancestry.

15        Q.      So the descendent of a black person who

16   married a white person and had children, that's

17   still a kinship tie that would fit into your

18   ethnonationalism world view; is that correct?

19        A.      There's always been mixed-race people

20   in the South.  I mean, if a person -- if a white

21   woman, for example, married a black man and had a

22   half-white child, I mean, there would be some

23   degree of biological relation there, obviously.

24        Q.      And so that's -- those people would be

25   welcome in the ethnonationalist society that you

1               BRADLEY DEAN GRIFFIN

2  envision; is that correct?

3       A.     I believe there would be a space for

4  those people, yes.  In my ethnonationalist vision,

5  people would be allowed to form their own

6  communities.  So if, for example, people who are of

7  British ancestry wanted to form their own

8  community, they would be allowed to do so.  Or say

9  people who are of Native American ancestry -- or,

10  actually, Native Americans already have their own

11  places.  We call them reservations.  They're here

12  in Alabama and in most Southern states, and

13  especially in the state of Oklahoma.

14       So I think people should be allowed to

15  form their own communities, and people who are

16  mixed should be allowed to live like -- I don't

17  think everyone should be required to live the exact

18  same way.  I believe that breeds tension and

19  resentment of the sort we've recently seen in this

20  country.

21       Q.     Do you advocate for entirely racially

22  homogenous communities?

23       A.     I think that's an -- I think that's an

24  ideal, that -- not necessarily racially homo- --

25  race is only one facet of identity.  There's also

1                    BRADLEY DEAN GRIFFIN

2   culture and ethnicity and religion.  But I believe,

3   generally -- if you want my perspective, which is

4   social conservatism, I believe that homogenous

5   communities where people have -- are united not by

6   ideology but have shared ancestry, history,

7   culture, and values -- I believe those communities

8   are far more stable than diverse communities.  I

9   believe in diverse communities, especially under

10  neoliberalism that -- there's a lot of resentment

11  and hate in those communities, which we've seen,

12  for example, explode in places like Minneapolis

13  over the last two weeks.

14       Q.    So a community that is all Christian

15  and identifies in all other ways with the same

16  world view but is racially homogenous, does that

17  fit in with your definition of ethnonationalism?

18       A.    Of course.  I believe religion is a

19  facet of identity, just like ethnicity and culture

20  and race and the family and history -- common

21  history and things.

22       And I think, basically -- if you want

23  my world view, I think that the more homogeneous a

24  society or a community is, the more stable it is,

25  the more it's orderly, the more it's peaceful and

 1                    BRADLEY DEAN GRIFFIN

 2  happy and content.  And I believe that, when you

 3  combine people of various backgrounds and you

 4  exploit them under neoliberal capitalism, that that

 5  is just a recipe for social chaos and hatred and

 6  discord and disaster of -- for example, like we saw

 7  in Richmond, Virginia, last night.

 8       Q.     And do you -- is it your understanding

 9  that League of the South shares these views with

10  you?

11       A.     Oh.  League of the South is definitely

12  rooted in nationalism and social conservatism and

13  identitarianism.  That's definitely our -- our

14  world view.

15                    (Simultaneous speakers.)

16       A.     -- be based on ancestry and culture and

17  history and share a strong and common identity,

18  because those -- those societies are far more

19  peaceful and content than the system we have now.

20       Q.     What do you understand that the goals

21  of League of the South are?

22       A.     Obviously, the main goal of the group

23  is Southern independence and also to re-establish

24  society on a more ethnonationalist foundation.

25        I would emphasize here that

1              BRADLEY DEAN GRIFFIN

2  ethnonationalism is just an ideal, though.  We can

3  all have ideals.  Like, our society has equality

4  and freedom as an ideal, although reality doesn't

5  necessarily match that ideal.  And that's okay.

6  Reality is messy.  We don't -- we're not -- we're

7  not ideological fanatics.  We are social

8  conservatives.

9       Q.     Okay.  And the League of the South,

10 their priority is Southern independence; is that

11 correct?

12      A.     Well, Southern independence, but also

13 more specifically a celebration of Southern culture

14 and, more than anything else -- probably even more

15 than Southern independence is rebuilding Southern

16 ethnic identity and -- because we've lost our

17 identity, I think, over the last 50 or 60 years,

18 and I think that's very sad.  So we also --

19                 (Simultaneous speakers.)

20 BY MS. MUNLEY:

21      Q.     Identity you're referring to, is that

22 the identity of the Confederacy?

23      A.     No.  The Confederacy was only four

24 years of our history, although that is part of our

25 history.

1                    BRADLEY DEAN GRIFFIN

2      Q.      Is that identity -- does that identity

3  include the racial regimes that were in place in

4  the South prior to the Confederacy?

5      A.      Can you restate the question?

6      Q.      Does the Southern identity that League

7  of the South has as their goal include the racial

8  regime that was in place in the South prior to the

9  Confederacy?

10     A.      No.  No one is proposing to

11  re-establish slavery.  That's absurd.

12     Q.      What about Jim Crow?

13     A.      No, not in my understanding.  I believe

14  that people should be -- if they want to form their

15  own homogenous communities, they should be allowed

16  to do so.  I mean, American Indians have

17  reservations, but no one is particularly upset

18  about that.

19                    MS. MUNLEY:  Allegra, would you

20           mind showing exhibit 88 [sic]?

21                    (Exhibit 2 was marked for

22                       identification.)

23  BY MS. MUNLEY:

24     Q.      And I apologize.  These are internal

25  reference numbers.  This is going to be Exhibit 2.

1                   BRADLEY DEAN GRIFFIN

2        Mr. Griffin, are you able to see the

3    exhibit?  We should have tested this earlier.  I

4    apologize.

5        A.     Yes.

6        Q.     Okay.  Do you recognize this?

7        A.     Yes.

8        Q.     This is from --

9                   (Simultaneous speakers.)

10       A.     That's my blog.

11       Q.     Occidental Dissent.  Okay.

12       A.     That's from, like, 10 years ago, it

13   looks like.

14       Q.     Okay.  And you wrote this article; is

15   that correct?

16       A.     Should -- it should -- it looks like

17   that way.  That's when I was a white nationalist.

18       Q.     Are -- you no longer identify as a

19   white nationalist?

20       A.     No, I don't.  I quit identifying as a

21   white nationalist in 2011.  I was a white

22   nationalist before I became a Southern nationalist.

23       Q.     I am going to apologize again.  This is

24   a little bit slow, but I'm scrolling through this

25   article.  And nothing looks out of place; is that

1                     BRADLEY DEAN GRIFFIN

2    correct?

3         A.     That looks correct.  It looks like

4    you're scrolling now, because I see "coronavirus"

5    in the sidebar.  So this is obviously not a screen

6    save.

7         Q.     Yeah.  It's a current screenshot.  I

8    believe it was taken very recently.  Again, this is

9    moving rather slowly.

10                     MS. MUNLEY:  Can we go off the

11              record for one moment?

12                     THE VIDEOGRAPHER:  The time is

13              10:41 a.m.  We're off the record.

14                     (Off-the-record discussion from

15                      10:41 a.m. to 10:44 a.m.)

16                     THE VIDEOGRAPHER:  The time is

17              10:44 a.m.  We're back on the record.

18    BY MS. MUNLEY:

19         Q.     All right.  Mr. Griffin, can you see

20    the document that I have up on the screen?

21         A.     Yes, that's correct.

22         Q.     Is this document familiar to you?

23         A.     It looks like your -- something from

24    2010.

25         Q.     Okay.  But this is from your blog; is

 1                    BRADLEY DEAN GRIFFIN

 2   that correct?

 3        A.     Yes.

 4        Q.     Excellent.  I am going to ask you to

 5   read the section starting with, "My favorite."

 6        A.     My favorite racial regime of the 20th

 7   century is the Jim Crow South.  I have over a

 8   hundred books about the subject on my bookshelf and

 9   all sorts of Jim Crow memorabilia.  My second and

10   third choices would be the Belgian Congo and

11   apartheid South Africa, which I have written about

12   in the past.  If I was forced to pick my favorite

13   racial regime of all time, I would easily choose

14   Confederacy, which was based on the cornerstone of

15   racial inequality, or the White Republic, which

16   lasted from 1789 to 1865.  In January --

17                    (Simultaneous speakers.)

18        A.     Is that enough?

19        Q.     Yeah.  Thank you.  And you wrote those

20   words; is that correct?

21        A.     That's correct.  I was a white

22   nationalist at the time.

23        Q.     Is being a white nationalist different

24   than being pro-white?

25        A.     Yes.  A white nationalist would base

1                  BRADLEY DEAN GRIFFIN

2    their identity solely on their race.  And,

3    initially, when I got involved in the white nat- --

4    the only people who were talking about white

5    identity in the twenty -- in the 2000s, up until,

6    like, 2010, were white nationalists.  So I believed

7    that white identity was legitimate, so I became a

8    white nationalist.  Although, if you read those

9    articles and in the context of my blog, this was

10   before I joined the League of the South.  And my

11   views were -- around 2010, 2011, 2012 were

12   changing.  I was becoming more interested in

13   ethnicity and culture, and I was growing -- I wrote

14   a lot of articles around that time where I was

15   growing skeptical of white nationalism.  And

16   eventually, I think I wrote a few articles saying I

17   wasn't a white nationalist anymore.  So that --

18        Q.     I'm going to cut you off there, but

19   thank you.

20          What kind of activities does League of

21   the South engage in?

22        A.     They have a blog; they have a

23   newsletter; they do protests.  The last thing I was

24   involved with in League of the South that we did is

25   we went down to Panama City to do hurricane relief

1                    BRADLEY DEAN GRIFFIN

2  after Hurricane Michael, and we passed out food and

3  groceries and helped hurricane victims in Panama

4  City.  So that's the last activity -- the

5  biggest -- last thing, really, I did.

6                    (Simultaneous speakers.)

7       A.     November 2018, I want to say.

8       Q.     Does League of the South hold

9  conferences?

10      A.     Oh, yeah.  Conferences too.

11      Q.     Do they hold rallies?

12      A.     Rallies, barbecues.

13      Q.     Do they engage in activism?

14      A.     Activism, yes.  Although we've had to

15  change --

16                    (Court reporter interruption.)

17  BY MS. MUNLEY:

18      Q.     Do they engage in street activism?

19      A.     Yes, they do.  They've changed their

20  mode of activism now.

21      Q.     Okay.  How so?

22      A.     Well, one thing we learned from 2017

23  and 2018 is that we had a problem with violent

24  anarchists coming to our rallies to disrupt our

25  events.  And after experience with them in

1              BRADLEY DEAN GRIFFIN

2  Charlottesville and other events, not just the

3  League of the South, but most pro-white

4  organizations, most alt-right organizations decided

5  that they would no longer engage at all with

6  anarchists.  So instead of having these

7  pre-announced street rallies, like we did in

8  Charlottesville, there was a shift to doing

9  unannounced rallies, where we would just show up in

10  a place and have a rally.  And, that way, we could

11  avoid the violent anarchists who are burning down

12  our country these past two weeks.

13      Q.    Does the League of the South publish

14  about their ideas?

15      A.    They have their newsletter, The Free

16  Magnolia.

17      Q.    And is there -- are you a member of a

18  local Alabama chapter of League of the South?

19      A.    There was a local Alabama chapter.  I

20  think they parted ways with the League of the

21  South, though.  So I'm just -- and I haven't even

22  renewed my own dues, so I'm just supportive of the

23  group at this moment.

24      Q.    Okay.  Do you know what other states

25  have chapters of the League of the South?

 1                    BRADLEY DEAN GRIFFIN

 2        A.    It's changed over the years as people

 3   have come and gone.  But there's a group in

 4   Florida; there is a group in North Carolina; there

 5   was a group in Arkansas.  I've gone all over the

 6   South to League of the South rallies.  I've been

 7   to, like, 30 or 40 rallies.

 8                    (Simultaneous speakers.)

 9   BY MS. MUNLEY:

10        Q.    Was there a group in Tennessee?

11        A.    In Tennessee?

12        Q.    Yes.

13        A.    Yes.  I've been to Tennessee several

14   times.

15        Q.    Was there a League of the South chapter

16   in Georgia?

17        A.    Yes, there was.  I'm not sure what the

18   status of it is now.

19        Q.    Was there a League of the South chapter

20   in South Carolina?

21        A.    Yes, there was.

22        Q.    Did you ever have a specific role in

23   the Alabama chapter?

24        A.    No.  I was just a member.

25        Q.    So did you know anybody who was a

1                    BRADLEY DEAN GRIFFIN

2  member of League of the South before you joined?

3       A.    My friend Michael Cushman was the one

4  who got me into it.  He was a member, but he quit

5  around 2015.

6       Q.    Okay.  Did you know anybody else?

7       A.    In the group?  No, I didn't know anyone

8  personally in the group at the time.

9       Q.    Is Michael Hill in charge of League of

10  the South?

11      A.    Michael Hill?

12      Q.    Yes.

13      A.    Yes.  He's still the president of the

14  League of the South.

15      Q.    Was he the president of League of the

16  South when you joined?

17      A.    Yes, he was.

18      Q.    Has he always been the president of

19  League of the South?

20      A.    As far as I know.  I think so.

21      Q.    Can you explain the structure of League

22  of the South?

23      A.    It's changed over the years.  It was --

24  there was local chapters.  There was -- and they

25  reported the state chapters, I believe.  And then

1              BRADLEY DEAN GRIFFIN

2  there was the national group.

3       For a long time, each -- it was a very

4  decentralized thing.  And I think, in recent years,

5  they've, you know -- they're just more of a

6  national group than a state or local -- it seemed

7  to be more state and local at the time.  Now it's

8  just, like, everyone who is a Southerner, and

9  there's, like, a few guys who are at the top.

10      Q.      So there -- were there leadership roles

11  in the overall League of the South organization?

12      A.      For example, Michael Tubbs is in charge

13  of the Florida chapter.  I'm pretty sure he still

14  is.

15      Q.      And did you have a leadership role?

16      A.      No.  They just asked me to talk to the

17  media for them, I believe, around the time of the

18  Pikeville rally, and I agreed.  And they started

19  calling me the public relations officer.  And what

20  I would do is I would talk to the media, and I

21  would promote the -- promote events and interact

22  with people on social media.  But that was my --

23  the only real role I had ever had except for being

24  a member.

25      Q.      Was that a formal position?

1                    BRADLEY DEAN GRIFFIN

2        A.     I think they said it was, but I just

3   consider it I would talk to the media for them.

4        Q.     Were you paid for that position?

5        A.     No, I was not.

6        Q.     When did that start?

7        A.     Sometime in 2017, I believe.

8        Q.     And --

9                      (Simultaneous speakers.)

10       A.     I mean, I did a lot of interviews with

11   the press for the group.  I talked to various

12   reporters.

13       Q.     Are you still the PR officer for League

14   of the South?

15       A.     I haven't done any -- I quit talking to

16   the media a long time ago, so I don't -- I guess

17   so, but it's, like, a -- really a defunct role at

18   this point.

19       Q.     Who asked you to be the PR officer?

20       A.     I believe it was Tubbs or Dr. Hill, one

21   of the two.  But they just put me in charge of

22   public relations because they thought I could talk

23   to people and explain our world view.  And --

24                     (Simultaneous speakers.)

25   ///

1                     BRADLEY DEAN GRIFFIN

2   BY MS. MUNLEY:

3        Q.      Did they give you direction in your

4   role as a PR officer?

5        A.      No, not really.  They just said, you

6   know, Brad, he can -- he can talk to people in the

7   media, and we'll let him do interviews and explain

8   what we believe.  So they really just left it up to

9   me.

10       Q.      So was part of your role as the PR

11  officer -- did that include coordinating with other

12  groups, including other Southern nationalists or

13  white nationalist groups?

14       A.      Not really as part of my role, I would

15  say.  I just -- I've always known a lot of --

16  I've -- from -- from my time -- like I said, as you

17  cited earlier, I used to be a white nationalist

18  until, like, 2011, so I knew other people from that

19  world.  And I had contacts with those people, but

20  that was just mainly personal through my blog.  It

21  wasn't any kind of official thing.

22       Q.      Do you know what other roles or titles

23  League of the South has?

24       A.      There's chief of staff.  There's the

25  president.  There is, you know, the various state

```
 1                    BRADLEY DEAN GRIFFIN
 2  chairmen.  There was someone who did logistics at
 3  one point and operations; he would plan rallies.  I
 4  can't name them all off the top of my head, but
 5  there was just various other roles.  And my role
 6  was just to talk to the media as the public
 7  relations officer.
 8       Q.    Okay.  Was your role ever described as
 9  communications?
10       A.    I would say so, yeah.  My -- insofar as
11  I ever had a role in the group besides being a
12  member, I would give speeches at conferences like I
13  did last year, and I would talk to the media.  And
14  that's communications, basically.
15       Q.    And did Mr. Hill ever ask you to post
16  about a specific subject?
17       A.    Post about a subject?  I don't really
18  think so.  I mean, it was probably me posting about
19  it anyway on my own blog, so he probably didn't
20  even have to tell me to post about anything.
21       Q.    Did Mr. Tubbs ever ask you to post
22  about a specific subject?
23       A.    Not that I can recall, except -- well,
24  the only thing I can think of is, at one time, they
25  had some kind of "Get Off Titanic" billboard or
```

```
 1                    BRADLEY DEAN GRIFFIN
 2   sticker somewhere, and I think I posted about that
 3   once.
 4        Q.    Did you report about your
 5   communications efforts to Mr. Hill or Mr. Tubbs?
 6        A.    No, not really.  They just, you know,
 7   let me -- let me handle it.
 8        Q.    Do you know who Ike Baker is?
 9        A.    Yes, I know who Ike Baker is.
10        Q.    Is Ike Baker a member of League of the
11   South?
12        A.    Did the connection drop?  I'm back.
13         Okay.  Ike Baker was a member of the
14   League of the South.  I don't know if he still is.
15   I haven't talked to him recently.
16        Q.    Okay.  Do you know what his role in
17   League of the South was?
18        A.    I believe it was operations, if I'm not
19   mistaken.
20                    (Technical discussion off the
21                     record.)
22   BY MS. MUNLEY:
23        Q.    What does "operations" mean?
24        A.    Like, coordinating with police, entry
25   and exit from rallies, and stuff of that nature.
```

```
 1                    BRADLEY DEAN GRIFFIN

 2   Like logistics --

 3                    (Simultaneous speakers.)

 4   BY MS. MUNLEY:

 5       Q.     Did he ever hold the title, commander

 6   of the Southern Kentucky Defense Force?

 7       A.     I have no idea.  I was never a part of

 8   the defense force.

 9       Q.     But League of the South did have a

10   defense force; is that correct?

11       A.     I know that -- I know a lot of them

12   were into training and stuff with firearms and

13   stuff like that.  I was never involved with that,

14   and I never went to any of that, so -- I just -- I

15   just know that, like, they do, like -- they

16   practice survival skills and -- and you know, go

17   out on the gun range and do stuff like that, like a

18   lot of people do, but I was never involved in it.

19       Q.     You were never part of the logistics

20   and training group?

21       A.     No.  I was never involved in logistics

22   or defense force or anything like that.

23                    MS. MUNLEY:  Allegra, would you

24              mind showing tab 67.  This will be

25              Exhibit 3.
```

1                    BRADLEY DEAN GRIFFIN

2                         (Exhibit 3 was marked for

3                          identification.)

4    BY MS. MUNLEY:

5         Q.      Do you recognize this email?

6         A.      It's probably -- it looks like

7    something from VK.  And it looks like Pat is

8    inviting me to join a group.  I don't -- it looks

9    like -- I don't know if I joined it.  I certainly

10   never paid any attention to it.  But Pat would

11   often send me stuff like that.

12        Q.      Prozium1984@gmail.com is your email

13   address; is that correct?

14        A.      That's correct.

15        Q.      And what is VK?

16        A.      After the League was banned from

17   Facebook, they shifted their operations over to VK.

18   But, in my view, it was a ghost town, so I just

19   kind of rarely went over there, especially in the

20   last two years.

21        Q.      So in February 2017, Mr. Hill called

22   for a Southern Defense Force to be formed in the

23   League of the South; is that correct?

24        A.      In February of 2017?

25        Q.      Yes.

```
 1                    BRADLEY DEAN GRIFFIN

 2      A.       Probably.  That sounds about right.

 3 That's about the time of the Berkeley events.

 4      Q.       And that offered an opportunity for

 5 interested members to increase their proficiency

 6 with, quote, hand-to-hand defense skills, firearms

 7 training, both pistols and long weapons, and other

 8 related skills; is that correct?

 9      A.       It sounds -- it sounds like something

10 they were doing at the time.  This was -- this was

11 an aftermath of the Trump inauguration and it was

12 in the aftermath, I believe, of the Berkeley riots.

13 And so political -- politics was very tense around

14 that period.  And I believe they were -- you know,

15 they wanted to --

16                    (Simultaneous speakers.)

17      A.       But I was never involved in that.

18      Q.       And you agreed that there was a need

19 for military preparation, though, correct?

20      A.       Well, my impression was that the left

21 was getting far more violent around that period.

22 There was -- I went to the Trump inauguration to

23 see the president inaugurated, and there were

24 massive riots in Washington, D.C., at the time.

25 And then shortly thereafter that, there was all
```

1                  BRADLEY DEAN GRIFFIN

2  these riots at Milo Yiannopoulos' speaking events.

3  And so, you know, it just seems to me, you know,

4  self-evident that when --

5                  (Simultaneous speakers.)

6                  MS. MUNLEY:  Allegra, will you

7             show tab number five?  And this will be

8             Exhibit 4.

9                  (Exhibit 4 was marked for

10                  identification.)

11  BY MS. MUNLEY:

12      Q.    This is another post from your blog; is

13  that correct?

14      A.    That looks about right.  Yeah.  Yeah.

15  That's me and my friend Tom.

16      Q.    All right.  I think Allegra is

17  scrolling to what I want to talk about.  It's

18  number 8 here.

19      Do you see right here, where it says,

20  I'm not opposed to preparation.  By that, I mean

21  arming yourself, training, gaining experience with

22  firearms, developing your military skills with

23  others.

24      Is that your position on the League of

25  the South's development of a Southern Defense

1                    BRADLEY DEAN GRIFFIN

2  Force?

3      A.     I obviously believe that, you know,

4  there's actually nothing wrong with practicing

5  firearms or getting in better physical shape or

6  working with others, you firing guns at the range.

7  I don't believe, you know, there's anything wrong

8  with that.

9      Q.     But you agree that a Southern Defense

10 Force was justified; is that correct?

11     A.     Well, when violent anarchists -- from

12 my view -- and this is -- this was around, I

13 believe, February 2017 -- or January.  This was at

14 a time when --

15                 (Simultaneous speakers.)

16 BY MS. MUNLEY:

17     Q.     It's just a yes-or-no question.

18     A.     Was it justified?  I believe it was

19 absolutely justified.

20     Q.     Okay.  Thank you.

21                 (Simultaneous speakers.)

22                 MS. MUNLEY:  I think we're going

23            to actually take a quick break.  When

24            we come back, I'm going to have maybe,

25            like, 25 minutes of questions, and then

```
 1                 BRADLEY DEAN GRIFFIN
 2            we'll break for lunch.  Does that sound
 3            good to everybody?
 4                 UNIDENTIFIED SPEAKER:  Okay.
 5                 MS. MUNLEY:  All right.  Let's go
 6            off the record.  Thank you.
 7                 THE VIDEOGRAPHER:  The time is
 8            11:04 a.m.  We're off the record.
 9                 (Recess from 11:04 a.m. to
10                  11:13 a.m.)
11                 THE VIDEOGRAPHER:  The time is
12            11:13.  We're back on the record.
13   BY MS. MUNLEY:
14       Q.    Do you know Michael Tubbs?
15       A.    Yes, I do.
16       Q.    Is he a member of League of the South?
17       A.    As far as I know.
18       Q.    Do you know what his role is in League
19   of the South?
20       A.    He was the chairman of the Florida
21   group.  I think he might be Dr. Hill's chief of
22   staff now.  I'm not up to date.
23       Q.    Do you know who Eric Torbolton is?
24       A.    Oh.  Oh, Eric?  Unfortunately.
25       Q.    Was he -- is he a member of League of
```

```
 1                    BRADLEY DEAN GRIFFIN

 2   the South?

 3        A.      Not that I know.  He was briefly, and

 4   then he stormed out and quit.  And he's a really

 5   weird guy.

 6        Q.      When was he a member?

 7        A.      A long time ago.  Maybe, like, 2013,

 8   2014.  I met Eric a few times.

 9        Q.      Do you know what his role in League of

10   the South was?

11        A.      No.  As far as I know, he was just a

12   member and one who was very prone to starting

13   conflicts, at that.

14        Q.      Do you know Eric Meadows?

15        A.      That would be one and the same person.

16        Q.      Okay.  And we talked about Michael

17   Cushman.  Did he have a role in League of the

18   South?

19        A.      He was the South Carolina chairman at

20   one point.

21        Q.      Do you know Pat Hines?

22        A.      Yes.  He's the South Carolina chairman.

23   I know Pat.

24        Q.      Did he have a role in PR and

25   communications as well?
```

```
 1                   BRADLEY DEAN GRIFFIN

 2       A.     Pat?  I don't think so.

 3       Q.     Did you have any specific

 4  responsibilities as the PR officer for League of

 5  the South?

 6       A.     Not that I really -- I think I was sent

 7  a handbook.  I think they created a handbook last

 8  year.  I haven't really read through it.

 9                   (Simultaneous speakers.)

10       A.     And I haven't talked to the media

11  anyway, so, like, I don't -- there's not much

12  public relations to do when you're not talking to

13  the media.

14       Q.     And you used your blog, Occidental

15  Dissent, to promote League of the South, primarily;

16  is that correct?

17       A.     Yes.

18       Q.     Do you use any other platforms to

19  promote League of the South?

20       A.     At one point, Twitter, mainly.

21                   (Simultaneous speakers.)

22       Q.     Were you in charge of their Facebook?

23       A.     No, I was not in charge of their

24  Facebook.

25       Q.     Do you know who was?
```

1               BRADLEY DEAN GRIFFIN

2      A.      No, I don't.  It's been deleted for

3  years now, as far as I know.

4      Q.      Would you say it was generally known in

5  the alt-right alt-south community that you were a

6  member of League of the South?

7      A.      Oh, everyone knew I was a member of

8  League of the South.

9      Q.      And were you generally viewed as one of

10  the mouthpieces of League of the South?

11      A.      A spokesman for the League of the

12  South, yes.

13      Q.      Are you familiar with a communications

14  service called Discord?

15      A.      Yes.

16      Q.      What is Discord?

17      A.      My understanding is that it's a gamer

18  platform and some kind of audio software, and it

19  was used by the alt-right in 2017, mainly.

20      Q.      And have you used it?

21      A.      I was -- yes, I've used it before.  I

22  signed up to keep up with updates at the time.  But

23  it was mainly, in my view, like an alt-right thing.

24  It was where alt-right people organized, not

25  necessarily our community.

1                    BRADLEY DEAN GRIFFIN

2       Q.      What was the handle that you used on

3   Discord?

4       A.      I don't even remember.   I just know

5   it's out there.   I can't remember.

6       Q.      Was that handle Hunter Wallace?

7       A.      Probably.

8       Q.      How did you first find out about

9   Discord?

10      A.      I believe Richard Spencer and Identity

11  Evropa had held the first rally in Charlottesville

12  in May of 2017, correct?   And they organized that

13  rally -- Identity Evropa was the main group behind

14  that, and they used Discord.   So that's how I found

15  out about it.   I'm not a gamer, so -- there's a lot

16  of gamers in the alt-right, and I heard about it

17  from them.

18      Q.      Did someone invite you to join Discord

19  or ask you to join Discord?

20      A.      I believe so.   I believe it was

21  Kessler, if I'm not mistaken.   Although --

22                   (Simultaneous speakers.)

23      A.      Go ahead.

24      Q.      Was that for purposes of organizing the

25  Unite the Right?

1              BRADLEY DEAN GRIFFIN

2       A.      The alt-right -- the alt-right groups

3  were using Discord to organize, you know,

4  themselves for Unite the Right, whereas we mainly,

5  you know, chatted -- our groups, which are not

6  really -- the alt-right and Southern nationalism

7  are not really the same thing.  So our groups

8  mainly, you know, just chatted through the phone

9  like we usually do.  But I got on the Discord to

10  keep up with updates that the alt-right was posting

11  for Unite the Right.

12      Q.      And did you use Discord on behalf of

13  League of the South?

14      A.      No, not really.

15      Q.      So when you posted on Discord, did

16  people believe that was coming from League of the

17  South?

18      A.      I don't think so.  I was really just

19  speaking for myself and my blog.

20      Q.      Have you ever reported to anyone about

21  your Discord communications?

22      A.      Have I ever what?

23      Q.      Reported to anyone about your Discord

24  communications, like to Michael Hill or anyone else

25  at League of the South?

1             BRADLEY DEAN GRIFFIN

2       A.     I don't believe so.  I barely even

3  checked the thing.  I just mainly watched it to

4  find out, like, how to get rides for people who

5  were, you know, sending me messages on Twitter and

6  email.

7       Q.     Did you keep using it after Unite the

8  Right?

9       A.     For maybe a month or two.  And then we

10  noticed that, you know -- that people that

11  Discord -- people on Discord were being doxed so we

12  quit using the platform because it was insecure,

13  although I never really used it to begin with.  It

14  was other people who were interested in that.

15       Q.     And has the League of the South ever

16  maintained a Discord channel?

17       A.     If they have, I don't remember it.  I

18  don't think so.  I don't think they ever really

19  used Discord much.

20       Q.     So you said that League of the South

21  members generally communicate using the phone; is

22  that correct?

23       A.     Well, yeah.  I mean, most of us have

24  been activists for years, so we know each other in

25  real life.  So we would just chat on the phone

 1                     BRADLEY DEAN GRIFFIN

 2  with, you know, friends.  Whereas, people in the

 3  alt-right are mainly anonymous and didn't know each

 4  other in the real world, so they were much more

 5  focused on Discord at the time.  But we barely --

 6  we were barely using that or even aware of it.

 7        Q.     And you said you also used Gab to post

 8  on behalf of League of the South; is that correct?

 9        A.     Yes.  This was mainly after the big

10  shuttering, as we call it, after everyone was

11  banned from Facebook.  And my Twitter account was

12  banned in December of 2017 when Twitter changed the

13  rules.  And for about a year after that, I posted

14  on Gab in 2018, I believe.

15        Q.     And you -- but prior to that, you used

16  Twitter primarily to communicate on behalf of

17  League of the South; is that correct?

18        A.     In 2017, yes.  I had a pretty big

19  Twitter account which I was trying to build up.

20  And like I said, that Twitter account, like

21  Occ Dissent, was banned when they changed the rules

22  in December of 2017.

23        Q.     The Twitter account you were using to

24  communicate on behalf of League of the South, was

25  that Occ Dissent?

BRADLEY DEAN GRIFFIN

1

2     A.     It was really just my account, my

3  personal account for my website.  But, you know, I

4  would kind of use it interchangeably.  I would

5  promote the league on the Occidental Dissent --

6  occdissent Twitter account, along with just my

7  commentary on my usual subjects.

8     Q.     And just to clarify for the record, the

9  Twitter handle that you were referring to there is

10 @occdissent, correct?

11    A.     That's correct.

12    Q.     All right.  I wanted to make sure we

13 got that spelled for our reporter.

14     Does League of the South use email to

15 communicate with its members?

16    A.     Yes.

17                (Simultaneous speakers.)

18 BY MS. MUNLEY:

19    Q.     What email platform does League of the

20 South use?

21    A.     They use, now, ProtonMail.

22    Q.     When did that start?

23    A.     Oh, it was well after Charlottesville.

24 It was probably 2018-2019, I think.

25    Q.     And is that the email address

1                    BRADLEY DEAN GRIFFIN

2  lspres@ProtonMail.com?

3       A.     That sounds familiar.

4       Q.     Okay.  And is that -- does that send

5  out to a listserv?

6       A.    I think so.  I've always hated

7  ProtonMail because I just can't juggle, like, so

8  many email addresses, so mainly I stayed in touch

9  with people through my Gmail account.  I just --

10 there's too many email addresses for me to keep up

11 with.

12      Q.     That's the prozium1984 Gmail account;

13 is that correct?

14      A.     That's correct.  I mean, that's the one

15 I use for everything, really.

16      Q.     Okay.  So you receive League of the

17 South emails at that email address, correct?

18      A.     Yeah, sometimes, I think.

19      Q.     Are you familiar with any other email

20 addresses associated with League of the South?

21      A.     Aside from ProtonMail, not really.  I

22 think they -- I think before -- before they became

23 more secure, they used Gmail.  I'm not sure.  But

24 mainly ProtonMail is what they have been doing.

25      Q.     So you believe they were using Gmail in

1          BRADLEY DEAN GRIFFIN

2  2016 and 2017?

3      A.      They were using something.  I don't

4  ne- -- know necessarily if it was Gmail.  I don't

5  recall.  But it was -- I remember we switched to

6  ProtonMail and there was a switch to VK and a

7  switch to Gab, because people were banned from so

8  many other things and, like, the doxings.  But that

9  happened well after Charlottesville.  I mean, I

10  think people just used their ordinary email

11  addresses before that.  I don't think -- I can't

12  recall what it was.  But I still --

13                  (Simultaneous speakers.)

14      A.      I use my Gmail.

15      Q.      Do you have a ProtonMail address?

16      A.      I think so.  Like, I signed up --

17  signed up for one, but I don't think I ever use it.

18      Q.      Does League of the South have -- have

19  or had a Twitter account?

20      A.      Dr. Hill has been on Twitter many times

21  and has been banned.  If they're currently on

22  Twitter, I have no idea what the handle is.

23      Q.      Does League of the South use any other

24  social media platforms?

25      A.      They were mainly on Facebook until

1                   BRADLEY DEAN GRIFFIN

2   everyone was banned from Facebook, and then they

3   went to mainly VK.  The VK was a ghost town so, you

4   know, I -- what's the point of going over there and

5   seeing a bunch of people posting in Russian?  It

6   seemed like a waste of time to me, so I didn't

7   really use it.

8        Q.     Did you ever utilize any of the League

9   of the South social media accounts?

10       A.     No.  I never had access to the League

11   of the South social media accounts.

12       Q.     Did anyone at League of the South ever

13   direct you to communicate via your email or Twitter

14   or Facebook or Occidental Dissent blog on behalf of

15   League of the South?

16       A.     I don't think so.  I mean, the only

17   thing that would come to mind is -- I think

18   Mr. Tubbs asked me to post something about his "Get

19   Off Titanic" sticker/billboard.  But, I mean,

20   that's, like, the only thing that comes to mind,

21   and that's just, like, ancient history.

22       Q.     Does League of the South have a YouTube

23   channel?

24       A.     I believe they did at one point.  It's

25   probably, I'm sh- -- almost gone for sure now.

1                    BRADLEY DEAN GRIFFIN

2        Q.      Do you have a YouTube channel?

3        A.      I had one, and I didn't even really use

4   YouTube.  I just uploaded my footage from the

5   rally.  And YouTube changed its terms of service

6   and deleted my channel.  But I have, I think, a

7   channel to watch health and fitness videos and

8   philosophy lectures and history channels and stuff

9   like that.

10       Q.      Do you have a podcast?

11       A.      Currently?  No.  I think I might have

12  had -- I might have done a few episodes with Harold

13  when he was doing his Southern nationalist radio

14  podcast, but he doesn't do it anymore.

15       Q.      And by Harold, are you referring to

16  Harold Crews?

17       A.      That's correct.  He did a Southern

18  nationalist radio show, and I would talk to Harold

19  about the events of the day and stuff.  That was

20  2017 or 2018.

21       Q.      Have you appeared on any other

22  podcasts?

23       A.      I've been on -- I talked to Christopher

24  Cantwell a few times right after he got out of

25  prison.  I've talked to Mike Enoch on his show

1                    BRADLEY DEAN GRIFFIN

2    once, I believe.  And I've been on Identity Dixie's

3    Rebel Yell podcast, I think, twice with Kessler

4    maybe -- once or twice with Kessler before

5    Charlottesville.

6        Q.    Does the League of the South have a

7    podcast?

8        A.    That was mainly Harold's show, but he

9    discontinued it.

10       Q.    So my understanding from our

11   discussions is that League of the South members

12   would communicate under their own social media on

13   behalf of League of the South; is that correct?

14       A.    I don't know what you mean by "on

15   behalf of League of the South."  People just had

16   the social media accounts, and they would talk

17   about League of the South.  But I don't remember

18   ever getting an order from Dr. Hill to, hey, talk

19   about this on your social media.  I just don't

20   recall that.

21       Q.    But as the PR officer for League of the

22   South, you used your own social media platforms to

23   promote League of the South, correct?

24       A.    At the time, when I was on Twitter and

25   my -- I used my email address to talk to various

1                    BRADLEY DEAN GRIFFIN

2  reporters who wanted to interview me about -- the

3  main thing I recall is that -- being asked to do

4  anything in relation to being a PR officer was to

5  talk to various journalists who had had email

6  inquiries about talking about the League, and I did

7  a few of those.

8       Q.    Did there come a time when League of

9  the South determined that it was necessary to

10 restrict how and what League members were permitted

11 to discuss about the League on social media?

12      A.    I don't really recall that.  I recall

13 everyone just being thrown off of social media,

14 basically.  And then everyone went over to VK, from

15 what I recall, but VK is a ghost town.  So, like, I

16 just hardly ever went over there.  I kept Gab while

17 they were doing that.

18      Q.    Did League of the South ever use a

19 Yahoo! group?

20      A.    If they did, this was probably well

21 before my time.

22      Q.    Does the email address

23 lsstaff@yahoogroups.com sound familiar to you?

24      A.    No, it doesn't.  It might have been

25 something from the '90s or the early 2000s, but it

1                    BRADLEY DEAN GRIFFIN

2  was certainly never anything I saw.

3                    (Technical discussion off the

4                     record.)

5                    MS. MUNLEY:  I was actually going

6           to ask for a very brief break.

7                    THE VIDEOGRAPHER:  The time is

8           11:31 a.m.  We're off the record.

9                    (Off-the-record discussion from

10                    11:31 a.m. to 11:38 a.m.)

11                   THE VIDEOGRAPHER:  The time is

12           11:38 a.m.  We're on the record.

13  BY MS. MUNLEY:

14      Q.    Mr. Griffin, you said that you haven't

15  been a white nationalist since about 2012; is that

16  correct?

17      A.    2011-2012.  I considered myself, for a

18  while there, a Southern nationalist since that

19  time.  And now I think I just use

20  nationalist/populist/reaction on my blog.

21      Q.    Okay.  And you said that League of the

22  South is not a white nationalist group; is that

23  correct?

24      A.    It's a Southern nationalist group.  And

25  the way I would explain that is a white nationalist

1                    BRADLEY DEAN GRIFFIN

2   is someone whose identity is focused on race,

3   whereas a Southern nationalist is someone whose

4   identity is grounded in a place, a physical land.

5        Q.     And Mr. Hill is the president of League

6   of the South; is that correct?

7        A.     That's correct.

8        Q.     So League of the South shares all of

9   his beliefs; is that correct?

10       A.     Does everyone in the League of the

11  South agree with Dr. Hill on every issue?

12  Certainly not.

13               MS. MUNLEY:  Well, okay.

14            Allegra, will you show -- I believe

15            it's Exhibit 5.

16               (Exhibit 5 was marked for

17                 identification.)

18  BY MS. MUNLEY:

19       Q.     This is from the League of the South

20  website; is that correct?

21       A.     It looks like it, yeah.

22       Q.     And do you recognize the photos of

23  Mr. Hill there?

24       A.     Yes, I do.

25       Q.     All right.  I'm going to direct you to

```
 1                   BRADLEY DEAN GRIFFIN
 2   the third paragraph in this, and I'm going to read
 3   it.  Mr. Hill, on behalf of League of the South,
 4   says, we have radicalized by openly and directly
 5   addressing the negro and general dark-skin question
 6   and the Jew question.  We are de facto and openly
 7   professed white/Southern nationalists, meaning that
 8   we seek to restore the South to the dominance of
 9   the white man and to make it our own ethnostate for
10   our posterity.
11        Is that correct?
12        A.    It looks that way.  I can barely see
13   the text.
14        Q.    We can make it larger for you, if that
15   would be helpful.
16        Is that correct?
17        A.    Yes.
18        Q.    All right.  Allegra, will you show
19   exhibit number -- this will be Exhibit 6.  It's tab
20   number 93, I believe.
21                   (Exhibit 6 was marked for
22                    identification.)
23   BY MS. MUNLEY:
24        Q.    Is this also from the League of the
25   South website?
```

1                    BRADLEY DEAN GRIFFIN

2      A.     Yes.  It looks like that article is

3 from 2018.

4      Q.     And that's a picture of Mr. Hill,

5 correct?

6      A.     That's correct.

7      Q.     And so that Mr. Hill wrote this

8 article; is that correct?

9      A.     That's correct.

10      Q.     I'm going to direct you to that first

11 sentence -- two sentences.  It says, I am a

12 Southern nationalist.  I am a proud white man.  I

13 suppose that also makes me a white nationalist.

14       Does that look correct?

15      A.     That is correct.

16      Q.     Then it goes on to say, So, in reality,

17 I am a Southern/white nationalist, correct?

18      A.     That's correct.

19                 MS. MUNLEY:  Okay.  Allegra, will

20            you show what will now be Exhibit 7,

21            and it's tab number 94.

22                 (Exhibit 7 was marked for

23                  identification.)

24 BY MS. MUNLEY:

25      Q.     And, again, this is from the League of

```
 1                    BRADLEY DEAN GRIFFIN

 2  the South website; is that correct?

 3       A.    Yes, that's correct.  This is from

 4  2017, I believe.

 5       Q.    Okay.  And based on the date in the

 6  corner here, October 30th, 2017?

 7       A.    Uh-huh.

 8       Q.    And this is also by Michael Hill?

 9       A.    That's correct.

10       Q.    All right.  I am going to direct you to

11  the third paragraph.  It says, In Shelbyville, we

12  got our message out.  We had a fun and peaceful

13  rally like we had hoped to do in Charlottesville

14  and enjoyed the fellowship of other Southern/white

15  nationalists; is that correct?

16       A.    Yes.  Can I comment on this?

17       Q.    No, thank you.

18        Based on these three documents, do you

19  dispute that League of the South is a white

20  nationalist organization?

21       A.    When I joined the League of the South

22  in 2012 --

23       Q.    Mr. Griffin, it's a yes-or-no question.

24       A.    Dr. Hill has taken it in that direction

25  in recent years.
```

1               BRADLEY DEAN GRIFFIN

2      Q.     Okay.  Thank you.

3               MS. MUNLEY:  Allegra, you can

4          close out of this one.

5  BY MS. MUNLEY:

6      Q.     We discussed before and actually just a

7  moment ago, that, in general, League of the South

8  members -- League of the South members share common

9  beliefs; is that correct?

10     A.     Like I said, there has been so many

11 changes over the years that it's caused a lot of

12 turmoil within the organization.

13              MS. MUNLEY:  Okay.  Allegra, will

14         you show what will be Exhibit 8.  It's

15         tab 2.

16              (Exhibit 8 was marked for

17              identification.)

18 BY MS. MUNLEY:

19     Q.     Do you recognize this document from

20 your blog?

21     A.     That looks like from about 2012, yes.

22              MS. MUNLEY:  Okay.  Allegra,

23         would you mind scrolling up?  I just

24         want to verify that date.

25 ///

1                    BRADLEY DEAN GRIFFIN

2  BY MS. MUNLEY:

3      Q.     Close.  It looks like it's from 2010;

4  is that correct?

5      A.     Oh.  2010.  Yeah.  Okay.  That's even

6  earlier.

7      Q.     These are some statements that you're

8  making on League of the South; is that correct?

9      A.     This was -- this was about two years

10  before I joined the group, and I had not thought of

11  the group in years when I wrote that.

12      Q.     Would you say that a belief that you

13  hold is to not be politically correct?

14      A.     Oh.  Well, obviously, I mean, I believe

15  in political correctness [sic].

16      Q.     And do you believe that that is common

17  to League of the South members?

18      A.     Oh, definitely.  Everyone in the League

19  of the South rejects this idea that political

20  correctness has anything to do with morality.

21      Q.     Okay.  And you say that you believe in

22  a white ethnostate?

23      A.     I used to be a white nationalist, but

24  I've changed my views on that subject.

25                    MS. MUNLEY:  Okay.  Allegra, will

 1                    BRADLEY DEAN GRIFFIN

 2              you show, I believe it will be

 3              Exhibit 9, tab 85.

 4                   (Exhibit 9 was marked for

 5                    identification.)

 6   BY MS. MUNLEY:

 7        Q.     So in this article, you talk about

 8   believing in a white ethnostate; is that correct?

 9        A.     Yes.  That was 2010.  And it was --

10   actually, Mr. Harold Covington was one of the

11   reasons I ceased to be a white nationalist.

12        Q.     Do you believe that -- would you say

13   that League of the South members are racially

14   conscious?

15        A.     Oh, definitely.

16        Q.     Would you say that League of the South

17   members defend white Southerners as a racial and

18   ethnic group?

19        A.     Oh, well, obviously, they're

20   ethnonationalists.

21        Q.     Would you say that League of the South

22   members believe that black people cannot be a part

23   of Southern nationalism?

24        A.     A lot of them probably do.  But from

25   what I understand, there were black members in the

1                   BRADLEY DEAN GRIFFIN

2   past, so I'm not exactly sure --

3                       (Simultaneous speakers.)

4   BY MS. MUNLEY:

5       Q.      Do you believe that black people cannot

6   be part of Southern nationalism?

7       A.      I don't see why black people should not

8   be allowed to support Southern nationalism.   The

9   world is full of all kinds of people who wish other

10  groups well.

11      Q.      Can they be a part of Southern

12  nationalism?

13      A.      Well, if we define the South as a place

14  and they're born here and have been here for

15  generations, then, obviously, they can be

16  supportive of Southern nationalism.   In fact, many

17  are.   One of the rallies I went to with the League

18  of the South, there was a black man named Anthony

19  Hurdey.   This is a rally --

20                      (Simultaneous speakers.)

21  BY MS. MUNLEY:

22      Q.      I'm going to ask you to go back to

23  tab 2.  (Indiscernible) for you.

24       If you scroll up, you can see this is

25  the same article we looked at earlier; is that

```
 1                    BRADLEY DEAN GRIFFIN
```

 2    correct?

 3        A.      (No response.)

 4        Q.      We're going to look at this paragraph

 5    right here, if you can see where my mouse is.  Oh.

 6    You probably can't.  If you can see where Allegra's

 7    mouse is.  Yeah.  She's highlighting it.

 8        A.      It's still loading.

 9        Q.      Oh.  I'm sorry.

10        A.      Okay.  There we go.

11        Q.      Okay.  You wrote, The idea that blacks

12    can be converted to Southern nationalism is so

13    retarded that it is truly amazing it was ever taken

14    seriously.  The most stalwart supporters of the

15    South have always been white racialists.  What

16    sense does it make to alienate your base to appease

17    people who will never join you?

18         Is that correct?

19        A.      Can you tell me the date on that

20    article?

21        Q.      Yeah.  Let's scroll up.

22        A.      It looks like it was written -- it

23    looks like it was written in 2010, correct?

24        Q.      That's correct.

25        A.      Well, didn't I tell you I was a white

1                     BRADLEY DEAN GRIFFIN

2   nationalist at that time?

3        Q.     But you don't dispute that you wrote

4   that article, correct?

5        A.     I did write it.  I was a white

6   nationalist at the time.  And as I explained, my

7   views changed over the course of the next few

8   years.

9        Q.     And as we've discussed, the League of

10  the South has white nationalist views currently; is

11  that correct?

12       A.     The League of the South has become more

13  white nationalist over the last two years.  Like --

14                 (Court reporter interruption.)

15  BY MS. MUNLEY:

16       Q.     And you are still a member of the

17  League of the South?

18       A.     I haven't renewed my dues in two years,

19  so I guess not.

20       Q.     You're now saying that you are no

21  longer a member of League of the South; is that

22  correct?

23       A.     I haven't renewed my dues.  I su- --

24  I'm generally supportive of the group.  I think

25  it -- I hope it can be turned around.  But I've

1                    BRADLEY DEAN GRIFFIN

2    never agreed with the -- some of the language that

3    Dr. Hill has been using in recent years about white

4    Southern na- -- Southern/white nationalism.  It's

5    been very controversial in the group.

6         Q.    Okay.  Your testimony today is that you

7    are no longer a member of the League of the South;

8    is that correct?

9         A.    That would be technically correct.  I

10   haven't renewed my dues in two years.

11        Q.    Okay.  Whether or not it is technically

12   correct, do you consider yourself a member of the

13   League of the South today?

14        A.    I consider myself just a blogger and a

15   social critic.  But I'm not involved in --

16                    (Simultaneous speakers.)

17   BY MS. MUNLEY:

18        Q.    When I asked at the beginning of this

19   deposition if are you a member of the League of the

20   South and you testified yes, was that incorrect?

21        A.    I was a member of the League of the

22   South.  And as I told you at the time, I didn't --

23   I haven't renewed my dues in two years, so I guess

24   that makes me not a member.

25        Q.    Okay.

1                    BRADLEY DEAN GRIFFIN

2       A.      From my understanding, membership in

3   the League of the South is based on renewing your

4   dues; and I have not renewed my dues since, I

5   think, 2018.

6       Q.      Is it fair to say that League of the

7   South members do not believe in equality between

8   the races?

9       A.      League of the South members believe

10  that there are natural differences between the

11  races and the sexes and that gender, for example,

12  is rooted in human biology.

13      Q.      They believe that white people are,

14  quote/unquote, biologically gifted and black people

15  are not; is that correct?

16      A.      I believe that different races are

17  gifted in different ways.  I would not say that

18  everyone is exactly the same, because it's not

19  true.

20      Q.      Do you believe that white people have

21  contributed more to society and the world than

22  black people; is that correct?

23      A.      If we're looking at accomplishments in,

24  say, science and technology, in math and art, I

25  would say that's unquestionably true.

1              BRADLEY DEAN GRIFFIN

2      Q.      The League of the South members also

3  believe in creating a society that does not include

4  people of other ethnicities; is that correct?

5      A.      I would not say that's correct.

6              MS. MUNLEY:  Allegra, will you

7              open tab 56.  I think this will be

8              Exhibit 9.  I may be off on my number.

9              (Exhibit 10 was marked for

10              identification.)

11  BY MS. MUNLEY:

12      Q.      Mr. Griffin, can you see this exhibit?

13      A.      Yes.

14      Q.      And does this appear to come from the

15  League of the South Facebook?

16      A.      What year was this?

17      Q.      I actually do not have that on me.

18      A.      It appears correct, but I can't tell

19  you what -- place the year.  I mean, the rhetoric

20  has changed over the years, as I've told you.

21      Q.      Okay.  I believe it's 2017, but I will

22  verify that.

23       I am going to read you from this -- and

24  this is from League of the South Facebook, correct?

25      A.      It appears that way.  I assume it's

1                    BRADLEY DEAN GRIFFIN

2   true.

3        Q.     Rather, what we Southern nationalists

4   seek is nothing less than the complete reconquest

5   and restoration of our patrimony, the whole entire

6   South.  And that means that the South will once

7   again be, in name and in actuality, white man's

8   land, a place where we and our progeny can enjoy

9   Christian liberty and the fruits of our own labor

10  unhindered by parasitical, quote/unquote,

11  outgroups; to reconquer what is ours, we men of the

12  west -- white men and their women -- must put aside

13  all disagreements and unite in this cause.

14       Is that correct?

15       A.     It appears that way.

16       Q.     And League of the South members believe

17  in creating a society that does not include Jewish

18  people; is that correct?

19       A.     I haven't seen any official statement

20  on that.  But, I mean, ideally, I'm sure they would

21  encourage Jewish people to emigrate.

22                   MS. MUNLEY:  Allegra, will you

23              show tab 46.  It's going to be

24              Exhibit 11.

25  ///

1           BRADLEY DEAN GRIFFIN

2                (Exhibit 11 was marked for

3                   identification.)

4    BY MS. MUNLEY:

5       Q.     And this appears to be a post that you

6    made on Twitter; is that correct?

7       A.     I can't see it.

8       Q.     Oh.  I'm sorry.  It should load in just

9    a moment.

10       This appears to be a post that you made

11   on Twitter in November 2017; is that correct?  I'm

12   sorry.  On Gab.

13      A.     One of those two.  I see the

14   occdissent.  That's the same on Twitter and Gab.

15      Q.     Okay.  And it reads, You will never be,

16   quote/unquote, mainstream short of these Jews being

17   overthrown and hurled from power and losing their

18   ability to set cultural norms.  If you think you

19   are going to sneak up on the Jews, you are fooling

20   yourself.

21       Is that correct?

22      A.     That's correct.

23      Q.     And League of the South members believe

24   that they are prepared to fight for a white

25   ethnostate; is that correct?

1                    BRADLEY DEAN GRIFFIN

2      A.      Can you clarify the meaning of the word

3  "fight"?

4      Q.      Yeah.   Absolutely.

5                    MS. MUNLEY:   Allegra, we're going

6              to go back to, I believe, 10.   It is

7              tab 56.

8  BY MS. MUNLEY:

9      Q.      We looked at this before.   We think

10  it's from the League of the South Facebook page in

11  2017, correct?

12     A.      It sounds correct.

13     Q.      And the first line is, Fight or die,

14  white man; is that correct?

15     A.      That's correct.   I asked you to clarify

16  the meaning of the word "fight."

17     Q.      In the last paragraph here says, Are

18  you willing to fight for your flesh and blood, for

19  your sublime civilization, or will you meekly and

20  supinely submit to what your enemies tell you is

21  your inevitable and deserved descent into

22  historical and biological oblivion?   I choose life

23  and to fight in the tradition of my honorable and

24  courageous forebearers.   Join me.

25         Is that correct?

```
 1                    BRADLEY DEAN GRIFFIN

 2       A.      That's correct.  Can you clarify the

 3  meaning of the word "fight"?

 4       Q.      I am using the word "fight" in the same

 5  way that it is used in this post.

 6       A.      Well, I mean, when you fight for

 7  something, that can be -- you can be fighting for a

 8  cause.  You can be trying to persuade people.  You

 9  can be publishing literature.  You can be

10  recruiting people on social media.  Fighting for a

11  cause does not necessarily mean physical violence.

12       Q.      And when you're fighting for your life,

13  as this post implies, are you posting on social

14  media?

15       A.      Well, you should be trying to convince

16  others that their identity and civilization is at

17  stake.  But that doesn't imply that you should be

18  engaging in physical violence, no.

19                    MS. MUNLEY:  Allegra, will you

20             pull up, I believe it is tab 53.  This

21             will be Exhibit 12.

22                    (Exhibit 12 was marked for

23                     identification.)

24  BY MS. MUNLEY:

25       Q.      I'm going to direct you to the last
```

```
 1                  BRADLEY DEAN GRIFFIN
 2   paragraph here.  It says, Something is wrong with
 3   this picture.  I have no special talents or
 4   insight, but I think if I had the necessary forces
 5   and the will and legal authority to use them, that
 6   I could stop this crap before it got out of hand.
 7   How, you ask?  By making the streets of Hamburg run
 8   ankle deep with communist blood.
 9        Do you see that?
10        A.     Yes, I see that.
11        Q.     Okay.  And this was posted by the
12   Tennessee League of the South and attributed to
13   Michael Hill; is that correct?
14        A.     It looks that way.  We've had a big
15   problem recently with anarchists trying to burn
16   down the United States.  They recently set the
17   capital of the United States on fire.  And if
18   Dr. Hill had the legal authority, I guess, as
19   president of the United States, he could send in
20   the national guard to quell the protest, which is a
21   matter of some concern right now.
22        Q.     And under that definition, what would
23   "fight" mean?
24        A.     Well, it says right there, If I had the
25   necessary forces and the -- and legal authority --
```

1                    BRADLEY DEAN GRIFFIN

2   keyword being there "the legal authority."  So what

3   Dr. Hill is saying, if he was in the position of

4   Trump here, he would be using the National Guard to

5   quell all the anarchists who have rioted across our

6   country over the past two weeks.

7        Q.      And he would use that force to, quote,

8   make the streets run ankle deep with blood; is that

9   correct?

10       A.      Well, when people are engaging in

11  violence and breaking the law and, I would say --

12  and setting police stations on fire and pulling

13  down monuments and physically attacking people and

14  murdering people, as has happened in our country

15  over the last two weeks, someone in legal authority

16  has to respond to that.  And like I said, that's

17  a -- a question that's being debated right now.  I

18  mean, should the National Guard be used to quell

19  violent anarchists who are assaulting everyday

20  citizens?  And I think -- I mean, that is --

21                   (Simultaneous speakers.)

22  BY MS. MUNLEY:

23       Q.      By doing that, the correct -- the

24  League of the South's position is that the correct

25  response would be to make the streets run ankle

```
 1                 BRADLEY DEAN GRIFFIN
 2  deep with blood, correct?
 3       A.    Dr. Hill says -- and I quote -- I
 4  think -- if I had -- that's a conditional
 5  statement.  If I had the necessary forces and --
 6  another conditional statement -- the will and --
 7  key point here, a conditional statement -- legal
 8  authority to use them, then I could stop this crap
 9  before it got out of hand.  Well, I would say --
10                 (Simultaneous speakers.)
11  BY MS. MUNLEY:
12       Q.    Mr. Griffin, you're not answering my
13  question.
14       A.    No.  I have answered your question.
15       Q.    Okay.
16                 (Simultaneous speakers.)
17       A.    Huh?
18       Q.    What does "blood and soil" mean?
19       A.    That means a nation rooted in kinship.
20       Q.    And is it a slogan or phrase commonly
21  used by League of the South members?
22       A.    Sometimes, yes.  What is wrong with
23  saying our country should be based on ancestry?
24                 (Simultaneous speakers.)
25  ///
```

Page 94

1                    BRADLEY DEAN GRIFFIN

2    BY MS. MUNLEY:

3         Q.      Are you aware that that slogan is

4    derived from the Nazi slogan, Blut und Boden?

5         A.      I'm sorry.  But most of Europe -- in

6    fact, virtually all of Europe is carved into states

7    that are based on ethnicity, and most of Asia is

8    too.  Most of the countries in the world are based

9    on a common ethnicity.  And that's --

10                   (Simultaneous speakers.)

11        A.      No.  You're trying to say this is

12   specifically a Nazi position when it's not.

13        Q.      That's not the question that I asked

14   you.  I asked you whether the slo- -- if you were

15   aware that the slogan was derived from the Nazi

16   slogan Blut und Boden?

17        A.      I don't believe it is a -- necessarily

18   a Nazi slogan at all.  Japan is based on ethnicity,

19   as well.  It's based on -- it's based on blood --

20   citizenship in Japan is based on descent.  And the

21   same thing is true in most countries around the

22   world.  In Poland.  The Nazis invaded Poland, but

23   Poland -- citizenship in Poland is based on

24   ethnicity.

25                   (Simultaneous speakers.)

```
 1                    BRADLEY DEAN GRIFFIN

 2  BY MS. MUNLEY:

 3       Q.     Do members of the League of the South

 4  generally believe that Jewish people should be

 5  excluded from society?

 6       A.     From our society?  I would say yes.

 7                 MS. MUNLEY:  Allegra, I'm going

 8             to ask you to pull up tab 88.  This

 9             will be Exhibit 13.  No.  That's not

10             the correct one.  I apologize.  Give me

11             one moment.  Tab 68.

12                 (Exhibit 13 was marked for

13                   identification.)

14  BY MS. MUNLEY:

15       Q.     Mr. Wallace, this appears to be an

16  email from you to -- I believe that's your wife; is

17  that correct?

18       A.     No.  I printed the email off -- I got

19  my mom to print it off for me.

20       Q.     Oh.  Okay.  I apologize.  Your mother.

21       A.     It's a speech I gave at the League

22  conference last year, I think.

23       Q.     Okay.  Perfect.  That's all I wanted.

24  I'm sorry.  Allegra, you may scroll.  Yes.  This is

25  perfect.
```

1            BRADLEY DEAN GRIFFIN

2        You wrote, The story of the late 20th

3   century in America is how Jews became wealthy and

4   powerful and how their disproportionate influence

5   in America's cultural, political, and economic

6   elite set us down the course to where we are at

7   today.  Underneath every rock that you turn over

8   that is found to be in the process of either

9   demoralizing or degrading our people and sapping

10   their will to exist, you will invariably find this

11   race of cultural termites.

12        Is that correct?

13        A.    That's correct.  I did say that.

14        Q.    And you've written that you admire

15   Adolf Hitler because he was a supporter of

16   eugenics?

17        A.    That I admire Adolf Hitler?

18        Q.    Yeah.

19        A.    I don't support eugenics.

20              MS. MUNLEY:  Okay.  Allegra, will

21         you pull up tab 86.  I believe this

22         will be Exhibit 14.

23              (Exhibit 14 was marked for

24               identification.)

25   ///

```
 1                  BRADLEY DEAN GRIFFIN

 2   BY MS. MUNLEY:

 3       Q.     And this is from your blog, correct?

 4       A.     It looks like it, yes.

 5       Q.     Okay.  And this was written by you in

 6   2010, correct?

 7       A.     It looks like when I was a white

 8   nationalist, yes, in 2010.

 9                  MS. MUNLEY:  Allegra, you can

10           scroll down.

11       A.     Can you scroll up for a minute?

12        What does that say right there?  It

13   says, I'm a white -- it's (indiscernible) --

14                  (Simultaneous speakers.)

15       A.     It says, I am generally not interested

16   in the Third Reich or European nationalist

17   movement.

18                  (Simultaneous speakers.)

19   BY MS. MUNLEY:

20       Q.     This is my deposition.  You don't get

21   to ask the questions here.

22                  MS. MUNLEY:  Allegra, will you

23           scroll down?

24       A.     Well, you're reading from my post.

25       Q.     Yes.
```

1                    BRADLEY DEAN GRIFFIN

2      A.      I mean, it says right there, I

3   generally am not interested in -- in that.  I mean,

4   that's from the same article.

5                  MS. MUNLEY:  Okay.  Allegra, will

6            you highlight the section that starts

7            with "I admire"?

8   BY MS. MUNLEY:

9      Q.      It says, I admire Adolf Hitler in the

10  sense that I acknowledge he had a few good points.

11  I'm skipping a sentence here.  And it says, He was

12  an artist and a supporter of eugenics, a German

13  patriot, put Germans back to work, prescribed

14  degenerate art, and funded cancer research.

15     It says you admire him because he was a

16  supporter of eugenics; is that correct?

17     A.      I did say that at the time.  I was a

18  white nationalist.  But can I -- can I respond

19  since you're --

20     Q.     No, you may not.

21       Do League of the South members --

22                  MR. JONES:  I'm going to object.

23            He's allowed to -- he's allowed to

24            answer the question.

25                  (Simultaneous speakers.)

1              BRADLEY DEAN GRIFFIN

2              MS. MUNLEY:  But that wasn't the

3         question.  And you may --

4    A.    Well, I mean --

5              (Simultaneous speakers.)

6    A.    You asked me -- you asked me about my

7    opinion on eugenics, so I should be able to respond

8    to that.

9    Q.    No.  I asked you if that's what that

10   said there.

11   A.    Yes, that's what that said there.  But,

12   like, I later converted to Chris- -- I later

13   converted to Christianity several years later, and

14   I did not believe in eugenics.

15   Q.    My question was whether you wrote that

16   you admire Adolf Hitler because he was a supporter

17   of eugenics.  Did you write that?

18   A.    I believed in eugenics a decade ago

19   before I was a Christian, but not anymore.

20   Q.    That does not answer my questions.  Did

21   you write that?

22   A.    Yes, I did, a decade ago, before I

23   was --

24              (Simultaneous speakers.)

25   ///

1                    BRADLEY DEAN GRIFFIN

2   BY MS. MUNLEY:

3        Q.      -- members believe in ethnic cleansing?

4        A.      I don't think so.

5        Q.      Do you believe in ethnic cleansing?

6        A.      I believe communities should be able to

7   have the freedom to form homogeneous communities,

8   and those who want to remain mixed can.  I believe

9   that white people should be free to establish white

10  communities; black people should be free to

11  establish black communities.  People who want to

12  mix should be able to establish their communities,

13  just like we have Native American communities in

14  this country.  And I think, if we did that, that

15  would take a lot of the tension that we have in our

16  society out of it.

17       Q.      And you believe that those communities

18  should be free to cleanse their communities of

19  other ethnicities; is that correct?

20       A.      I believe those communities should be

21  allowed a degree of sovereignty, like we have on

22  Native American reservations in this country

23  already.  There is a --

24                    (Simultaneous speakers.)

25       A.      -- Cherokee nation.  There is an Apache

```
 1                    BRADLEY DEAN GRIFFIN

 2   nation.  Why can't we have -- why can't we extend

 3   the same principle to another groups and allow them

 4   to have homogeneous areas?  Why can't we --

 5                    (Simultaneous speakers.)

 6   BY MS. MUNLEY:

 7        Q.    And that sovereignty would extend to

 8   allowing them to exclude people of other

 9   ethnicities or religions; is that correct?

10        A.    Well, I mean, I believe that -- I

11   believe -- Indian nations determine who is a member

12   of their community, do they not?

13        Q.    I'm not being questioned here.  I don't

14   have to answer your questions.

15        A.    Well, I mean, you -- when -- you asked

16   me for my views, and I said that different

17   ethnicities should be able to have sovereign areas

18   just like the American Indian reservations.  That's

19   my position.

20        Q.    I am asking you if that sovereignty

21   extends to being able to exclude people of other

22   ethnicities or religions from their areas.

23        A.    I don't see why that's a bad thing.  I

24   don't believe that all --

25                    (Simultaneous speakers.)
```

```
 1                  BRADLEY DEAN GRIFFIN

 2       Q.     I'm not asking you what my [sic]

 3  judgment is.  I'm asking whether that's what you

 4  believe.

 5       A.     I believe that sovereign areas should

 6  be allowed to determine who is a citizen of their

 7  community, just like we have on the Cherokee

 8  reservations.

 9                  MS. MUNLEY:  We should break for

10             lunch now, about 45 minutes.  We'll

11             come back at 2:00.  Does that make

12             sense to everybody?  Let's go off the

13             record.

14                  THE VIDEOGRAPHER:  The time is

15             12:15 p.m.  We're off the record.

16                  (Lunch recess from 12:15 p.m. to

17                  1:03 p.m.)

18                  THE VIDEOGRAPHER:  The time is

19             1:03 p.m.  We're on the record.

20  BY MS. MUNLEY:

21       Q.     Mr. Griffin, what was the Nationalist

22  Front?

23       A.     It was a group of organizations that

24  came together to -- kind of banded together once

25  the streets started to get extremely violent in
```

                    BRADLEY DEAN GRIFFIN

1

2   2017 out of self-defense.  I mean, anarchists were

3   getting extremely violent in that period.

4        Q.     And which groups were members of the

5   Nationalist Front?

6        A.     If I remember correctly, it was the

7   League, the NSM, Trad Worker, and Vanguard America,

8   I want to say.

9        Q.     Does NSM stand for National Socialist

10  Movement?

11       A.     Yes.

12       Q.     And TradWorker is Traditionalist

13  Workers Party?

14       A.     That's correct.

15       Q.     And about when was the Nationalist

16  Front formed?

17       A.     If I remember correctly, it was

18  sometime after the Pikeville rally, which was

19  peaceful, and there were no issues in Kentucky.

20       Q.     When was the Pikeville rally?

21       A.     It was in April 2017, I want to say.

22  The end of April.

23       Q.     Who made the decision to form the

24  Nationalist Front?

25       A.     I'm not sure.  I wasn't a part of that.

 1              BRADLEY DEAN GRIFFIN

 2    It just happened.

 3        Q.      Okay.  And who made the decision that

 4    League of the South would be part of it?

 5        A.      I'm not sure.  Dr. Hill, I guess.

 6        Q.      Did you agree to join the Nationalist

 7    Front?

 8        A.      I was -- my views were I was skeptical

 9    of it, but in the early -- they were affected by

10    what happened in early 2017.  When I saw the

11    violence in Berkeley, the violence at the

12    inauguration, the -- you know, it seemed to be

13    everywhere at the time.  It seemed like -- I was

14    very concerned -- yeah.

15         When Mr. Spencer was punched at the

16    inauguration, I was very concerned that that was

17    going to escalate and that, once that precedent had

18    been set, that the anarchists would just get out of

19    control.  So a lot of groups around that time -- in

20    response to that specific circumstances, groups

21    that had not been allowed in the past kind of

22    banded together at that point; and it was totally

23    because of what was happening with those violent

24    leftists.

25        Q.      And so the groups banded together for

1              BRADLEY DEAN GRIFFIN

2  protection; is that correct?

3       A.     Not just -- not just strength in

4  numbers, but we -- I guess the mindset was that

5  authority -- anyone's speech was a threat to the

6  speech of any group, and not just people who were

7  white nationalists or national socialists.  But the

8  groups that were engaging in violence, you know,

9  seemed to be denouncing everyone who disagreed with

10  them.

11       Q.     So the groups banded together to

12  present a united front; is that correct?

13       A.     That's correct.  We perceived that the

14  left was becoming extremely violent in 2017, and

15  that trend has continued over the last four years.

16       Q.     And you and League of the South felt

17  that you shared enough beliefs with these other

18  groups that it made sense for you to band together

19  against the left; is that correct?

20       A.     I'm not a National Socialist, and I

21  don't agree with National Socialism, but I

22  absolutely supported their right to have peaceful

23  protests.  And I was extremely concerned that if

24  this "punch a Nazi" thing -- if that got out of

25  control, then everyone would be being punched and

 1                     BRADLEY DEAN GRIFFIN

 2   that these violent leftists would just overrun us

 3   all.  And that was my mindset in 2017.  So we --

 4   even though we have significant differences with

 5   these other groups, we recognize that, you know,

 6   all of us are under attack; not just us, but people

 7   that don't even, like, share our racial beliefs.

 8         Q.    So was the Nationalist Front open to

 9   any group that, you know, was interested in

10   practicing free speech?

11         A.    I was not, like, ever in charge of the

12   Nationalist Front, so I don't know.

13         Q.    In your opinion, would it have been

14   open to any group that was interested in practicing

15   free speech?

16                   MR. JONES:  I'm going to object.

17              That calls for speculation.  He's

18              answered already.

19         A.    I don't know.  That's just

20   (indiscernible).

21         Q.    I'm sorry.  I don't think either me or

22   the court reporter caught your last few words

23   there.

24         A.    Oh.  I said I wouldn't care to

25   speculate.  I was never involved in those decisions

```
 1                    BRADLEY DEAN GRIFFIN

 2   in the first place.

 3      Q.      Okay.  So you didn't know anything

 4   about the Nationalist Front; is that your

 5   testimony?

 6      A.      My testimony is that I wasn't involved

 7   in the formation of the group.  But I recognize the

 8   common interests, not just with the members of the

 9   Nationalist Front, but also the alt-right groups --

10   NPI, the Proud Boys.  All of these groups felt like

11   they were under siege by violent leftists, because

12   it's true.  And we all recognized the need to stand

13   up for free speech, because that was very

14   imperative at that moment in time.

15      Q.      I'm trying to get to what that common

16   interest is here.  I'm not asking you to speculate,

17   because you said that you recognized the common

18   interests.  What were the common interests that

19   banded these groups together?

20      A.      The right to hold peaceful

21   demonstrations, our right to freedom of assembly,

22   and our right to free speech.

23      Q.      So any group that believed in holding

24   peaceful demonstrations, the right to the freedom

25   of assembly, and the right to free speech would
```

 1                    BRADLEY DEAN GRIFFIN

 2   have fit in with the Nationalist Front; is that

 3   your opinion?

 4        A.      There were other groups that came to

 5   Charlottesville which do not, like, share our

 6   racial beliefs at all but, say, supported

 7   Confederate monuments, they supported free speech.

 8   So there were also Southern heritage groups who

 9   came; there were patriot groups and civic

10   nationalist groups.  Those organizations had no

11   interest in joining the Nationalist Front, because

12   they didn't believe in, like, ethnonationalism.

13   That's a big dividing line, I would say.

14        Q.      Okay.  So the common interest there, in

15   addition to free speech and peaceful demonstrations

16   and the right to assembly, would be

17   ethnonationalism, correct?

18        A.      I would say that's -- I would say

19   ethnonationalism limited the appeal of the

20   Nationalist Front, because you've got to remember

21   there were alt-right organizations like Identity

22   Evropa which never joined the Nationalist Front.

23   But everyone agreed on our importance of free

24   speech and freedom of assembly, which are our

25   constitutional rights.

1              BRADLEY DEAN GRIFFIN

2      Q.     So I just want to clarify that -- I'm

3 asking about the four organizations that we

4 identified that are part of the -- were part of the

5 Nationalist Front, what bonded them together, their

6 common interest, was this interest in freedom of

7 assembly and ethnonationalism; is that correct?

8      A.     Freedom of assembly, freedom of speech.

9 And these groups are also united in, I would say,

10 ethnonationalism.  Even -- there were even other

11 ethnonationalist groups, like Identity Evropa,

12 which didn't -- was at odds with the Nationalist

13 Front.

14     Q.     Okay.  And was Identity Evropa one of

15 the groups involved in the Nationalist Front?

16     A.     No, it was not.

17     Q.     Okay.  But, in general, you would say

18 that the groups in the Nationalist Front had a

19 common interest, and that was why they banded

20 together, correct?

21     A.     Yes.  We were all under attack by

22 violent anarchist mobs.  It seems kind of, you

23 know, the canary in the coal mine now.

24     Q.     So when League of the South joined the

25 Nationalist Front with the National Socialist

Page 110

 1                    BRADLEY DEAN GRIFFIN

 2    Movement, were you aware that the National

 3    Socialist Movement was a neo-Nazi group?

 4         A.    I was familiar with that, and for

 5    years, for over a decade, I disliked the National

 6    Socialist Movement.  But when the "punch a Nazi"

 7    thing started at Trump's inauguration, I saw where

 8    that was going.  And I wrote an article, and I said

 9    that it's very important to defend their right to

10    freedom of speech, because they're not going to --

11    in the eyes of these violent anarchists, everyone

12    is a Nazi, even someone's grandmother.

13         Q.    And were you aware, when League of the

14    South joined the Nationalist Front, that the group

15    Vanguard America, who they were banding together

16    with, used the slogan "Blood and Soil"?

17         A.    Yes.  Even they have the right to

18    express their views peacefully and to have peaceful

19    demonstrations.  Even the National Socialist

20    Movement has been having these demonstrations for

21    20 years.  And even they have the right to do that,

22    and we all acknowledge that.  And it was time to

23    stand up against these bullies who were trying to

24    bully everyone into silence.

25         Q.    And were you aware, when League of the

```
 1                    BRADLEY DEAN GRIFFIN
 2  South joined the Nationalist Front, that Matthew
 3  Heimbach, one of the leaders of the Traditionalist
 4  Worker Party, had previously joined a -- burned --
 5  joined a cross and swastika lighting hosted by the
 6  Aryan Terror Brigade in 2013?
 7       A.    Yes.  We all made fun of Matt for doing
 8  that at the time, but --
 9                    (Simultaneous speakers.)
10  BY MS. MUNLEY:
11       Q.    He was expelled from League of the
12  South for his attendance to that event, correct?
13       A.    Exact -- I'm not exactly sure if it was
14  that specific event, but it was getting involved
15  with those kind of groups.  And like I said, these
16  groups had no history of cooperation until, like,
17  the violent anarchists that were at the
18  inauguration and "punch a Nazi" meme went viral
19  after Spencer was attacked at Trump's inauguration
20  in D.C.
21       Q.    Why haven't you previously -- why
22  haven't you and League of the South previously been
23  interested in associating with these groups?
24       A.    Because we have vast ideological and
25  cultural differences with them.  I'm a Southerner
```

1                    BRADLEY DEAN GRIFFIN

2    and a populist and a nationalist and a reactionary

3    blogger.  I have no interest whatsoever in National

4    Socialism.  My ancestry is British.  I'm not German

5    (indiscernible).

6         Q.    Had League of the South previously

7    wanted to distance itself from these groups because

8    they were associated with an image that it was not

9    interested in projecting?

10        A.    Oh, that's absolutely true.  And it

11   was -- the National- -- the Nationalist Front was

12   highly controversial within the League precisely

13   for that reason.

14        Q.    And what -- what image was that?

15        A.    Well, we don't -- I mean, the vast

16   majority of people in the League do not -- have no

17   interest at all in European neo-fascism or

18   neo-Nazism or anything like that.  We're mostly

19   Southerners and Christians.  We're interested in

20   the history and future of our own people here in

21   the South.  And I'm just, like, not interested in

22   that.  Heimbach, for example, was.  But like I

23   said, circumstances changed.  And the thing that

24   changed was the rise of these violent anarchist

25   groups that we saw happen at Trump's inauguration

1                BRADLEY DEAN GRIFFIN

2 and moving forward.

3     Q.    And had League of the South previously

4 wanted to distance itself from these groups and

5 their image of violence and street fighting?

6     A.    Are you talking about Heimbach's group?

7     Q.    All of the other groups in the

8 Nationalist Front -- the Vanguard America --

9             (Simultaneous speakers.)

10    A.    Yeah.  I don't think they have -- I

11 don't think they ever really had a history -- much

12 of a history of street fighting.  Insofar as that

13 ever happened, it was because they were attacked

14 by, you know, violent anarchists who, you know, are

15 in the habit of attacking everybody, including

16 (indiscernible).

17    Q.    And what about the violent and racist

18 imagery they have displayed?  Did League of the

19 South want to distance itself from that imagery?

20    A.    Can you define that?

21    Q.    The cross burnings, the swastikas, the

22 Nazi salute, the use of Nazi slogans.

23    A.    Yes.  That's -- that's not part of our

24 tradition.  That's -- like I said, even the most

25 extreme groups have a right to have those rallies.

1                    BRADLEY DEAN GRIFFIN

2  And when you start saying, Well, I'm just -- just

3  the Nazis, we'll just punch them, and we can engage

4  in violence against them and take away their

5  constitutional rights, that's a slippery slope.

6  Sooner or later, there are some people will be

7  burning down the capital of the United States.

8       Q.     So League of the South was aware, at

9  the time that it decided to join the Nationalist

10 Front that it was associating itself with an image

11 that it had previously rejected; is that correct?

12      A.     That's correct.  There's all kinds of

13 groups that we didn't want to be associated with or

14 disagreed with.  But -- and the key "but" is they

15 have a right to engage in peaceful protest as

16 American citizens and --

17                    (Simultaneous speakers.)

18 BY MS. MUNLEY:

19      Q.     And specifically that imagery is

20 cross-burning, the use of Nazi imagery, and Nazi

21 slogans; is that correct?

22      A.     Yeah.  Even those people have a right

23 to do that.  And when they don't, a slippery slope

24 is the result.

25      Q.     I know we talked a little bit about an

```
 1                    BRADLEY DEAN GRIFFIN

 2  event called Unite the Right today.  Do you

 3  understand that to be the event that occurred in

 4  Charlottesville on August 12th, 2017?

 5       A.     Yes, I do.

 6       Q.     And you're familiar with that event,

 7  correct?

 8       A.     Yes, I am.

 9       Q.     When did you first hear about the Unite

10  the Right rally that was being planned for

11  August 12th?

12                     (Technical discussion off the

13                      record.)

14  BY MS. MUNLEY:

15       Q.     When did you first hear about the Unite

16  the Right rally that was being planned for

17  August 12th?

18       A.     I believe Jason Kessler told me about

19  it either late May or early June that he was

20  getting a permit for it.

21       Q.     When did you decide to attend the

22  rally?

23       A.     I believe I agreed to come in either

24  late May or June.  I can't tell you precisely when.

25  But everyone was in a very positive mood after the
```

1              BRADLEY DEAN GRIFFIN

2  first rally in Charlottesville that was peaceful,

3  and everyone was in a festive, (indiscernible)

4  mood, as we would say.

5      Q.    How did you know Jason Kessler?

6      A.    I had only -- I was only vaguely

7  familiar with him.  I had seen -- I think he was

8  writing for Daily Caller, and I know he was at the

9  first event.  But I barely knew Jason.  I think the

10 first time I actually talked to him was after the

11 New Orleans rally.  But I didn't really know -- I

12 didn't remember even talking to Jason until, like,

13 June of that summer.

14     Q.    And I'm sorry.  When was the New

15 Orleans rally?

16     A.    It was in early May of 2017.

17     Q.    When you decided to attend the Unite

18 the Right rally, was that as an individual or had

19 the League of the South decided to attend together?

20     A.    Well, I originally decided to attend,

21 you know, just as an individual.  But then a bunch

22 of other groups signed up, and the League was one

23 of them.  Everyone seemed to have had good time at

24 the first rally, so everyone wanted to go to the

25 second one.

Page 117

1                    BRADLEY DEAN GRIFFIN

2        Q.      Do you know whose idea the second one

3   was?

4        A.      It was Jason Kessler's idea.

5        Q.      And do you know who was involved in the

6   planning and organization of the event?

7        A.      It was planned in different ways, is my

8   understanding.  The alt-right groups kind of

9   planned their own thing, and our groups kind of,

10  like, planned our own thing.  And we weren't really

11  exactly that in touch, I would -- I would say.

12  But --

13                    (Simultaneous speakers.)

14       A.      The Nationalist Front groups.

15       Q.      So the Nationalist Front groups planned

16  their attendance at the Unite the Right rally

17  together; is that correct?

18       A.      I'm not exactly sure.  I wasn't part of

19  the planning.

20       Q.      You were not involved in the planning

21  at all of the Unite the Right rally?

22       A.      Not at all.  I promoted it on Twitter

23  and on my blog, but I didn't start organizing

24  anything.

25       Q.      Do you know what groups were involved

```
 1                  BRADLEY DEAN GRIFFIN
 2  in the Unite the Right rally?
 3       A.     If memory serves, it was the four
 4  Nationalist Front groups.  Identity Evropa was one.
 5  There were various smaller groups.  Patriot groups
 6  agreed to come and protect our constitutional
 7  rights.  There were flaggers who showed up.  I
 8  mean, that's my understanding of it.
 9       Q.     And do you know who the individuals
10  were who were working with Jason Kessler to plan
11  the rally?
12       A.     I didn't plan the rally with Kessler,
13  so I don't know.
14       Q.     So to kind of restate your testimony
15  here:  It was the alt-right, the Southern
16  nationalists, and the white nationalist groups who
17  were working together to plan and attend the rally;
18  is that correct?
19       A.     That's not exactly the case.  The
20  alt-right groups kind of -- Identity Evropa seemed
21  to have had their own plan, and the League seemed
22  to have had its own plan, and the other groups had
23  their plan.  But everyone agreed that they were
24  going to come to Charlottesville and just go to the
25  rally and that Kessler was getting the permits for
```

1              BRADLEY DEAN GRIFFIN

2    it and was handling the court.

3         Q.    Do you know who coordinated the

4    speakers and promotional materials?

5         A.    I'm not sure who made the memes or

6    anything like that.  I just saw them online and

7    shared them.  I didn't compile the speakers list or

8    anything like that.

9         Q.    And you said you were involved in

10   promoting the rally on behalf of League of the

11   South; is that correct?

12        A.    Well, I promoted it on my own behalf

13   and, I guess, on the part of the League.  I

14   promoted it almost overwhelmingly on my Twitter

15   account and on my blog.

16        Q.    And we talked before about how your

17   Twitter account and your blog were what you used to

18   promote League beliefs and League events; is that

19   correct?

20        A.    Well, yes, I used any own accounts to

21   promote League stuff.  But, I mean, that -- I had

22   already decided to go before the League had even

23   got involved, I mean, as an individual.  I liked --

24   I was impressed by how the first rally went, and it

25   seemed like everyone had a good time.  And everyone

1                   BRADLEY DEAN GRIFFIN

2   wanted to have a good time that summer and have a

3   big, you know, euphoric rally, kind of like a

4   end-of-the-summer, I don't know, like, Woodstock

5   kind of thing:  go to a rally and have an

6   afterparty afterwards is what I understood.

7        Q.    Did anybody ask you to help with the

8   promotion of the rally?

9        A.    I don't recall exactly, but, you know,

10  I promoted it anyway, so it didn't matter.

11       Q.    Did you ever talk to Jason Kessler or

12  Eli Mosley about the promotion of the rally?

13       A.    I think I talked to Kessler.  We did an

14  interview on the Identity Dixie Rebel Yell podcast

15  together.

16       Q.    And did he ask you to do any other

17  promotion?

18       A.    I don't really recall.  I was promoting

19  it anyway.  I thought it was a good idea.

20       Q.    Did Michael Hill ask you to promote the

21  Unite the Right rally?

22       A.    I don't recall.  I was promoting it

23  anyway, so. . .

24       Q.    He was speaking at the rally; is that

25  correct?

1              BRADLEY DEAN GRIFFIN

2      A.      Yes.  He was listed as one of the

3   speakers by Jason.  I'm not sure what he --

4   interactions he had with Jason.  You would have to

5   ask him.

6      Q.      Did you generally promote Michael

7   Hill's speaking engagements as the PR officer of

8   League of the South?

9      A.      Well, there hasn't been that many since

10  Charlottesville.  There was the Shelbyville rally,

11  and there was a few flash rallies after that.  But

12  I wasn't involved, really, in the flash rallies.  I

13  covered it afterwards in the aftermath.

14     Q.      All right.  But prior to the

15  Charlottesville rally, did you generally promote

16  Michael Hill's speaking engagements?

17     A.      I would say I promoted the other

18  rallies, like the Pikeville rally and the -- what

19  was it? -- the New Orleans one.  Those were the two

20  I remember from that time period.

21     Q.      So you promoted other events where

22  League of the South planned to attend --

23              (Simultaneous speakers.)

24     A.      I mean, yeah.  I mean, before 2017, we

25  had had something like 20 or 30 rallies across the

1              BRADLEY DEAN GRIFFIN

2  South and never had any problem with any of those

3  whatsoever.  And that was --

4                  (Simultaneous speakers.)

5  BY MS. MUNLEY:

6      Q.     And you promoted all of those on your

7  website and your personal social media accounts; is

8  that correct?

9      A.     Yeah.  The ones back in 2013, '14, '15,

10  '16, from the -- the first rally I promoted was in

11  Uvalda, Georgia, through, I think, Shelbyville.  I

12  don't recall promoting the ones after that, because

13  they were mainly flash rallies, so you didn't want

14  to promote an event and give advance notice that

15  you were doing something.  So I covered them -- I

16  posted pics and stuff from the rallies afterwards.

17      Q.     And when was the Shelbyville rally?

18      A.     It was two months after

19  Charlottesville.  I think in October of 2017.

20      Q.     Okay.  Through 2017, you were still

21  very much engaged as the PR officer and working

22  with Michael Hill to promote League of the South

23  and Michael Hill events, correct?

24      A.     I promoted our rallies, because I agree

25  with the message, from -- like, 2013 was the first

1              BRADLEY DEAN GRIFFIN

2 one, through Shelbyville.  And after that, we

3 changed tactics, and we did flash rallies, so we

4 didn't have advance notice.  We would just show up

5 somewhere.  And that way, we could avoid the

6 violent anarchists and not have to deal with those

7 people, which was --

8                    (Simultaneous speakers.)

9 BY MS. MUNLEY:

10     Q.     You were PR officer for League of the

11 South in 2017; is that correct?

12     A.     I believe that's when they kind of gave

13 me that role.  But, I mean, I was already --

14 unofficially for years, you know, I would promote

15 the rallies before that.

16     Q.     And who gave you that role?

17     A.     I'm not sure if it was Tubbs or Hill.

18 I can't recall.  One of the two.

19     Q.     And they asked you to promote League

20 events; is that correct?

21     A.     I was going to do it anyway, so yeah.

22 I mean, I promoted -- oh.  I forgot about the

23 conferences too.  I've gone to all the national

24 conferences since 2012.

25     Q.     So you promoted these events at the

1                    BRADLEY DEAN GRIFFIN

2    direction of and request of Michael Hill.  Whether

3    or not you were going to do it on your own, he had

4    asked you to do it, though, correct?

5         A.    I don't think -- I don't recall ever,

6    you know, him asking me.  I was just doing it

7    anyway.  I mean, I was a big supporter of

8    activism --

9                    (Simultaneous speakers.)

10        A.    I was a big supporter of the activism,

11   and I agreed with it at the time.  And I changed my

12   views in 2018 about that.

13        Q.    So he appointed you as the PR officer

14   but did not ask you to actually do any PR for

15   League of the South; is that your testimony?

16        A.    I had very, very, very vague

17   interactions with him.  I mean, it was just like,

18   okay, Brad -- Brad is going to promote what we do

19   anyway because Brad is a supporter of the League.

20   So, I mean, he didn't really have to tell me to

21   promote events.  I would do it anyway, because I

22   agree with the League.  And like I said, I quit

23   supporting these public street rallies in 2018.

24        Q.    So right now, I think we're going to

25   focus on 2017.  I'm not really interested in the

 1                BRADLEY DEAN GRIFFIN

 2   time period after Charlottesville.  I will have

 3   questions about that after this.  But let's focus

 4   on the time period leading up to and including the

 5   Unite the Right rally in August of 2017.  Okay?

 6        A.     Okay.

 7        Q.     Do you know if anybody else in League

 8   of the South was involved in the planning of the

 9   Unite the Right rally?

10        A.     I think Ike, maybe.

11        Q.     Is that Ike Baker?

12        A.     Yes.  I mean, I wasn't in charge of

13   planning the rally itself.  I had nothing to do

14   with that.

15        Q.     Was Michael Tubbs involved in the

16   planning?

17        A.     I'm not exactly sure.  I don't really

18   recall talking about it.  My job was just to -- if

19   we talked to the press, would be to talk to the

20   press, and to promote the rally on social media,

21   which, you know, I guess I did.  I was doing it

22   anyway.

23        Q.     And was Michael Hill involved in the

24   planning?

25        A.     I don't think Hill personally was.  I

 1                  BRADLEY DEAN GRIFFIN

 2  don't think he plotted the logistics of, like,

 3  entering the rally and leaving the rally, who got

 4  the -- who reserved where we stayed at in

 5  Charlottesville.  I don't think he handled those

 6  decisions.  But, like I said, I want to emphasize I

 7  don't know.  You would have to ask him.

 8      Q.     And League of the South had a venue for

 9  their members to stay at while they were at the

10  rally; is that correct?

11      A.     Yes.

12      Q.     Where was that venue?

13      A.     It was north of Charlottesville, I

14  believe, in Madison, Virginia.

15      Q.     And was it just a large house outside

16  of Charlottesville?

17      A.     It was, like, a -- some kind of new-age

18  hippie retreat campground.  It was very weird.  It

19  was -- it was north -- a bit north of town, though.

20      Q.     Sounds right for Virginia.  Do you know

21  who organized the compound?

22      A.     No, I don't.  I was just told that's

23  where to meet up, and I drove up there with my

24  friends and just stayed there in the home.

25      Q.     Okay.  So you stayed there, correct?

1              BRADLEY DEAN GRIFFIN

2      A.     Yes.  I spent the night at that place.

3                  (Simultaneous speakers.)

4  BY MS. MUNLEY:

5      Q.     How many other League of the South

6  members stayed there?

7      A.     Probably 50 to 60, I'd say.

8      Q.     Did Michael Tubbs stay there?

9      A.     I believe so.

10     Q.     Did Ike Baker stay there?

11     A.     I'm pretty sure he did.

12     Q.     Did Michael Hill stay there?

13     A.     Yes, he did.

14     Q.     Is there anyone else you recall from

15  League of the South who stayed there?

16     A.     Just various people who went to rallies

17  at the time.

18     Q.     Any specific names you can recall?

19     A.     Let me think.  I don't really -- I just

20  know names like Spencer and things, like -- I think

21  Harold -- yeah, Harold was there.

22                  (Simultaneous speakers.)

23  BY MS. MUNLEY:

24     Q.     Did Tyler Davis stay there?

25     A.     I'm not sure.

1                    BRADLEY DEAN GRIFFIN

2      Q.      Tyler Davis?

3      A.      I believe he stayed there.

4      Q.      Okay.  Did anybody from other groups

5 stay at the League of the South venue?

6      A.      I'm pretty sure that that was not the

7 case.

8      Q.      So nobody that you recall from groups

9 besides League of the South, correct?

10      A.      I didn't see anyone there who wasn't,

11 like, involved with the League.

12      Q.      So we've talked about you promoting the

13 Unite the Right rally, and you said that you

14 retweeted and reshared the memes and the posters

15 that other people put together; is that correct?

16      A.      That's correct.  I have no skill at

17 graphic design.  None.

18                    MS. MUNLEY:  Allegra, let's show

19            tab 57.  I believe it's Exhibit 15.

20                    (Exhibit 15 was marked for

21                     identification.)

22 BY MS. MUNLEY:

23      Q.      Mr. Griffin, let me know when you can

24 see that.

25      A.      Oh, I can see it.

1                    BRADLEY DEAN GRIFFIN

2      Q.      Okay.  Does this poster look familiar?

3      A.      Yes.  It was one of the many poster

4  memes of the event that was circulating at the

5  time.

6      Q.      And is this one of the ones that you

7  shared?

8      A.      I'm pretty sure.  There was a lot of

9  cool memes like that that I shared.

10     Q.      Are these birds on the poster?

11     A.      I have no idea.  I didn't design that.

12  I'm -- I don't know, like, what that was on there

13  for.

14     Q.      Have you ever seen this symbol before?

15     A.      I'm not sure what it is.  It's

16  definitely not anything to do with the South.

17     Q.      And I apologize.  Anything to do with

18  what?

19     A.      The South.  It's not -- it's not

20  Southern iconography, is what I would say.

21     Q.      So this poster was not created by

22  League of the South, correct?

23     A.      Oh, no.  Definitely not.

24     Q.      However, you promoted this poster as a

25  member of the League of the South, correct?

1                    BRADLEY DEAN GRIFFIN

2       A.      I shared it on Twitter, just because I

3  thought -- and I think Facebook and maybe on my own

4  blog, because I thought it was cool.

5       Q.      And Michael Hill is listed as a speaker

6  on this poster; correct?

7       A.      That's correct.

8       Q.      Are you aware that the birds on this

9  poster are eagle symbols used by the Nazis?

10      A.      I don't know.  It's not a detail I

11 noticed at the time or thought much about.

12      Q.      And are you aware that these birds are

13 carrying a fasces?

14      A.      No.  I didn't -- like I said, I didn't

15 really dwell on it at the time.  It just looked

16 like an alt-right meme -- memer.  You see it looks

17 like Pepes with Confederate flags and lojacks.

18 Some alt-right person did this.

19      Q.      So on the bottom here, it looks like

20 there are soldiers with firearms marching; is that

21 correct?

22      A.      It looks like the Confederate army,

23 made up of Pepes and lojack memes.  It's just

24 something some alt-right kid made.

25      Q.      So you tweeted or shared on Facebook or

 1                 BRADLEY DEAN GRIFFIN

 2  on your blog a -- promotional material for the

 3  Unite the Right rally with Nazi and fascism and

 4  Confederate signs and with firearms to advertise

 5  the rally; is that correct?

 6       A.    It's just a -- it struck me as just,

 7  like, a poster some kid made that looked cool, to

 8  be honest.  I didn't dwell -- I didn't dwell on the

 9  eagles or the fasces or anything.  I didn't even

10  notice it at the time.

11       Q.    Did you notice the soldiers with

12  firearms?

13       A.    Yeah.  It's Pepes and lojacks.  So, I

14  mean, this is just Internet meme culture here.

15       Q.    So it didn't occur to you at the time

16  that the inclusion of these symbols -- the Nazi

17  imagery and the firearms -- would promote an image

18  of violence; is that correct?

19       A.    No, it never once occurred to me,

20  looking at this poster, that it had anything to do

21  with violence.  I mean, I look at the poster, and I

22  see monuments, I see Confederate flags, eagles,

23  names listed.  I see Pepes and lojacks.  So, I

24  mean, this is just, like, something an Internet kid

25  made, an alt-right kid made and posted on 4chan or

```
 1                    BRADLEY DEAN GRIFFIN
 2   something.
 3                    (Simultaneous speakers.)
 4                    MS. MUNLEY:  Tab 65 will be
 5            Exhibit 16.
 6                    (Exhibit 16 was marked for
 7                     identification.)
 8   BY MS. MUNLEY:
 9       Q.    Mr. Griffin, does this look familiar to
10   you?
11       A.    Yes.  That's another meme that someone
12   created.
13       Q.    This is not a League of the South meme;
14   is that correct?
15       A.    No.  The League of the South never made
16   any of these memes.  It was just various people on
17   Twitter were making them and sharing them.
18       Q.    Okay.  And you were sharing them,
19   correct?
20       A.    That's correct.  I thought they were
21   cool memes.
22       Q.    In your position as PR officer for
23   League of the South, correct?
24       A.    No.  I was just sharing them because I
25   thought they were cool memes.
```

1                    BRADLEY DEAN GRIFFIN

2      Q.      So it's your testimony that you were

3   not promoting the Unite the Right rally on behalf

4   of League of the South; is that correct?

5      A.      It just didn't occur to me at the time.

6   I was promoting the rally anyway.  I didn't, like,

7   make this distinction.  I just was sharing what I

8   thought was a cool meme, and I was promoting the

9   rally.  It didn't really matter --

10                    (Simultaneous speakers.)

11  BY MS. MUNLEY:

12     Q.      You didn't really draw a distinction

13  between what you shared and promoted as an

14  individual and shared and promoted as PR officer

15  for League of the South; is that your testimony?

16     A.      That's correct.  Just -- I just shared

17  on my social media account what I thought were cool

18  memes.

19     Q.      And this meme says, "Join or die"; is

20  that correct?

21     A.      Yes.  It's a reference to the American

22  Revolution.

23     Q.      Were these posters intended to cause

24  fear among non-white people and Jewish people?

25     A.      It seems unfathomable to me that

 1                    BRADLEY DEAN GRIFFIN

 2   someone would be afraid of a meme that has, what,

 3   Czechostan in it.  Like, it never -- it never

 4   occurred -- it never once crossed my mind that this

 5   is, like, something, like, fearsome at all.

 6                    (Simultaneous speakers.)

 7   BY MS. MUNLEY:

 8       Q.    -- something that says "Join or die"

 9   might inspire fear?

10       A.    It's a reference to American history.

11       Q.    And it's --

12                    (Simultaneous speakers.)

13   BY MS. MUNLEY:

14       Q.    It's unfathomable to you that something

15   that includes Nazi imagery might inspire fear; is

16   that your testimony?

17       A.    If you look at the tail of the snake,

18   it says K, and that's a reference to Czechostan,

19   which is an Internet meme and a joke.  I don't

20   understand how anyone -- I guess people who aren't

21   familiar with Internet meme culture.  But, like, I

22   look at this and I'm like, okay, Czechostan.  I

23   mean, come on here.  This is a joke.  All it is is

24   saying that people are coming together to support a

25   rally.

```
 1                    BRADLEY DEAN GRIFFIN

 2                    MS. MUNLEY:  Allegra, will you

 3            put up Exhibit 15 again, tab 57.

 4  BY MS. MUNLEY:

 5      Q.     And is it your testimony that it is

 6  unfathomable to you that something that displays

 7  Nazi imagery would inspire fear in Jewish people?

 8      A.     It never occurred to me at the time.

 9  Like I said, I didn't dwell on the eagles or

10  anything.  I just saw like, what, Pepes and lojacks

11  and Confederate flags and monuments.  And it

12  says -- you know, it's a speaking event.  I mean,

13  it has a list of speakers.  This is for a rally.

14  It just didn't cross -- honest to God, it just

15  never crossed my mind.  And like I said, I never

16  even dwelt on, like, the eagles thing.  I never

17  even noticed it until you brought it up a second

18  ago.

19      Q.     And is it your testimony that it is

20  unfathomable to you that a poster that shows

21  soldiers marching with firearms would inspire fear

22  in people?

23      A.     Well, I mean, some people are

24  illiterate and they don't understand Internet meme

25  culture.  And I see Pepes and lojacks.  And this is
```

1                    BRADLEY DEAN GRIFFIN

2   just Internet meme culture.  I don't understand,

3   like -- I can't -- I can't gra- -- I can't process

4   what other people are feeling.  I can't reach into

5   their minds.  But it certainly wasn't on my mind.

6        Q.     You anticipated violence at the Unite

7   the Right rally; is that correct?

8        A.     I anticipated that it would go a lot

9   like -- there was a Klan rally after the first

10  rally, a public rally in Charlottesville.  And my

11  anticipation was -- is that we would go there and

12  we would hold the rally, like the Klan groups held

13  their rally in, I think, July, the previous rally.

14  And I anticipated that the anarchists would spend

15  their time fighting with the police.  That was my

16  expectation.  I ex- -- I trusted the police based

17  on what I saw at the July rally.

18       Q.     Did members of the League of the South

19  plan to bring shields to the Unite the Right rally?

20       A.     That is the case.  We were afraid that

21  projectiles would be thrown in the park after

22  watching what happened at the July rally, and that

23  turned out to be very accurate.

24       Q.     And did they plan to use these shields

25  as weapons?

1                    BRADLEY DEAN GRIFFIN

2      A.     No, not at all.  The only thing we

3  anticipated is that projectiles would be thrown

4  into the park.  We believed, based on what happened

5  at the July rally, that the police would succeed in

6  maintaining law and order.  And certainly, with

7  two, three months to prepare and the whole federal

8  government and the state sending in -- there was

9  more than enough cops there to maintain law and

10  order, in our view.

11      Q.     And you communicated, actually, with

12  the Charlottesville police on behalf of League of

13  the South regarding security for the event; is that

14  correct?

15      A.     I was contacted by a Sgt. Via, I think,

16  of the Charlottesville Police Department.

17      Q.     And you told them -- him what the

18  League of the South plans were; is that correct?

19      A.     As far as -- he asked me, like, how

20  many people were coming and what our intentions

21  were.  And I believe I talked to the sergeant on

22  the phone.  And I fully cooperated with the police.

23  I told them --

24                    (Simultaneous speakers.)

25  ///

1                    BRADLEY DEAN GRIFFIN

2   BY MS. MUNLEY:

3       Q.      He was asking you these questions, not

4   as an individual attending, but as a representative

5   of the League of the South; is that correct?

6       A.      He contacted me via email, I guess,

7   because he was -- the Charlottesville Police

8   Department was searching for information about the

9   event and my blog was promoting it, so he reached

10  out to me, and I talked to him.

11                   (Simultaneous speakers.)

12  BY MS. MUNLEY:

13      Q.      Did you expect that groups like Black

14  Lives Matter and Stand Up For Racial Justice would

15  show up at the Unite the Right rally?

16      A.      I did anticipate that antifa, Black

17  Lives Matter -- I expected a bunch of protesters,

18  but I expected it to go just like the July rally

19  which I had saw.

20                   MS. MUNLEY:  It's going to be

21              Exhibit 17.  Allegra, will you show tab

22              10?

23                   (Exhibit 17 was marked for

24                    identification.)

25                   MS. MUNLEY:  Can we go off the

```
 1                    BRADLEY DEAN GRIFFIN

 2              record for just a moment.

 3                    THE VIDEOGRAPHER:  The time is

 4              1:49 p.m.  We're off the record.

 5                    (Off-the-record discussion from

 6                    1:49 p.m. to 1:50 p.m.)

 7                    THE VIDEOGRAPHER:  The time is

 8              1:50 p.m.  We're on the record.

 9    BY MS. MUNLEY:

10         Q.    We're going to show Exhibit 17.

11    Mr. Griffin, does this exhibit look familiar to

12    you?

13         A.    Yes.  It's a post I wrote on my blog.

14         Q.    Okay.  And this was on August 4th,

15    2017, correct?

16         A.    That's correct.

17         Q.    You wrote, It is reasonable to assume

18    there is a high potential for civil unrest.  There

19    hasn't been a far-right event this large in the

20    United States in over 25 years.  And by the end of

21    the day, the antifas and SJWs could be very, very,

22    very triggered.  Someone has to protect the public.

23          Is that correct?

24         A.    That's correct.

25         Q.    The League of the South that had to
```

1                    BRADLEY DEAN GRIFFIN

2   protect the public?

3        A.     No.   That's the job of law enforcement.

4        Q.     But eight days before the event, you

5   believed there would be civil unrest; is that

6   correct?

7        A.     Based on what I saw at the July rally,

8   anarchists got violent and attacked the cops and

9   there were a bunch of arrests.  And in the

10  aftermath of that rally, they took over

11  Charlottesville City Hall and chased the mayor out

12  and were just going crazy on several occasions in

13  Charlottesville City Hall.  So my assumption was

14  that we would go and have the rally, it would be

15  like the July rally, and then the anarchists would

16  probably just take out their rage by attacking the

17  police, as is their custom.

18       Q.     So did the League of the South do

19  anything to prepare for this unrest that you

20  anticipated?

21       A.     We trusted completely that the police

22  would maintain order at the event, and we based

23  that assumption based on the first two events that

24  were relatively peaceful in Charlottesville.

25                    (Simultaneous speakers.)

1                    BRADLEY DEAN GRIFFIN

2      A.      -- had like two months to -- the

3  federal and state government and the local

4  government had two months to prepare for the rally.

5  Our understanding was that it was going to be a sea

6  of police there.  And if they had made the

7  slightest effort, they would have been able to keep

8  order.

9                    MS. MUNLEY:  Allegra, will you

10            show tab 13?

11                    (Exhibit 18 was marked for

12                     identification.)

13  BY MS. MUNLEY:

14      Q.      This will be Exhibit 18.  Do you

15  recognize this document?

16      A.      That's correct.  I wrote that on my

17  blog.

18      Q.      Okay.  And you wrote this on

19  August 31st, 2017; is that correct?

20      A.      That sounds about right.

21      Q.      Allegra is going to scroll for us.

22       You wrote, We brought about a dozen

23  shields.  They were designed to deal with any

24  projectiles that we expected antifa to lob into the

25  park, and a few of us brought pepper spray.  But as

 1                    BRADLEY DEAN GRIFFIN

 2   a whole, no one came in with sticks or any type of

 3   weapon; is that correct?

 4        A.     There was a debate before the rally

 5   whether we should bring guns or anything, and the

 6   debate was whether that has bad optics.  And from

 7   what I know, we agreed that, as a group, we

 8   wouldn't come in armed, but individuals might, you

 9   know, come armed to protect (indiscernible); but as

10   a group, not.  So we were relatively more disarmed

11   than usual at that rally.  And like I said -- I

12   said what I just told you.  We brought shields

13   because we anticipated that projectiles would be

14   thrown into the park.  But we trusted the police

15   with our security, and that trust was misplaced.

16        Q.     But people brought pepper spray; is

17   that correct?

18        A.     I believe some people did, yes.

19        Q.     And you said that some people brought

20   other weapons; is that correct?

21        A.     I don't know.  I can't speak for them.

22   I didn't --

23                    (Simultaneous speakers.)

24   BY MS. MUNLEY:

25        Q.     You just said that some individuals

1              BRADLEY DEAN GRIFFIN

2  brought weapons, but, as a group, you decided not

3  to?

4      A.      The policy was -- from what I remember,

5  is that the group would not come armed to the

6  rally, especially with guns.  But I believe

7  Dr. Hill said that individuals, you know, could

8  bring means to defend themselves.  But that -- my

9  impression was that we were coming in significantly

10  less armed than is our usual custom, because that

11  was bad optics.  That was the debate:  whether it

12  was bad optics to come in with guns.  And most

13  people didn't come in with guns, although I

14  can't -- I have no idea what each individual

15  brought, because there was no group policy on that

16  that I recall.

17      Q.      And are you aware if people brought

18  weapons to defend themselves?

19      A.      You would have to take that up with

20  them.  I came in completely unarmed.  I didn't even

21  have goggles on.  And I came with my wife, and we

22  were both unarmed.  I didn't even have goggles on

23  or anything to defend myself except a selfie stick,

24  because I was anticipating that the day was going

25  to be a nice day in the park.  I never would have

Page 144

1                    BRADLEY DEAN GRIFFIN

2    brought my wife into a violent situation like that

3    if that was what I anticipated would happen.

4         Q.     Did League of the South have a uniform

5    that their members were told to wear to Unite the

6    Right?

7         A.     As per our custom at events, we usually

8    wear the black khakis and the League polo shirt,

9    and I believe that's what I was wearing that day.

10        Q.     And did League of the South send a

11   document to its members in advance of the rally

12   detailing this uniform?

13        A.     I believe that had been set in policy,

14   the khakis and the black polos, for a while before

15   the rally.  So that was just normal.

16        Q.     And the League of the South members

17   planned to enter and exit the park in military

18   formation; is that correct?

19        A.     I wasn't -- I wasn't aware of the

20   planning details.  Like I said, my job was there

21   just to cover the rally by filming it and to talk

22   to the media.  I didn't handle that.  I didn't

23   know.  All I knew was I was going with the group.

24        Q.     And who gave you that job?

25        A.     Are you talking about public relations

1                    BRADLEY DEAN GRIFFIN

2  officer?  We've already been over -- we've already

3  been over that.

4       Q.      You keep saying that nobody gave you

5  that job, but then you keep talking about how you

6  were given the job.

7       A.      Well, we've already established that,

8  you know, I was given, I guess, the role of being

9  public relations officer.  I never took it

10 seriously, because I had been promoting the rallies

11 and stuff for years before I had that title.  So I

12 just did what I normally do.  And, like, my -- I

13 was -- my impression was I was going to film the

14 event and talk to the media.  I had nothing to do

15 with the planning and logistics of the entry and

16 exit.  The only thing -- the only exception being

17 when Sgt. Via asked me about how many people were

18 coming, and I told him the honest truth.

19      Q.      Mr. Griffin, the issue that we're

20 having is that you keep detailing assignments that

21 you were given and then saying, oh, nobody gave me

22 that assignment, it was just going to do

23 something -- something I was going to do anyway.

24 Do you understand?

25      A.      You keep, like -- you keep making this,

```
 1                    BRADLEY DEAN GRIFFIN
 2   like, I had this -- I was doing this as part of a
 3   role.  But like as we covered earlier, I was
 4   already promoting the League events for years
 5   before 2017.  I was already filming the events.  I
 6   was already -- I was -- as I told you, I was going
 7   to go to the rally regardless if the League went.
 8   So, I mean, I didn't have it in my mind that I was
 9   doing this on behalf of the League.  I was -- I
10   guess, for myself and both.  I was just promoting
11   the rally and talking to journalists like I always
12   do.  And I talked to the police when they contacted
13   me, but I didn't reach out to them.  And I
14   certainly didn't plan the logistics of the entry
15   and exit.
16        Q.     You testified, quote, my job there was
17   just to cover the rally by filming it and to talk
18   to the media, end quote.
19         So your testimony is that you gave
20   yourself that job; is that correct?
21        A.     Like I said, I've always -- before --
22   before I was the public relations officer for the
23   League, I would talk to the media, and I would
24   promote the events.  And I was doing this before
25   they said that you have this title, public
```

 1                    BRADLEY DEAN GRIFFIN

 2  relations officer.  I believe they gave me that

 3  title after the Pikeville rally when I talked to

 4  the media on behalf of the League, just because I

 5  was there.  And I didn't have a role then, but I

 6  did it anyway.

 7       And that's what I planned to do in

 8  Charlottesville, which was in -- in Pikeville, I

 9  talked to journalists, and I also did the same

10  thing in Shelbyville.  So, I mean, does it matter?

11  I mean, I was talking to the media anyway.  I don't

12  think it really matters.  It's, like, a distinction

13  without a difference, in my view.

14       Q.     So League of the South planned to march

15  in military formation and wear a uniform to the

16  Unite the Right rally; is that correct?

17       A.     I didn't know anything whatsoever about

18  the plan to enter and exit the park until I got

19  there.  I didn't plan that aspect of the thing.  I

20  had nothing to do with it.  I just followed along

21  with my wife.

22       Q.     So once you got there, though, you

23  learned that League of the South members planned to

24  march together in military formation into and out

25  of the park; is that correct?

```
 1                    BRADLEY DEAN GRIFFIN

 2       A.      When I got there, everyone was lining

 3  up so they could go in together, because we wanted

 4  to go in together, because that was the safest way,

 5  because, as per is the custom of anarchists -- it

 6  is their custom to attack the lone individual,

 7  which is exactly and precisely what they did in

 8  Charlottesville.  They beat the crap out of people

 9  who tried to come into the rally alone.  And it

10  just was common sense to go in together as a group.

11       It was -- I didn't know anything about

12  military formation.  It was just common sense and

13  given -- in light of the threat.  And

14  specifically -- the League parked specifically

15  right besides the Charlottesville Police Department

16  at the Market Street parking garage.  My

17  understanding was we were cooperating with the

18  police, and we literally, like, trusted our

19  security to them and parked right next door to the

20  police department.  So I didn't anticipate any

21  problems going in or out of the park.

22       Q.      So League of the South planned to exit

23  and enter the park together wearing the same

24  uniform; is that correct?

25       A.      We always -- we always wear our -- our
```

```
 1                    BRADLEY DEAN GRIFFIN
 2   shirts and our -- our khakis and stuff, just
 3   because it -- you know, it looks nice, to, you
 4   know, be in khakis and stuff.  And we've always --
 5   we've done that for, like, four years.  But our
 6   custom has always been to cooperate with the police
 7   and trust our security to law enforcement.
 8        Q.    I'm not asking you about the police,
 9   Mr. Griffin.  I understand.  I understand that that
10   is your position.
11         I'm asking you about the plan for the
12   event and how you were planning -- how League of
13   the South was planning to exit and enter the park.
14   They were planning to do so in a large group
15   wearing the same uniform; is that correct?
16        A.    I did not -- I did not -- I wasn't
17   aware -- like I said, I wasn't aware of any plan.
18                    (Simultaneous speakers.)
19   BY MS. MUNLEY:
20        Q.    -- that when you got there?
21        A.    Right.  I just lined up behind everyone
22   else, and we walked into the park.
23        Q.    You arrived in Charlottesville on
24   Friday afternoon; is that correct?
25        A.    That's correct.
```

1                    BRADLEY DEAN GRIFFIN

2        Q.     And you drove there from Alabama?

3        A.     Let me see.  I was kind of worried for

4    a second there about battery on my tablet.  Yes.

5    We -- I drove from -- we drove from Alabama to

6    Charlottesville, yes.

7        Q.     Who did you drive with?

8        A.     My wife and four friends.

9        Q.     Who were those friends?

10       A.     Andrew, Ryan, Michael, and Chris.

11       Q.     What was Andrew's last name?

12       A.     Andrew Tracey was one of my friends,

13   Ryan King was another, Michael Weaver was another,

14   and I don't know Chris's real name.  He's just a

15   local in Alabama.

16                    MS. MUNLEY:  Let's actually go

17            off the record.  We'll take a break and

18            let Mr. Griffin recharge his tablet for

19            a few minutes.  We'll come back at 3:20

20            Eastern time.  Does that make sense?

21                    THE WITNESS:  Okay.  All

22            right.  So it's 2:20 my time?

23                    MS. MUNLEY:  Correct.

24                    THE VIDEOGRAPHER:  The time is

25            2:05 p.m.  We're off the record.

1           BRADLEY DEAN GRIFFIN

2               (Off-the-record discussion from

3               2:05 p.m. to 2:23 p.m.)

4               THE VIDEOGRAPHER:  The time is

5           2:23 p.m.  We're on the record.

6    BY MS. MUNLEY:

7        Q.     So you arrived in Charlottesville on

8    Friday afternoon; is that correct?

9        A.     Yes.  Yes.

10       Q.     And you participated in the torchlight

11   rally on Friday night?

12       A.     Yes.

13       Q.     You attended that as an observer for

14   League of the South; is that correct?

15       A.     No.

16       Q.     Did you attend that with other League

17   of the South members?

18       A.     There were a few people there as

19   individuals, but group had decided to stay behind

20   that night.

21       Q.     So how many of you from League of the

22   South attended?

23       A.     I'm not sure.  I just know with me, it

24   was just the people who were in -- who came with me

25   to Charlottesville.

1                    BRADLEY DEAN GRIFFIN

2       Q.      And how many people was that?

3       A.      Me, my wife, and four friends.

4       Q.      So at least six people and potentially

5    more people from League of the South attended,

6    correct?

7       A.      Well, I think two -- two of them, I

8    don't think, were League of the South members.

9    Maybe three, anyway.

10      Q.      You-all came from the League of the

11   South venue together; is that correct?

12      A.      No.  We had gone to a barbecue at

13   another friend's house -- another friend's place.

14   And I had talked to Jason Kessler, because I found

15   out that evening that the -- the antifa had found

16   out about the torchlight march, and I recommended

17   to Jason that he shift the location of that march.

18   But he called me back and said that he had talked

19   to the police and everything was fine and good to

20   go.  And it was around that time that the court

21   ruled in our favor that he had won his lawsuit and

22   he could have the rally in the park the next day.

23      Q.      But why did you recommend to

24   Mr. Kessler to cancel the torch march?

25      A.      Because I was concerned about antifa.

1                   BRADLEY DEAN GRIFFIN

2   And Jason assured me that he had talked to the

3   police and the police said everything was fine and

4   that they were going to protect everything.

5       Q.      Why were you concerned about antifa on

6   Friday night but not on Saturday?

7       A.      I was concerned about them -- about

8   them both nights.  But the torch march was going to

9   be a surprise thing.  But Jason told me that, you

10  know, he had talked to the police about it

11  beforehand, and the police were going to be

12  providing security, you know, for both days.

13      Q.      Why was the torch march planned as a

14  surprise?

15      A.      Because there was -- it was like the

16  first one.

17      Q.      What do you mean by "it was like the

18  first one"?

19      A.      The first event in May was, like, a

20  surprise event.

21      Q.      The first event in Charlottesville?

22      A.      The time they went in there with May --

23  when Identity Evropa had a torch march at the

24  monument in May, that was not publicly advertised.

25      Q.      And why was it not publicly advertised

```
 1                  BRADLEY DEAN GRIFFIN

 2   in May?

 3       A.    To deter antifa from coming, to avoid

 4   conflict.

 5       Q.    Did you see Jason Kessler at the torch

 6   march?

 7       A.    I briefly ran into him afterwards.

 8       Q.    Did you see Richard Spencer?

 9       A.    No.

10       Q.    Did you see Christopher Cantwell?

11       A.    Yes.

12       Q.    Did you see James Fields?

13       A.    No.

14       Q.    Did you see Andrew England?

15       A.    No.

16       Q.    Did you see Robert Azzmador Ray?

17       A.    Yes.

18       Q.    Did you see Nathan?

19       A.    No.

20       Q.    Did you see Eli Mosely?

21       A.    Not sure.  It was really chaotic.  I

22   don't think so.

23       Q.    Did you see Matthew Heimbach?

24       A.    No.  He wasn't there.

25       Q.    Did you see Matthew Parrott?
```

```
 1                    BRADLEY DEAN GRIFFIN

 2      A.    No.

 3      Q.    Did you see Michael Tubbs?

 4      A.    No.

 5      Q.    Did you see Michael Hill?

 6      A.    No.

 7      Q.    Thank you see Jack Schoep?

 8      A.    No.

 9      Q.    Did you see Augustus Sol Invictus?

10      A.    Yes.

11      Q.    What did you bring with you to the

12 torch march?

13      A.    We had some torches, but we were late

14 getting there.  It was halfway over.  And some of

15 my friends had torches who came with me, but I

16 didn't have one.

17      Q.    Where did you get the torches from?

18      A.    I think a Dollar General.

19      Q.    On the way to the torch march?

20      A.    I believe we already had them.

21      Q.    So you brought them from Alabama?

22      A.    I believe so.

23      Q.    And why did you bring a torch?

24      A.    We knew that there was going to be a

25 torch march and the alt-right was doing that; but
```

```
 1                    BRADLEY DEAN GRIFFIN

 2   we weren't sure whether we would get there in time

 3   or whether we would go, so we just brought one just

 4   in case.

 5        Q.     And did everybody bring tiki torches to

 6   the march?

 7        A.     In my group, no.

 8        Q.     Did the other protestors -- or other

 9   people at the march have tiki torches?

10        A.     Yes.

11        Q.     And were they giving them out to people

12   who didn't have them?

13        A.     Were they what?

14        Q.     Were they giving tiki torches out to

15   people who did not arrive with them?

16        A.     I didn't see them doing that.  I

17   arrived late.

18        Q.     And what was the purpose of the tiki

19   torches?

20        A.     It's an American custom, and it was to

21   honor the memory of our forefathers, especially

22   Thomas Jefferson, who is the champion of free

23   speech.

24        Q.     What do you mean by "it's an American

25   custom"?
```

 1                    BRADLEY DEAN GRIFFIN

 2        A.      Torch marches were commonplace in the

 3   19th century.

 4        Q.      What were they -- what were they used

 5   for?

 6        A.      Both political parties had torch

 7   marches all the time in the 19th century.  The

 8   Republican party had -- and the Democratic party

 9   both had -- commonly had torch marches in the -- in

10   the 18th and 19th centuries.

11        Q.      And they just held torch marches for no

12   reason?

13        A.      There was always political -- like I

14   said, political torch marches.  It was -- it would

15   be elections.  It was -- I mean, it's commonplace

16   in Europe today, but it was also extremely

17   commonplace in 19th century America.

18        Q.      Did you light your own tiki torch?

19        A.      What?

20        Q.      Light your own tiki torch?

21        A.      I didn't have a lit tiki torch.

22        Q.      But other people who were with you did?

23        A.      I think two of my friends did.  But it

24   was already halfway over there -- it was already

25   halfway over when we arrived, so what was the

```
 1                   BRADLEY DEAN GRIFFIN

 2    point, in my view.  I caught up to the back of the

 3    line.

 4        Q.     So you did not carry a torch; is that

 5    correct?

 6        A.     No.  My wife did, I believe.

 7        Q.     Did everybody in your group bring the

 8    lighter fluid for their tiki torches?

 9        A.     I'm not exactly sure.  I wasn't the one

10    who bought them, and I didn't light it.

11        Q.     What did you wear to the torch march?

12        A.     I believe I bought a new polo from my

13    friend Kyle at the barbecue.  It was a -- it was a

14    new League of the South polo.  I got it from him

15    just a moment before.

16        Q.     What color was it?

17        A.     It was a black one, I think.

18        Q.     And were other people wearing black

19    polos?

20        A.     Not really.  It was an all-white event.

21        Q.     Was there an instruction given to wear

22    a white polo?

23        A.     If there was, I didn't notice.  It was

24    really Identity Evropa that did that.  That was

25    their group.
```

Page 159

1                    BRADLEY DEAN GRIFFIN

2       Q.       But everybody else was wearing a white

3   polo; is that correct?

4       A.       No.   They were too many people there.

5   They were just dressed in all kinds of street

6   clothes, and everyone wasn't in a white polo,

7   although I think Identity Evropa members might have

8   been.   I'm not sure.

9       Q.       If this was an Identity Evropa event,

10  why did you decide to attend?

11      A.       It was -- my understanding is that

12  there was going to be three events that weekend:

13  the surprise torch march, the rally, and an

14  afterparty.   And it was really, like I said, on a

15  spur-of-the-moment thing, after Kessler assured me

16  that he had talked to the cops and the cops had

17  told him that the police were going to protect the

18  rally, that I went.   But I wasn't inclined to go

19  before then.

20      Q.       Your testimony is that you packed a

21  tiki torch when you left Alabama, but it was not

22  your intention to go to the torch rally; is that

23  correct?

24      A.       It was an optional thing.   Like I said,

25  I didn't really decide until the last minute to go.

1                    BRADLEY DEAN GRIFFIN

2    But we didn't even think we were going to get there

3    in time for it.  And we were extremely tired when

4    we got there, because we drove all night.  We

5    thought about sleeping, just going to sleep that

6    evening.

7         Q.     Did you bring a weapon to the torch

8    march?

9         A.     No, I did not.

10        Q.     Did anybody you were with?

11        A.     No.

12        Q.     Did you see anybody at the torch march

13   carrying weapons?

14        A.     No.

15        Q.     Did you see anybody carrying firearms?

16        A.     No, I did not.

17        Q.     Was anybody carrying shields?

18        A.     I don't recall shields at the torch

19   march.

20        Q.     Did you see anybody carrying knives?

21        A.     No.

22        Q.     Did you see anybody carrying batons?

23        A.     No.

24        Q.     Did you see anybody carrying pepper

25   spray?

1                    BRADLEY DEAN GRIFFIN

2        A.     No, although I remember when it was

3    discharged.

4        Q.     Did you see people carrying lighter

5    fluid?

6        A.     No.  When I got -- when I arrived

7    there, the march was halfway over.  It was already

8    underway, so they had lit their torches before I

9    got there.

10       Q.     You said that the intent of the march

11   was to walk to the Jefferson statue on the

12   University of Virginia campus; is that correct?

13       A.     That was my understanding.  It was to

14   honor Thomas Jefferson, who is one of the founding

15   fathers and champion of the First Amendment, and to

16   show that we support our heritage and especially to

17   emphasize that the -- it wasn't just the

18   Confederate monuments that would be attacked, it

19   would be all monuments, which was accurate.

20       Q.     So from Nameless Field, the torch march

21   went -- walked to the Jefferson statue, is that

22   correct?

23       A.     It was already halfway over in the UVA

24   campus when I arrived.  They were already marching

25   through the campus.  I arrived there, and I didn't

 1                BRADLEY DEAN GRIFFIN

 2   even -- I didn't even bother to light a torch,

 3   because it was already halfway over.  And so I just

 4   caught up at the back of the line.

 5        Q.     Though the march was walking through

 6   the campus and up the lawn, correct?

 7        A.     I'm not familiar with the grounds, but

 8   it marched through the campus, is what I saw.

 9        Q.     Were the marchers at the torch rally

10   chanting anything?

11        A.     I believe so.

12        Q.     Were they chanting, "You will not

13   replace us"?

14        A.     That was Identity Evropa.  I think

15   that's their slogan.

16        Q.     What did you take this to mean?

17        A.     It means that, you know -- that they're

18   going to stand up and defend their culture and

19   identity and the monuments from people who are

20   destroying monuments.

21                    (Simultaneous speakers.)

22   BY MS. MUNLEY:

23        Q.     I apologize.  Could you repeat that?

24        A.     I said that they were opposing the

25   people who were engaged in violence and tearing

 1                    BRADLEY DEAN GRIFFIN

 2  down monuments, like in Richmond last night.

 3      Q.     Does it refer to non-white people

 4  replacing white people?

 5      A.     I think they were referring -- I think

 6  it's more than that.  I think it's a total

 7  destruction and erasure of identity, and it isn't

 8  so much about non-whites as it is destroying our

 9  culture and identity, is my understanding.

10      Q.     And did you chant, "You will not

11  replace us" with the torch rally?

12      A.     I don't recall chanting anything.  I'm

13  not a chanter.

14      Q.     Did the marchers chant, "Jews will not

15  replace us"?

16      A.     I believe some of them did.

17      Q.     Does this refer to Jewish people

18  replacing white people?

19      A.     It refers to Jewish people attacking

20  Southern monuments, American -- monuments to

21  American history.  There's a long thread on Twitter

22  today about someone -- a self-identified Jewish

23  person who has a hit list of all kinds of monuments

24  which need to be destroyed.  So that's the kind of

25  people they were responding to.

1                    BRADLEY DEAN GRIFFIN

2       Q.      Did the marchers chant, "Blood and

3  Soil"?

4       A.      Some of them did.

5       Q.      Were these statements intended to be

6  intimidating to non-white people?

7       A.      I don't think so.  Most nations in the

8  world are based on ethnicity, not citizenship.

9       Q.      So your testimony is that a large mass

10 of people carrying torches, chanting "You will not

11 replace us" is not -- was not intended to be

12 intimidating to non-white people; is that correct?

13      A.      Torch marches are common in Europe and

14 are common in American history.

15      Q.      (Indiscernible.)

16      A.      I did not see it as intimidating.  I

17 thought it was a celebration of our identity.

18      Q.      Were these statements intended to be

19 intimidating to Jewish people?

20      A.      I don't think so.

21      Q.      All right.  Did the marchers also

22 chant, "Into the oven"?

23      A.      I didn't hear that one.

24      Q.      So is it your testimony that a large

25 mass of people carrying torches, chanting "Jews

 1                    BRADLEY DEAN GRIFFIN

 2   will not replace us" is not intended to be

 3   intimidating to Jewish people?

 4        A.    I would say that they're just opposed

 5   to Jewish people who are tearing down our

 6   monuments, like in Richmond last night.

 7        Q.    Did you get close to the Jefferson

 8   statue?

 9        A.    I was -- I got around it, but I was

10   towards the back.

11        Q.    Did you see people around the Jefferson

12   statue locking arms?

13        A.    Yes, I did.  I was somewhat surprised

14   the police weren't there.

15        Q.    And how many people were -- had their

16   arms locked around the Jefferson statue?

17        A.    I couldn't really see.  I was at the

18   back.

19                    MS. MUNLEY:  Allegra, will you

20              show tab 13?  I think we used it as an

21              exhibit before.  I don't recall which

22              number it was.

23   BY MS. MUNLEY:

24        Q.    Do you recognize this document?

25        A.    Yes, I do.

1            BRADLEY DEAN GRIFFIN

2      Q.    I think we identified it before.  It's

3  a post that you wrote on your blog, Occidental

4  Dissent, correct?

5      A.    That's correct.

6      Q.    Okay.  And you wrote on this blog that,

7  When we came down the stairs at the Jefferson

8  monument, Emily Gorcenski was there with a group of

9  about 20 antifa; is that correct?

10      A.    That's correct.  After the event was

11  over, I got to -- a month to review the footage,

12  but it was different from being in the moment.

13      Q.    So there were about 20

14  counterprotestors there, correct?

15      A.    After reviewing the footage after the

16  event, there were -- I think, there were about that

17  many.

18      Q.    All right.

19      A.    But I couldn't see at the time -- from

20  my perspective at the time, being actually involved

21  in the event, I didn't see it at the time.  I -- it

22  was only, you know, looking through the video

23  footage after the event, because people are a lot

24  taller than me, so I couldn't see over them.

25      Q.    I can certainly relate.  And then --

1              BRADLEY DEAN GRIFFIN

2   and that's also because you noted that there were a

3   huge mass of people attending the torch rally,

4   correct?

5       A.     I was shocked by how many people were

6   there.

7       Q.     And, eventually, the people at the

8   torch rally surrounded the protesters at the

9   statue; is that correct?

10      A.     Yes.  There wasn't any police at the

11  statue when we arrived.

12      Q.     Not the question that I asked you.

13       The marchers surrounded --

14      A.     Yes.

15      Q.     Got you.  Okay.  Were you part of that

16  group that surrounded the protesters?

17      A.     No.  I just stood back and watched.

18      Q.     What was the purpose of surrounding the

19  protesters, in your opinion?

20      A.     In my view, the protesters were, you

21  know, supposed to be separated by police, but they

22  were there disrupting the event.  And the plan -- I

23  think the plan was to just surround the -- to go

24  forward with the event and to -- I think that was

25  always part of the event -- was just to go to the

Page 168

1                    BRADLEY DEAN GRIFFIN

2  statue.  I mean, I thought that was the goal.  But

3  the police were supposed to separate the

4  protesters, and they didn't.

5       Q.     Was the purpose of surrounding the

6  protesters to intimidate them?

7       A.     No.  I think that the goal was to

8  surround the statue regardless.  I think that

9  was -- I don't think they counted on the protesters

10 being there.

11       Kessler had talked to the cops, and the

12 cops had told Kessler that they were going to

13 separate the protesters, and they did not.

14       Q.     Was the purpose of surrounding the

15 protesters to provoke a violent confrontation?

16       A.     That's inconsistent with talking to the

17 cops beforehand.

18       Q.     Is that a "no"?

19       A.     That's a "no."

20       Q.     Did you interact with any of the

21 protesters?

22       A.     I briefly met Jason at the event.  I

23 shook his hand, but I don't think I said more than

24 three words to him.

25       Q.     Did you interact with any of the

1              BRADLEY DEAN GRIFFIN

2 protesters who were locking arms around the statue?

3      A.     No, I did not.

4      Q.     Did you feel threatened by the

5 protesters who were locking arms around the statue?

6      A.     I saw one of them barrel through the

7 ring of people at me, and it was a commotion, and

8 it was over in, like, a split second.  But I just

9 kind of, like, stood back.  I was kind of surprised

10 that the police weren't there, to be honest.

11     Q.     And so did you feel threatened?

12     A.     Not from my distance from the -- from

13 the statue, no.

14              (Simultaneous speakers.)

15     A.     I did inhale the pepper spray, though.

16 That was my first experience with that.

17     Q.     Did you see anyone confront the

18 protesters who were surrounding the statue?

19     A.     There were too many people in front of

20 me.  I couldn't see from my vantage point.

21     Q.     Did you see anyone throw lighter fluid

22 on the protesters?

23     A.     No, I did not.  Like I said, the people

24 in front of me were a lot taller than me, so I

25 couldn't see over them or what was going on.  I

1                    BRADLEY DEAN GRIFFIN

2  just saw one barrel through, and the next thing I

3  know, it was over.

4       Q.    So, in your opinion, was the torchlight

5  rally a success?

6       A.    It was disrupted.  Everybody was, you

7  know -- I don't think people read into the

8  significance of what happened that night at the

9  time.  But people were feeling positive about it.

10  But, like I said, I didn't -- I was too far away to

11  see what happened right at the -- you know, right

12  around meeting at the statue.  I was behind a lot

13  of other guys.  I just saw it.

14       Q.    What do you mean by "the significance

15  of what happened"?

16       A.    The significance of the -- in

17  hindsight -- hindsight is 20/20.  But Kessler had

18  told me that the cops were going to be there to

19  separate the protesters.  And the cops stayed

20  across the street and watched that night, and that

21  should have been an indication of what was going to

22  happen the next day.  We should have just left at

23  that point.  But it didn't really dawn on us

24  that -- the significance of what happened, that the

25  police would stand there and watch and not do their

 1                    BRADLEY DEAN GRIFFIN

 2   jobs, especially after they had been contacted

 3   to -- by Kessler to, you know, secure the march

 4   where it could take place peacefully.

 5                    MS. MUNLEY:  Allegra, will you

 6              show tab 24.  I think this is going to

 7              be Exhibit 19.

 8                    (Exhibit 19 was marked for

 9                     identification.)

10   BY MS. MUNLEY:

11       Q.    Does this look familiar to you?

12       A.    Uh-huh.

13       Q.    Okay.  Do you recognize this as a

14   Discord chat?

15       A.    Yes.

16       Q.    And do you recognize your Discord

17   handle, Hunter Wallace?

18       A.    Yes, that's correct.

19       Q.    Okay.  And these are posts from

20   September 8th, 2017; is that correct?

21       A.    Yes.  This is during what we call the

22   "optics war."

23       Q.    Okay.  So the last post, you say, The

24   scariest optics by far to normies was the

25   torchlight.  The rally itself was tame by

1                    BRADLEY DEAN GRIFFIN

2    comparison.

3         Is that correct?

4         A.    It looks like I did say that.

5         Q.    Okay.  What are "normies"?

6         A.    People who aren't involved in the

7    movement.

8         Q.    And what did you mean that "the optics

9    were scary to normies"?

10        A.    Well, I mean, I wasn't watching CNN and

11   stuff, like, when we were doing the torch march.

12   And it was only, like, in hindsight that, you know,

13   I got to go back and, you know, review what was

14   going on on television.  I wasn't watching

15   television when I was at the march.

16        It seems like, you know, like, the -- I

17   don't know.  Like, that torch march, which -- it

18   seemed like, you know, was -- the reaction to it

19   was hysterical on the 11th.  I didn't get to watch

20   the media hysteria until after -- well after the

21   event, though.  This was in September, so this was

22   well after (indiscernible).

23        Q.    The intention of the torchlight was to

24   be scary; is that correct?

25        A.    No, that's not correct.  Like I said,

1            BRADLEY DEAN GRIFFIN

2  it was only after the rally that I got to watch,

3  you know, what CNN and so forth were saying about

4  the rally.

5            (Simultaneous speakers.)

6  BY MS. MUNLEY:

7      Q.     You didn't realize at the time that a

8  large mass of people, particularly men, dressed in

9  uniforms, marching with torches would be

10  frightening to, quote/unquote, normies; is that

11  correct?

12      A.     Not really.  This is a common custom in

13  Europe, and it used to be an American custom.  And

14  like I said, there was already -- this was the

15  second torch march.  Everyone really liked the

16  first one.  There was -- this was the second one

17  they did in Charlottesville.  The first one they

18  had done in May and everyone was really impressed

19  by it.

20      Q.     Is that everyone including,

21  quote/unquote, normies?

22      A.     Well, my impression was that a lot of

23  normies, after the May rally, were really -- you

24  know, I want to get involved in this, I want to go

25  to -- the response to the first rally was very

 1                    BRADLEY DEAN GRIFFIN

 2   positive, and that was a torchlight rally.  And my

 3   impression was that the reason that Kessler wanted

 4   to hold a second rally was because the first one

 5   had been such a success and the normies really

 6   liked it.  But the second rally, you know, the

 7   footage was a lot more hysterical than the one in

 8   May, I would say.

 9        Q.    But your testimony that the intention

10   of the torchlight rally -- this large mass of men

11   with torches in uniform -- was to play to public

12   opinion and make people like the alt-right; is that

13   correct?

14        A.    Well, the first rally, which was a

15   torch march rally in Charlottesville in May, had a

16   very positive response.  In fact, that's why so

17   many people came to Charlottesville, because, you

18   know, they wanted to, you know --

19                    (Simultaneous speakers.)

20   BY MS. MUNLEY:

21        Q.    You're not answering the question that

22   I asked.

23        A.    I have.  Like I said, the first rally,

24   which was a torch march rally, the public response

25   was positive.  And that's why there was the second

1               BRADLEY DEAN GRIFFIN

2    torch march.

3        Q.     And I'm asking you if the intention of

4    the torchlight rally was to appeal to normal people

5    and make people like the alt-right?

6        A.     That was the intention, I believe.

7    Yes.

8        Q.     All right.  And so it's your testimony

9    that the intention of a large group of people in

10   uniform with torches chanting "Jews will not

11   replace us" and "You will not replace us" and

12   "Blood and Soil" was not meant to be menacing to

13   Jewish people and non-white people, correct?

14       A.     No.  Like I said, torch marches were

15   common in American history, and we were just doing

16   the same thing.

17       Q.     Okay.  And, in fact, it is your

18   testimony that this large group of people in

19   uniform with torches chanting "Jews will not

20   replace us" and "You will not replace us" and

21   "Blood and Soil" was meant to appeal to the normal

22   American public, correct?

23       A.     Half the American publics opposes

24   anarchists, and the majority of people in Virginia

25   support Southern monuments, especially one of the

1                    BRADLEY DEAN GRIFFIN

2  founding fathers, so --

3                    (Simultaneous speakers.)

4       A.     Yes, it is.  This position that we

5  support the monuments is not a marginal one.  Over

6  half the people in Virginia, even after the rally,

7  supported the monuments.

8       Q.     Mr. Griffin, the question that I asked

9  you is:  Is it your opinion that a large group of

10 people in uniform with torches chanting "Jews will

11 not replace us" and "You will not replace us" and

12 "Blood and Soil" was meant to appeal to normal

13 people in the American public?

14      A.     Absolutely.

15      Q.     Okay.  To your knowledge, was there any

16 ever -- was there ever any discussion amongst the

17 people attending and planning Unite the Right to

18 call off the Saturday events, given what had

19 happened on Friday night?

20      A.     No.

21      Q.     You testified that you think they

22 should have, correct?

23      A.     Well, hindsight is 20/20.

24      Q.     Did the League of the South decide to

25 do anything differently after the events of Friday

```
 1                    BRADLEY DEAN GRIFFIN

 2   night?

 3        A.      No.  The League of the South really

 4   didn't even participate in the torch march.

 5        Q.      But they were aware of it, correct?

 6        A.      They were mostly tired from driving so

 7   far and went to sleep that night, the vast majority

 8   of them.

 9        Q.      Did you tell people what happened at

10   the torchlight march?

11        A.      Most of the people were in bed when I

12   got back, and then I was exhausted and -- I had

13   been on the road, you've got to remember, 10, 12

14   hours just to travel to Virginia, and I barely got

15   any sleep, so I went to bed.

16        Q.      All right.  You didn't tell anybody in

17   League of the South what happened during the

18   torchlight march, correct?

19        A.      I remember just passing out when I got

20   back.

21        Q.      And you did stay at the League compound

22   on Friday night, correct?

23        A.      Uh-huh.  I was extremely tired after

24   the drive, so when I got back, I went to sleep.

25                         MS. MUNLEY:  All right.  Let's go
```

1              BRADLEY DEAN GRIFFIN

2         off the record.

3              THE VIDEOGRAPHER:  The time is

4         2:55 p.m.  We're off the record.

5              (Recess from 2:55 p.m. to

6              3:10 p.m.)

7              THE VIDEOGRAPHER:  The time is

8         3:10 p.m.  On the record.

9  BY MS. MUNLEY:

10     Q.     Mr. Griffin, I just want to clarify one

11  thing from our last exchange.  You defined

12  "normies" as the normal American public; is that

13  correct?

14     A.     Yeah.  It's a slang word that's used,

15  unfortunately, for normal, average, ordinary,

16  everyday people.

17     Q.     Okay.  And that includes black people;

18  is that correct?

19     A.     Yes.

20     Q.     Okay.  And it includes Jewish people?

21     A.     I suppose so.

22     Q.     We were talking about torchlight

23  rallies being an American custom.  Can you -- are

24  you aware that they were used by the Klu Klux Klan?

25     A.     Well, they were used for decades before

1                    BRADLEY DEAN GRIFFIN

2   that.  Abraham Lincoln had a torch march of a -- a

3   torchlight march at the Republican National

4   Convention, if I'm not mistaken.

5        Q.     Okay.  But you are aware that they were

6   used by the KKK, correct?

7        A.     Yes, but they were used for decades

8   before that.

9        Q.     And so it's still your testimony that a

10  torchlight rally, which was used by the KKK, would

11  not be intimidating to black people; is that

12  correct?

13       A.     That's correct.  Torchlight marches

14  were used by the Republican party, which abolished

15  slavery.  So it was used by both parties in the

16  United States.  It was extremely commonplace in

17  (indiscernible) America.

18       Q.     Okay.  And it is also your testimony

19  that the chant, "Jews will not replace us" and

20  "Blood and Soil" are not intended to be

21  intimidating to Jewish people; is that correct?

22       A.     "Blood and Soil" is just a reference to

23  ethnonationalism.  And "Jews will not replace us"

24  just means that there are Jewish people who oppose

25  our monuments, which is absolutely true.

Page 180

1                       BRADLEY DEAN GRIFFIN

2        Q.      I think we covered that you are aware

3   that "Blood and Soil" was used by the Nazi party in

4   Nazi Germany; is that correct?

5        A.      Most of the nations in the world are

6   based on ethnicity, including --

7        Q.      Not the question, Mr. Griffin.  I asked

8   you if you were aware that Nazi Germany used the

9   slogan "Blood and Soil"?

10       A.      This is Winston Churchill's book, A

11  History of the English-Speaking People --

12       Q.      Mr. Griffin --

13                   (Simultaneous speakers.)

14  BY MS. MUNLEY:

15       Q.      You're here to answer my questions.

16       A.      No.  I've answered your question.

17                   (Simultaneous speakers.)

18       A.      Most countries in the world -- most

19  countries in the world are based on ethnicity,

20  including England --

21                   (Simultaneous speakers.)

22  BY MS. MUNLEY:

23       Q.      I'm asking you about your awareness of

24  the origin of the term "Blood and Soil."

25       A.      I don't think that's the origin of the

                    BRADLEY DEAN GRIFFIN

1

2   term.

3        Q.     Are you aware that it was used in Nazi

4   Germany?

5        A.     Yes.  But, like, most countries in the

6   world are based on ethnicity.

7        Q.     (Indiscernible.)

8        A.     Including those that opposed the Nazis.

9        Q.     So you wrote that, when you woke up on

10  August 12th, #Charlottesville was trending globally

11  and the triggering had begun.

12       What is the "triggering"?

13       A.     Well, I mean, I woke up -- I woke up on

14  the 12th, I checked Twitter, like I normally do in

15  the morning.  And it was just, you know, hysteria,

16  you know.  I had not seen what had happened on

17  Twitter overnight or the media coverage.  I had

18  barely seen that when I passed out and went to

19  sleep.  But I was like, Wow, the liberals sure are

20  triggered by the torch march.  Oh, my God.

21       Q.     What do you mean by "triggered"?

22       A.     That means that, you know, they were

23  being extremely -- extremely hysterical.

24       Q.     Does it mean that they were upset about

25  it?

 1                    BRADLEY DEAN GRIFFIN

 2        A.      It means that they were hysterical and

 3   acting irrationally, as they commonly do.

 4        Q.      But why were they hysterical and acting

 5   irrationally?

 6        A.      I can't speculate about anyone's

 7   emotional state.  I can't read people's mind.

 8   These people believe all kind of insane things.

 9        Q.      I'm just -- I'm not understanding what

10   you mean by "they were hysterical."

11        A.      You would think -- you would think --

12   you would think Martians had landed.  It was -- it

13   was, you know, just beyond belief, like, you know,

14   hysteria.  The only thing I can compare it to is

15   when Orson Welles, you know, had his broadcast that

16   Martians had landed.  That was -- I woke up and I

17   was, Oh, my God, the liberal hysteria.

18        Q.      So I think where we're disconnecting

19   here is people can have a hysterical reaction to a

20   number of emotions.  What emotion was behind their

21   hysteria?

22        A.      They were, you know, extremely upset to

23   see that, you know, people would defend -- to

24   actually defend the monuments.  I mean, it's

25   hysterical in the fact that most people in Virginia

1                   BRADLEY DEAN GRIFFIN

2  support the monuments, even after Charlottesville.

3  This is what half the public believes.  And they're

4  acting like this is an extremely marginal position

5  when it's not.  Most people would not agree with

6  vandalizing the statue of Thomas Jefferson, who was

7  one of our greatest presidents.

8         And these people -- I mean, why are

9  there hysterical people tearing down monuments in

10 Richmond?  Why are they tearing down statues of

11 Christopher Columbus --

12                   (Simultaneous speakers.)

13 BY MS. MUNLEY:

14    Q.      -- right now.  I want to go back to you

15 said they were hysterically upset about the

16 torchlight rally.

17    A.      Right.

18    Q.      That's not what you said?

19    A.      I said they were hysterically upset

20 about the torchlight rally.

21    Q.      Okay.  All right.  I just want to make

22 sure that we're understanding each other.  So --

23 and you had expected this.  You said, The

24 triggering had begun.  So this was something --

25                   (Simultaneous speakers.)

1                    BRADLEY DEAN GRIFFIN

2  BY MS. MUNLEY:

3      Q.     My question was:  You said the

4  triggering had begun.  So this was something that

5  you had expected people would be upset about,

6  correct?

7      A.     Well, there's always hysteria on CNN.

8  It's 24/7, so -- I did not expect there to be --

9  that hysterical.

10      Q.     But you did expect that people would be

11  upset, correct?

12      A.     I expected that, you know, it would be

13  covered, but I did not expect it to be covered to

14  the extent it was.  It was -- it seemed to be --

15  get far more publicity than the first torch march

16  in May (unintelligible) --

17                    (Simultaneous speakers.)

18  BY MS. MUNLEY:

19      Q.     I'm not asking about the amount of

20  media coverage that you had expected for the

21  torchlight rally.  I'm asking about the reaction

22  that you had expected.  Did you get the reaction

23  that you had been expecting?

24      A.     No.

25      Q.     Okay.  And you -- people were more

```
 1                   BRADLEY DEAN GRIFFIN
```

 2    upset about it than you had expected; is that your

 3    testimony?

 4        A.    Yes.  Like I said, it was like Martians

 5    had invaded or something like that.  It was liberal

 6    hysteria.

 7        Q.    And you had not expected people to be

 8    upset about it at all; you had expected people to

 9    be supportive, correct?

10        A.    I expected it would more of a state and

11    local story like the previous rally in May.  I did

12    not expect it would be getting, like, global

13    attention.  The first rally I don't think got

14    global attention like the second one.

15        Q.    So the League of the South assembled at

16    their venue on Saturday morning to go together to

17    Charlottesville for the rally; is that correct?

18        A.    Yes.

19        Q.    Who did you travel with?

20        A.    I think -- I think we went together,

21    the same group who -- who I came with, if I'm not

22    mistaken, in our vehicle.

23        Q.    Okay.  And your plan was to meet up

24    with the League of the South and other groups in

25    the Nationalist Front in downtown Charlottesville,

```
 1                    BRADLEY DEAN GRIFFIN
 2  correct?
 3       A.     We met at a parking lot somewhere north
 4  of town, and then, from there, we convoyed to a --
 5  the parking garage.
 6       Q.     Who arranged for the convoy?
 7       A.     I have no idea.
 8       Q.     How did you know about the convoy?
 9       A.     I followed everyone to the parking lot.
10  I forgot the name of the grocery store it was.  And
11  then we all followed each other to the parking
12  garage.
13       Q.     And what did you bring with you?
14       A.     Me personally?
15       Q.     Yes.
16       A.     A selfie stick and my cell phone.
17       Q.     Why did you bring a selfie stick?
18       A.     Because I was filming the event.
19       Q.     Did you live-stream the event?
20       A.     Yes, I did.
21       Q.     And was that on Periscope?
22       A.     Yes, it was.
23       Q.     So what was the purpose of
24  live-streaming the event on Periscope?
25       A.     Well, I wanted to broadcast it to my
```

```
 1                  BRADLEY DEAN GRIFFIN

 2   social media followers, and I also wanted to, you

 3   know, have an account of my own actions that day.

 4        Q.    Was part of your intent to create a

 5   counternarrative?

 6        A.    I don't know what that means.

 7        Q.    Okay.  You might need to bear with us

 8   for this exhibit.  It's going to be Exhibit 20.

 9                  (Exhibit 20 was marked for

10                    identification.)

11   BY MS. MUNLEY:

12        Q.    So we're going to be playing a few

13   clips of a podcast.  Just let me know if you need

14   me to adjust the sound.

15                  (Audio played.)

16   BY MS. MUNLEY:

17        Q.    Mr. Griffin, do you recognize this

18   podcast?

19        A.    (Indiscernible) podcast.

20        Q.    That's Harold Crews, correct?

21        A.    Yes.

22        Q.    And his guest is Michael Hill?

23        A.    It seems that way.

24        Q.    Okay.

25                  (Audio played.)
```

1                    BRADLEY DEAN GRIFFIN

2    BY MS. MUNLEY:

3         Q.      That was Mr. Michael Hill talking about

4    your role at the Unite the Right rally for League

5    of the South; is that correct?

6         A.      That's correct.

7         Q.      Okay.  And he said that your role was

8    to create a counternarrative and to put a spin on

9    the facts to promote the League of the South's

10   narrative; is that correct?

11        A.      Dr. Hill also said I was there to

12   record the truth, which I did.

13        Q.      Okay.  But is it correct that he said

14   your role was to create a counternarrative and to

15   put a spin on the facts to promote the League of

16   the South's narrative about the day; is that

17   correct?

18        A.      That's what he said in the podcast.  He

19   also said I was there to report the truth.

20        Q.      Okay.  So from -- from the time that

21   you got off the convoy and you went downtown, you

22   went to Lee Park; is that correct?

23        A.      Yes.

24        Q.      Do you know about what time you arrived

25   at Lee Park?

1                    BRADLEY DEAN GRIFFIN

2       A.       Somewhere around 10 to 11.  10.

3       Q.       Okay.

4       A.       10:30, I don't know.  Somewhere around

5  that period.

6       Q.       How did you get there?

7       A.       We stopped in the garage, and everyone

8  was in the garage lined up, and we walked into the

9  park.

10      Q.       And by "everyone," you mean every

11  attendee of Unite the Right, or everyone from

12  League of the South?

13      A.       Everyone who was in the parking garage,

14  which was a lot of people who were not affiliated

15  with any particular group.

16      Q.       Were the convoys for League of the

17  South people or were they for all Unite the Right

18  attendees?

19      A.       It was just people who were there.  It

20  not all Unite the Right attendees.  The alt-right

21  had gathered in, I think, McIntire Park.

22      Q.       So I'm sorry.  I'm a little confused by

23  your answer.

24         Were the convoys specific to attendees

25  from League of the South or were they open to other

```
 1                  BRADLEY DEAN GRIFFIN
 2   groups?
 3       A.     It was just everyone who was -- who
 4   wanted to come with us into the rally.
 5       Q.     Okay.
 6       A.     Which included people who came by
 7   themselves who weren't affiliated with any group.
 8       Q.     Who was with you when you entered Lee
 9   Park?
10       A.     I was with my wife and my friends, and
11   we walked into the park.
12       Q.     Were you with other League of the South
13   members?
14       A.     Yes.  I recorded it.
15       Q.     Okay.  Who specifically were you with?
16       A.     My wife and my friend Michael Weaver
17   and Ryan King and Chris and Andrew, who I came
18   with.  And in front of us were other League of the
19   South members and various people from -- I had
20   never seen before.
21       Q.     Was Michael Tubbs with you?
22       A.     He was in the parking garage.  I
23   wasn't, like, exactly right near Tubbs.  I was with
24   my friends.
25       Q.     So you were in the same general group;
```

 1                    BRADLEY DEAN GRIFFIN

 2   is that correct?

 3        A.      That's correct.

 4        Q.      Was Michael Hill with you?

 5        A.      He was at the -- the front.  I was,

 6   like, way back, like, in the middle or the end of

 7   the people who were walking to the park.

 8        Q.      But, again, the same general group,

 9   correct?

10        A.      Yeah.  We parked right by the --

11                    (Simultaneous speakers.)

12   BY MS. MUNLEY:

13        Q.      I'm sorry.  You parked right by where?

14        A.      The police station.

15        Q.      About how many League of the South

16   members were with you at that time?

17        A.      Well, there were only, like, 50 or 60

18   who came to Charlottesville, and they were all,

19   like, in that group.

20        Q.      About how many League of the South

21   members are there total?

22        A.      I have -- I'm not in charge of that.  I

23   don't know.  You would have to ask Dr. Hill.

24        Q.      You don't even know a ballpark?

25        A.      No, I don't.  Most people who join

 1                    BRADLEY DEAN GRIFFIN

 2    don't, like, you know, come to rallies and stuff

 3    like that.

 4         Q.      When did you leave Lee Park?

 5         A.      I left Lee Park when the state of

 6    emergency was declared and they ordered us to

 7    disperse.  And I left with -- I was thinking the

 8    rally was relocating to McIntire Park, and I

 9    followed the alt-right to McIntire Park.

10         Q.      So that's where you went after Lee

11    Park?  You walked there; is that correct?

12         A.      With my wife and friends, yes.

13         Q.      Were there any clear leaders on the

14    ground at Lee Park?

15         A.      Inside Lee Park, the atmosphere was

16    cordial.  Everybody was preparing for the rally.  I

17    saw David Duke was there.  He was in high spirits.

18    I saw Mike Enoch was there.  He was in high

19    spirits.  There was one counterprotester inside Lee

20    Park who was handing out water bottles.  And he

21    told me that he wasn't with the antifa, he was just

22    there to oppose violence.  And so I took a water

23    bottle from him and gave him a hug and said, I

24    oppose violence too.  There were counter-protesters

25    even in the park, but everyone was fine.

1                    BRADLEY DEAN GRIFFIN

2       Q.      Did anybody seem to be in charge in the

3   park?

4       A.      Everyone seemed to be just doing two

5   things -- well, three things:  socializing, waiting

6   for the event to start, or -- you know, there was a

7   group of guys who were keeping the anarchists from

8   charging up the steps and attacking people.

9       Q.      Did you communicate with Michael Hill

10  at all on August 12th?

11      A.      I believe I saw him afterwards, but,

12  like, in the midst of the chaos in the park, not

13  really.  But I recorded that.

14      Q.      Did you communicate with Michael Tubbs

15  at all while you were -- during the rally?

16      A.      Tubbs was too busy trying to rescue

17  people who were getting beaten by the anarchists

18  who were coming in late by themselves.

19      Q.      Did you communicate with Ike Baker at

20  all during the rally?

21      A.      I saw Ike on the way out of the rally,

22  and it looked like his knee had gone out, and he

23  was waiting for someone to pick him up.

24      Q.      Did you communicate with any other

25  members of League of the South during the rally?

1            BRADLEY DEAN GRIFFIN

2        A.    I was mostly going around socializing

3    with the alt-right people who were there.  And I

4    left -- in fact, I got separated from my group.  I

5    went to McIntire Park, where the alt-right was.

6    And I had to catch a ride back to the parking

7    garage.  But I didn't go out of the park with

8    League of the South; I went out of the park with

9    the alt-right.

10       Q.    Okay.  And were you -- were you

11   communicating about the rally on any other social

12   media platforms during the rally besides Periscope?

13       A.    I don't think so.  My battery died on

14   the way out.

15       Q.    Do you know who James Fields is?

16       A.    Do I know who James Fields is?  Yeah.

17   Everyone knows who James Fields is now.  I didn't

18   know him at the time.

19       Q.    Did you know who he was prior to the

20   rally?

21       A.    Did I what?

22       Q.    Did you know who he was prior to the

23   rally?

24       A.    No.  The first time I ever heard of

25   James Fields was after the event was over when they

```
 1                    BRADLEY DEAN GRIFFIN
 2  said there was a car crash.  And then he was
 3  identified, and no one knew him.  It wasn't until
 4  his trial that we found out anything about him at
 5  all.  We didn't know him at all.
 6       Q.     Have you ever spoken to him?
 7       A.     No, I have not.
 8       Q.     Have you ever communicated with him in
 9  any other way?
10       A.     No, I have not.
11       Q.     Are you aware that he was a member of
12  Vanguard America?
13       A.     No, I was not.  I saw that he was
14  (indiscernible).  I think he had a Vanguard America
15  shield.  But he was not someone known to me.  He
16  was not anyone I recognized.  He wasn't with my
17  group.
18       Q.     Are you aware that he marched with
19  Vanguard America members at the rally?
20       A.     I've seen the photos, but I don't think
21  he -- I don't know if they even knew him.  But that
22  group kind of disappeared after, you know,
23  Charlottesville.
24       Q.     And James Fields murdered Heather Heyer
25  by driving his car into a crowd with his vehicle;
```

1              BRADLEY DEAN GRIFFIN

2   is that correct?

3        A.     I've seen, over the last two weeks, at

4   least 24 similar incidents to what happened with

5   James Fields, so I don't -- I don't think so.

6        Q.     You don't think he murdered Heather

7   Heyer?

8        A.     I've seen 24 similar car crashes

9   involving antifa in the streets in the last two

10  weeks, so that is -- raised my doubts.  I think he

11  just got caught at the wrong place at the wrong

12  time, just like all the other 24 people I've seen

13  over the past two weeks.

14       Q.     So you don't believe he drove into a

15  crowd of protesters on August 12th; is that

16  correct?

17       A.     I knew nothing about James Fields until

18  his trial, and I watched his trial.  And I didn't

19  know until his trial that he had set his GPS to

20  return home to Ohio.  So I don't see why he had his

21  GPS on to return to Ohio if he intended to murder

22  anyone.  I think he just got caught in an antifa

23  mob like all the other people we've seen over the

24  last two weeks.

25       Q.     And did that result in Heather Heyer's

```
 1                    BRADLEY DEAN GRIFFIN
 2  death?
 3       A.     Yes, it did.  That's tragic.
 4       Q.     You still claim that Heather Heyer
 5  actually died of a heart attack and not the car
 6  attack?
 7       A.     No.  There was a period of confusion
 8  that stemmed from an interview her mother gave.
 9  And Michael Edison Hayden called me from Newsweek
10  and told me that -- you know, we couldn't find
11  Heather Heyer in the video footage for a while.
12  But after the autopsy come out, I said, you know,
13  that she had been hit by the car.
14       Q.     Do you know DeAndre Harris?
15       A.     I've only heard of him after the event,
16  but, of course, I know who DeAndre is.
17                    (Technical discussion off the
18                     record.)
19  BY MS. MUNLEY:
20       Q.     And is it your understanding that
21  DeAndre Harris was attacked by a group of Unite the
22  Right attendees?
23       A.     No, that's not my understanding.
24       Q.     What is your understanding?
25       A.     DeAndre Harris and his friends
```

```
 1              BRADLEY DEAN GRIFFIN
```

2  (indiscernible) pursued League of the South

3  protesters as they were returning to their

4  vehicles.  He approached my friend Harold Crews, he

5  grabbed his Confederate flag and tried to steal it,

6  like he had done with another person earlier that

7  day.  He spun Harold around, and he hit Harold

8  across the head with a Maglite and hurt him really

9  bad.  In fact, I talked to Harold after the event

10  was over.  He was very injured and upset.  One of

11  the nicest Southern gentlemen I have ever met in my

12  life.  He would never harm anyone like that.

13       Q.     Mr. Griffin, are you -- are you reading

14  from a document?

15       A.     No, I'm not.

16                 (Simultaneous speakers.)

17       A.     I've seen that video so many times, you

18  know, I can recount from memory.  So, yeah, I've

19  written about it many times.

20       Q.     So you've seen video of the attack,

21  correct?

22       A.     Yes.  In fact, I found the video of

23  DeAndre Harris sneaking up behind Harold and

24  spinning him around and hitting him across the head

25  with a Maglite in front of police officers who let

```
 1                    BRADLEY DEAN GRIFFIN
 2    it happen.  And it was one of the most disgraceful
 3    things I've ever seen in my life.  And what's
 4    happened since then by these very same people
 5    disgusts me.  And I am no bit surprised.  Because
 6    what happened in Charlottesville has happened all
 7    over this country in the last few weeks.
 8        Q.     All right.  Mr. Griffin, I'm going to
 9    cut you off.
10         When did you first hear about the
11    incident with DeAndre Harris?
12        A.     It was after I got back.  I think it
13    was at the -- at the -- the hippie compound or
14    whatever, the new-age place where I saw Harold, and
15    he was bleeding from his forehead.
16        Q.     So Harold Crews is the person who told
17    you about the incident; is that correct?
18        A.     Yes.  I believe it was Harold who told
19    me.  I was outraged by it.
20        Q.     There were League of the South members
21    involved in this incident besides Harold Crews; is
22    that correct?
23        A.     Yes.  There were -- there were people
24    who weren't even part of our group.  They saw these
25    people attack a man and try to steal his property
```

Page 200

1              BRADLEY DEAN GRIFFIN

2  and hit him in the side of the head with a

3  flashlight while cops looked on.  And that caused a

4  melee.  It's extremely sad that, you know -- what

5  happened -- the most outrageous thing about it is

6  that the video was deliberately edited, and it was

7  broadcast all over the media.  But they left out

8  the part where Corey Long and DeAndre Harris

9  approached Harold, tried to steal his flag, and hit

10  him over the head with a Maglite.

11       Q.     Okay.  So in addition to Harold Crews,

12  Michael Tubbs was involved in this incident; is

13  that correct?

14       A.     I don't recall -- I don't recall Tubbs

15  getting physically involved.  I think I saw it --

16  I've seen the video.  But Harold is a nice man.  He

17  is an elderly man.  And elderly people were being

18  attacked by thugs in front of the Charlottesville

19  Police Department while they watched.

20       Q.     I don't need your editorializing on

21  this incident.  I've just got a couple more

22  questions.  We're trying to get through this.

23  Okay?

24       A.     That's the facts.

25       Q.     What I'm asking is:  Was Michael Tubbs

```
 1                 BRADLEY DEAN GRIFFIN

 2  present during this incident?

 3      A.     I wasn't there at the time.  I was in

 4  McIntire Park.

 5      Q.     All right.  When did this incident

 6  occur, roughly?

 7      A.     After the event was over, the League of

 8  the South -- the event was canceled, and they

 9  returned to the parking garage to leave and go back

10  to the place we were staying at north of town.

11  They were returning to their vehicles in the

12  parking garage.

13              MS. MUNLEY:  Allegra, will you

14          show tab 90.  I think it's going to be

15          Exhibit 21.

16              (Exhibit 21 was marked for

17               identification.)

18  BY MS. MUNLEY:

19      Q.     Mr. Griffin, can you see this photo?

20      A.     Yes, I can see that photo.

21      Q.     Do you recognize this as a photograph

22  of the incident that we're discussing?

23      A.     Yes.

24      Q.     The man who is circled there, is that

25  Mr. Tubbs?
```

1                    BRADLEY DEAN GRIFFIN

2        A.      It looks like him.  I can't really

3    tell, though.

4        Q.      Do you recognize anybody else in this

5    photo?

6        A.      I believe that's Daniel Borden, who is

7    currently in jail.

8        Q.      And I apologize.  Can you describe who

9    you're speaking about?

10       A.      I think that's the guy on the right,

11   the one who went to jail.

12       Q.      The white helmet.

13                    (Simultaneous speakers.)

14       A.      Can I what?

15       Q.      I'm sorry.  I'm asking Allegra to

16   circle that person to make sure we're talking about

17   the same person.

18        This person is Daniel Borden?

19       A.      I believe so.  I believe he's one of

20   the ones in jail.

21       Q.      And do you recognize anybody else in

22   this photo?

23       A.      No, I don't.

24       Q.      The person to the left, all the way on

25   the left, holding -- I can't tell what.  Can you

1                    BRADLEY DEAN GRIFFIN

2  identify what he's holding?

3       A.    It looks like a flag upside down.

4       Q.    And the person on the far right -- who

5  is holding what appears to be a shield; is that

6  correct?

7       A.    Yes.

8       Q.    And they are using those items as

9  weapons here; is that correct?

10      A.    It appears that way.  Is that DeAndre?

11      Q.    On the ground?

12      A.    Yeah.

13      Q.    I would assume so.

14      A.    Yes.  This was the scuffle after he had

15  attacked Harold with the Maglite.

16                    MS. MUNLEY:  Allegra, you can

17            take this down.

18  BY MS. MUNLEY:

19      Q.    Tyler Davis was also involved in this

20  incident; is that correct?

21      A.    He's been charged with it, but I wasn't

22  there to personally witness it.

23                    (Simultaneous speakers.)

24  BY MS. MUNLEY:

25      Q.    Did you know Tyler Davis before Unite

```
 1                    BRADLEY DEAN GRIFFIN

 2   the Right?

 3        A.      I met him before in Florida.

 4        Q.      Were you friendly?

 5        A.      I would suppose so.  I only briefly met

 6   him and shook his hand.

 7        Q.      Were you with him during the Unite the

 8   Right rally?

 9        A.      No, I was not.

10        Q.      Did you see him on that day?

11        A.      I believe so.

12        Q.      And you believe he was staying at the

13   same venue as you were, correct?

14        A.      I think so.  I'm not exactly sure.

15        Q.      Four individuals -- Tyler Davis, Jacob

16   Goodwin, Daniel Borden, and Alex Ramos -- were

17   charged with malicious wounding as a result of this

18   incident, correct?

19        A.      Yes.

20        Q.      And all four of them are serving time

21   in prison, correct?

22        A.      Last I checked.

23        Q.      Did you know Jacob Goodwin before Unite

24   the Right?

25        A.      No, I did not.
```

1              BRADLEY DEAN GRIFFIN

2      Q.     Do you know Daniel Borden?

3      A.     No, I do not.  I've only seen him in

4  the media.  He wasn't with my group.

5      Q.     And do you know Alex Ramos?

6      A.     I especially don't know that guy.

7  That's an Hispanic guy from Atlanta, if I'm

8  mistaken -- not mistaken.

9      Q.     Are any of them League of the South

10  members?

11      A.     No.  Davis -- Tyler Davis was a League

12  of the South member.

13              MS. MUNLEY:  Okay.  Allegra, I'm

14          going to ask you to put tab 24 back up.

15          I know we've used this as an exhibit

16          already, and I don't know what the

17          number was.

18  BY MS. MUNLEY:

19      Q.     We're getting really close,

20  Mr. Griffin, I promise.

21      A.     My son has been quiet so far.

22      Q.     He's doing really well.

23       All right.  I think we identified these

24  earlier as posts you made on Discord in September

25  of 2017; is that correct?

Page 206

1                    BRADLEY DEAN GRIFFIN

2        A.      That's correct.

3        Q.      And at that point, you wrote, The

4   optics were fine.  We projected strength and unity.

5   Could have done without the one swastika flag, but

6   the overall image of the event was defined by the

7   polos/khakis; is that correct?

8        A.      Yes.

9        Q.      And that was your opinion of the Unite

10  the Right rally in September 2017; is that correct?

11       A.      This was during what's called the

12  optics war, which was a fiasco.

13       Q.      Can you explain that?

14       A.      After the Unite the Right rally, the

15  alt-right began arguing over the optics of the

16  event, and that went on for months into 2018.  But

17  that's what that's in reference to.

18       Q.      Okay.  And you were on the side of the

19  optics being positive from the Unite the Right

20  rally; is that correct?

21       A.      I felt the optics argument was

22  seriously, seriously, like, overblown.

23       Q.      All right.  But here you say, The

24  optics were fine, correct?

25       A.      I mean, in terms of what we intended to

1              BRADLEY DEAN GRIFFIN

2  do, yes.  There was one individual who showed up

3  with a swastika flag who no one knew, and we never

4  found out who that guy was.  He was never doxed.

5  Everyone agreed that that guy, you know, was an

6  embarrassment.  And -- but I think, you know, when

7  we were attacked by anarchists in the park, I felt,

8  you know, we were doing the right thing.  I think

9  we looked good.

10      Q.    Mr. Griffin, what was the -- what would

11  you say the normies' reaction to the Unite the

12  Right rally was?

13      A.    A lot of people were inspired by it,

14  because they had been looking for people to defend

15  the monuments and to stand up for their rights.

16  And, of course, there was a lot of infighting and

17  hysteria afterwards.  These posts are in reference

18  to the infighting that was after the event.

19      Q.    The infighting amongst who?

20      A.    Everyone who went to the rally who had

21  this -- this debate over optics that went on for,

22  like, six months.

23      Q.    So you're not expressing an opinion

24  here that the optics of Unite the Right were

25  overall positive in the American public; is that

1                      BRADLEY DEAN GRIFFIN

2    correct?

3        A.      In hindsight, I think, you know, the

4    optics are better than, you know, they were made

5    out to be at the time.  The anarchists who attacked

6    us that day have gone down to burn down the entire

7    country, so -- and tear down all these monuments,

8    so, you know, I think it was the right thing to

9    support the Lee monument, although I didn't count

10   on the police standing down that day.  And I

11   wouldn't do it again.

12       Q.      And you would call the whole Unite the

13   Right overall a success; is that correct?

14       A.      No.  We were -- we entrusted our

15   security to the police, and that was a mistake, and

16   it was a mistake we learned from.

17       Q.      So you are saying that the reason that

18   Unite the Right was a failure was not because a

19   woman was murdered, it was because you entrusted

20   your security to the police; is that correct?

21       A.      The reason Unite the Right was a

22   failure, as was determined in the Heaphy report, is

23   that the police barricaded themselves and watched

24   on while a city descended to anarchy.  And for over

25   two hours after the event, antifa was parading

1               BRADLEY DEAN GRIFFIN

2   through the streets attacking people leaving the

3   event and just bystanders.  When you allow your

4   city to descend into lawlessness like that, that's

5   why, you know, it was a failure.  We should not --

6   we don't need to be associated with those kind of

7   optics, like the kind we're seeing, you know, the

8   anarchists do all over the country now.

9        Q.     League of the South disassociated

10  itself from the Nationalist Front after Unite the

11  Right; is that correct?

12       A.     I believe in 2018.

13       Q.     Do you know why?

14       A.     Well, it was never really an -- it was

15  never really, you know, an ideal match in the first

16  place.  And we decided to deal with the flash model

17  of holding activism.  So we didn't even want to be

18  in the same area as violent anarchists.  So we

19  didn't -- at that point, you know, we decided to,

20  you know, change tactics.

21               MS. MUNLEY:  Okay.  We're going

22          to take maybe five minutes to make sure

23          we're done here.  And then, Brian, we

24          can turn it over to you.  We can go off

25          the record right now.

1      BRADLEY DEAN GRIFFIN

2        THE VIDEOGRAPHER:  The time is

3   3:50 p.m.  We're off the record.

4        (Recess from 3:50 p.m. to

5        3:57 p.m.)

6              THE VIDEOGRAPHER:  The time is

7              3:57 p.m.  We're on the record.

8   BY MS. MUNLEY:

9      Q.    Mr. Griffin, have you consulted any

10  documents during this deposition today?

11     A.    No.

12     Q.    Have you spoken to anybody about the

13  subject matter of this deposition during the

14  deposition today?

15     A.    I briefly talked to my lawyer.

16              MS. MUNLEY:  Okay.  All

17              right.  No more questions from me.

18              Mr. Jones, do you have any cross?

19              MR. JONES:  I don't have any

20              questions.

21              MS. MUNLEY:  Okay.  All

22              right.  Mr. Griffin, thank you so much

23              for your time.  And I just want to put

24              on the record that we are going to do

25              the standard stipulations.

1        BRADLEY DEAN GRIFFIN

2           MR. CAMPBELL:   No questions.

3    Dave Campbell.   Thanks.   Have a good

4    one.

5           THE VIDEOGRAPHER:   3:58 p.m.

6    We're off the record.

7           (The deposition of BRADLEY DEAN

8           GRIFFIN concluded at 3:58 p.m.)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                    BRADLEY DEAN GRIFFIN

2                    REPORTER'S CERTIFICATE

3              I, Greta H. Duckett, Certified Court

4    Reporter, Registered Professional Reporter, and

5    Certified Realtime Reporter, hereby certify that on

6    Thursday, June 11, 2020, I reported the deposition

7    of BRADLEY DEAN GRIFFIN, who was first duly sworn

8    or affirmed to speak the truth in the matter of the

9    foregoing cause, and that the pages herein contain

10   a true and accurate transcription of the

11   examination of said witness by counsel for the

12   parties set out herein.

13             I further certify that I am neither of kin

14   nor of counsel to any of the parties to said cause,

15   nor in any manner interested in the results

16   thereof.

17             This 17th day of June, 2020.

18

19             *Greta H. Duckett*

20   _____
     GRETA H. DUCKETT, RPR, CRR, CVR-S, RVR-M-S
21   ACCR-12, GCCR-2891, MCCR-1945, TNLCR-671
     Commissioner, State of Alabama at Large
22   CCR EXPIRATION:  9/30/20
     MY COMMISSION EXPIRES:  5/17/21
23

24

25

Page 213

1                      ERRATA SHEET

2    Case Name:

3    Deposition Date:

4    Deponent:

5    Pg.   No.  Now Reads      Should Read    Reason

6    ____  ____ _____    _____    _____

7    ____  ____ _____    _____    _____

8    ____  ____ _____    _____    _____

9    ____  ____ _____    _____    _____

10   ____  ____ _____    _____    _____

11   ____  ____ _____    _____    _____

12   ____  ____ _____    _____    _____

13   ____  ____ _____    _____    _____

14   ____  ____ _____    _____    _____

15   ____  ____ _____    _____    _____

16   ____  ____ _____    _____    _____

17   ____  ____ _____    _____    _____

18   ____  ____ _____    _____    _____

19   ____  ____ _____    _____    _____

20

21                                  _____

22                                  Signature of Deponent

     SUBSCRIBED AND SWORN BEFORE ME
23   THIS _____ DAY OF _____, 2020.

24   _____

25   (Notary Public)   MY COMMISSION EXPIRES:_____