WHO WE ARE · ABOUT · POSITION PAPERS · COUNTRY STUDIES · JOIN OUR MISSION · FAQS



ARTICLES | THE FREE MAGNOLIA | PHOTOS | MEDIA | NEWS | NATIONAL OUTREACH

## WHAT IS THE LEAGUE OF THE SOUTH

BACK TO HOMEPAGE

The League of the South is a Southern nationalist organization, headquartered in Killen, Alabama, whose ultimate goal is "a free and independent Southern republic." The League defines the Southern United States as the states that make up the Confederate States of America. While political independence ranks highly among our goals, we are also a religious and social movement, advocating a return to a more traditional, conservative Christian-oriented Southern culture.

Most organizations founder because they lack self definition and a definite goal. The ultimate goal of the League of the South is a free and independent Southern republic. To reach this goal, we intend to create the climate for a free South among our people by:  1) de-legitimating the American Empire at every opportunity; 2) by proving our willingness to be servant-leaders to the Southern people; and 3) by making The League of the South a strong, viable organization that will lead us to Southern independence.

The South's political ideals and principles are rooted in the Jeffersonian tradition as expressed in the Declaration of Independence. Namely, that our unalienable rights are a gift from God, not privileges that are granted or denied by any governmental authority; that a truly free people has the right and power to determine its own form of government; that governmental power should reside as close to the people as possible and that competing governmental bodies should have meaningful checks on one another's use of power. Another certainty is that the American Empire that now occupies the South believes in none of the aforementioned ideals and principles. To be truly free and self- governing, the South must throw off the yoke of imperial oppression.

While our overall strategy–short, medium, and long range–is determined by the President, the Board, and our State Chairmen, our tactical operational focus is on the local level. We intend to form active chapters in every county in every Southern State, and as many chapters as possible in non-Southern States. We also encourage individuals and families to personally secede from the corrupt and corrupting influence of post-Christian culture in America. We call this "abjuring the realm," and it's a real and dramatic first step all of us can take by simply withdrawing our support of and allegiance to a regime that has imperiled our future.

While we seek to use shame and contempt to delegitimatize the institutions controlled by the Empire, we must not stop there. We must create our own parallel institutions to which our people can attach their loyalties. A good example of this is the move out of the "public" schools and into home-schooling or the establishment of our own private academies. In addition, the League sponsors weekend Hedge Schools and weeklong summer institutes to educate our people.

At present, the League is simultaneously concerned with resurrecting our cultural base as well as entering the political arena. Once our Southern culture is re-established, the political issues will obviously begin to take care of themselves. Good leaders flow naturally out of a healthy culture; however, power-hungry, self-seeking politicians are all we can expect from the debased cultural climate we have today.

The League of the South seeks leaders who have the hearts of servants. The Bible tells us clearly that no man can lead until he is willing to serve his fellowmen. When you join our organization, we expect you to begin immediately serving our cause and our people. We will show you how.

We strongly advise our new and continuing members to contact their State or local officers, offer your talents, and make plans to attend your local and State chapter meetings. There you will be shown how to put the League's strategy into effect by means of our tactical operational plan. You also will meet our leaders, get to know other members, and become part of a real community dedicated to a noble cause.

Living under the yoke of the Yankee empire has already damaged our Southern culture. Will we be able to leave any of it to our children and grandchildren? Not if the Yankee empire has its way.

We envision the States peacefully and lawfully exercising their Right of self-determination and withdrawing from the present union dominated by an aggressive, centralised federal government. The South as its own nation is more than powerful, populous, and prosperous enough to assume its place among the nations of the earth today.

A politically independent sovereign state is not required for "nationhood." Scots form a "nation" although they do not have their own state. The South remains very much a nation even though it has not been an independent sovereign "nationstate" since 1865. Even then the Confederate States of America were not a unitary state but a confederation of independent sovereign States.

### SEARCH

search here | Search

### FEATURED

Understanding the events of today in a historical perspective:

The New Red Terror, Part I

The New Red Terror, Part II

### RECENT COMMENTS

Michael Greek on The Cultural Vanguard Strategy

Michael Greek on A statement to concerned Southerners

OrthodoxConfederate on Southern Baptists condemn Alt-Right and nationalism

OrthodoxConfederate on A Band of Brothers

mtnforge on Max Boot's "Brotherhood of Man"

### UNIFORMS

League of the South uniform items and other accessories for all members may now be purchased at Southern Nationalist Shirts & Patches.

### ARCHIVES

Select Month

### CATEGORIES

Activism
Commentary
Image/Video
News
Uncategorized

### META

Log in
Entries feed
Comments feed
WordPress.org

For the South, cultural as well as political secession is the only practical, the only realistic, and the only moral choice.

#### WRITE A COMMENT

Only registered users can comment.

### IMMIGRATION HURTS SOUTHERN WORKERS



### LEAGUE OF THE SOUTH CONTACT INFORMATION

League of the South
Post Office Box 760
Killen, Alabama 35645

(800) 888-3163
(256) 757-6789
Email: jmichhill@cs.com

### GEORGIA LS #SECEDE ACTIVISM



© 2014 Copyright **League of the South**. All Rights reserved. Theme by Orane-Themes.com.