WHO WE ARE     ABOUT ▾     POSITION PAPERS ▾     COUNTRY STUDIES ▾     JOIN OUR MISSION     FAQS

# LEAGUE OF THE SOUTH
### Survival, Well-Being, and Independence of the Southern People

ARTICLES | THE FREE MAGNOLIA | PHOTOS | MEDIA | NEWS | NATIONAL OUTREACH ▾



## Welcome to The League of the South

*"We seek to advance the cultural, social, economic, and political well-being and independence of the Southern people, by all honorable means."*

The League of the South is a Southern nationalist organization, headquartered in Killen, Alabama, whose ultimate goal is "a free and independent Southern republic." The League defines the Southern United States as the states that make up the Confederate States of America. While political independence ranks highly among our goals, we are also a religious and social movement, advocating a return to a more traditional, conservative Christian-oriented Southern culture.

A politically independent sovereign state is not required for "nationhood." Scots form a "nation" although they do not have their own state. The South remains very much a nation even though it has not been an independent sovereign "nationstate" since 1865. Even then the Confederate States of America were not a unitary state but a confederation of independent sovereign States.

The League of the South is the largest, most organized, and foremost advocate for the Southron people in a day and age that is growing increasingly hostile to our very existence. Our culture is being sacked by an unholy crusade of leftist agitators and foreign religions and our very physical survival depends on us organizing and effectively defending ourselves from this enemy who seeks to eliminate us from the planet earth. If we fail to do this then not only will there be no more Southern flags and monuments, but soon there will be no more Southern people. We will all have been erased and our birthrights and those we intend to hand down to our children will have been given to foreigners and strangers who have no love for our way of life. We are being purposefully replaced by people who hate the Bible, they hate our ancestors, they hate our families, and they hate us with such a passion they would stop at nothing to see our culture and bloodline eradicated forever. This is why it is absolutely imperative that we rally what is left of our people, our resources, and every last vestige of Western Civilization in Dixie; to stand together and secure a future in which OUR culture can survive, dominate and thrive.

For the South, cultural as well as political secession is the only practical, the only realistic, and the only moral choice.

Deo Vindice (With God as Our Protector)!

---

### SEARCH

[search here]   Search

### FEATURED

Understanding the events of today in a historical perspective:

The New Red Terror, Part I

The New Red Terror, Part II

### RECENT COMMENTS

Michael Greek on The Cultural Vanguard Strategy

Michael Greek on A statement to concerned Southerners

OrthodoxConfederate on Southern Baptists condemn Alt-Right and nationalism

OrthodoxConfederate on A Band of Brothers

mtnforge on Max Boot's "Brotherhood of Man"

### UNIFORMS

League of the South uniform items and other accessories for all members may now be purchased at Southern Nationalist Shirts & Patches.

### ARCHIVES

Select Month

### CATEGORIES

Activism
Commentary
Image/Video
News
Uncategorized

### META

Log in
Entries feed
Comments feed
WordPress.org

### IMMIGRATION HURTS SOUTHERN WORKERS

### LEAGUE OF THE SOUTH CONTACT INFORMATION

League of the South
Post Office Box 760
Killen, Alabama 35645

(800) 888-3163
(256) 757-6789
Email: jmichhill@cs.com

### GEORGIA LS #SECEDE ACTIVISM



© 2014 Copyright **League of the South**. All Rights reserved. Theme by Orane-Themes.com.