WHO WE ARE   ABOUT ▾   POSITION PAPERS ▾   COUNTRY STUDIES ▾   JOIN OUR MISSION   FAQS

# LEAGUE OF THE SOUTH
Survival, Well-Being, and Independence of the Southern People

ARTICLES | THE FREE MAGNOLIA | PHOTOS | MEDIA | NEWS | NATIONAL OUTREACH ▾

# A statement on New Orleans and Lee Circle

by Michael Hill ,   May 9, 2017



Our League of the South volunteers stood like the Southern warriors they are in New Orleans in defense of our people and a monument to one of our heroes, General Robert E. Lee. Outnumber by at least 25 to 1 and unarmed by NOPD edict, our Southern Defense Force (SDF), augmented by a few hardy souls who joined us, was THE opposition to the horde of degenerates (see photo at right)–the army of Satan himself–that marched to Lee Circle to oppose our sublime civilization.

My thanks go out to all these gentlemen of the South who acquitted themselves like men. I am especially grateful to our N2 Security/Intelligence Chief Tiny Malone and CoS and tactical commander of this operation Michael Tubbs.

I could not ask for braver and more honorable compatriots. Gentlemen of the SDF, it was my pleasure to stand with you against our foe! We were first to arrive and last to leave! Hail to you and hail victory! May God save the South!

Michael Hill

**Share this:**

Share

---

 CATEGORIES:  NEWS            TAGS:   ANTIFA,   LEAGUE OF THE SOUTH,   LEE CIRCLE,   NOLA

## ABOUT AUTHOR

### Michael Hill

Dr Michael Hill is President of the League of the South. He is a retired university professor of history and author of two books on Celtic warfare.

## RELATED ARTICLES

Can defendants get fair trial in Sines v. Kessler?

The League in Knoxville but no Antifa

An official statement from The League of the South

---

### SEARCH

search here       Search

### FEATURED

Understanding the events of today in a historical perspective:

The New Red Terror, Part I

The New Red Terror, Part II

### RECENT COMMENTS

Michael Greek on The Cultural Vanguard Strategy

Michael Greek on A statement to concerned Southerners

OrthodoxConfederate on Southern Baptists condemn Alt-Right and nationalism

OrthodoxConfederate on A Band of Brothers

mtnforge on Max Boot's "Brotherhood of Man"

### UNIFORMS

League of the South uniform items and other accessories for all members may now be purchased at Southern Nationalist Shirts & Patches.

### ARCHIVES

Select Month

### CATEGORIES

Activism
Commentary
Image/Video
News
Uncategorized

### META

Log in
Entries feed
Comments feed
WordPress.org

### IMMIGRATION HURTS SOUTHERN WORKERS



### LEAGUE OF THE SOUTH CONTACT INFORMATION

League of the South
Post Office Box 760
Killen, Alabama 35645

(800) 888-3163
(256) 757-6789
Email: jmichhill@cs.com

### GEORGIA LS #SECEDE ACTIVISM

© 2014 Copyright League of the South. All Rights reserved. Theme by Orane-Themes.com.