WHO WE ARE    ABOUT ▾    POSITION PAPERS ▾    COUNTRY STUDIES ▾    JOIN OUR MISSION    FAQS

# LEAGUE OF THE SOUTH
### Survival, Well-Being, and Independence of the Southern People

ARTICLES | THE FREE MAGNOLIA | PHOTOS | MEDIA | NEWS | NATIONAL OUTREACH ▾

## League of the South in Pikeville, Kentucky

by Michael Hill ,   April 30, 2017



This group at right, plus a few other LS members and a few volunteers from the local Pikeville area–about 30 in all–stood down some 200 Antifa at a distance of a mere ten yards for nearly two hours. We were the advance guard whose job was to hold the line until the main force arrived. Our operation was led by Kentucky LS Chairman Spencer Borum and Kentucky Southern Defense Force (SDF) Commander Ike Baker.

All the while, the cowardly Antifa had every chance to cross the barricades with a huge numerical advantage and actually do to us what they stood there threatening to do–destroy us. There was no way the cops could have prevented a sizable number of them from reaching us and closing quarters.

But the Antifa–unmasked and un-hoodied–stood there, casting at us nothing more than juvenile curses and vulgar gestures. What cowards!

I am proud of our group of indomitable LS members who stood alone on the front lines in Pikeville until reinforcements arrived.  We were first to arrive and last to leave. Hail to you and hail victory! With the blessing of the Lord of hosts, we shall prevail over these godless destroyers of civilization.

Michael Hill

**Share this:**

Share

---

CATEGORIES:   ACTIVISM          TAGS:   ANTIFA, KENTUCKY, LEAGUE OF THE SOUTH, PIKEVILLE, SOUTHERN DEFENSE FORCE

### ABOUT AUTHOR

**Michael Hill**

Dr Michael Hill is President of the League of the South. He is a retired university professor of history and author of two books on Celtic warfare.

### RELATED ARTICLES

A call for Southern unity | An observation on the day after the elections | League of the South hurricane relief effort

---

## SEARCH

[search here]    Search

## FEATURED

Understanding the events of today in a historical perspective:

The New Red Terror, Part I

The New Red Terror, Part II

## RECENT COMMENTS

Michael Greek on The Cultural Vanguard Strategy

Michael Greek on A statement to concerned Southerners

OrthodoxConfederate on Southern Baptists condemn Alt-Right and nationalism

OrthodoxConfederate on A Band of Brothers

mtnforge on Max Boot's "Brotherhood of Man"

## UNIFORMS

League of the South uniform items and other accessories for all members may now be purchased at Southern Nationalist Shirts & Patches.

## ARCHIVES

Select Month

## CATEGORIES

Activism
Commentary
Image/Video
News
Uncategorized

## META

Log in
Entries feed
Comments feed
WordPress.org

### IMMIGRATION HURTS SOUTHERN WORKERS



### LEAGUE OF THE SOUTH CONTACT INFORMATION

League of the South
Post Office Box 760
Killen, Alabama 35645

(800) 888-3163
(256) 757-6789
Email: jmichhill@cs.com

### GEORGIA LS #SECEDE ACTIVISM



© 2014 Copyright **League of the South**. All Rights reserved. Theme by Orane-Themes.com.