WHO WE ARE   ABOUT   POSITION PAPERS   COUNTRY STUDIES   JOIN OUR MISSION   FAQS

# LEAGUE OF THE SOUTH
## Survival, Well-Being, and Independence of the Southern People

ARTICLES | THE FREE MAGNOLIA | PHOTOS | MEDIA | NEWS | NATIONAL OUTREACH

# A few notes on an American race war

by Michael Hill , May 6, 2015



As American civilization continues its decline, I hear more and more threats from various negro individuals and organizations, most especially the New Black Panther Party, of a "race war."

Let me say directly right up front: We Southern nationalists do not want a race war (or any sort of war). But if one is forced on us, we'll participate.

A race war in America would be a bad idea for negroes. First of all, they would lose it . . . and lose it badly. They make up only 13% of the US population. Not only would they be facing bad odds against whites (even excluding many anti-white whites, who would become ipso facto "race traitors" at the outset of hostilities), but they likely would be opposed by a large percentage of Hispanics/Latinos. So numbers would be a big negro negative.

Secondly, we have the character/discipline factor. Negroes are more impulsive than whites. This has its advantages in certain types of combat but more often than not it is a disadvantage in modern warfare. A race war in 2015 would be won, even between forces of roughly equal size, by the side that had the best logistics and could grind the longest. Tenacity and organization are not the negroes strong suits. If the war could be won by ferocity alone, he might have a chance. But like the adrenaline rush that sparks it, ferocity is short lived. And it can be countered by cool discipline, an historic white trait ,and all that stems from it.

Thirdly, many whites of both sexes train diligently with weapons of usually much higher quality than those possessed by negroes. Moreover, whites, both rural and suburban, have regular access to shooting ranges or other suitable venues in which to train with both handguns and military-style battle rifles. And it has become increasingly popular among whites over the past decade to take professionally-taught courses on subjects ranging from fundamental firearms safety and use to advanced small group tactics. All of this takes money, and whites are willing to spend it on these things.

And if we're talking about the South, you can increase all the above factors by several degrees. Southern whites are geared up and armed to the teeth.

A race war in 2015 would likely start as a result of a Ferguson/Baltimore scenario that gets quickly out of hand and spreads to urban hotspots all across the US. It would probably occur in the spring or summer. ABC, NBC, CBS, CNN, MSNBC, and other largely Jewish-Progressive owned media would doubtless fan the flames, justifying black behavior while conversely condemning white reaction as "racist." Thus, in the early stages of the conflict, negroes would have the upper hand. Much damage and loss of life would probably occur, as non-black businesses and individuals became targets of black rage. America's inner cites would be destroyed.

Things would begin to get interesting once the widespread terror spread out to the suburbs. The most likely flashpoints would be white owned suburban businesses or neighborhoods where armed men and women stood ready to defend themselves. At this point, white discipline, resources, and firepower would start to become a factor; however, would American suburbanites, after decades of PC brainwashing, have the will to fight back in sufficient numbers to quell the black tide?

Once news spread of combat in the suburbs, it is likely that large numbers of rural and small-town whites would begin marshaling for the fight. Once these whites, most of whom will be above-average marksmen (many no doubt with military experience) and well equipped to boot, enter the fray, the balance will be turned hard against the negro bands. The blood letting will begin in earnest and the negroes will not fare well.

If there is a government response, it will be in favor of the negro assailants, especially after rural white "rednecks" join the party. This is where the overall situation could get very interesting, depending on how quickly law

---

**SEARCH**

Search

**FEATURED**

Understanding the events of today in a historical perspective:

The New Red Terror, Part I

The New Red Terror, Part II

**RECENT COMMENTS**

Michael Greek on The Cultural Vanguard Strategy

Michael Greek on A statement to concerned Southerners

OrthodoxConfederate on Southern Baptists condemn Alt-Right and nationalism

OrthodoxConfederate on A Band of Brothers

mtnforge on Max Boot's "Brotherhood of Man"

**UNIFORMS**

League of the South uniform items and other accessories for all members may now be purchased at Southern Nationalist Shirts & Patches.

**ARCHIVES**

Select Month

**CATEGORIES**

Activism
Commentary
Image/Video
News
Uncategorized

**META**

Log in
Entries feed
Comments feed
WordPress.org

enforcement and military units can be brought to the far-flung battlefields and how much carnage has already been inflicted by both sides.

However things worked out, it would be an event that shook America to its very core. The destruction of property alone would likely bankrupt governments at various levels. But more importantly, American negroes, and those Jew/Gentile Progressives who supported their lawless behavior for decades, would have used up whatever "civil rights" capital they may have accumulated with average white Americans (and perhaps many Asians and Hispanics). White guilt and all that flows from it would be dead.

So if negroes think a "race war" in modern America would be to their advantage, they had better prepare themselves for a very rude awakening. White people may be patient, but our patience does have a limit. You do not want to test that limit.

Again, we Southern nationalists want to live in peace with all men, as far as that is possible.

Michael Hill

**Share this:**

Share

---

 CATEGORIES:   COMMENTARY                                      TAGS:   #SECEDE, AMERICA, LEAGUE OF THE SOUTH, NEW BLACK PANTHER PARTY, RACE WAR, SOUTH

**ABOUT AUTHOR**

### Michael Hill

Dr Michael Hill is President of the League of the South. He is a retired university professor of history and author of two books on Celtic warfare.

**RELATED ARTICLES**

**Invasion**                    **Things are not as they appear . . .**                    **Some hard questions . . .**

**IMMIGRATION HURTS SOUTHERN WORKERS**



**LEAGUE OF THE SOUTH CONTACT INFORMATION**

League of the South
Post Office Box 760
Killen, Alabama 35645

(800) 888-3163
(256) 757-6789
Email: jmichhill@cs.com

**GEORGIA LS #SECEDE ACTIVISM**



© 2014 Copyright **League of the South**. All Rights reserved. Theme by Orane-Themes.com.