WHO WE ARE    ABOUT ▾    POSITION PAPERS ▾    COUNTRY STUDIES ▾    JOIN OUR MISSION    FAQS

# LEAGUE OF THE SOUTH
### Survival, Well-Being, and Independence of the Southern People

ARTICLES | THE FREE MAGNOLIA | PHOTOS | MEDIA | NEWS | NATIONAL OUTREACH ▾

## Jihad in Tennessee

👤 by Michael Hill , 🕐 July 16, 2015

In October 2013, The League of the South held public demonstrations in Murfreesboro and Shelbyville, Tennessee, to warn the good people of that state about the dangers of Islamic jihad in their very midst. Looks like our "racist" concerns have been realized with the murder of four US Marines today in Chattanooga, allegedly by one Muhammad Youssef Abdulazeez (24), a "naturalized citizen" from the Middle East (perhaps Kuwait). News coverage states that Abdulazeez is "from" nearby Hixson, Tennessee.



Someday folks are going to start listening to us.

Michael Hill

▶ League of the South Demo. Murfreesboro…

**Share this:**

🔗 Share

🏷 CATEGORIES:  COMMENTARY

🏷 TAGS:   CHATTANOOGA, JIHAD, LEAGUE OF THE SOUTH, MURDER OF US MARINES, MURFREESBORO, SHELBYVILLE, TENNESSEE

### ABOUT AUTHOR

### Michael Hill

Dr Michael Hill is President of the League of the South. He is a retired university professor of history and author of two books on Celtic warfare.

### RELATED ARTICLES

---

SEARCH

[ search here ]   Search

FEATURED

Understanding the events of today in a historical perspective:

The New Red Terror, Part I

The New Red Terror, Part II

RECENT COMMENTS

Michael Greek on **The Cultural Vanguard Strategy**

Michael Greek on **A statement to concerned Southerners**

OrthodoxConfederate on **Southern Baptists condemn Alt-Right and nationalism**

OrthodoxConfederate on **A Band of Brothers**

mtnforge on **Max Boot's "Brotherhood of Man"**

UNIFORMS

League of the South uniform items and other accessories for all members may now be purchased at **Southern Nationalist Shirts & Patches**.

ARCHIVES

[ Select Month ]

CATEGORIES

**Activism**

**Commentary**

**Image/Video**

**News**

**Uncategorized**

META

**Log in**

**Entries feed**

**Comments feed**

**WordPress.org**

**Charlottesville**                 **Our survival as a people**              **Secession . . . now!**

### IMMIGRATION HURTS SOUTHERN WORKERS

LS Immigration Protests i...



### LEAGUE OF THE SOUTH CONTACT INFORMATION

League of the South
Post Office Box 760
Killen, Alabama 35645

(800) 888-3163
(256) 757-6789
Email: jmichhill@cs.com

### GEORGIA LS #SECEDE ACTIVISM

Secede: Gainesville, Georg...

© 2014 Copyright League of the South. All Rights reserved. Theme by Orane-Themes.com.