# NCRIC | Northern California Regional Intelligence Center
### Fusing Information, Talent And Training For A Safer Society.

**Advisory Bulletin**

(U) SCOPE: NCRIC bulletins provide real-time updates on incidents and situations of urgent interest to NCRIC partners including officer safety alerts, BOL requests, threat warnings and ongoing incidents. NCRIC bulletins may include raw reporting that has not been fully evaluated in order to provide timely situational awareness.

**07 November 2017**

## (U//FOUO) **UPDATE** Violent Tactics Showcased at Berkeley Riots Likely to be Used at Future Demonstrations

**(U//FOUO) This product updates the 21 August 2017 NCRIC Advisory Bulletin "(U//FOUO) Violent Tactics Showcased at Berkeley Riots Likely to be Used at Future Demonstrations." These updates include:**

- **(U) New Tactics:** "Caching Weapons," "Swarming," "Distributed Denial of Service (DDoS) Attacks," and "Unmanned Arial Vehicles (UAVs)"

- **(U) Tactic Revisions:** "Element of Surprise," "Makeshift and Improvised Weapons," and "Communication"

- **(U)** Outlook

(U//FOUO) Violent anti-fascist tactics showcased at events in Berkeley on 1 February, 4 March, and 15 April 2017 highlight their ability to exploit peaceful protests with coordinated violent demonstrations, attack law enforcement personnel, destroy property, and conduct information campaigns to advance their socio-political goals. This Advisory Bulletin is intended to inform law enforcement involved in operational planning and event safety at gatherings that violent anti-fascist elements may target.

**(U) Identified Tactics**

**(U//FOUO) We assess that violent Anti-fascists (Antifa), including anarchist extremists, are likely to coordinate and drill tactics for use at organized events in the San Francisco Bay Area.** Recently observed tactics suggest that some violent anti-fascists may have had access to limited military style training or knowledge, possibly from publicly accessible guerrilla warfare manuals, books, and online media content. Tactics witnessed at riots in Berkeley in 2017 include: [1,2,3,4]

- **(U//FOUO) "Black Blocs":**[5,6,7] Violent anti-fascists have participated in "Black Blocs" where participants dress uniformly in black clothing including black ski masks and black scarves. They carry accessories such as backpacks to conceal weapons, carry new clothing, and first aid supplies along with other provisions. Uniformity aids in the concealment of participants' identities to evade arrest.

- **(U//FOUO) Improvised Incendiary Devices, Fireworks, and Other Explosives:**[8,9,10] Violent anti-fascists have been observed employing both commercial and homemade pyrotechnics including suspected M-80's, roman candles, improvised incendiary devices, and smoke bombs.

HANDLING NOTICE: This information is the property of the NCRIC and may be distributed to state, tribal and local government law enforcement officials on a need-to-know basis. This document contains sensitive information FOR OFFICIAL USE ONLY that cannot be released to the public, the media, or other personnel who do not have a valid "need-to-know" without prior NCRIC approval. **Further distribution without NCRIC authorization is prohibited.**


(U) UNCLASSIFIED


(U) UNCLASSIFIED


(U) UNCLASSIFIED

- **(U//FOUO) Makeshift and Improvised Weapons:**[11,12,13,14] Violent anti-fascists have been observed using improvised weapons including, but not limited to pipes, bricks, hammers, bike locks, rocks, wooden dowels, bear spray, pepper spray, boards, dumpsters, soda cans, urine and paint filled water balloons, road and police barricades and bike racks.


(U) UNCLASSIFIED


(U) UNCLASSIFIED


(U) UNCLASSIFIED

- **(U//FOUO) Swarming:**[15,16] Large groups of violent anti-fascists have been observed engaging in collective attacks with high coordination, and with seemingly limited leadership or communication. Swarming results when individuals and groups overwhelm their targets by attacking en masse.

- **(U//FOUO) Caching Weapons:**[17,18] At the 4 March and 15 April Berkeley rallies, authorities identified and seized weapons cached by violent anti-fascists near their targeted venues. Cache locations included construction sites, new stands, and other opportunistic sites.

- **(U//FOUO) Area Denial:**[19] Violent anti-fascists have been observed gathering local materials to construct traffic obstacles such as roadblocks. They have constructed roadblocks from road-improvement site materials, dumpsters, trash cans, cinder blocks and other non-secure materials including garbage. Violent anti-fascists infrequently ignite these materials to divert first responder resources.[20] Roadblocks deny access points to first-responders by preventing traffic movement and tying up resources.


(U) UNCLASSIFIED

- **(U//FOUO) Human Shields:**[21,22] Violent anti-fascists have been observed integrating into crowds of peaceful actors limiting law enforcement response options.

- **(U//FOUO) Element of Surprise:**[23] Violent anti-fascists have avoided early detection at multiple events by assembling at off-site locations before collectively moving to a given venue, creating an element of surprise over responding authorities. However, on 27 August, violent anti-fascists were observed "masking up" while en route to an event.

- **(U//FOUO) Reconnaissance & Surveillance:**[24] Violent Anti-fascists have displayed evidence of pre-operational reconnaissance. Intelligence gleaned from surveillance provides criminal elements key knowledge about event security gaps and infiltration opportunities.

- **(U//FOUO) Communication and Anonymization:**[25,26,27] Violent anti-fascists have been observed implementing multiple, overlapping, communication platforms including handheld radios, megaphones, encrypted phone apps such as Signal, rally markers (flags and 'peace dove'), and command and response words allowing them to continuously coordinate their actions if one method is compromised or fails.

- **(U) Distributed Denial of Service (DDoS) Attacks**:[28,29,30] Anarchist-affiliated malicious cyber actors have previously launched distributed denial of service (DDoS) attacks against law enforcement institutions, and are suspected to have carried out unattributed DDoS attacks against law enforcement agencies coinciding with anti-fascist and anti-capitalist demonstrations. These attacks can shut down websites or otherwise slow access to computer systems.

- **(U//FOUO) Graffiti:**[31,32,33] Officers have reported seeing spray-painted messages on walls and other areas at violent events informing other participants to use particular communication platforms i.e. "Use Signal" as well as Signal room I.D.s. Authorities have also observed improvised devices designed to vandalize large areas with graffiti.

 

| (U//FOUO) UNCLASSIFIED//FOR OFFICIAL USE ONLY | (UNCLASSIFIED) |
|---|---|

- **(U//FOUO) Unmanned Aerial Vehicles (UAVs)**: On 27 August, Youtube user, Horus Eye, *claiming a non-affiliated status* operated a camera mounted UAV recording much of one day's events with a focus on anti-fascist organizers while frequently identifying officer locations, numbers, and formations.[34, 35] UAVs have been used to record other similar events.[36]

**(U) Outlook**

**(U//FOUO) Law enforcement is likely to encounter similar violent tactics where peaceful protests are co-opted by violent anti-fascists in the future.** Law enforcement may also face new or evolving techniques from violent anti-fascists and anarchist extremists, who have multiple online and offline resources available to draw upon. Violent anti-fascists may attempt to develop new tactics targeting law enforcement that could provoke responding officers into using

perceived excessive force against populations consisting of both violent and non-violent attendees.[37]  If police are perceived to respond with excessive force against peaceful protestors, it could embolden violent anti-fascist calls to increase violence against law enforcement.

**(U//FOUO) Increased law enforcement and temporary city ordinances on 14 September and from 24 – 27 September were likely responsible for decreased violent activity.** Although multiple law enforcement agencies believed that events on 14 September, and from 24 – 27 September were very likely to be co-opted by violent anti-fascists, both events occurred with minimal to no violence. The city of Berkeley authorized emergency ordinances restricting the wearing of masks and face coverings, allowed for "no-warning" arrests, and banned specific items that could be used as weapons from being carried within several blocks of the organized events. Additionally, the city of Berkeley enlisted mutual-aid officers from adjacent counties to help enforce the ordinance. Strict enforcement greatly increased the likelihood of arrests amongst violent individuals, likely decreasing their desire to engage in criminal activity.

**(U) Tracked by: HSEC 8.1, 8.8**

(U//FOUO) On 16 November 2017, this product was distributed to the Joint Regional Intelligence Center with permission to disseminate to cleared partners at the FOUO level.

UNCLASSIFIED//FOR OFFICIAL USE ONLY

**(U) Sources**

[1] (U) Clark, J., THREE- WAY FIGHT: REVOLUTIONARY ANTI-FASCISM AND ARMED SELF-DEFENSE, accessed 9 August 2017, https://docs.wixstatic.com/ugd/c1543a_b08ebbb3dd6e426eb8f9d356e11acb23.pdf, archive: https://archive.is/EgoBr

[2] (U) PIECE NOW PEACE LATER: an anarchist introduction to firearms, accessed 9 August 2017, https://tucsonabc.files.wordpress.com/2013/10/piece-now-peace-later.pdf

[3] (U) Marighella, Carlos.  Mini-Manual Of The Urban Guerrilla. 1969. Abraham Guillen Press & Arm The Spirit 2002, https://ia600608.us.archive.org/17/items/Mini-manualOfTheUrbanGuerrilla/Mini-manualOfTheUrbanGuerrilla.pdf

[4] (U) Resources, Redneck Revolt: PUTTING THE RED BACK IN REDNECK, https://www.redneckrevolt.org/printable-resources

[5] (U) "Graphic video of Black Bloc sabatoge[SIC] of peaceful protest at UC Berkeley," Youtube, uploaded by John Mongani, 5 February 2017, https://www.youtube.com/watch?v=xtWnMOWDtdU

[6] (U) "Antifa crash Free Speech Rally in Berkeley," Youtube, uploaded by This Informed, 15 April 2017, https://www.youtube.com/watch?v=suiPHGYRJv0

[7] (U) "#march4trump in Berkeley," Youtube, uploaded by Jacob Rex, 4 March 2017, https://www.youtube.com/watch?v=wImwv3pa7AE

[8] (U) "Police Get Into Shootout with Antifa Protestors at UC Berkeley Milo Yiannopoulos Event 2/1/2017," Youtube, uploaded by SUPERNOVA, 1 February 2017, https://www.youtube.com/watch?v=pbKr2tYJvis, (See 01:09 Roman Candle, 01:41 Commercial Firework)

[9] (U) "Coverage And Footage Of Milo – UC Berkeley Riots," Youtube, uploaded by The Common Sense Conservative, 1 February 2017, 10:58. https://www.youtube.com/watch?v=cR8b6SlXHzo, (See 00:17 Improvised Incendiary Device, 00:53 Roman Candle, 01:24 Suspected M-80, 08:49 Improvised Incendiary Device, )

[10] (U) "Battle at Berkeley 111 epic final charge," Youtube, uploaded by Last Revolution Media, 19 April 2017, https://www.youtube.com/watch?v=lPnHh2KKLk0  (See 0:50 Smoke Grenade)

[11] (U) Madyun, Haaziq, "VIDEO: Berkeley city spokesman shows weapons siezed at March 4 Trump event," KRON 4, March 6, 2017, http://kron4.com/2017/03/06/video-berkeley-city-spokesman-shows-weapons-seized-at-march-4-trump-event/ (See 00:10 "Metal pipes, axe handle, 2x4" and other improvised weapons including wooden dowels)

[12] (U) @berkeleypolice. "Officers arrested 20 people and confiscated numerous weapons at #berkeleyprotests. Investigations continue." Twitter, 15 April 2017, 7:46 PM, IMAGE,  https://twitter.com/berkeleypolice/status/853439550982463488

[13] (U) "Raw footage from protest of Milo Yiannopoulos' event at UC Berkeley," Youtube, uploaded by thedailycal, 2 February 2017, https://www.youtube.com/watch?v=vS_RKwCYcl8, (See 00:39 Hammer)

[14] (U) "KPIX NEWS Bay Area Professor Eric Clanton Arrested for U-Lock Attack," Youtube, uploaded by SHUTTERSHOT45, 30 May 2017, https://www.youtube.com/watch?v=ug34vogS3Fw, (See 00:39 U-Lock attack)

[15] (U) Definition, "Swarming," (Verb), from the root "Swarm:" To move together in a large number. Merriam-Webster English Dictionary, accessed 5 October 2017,   https://www.merriam-webster.com/dictionary/swarm

[16] (U) "Mob Violence in Berkeley August 27 2017," Youtube, uploaded by The Planetary Archives (BlackHorseMedia), 28 August 2017, https://www.youtube.com/watch?v=lCvBlaq7QR4

[17] (U//FOUO) Berkeley Police Department, post –event debrief regarding the "March4Trump," 4 March 2017, (U//FOUO) a weapons cache was discovered within a few blocks of a scheduled event containing improvised weapons and materials with anti-fascist symbols and messaging.

[18] (U//FOUO) Berkeley Police Department, post –event debrief regarding the "Free Speech Rally," 15 April 2017, (U//FOUO) a weapons cache was discovered within a few blocks of a scheduled event containing improvised weapons and materials with anti-fascist symbols and messaging.

[19] (U) @GillianNBC. "Actually, one more tweet that didn't send. Starbucks, several banks got it rough tonight." Twitter, 1 February 2017, 9:30 PM, IMAGE (Roadblock), https://twitter.com/GillianNBC/status/827026496715763713

[20] (U) Duran, Doug, IMAGE: "A trash fire burns near UC Berkeley during a protest against Breitbart News editor Milo Yiannopoulos." February 2017, 2017. Berkeley, CA. Accessed August 9, 2017. http://www.mercurynews.com/2017/02/02/feb-3-readers-letters-free-speech-should-rule-at-berkeley/

UNCLASSIFIED//FOR OFFICIAL USE ONLY

[21] (U) "Vandals Mixed With UC Berkeley Students Protesting Yiannopoulos Talk," Youtube, uploaded by CBS SF Bay Area, 1 February 2017, https://www.youtube.com/watch?v=kTwYCsqtw3o, (See 02:34 – 02:50)

[22] (U) "BREAKING 2017 – BERKELEY TRUMP RIOTS EXPLODE 4/15/17," Youtube, uploaded by Mariam Najera, 19 April 2017, See (0:00 – 10:27), https://www.youtube.com/watch?v=M-rfjbjl4vc , https://archive.is/2XTqv

[23] (U) "Antifa crash Free Speech Rally in Berkeley," Youtube, uploaded by This Informed, 15 April 2017, https://www.youtube.com/watch?v=suiPHGYRJv0

[24] (U) "Coverage And Footage Of Milo – UC Berkeley Riots," Youtube, uploaded by The Common Sense Conservative, 1 February 2017. YouTube video, 10:58. Posted February 1, 2017. https://www.youtube.com/watch?v=cR8b6SlXHzo, (See 00:15 – 00:20)

[25] (U) "Coverage And Footage Of Milo – UC Berkeley Riots," Youtube, uploaded by The Common Sense Conservative, 1 February 2017, 10:58. https://www.youtube.com/watch?v=cR8b6SlXHzo (See 00:53 White dove as rally marker)

[26] (U) "Anti-Milo Protests at Berkeley Feb 2017," Youtube, uploaded by The Thinkery, 16 March 2017, https://www.youtube.com/watch?v=bmi0O9zcUXE, (See 21:07 Use of megaphone & command and response words, 23:17 megaphone, 23:50 megaphone, 24:40 megaphone commands)

[27] (U) Crimethinc. Ex-Workers Collective, "Burner Phones and Encryption: A User's Guide," Itsgoingdown.org, 27 March 2017, https://itsgoingdown.org/burner-phones-encryption-users-guide/

[28] (U) Barth, Bradley, "Anonymous-linked Ghost Squad haunts KKK with DDoS attack," SC Magazine, 25 April 2016, https://www.scmagazine.com/anonymous-linked-ghost-squad-haunts-kkk-with-ddos-attack/article/528528/

[29] (U//FOUO) Northern California Regional Intelligence Center, (U//FOUO) Suspicious Activity Report (SAR) SAR-20170267, 15 April 2017, Berkeley Police Department reports that the city of Berkeley suffered a distributed denial of service attack. Berkeley Police Department further reported that no personal information was compromised due to advanced security measures in place.

[30] (U) White, Charlie, "Anonymous Hackers Claim to Take Down Chicago Police Website," Mashable, 20 May 2017, http://mashable.com/2012/05/20/anonymous-hackers-police-website/#LBfMbFaRdGqJ

[31] (U) "Propaganda of the Deed," see Bolt, Neville. <u>Violent Image: Insurgent Propaganda and the New Revolutionaries</u>, p. xviii, C. Hurst & Co. London. 2012,

[32] (U) @charlottekosche. "Graffiti at BAMFA building #MiloatCal." Twitter, 1 February 2017, 9:18 PM, IMAGE, "Liberals get the bullet too." https://twitter.com/charlottekosche/status/827023348865445888

[33] (U)  http://www.dailymail.co.uk/news/article-4182824/Protesters-speech-Breitbart-editor-UC-Berkeley.html

[34] (U) "Berkeley, CA Rallies 27 Aug 2017," Youtube, uploaded by Horus Eye, 27 August 2017. YouTube video, 14:58, 28 August 2017, https://www.youtube.com/watch?v=ksLpOvH5ufs

[35] (U) http://hrweye.info/berkeley-ca-rallies-27-aug-2017#more-17

[36] (U) "Aerial Drone Footage of Berkeley Free Speech Rally 4-27-17," Youtube, uploaded by Very Fake News, 27 April 2017. YouTube video, 14:54. 30 April 2017, https://www.youtube.com/watch?v=ksABy9IV1zw&feature=youtu.be

[37] (U//FOUO) (U)Executive Threat Update, Homeland Security Office of Intelligence and Analysis, 20 July 2017, "(U//FOUO) Increase in Confrontations and Escalation in Rhetoric Between Anarchist Extremists and Ideological Opponents Could Pose Threat to Local and Federal Law Enforcement."