

July 23, 2017

City Council of Charlottesville, Virginia
<council@charlottesville.org>

**BOARD OF DIRECTORS**

**Kyle J. Bristow**
*Executive Director*

**Jason L. Van Dyke**
*Director of Legal Advocacy*

**Bryan A. Reo**
*Director of Public Research*

**William D. Johnson**
**Jason Robb**
**Brett A. Klimkowsky**
**Mike Enoch**
**James Edwards**
**Ryan Sorba**

Mayor Mike Signer
<msigner@charlottesville.org>

Vice-Mayor Wes Bellamy
<wbellamy@charlottesville.org>

Councilwoman Kristin Szakos
<k.szakos@embarqmail.com>

Councilwoman Kathy Galvin
<kgalvin@charlottesville.org>

Councilman Bob Fenwick
<bfenwick@charlottesville.org>

Police Chief Al S. Thomas, Jr.
<Chief@charlottesville.org>

Deputy Police Chief Gary M. Pleasants
<pleasntg@charlottesville.org>

<u>Sent via Electronic Mail Only</u>

       RE:    AUGUST 12, 2017, "UNITE THE RIGHT" RALLY
               DEPRIVATION OF CONSTITUTIONAL RIGHTS

Dear Charlottesville Government Leaders:

The Foundation for the Marketplace of Ideas, Inc., is a Michigan-based non-profit civil rights organization which exists "to educate the public about the freedoms guaranteed by the United States Constitution and people who and organizations which strive to usurp said freedoms." We write, because it has come to our attention that the government of Charlottesville is not acting in a manner to uphold the First Amendment of the Constitution of the United States.

Here is our understanding of the facts; please advise if we are mistaken: on August 12, 2017, between 12:00 p.m. and 5:00 p.m., hundreds of "Alt-

**P.O. Box 381164**
**Clinton Twp., MI 48038**
**(248) 838-9934**
**www.FreedomFront.org**