violence to interfere with the free speech rights of a historical revisionist at a public library is actionable).

When Auburn University interfered with the free speech rights of Alt-Right activists this past spring, a federal judge issued a temporary restraining order to require the university's police officers to protect the attendees of the event after a civil action was filed. Not long thereafter, the university settled out of court for the sum of $29,000.00. Reeves, Jay. "Auburn to pay $29k for trying to block controversial speaker Richard Spencer." Associated Press. 16 May 2017. It was the Foundation for the Marketplace of Ideas, Inc., which was instrumental in assisting with the procurement of this legal victory.

Alt-Right activists are willing, able, and eager to stand up for their rights in the courts of public opinion and law, and the Charlottesville government should see to it that the First Amendment is not whatsoever undermined on August 12.

It should be noted that pursuant to *Hudson v. Virginia*, 266 Va. 371, 380; 585 S.E.2d 583 (2003), the Supreme Court of Virginia opined that "The common law in Virginia permits a citizen to effectuate an arrest for breach of the peace occurring in his or her presence." If the Charlottesville Police Department stands down on August 12, it would not be farfetched to postulate that the Alt-Right rally participants will stand up for their rights by effectuating citizen's arrests or by engaging in acts of self-defense when attacked by leftist thugs.

If the Charlottesville Police Department does not maintain order, the fundamental right of free speech as guaranteed by the First Amendment will be infringed upon, and it is not unfathomable to think that many people can be injured therefor. It would be imprudent, reckless, unconstitutional, and actionable for the Charlottesville Police Department to not maintain order.

We trust that, now that this has been brought to your attention, the Charlottesville Police Department will not permit leftists to interfere with the planned rally and will in fact maintain order.

If you have any questions, please let us know; we would be happy to mail to you copies of the Constitution of the United States if you misplaced yours.

        Sincerely,

        **FOUNDATION FOR THE MARKETPLACE OF IDEAS, INC.**

        *Kyle J. Bristow*
        Kyle J. Bristow
        *Executive Director*

CONFIDENTIAL    City_00000342