The following information highlights public safety concerns surrounding the "Unite the Right" Free Speech Rally scheduled for Saturday, August 12, 2017 at 1200 hours at Emancipation Park in Charlottesville, Virginia.

This report provides information that best highlights the size and scope of the event. Information has been obtained through open social media sources and direct contact with various groups or individuals. The groups associated with this event have violently clashed at various venues this past year, i.e., Portland, Berkeley, Sacramento and Anaheim, California. Based on the predicted size, intelligence gathered and prior event outcomes, we can reasonably conclude that similar or greater violent clashes will occur on August 12th in Emancipation Park.

*<u>A conservative estimate for supporters of the Unite the Right Rally is an attendance of 1000 supporters, based on the following intelligence conducted by CPD criminal investigation bureau:</u>*

- Speaker Michael Peinovich (AKA Mike Enoch) planned speaker:
  Det. Frazier: Estimated 200 people, but stated he would not be surprised if the event drew 1,000 people.

- Brian Brathovd and Brian Overway security coordinators:
  Det. Jones: has 40 people for security, but is trying to get, at least, 60.

- Augustus Invictus planned speaker:
  Det. Jones: 150 security personnel from the Alt Knights and The American Guard.

- John Ramondetta (AKA Johnny Monoxide) planned speaker:
  Det. Frazier: Talk of a couple of hundred (200) people coming from Texas and another contingent from Florida. Another 40 people from the California Bay Area discussed coming to the event.

- Fraternal Order of Alt-Knights (FOAK) Trace Chiles (Chief Vetting Officer/Official spokesperson):
  Det. Hudson: 75-100 "Patriot Men" will be attending- expects 200 Fraternal Order of the Alt Knights (FOAK) members to attend, at a minimum 150. Stated the right group expects to have over 1000 people in attendance for support.
  FOAK is planning on carrying firearms and asked questions about concealed / open-carry of firearms and knives.
  Chiles also stated that we can expect to have 30 – 40 Proud Boys in uniform.

- American Guard- Trace Chiles of FOAK:
  Det. Hudson: The American Guard is attending this rally and will have 20-30 in attendance from Florida and Pennsylvania.

- Matthew Heimbach planned speaker and Matt Parrot (director of Traditionalist Worker Party:
  Det. Kirby: Both estimated 100 from their group would be attending.
- Brad Griffin (AKA Hunter Wallace) League of the South (LOS):
  Sgt. Newberry: 40-60 will be attending from LOS.
- Elliot Kline (Organizer Identity Evropa)
  Det. Stutzman: estimated 400-600 Alt-Right protestors.
- Richard Preston (Imperial Wizard, Confederate Knights of the Klan)
  Det. Oberholzer: estimated 500 from 3% risen.
- Bill Snuffer (Imperial Wizard, Rebel Brigade of Knights for the KKK):
  Det. Oberholzer: Four different groups of the KKK will be attending from Delaware, Florida and Va. Estimated 250-500
- Nationalist Socialist Movement (NSM)/Vanguard America
  Det. Kirby: 40-50 members of NSM to attend. *information provided by the Anti-Defamation League*

<u>*Intel gathered by CPD criminal investigation bureau on potential violence surrounding the Unite the Right Rally:*</u>

<u>*Credible Source*</u>:

- Group of anarchist extremist intends to bring cement-filled soda cans in an attempt to get them past security and use on law enforcement and the alt-right. *confirmed tactic used at UC Berkley*
- Alt-Right groups will be meeting on Friday August 11th from 8 - 9:30pm and then traveling to an unknown location for a "torch lighting". Anarchists are aware of the event but it is unknown how they are going to respond.

<u>Open Source:</u>

- Kyle Chapman: *"40" of my AltKnights will be attending as well as my second in command Augustus Invictus. My people are showing up to advocate American Nationalism and destroy our common enemy Anifa. Deus Vult!"*

- Unite The Right Free Speech Rally Facebook shared with Mountaineer Against Antifa (CJ Ross post):

  *"Here we go folks. This is official! We need your help. We will be facing off directly with Antifa, and Black Lives Matter. All able bodied men and women ready to fight!"*
  *"BC we're luring in BLM, SURJ and Antifa from Baltimore, Philly, and DC, We'll kill 5 birds with one stone."*
  *"BC we have reinforcements coming. They're bussing in people by the hundreds. That day we finish them all off"*

  A Leader of "Sons of Liberty III% SW VA" has made numerous posts on Facebook encouraging his followers to attend the UTR in Charlottesville <u>*"to defend our American History."*</u> He commented that he and his supporters <u>*"will be exercising our Second Amendment rights."*</u> He stated that they will be at the Lee Statue in Charlottesville at 0900 hours and <u>*"ANTIFA MUST BE DESTROYED!!!"*</u> (III% movement derived its name in the belief that only three percent of American colonialist fought the British during the Revolutionary War.)

- Black Lives Matter Charlottesville and Solidarity Cville- *"National Call to Action, On August 12, the alt-right plans to descend on our small town of Charlottesville, VA. Right now they claim to be bringing as many as 1,000 people to terrorize and intimidate anyone who disagrees with their ideology of white supremacy and toxic masculinity. We must outnumber them in order to #DefendCville. This is an all call to everyone across the nation who feels called to stand in solidarity with Charlottesville to shout loud and clear that we say absolutely #NoNewKKK. Bring your friends, bring your skills, bring your voices, we are deeply grateful for every offer of support."*

- DailyStormer.com (Krypto Report Video August 3, 2017) and the commander (Thomas) of Vanguard America reports members from all over the country attending the rally. It is described as, <u>*"Make or break time for both sides"*</u> and that it will be a <u>*"Waterloo Moment."*</u>
  *\*Waterloo: a decisive or final defeat or setback*

CONFIDENTIAL

City_00000448

- Congregate Charlottesville (July 31, 2017) issued a call for 1000 clergy and faith leaders to travel to Charlottesville August 11-13.  *"Together, we can confront the rising threat posed by these white supremacist groups in Charlottesville and across the country from information that these groups are presenting and sharing online we have concluded that there is an extremely high potential for physical violence and brutality directed at our community."*

- Traditionalist Worker Party- female members of various Alt-Right groups will be allowed to participate in the rally but only in role that would <u>"free up our fighting men."</u>

- Daily Stormer: *"BE READY FOR A FIGHT  (yes it slightly goes against point 1 but this is and event that has months for planning like Berkeley this can turn to a full alt-right vs leftist scum brawl again given the Key figures do nothing to stop it)"*
  *"Basically this should be like the Pikeville rally is all goes well and we can laugh as antifa gets arrested by police. But it should be noted that Based Stickman is going and as much as I like to watch him bash antifas heads in him and his group are pretty prone to starting shit. So for those going I would start planning now because the enemy is"*

- SURJ DC-DC Training to Resist the Alt-Right in Charlottesville- Public Hosted by SURJ Northern Virginia and Showing Up for Racial Justice.  *"On August 12, the alt-right will be picking up where the Klan left off with their own convening in Charlottesville. DC-area SURG chapters plan to mobilize folks and build support for the local counter demonstrators.*

- Antifa "It's Going Down":  *"The fascists must not have the streets.  We call on all anarchist, anti-fascists and anti-authoritarian groups in Appalachia and East South Central North America to converge at Lee Park on August 12th. at 9am EST, and carry on the <u>active resistant against white supremacy.  We intend to win.</u>*

- SURJ NORTHERN VA:  *"Supplies needed to <u>fight the right in Charlottesville!</u> SURJ Northern Va, SURJ DC, and SURJ Montgomery County are uniting to gather supplies for the response to the 8/12 "Unit the Right" rally in Charlottesville."*

CONFIDENTIAL

City_00000449

- National Socialist Movement- *"On Saturday August 12th, the National Socialist Movement will join Our Allies the Traditionalist Workers Party, League of the South and other Nationalist Front Members in Charlottesville, VA. This Rally is to <u>defend Free Speech and our Heritage at the Lee Monument.</u> This will take place at Lee Park, 201 2nd. Street NE #299 Charlottesville, VA 22902. This is a call to all NSM Members to be in Charlottesville and show support." NSM Commander Jeff Schoep will be at the event!*

- Antifa DC (Smash Racism DC)- *On August 12, the alt-right plans to descend on our small town of Charlottesville, VA. Right now they claim to be bringing as many as 1,000 people to terrorize and intimidate anyone who disagrees with their ideology of white supremacy and toxic masculinity. We must outnumber them in order to #DefendCville. This is an all call to everyone across the nation who feels called to stand in solidarity with Charlottesville to shout loud and clear that we say absolutely #NoNewKKK. Bring your friends, bring your skills, bring your voices, we are deeply grateful for every offer of support.*

CONFIDENTIAL

City_00000450