- ❖ Dr. Michael Hill
  Prepared by Sgt. Newberry
  ➢ Lives in Killen, Alabama.
  ➢ League of the South President
    - Self-described Southern Nationalist organization whose ultimate goal is a free and independent Southern republic.
      - Plan to reach this goal as laid out on their official site www.dixienet.org :

        - *exposing the corruption, stupidity and self-destructive mentality of the current government in Washington,*
        - *by proving our willingness to be servant-leaders to the Southern people; and*
        - *by making The League of the South a strong, viable organization that will lead us to Southern independence.*

  ➢ Scheduled speaker for August 12th Rally
    - Image from League of the South Website:

### Dr. J. Michael Hill



Dr. J. Michael Hill, of Alabama, is President of The League of the South and the author of Celtic Warfare and Fire & Sword. He is also a frequent lecturer on Southern cultural issues.

Dr. Hill's work with the League of the South has been featured in *The Washington Post, The New York Review of Books, The Journal of Higher Education, The Mobile Register, The Village Voice, The Atlanta Journal and Constitution, The Wall Street Journal, The Nashville Tennessean, The State* (Columbia, SC), and many, many other publications. Dr. Hill is a frequent guest on television and radio talk shows and has recently appeared on both BBC Television and Fox News on behalf of the League.

CONFIDENTIAL                                                                                          City_00000850

- More recent image from Facebook Profile:



➢ Multiple videos of Hill's speeches posted on Youtube.com including:
  - "What Would it Take to Get You to Fight?" - Published April 5, 2013, from the 2011 League of the South National Conference.
    - Much of the main theme of this speech is defense of rights and liberty.
    - Quote: *"We are no longer free."*
  - "The War Has Already Begun!" – Published June 2, 2017, from the 2017 League of the South National Conference. *Quotes from speech:*
    - *"This is preparation time"* (discussing Trump Presidency)
    - *"They will be back in power" "They will have blood in their eyes"*
    - *"There is war against you, white man and white woman"*
    - *"This is a fourth generation war to the maximum."*
    - *"Sometimes you can tell the enemy because the skin he's wearing becomes his uniform."*
    - No out right calls for violence, but much talk about being prepared for a fight. He talks about being in good physical shape, skilled and going to the range. He condemns fighting within the group and talks about fighting the enemy.

- ➢ Recent Posting on LOS Facebook Page:



  - 
- ➢ No acts of violence found to be associated with Hill.
- ➢ Contact was made with former League of the South Chairman David Jones
  - Jones advised that he is **no longer** affiliated with LOS, but did not elaborate as to why. He had no information to give as far as the upcoming rally. He did provide a number for Hill, 800-888-3163. This is the same number listed online for Hill. Contact has been attempted without success.
- ➢ The following are websites used in the research of this group:
  - https://www.youtube.com/watch?v=8i19GxzCcm4
  - https://www.splcenter.org/fighting-hate/extremist-files/individual/michael-hill
  - http://dixienet.org/rights/2013/board_of_directors.php
  - http://dixienet.org/rights/michaelhill.php
  - http://leagueofthesouth.com/serfdom-revolution-or-independence/
  - http://leagueofthesouth.com/league-will-be-at-unite-the-right-rally-12-august-charlottesville-va/
  - https://www.facebook.com/leagueofthesouth

- http://www.occidentaldissent.com/2017/07/10/unite-the-right-towards-alt-right-activism/

CONFIDENTIAL City_00000853