- ❖ **<u>League of the South</u>**
  Prepared by Det. Sgt. Newberry
  - ➢ Self-described Southern Nationalist organization whose ultimate goal is a free and independent Southern republic.
    - o Plan to reach this goal as laid out on their official site www.dixienet.org :

      - *exposing the corruption, stupidity and self-destructive mentality of the current government in Washington,*
      - *by proving our willingness to be servant-leaders to the Southern people; and*
      - *by making The League of the South a strong, viable organization that will lead us to Southern independence.*

    - o Describes its organizational structure as follows:

      *"Hierarchically. The Board of Directors governs the national organisation; State chairmen and board of directors govern their respective States; and district chairmen govern local districts in each State. From a single national office in 1994, we now have members in virtually every State and several foreign countries, and we have active chapters in Alabama, Arkansas, California, Colorado, Florida, Georgia, Kentucky, Louisiana, Maryland, Mississippi, Missouri, New York, North Carolina, Oklahoma, South Carolina, Tennessee, Texas, and Virginia."*

  - ➢ Affiliated with several Alt-Right groups. As noted on the Vanguard website, possible affiliations with Vanguard America, Evropa, and the Traditionalist Work Party.
  - ➢ Tactics:
    - o Organized rallies/protests(Nothing found indicating a call for violence)
    - o Display signs carrying their message
    - o Carry rebel flag
    - o In some videos they can be seen dressed as confederate soldiers.
    - o In many videos members are wearing a black polo, with a white symbol on the left breast, similar the below picture of a male carrying the Vanguard sign at the My 13th protest at Lee Park.

CONFIDENTIAL
City_00000941



- o
- ➢ Membership:
  - o No documentation found on member numbers.
  - o There are three registrations fees: Individual, Couple, and Family.
- ➢ Demographics:
  - o Mostly white members of formerly confederate states.
- ➢ Virginia, Maryland, and West Virginia are covered under the Virginia-Maryland League of the South Chapter.
  - o Chairman:  Everett "Nick" Case
  - o State Chairman:  Joyce Bennett
  - o Vice-Chairman:  Shane Long
  - o Virginia LOS Phone number: 1-800-888-3163
  - o Site:  http://marylandls.org/
  - o Facebook:  https://www.facebook.com/Virginia-League-of-the-South-53189512352797



7/

- No indication they will be at the July 8th rally, but, as seen in the above Facebook post, they should be expected at the August 12th demonstration.
- From: An article posted on www.splcenter.org describes an incident involving League of the South members clashed with "Antifa" protestors, wherein a member of the League of the South was arrested for *"misdemeanor violence"*. The event was held at Auburn University on April 18th and Richard Spencer was the guest speaker. In total 3 were arrested, with 1 being identified as a member of the League of the South. The site described the disorder as follows:

> *"Nevertheless, the event did not pass without some blood spilled. Just before Spencer was scheduled to speak, a scuffle broke out in front of Foy Hall as a verbal confrontation between Seth Miles Waldon, a 27-year-old clerk from Birmingham, and Ryan Matthew King, a 38-year-old Montgomery tattoo artist, turned violent. Police quickly separated the pugilists, though not before <u>video captured the two</u> throwing haymakers and falling over one another as they brawled."*

The site also claims that the League posted this picture as a result of the incident:



CONFIDENTIAL

City_00000944