**Occidental Dissent** – Brad Griffin a.k.a. Hunter Wallace (refers to himself as this on his website)



- Griffin is a member of <u>League of the South</u>. Occidental Dissent is not a group that has a following; it's Griffin's personal website where he shares his views and those of League of the South.

- He's also affiliated with <u>Vanguard America</u> and <u>Identity Evropa</u>.

- Griffin resides in Midway, Alabama. His phone number is (334) 695-2197.

- Griffin advised that there are anywhere from 40 to 60 people attending from League of the South.

- They are not planning on confronting any groups unless they are directly threatened. Jason Kessler asked them not bring weapons so they do not plan on bringing any with them.

- I am in contact with Griffin; we spoke on 7/19/17. I have his phone number and he has mine. I asked him to call me directly if any new information came up that he could share with me.

- They will be in the area for the weekend, however, they will not be staying or pre-rallying within the city limits. They plan on going to another location close by for a BBQ after the rally, but he did not advise where.

- The following past events/protests/rallys were on the Occidental Dissent website (they all involve League of the South):
    - Lee-Jackson Day, Lexington VA, 1/7/15
    - Anti Immigration Protest, Gainesville FL, Alachula FL 2/6/15
    - Sanctity of Marriage Rally, Montgomery AL 2/21/15
        300 People
    - CPAC Protest, Oxon Hall MD, 2/28/15

- ✓ Tim Wise Full of Lies, Charlotte NC, 3/27/15
- ✓ Vidalia Demonstrations, Vidalia GA, Lyons GA, 3/31/15
- ✓ Reds Out of Florida, Tallahassee FL, 4/8/15
    Protesting Communist students who spit and stomped on Confederate Flag
    Students are w/ Florida State University – refer to themselves as Communists
    Both sides exchanged words
    Students (approx. 30), OD (approx. 15)
    OD was going to burn the Soviet Flag (police asked them not to)
    OD complied w/ Police request
- ✓ Confederate Memorial Circle Celebration and Rededication, Selma AL, 5/24/15
- ✓ Feds Out of Kentucky Rally, Alexandria KY, 5/31/15
- ✓ 2015 Florida League of the South State Conference, Jacksonville FL, 6/6/15

CONFIDENTIAL

City_00000151