

# Charlottesville Police Department
# Internal Memorandum

---

**DATE:** August 21, 2017

**TO:** Capt. V. G. Mitchell

**FROM:** Lt. M. E. Gore

**SUBJECT:** After Action Report Unite the Right Rally

---

Sgt. G. Miller and I were assigned the division/group commanders for zone 4 in Emancipation Park. We had 4 squad's containing 1 Sgt. each and 7 officers/troopers per squad. The Charlottesville Police Department was squad M staffed with Sgt. M. Brake, Officers Belinski, Bowlin, Burnett, Cundiff, Henry and Houchens. Officer Huber was originally assigned to squad M but was assigned to a different zone prior to day of rally which left squad M with 6 officers and a Sgt. Zone 4 was called the public safety area. There was no vehicle or non- public safety pedestrian traffic allowed in this area. The sidewalks in the north side of E. Jefferson behind the park were barricaded so there could be no pedestrian traffic, and I spoke with the clergy of FUM church who requested that the sidewalk in front of the church be completely blocked to all pedestrian traffic. Barricades were adjusted to prevent pedestrian traffic in front of the church coming from 1st St. NE. I was in communication with Det. Sgt. Newberry who was working with Kessler and other speakers on escorting them into Emancipation Park. I received word just prior to the official start of the rally that Kessler and the speakers had changed their mind and did not want the Law enforcement escort into the park but wanted to walk with their groups instead. I was advised that a truck carrying speaker equipment was allowed to come into zone 4, drop off the equipment and then exit the zone. I verified this with ground commander Capt. Shifflett, and the vehicle was allowed with 3 additional members from the alt-right group to enter and assist with setting up and security of the equipment. Zone four was responsible for the security

are covering 2nd St. NW and e. Jefferson to 2nd St NE and E. Jefferson and inside the park bordering the rear barricades located inside the park at the Lee statue. There were 4 transport vans, I relief bus and 2 vans, a truck and trailer containing the riot gear located in zone 4. All zones were on post by 0726 hrs.

At 0954 hours I was notified by Det. Sgt. Newberry that Kessler was refusing a police escort and chose to walk with his group up E. Market to Emancipation Park. I was advised by ground command at 1000 hrs. to have two officers to respond with police tape to the alleyway behind Hill and Wood to secure that area for pedestrian traffic. I sent two CPD officers from my zone to secure the alleyway. A white pickup truck approached the barricade at 2nd NE and E. Jefferson and the driver stated that he was told he could come into the park to set up speaker equipment. I verified this with ground command. Ground commander and I spoke to a male who appeared as one of the leaders of the one of the groups and he advised that he would send three subjects to zone 4 to assist in setting up the equipment. About five minutes later a large group wearing white shirts and carrying flags turned onto 2nd St NE from E. High Street walking towards the rear of zone 4, the male I had spoken to was leading the group to our location. Once on location he asked if the large group could enter to set up equipment. I told him that we agreed to three subjects could enter to assist and the rest would need to return to the park via the way they came. He selected three people from the group and they entered to assist with unloading and set up. After getting all of the equipment out of the truck I instructed the person who was organizing the equipment drop off that the truck had to be removed from zone 4 to which he complied. A crowd of counter protesters met the group with the white shirts as they were standing on 2nd St. NE and the two large opposing groups started a disorder on 2nd St. NE at 1008, where 2 subjects were injured and needed rescue. The groups were pushed back and officers and EMS personnel were able to locate and attend to the injured. The two injured were escorted into zone 4 and continued to receive medical attention and all VSP and CPD personnel returned to their post. The groups dispersed and there were no other issues. There was another large group that came up 2 nd St. NE to enter into Emancipation Park. They were redirected with no issues. As the rally started an armed militia entered into the park and then exited shortly afterwards. I was ordered to have CPD personnel in zone 4 to gear up (put on riot gear), and we were joined shortly after by zone 2 CPD personnel. All CPD personnel were ordered to gear up at 1102 hrs. as reports of multiple fights appeared to break out in the crowd on E. Market St and subjects were throwing objects at each other inside the park. We received

information to be prepared for the declaration of unlawful assembly at which time I advised that we did not have any bullhorns to make the announcements. Two bullhorns were distributed to zones 1 and 3. At 1121 all CPD personnel were geared up and prepared to back the VSP MFF. I was instructed to move the marked unit at 2nd NE and E. Jefferson in preparation of the VSP MFF entrance into Zone 4. Unlawful Assembly was declared by command at 1131 hrs. at which time the announcement was made and instructions were given to clear the park and E. Market St. 2 additional Bull horns were delivered to zone 4 and zone 2 commanders and I begin to give the Unlawful Assembly announcement. The crowd form emancipation park begin to disperse and headed into E. Market St heading east and north towards the downtown mall. There was a white male who had positioned himself up against the statue in Emancipation Park and refused to leave the park. Ground command advised that he needed to be removed. Two officers from the unit positioned on the east side of the park removed the male from the statue and the park. VSP MFF split up with one group facing east on E. Market and the other facing west. The CPD MFF split and became rear guard for the VSP MFF. Ground Commander advised that VSP grenadier was out of supplies and the CPD grenadier need to make contact with them and resupply them. I instructed the grenadier to do so, and we took position as rear guard to VSP MFF. I took command of the CPD MFF that was rear guard to the VSP MFF unit heading east. As we started to move east, I was advised that there was a large group involved in a disorder at Justice Park and my unit needed to respond. The Virginia National Guard had responded to our location and took over security of the park.

My unit turned North onto 2nd St. NE proceeded to E. Jefferson and we turned east heading towards Justice Park. As we approached we could see a large crowd in the street at the east end of Justice Park. I had the unit form a wedge as we approached the location. I advised command that we would need some assistance. As we arrived at the park the crowd had calmed down and were acting in an orderly fashion and there were no disorders happening just chanting and some shouting. VSP MFF had approached us on 5th St. and took up rear guard to us. After about 10-15 minutes VSP left to respond to another location. I had turned my unit completely facing Justice Park in a line formation. After another 5 minutes the crowd had started to turn their attention to us and became focused on the fact we were there. I informed command of the lack of disorder and that we should move our location. I was instructed to go to the alleyway next to CPD. My unit arrived at that location and stood by for instructions from

command. At 1251 we were advised to move our location to Water St. were a large crowd had gathered. I moved my unit to Water St. and 2nd ST. SE were we could see the large crowd of 2 opposing groups moving towards the train tracks and Garrett St. I had my unit stop at the entrance to Water St. garage as I did not want to chase the large crowd further away from other units who could provide immediate backup if needed. I was then approached by citizens who advised that the two groups that formed the crowd were starting to fight and there was an injured person. As we started to move towards the train tracks the crowd had turned and headed back towards our location. I had my unit provided a line that divided the two groups and we escorted the groups to 1st St. and called for rescue for a woman who had an injury to her head. I was informed that the injury sustained was from her falling and hitting her head, not from a physical altercation. I was then also advised that there was another male who was injured due to a physical altercation and that he was in the upper metered lot in-between Water St and South St. I advised command of the information and requested the status of rescue. I was advised that rescue stated they did not see us. I gave our location again and advised that they look for the VSP MFF standing in the middle of the street. Within a few minutes rescue had arrived and responded to both injured persons providing treatment. The female was placed into recue and transported. The group of alt- right was carrying weapons (rifles, handguns and knives), and requested that we assist them in getting to their vehicles so they could leave the area. We provided the escort and made sure that rescue vehicles and the alt- right group made it into their vehicles and left the scene. I advised command of this and we were instructed to go to City space to rehydrate.

    After about 35 minutes and my entire unit had rehydrated and received something to eat I advised command that we were prepared to provide assistance were needed. I was instructed to go to 4th St. and Water St. to provide security of the crime scene. We arrived on location and requested that barricades be delivered to help with controlling crowd and vehicle control. Lt. Mooney and his squad separated from my squad to provide scene security at 4th St. SE and the mall. His unit remained on location until relieved by VSP units. My unit remained as scene security until Lt. Hatter's unit arrived to relieve us approximately 1900 hrs. I was advised that my unit could end tour approximately 1933 hrs. I was ordered to have my unit return to work at 0700 hrs. on 8/13/17.

CONFIDENTIAL