

# Unite the Right Rally
## Incident Situation Report

**Report Number** 003
**Date of Issue** 8/12/2017
**Time Period** 1050-1150

1. **Significant Events**
    - An Albemarle magistrate has issued a felony arrest warrant for Christopher Cantwell, a scheduled speaker for the Unite the Right Rally. Warrant in relation to last night's rally on UVA's campus for unlawful release of gas unlawful bodily injury.
    - An unlawful assembly was declared at 1132 hours.
    - About 100 Antifa protestors marched down Market Street in front of Lee Park. Information indicates Antifa is also showing up at McIntire Park.
    - Bottles, Urine balloons, and pepper spray have been thrown between protest groups which was witnessed via Facebook Live feeds.
    - New groups witnessed via Facebook Live include Vanguard America and Identity Evropa.
    - UVA hospital is now on restricted access due to the number of patients being in for treatment.
    - Tactical field forces are starting to push.
    - Comm Unit at City Yard left location for safety reasons.
    - LE Base personnel is heading to City Yard for safety concerns.
    - Local Emergency declared at 1107 hours.
    - At 1110 hours COB McIntyre units in defensive mode.
    - National Guard were mobilized at 1118 hours.
    - 1130 hours the plan for evacuation for team 2 will be Charlottesville High School lot where the landing zone is located.
    - 1140 hours large crowd coming down Market St.
    - 1150 disorderly situation at 2nd and East Jefferson St., resulting in a severe head injury.
    - Governor declared a State of Emergency at 1153 hours, due to the rally.
    - At 1025 crowd estimates are approximately 1500 in Emancipation Park
    - At 1017 reports of groups gathering in Water Street Garage
    - At 1008 county units advised 50-75 people leaving Rio Hill, destination unknown.
    - As of 0835 hours there are over 1,000 protesters in the downtown area, with buses continuing to deliver protests to the area.
    - As of 840 hours reports indicate that a group of over 300 people were moving into the area from the church at 9th and W. Main St.
    - As of 0900 hours reports of KKK members rallying in McIntire Park
    - Resources are deployed to the field, and they are being tracked by satellite trackers. Updates are currently being made real time in the online situational awareness map, to view these updated symbols and names please refresh your map. Exit and reopen your map every 15 mins until all trackers have been finalized. **This applies to you if you have been granted permission.**
    - U.S. District Court Judge rules that tomorrow's Unite the Right Rally can be held in Emancipation Park.

|  | Current Period | Incident Total |
|---|---|---|
| **Arrests and Detentions** | 1 (potential) | 0 |
| **Civilian Injuries** | 0 | 0 |
| **Responder Injuries** | 0 | 0 |

Prepared by: Adam Wilson                                                                                          Page 1 of 2

CONFIDENTIAL                                                                                                                 City_00000323



# Unite the Right Rally
## Incident Situation Report

**Report Number** 003
**Date of Issue** 8/12/2017
**Time Period** 1050-1150

| | | |
|---|---|---|
| Private Property Damage | $0 | $0 |
| Public Property Damage | $0 | $0 |

2. **Unmet Needs**
   - None
3. **Needed Contacts**
   - None
4. **EOC Updates**
   - EOC opened at a Level 1 status at 0700. Located at Zehmer Hall on UVA Grounds
5. **Virginia Fusion Center Updates**
   - None
6. **Meeting Schedule**
   - Next ICP SitRep will be distributed at 1250.
7. **External Concerns**

   **Weather Forecast**
   
   Saturday — Isolated showers and thunderstorms before noon, then showers likely and possibly a thunderstorm between noon and 3pm, then showers and thunderstorms after 3pm. High near 85. South wind 3 to 6 mph. Chance of precipitation is 80%. New rainfall amounts between a tenth and quarter of an inch, except higher amounts possible in thunderstorms.
   
   Saturday Night — Showers and thunderstorms likely, mainly before 9pm. Mostly cloudy, with a low around 67. Light and variable wind. Chance of precipitation is 60%. New rainfall amounts of less than a tenth of an inch, except higher amounts possible in thunderstorms.
   
   Sunday — Partly sunny, with a high near 84. Calm wind becoming northeast around 5 mph.
   
   **Regional Incidents**
   - None

Prepared by: Adam Wilson                                    Page 2 of 2