WHO WE ARE   ABOUT ▾   POSITION PAPERS ▾   COUNTRY STUDIES ▾   JOIN OUR MISSION   FAQS

# LEAGUE OF THE SOUTH
### Survival, Well-Being, and Independence of the Southern People

ARTICLES | THE FREE MAGNOLIA | PHOTOS | MEDIA | NEWS | NATIONAL OUTREACH ▾

# A Statement on Legal Matters regarding League events in Middle Tennessee, 28 October 2017

by Michael Hill , ⏱ October 25, 2017

25 October 2017



On 28 October 2017, The League of the South is set to participate in a public event in Middle Tennessee.

All members of The League who attend this event will be required to abide by the following legal and moral constraints:

1. Obey all authorities charged with keeping public order. If you believe an order or command of a public official violates your right to free speech, assembly, or some other matter, report this to our League leaders and we will in turn report to our attorneys on the scene.

2. Obey all applicable laws and statutes regarding the possession and bearing of firearms and other weapons, clothing, and other accoutrements and accessories.

3. Be respectful of all public and private property.

4. Do not verbally incite illegal behavior.

5. Engage in violence, and at the proper level, only in defense of your own person, that of your compatriots, and your property. Stand your ground, speak your mind, and proclaim your message, but do not initiate physical contact with anyone who opposes you.

6. Be honorable in all your dealings.

Michael Hill
President, The League of the South

**Share this:**

Share

CATEGORIES:   ACTIVISM, NEWS

TAGS:   LEAGUE OF THE SOUTH, MIDDLE TENNESSEE, NATIONALIST FRONT, SHELBYVILLE

### ABOUT AUTHOR

**Michael Hill**

Dr Michael Hill is President of the League of the South. He is a retired university professor of history and author of two books on Celtic warfare.

### RELATED ARTICLES

---

**SEARCH**

search here            Search

**FEATURED**

Understanding the events of today in a historical perspective:

The New Red Terror, Part I

The New Red Terror, Part II

**RECENT COMMENTS**

Michael Greek on The Cultural Vanguard Strategy

Michael Greek on A statement to concerned Southerners

OrthodoxConfederate on Southern Baptists condemn Alt-Right and nationalism

OrthodoxConfederate on A Band of Brothers

mtnforge on Max Boot's "Brotherhood of Man"

**UNIFORMS**

League of the South uniform items and other accessories for all members may now be purchased at Southern Nationalist Shirts & Patches.

**ARCHIVES**

Select Month ▾

**CATEGORIES**

Activism
Commentary
Image/Video
News
Uncategorized

**META**

Log in
Entries feed
Comments feed
WordPress.org

State Conference held in Arkansas

A lawless, godless regime

Charlotte and negro violence

#### IMMIGRATION HURTS SOUTHERN WORKERS



#### LEAGUE OF THE SOUTH CONTACT INFORMATION

League of the South
Post Office Box 760
Killen, Alabama 35645

(800) 888-3163
(256) 757-6789
Email: jmichhill@cs.com

#### GEORGIA LS #SECEDE ACTIVISM



© 2014 Copyright **League of the South**. All Rights reserved. Theme by Orane-Themes.com.