WHO WE ARE    ABOUT ⌄    POSITION PAPERS ⌄    COUNTRY STUDIES ⌄    JOIN OUR MISSION    FAQS



ARTICLES | THE FREE MAGNOLIA | PHOTOS | MEDIA | NEWS | NATIONAL OUTREACH ⌄

# The League and Nationalist Front at Shelbyville, 28 October

by Michael Hill ,  October 30, 2017



The League of the South and the Nationalist Front had a successful "White Lives Matter" demonstration in Shelbyville, Tennessee, on Saturday, 28 October. In all, we had about 300 attendees and the event was peaceful, thanks to the professionalism demonstrated by local and State law enforcement. Unlike Charlottesville, the peace was kept by thorough planning and on-site action by the authorities.

The only drawback to the increased security measures was that it took us a lot of time to pass through the two checkpoints before we got to our rally area. Because of these delays, we were not able to leave early to make our way to Henry Horton State Park for lunch and fellowship; thus by the time we finished at the park we did not have time to go to Murfreesboro to demonstrate there. This might have been a fortunate turn of events since we had received earlier in the week actionable intelligence that said Murfreesboro was a potential set-up for lawsuits against the League and the other Nationalist Front organizations. We don't walk into potential traps where we cannot win. Instead, we fight battles we intend to win, and Shelbyville was one of these.

In Shelbyville we got our message out, had a fun and peaceful rally (like we had hoped to do in Charlottesville), and enjoyed the fellowship of other Southern/white nationalists. All in all, it was a profitable day for the League and our allies.

Michael Hill

**Share this:**

Share

 CATEGORIES:   ACTIVISM, NEWS

 TAGS:   LEAGUE OF THE SOUTH, MURFREESBORO, NATIONALIST FRONT, SHELBYVILLE, TENNESSEE, WHITE LIVES MATTER

## ABOUT AUTHOR

### Michael Hill

Dr Michael Hill is President of the League of the South. He is a retired university professor of history and author of two books on Celtic warfare.

**RELATED ARTICLES**

---

**SEARCH**

[search here]    Search

**FEATURED**

Understanding the events of today in a historical perspective:

The New Red Terror, Part I

The New Red Terror, Part II

**RECENT COMMENTS**

Michael Greek on The Cultural Vanguard Strategy

Michael Greek on A statement to concerned Southerners

OrthodoxConfederate on Southern Baptists condemn Alt-Right and nationalism

OrthodoxConfederate on A Band of Brothers

mtnforge on Max Boot's "Brotherhood of Man"

**UNIFORMS**

League of the South uniform items and other accessories for all members may now be purchased at Southern Nationalist Shirts & Patches.

**ARCHIVES**

[Select Month]

**CATEGORIES**

Activism
Commentary
Image/Video
News
Uncategorized

**META**

Log in
Entries feed
Comments feed
WordPress.org

League speaks at Confederate memorial rally in Birmingham

Announcing the 2015 League of the South National Conference

The disease of Globalism and its antidote

##### IMMIGRATION HURTS SOUTHERN WORKERS

##### LEAGUE OF THE SOUTH CONTACT INFORMATION

League of the South
Post Office Box 760
Killen, Alabama 35645

(800) 888-3163
(256) 757-6789
Email: jmichhill@cs.com

##### GEORGIA LS #SECEDE ACTIVISM





© 2014 Copyright **League of the South**. All Rights reserved. Theme by Orane-Themes.com.