WHO WE ARE    ABOUT ▾    POSITION PAPERS ▾    COUNTRY STUDIES ▾    JOIN OUR MISSION    FAQS

# LEAGUE OF THE SOUTH
### Survival, Well-Being, and Independence of the Southern People

ARTICLES | THE FREE MAGNOLIA | PHOTOS | MEDIA | NEWS | NATIONAL OUTREACH ▾

## The League in Knoxville but no Antifa

by Michael Hill , March 20, 2018



On St. Patrick's Day, The League of the South took 35-40 Southern nationalists & went to the heart of Antifa territory at Market Square in downtown Knoxville, Tennessee. We were there for nearly three hours on Saturday morning, yet not one single piece of Antifa scum showed up to challenge us. In all, we distributed several hundred pieces of Southern/White nationalist literature to receptive men and women. We had our group photo made in so-called "Antifa Alley."

We will be in Wetumpka, Alabama, on 7 April for our next public demonstration. Then . . . who knows?

Michael Hill

**Share this:**

Share

CATEGORIES:    ACTIVISM, NEWS

TAGS:    ANTIFA, KNOXVILLE, LEAGUE OF THE SOUTH, MARKET SQUARE, ST. PATRICK'S DAY, TENNESSEE

### ABOUT AUTHOR



**Michael Hill**

Dr Michael Hill is President of the League of the South. He is a retired university professor of history and author of two books on Celtic warfare.

### RELATED ARTICLES

How to win thoughtful committed activists

League will be at Unite the Right rally, 12 August, Charlottesville, VA

A lawless, godless regime

---

**SEARCH**

search here    Search

**FEATURED**

Understanding the events of today in a historical perspective:

The New Red Terror, Part I

The New Red Terror, Part II

**RECENT COMMENTS**

Michael Greek on The Cultural Vanguard Strategy

Michael Greek on A statement to concerned Southerners

OrthodoxConfederate on Southern Baptists condemn Alt-Right and nationalism

OrthodoxConfederate on A Band of Brothers

mtnforge on Max Boot's "Brotherhood of Man"

**UNIFORMS**

League of the South uniform items and other accessories for all members may now be purchased at Southern Nationalist Shirts & Patches.

**ARCHIVES**

Select Month

**CATEGORIES**

Activism
Commentary
Image/Video
News
Uncategorized

**META**

Log in
Entries feed
Comments feed
WordPress.org

### IMMIGRATION HURTS SOUTHERN WORKERS



### LEAGUE OF THE SOUTH CONTACT INFORMATION

League of the South
Post Office Box 760
Killen, Alabama 35645

(800) 888-3163
(256) 757-6789
Email: jmichhill@cs.com

### GEORGIA LS #SECEDE ACTIVISM



© 2014 Copyright **League of the South**. All Rights reserved. Theme by Orane-Themes.com.