CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

08/07/2020

JULIA C. DUDLEY, CLERK
BY: H. Wheeler
       DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | | |
|---|---|---|
| ELIZABETH SINES et al., ) | | |
|     Plaintiffs, ) | Civil Action No. 3:17-cv-00072 | |
| ) | | |
| v. ) | ORDER | |
| ) | | |
| JASON KESSLER et al., ) | By: | Joel C. Hoppe |
|     Defendants. ) | | United States Magistrate Judge |

This matter is before the Court on Plaintiffs' motion to quash subpoenas issued to non-parties Hutton Marshall and Joshua Lefebvre by several Defendants. ECF No. 794. As it appears that a negotiated agreement has been reached and the subpoenas withdrawn, *see* ECF Nos. 805, 806, 807, the motion to quash is hereby DENIED AS MOOT.

It is so ORDERED.

ENTER: August 7, 2020

*Joel C. Hoppe*

Joel C. Hoppe
U.S. Magistrate Judge