IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| **ELIZABETH SINES** | : | Case No. 3:17-cv-00072 |
| Plaintiff | : | **Judge MOON**<br>**Mag. Judge Hoppe** |
| | : | |
| -v- | | |
| **JASON KESSLER et al.** | : | |
| | : | |
| Defendants | | |

---

## MOTION TO SEAL EXHIBITS
---

Defendants Jason Kessler, Nathan Damigo, Matthew Parrott, Identity Evropa, and Traditionalist Workers Party (the "Defendants") a Motion to Exclude Experts on August 7, 2020. Necessary to the motion is the filing of relevant expert reports. Such reports were all classified as Highly Confidential by the plaintiffs. Therefore, defendants are required by the Confidentiality Order governing this case to file the reports under seal.

Accordingly, the above listed defendants move the Court for an Order permitting them to file the expert reports of Peter Simi and Kathleen Blee, Deborah Lipstadt, and Stephen J. Fenton under seal.

Respectfully Submitted,

s/ Elmer Woodard
Elmer Woodard (VSB No. 27734)
5661 US Hwy 29
Blairs, VA 24527
Phone: 434-878-3422
Email : isuecrooks@comcast.net
ATTORNEY FOR DEFENDANTS

s/ JAMES E. KOLENICH (PHV)
JAMES E. KOLENICH

KOLENICH LAW OFFICE
9435 Waterstone Blvd. #140
Cincinnati, OH 45249
(513) 444-2150
(513) 297-6065 (Fax)
JEK318@gmail.com
ATTORNEY FOR DEFENDANTS

**CERTIFICATE OF SERVICE**

I certify the above was served on August 7, 2020 on all ECF participants and that parties requiring service by other means were served as follows:

Elliott Kline a/k/a Eli Mosley eli.f.mosley@gmail.com deplorabletruth@gmail.com
Matthew Heimbach matthew.w.heimbach@gmail.com
Christopher Cantwell christopher.cantwell@gmail.com
Vanguard America c/o Dillon Hopper dillon_hopper@protonmail.com
Robert Azzmador Ray azzmador@gmail.com
Richard Spencer richardbspencer@gmail.com

s/ James E. Kolenich
James E. Kolenich