IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA

JASON KESSLER : Case No. **3:19-CV-44**

    Plaintiff : Judge **MOON**

:

-v-

CITY OF CHARLOTTESVILLE ET AL. :

:

    Defendants

---

**[PROPOSED] ORDER GRANTING MOTION TO SEAL**

---

    Upon review and consideration of Plaintiff's motion to seal exhibits containing expert witness reports, and it appearing that the Confidentiality Order governing this case mandates the sealing of the exhibits until such time as a court order or agreement of the parties should remove the seal,

    IT IS HEREBY ORDERED that Defendants file the expert reports of Peter Simi and Kathleen Blee, of Deborah Lipstadt, and of Stephen J. Fenton as sealed pursuant

to Local Rule 9.

Entered this _____ day of August 2020.

                                                               _____
The Honorable Norman K. Moon
United States District Judge