CLERKS OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
08/10/2020
JULIA C. DUDLEY, CLERK
BY: /s/ J. JONES
   DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | | |
|---|---|---|
| ELIZABETH SINES et al.,  )   | Civil Action No. 3:17-cv-00072 |
|    Plaintiffs,  ) | |
| )  | |
| v.   ) | ORDER |
| )  | |
| JASON KESSLER et al.,  ) | |
|    Defendants.  ) | By:   Joel C. Hoppe |
| )  |        United States Magistrate Judge |

Before the Court is Defendants Michael Hill, Michael Tubbs, and League of the South's Motion for Permission to File a Memorandum that Exceeds 25 Pages. ECF No. 821. Plaintiffs do not oppose the motion. ECF No. 822. For the reasons stated by Defendants, the motion to exceed the page limit is hereby GRANTED. Defendants Hill, Tubbs, and League of the South may file a memorandum in support of their motion for summary judgment that exceeds the page limit set forth in the Pretrial Order and that is approximately forty-six (46) pages.

It is so ORDERED.

ENTER: August 7, 2020

Joel C. Hoppe
U.S. Magistrate Judge