CLERKS OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
08/10/2020
JULIA C. DUDLEY, CLERK
BY: /s/ J. JONES
 DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| ELIZABETH SINES et al., ) | Civil Action No. 3:17-cv-00072 |
|    Plaintiffs, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| JASON KESSLER et al., ) | |
|    Defendants. ) | By:  Joel C. Hoppe |
| ) |       United States Magistrate Judge |

This matter is before the Court on Plaintiffs' motion to depose Defendant James Fields, ECF No. 820. Fields is confined in the United States Penitentiary at Hazelton, West Virginia. A party must obtain the court's leave, and the court must grant leave to the extent consistent with Rule 26(b)(1) and (2) of the Federal Civil Rules of Civil Procedure, if the deponent is confined in prison. Fed. R. Civ. P. 30(a)(2)(B). Plaintiffs have not yet had the opportunity to depose Fields by oral questions, and they are entitled to do so under Rule 26(b)(1). Accordingly, Plaintiffs' motion, ECF No. 820, is **GRANTED**.

    It is so ORDERED.

ENTER: August 10, 2020

Joel C. Hoppe
U.S. Magistrate Judge