UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

Case No. 3:17-cv-00072-NKM
Hon. Norman K. Moon

ELIZABETH SINES, ET AL.,
Plaintiffs,

v.

JASON KESSLER, ET AL.,
Defendants.

DEFENDANT RICHARD SPENCER'S MOTION FOR PERMISSION TO PARTICIPATE IN ELECTRONIC FILING

Defendant Richard Spencer, Pro Se, moves for permission to participate in electronic filing. Defendant Spencer certifies that he is computer literate and has appropriate Internet access. Mr. Spencer has worked for more than a decade in online and traditional publishing. He does not expect to struggle with filing documents over the Internet.

This is a complex case, with many parties. As a pro se defendant, confronting a dozen attorneys for the plaintiffs, all of whom have electronic filing permission, Spencer will be at a great disadvantage if he, too, cannot avail himself of the latest technology.

For these reasons, Spencer respectfully requests that he be allowed to participate in electronic filing on the same terms as Plaintiffs' lawyers.

Respectfully submitted,

Richard Spencer

CERTIFICATE OF SERVICE

On this day, August 6, 2020, I, Richard Spencer, certify that I mailed copies of this motion to:

Alan Levine · Cooley LLP
1114 Avenue of the Americas, 46th Floor
New York, NY 10036


Christopher Bradford Greene Julie Eden Fink
Roberta Ann Kaplan Seguin Layton Strohmeier
Kaplan & Company, LLP
350 Fifth Avenue, Suite 7110
New York, NY 10118

David E. Mills Cooley LLP
1299 Pennsylvania Avenue, NW, Suite 700
Washington, DC 20004

Joshua James Libling Philip Matthew Bowman Yotam Barkai
Boies Schiller Flexner, LLP
575 Lexington Avenue, 7th Floor. New York, NY 10022

Karen Leah Dunn William Anthony Isaacson Boies Schiller Flexner, LLP
1401 New York Avenue, NW
Washington, DC 20005

Robert T. Cahill
Cooley LLP
11951 Freedom Drive
Reston, VA 20190

Nathan Damigo
14773 Orange Blossom Road
Oakdale CA 95361

Elmer Woodard
5700 US Hwy 29
Blairs, VA 24527

Justin Saunders Gravatt Duane, Hauck, Davis & Gravatt, P.C.
100 West Franklin Street, Suite 100
Richmond, VA 23220

Bryan Jeffrey Jones
Bryan J. Jones, Attorney at law 106 W. South Street, Suite 211
Charlottesville, VA 22902

Richard Spencer