106 W. South St. #201
Charlottesville, VA 22902
Tel (434) 260-7899 • Fax (434) 381-4397
bryan@bjoneslegal.com
www.bjoneslegal.com



August 7, 2020

The Honorable Norman K. Moon
U.S. District Court for the Western District of Virginia
Charlottesville Division
255 W. Main Street
Room 304
Charlottesville, VA 22902

Re:   Sines v. Kessler, Case No 3:17-cv-72
      **Defendants Hill, Tubbs, and League of the South Motion for Summary Judgment**

Dear Judge:

As stated in the Table of Exhibits that was filed with the Court's electronic filling system this afternoon, I am mailing digital copies of certain exhibits. They are saved on the included flash drive.

With best wishes I remain,

Bryan Jones

CC: Alan Levine, Plaintiff's Counsel