**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**Charlottesville Division**

| | |
|---|---|
| **ELIZABETH SINES, ET AL.,** | |
| Plaintiffs, | |
| v. | Civil Action No. 3:17-cv-00072 |
| **JASON KESSLER, ET AL.,** | |
| Defendants. | |

## MOTION TO WITHDRAW EXHIBITS AND TO SEAL EXHIBITS

Defendants Michael Hill, Michael Tubbs, and the League of the South (the "Defendants")

filed a Motion to for Summary Judgment on August 7, 2020. Necessary to the motion was the

filing of exhibits. Such exhibits should have been filed under seal because they are, or should be,

classified as Confidential or Highly Confidential. The Confidentiality Order governing this case

requires Confidential and Highly Confidential documents to be filed under seal.

Accordingly, the above listed Defendants move this Court for an Order placing under seal

the exhibits filed in support of their Motion for Summary Judgment.

Respectfully submitted,

/s/  Bryan J. Jones_____
Bryan J. Jones (VSB #87675)
106 W. South St., Ste. 211
Charlottesville, VA 22902
(P): (434) 260-7899
(F): (434) 381-4397
(E): bryan@bjoneslegal.com

*Counsel for Defendants for Michael Hill,*
*Michael Tubbs, and League of the South*

## CERTIFICATE OF SERVICE

I certify the above was served on August 14, 2020 on all ECF participants and that parties requiring service by other means were served as follows:

Elliott Kline a/k/a Eli Mosley: eli.f.mosley@gmail.com deplorabletruth@gmail.com
Matthew Heimbach: matthew.w.heimbach@gmail.com
Christopher Cantwell: christopher.cantwell@gmail.com
Vanguard America c/o Dillon Hopper: dillon_hopper@protonmail.com
Robert Azzmador Ray: azzmador@gmail.com
Richard Spencer: richardbspencer@gmail.com

/s/  Bryan J. Jones____
Bryan J. Jones (VSB #87675)
106 W. South St., Ste. 211
Charlottesville, VA 22902
(P): (434) 260-7899
(F): (434) 381-4397
(E): bryan@bjoneslegal.com

*Counsel for Defendants for Michael Hill,*
*Michael Tubbs, and League of the South*