IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| **ELIZABETH SINES, ET AL.,** | |
| Plaintiffs, | |
| v. | Civil Action No. 3:17-cv-00072 |
| **JASON KESSLER, ET AL.,** | |
| Defendants. | |

## [PROPOSED] ORDER GRANTING MOTION TO SEAL

Upon review and consideration of Defendant's motion to seal the exhibits filed with Defendant's Hill, Tubbs, and League of the South's Motion for Summary Judgment. It appearing that the Confidentiality Order governing this case mandates the sealing of the exhibits until such time as a court order or agreement of the parties should remove the seal,

IT IS HEREBY ORDERED that all exhibits filed in support of Defendants' Hill, Tubbs, and the League of the South be sealed pursuant to Local Rule 9.

Entered this _____ day of August 2020.

_____
The Honorable Norman K. Moon
United States District Judge