IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| **ELIZABETH SINES** | : | Case No. 3:17-cv-00072 |
| Plaintiff | : | **Judge MOON** <br> **Mag. Judge Hoppe** |
| | : | |
| -v- | | |
| **JASON KESSLER et al.** | : | |
| | : | |
| Defendants | | |

_____

**ORDER**

_____

    Before the Court is a motion (ECF 839) to seal exhibits filed at ECF 832 or for alternative relief. The Court being fully advised Orders that:

_____   The exhibits filed at ECF 832 are hereby SEALED until further of this Court.


_____   ECF 832 and it's attachments are STRICKEN from the docket.


_____   ECF 832 is temporarily sealed for an additional seven days from the date of this Order.


                                                                                      SO ORDERED,

                                                                                      _____
                                                                                      Joel C. Hoppe, Magistrate Judge