UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| ELIZABETH SINES, SETH WISPELWEY, MARISSA BLAIR, APRIL MUNIZ, MARCUS MARTIN, NATALIE ROMERO, CHELSEA ALVARADO, JOHN DOE, and THOMAS BAKER,<br><br>Plaintiffs,<br><br>v.<br><br>JASON KESSLER, et al.,<br><br>Defendants. | Civil Action No. 3:17-cv-00072-NKM-JCH |

**CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT OF DEFENDANTS LEAGUE OF THE SOUTH, MICHAEL HILL, AND MICHAEL TUBBS**

Plaintiffs Elizabeth Sines, Seth Wispelwey, Marisa Blair, April Muniz, Marcus Martin, Natalie Romero, Chelsea Alvarado, John Doe, and Thomas Baker ("Plaintiffs"), pursuant to Local Rule 11(c)(2), hereby move this Court for a one-week extension, to and including September 4, 2020, to respond to the Motion for Summary Judgment filed by Defendants League of the South, Michael Hill, and Michael Tubbs (the "Motion"), and to schedule a hearing on the Motion.  Movant Defendants consent to this extension, and good cause exists for granting this extension.  In support thereof, Plaintiffs state as follows:

1. Pursuant to the Scheduling Order issued by the Court [Dkt. 597], dispositive motions were due before or on August 7, 2020.

2. On August 6, 2020, counsel for Movant Defendants requested the Court's permission to file a Memorandum in Support of a Motion for Summary Judgment in excess of 25

1

pages. [Dkt. 821]. In support, Movant Defendants submitted that their Motion would cover three separate defendants and additional facts and arguments would be necessary beyond what would be necessary for a single defendant. Movant Defendants also noted the unusual complexity of the case and large number of parties involved.

3. Plaintiffs consented to Movant Defendants' request. [Dkt. 822].

4. On August 7, 2020, Movant Defendants filed their Motion for Summary Judgment and Memorandum in Support—together totaling 51 pages and 62 Exhibits. [Dkts. 823-00 – 823-64].

5. For the same reasons cited in Movant Defendants' August 6, 2020 request, as well as the length and complexity of the Motion, Plaintiffs submit there is good cause for requesting a one-week extension of time to respond.

6. The parties have also consented to extending Movant Defendants' deadline to file a Reply to September 11, 2020 and scheduling a hearing on the Motion to the week of September 14, 2020, or another date at the Court's convenience.

7. Plaintiffs have not made prior requests to extend their deadline to respond, no party will be prejudiced by such an extension, and no other deadlines in this case will be affected by granting this Motion.

WHEREFORE, Counsel for Plaintiffs respectfully request that the Court extend Plaintiffs' deadline to respond to Movant Defendants' Motion for Summary Judgment to September 4, 2020.

Dated: August 21, 2020                              Respectfully submitted,

<div style="text-align:right">

/s/ *Alan Levine*
Alan Levine (*pro hac vice*)
Daniel P. Roy III (*pro hac vice*)
Amanda L. Liverzani (*pro hac vice*)
COOLEY LLP
55 Hudson Yards
New York, NY 10001
Telephone: (212) 479-6260
Fax: (212) 479-6275
alevine@cooley.com
droy@cooley.com
aliverzani@cooley.com

</div>

*Of Counsel:*

<div style="columns:2">

Roberta A. Kaplan (*pro hac vice*)
Julie E. Fink (*pro hac vice*)
Gabrielle E. Tenzer (*pro hac vice*)
Joshua A. Matz (*pro hac vice*)
Michael L. Bloch (*pro hac vice*)
Emily C. Cole (*pro hac vice*)
Alexandra K. Conlon (*pro hac vice*)
Jonathan R. Kay (*pro hac vice*)
Benjamin D. White (*pro hac vice*)
Raymond P. Tolentino (*pro hac vice*)
Yotam Barkai (*pro hac vice*)
KAPLAN HECKER & FINK, LLP
350 Fifth Avenue, Suite 7110
New York, NY 10118
Telephone: (212) 763-0883
rkaplan@kaplanhecker.com
jfink@kaplanhecker.com
gtenzer@kaplanhecker.com
jmatz@kaplanhecker.com
mbloch@kaplanhecker.com
ecole@kaplanhecker.com
aconlon@kaplanhecker.com
jkay@kaplanhecker.com
bwhite@kaplanhecker.com
rtolentino@kaplanhecker.com
ybarkai@ kaplanhecker.com

Karen L. Dunn (*pro se*)
William A. Isaacson (*pro se*)
Jessica E. Phillips (*pro hac vice*)
PAUL WEISS RIFKIND WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC 20006-1047
Telephone: (202) 223-7300
Fax: (202) 223-7420
kdunn@paulweiss.com
wisaacson@paulweiss.com
jphillips@paulweiss.com

David E. Mills (*pro hac vice*)
Joshua M. Siegel (VSB 73416)
Caitlin B. Munley (*pro hac vice*)
Samantha A Strauss (*pro hac vice*)
Alexandra Eber (*pro hac vice*)
COOLEY LLP
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004
Telephone: (202) 842-7800
Fax: (202) 842-7899
dmills@cooley.com
jsiegel@cooley.com
cmunley@cooley.com
sastrauss@cooley.com
aeber@cooley.com

Robert T. Cahill (VSB 38562)
Scott W. Stemetzki (VSB 86246)
COOLEY LLP
11951 Freedom Drive, 14th Floor
Reston, VA 20190-5656
Telephone: (703) 456-8000
Fax: (703) 456-8100
rcahill@cooley.com
sstemetzki@cooley.com

Katherine M. Cheng (*pro hac vice*)
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards, 20th Floor
New York, NY 10001
Telephone: (212) 446-2300
Fax: (212) 446-2350
kcheng@bsfllp.com

J. Benjamin Rottenborn (VSB No. 84796)
Woods Rogers PLC
10 South Jefferson Street, Suite 1400
Roanoke, Va. 24011
Tel:  (540) 983-7600
Fax:  (540) 983-7711
brottenborn@woodsrogers.com

</div>

*Counsel for Plaintiffs*

4

## CERTIFICATE OF SERVICE

      I hereby certify that on August 21, 2020, I filed the foregoing with the Clerk of Court through the CM/ECF system, which will send a notice of electronic filing to:

Elmer Woodard
5661 US Hwy 29
Blairs, VA 24527
isuecrooks@comcast.net

James E. Kolenich
Kolenich Law Office
9435 Waterstone Blvd. #140
Cincinnati, OH 45249
jek318@gmail.com

*Counsel for Defendants Jason Kessler, Nathan Damigo, Identity Europa, Inc. (Identity Evropa), Matthew Parrott, and Traditionalist Worker Party*

Bryan Jones
106 W. South St., Suite 211
Charlottesville, VA 22902
bryan@bjoneslegal.com

*Counsel for Defendants Michael Hill, Michael Tubbs, and League of the South*

William Edward ReBrook, IV
The ReBrook Law Office
6013 Clerkenwell Court
Burke, VA 22015
edward@rebrooklaw.com

*Counsel for Defendants Jeff Schoep, National Socialist Movement, and Nationalist Front*

Justin Saunders Gravatt
David L. Campbell
Duane, Hauck, Davis & Gravatt, P.C.
100 West Franklin Street, Suite 100
Richmond, VA 23220
jgravatt@dhdglaw.com
dcampbell@dhdglaw.com

*Counsel for Defendant James A. Fields, Jr.*

      I further hereby certify that on August 21, 2020, I also served the following non-ECF participants, via electronic mail, as follows:

Christopher Cantwell
christopher.cantwell@gmail.com

Robert Azzmador Ray
azzmador@gmail.com

Elliott Kline a/k/a Eli Mosley
eli.f.mosley@gmail.com
deplorabletruth@gmail.com

Vanguard America
c/o Dillon Hopper
dillon_hopper@protonmail.com

Matthew Heimbach
matthew.w.heimbach@gmail.com

Richard Spencer
richardbspencer@gmail.com

      /s/ *Alan Levine*
      Alan Levine (*pro hac vice*)
      *Counsel for Plaintiffs*