UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

ELIZABETH SINES, SETH WISPELWEY,
MARISSA BLAIR, APRIL MUNIZ,
MARCUS MARTIN, NATALIE ROMERO,
CHELSEA ALVARADO, JOHN DOE, and
THOMAS BAKER,

        Plaintiffs,

v.

JASON KESSLER, et al.,

        Defendants.

Civil Action No. 3:17-cv-00072-NKM-JCH

**ORDER GRANTING CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR SUMMARY JUDGMENT OF DEFENDANTS LEAGUE OF THE SOUTH, MICHAEL HILL, AND MICHAEL TUBBS**

Pending before the Court is Plaintiffs' Consent Motion for Extension of Time to Respond to Defendants League of the South, Michael Hill and Michael Tubbs' Motion for Summary Judgment. After review and consideration, the Motion is hereby **GRANTED** and it is **ORDERED** as follows:

1) Plaintiffs' response to the Motion for Summary Judgment is due September 4, 2020;

2) Defendants League of the South, Michael Hill and Michael Tubbs' reply to Plaintiffs' response is due September 11, 2020; and,

3) The deadline for a hearing on this motion will be moved to the week of September 14, 2020 and must be scheduled with the Clerk.

2

All other deadlines as set by the November 26, 2019 Scheduling Order [ECF No. 597] remain unchanged.

Dated: August 25, 2020

Honorable Joel C. Hoppe
United States Magistrate Judge