# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION

| | |
|---|---|
| ELIZABETH SINES, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>JASON KESSLER, *et al.*,<br><br>*Defendants.* | CASE NO. 3:17-cv-00072<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

The jury trial in this case is currently scheduled for October 26, 2020. The trial is scheduled for three weeks at present, and Plaintiffs anticipate it will take up to four weeks in total. There are nine Plaintiffs, and twenty individual and organizational Defendants. Considering the health risks presented by COVID-19 in this District and Virginia; and considering the nature of this case and the projected extensive breadth and scope of this trial, the Court finds good cause to **CONTINUE** the trial. The Clerk of Court is **DIRECTED** to remove the jury trial in this case from the Court's calendar.

Before setting the trial for specific future dates, the Court will hold a telephonic status conference on the subject, which shall be on **September 14, 2020** at **2:00 p.m.** All parties are **DIRECTED** to appear at that telephonic status conference. The Clerk of Court shall provide dial-in instructions beforehand.

Furthermore, all parties shall be prepared to discuss the following topics at the telephonic status conference:

- Projected length of trial

- Potential dates to reschedule trial

1

- Anticipated number of witnesses for Plaintiffs and each Defendant

- Options for reducing number of case participants in the courtroom at any given time, such as by having certain parties or witnesses participate remotely by video-conference

- Designation of one Defense counsel who will serve as a point of contact for Defendants to assist in ensuring Defendants' and any Defense witnesses' compliance with health precautions in any trial or in-person hearings before trial

- Designation of one Plaintiffs' counsel who will serve in a similar role on Plaintiffs' behalf.

It is so **ORDERED**.

The Clerk of the Court is directed to send a certified copy of this Order to the parties.

Entered this   25th   day of August, 2020.

_____
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE