UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| ELIZABETH SINES, SETH WISPELWEY, MARISSA BLAIR, APRIL MUÑIZ, MARCUS MARTIN, NATALIE ROMERO, CHELSEA ALVARADO, JOHN DOE, and THOMAS BAKER,<br><br>       Plaintiffs,<br><br>v.<br><br>JASON KESSLER, et al.<br>       Defendants. | Civil Action No. 3:17-cv-00072-NKM<br><br>**JURY TRIAL DEMANDED** |

**CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS JASON KESSLER, NATHAN DAMIGO, MATTHEW PARROTT, IDENTITY EVROPA, AND TRADITIONALIST WORKERS PARTY'S MOTION TO EXCLUDE EXPERT TESTIMONY**

Plaintiffs Elizabeth Sines, Seth Wispelwey, Marisa Blair, April Muniz, Marcus Martin, Natalie Romero, Chelsea Alvarado, John Doe, and Thomas Baker ("Plaintiffs"), hereby move this Court, pursuant to Local Rule 11(c)(2), for a two-week extension, to September 11, 2020, to respond to the Motion to Exclude Expert Testimony filed by Defendants Jason Kessler, Nathan Damigo, Matthew Parrott, Identity Evropa and Traditionalist Workers Party (the "Motion"). Movant Defendants consent to this extension, and good cause exists for granting this extension. In support thereof, Plaintiffs state as follows:

- On August 7, 2020, Movant Defendants filed their Motion to Exclude Expert Testimony [Dkt. 826].

- Pursuant to the Scheduling Order issued by the Court [Dkt. 597], responses to motions to exclude expert testimony are due on August 28, 2020. Replies are due on September 4, 2020.

- The Motion seeks to exclude testimony from three separate types of experts, raising distinct legal issues as to each. Because Plaintiffs are also engaged in preparing a response to an admittedly lengthy and complex Motion for Summary Judgment filed simultaneously by Defendants League of the South, Michael Tubbs and Michael Hill [Dkts. 823-00 – 823-64], Plaintiffs sought and received consent from Movant Defendants' counsel James Kolenich for a two-week extension to respond to the Motion. Plaintiffs submit there is good cause for requesting a two-week extension to respond to the Motion.

- Plaintiffs consent to extending Movant Defendants' deadline to file a Reply to September 18, 2020.

- Plaintiffs have not made prior requests to extend their deadline to respond, no party will be prejudiced by such an extension, and no other deadlines in this case will be affected by granting this Motion.

WHEREFORE, Counsel for Plaintiffs respectfully request that the Court extend Plaintiffs' deadline to respond to Movant Defendants' Motion to Exclude Expert Testimony to September 11, 2020.

| | |
|---|---|
| Dated: August 26, 2020 | Respectfully submitted, |
| | |
| | /s/ *Robert T. Cahill* |
| | Robert T. Cahill (VSB 38562) |
| | COOLEY LLP |
| | 11951 Freedom Drive, 14th Floor |
| | Reston, VA 20190-5656 |
| | Telephone: (703) 456-8000 |
| | Fax: (703) 456-8100 |
| | rcahill@cooley.com |
| | |
| | Of Counsel: |
| | |
| Roberta A. Kaplan (*pro hac vice*) | Karen L. Dunn (*pro hac vice*) |
| Julie E. Fink (*pro hac vice*) | William A. Isaacson (*pro hac vice*) |
| Gabrielle E. Tenzer (*pro hac vice*) | Jessica E. Phillips (*pro hac vice*) |
| Michael L. Bloch (*pro hac vice*) | PAUL WEISS RIFKIND WHARTON & |
| KAPLAN HECKER & FINK LLP | GARRISON LLP |
| 350 Fifth Avenue, Suite 7110 | 2001 K Street, NW |
| New York, NY 10118 | Washington, DC 20006 |
| Telephone: (212) 763-0883 | Telephone: (202) 223-7300 |
| rkaplan@kaplanhecker.com | Fax: (202) 223-7420 |
| jfink@kaplanhecker.com | kdunn@paulweiss.com |
| gtenzer@kaplanhecker.com | wisaacson@paulweiss.com |
| mbloch@kaplanhecker.com | jphillips@paulweiss.com |
| bwhite@kaplanhecker.com | |
| | |
| Alan Levine (*pro hac vice*) | David E. Mills (*pro hac vice*) |
| Philip Bowman (*pro hac vice*) | Joshua M. Siegel (VSB 73416) |
| COOLEY LLP | COOLEY LLP |
| 55 Hudson Yards | 1299 Pennsylvania Avenue, NW |
| New York, NY 10001 | Suite 700 |
| Telephone: (212) 479-6260 | Washington, DC 20004 |
| Fax: (212) 479-6275 | Telephone: (202) 842-7800 |
| alevine@cooley.com | Fax: (202) 842-7899 |
| pbowman@cooley.com | dmills@cooley.com |
| | jsiegel@cooley.com |
| | |
| J. Benjamin Rottenborn (VSB 84796) | |
| WOODS ROGERS PLC | |
| 10 South Jefferson St., Suite 1400 | |
| Roanoke, VA 24011 | |
| Telephone: (540) 983-7600 | |
| Fax: (540) 983-7711 | |
| brottenborn@woodsrogers.com | |
| | *Counsel for Plaintiffs* |

## CERTIFICATE OF SERVICE

 I hereby certify that on August 26, 2020, I filed the foregoing with the Clerk of Court through the CM/ECF system, which will send a notice of electronic filing to:

Justin Saunders Gravatt
David L. Hauck
David L. Campbell
Duane, Hauck, Davis & Gravatt, P.C.
100 West Franklin Street, Suite 100
Richmond, VA 23220
jgravatt@dhdglaw.com
dhauck@dhdglaw.com
dcampbell@dhdglaw.com

*Counsel for Defendant James A. Fields, Jr.*

Elmer Woodard
5661 US Hwy 29
Blairs, VA 24527
isuecrooks@comcast.net

James E. Kolenich
Kolenich Law Office
9435 Waterstone Blvd. #140
Cincinnati, OH 45249
jek318@gmail.com

*Counsel for Defendants Matthew Parrott, Traditionalist Worker Party, Jason Kessler, Nathan Damigo, and Identity Europa, Inc. (Identity Evropa)*

Bryan Jones
106 W. South St., Suite 211
Charlottesville, VA 22902
bryan@bjoneslegal.com

*Counsel for Defendants Michael Hill, Michael Tubbs, and League of the South*

William Edward ReBrook , IV
The Rebrook Law Office
6013 Clerkenwell Court
Burke, VA 22015
edward@rebrooklaw.com

*Counsel for Defendants Jeff Schoep, National Socialist Movement, and Nationalist Front*

1

I further hereby certify that on August 26, 2020, I also served the following non-ECF participants, via electronic mail, as follows:

Elliot Kline
eli.f.mosley@gmail.com

Matthew Heimbach
matthew.w.heimbach@gmail.com

Robert Ray
azzmador@gmail.com

Christopher Cantwell
christopher.cantwell@gmail.com

Vanguard America
c/o Dillon Hopper
dillon_hopper@protonmail.com

Richard Spencer
richardbspencer@icloud.com

>*/s/ Robert T. Cahill*
>Robert T. Cahill (VSB 38562)
>COOLEY LLP
>11951 Freedom Drive, 14th Floor
>Reston, VA 20190-5656
>Telephone: (703) 456-8000
>Fax: (703) 456-8100
>rcahill@cooley.com
>
>*Counsel for Plaintiffs*