**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**Charlottesville Division**

ELIZABETH SINES, SETH WISPELWEY,
MARISSA BLAIR, APRIL MUÑIZ,
MARCUS MARTIN, NATALIE ROMERO,
CHELSEA ALVARADO, JOHN DOE, and
THOMAS BAKER,

                      Plaintiffs,

v.

JASON KESSLER, et al.
                    Defendants.

**Civil Action No. 3:17-cv-00072-NKM**

**JURY TRIAL DEMANDED**

**[PROPOSED] ORDER GRANTING CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS JASON KESSLER, NATHAN DAMIGO, MATTHEW PARROTT, IDENTITY EVROPA, AND TRADITIONALIST WORKERS PARTY'S MOTION TO EXCLUDE EXPERT TESTIMONY**

Pending before the Court is Plaintiffs' Consent Motion for Extension of Time to Respond to Defendants Jason Kessler, Nathan Damigo, Matthew Parrott, Identity Evropa and Traditionalist Workers Party's Motion to Exclude Expert Testimony. After review and consideration, the Motion is hereby **GRANTED** and it is **ORDERED** as follows:

1)  Plaintiffs' response to the Motion to Exclude Expert Testimony is due September 11, 2020; and

2)  Defendants Jason Kessler, Nathan Damigo, Matthew Parrott, Identity Evropa and Traditionalist Workers Party's reply to Plaintiffs' response is due on September 18, 2020.

All other deadlines as set by the November 26, 2019 Scheduling Order [ECF No. 597] remain unchanged.

Dated: _____, 2020

_____
Honorable Joel C. Hoppe
United States Magistrate Judge