CLERK'S OFFICE U.S. DIST COURT
AT CHARLOTTESVILLE, VA
FILED

09/04/2020

JULIA C. DUDLEY, CLERK
BY: H. Wheeler
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION

| | |
|---|---|
| ELIZABETH SINES, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>JASON KESSLER, *et al.*,<br><br>*Defendants.* | CASE NO. 3:17-cv-00072<br><br>SECOND ORDER TO ROBERT "AZZMADOR" RAY<br><br>JUDGE NORMAN K. MOON |

In the Court's Show Cause Order to Defendant Robert "Azzmador" Ray, dated August 27, 2020, the Court ordered, among other things, that Ray contact Plaintiffs' counsel no later than September 7, 2020. *See* Dkt. 848 at 2.

Upon notice that the attorney for Plaintiffs referenced in the Show Cause Order had since changed firm affiliation, Dkt. 852, the Court accordingly **ORDERS** Ray to contact Plaintiffs' counsel at (212) 763-0883 or ybarkai@kaplanhecker.com no later than **September 9, 2020** at **5:00 P.M. ET**, to get any necessary login or contact information for Ray to participate in a deposition upon oral examination by Plaintiffs' counsel in this case on Monday, September 14, 2020 at 9:30 A.M. ET. The Court's Show Cause Order is **MODIFIED** in only this respect, and remains in full effect. Dkt. 848.

It is so **ORDERED**.

The Clerk of the Court is directed to send a certified copy of this Order to the parties.

Entered this  3rd  day of September, 2020.

*Norman K. Moon*
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE