# EXHIBIT 14

**Profile**
**Messages**
Ike 

Ike ████ at 12:55:14 pm on Aug 23, 2017
I forwarded the above message to Dr. Hill. He asked that I convey his sincere thanks for your kind words and for the comradeship between us. His words verbatim to me: "It was an honor to stand with them..." I have come to the sincere belief that we who were present in Charlottesville that day and who fought the jew directed communist horde were present for the very genesis of the resurrection of our Folk. The future will bring other similar days, and those of our comrades, filled with regret for not being present on 8/12, no matter the validity of their reasons, will move heaven and earth to be among us then. I have sent a report to you about future matters via encrypted email, I'll use that channel for our official communication due to the OpSec element, this channel I'll continue to utilize for cordial & friendly informal communication between comrades. I and the League look forward to our future activities together, and yes sir, we would also like to enjoy the fellowship of an after-op bonfire with you and our NSM brothers & comrades. - Ike
Message deleted
You, at 5:33:19 pm on Aug 18, 2017
It was truely an Honor to stand with our brothers in League of the South, you guys are amazing, and true street activists, and I am extremely happy we are all working together, you have some really solid men in your Org, Spencer marched back with us in the last group to get to the ramp and I was really impressed by him, and Michael Tubbs who I had not met before clearing the way to get into the park like a bulldozer, I really like him to, and of course Dr. Hill the man behind it all, and yourself and so many others I cannot remember everyones names but a really solid group you guys have and I am honored to know you all and fight alongside of you. Please feel free to share this message with any of your men, as we in the NSM do think really highly of you all, and look forward to further actions together. We are putting in permits for Lexington, KY they need 8 weeks to approve permits there, but we are filing for Nov 18th, and should have that date solidified soon for a mass rally there in defense of the statutes. Hail Victory Brother, and great to see you again. Sorry I was not able to make the after event in charlottesville, we stayed about 90 minutes in the other direction, and I was pretty exhausted from all the driving, next time we need to make sure we are not so far away so we can visit more afterwards.
Message deleted
Ike ████ at 1:01:00 am on Aug 18, 2017
Good evening, Commander. Last Saturday in Charlottesville was a day to remember. Standing again as one against that horde of untermenschen did my heart good. Being in battle with our allies of the NSM made it an even greater day. Though our careful plans did not survive first contact with the enemy, we all acquitted ourselves as White men always have when the (numerical) odds are against us. In our councils later that night you and the NSM were spoken of with great affection and respect by every League man around the fire. We're proud to call you our allies, sir. I look forward to taking the field together again. Hail Victory and God Save the South! - Ike
Message deleted