# EXHIBIT 17

Case 3:17-cv-00072-NKM-JCH Document 863-6 Filed 09/05/20 Page 2 of 5 Pageid#: 13934



# Fighting it Only Makes it Worse: A Defense of "White Dinduism"

Posted August 22, 2017 by Matt Parrott

David Cole's latest, "Racial Communism," argues that those of us who fought in Charlottesville are "White Dindus" who are to blame for the monuments coming down.

> Last week, in the wake of the car-ramming incident at the Unite the Right rally in Charlottesville, hundreds of alt-rightists and white nationalists decided to drop the bravado and go all "dindu nuffin." "Antifa started pickin' on us and we wuzn't even doin' nuthin'." It was an overnight personality shift that would have shocked Ebenezer Scrooge.

Liberals like Cole (and every Jewish man is a global cosmopolitan when the chips are down), are pretending that mayhem was inevitable in Charlottesville. Following from that, I'm supposedly as guilty as the leftists because I knew there was the possibility of being attacked and attended the event anyway. We did our due diligence and preparation, because we don't take the safety of our men for granted. We were prepared to fight. But what happened in Charlottesville was a startling, unexpected, game changing dereliction of the way these events have been handled for forty years, since the landmark *National Socialist Party of America v. Village of Skokie* confirmed that even nationalists have constitutional rights.

Even Cole grudgingly admits that we keep winning our street conflicts despite astronomical odds.

> The rightist vs. Antifa brawling is something that folks on both sides have come to look forward to…rightists in particular because generally they've been "winning" the ground war.

There shouldn't have been and didn't need to be a "ground war" in either Sacramento or Charlottesville. And if law enforcement had been instructed to do their standard job, there would have been at most a handful of skirmishes here and there. Cole seems to have forgotten altogether that "self-defense" is a category of action in which one both participates in violence *and* "dindu nuffin" at the same time. As far back as laws and morals have been etched into clay tablets, it's been understood that a man's guiltless if he's attacked while going about his legal and moral business.

Making a stand for the monument was our business, our bonafide permitted business as per the federal judge who confirmed that we had a constitutional right to do so. After our permit, the antifa did achieve a permit from the city to protest us in the same park. The city could have either given them a space a little further off for security reasons or easily established a human shield in full riot control regalia to separate the two sides. We're 100% blameless for the fact that the mayor and governor *chose* to integrate the two sides, and 100% blameless for the fact that we prevailed in the melee.

They staged a bum fight and their side lost. We truly, to the letter, *dindu nuffin*.

Of course, Cole doesn't see it that way because he's Jewish. Had it been a Muslim-bashing Proud Boy driving the Dodge, he would be passionately proclaiming the young man's innocence. The polarity of his *chutzpah* would've reversed, and Fields would be a folk hero to him against the rising tide of "Islamofascism" and the "Liberal Fascists" or whatever neo-neocon word salad Jewish "conservatives" are hopped up on lately.

> Unite the Right was a direct response to the campaign to remove Confederate symbols, a campaign spurred by Roof's actions. And all the rally did was give a public stage to another race-hating, far-right nutcase who committed a crime that has now brought even worse repercussions than those that followed Roof's murders.

When it's actual nationalists fighting the globalists, instead of Cole's favored *kosher nationalist* types, our fighting our dispossession supposedly only makes it worse. With all due respect, American conservatives have been taking Jewish advice on how to defeat leftists for several decades now and have only received one humiliation and setback after another. With both Sacramento and Charlottesville, we did the opposite. With those battles, we've achieved electrifying street victories which have escalated and polarized the confrontation with the radical left. For less than an hour of our work, we've provoked the leftists into a frenzy of riots nationwide, an unprecedented neoliberal corporate censorship storm, and their admission that the cause of White Identity is both *strong* and *growing*.

We started winning when we stopped taking Jewish and paleocon "advice" and we're not about to change course now. The fact that the Confederate battle flag has been rescued from the waste bin of Rainbow Confederate pop country kitsch and restored as something that strikes fear into the hearts of our oppressors is a victory. The fact that the Atlanticist corporate oligopoly controlling the Internet has betrayed its supposed "net neutrality" to attempt to silence us is an invaluable escalation and confirmation that this system is threatened by us.

We've established authentic nationalism as the greatest opponent of, threat to, and voice against the globalists. In Charlottesville, we notarized ourselves by our actions as the authentic vanguard of the traditional American identity, the White American identity which founded and fought for this land. There were actually some civic nationalists who fought alongside us in Charlottesville, and their reasons for being there shouldn't be entirely eclipsed by mine or Spencer's or anybody else's. Both those civvies who fought in Charlottesville and the handful of civvies who stood strong in Boston are fighting a good fight against these globalists as well. Cole's advice to stand down and avoid escalation with the radical left is terrible advice to them, as well.

Take note: *With Jews, you lose*.

Grotesque spectacles like Unite the Right only end up making things worse. By taking part in that kind of nonsense, rightists only intensify the beatdown they're receiving in the battle to keep historically and culturally significant art from being erased from the public square. In a way, they become complicit in their own ass-whuppin'.

Therein lies your choice, goyim: You either redefine your statues and your heritage to accommodate the anti-white globalist elites, surrendering your principles and your future, or we're going to have to take the statues down. David Cole wants to pretend this is a simple project to keep as many monuments as possible standing. I, for one, would rather every monument to the heritage of my people fall in a polarizing controversy as we fight like hell to preserve our future. That's preferable to our monuments succumbing to the elements like the Statue of Liberty in the Planet of the Apes, with no Charlton Heston left who remembers or cares what these men stood and struggled for.

## 10 Comments

*Fighting it Only Makes it Worse: A Defense of "White Dinduism" | @the_arv* August 22nd, 2017

[…] Fighting it Only Makes it Worse: A Defense of "White Dinduism" […]

Log in to Reply

*Pareto* August 22nd, 2017

Cole single-handedly lowered the level of discourse at Taki's to such a sorry level that it chased me away. I have no inclination to read it at all anymore.

Log in to Reply

*Mac Tírè* August 22nd, 2017

Another oven-worthy. Just keep doing the opposite of what they say. We are on the right track.

Log in to Reply

*Brent McKaskell* August 23rd, 2017

*"Nothin' says lovin' like a Jew in the oven!"*

*Pvt. Schmuckatelli* August 22nd, 2017

Becoming Jew wise was the best thing that ever happened to me (i once gave Ben Shapiro money) what i saw at Charlottesville was hundreds upon hundreds of white men battling against a savage horde…it is the proudest day of my life (and im an Iraq vet) and i still am talking about it to anyone that will listen

Log in to Reply

*James Montrose* August 22nd, 2017

Excellent, sir. It was The League of the South's honor and pleasure to stand and fight with y'all in Charlottesville. Hail victory and hail Dixie!–Michael Hill

Log in to Reply

*Fr. John+* August 24th, 2017

The definition of chutzpah- "The Jew cries out in pain, as HE strikes YOU."

Cole, go to Hell. Your tribal lies don't work anymore.

Log in to Reply

*Hammerheart* August 24th, 2017

The "controversy" has reached Tyler Texas. The Tyler whites I knew I thought would die before they would surrender their heritage & culture. But it's started, arguing over whether to re-name REL HS, etc. These people in no small way taught me to have an awareness I previously lacked. It pains me to see the teacher fall.

Log in to Reply

*AES* August 25th, 2017

Cole's article looks like the work of a failed stand-up comedian. I wouldn't be surprised if that's what he is.

Log in to Reply

*A Defense of "White Dinduism" - Top* September 5th, 2017

[…] Source link […]

Log in to Reply

## Leave a Reply

You must be logged in to post a comment.

© 2017 TradWorker

[ Top ]