# EXHIBIT 18

#: 27867
Chat #: 2384
Identifier:
Start Time: Date: 4/10/2017 12:38:10 AM
Start Time: Time: 4/10/2017 12:38:10 AM(UTC-4)
Last Activity: Date: 4/2/2018 9:48:54 AM
Last Activity: Time: 4/2/2018 9:48:54 AM(UTC-4)
Name:
Description:
Participants: [Redacted for PII] Coach (owner)
[Redacted for PII] Jason Kessler

Number of attachments: 59
Source: iMessage: +16104062229
Deleted - Chat:
Tag Note - Chat:
Carved:
Manually decoded:
Instant Message #: 510
From: [Redacted for PII] Coach
To:
Participants Timestamps:
Subject:
Status: Sent
Platform: Unknown
Location:
Timestamp: Date: 8/8/2017 6:33:40 PM
Timestamp: Time: 8/8/2017 6:33:40 PM(UTC-4)
Delivered: Date: 8/8/2017 6:33:41 PM
Delivered: Time: 8/8/2017 6:33:41 PM(UTC-4)
Read: Date:
Read: Time:
Deleted - Instant Message:
Tag Note - Instant Message:
Source file information: Elliott's iPhone 4/var/mobile/Library/SMS/sms.db : 0x1FB4BB6 (Table: message, chat, Size: 66404352 bytes)
Starred message: No
Message Carved:
Message Manually decoded:
Attachments:
----------------------------------------------------------------

All that matters is that the time and location for tiki is hidden and it doesn't hurt too much