# EXHIBIT 45

# INTENTIONALLY LEFT BLANK