# EXHIBIT 63

```
 1              UNITED STATES DISTRICT COURT

 2          FOR THE WESTERN DISTRICT OF VIRGINIA

 3                 CHARLOTTESVILLE DIVISION

 4

 5    ELIZABETH SINES, et al.,   )
                                 )
 6              Plaintiffs,      )
                                 )  Civil Action No.
 7         vs.                   )  3:17-cv-00072-NKM
                                 )
 8    JASON KESSLER, et al.,     )
                                 )
 9              Defendants.      )
      _____)

10

11

12

13

14

15          REMOTE VIDEOTAPED DEPOSITION OF

16                  BURT [Redacted PII]

17             Tuesday, August 11, 2020

18

19

20

21

22

23  STENOGRAPHICALLY REPORTED BY:

24  RHONDA HALL-BREUWET, RDR, CRR, LCR, CCR, FPR

25  JOB NO. 182274
```

1

2

3

4                    August 11, 2020

5                     9:36 a.m.

6

7

8         Remote Videotaped Deposition of BURT

9   COLUCCI, held before Rhonda Hall-Breuwet,

10  Registered Diplomate Reporter, Certified

11  Realtime Reporter, Licensed Court Reporter

12  (TN), Certified Court Reporter (GA and LA),

13  Florida Professional Reporter, and Notary

14  Public of the State of Florida.

15

16

17

18

19

20

21

22

23

24

25

1        BURT Redacted PII
2   Communists."
3           I understand that you testified that
4   you weren't at Unite the Right; however,
5   would it be possible for you at an NSM event
6   to look at a group and to identify who were
7   the homosexuals, who were the self-hating
8   whites, who were the hardcore Communists?
9       A.   If they were signaling that, then
10  yes.
11      Q.   How would you signal that?
12      A.   A lot of them held up signs. They
13  have symbols, symbolism that they wear, flags
14  that they fly.  There's a lot of indicators
15  to where they would stand politically.
16      Q.   What if someone were not holding a
17  sign?
18      A.   Well, then you would have to listen
19  to what's coming out of their mouth.
20      Q.   The next paragraph starts:  "As the
21  orderly and disciplined NF formation
22  approached the permitted rally area, a number
23  of fistfights and other physical
24  confrontations broke out as the leftists
25  began a feeble effort to try to stop the

```
1              BURT  Redacted PII
2    forward progress of the determined NF column
3    to reach our permitted rally point."
4              Is that what happened?
5        A.    I don't know the answer.
6        Q.    Do you know anything about the
7    fistfights and physical confrontations that
8    broke out?
9        A.    I do not.
10       Q.    Do you know whether the opposition
11   by the leftists was feeble?
12       A.    In this situation, no, but it
13   usually is.
14       Q.    Usually the opposition to NSM
15   participants is feeble; is that right?
16       A.    The people who oppose us are a bunch
17   of fags.  They're no match for us, and it
18   doesn't matter how much of them there are.
19   So I'd venture to say in this case here, it
20   sounds like the numbers I heard were a
21   thousand Antifa showed up, and they more than
22   likely thought they were going to outpower
23   the people on the Right, and it did happen
24   that way, that they showed up with a thousand
25   to 1,200 on the Right side.  So those are
```

1          BURT Redacted PII

2    that "The NSM is simply the most experienced

3    organization in America today, having planned

4    and participated in literally dozens of

5    events spanning decades."

6              Is that accurate?

7         A.   I'm sorry.  I got a -- what's the --

8    how does the paragraph begin?

9         Q.   The paragraph begins "It is of great

10   significance."

11        A.   Okay.  I got it.

12        Q.   And then there's an italicized

13   sentence that says:  "The NSM is simply the

14   most experienced organization in America

15   today, having planned and participated in

16   literally dozens of events spanning decades."

17             Is that accurate?

18        A.   Sounds like propaganda, but, yeah,

19   you could say that's accurate.

20        Q.   And then the next paragraph the

21   report states:  "Our admiration and thanks go

22   out to the professionalism exhibited by the

23   highly trained men at the League of the South

24   who took point in the shield wall that pushed

25   through the line of Red opposition."

CERTIFICATE

STATE OF FLORIDA:

I, RHONDA HALL-BREUWET, RDR, CRR, LCR, CCR, FPR, stenographic shorthand reporter, do hereby certify:

That the witness whose deposition is hereinbefore set forth was duly sworn, and that such deposition is a true record of the testimony given by such witness.

I further certify that I am not related to any of the parties to this action by blood or marriage, and that I am in no way interested in the outcome of this matter.

IN WITNESS WHEREOF, I have hereunto set my hand this 17th day of August, 2020.

*Rhonda Hall Breuwet*

RHONDA HALL-BREUWET, RDR, CRR, LCR, CCR, FPR
Stenographic Shorthand Reporter