# EXHIBIT 64

1    BRADLEY DEAN ████████

2        IN THE UNITED STATES DISTRICT COURT

3        FOR THE WESTERN DISTRICT OF VIRGINIA

4            CHARLOTTESVILLE DIVISION

5

6   ELIZABETH SINES, et al.,

7            Plaintiffs,

8   vs.                    CASE NO. 3:17-cv-00072-NKM

9   JASON KESSLER, et al.,

10            Defendants.

11

12

13                *REVISED*

14        REMOTE VIDEOTAPED DEPOSITION

15                  OF

16        BRADLEY DEAN ████████

17

18

19

20

21

22

23   Reported by:

24   Greta H. Duckett, CCR, RPR, CRR, CVR-S, RVR-M-S

25   Job no. 180540

1                BRADLEY DEAN [Redacted for PII]

2

3

4

5                Remote videotaped deposition of

6  BRADLEY DEAN [Redacted for PII], taken before Greta H.

7  Duckett, Certified Court Reporter, Registered

8  Professional Reporter, Certified Realtime Reporter,

9  and Commissioner for the State of Alabama at Large,

10  on Thursday, June 11, 2020, commencing at

11  approximately 9:45 a.m.

12

13

14

15

16

17

18

19

20

21

22

23

24

1          BRADLEY DEAN [Redacted for PII]

2   ask you any information about your beliefs?

3       A.     I was a pretty well-known personality

4   by then, so (indiscernible).

5       Q.     Did you have any involvement with

6   recruiting new members?

7       A.     I would suppose so.  I mean, plenty of

8   people from my blog have joined the group.  Plenty

9   of people I've interacted with on Twitter have

10  joined the group -- on social media.

11      Q.     So when you are recruiting a new

12  member, what do you do to make sure that they share

13  the beliefs of League of the South?

14      A.     I think anyone can join, but, like, if

15  people don't share the beliefs of the group, I

16  think they're kicked out.  But, you know, I don't

17  run the group, so I don't know.

18      Q.     Do new members undergo any form of

19  vetting process?

20      A.     I'm not in charge of that, so you would

21  have to ask Dr. Hill.

22      Q.     Are you aware if new members undergo

23  any form of vetting process?

24      A.     I think he said anyone could join, if

25  I'm not mistaken.  But, I mean, it's up to

1          BRADLEY DEAN Redacted for PII

2  there was the national group.

3          For a long time, each -- it was a very

4  decentralized thing.  And I think, in recent years,

5  they've, you know -- they're just more of a

6  national group than a state or local -- it seemed

7  to be more state and local at the time.  Now it's

8  just, like, everyone who is a Southerner, and

9  there's, like, a few guys who are at the top.

10         Q.      So there -- were there leadership roles

11  in the overall League of the South organization?

12         A.      For example, Michael Tubbs is in charge

13  of the Florida chapter.  I'm pretty sure he still

14  is.

15         Q.      And did you have a leadership role?

16         A.      No.  They just asked me to talk to the

17  media for them, I believe, around the time of the

18  Pikeville rally, and I agreed.  And they started

19  calling me the public relations officer.  And what

20  I would do is I would talk to the media, and I

21  would promote the -- promote events and interact

22  with people on social media.  But that was my --

23  the only real role I had ever had except for being

24  a member.

25         Q.      Was that a formal position?

1              BRADLEY DEAN Redacted for PII

2      A.      I think they said it was, but I just

3  consider it I would talk to the media for them.

4      Q.      Were you paid for that position?

5      A.      No, I was not.

6      Q.      When did that start?

7      A.      Sometime in 2017, I believe.

8      Q.      And --

9                  (Simultaneous speakers.)

10     A.      I mean, I did a lot of interviews with

11  the press for the group.  I talked to various

12  reporters.

13     Q.      Are you still the PR officer for League

14  of the South?

15     A.      I haven't done any -- I quit talking to

16  the media a long time ago, so I don't -- I guess

17  so, but it's, like, a -- really a defunct role at

18  this point.

19     Q.      Who asked you to be the PR officer?

20     A.      I believe it was Tubbs or Dr. Hill, one

21  of the two.  But they just put me in charge of

22  public relations because they thought I could talk

23  to people and explain our world view.  And --

24                  (Simultaneous speakers.)

25  ///

1                 BRADLEY DEAN Redacted for PII

2  these riots at Milo Yiannopoulos' speaking events.

3  And so, you know, it just seems to me, you know,

4  self-evident that when --

5                (Simultaneous speakers.)

6                MS. MUNLEY:  Allegra, will you

7        show tab number five?  And this will be

8        Exhibit 4.

9              (Exhibit 4 was marked for

10              identification.)

11  BY MS. MUNLEY:

12    Q.    This is another post from your blog; is

13  that correct?

14    A.    That looks about right.  Yeah.  Yeah.

15  That's me and my friend Tom.

16    Q.    All right.  I think Allegra is

17  scrolling to what I want to talk about.  It's

18  number 8 here.

19    Do you see right here, where it says,

20  I'm not opposed to preparation.  By that, I mean

21  arming yourself, training, gaining experience with

22  firearms, developing your military skills with

23  others.

24    Is that your position on the League of

25  the South's development of a Southern Defense

```
 1              BRADLEY DEAN  Redacted for PII

 2  Force?

 3      A.      I obviously believe that, you know,

 4  there's actually nothing wrong with practicing

 5  firearms or getting in better physical shape or

 6  working with others, you firing guns at the range.

 7  I don't believe, you know, there's anything wrong

 8  with that.

 9      Q.      But you agree that a Southern Defense

10  Force was justified; is that correct?

11      A.      Well, when violent anarchists -- from

12  my view -- and this is -- this was around, I

13  believe, February 2017 -- or January.  This was at

14  a time when --

15                  (Simultaneous speakers.)

16  BY MS. MUNLEY:

17      Q.      It's just a yes-or-no question.

18      A.      Was it justified?  I believe it was

19  absolutely justified.

20      Q.      Okay.  Thank you.

21                  (Simultaneous speakers.)

22                  MS. MUNLEY:  I think we're going

23          to actually take a quick break.  When

24          we come back, I'm going to have maybe,

25          like, 25 minutes of questions, and then
```

1          BRADLEY DEAN  Redacted for PII

2     A.     Pat?  I don't think so.

3     Q.     Did you have any specific

4  responsibilities as the PR officer for League of

5  the South?

6     A.     Not that I really -- I think I was sent

7  a handbook.  I think they created a handbook last

8  year.  I haven't really read through it.

9              (Simultaneous speakers.)

10    A.     And I haven't talked to the media

11 anyway, so, like, I don't -- there's not much

12 public relations to do when you're not talking to

13 the media.

14    Q.     And you used your blog, Occidental

15 Dissent, to promote League of the South, primarily;

16 is that correct?

17    A.     Yes.

18    Q.     Do you use any other platforms to

19 promote League of the South?

20    A.     At one point, Twitter, mainly.

21              (Simultaneous speakers.)

22    Q.     Were you in charge of their Facebook?

23    A.     No, I was not in charge of their

24 Facebook.

25    Q.     Do you know who was?

1          BRADLEY DEAN Redacted for PII

2      A.      The alt-right -- the alt-right groups

3  were using Discord to organize, you know,

4  themselves for Unite the Right, whereas we mainly,

5  you know, chatted -- our groups, which are not

6  really -- the alt-right and Southern nationalism

7  are not really the same thing.  So our groups

8  mainly, you know, just chatted through the phone

9  like we usually do.  But I got on the Discord to

10  keep up with updates that the alt-right was posting

11  for Unite the Right.

12      Q.      And did you use Discord on behalf of

13  League of the South?

14      A.      No, not really.

15      Q.      So when you posted on Discord, did

16  people believe that was coming from League of the

17  South?

18      A.      I don't think so.  I was really just

19  speaking for myself and my blog.

20      Q.      Have you ever reported to anyone about

21  your Discord communications?

22      A.      Have I ever what?

23      Q.      Reported to anyone about your Discord

24  communications, like to Michael Hill or anyone else

25  at League of the South?

1          BRADLEY DEAN [Redacted for PII]

2      A.      I don't believe so.  I barely even

3  checked the thing.  I just mainly watched it to

4  find out, like, how to get rides for people who

5  were, you know, sending me messages on Twitter and

6  email.

7      Q.      Did you keep using it after Unite the

8  Right?

9      A.      For maybe a month or two.  And then we

10 noticed that, you know -- that people that

11 Discord -- people on Discord were being doxed so we

12 quit using the platform because it was insecure,

13 although I never really used it to begin with.  It

14 was other people who were interested in that.

15     Q.      And has the League of the South ever

16 maintained a Discord channel?

17     A.      If they have, I don't remember it.  I

18 don't think so.  I don't think they ever really

19 used Discord much.

20     Q.      So you said that League of the South

21 members generally communicate using the phone; is

22 that correct?

23     A.      Well, yeah.  I mean, most of us have

24 been activists for years, so we know each other in

25 real life.  So we would just chat on the phone

1          BRADLEY DEAN Redacted for PII

2   with, you know, friends.  Whereas, people in the

3   alt-right are mainly anonymous and didn't know each

4   other in the real world, so they were much more

5   focused on Discord at the time.  But we barely --

6   we were barely using that or even aware of it.

7       Q.      And you said you also used Gab to post

8   on behalf of League of the South; is that correct?

9       A.      Yes.  This was mainly after the big

10  shuttering, as we call it, after everyone was

11  banned from Facebook.  And my Twitter account was

12  banned in December of 2017 when Twitter changed the

13  rules.  And for about a year after that, I posted

14  on Gab in 2018, I believe.

15      Q.      And you -- but prior to that, you used

16  Twitter primarily to communicate on behalf of

17  League of the South; is that correct?

18      A.      In 2017, yes.  I had a pretty big

19  Twitter account which I was trying to build up.

20  And like I said, that Twitter account, like

21  Occ Dissent, was banned when they changed the rules

22  in December of 2017.

23      Q.      The Twitter account you were using to

24  communicate on behalf of League of the South, was

25  that Occ Dissent?

1        BRADLEY DEAN Redacted for PII

2        A.        -- had like two months to -- the

3    federal and state government and the local

4    government had two months to prepare for the rally.

5    Our understanding was that it was going to be a sea

6    of police there.  And if they had made the

7    slightest effort, they would have been able to keep

8    order.

9                    MS. MUNLEY:  Allegra, will you

10            show tab 13?

11                    (Exhibit 18 was marked for

12                    identification.)

13    BY MS. MUNLEY:

14        Q.        This will be Exhibit 18.  Do you

15    recognize this document?

16        A.        That's correct.  I wrote that on my

17    blog.

18        Q.        Okay.  And you wrote this on

19    August 31st, 2017; is that correct?

20        A.        That sounds about right.

21        Q.        Allegra is going to scroll for us.

22        You wrote, We brought about a dozen

23    shields.  They were designed to deal with any

24    projectiles that we expected antifa to lob into the

25    park, and a few of us brought pepper spray.  But as

1        BRADLEY DEAN Redacted for PII

2   a whole, no one came in with sticks or any type of

3   weapon; is that correct?

4        A.     There was a debate before the rally

5   whether we should bring guns or anything, and the

6   debate was whether that has bad optics.  And from

7   what I know, we agreed that, as a group, we

8   wouldn't come in armed, but individuals might, you

9   know, come armed to protect (indiscernible); but as

10  a group, not.  So we were relatively more disarmed

11  than usual at that rally.  And like I said -- I

12  said what I just told you.  We brought shields

13  because we anticipated that projectiles would be

14  thrown into the park.  But we trusted the police

15  with our security, and that trust was misplaced.

16       Q.     But people brought pepper spray; is

17  that correct?

18       A.     I believe some people did, yes.

19       Q.     And you said that some people brought

20  other weapons; is that correct?

21       A.     I don't know.  I can't speak for them.

22  I didn't --

23                   (Simultaneous speakers.)

24  BY MS. MUNLEY:

25       Q.     You just said that some individuals

1          BRADLEY DEAN Redacted for PII

2              (Off-the-record discussion from

3              2:05 p.m. to 2:23 p.m.)

4              THE VIDEOGRAPHER:  The time is

5          2:23 p.m.  We're on the record.

6   BY MS. MUNLEY:

7      Q.      So you arrived in Charlottesville on

8   Friday afternoon; is that correct?

9      A.      Yes.  Yes.

10     Q.      And you participated in the torchlight

11  rally on Friday night?

12     A.      Yes.

13     Q.      You attended that as an observer for

14  League of the South; is that correct?

15     A.      No.

16     Q.      Did you attend that with other League

17  of the South members?

18     A.      There were a few people there as

19  individuals, but group had decided to stay behind

20  that night.

21     Q.      So how many of you from League of the

22  South attended?

23     A.      I'm not sure.  I just know with me, it

24  was just the people who were in -- who came with me

25  to Charlottesville.

                    BRADLEY DEAN ~~Redacted for PII~~

1

2       Q.      And how many people was that?

3       A.      Me, my wife, and four friends.

4       Q.      So at least six people and potentially

5  more people from League of the South attended,

6  correct?

7       A.      Well, I think two -- two of them, I

8  don't think, were League of the South members.

9  Maybe three, anyway.

10      Q.      You-all came from the League of the

11  South venue together; is that correct?

12      A.      No.  We had gone to a barbecue at

13  another friend's house -- another friend's place.

14  And I had talked to Jason Kessler, because I found

15  out that evening that the -- the antifa had found

16  out about the torchlight march, and I recommended

17  to Jason that he shift the location of that march.

18  But he called me back and said that he had talked

19  to the police and everything was fine and good to

20  go.  And it was around that time that the court

21  ruled in our favor that he had won his lawsuit and

22  he could have the rally in the park the next day.

23      Q.      But why did you recommend to

24  Mr. Kessler to cancel the torch march?

25      A.      Because I was concerned about antifa.

Case 3:17-cv-00072-NKM-JCH Document 866-23 Filed 09/05/20 Page 17 of 21 Pageid#: 13322

1          BRADLEY DEAN Redacted for PII

2     A.    No.

3     Q.    Did you see Michael Tubbs?

4     A.    No.

5     Q.    Did you see Michael Hill?

6     A.    No.

7     Q.    Thank you see Jack Schoep?

8     A.    No.

9     Q.    Did you see Augustus Sol Invictus?

10    A.    Yes.

11    Q.    What did you bring with you to the

12 torch march?

13    A.    We had some torches, but we were late

14 getting there.  It was halfway over.  And some of

15 my friends had torches who came with me, but I

16 didn't have one.

17    Q.    Where did you get the torches from?

18    A.    I think a Dollar General.

19    Q.    On the way to the torch march?

20    A.    I believe we already had them.

21    Q.    So you brought them from Alabama?

22    A.    I believe so.

23    Q.    And why did you bring a torch?

24    A.    We knew that there was going to be a

25 torch march and the alt-right was doing that; but

1          BRADLEY DEAN Redacted for PII

2    point, in my view.  I caught up to the back of the

3    line.

4         Q.     So you did not carry a torch; is that

5    correct?

6         A.     No.  My wife did, I believe.

7         Q.     Did everybody in your group bring the

8    lighter fluid for their tiki torches?

9         A.     I'm not exactly sure.  I wasn't the one

10   who bought them, and I didn't light it.

11        Q.     What did you wear to the torch march?

12        A.     I believe I bought a new polo from my

13   friend Kyle at the barbecue.  It was a -- it was a

14   new League of the South polo.  I got it from him

15   just a moment before.

16        Q.     What color was it?

17        A.     It was a black one, I think.

18        Q.     And were other people wearing black

19   polos?

20        A.     Not really.  It was an all-white event.

21        Q.     Was there an instruction given to wear

22   a white polo?

23        A.     If there was, I didn't notice.  It was

24   really Identity Evropa that did that.  That was

25   their group.

1    BRADLEY DEAN [Redacted for PII]

2    down monuments, like in Richmond last night.

3        Q.    Does it refer to non-white people

4    replacing white people?

5        A.    I think they were referring -- I think

6    it's more than that.  I think it's a total

7    destruction and erasure of identity, and it isn't

8    so much about non-whites as it is destroying our

9    culture and identity, is my understanding.

10       Q.    And did you chant, "You will not

11   replace us" with the torch rally?

12       A.    I don't recall chanting anything.  I'm

13   not a chanter.

14       Q.    Did the marchers chant, "Jews will not

15   replace us"?

16       A.    I believe some of them did.

17       Q.    Does this refer to Jewish people

18   replacing white people?

19       A.    It refers to Jewish people attacking

20   Southern monuments, American -- monuments to

21   American history.  There's a long thread on Twitter

22   today about someone -- a self-identified Jewish

23   person who has a hit list of all kinds of monuments

24   which need to be destroyed.  So that's the kind of

25   people they were responding to.

```
 1              BRADLEY DEAN Redacted for PII

 2      Q.      Did the marchers chant, "Blood and

 3  Soil"?

 4      A.      Some of them did.

 5      Q.      Were these statements intended to be

 6  intimidating to non-white people?

 7      A.      I don't think so.  Most nations in the

 8  world are based on ethnicity, not citizenship.

 9      Q.      So your testimony is that a large mass

10  of people carrying torches, chanting "You will not

11  replace us" is not -- was not intended to be

12  intimidating to non-white people; is that correct?

13      A.      Torch marches are common in Europe and

14  are common in American history.

15      Q.      (Indiscernible.)

16      A.      I did not see it as intimidating.  I

17  thought it was a celebration of our identity.

18      Q.      Were these statements intended to be

19  intimidating to Jewish people?

20      A.      I don't think so.

21      Q.      All right.  Did the marchers also

22  chant, "Into the oven"?

23      A.      I didn't hear that one.

24      Q.      So is it your testimony that a large

25  mass of people carrying torches, chanting "Jews
```

```
 1              BRADLEY DEAN  Redacted for PII

 2              REPORTER'S CERTIFICATE

 3              I, Greta H. Duckett, Certified Court

 4    Reporter, Registered Professional Reporter, and

 5    Certified Realtime Reporter, hereby certify that on

 6    Thursday, June 11, 2020, I reported the deposition

 7    of BRADLEY DEAN  Redacted for PII , who was first duly sworn

 8    or affirmed to speak the truth in the matter of the

 9    foregoing cause, and that the pages herein contain

10    a true and accurate transcription of the

11    examination of said witness by counsel for the

12    parties set out herein.

13              I further certify that I am neither of kin

14    nor of counsel to any of the parties to said cause,

15    nor in any manner interested in the results

16    thereof.

17              This 17th day of June, 2020.

18

19

20    _____
      GRETA H. DUCKETT, RPR, CRR, CVR-S, RVR-M-S
21    ACCR-12, GCCR-2891, MCCR-1945, TNLCR-671
      Commissioner, State of Alabama at Large
22    CCR EXPIRATION:  9/30/20
      MY COMMISSION EXPIRES:  5/17/21
23

24

25
```