# EXHIBIT 66

```
 1

 2              IN THE UNITED STATES DISTRICT COURT
              FOR THE WESTERN DISTRICT OF VIRGINIA
 3                  CHARLOTTESVILLE DIVISION

 4
      ELIZABETH SINES, SETH       )
 5    WISPEL WEY, MARISSA         )
      BLAIR, TYLER MAGILL,        )
 6    APRIL MUNIZ HANNAH          )
      PEARCE, MARCUS MARTIN,      )
 7    NATALIE ROMERO, CHELSEA     )
      ALVARADO, AND JOHN DOE,     )
 8                                )
                     Plaintiffs,  )
 9                                ) CIVIL ACTION FILE
               vs.                )
10                                ) NO: 3:17-CV-00072-NKM
      JASON KESSLER, RICHARD      )
11    SPENCER, CHRISTOPHER        )
      CANTWELL, JAMES ALEX        )
12    FIELDS, JR., VANGUARD       )
      AMERICA, ANDREW ANGLIN,     )
13    MOONBASE HOLDINGS, LLC,     )
      ROBERT "AZZMADOR" RAY,      )
14    NATHAN DAMIGO, ELLIOT       )   JAMES MICHAEL HILL
      KLINE A/K/A ELI MOSLEY,     )
15    IDENTITY EVROPA, MATTHEW    )
      HEIMBACH, MATTHEW PARROTT   )
16    A/K/A DAVID MATTHEW         )
      PARROTT, TRADITIONALIST     )   JUNE 18, 2020
17    WORKER PARTY, MICHAEL       )
      HILL, MICHEL TUBBS,         )
18    LEAGUE OF THE SOUTH, JEFF   )
      SCHOEP, NATIONAL SOCIALIST  )
19    MOVEMENT, NATIONAL FRONT,   )
      AUGUSTUS SOL INVICTUS,      )
20    FRATERNAL ORDER OF THE      )
      ALT-KNIGHTS, MICHAEL        )
21    "ENOCH" PEINOVICH, LOYAL    )
      WHITE KNIGHTS OF THE        )
22    KU KLUX KLAN, AND EAST      )
      COAST KNIGHTS OF THE        )
23    KU KLUX KLAN A/K/A          )
      EAST COAST KNIGHTS OF THE   )
24    TRUE INVISIBLE EMPIRE,      )
                                  )
25                   Defendants.  )
```

1

2              VIDEOTAPED VIDEOCONFERENCE DEPOSITION OF

3                       JAMES MICHAEL HILL

4           30(B)(6) CAPACITY FOR LEAGUE OF THE SOUTH

5                        KILLEN, ALABAMA

6                     THURSDAY, JUNE 18, 2020

7

8

9                      (Reported Remotely)

10

11

12

13

14

15

16

17

18

19

20

21

22

23   REPORTED BY:   TANYA L. VERHOVEN-PAGE,
                    CCR-B-1790
24

25   JOB NO: 180542

1

2                June 18, 2020

3                 8:28 a.m.

4

5        Videotaped Videoconference deposition of

6   JAMES MICHAEL HILL IN A 30(B)(6) CAPACITY FOR

7   LEAGUE OF THE SOUTH, held in Killen, Alabama

8   before Tanya L. Verhoven-Page, Certified Court

9   Reporter and Notary Public of the State of

10  Alabama.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                        J.M. HILL

 2   would exclude everybody.  It would depend on their

 3   role in society, whether they were a positive or

 4   negative influence or whether they were hostile to

 5   the interests of the majority.  So I could not say

 6   exclusively, for every single person.  So --

 7        Q     But in all of your writings that you've

 8   published at the League of the South, you've

 9   described enemies of the League and southern and

10   white nationalists to be blacks and Jews; isn't that

11   right?

12        A     State that -- state that -- make that

13   statement again.  I want to -- I want to make sure

14   that I understand the --

15        Q     In all of the writings that you've

16   published at the League of the South, on the website

17   for the League of the South, you've described the

18   enemies of the League and enemies of southern, slash,

19   white nationalists to be blacks and Jews; isn't that

20   right?

21        A     No, that's not right.  I've written a lot

22   of things that haven't mentioned our enemies, as you

23   say, blacks or Jews or anyone else.

24        Q     I'm asking you, Mr. Hill, whenever you

25   have described the League of the South's enemies, you
```

```
 1                         J.M. HILL

 2              (The last question was read back

 3         into the record.)

 4    BY MR. LEVINE:

 5         Q    I think you can answer that yes or no,

 6    Mr. Hill.

 7         A    Give me a moment to consider this,

 8    please.  It's a very broad question.

 9              Yes, we have -- we have made it known

10    that we would not welcome people who were enemies --

11    open enemies to us, in our midst, because -- that's

12    been part of our program from the very beginning, is

13    to show southern whites that there would be an

14    organization that would stand for their interests.

15              So yes, we have made it clear that our

16    enemies are not welcome in our midst as long as they

17    are our enemies.  Now --

18         Q    And Mr. Hill -- and Mr. Hill, in burning

19    the Talmud, you are sending a message it all Jews,

20    not some Jews; isn't that right?

21         A    I don't know.  I don't know all Jews,

22    sir.  I know that there are secular Jews and I know

23    that there are religious Jews, so I don't know

24    whether that would be correct or not.

25         Q    And you also burned the Israeli flag; is
```

1                          J.M. HILL

2    I didn't know anything much about it.

3         Q     But Mr. [Redacted for PII] and Mr. [Redacted for PII] were

4    authorized by you to participate in planning

5    discussions for Unite the Right; isn't that right?

6         A     I asked -- I asked Mr. [Redacted for PII].  I don't

7    remember asking Mr. [Redacted for PII] one way or the other, but

8    I did ask Mr. [Redacted for PII] if he would monitor what was

9    going on on Discord and simply report to me what he

10   found.

11        Q     And you don't -- and did you also ask

12   Mr. Tubbs to participate?

13        A     No.  To my knowledge, I did not ask

14   Mr. Tubbs.

15        Q     But you asked Mr. Tubbs -- you gave

16   Mr. Tubbs assignments for Unite the Right; isn't that

17   right?

18        A     I don't recall, sir.

19        Q     You don't recall giving Michael Tubbs the

20   assignment of being the commander of operations for

21   League of the South at Unite the Right?

22        A     I misunderstood your question.  I thought

23   you were talking about something on Discord.

24              I did ask Mr. Tubbs if he would, as my

25   chief of staff, assume responsibility for whatever

```
 1                        J.M. HILL

 2      A      That's correct, yes.

 3      Q      And is [Redacted for PII] the name that you use for

 4   the ProtonMail account?

 5      A      Yes, that's my ProtonMail e-mail address.

 6      Q      And that stands for League South

 7   president?

 8      A      League of the South president, exactly.

 9      Q      And what does Mr. Tubbs' e-mail address

10   stand for?

11      A      Well, it should be -- it should be [Redacted for].

12   That's a mistake.  I think he subsequently changed

13   it.  That should be [Redacted for PII], instead of [Redacted for].

14      Q      What does it stand for, sir?

15      A      I don't know what [Redacted for] stands for.  You

16   would have to ask Mr. Tubbs.  Mine stands for [Redacted for PII],

17   president.

18      Q      And when did -- did the League of the

19   South register e-mail accounts with ProtonMail as the

20   server in 2018 or before 2018?

21      A      Sir, I can't -- I can't remember when we

22   did that.

23      Q      Why did -- where is the ProtonMail server

24   located?  Where is that business located?

25      A      I always understood it was in
```

1                    J.M. HILL

2    Switzerland.

3         Q     And what was the reason that League of

4    the South decided to use a Swiss server business

5    instead of a more familiar one like Gmail or Yahoo?

6         A     Because of security reasons.

7         Q     And I'm showing you -- what do you mean

8    by security reasons?

9         A     We found it would be more difficult for

10   people to -- I guess -- and I'm -- to hack into our

11   e-mails or to -- to discover our private

12   conversations.

13        Q     You wanted to maintain the secrecy of the

14   League of the South communications to the fullest

15   extent possible; is that right?

16        A     We wanted to make sure our privacy was

17   secure.

18        Q     Are you -- are you familiar with any

19   other e-mail addresses on ProtonMail of any other

20   members of League of the South?

21        A     Not right offhand.  I don't -- no, I'm

22   not.

23        Q     How did you disseminate to League of the

24   South members the fact that you were using

25   ProtonMail?

1                    J.M. HILL

2        Q     But if you called him, how did you get

3   his name and number?  Who's the intermediary, sir?

4        A     I don't -- I don't recall having an

5   intermediary.  And I'm not saying he didn't call me.

6   I'm just saying I don't remember.

7        Q     And what did Mr. Kessler say to you in

8   that first conversation?

9        A     To the best of my knowledge, sir, he

10  asked me if I would agree to speak at the Unite -- he

11  explained the Unite the Right rally to me, what it

12  was all about, the reason for having it.  He asked me

13  if I would speak and if I would ask the League of the

14  South members to come in support of the rally.

15             And I agreed to speak and to ask our

16  people to attend.

17        Q     What did he tell you was the purpose of

18  the rally?

19        A     The purpose of the rally was to defend

20  the statue of Robert E. Lee, and that was then known

21  as Lee Park in Charlottesville, because of threats by

22  the City of Charlottesville to take the statue down.

23        Q     Have you heard of the rally in May in

24  Charlottesville regarding the same statue?

25        A     I remember speaking of a rally that was

1                        J.M. HILL

2    that were demonstrating.  I don't know who had a

3    permit or anything like that.  I forget.  But I know

4    it turned into a serious brawl in Berkeley.

5         Q    And it turned violent; isn't that right?

6         A    Yes, absolutely it turned violent.

7         Q    And you expected this rally to be like

8    Battle of Berkeley; isn't that right?

9         A    I didn't write this in this document that

10   you're talking about.

11        Q    I asked you first whether you expected.

12        A    I expected the possibility of trouble

13   because of what I had -- what I had seen prior to

14   this.

15        Q    And you knew that Mr. Kessler, since he

16   had written this, also expected violence; is that

17   right?

18        A    I would assume that from what he wrote.

19        Q    And your -- one of your objectives in

20   going to Charlottesville was to show the left that

21   they would not be opposed in a rally, correct?

22        A    You kind of faded out on me.  Please say

23   that again.

24        Q    One of your objectives, as described in

25   this document, was to show the left that there was

```
 1                        J.M. HILL
 2   of the words Jews Will Not Replace Us and Blood And
 3   Soil?
 4        A    Sir, the League of the South did not
 5   participate in that event on Friday night, August the
 6   11th.  I don't know what their goal was.  We were not
 7   there.  We did not participate in it.
 8        Q    Mr. Hill, you didn't disavow the torch
 9   light rally on August 11th, did you?
10        A    I didn't disavow it, I didn't support it.
11   It happened.
12        Q    You know members of League of the South
13   attended the torch light rally, don't you?
14        A    If they did, they attended on their own
15   accord.  They didn't attend officially as League of
16   the South members because we had a meeting at our
17   lodging that night to plan for the next day.  So I --
18   if they went, they went on their own accord, and I
19   don't know who they are if they went.  So --
20        Q    You didn't decide not to participate in
21   the torch light rally for tactical reasons.  You
22   decided not to participate because you had a group
23   meeting regarding the next day; isn't that right?
24        A    Yes, that's exactly right.  We wanted to
25   make sure that our plans for getting in and out of
```

1                          J.M. HILL

2    Charlottesville safely were what they should be, and

3    that's why we met the previous night and did not

4    attend the torch light rally.

5         Q    But you never -- you didn't drop out of

6    the rally on August 12th because of the additional

7    rally that was going to take place on August 11th,

8    did you?

9         A    I'm not sure I understand your question.

10        Q    Well, you learned months beforehand that

11   a torch rally was planned for August 11th; isn't that

12   right?

13        A    I don't recall when I learned that.  I --

14   I just can't -- I can't remember.

15        Q    But it was before August 11th, right?

16        A    I can't remember, sir.  I don't know when

17   I learned that there was going to be a torch light

18   rally on August the 11th.

19        Q    Isn't it a fact that you learned before

20   August 11th that there was going to be a torch light

21   rally?

22        A    I don't remember.

23        Q    Whenever you learned there was going to

24   be a torch light rally, did you -- did you disavow

25   it?

```
 1                        J.M. HILL

 2      Q     The LS is in attendance.  Be cautious.

 3            Do you see that?

 4      A     Yes:  Thanks but this is not our game.

 5  We are sending two observers.

 6            Okay.  I stand corrected.  I simply

 7  forgot.

 8      Q     And doesn't the fact that Mr. Redacted for PII

 9  is sending you an e-mail that night identifying that

10  torch light rally and time has been leaked --

11  withdrawn.

12            First of all, Mr. Redacted for PII was a member

13  of League of the South; is that correct?

14      A     Yes, he was at the time.

15      Q     And was he in attendance that weekend?

16      A     No, he wasn't.

17      Q     And was he -- this wasn't the first time,

18  at 7:48 p.m., that you were learning of a torch light

19  rally that was planned; isn't that right?

20      A     Yes, I think that it was, as I said

21  earlier, probably that afternoon, late afternoon,

22  when I first heard of it, as best as I recollect.

23      Q     You are really testifying under oath that

24  you don't recall learning from any of the other

25  League of the South members or from Mr. Kessler that
```

```
 1                        J.M. HILL

 2        Q     Thank you, Mr. Hill.

 3        A     Sure.  Sorry about the technical

 4   confusion.

 5        Q     So I asked you earlier, besides -- I

 6   asked you earlier about your contacts with people not

 7   in League of the South regarding the plans for the

 8   Unite the Right rally.  And you identified three

 9   people that you talked to, Jeff Schoep, Matt

10   Heimbach, and Jason Kessler.

11              Is there anybody else that you talked to

12   about participating in the events for the Unite the

13   Right rally?

14        A     At this point, I can't remember any.  I'm

15   not saying that there are not some I talked to, but I

16   don't remember who they would be outside of the

17   League.  I know it was those three I talked to

18   mainly.

19        Q     And within the League, you were dealing

20   with Ike[Redacted for PII] and with Michael Tubbs and with Brad

21   [Redacted for PII], and who else did you say within the League?

22        A     Our communications chief at the time was

23   Pat [Redacted for PII], our logistics officer was J.C. [Redacted for PII].

24        Q     Okay.  Now, do you know a man by the name

25   of David [Redacted for PII]?
```

1                          J.M. HILL

2   Jeff Schoep.  Upon his acceptance of the conditions

3   you laid out last night, the planning of Operation

4   Shoo Fly begins in earnest.

5              Do you see that?

6       A    Yes, I see that.

7       Q    And what conditions -- first of all, what

8   was Operation Shoo Fly?

9       A    That was our meeting all four of the

10  groups that we've discussed under the Nationalist

11  Front banner.  That was our meeting on the outskirts

12  of Charlottesville on Saturday morning, the 12th of

13  August, our proceeding from there into the parking

14  garage on East Market Street by the police

15  department, and from there our march down to what at

16  the time was known as Lee Park.  That was -- that was

17  it.

18      Q    So you -- so just to be -- so I

19  understand correctly.

20             When you saw the original operations

21  manual, you testified that you were unhappy with the

22  security arrangements and were going to make them for

23  yourselves, correct?

24      A    That is correct.

25      Q    And when you proceeded to make them for

1                    J.M. HILL

2      Q     But you could have also found a different

3  street to get into the park; isn't that right?

4      A     No, sir, we could not have.  Everything

5  was so crowded, we could not know -- we were not from

6  the area and this is the only route in we had

7  planned.  And, basically, the cops had everything

8  else blocked off.

9      Q     And so it's your testimony that the way

10  you proceeded, unilaterally moving into the

11  protesters with the shields, was an act of self

12  defense for --

13      A     It was an act of self defense for our

14  liberty to exercise our First Amendment rights.

15      Q     Now, were you carrying a gun that day?

16      A     I was, sir.  I was carrying a Glock 45.

17      Q     And was there a discussion about the use

18  of weapons on that day, before the events took place?

19      A     There was a discussion on the previous

20  night.  We've already discussed the meeting we had on

21  Friday night, the 11th.  We went over the ground

22  rules for everything that night.  And that morning, I

23  briefed everybody before we left our -- the place we

24  stayed there, again, about not using any weapons at

25  all, except in self defense of your own life or

```
 1                         J.M. HILL

 2        A     I don't think that there was one.  I just

 3   --

 4        Q     Besides KKK?

 5        A     I saw this.  As I said, when I got back

 6   from Charlottesville, I saw the video and the video

 7   looked -- looked, you know, very orderly and

 8   disciplined, and it just looked like a nice thing to

 9   do to bring people together and give your people a

10   nice little event, exercise their First Amendment

11   rights.

12              It didn't remind me of anything.  I

13   hadn't -- I hadn't seen anything like it before.

14        Q     What time did you leave your campgrounds

15   in Virginia on the morning of -- on Saturday morning?

16        A     This would be a guess, but I am thinking

17   somewhere between six and seven o'clock in the

18   morning.

19        Q     And where did you drive to?

20        A     Well, I can't remember the exact name of

21   the place, but I do think I can identify it by a

22   couple of stores.  I believe it was right outside of

23   the city limits of Charlottesville.  And we stayed --

24   if my directions are right -- to the northwest of the

25   city.
```

1                        J.M. HILL

2            So we came -- we came down to a parking

3    lot that had a Walmart and a JoAnne's Fabrics.  I

4    don't -- I can't name the place, but it was right

5    outside, I believe, the city limits of

6    Charlottesville.  And that was the place that

7    everyone was going to meet and we were going to form

8    up a convoy and drive from there to the parking

9    garage on East Market Street in Charlottesville.

10       Q    And did you end up meeting at the top of

11   the garage?

12       A    I think people parked on all levels of

13   the garage.  I think -- as best I can remember, we

14   parked on the top level because we wanted to go to

15   the top and then let people behind us still in the

16   bottom levels.  So I think people parked on all

17   levels of the parking garage.

18       Q    But then I asked you, sir, did you end up

19   meeting at the top of the garage?

20       A    No, I actually -- I actually think that

21   we met on the floor next to the top, to put our

22   people in line and get them ordered up so we could go

23   out and go down East Market Street to the park.  So I

24   think it was the floor below the top floor.

25       Q    And did the group do anything else

1                          J.M. HILL

2    left, is a younger fellow with a tan baseball cap,

3    also with a League of the South emblem on his shirt,

4    correct?

5         A    Yes, I think that may be one of his sons.

6         Q    And is it one of his sons, then, that

7    pepper sprays this woman?

8         A    I don't know.  Let's --

9         Q    Let's watch.

10        A    Yeah, that's what I was going to say.

11                  (Video Exhibit played.)

12   BY MR. LEVINE:

13        Q    Did you just see that?

14        A    I did.

15        Q    It takes place at one minute on the tape.

16   So would it -- that gentleman -- that League of the

17   South person right there pepper sprayed that woman,

18   correct?

19        A    From the video, it certainly appears so.

20        Q    And that's what you would call an act of

21   self defense, I take it?

22             Did you hear my question, Mr. Hill?

23        A    No, sir, I didn't.  What was your

24   question?

25        Q    Would you consider that an act of self

```
 1                        J.M. HILL

 2  defense?

 3       A    I personally would not consider that an

 4  act of self defense.

 5       Q    Now, after -- later in that afternoon --

 6  I'm going to show you Exhibit 31.

 7            (Hill Deposition Exhibit No. 31 was

 8       marked for the record.)

 9  BY MR. LEVINE:

10       Q    Right here (indicating) it -- do you see

11  Exhibit -- what we marked as exhibit 31, that's a

12  tweet by you, correct?

13       A    Yes, as far as I know.  It's from my old

14  Twitter account.  I don't have access to it anymore,

15  but I believe that's an accurate tweet.

16       Q    And where were you when you tweeted this?

17  This is at 2:25 p.m.

18       A    Yeah, I was probably back at the place

19  that we were staying, Seven Oaks, outside of the city

20  of Charlottesville.  And at the time I had Twitter on

21  my phone so I could make tweets on my phone wherever

22  I was.  So --

23       Q    So you recall that this tweet was when

24  you were back at the -- at your lodging area?

25       A    No, I don't know if I made it on the way
```

```
 1                    J.M. HILL

 2   you want to, but we told our side of the story from

 3   our perspective.

 4        Q     Even -- even though you asked your men to

 5   go to battle in Charlottesville, you wanted to claim

 6   that all of the violence was in self defense; isn't

 7   that right?

 8        A     The violence that occurred there that day

 9   was so disparate, there were so many little

10   incidents, sir, that I can't say what happened on

11   every occasion, every confrontation.  But I can tell

12   you this, that, in general, we went in there and we

13   defended ourselves, we defended our rights and I was

14   very happy with the way that we did that.

15             Now, were there some incidences where a

16   person in the heat of battle -- and that's what it

17   was, sir.  It developed into a battle there.  You saw

18   it, you've seen it on the video.

19             I can't account for what every single

20   person did, but I can account for the organization in

21   general, and I was very happy with the way things

22   turned out for us.  It was a tragic day, of course,

23   but we got in and got out and, under the

24   circumstances, to me, that was a very successful day.

25             I wish we could have spoken.  I wish the
```

```
 1
 2                    C E R T I F I C A T E
 3
 4    STATE OF ALABAMA:
 5    JEFFERSON COUNTY:
 6
 7              I hereby certify that the foregoing
 8         deposition was reported, as stated in the
 9         caption, and the questions and answers
10         thereto were reduced to written page
11         under my direction, that the preceding
12         pages represent a true and correct
13         transcript of the evidence given by said
14         witness.
15              I further certify that I am not of
16         kin or counsel to the parties in the
17         case, am not in the regular employ of
18         counsel for any of said parties, nor am I
19         in any way financially interested in the
20         result of said case.
21              Dated this 24th day of June, 2020.
22
23         _____
24         Tanya L. Verhoven-Page,
           Certified Court Reporter,
           B-1790.
25
```