# CONFIDENTIAL – FILED UNDER SEAL PURSUANT TO COURT ORDER AND PROTECTIVE AGREEMENT

*Elizabeth Sines, et al. v. Jason Kessler, et al.*
Case No. 3:17-cv-00072-NKM-JCH

# EXHIBIT 68

To Declaration of Alan Levine in Support of
Plaintiffs' Response in Opposition to
Defendants Hill, Tubbs and League of the South's
Motion for Summary Judgment