# EXHIBIT 70

 1                    Vasillios [Redacted for PII]

 2            IN THE UNITED STATES DISTRICT COURT

 3           FOR THE WESTERN DISTRICT OF VIRGINIA

 4                  CHARLOTTESVILLE DIVISION

 5    ELIZABETH SINES, SETH WISPELWEY,      Civil Action
      MARISSA BLAIR, TYLER MAGILL, APRIL    File:
 6    MUNIZ, HANNAH PEARCE, MARCUS          3:17-CV-00072
      MARTIN, NATALIE ROMERO, CHELSEA       -NKM
 7    ALVARADO, AND JOHN DOE,

 8                      Plaintiffs,

 9        vs.

10    JASON KESSLER, RICHARD SPENCER,
      CHRISTOPHER CANTWELL, JAMES ALEX
11    FIELDS, JR., VANGUARD AMERICA,
      ANDREW ANGLIN, MOONBASE HOLDINGS,
12    LLC, ROBERT "AZZMADOR" RAY, NATHAN
      DAMIGO, ELLIOT KLINE A/K/A ELI
13    MOSLEY, IDENTITY EVROPA, MATTHEW
      HEIMBACH, MATTHEW PARROTT A/D/A
14    DAVID MATTHEW PARROTT,
      TRADITIONALIST WORKER PARTY,
15    MICHAEL HILL, MICHAEL TUBBS,
      LEAGUE OF THE SOUTH, JEFF SCHOEP,
16    NATIONAL SOCIALIST MOVEMENT,
      NATIONAL FRONT, AUGUSTUS SOL
17    INVICTUS, FRATERNAL ORDER OF
      THEALT-KNIGHTS, MICHAEL "ENOCH"
18    PEINOVICH, LOYAL WHITE KNIGHTS OF
      THE KU KLUX KLAN, AND EAST COAST
19    KNIGHTS OF THE KU KLUX KLAN A/K/A
      EAST COAST KNIGHTS OF THE TRUE
20    INVISIBLE EMPIRE

21                      Defendants.

22            Remote Video Deposition of
                   Vasillios [Redacted for PII]
23           Wednesday, July 22, 2020
                  At 10:05 a.m.

24

      Reported by LeShaunda Cass-Byrd, CSR, RPR
25    TSG Job No. 181921

1          Vasillios Redacted for PII

2    from the left side of the screen to the right side of

3    the screen, right?

4         A.      Correct.

5         Q.      Right after Michael Tubbs?

6         A.      Correct.

7         Q.      And you are hitting counter protesters with

8    your -- with your flagpole?

9         A.      I invoke the fifth.

10        Q.      In fact, you are assaulting counter

11   protesters with your flagpole, right?

12        A.      I invoke the fifth.

13        Q.      Did Michael Tubbs assist you in assaulting

14   counter protestors at Unite the Right on August 12th?

15        A.      I invoke the fifth.

16        Q.      Did Michael Heimbach assist you in

17   assaulting counter protesters at Unite the Right on

18   August 12th?

19        A.      No.

20        Q.      Well, you agree that Michael Tubbs was

21   leading others from the Alt-Right into -- to charge,

22   right?

23        A.      He said "follow me."  I'm not Michael

24   Tubbs.  I cannot answer for what he had thoughts of

25   doing or anything like that.

1              Vasillios Redacted for PII

2    is the Discord conversation of yours in the Atomwaffen

3    Division server, right?

4         A.    Correct.

5         Q.    And on August 12th, 2017, at 11:06 p.m.,

6    you state:  Today cracked three skulls open with

7    virtually no damage to myself, right?

8         A.    That's what was written.

9         Q.    And then Stryker responds:  Can't wait to

10   see a video show up, right?

11        A.    That is what he wrote.

12        Q.    Are there videos of you cracking three

13   skulls open?

14        A.    Not that I am aware of.

15        Q.    Well, you cracked three skulls open, right?

16        A.    I invoke the fifth.

17        Q.    In fact, Michael Tubbs encouraged you to

18   crack three skulls open, didn't he?

19        A.    I invoke the fifth.

20              MR. KAY:  All right.  We can take

21       this down, Emma.

22   BY MR. KAY:

23        Q.    So what time did you arrive at Emancipation

24   Park?

25        A.    I honestly don't know.

1                 Vasillios Redacted for PII

2          REPORTER'S CERTIFICATE

3      I, LESHAUNDA CASS-BYRD, CSR No. B-2291, RPR,

4 Registered Professional Reporter, certify that the

5 foregoing proceedings were taken before me at the time

6 and place therein set forth, at which time the witness

7 was put under oath by me;

8      That the testimony of the witness, the questions

9 propounded, and all objections and statements made at

10 the time of the examination were recorded

11 stenographically by me and were thereafter

12 transcribed;

13      That the foregoing is a true and correct

14 transcript of my shorthand notes to taken.

15 I further certify that I am not a relative or employee

16 of any attorney or the parties, nor financially

17 interested in the action.

18      I declare under penalty of perjury under the laws

19 of North Carolina that the foregoing is true and

20 correct.

21      Dated this July 28, 2020.

22

23 _____

24      LESHAUNDA CASS-BYRD, CCR-B-2291, RPR

25