# EXHIBIT 82



| WHO WE ARE | ABOUT | POSITION PAPERS | COUNTRY STUDIES | JOIN OUR MISSION | FAQS |

| ARTICLES | THE FREE MAGNOLIA | PHOTOS | MEDIA | NEWS | NATIONAL OUTREACH |

# League will be at Unite the Right rally, 12 August, Charlottesville, VA

          by Michael Hill ,  June 9, 2017

The League of the South will be participating in the Unite the Right rally in Charlottesville, Virginia, on 12 August. Below is the initial announcement of the event. I want an excellent turnout of Southern nationalists for this event. Antifa, BLM, et al will be there to greet us! Don't miss out on the fun!–Michael Hill



UNITE THE RIGHT August 12th in Charlottesville's Lee Park

In response to the Alt-Right's peaceful demonstration in support of the Lee Monument on May 13th, the City of Charlottesville and roving mobs of Antifa have cracked down on the First Amendment rights of conservatives and right wing activists. They have threatened our families, harassed our employers and tried to drive us from public spaces with threats of intimidation. We are not afraid. You will not divide us.

This is an event which seeks to unify the right-wing against a totalitarian Communist crackdown, to speak out against displacement level immigration policies in the United States and Europe, and to affirm the right of Southerners and white people to organize for their interests just like any other group is able to do, free of persecution.

WHEN: August 12th at 12pm
WHERE: Lee Park In Charlottesville, Va
WHAT: This is a UNITE THE RIGHT event bringing together the Alt-Right with the Alt-Light and Confederate supporters around the country. We're demonstrating in support of the Robert E Lee statue, the right of white people to organize for our interests, and to show that we will not be intimidated by harassment campaigns of the Left.

Confirmed Speakers (so far):
*Mike Enoch
*Augustus Invictus
*Jason Kessler
*Baked Alaska
*Christopher Cantwell
*Matt Heimbach
*Dr. Michael Hill
*Pax Dickinson
*Johnny Monoxide
*Based Stickman (non-speaking role)
More to come…(edited)

Share this:

 Share

 CATEGORIES:    ACTIVISM                                     TAGS:   ANTIFA, BLM, CHARLOTTESVILLE, LEAGUE OF THE SOUTH, MICHAEL HILL, UNITE THE RIGHT, VIRGINIA

## SEARCH

[search here]   Search

## RECENT COMMENTS

Michael Greek on The Cultural Vanguard Str
Michael Greek on A statement to concerned Southerners
OrthodoxConfederate on Southern Baptists condemn Alt-Right and nationalism
OrthodoxConfederate on A Band of Brother
mtnforge on Max Boot's "Brotherhood of M

## ARCHIVES

Select Month

## CATEGORIES

Activism
Commentary
Image/Video
News
Uncategorized

## META

Log in
Entries RSS
Comments RSS
WordPress.org

| ABOUT AUTHOR | |
|---|---|
|  | **Michael Hill**<br>Dr Michael Hill is President of the League of the South. He is a retired university professor of history and author of two books on Celtic warfare. |

| RELATED ARTICLES |
|---|


**Rally for the State Flag in Mississippi**


**Dr. Kevin MacDonald's speech at the 2019 LS national conference**


**Submit or fight**



IMMIGRATION HURTS SOUTHERN WORKERS

LEAGUE OF THE SOUTH CONTACT INFORMATION

League of the South
Post Office Box 760
Killen, Alabama 35645

(800) 888-3163
(256) 757-6789
Email: jmichhill@cs.com

GEORGIA LS #SECEDE ACTIVISM

© 2014 Copyright **League of the South**. All Rights reserved. Theme by Orane-Themes.com.