# EXHIBIT 84

EXHIBIT

11



Nov 20, 2017 · 🌐

You will never be "mainstream" short of these Jews being overthrown and hurled from power and losing their ability to set cultural norms. If you think you are going to sneak up on the Jews, you are fooling yourself

👍 Like      💬 Comment      🔁 Repost      99 Quote