# EXHIBIT 85

**EXHIBIT 69**

**Monday, May 22, 2017**

**Matt Heimbach** (Redacted PII)
Can't talk, text me.
07:39:59

Redacted PII
Hey Matt. This is Jason Kessler. I'd like to organize another, much larger, event in Charlottesville later this Summer. I wanted to invite you and pick your brain about how to conceive this thing.
07:41:18

**Matt Heimbach** Redacted PII
Sounds great, I'm at work right now, wanna chat tomorrow?
07:41:56

Redacted PII
Sure. Give me a timeframe that works good for you
07:42:48

**Tuesday, May 30, 2017**

**Matt Heimbach** (+Redacted PII)
Sorry, I'm on a call right now.
04:24:38

Redacted PII
Call me back when you get a chance. I want to get your advice about the August 12th event in Charlottesville
04:25:42

**Monday, June 05, 2017**

+Redacted PII
Supposedly the KKK are trying to do a Cville event in July. I think that will hurt the overall pro-white message. Can we convince them to come in plainclothes to the August thing instead?
08:32:34

**Matt Heimbach** Redacted PII
Lets set the dress code now, khakis and a polo
09:36:14

+1 Redacted PII
First we gotta deal with the Klan issue
09:36:52

**Matt Heimbach** Redacted PII
That's in july
09:39:01

Separate event
09:39:08

The local white knights are morons
09:39:22

Loyal
09:39:26

**[10:02:13]** Can we convince them to cancel this thing and join us in plainclothes?

**Matt Heimbach** (Redacted PII)

**[10:24:45]** No, the loyal white knights are run by proven federal informant and provocateur, chris barker

**[10:24:58]** The dude has like 30 felony convictions etc

**[10:25:36]** He is not someone to be argued with or talked to, the Klan will rally, look retarded, and do the most stereotypical Hollywood production in july

**Tuesday, June 06, 2017**

**[12:55:02]** Is there no way we can get these "Loyal White Knights" to cancel for the greater good of people?

**[12:55:52]** This is supposed to be Unite the Right, not one small Klan group upstaging for their own self-interest

**Matt Heimbach (+1 (301) 525-1474)**

**[01:23:33]** No

**[01:24:08]** You're missing what I'm saying, their leader is a multiple convicted felon and a legit proven federal informant

**[01:24:33]** He is a government agent, he wants to hurt us

**[01:25:19]** So no, we're stuck with a hood wearing shitshow 3 weeks ahead of our event

**Saturday, June 10, 2017**

**Matt Heimbach (+1 (301) 525-1474)**

**[01:55:45]** Can't talk, text me.

**[01:57:06]** Derrick told me NSM and some other groups are probably going to attend. Can you help me make sure everyone knows not to bring nazi or klan iconography to the rally?

**Matt Heimbach (+1 (301) 525-1474)**

**[02:01:44]** Their insignia now is a rune

**Redacted PII**

02:25:03 — I don't want any swasticas or salutes at the event

02:25:20 — It would only harm what everyone else is trying to do

02:25:51 — Besides this event is about the Confederacy and should utilize that imagery

**Matt Heimbach** Redacted PII

There wont be any swastikas from any group I'm affiliated with , i can guarantee that

02:29:41

Redacted PII

02:36:03 — Thank you. Derrick told me Keystone United, EWK , GCK and some other groups may be coming . If so make sure the get the message .

**Matt Heimbach** Redacted PII

Np

02:46:50

**Thursday, June 15, 2017**

Redacted PII

10:44:00 — Please don't countersignal the Alt-Light in the run-up to the Charlottesville event



10:44:06

Matt Heimbach \attachment 1.JPG

10:44:28 — We're working to get them to fall in line

**Matt Heimbach** Redacted PII

Jason, we're ideologically incompatible with them , but ill keep it down for the sake of the event .

10:58:33

**+Redacted PII**

10:59:56 — If we make this a pro-white & pro-Southern I think that is a compromise we all can live with

11:00:48 — We don't need to get into ideologies and so forth. I'm dragging the Alt-Light people to get down with the pro-white message

**Friday, June 16, 2017**

Matt Heimbach Redacted PII

Sorry man, that was a post a few weeks ago. Ive got a lot of guys in my ranks who are giving me shit over Redacted PII being anti WN. If hes onboard, we'll make it work

02:49:05

**+Redacted PII**

02:52:29 — We're taking him off the poster but he'll be there explicitly to protect our guys. I will bust his balls in the days leading up to the event so all his guys fall in line

Matt Heimbach Redacted PII

Sounds great

05:03:56

**Saturday, June 17, 2017**

Redacted PII

11:52:59



Matt Heimbach \attachment 2.JPG

11:52:59 — Here's the updated poster

**Tuesday, June 20, 2017**

Redacted PII

10:46:25 — Are still up?

10:46:46 — I'd like to talk with you about NSM

**Monday, July 03, 2017**

**Redacted PII**

12:58:40 — Can we make sure Based Stickman is taken off any flyers that are out there ?

12:58:44 — 
Matt Heimbach \attachment 3.JPG

12:59:29 — We had him take off the first one because he didnt want to be on it and he's pissed off

**Matt Heimbach** Redacted PII
On it
11:53:36

**Thursday, July 06, 2017**

**Matt Heimbach** Redacted PII
I'll call you right back .
10:49:13

**Redacted PII**
10:49:23 — Ok

**Saturday, July 08, 2017**

**Redacted PII**
02:37:49 — Happening Charlottesville now

https://twitter.com/altrighttradcat/status/883753754939412480

**Matt Heimbach** Redacted PII )
Wowsers
02:59:57

**Redacted PII**
09:24:07 — Give me a call when you get a chance

**Matt Heimbach** Redacted PII
You ok ?
09:24:37

**Redacted PII**
09:25:10 — Yeah, I just have something I need your help with

**Sunday, July 23, 2017**

Page 5 / 10

**Matt Heimbach** Redacted PII
I'll call you right back. — 10:27:09

+1 Redacted PII
10:27:20 — Ok

**Sunday, August 06, 2017**

Redacted PII
12:14:17 — Can you put me in touch with your head of security for Unite the Right?

**Saturday, August 12, 2017**

**Matt Heimbach** Redacted PII
What's up — 07:06:24

Redacted PII
07:06:34 — I just wanted to make sure you and your guys are safe

**Matt Heimbach** Redacted PII
Yessir — 07:06:49

Redacted PII
07:06:56 — Any arrests?

**Matt Heimbach** Redacted PII
Parrott for civil disobedience — 07:07:54

+Redacted PII
07:08:47 — We are going to fight these bastards. They set us up. They don't know what they're in for.

**Matt Heimbach** Redacted PII
Lets give them Total Far — 07:24:59
War — 07:26:10

**Sunday, August 13, 2017**

**Matt Heimbach** Redacted PII
We literally bled yesterday as y'all stood behind the barricades safe and sound; and then you're going to ask for my men to protect you, again, but cut us out of the press conference? That dog don't hunt — 10:47:36

Redacted PII
10:50:29 — I plan to be standing up for all of us. But the message has to be tightly controlled

**Redacted PII**

> I'll call you right back.
> 
> 10:51:02

> Ok well we're team players, but we won't be disrespected. We're either equal partners or we're not, you decide
> 
> 10:53:55

**Redacted PII**

> 01:11:33
> 
> There are people who are going to try to kill me if I don't get some security

**Redacted PII**

> Well, do you want to stand by TWP as partners?
> 
> 01:22:57

**Monday, August 14, 2017**

**Redacted PII**

> 01:41:21
> 
> https://rootbocks.com/projects/unite-right-legal-defense-fund/

**Tuesday, August 15, 2017**

Matt Heimbach **Redacted PII**

> Bad signal. Lemme call ya back in a bit
> 
> 08:28:20

**Redacted PII**

> 10:37:01
> 
> [contact card]

> 10:37:01
> 
> This is one of the guys who got doxxed and lost his job. He's a really good guy. If you have any trade work you can recommend him for that would be great.

**Thursday, August 17, 2017**

**Redacted PII**

> 03:57:36
> 
> Do you have any good IT guys? I have two really important operations to tell you about

Matt Heimbach **Redacted PII**

> Just josh from rootbocks
> 
> 05:12:47

**Tuesday, August 22, 2017**

Matt Heimbach **Redacted PII**

> Eric **Redacted PII**
> 
> 05:46:11

**Friday, August 25, 2017**

Matt Heimbach **Redacted PII**

> Can't talk, text me.
> 
> 01:27:28

**[Redacted PII]**
01:28:55 — Is there someone from NF who can give me a debrief on interactions with police just before the rally ? I want to rebut the claims they are making about us "refusing to follow the plan " but I need to make sure I get my facts straight

**Matt Heimbach [Redacted PII]**
05:18:02 — Ike [Redacted PII]
05:18:07 — From the league

**[Redacted PII]**
06:08:28 — Have you got a contact number for him?

**Matt Heimbach [Redacted PII]**
06:14:19 — Yessir , lemme ask his permission real quick
06:28:24 — Ike [Redacted PII] [Redacted PII]
06:28:32 — Chief of staff for the league
06:28:42 — He was the NF point of contact for the cops

**Saturday , August 26 , 2017**

**[Redacted PII]**
04:59:01 — What is Matt Parrott 's number ?

**Matt Heimbach [Redacted PII]**
05:56:55 — [Redacted PII]

**Wednesday , August 30 , 2017**

**[Redacted PII]**
07:55:30 — I'm going to be freed up after tomorrow . As soon as you guys ok me for work in TN I'll come out there

**Thursday, August 31 , 2017**

**Matt Heimbach [Redacted PII]**
12:46:56 — Kk , Eric is on vacation , just stay in touch with him

**Thursday, September 07 , 2017**

**Matt Heimbach [Redacted PII]**
08:56:39 — Can't talk , text me .

**Redacted PII**

09:45:54 — I don't know if you've been watching any of these clown girl Charlottesville city Council meetings or been happening but I'm planning to go to the next one on the 18th

09:46:08 — I was wondering if you had any volunteer if you might be interested in going as well

**Saturday, September 16, 2017**

**Matt Heimbach** Redacted PII

Can't talk, text me.   04:26:34

**Redacted PII**

04:30:10 —
2 things:

1. I want to talk to you about putting together a lawsuit against Charlottesville. I want you & Dr Hill to either be plaintiffs or elect a representative from your organizations so that all of the speakers (who will cooperate) are represented. Time is of the essence on this.

2. I'm going to speak at Charlottesville City Council on Monday. Its could be a big opportunity to call these bastards out and get some media coverage of that. If you have any volunteers that could come as security it would be appreciated.

**Matt Heimbach** Redacted PII

Sweet, lemme call you tomorrow   04:35:26

**Tuesday, October 24, 2017**

**Redacted PII**

12:10:13 

Matt Heimbach \attachment 5.JPG

**Matt Heimbach** Redacted PII

Oh jeepers   12:27:48

**Monday, December 04, 2017**

**Redacted PII**

07:40:03  It's my understanding that Duke called earlier to compliment you on your speech in DC . I would HIGHLY recommend you call him back and patch things up . 

07:40:39  I think everyone would want to hear you on his program and it would be a good opportunity to talk about the fundraiser . 

**Monday, January 01, 2018**

**Redacted PII**

06:35:37  When did you say you're coming back to Charlottesville ? 

**Tuesday, February 13, 2018**

**Redacted PII**

03:34:36  Give me a call when you get a moment