# EXHIBIT 86

