# EXHIBIT 87




| WHO WE ARE | ABOUT ▾ | POSITION PAPERS ▾ | COUNTRY STUDIES ▾ | JOIN OUR MISSION | FAQS |

| ARTICLES | THE FREE MAGNOLIA | PHOTOS | MEDIA | NEWS | NATIONAL OUTREACH ▾ |

# LS Statement on Southern/White Nationalism

      by Michael Hill , ⏲ February 4, 2018



I am a Southern nationalist (SN). I am a proud White man. I suppose that also makes me a White nationalist. So in reality I am a Southern/White nationalist. What does this mean?

We Southern nationalists in The League see our fellow SNs as brothers and sisters, part of a nuclear biological/genetic kith and kin family that shares a common cultural and geographic—and sometimes ethnic—background. We have our own history, our own heroes, and our own symbols. We are who we are because of these things, and the South and Southerners—past, present, and future–are naturally dear to us. This is how The League has operated since its inception in 1994 and how we shall continue to operate. We are Southerners and we have a sublime inheritance to uphold and pass on to coming generations.

But we dare not isolate ourselves and ignore the plight of our White cousins elsewhere—in other States, Canada, Europe, southern Africa, Australia, New Zealand, and wherever else our people may live. Yes, they are our racial cousins. While they might not be as close and as dear to us as our fellow Southerners, they are still part of our larger racial/ethnic family. And we must treat them as such.

What does this mean for us in The League? It means that we ought to seek them out as allies, supporters, and often as actual members. Obviously, some of these folks who live in the US are transplanted Southerners who have left the South for various reasons (work, family, school, military service, etc.) but have not lost their Southern identity. They should be embraced as part of our nuclear family. Others may simply identify with the South in fundamental ways despite having no native connection to Dixie. We should embrace them as our extended family, meaning that we should elicit their support and even their membership in our organization if they show a willingness to serve the primary cause we serve: the survival, well-being, and independence of the Southern people.

By fighting to preserve the blood and soil South and her people, we are indirectly serving the cause of a larger White nationalism. The South is likely to be ground zero in the battle for the very survival of our race. Much of Europe seems already lost, at least for the time being, as do other regions of North America. Only in the South is there the residue and remembrance of recent resistance to the anti-Christian globalist order. Over the past 150 years traditional Southerners have fought harder than anyone else against the poison of equality, multiculturalism, and leftist ideas of diversity and tolerance. And we still fight today.

But we do not fight only for ourselves; rather, we fight to aid in the re-establishment of a White hegemony over all the lands we have inherited from our noble and courageous ancestors. Once we make the South White Man's Land once again, we must use it as a base from which to reconquer all that our people have lost, especially in the remainder of North America and in Europe. Our enemies must be completely deprived of any footholds or bridgeheads in our territory lest they use them to renew their attacks against us and our posterity.

To be successful in leading this fight—and honestly, who else is going to lead it?—we must have the requisite numbers and material and financial support. We cannot do that by restricting ourselves to working only with our nuclear family here in the South. Yes, that is our base, and as such it must be our main focus. But to neglect the larger scope of both problem and opportunity would, in my estimation, be a grave mistake. We must, and shall, as Southern nationalists reach out to offer aid to our White cousins wherever they may be found. In doing this, we extend a hand of friendship and cooperation in a dark and troubled time in the history of our race. Our enemies do not draw fine distinctions between us White folks. To them, we are all White Devils. Time and circumstance may

**SEARCH**

[search here]    Search

**RECENT COMMENTS**

Michael Greek on The Cultural Vanguard Str
Michael Greek on A statement to concerned Southerners
OrthodoxConfederate on Southern Baptists condemn Alt-Right and nationalism
OrthodoxConfederate on A Band of Brother
mtnforge on Max Boot's "Brotherhood of Ma

**ARCHIVES**

Select Month

**CATEGORIES**

Activism
Commentary
Image/Video
News
Uncategorized

**META**

Log in
Entries RSS
Comments RSS
WordPress.org

force us to join together to fight back and show them just how fierce White Devils can be when our backs are to the wall.

In our unity there is ultimate victory. Hail Victory and Hail Dixie, our homeland. And Hail the White World restored.

Michael Hill

Share this:

Share

**CATEGORIES:** ACTIVISM, COMMENTARY, NEWS

**TAGS:** DIXIE, LEAGUE OF THE SOUTH, SOUTHERN NATIONALIISM, THE SOUTH, WHITE NATIONALISM

## ABOUT AUTHOR



### Michael Hill

Dr Michael Hill is President of the League of the South. He is a retired university professor of history and author of two books on Celtic warfare.

## RELATED ARTICLES

**The Cultural Vanguard Strategy**

**A couple of observations**

**Why we fight**



### IMMIGRATION HURTS SOUTHERN WORKERS

### LEAGUE OF THE SOUTH CONTACT INFORMATION

League of the South
Post Office Box 760
Killen, Alabama 35645

(800) 888-3163
(256) 757-6789
Email: jmichhill@cs.com

### GEORGIA LS #SECEDE ACTIVISM

© 2014 Copyright **League of the South**. All Rights reserved. Theme by **Orane-Themes.com**.