# EXHIBIT 88

- HOME
- ABOUT
- POSITION PAPERS
- JOIN THE CAUSE!
- CONTACT US
- FAQS



EXHIBIT 4

- COUNTRY STUDIES
- NEWS
- ALL MEDIA
- ARTICLES
- EVENTS

# Michael Hill: My pledge of allegiance

 0    0    0    0

by Michael Hill ,   August 18, 2016

I'll turn 65 on my next birthday. I was born only six years after the end of World War Two. I was alive at the same time as Winston Churchill and Josef Stalin. In other words, I've been around a while and have seen a lot.



I remember a time when I felt comfortable pretty much everywhere I went, from the rural, the suburban, to the urban. And the reason was simple: the white European man was clearly in control of all those areas. I never thought of taking a pistol with me when I went to downtown Birmingham, or Memphis, or Atlanta. The South, in particular, was still thoroughly White Man's Land (but that was slowly changing because of the federal government's involvement in forcing "civil rights" for negroes down our throats).

Of course that world is now gone, or has all but disappeared. Excepting the rural areas where my people still dominate, I feel like an exile when I go to much of the suburban and urban South (not to mention the hell holes outside of it). I surely go armed these days!

The Browning of America, and my native South, was not something to which I assented, and I surely do not approve of it. It is not what my ancestors intended for me to inherit. But truly I have only myself to blame for this tragic fate. While it was happening I did not do enough to stop it. Now, my children and grandchildren may have to pay the price that will come from being a hated white minority in a majority non-white land. And non-Christian, too, I might add, so I don't expect any mercy will be shown them.

So whatever time the Lord of Hosts–whom I gladly will serve with all my heart, mind, and strength–may allot for me from here to the end, I pledge to spend fighting to restore the South as White Man's Land. I do this because I believe the admonition in 1 Timothy 5:8. "But if any provide not for his own, and specially for those of his own house, he hath denied the faith, and is worse than an infidel." (KJV)

So, in direct contradiction to the politically correct dictates of the current day, I pledge to be a white supremacist, a racist, an anti-Semite, a homophobe, a xenophobe, an Islamophobe, and any other sort of 'phobe that benefits my people, so help me God!

And I encourage you all to do the same, for this is what it will take for us to save the South for our dear progeny. Anything else is merely a half measure and should be put away with contempt.–Michael Hill

**Share this:**

Share

 CATEGORIES:   COMMENTARY

 TAGS:   " "ANTI-SEMITE, "RACIST, HOMOPHOBE, MICHAEL HILL, WHITE SUPREMACIST, XENOPHONE

---

## SHARE ON SOCIAL MEDIA



## SEARCH

search here    Search

## RECENT NEWS

**The Cultural Vanguard Strategy** September

**Anarcho-tyranny on full display in Charlo** August 27, 2017

**League of the South statement on Charlo** August 23, 2017

**Paddy Tarleton's Ballad of Charlottesville** 18, 2017

**A statement to concerned Southerners** A 2017

## RECENT COMMENTS

Michael Greek on **The Cultural Vanguard S**

Michael Greek on **A statement to concerne Southerners**

OrthodoxConfederate on **Southern Baptist condemn Alt-Right and nationalism**

OrthodoxConfederate on **A Band of Brothe**

mtnforge on **Max Boot's "Brotherhood of**

## ARCHIVES

- September 2017
- August 2017
- July 2017
- June 2017
- May 2017
- April 2017

ABOUT AUTHOR

## Michael Hill

Dr Michael Hill is President of the League of the South. He is a retired university professor of history and author of two books on Celtic warfare.

RELATED ARTICLES

"Unacceptable Behaviour"

The aftermath of our 2014 National Conference

Paddy Tarleton's Ballad of Charlottesville

March 2017
February 2017
January 2017
December 2016
November 2016
October 2016
September 2016
August 2016
July 2016
June 2016
May 2016
April 2016
March 2016
February 2016
January 2016
December 2015
November 2015
October 2015
September 2015
August 2015
July 2015
June 2015
May 2015
April 2015
March 2015
February 2015
January 2015
December 2014
November 2014
October 2014
September 2014
August 2014
July 2014
June 2014



IMMIGRATION HURTS SOUTHERN WORKERS

LEAGUE OF THE SOUTH CONTACT INFORMATION

League of the South
Post Office Box 760
Killen, Alabama 35645

(800) 888-3163
(256) 757-6789
Email: jmichhill@cs.com

GEORGIA LS #SECEDE ACTIVISM

© 2014 Copyright **League of the South**. All Rights reserved. Theme by Orane-Themes.com.  Home | About | Position Papers | Join the Cause! | Contact