# AUDIO/VIDEO EXHIBIT – FILED WITH COURT

*Elizabeth Sines, et al. v. Jason Kessler, et al.*
Case No. 3:17-cv-00072-NKM-JCH

# EXHIBIT 89

To Declaration of Alan Levine in Support of
Plaintiffs' Response in Opposition to
Defendants Hill, Tubbs and League of the South's
Motion for Summary Judgment