# EXHIBIT 90

