# EXHIBIT 94



EXHIBIT 86