# EXHIBIT 95

EXHIBIT 88

