# EXHIBIT 96

**NATIONAL SOCIALIST MOVEMENT**

N.S.M H.Q
P.O BOX 13768
DETROIT, MI 48213

TEL- 651- 659 - 6307

## Unite The Right After Action Report

PLAINTIFF'S
EXHIBIT

**33**

*- After Action Report -*

**August, 2017**

On Saturday, Aug. 12 th , members of the National Socialist Movement took to the streets once again to stand in defense of our honored Confederate Veterans and oppose the planned removal of the statue of Robert E. Lee in Charlottesville Virginia.

This was a joint operation by the Nationalist Front groups, including not only the NSM but our allies in the League Of The South, American Vanguard, Traditionalist Workers Party, East Coast Knights, C-28 and other allies.

The Unite The Right organizers were encountering a number of obstacles put forward by the City Of Charlottesville administration in efforts to make it difficult for the attendees supporting this event to exercise their Constitutional right of free speech and peaceful assembly. Still on Friday evening a torchlight march was held in Charlottesville that went as planned with pro White supporters meeting almost no opposition in the streets. It was a very powerful image, seeing so many standing together to defend the assault on our culture and heritage.

On Saturday morning, the NSM and our NF allies met at a pre designated rally point and after a last minute recon of the event area we loaded up and moved into position in preparation of our legally permitted and lawful march route to the Lee monument. Morale was extremely high in the ranks and all in attendance were stoked by the feelings of comradery and solidarity exhibited by the NF members and supporters in attendance.

As the formation moved out into the streets we were met by a sight that is all too familiar to the street wise NSM and NF groups: an unruly mob of filthy left wing degenerates that exhibit the worst traits of human character imaginable. It was an unholy alliance of homosexuals and Blacks and self hating Whites were in the mix as well as hard core Communists. Make no mistake, the degenerates hiding under the banner of "diversity" and "tolerance" believe in those principles only as long as you agree with their twisted value systems.

As the orderly and disciplined NF formation approached the permitted rally area, a number of fist fights and other physical confrontations broke out as leftist began a feeble effort to try to stop the forward progress of the determined NF column to reach our permitted rally point. The City of Charlottesville showed very poor planning in allowing leftist into our permitted area as this was directly responsible for the large number of injuries that were inflicted on the pathetic Reds who are no match for the hardened Nationalists. In one of the initial exchanges Commander Schoep himself decked a Red with a single blow in self defense after being shoved by that individual. This is a clear contrast of leadership styles to many of the Alt Right speakers and leaders who prefer to surround themselves with layers of supporters and security. This lead from the front style is what has earned Commander Schoep the respect of allies and enemies alike over his decades of service to the pro White cause.

It is of great significance that in a recent article by the ADL in the days leading up to the Unite The Right rally documenting the 10 largest pro White street rallies in America, that 8 of the 10 were under operational control of Commander Schoep and staged by the Nationaal Socialist

JS00000352

Movement with the NSM in attendance at all 10 events to make the list. The NSM is simply the most experienced organization in America today, having planned and participated in literally dozens of vents spanning decades.

Our admiration and thanks go out to the professionalism exhibited by the highly trained men at the League Of The South who took point in the shield wall that pushed through the line of Red opposition as well as the very tough groups of skins that were right there with them fighting their way through. The skin crews that were there were a very hard lot and certainly no one in the opposition would want to tackle in a fair fight and we thank them for their support. A few did get pepper spray or tear gas injuries but other than that they came away unscathed and once again proved their mettle and value in these sort of street confrontations.

Our column proceeded on into the area of the monument as sporadic clashes occurred, due to the police keeping a hands off approach. We all assembled around the Lee monument in a show of support for the memory of our honored Confederate veterans.

All must keep in mind that Confederate veterans and their memorials are protected by an act of Congress and it is beyond comprehension that State and Federal authorities have not stepped in to put an end to this shameful assault on our military veterans. Remember in November the ongoing betrayal of our veterans on items such as this, the neglect and abuse suffered by them inside the VA and the fact that the issues of homelessness and unemployment among veterans has been completely ignored by the 2 major parties. This will not change until the people support National Socialist candidates that have our honored military veterans as a top priority. Never forget that the ranks of the NSM are disproportionately filled with military veterans and we stand in solidarity with our Veterans.

The police made no effort to stop the leftist criminals from hurling objects into the formation and there were a number of releases of pepper spray and tear gas cannisters thrown into the formation, which were immediately hurled back into the opposition where it seemed to have a much greater effect. The disruption of this legally permitted event continued for some time with clashes escalating until finally the police declared the legal event as an unlawful assembly and were told to disperse or face arrest. With our standard policy of being the lawful citizens we formed ranks and began our march over to nearby McIntyre Park.

In our opinion video documentation of this event clearly shows that the strategy of the Leftist Mayor of Charlottesville was to allow leftist into the permitted march route and allow tensions to escalate to the point that the event was able to be declared an unlawful assembly. This is the same Mayor that allegedly on Jan 31 of this year declared Charlottesville the "Center of the Resistance movement" and this was an effort to circumvent due process and the Constitution after an effort to get a court injunction against Unite The Right failed.

After we had re assembled at McIntyre Park reports of more clashes began filtering in. There was an incident involving a vehicular death which now looks like was in an effort to disengage from an attacking mob of leftist against an individual as well as the news coming in that a helicopter had crashed killing 2 policemen. Our condolences to the families who lost loved ones in these conflicts which video documentation clearly show was initiated by the left.

From McIntyre Park we moved back towards our parking structure and vehicles largely without incident. At this point Commander Schoep personally took charge of leading the formation as there was no other route available to us except straight back through the place where the Antifa were congregated. At this point full operational control was delivered to Commander Schoep for directing the security of the formation and we were very fortunate to have a man with his years of experience as well as sheer courage to direct operations. This is really indicative of the type of leader that Jeff Schoep is and he is why he is the preeminent White leader in America today. There were a few minor incidents along the way in which the leftist lost miserably as when they are not in masses they are typically pathetically weak. At the last minute police rerouted the formation several blocks around the area of Lee Park so as not to provoke another incident. After reaching

JS00000353

the vehicles we checked to ensure that our members were present and accounted for then we moved out to an after event rally point to double check that everyone was accounted for then we moved out to separate venues for the evening and enjoyed the company of other White Patriots that had valiantly stood up against the ongoing cultural Marxist assault on the White Race.

Overall the event was a huge success for the NF allies. It gave us an opportunity to assess our training programs in real life scenarios and will help critique cross organizational efforts moving forward. The unprecedented levels of video documentation and social media presence has proven to all of America exactly what the NSM has been warning about: That the forces aligned against us are straight up Communists and their ultimate goal is the destruction of not only America but the White Race globally. The mechanism they employ is the systematic replacement of culture and this corrosive effect weakens the nation internally and creates opportunities that the Communist seek to exploit. The left are the modern day Facists in that they seek to repress and destroy every opinion that is not in agreement with theirs.

It is our opinion that the violence and unnecessary loss of life was entirely preventable and responsibility for this rests squarely on the Mayor of Charlottesville, the Chief Of Police and whoever else was involved in planning this callous and inhuman strategy of deliberately causing a conflict to meet their political objectives at the cost of human lives. Even State representatives and members of Congress are now calling for investigations and it is our sincere hope that the City and those responsible are not only sued out of existence but ultimately imprisoned for their criminal acts.

Far from discouraging us, this event has only hardened our resolve to defend our Veterans and our Race and our culture. We will not be replaced!! This is not the end, it is only the beginning. While the MSM continues to distort the facts, social media and alternative news are getting the truth out and public opinion is overwhelmingly on our side. We are receiving unprecedented levels of calls for membership and pledges for support as Americans are simply fed up with this continuing assault on our freedoms being waged by the 2 Party system. Our thanks to all that supported our efforts and we must all harden our resolve for it is a certainty that there will be more violence before this situation is resolved. But it is a fight we must fight as the sacrifices of our Veterans must not be forgotten and this is a battle not only for the existence of our nation but of the very survival of our people. Please join us in our efforts. Hail Victory!

Major Brian Culpepper
National Socialist Movement

Home

