# EXHIBIT 97

Racism Scale : Where are you?



♡ 58   ⟲ 32   ♡ 179

**Eva Anna** @Coronahh1 · Jun 2
I'm 'your face' on the scale.

♡ 1   ⟲   ♡ 6

**Michael Tubbs** @Michael82379998 · Jun 2
Where's "Literally Hitler" on the scale?

♡   ⟲   ♡ 3



EXHIBIT 4