# EXHIBIT 98

THERE IS A WHOLE SLAVE TRADE HAPPENING IN LIBYA



> **1-Man Wolfpa€k** @REAl_youngGeo · Jun 2
>
> I talked about this in 2017 and NO ONE talked about it then. Now that we have the worlds attention, Let's shine light on the slave trade that currently going on in Libya 🇱🇾 and we don't see it all over social media... 💔💔💔 BLM
>
> Show this thread



💬 280   🔁 142.5K   ♡ 160.4K

**Michael Tubbs** @Michael82379998 · Jun 7
Good for Libya.

💬   🔁   ♡ 1

**EXHIBIT 5**