# EXHIBIT 99

 Michael Tubbs Retweeted

**Industrial 1347** @1347Industrial · 16h

Africans are not capable of Western Civilization.



**EXHIBIT**

6

>  **Strucker** @BaronStrucker · 19h
>
> Golden Oldie from 2014.
>
> Black women won the American debating championship with THIS 😳.
>
> Allow yourself to be dazzled by their debating skills 🤣.
>
> The writings been on the wall for a long time.
> Show this thread

1:44   7.6K views

♡ 2    ↻ 5    ♡ 32    ↑