# EXHIBIT 100

**SnowDuchess @SnowDuchess1 · 18h**
Question:

Regarding the many statues being desecrated, painted, pulled to the ground, all over the Western World, name any statues or Memorials that offend you as a White person?

💬 45  🔁 13  ♡ 61

**Michael Tubbs** @Michael82379998 · 17h
Every Holohoax memorial.

💬 1  🔁  ♡ 7

**EXHIBIT 7**

**Michael Tubbs** @Michael82379998 · 17h
Replying to @SnowDuchess1
Every MLK statue.

💬 1  🔁  ♡ 6