# EXHIBIT 103

