# EXHIBIT 139

| | |
|---|---|
| **From:** | Bryan Jones <bryan@bjoneslegal.com> |
| **Sent:** | Wednesday, June 17, 2020 12:20 PM |
| **To:** | Seidita, Gemma |
| **Subject:** | Fw: [ProtonMail] Re: Internet Explorer: [SupportForm] |

**[External]**

----- Forwarded Message -----
**From:** "Aleksandar (ProtonMail)" Redacted PII
**To:** "Floridas Son" Redacted PII
**Sent:** Thu, Jan 30, 2020 at 8:50 AM
**Subject:** [ProtonMail] Re: Internet Explorer: [SupportForm]

##- Please type your reply above this line -##
Your request (429294) has been updated. To add additional comments, reply to this email.



**Aleksandar (ProtonMail)**

Jan 30, 14:50 CET

Hello,

Thank you for contacting us.

We did a check-up on the <LSCoC> username and we can see that the account with that username was self-deleted and has finished the deletion process.

Please note that deleting your account results in the username being blacklisted. We do not allow recycling usernames. This is a security measure to prevent impersonation and abuse. Also, note that all of the messages affiliated with that address were permanently deleted and are irrecoverable.

If you'd like to, you can create a new account with a different username through the sign-up page:
https://protonmail.com/signup

If you have any further questions or issues, feel free to get back to us at any time.

1

Kind Regards,
Aleksandar
ProtonMail customer support



### Floridas Son

Jan 30, 02:01 CET

OS: windows
OS Version: Not provided
Browser: Internet Explorer
Browser Version:
Browser Extensions:
Resolution: 810 x 1304
Client: Static
Client Version: support-form
Title: [SupportForm]
Username: LSCoC@protonmail.com
Redacted PII
User-Agent: Mozilla/5.0 (Windows NT 10.0; Win64; x64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/79.0.3945.130 Safari/537.36

Unable to access my protonmail account

This email is a service from ProtonMail. Delivered by Zendesk | Privacy Policy