# EXHIBIT 142

WHO WE ARE | ABOUT | POSITION PAPERS | COUNTRY STUDIES | JOIN OUR MISSION | FAQS



ARTICLES | THE FREE MAGNOLIA | PHOTOS | MEDIA | NEWS | NATIONAL OUTREACH

# Working with our nationalist allies

by Michael Hill , May 15, 2017



I am very happy that The League is now working with several other nationalist groups on the right. We have the same common enemy, and we agree on many points–political, economic, and social. We look forward to forging even stronger bonds within this alliance.

While we all have common ground as white men who are nationalists, we also celebrate our true diversity as men of the West, of historic Christendom. We in The League are based firmly and historically in our Southern, Christian inheritance. We are Southern nationalists. We are a distinct and peculiar people with a sublime and unique culture and civilization that stretches back over 400 years on this continent. Our ancestors had their own nation-state from 1861 to 1865, and we still are determined as their descendants to have that wonderful blessing once again for ourselves and our posterity.

Let each group in our nationalist alliance emphasize its own strengths and aspirations, all the while working together as friends and allies with other similar organizations. In this confederation is strength and the beautiful diversity of our common European inheritance. Hail victory! Hail Dixie!

Michael Hill

**Share this:**

Share

**CATEGORIES:** COMMENTARY

**TAGS:** LEAGUE OF THE SOUTH, NATIONALIST ALLIANCE, NATIONALIST FRONT, THE SOUTH

### ABOUT AUTHOR

**Michael Hill**

Dr Michael Hill is President of the League of the South. He is a retired university professor of history and author of two books on Celtic warfare.

### RELATED ARTICLES

---

**SEARCH**

search here       Search

**FEATURED**

Understanding the events of today in a historic perspective:

The New Red Terror, Part I

The New Red Terror, Part II

**RECENT COMMENTS**

Michael Greek on The Cultural Vanguard Strategy

Michael Greek on A statement to concerned Southerners

OrthodoxConfederate on Southern Baptists condemn Alt-Right and nationalism

OrthodoxConfederate on A Band of Brothers

mtnforge on Max Boot's "Brotherhood of Ma…"

**UNIFORMS**

League of the South uniform items and other accessories for all members may now be purchased at Southern Nationalist Shirts & Patches.

**ARCHIVES**

Select Month

**CATEGORIES**

Activism
Commentary
Image/Video
News
Uncategorized

**META**

Log in
Entries feed
Comments feed
WordPress.org



League visits Emmett Till memorial . . .

Things are not as they appear . . .

Bill Kristol calls for demise of white American working class

## IMMIGRATION HURTS SOUTHERN WORKERS

## LEAGUE OF THE SOUTH CONTACT INFORMATION

## GEORGIA LS #SECEDE ACTIVISM



League of the South
Post Office Box 760
Killen, Alabama 35645

(800) 888-3163
(256) 757-6789
Email: jmichhill@cs.com

© 2014 Copyright **League of the South**. All Rights reserved. Theme by Orane-Themes.com.