# EXHIBIT 144

# INTENTIONALLY LEFT BLANK