# EXHIBIT 147

**Tyler** Redacted PII
14 Dec at 10:28 pm

Still getting chills from this, Fla League was there that night before the rally😎

https://youtu.be/AYzLdKWyXDw



Torch Rally UVA
youtu.be

 3               👁 26