# EXHIBIT 149



**Hunter Wallace** @occdissent
Nov 2, 2017

11/ I'm proud of the fact that we didn't ADD to our legal problems. We had no arrests, violence, shootings, etc. Instead, we SUBTRACTED from that perception

👍 Like    💬 Comment    🔁 Repost    99 Quote

---

**Hunter Wallace** @occdissent
Nov 2, 2017

6/ After Charlottesville, lots of people broke under the pressure. The Hard Right didn't break. We're going to be the last motherfuckers standing

👍 Like    💬 Comment    🔁 Repost    99 Quote