# EXHIBIT 150

Hunter Wallace @occdissent
Nov 2, 2017

34/ We have a different approach. Instead of sneaking up on the liberals, we're going to smash their taboos with blunt force

Like   Comment   Repost   Quote

Hunter Wallace @occdissent
Nov 2, 2017

25/ BTW, your most important optic is numbers. That's what creates the perception of strength. It is why Charlottesville was such a big deal

Like   Comment   Repost   Quote