# EXHIBIT 151



**Michael Kubbs** @MikaaaaaaKay · May 30
James Fields did nothing wrong.

> **Hunter** @TheCptBlackPill · May 30
> Woah twitter.com/mkultranews/st...

💬 2   🔁 12   ♡ 49   ⬆

EXHIBIT 27

**Michael Tubbs** @Michael82379998 · Jun 1

James Fields did nothing wrong.

#freejamesfields twitter.com/sh4llot/status...

> This Tweet is unavailable.

💬    🔁 2    ♡ 14    ⬆

EXHIBIT 28

Michael Tubbs Retweeted

**Americat** @Commodore_1853
Replying to @ComfyCrush and @diss_a_dendrite
James Fields did nothing wrong.

EXHIBIT 29

> Antifa attacked his car w/ bats prior to the accident
>
> Antifa members bragged about pointing guns at him prior to the accident
>
> the woman who died wasn't hit by the car; she died because she was fat & someone gave her CPR when she didn't need it, causing a heart attack

**Virginia**
## Charlottesville: white supremacist gets life sentence for fatal car attack

James Alex Fields Jr drove a car into a crowd of protesters

Anonymous (ID: zN27W+S)
06/28/19(Fri)15:35:15 No.217790614

Torturing a mentally handicapped white man because he's white: probation

🔁 7    ♡ 15

