UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

ELIZABETH SINES, SETH WISPELWEY, MARISSA BLAIR, APRIL MUNIZ, MARCUS MARTIN, NATALIE ROMERO, CHELSEA ALVARADO, JOHN DOE, and THOMAS BAKER,

          Plaintiffs,

v.

JASON KESSLER, et al.,

          Defendants.

Civil Action No. 3:17-cv-00072-NKM

**PLAINTIFFS' MOTION TO SEAL RESPONSE IN OPPOSITION TO DEFENDANTS HILL, TUBBS AND LEAGUE OF THE SOUTH'S MOTION FOR SUMMARY JUDGMENT AND SELECTED SUPPORTING EXHIBITS**

On September 4, 2020, Plaintiffs Elizabeth Sines, Seth Wispelwey, Marisa Blair, April Muniz, Marcus Martin, Natalie Romero, Chelsea Alvarado, John Doe, and Thomas Baker ("Plaintiffs"), by and through their counsel, filed a redacted Response in Opposition to Defendants Hill, Tubbs and League of the South's Motion for Summary Judgment ("Response"). Plaintiffs respectfully request that the Court enter the proposed order sealing their un-redacted Response as well as selected exhibits ("Exhibits") supporting Plaintiffs' Response, pursuant to W.D. Va. Local Rule 9. The un-redacted Response and Exhibits 1-13, 19-44, 46-61, 65, 68, 72-81, 105-129, 131-137 and 140 supporting Plaintiffs' Response, will be submitted conditionally under seal to the Court, and have been designated as either "Confidential" or "Highly Confidential" pursuant to the

1

January 3, 2018 Order for the Production of Documents and Exchange of Confidential Information (ECF No. 167) ("Protective Order").

For the reasons set forth herein, Plaintiffs request that their un-redacted Response and supporting Exhibits 1-13, 19-44, 46-61, 65, 68, 72-81, 105-129, 131-137 and 140 be sealed in accordance with W.D. Va. Local Rule 9 and the Protective Order.

Dated: September 4, 2020                                  Respectfully submitted,

/s/ *Alan Levine*
Alan Levine (*pro hac vice*)
Daniel P. Roy III (*pro hac vice*)
Amanda L. Liverzani (*pro hac vice*)
COOLEY LLP
55 Hudson Yards
New York, NY 10001
Telephone: (212) 479-6260
Fax: (212) 479-6275
alevine@cooley.com
droy@cooley.com
aliverzani@cooley.com

*Of Counsel:*

| | |
|---|---|
| Roberta A. Kaplan (*pro hac vice*) | David E. Mills (*pro hac vice*) |
| Julie E. Fink (*pro hac vice*) | Joshua M. Siegel (VSB 73416) |
| Gabrielle E. Tenzer (*pro hac vice*) | Caitlin B. Munley (*pro hac vice*) |
| Joshua A. Matz (*pro hac vice*) | Samantha A Strauss (*pro hac vice*) |
| Michael L. Bloch (*pro hac vice*) | Alexandra Eber (*pro hac vice*) |
| Emily C. Cole (*pro hac vice*) | COOLEY LLP |
| Alexandra K. Conlon (*pro hac vice*) | 1299 Pennsylvania Avenue, NW |
| Jonathan R. Kay (*pro hac vice*) | Suite 700 |
| Benjamin D. White (*pro hac vice*) | Washington, DC 20004 |
| Raymond P. Tolentino (*pro hac vice*) | Telephone: (202) 842-7800 |
| Yotam Barkai (*pro hac vice*) | Fax: (202) 842-7899 |
| KAPLAN HECKER & FINK, LLP | dmills@cooley.com |
| 350 Fifth Avenue, Suite 7110 | jsiegel@cooley.com |
| New York, NY 10118 | cmunley@cooley.com |
| Telephone: (212) 763-0883 | sastrauss@cooley.com |
| rkaplan@kaplanhecker.com | aeber@cooley.com |

jfink@kaplanhecker.com
gtenzer@kaplanhecker.com      Robert T. Cahill (VSB 38562)
jmatz@kaplanhecker.com        Scott W. Stemetzki (VSB 86246)
mbloch@kaplanhecker.com       COOLEY LLP
ecole@kaplanhecker.com        11951 Freedom Drive, 14th Floor
aconlon@kaplanhecker.com      Reston, VA 20190-5656
jkay@kaplanhecker.com         Telephone: (703) 456-8000
bwhite@kaplanhecker.com       Fax: (703) 456-8100
rtolentino@kaplanhecker.com   rcahill@cooley.com
ybarkai@ kaplanhecker.com     sstemetzki@cooley.com

Karen L. Dunn (*pro se*)            Katherine M. Cheng (*pro hac vice*)
William A. Isaacson (*pro se*)       BOIES SCHILLER FLEXNER LLP
Jessica E. Phillips (*pro hac vice*) 55 Hudson Yards, 20th Floor
PAUL WEISS RIFKIND WHARTON &         New York, NY 10001
GARRISON LLP                         Telephone: (212) 446-2300
2001 K Street, NW                    Fax: (212) 446-2350
Washington, DC 20006-1047            kcheng@bsfllp.com
Telephone: (202) 223-7300
Fax: (202) 223-7420                  J. Benjamin Rottenborn (VSB No. 84796)
kdunn@paulweiss.com                  Woods Rogers PLC
wisaacson@paulweiss.com              10 South Jefferson Street, Suite 1400
jphillips@paulweiss.com              Roanoke, Va. 24011
                                     Tel:  (540) 983-7600
                                     Fax:  (540) 983-7711
                                     brottenborn@woodsrogers.com


*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on September 4, 2020, I filed the foregoing with the Clerk of Court through the CM/ECF system, which will send a notice of electronic filing to:

Elmer Woodard
5661 US Hwy 29
Blairs, VA 24527
isuecrooks@comcast.net

James E. Kolenich
Kolenich Law Office
9435 Waterstone Blvd. #140
Cincinnati, OH 45249
jek318@gmail.com

*Counsel for Defendants Jason Kessler, Nathan Damigo, Identity Europa, Inc. (Identity Evropa), Matthew Parrott, and Traditionalist Worker Party*

Bryan Jones
106 W. South St., Suite 211
Charlottesville, VA 22902
bryan@bjoneslegal.com

*Counsel for Defendants Michael Hill, Michael Tubbs, and League of the South*

William Edward ReBrook, IV
The ReBrook Law Office
6013 Clerkenwell Court
Burke, VA 22015
edward@rebrooklaw.com

*Counsel for Defendants Jeff Schoep, National Socialist Movement, and Nationalist Front*

Justin Saunders Gravatt
David L. Campbell
Duane, Hauck, Davis & Gravatt, P.C.
100 West Franklin Street, Suite 100
Richmond, VA 23220
jgravatt@dhdglaw.com
dcampbell@dhdglaw.com

*Counsel for Defendant James A. Fields, Jr.*

I further hereby certify that on September 4, 2020, I also served the following non-ECF participants, via electronic mail, as follows:

Christopher Cantwell
christopher.cantwell@gmail.com

Robert Azzmador Ray
azzmador@gmail.com

Elliott Kline a/k/a Eli Mosley
eli.f.mosley@gmail.com
deplorabletruth@gmail.com

Vanguard America
c/o Dillon Hopper
dillon_hopper@protonmail.com

Matthew Heimbach
matthew.w.heimbach@gmail.com

Richard Spencer
richardbspencer@gmail.com

/s/ *Alan Levine*
Alan Levine (*pro hac vice*)
*Counsel for Plaintiffs*