UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| ELIZABETH SINES, SETH WISPELWEY, MARISSA BLAIR, APRIL MUNIZ, MARCUS MARTIN, NATALIE ROMERO, CHELSEA ALVARADO, JOHN DOE, and THOMAS BAKER,<br><br>Plaintiffs,<br>v.<br><br>JASON KESSLER, et al.,<br><br>Defendants. | Civil Action No. 3:17-cv-00072-NKM-JCH |

**[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO SEAL THEIR RESPONSE IN OPPOSTION TO DEFENDANTS HILL, TUBBS AND LEAGUE OF THE SOUTH'S MOTION FOR SUMMARY JUDGMENT AND SELCTED SUPPORTING EXHIBITS**

Pending before the Court is Plaintiffs' Motion to Seal their Response in Opposition to Defendants Michael Hill, Michael Tubbs and League of the South's Motion for Summary Judgment ("Response") and Selected Supporting Exhibits. Plaintiffs' un-redacted Response and selected exhibits have been designated either "Confidential" or "Highly Confidential" pursuant to this Court's Order for the Production of Documents and Exchange of Confidential Information entered on January 3, 2018 (ECF No. 167).

Pursuant to Local Rule 9, Plaintiffs have provided their un-redacted Response and their selected exhibits to the Court. After review and consideration, this Motion is hereby **GRANTED**.

**IT IS HEREBY ORDERED** that Plaintiffs' Response in Opposition to Defendants Michael Hill, Michael Tubbs and League of the South's Motion for Summary Judgment and

supporting Exhibits 1-13, 19-44, 46-61, 65, 68, 72-81, 105-129, 131-137 and 140 be filed under seal by the Clerk pursuant to Local Rule 9.

.

Dated:  September \_\_\_\_, 2020.

SO ORDERED

                                                                                                            _____

                                                            Honorable Joel C. Hoppe  
                                                            United States Magistrate Judge