# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### Charlottesville Division

| | |
|---|---|
| ELIZABETH SINES, SETH WISPELWEY, MARISSA BLAIR, APRIL MUNIZ, MARCUS MARTIN, NATALIE ROMERO, CHELSEA ALVARADO, JOHN DOE, and THOMAS BAKER,<br><br>Plaintiffs,<br><br>v.<br><br>JASON KESSLER, RICHARD SPENCER, CHRISTOPHER CANTWELL, JAMES ALEX FIELDS, JR., VANGUARD AMERICA, ANDREW ANGLIN, MOONBASE HOLDINGS, LLC, ROBERT "AZZMADOR" RAY, NATHAN DAMIGO, ELLIOT KLINE a/k/a/ ELI MOSLEY, IDENTITY EVROPA, MATTHEW HEIMBACH, MATTHEW PARROTT a/k/a DAVID MATTHEW PARROTT, TRADITIONALIST WORKER PARTY, MICHAEL HILL, MICHAEL TUBBS, LEAGUE OF THE SOUTH, JEFF SCHOEP, NATIONAL SOCIALIST MOVEMENT, NATIONALIST FRONT, AUGUSTUS SOL INVICTUS, FRATERNAL ORDER OF THE ALT-KNIGHTS, MICHAEL "ENOCH" PEINOVICH, LOYAL WHITE KNIGHTS OF THE KU KLUX KLAN, and EAST COAST KNIGHTS OF THE KU KLUX KLAN a/k/a EAST COAST KNIGHTS OF THE TRUE INVISIBLE EMPIRE,<br><br>Defendants. | Civil Action No. 3:17-cv-00072-NKM<br><br>**JURY TRIAL DEMANDED** |

**PLAINTIFFS' SUBMISSION REGARDING ROBERT "AZZMADOR" RAY**

In response to the Court's Order dated August 27, 2020, ECF No. 849, Plaintiffs state that they intend to rely on the following evidence at the Show Cause Hearing for Defendant Robert "Azzmador" Ray on September 14, 2020, at 2:00 p.m.:

- Court Orders regarding Ray (ECF Nos. 379, 383, 728, 814, 848)
- Plaintiffs' filings regarding Ray (ECF Nos. 673, 750, 803, 818) and exhibits thereto
- Email correspondence with Ray
- Ray's social media certification
- Ray's responses to Plaintiffs' Interrogatories and Requests for Production
- The third-party discovery vendor's status reports

Date: September 9, 2020

Respectfully submitted,

*/s/ Jessica E. Phillips*
Karen L. Dunn (*pro hac vice*)
Jessica E. Phillips (*pro hac vice*)
William A. Isaacson (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC 20006
Telephone: (202) 223-7300
Fax: (202) 223-7420
kdunn@paulweiss.com
jphillips@paulweiss.com
wisaacson@paulweiss.com

*Counsel for Plaintiffs*

|  |  |
|---|---|
|  | Of Counsel: |
| Robert T. Cahill (VSB 38562)<br>COOLEY LLP<br>11951 Freedom Drive, 14th Floor<br>Reston, VA 20190-5656<br>Telephone: (703) 456-8000<br>Fax: (703) 456-8100<br>rcahill@cooley.com | Roberta A. Kaplan (*pro hac vice*)<br>Julie E. Fink (*pro hac vice*)<br>Gabrielle E. Tenzer (*pro hac vice*)<br>Michael L. Bloch (*pro hac vice*)<br>KAPLAN HECKER & FINK LLP<br>350 Fifth Avenue, Suite 7110<br>New York, NY 10118<br>Telephone: (212) 763-0883<br>rkaplan@kaplanhecker.com<br>jfink@kaplanhecker.com<br>gtenzer@kaplanhecker.com<br>mbloch@kaplanhecker.com |
| Alan Levine (*pro hac vice*)<br>Philip Bowman (*pro hac vice*)<br>COOLEY LLP<br>55 Hudson Yards<br>New York, NY 10001<br>Telephone: (212) 479-6260<br>Fax: (212) 479-6275<br>alevine@cooley.com<br>pbowman@cooley.com | David E. Mills (*pro hac vice*)<br>Joshua M. Siegel (VSB 73416)<br>COOLEY LLP<br>1299 Pennsylvania Avenue, NW<br>Suite 700<br>Washington, DC 20004<br>Telephone: (202) 842-7800<br>Fax: (202) 842-7899<br>dmills@cooley.com<br>jsiegel@cooley.com |
| J. Benjamin Rottenborn (VSB 84796)<br>WOODS ROGERS PLC<br>10 South Jefferson St., Suite 1400<br>Roanoke, VA 24011<br>Telephone: (540) 983-7600<br>Fax: (540) 983-7711<br>brottenborn@woodsrogers.com |  |
|  | *Counsel for Plaintiffs* |

# CERTIFICATE OF SERVICE

      I hereby certify that on September 9, 2020, I filed the foregoing with the Clerk of Court through the CM/ECF system, which will send a notice of electronic filing to:

Justin Saunders Gravatt
David L. Hauck
David L. Campbell
Duane, Hauck, Davis & Gravatt, P.C.
100 West Franklin Street, Suite 100
Richmond, VA 23220
jgravatt@dhdglaw.com
dhauck@dhdglaw.com
dcampbell@dhdglaw.com

*Counsel for Defendant James A. Fields, Jr.*

Elmer Woodard
5661 US Hwy 29
Blairs, VA 24527
isuecrooks@comcast.net

James E. Kolenich
Kolenich Law Office
9435 Waterstone Blvd. #140
Cincinnati, OH 45249
jek318@gmail.com

*Counsel for Defendants Matthew Parrott, Traditionalist Worker Party, Jason Kessler, Nathan Damigo, and Identity Europa, Inc. (Identity Evropa)*

Bryan Jones
106 W. South St., Suite 211
Charlottesville, VA 22902
bryan@bjoneslegal.com

*Counsel for Defendants Michael Hill, Michael Tubbs, and League of the South*

William Edward ReBrook , IV
The Rebrook Law Office
6013 Clerkenwell Court
Burke, VA 22015
edward@rebrooklaw.com

*Counsel for Defendants Jeff Schoep, National Socialist Movement, and Nationalist Front*

I further hereby certify that on September 9, 2020, I also served the following non-ECF participants, via electronic mail, as follows:

Elliot Kline
eli.f.mosley@gmail.com

Matthew Heimbach
matthew.w.heimbach@gmail.com

Robert Ray
azzmador@gmail.com

Christopher Cantwell
christopher.cantwell@gmail.com

Vanguard America
c/o Dillon Hopper
dillon_hopper@protonmail.com

Richard Spencer
richardbspencer@icloud.com

/s/ Jessica E. Phillips
Karen L. Dunn (*pro hac vice*)
Jessica E. Phillips (*pro hac vice*)
William A. Isaacson (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC 20006
Telephone: (202) 223-7300
Fax: (202) 223-7420
kdunn@paulweiss.com
jphillips@paulweiss.com
wisaacson@paulweiss.com

*Counsel for Plaintiffs*