# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION

| | |
|---|---|
| ELIZABETH SINES, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> JASON KESSLER, *et al.*, <br><br> *Defendants.* | CASE NO. 3:17-cv-00072 <br><br> <u>ORDER</u> <br><br> JUDGE NORMAN K. MOON |

This case has been set for a Status Conference Video-Conference on **September 14, 2020 at 2:00 P.M. ET**, before United States District Judge Norman K. Moon.

It is **REQUESTED** that the Warden at Stafford County Department of Corrections in New Hampshire have

**Christopher Cantwell (# 20-00348)**

available for a **VIDEO-CONFERENCE** or **PHONE CALL** (if video-conference is unavailable) on that date and time so that he may participate in his case. The dial in information will be separately sent by the Clerk's Office forthwith.

It is so **ORDERED**.

The Clerk of the Court is directed to send a certified copy of this Order to the parties, to Mr. Cantwell, and to the Stafford County Department of Corrections.

Entered this  9th  day of September, 2020.

*/s/ Norman K. Moon*
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE