IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| **ELIZABETH SINES, ET AL.,** | |
| Plaintiffs, | |
| v. | Civil Action No. 3:17-cv-00072 |
| **JASON KESSLER, ET AL.,** | |
| Defendants. | |

### DEFENDANTS' HILL, TUBBS & LEAGUE OF THE SOUTH'S MOTION FOR A ONE WEEK EXTENSION TO FILE A REPLY TO PLAINTIFF'S RESPONSE TO THEIR MOTION FOR SUMMARY JUDGMENT

COME NOW Defendants Michael Hill, Michael Tubbs, and League of the South, by counsel, pursuant to this Court's scheduling order and request a one-week extension to file a Reply to Plaintiff's Response to their Motion for Summary Judgment. In support, Defendants submit as follows

1. Plaintiff's Response was filed with this court on Friday, September 4, 2020.
2. The Response included over 100 exhibits.
3. Defendants were unable to access most of the exhibits until today because of technical issues.
4. Reviewing the exhibits is necessary in order to file a Reply.
5. Currently a Reply is due by September 11, 2020.
6. Counsel for Plaintiffs does not oppose this motion.

For those reasons, Counsel for Defendants Hill, Tubbs, and the League of the South requests a one-week extension to file a Reply to Plaintiff's Response to their Motion for Summary Judgment.

Respectfully submitted,

/s/  Bryan J. Jones\_\_\_\_
Bryan J. Jones (VSB #87675)
106 W. South St., Ste. 211
Charlottesville, VA 22902
(P): (434) 260-7899
(F): (434) 381-4397
(E): bryan@bjoneslegal.com

*Counsel for Defendants for Michael Hill, Michael Tubbs, and League of the South*

## CERTIFICATE OF SERVICE

I certify that on the 10th day of September, 2020, a true and correct copy of the foregoing Motion for Summary Judgment was electronically filed with the Clerk of the Court using the CM/ECF system, which will provide electronic notice to all counsel of record.

/s/  Bryan J. Jones\_\_\_\_
Bryan J. Jones (VSB #87675)
106 W. South St., Ste. 211
Charlottesville, VA 22902
(P): (434) 260-7899
(F): (434) 381-4397
(E): bryan@bjoneslegal.com

I further hereby certify that on September 10, 2020, I also served the following non-ECF

participants, via electronic mail, as follows:

Christopher Cantwell
christopher.cantwell@gmail.com

Robert Azzmador Ray
azzmador@gmail.com

Elliott Kline a/k/a Eli Mosley
eli.f.mosley@gmail.com
deplorabletruth@gmail.com

Vanguard America
c/o Dillon Hopper
dillon_hopper@protonmail.com

Matthew Heimbach
matthew.w.heimbach@gmail.com

Richard Spencer
richardbspencer@gmail.com

/s/ Bryan J. Jones_____
Bryan J. Jones (VSB #87675)
106 W. South St., Ste. 211
Charlottesville, VA 22902
(P): (434) 260-7899
(F): (434) 381-4397
(E): bryan@bjoneslegal.com