# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# Charlottesville Division

ELIZABETH SINES, SETH WISPELWEY, MARISSA BLAIR, APRIL MUÑIZ, MARCUS MARTIN, NATALIE ROMERO, CHELSEA ALVARADO, JOHN DOE, and THOMAS BAKER,

    Plaintiffs,

v.

JASON KESSLER, et al.

    Defendants.

Civil Action No. 3:17-cv-00072-NKM

**JURY TRIAL DEMANDED**

## MOTION TO AMEND PRETRIAL SCHEDULING ORDER
## IN LIGHT OF TRIAL DATE CONTINUANCE

Plaintiffs Elizabeth Sines, Seth Wispelwey, Marisa Blair, April Muniz, Marcus Martin, Natalie Romero, Chelsea Alvarado, John Doe, and Thomas Baker ("Plaintiffs"), hereby move this Court, pursuant to Local Rule 16, to further amend this Court's Pretrial Order [Dkts. 101, 329, 461, 597]. We have reached out to all Defendants and received no objection from those who have responded. In support thereof, Plaintiffs state as follows:

- Pursuant to the Court's amended Pretrial Scheduling order, witness lists, motions in limine and responses, deposition designations, counter designations and objections, proposed jury instructions, and special interrogatories are all to be filed in late September and October 2020, in advance of an original trial date of October 26, 2020 [Dkt. 597].

- On August 25, 2020, the Court continued the October 26, 2020 trial in this action and directed the parties to appear for a telephonic hearing on September 14, 2020 to discuss new potential dates [Dkt. 844].

- Given the benefits to all parties of conserving legal and judicial resources, and in preparing and submitting trial materials closer to the date of the actual trial, Plaintiffs respectfully request that all remaining deadlines in the Amended Scheduling Order [Dkt. 597] be suspended and continued until such time as this Court has set a new trial date and associated schedule.

- We have reached out to all Defendants with this proposal. None that responded to our inquiry have objected to this motion.[1]

- This request does not apply to any deadline related to those motions already filed, including Defendants Hill, Tubbs, and League of the South's Motion for Summary Judgment [Dkt. 823] and Motions related to Plaintiffs' Expert Reports [Dkt. 826], or any responses or replies associated with those motions.

WHEREFORE, Counsel for Plaintiffs respectfully request that the Court further amend this Court's Pretrial Order to suspend further deadlines for witness lists, motions in limine and responses, deposition designations, counter designations and objections, proposed jury instructions, and special interrogatories until such time as this Court has set a new trial date and the Court deems just and proper.

---

[1] Plaintiffs received responses affirmatively consenting to this proposal from David Campbell (counsel for James Fields), James Kolenich (counsel for Jason Kessler, Nathan Damigo, Identity Evropa, Matthew Parrott and Traditionalist Worker Party) and Bryan Jones (counsel for Michael Hill, Michael Tubbs and League of the South). Plaintiffs received no response from Edward ReBrook (counsel for Jeff Schoep, National Socialist Movement, and Nationalist Front) or any of the *pro se* Defendants.

Dated: September 11, 2020

Respectfully submitted,

/s/ Robert T. Cahill
Robert T. Cahill (VSB 38562)
COOLEY LLP
11951 Freedom Drive, 14th Floor
Reston, VA 20190-5656
Telephone: (703) 456-8000
Fax: (703) 456-8100
rcahill@cooley.com

Of Counsel:

Roberta A. Kaplan (*pro hac vice*)
Julie E. Fink (*pro hac vice*)
Gabrielle E. Tenzer (*pro hac vice*)
Michael L. Bloch (*pro hac vice*)
Benjamin D. White (*pro hac vice*)
KAPLAN HECKER & FINK LLP
350 Fifth Avenue, Suite 7110
New York, NY 10118
Telephone: (212) 763-0883
rkaplan@kaplanhecker.com
jfink@kaplanhecker.com
gtenzer@kaplanhecker.com
mbloch@kaplanhecker.com
bwhite@kaplanhecker.com

Karen L. Dunn (*pro hac vice*)
William A. Isaacson (*pro hac vice*)
Jessica Phillips (*pro hac vice*)
PAUL WEISS RIFKIND WHARTON &
GARRISON LLP
2001 K Street, NW
Washington, DC 20006
Telephone: (202) 223-7300
Fax: (202) 223-7420
kdunn@paulweiss.com
wisaacson@paulweiss.com
jphillips@paulweiss.com

Alan Levine (*pro hac vice*)
Philip Bowman (*pro hac vice*)
COOLEY LLP
1114 Avenue of the Americas, 46th Floor
New York, NY 10036
Telephone: (212) 479-6260
Fax: (212) 479-6275
alevine@cooley.com
pbowman@cooley.com

David E. Mills (*pro hac vice*)
Joshua M. Siegel (VSB 73416)
COOLEY LLP
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004
Telephone: (202) 842-7800
Fax: (202) 842-7899
dmills@cooley.com
jsiegel@cooley.com

J. Benjamin Rottenborn (VSB 84796)
WOODS ROGERS PLC
10 South Jefferson St., Suite 1400
Roanoke, VA 24011
Telephone: (540) 983-7600
Fax: (540) 983-7711
brottenborn@woodsrogers.com

*Counsel for Plaintiffs*

CERTIFICATE OF SERVICE

      I hereby certify that on September 11, 2020, I filed the foregoing with the Clerk of Court through the CM/ECF system, which will send a notice of electronic filing to:

Justin Saunders Gravatt
David L. Hauck
David L. Campbell
Duane, Hauck, Davis & Gravatt, P.C.
100 West Franklin Street, Suite 100
Richmond, VA 23220
jgravatt@dhdglaw.com
dhauck@dhdglaw.com
dcampbell@dhdglaw.com

*Counsel for Defendant James A. Fields, Jr.*

Elmer Woodard
5661 US Hwy 29
Blairs, VA 24527
isuecrooks@comcast.net

James E. Kolenich
Kolenich Law Office
9435 Waterstone Blvd. #140
Cincinnati, OH 45249
jek318@gmail.com

*Counsel for Defendants Matthew Parrott, Traditionalist Worker Party, Jason Kessler, Nathan Damigo, and Identity Europa, Inc. (Identity Evropa)*

Bryan Jones
106 W. South St., Suite 211
Charlottesville, VA 22902
bryan@bjoneslegal.com

*Counsel for Defendants Michael Hill, Michael Tubbs, and League of the South*

William Edward ReBrook , IV
The Rebrook Law Office
6013 Clerkenwell Court
Burke, VA 22015
edward@rebrooklaw.com

*Counsel for Defendants Jeff Schoep, National Socialist Movement, and Nationalist Front*

1

I further hereby certify that on September 11, 2020, I also served the following non-ECF participants, via electronic mail, as follows:

Elliot Kline
eli.f.mosley@gmail.com

Matthew Heimbach
matthew.w.heimbach@gmail.com

Robert Ray
azzmador@gmail.com

Christopher Cantwell
christopher.cantwell@gmail.com

Vanguard America
c/o Dillon Hopper
dillon_hopper@protonmail.com

Richard Spencer
richardbspencer@icloud.com

*/s/ Robert T. Cahill*
Robert T. Cahill (VSB 38562)
COOLEY LLP
11951 Freedom Drive, 14th Floor
Reston, VA 20190-5656
Telephone: (703) 456-8000
Fax: (703) 456-8100
rcahill@cooley.com

*Counsel for Plaintiffs*