UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| ELIZABETH SINES, SETH WISPELWEY, MARISSA BLAIR, APRIL MUÑIZ, MARCUS MARTIN, NATALIE ROMERO, CHELSEA ALVARADO, JOHN DOE, and THOMAS BAKER, <br><br> Plaintiffs, <br><br> v. <br><br> JASON KESSLER, et al. <br><br> Defendants. | Civil Action No. 3:17-cv-00072-NKM <br><br> **JURY TRIAL DEMANDED** |

**[PROPOSED] ORDER GRANTING MOTION TO AMEND PRETRIAL SCHEDULING ORDER IN LIGHT OF TRIAL DATE CONTINUANCE**

Pending before the Court is Plaintiffs' Motion to further amend this Court's Pretrial Order [Dkts. 101, 329, 461, 597]. After review and consideration, the Motion is hereby **GRANTED** and it is **ORDERED** as follows:

1) All remaining deadlines in the Court's Amended Pretrial Order [Dkt. 597], including deadlines for witness lists, motions in limine and responses, deposition designations, counter designations and objections, proposed jury instructions, and special interrogatories, are hereby **SUSPENDED** until such time as this Court issues a new Scheduling Order in advance of trial.

2) All other deadlines related to motions already filed, including Defendants Hill, Tubbs, and League of the South's Motion for Summary Judgment [Dkt. 823] and Motions related to Plaintiffs' Expert Reports [Dkt. 826], or any responses or replies associated with those motions, shall remain intact.

Dated: September ___, 2020.

SO ORDERED.

_____

Hon. Joel C. Hoppe, M.J.