# EXHIBIT 4

**APPENDIX A**

**January 2020**

**DEBORAH E. LIPSTADT**

**BOOKS**
- *Antisemitism Here and Now* (Schocken 2019)
  - *Der Neue Antisemitismus* (Berlin Verlag 2019)
  - *Antisemitism Here and Now* (Hebrew edition Kinneret Publishing, 2019)
- *Holocaust: An American Understanding* (Rutgers University Press, 2016)
- *Holocaust: A Bibliography* (Oxford University Press., OUP.com, 2016) (digital edition)
- *The Eichmann Trial* (New York: Schocken/Nextbooks, 2011)
  - Spanish, 2019, Polish 2017, Dutch 2019
- *History on Trial: My Day in Court with a Holocaust Denier* (New York: Harper Collins, 2005) (pb, 2006,)
  - Czech, 2014, Dutch, 2016
- *Denying the Holocaust: The Growing Assault on Truth and Memory* (New York: Free Press, 1993) (pb. 1995),
  - German, 1995, Japanese, 1996, Czech, 2001
- *Beyond Belief: The American Press and the Holocaust, 1933-1945* (New York: Free Press, 1985), (pb 1993)  German, 1989

**BOOKS IN PROGRESS**:
　　　*Gold Meir: A Biography* (Yale University Press), anticipated delivery of manuscript, Janaury 2022.
　　　*Is Forgiveness Possible?* With Erica Brown

**MOVIE**
- *Denial* September 2016 , Film adaptation of Deborah Lipstadt's *History on Trial,* Screenplay by Sir David Hare, Producers: BBC Films, Participant Media, Foster-Krasnoff Productions.  I served as a consultant on the film. http://variety.com/2015/film/news/rachel-weisz-denial-bleecker-street-1201634339/

**TEACHING EXPERIENCE:**
- Emory, Dorot Professor of Modern Jewish and Holocaust Studies, Religion Department 1993-present.
- Chair, Tam Institute for Jewish Studies, Emory University, 1999-2008
- Occidental College, Visiting Associate Professor, 1988-1992
- UCLA, Assistant Professor of Modern Jewish History, 1979-1986.
- University of Washington, Assistant Professor, Comparative Religion and History, 1975-1979

**CONGRESSIONAL TESTIMONY**

- United States Commission On International Religious Freedom,  "The First Step to Fighting Antisemitism Is To Recognize It, January 8, 2020.

- House Foreign Affairs Subcommittee, "Resisting Anti-Semitism And Xenophobia in Europe, January 29, 2020

---

## SELECT BIBLIOGRAPHY OF SUBMITTED AND INVITED ARTICLES 2010-2019

- "David Wyman: An Evaluation and an Appreciation," *Yad Vashem Studies,* forthcoming (8000 words).

- "Holocaust Denial: Flat Earth Theory or Classic Antisemitism?" *Nooit Meer Auschwitz Lezing, 2018,* Netherlands Auschwitz Comite, Amsterdam (lecture given in conjunction with receipt of the *Annetje Fels-Kupferschmidt Award 2018).*

- "Remembering the Shoah: The ICRC and the International Community's Efforts in Responding to Genocide and Protecting Civilians," (Geneva: ICRC/WJC, 2015), pp. 13-21.

- "And it Not Be Stilled: The Legacy of Debbie Friedman," *Between Jewish Tradition and Modernity* (Wayne State University Press, 2014), pp. 110-122.

- The Iranian President, the Canadian Professor, the Literary Journal, and the Holocaust Denial Conference That Never Was: The Strange Reality of Shiraz Dossa," *Studies in Global Antisemitism*, (Inst. For Study of Global Antisemitism and Policy, 2014), pp. 71-83.

- "The Protocols of the Elders of Zion on the American Scene: Historical Artifact or Contemporary Threat?" *The Paranoid Apocalypse,* S. Katz, R.Landes, eds. (NYU Press, 2012), pp. 172-185.

- "Playing the Blame Game: American Jews Look Back at the Holocaust," David Belin Lecture in American Jewish Affairs, Frankel Center, University of Michigan, 2011, pp. 8-34.

-  "Simon Wiesenthal and the Ethics of History," *Jewish Review of Books,* Winter 2011.

-  "Denial," *Oxford Handbook of Holocaust Studies,* Peter Hayes and John Roth, eds., (Oxford University Press, 2010), pp. 560-575.

- "Assembling Eichmann's Shackles" *Gender and Jewish History,* (Indiana University Press, 2010), pp. 305-320.

2

**MAJOR LECTURES 20011-20 (a selection)**

- "Antisemitism: Its History and Structure," Princeton Institute for Advanced Studies, February 5, 2020

- "The New Antisemitism," Goethe University, Institute for Advanced Study of the Humanities, [imForschungskolleg Humanwissenschaften der Goethe-Universität], Frankfurt, Germany, December 10, 2019
  https://www.muk.uni-frankfurt.de/83999598/Der_neue_Antisemitismus

- "Antisemitism Here and Now, "Roosevelt House, Hunter College/ City University of New York http://www.roosevelthouse.hunter.cuny.edu/events/deborah-lipstadt-anti-semitism-now/ March 6, 2019.

- "The Worldwide Threat of Contemporary Antisemitism," a seminar given at the request of the Swedish Foreign Minister at the Swedish Foreign Ministry, January 28, 2019 (In the course of the seminar I had a private meeting with the Foreign Minister and the Swedish Royal Princess to discuss the current situation in Sweden.)

- "Antisemitism: An Existential Threat to Democracy," *UNESCO* Special Meeting on Antisemitism, United Nations, September 2018 (This presentation was given at the request of the Director General of UNESCO.)

- "Holocaust Denial: The New Variants," Lecture given on the occasion of receipt of the Carl-von Ossietzky-Preis given by the Lord Mayor of Oldenburg for scholarly efforts on behalf of human rights, Oldenburg, Germany, May 2018.

- "Holocaust Denial: Flat Earth Theory or Classic Antisemitism?" *Nooit Meer Auschwitz Lezing, 2018,* Netherlands Auschwitz Comite, Amsterdam (lecture given in conjunction with receipt of the *Annetje Fels-Kupferschmidt Award* 2018*)*

- "Holocaust Denial: A Not-So-Subtle Form of Antisemitism," *Haifa University* talk given in conjunction with receipt of a Ph.D. *honoris causa*

- "The Best of Times? The Worst of Time? Antisemitism Today," United Nations Special Conference on Antisemitism, September 2016

- "Contemporary Antisemitism: An Assessment," Center for the Study of Jewish Civilization, Georgetown University, February, 2016

- "That Holocaust Denial Should Not be Criminalized in the 21st Century," Oxford Union, Oxford, U.K., January 2016 (debate) https://www.youtube.com/watch?v=pdhW93njJnE

3

- "The International Committee of the Red Cross and the Shoah: A Blemished Record," International Committee of the Red Cross and the World Jewish Congress, Geneva, 2015 https://www.youtube.com/watch?v=YBCATemwfdA

- "Holocaust Denial: A New and Not So New Form of Antisemitism," Isaiah Berlin Memorial Lecture, Hampstead Synagogue, London September 2014 https://www.youtube.com/watch?v=5nKZ7lROE-w

- "Holocaust Denial in the 21st Century," Cambridge University, Center for Research in Arts, Humanities, and Social Sciences, Cambridge, England May 2014 https://www.youtube.com/watch?v=IIrUmKLdr1A

- "Can Speech Kill? Kigali International Forum on Genocide," An Academic Symposium in Honor of the 20th Anniversary of the Rwandan Genocide, Kigali, Rwanda, April 2014 http://yhoo.it/1pT1DAO

- The New Anti-Semitism - Holocaust Denial & Anti-Israelism. Graf Oration, Shalom Institute, Sydney Australia, August, 2013 https://www.youtube.com/watch?v=yNSTmDc4NLQ

- "Holocaust Denial: A Clear and Present Danger?"  Calouste Gulbenkian Foundation and the Luso-American Foundation (FLAD) in partnership with US Embassy, Lisbon, Portugal, October 2012

- "Holocaust and Genocide Denial: The Liar's Motivations," Kigali Genocide Center, Rwanda, July 2012

- "The Hannah Arendt Controversy: An Attempt at a Balanced Perspective," Bard College Hannah Arendt Center, April 2012

- "The Eichmann Trial: A 50 Year Retrospective," London Jewish Book Fair, February 2012

- "America and the Holocaust: The Contemporary Debate in the American Jewish Community," Yale Program for the Study of Antisemitism/ Yale History Department, November 2011

- "The Impact of the Capture of Adolf Eichmann on Genocide Law," United States State Department, April 2011

- "Playing the Blame Game: American Jews Look Back at the Holocaust," The Jean & Samuel Frankel Center for Judaic Studies, David W. Belin Lecture in American Jewish Affairs, University of Michigan, March 2011

4

**OP-EDS/ NEWSPAPER COLUMNS / PODCASTS/  INTERVIEWS/  MEDIA APPEARANCES (selection since 2017)**

- "Far more unites Black and Jewish Americans than divides them: Opinion,"  (with Ethan Katz), CNN.com, July 18, 2020, https://edition.cnn.com/2020/07/18/opinions/black-celebrities-anti-semitism-anti-racism-katz-lipstadt/index.html

- "Jews are Going Underground," *Atlantic Magazine,* December 29, 2019

- "Looking at Anti-Semitism on the Left and the Right: An Interview with Deborah E. Lipstadt," *New Yorker,* January 24, 2019, https://www.newyorker.com/news/the-new-yorker-interview/looking-at-anti-semitism-on-the-left-and-the-right-an-interview-with-deborah-e-lipstadt

- "What About Antisemitism?" *Pantsuit Nation* (podcast), March 15, 2019, http://www.pantsuitpoliticsshow.com/show-archives/2019/3/15/beto-manafort-the-college-admissions-scandal-and-understanding-antisemitism-with-deborah-lipstadt?rq=Lipstadt

- "The *Economist* Asks: What's Behind the New Antisemitism," *The Economist Radio,* (podcast),  January 17, 2019, *https://www.iheart.com/podcast/613-the-economist-radio-28322448/episode/the-economist-asks-whats-behind-the-30430163/*

- "'Antisemitism: Here and Now' Author Discusses Resurgence of Public Anti-Semitism," *All Things Considered,* (NPR)*,* February 17, 2019

- "Books Podcast: Deborah Lipstadt on anti-Semitism and what you can and can't say about Israel," *The Spectator,* (podcast), February 13, 2019 https://blogs.spectator.co.uk/2019/02/books-podcast-deborah-lipstadt-on-anti-semitism-and-what-you-can-and-cant-say-about-israel/

- "Deborah Lipstadt on Fighting Antisemitism and Hatred: An Interview by Walter Isaacson," *Amanpour and Company* "(PBS)*,* February 2, 2019, https://www.pbs.org/video/deborah-lipstadt-wnmqgb/

- "Deborah Lipstadt: How do you Stand up to a Holocaust Denier?," *TED Radio Hour,* NPR, June 23, 2017, https://www.npr.org/2017/06/23/533783440/deborah-lipstadt-how-do-you-stand-up-to-a-holocaust-denier

- Deborah Lipstadt, "The Meaning of Assad's Alleged Crematorium," *The Atlantic,* May 17, 2017, https://www.theatlantic.com/international/archive/2017/05/assad-crematorium-holocaust/527007/

- Deborah Lipstadt, "End the Misuse of History," *The Atlanta,* April 14, 2017,

https://www.theatlantic.com/international/archive/2017/04/holocaust-history-spicer-le-pen/523005/

- Deborah Lipstadt, "The Trump Administration Flirtation with Softcore Holocaust Denial," *Atlantic Magazine,* January 30, 2017, https://www.theatlantic.com/politics/archive/2017/01/the-trump-administrations-softcore-holocaust-denial/514974/

- "Many Would Like to Stand up to Antisemitism: I had the chance to do it," *The Guardian*, (extended interview with Harry Wallop), January 14, 2017 https://www.theguardian.com/books/2017/jan/14/deborah-lipstadt-interview-denial

- "Alt-Right: Normalizing Extremism, "*All Things Considered*, November 27, 2016, http://www.npr.org/2016/11/27/503520818/the-risks-of-normalizing-the-so-called-alt-right

- "Denial: the Movie Recounts Professor's Legal Battle with Denier," *All Things Considered*, October 2, 2016 www.npr.org/2016/10/02/496317258/denial-recounts-professors-legal-battle-with-holocaust-denier

- Deborah Lipstadt**,** "Best Way to Stop Islamic Terrorism? Reach Out to Muslims," *Forward,* November 15, 2015, http://forward.com/author/deborah-lipstadt/#ixzz43BuB4hwi

- Deborah Lipstadt,  "4 Reasons We Should Think Before Acting Rashly on Migrant Crisis," *Forward,* September 9, 2015 http://forward.com/opinion/320609/reasons-to-think-before-acting-on-migrants/#ixzz43BulHRvk

- Deborah Lipstadt, "Echoes of McCarthyism in Smear Campaign Against New Israel Fund Backers," (with David Ellenson) *Forward,* March 13, 2015 http://forward.com/opinion/216599/echoes-of-mccarthyism-in-smear-campaign-against-ne/#ixzz43BwhxZeK

- Deborah Lipstadt, "7 Axioms of the Copenhagen Terror Attacks," *Forward,* February 18, 2015, http://forward.com/opinion/214981/7-axioms-of-the-copenhagen-terror-attacks/#ixzz43BvlritJ

- "Condemning Radical Islam," (Letter to the Editor), *New York Times,* February 13, 2015, http://www.nytimes.com/2015/02/14/opinion/condemning-radical-islam.html

- Deborah Lipstadt, "The Rise of Soft Core Holocaust Denial," *Jewish News,* January 15, 2015, *Jewish News* (UK), http://www.jewishnews.co.uk/rise-soft-core-holocaust-denial/

6

- Deborah Lipstadt,  "Hypocrisy After the Paris Terror Attacks: Why won't Europe acknowledge the grave threat to its Jews?" *Tablet Magazine, January* 16, 2015 http://www.tabletmag.com/scroll/188387/hypocrisy-after-the-paris-terror-attacks

- Deborah Lipstadt, "You Need a Law to Affirm Israel's Jewish Identity?" (with David Ellenson), *Wall Street Journal,* December 1, 2014  http://www.wsj.com/articles/david-ellenson-and-deborah-lipstadt-you-need-a-law-to-affirm-israels-jewish-identity-1417478036

- Deborah Lipstadt, "Europe's Last Jews," *Forward,* December 23, 2014, http://forward.com/opinion/211459/europes-last-jews/#ixzz43ByTBoqZ

- Deborah Lipstadt, "Anti-Semitism Creeps Into Europe's Daily Routines," *Forward,* November 21, 2014, http://forward.com/search/#ixzz43Bw9cLcD

- Deborah Lipstadt, "Why Jews Are Worried: on the Rising Anti-Semitism in Europe," *New York Times,* August 20, 2014 http://www.nytimes.com/2014/08/21/opinion/deborah-e-lipstadt-on-the-rising-anti-semitism-in-europe.html

- "California School Asks 8th Graders To Debate Whether the Holocaust Happened," *Tablet Magazine,* May 6, 2014 http://www.tabletmag.com/jewish-news-and-politics/171856/california-school-holocaust-denial

- "In Europe, Elites Create the Atmosphere That Allows Popular Anti-Semitism to Grow," *Tablet Magazine,* January 11, 2014,  http://www.tabletmag.com/jewish-news-and-politics/157691/quenelle-and-anti-semitism

- "Erasing Historic Stain at Emory's Dental School, *Forward,* October 17, 2012, http://forward.com/opinion/164365/erasing-historic-stain-at-emorys-dental-school/

- "No Open Zion Deborah Lipstadt Won't Shut Up, *Tablet Magazine,* July 24, 2012 http://www.tabletmag.com/scroll/107240/no-open-zion-deborah-lipstadt-won%E2%80%99t-shut-up

- "Jewish Blood Is Cheap:  The real reason the Olympic Committee refuses to commemorate the Israeli athletes murdered in Munich," *Tablet Magazine,* July 17, 2012 http://www.tabletmag.com/jewish-news-and-politics/106409/jewish-blood-is-cheap

- "Congress' Chained Woman: The chair of the House Ways and Means Committee says he's committed to family values. So, why is he allowing his adviser to deny his wife a *get*?" *Tablet Magazine,* March 20, 2012
- http://www.tabletmag.com/jewish-news-and-politics/94445/congresss-chained-woman

- "How To Study Anti-Semitism," *Forward,* June 15, 2011, http://forward.com/opinion/138715/how-to-study-anti-semitism/#ixzz43BvEFWCr

- "Demjanjuk in Munich," *New York Times,* May 16, 2011, http://www.nytimes.com/2011/05/17/opinion/17Lipstadt.html

- "Film Study: The Eichmann Trial," *Tablet Magazine,* April 11, 2011, http://www.tabletmag.com/jewish-news-and-politics/64422/film-study

- "Full Interview with Deborah Lipstadt," by Chemi Shalev, *Haaretz, April* 11, 2011, http://www.haaretz.com/jewish/full-interview-with-holocaust-historian-deborah-lipstadt-1.401823

- "Trial and Error," *Tablet,* March 24, 2011, http://www.tabletmag.com/jewish-news-and-politics/62585/trial-and-error

- "Glenn Beck Isn't the Only Offender, *Forward,* February 2, 2011, http://forward.com/opinion/135134/glenn-beck-isn-t-the-only-offender/#ixzz43BxNrp3c

- "A Wisp of a Woman with a Guitar," *Haaretz,* January 14, 2011, http://www.haaretz.com/a-wisp-of-a-woman-with-a-guitar-1.336920

- "Monumental: Lanzmann's Shoah at 25 Years," *Tablet Magazine,* December 10, 2010, http://www.tabletmag.com/jewish-arts-and-culture/52925/monumental

- "Even a 'remake' of Jud Süss can never be neutral," *The Guardian* (UK), October 5, 2010,  http://www.theguardian.com/commentisfree/2010/oct/05/jud-suss-goebbels-remake-germany

- "The Holocaust is Humanity's Greatest Failure," *The Guardian,* September 9, 2009, http://www.theguardian.com/world/2009/sep/09/holocaust-analysis-deborah-lipstadt-germany

- "Commentary: Holocaust love story an insult to the survivors," *CNN.com,* December 31, 2008, http://edition.cnn.com/2008/POLITICS/12/30/lipstadt.holocaust/index.html?iref=24hours

- "Learning to Love Obama after Hillary Clinton's Defeat," *Jewish Telegraphic Agency,* October, 17, 2008, http://www.jta.org/2008/10/17/archive/learning-to-love-obama-after-hillary-clintons-defeat

- "Clinton is the proven choice," *Jewish Telegraphic Agency,* April 18, 2008, http://www.jta.org/2008/04/18/news-opinion/opinion/clinton-is-the-proven-choice

- "Stanley Fish nails it: 'Hillary hatred' is just like Antisemitism," *Deborah Lipstadt's Blog,* April 8, 2008, http://lipstadt.blogspot.com/2008/02/stanley-fish-nails-it-on-hillary-hatred.html  (reposted on History News Network, http://historynewsnetwork.org/article/47138)

**CONSULTATIONS:**

United Nations Special Rappoteur on Antisemitism, Feburary 27, 2019, April 8, 2019. (The rapporteur is preparing a special report for the UN Secretary General.  In the first meeting I briefed his staff and in April, I shall brief the rapporteur directly).

 Aspen Institute, Congressional Breakfast, briefing on antisemitism and politics, March 28, 2019 (private briefing for 35 members of Congress).

Duke University President Vincent Price, private meeting regarding antisemitism on campus, March 25, 2019.

District of Columbia City Council, private briefing on the history and persistence of antisemitism, February 15, March 14, 2019.

Private meeting with Speaker Nancy Polosi's Domestic Policy advisor regarding potential action by House of Representatives on domestic of antisemitism, March 13, 2019. (I also consulted with a number of members of the House on potential action regarding antisemitism.)

Muslim/Jewish Advisory Group, briefing on prejudice and antisemitism, February 28, 2019.

**WEBSITE/ INTERNET BASED COMMUNICATIONS**
- *Holocaust Denial on Trial [www.HDOT.org]:* Based at Emory University, archive of material on David Irving v. Deborah Lipstadt, responses to Holocaust deniers in English, Turkish, Russian, Farsi, and Arabic
- Facebook: Deborah Lipstadt: I post articles and comments dealing with Holocaust, Israel, antisemitism, political matters.
- Deborah Lipstadt's Blog: from 2007-2011.  During this period, I blogged on topics related to Holocaust, Holocaust denial, antisemitism, and political matters. http://lipstadt.blogspot.com/2007/06/about-this-blog.html

**EMORY UNIVERSITY ADMINISTRATIVE POSITIONS**
- Founding Director, Tam Institute for Jewish Studies, 1998-2008
- Member, Faculty Council, 1996-1999: review all promotions in Emory College.

- Member,Presidential Search Committee, 2001
- Member, President's Advisory Council, 1996-2000
- Member, Provost Search Committee, 1997-98

## GRANTS:

- Senior Scholar in Residence, (Invitational award), United States Holocaust Memorial Museum, September 2019- May, 2020.
- Senior Scholar, Center for Humanistic Inquiry, Emory University 2013-14
- Since 2001 I have received approximately one million dollars (gifts and endowments) for HDOT. Funding foundations include Wexner, Marcus, and Koret Foundations.  None of these funds were used for my own research.  All were for the support and maintenance of the website
- University Research Council, Emory University, $7500 for completion of manuscript on Adolf Eichmann, 2010
- Resnick Invitational Scholar, Center for Advanced Holocaust Studies, United States Holocaust Memorial Museum, $30,000 for research on Eichmann trial, Spring 2009

## AWARDS

- *Annetje Fels-Kupferschmidt Award,* Nederlands Auschwitz Comite, 2018
- Alumni of the Year, 2016, Brandeis University
- National Jewish Book Award, Finalist, *The Eichmann Trial,* 2011
- Raphael Lemkin Award for the Prevention of Genocide, Auschwitz Institute, 2010 [Awarded to General Wesley Clark and Deborah Lipstadt]
- National Jewish Book Award for *History on Trial,* 2006
- Eternal Light Award, Center for Catholic Jewish Relations, Longboat Key, Florida, 2002
- National Jewish Book Award, 1986, Finalist, *Beyond Belief: The American Press and the Coming of the Holocaust, 1933-45, 1987*
- Herbert Katzki Award for Outstanding Historical Writing Based on Archival Material, 2002
- Honorary Degrees: Yeshiva University (2000), Bar Ilan University (2001), John Jay College of Criminal Justice (2007), Hebrew Union College (2008), Ohio Wesleyan University (2008), Jewish Theological Seminary (2011), Ben Gurion University (2012)
- Albert Chernin Award, Jewish Council for Public Affairs, 2005. The award is presented annually to an American Jew whose work best exemplifies the social justice imperatives of Judaism, Jewish history, and the protection of the Bill of Rights, particularly the First Amendment.  Previous winners include Ruth Bader Ginsburg, Senators Carl Levin, Frank Lautenberg, and Ron Wyden, Laurence Tribe, Alan Dershowitz.

## SERVICE TO FIELD

- United States Holocaust Memorial Council, Executive Committee Member, July 1994-2005, 2012-2016

- United States Holocaust Memorial Council, Chair, Committee on Antisemitism and Holocaust Denial, 2014-2016
- United States Holocaust Memorial Museum, Chair, Academic Committee, 2000-2004. [The Academic Committee oversees the operation of the Center for Advanced Holocaust Studies of the USHMM.]
- United States Holocaust Memorial Council, 1993-2005, 2012-2016
- Princeton Institute for Advanced Studies, Reader of applications, 2012, 2013, 2016, 2017, 2019.
- United States State Department, Advisory Committee on Religious Persecution Abroad. November 1996- 2000.

## ACADEMIC AND PROFESSIONAL ORGANIZATIONAL AFFILIATIONS AND APPOINTMENTS:

- Fellow, American Academy of Jewish Research, [elected], 2006.
- Reader, Princeton Institute for Advanced Studies, 2012-2018.
- Member, Board of Directors, Association for Jewish Studies, 1976-1981, 1993-1996, 2000-2003.
- Member, Selection Committee, National Jewish Book Award Selection Committee, 1996, 1997, 2004
- Member, Academic Advisory Board, Frankel Center for Judaic Studies, University of Michigan, 2006.
- Presidential Appointment to United States Holocaust Memorial Museum, 1993-2002, 2008-2012
- Judge, Rohr Prize in Jewish Literature, Non-fiction, 2008-present

## MEMBERSHIP BOARDS

- Board of Trustees, American Jewish Joint Distribution Committee, 2010- present
- Advisory Board, The Jewish Forward Advisory Committee 2015- present

11