# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

**Elizabeth Sines, et al**

**vs.**

**Jason Kessler, et al**

Action No:   3:17CV72

Date:   September 14, 2020

Judge:   Norman K. Moon

Court Reporter:   Mary Butenschoen

Deputy Clerk:   Heidi N. Wheeler

| Plaintiff Attorney(s) | Defendant Attorney(s) |
|---|---|
| Jessica Phillips | James Kolenich |
| Michael Bloch | Bryan Jones |
| Alan Levine | David Campbell, and |
| Yotam Barkai | Dillon Hopper |
| Roberta Kaplan | Richard Spencer |
| Jonathan Kay | Christopher Cantwell |
| David Mills | Matthew Heimbach |
| Scott Stemetzki | |
| (present via zoon hearing ) | |

## LIST OF WITNESSES

| PLAINTIFF/GOVERNMENT: | DEFENDANT: |
|---|---|
| 1. | 1. |

PROCEEDINGS:
VIDEO SHOW CAUSE HEARING AND STATUS HEARING 2:07-3:00= 53 min

Court gives summary for the record to date regarding show cause hearing regarding Robert Ray.
Ms. Phillips responds. Court proceeds with Civil Contempt hearing. Arguments heard. Court
finds Mr. Ray in Civil Contempt. An Opinion will issue.   Oral findings by Court. The Court will
direct a bench warrant be issued along with a Civil Contempt Order.

2:07-2:33 pm

Status hearing begins:

Court discusses projected length of trial and number of witnesses needed. Handling of witnesses addressed.

Motions for Summary Judgment discussed. Court would like these handled early. Some parties seeking extension to file.   Court advises extensions to be taken up by Magistrate Judge Hoppe.

Trial dates discussed. Parties look to April 26 for four weeks. Concerns about Covid and being able to proceed by April discussed.   Back up date in late 2021 will be held.

Mr. Cantwell seeks an extension for Request for Admissions. Court grants 30 days from today.

No further matters to address, court adjourned.

2:33-3:00

Time in Court: