IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | | |
|---|---|---|
| ELIZABETH SINES et al.,<br>    Plaintiffs, | ) ) ) | Civil Action No. 3:17-cv-00072 |
| v. | ) ) | ORDER |
| JASON KESSLER et al.,<br>    Defendants. | ) ) ) | By:   Joel C. Hoppe<br>        United States Magistrate Judge |

This matter is before the Court on Plaintiffs' motion to suspend certain trial-related deadlines in light of the Court's recent order continuing the October 2020 trial date. Pl.'s Mot., ECF No. 870. On September 14, 2020, the presiding District Judge reset the matter for a four-week jury trial tentatively scheduled to begin on April 26, 2021. For good cause shown, Plaintiffs' motion is **GRANTED**, and the deadlines for parties to submit witness lists, motions in limine and responses, deposition designations, counter designations and objections, proposed jury instructions, and special interrogatories are hereby **SUSPENDED** pending further order of the Court. *See* ECF No. 597, at 2. Within fourteen (14) days of this Order the parties are directed to submit a joint proposed schedule setting new deadlines for these submissions. If the parties cannot agree on a proposed deadline, they should note the different proposals in their joint filing.

This Order does not apply to deadlines that have already passed, *see* ECF Nos. 101, 329, 461, 597, 791, or to motions that are currently pending. Any party seeking to extend an expired deadline shall, within fourteen (14) days of this Order, file a motion showing the party failed to act because of excusable neglect and there is good cause to extend the time previously allowed. *See Agnew v. United Leasing Corp.*, 680 F. App'x 149, 155 (4th Cir. 2017) ("A district court may extend a deadline for good cause if the party can show that the delay was 'because of excusable neglect.'" (quoting Fed. R. Civ. P. 6(b)(1)(B)).

It is so ORDERED.

ENTER: September 15, 2020

Joel C. Hoppe
U.S. Magistrate Judge