IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | | |
|---|---|---|
| ELIZABETH SINES et al., <br>     Plaintiffs, | ) <br> ) <br> ) | Civil Action No. 3:17-cv-00072 |
| v. | ) <br> ) | ORDER |
| JASON KESSLER et al., <br>     Defendants. | ) <br> ) <br> ) | By:    Joel C. Hoppe <br>         United States Magistrate Judge |

Plaintiffs' Motion to Seal their Response in Opposition to Defendants Michael Hill, Michael Tubbs and League of the South's Motion for Summary Judgment ("Response") and Selected Supporting Exhibits. ECF No. 864.

The First Amendment provides a public right of access to court documents. *See* W.D. Va. Gen. R. 9, Commentary (discussing First Amendment and common law right of public access to court documents and citing *Va. Dep't of State Police v. Wash. Post*, 386 F.3d 567, 575 (4th Cir. 2004)). The Court has doubts about whether each of the exhibits that Plaintiffs ask to file under seal satisfies the requirements for sealing to protect any confidential information. Nevertheless, the Court GRANTS the motion and orders the exhibits filed under seal, and those documents shall remain sealed until further order of the Court. The Court may revisit this decision, however, upon further consideration of the exhibits.

Accordingly, Plaintiffs' unredacted Response in Opposition to Defendants Michael Hill, Michael Tubbs and League of the South's Motion for Summary Judgment and supporting Exhibits 1-13, 19-44, 46-61, 65, 68, 72-81, 105-129, 131-137 and 140 be filed under seal by the Clerk pursuant to Local Rule 9.

It is so ORDERED.

1

ENTER: September 17, 2020

*[signature: Joel C. Hoppe]*

Joel C. Hoppe
U.S. Magistrate Judge