UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

ELIZABETH SINES, SETH WISPELWEY, MARISSA BLAIR, APRIL MUÑIZ, MARCUS MARTIN, NATALIE ROMERO, CHELSEA ALVARADO, JOHN DOE, and THOMAS BAKER,

Plaintiffs,

v.

JASON KESSLER, et al.

Defendants.

Civil Action No. 3:17-cv-00072-NKM

JURY TRIAL DEMANDED

## JOINT PROPOSED AMENDED PRETRIAL SCHEDULE

Pursuant to the Court's September 15, 2020 order directing the parties to file a joint proposed schedule for certain trial-related deadlines (ECF No. 874), the parties propose the following schedule:[1]

### PROPOSED SCHEDULE

1. Parties shall exchange witness lists on or before **March 9, 2021**.

2. Parties shall exchange exhibit lists on or before **March 16, 2021**.

3. Motions in limine shall be filed on or before **April 5, 2021**.

4. Deposition designations shall be filed on or before **April 5, 2021**.

5. Counter-designations and objections to deposition designations shall be filed on or before **April 13, 2021**.

---

[1] Plaintiffs reached out to all parties with this proposed schedule. Plaintiffs received responses affirmatively consenting to this proposal from David Campbell (counsel for James Fields), James Kolenich (counsel for Jason Kessler, Nathan Damigo, Identity Evropa, Matthew Parrott and Traditionalist Worker Party) and Bryan Jones (counsel for Michael Hill, Michael Tubbs and League of the South). No other party responded or voiced objection to the proposed scheduling order.

6. Challenges to any designations made under the protective order (ECF No. 167) shall be filed on or before **April 13, 2021**.

7. Proposed jury instructions and special interrogatories shall be filed on or before **April 13, 2021**.

8. Responses in opposition to motions in limine shall be filed on or before **April 13, 2021**.

9. Objections to counter-designations shall be filed on or before **April 20, 2021**.

10. Jury trial to begin on **April 26, 2021**.

Case 3:17-cv-00072-NKM-JCH   Document 885   Filed 09/29/20   Page 2 of 5   Pageid#: 14378

Dated: September 29, 2020                                   Respectfully submitted,

/s/ Robert T. Cahill
Robert T. Cahill (VSB 38562)
COOLEY LLP
11951 Freedom Drive, 14th Floor
Reston, VA 20190-5656
Telephone: (703) 456-8000
Fax: (703) 456-8100
rcahill@cooley.com

Of Counsel:

Roberta A. Kaplan (*pro hac vice*)
Julie E. Fink (*pro hac vice*)
Gabrielle E. Tenzer (*pro hac vice*)
Michael L. Bloch (*pro hac vice*)
KAPLAN HECKER & FINK LLP
350 Fifth Avenue, Suite 7110
New York, NY 10118
Telephone: (212) 763-0883
rkaplan@kaplanhecker.com
jfink@kaplanhecker.com
gtenzer@kaplanhecker.com
mbloch@kaplanhecker.com

Karen L. Dunn (*pro hac vice*)
William A. Isaacson (*pro hac vice*)
Jessica Phillips (*pro hac vice*)
PAUL WEISS RIFKIND WHARTON &
GARRISON LLP
2001 K Street, NW
Washington, DC 20006
Telephone: (202) 223-7300
Fax: (202) 223-7420
kdunn@paulweiss.com
wisaacson@paulweiss.com
jphillips@paulweiss.com

Alan Levine (*pro hac vice*)
Philip Bowman (*pro hac vice*)
COOLEY LLP
1114 Avenue of the Americas, 46th Floor
New York, NY 10036
Telephone: (212) 479-6260
Fax: (212) 479-6275
alevine@cooley.com
pbowman@cooley.com

David E. Mills (*pro hac vice*)
Joshua M. Siegel (VSB 73416)
COOLEY LLP
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004
Telephone: (202) 842-7800
Fax: (202) 842-7899
dmills@cooley.com
jsiegel@cooley.com

J. Benjamin Rottenborn (VSB 84796)
WOODS ROGERS PLC
10 South Jefferson St., Suite 1400
Roanoke, VA 24011
Telephone: (540) 983-7600
Fax: (540) 983-7711
brottenborn@woodsrogers.com

*Counsel for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2020, I filed the foregoing with the Clerk of Court through the CM/ECF system, which will send a notice of electronic filing to:

Justin Saunders Gravatt
David L. Hauck
David L. Campbell
Duane, Hauck, Davis & Gravatt, P.C.
100 West Franklin Street, Suite 100
Richmond, VA 23220
jgravatt@dhdglaw.com
dhauck@dhdglaw.com
dcampbell@dhdglaw.com

*Counsel for Defendant James A. Fields, Jr.*

Elmer Woodard
5661 US Hwy 29
Blairs, VA 24527
isuecrooks@comcast.net

James E. Kolenich
Kolenich Law Office
9435 Waterstone Blvd. #140
Cincinnati, OH 45249
jek318@gmail.com

*Counsel for Defendants Matthew Parrott, Traditionalist Worker Party, Jason Kessler, Nathan Damigo, and Identity Europa, Inc. (Identity Evropa)*

Bryan Jones
106 W. South St., Suite 211
Charlottesville, VA 22902
bryan@bjoneslegal.com

*Counsel for Defendants Michael Hill, Michael Tubbs, and League of the South*

William Edward ReBrook , IV
The Rebrook Law Office
6013 Clerkenwell Court
Burke, VA 22015
edward@rebrooklaw.com

*Counsel for Defendants Jeff Schoep, National Socialist Movement, and Nationalist Front*

1

I further hereby certify that on September 29, 2020, I also served the following non-ECF participants, via electronic mail, as follows:

| | |
|---|---|
| Elliot Kline<br>eli.f.mosley@gmail.com | Matthew Heimbach<br>matthew.w.heimbach@gmail.com |
| Robert Ray<br>azzmador@gmail.com | Christopher Cantwell<br>christopher.cantwell@gmail.com |
| Vanguard America<br>c/o Dillon Hopper<br>dillon_hopper@protonmail.com | Richard Spencer<br>richardbspencer@icloud.com |

/s/ Robert T. Cahill
Robert T. Cahill (VSB 38562)
COOLEY LLP
11951 Freedom Drive, 14th Floor
Reston, VA 20190-5656
Telephone: (703) 456-8000
Fax: (703) 456-8100
rcahill@cooley.com

*Counsel for Plaintiffs*