UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED
9/30/2020
JULIA C. DUDLEY, CLERK
BY: s/ C. Amos
DEPUTY CLERK

| | |
|---|---|
| ELIZABETH SINES, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> JASON KESSLER, *et al.*, <br><br> *Defendants.* | CASE NO. 3:17-cv-00072 <br><br><br> ORDER <br><br> JUDGE NORMAN K. MOON |

This matter is before the Court on the "Letter of Status," filed on February 14, 2020, by Defendant Christopher Cantwell representing himself pro se. Dkt. 664. In it, Cantwell moves the Court to dismiss him from this case, which he characterizes as frivolous. He asserts that he "did nothing" to Plaintiffs, contends that Plaintiffs' allegations are unproven, and characterizes this case as an abuse of the legal system.

Cantwell already filed a motion to dismiss and the Court denied it in 2018, permitting this case to proceed against him. *Sines v. Kessler*, 324 F. Supp. 3d 765, 773 n.1 (W.D. Va. 2018); Dkts. 205, 206 (Cantwell's motion to dismiss). Cantwell did not seek leave of Court to file a subsequent motion to dismiss. The Court will **DENY** Cantwell's motion as an improperly filed successive motion to dismiss filed without leave of Court, as well as for the reasons set forth in the Court's prior opinion that denied Cantwell's and other Defendants' earlier motions to dismiss. His request for the Court to sanction Plaintiffs for their "meritless" filings is also denied. Nor has Cantwell substantiated his request that he be served with "all requisite materials" in the case, at Plaintiffs' expense, which is also denied. Cantwell may contact the Clerk of Court if there are any specific filings for which he would request an additional paper copy.

It is so **ORDERED**.

The Clerk of the Court is directed to send a certified copy of this Order to the parties.

Entered this   30th   day of September, 2020.

*/s/ Norman K. Moon*
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE