IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | | |
|---|---|---|
| ELIZABETH SINES et al.,<br>    Plaintiffs, | )<br>)<br>) | Civil Action No. 3:17-cv-00072 |
| v. | )<br>) | ORDER |
| JASON KESSLER et al.,<br>    Defendants. | )<br>)<br>) | By:   Joel C. Hoppe<br>        United States Magistrate Judge |

This matter is before the Court on pro se Defendant Christopher Cantwell's "Motion for Accommodations." ECF No. 837. Cantwell, who is currently incarcerated, seeks an extension of time to respond to Plaintiffs' First Request for Admissions, copies of certain court filings, and an order continuing the trial date until early next year. On September 14, 2020, the presiding District Judge reset the matter for a four-week jury trial tentatively scheduled to begin on April 26, 2021, and granted Cantwell's oral motion for an additional thirty days to respond to Plaintiffs' written discovery requests. ECF Nos. 873, 881. Accordingly, Cantwell's scheduling requests are DENIED as MOOT.

Cantwell's request for a copy of his own "Objection to Plaintiffs' Motion for Evidentiary Sanctions" against Defendant Elliott Kline, ECF No. 637, and Plaintiffs' Second Amended Complaint, ECF No. 557, is GRANTED. Nonetheless, the Court reminds Cantwell that litigants are responsible for keeping copies of their own court filings for their records. Cantwell's request for "copies of all relevant orders and agreements regarding discovery in this case" is DENIED. *See* ECF No. 887. This request is too vague, and the Court is not responsible for determining which orders and filings a litigant deems relevant. Cantwell may contact the Clerk's Office if there are any specific court orders for which he would request an additional paper copy.

IT IS SO ORDERED.

2

The Clerk shall send a copy of this Order to the parties.

ENTER: October 5, 2020

Joel C. Hoppe
U.S. Magistrate Judge