IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | | |
|---|---|---|
| ELIZABETH SINES et al., )<br>    Plaintiffs, )<br> ) | Civil Action No. 3:17-cv-00072 | |
| v. )<br> ) | ORDER | |
| JASON KESSLER et al., )<br>    Defendants. )<br> ) | By: | Joel C. Hoppe<br>United States Magistrate Judge |

This matter is before the Court on certain Defendants' motion to sanction non-party witness Wes Bellamy of Charlottesville, Virginia, for failing to obey a properly served subpoena to appear by videoconference and testify at a deposition on July 21, 2020, and to compel Mr. Bellamy to appear for his rescheduled deposition on October 26, 2020. ECF Nos. 817, 891. Mr. Bellamy did not respond. Defendants' requests to be reimbursed for their reasonable fees and expenses caused by Mr. Bellamy's failure to appear for the July 21 deposition, and for a court order compelling his appearance at the October 26 deposition are hereby **GRANTED**.

Mr. Bellamy is hereby **ORDERED to appear by videoconference** for a deposition upon oral examination by counsel for Defendants Jason Kessler, Nathan Damigo, Matthew Parrot, Identity Evropa, and Traditionalist Workers Party in this matter at **9:30 a.m. ET on Monday, October 26, 2020**, as more fully described in the attached Notice, which is sealed. ECF No. 891. Defendants' counsel shall cause a copy of this Order and the attached Notice, along with their contact information and instructions for accessing the videoconference, to be served on Mr. Bellamy in accordance with Rule 45(b)(1). The Court expects Mr. Bellamy to appear for his deposition on October 26, 2020, and to participate in good faith as required by the Federal Rules of Civil Procedure. **Mr. Bellamy is hereby warned that his failure to comply with this Order may result in him being held in contempt of court.** Fed. R. Civ. P. 37(b)(1), 45(g).

1

All other relief requested in Defendants' motion is **DENIED**.

It is so ORDERED.

The Clerk shall send a copy of this Order to the parties.

ENTER: October 9, 2020

Joel C. Hoppe
U.S. Magistrate Judge