# EXHIBIT E

Page 1

1           UNITED STATES DISTRICT COURT

2        FOR THE WESTERN DISTRICT OF VIRGINIA

3             CHARLOTTESVILLE DIVISION

4

5   ELIZABETH SINES, et al.,   )
                               )
6              Plaintiffs,     )
                               )  Civil Action No.
7        vs.                   )  3:17-cv-00072-NKM
                               )
8   JASON KESSLER, et al.,     )
                               )
9              Defendants.     )
    _____)

10

11

12

13

14

15        REMOTE VIDEOTAPED DEPOSITION OF

16                 BURT COLUCCI

17           Tuesday, August 11, 2020

18

19

20

21

22

23   STENOGRAPHICALLY REPORTED BY:

24   RHONDA HALL-BREUWET, RDR, CRR, LCR, CCR, FPR

25   JOB NO. 182274

1                    BURT COLUCCI

2        Q.    And who made the decision to delete

3   those?

4        A.    I did.

5        Q.    Why did you make that decision?

6        A.    The court order specifically said --

7   I believe it was either the July 5th or

8   July 6th until July 10th -- that IDS had a

9   legal responsibility per the court order to

10  give that information to the plaintiffs on

11  July 11th.  There was no reason for those

12  accounts to exist anymore because the

13  plaintiff should have had that information,

14  whatever nonresponsive material would have

15  been in those accounts, in their possession.

16  So I guess apparently IDS dropped the ball on

17  that.

18       Q.    When you say "IDS dropped the ball

19  on that," you mean that they were not able to

20  log in with the password that you provided to

21  them, correct?

22       A.    That's my understanding of it, all

23  these weeks later, yes.

24       Q.    Did you do anything to save the

25  contents of the nsm88.org email addresses

Page 89

1                    BURT COLUCCI

2    before you deleted them?

3         A.    Absolutely not.

4         Q.    Has anyone else had accounts --

5    excuse me.  Has anyone else had access to the

6    accounts that end in nsm88.org?

7         A.    We have a couple of people that have

8    those addresses that use nsm88.org domain.  I

9    believe that's Daniel -- Daniel Burnside and

10   Harry Hughes.  I believe those are the only

11   two I can think of.

12        Q.    Daniel Burnside and Harry Hughes

13   have their own email addresses that end in

14   nsm88.org?

15        A.    Correct.

16        Q.    Have you deleted those email

17   addresses also?

18        A.    No.

19        Q.    Did you provide IDS with the

20   credentials to those email addresses?

21        A.    No.  I would not have had those

22   credentials to provide.

23        Q.    Did you ask Harry Hughes for his

24   password?

25        A.    I didn't know I was supposed to.

1              C E R T I F I C A T E

2    STATE OF FLORIDA:

3

4              I, RHONDA HALL-BREUWET, RDR, CRR,

5    LCR, CCR, FPR, stenographic shorthand reporter,

6    do hereby certify:

7              That the witness whose deposition is

8    hereinbefore set forth was duly sworn, and that

9    such deposition is a true record of the

10   testimony given by such witness.

11             I further certify that I am not

12   related to any of the parties to this action by

13   blood or marriage, and that I am in no way

14   interested in the outcome of this matter.

15             IN WITNESS WHEREOF, I have hereunto

16   set my hand this 17th day of August, 2020.

17

18   _____

19        RHONDA HALL-BREUWET, RDR, CRR, LCR, CCR, FPR

20        Stenographic Shorthand Reporter

21

22

23

24

25