**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**Charlottesville Division**

| | |
|---|---|
| **ELIZABETH SINES *et al.*,**<br>**Plaintiffs**<br>**vs.**<br>**JASON KESSLER, *et al.*,**<br>**Defendants** | **Case No: 3:17-cv-00072-NKM**<br>**Defendant Richard Spencer's Motions Summary Judgement – Table of Exhibits** |

## Table of Exhibits

**Exhibit A, p. 3**

Spencer's First Set of Interrogatories, U.S. District Court, Western Division, Charlottesville Division, Civil Action No.: 3:17CV00072.

**Exhibit B, p. 25**

Defendant Fields' Answers to Plaintiffs' Third Set of Interrogatories To All Individual Defendants, U.S. District Court, Western Division, Charlottesville Division, Civil Action No.: 3:17CV00072.

**Exhibit C, p. 34**

First Deposition of Jason Kessler, Abridged, May 15, 2018, U.S. District Court, Western Division, 255 West Main St., Charlottesville, Virginia, reported by Laura B. Ballengee.

**Exhibit D, p. 46**

Second Deposition of Jason Kessler, Abridged, May 16, 2018, U.S. District Court, Western Division, 255 West Main St., Charlottesville, Virginia, reported by Laura B. Ballengee.

**Exhibit E, p. 56**

Defendant Richard Spencer's Objections and Responses to Plaintiff's First Request for Documents, Abridged, U.S. District Court, Western Division, Charlottesville Division, Civil Action No.: 3:17CV00072.

**Exhibit F, p. 93**

Unicorn Riot, "Discord Leaks," search query for "Spencer" and Spencer handle in Unicorn Riot's archive, https://unicornriot.ninja/tag/discord-leaks/.

**Exhibit G, p. 106**

@richardbspencer, Twiiter.com, 12:38 PM, August 12, 2017, https://twitter.com/RichardBSpencer/status/896410449654185984.

**Exhibit H, p. 107**

Richard Spencer, "Facing the Future as a Minority," The American Renaissance Conference, April 5-7, 2013, Nashville, Tennessee; published as "Facing The Future as a Minority," *Radix Journal*, September 28, 2016 [2013], https://radixjournal.com/2016/09/2016-9-28-facing-the-future-as-a-minority/.

**Exhibit I, p. 118**

Text of Vincent Law's blog, "The 'Unite The Right' Rally Is Going To Be A Turning Point For White Identity In America," *AltRight.com*, August 5, 2017, https://altright.com/2017/08/05/the-unite-the-right-rally-is-going-to-be-a-turning-point-for-white-identity-in-america/.

**Exhibit J, p. 123**

Richard Spencer, "The Charlottesville Statement" or "What It Means To Be Alt-Right," *AltRight.com*, August 11, 2017, https://altright.com/2017/08/11/what-it-means-to-be-alt-right/.

EXHIBIT A

# Interrogatory Answers

**1. Identify and Describe in Detail each Contact or Communication of any kind you had with each one of the other Defendants between January 2017 and August 13, 2017, including the nature or content of the Contact or Communication, where and when the Contact or Communication took place, and anyone else who participated in the Contact or Communication.**

**Answer:** The following is a list of other Defendants with whom I communicated, the dates of responsive communications, the means of such communications and the contents of such communications.

This list is based on my review of information that is available to me from my electronic devices, social media accounts (to the extent I can access them) and telephone bills. There might be additional such communications that I missed in my review, but any such additional ones should be reflected in the electronically stored information (ESI) that has been and is being extracted from my electronic devices by IDS.

## Jason Kessler

### iMessages (Apple) between Spencer and Kessler

**January 16:** Kessler suggests article idea; Spencer does not respond

**January 19:** Kessler asks to visit Spencer's office/apartment; Spencer invites him.

**January 20-21:** Kessler contacts Spencer regarding assault on him in Washington, DC; Spencer responds.

**April 8:** Spencer contacts Kessler, sending him his name.

**May 24:** Spencer requests to call Kessler.

**June 5:** Kessler invites Spencer to participate in Unite The Right rally. Spencer responds that he will attend.

**June 15**: Kessler sends Spencer an image of a poster for the rally, asking if he would like his name to be put on it. Spencer asks for time to think it over.

**June 16:** Spencer asks for his name to be put on the poster. Kessler then sends him a revised poster with Spencer as the top-billed speaker.

**June 18-19:** Kessler contacts Spencer about alleged plagiarism done of Jack Posobiec, a then-correspondent of Rebel Media.

**July 3**: Kessler contacts Spencer regarding Laura Loomer and asks him to make a video promoting the event.

**July 8**: Kessler contacts Spencer about the rally in Charlottesville, Virginia. Kessler asks to speak to Spencer and he directs him to Eli Mosley (Kline) and Gregory Ritter (Conte).

**July 9**: Kessler asks to speak to Spencer about "messaging."

**July 11**: Spencer contacts Kessler regarding "Anticom's" attendance at rally.

**July 15**: Kessler contacts Spencer about Eli Mosley and why is not speaking with Kessler at the time.

**July 23**: Spencer suggests Kessler speak with Eli Mosley (Kline) or Greg Ritter (Conte).

**July 25**: Spencer suggests that Kessler invite Daniel Friberg to speak at rally.

**July 25:** Kessler informs Spencer that insurance for the event was cancelled and asks for legal advice. Spencer suggests Sam Dickson.

**July 28**: Kessler again informs Spencer that insurance for the event was cancelled and asks for legal advice. Spencer again suggests Sam Dickson.

**August 7:** Kessler asks Spencer to share a Twitter post about AirBnB.

**August 7**: Kessler talks about an imminent "legal fight" and Spencer suggests Sam Dickson; Kessler discusses finding a Virginia lawyer.

**August 8:** Kessler informs Spencer that the ACLU (American Civil Liberties Union) will represent him.

**August 11** (3:38 PM): Kessler informs Spencer about a "leadership conference" at 7 PM at McIntyre Park. Spencer does not respond.

**August 11** (8:15 PM): Kessler tells Spencer to "come out front."

**August 12** (12:07 PM): Kessler suggests holding a press conference. DC is suggested. He mentions an "after party" where planning can take place.

**August 13**: Kessler suggests holding a press conference in Charlottesville at 2 PM. Spencer rejects the offer.

**August 13**: Spencer informs Kessler that he will not be invited to a press conference he holds in Alexandria, Virginia, on August 15.

## Phone calls / AT&T Wireless

**August 7** (10:07 AM): Outgoing call, 9 mins.

**August 8** (11:32 AM): Outgoing call, 7 mins.

**August 12** (9:55 AM): Incoming call, 2 mins.

**August 12** (12:31 PM): Incoming call, 1 min.

**August 12** (5:46 PM): Incoming call, 3 mins.

**August 13** (9:38 AM): Incoming call, 3 mins.

**August 13** (9:55 AM): Incoming call, 2 mins.

### iMessages (Apple iPhone) between Spencer, Kessler, Nathan Damigo, Christopher Cantwell, and Augustus Invictus

**August 11**: Kessler informs group that many in the press want to interview him. Cantwell and Spencer offer to speak to press. Invictus declines.

### Email

**May 10:** Subject—Speaking at UVA; From—Jason Kessler; To—Richard Spencer; Content: Kessler suggests that Spencer speak at the University of Virginia while he is there for the rally.

**July 15:** Subject—antif [sic] targeting children of LEO; From—Ralph Spencer; To—Richard Spencer and Jason Kessler; Content: Message regarding the allegation that Antifa is compiling databases of their enemies including their friends and relatives.

**August 8**: Subject—Charlottesville; From—Kyle Bristow; Content—Kyle urges Spencer to make a video about the legal situation in Charlottesville, the relationship with the ACLU (American Civil Liberties Union); Bristow offers assistance from his organization, The Foundation for the Marketplace of Ideas.

**August 10**: Subject—Here's the complaint; From—Jason Kessler; Content—Kessler forwards Spencer a message and complaint from ACLU lawyer Claire Guthrie Gastañaga.

**August 12**: Subject—Unite The Right Press Release; From—Jason Kessler; Content—Kessler sends Spencer a rough draft of his press release following violence at the rally.

## Christopher Cantwell

### Text Messages (AT&T Wireless)

**July 2:** Cantwell introduces himself to Spencer

**July 8:** Spencer responds to Cantwell; Cantwell discusses the idea of a "paywall" and the monetization of content. Kessler asks for Spencer's email address, and he provides it (richardbspencer@icloud.com).

**July 11**: Cantwell suggests making a television show for Spencer to produce. Spencer does not respond.

**August 5**: Cantwell mentions that he is visiting Alexandria, Virginia, and suggests he meet Spencer. Cantwell suggests Spencer use the "Signal" app. Spencer does not respond.

**August 6:** Cantwell expresses exasperation that Spencer does not respond. Spencer responds that they can meet for lunch in Alexandria.

**August 7:** Cantwell informs Spencer that he is in Charlottesville. Spencer does not respond. Cantwell asks to talk to Spencer. Spencer suggests he talk with someone else. Cantwell suggests apprehension about the rally in Charlottesville, since it is under legal pressure and will attract counter-protestors. Spencer suggests going forward.

**August 9:** Cantwell invites Spencer to meet with fans of his podcast. Spencer declines.

### Phone calls / AT&T Wireless

**August 12** (1:24 PM): Incoming call, 2 mins.

## James Alex Fields

No communication

## Vanguard America

No communication

## Andrew Anglin

### Skype Messages

**May 4**: Andrew Anglin suggests Spencer call him via Skype.

**May 5**: Anglin suggests Spencer write a book.

**June 23**: Spencer informs Anglin that Colin Liddell will be writing for the website AltRight.com. Anglin informs Spencer that he is leaving Skype and can be contacted via Discord.

### Skype VOIP Calls

**May 4** (1:49 PM), Incoming call, 2 hours, 7 mins.

## Moonbase Holdings

No communication

## Robert "Azzmador" Ray

No communication

# Nathan Damigo

## Text Messages

**January 6**: Spencer asks Damigo to talk.

**January 7**: Spencer tells Damigo he will call him back,.

**January 9:** Spencer and Damigo plan to talk.

**January 10**: Damigo tells Spencer about a person who wants to sponsor a trip to Rutgers University.

**January 11**: Damigo asks to talk to Spencer and William Regnery.

**January 22**: Damigo asks to talk to Spencer

**February 20** (2:32 PM): Damigo asks Spencer to check his voice messages.

**February 20** (8:43 PM): Damigo asks Spencer when he will be attending the CPAC (Conservative Political Action Conference). Spencer replies Thursday.

**February 22**: Damigo informs Spencer that Damigo will not be attending CPAC.

**March 1:** Damigo suggests that Spencer debate Milo Yiannopoulos at Rutgers. Spencer confirms his interest.

**March 1**: Damigo inquires if Spencer has a "certificate of insurance" for a possible appearance at GSU (Georgia State University). Spencer does not.

**March 3**: Spencer asks Nathan if he would like to travel together to Baltimore to attend the Charles Martel Society conference.

**March 6**: Damigo plans to meet Spencer in Georgetown neighborhood of Washington, DC, at bar (Ri Ra's). Damigo informs Spencer that "Jeanesse" will be meeting them.

**March 8**: Damigo informs Spencer that the plumber has not arrived at Spencer's office/apartment. They discuss other household matters such as garage and the dishwasher.

**March 10**: Damigo informs Spencer that a large protest will occur outside office/apartment. Spencer suggests staying in the apartment and purchasing a fire extinguisher in case of an assault on the premises.

**March 15**: Damigo inquires about building box-like enclosures for the windows in the office/apartment.

**March 16**: Damigo and Spencer discuss speaking with student at Georgia State University, Cameron Padgett.

**March 18**: Damigo and Spencer arrange conference call with "Cory" from Rutgers.

**April 25**: Damigo asks Spencer to talk.

**April 26**: Spencer suggest taking his college tour to Berkeley, California. Damigo agrees.

**April 30**: Damigo asks to talk.

**May 1:** Damigo asks to talk.

**May 16**: Spencer discusses controversy within Identity Evropa regarding the rumor that he had amorous relations with a member, Samantha Froelich. He denies this. Damigo does not respond.

**June 2**: Damigo mentions a journalist from KQED, Bert Johnson, who wants to speak to Spencer. Spencer agrees.

**June 11**: Damigo asks to talk to Spencer.

**June 12**: Damigo asks to talk to Spencer, and Spencer suggests setting up a weekly call, including Damigo, Spencer, Eli Mosley (Kline), and Gregory Ritter (Conte). They agree on

Wednesday.

**June 17**: Spencer discusses his opposition to Jack Posobiec's and Laura Loomer's action disrupting a play in Central Park, New York. Damigo expresses support for the action and the disruption of plays, art, and other expressions of free speech. Spencer strongly disagrees.

**June 21**: Spencer asks Damigo if he would like to speak with journalist Justin Moyer, who had contacted him. They agree to meet him together.

**June 23**: Spencer informs Damigo that many will be meeting at the Trump Hotel in Washington, DC. Mike Cernovich will reportedly be there.

**June 25**: Damigo asks to stay overnight at Spencer's office/apartment. Spencer consents.

**June 26**: Damigo asks for address of office/apartment. Spencer provides it, and mentions that Gregory Conte and Bryan Brathovd will be there, too.

**June 27**: Spencer provides the address of "Jack" at the University of Chicago.

**June 28**: Damigo shares a Twitter post about the identity of Jack Posobiec.

**June 30**: Damigo mentions that Identity Evropa is considering "collectively hiring" Eli Mosley (Kline) and wants to discuss this with Spencer.

**July 1**: Damigo asks to speak to Spencer.

**July 28**: Spencer informs Damigo that he is headed to "Martin's barbs." Later Spencer informs Damigo that lunch has been cancelled.

**August 4**: Damigo asks if he can stay at Spencer's office/apartment. Spencer consents.

**August 12**: Damigo asks if Spencer thinks that David Duke should speak at the rally. Spencer informs him that this is up to Kessler, but that he does not object, and suggests he talk with Eli Mosley (Kline).

**August 13**: Damigo and Spencer discuss plans for the press conference to be held in Alexandria, Virginia, which would also include "Baked Alaska" (Tim Gionet) and James Allsup.

## Phone calls / AT&T Wireless

**June 11** (4:37 PM): Outgoing call, 9 mins.

**June 11** (7:42 PM): Outgoing call, 1 min.

**June 12** (6:50 PM): Outgoing call, 1 min.

**June 12** (7:32 PM): Incoming call, 22 mins.

**June 22** (9:06 PM): Outgoing call, 15 mins.

**July 3** (10:40 PM): Incoming call, 7 mins.

**July 7** (9:15 PM): Outgoing call, 1 min.

**July 7** (9:31 PM): Incoming call, 8 min.

**July 15** (3:53 PM): Outgoing call, 1 min.

**July 15** (7:34 PM): Outgoing call, 1 min.

**August 13** (10:12 AM): Outgoing call, 4 mins.

## Skype VOIP Call Between Nathan Damigo, Evan Thomas, Eli Mosley

**May 17** (8:02 PM): 1 hour, 1 min.

Connected chat included shared photos of Spencer, a link to a news report regarding the May Charlottesville rally, and various "meme" photos.

**Skype VOIP Call Between Nathan Damigo, Evan Thomas, and Gregory Conte**
**June 14** (4:03 PM): 3 hours, 11 mins.

**Slack Channel — #campus_tour**
*Group Channel with James Allsup, Nathan Damigo, "Charles Lyons" (Ryan Printy), "Hannibal Bateman," Shawn McCaffrey, "Mattias H." (Matthew Ward), "Robert Spengler," and Cameron Padget.*

**January 17**: General discussion of campus events, such as the past Texas A&M speech and possible appearances at Ohio State University and Rutgers University.

**February 1-2**: Printy discusses recent violence at a Milo Yiannopoulos event at the University of California, Berkeley.

**February 7-8**: Spencer asks about progress at events at public universities; Damigo promises to "follow up."

**February 26**: Shawn McCaffrey joins group chat.

**February 28-March 10**: Damigo asks about an event at Florida with Milo Yiannopoulos, claiming that his contact could arrange it. Spencer agrees to debate.

**March 20**: Eli Mosley joins group chat.

**April 4**: Allsup announces progress at the University of Washington. Damigo and Allsup discuss renting space at the University of California, Berkeley.

**April 10**: "Robert Spengler" joins the group.

**April 11**: Mosley and Damigo discuss upcoming Auburn event, organized by "Cory" of Identity Evropa.

**April 19**: Printy asks about progress on securing venues; Mosley answers that the University of Virginia is Spencer's next appearance.

**May 6**: "Matthias H" (Matthew Warner) joins the group.

**May 31**: Warner claims to be securing Berkeley for either of the next two semesters. "Robert Spengler" claims to be the Identity Evropa chapter leader in the Bay Area and will lead such an event.

**June 1**: Warner says that before any more dates are announced, lawyers in the states must be found. Spengler claims that a member of his group has recently passed the bar in California.

**July 6-7**: Spengler announces that the person who recently passed the bar goes by the username White_Ryno. Spengler claims that he is not confident that this person would get involved.

**July 19**: Cameron Padgett is added to group

**July 19**: Spencer initiates a group call.

**July 19**: Mosley relays a message he received in one of his other groups; it regards a "major event" in Michigan for September 8-9 that would involve Spencer, Damigo, and Peinovich.

**July 20**: Padget posts a link to a news story about a policy change at the University of Texas A&M that seems motivated to prevent people like Spencer from speaking on campus.

**August 8**: "Mattias H" claims to have found a new campus.

**August 9**: "Mattias H" asks for access if the group is going to create a shared online calendar.

**August 13**: "Mattias H" reports that Identity Evropa's Florida coordinator ("Alex") is committed to an appearance by Spencer, with Cameron as the University's point of contact.

### Slack Direct Messages

*Group messages with Nathan Damigo, Eli Mosley, and Evan Thomas (Evan Anderson).*

**March 21**: Mosley posts Microsoft Word document "Operation Save Lee."

**March 23**: Spencer claims to be requesting room space at the University of Virginia.

**March 24**: Damigo claims to have contacted Kyle Bristow and says that 45 people are committed to attend May rally.

**March 26**: Damigo posts a screenshot of an email from Antifa activists about the possibilities of a rally around the Robert E. Lee statue in Charlottesville.

**March 27**: Damigo claims, "We need to think of some sort of counter tactic to make them look foolish."

**April 3**: Thomas claims that he has contacted 500 potential attendees. Eli claims to be finding "potential venues" for a coincident conference and party. Thomas says that the Discord server is online and that he's spoken with members of the group Cascadia.

**April 4**: Damigo posts a link to YouTube video of a Torch March in Germany and says that the group should organize something like that.

**April 4**: Mosley and Thomas discuss renting a space for a coincident event and propose various cover names that would be used; they decide on "IRL Networking." Mosley posts a list of many Charlottesville venues that would be suitable.

**April 5**: Thomas discusses acquiring a PayPal account and announcing an event ticketing platform.

**April 23**: Thomas asks Damigo for a list of members, since he cannot contact embers of the Discord server as a group.

**April 25**: Thomas repeats his request to Damigo.

**May 22**: Damigo asks Thomas for a candidate for a Georgia coordinator of Identity Evropa.

**May 26**: Evan tells Damigo about a candidate, who is not yet an Identity Evropa member.

**May 29**: Damigo posts a link on Twitter to an Antifa group making a criminal allegation against an apparent member of Identity Evropa. Damigo claims that that person is not a member but participating in a Discord chat.

## Elliot Kline

### iMessages (Apple iPhone) between Spencer and Kessler

**April 16**: Spencer introduces himself to Mosley and shares contact information of Cameron Padgett.

**April 18**: Mosley informs Spencer that the *New York Times* has endorsed his right to speak at Auburn University.

**April 18:** Gregory Conte (using Spencer's phone) informs Mosley that they will arrive at Auburn at 6 PM. Mosley requests a phone call,

**April 22**: Mosley shares an image of an Identity Evropa banner

**April 23**: Mosley asks if Spencer wants to attend a Trump rally in Harrisburg, Pennsylvania.

**April 23**: Mosley shares information of a suspect in the assault on Spencer on January 20.

**April 28**: Mosley suggests that Spencer appear on Joe Rogan's podcast.

**May 8**: Mosley informs Spencer that Tim Pool will attend the May Charlottesville rally.

**May 10**: Mosley discusses someone (likely Greg Johnson) complaining that comments are being deleted at AltRight.com.

**May 11**: Mosley suggests a person to Spencer who could discover the identity of a person (suspected to be Greg Johnson) harassing him and his wife on Twitter.

**May 13**: Mosley shares the address of his rented house in Charlottesville.

**May 15**: Mosley informs Spencer that he's been banned from Twitter. Spencer mentions that Gregory Conte is involved in planning the rally.

**May 15**: Mosley shares a post on Twitter from Ben Shapiro. Mosley discusses the allegations of Kurt Eichenwald that a Twitter user purposely used a strobe image to physically harm him.

**May 16**: Mosley shares an article from *The Daily Stormer*. Both discuss having a phone call. Mosley mentions that Greg Johnson claims to have discovered $55,000 in Bitcoin.

**May 18**: Mosley informs Spencer that Greg Johnson and Kevin MacDonald are flying to Iceland. Mosley informs Spencer of a protest led by Augustus Invictus in Orlando, Florida. Mosley informs Spencer that "LibertyLamp" (Laura Sennet) is angry over Spencer being kicked out of the Sport&Health gym in Alexandria. Spencer and Mosley discuss ways of stopping Greg Johnson's harassment on Twitter and other media.

**May 19**: Mosley shares an article on Spencer's opinion of the so-called "Holodomor massacre." Both discuss their criticism of "ethno-nationalism." Faith Goldy is discussed. Mosley further discusses Laura Sennet, and Spencer suggest that she contact him.

**May 20**: Mosley mentions meeting a girl at a bar in New York city who wants a photo of Spencer. Spencer sends one.

**May 21 (7:42 AM)**: Mosley reports on the great success he had showing girls the picture of Spencer.

**May 21 (12:55 PM)**: Mosley discusses an article he is writing with Erik Striker. Spencer says that "he'll most likely be there."

**May 23**: Mosley discusses "Moore and England." Mosley then relates that Greg Johnson has learned that Mosley is following his harassment activity and that Johnson contacted Mosley on Skype. Mosley mentions the "New York Forum," a discussion group hosted by Johnson.

**May 23**: Mosley relates that "Shiro and Claus" have asked him to organize their Philadelphia forums.

**May 24 (7:48 AM)**: Mosley tells Spencer that Atomwaffen has claimed that Spencer is its "secret leader." Spencer mentions becoming aware of Atomwaffen when asked about it by the journalist Elle Reeve. Spencer claims that a chat forum needs to be created for all leaders of the Alt-Right. Mosley creates a Discord channel called "Alt Right Leadership." Spencer says that he is not able to access forum.

**May 24 (2:40 PM)**: Mosley discusses how Greg Johnson is attacking Daniel Friberg. Mosley discusses "Fairwater," who was given an ultimatum that Daniel Friberg and Spencer must be excluded from all events, much like what had done with the Skandza forum; he mentions that Greg has told Fairwater's group that he is not homosexual. Mosley shares a post from "Sven Svenson" (Jesse Dunsten) about the Skanza forum controversy.

**May 24 (4:45 PM)**: Mosley asks Spencer about the "free speech" event on June 25, claiming that the "Alt-lite" wants the Alt-Right to be there. He also mentions that "Kessler wants to do an alt right alt like team up in cville again sometime in July." This might be there first mention of what became the Unite The Right rally. Spencer declares that he's "75% in" and "want[s] to learn more."

**May 24 (8:54)**: Spencer asks Mosley if he thinks that Megan Bobonick is a spy.

**May 25 (8:32 AM)**: Spencer and Mosley discuss the Greg Gianforte campaign in Montana.

**May 25 (2:26 PM)**: Spencer and Mosley discuss Lucien Wintrich.

**May 26**: Mosley shares a meme featuring Spencer.

**May 30**: Mosley shares posts featuring Greg Johnson and his feud with Spencer. Spencer asks Mosley about his ongoing relationship with Sam Froelich.

**May 31 (3:21 PM)**: Spencer shares with Mosley a profile of him on the OnePeoplesProject Website.

**May 31 (7:48 PM)**: Mosley tells Spencer about a group Skype call.

**June 1**: Mosley informs Spencer that he was fired from his employer.

**June 2 (12:36 PM)**: Mosley asks Spencer to talk.

**June 2 (3:19 PM)**: Mosley informs Spencer that he has been banned from the New York Forum by Greg Johnson.

**June 2**: Mosley shares an Internet meme image of Spencer regarding the appointing of Richard V. Spencer as Secretary of the Navy. Mosley shares image of Twitter personality "Wyatt" criticizing Breitbart editor Raheem Kassem.

**June 4 (3:03 PM)**: Mosley mentions a "message on Discord" in which Spencer asked about "anti-Sharia" marches. Spencer mentions that Lauren Southern asked him if he were going to. He solicits Mosley's advice on these matters.

**June 4 (6:44 PM)**: Mosley mentions that Identity Evropa member Shawn McCaffrey has been doxed; Spencer does not respond.

**June 4 (7:59 PM)**: Mosley relays that Spencer has been formally invited to speak at the June-25 "free speech" rally.

**June 5**: Mosley informs Spencer of the Discord chat and asks how he would like it to be administered.

**June 6 (9:55 AM)**: Mosley urges Spencer not to attend "Anti-Sharia" rallies over the summer, which are administered by neoconservative organizations. He suggests that Spencer "red pill" Lauren Southern.

**June 6 (8:42 PM)**: Mosley posts a screenshot of an image of a chat featuring a woman who was attracted to Spencer and his ideas. Mosley and Spencer discuss "Sharia" and Sean Connery.

**June 9**: Mosley sends Spencer a screenshot of an Internet post by Greg Johnson about sperm donation for celibate people in the Alt-Right. Spencer rejects the idea and discusses his own marital situation.

**June 11**: Mosley asks Spencer if he remembers "Colin Brady," a recent Identity Evropa applicant. Spencer replies in the negative, but that he has records of him attending conferences.

**June 12**: Mosley sends Spencer a screenshot of an Internet post by "Millennial Woes regarding Sharia and homosexuality.

**June 13 (12:05)**: Mosley sends Spencer a Twitter post by Ben Shapiro about Spencer and Alex Jones. Mosley also plans on sending Spencer a document about reserving college space for his college tour. Mosley send Spencer a Facebook post about himself.

**June 13 (3:47 PM)**: Spencer asks Mosley if he has spoken to his wife; Mosley denies this.

**June 14**: Mosley sends Spencer a screenshot of an Internet post about the shooting of Congresswoman Gabby Giffords in relation to the recent shooting of Congressman Steve Scalise. Spencer claims that he believes in the reality of mental illness. Spencer asks Mosley if he thinks he should leave the Alexandria office/apartment due to the threat of violence. Spencer shares a Dropbox document with Mosley (Operation Unite The Right Charlottesville 2.0), which is attached.

**June 15 (2:16 PM)**: Mosley sends an Internet post featuring a picture of Daniel Friberg with an Antifa activist. Spencer explains the context of this photo. Mosley asks if he can share Spencer's explanation, and Spencer agrees. Mosley relays much of the discussion about this photo. Spencer shares a photo of himself and liberal journalist Rosie Gray and a photo of himself with, among others, former First Lady, Laura Bush. Spencer conveys to Mosley Daniel Friberg's comment on the photo. Mosley shares additional screenshots of this discussion.

**June 15 (4:25 PM)**: Mosley tells Spencer about an event organized by the Suidlanders in Washington, DC. After further discussion of Greg Johnson, Mosley tells Spencer that he will contact Jason Kessler and "green light" the Charlottesville rally idea.

**June 16**: Mosley shares a news story about mass protests in Minnesota after an officer was acquitted of manslaughter. Spencer shares with Mosley an activism stunt by Jack Posobiec and Laura Loomer in New York City, disrupting a play; Spencer expresses his disgust.

**June 17**: Mosley asks Spencer about the girlfriend of "Hannibal Batman," named Marjorie. Spencer discusses the recent slandering of his reputation by Jack Posobiec and Laura Loomer after he criticized their recent action in New York City. Mosley and Spencer discuss how Greg Johnson has been kicked out of TRS (The Right Stuff) for making slanderous accusations. Spencer mentions that Daniel Friberg will be posting an article on AltRight.com critical of Johnson. Spencer suggests that he might be attending the American Renaissance conference and that Sam Dickson has asked that he be there.

**June 18**: Mosley contacts Spencer about a meme. Mosley claims that "James [Allsup] is doing a fantastic job."

**June 20**: Mosley contacts Spencer regarding a question he asked on Twitter regarding an event hosted by Gavin McInnes. Mosley relays that people referenced are Proud Boys and friends of Mike Enoch. Mosley claims that Matt Forney has posted a photo of Greg Johnson online. Spencer and Mosley discuss a recent tweet by Spencer related to Mike Cernovich. Mosley relates that Gavin McInnes has "disavowed" the Charlottesville rally, but claims that McInness has taken this post down. Spencer asked if McInnes has pulled out of the rally, and Mosley responds that "it's complicated."

**June 23**: Mosley contacts Spencer and claims that he learned that Spencer had a productive conversation with Laura Sennett.

**June 25**: Mosley shares a tweet related to Jack Posobiec. He asks about the physical wellbeing of "Mattias" (Matthew Warner) who had become intoxicated at a party.

**June 26**: Mosley asks Spencer to talk.

**June 28**: Mosley asks Spencer to talk.

**June 30**: Mosley shares a screenshot of an Internet post about Christopher Cantwell's weight loss.

**July 1**: Mosley shares a photo of Mike Enoch.

**July 2 (2:49 PM)**: Mosley relates that Christopher Cantwell is trying to get in touch with Spencer. Spencer suggests that Mosley give Cantwell his number and send him a text message. Mosley sends Spencer a YouTube link to a reading of Cernovich's book "MAGA Mindset." He also sends timestamps of controversial sections in the book. Mosley and Spencer discuss Cernovich's funding; Jeff Giesa and Peter Thiel are mentioned.

**July 2 (8:31 PM)**: Mosley shares a *Daily Caller* article by Scott Greer and both express their disappointment.

**July 4**: Mosley shares a screenshot of a Twitter post by Jack Posobiec sharing a link from Scott Greer. Spencer did not respond. Mosley shares a screenshot of a meme image critical of CNN; Mosley claims that this person is involved in TRS.

**July 5**: Mosley sends a screenshot of an image listing the home addresses of CNN commentators;

Mosley claims he was banned from Twitter for doing so. Further discussion ensues about Jack Posobiec, Jeff Giesa, Laura Loomer, and Mike Cernovich.

**July 5**: Mosley further discusses Jack Posobiec and a controversy surrounding Reddit user "HanAHoloSolo." Spencer does not respond.

**July 6**: Mosley asks Spencer if he felt an earthquake, which occurred near his home in Montana; Spencer responds that he did.

**July 7**: Mosley asks Spencer what he thinks of David Duke speaking at the Charlottesville rally. Spencer asks to "think about it," and then responds that he doesn't object. Spencer claims that he will pay Mosley, but payment processors are cancelling his account.

**July 9**: Mosley tells Spencer that anime fan art is being made of him and that he will send him this on Twitter.

**July 10**: Mosley mentions that he was banned from Twitter. Mosley asks Spencer to join him on a call with Nathan Damigo.

**July 12 (5:28 PM)**: Mosley sends Spencer a link to a music video critical of the Alt-Right.

**July 12 (10:31 PM)**: Mosley tells Spencer that "Sam" (Samantha Froelich), his girlfriend, should not learn about the way he was "doxxed" (that is, the way his identity was revealed). Mosley shares a link to St. Joseph's College's Dean's List for 2009. Spencer does not respond.

**July 13**: Mosley announces that "Milo [Yiannopoulos] only sold like 20k books." Spencer does not respond.

**July 14**: Mosley asks for money and suggests using Square Cash. Spencer mentions Megan Bobonick.

**July 16 (10:01 AM)**: Mosley tells Spencer that the payment he sent ($500) failed. Spencer tells Mosley that the payment was refunded by Square Cash "for his protection." He offers to pay in two installments of $250. Mosley shares a screenshot of an Internet post indicating that banks are being mobilized to deny payments for attendees of the Charlottesville rally.

**July 16 (1:02 PM)**: Mosley shares a Twitter post about a middle-school teacher. Mosley shares an additional Tweet about a middle-school history project. Spencer tells Mosley that he sent him $250 via his personal Square Cash account; Mosley tells him that that payment is "pending."

**July 18**: Mosley sends Spencer an article from the SPLC. Mosley jokingly suggests that Mike Cernovich and Jack Posobiec be invited to the Charlottesville rally. Spencer does not respond.

**July 19 (12:53 AM)**: Spencer asks Mosley if he received the $500. Mosley responds that he did via Google Wallet. Spencer asks Mosley if they could have a discussion the next day. Mosley sends a screenshot of an Internet post by Laura Loomer about her imminent rhinoplasty. Spencer informs Mosley that Loomer is lacking in self-confidence.

**July 19 (11:28 AM)**: Mosley tells Spencer about an article he is writing on Jewish influence. Spencer does not respond. Spencer asks Mosley to join him on a slack channel #campus_tour.

**July 19 (5:14 PM)**: Mosley shares a Twitter post by Ben Shapiro. Spencer does not respond.

**July 20**: Mosley shares the news that Mike Cernovich is starting a Super PAC for the Midterm elections. Spencer does not respond.

**July 21**: Mosley shares a screenshot of an Internet post purportedly from Megan Bobonick. Spencer says that he will call. Mosley shares a Twitter avatar (@Euro14genicist) of the person posting embarrassing photos of Megan Bobonick.

**July 22**: Mosley claims that the aforementioned person runs a Twitter account with an IP address in New York City. Mosley and Spencer discuss whether Spencer's wife, Nina Kouprianova, or Greg Johnson is impersonating the account.

**July 23**: Mosley shares with Spencer a Webpage ("She's a Homewrecker") about Megan Bobonick. Spencer suggests that Nina Kouprianova wrote it. Mosley shares a screenshot of a

Facebook post by Jason Kessler publicly advertising for applicants for his "secret order." Spencer claims that he does not want to speak to Kessler after the Charlottesville rally, as Spencer finds Kessler "stupid and weird." Mosley agrees.

**July 26 (4:43 PM)**: Mosley asks if there will be a call on Slack. Spencer confirms. Mosley tells Spencer that he will soon be moving in with Sam Froelich.

**July 26 (6:16 PM)**: Mosley tells Spencer that he has apparently discovered the identity of the person funding Jason Kessler—Jimmy Frey. He indicates that he is an anti-Zionist and married to an Arab. Spencer approves of Mosley's research. Mosley shares additional information that suggests that Jason Kessler has Jewish ancestry.

**July 27**: Mosley asks what Allsup will be talking about for Portland. Spencer had not.

**July 31**: Spencer asks about the identity of Simon Roche. Mosley informs Spencer that Roche has been fundraising at Alt-Right groups events.

**August 1**: Mosley informs Spencer he completed an interview with the *New York Times* and that the reporter wants to speak with Spencer.

**August 4**: Mosley tells Spencer that he arrived and asks where to go. Spencer answers, "Praxis."

**August 5 (8:39 AM)**: Mosley tells Spencer that he will be late but has just spoken with and toured the home of "Coach."

**August 5 (2:22 PM)**: Mosley sends Spencer a lewd image of a current journalist who had a former career as an exotic dancer. Mosley also includes a "List of People for Alt Right Conference." Spencer does not respond.

**August 5 (4:35 PM)**: Mosley includes a link to an article on *The Daily Stormer*. Spencer does not respond.

**August 5 (8:17 PM)**: Spencer asks Mosley for a link to "Marcus's recent trial." Mosley does not respond.

**August 7 (4:05 PM)**: Mosley asks Spencer about lawyers in Virginia; Spencer replies that he does not have one and asks if he should ask for one via video?

**August 7 (10:42 PM)**: Mosley asks if Spencer had his AirBnB rejected; Spencer answers that he does not know since Gregory Conte makes these reservations.

**August 8 (1:26 PM)**: Mosley sends Spencer his new email address: "Eli.r.Kline@gmail.com."

**August 8 (3:57 PM)**: Mosley sends Spencer a tweet from Mike Peinovich about the Charlottesville rally. He informs Spencer that he awaits the court documents regarding "Markus." Spencer asks if he would like to talk, and Mosley confirms.

**August 8 (8:51 PM)**: Mosley sends Spencer a photo of someone who was apparently an Antifa member whom Spencer spoke to during the American Renaissance conference. Spencer claims that this person talked about bringing him to Carnegie Mellon. Spencer expresses dismay. Mosley asks for this person's number and Spencer provides it. Both discuss how this person might release Spencer's phone number publicly.

**August 9 (11:59 AM)**: Mosley tells Spencer there are no updates. He asks for money. Spencer says that he's tried and failed to send money via Square Cash. Mosley gives Spencer the Square Cash handle of Samantha Froelich's ($amanthaFroelich). Mosley then informs Spencer that this payment failed and suggests PayPal or Google Wallet.

**August 9 (6:18 PM)**: Mosley asks Spencer if the planned call on Slack will happen. Spencer confirms.

**August 9 (8:15 PM)**: Mosley asks Spencer what song the group should sing at the Jefferson statue. Spencer does not respond.

**August 9 (9:57 PM)**: Mosley shares a Twitter post regarding a protest of Google on August 19. Spencer asks whether they should participate. Both discuss their frustrations with the

Charlottesville rally and desire to move on. Spencer suggests that they hold a rally separate from the "Alt-Lite."

**August 10**: Mosley informs Spencer that he spoke with Jason Kessler and the ACLU (American Civil Liberties Union). He mentioned that their options are to file an immediate injunction, which might fail, or an injunction in the aftermath, which the ACLU is confident they would win. Mosley claims that he developed a strategy to do both. Spencer concurred. Spencer then asks if he has full information on "Coach." Spencer claims frustration that "Coach" is working against him behind the scenes.

**August 10**: Mosley reports back with "Coach's" and his wife's personal information and employment.

**August 11**: Mosley reports an address and claims that he and his colleagues are not allowing the "general public" into the after party. Spencer asks if this was Kessler's decision; Mosley reports that it was. Mosley claims that he has removed Kessler from all "operation calls starting today" and that "all security and leadership are getting orders from [him]." Spencer approves.

**August 11**: Mosley sends Spencer a tweet, posted by Dave Reilly, that includes drone footage of torchlight march.

**August 12 (10:45 AM)**: Mosley sends Spencer an address of the after party location, and claimed that the party is only for "VIPs and leadership." Spencer suggests not giving the address to David Duke.

**August 12 (12:32 PM)**: Mosley asks to speak with Spencer and claims that he is working on getting Spencer booked on the Tucker Carlson program on Fox News.

**August 12 (4:34 PM)**: Spencer asks if he could bring "this nice photographer" to the after party. Mosley says "probably not," but they can talk to her later. Mosley asks Spencer to say a few words to the crowd and then a meeting would take place upstairs with Kyle Bristow. He claims that Jason Kessler has drafted a press release and that it is not acceptable.

**August 12 (8:03 PM)**: Mosley sends Spencer the address of a party. Spencer does not respond.

**August 13 (12:30 PM)**: Spencer tells Mosley that he will not speak at Kessler's hastily assembled press conference. Mosley says that he voiced his displeasure with Kessler that morning. Spencer suggests cutting off all contact with Kessler. Mosley agrees. Mosley later shares news reports of Kessler being attacked at his press conference.

**August 13 (9:50 PM)**: Mosley offers his help to Spencer and claims that Kyle Bristow and Kessler are setting up a legal fund and suggests that they might be able to stop Kessler from doing this and/or set one up of their own. Spencer does not respond.

**August 14 (5:17 PM)**: Mosley reports that there is a "50%" chance that Spencer will be booked on Stefan Molyneux's program and that Faith Goldy is helping in this effort. Spencer does not respond.

## Phone calls / AT&T Wireless

**June 6 (3:13 PM)**: Incoming call, 28 mins.

**June 16 (11:01 AM)**: Outgoing call, 35 mins.

**June 24 (11:41 pm)**: Incoming call, 1 min.

**June 28 (2:12 PM)**: Outgoing call, 3 mins.

**June 28 (2:15 PM)**: Outgoing call, 15 mins.

**June 28 (2:31 PM)**: Outgoing call, 1 mins.

**June 28 (2:32 PM)**: Incoming call, 26 mins.

**July 12 (10:31 PM)**: Outgoing call, 17 mins.
**July 20 (10:50 PM)**: Outgoing call, 13 mins.
**July 20 (11:49 PM)**: Outgoing call, 8 mins.
**July 22 (12:06 AM)**: Outgoing call, 22 mins.
**July 31 (11:22 PM)**: Outgoing call, 41 mins.
**August 7 (4:34 PM)**: Outgoing call, 2 mins.
**August 7 (4:38 PM)**: incoming call, 3 mins.
**August 8 (2:56 PM)**: Outgoing call, 30 mins.
**August 8 (6:09 PM)**: Outgoing call, 17 mins.
**August 10 (10:13 PM)**: Incoming call, 7 mins.
**August 12 (3:59 PM)**: Outgoing call, 1 min.
**August 13 (1:26 PM)**: Incoming call, 1 min.

## Identity Evropa

No communication

## Matthew Heimbach

**iMessages (Apple iPhone) between Spencer and Heimbach**
May 21: Heimbach contacts Spencer asking to talk. Spencer arranges a call.

## Traditionalist Workers Party

No communication

## Michael Hill

No communication

## Michael Tubbs

No communication

## League of the South

No communication

## Jeff Schoep

No communication

## National Socialist Movement
No communication

## Nationalist Front
No communication

## Augustus Sol Invictus

### iMessages (Apple iPhone) between Spencer and Invictus
**June 19**: Invictus introduces himself to Spencer and claims to have received his number from Colton Merwin, the organizer of the "free speech" rally, and asks to meet.

**June 24**: Spencer sends Invictus a photo of a white board in which both had sketched out ideas for a "Charlottesville Statement," modeled on the "Sharron Statement" (1960).

**August 13**: Invictus claims that he is confident about "tomorrow" and that he will be in Washington, DC, in the morning.

## Fraternal Order of the Alt-Knights
No communication

## Michael Peinovich

### Text Messages / AT&T wireless
**February 6**: Peinovich asks Spencer if he will be coming to Houston, Texas, for an event with TRS (The Right Stuff); Spencer says he will not be. Peinovich suggests that he appear via Skype.

**February 8**: Peinovich tells Spencer that Greg Johnson will not be attending the TRS function.

**February 18**: Peinovich praises Spencer's attendance at a libertarian gathering.

**February 22**: Spencer and Peinovich discuss Milo Yiannopoulos and Greg Johnson.

**March 11**: Peinovich asks if Spencer will be in Washington, DC, in the coming days. Spencer replies that he will be in Montana at that time. Peinovich expresses his desire to see "Katie" (Katie McHugh). Spencer and Peinovich further discuss a TRS group "Cascadia." Spencer suggests the idea of a mainstream friendly news podcast featuring Peinovich.

**March 25**: Spencer and Peinovich discuss Greg Johnson's accusations against Spencer in a TRS Facebook group.

**March 26 (3:32 PM)**: Peinovich tells Spencer he will call him later that night.

**March 26 (9:19 PM)**: Peinovich tells Spencer he'll call him tomorrow.

**April 7**: Spencer tells Peinovich of his idea for a protest outside the White House opposing Trump's military actions against Syria. Peinovich asks if "Marjorie" will be there; Spencer suggests she will be. Peinovich talks about South Africans' meeting with TRS. Peinovich agrees to come.

**April 8**: Spencer shares of a photo of himself with Peinovich.

**April 9**: Peinovich invites Spencer onto his podcast.

**April 14**: Peinovich asks Spencer about his plans for Auburn University. Peinovich mentions that Michael Hill wants to help. Peinovich discusses his itinerary.

**April 15**: Peinovich asks if Spencer has a place to stay, and Spencer tells him that this is "need to know" information. Spencer provides "Marjorie's" email address.

**April 18**: Peinovich asks if he can tweet about the Court victory. Spencer does not reply.

**April 20**: Peinovich shares with Spencer a photo of the Cascadia event.

**May 12**: Spencer shares with Peinovich an article on *Counter-Currents*.

**May 13**: Spencer tells Peinovich that he has arrived in Charlottesville.

**May 18**: Spencer asks Peinovich if he will be attending the American Renaissance conference and mentions his reluctance to attend.

**May 19**: Spencer mentions to Peinovich his conversations with Megan Bobonick, and Peinovich confirms that he has corresponded with her. Spencer asks Peinovich to talk.

**May 20**: Spencer shares with Peinovich a podcast that is critical of him. Enoch responds that his disapproves of the organization that created it.

**May 24**: Peinovich tells Spencer that members of Iron March (a Web Forum) have told the journalist Elle Reeve that Spencer is their "secret leader." Spencer mentions that he asked Eli Mosley to create a Discord forum for Alt-Right leaders.

**May 28**: Spencer asks for "Sven's" (Jesse Dunsten's) address. Enoch does not reply.

**May 31**: Spencer asks Enoch if he should meet Megan Bobonick. Peinovich confirms; Spencer tells him that they have already met and asks him to keep this confidential.

**June 11**: Spencer tells Peinovich that Bobonick is worried that her meeting with Spencer has been leaked, and asked if Peinovich told anyone. Peinovich denies this.

**June 15**: Peinovich asks if Spencer will be in Austin, Texas, that weekend. Spencer answers in the negative.

**June 16**: Spencer invites Peinovich to participate in the June "free speech" event. Peinovich confirms.

**June 19**: Spencer shares a *Counter-Currents* article with Peinovich and asks him to cease associating with Greg Johnson. Peinovich tells Spencer that an upcoming meeting will be his last association.

**June 24**: Peinovich asks Spencer where they are meeting for the "free speech" event. Spencer tells him that they will be leaving from his office/apartment.

**June 30**: Spencer shares the Website "Hatreon" with Peinovich. Peinovich does not respond.

**July 1**: Peinovich shares a photo of himself carrying a Swedish magazine in which Spencer appears on the cover.

**July 16**: Peinovich asks Spencer and his organizations have been banned from Stripe payment processing. Peinovich mentions that TRS will be launching a paywall in the near future.

**July 20**: Spencer asks Mike to do a favor for Sam Dickson, involving a copy of a will and an appointment of an administrator for Surrogate Court of King's County. Peinovich agrees and asks Dickson to contact him.

**August 4**: Spencer asks if Peinovich is coming to dinner. Peinovich indicates he will not.

**August 13**: Peinovich tells Spencer that he will be recording podcasts all week and asks him to join him. Spencer joins right away.

**Phone calls / AT&T Wireless**

**August 10 (1:38 AM)**: Incoming call, 1 min.

**August 13 (12:27 AM)**: Outgoing call, 1 min.

**Email**

**April 25**: Subject—Invitation, @Monday, May 1, 2017; From—Bryan Brathovd; CC'ed—Gregory Conte; Content—Invitation to other participants to appear on Brathovd's podcast.

**June 25**: Subject—Gigug; From—Peinovich; Content—Personal message to Spencer sharing an audio file (5 mins.) of a song.

**Loyal White Knights of the Ku Klux Klan**

No communication

**East Coast Knights of the ku Klux Klan**

No communication

**2. Identity all expenses You incurred in planning, organizing, or attending the Unite the Right rally and the sources of funding and method of payment used to satisfy those expenses.**

**Answer**: I spent an estimated $532.87 to attend the Charlottesville rally, which expenditures covered lodging, travel, and miscellaneous items. These expenses were paid from my personal funds.

**Lodging**

**$141.00** Friday and Saturday, August 11-12, AirBnD (customer code: HMJ4AY8M8D)

**$175.38** Saturday and Sunday, August 12-13, Residence Inn, Waynesboro (Reservation Code 71337594)

**Travel**

**$226.49** Friday, Saturday, and Sunday, August 11-13, Enterprise Rent-a-car (Confirmation number: 2016341239)

**Miscellaneous**

**$150** Cash spent on food, gasoline, and various items.

**3. Identity and Describe in Detail each case in which You were charged in a Criminal Proceeding that resulted in a conviction, whether state or federal, including for each such case: the full title of the action, court, docket number, a description of the allegations, the disposition, and the sentence.**

**Answer**: I have never been convicted of a crime.

**4. Identify each legal matter, whether federal, state, criminal, civil, administrative, or otherwise, concerning the Events in which You have been or participated as a party or a witness, including but not limited to giving any testimony in depositions, hearings, trials, or any other legal proceeding.**

**Answer**:

I have been named as a defendant in each of the following lawsuits:

*Burke vs. Fields*, U.S. District Court, Southern District of Ohio (Columbus Division), No. 2:19-cv-02006

*Harris vs. Kessler*, U.S. District Court, Western District of Virginia (Charlottesville Division), No. 3:19-cv-00046

*Jamalreza vs. Fields*, Circuit Court City of Charlottesville, Virginia, CL No. 19-000410-00

*Washington vs. Fields*, Circuit Court City of Charlottesville, Virginia, CL No. 17-000442-00.

My answer is based on documents that were served on me (in the *Washington* case) and information my attorney obtained from news media, PACER, and the website of the Virginia Courts.

***5. Describe in Detail any instance in which You Advertised or promoted the Unite the Right rally, whether online or otherwise, including where, when, how, and for what period of time You displayed any Advertisement or Promotional Material and the content of such Advertisement or Promotional Material.***

**Answer**: I spoke briefly about the Unite The Right rally in my public remarks at the American Renaissance conference, on July 30, 2017, in Burns, Tennessee. I also discussed the rally and posted material about it on my Twitter account (@richardbspencer).

**June 5, 2017**: https://twitter.com/RichardBSpencer/status/871932665892454400?s=20

**June 16, 2017**: https://twitter.com/RichardBSpencer/status/875908026032697344?s=20

**August 8, 2017**: https://twitter.com/RichardBSpencer/status/894801039043547136?s=20

**August 11, 2017**: https://twitter.com/RichardBSpencer/status/896022384867762177?s=20

**August 11, 2017:** https://twitter.com/RichardBSpencer/status/896052954645413889?s=20
**August 11, 2017:** https://twitter.com/RichardBSpencer/status/896158820958785538?s=20
**August 11, 2017:** https://twitter.com/RichardBSpencer/status/896200313442631680?s=20

---

**6. Identity each Communication concerning the Events that You had with each member of Law Enforcement, whether before, after, or during the Events, including the name of the member of Law Enforcement, when, where, and how each Communication took place, and the nature or content of that Communication.**

**Answer:**
I spoke to local police and the state police as I was being expelled from Emancipation Park on August 12. I asked police officers "how to leave," and they pointed me to Market Street.

*7. Identify each Communication concerning the Events You and with any Government Official, whether before, after, or during the Events, including the name of the Government Official, when, where, and how each Communication took place, and the nature or content of each Communication.*

**Answer:** I did not have any contact with any government official during these events. On August 10, 2017, I posted a tweet directed at then-Charlottesville Mayor Mike Signer, but I did not receive any reply (https://twitter.com/RichardBSpencer/status/895654429504008192).

**8. Identify each Communication concerning the Events You and with any School Official, whether before, after, or during the Events, including the name of the School Official, when, where, and how each Communication took place, and the nature or content of each Communication.**
**Answer:** The only communication I had with any school official was when I received a "no trespass" notice from the University of Virginia; I learned about this order around October 26, 2017.

**9. Describe any relationship You have had from January 2017 to the present with any of the Entity Defendants, including any titles, affiliations, positions, or roles You have held within any of those organizations, the responsibilities with each such title, affiliation, position, or**

**role, and any responsibilities You had within any of those organizations that were not associated with any title, affiliation, position, or role.**

**Answer**: I have not had any relationship with any of the Entity Defendants (such as any title, affiliation, position, or role); nor have I had any responsibility with any of the Entity Defendants.

**10. For each Act of Violence perpetrated by or against a Defendant or a Plaintiff, identity and Describe in Detail each such Act of Violence, where and when such Act of Violence took place, who was involved in such Act of Violence, the nature of the Act of Violence, and any person known to You to have firsthand knowledge of such Act of Violence.**

**Answer:**

I did not engage in or perpetrate any Act of Violence; nor did I aid or abet any such act; nor did I conspire to affect the commission of any act of Violence.

I also do not have any personal knowledge of any Act of Violence against any other Defendant because I did not witness any Act of Violence against any other Defendant.

I also do not have any personal knowledge of any Act of Violence against any Plaintiff; I did not know any of the plaintiffs and, so even if I saw an act of violence that some Plaintiff claims was committed against him or her, I still would not be able to answer this question.

At some point after the events of August 12, 2017, I did see Eli Mosley and I observed that he "worse for the wear"; I remember his telling me, "it was crazy out there," from which I inferred that he might have been assaulted.

**11. Identify and Describe in Detail any Weapon You possessed or carried at any point during Unite the Right, including the kind of Weapon You possessed or carried, and when, where, why, and how You acquired that Weapon; if You did not possess or carry any Weapon during Unite the Right, you should so state instead.**

**Answer**: I had in the right-hip pocket of my pants a small folding pocket knife, which I always carried. At no time did I take the knife out of my pants pocket and at no time did it come out of my pocket by any other means. Outside of its obvious utilitarian uses, I kept this knife with me in case I were attacked and found myself unable to defend myself otherwise.

Much as some of Plaintiffs' counsel have worn bullet-proof vests to Court in this case, I also

wore a bullet proof vest at the Unite the Right Rally, because of the possibility of violence against me by counter-protesters, including the Antifa.

**12. Identify and Describe in Detail any direction or encouragement You gave for any other person to bring a Weapon to Unite the Right, including the kind of Weapon, the time, place, and manner in which you Communicated the direction or encouragement to bring a Weapon, and the person to whom You Communicated the direction or encouragement; if You did not provide such direction or encouragement, You should so state instead.**

**Answer:** I did not give anyone any direction or encouragement to bring a weapon to the Unite the Right rally.

I hereby declare under penalty of perjury that the foregoing Answers are true and correct to the best to my knowledge, information and belief.

Date: December 9, 2019

Richard B. Spencer

Respectfully submitted,

RICHARD B. SPENCER

By:______________________________

John A. DiNucci (VSB No. 29270)
8180 Greensboro Drive
Suite 1150
McLean, Virginia 22102
tel.: (703) 821-4232
fax: (703) 790-9863
e-mail: dinuccilaw@ outlook.com

EXHIBIT B

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

ELIZABETH SINES, SETH WISPELWEY, MARISSA BLAIR, TYLER MAGILL, APRIL MUNIZ, HANNAH PEARCE, MARCUS MARTIN, NATALIE ROMERO, CHELSEA ALVARADO, and JOHN DOE,

Plaintiffs,

v. Civil Action No.: 3:17CV00072

JASON KESSLER, RICHARD SPENCER, CHRISTOPHER CANTWELL, JAMES ALEX FIELDS, JR., VANGUARD AMERICA, ANDREW ANGLIN, MOONBASE HOLDINGS, LLC, ROBERT "AZZMADOR" RAY, NATHAN DAMIGO, ELLIOTT KLINE a/k/a ELI MOSELEY, IDENTITY EVROPA, MATTHEW HEIMBACH, MATTHEW PARROTT a/k/a DAVID MATTHEW PARROTT, TRADITIONALIST WORKER PARTY, MICHAEL HILL, MICHAEL TUBBS, LEAGUE OF THE SOUTH, JEFF SCHOEP, NATIONAL SOCIALIST MOVEMENT, NATIONALIST FRONT, AUGUSTUS SOL INVICTUS, FRATERNAL ORDER OF THE ALT-KNIGHTS, MICHAEL "ENOCH" PEINOVICH, LOYAL WHITE KNIGHTS OF THE KU KLUX KLAN, and EAST COAST KNIGHTS OF THE KU KLUX KLAN a/k/a EAST COAST KNIGHTS OF THE TRUE INVISIBLE EMPIRE,

Defendants.

DEFENDANT FIELDS' ANSWERS TO PLAINTIFFS' THIRD SET OF INTERROGATORIES TO ALL INDIVIDUAL DEFENDANTS

COMES NOW Defendant JAMES ALEX FIELDS, JR. ("Fields"), by counsel, and for his Answers to Plaintiffs' Third Set of Interrogatories, states as follows:

1. For each social media or email account you have used or created, identify (a) the social media or email provider (including, but not limite to, Instagram, Facebook, Twitter, YouTube, Discover, and Google gmail), (b) the date the account was created, (c) all usernames, handles, passwords, pseudonyms, Social Media Handles, names, phone numbers, aliases, account identifiers, and email addresses associated with the account, and (d) all persons who have had access to the account and the date(s) during which they had access..

ANSWER: (a) Fields has previously answered this interrogatory in prior discovery. Fields restates that he has not had access to his cell phone or computer since the afternoon of August 12, 2017 and has not logged on to a single social media account in over three years. Thereby, he has no means to attempt to locate additional information. As previously provided in discovery, Fields recalls @TheNewGiantDad was a Twitter account. His Facebook account had a username james.fields.9279 and a display name of "ConsciousOvisAries." Fields had a Discord account – used only for gaming – but does not recall the user or account name. Fields had a YouTube account but does not recall the username or display name.

(b) Fields does not recall the specific date any account was created and has no manner by which to attempt to obtain this information.

(c) See above. Fields does not recall any additional user or display names for any such account. Fields notes that Plaintiffs' counsel has received voluminous electronic discovery regarding the Commonwealth of Virginia and FBI investigation results of his social media accounts. While he does not recall the specific communications contained therein, Fields does not dispute the accuracy of the reports and incorporates same into his answer by reference.

(d) Fields is not aware of anyone else having access to any of his social media accounts

before August 12, 2017. Upon information and belief, law enforcement had access to Fields' social media accounts after August 12, 2017.

2. Describe in detail the substance of all communications, whether oral or written, between you and any other person or entity concerning the Unite the Right rally.

ANSWER: .Other than the communications described herein and in his other answers to discovery in this case, Fields recalls receiving correspondence in jail that can predominantly be described as hate mail. Fields did receive a small percentage of supportive letters from various unknown sympathizers or members of organizations that attended or supported the Rally. Fields did not know these people prior to Unite the Right. Fields has also exchanged letters with his mother and his attorneys. Fields recalls receiving two Christmas cards from Vanguard America while incarcerated.

Fields recall discussing the events of August 12 with other Rally attendees who were incarcerated in the weeks after August 12. In regard to the specifics of those conversations while incarcerated, Fields hereby asserts and relies upon his 5th Amendment Right of the US Constitution against self-incrimination.

Fields notes that Plaintiffs' counsel has received voluminous electronic discovery regarding the Commonwealth of Virginia and FBI investigation results of his social media accounts. While he does not recall the specific communications contained therein, Fields does not dispute the accuracy of the reports and incorporates same into his answer by reference.

3. Identify ever person or entity with whom you communicated on August 12, 2017, whether orally or in writing and, for each such person or entity, describe in detail the substance of the

communications.

ANSWER: Fields does not recall everyone he communicated with on August 12, 2017. Fields recalls communicating with individuals he believed to be members of Vanguard America. One individual offered him a shield, which Fields accepted. He does not know the identity of that individual or any other member of Vanguard America with whom he may have interacted on August 12, 2017, as he was never a member. Fields recalls a lot of yelling and screaming and noise but no specific conversations while in Lee Park. Fields does recall chanting along with other Rally attendees but does not recall the specific words uttered. Fields recalls various interactions with protesters involving basically yelling back and forth. He does not recall the specific statements made and does not know the identity of any counter protester with whom he interacted. Fields recalls generally discussing potentially getting something to eat with the three individuals walking back from McIntire Park. While he did not know their names at the time, Fields has learned their names are Sarah Bolstad, Hayden Lee Calhoun, and Joshua Matthews. He recalls they declined preferring to leave town and he gave them rides to their respective vehicles. Thereafter, Fields spoke only with members of law enforcement. Regarding communications with law enforcement, Fields hereby asserts and relies upon his 5th Amendment Right of the US Constitution against self-incrimination

4. Identify every person or entity with whom you communicated between January 1, 2017 and August 13, 2017, whether orally or in writing, concerning individuals or groups who are non-white, Jewish, Muslim, Hispanic, black, or politically liberal and, for each such person or entity, describe in detail the substance of the communications.

ANSWER: Fields does not recall every person or entity he communicated with over a

seven and one half month time period over three years ago. As previously indicated in discovery, Fields recalls posting a direct message to David Duke and Richard Spencer, neither of which was returned. He recalls following Richard Spencer on YouTube and Twitter. Fields recalls following Augustus Sol Invictus and Michael Peinovich on Twitter. Fields also notes that Plaintiffs' counsel has received voluminous electronic discovery regarding the Commonwealth of Virginia and FBI investigation results of his social media accounts. While he does not recall the specific communications contained therein, Fields does not dispute the accuracy of the reports and incorporates same into his answer by reference. Fields generally recalls posting antagonistic and provocative material on Twitter, YouTube and possibly Facebook during this time period that often denigrated people of color and politically liberal individuals.

5. Describe in detail how you learned about the Unite the Right rally.

ANSWER: Fields does not specifically recall when he learned about the Unite the Right Rally. Upon information and belief, Fields saw social media postings about the Rally a month or so prior to the Rally. Most likely, these postings would have been on the social media – likely Twitter – accounts of one or more of the following individuals: Augustus Sol Invictus, Richard Spencer, David Duke, or Michael Peinovich.

6. Describe in detail all reasons you attended the Unite the Right rally, including but not limited to, (a) when you made the decision to attend, (b) why you chose to attend, and (c) your purposes and goals of attending.

ANSWER: (a) Fields hoped to attend the Rally when he first heard about the Rally

approximately one month prior to the rally. He requested time off from work but was unsure whether the request was granted until a day or two before the Rally.

(b) Fields attended the Rally to see the speakers.

(c) Fields hoped to hear the speakers and perhaps have the opportunity to meet some of them.

7. Describe in detail your actions at the Unite the Right rally and during the day of August 12, 2017, including, but not limited to, (a) the approximate time and locations where you were present, (b) your actions at each location, and (c) the identity of each person and/or group you were with.

ANSWER: While this interrogatory seeks a level of detail and recall well beyond human comprehension more than three years later, the following is what Fields can currently recall. Fields traveled from Maumee, Ohio to Charlottesville, Virginia the night of August 11 and early morning of August 12, 2017. Upon his arrival in Charlottesville in the early morning hours of August 12 – perhaps an hour or two before dawn – Fields parked in the McDonalds parking lot on 5th Street and played video games on his cellular phone. After the sun came up, Fields recalls getting something to eat. Sometime thereafter, perhaps between 8 and 9 a.m., he began walking towards Lee Park (currently Market Street Park) when he observed other individuals whom he believed to be Rally attendees arriving. Fields does not know the identity of any of these individuals. Fields approached a group of individuals dressed in similar attire. He generally recalls expressing surprise at the hostility of counter protestors. He does not recall the identity of any person in that group nor the specifics of any conversation.

An unknown member of Vanguard America offered Fields a shield. Fields took the shield and carried it on August 12, 2017, walking with members of Vanguard America to Lee Park for the

Rally. Fields remained in Lee Park in the vicinity of Vanguard America members for some time. After police declared an unlawful assembly, Fields walked with a group of Rally attendees to McIntire Park. Fields does not know the name or identity of any of that group of people but believed some to be members of Vanguard America. After a short time at McIntire Park, Fields walked back to his car behind the McDonald's on 5th Street in Charlottesville with three other individuals who were present at McIntire Park and who Fields believed to be Rally attendees. While he did not know their names at the time, Fields has learned these individuals' names are Sarah Bolstad, Hayden Lee Calhoun, and Joshua Matthews. Fields gave them rides to their vehicles. After dropping off the last person, Fields recalls putting Maumee, Ohio into his GPS and beginning to attempt to proceed home.

Beyond that time, Fields hereby asserts and relies upon his 5th Amendment Right of the US Constitution against self-incrimination.

8. Describe in detail all reasons that you, on August 12, 2017, (a) wore a white polo shirt, (b) wore khaki pants, and (c) carried a Vanguard America shield.

ANSWER: Fields wore a white polo shirt and khaki pants because he thought they looked neat. Further, he read social media posts indicating that this was the sort of attire the event organizers desired rally attendees to wear to make a good impression on individuals who might observe the rally. Fields' white polo shirt did not contain the Vanguard America logo, and he has never been a member of that group. Fields carried a Vanguard America shield on August 12, 2017, because a member of Vanguard America offered him the shield. After arriving at the Rally, Fields realized his attendance at the Rally would be more dangerous than he previously anticipated. He accepted the shield to block projectiles being thrown at him and other Rally attendees.

Respectfully submitted,

JAMES ALEX FIELDS, JR.
By Counsel

David L. Hauck, Esquire (VSB# 20565)
David L. Campbell, Esquire (VSB #75960)
DUANE, HAUCK, DAVIS & GRAVATT, P.C.
100 West Franklin Street
Richmond, Virginia 23220
Telephone: 804-644-7400
Facsimile: 804-303-8911
dcampbell@dhdglaw.com
*Counsel for Defendant James A. Fields, Jr.*

CERTIFICATE OF SERVICE

I hereby certify that on this 11th day of September, 2020, I provided copies of the foregoing via email to the following:

Robert T. Cahill, Esquire
Cooley, LLP
11951 Freedom Drive, 14th Floor
Reston, Virginia 20190-5656
*Counsel for Plaintiff*

Roberta A. Kaplan, Esquire
Julie E. Fink, Esquire
Kaplan & Company, LLP
350 Fifth Avenue, Suite 7110
New York, New York 10118

Karen L. Dunn, Esquire
William A. Isaacson, Esquire
Boies Schiller Flexner LLP
1401 New York Ave, NW
Washington, DC 20005
Philip M. Bowman, Esquire
Boies Schiller Flexner LLP
575 Lexington Avenue
New York, New York 10022

Alan Levine, Esquire
Cooley LLP
1114 Avenue of the Americas, 46th Floor
New York, New York 10036

David E. Mills, Esquire
Cooley LLP
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004

Brian Jeffrey Jones, Esq.
106 W. South Street, Suite 211
Charlottesville, Virginia 22902
*Attorney for Defendants Michael Hill, Michael Tubbs, and the League of the South*

Elmer Woodard, Esquire
5661 US Hwy. 29
Blairs, Virginia 24527
*Attorney for Defendants Christopher Cantwell, Nathan Damigo, Matthew Heimbach, Identity Europa, Jason Kessler, Elliot Kline, National Socialist Movement, Nationalist Front, Matthew Parrott, Jeff Schoep, Traditionalist Worker Party, Vanguard America, and Robert Ray*

Michael Peinovich, Defendant *pro se*
519 E. 82nd Street, Apt. 2C
New York, NY 10028

And I hereby certify that I will mail the document by U.S. mail to the following non-filing users:

Richard Spencer
1001-A King Street
Alexandria, Virginia 22314

Loyal White Knights of the Ku Klux Klan
c/o Chris and Amanda Baker
PO Box 54
Pelham, NC 27311

EXHIBIT C

UNITED STATES DISTRICT COURT
WESTERN DIVISION OF VIRGINIA

* * * * * * * * * * * * * * * *

ELIZABETH SINES, et al,

Plaintiffs,

v.

JASON KESSLER, et al,

Defendants.

* * * * * * * * * * * * * * * *

CASE NO. 3:17-CV-00072

Pursuant to the Order for the Production of Documents and Exchange of Confidential Information in this case, all testimony shall presumptively be treated as Confidential Information and subject to the order during the testimony and for a period of thirty (30) days after a transcript of said testimony is received by counsel for each of the parties. At or before the end of such thirty day period, the testimony shall be classified appropriately.

DEPONENT: JASON KESSLER

DATE: MAY 15th, 2018

TIME: 9:00 A.M.

LOCATION: U.S. DISTRICT COURT
WESTERN DIVISION
255 WEST MAIN STREET
CHARLOTTESVILLE, VIRGINIA

REPORTED BY: LAURA B. BALLENGEE, CER

A I don't remember whether he initiated it or I initiated it but certainly I was interested in speaking.

Q And Mosley wouldn't have asked you to speak unless you wanted to speak. Isn't that right?

A Yeah, I did want to speak.

Q Okay. And you told him you wanted to speak.

A Yeah, I did.

Q And you wanted to speak because you wanted to be seen as a spokesman for the movement, isn't that right, in Charlottesville?

A I just wanted to speak. That's all.

Q Well, it was your hometown, right?

A I wasn't thinking in terms of a personal ambition or anything.

Q You weren't?

A No.

Q Didn't you get up and tell the whole group under the tent that you thanked them for - that you were from Charlottesville and you thanked them for being there?

A Yes.

Q And you thanked them for coming to defend the campaign against the statues. Isn't that right?

A Yes, sir.

Q And none of these other people were from

Charlottesville. You were. Right?

A Yes, sir.

Q And you wanted to be seen as the spokesman from Charlottesville for the movement. Isn't that right?

A Yeah, you could say that.

Q And as a result of the weekend of May 13 and 14, you saw that you had a role to play in the movement if Charlottesville was going to be the center of activity for the movement. Isn't that right?

A I think I already knew I had a role but, yeah -

Q But you wanted a leading role. Isn't that right?

A Sure.

Q And you decided to use Charlottesville and the statues as a focal point for the movement in the summer of 2017.

A Well, I felt like bringing up the statue issue was right on principal.

Q And you wanted Charlottesville in the summer of 2017 to become the focal point for the Alt-Right movement using the statues and the removal of the statues as the source of the tension.

A I thought the statue issue was important and if the Alt-Right were the ones who were going to speak out about it, then I wanted them to.

Q And you wanted to lead the Alt-Right's movement in Charlottesville. Isn't that right?

A Yeah, I wanted to help lead that effort.

Q And you wanted to use the statues as a vehicle to do that.

A Yeah, I think that the statue issue is very important.

Q And you decided to organize a summer rally -

A Yes, sir.

Q - around the idea of saving these statues. Isn't that right?

A Yes, correct.

Q And you wanted to be the leader, the organizer, of that rally.

A Yes, sir.

Q Isn't that right?

A Mm-hmm.

Q And you filed a permit to that. Isn't that right?

A I did.

Q And you talked to Mosley about doing that. Isn't that right?

A Mm-hmm. Yes.

Q And Mosley was in agreement with you to use the Charlottesville statues and the cause of the

Charlottesville statues for a rally later in the summer.

A Yes.

Q And take a look at Exhibit -

(WHEREUPON, the document referred to was duly marked as Exhibit No. 34 for identification purposes.)

BY MR. LEVINE:

Q I'm showing you - is that the permit that you filed?

A Yes.

Q And that's your signature?

A Yes.

Q And you talked to Mosley about organizing the rally with you, correct?

A Yes.

Q And the two of you decided, together, to do that. Isn't that right?

A Yes.

Q And am I right that you left it to Mosley to get some of the voices in the Alt-Right to participate?

A I probably had his help with some of it. I did a lot of that, myself, as well.

Q You wanted Mosley to get Spencer on board, right?

23 was duly marked for
identification purposes.)

THE DEPONENT: Okay.

BY MR. LEVINE:

Q Do you remember assuring Mosley that you were not opening it to the public?

A I don't remember it but that's what it says here in the text messages.

Q What you said, correct?

A Yeah, it says - right here, it says, "I'm not opening up to the public."

Q And didn't you believe that it was private?

A To a certain extent. I didn't know every person that came into it. And some of the people who were in there didn't even attend the event. But it wasn't like something just anybody could come in to. So it was somewhat private.

Q Well, it wasn't public. Isn't that right?

A It wasn't public.

Q It wasn't public in anyway. Isn't that right? You had to be invited to participate.

A That's correct. You had to have an invitation.

Q So there's nothing semi public about it. Isn't that right?

A But I didn't invite all the -

Q Isn't that right? There's nothing sem-public about that Discord chat room. Isn't that right?
A You had to have an invitation to go in there.
Q And the invitation had to be issued by the people at Identity Evropa. Isn't that right?
A Not necessarily. There were a lot of people who could send out that invitation.
Q Could you invite people in to participate?
A I could.
Q Okay. And that chat room, if you will, the channels on Discord became the meeting rooms for the meetings leading to plan the rally. Isn't that right?
A There was some rally planning that went on in there.
Q And there were channels that were specifically identified for the leadership, correct?
A Yes.
Q And channels that were identified for meetings to discuss the planning, correct?
A Yes.
Q And the Discord channel essentially became the vehicle for all of the organizers and participants to discuss, plan for, and organize the Unite the Right rally. Isn't that right?
A Well, there were channels where we were doing

planning. And then there was stuff that was open to, like, that was more public. And that's where people were just posting crazy stuff. So the actual planning for the rally was much more sedate.

Q Can you take a look at the amended complaint? You just take a look at paragraph 72 through 78. I want to know if there is anything about those allegations relating to the use of Discord that are not true.

A Oh, there are a lot of things that aren't true in this.

Q In paragraph 72?

A Oh, yes. I mean, I would say that this stuff is not just untrue. It's libelous and defamatory. There was no planning of unlawful acts of any kind.

Q But the Discord was used to plan the rally, correct?

A Yes, to plan a free speech event.

Q It was used to plan the rally. Isn't that right?

A Yes.

Q So, paragraph 72, the Charlottesville 2.0 server was used to plan the rally. Isn't that right?

A It was used to help plan the rally.

Q And the paragraph 73, you did moderate, review, and direct and manage it along with Mosley. Didn't you?

Charlottesville 2.0 server?

A I was one of the moderators.

Q And you know that Heimbach and Parrott and Cantwell and Ray were participants on the Discord channels. Isn't that right? Because you communicated with them.

A I think that they had Discord accounts or were in the channel but they didn't really post or communicate that much.

Q But you knew that you did communicate at some point with each of them on the Discord server, correct?

A May - I don't recall.

Q You knew that they had access to it, correct?

A They did have access to it.

Q And the channels that are listed on 76 were some of the channels that were used?

A Yes.

Q And you were, in 77, you were the event coordinator, correct?

A Yes.

Q And you sought participation from Vanguard America, correct?

A Yes, I talked to people from Vanguard America.

Q And Identity Evropa, correct?

A Yes.

Q And TWP, correct?
A Yes.
Q And League of the South, correct?
A Yes.
Q All of those entities were invited on the Discord server and participated in discussions relating to the rally, correct?
A Yes.
Q And do you know this gentleman Tyrone as identified in paragraph 78?
A Yeah, I remember him.
Q And who was he?
A He was a guy who was in the channel.
Q Did you know who he was?
A No.
Q Did you ever come to know who he was?
A I knew now.
Q And who is he?
A He's a military guy. He's some guy in the military.
Q Do you know his last name or his first name?
A I don't recall. I mean, I saw some article being written about him.
Q And you asked each of these entities that participated in the planning to designate a

representative for the Discord channel. Isn't that right?

A I don't recall.

Q Well, didn't each of these people have somebody that represented their group for these conversations?

A I don't recall how that worked.

Q So you did have - how did you - what did you learn about Tyrone?

A When?

Q Well you said that you - I asked you whether you came to know Tyrone and you said you did come to know Tyrone. And I asked you if you knew his last name.

A I don't know his last name.

Q And you told me you didn't know his last name.

A No.

Q And I asked you if you knew who he was and you said you read some articles and came to know about him.

A Yeah, people were offended because of some jokes he made in the chat.

Q And when did you read the article about him?

A I read something maybe in the last couple of weeks.

Q Oh, long after the event?

A Yeah, I mean, only recently. I have no idea who the guy is. Just another random person.

Q A random person who participated in the channel planning for the event.

A People had talked to him about coordinating bands but we didn't end up going with the suggestions that he used. So, he wasn't really a very - he wasn't really a planner or anything. We did talk to him about bands.

Q And if the Discord server for August 11th and 12th was identified as Charlottesville 2.0, then Charlottesville 1.0 was May 13 and 14, correct?

A Yes.

Q And what names or initials did you use for yourself for the Charlottesville 2.0 or Charlottesville 1.0?

A I think my handle was always the Mad Dimension.

Q How did you come up with that?

A I don't know. Like I used to do creative writing and it's a science fiction type of thing.

Q What is New Byzantium?

A That's a pro-white advocacy group I started.

Q And where did you start that?

A In Charlottesville.

Q When did you start it?

A I think towards the end of 2017 if I'm not mistaken.

EXHIBIT D

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA

* * * * * * * * * * * * * * *

ELIZABETH SINES, et al., * CASE NO. 3:17-cv-00072-NKM

Plaintiffs, *

v. *

JASON KESSLER, et al., *

Defendants.

* * * * * * * * * * * * * * *

Pursuant to the Order for the Production of Documents and Exchange of Confidential Information in this case, all testimony shall presumptively be treated as Confidential Information and subject to the order during the testimony and for a period of thirty (30) days after a transcript of said testimony is received by counsel for each of the parties. At or before the end of such thirty day period, the testimony shall be classified appropriately.

DEPONENT: JASON KESSLER, VOLUME II OF II
DATE: MAY 16, 2018
TIME: 9:15 A.M.
LOCATION: U.S. DISTRICT COURT
WESTERN DIVISION
255 WEST MAIN STREET
CHARLOTTESVILLE, VIRGINIA

REPORTED BY: KIMBERLY L. RIBARIC, RPR, CCR

Veritext Legal Solutions
Mid-Atlantic Region
1250 Eye Street NW - Suite 350
Washington, D.C. 20005

(May 16, 2018, 9:15 a.m.)

P R O C E E D I N G S

- - -

THE VIDEOGRAPHER: Good morning. We are going on the record at 9:15 a.m. Today is May 16th, 2018. This is Media Unit 1, Volume 2, of the continued recorded deposition of Jason Kessler, taken by counsel for the plaintiff in the matter of Sines, et al. versus Kessler, et al.

My name is Ellen Hebert from the firm of Veritext, I am the videographer. The court reporter is Kim Ribaric from Veritext.

The witness has previously been sworn in, please continue.

MR. LEVINE: Good morning, Mr. Kessler.

THE WITNESS: Good morning.

THE REPORTER: Mr. Kessler, this is the court reporter, I just want to advise you that you're still under oath from yesterday.

THE WITNESS: Okay.

THE REPORTER: Thank you.

- - -

JASON KESSLER,

the Witness, recalled for examination, having been previously sworn, testified as follows:

MS. KAPLAN: I just -- I'm just going to say something at the beginning. We understand the courthouse is going to be much busier today than it was yesterday, and this is easy for me, because I'm not saying anything, but they have requested that we all try to keep the volume a little bit lower today or maybe significantly lower today than yesterday because of the activity in the courthouse. And I said we would do that.

- - -

CONTINUED DIRECT EXAMINATION

BY MR. LEVINE:

Q. Mr. Kessler, you -- you and Eli Mosley were the principal coordinators for the Unite the Right rally on August 11 and 12, 2017; correct?

A. Yes.

Q. And Mr. Mosley set up the Discord channel, correct?

A. No. A woman named Erica did.

Q. Working within -- from Identity Evropa?

A. She started it up and then later transferred the -- like, the ownership of the thing to him.

Q. And you were designated event coordinator?

A. Yes.

Q. And you used Discord principally to

coordinate with all of the representatives of the groups that were invited to participate, correct?

A. I don't know that I'd say that. That's not exactly the way I'd characterize it.

Q. How would you characterize it?

A. I would say that mostly it was just a community for people to go on there and talk and make jokes and stuff, although we did have some planning discussions happening in there.

Q. Didn't you say a number of times on the Discord channel that the leadership channel was for planning and was not for making speeches about points of view?

A. That's true. There were different channels on the thing, and some of them were like -- you had, like, My Little Pony channels, like -- and then you had ones that were serious where it was a leadership channel, and everything in there should be about operational planning.

Q. And so -- and who -- who did you invite into the leadership channel?

A. I don't even know the names of all of them, but it was me, Eli Mosley, from recollection I think there was a guy named Kurt in there who Eli knows, I don't know him personally, I -- I've -- I've seen him,

but I don't know his name.

Q. And am I correct that --

A. I think Brian Brathovd was in there. And those are the ones that come to my head.

Q. What group did Kurt represent?

A. I think he's an employee of Richard Spencer, so MPI.

Q. And who was the last gentleman you just named?

A. Brian Brathovd, he's also an employee of Richard Spencer. He was present with me in some meetings with police.

Q. And am I correct that in a -- the Discord leadership channel wasn't the only means by which you communicated and coordinated with the representatives of the groups to plan that -- to -- to plan the events; is that correct?

A. Yeah, I would say actually the majority of the planning just happened with phone conversations, and then we would post some of the stuff that we had come up with onto the Discord.

Q. And besides -- and you talked regularly with Mr. Mosley, correct? Withdrawn.

During the period of June, July, the beginning of August 2017, you talked to Mr. Mosley

regularly to plan the events?

A. I don't know if I'd put it that way.

Q. You texted him and talked to him?

A. I did -- I did have communication with him, but it wasn't as much as I would have liked.

Q. So you ended up coordinating more of the events than -- than you thought you would in the beginning, is that your testimony?

A. That -- that's a fair way to put it. I had certain things that I was handling, like the court cases, and he had certain things that he was handling as far as with the after-party and doing the on-the-ground stuff, like how you get point -- people from point A to point B, that was all his thing.

Q. And what actually was the leadership channel used for?

A. The serious discussions.

Q. And what kinds of -- what were the subjects of the serious discussions?

A. Just like what the -- who the speakers were going to be, how were -- how we were going to protect the speakers, whether we felt the police were being cooperative in creating a safety plan, stuff like that.

Q. Did who the speakers were going to be include issues of what groups would be represented to speak?

A. I think that came up, yeah. I remember that coming up at least once.

Q. And did that include whether the alt-right would be included or not?

A. Probably, yeah. That seems reasonable.

Q. So the leadership channel was used to -- to discuss what the -- what the objectives, if you will, of the rally would be, and how to achieve those objectives through the speakers that you would invite --

A. Probably so, yeah. I -- I don't recall what was in there, but it -- it's pretty much what you're describing.

Q. But when you -- when you were talking to -- to Mosley and to the representatives of these other groups, the discussion was who would be invited to speak, correct?

A. We did talk about that.

Q. And the -- in discussing who would be invited to speak, you would be -- you would be considering what points of view those people represented to be invited to speak, correct?

A. Yes.

Q. Because you wanted the rally to have a certain focus and purpose, correct?

A. Yes.

Q. Okay. And starting in June of 2017, it pretty much became your full-time job until August 11th and 12th; is that right?
A. Yes.
Q. Night and day?
A. Yeah.
Q. I mean, these Discord channel -- the -- the times of these Discord channels kind of defy the normal working day, would you say?
A. I was working on it a lot.
Q. At night, middle -- early in the mornings -- early --
A. Day and night. I worked as much as I possibly could.
Q. I mean, some of these are like after midnight, some of these communications?
A. Sure.
Q. Some of the people that were participating had full-time jobs and didn't get on the site until after work, correct?
A. That's probably reasonable, but I don't really have any knowledge, but probably.
Q. And for you, though, this was 24/7?
A. Well, I slept and I ate and --
Q. Okay.

A. -- did normal life things, but I did -- I worked on it as much as I could.

Q. So Mr. Spencer, Richard Spencer, did he participate on the leadership channel or did he participate by his designees?

A. Designees.

Q. And his designees were -- were Brian Brathovd --

A. I believe Brian -- yeah, Brian and --

Q. And Kurt?

A. -- Eli and Kurt, those were the ones that I'm aware of.

Q. And Chris Cantwell. Did Cantwell participate on the channel?

A. No. I mean, he was in the Discord, but he -- he almost never used it.

Q. You met with Cantwell before the rally to discuss the rally; is that right?

A. I met with him the -- like a day or two before the rally when he got into town.

Q. And the purpose of that meeting was to discuss the rally, correct?

A. Yeah. I mean, it was stuff related to the rally.

Q. Did -- had you met Cantwell before?

A. Yeah, I met him one time in Alexandria. Oh, yeah, yeah, the -- we did a free speech rally together.

Q. Where was that?

A. That was in front of the Lincoln Memorial.

Q. When was that?

A. I don't recall exactly. It was before the Unite the Right rally, maybe in June or July.

Q. So it was after a point in time when the decision -- when the permit had been filed to do the rally, the --

A. I think so.

Q. -- Unite the Right rally?

A. I think so.

Q. And did you discuss with him his participation, upcoming participation in the Unite the Right rally?

A. I don't recall there being much conversation other than me just asking him, hey, you should come and do this thing, and he seemed really busy and was like, yeah, yeah, yeah, call me later.

Q. And did you end up calling him later?

A. I don't know whether I contacted him by phone or some other means, but I did contact him.

Q. And he agreed to come and participate?

A. Yes.

EXHIBIT E

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF VIRGINIA

**Charlottesville Division**

ELIZABETH SINES, SETH WISPELWEY, MARISSA BLAIR, TYLER MAGILL, APRIL MUNIZ, HANNAH PEARCE, MARCUS MARTIN, NATALIE ROMERO, CHELSEA ALVARADO, and JOHN DOE,

Plaintiffs,

JASON KESSLER, RICHARD SPENCER, CHRISTOPHER CANTWELL, JAMES ALEX FIELDS, JR., VANGUARD AMERICA, ANDREW ANGLIN, MOONBASE HOLDINGS, LLC, ROBERT "AZZMADOR" RAY, NATHAN DAMIGO, ELLIOT KLINE a/k/a/ ELI MOSLEY, IDENTITY EVROPA, MATTHEW HEIMBACH, MATTHEW PARROTT a/k/a DAVID MATTHEW PARROTT, TRADITIONALIST WORKER PARTY, MICHAEL HILL, MICHAEL TUBBS, LEAGUE OF THE SOUTH, JEFF SCHOEP, NATIONAL SOCIALIST MOVEMENT, NATIONALIST FRONT, AUGUSTUS SOL INVICTUS, FRATERNAL ORDER OF THE ALT-KNIGHTS, MICHAEL "ENOCH" PEINOVICH, LOYAL WHITE KNIGHTS OF THE KU KLUX KLAN, and EAST COAST KNIGHTS OF THE KU KLUX KLAN a/k/a EAST COAST KNIGHTS OF THE TRUE INVISIBLE EMPIRE,

Defendants.

## Civil Action No. 3:17-cv-00072-NKM

DEFENDANT RICHARD SPENCER'S OBJECTIONS AND RESPONSES TO PLAINTIFFS' FIRST REQUEST FOR DOCUMENTS

Defendant Richard Spencer, Pro Se, in accordance with Rule 34 of the Federal Rules of Civil Procedure and the Local Rules of this Court, responds and objects to plaintiffs' First Request for Documents as follows:

# Appendix 1: iMessages

## iMessages 1

Conversation between Richard Spencer, Jason Kessler, and Eli Mosley

August 7, 2017



# iMessages 2

Correspondence between Richard Spencer and Mike Peinovich

August 13, 15, 16



**iMessages 3**

Correspondence between Nathan Damigo, Eli Kline, and Richard Spencer

June 15, 2017



**iMessages 4**

Correspondence between Eli Kline, Nathan Damigo, and Richard Spencer

August 13, 2017



## iMessages 5

Correspondence between Eli Kline and Richard Spencer

July 7-August 12



3:58 AM

27%

Eli

Charlottesville. DC-area SURJ chapters plan to mobilize folks and build support for the local counter-demonstrators.

To support the action in Charlottesville, we'll need to train caregivers (emotional support, food/water), de-escalators, legal observers, remote support (social media, supply gatherers, etc.) and get clear about what's involved in direct action. At this meeting, we will have breakouts to build our skills and define our roles within "affinity groups." Participants will make commitments to their affinity groups and plan to continue building strength for the action in August. We want as many people as possible to commit to being in Charlottesville on the 12th, but there are way to support if you cannot attend in person. Whatever your skills or in/experience with this kind of action, there is a place for you!

Help with set up and clean up of the event is needed, if you can volunteer, please contact surjdc.action@gmail.com.

SURJ NoVa is offering a carpool from the Virginia 'burbs to make sure everyone who wants to attend this meeting can. Sign up to drive or to ride: **https://**

These people are insane. This is a Facebook post about them doing a pre-event to prepare for cville. Look at this corporate language compared to our literal military operation document. They are little corporate tools and we're and resistance fighting force. I hate this morons.

4:02 AM

25%

EM

Eli

063

Wed, Jul 26, 8:16 PM

We figured out who we think is giving Kessler money. It's not good. Some rich white guy who converted to Islam and is just incredibly antisemitic. He's been inviting NSM and other crazies like Sinhead. I think it's too late to pull out but at least we know what we're dealing with.

**Jimmy Fry**
@JimmyFry1

Hi @sineaderade88 will you, or anyone from Renegade visit for #UniteTheRight ? :)
thx
@PrimitiveXaoc

7/26/17, 3:04 PM

1 Like

om.linkedin.com

I got it from here

064

4:00 AM

EM
Eli

Jason Kessler
3 mins

Who lives in my area and more or less agrees with me politically?

I need applicants to induct into a secret order.

On a brighter and funnier note. Look at this ridiculous post Kessler made last night lolol

Dear God

He's likely serious

I could tell you hours of his stupidity.

After c ville, we need to drop him. He's just stupid and weird.

Yea 100%

4:02 AM

25%

EM

Eli

Anti-Zionist-Not-Antisemite Of The Day: James Fry (Virginia Beach)
israellycool.com

Security Check Required
facebook.com

This is his kids from his Arab wife.

066

4:03 AM

EM

EB

Oh dear.

This is why I need you on my team.

Research like this.

This guy is pretty rich from what I can tell too. It's good that we know now. I mean I'm not a fan of Jews but this guy hates them some much he went full Islam? Gross.

We're never writing with Kessler again.

Oh yea. I mean he has caused me more grey hair and stress than anyone in my life but at least know we have a tangible reason why.

working

Call started

MyHeritage

## Evelyn Kessler

Historical records and family trees related to Evelyn Kessl
Records may include photos, original documents, family h
relatives, specific dates, locations and full names.

MyHeritage Family Trees

Evelyn Goldberg (born Kessler), 1940 - 2002

Evelyn Goldberg (born Kessler) was born on month day

4:04 AM

* 24%

Eli

MyHeritage Family Trees

Evelyn Goldberg (born Kessler), 1940 - 2002

**Evelyn Goldberg (born Kessler)** was born on *month day* to Harry Kessler and Anny Kessler (born Bergwerk).
**Evelyn** married first name Goldberg.
They had 2 children.
**Evelyn** passed away of *cause of death* on *month day* 200: age 61.

He's Jewish. This is his grandma lol

And Laura didn't want me to figure it out but I did. I don't even think we need to spread it. It's a good enough sword to hold over his head to go away after this.

Cameron is always right.

I'm actually laughing so hard that we had a natural reaction to a crypto lololol

I was right to see his lack of sieg healing as a sign.

And the beady eyes that were clearly hiding something and trying to be all Jewy to get in with us. What's hilarious is I bet his funder doesn't know lolol

That is funny.

Thu, Jul 27, 2:04 PM

068

6:08 AM

EM

Eli

Digital Platform Censorship

Just got off the phone with Kessler and the ACLU. Basically they said our choices are to file an injunction and possibly lose which might be a PR loss or they could file after and they said they'd almost certainly win and be a PR win for us, Kessler and them.

I said fuck that. File the injunction and do both and they sounded like they never heard that idea or thought of it. The point of this is to get our damned permit back. Not be some PR victory after the fact and if we initially lose the injunction and go after them after we'll be able to go after even more.

There are dozens of reasons that this forced move is bullshit and the ACLU could just be virtue signaling but hopefully it works out.

I concur with your strategy

4:14 AM 20%

069

EM
Eli

Nvm. I'll just text you. We are canceling the after party to the general public but still having one for leadership and VIP.

Very good.

Did Kessler make the call?

No I did

Good call.

I've removed Kessler from all operational calls starting today. All the security and leadership are getting orders from me. Oh and the Jews canceled my airbnb this morning but I should be able to find a place.

Sat, Aug 12, 1:33 AM

UNBELIEVABLE DRONE FOOTAGE of the #UniteTheRight Rally in #Cville #Charlottesville #TorchMarch #Antifa #DefendCville https://t.co/kESfBewUkp

Dave Reilly
twitter.com

Sat, Aug 12, 12:45 PM

11 Langford Pl is after party location. This is exclusive to leadership and VIPs. Don't come earlier than 5pm.

Don't let David Duke know any information until last minute.

Sat, Aug 12, 2:32 PM

He's not coming

Call me if you have a chance

What's up?

070

6:11 AM
6%
EM
Eli
Sat, Aug 12, 6:34 PM
How far out are you.
5
Ty
How many people?
About 60
Could I invite this nice photographer?
They aren't with you right? Id say probably not but we can talk about it when you get here
Basically when you get here grab a drink say a couple of words while everyone cheers and then we are gonna head up stairs with the people that matter and talk about a press release. Kyle Bristow is suggesting we do it.
Great
The draft Kessler put together is self centered and gay. Everyone else is on the same page on counter signaling it.
Sat, Aug 12, 10:03 PM
Yea this party is popping and won't be shut down. No neighbors 2576 Poindexter, Louisa Va
Sun, Aug 13, 2:30 PM
I told Kessler he's not going to speak at Mondays presser.
We're cutting him out.
I like it. I yelled at him this morning.
Told him he would get beat up. And he just got beat up
Let's just ghost him
He did!?
iMessage



## iMessages 6

Correspondence with Jason Kessler June 5-



6:17 AM

Jason

Thu, Jun 15, 7:34 PM

We're ready to add your name when you give us the go ahead

Give me a few hours. Lots of people have told me that my name on they poster would make the event dangerous. Let me ask some people first.

I would literally fight for your right to speak at this event and I'm not the only one.

I know that. It's a matter of discretion.

Just give me an hour.

6:17 AM

6%

JK

Jason

We're ready to add your name when you give us the go ahead

Give me a few hours. Lots of people have told me that my name on they poster would make the event dangerous. Let me ask some people first.

I would literally fight for your right to speak at this event and I'm not the only one.

I know that. It's a matter of discretion.

Just give me an hour.

We have the full cooperation of the police if you need it

I know. Be patient, Jason.

Fri, Jun 16, 1:33 PM

I'm 100% in.

Please put my name on flyers for the event.

Thank you for your steadfastness. I really respect and appreciate it.

Will do

You're welcome.

Fri, Jun 16, 10:36 PM

UNITE THE RIGHT

RICHARD SPENCER

iMessage

074

6:18 AM
6%
JK
Jason
Fri, Jun 16, 10:38 PM
UNITE THE RIGHT
RICHARD SPENCER
JASON KESSLER
AUGUSTUS INVICTUS
MATT HEIMBACH
PAX DICKINSON
Feel free to share this wherever you want
Awesome!
Mon, Jun 19, 12:58 AM
Evidently I've been blocked by @JackPosobiec for pointing out how he plagiarized my work when he worked for Rebel
iMessage



075

6:18 AM
6%
JK
Jason
Mon, Jun 19, 12:58 AM
Evidently I've been blocked by @JackPosobiec for pointing out how he plagiarized my work when he worked for Rebel
https://t.co/f3XZ8yfpKk
Jason Kessler
twitter.com
Mon, Jun 19, 5:08 PM
Ezra Levant, owner of Rebel Media, called me to apologize for Jack Posobiec's plagiary. I think he's worried I'll sue.
That's great!
Mon, Jul 3, 3 37 PM
Just a heads up: there's a chance Laura Loomer and her crew may protest our event. If so I recommend we brand them the New Left and in leavue with Antifa
IMG_4189.JPG
Mon, Jul 3, 7:37 PM
Why would she protest?
Its speculation on my part at this point but
a)to draw attention to herself, Posobiec and Cernovich
b) continue the theme that we are racist, anti-semetic, etc
That would be quite a show.
Shortly after she made that post Posobiec tweeted out an accusation that IE and Vanguard are "terrorist organizations"
iMessage

6:19 AM
6%
JK
Jason
Can you make a video promoting the event and the hashtag? We need to blow this thing up big.
I will.
Sat, Jul 8, 2:50 PM
#KKKRally Charlottesville, Va https://t.co/LeWp1TwrLZ
Catholic Nationalist
twitter.com
Happening Charlottesville today. Preview for August
Sat, Jul 8, 5:12 PM
It's going to be crazy!
Sun, Jul 9, 1:43 AM
We should speak on Sunday (later today) about how to prepare for Aug 12th. Using middlemen all the way through isn't going to work. We need to roll up our sleeves.
Sun, Jul 9, 3:12 PM
Hey, why don't you talk to Eli and/or Greg Ritter about security.
Greg: (301) 802-8358
We've got security on track. I was more interested in talking with you about messaging and presentation.
Okay. Let's do this tomorrow. I have a lot of personal stuff today.
Will do. Is there a good time for you tomorrow?
In the afternoon.
Mon, Jul 10, 1:05 PM
Give me a call when you get a chance
Tue, Jul 11, 5:22 PM
Message

077

6:20 AM

6%

JK

Jason

Tue, Jul 11, 5:22 PM

Jason, the people from "Anticom" asked if they could take part.

Richard, I have an inquiry regarding the Charlottesville rally on the 12th. This is the representative from Anticom you spoke to a while back. In short, we're looking to see if it would be possible for one of our members to secure a brief (5 minutes or so) speaking position at the Unite the Right rally. I'm also messaging to verify whether or not you'll be in attendance. If so, would you be able to convey this information to the event planner? Thanks in advance.

Sat, Jul 16, 10:14 AM

Have you spoke to Eli recently? He ghosted 4 days ago. I don't know what happened to him.

Sun, Jul 23, 9:18 PM

Could you talk to either Eli or GregRitter? They make all decisions for me.

Eli hasn't answered his phone in weeks

Okay.

Do you have Greg's info?

No, I don't know him

+1 (301) 802-8358

Ok, I sent him a text. If you can please give me a call or have one of the guys call me

I'll have him call you.

Tue, Jul 25, 11:24 AM

Could we add Daniel Friberg to the speakers lineup? And to the speakers list? Arktos is a terribly important organization.

Daniel well be at c'ville for sure.

It sounds like we have a lot of organizations scrambling to get speaking slots at the last minute.

I guess we're going to have to expand this to a pretty long event to keep everyone happy

Let's get people who are less interesting to soak food 5 mins. max.

iMessage

078

6:20 AM
6%
JK
Jason
Let's get people who are less interesting to soak food 5 mins max
We'll accommodate as many people as we can but they need to make arrangements to get up front early so they don't have to wade through the crowd to get to the mic
Yes
Are you going to Amren?
Yes
We can talk there
Sounds good. Looking forward to it.
Tue, Jul 25, 4:43 PM
What's up?
The insurance policy got canceled. They're trying to shut down the event
The media is on it already
We're going to need legal help
Yes, Sam Dickson is the man.
Let me set up a conference call.
I've emailed him some of the details
I think we may be able to argue that the permit has to remain in place even without insurance because the feasibility of obtaining that insurance places too high a demand on our ability to express our first amendment liberties
Fri, Jul 28, 7:08 PM
The insurance company just officially dropped our policy
We're going to want a lawyer to hit the city with something quickly before they try to cancel our permit
Sam and I will talk tonight.
iMessage

079

6:21 AM
6%
JK
Jason
Wed, Aug 2, 2:27 PM
Sure, I'll speak with him tomorrow
Mon, Aug 7, 2:38 PM
It's time for the #AltRight to flex its muscles and boycott @Airbnb. Also need to consider a lawsuit #UniteTheRight
https://t.co/Ms6zb4sszC
Jason Kessler
twitter.com
Please share. Airbnb has declared war on our movement
Mon, Aug 7, 4:01 PM
We're going to need to put up a legal challenge. They're trying to move the rally
I'll call Sam.
Sam isn't going to be able to help. We need a Virginia attorney
I just spoke with him.
We're searching for one.
Mon, Aug 7, 10:05 PM
If it helps we can talk to that AP reporter and tell him we're looking for a lawyer
If we get them to print a story that the alt right cannot find a Virginia attorney to represent us someone might step forward
Tue, Aug 8, 10:34 AM
There's a First Amendment attorney in Richmond that may be willing to take the case but he's gonna require $8000. If we all push this on social media we could raise it on Rootbocks
No doubt.
Hold on one moment.
iMessage

6:21 AM

JK

Jason

Tue, Aug 8, 12:07 PM

Now the ACLU is saying that they're going to represent us in conjunction with Kyle

Amazing

Let's work with them then.

Still awaiting approval from their board but I was contacted by one of their attorneys and it seems like a very high probability they will take the case

Fri, Aug 11, 5:38 PM

I'm sure you already know but leadership meeting tonight 7 PM in Mcintyre Park

Fri, Aug 11, 10:15 PM

Come out front

Sat, Aug 12, 2:07 PM

I think we're going to need to do a press conference

Where?

I'm there.

Maybe back in DC tomorrow or the next day. We all need to talk about it and work this out

Ok.

We can do DC next week.

Text Message

We're still meeting at the after party location at 5 PM. Capacity is only 150 so leaders and essential people only. We need to talk about how we move forward. Potentially having a press conference in the near future to get our side of the story out

iMessage

I think so

Text Message

iMessage

6:22 AM
5%
JK
Jason
11 Langford Pl
iMessage
I think that's it
Sun, Aug 13, 9:47 AM
Let's take it right to the enemy. Let's do the press conference today in front of the Charlottesville Police Department
2pm
I'm sorry, but I won't attend the press conference today.
You're not listening to leadership.
What do you mean? We agreed on it and I placed it out the national press
I won't be there.
Sun, Aug 13, 1:06 PM
Do you want me to announce details of tomorrow's press conference today?
Sun, Aug 13, 2:16 PM
No.
You won't be speaking at tomorrow's presser.
Now is not the time for us to be divided man
You should have let us lead.
Tue, Aug 15, 6:52 PM
By marching to Jefferson instead of Lee we got Trump to acknowledge this is about more than just Confederate monuments
That part worked perfectly. People who need to understand the symbolism
You are right!
iMessage

082

6:23 AM
4%
JK
Jason
Take it down.
I will denounce you and it, if it's not taken down.
We have to show discipline.
I opened it on advice of our legal counsel Sam and Kyle. If you don't like it take it up with them
I'm following the advice of my attorneys
I've talked with them.
You requested that I not talk or take action in the lawsuit filed against us. I have kept my word and held my tongue
This is a fundraiser which pre-existed our conversation for the purpose of continuing our first amendment case.
This looks extremely fishy.
No. We need to file an amendment to our pre-existing successful federal lawsuit alleging that the city violated the federal judges ruling
Then try to further amend it into a class action lawsuit, either technically or essentially. This is not about me. The money we win in court will compensate all of us, believe me
Talk to Sam and Kyle. We're on it
Sat, Aug 19, 2:10 AM
Was your Twitter hacked?
Thu, Oct 12, 10:42 AM
We need to have a coordinated response. Enough with the infighting.
I already have attorneys working on the counter-suit. We need to pool our resources
Thu, Oct 12, 12:46 PM
Message received.
Delivered
iMessage

6:24 AM
JK
Jason
I'm following the advice of my attorneys
I've talked with them.
You requested that I not talk or take action in the lawsuit filed against us. I have kept my word and held my tongue
This is a fundraiser which pre-existed our conversation for the purpose of continuing our first amendment case.
This looks extremely fishy.
No. We need to file an amendment to our pre-existing successful federal lawsuit alleging that the city violated the federal judges ruling
Then try to further amend it into a class action lawsuit, either technically or essentially. This is not about me. The money we win in court will compensate all of us, believe me
Talk to Sam and Kyle. We're on it
Sat, Aug 19, 2:10 AM
Was your Twitter hacked?
Thu, Oct 12, 10:42 AM
We need to have a coordinated response. Enough with the infighting.
I already have attorneys working on the counter-suit. We need to pool our resources
Thu, Oct 12, 12:46 PM
Message received.
Delivered
Thu, Oct 12, 6:21 PM
We need to be prepared in advance. They might be looking to serve us a bunch if lawsuits at once to overwhelm us.
We need to swat these things down hard and make them pay our attorneys' fees so they cease and desist with these frivolous lawsuits
iMessage

# Appendix 2: Emails

## Email 1

Correspondence with Jason Kessler

May 10, 2017

Wednesday, May 10, 2017, 4:50 PM

### Speaking at UVA

by Jason Kessler | jason@unityandsecurity.org

Hi Richard,

While you're in Charlottesville we should talk about getting you in to speak at UVA (if you don't already have arrangements).

I'm bringing in Jared Taylor first as part of a court ordered community service program I've decided to do for New Century Foundation.

I think it would be a pretty hilarious situation after the stir the upcoming Lee rally will cause and the liberals finding out I am using my community service hours to bring right-wing speakers to UVA.

If you would be interested we can pick a date beginning in the Fall semester and running from August 28, 2017 through May 18th 2018.

Regards,

Jason Kessler, President
Unity & Security for America
www.JasonKessler.net

# Email 2

Correspondence with Jason Kessler and Sam Dickson

August 8, 2017

Tuesday, Aug 8, 2017, 12:07 PM

## Re: Charlottesville

by Jason Kessler | jason@unityandsecurity.org

ACLU of Virginia is now saying that they're going to jump onboard and partner with Kyle for this case. Kyle, I know you've suggested this before so if this is amenable I'm going to move forward with this option. There still needs to be approval from their board but it looks like this is happening.

--
Regards,

Jason Kessler, President
Unity & Security for America
www.JasonKessler.net

CITY OF CHARLOTTESVILLE
*"To be One Community Filled with Opportunity"*

Office of The City Manager
P.O. Box 911 • Charlottesville, Virginia 22902
Telephone 434-970-3101
Fax 434-970-3890
www.charlottesville.org

August 7, 2017
By Electronic and U.S. Mail

Dear Mr. Kessler:

I write on behalf of the City's Department of Parks and Recreation in reference to your May 30, 2017 application for a permit to conduct a demonstration in Emancipation Park on August 12, 2017. While demonstrations are typically handled through that Department, the unprecedented size and scope of your rally at its proposed Downtown location requires me, as the City official charged with the general supervision and control of City property, to review your request in light of its significant impact on the community.

Based on information provided to me by law enforcement officials, the City has decided to approve your application for a permit to hold a demonstration on the day and at the times requested, provided that you use McIntire Park, rather than Emancipation Park, for your demonstration. To the extent that the permit is deemed granted due to inaction within ten days of receipt of the application, the City hereby modifies the permit, based on the above-referenced information, to specify that the demonstration take place at McIntire Park. If you are unwilling to use the McIntire Park location, the permit for Emancipation Park is hereby denied pursuant to section 3.4.5 of the City's Standard Operating Procedure ("SOP") for Special Events and Demonstrations or, if the Permit is deemed granted due to inaction within ten days of receipt of the application, the City hereby revokes the permit pursuant to section 3.4.7 of the City SOP.

Your permit application states that the demonstration will consist of approximately 400 people. However, in recent days it has come to the City's attention that many thousands of individuals are likely to attend the demonstration. Because Emancipation Park is a relatively confined space of just over one acre in a densely populated urban area with limited parking space, it is unable to accommodate safely even a peaceful crowd of this size. The City's law enforcement, fire and emergency medical services personnel cannot adequately protect people and property in and around Emancipation Park due to the number of anticipated attendees trying to occupy such a small and confined space. The Police Department also anticipates that the presence of such a large demonstration in Emancipation Park would require the closing of a section of East Market Street, leading to massive traffic congestion and shutting down a principal means of ingress and egress, for the duration of the 5 hour rally.

## Email 3

Correspondence with Jason Kessler and Evan McLaren

Sunday, Aug 13, 2017, 10:46 AM

Press release

by Evan McLaren I evan.mclaren@gmail.com

---

**Email Attachment**

FOR IMMEDIATE RELEASE
AUGUST 13, 2017

JASON KESSLER
jason@unityandsecurity.org

**STATEMENT OF "UNITE THE RIGHT" RALLY ORGANIZER**

Charlottesville, Virginia – Jason Kessler, the organizer of the "Unite the Right" rally, has disavowed the political violence that resulted in the death of at least one person and the injuries of many others.

"The blame for today's violence lies primarily with Charlottesville government officials and the police officers who failed to maintain law and order, protect the First Amendment rights of rally participants, and provide for their safety," Kessler said. "We coordinated with law enforcement officials with whom we put in place carefully-planned safety arrangements months prior to the event. Despite this, the Charlottesville Police Department and Virginia State Police intentionally departed from the plan. Instead of separating demonstrators and counter-demonstrators, and intervening when violent counter-protesters attacked the participants of the rally, they executed a deliberate plan to wait until we were gathered

in a small, barricaded area of the park, at which point they deployed riot police to drive us into the crowd of counter-protesters. Instead of maintaining law and order, the police purposefully created the catastrophe that led to a melee in the streets of Charlottesville and the death of a counter-protester."

After the Charlottesville government backed out of the safety plan shortly prior to the event, Kessler and interested groups filed suit in federal court and obtained an emergency temporary restraining order requiring the Charlottesville government to permit the rally at Emancipation Park (formerly known as Lee Park). In spite of our possession of a lawful permit and our vindication in federal court, officials declared our assembly unlawful, arrested several of our peaceful demonstrators, and physically drove the rest from the Park.

Photographs have circulated via the Internet of counter-protesters carrying bows and arrows, knives, hammers, baseball bats, and even an improvised flamethrower made with an aerosol can.  Participants of the "Unite the Right" rally were victimized by pepper spray used by counter-protesters.

"Charlottesville violated the federal court's order by shutting down the rally at Lee Park after left-wing agitators began throwing bricks at us," Kessler said.  "Our right to free speech was violated when the police officers

acquiesced to the unconstitutional 'heckler's veto' raised by our detractors."

"Due to the police not maintaining order, many people were hurt," Kessler added. "The media is not showing who instigated the violence."

###

## Email 4

Correspondence between Sam Dickson, Jason Kessler, and Kyle Bristow

August 8, 2017

Tuesday, Aug 8, 2017, 6:40 PM

### Re: Charlottesville

by Sam Dickson | marchbloomling36@gmail.com

---

Jason:

You have done wondrously well.

I have been looking for lawyers. It's barely possible that if the ACLU has to back out, I can find someone.

If we had someone to sign off for a pro hac vice appearance, I could probably handle it especially if Kyle "The Tiger"* Bristow helped with the pleadings.

Sam

*The Tiger - Clemenceau's nickname.

## Email 5

Correspondence between Sam Dickson, Jason Kessler, and Kyle Bristow

August 8, 2017

Tuesday, Aug 8, 2017, 12:13 PM

### Re: Charlottesville

by Bristow Law I bristowlaw@gmail.com

Jason,

Tell the ACLU lawyer that my cell phone number is (586) 713-8395 and my email address is BristowLaw@gmail.com.

I can draft the complaint and motion for an emergency temporary restraining order this evening after I leave my office, they can proofread and/or file it tomorrow, and the emergency hearing can occur on Thursday or Friday--before the rally.

Also, send me a succinct typed-up statement about the situation (i.e., who, what, where, when, how, why, etc). Email to me all online articles in which Charlottesville government officials said bad things about your political views. I will need this by tonight so I can use the info when I type up the complaint. Also, please email to me as PDFs documents which concern the situation (i.e., the letter relocating the event, your permit for the event, etc).

To war!

Regards,
Kyle

**Bristow Law, PLLC**
P.O. Box 381164
Clinton Twp., MI 48038
(248) 838-9934
bristowlaw@gmail.com
www.KyleBristow.com
www.MichiganDivorceAttorney.org
www.MichiganCriminalAttorney.org
www.MichiganRevengePornLawyer.com

Admissions: Michigan Courts and Agencies (P77200), Ohio Courts and Agencies (#0089543), U.S. Supreme Court (#296690), N.D. Ohio, E.D. Mich., W.D. Mich., 4th Cir., 5th Cir., 6th Cir., and Court of Appeals for the Armed Forces (#35818).

*This electronic mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain private, confidential, and/or privileged information. Any unauthorized review, use, disclosure, or distribution is strictly prohibited, and interception of the same is a federal criminal offense per 18 U.S.C. § 2511.*

*IRS Circular 230 Disclosure: To ensure compliance with requirements imposed by the Internal Revenue Service, you are informed that any U.S. federal tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, by any person for the purpose of (i) avoiding tax-related penalties or (ii) promoting, marketing or recommending to another person any transaction or matter addressed in this communication.*

THIS FIRM IS A DEBT COLLECTOR ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

https://twitter.com/RichardBSpencer/status/896525516865503233

**Tweet 40**

August 18, 2017

> I will no longer associate w/ Jason Kessler; no one should. Heyer's death was deeply saddening. "Payback" is a morally reprehensible idea.

Jason Kessler
@TheMadDimension

Heather Heyer was a fat, disgusting Communist. Communists have killed 94 million. Looks like it was payback time.

dailystormer.lol/heather-heyer-...

8/18/17, 11:25 PM

**2** Retweets **13** Likes

https://twitter.com/RichardBSpencer/status/898766109523951616

Search: Richard#8317 | Unicorn Riot: Discord Leaks 9/8/20, 12:53 PM

EXHIBIT F

# Search: Richard#8317

093

Richard#8317
Charlottesville 2.0
Search
» Advanced search (/discord/advanced-search)
» User search (/discord/users)

**Security Advisory:** Links in messages may lead to maliciously operated websites that could track your IP address and reveal your identity, or they may contain harmful files. The DiscordLeaks team does not check links and cannot make any statements about the safety of following these links.

Some ways to protect yourself are:

- Do not open files downloaded from links, and do not run any programs that try to download themselves to your computer.
- **Follow safe browsing practices (https://hackernoon.com/how-to-browse-the-internet-safely-d84e59d56057)** including JavaScript blockers like **NoScript (https://noscript.net/)**.
- Use anonymization measures such as **Tor Browser (https://www.torproject.org)** or a **VPN (https://ssd.eff.org/en/module/choosing-vpn-thats-right-you)**.

If you are using the Privacy Badger or other privacy extensions, you may need to whitelist Discord and related domains in order for the images to load.

0 total messages. Viewing 250 per page.
Page 1/1

0 total messages. Viewing 250 per page.
Page 1/1

**Notice:** Unicorn Riot does not endorse any material in these chats. This publication is part of an effort to document violent far-right political movements.

**Credits:** A team of anonymous developers implemented this chat log and content viewer with help from Unicorn Riot collective members.

"Discord" and the "Discord app" are trademarks of Discord, Inc.

**Unicorn Riot (https://unicornriot.ninja)** is a registered 501(c)(3) nonprofit educational media organization.

Unicorn Riot: Discord Leaks (/discord/) Servers (/discord/server/) Users (/discord/users) Search (/discord/search)

Log In (/auth/login?next=%2Fdiscord%2Fsearch%3Fq%3DRichard%25238317%26s%3D4)

This site uses minimal cookies - privacy policy (https://unicornriot.ninja/privacy-policy)

https://discordleaks.unicornriot.ninja/discord/search?q=Richard%238317&s=4 Page 1 of 1

# Search: Spencer

094

Spencer

Charlottesville 2.0 Search

» Advanced search (/discord/advanced-search) » User search (/discord/users)

**Security Advisory:** Links in messages may lead to maliciously operated websites that could track your IP address and reveal your identity, or they may contain harmful files. The DiscordLeaks team does not check links and cannot make any statements about the safety of following these links.

Some ways to protect yourself are:

- Do not open files downloaded from links, and do not run any programs that try to download themselves to your computer.
- **Follow safe browsing practices (https://hackernoon.com/how-to-browse-the-internet-safely-d84e59d56057)** including JavaScript blockers like **NoScript (https://noscript.net/)**.
- Use anonymization measures such as **Tor Browser (https://www.torproject.org)** or a **VPN (https://ssd.eff.org/en/module/choosing-vpn-thats-right-you)**.

If you are using the Privacy Badger or other privacy extensions, you may need to whitelist Discord and related domains in order for the images to load.

94 total messages. Viewing 250 per page.
Page 1/1

MadDimension (/discord/user/1647)
(/discord/user/1647) 2017-06-07 14:16:33 UTC [Charlottesville 2.0 (/discord/server/4) #general_1 (/discord/channel/33)] (/discord/channel/33?per_page=250&page=2#message-226898)
(/discord/view/226898?q=Spencer#msg)

@everyone Event details:
WHEN: August 12th at 12pm
WHERE: Lee Park In Charlottesville, Va
WHAT: This is a UNITE THE RIGHT event bringing together the Alt-Right with the Alt-Light and Confederate supporters around the country. We're demonstrating in support of the Robert E Lee statue, the right of white people to organize for our interests and to show that we will not be intimidated by harassment campaigns of the Left.

Confirmed Speakers (so far):
*Richard Spencer
*Mike Enoch
*Augustus Invictus
*Jason Kessler
*Baked Alaska
*Christopher Cantwell
*Matt Heimbach
*Dr. Michael Hill
*Pax Dickinson
*Johnny Monoxide
More to come...

ale (/discord/user/1473)
(/discord/user/1473) 2017-06-09 00:51:47 UTC [Charlottesville 2.0 (/discord/server/4) #general_1 (/discord/channel/33)] (/discord/channel/33?per_page=250&page=6#message-241655)
(/discord/view/241655?q=Spencer#msg)

Will Spencer be speaking?

Tyrone (/discord/user/1552)
(/discord/user/1552) 2017-06-09 19:59:21 UTC [Charlottesville 2.0 (/discord/server/4) #general_1 (/discord/channel/33)] (/discord/channel/33?per_page=250&page=7#message-242619)
(/discord/view/242619?q=Spencer#msg)

I didn't know if you could. I know you can't start. Richard Spencer once said if you not like your own posts you should read more Nietzsche

 MadDimension (/discord/user/1647)
(/discord/user/1647) 2017-06-16 18:06:25 UTC [Charlottesville 2.0 (/discord/server/4) #general_1 (/discord/channel/33)] (/discord/channel/33?per_page=250&page=11#message-225653) (/discord/view/225653?q=Spencer#msg)

@everyone Richard Spencer will now be attending the event. You can begin promoting his appearance publicly.

Chad Radkersburg-ND (/discord/user/1740)
(/discord/user/1740) 2017-06-17 02:10:34 UTC [Charlottesville 2.0 (/discord/server/4) #general_1 (/discord/channel/33)] (/discord/channel/33?per_page=250&page=11#message-240517) (/discord/view/240517?q=Spencer#msg)

Can Richard Spencer enter in a helicopter?

Chad Radkersburg-ND (/discord/user/1740)
(/discord/user/1740) 2017-06-17 02:17:31 UTC [Charlottesville 2.0 (/discord/server/4) #general_1 (/discord/channel/33)] (/discord/channel/33?per_page=250&page=12#message-233220) (/discord/view/233220?q=Spencer#msg)

so richard spencer in a helicopter?

Heinz - MI (/discord/user/1527)
(/discord/user/1527) 2017-06-17 02:39:25 UTC [Charlottesville 2.0 (/discord/server/4) #general_1 (/discord/channel/33)] (/discord/channel/33?per_page=250&page=12#message-239321) (/discord/view/239321?q=Spencer#msg)

Members of the Alt-Right prepare to defend Richard Spencer from a horde of Antifa. Charlottesville, 2017 (Colorized)

Hand Banana (/discord/user/169)
(/discord/user/169) 2017-06-17 15:27:01 UTC [Charlottesville 2.0 (/discord/server/4) #general_1 (/discord/channel/33)] (/discord/channel/33?per_page=250&page=12#message-228849) (/discord/view/228849?q=Spencer#msg)

Last year you wouldnt have an event with Enoch and Spencer and Heimbach at the same place

Wade Garrett (/discord/user/1488)
(/discord/user/1488) 2017-06-18 03:39:44 UTC [Charlottesville 2.0 (/discord/server/4) #general_1 (/discord/channel/33)] (/discord/channel/33?per_page=250&page=12#message-239172) (/discord/view/239172?q=Spencer#msg)

I don't know. I'm not a big fan of the guy, but who cares for the purposes of this event. Get the cuks out there if we have to trick them into standing side by side with us. They can't disavow us after cheering for one of Spencer's speeches.

096

MadDimension (/discord/user/1647) (/discord/user/1647) 2017-06-19 22:31:43 UTC [Charlottesville 2.0 (/discord/server/4) #general_1 (/discord/channel/33)] (/discord/channel/33?per_page=250&page=13#message-239540) (/discord/view/239540?q=Spencer#msg)

@everyone After refusing to speak at a Free Speech event with Richard Spencer and Nathan Damigo this Sunday in Washington DC Jack Posobiec has been exposed for plagiarizing my work.

Really activates the old almonds!

http://dailycaller.com/2017/06/19/the-rebel-media-apologizes-over-jack-posobeic-plagiarism-allegations/ (https://dailycaller.com/2017/06/19/the-rebel-media-apologizes-over-jack-posobeic-plagiarism-allegations/)

MadDimension (/discord/user/1647) (/discord/user/1647) 2017-06-22 04:23:16 UTC [Charlottesville 2.0 (/discord/server/4) #general_1 (/discord/channel/33)] (/discord/channel/33?per_page=250&page=14#message-229865) (/discord/view/229865?q=Spencer#msg)

Keep in mind that this event won't just be Alt-Right and Alt-Light. The Left is so intolerable in Charlottesville that they will be driving out normie Republicans and Confederate supporters who will be hearing Richard Spencer and the others speak for the first time.

Stanislav Đajić (/discord/user/1447) (/discord/user/1447) 2017-06-23 23:02:43 UTC [Charlottesville 2.0 (/discord/server/4) #general_1 (/discord/channel/33)] (/discord/channel/33?per_page=250&page=14#message-244487) (/discord/view/244487?q=Spencer#msg)

@kristall.night (/discord/user/1526) @Wade Garrett (/discord/user/1488) Billy Roper is WN 1.0. Every time I hear WN 1.0 figures who are still on the 1.0 side talking about the alt-right, it's always butthurt. They spent decades getting nowhere and now all the spotlight is going to people like Spencer and Mike Enoch.

painboaster (/discord/user/1614) (/discord/user/1614) 2017-06-25 19:03:12 UTC [Charlottesville 2.0 (/discord/server/4) #general_1 (/discord/channel/33)] (/discord/channel/33?per_page=250&page=15#message-233120) (/discord/view/233120?q=Spencer#msg)

Again, thank god for Enoch. Spencer killed it too.

Erika (/discord/user/1435) (/discord/user/1435) 2017-06-26 00:18:18 UTC [Charlottesville 2.0 (/discord/server/4) #general_1 (/discord/channel/33)] (/discord/channel/33?per_page=250&page=15#message-235048) (/discord/view/235048?q=Spencer#msg)

Kike cernocuck at it again
https://twitter.com/RichardBSpencer/status/879127290076160000 (https://twitter.com/RichardBSpencer/status/879127290076160000)

Leah - VA (/discord/user/1584) (/discord/user/1584) 2017-06-26 11:48:30 UTC [Charlottesville 2.0 (/discord/server/4) #general_1 (/discord/channel/33)] (/discord/channel/33?per_page=250&page=15#message-227284) (/discord/view/227284?q=Spencer#msg)

Richard Spencer singing karaoke is better than I could have ever hoped.

Commander Davis (TWP) (/discord/user/1792) (/discord/user/1792) 2017-06-28 01:54:31 UTC [Charlottesville 2.0 (/discord/server/4) #general_1 (/discord/channel/33)] (/discord/channel/33?per_page=250&page=16#message-231591) (/discord/view/231591?q=Spencer#msg)

I'm apparently as prolific as Spencer and Taylor XD

Tyrone (/discord/user/1552) (/discord/user/1552) 2017-06-28 23:48:03 UTC [Charlottesville 2.0 (/discord/server/4) #general_1 (/discord/channel/33)] (/discord/channel/33?per_page=250&page=17#message-240096) (/discord/view/240096?q=Spencer#msg)

In a world with Richard Spencer getting any attention at all Rep Steve King and Clay Higgins can say things that people yawn at.

oliverhyperborea (/discord/user/1661) (/discord/user/1661) 2017-06-28 17:19:03 UTC [Charlottesville 2.0 (/discord/server/4) #general_1 (/discord/channel/33)] (/discord/channel/33?per_page=250&page=17#message-226162) (/discord/view/226162?q=Spencer#msg)

What Wintrich and Cernovich and the others accused Spencer of is good enough reason to behead them. It shows they are out of ammo and this was their last attempt to dethrone us. They must be dragged to the death while they are faltering.

097

Commander Davis (TWP) (/discord/user/1792)
(/discord/user/1792) 2017-06-30 00:43:26 UTC [Charlottesville 2.0 (/discord/server/4) #general_1 (/discord/channel/33)] (/discord/channel/33?per_page=250&page=19#message-235701) (/discord/view/235701?q=Spencer#msg)

>tfw you don't have 5 IGD articles, a medium article where you're put next to spencer, and two nobody antifa blog articles.
GET ON MY LEVEL GREG

AltCelt(IL) (/discord/user/1539)
(/discord/user/1539) 2017-06-30 00:50:18 UTC [Charlottesville 2.0 (/discord/server/4) #general_1 (/discord/channel/33)] (/discord/channel/33?per_page=250&page=20#message-229611) (/discord/view/229611?q=Spencer#msg)

Ricardo Spencerio

Hand Banana (/discord/user/169)
(/discord/user/169) 2017-06-30 04:13:30 UTC [Charlottesville 2.0 (/discord/server/4) #alex_jones_chat (/discord/channel/25)] (/discord/channel/25?per_page=250&page=1#message-220597) (/discord/view/220597?q=Spencer#msg)

<:richardspencer:321804502921379840>

Hunter Wallace (/discord/user/1686)
(/discord/user/1686) 2017-07-04 06:23:27 UTC [Charlottesville 2.0 (/discord/server/4) #general_1 (/discord/channel/33)] (/discord/channel/33?per_page=250&page=24#message-230925) (/discord/view/230925?q=Spencer#msg)

Billy Roper is on the warpath on Twitter, Facebook, YouTube and Stormfront trashing the event.

He started with Spencer, Enoch and Based Stickman. He has expanded his attacks to Heimbach, Invictus, Pax Dickinson and Wife With a Purpose.

Scott Terry (/discord/user/1486)
(/discord/user/1486) 2017-07-08 04:22:10 UTC [Charlottesville 2.0 (/discord/server/4) #friday-night (/discord/channel/30)] (/discord/channel/30?per_page=250&page=1#message-221408) (/discord/view/221408?q=Spencer#msg)

We'll get Richard Spencer to sign a copy of Mein Kampf and offer it as a prize.

Blitz-WV (/discord/user/1621)
(/discord/user/1621) 2017-07-11 05:03:17 UTC [Charlottesville 2.0 (/discord/server/4) #general_1 (/discord/channel/33)] (/discord/channel/33?per_page=250&page=28#message-239716) (/discord/view/239716?q=Spencer#msg)

https://youtu.be/2cjbSgy3vSw (https://youtu.be/2cjbSgy3vSw) here the spencer Intro song

khaos156-WV (/discord/user/1519)
(/discord/user/1519) 2017-07-11 14:38:06 UTC [Charlottesville 2.0 (/discord/server/4) #general_1 (/discord/channel/33)] (/discord/channel/33?per_page=250&page=29#message-225207) (/discord/view/225207?q=Spencer#msg)

one day she asked my grl who is richard spencer and it started there. her bf is too afraid to come but not her. she gives no fucks.

Herrenvolk - MD (/discord/user/592)
(/discord/user/592) 2017-07-12 17:39:17 UTC [Charlottesville 2.0 (/discord/server/4) #general_1 (/discord/channel/33)] (/discord/channel/33?per_page=250&page=30#message-242227) (/discord/view/242227?q=Spencer#msg)

Also I have that swag Spencer hair cut so I gotta cover up

Diethard (/discord/user/551)
(/discord/user/551) 2017-07-14 20:31:25 UTC [Charlottesville 2.0 (/discord/server/4) #general_1 (/discord/channel/33)] (/discord/channel/33?per_page=250&page=32#message-243755) (/discord/view/243755?q=Spencer#msg)

I hate that I find Richard Spencer photoshops so hilarious

Markus Anthony (/discord/user/1011)
(/discord/user/1011) 2017-07-14 22:09:27 UTC [Charlottesville 2.0 (/discord/server/4) #general_1 (/discord/channel/33)] (/discord/channel/33?per_page=250&page=32#message-235378) (/discord/view/235378?q=Spencer#msg)

So why is Richard Spencer not going to the event?

Nick425 (/discord/user/1373)
(/discord/user/1373) 2017-07-15 23:10:25 UTC [Charlottesville 2.0 (/discord/server/4) #general_1 (/discord/channel/33)] (/discord/channel/33?per_page=250&page=32#message-228861) (/discord/view/228861?q=Spencer#msg)

I was on pol at work today and someone posted they were going to "kill spencer at Charlottesville" I didn't get a screen cap and it got deleted. Did you guys see it?

Aaron - VA (/discord/user/1511)
(/discord/user/1511) 2017-07-15 23:40:46 UTC [Charlottesville 2.0 (/discord/server/4) #general_1 (/discord/channel/33)] (/discord/channel/33?per_page=250&page=32#message-242363) (/discord/view/242363?q=Spencer#msg)

Well, that is a threat. But a lot of people want to kill Spencer. Thats just part of it all.

The Inquisitor [✝] (/discord/user/971)
(/discord/user/971) 2017-07-16 01:16:15 UTC [Charlottesville 2.0 (/discord/server/4) #flags_banners_signs (/discord/channel/19)] (/discord/channel/19?per_page=250&page=2#message-219645) (/discord/view/219645?q=Spencer#msg)

Also, I think I'm going to make some signs with Spencer quotes on them

oliverhyperborea (/discord/user/1661)
(/discord/user/1661) 2017-07-16 15:23:52 UTC [Charlottesville 2.0 (/discord/server/4) #antifa_watch (/discord/channel/55)] (/discord/channel/55?per_page=250&page=1#message-251015) (/discord/view/251015?q=Spencer#msg)

She protested NPI last year and confronted Spencer and Youcis outside a restaurant

I'm Not Sam Hyde (/discord/user/1788)
(/discord/user/1788) 2017-07-16 16:08:50 UTC [Charlottesville 2.0 (/discord/server/4) #antifa_watch (/discord/channel/55)] (/discord/channel/55?per_page=250&page=1#message-251979) (/discord/view/251979?q=Spencer#msg)

Spencer in that vest

Andrew-- (/discord/user/1300)
(/discord/user/1300) 2017-07-16 18:38:20 UTC [Charlottesville 2.0 (/discord/server/4) #antifa_watch (/discord/channel/55)] (/discord/channel/55?per_page=250&page=1#message-251534) (/discord/view/251534?q=Spencer#msg)

She debated Richard Spencer for a 20/20 episode on TV

Andrew-- (/discord/user/1300)
(/discord/user/1300) 2017-07-16 18:37:55 UTC [Charlottesville 2.0 (/discord/server/4) #antifa_watch (/discord/channel/55)] (/discord/channel/55?per_page=250&page=1#message-250713) (/discord/view/250713?q=Spencer#msg)

http://idavox.com/index.php/2017/06/30/heres-what-happened-when-i-debated-nazi-richard-spencer/ (http://idavox.com/index.php/2017/06/30/heres-what-happened-when-i-debated-nazi-richard-spencer/)

MadDimension (/discord/user/1647)
(/discord/user/1647) 2017-07-17 00:07:46 UTC [Charlottesville 2.0 (/discord/server/4) #news (/discord/channel/38)] (/discord/channel/38?per_page=250&page=2#message-245533) (/discord/view/245533?q=Spencer#msg)

Also, neither Donald Trump or Richard Spencer would be where they are today without doing media interviews

Erika (/discord/user/1435)
(/discord/user/1435) 2017-07-18 01:48:19 UTC [Charlottesville 2.0 (/discord/server/4) #questions_for_coordinators (/discord/channel/41)] (/discord/channel/41?per_page=250&page=1#message-246685) (/discord/view/246685?q=Spencer#msg)

Non of us are high profile like Spencer or Damigo. As long as you don't throw parties in your hotel room, blast The Daily Shoah, or go around goose stepping and sieg heiling, you'll be fine.

JCAdams (/discord/user/1667)
(/discord/user/1667) 2017-07-18 20:57:31 UTC [Charlottesville 2.0 (/discord/server/4) #antifa_watch (/discord/channel/55)] (/discord/channel/55?per_page=250&page=2#message-251687) (/discord/view/251687?q=Spencer#msg)

[REDACTED] is an oathcuck who advocated violence on behalf of the alt-right. he denounces WN, wants to "nail spencer" and basically made us look really bad, in a permit jeopardizing way. this is him:

Mr. Bulldops (/discord/user/653) (/discord/user/653) 2017-07-19 03:33:48 UTC [Charlottesville 2.0 (/discord/server/4) #antifa_watch (/discord/channel/55)] (/discord/channel/55?per_page=250&page=2#message-252258) (/discord/view/252258?q=Spencer#msg)

[REDACTED] Seems like he really fucked up though. That was a very very avoidable issue. If an anonymous profile starts messaging you about tactics, especially at a time where we have to be 110% cautious about security, what is your natural response? To tell them everything? To tell them that you'd turn around right after the rally and "Nail Richard Spencer"? To advocate directly for violence against groups that oppose you?

The Inquisitor [✗] (/discord/user/971) (/discord/user/971) 2017-07-19 13:06:23 UTC [Charlottesville 2.0 (/discord/server/4) #antifa_watch (/discord/channel/55)] (/discord/channel/55?per_page=250&page=2#message-252283) (/discord/view/252283?q=Spencer#msg)

>Richard Spencer
I want this meme to die already.

WhiteTrash (/discord/user/803) (/discord/user/803) 2017-07-21 17:46:44 UTC [Charlottesville 2.0 (/discord/server/4) #antifa_watch (/discord/channel/55)] (/discord/channel/55?per_page=250&page=3#message-250815) (/discord/view/250815?q=Spencer#msg)

"'One of the keynote speakers at the rally will be Richard Spencer, a white nationalist who has previously called for "peaceful ethnic cleansing" in America. Despite a number of overlapping objectives, he has made on-record attempts to dissociate with the Klan. He and others affiliated with his movement also seek to distance themselves from the Confederate Flag, not because they disavow it as a symbol of white supremacy, but because its associations with poverty and "ignorance" negatively reflect on their brand. Spencer and his cohort want to update bigotry for the 21st Century. Their success relies upon delivering many of the same messages of intolerance in a more fashionable package. To put it another way, the online memes mocking a Klansmen's misspelling of the word bible would damage their recruiting efforts.'"

MadDimension (/discord/user/1647) (/discord/user/1647) 2017-07-21 19:34:21 UTC [Charlottesville 2.0 (/discord/server/4) #antifa_watch (/discord/channel/55)] (/discord/channel/55?per_page=250&page=3#message-251732) (/discord/view/251732?q=Spencer#msg)

I don't know what Richard Spencer's views are on the Confederate flag but I'm the organizer and I want as many Confederate flags as possible

Ignis Faatus (/discord/user/1409) (/discord/user/1409) 2017-07-21 22:20:31 UTC [Charlottesville 2.0 (/discord/server/4) #general_1 (/discord/channel/33)] (/discord/channel/33?per_page=250&page=40#message-224865) (/discord/view/224865?q=Spencer#msg)

I'm gay with richard spencer dude fucking women is for poofs

wyatt (/discord/user/1789) (/discord/user/1789) 2017-07-22 17:17:08 UTC [Charlottesville 2.0 (/discord/server/4) #general_1 (/discord/channel/33)] (/discord/channel/33?per_page=250&page=41#message-236624) (/discord/view/236624?q=Spencer#msg)

the one with spencer and the speakers on them

Hand Banana (/discord/user/169) (/discord/user/169) 2017-07-24 05:14:44 UTC [Charlottesville 2.0 (/discord/server/4) #mod_help (/discord/channel/18)] (/discord/channel/18?per_page=250&page=2#message-218561) (/discord/view/218561?q=Spencer#msg)

He was calling Richard Spencer a kike shill

Evan McLaren - PA (/discord/user/1441) (/discord/user/1441) 2017-07-24 14:29:23 UTC [Charlottesville 2.0 (/discord/server/4) #news (/discord/channel/38)] (/discord/channel/38?per_page=250&page=2#message-245611) (/discord/view/245611?q=Spencer#msg)

Actually, I can just put it here, @MadDimension (/discord/user/1647) -- Greg never fails to say that whatever Richard Spencer is involved in is leading our movement to disaster. Spencer puts his face out there and leads, and Greg alternatively shits on what he does in public, or works behind the scenes to undermine it. I would be very careful.

Evan McLaren - PA (/discord/user/1441) (/discord/user/1441) 2017-07-24 14:30:00 UTC [Charlottesville 2.0 (/discord/server/4) #news (/discord/channel/38)] (/discord/channel/38?per_page=250&page=2#message-245129) (/discord/view/245129?q=Spencer#msg)

They are all going to run into each other--Johnson, Spencer, and Daniel Friberg--at Amren this coming weekend, so that may be something to observe, to see how Greg is posturing towards Unite the Right.

kristall.night (/discord/user/1526) (/discord/user/1526) 2017-07-24 14:43:34 UTC [Charlottesville 2.0 (/discord/server/4) #news (/discord/channel/38)] (/discord/channel/38?per_page=250&page=2#message-245491) (/discord/view/245491?q=Spencer#msg)

Any one who is still reading CC but not altright.com (http://altright.com) will likely be hostile toward Spencer & unlikely to view our event favorably, let alone want to attend.

Stanislav Đajić (/discord/user/1447) (/discord/user/1447) 2017-07-24 20:07:10 UTC [Charlottesville 2.0 (/discord/server/4) #general_1 (/discord/channel/33)] (/discord/channel/33?per_page=250&page=43#message-241199) (/discord/view/241199?q=Spencer#msg)

Richard Spencer grew up in Texas, guys!

Tyrone (/discord/user/1552) (/discord/user/1552) 2017-07-24 20:33:16 UTC [Charlottesville 2.0 (/discord/server/4) #general_1 (/discord/channel/33)] (/discord/channel/33?per_page=250&page=43#message-241795) (/discord/view/241795?q=Spencer#msg)

Richard Spencer lives in Virginia.

Kurt (/discord/user/1689) (/discord/user/1689) 2017-07-25 02:31:49 UTC [Charlottesville 2.0 (/discord/server/4) #general_1 (/discord/channel/33)] (/discord/channel/33?per_page=250&page=44#message-237475) (/discord/view/237475?q=Spencer#msg)

I thought spencer was our Fuhrer?

Ignis Faatus (/discord/user/1409) (/discord/user/1409) 2017-07-26 01:56:32 UTC [Charlottesville 2.0 (/discord/server/4) #friday-night (/discord/channel/30)] (/discord/channel/30?per_page=250&page=1#message-221412) (/discord/view/221412?q=Spencer#msg)

We are looking for single national socialist eco fascist women to smoke dmt with us at Richard spencers private burning man tent

wyatt (/discord/user/1789) (/discord/user/1789) 2017-07-26 13:42:27 UTC [Charlottesville 2.0 (/discord/server/4) #general_1 (/discord/channel/33)] (/discord/channel/33?per_page=250&page=46#message-229056) (/discord/view/229056?q=Spencer#msg)

@everyone spencer is on TV

Ignis Faatus (/discord/user/1409) (/discord/user/1409) 2017-07-26 13:43:35 UTC [Charlottesville 2.0 (/discord/server/4) #general_1 (/discord/channel/33)] (/discord/channel/33?per_page=250&page=46#message-241519) (/discord/view/241519?q=Spencer#msg)

Spencer is my favorite movie

Ignis Faatus (/discord/user/1409) (/discord/user/1409) 2017-07-26 13:43:49 UTC [Charlottesville 2.0 (/discord/server/4) #general_1 (/discord/channel/33)] (/discord/channel/33?per_page=250&page=46#message-223465) (/discord/view/223465?q=Spencer#msg)

Richard Dreamy Spencer

oliverhyperborea (/discord/user/1661) (/discord/user/1661) 2017-07-26 14:11:08 UTC [Charlottesville 2.0 (/discord/server/4) #general_1 (/discord/channel/33)] (/discord/channel/33?per_page=250&page=46#message-233397) (/discord/view/233397?q=Spencer#msg)

Newsmax just said that "the heat" caused their feed to go out during Spencer's interview...

khaos156-WV (/discord/user/1519) (/discord/user/1519) 2017-07-26 14:18:36 UTC [Charlottesville 2.0 (/discord/server/4) #general_1 (/discord/channel/33)] (/discord/channel/33?per_page=250&page=46#message-234500) (/discord/view/234500?q=Spencer#msg)

This is who spencer should be getting interviewed by.

Barca (/discord/user/1709) (/discord/user/1709) 2017-07-28 14:28:56 UTC [Charlottesville 2.0 (/discord/server/4) #general_1 (/discord/channel/33)] (/discord/channel/33?per_page=250&page=46#message-236011) (/discord/view/236011?q=Spencer#msg)

I don't suppose anybody has a link to that interview with Spencer and JLP?

WV1987 (/discord/user/1585) (/discord/user/1585) 2017-07-28 14:27:33 UTC [Charlottesville 2.0 (/discord/server/4) #general_1 (/discord/channel/33)] (/discord/channel/33?per_page=250&page=46#message-229045) (/discord/view/229045?q=Spencer#msg)

It got cut right when Spencer was making the most important points anyways.

Mack Albion (/discord/user/1633) (/discord/user/1633) 2017-07-28 15:58:38 UTC [Charlottesville 2.0 (/discord/server/4) #general_1 (/discord/channel/33)] (/discord/channel/33?per_page=250&page=48#message-230089) (/discord/view/230089?q=Spencer#msg)

Spencer, you can and will remarry

TheBigKK (/discord/user/911) (/discord/user/911) 2017-07-31 03:08:49 UTC [Charlottesville 2.0 (/discord/server/4) #antifa_watch (/discord/channel/55)] (/discord/channel/55?per_page=250&page=5#message-252217) (/discord/view/252217?q=Spencer#msg)

couple of extreme far-right psyops threatening me with physical violence and going to anti-Spencer picket

Aaron - VA (/discord/user/1511) (/discord/user/1511) 2017-08-01 00:23:58 UTC [Charlottesville 2.0 (/discord/server/4) #general_1 (/discord/channel/33)] (/discord/channel/33?per_page=250&page=51#message-233404) (/discord/view/233404?q=Spencer#msg)

Implying there arent death threats daily to Richard Spencer....

Gavius Corvus (/discord/user/1769) (/discord/user/1769) 2017-08-01 01:01:01 UTC [Charlottesville 2.0 (/discord/server/4) #general_1 (/discord/channel/33)] (/discord/channel/33?per_page=250&page=52#message-221926) (/discord/view/221926?q=Spencer#msg)

spencer btfo

Real Human Being (/discord/user/1448) (/discord/user/1448) 2017-08-01 18:54:06 UTC [Charlottesville 2.0 (/discord/server/4) #news (/discord/channel/38)] (/discord/channel/38?per_page=250&page=4#message-244929) (/discord/view/244929?q=Spencer#msg)

Time to bust out Spencer v. Auburn

wyatt (/discord/user/1789) (/discord/user/1789) 2017-08-01 20:54:25 UTC [Charlottesville 2.0 (/discord/server/4) #general_1 (/discord/channel/33)] (/discord/channel/33?per_page=250&page=54#message-237092) (/discord/view/237092?q=Spencer#msg)

why do people think there was some round table discsussion between richard spencer , david duke , nathan damigo and jason kessler to allow some crazy dyke to come in the server

Sallie (/discord/user/1103) (/discord/user/1103) 2017-08-01 23:43:46 UTC [Charlottesville 2.0 (/discord/server/4) #general_1 (/discord/channel/33)] (/discord/channel/33?per_page=250&page=56#message-233505) (/discord/view/233505?q=Spencer#msg)

They won't - Spencer got the precedent set in Alabama.

SpencerReesh (/discord/user/1662) (/discord/user/1662) 2017-08-02 01:51:49 UTC [Charlottesville 2.0 (/discord/server/4) #general_1 (/discord/channel/33)] (/discord/channel/33?per_page=250&page=57#message-234169) (/discord/view/234169?q=Spencer#msg)

If only we could have Enoch and Spencer fly in on a helicopter and throw a dummy out right before landing hahaha

Fevs (/discord/user/1719)
2017-08-02 03:53:41 UTC [Charlottesville 2.0 (/discord/server/4) #general_1 (/discord/channel/33)] (/discord/channel/33?per_page=250&page=57#message-

224069) (/discord/view/224069?q=Spencer#msg)
(/discord/user/1719)
...ACH SAID FAGS ARENT ALLOWED AT UTR, DOES THAT MEAN SPENCER CANT COME???"

Madison (/discord/user/1593)
(/discord/user/1593) 2017-08-02 05:40:57 UTC [Charlottesville 2.0 (/discord/server/4) #self_promotion (/discord/channel/44)] (/discord/channel/44?per_page=250&page=1#message-248446) (/discord/view/248446?q=Spencer#msg)

@V I T A L I T Y (/discord/user/1698) That picture of Spencer is so so cool. I hope you get continued support!

Hand Banana (/discord/user/169)
(/discord/user/169) 2017-08-03 02:31:25 UTC [Charlottesville 2.0 (/discord/server/4) #general_1 (/discord/channel/33)] (/discord/channel/33?per_page=250&page=58#message-231439) (/discord/view/231439?q=Spencer#msg)

Shortly after that I was raping Spencer in the mens room

Ignis Faatus (/discord/user/1409)
(/discord/user/1409) 2017-08-06 22:03:05 UTC [Charlottesville 2.0 (/discord/server/4) #general_1 (/discord/channel/33)] (/discord/channel/33?per_page=250&page=61#message-224722) (/discord/view/224722?q=Spencer#msg)

Apparently I'm not old enough Spencer I'm sorry

Sallie (/discord/user/1103)
(/discord/user/1103) 2017-08-07 19:47:56 UTC [Charlottesville 2.0 (/discord/server/4) #general_1 (/discord/channel/33)] (/discord/channel/33?per_page=250&page=64#message-232611) (/discord/view/232611?q=Spencer#msg)

Relax Spencer it's moved not cancelled

TiborSzalasi-MI (/discord/user/1746)
(/discord/user/1746) 2017-08-08 00:38:39 UTC [Charlottesville 2.0 (/discord/server/4) #general_1 (/discord/channel/33)] (/discord/channel/33?per_page=250&page=67#message-238472) (/discord/view/238472?q=Spencer#msg)

Men of Europe stop your dreaming
Can't you see their numbers teeming
See their red and black flags streaming
To this battle field

Men of Europe stand ye steady
It cannot be ever said ye
For the battle were not ready
Stand and never yield

Through the streets rebounding
Let this war cry sounding
Summon all at Spencer's call
The mighty force surrounding

Men of Europe onto glory
This shall ever be your story
Keep these fighting words before ye
White men will not yield

WISIS (/discord/user/1734)
(/discord/user/1734) 2017-08-08 05:04:16 UTC [Charlottesville 2.0 (/discord/server/4) #news (/discord/channel/38)] (/discord/channel/38?per_page=250&page=4#message-245431) (/discord/view/245431?q=Spencer#msg)

Richard Spencer discusses the recent attempts by the City of Charlottesville to disrupt the Unite The Right rally this weekend, and why the Alt-Right will prevail.

MadDimension (/discord/user/1647)
(/discord/user/1647) 2017-08-08 16:30:31 UTC [Charlottesville 2.0 (/discord/server/4) #general_1 (/discord/channel/33)] (/discord/channel/33?per_page=250&page=67#message-225497) (/discord/view/225497?q=Spencer#msg)

Here is Rochard Spencer's take on recent events. Good video. https://youtu.be/gESPuCzOzAs (https://youtu.be/gESPuCzOzAs)

lolyouwish (/discord/user/1711) (/discord/user/1711) 2017-08-08 10:58:43 UTC [Charlottesville 2.0 (/discord/server/4) #general_1 (/discord/channel/33)] (/discord/channel/33?per_page=250&page=67#message-231249) (/discord/view/231249?q=Spencer#msg)

I love hearing Spencer speak, good guy.

Sallie (/discord/user/1103) (/discord/user/1103) 2017-08-08 14:43:34 UTC [Charlottesville 2.0 (/discord/server/4) #general_1 (/discord/channel/33)] (/discord/channel/33?per_page=250&page=68#message-227060) (/discord/view/227060?q=Spencer#msg)

Richard Spencer did an outreach on his YouTube as well.

Gavius Corvus (/discord/user/1769) (/discord/user/1769) 2017-08-09 23:27:42 UTC [Charlottesville 2.0 (/discord/server/4) #general_1 (/discord/channel/33)] (/discord/channel/33?per_page=250&page=71#message-232243) (/discord/view/232243?q=Spencer#msg)

I was about to ask if that's like young spencer or something holy shit lmfao

d.d.mcree (/discord/user/1790) (/discord/user/1790) 2017-08-10 00:19:10 UTC [Charlottesville 2.0 (/discord/server/4) #alex_jones_chat (/discord/channel/25)] (/discord/channel/25?per_page=250&page=4#message-220302) (/discord/view/220302?q=Spencer#msg)

http://orig11.deviantart.net/7ecc/f/2017/221/7/2/big_wolf_s_villans_1_of_5__sargent_rainbow__by_spencerbt123-dbjesy2.png (https://orig11.deviantart.net/7ecc/f/2017/221/7/2/big_wolf_s_villans_1_of_5__sargent_rainbow__by_spencerbt123-dbjesy2.png)

Reinhard Wolff (/discord/user/470) (/discord/user/470) 2017-08-10 04:34:54 UTC [Charlottesville 2.0 (/discord/server/4) #general_1 (/discord/channel/33)] (/discord/channel/33?per_page=250&page=72#message-222866) (/discord/view/222866?q=Spencer#msg)

https://twitter.com/richardbspencer/status/895502808518184960 (https://twitter.com/richardbspencer/status/895502808518184960)

Fevs (/discord/user/1719) (/discord/user/1719) 2017-08-11 02:10:14 UTC [Charlottesville 2.0 (/discord/server/4) #general_1 (/discord/channel/33)] (/discord/channel/33?per_page=250&page=75#message-241937) (/discord/view/241937?q=Spencer#msg)

Spencer won't need a squad for that, he got them mad sprints

Blitz-WV (/discord/user/1621) (/discord/user/1621) 2017-08-12 15:43:20 UTC [Charlottesville 2.0 (/discord/server/4) #general_1 (/discord/channel/33)] (/discord/channel/33?per_page=250&page=82#message-244302) (/discord/view/244302?q=Spencer#msg)

Richard spencer periscope has him angry and saying he's going to stay

Blitz-WV (/discord/user/1621) (/discord/user/1621) 2017-08-12 15:52:04 UTC [Charlottesville 2.0 (/discord/server/4) #general_1 (/discord/channel/33)] (/discord/channel/33?per_page=250&page=83#message-225572) (/discord/view/225572?q=Spencer#msg)

Police are pushing Spencer's group. He is locking arms asked to be arrested peacefully or be left alone to continue

wyatt (/discord/user/1789) (/discord/user/1789) 2017-08-12 16:46:15 UTC [Charlottesville 2.0 (/discord/server/4) #general_1 (/discord/channel/33)] (/discord/channel/33?per_page=250&page=83#message-233792) (/discord/view/233792?q=Spencer#msg)

@everyone https://twitter.com/RichardBSpencer/status/896410449654185984 (https://twitter.com/RichardBSpencer/status/896410449654185984)

Andrew-- (/discord/user/1300) (/discord/user/1300) 2017-08-12 17:04:45 UTC [Charlottesville 2.0 (/discord/server/4) #general_1 (/discord/channel/33)] (/discord/channel/33?per_page=250&page=83#message-235489) (/discord/view/235489?q=Spencer#msg)

@evelynbrauny1988 (/discord/user/1634) I'm sure it would, look at the Auburn speech Spencer did. The police were extremely professional

The Goy Scout (/discord/user/1548)
2017-08-12 17:38:21 UTC [Charlottesville 2.0 (/discord/server/4) #general_1 (/discord/channel/33)] (/discord/channel/33?per_page=250&page=83#message-

239892) (/discord/view/239892?q=Spencer#msg) (/discord/user/1548)

r speaking @everyone

Wotan Klan-GA (/discord/user/1639) (/discord/user/1639) 2017-08-12 17:39:56 UTC [Charlottesville 2.0 (/discord/server/4) #general_1 (/discord/channel/33)] (/discord/channel/33?per_page=250&page=83#message-229338) (/discord/view/229338?q=Spencer#msg)

FAKE NEWS FAKE NEWS SPENCER IS NOT AT THE PARK

Logan (/discord/user/1765) (/discord/user/1765) 2017-08-12 17:43:42 UTC [Charlottesville 2.0 (/discord/server/4) #general_1 (/discord/channel/33)] (/discord/channel/33?per_page=250&page=83#message-233812) (/discord/view/233812?q=Spencer#msg)

Pretty sure I just saw Spencer on a stream moments ago. Looked like the park, no?

Blitz-WV (/discord/user/1621) (/discord/user/1621) 2017-08-13 15:20:48 UTC [Charlottesville 2.0 (/discord/server/4) #general_1 (/discord/channel/33)] (/discord/channel/33?per_page=250&page=89#message-229502) (/discord/view/229502?q=Spencer#msg)

Wasn't spencer doing one? Why don't all the organizers just put out a video and tag thier speech on the end. That way all the media and people can see what they had to say that day. People will be interested in the speech that was silenced. Or they could do a collaboration video

Frederick De Peyrens - VA (/discord/user/1649) (/discord/user/1649) 2017-08-13 15:21:26 UTC [Charlottesville 2.0 (/discord/server/4) #antifa_watch (/discord/channel/55)] (/discord/channel/55?per_page=250&page=7#message-251860) (/discord/view/251860?q=Spencer#msg)

On the next day the actual rally began. Immediately the police surrounded them to protect them and the Alt Right wanted to look like cool guys so they started rushing the police barricade that was protecting them. It was pretty pathetic and they didn't even cause the pigs to flinch. Richard Spencer tried to punch a cop and ended up fucking up his fingers on a riot shield instead. I'm being told he's in custody.

Flamenco (/discord/user/1660) (/discord/user/1660) 2017-08-13 16:33:23 UTC [Charlottesville 2.0 (/discord/server/4) #general_1 (/discord/channel/33)] (/discord/channel/33?per_page=250&page=90#message-227365) (/discord/view/227365?q=Spencer#msg)

I kinda wish that Spencer had stayed arrested

The Goy Scout (/discord/user/1548) (/discord/user/1548) 2017-08-13 23:02:50 UTC [Charlottesville 2.0 (/discord/server/4) #general_1 (/discord/channel/33)] (/discord/channel/33?per_page=250&page=91#message-230811) (/discord/view/230811?q=Spencer#msg)

Our leadership... Kessler, spencer, Alaska etc showed great courage this weekend. Makes me proud to have gone to cville!

PureDureSure (/discord/user/1571) (/discord/user/1571) 2017-08-14 01:41:37 UTC [Charlottesville 2.0 (/discord/server/4) #general_1 (/discord/channel/33)] (/discord/channel/33?per_page=250&page=92#message-222064) (/discord/view/222064?q=Spencer#msg)

@here

Spencer said yesterday that we'd be back in Cville, but this would apply anywhere in VA and similar jurisdictions with prohibitions on masks. If the police again refuse to do anything about those wearing masks (a crime in progress) what are everyone's thoughts on subduing them and placing them in zip-ties as part of a declared citizen's arrest?

Mack Albion (/discord/user/1633) (/discord/user/1633) 2017-08-14 18:12:01 UTC [Charlottesville 2.0 (/discord/server/4) #general_1 (/discord/channel/33)] (/discord/channel/33?per_page=250&page=92#message-232928) (/discord/view/232928?q=Spencer#msg)

* they shut it down to avoid backlash over that furry sexually extorting that teenage boy
yeah, so the fag furry that spencer hired
told a 14 year old boy he'd gape his asshole
and extorted him with doxing
to sing some song about "daddy's cummies"

Search: Spencer | Unicorn Riot: Discord Leaks 9/8/20, 12:50 PM

94 total messages. Viewing 250 per page.
Page 1/1

105

**Notice:** Unicorn Riot does not endorse any material in these chats. This publication is part of an effort to document violent far-right political movements.

**Credits:** A team of anonymous developers implemented this chat log and content viewer with help from Unicorn Riot collective members.

"Discord" and the "Discord app" are trademarks of Discord, Inc.

**Unicorn Riot (https://unicornriot.ninja)** is a registered 501(c)(3) nonprofit educational media organization.

Unicorn Riot: Discord Leaks (/discord/) Servers (/discord/server/) Users (/discord/users) Search (/discord/search)

Log In (/auth/login?next=%2Fdiscord%2Fsearch%3Fq%3DSpencer%26s%3D4)

This site uses minimal cookies - privacy policy (https://unicornriot.ninja/privacy-policy)

https://discordleaks.unicornriot.ninja/discord/search?q=Spencer&s=4 Page 12 of 12

Exhibit G

106

Home
Explore
Notifications
Messages
Bookmarks
Lists
Profile
More
Tweet

Tweet

Richard Spencer
@RichardBSpencer

My recommendation: Disperse. Get out of Charlottesville city limits. State of emergency has been called.

10:38 AM · Aug 12, 2017 · Twitter for iPhone

View Tweet activity

223 Retweets 270 Quote Tweets 618 Likes

**Philosopher Kin** @rogerahicks · Aug 12, 2017
Replying to @RichardBSpencer
The spirit of America's founding fathers, the original white nationalists, are with you, Richard. And so am I.

philosopherkin.blogspot.co.uk/2016/10/politi...
1 2

**Justin Case** @Justin_Case2018 · Aug 12, 2017
Actually they weren't white nationalists they were simply fleeing tyranny of other whites

**MCT** @thompys_tweets · Aug 12, 2017
Replying to @RichardBSpencer and @TheMadDimension
Get out of our state & while you're at it, get out of our country. Americans will NEVER stand for your hate.
1 1

**Ernie Barbarash** @erniebarbarash · Aug 12, 2017
Replying to @RichardBSpencer
Bye Felicia.
1 11

**MuchToLearn** @MuchToLearn · Aug 12, 2017
Replying to @RichardBSpencer
State of chicken little syndrome has been declared, nationwide.
19

**cover your fuckin mouth and nose** @lassidude · Aug 12, 2017
Replying to @RichardBSpencer and @mattdpearce
Like cockroaches in the light
2 41

**Patrick Kirby** @prk1122 · Aug 12, 2017
Replying to @RichardBSpencer

Search Twitter

**Relevant people**

Richard Spencer
@RichardBSpencer
Banned in the UK. Contac
hello@richardbspencer.c

**What's happening**

NFL · 2 hours ago
**DeAndre Hopkins is now the highest-paid non-QB in league history, NFL Network reports**
Trending with: DeAndre Hopkins

Trending in United States
**Sony**
67.4K Tweets

Trending in United States
**HARRY SHAVED**
Fans are divided after Harry Style: mustache
4,236 Tweets

News · 53 minutes ago
**California wildfires: Record heatwave fuels fires and forces more evacuations**

Trending in United States
**Megyn**
10.4K Tweets

Show more

Terms Privacy policy Cookies Ads i
© 2020 Twitter, Inc.

Richard Spen...
@RichardBSpencer

Messages

# Facing the Future As a Minority

Post Views: 899 September 28, 2016 8:05 pm

*This speech was delivered at the 2013 American Renaissance conference, which took place on April 5-7 near Nashville, Tennessee.*

For as long as anyone can remember, immigration has been the chief political concern at gatherings such as this. At last night's cocktail party, "amnesty," "illegals," and various heroes and villains in Washington were discussed with great interest.

For people like us—who are asylumed away to the margins—one could say that immigration is our connection to the outside world. It makes us feel like we have a horse in the race—maybe even that, through our silent partners in the Beltway, we can affect national policy. We even get captivated, we must admit, by the political theater of "immigration reform." Ann Coulter's speech at the last Conservative Political Action Conference, for example, was catnip for racialists. Ann staked out the far rightward territory of respectability; and though she used the language of Republican electioneering, she seemed to be winking and nodding at us the entire time.

Whenever any issue or idea receives universal accord—when it becomes an assumption, when it's taken for granted—it's time to put it under serious scrutiny. We should ask what an issue like immigration can tell us about ourselves—about what our goals are, and should be, and how we could best engage in political action. I hope we can do that today.

* * *

That we have failed to stem immigration in our 45-year struggle is obvious

enough. Some major amnesties have been halted due to energetic, grassroots activists, but mass-immigration proponents have walked away from these battles with confidence that they'll get it done next year.

That we have continuously failed is not, in itself, an argument against continuing along this course. Still, sometimes when we focus on various political skirmishes (like the current one over "amnesty"), we lose sight of the big picture—we lose sight of the fact that we have failed on a much deeper level than mere policy.

In the summer 2011, the Census Bureau reported that the majority of children born in the United States are non-White. Thus, from our perspective, any future immigration-restriction efforts are meaningless. Even if *all* immigration, legal and illegal, were miraculously halted tomorrow morning, our country's demographic destiny would merely be delayed by a decade or two. Put another way, we could *win* the immigration battle and nevertheless *lose* the country, and lose it completely.

And we shouldn't focus too much on the "2050" date, when Whites will become a minority, as if once Whites drop to 49 percent, a bell will go after announcing the end of the American Dream. We are at a major crisis point *now*. And we are well past the point of no return with regards to "patriotic immigration reform."

Furthermore, this insight into the irrelevance of immigration reform holds for the whole kit-and-caboodle of "conservative" causes. Should we, for instance, really be fighting for "limited government" or the Constitution, so that the Afro-Mestzizo-Carribean Melting Pot can enjoy the blessing of liberty and a sound currency? (To ask the question is to answer it.)

## SYMBOLIC POLITICS

Beyond failure, there's always been something . . . *mendacious* about immigration reform. Leftists (who sometimes understand us better than we understand ourselves) have always sensed this; they know that when we talk about immigration, we're not *really* talking about immigration.

There are very good reasons, of course, for any nation to oppose lawless entry. And there are unalterable mathematical factors at play: all things being equal, more workers equals lowers wages. These are (and should) be the concerns of the "respectable" immigration-reform movement.

But these are not *our* concerns.

The issues the Beltway immigration reformers focus on are essentially *quantitative* in nature, as you can see by the names of their organizations: "numbers," "carrying capacity," etc.

Our concerns are *qualitative*. As they should be. For in war, art, and enterprise, great quality can predominate over mere "numbers." Our race's history is replete with examples of this: of continental or overseas empires —the globe itself—being administered by a central elite. More impressive still are the examples of one man with little money or support—whether it be Copernicus, Martin Luther, or Nietzsche—overturning whole schools of thought and institutions and society's most basic assumptions.

Quality should have a practical effect on how we think about the immigration issue. What would we say and do, to take a hypothetical example, if a million Swiss or Russian "boat people" washed up on a seashore, due to some international catastrophe? Would we oppose granting them citizenship, out of some devotion to legality and fairness? I wouldn't. I would become a bleeding-heart liberal and argue that these refugees would improve our economy and enrich our culture (as they likely would). And such an example might not remain hypothetical. In the

foreseeable future, we may very well face this exact situation with the Boer people of South Africa. We need to think now about how we will react and articulate our position.

For us "immigration" is a proxy for race. In that way, immigration can be good or bad: it can be a conquest (as it seems now) . . . or a European in-gathering, something like White Zionism. It all depends on the immigrants. And we should open our minds to the positive possibilities of mass immigration from the White world.

Taking a step back, it seems that for everyone "immigration" is a proxy, a mask, a lie. Perhaps all of political activism and wonkery are manifestation of deeper, largely unconscious desires for power. When we hear any professional "Latino" support this or that social program, we sense in our guts that her policy proscriptions are rationalizations for nationalism. She might *say* "more immigration is good"; she *means* "The Anglos are finished!"

In turn, we are right to view "conservative" activism—especially those hokey and embarrassing events like Glenn Beck rallies—as symbolic in-gatherings of America's historic majority, as ways for Whites to feel a sense of belonging and identity in a world that is increasingly cold and hostile. Generic "conservatism"—despite itself—has become a kind of White identity politics. And however flawed, all of its prominent ideological features resonate in the hearts of decent White people: self-reliance, freedom, uprightness etc. And when White men talks about "restoring the Constitution"—or, more so, "Taking Our Country Back"— leftists and non-Whites are right to view this as threatening and racialist: it implies a return to origins and that the White man once owned America. However much we might critique these conservative ideas, we cannot deny this basic *symbolism*. Indeed, it is due to this symbolism—and not policy—that

conservative leaders like Glenn Beck have to envelope all-White events in "Martin Luther King" and the most useless political issues possible. They can't let the natives get out of hand. . .

* * *

Now, if we accept that generic conservatism is symbolic, we should ask a higher-level question—Is this proxy actually good for our movement and, more important, for our race and civilization?

We were able to understand the futility of the immigration issue by asking *not* what would happen if the movement lost, but what would happen if it actually won. In t
urn, we should ask an analogous question: what exactly would conservatism "restore" or "take back"?

We can look to history for answers.

In 1789, we had the Constitution. We had a government that was a mere flea in comparison to the elephant that rules us today. Confiscatory taxation was unheard of; the invasions of personal privacy we experience today wasn't only rare but was, for the most part, infeasible. We had a more republican, indeed, aristocratic, political system. We had bounteous natural resources and no threatening world power bordering our country.

Yet, within 75 years, we had inflicted upon ourselves a devastating Civil War —one that decimated the Founding stock of the country. Within 125 to 150 years, our political system had become dominated by same kind of liberal egalitarianism it is today.

Why should we believe that, if we could "restore the Constitution," the outcome would be any different? One should not rewind a movie, play it

again, and then be surprised when it reaches the same unhappy ending.

Of course, history is not determined; it is not a film reel or script. But looking dispassionately at our current situation, we can only conclude that if we could hit a political "reset button," this time around, the outcome would be far *worse*.

We are entering a world of resource scarcity (not abundance), and we are not dealing with Blacks that are socially and politically inferior, but some hundred million non-Whites who are empowered by our political system.

Thus, we don't have to speculate about whether Rand Paul (and any other "right-wing" Republican) *really* wants to restore constitutional government or would *actually* be able to do so. This is all irrelevant. The goals themselves are wrong and must be abandoned.

Supporting Paul, or whatever version of the Tea Party or Republican "immigration hawk" comes up next, is not "pragmatic"; it is, to the contrary, entirely impractical. And it would be devastating for our movement politically: we would be spending our limited resources of time, energy, and money on politicians whose rosiest conceivable outcome would not change anything. "Restoring the Constitution" and "patriotic immigration reform" are just more in a series of safety valves and escape hatches preventing us from confronting the real issues facing our race.

Before we can move forward, we must come to terms with some rather dismal truths. There are no policy proscriptions or politicians currently open to us that will fundamentally alter our destiny. And, most likely, within our lifetimes, we will not see the kind rebirth of Occidental civilization that we in this room know is necessary.

What we can do now is begin to set a new and different course. Our

challenge is to reorient our people, spiritually as much as intellectually and politically, to a world that will be hostile towards them and towards a future beyond the United State of America.

## MINORITY REPORT

I'm sure that when many heard the title of my talk, "Facing the Future as a Minority," they cringed at the very notion. It insults our pride and dignity to think that I might be suggesting we go out and find ourselves a White Al Sharpton, who could speak at demonstrations after various hate-crime hoaxes and badger politicians until Whites got a seat at the trough. Perhaps I might start calling my "The Reverend" Richard Spencer and hold prayer vigils after some celebrity misused the word "cracker."

Believe me, I find this just as offensive as you do.

The good news is that the "Al Sharpton" option will never be open to us. Whites are and will always be the *exception* to multiculturalism; we will never be allowed to play the game.

We must also recognize that not only will we always be at odds with the multi-cult, but, at least at the beginning, we will be at odds with the people we seek to defend. In White America's unconscious, they *are* America. And the process of letting that dream go will be painful.

Moreover, the era of mass immigration into Western countries coincided with stunning advances in consumer capitalism, technology, and access to higher eduction. In the public's imagination, multiculturalism was linked (however irrationally) with increased living standards and general "progress." For some, a White society might seem to be a retreat, towards less prosperity and dynamism.

Suffice it to say, this will be a hard path.

One characteristic that we must adopt as White minority advocates is a new openness to alternative political forms, even things that have previously made us cringe. One of those was suggested by our friends outside protesting our gathering.  No, not "Bomb Dresden Again!" but "Go Back to Europe!"  Emigration with an E is, of course, not practical for all Whites in North America; and at the moment at least, it seems that Western Europe is dedicated to its destruction almost as much as America.   But we should be open to this option.



Back to Europe? Not a bad idea...

I would also direct you to the work on racial separatism of two men: Michael Hart and Rabbi Mayer Schiller, both of whom have presented real plans for dividing up the existing United States, mostly on the basis of race and partly on ideology.  (Michael generously offers Liberals the chance to live in "Diversity" canton if they so desire. . .)

There is, I admit, a certain pie-in-the-sky quality to these proposals, as if a map-maker in his study could create new countries.  But we should remember that in the last century, racially defined nation-building was a major "progressive" cause. We now think that the so-called "liberal elites" have always been dedicated to multiculturalism and race-mixing.  This is not quite the case, as liberals have a history of adopting "national determination" and even "ethno-nationalism" as their causes.  In 1919, following the Great War, the world's statesman met in Paris to (for lack of a better term) re-map the world after the dissolution of the defeated empires. New countries were invented (the Kingdom of Croats, Serbs, Slovenes), old ones were reborn (Poland), and ethnicities got their day in the Sun

(Czechoslovakia).  Related to this process was the Balfour Declaration and British mandate for a homeland for the Jews in Palestine.  Nationalists of many stripes captured the hearts and minds of political actors.

Today, in the public imagination, "ethnic-cleansing" has been associated with civil war and mass murder (understandably so).  But this need not be the case.  1919 is a real example of successful ethnic redistribution—done by fiat, we should remember, but done peacefully.

## OUR CAUSE

Like the nationalists of a century ago, we need a cause—and one that's different, greater, and more advanced than the conservative "hot button" issues that are fading into irrelevance.  We need to be more than mere "reactionaries," who spasmodically ignite in the face of some new liberal innovation—all the while being gradually pushed in their enemies' direction, towards accepting their enemies' assumptions, towards defeat. We need a *telos*, an outcome or end goal—something that we are working towards, that channels our energies. We need an *ideal*. And ideals are greatest when they at first seem "impossible."

The ideal I advocate is the creation of a White Ethno-State on the North American continent.

*Vis-a-vis* most contemporary states that are putatively based on the Rights of Man and "democracy," our project would be a new kind of political and social order. It would be a state for the 21 century—or 22nd: reflecting advances in communication and transportation, it would be a home for Germans, Latins, and Slavs from around the world. On one level, it would be a reconstitution of the Roman Empire. The Ethno-State would be, to borrow the title of a novel by Theodor Herzl (one of the founding fathers of

Zionism), an *Altneuland*—an old, new country.

* * *

I'm sure there's no shortage of people, most likely even people in this room, who'd inform me that an Ethno-State would be beautiful but, alas, "infeasible." In the face of this, we need to remember something very important: the creation of a White Ethno-State on the American continent is perfectly feasible. Indeed, it is a *modest* project in comparison to brining democracy to the Middle East, narrowing the SAT score gap, or inspiring young women to become mathematicians, or countless other looney and infantile trillion-dollar initiative with which the American government is currently engaged.

We shouldn't forget that before the current government dedicated its resources to equalizing mankind, it channelled billions—created industries, created whole cities—for the goal of space exploration. (It has since given up this project in favor of boosting the Muslim world's self-esteem.)

When I travelled to my hometown recently, I noted that the wealthy Whites of Dallas, Texas, have dedicated their disposable income to a charity hospital skyscraper, built in the hopes of taking care of other peoples' children and other peoples' problems. (It's hard to get them to give 100 bucks to AmRen or NPI.)

Action is, in a way, the *easy* part.

Channelling action, setting a goal, identifying a *telos*—saying yes and saying no—*that* is what is difficult.

In this way, our challenge is one of the spirit.

Our task is to capture the imaginations of our people (or the best of our people) and shock them out of their current assumption of what they think is possible. The means of doing this is *not* to promise a 20-percent reductions in immigration or sales taxes—or the narrowing of the scope of government. To the contrary, we need to offer our people what Herzl called "the voluptuous idea."

We need an ethno-state so that our people can "come home again," can live amongst family, and feel safe and secure. But we also need an Ethno-state so that Whites can again reach the stars. Before the onset of the "equality" sclerosis, Europeans had a unique ability to risk everything for ends that are super-human. We must give up the false dreams of equality and democracy —*not* so that we could "wake up" to reality; reality is boring—but so that we can take up the new dreams of channelling our energies and labor towards the exploration of our universe, towards the fostering of a new people, who are healthier, stronger, more intelligent, more beautiful, more athletic. We need an ethno-state so that we could rival the ancients.

In *Altneuland,* Herzl wrote, referring to his "utopian" plan for a Jewish state in Palestine: "If you wish it, it is no fairy tale. . . If you don't wish it, it is a fairly tale and will remain one."

Or, to quote another historical figure: "I have a dream."

Exhibit I

# The 'Unite The Right' Rally Is Going To Be A Turning Point For White Identity In America

3 years ago

**If you read AltRight.com, you must come to Charlottesville.**

If you haven't heard yet, let me inform you that the largest ethno-nationalist rally of the 21st century is being planned for August 12th in Charlottesville, Virgina.

Everyone who isn't hiding out in Nigeria or Eastern Europe is going to be there.

Despite all the internal bickering and squabbling that has characterized the pro-White movement the last couple of decades, everyone has managed to put aside their differences to focus on this rally.

All of you who have asked if the Alt-Right will ever get serious and do something IRL now have an answer.

We are going to rally to defend White heritage in Charlottesville, Virgina. The last time we were there we kept it on a need to know basis and planned internally. We mustered about 250 pre-vetted people.

The 'Unite The Right' Rally Is Going To Be A Turning Point For White Identity In America – AltRight.com 9/8/20, 4:22 PM

This time, we are putting out the call for all White advocates to come out.

The Daily Stormer has been promoting the event heavily and it looks like they are going to bring a lot of young new cadres to the rally. Identity Evropa will be there as well as several Southern Nationalist groups. There will be no Alt-Lite co-rally, it will be just us, the proverbial and literal White Guard out there defending the statue of General Lee. This is a good development. They are quickly becoming irrelevant and losing their street presence as we continue to grow and take up space.

No one knows how many of us will show up there just yet. A conservative estimate would put us at about 500, although if the Daily Stormer book clubs, frog twitter, and affiliated groups come through, we can top 1000.

https://altright.com/2017/08/05/the-unite-the-right-rally-is-going-to-be-a-turning-point-for-white-identity-in-america/ Page 2 of 6

What we do know is that there will be hundreds of Antifa there and they will be looking to start a fight. The city government is hostile to us, and they may order the police to stand down so that Antifa can move in to disrupt our rally. This is what happened at Berkeley, but it didn't end well for Antifa:



AntiFa Physically Removed

We have taken precautions. There are several self-defense units already organized, and it looks like Azzmador's people from the Daily Stormer will have shields on them, just like the Traditional Worker's Party will as well.



The Eagle Movie Clip - Open The Gates

We're ready for a fight if it comes to it. In fact, we welcome Antifa to start it. We will defend ourselves and break that pathetic little trust-fund anti-White faggot organization once and for all.

Imagine a world without Antifa — no more shutting down patriots, no more shutting down free speech, no more shutting down White people.

We need you there. The Alt-Right is growing stronger and stronger. Our ideas dominate the internet, despite all the censorship that we have faced. Now it's time to dominate the streets. From there, we will begin to dominate politics as well because all political power ultimately flows from the streets.

> A fight lies before us...a fight for action...for vigor...for vitality...for manhood.

You might think it's just a rally, but really, it's so much more.

We're making a stand when no one else will. We are telling the anti-White establishment and it's attack dogs that we are not going to give another inch. And that's what politics is really, a game of inches. You can't change everything overnight, but you *can* start advancing the line, inch by inch.

We are where we are because previous generations forgot how to hold the line. They caved and the enemy advanced inch by inch, yard by yard. And now we have come to the tipping point. Our countries are ruined. **Ruined to the point where we can't even talk about it**. You may have asked yourself:

> "Where is the resistance? Why isn't anyone trying to stop it?"

Well, now you have your answer.

At long last, the Lunatic Left has met disciplined and motivated opposition from the Alt-Right. *And they don't like that one bit.* They are so scared that they can't even think straight and can only hit the 'Panic' button to try to shut us down. They are afraid because our message is starting to resonate with thousands of young white men and women.

They should be. And after Charlottesville, they will finally understand the depths of their failure. They will *know* that they have failed to stamp out the White Identity movement in America.

**They will try to break us at Charlottesville, and they will *fail.***

People will talk about Charlottesville as a turning point. There will be a before Charlottesville and an after Charlottesville. Will you stand up for your history, your race and your way of life?

Will you be there?

# What It Means To Be Alt-Right

3 years ago

**A meta-political manifesto for the Alt-Right movement.**

## The Charlottesville Statement

### August 11, 2017

## 1. Race

Race is real. Race matters. Race is the foundation of identity.

"White" is shorthand for a worldwide constellation of peoples, each of which is derived from the Indo-European race, often called Aryan. "European" refers to a core stock—Celtic, Germanic, Hellenic, Latin, Nordic, and Slavic—from which related cultures and a shared civilization sprang.

## 2. Jews

Jews are an ethno-religious people distinct from Europeans. At various times, they have existed within European societies, without being of them. The preservation of their identity as Jews was and is contingent on resistance to assimilation, sometimes expressed as hostility towards their hosts. "Judeo-Christian values" might be a quaint political slogan, but it is a distortion of the historical and metaphysical reality of both Jews and Europeans.

## 3. The Ethno-State

Nations must secure their existence and uniqueness and promote their own development and flourishing. The state is an existential entity, and, at its best, a physical manifestation of a people's being, order, and will to survive. Racially or ethnically defined states are legitimate and necessary.

## 4. Metapolitics

Spirit is the wellspring of culture, and politics is downstream of that. The Alt-Right wages a situational and ideological war on those deconstructing European history and identity. The decrepit values of Woodstock and Wall Street mean nothing to us.

## 5. White America

The founding population of the United States was primarily Anglo-Saxon and Protestant. By the Great War, a coherent American nation emerged that was European and Christian. Other races inhabited the continent and were often set in conflict or subservience to Whites. Whites alone defined America as a European society and political order.

## 6. Europe

Europe is our common home, and our ancestors' bone and blood lie in its soil.

European unity emerged at critical points in history, but so did fragmentation, rivalry, and betrayal. As brother nations, Europeans have competed with one another, and even hated and killed one another. We can no longer afford the luxury of intra-racial squabbling. "Brothers wars" gain us nothing, and directly lead to our collective downfall. Europeans must come together as a family.

The so-called "refugee crisis" is an invasion, a war without bullets, taking place on the fields of race, religion, sex, and morality. At stake is Europe's very identity—whether the continent will be the locus of our people's shared story, or become just another Islamic outpost.

## 7. Family

The family—a man and woman in a loving relationship that produces offspring—is an essential, indispensable foundation for a healthy and functioning society.

## 8. Human Nature

Man is not a blank slate on which to be written, nor was he born a guileless, noble savage. Human nature—the reality of race, sex, heritability, and innate endowments—is the most powerful force shaping individuals, families, societies, and nations.

## 9. Women and Sex

Women, as mothers and caregivers, are key to the future of our race and civilization. We oppose feminism, deviancy, the futile denial of biological reality, and everything destructive to healthy relations between men and women. We must overcome today's debased and lonely "porn culture" and return to a sexuality that is fruitful and erotic in the truest sense of the word.

## 10. Foreign Affairs

The foreign policies of European states (including immigration, diplomacy, and war) should be based on the safeguarding of its peoples—and not be beholden to special or foreign interests, nor to corporate profit motives, nor to the chimeras of globalism, humanitarianism, or the End of History. Insofar

as "chauvinism" means attempting to transform non-Europeans into Europeans, we are not "Western chauvinists."

## 11. Speech

American citizens should enjoy freedom of speech as guaranteed by the Constitution; we endorse this value for all European peoples. We oppose those who seek to suppress the speech of people with whom they disagree, whether through government censorship, corporate policy, digital platform denial, or intimidation.

## 12. Firearms

All U.S. citizens, and all Europeans, should have the right to bear arms, as a means of protecting themselves and their families and enjoying the manly sport of hunting.

## 13. Globalization

International trade and the good-faith exchange of ideas can be beneficial to all. Economic and political globalization, however, has been destructive to authentic cultures. Industrialized countries are being transformed into great "nothings" and "nowheres": indistinguishable, concrete dumping grounds and shopping centers, divorced from culture, people, and history. Globalization threatens not just Europeans but every unique identity on Earth.

## 14. The Left

Leftism is an ideology of death and must be confronted and defeated. "Losing gracefully" will eventuate in the destruction of our people and civilization.

## 15. Economics

Economic freedom is not an end in itself. All economic policies should serve the people of the nation; the interests of businessmen and global merchants should never take precedence over the well-being of workers, families, and the natural world.

## 16. Urban Life

The automobile, the highway system, and resultant "car culture" have contributed to the death of cities and towns. While not everyone will live in urban environments, cities are vital institutions of culture, community, learning, and the arts. They should never have been abandoned by American Whites of older generations and should be reestablished as jewels of our civilization.

## 17. The Natural World

We are a special part of the natural order, being in it and above it. We have the potential to become nature's steward or its destroyer. Putting aside contentious matters like global warming and resource depletion, European countries should invest in national parks, wilderness preserves, and wildlife refuges, as well as productive and sustainable farms and ranches. The natural world—and our experience of it—is an end in itself.

## 18. The '68ers

The generation born between the years 1945 and 1964 abrogated its duty to safeguard and pass down a civilization to its children. The so-called "'68ers" engage in childish narcissism of the most extreme kind; they bear responsibility for today's lamentable state of affairs; and they are seemingly

unable even to recognize their culpability.

A new generation of leadership is desperately needed.

## 19. Education

Modern education—from preschool to the doctoral level—has become corrupted past the point of recognition. This industry (both public and private) serves leftist ideologues, loan financiers, and a new class of administrators far more than it serves students and parents.

Children should not be indoctrinated in liberal dogma but given a foundation in language, mathematics, the arts, history, and science. Higher education —far from being a "right" or a "pathway to the middle class"—is only appropriate for a cognitive elite dedicated to truth; it is improper, even detrimental, for most. Practical education—trade schools and apprenticeships—should be revived as the norm for most citizens.

## 20. Personal Duties

A man distinguishes himself by his deeds. And every man, in his own way, must strive to be something more than a man: to be honored by his heirs; to be part of something greater than his self.

US POSTAGE & FEES PAID
2 LB PRIORITY MAIL RATE
ZONE 8 NO SURCHARGE
ComPlsPrice

062S0008589404
5325604
FROM 59937

stamps endicia
10/15/2020

**PRIORITY MAIL 2-DAY™**

Richard Spencer
PO Box 1676
Whitefish MT 59937

C008

SHIP TO:
U.S. District Court
Western District of Virginia
255 W Main St Ste 304
Charlottesville VA 22902-5058

**USPS TRACKING #**

**9405 5118 9922 3661 5435 37**