# EXHIBIT 2

## EXHIBIT A TO STIPULATION AND ORDER FOR THE IMAGING, PRESERVATION, AND PRODUCTION OF DOCUMENTS

Consistent with the obligations under the "Stipulation and Order for the Imaging, Preservation, and Production of Documents,ECF No. 383, 1 certify that:

1. The following are all the Social Media Accounts, as defined in TJ 2(xi) of the Stipulation and Order, that may contain potentially relevant Documents:

| Username/Phone Number | Provider/ Platform | Credentials | Status of Account *(e.g., Active/Inactive/Cannot Remember or Recover Password)* |
|---|---|---|---|
| chiefofstaff@nsm88.org | Email address | ███ | Active |
| commander@nsm 88.org | Email address | | Inactive |
| commanderburt@nsm88.org | Email address | ███ | Active |
| M innesota@gmai l.com | Email address | ███ | Active |
| nsm88atlanta@gmail.com | Email address | ███ | Active |
| nsm88bama@gmail.com | Email address | ███ | Active |
| nsm88cinci@gmail.com | Email address | ███ | Active |
| nsm 8 8connecticut@gmai 1 .com | Email address | ███ | Active |
| nsm 8 8detroit@gmai 1 .com | Email address | ███ | Active |
| nsm88kansas@gmail.com | Email address | ███ | Active |
| nsm88ky@gmail.com | Email address | | Inactive/Unknown |
| nsm88michigan@gmail.com | Email address | ███ | Active |
| nsm88monroe@gmail.com | Email address | ███ | Active |
| nsm88ny@gmail.com | Email address | ███ | Active |
| nsm88r5@gmail.com | Email address | ███ | Active |
| nsm88southflorida@gmail.com | Email address | ███ | Active |

1

| Username/Phone Number | Provider/Platform | Credentials | Status of Account *(e.g., Active/Inactive/Cannot Remember or Recover Password)* |
|---|---|---|---|
| nsm88toledo@gmail.com | Email address | ■ | Active |
| nsm88utah@gmail.com | Email address | ■ | Active |
| nsm88utah@gmail.com | Email address | ■ | Active |
| nsm88wyoming@gmail.com | Email address | ■ | Active |
| nsmalabama88@gmail.com | Email address | ■ | Active |
| nsmambassador@gmail.com | Email address | ■ | Active |
| nsmarkansas@gmail.com | Email address | ■ | Active |
| nsmchiefo fstaffi@gmail.com | Email address | | Inactive/Unknown |
| nsmcolumbus.oh@gmail.com | Email address | ■ | Active |
| nsmflorida@gmail.com | Email address | ■ | Active |
| nsmfresno@gmail.com | Email address | ■ | Active |
| nsmmaryland@gmai 1 .com | Email address | ■ | Active |
| nsmmsst88@gmail.com | Email address | ■ | Active |
| nsmnc88@gmail.com | Email address | ■ | Active |
| nsmorlando88@gmail.com | Email address | ■ | Active |
| nsmpor@gmail.com | Email address | ■ | Active |
| nsmregionl l@gmail.com | Email address | | Inactive/U nknown |
| ==nsmregion4hq@gmail.com== | ==Email address== | ■ | Active |
| nsmregion9hq@gmail.com | Email address | ■ | Active |
| nsmssdivision@gmail.com | Email address | ■ | Active |
| nsm verm ont@gmail .com | Email address | ■ | Active |
| nsmwestvirginia@gmail.com | Email address | ■ | Active |

| Username/Phone Number | Provider/Platform | Credentials | Status of Account (e.g., Active/Inactive/Cannot Remember or Recover Password) |
|---|---|---|---|
| r3nsm88@gmail.com | Email address | ■ | Active |
| | Benchmark (newsletter service) | ■ | Active |
| 516-453-6058<br>213-943-3765 | BlogTalkRadio (podcast service) | ■ | 516 number is Active<br>213 number in not active and I have never had admin access |
| NSM Media/<br>nsm88media2@protonmail.com | Bitchute | | Never had access |
| | Constant Contact (newsletter service) | | Inactive |
| | Facebook | | Inactive |
| 651-659-6307 | Hotline service | ■ | Active |
| NSM88 | Twitter | | Never had access |
| Burt Colucci | VK | | Inactive |
| 300604375 | VK | | Inactive |
| www.nsm88.org | Website | | Never had access |
| nsmworld@yahoogroups.com | Yahoo Groups (newsletter service) | | Inactive |
| NSM Media | YouTube | | Never had access |
| *[List all other Social Media Accounts:]* | | | |

3

| Username/Phone Number | Provider/Platform | Credentials | Status of Account *(e.g., Active/Inactive/Cannot Remember or Recover Password)* |
|---|---|---|---|
|  | Twitter |  | Cannot Remember |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

For any listed Social Media Account for which you cannot remember or otherwise access your credentials, please describe below all the steps you took to recover the information and state why you were not successful:

3. The following are all the Electronic Devices, as defined in 2(vi) of the Stipulation and Order, that I have possessed since January 1, 2017 that may contain any potentially relevant Documents orESI:

| Device Type (e.g., iPhone 7) | Size (e.g" 32 GB) | Nature of Responsive Documents on Device |
|---|---|---|
| *[Type and model of each phone you have used:]* iPhone XS Max | 64 | None |
| *[Type and model of each phone you have used:]* iPhone 11 Pro Max | 64 | None |
| *[Type and model of each phone you have used:]* | | |
| *[Type and model of your old computer:]* | | |
| *[Type and model of your Acer laptop computer:]* Aspire 3 Model N17Q2 | | None |
| *[Type and model of your new computer:]* | | |
| *[List all other Electronic Devices:]* | | |
| | | |
| | | |
| | | |

5

1. Regarding commander@nsm88.org the account was deleted at the same time that Jeff Schoep signed the NSM Detroit organization over to James Hart Stern. In the case of this particular account Jeff Schoep would have been an administrator with privacy privileges. I would have never had access to the emails in the account, only option was to delete it at the time.

2. Regarding nsm88kv@gmail.com numerous attempts were made to get into this account without success. The recover number on Gmail only shows the last 2 number of the account holders phone number. Whatever this phone number is, it is not a telephone that I have ever possessed.

3. Regarding nsmchiefofstaff@gmail.com I did have access to this account at one time. When I try to access it now or do the recover password option, it tells me the account does not exist. I have never deleted this account and the recover phone number should be my own.

4. Regarding nsmregionll@gmail.com my efforts from the beginning to recover this account have been in vain. The recovery phone number has been an unknown number since day one.

5. Regarding my personal Twitter account, I do have access to it via my saved credentials on my cell phone, but I cannot produce login credentials any other way. The account has had little to no activity since it is creation date years ago. The recovery email is an old AOL account that I no longer have access to.

1. Regarding commander@nsm88.org the account was deleted at the same time that Jeff Schoep signed the NSM Detroit organization over to James Hart Stern. In the case of this particular account Jeff Schoep would have been an administrator with privacy privileges. I would have never had access to the emails in the account, only option was to delete it at the time.

2. Regarding nsm88ky@gmail.com numerous attempts were made to get into this account without success. The recover number on Gmail only shows the last 2 number of the account holders phone number. Whatever this phone number is, it is not a telephone that I have ever possessed.

3. Regarding nsmchiefofstaff@gmail.com I did have access to this account at one time. When I try to access it now or do the recover password option, it tells me the account does not exist. I have never deleted this account and the recover phone number should be my own.

4. Regarding nsmregion11@gmail.com my efforts from the beginning to recover this account have been in vain. The recovery phone number has been an unknown number since day one.

5. Regarding my personal Twitter account, I do have access to it via my saved credentials on my cell phone, but I cannot produce login credentials any other way. The account has had little to no activity since it is creation date years ago. The recovery email is an old AOL account that I no longer have access to.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 6-29-20.

_____

Burt Colucci

Rule 30(b)(6) Representative for
Defendant National Socialist Movement