# EXHIBIT 3

**From:** Ken Kim
**Sent:** Friday, October 16, 2020 6:33 PM
**To:** Barbara Bibas; Acacia Dietz
**Cc:** ESQ Edward ReBrook; iDS_SINKS-02678
**Subject:** Re: Sines v Kessler - Discovery

You're very welcome, Acacia! Let us know if you should have any other questions.

Kenneth Kim
Consultant, Discovery Services
iDiscovery Solutions
Mobile: 267.847.4876

Sent from a mobile device. Please excuse brevity and typos.

**From:** Acacia Dietz <acacia.dietz@outlook.com>
**Sent:** Friday, October 16, 2020 6:30:33 PM
**To:** Ken Kim <kkim@idsinc.com>; Barbara Bibas <bbibas@idsinc.com>
**Cc:** ESQ Edward ReBrook <rebrooklaw@gmail.com>; iDS_SINKS-02678 <ids_sinks-02678@idsinc.com>
**Subject:** RE: Sines v Kessler - Discovery

**[EXTERNAL SENDER]**

Thank you for the clarifications Ken. I appreciate your communication and patience during this process.

Thank you,

ACACIA DIETZ
Legal Assistant
THE REBROOK LAW OFFICE
Phone: 586.696.0385
Email: acacia.dietz@outlook.com

This e-mail message, including all attachments, contains confidential information protected by the attorney-client privilege and/or the attorney work-product doctrine. It is intended solely for the use of the addressee. If you have received this message in error, please notify the sender immediately by telephone (586.696.0385) or by electronic mail (acacia.dietz@outlook.com) and delete this message and all copies and backups thereof. Thank you.

**From:** Ken Kim
**Sent:** Friday, October 16, 2020 6:29 PM
**To:** Acacia Dietz; Barbara Bibas
**Cc:** ESQ Edward ReBrook; iDS_SINKS-02678
**Subject:** RE: Sines v Kessler - Discovery

Hi Acacia:

Please see my responses in red below.

Regards,
Ken

Kenneth Kim
Consultant, Discovery Services
**iDiscovery Solutions**
Mobile: 267.847.4876



*iDS is a proud Chambers and Partners* **Band 2** *Ranked eDiscovery provider!*
https://www.chambersandpartners.com/12788/2817/editorial/58/1#22770855_editorial

**From:** Acacia Dietz <acacia.dietz@outlook.com>
**Sent:** Friday, October 16, 2020 6:25 PM
**To:** Ken Kim <kkim@idsinc.com>; Barbara Bibas <bbibas@idsinc.com>
**Cc:** ESQ Edward ReBrook <rebrooklaw@gmail.com>; iDS_SINKS-02678 <ids_sinks-02678@idsinc.com>
**Subject:** RE: Sines v Kessler - Discovery

[EXTERNAL SENDER]

Ken –

Thank you – Just for verification, the "A0107 – A0133 (various emails recently collected – highlighted above in green) - produced on or about 8/26/2020 as production volume NSM003" – this was produced to the Plaintiff's for their review on or about 8-26-2020 – is this correct? This is correct

As for the items that iDS is unable to proceed on, I am looking into it, however, as of today we do not have any updated information to provide for those. Understood

Is there any update as to the forensic search of Mr. Colucci's devices? We are still performing 2nd level forensics investigation – we will provide you with report once completed.

Thank you

ACACIA DIETZ
Legal Assistant
THE REBROOK LAW OFFICE
Phone: 586.696.0385
Email: acacia.dietz@outlook.com

This e-mail message, including all attachments, contains confidential information protected by the attorney-client privilege and/or the attorney work-product doctrine. It is intended solely for the use of the addressee. If you have received this message in error, please notify the sender immediately by telephone (586.696.0385) or by electronic mail (acacia.dietz@outlook.com) and delete this message and all copies and backups thereof. Thank you.

**From:** Ken Kim
**Sent:** Friday, October 16, 2020 8:03 AM
**To:** Acacia Dietz; Barbara Bibas
**Cc:** ESQ Edward ReBrook; iDS_SINKS-02678
**Subject:** RE: Sines v Kessler - Discovery

Hi Acacia:

Please find below excerpt for the NSM collections from the recent status report that was sent out this week:

| iDS EID | Defendant | Requested Device/Account | Account User Name if Multiple | Date Device/Account Made Available | Collection Status | iDS |
|---|---|---|---|---|---|---|
| A0054 | National Socialist Movement | Bitchute | nsm88media2@protonmail.com | 4/30/2019 | Collection Completed | Documents F |
| TBD | National Socialist Movement | BlogTalkRadio Podcast Service | 213-943-3765 | 7/7/2020 | iDS Cannot Proceed Further | iDS Cannot P Further Credentials r |
| TBD | National Socialist Movement | BlogTalkRadio Podcast Service | 516-453-6058 | 7/7/2020 | iDS Cannot Proceed Further | iDS Cannot P Further - Pas incorrect |
| A0107 | National Socialist Movement | Email | nsm88atlanta@gmail.com | 10/18/2019 | Collection Completed | Documents F |
| A0108 | National Socialist Movement | Email | nsm88bama@gmail.com | 10/18/2019 | Collection Completed | Documents F |
| A0109 | National Socialist Movement | Email | nsm88cinci@gmail.com | 10/18/2019 | Collection Completed | Documents F |
| A0110 | National Socialist Movement | Email | nsm88connecticut@gmail.com | 10/18/2019 | Collection Completed | Documents F |
| A0111 | National Socialist Movement | Email | nsm88detroit@gmail.com | 10/18/2019 | Collection Completed | Documents F |
| A0112 | National Socialist Movement | Email | nsm88kansas@gmail.com | 10/18/2019 | Collection Completed | Documents F |
| A0113 | National Socialist Movement | Email | nsm88michigan@gmail.com | 10/18/2019 | Collection Completed | Documents F |

| | | | | | | |
|---|---|---|---|---|---|---|
| A0114 | National Socialist Movement | Email | nsm88monroe@gmail.com | 10/18/2019 | Collection Completed | Documents P |
| A0115 | National Socialist Movement | Email | nsm88ny@gmail.com | 10/18/2019 | Collection Completed | Documents P |
| A0116 | National Socialist Movement | Email | nsm88r5@gmail.com | 10/18/2019 | Collection Completed | Documents P |
| A0117 | National Socialist Movement | Email | nsm88southflorida@gmail.com | 10/18/2019 | Collection Completed | No documen search terms |
| A0118 | National Socialist Movement | Email | nsm88toledo@gmail.com | 10/18/2019 | Collection Completed | No documen search terms |
| A0119 | National Socialist Movement | Email | nsmalabama88@gmail.com | 10/18/2019 | Collection Completed | No documen search terms |
| A0120 | National Socialist Movement | Email | nsmarkansas@gmail.com | 10/18/2019 | Collection Completed | No documen search terms |
| A0121 | National Socialist Movement | Email | nsmfresno@gmail.com | 10/18/2019 | Collection Completed | No documen search terms |
| A0122 | National Socialist Movement | Email | nsmmaryland@gmail.com | 10/18/2019 | Collection Completed | No documen search terms |
| A0123 | National Socialist Movement | Email | nsmmsst88@gmail.com | 10/18/2019 | Collection Completed | Documents P |
| A0124 | National Socialist Movement | Email | nsmnc88@gmail.com | 10/18/2019 | Collection Completed | Documents P |
| A0125 | National Socialist Movement | Email | nsmpor@gmail.com | 10/18/2019 | Collection Completed | Documents P |
| A0126 | National Socialist Movement | Email | nsmregion4hq@gmail.com | 7/7/2020 | Collection Completed | Documents P |
| A0127 | National Socialist Movement | Email | nsmvermont@gmail.com | 10/18/2019 | Collection Completed | Documents P |
| A0128 | National Socialist Movement | Email | nsmwestvirginia@gmail.com | 10/18/2019 | Collection Completed | Documents P |

| ID | Organization | Type | Address | Date | Status | Documents |
|---|---|---|---|---|---|---|
| A0129 | National Socialist Movement | Email | r3nsm88@gmail.com | 10/18/2019 | Collection Completed | Documents P |
| TBD | National Socialist Movement | Email | chiefofstaff@nsm88.org | 7/7/2020 | iDS Cannot Proceed Further | iDS Cannot P Further  Credentials r |
| TBD | National Socialist Movement | Email | commander@nsm88.org | 7/7/2020 | iDS Cannot Proceed Further | iDS Cannot P Further  Password no Defendant st account is In |
| TBD | National Socialist Movement | Email | commanderburt@nsm88.org | 7/7/2020 | iDS Cannot Proceed Further | iDS Cannot P Further - Pas incorrect |
| TBD | National Socialist Movement | Email | Minnesota@gmail.com | 10/18/2019 | iDS Cannot Proceed Further | iDS Cannot P Further - Pas incorrect |
| TBD | National Socialist Movement | Email | nsm88ky@gmail.com | 7/7/2020 | iDS Cannot Proceed Further | iDS Cannot P Further  Password no Defendant st account is Inactive/Unk |
| TBD | National Socialist Movement | Email | nsm88utah@gmail.com | 10/18/2019 | iDS Cannot Proceed Further | iDS Cannot P Further - Pas incorrect |
| TBD | National Socialist Movement | Email | nsm88utah@gmail.com | 10/18/2019 | iDS Cannot Proceed Further | iDS Cannot P Further - Pas incorrect |
| TBD | National Socialist Movement | Email | nsm88wyoming@gmail.com | 10/18/2019 | Collection pending - must bypass 2FA | iDS Cannot P Further - Pas correct but 2 bypassed.  A made on 08/ Defendant.  collect again |
| TBD | National Socialist Movement | Email | nsmambassador@gmail.com | 7/7/2020 | iDS Cannot Proceed Further | iDS Cannot P Further - Pas incorrect |
| TBD | National Socialist Movement | Email | nsmchiefofstagg@gmail.com | 7/7/2020 | iDS Cannot Proceed Further | iDS Cannot P Further  Password no Defendant st account is Inactive/Unk |

| | | | | | | |
|---|---|---|---|---|---|---|
| TBD | National Socialist Movement | Email | nsmcolumbus.oh@gmail.com | 10/18/2019 | iDS Cannot Proceed Further | iDS Cannot P Further - Goo recognize thi address. |
| TBD | National Socialist Movement | Email | nsmflorida@gmail.com | 10/18/2019 | iDS Cannot Proceed Further | iDS Cannot P Further - Pas incorrect |
| TBD | National Socialist Movement | Email | nsmorlando88@gmail.com | 10/18/2019 | iDS Cannot Proceed Further | iDS Cannot P Further - Goo recognize thi address. |
| TBD | National Socialist Movement | Email | nsmregion11@gmail.com | 7/7/2020 | iDS Cannot Proceed Further | iDS Cannot P Further Password no Defendant st account is Inactive/Unk |
| TBD | National Socialist Movement | Email | nsmregion9hq@gmail.com | 10/18/2019 | iDS Cannot Proceed Further | iDS Cannot P Further - Pas incorrect |
| TBD | National Socialist Movement | Email | nsmssdivision@gmail.com | 7/7/2020 | iDS Cannot Proceed Further | iDS Cannot P Further - Pas incorrect |
| TBD | National Socialist Movement | Facebook | | 7/7/2020 | iDS Cannot Proceed Further | iDS Cannot P Further Credentials Defendant st account is In |
| TBD | National Socialist Movement | Hotline Service | 651-659-6307 | 7/7/2020 | iDS Cannot Proceed Further | iDS Cannot P Further - hot something th collected by consultant |
| A0105 | National Socialist Movement | Laptop | Colucci Aspire 3 Model N17Q2 | 7/7/2020 | Collection Completed | Documents |
| A0104 | National Socialist Movement | Mobile Device | Colucci iPhone 11 Pro Max | 7/7/2020 | Collection Completed | No reviewab available fro data. |
| TBD | National Socialist Movement | Mobile Device | Colucci iPhone XS Max | 7/7/2020 | iDS Cannot Proceed Further | iDS Cannot P Further Custodian st was returne prior to the f Court Order |

| | | | | | | |
|---|---|---|---|---|---|---|
| TBD | National Socialist Movement | Newsletter Service | Benchmark | 7/7/2020 | iDS Cannot Proceed Further | iDS Cannot P Further - Pas work |
| TBD | National Socialist Movement | Newsletter Service | Constant Contact | 7/7/2020 | iDS Cannot Proceed Further | iDS Cannot P Further Credentials r Defendant st account is In |
| TBD | National Socialist Movement | Twitter | NSM88 | 7/7/2020 | iDS Cannot Proceed Further | iDS Cannot P Further Password no Defendant st never had ac |
| TBD | National Socialist Movement | Twitter | @ColucciBurt | 7/7/2020 | iDS Cannot Proceed Further | iDS Cannot P Further Credentials r Custodian pr iDS should al access Twitte signing in usi device. iDS w in but based accesed on t device the T appears to b not been cor up. Hence, th for iDS to col |
| TBD | National Socialist Movement | VKontakte (VK) | 300604375 | 7/7/2020 | iDS Cannot Proceed Further | iDS Cannot P Further Password no Defendant st account is In |
| TBD | National Socialist Movement | VKontakte (VK) | Burt Colucci | 7/7/2020 | iDS Cannot Proceed Further | iDS Cannot P Further Password no Defendant st account is In |
| TBD | National Socialist Movement | Website | www.nsm88.org | 7/7/2020 | Publicly available information was captured previously. | Documents F iDS EID A007 Defendant J. Defendant B he never had website. |
| TBD | National Socialist Movement | Yahoo Groups Newsletter Service | nsmworld@yahoogroups.com | 7/7/2020 | iDS Cannot Proceed Further | iDS Cannot P Further Password no |

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | | | Defendant st account is In |
| TBD | National Socialist Movement | YouTube | NSM Media | 7/7/2020 | iDS Cannot Proceed Further | iDS Cannot P Further Password no Defendant st never had ac |

You are correct in stating that everything that has been collected by iDS was subsequently produced and released to Plaintiffs as follows:

A0054 (Bitchute) – produced on or about 4/22/2020 as production volume NSM001
A0105 (Colucci Aspire 3 Model N17Q2) - produced on or about 7/14/2020 as production volume NSM002
A0107 – A0133 (various emails recently collected – highlighted above in green) - produced on or about 8/26/2020 as production volume NSM003

However, as you can see from the above status report excerpt, there are many social media and email accounts that iDS has not able to access for the various reasons provided.

Let us know if you have any questions.

Regards,
Ken

Kenneth Kim
Consultant, Discovery Services
iDiscovery Solutions
Mobile: 267.847.4876

 

*iDS is a proud Chambers and Partners **Band 2** Ranked eDiscovery provider!*
https://www.chambersandpartners.com/12788/2817/editorial/58/1#22770855_editorial

**From:** Acacia Dietz <acacia.dietz@outlook.com>
**Sent:** Friday, October 16, 2020 2:08 AM
**To:** Ken Kim <kkim@idsinc.com>; Barbara Bibas <bbibas@idsinc.com>
**Cc:** ESQ Edward ReBrook <rebrooklaw@gmail.com>
**Subject:** Sines v Kessler - Discovery

**[EXTERNAL SENDER]**
Ken & Barbara –

The Plaintiffs have stated in a new motion to the court that they are "unable to access the social media and email accounts that NSM has disclosed"  -

To my knowledge, everything that has been collected by iDS is available to the Plaintiffs for their review, correct? If so, can you please give me the date that these were made available to the Plaintiffs for their review?

Thank you,

ACACIA DIETZ
Legal Assistant
THE REBROOK LAW OFFICE
Phone: 586.696.0385
Email: acacia.dietz@outlook.com

This e-mail message, including all attachments, contains confidential information protected by the attorney-client privilege and/or the attorney work-product doctrine. It is intended solely for the use of the addressee. If you have received this message in error, please notify the sender immediately by telephone (586.696.0385) or by electronic mail (acacia.dietz@outlook.com) and delete this message and all copies and backups thereof. Thank you.

INFORMATION CLASSIFICATION NOTICE: This electronic communication (including any attachments) is intended to be viewed only by the individual(s) to whom it is addressed. It may contain information that is privileged, proprietary, confidential and/or protected from disclosure by applicable law. Any disclosure, dissemination, distribution, copying, exporting or other use of this communication or any attached document(s) other than for the purpose intended by the sender is strictly prohibited without prior written permission from the sender. If you have received this communication in error, please notify the sender immediately by reply e-mail and promptly destroy all electronic and printed copies of this communication and any attached documents.

INFORMATION CLASSIFICATION NOTICE: This electronic communication (including any attachments) is intended to be viewed only by the individual(s) to whom it is addressed. It may contain information that is privileged, proprietary, confidential and/or protected from disclosure by applicable law. Any disclosure, dissemination, distribution, copying, exporting or other use of this communication or any attached document(s) other than for the purpose intended by the sender is strictly prohibited without prior written permission from the sender. If you have received this communication in error, please notify the sender immediately by reply e-mail and promptly destroy all electronic and printed copies of this communication and any attached documents.

INFORMATION CLASSIFICATION NOTICE: This electronic communication (including any attachments) is intended to be viewed only by the individual(s) to whom it is addressed. It may contain information that is privileged, proprietary, confidential and/or protected from disclosure by applicable law. Any disclosure, dissemination, distribution, copying, exporting or other use of this communication or any attached document(s) other than for the purpose intended by the sender is strictly prohibited without prior written permission from the sender. If you have received this communication in error, please notify the sender immediately by reply e-mail and promptly destroy all electronic and printed copies of this communication and any attached documents.