# EXHIBIT 7

**From:** Ken Kim
**Sent:** Tuesday, October 13, 2020 7:06 PM
**To:** Christopher Greene; Michael Bloch; Alex Conlon; Gabrielle E. Tenzer; John DiNucci; Bryan Jones; Edward ReBrook, ESQ; James Kolenich; Matthew Heimbach; Dillon_Hopper@protonmail.com; eli.f.mosley@gmail.com; Christopher Cantwell; azzmador@gmail.com; Yotam Barkai; Richard Spencer; Acacia Dietz
**Cc:** iDS_SINKS-02678
**Subject:** Sines v. Kessler: iDS Project Status Report (10.13.2020)

Hello Everyone:

Please find attached the project status report with currently updated information. The updates are reflected in the highlighted sections (mint green highlighting). As always, please take a look at your respective sections in the report and let us know if you have any questions.

Regards,
Ken

**Kenneth Kim**
Consultant, Discovery Services
**iDiscovery Solutions**
3000 K Street NW, Suite 330
Washington, DC 20007
Mobile: 267.847.4876



*iDS is a proud Chambers and Partners* **Band 2** *Ranked eDiscovery provider!*
https://www.chambersandpartners.com/12788/2817/editorial/58/1#22770855_editorial

INFORMATION CLASSIFICATION NOTICE: This electronic communication (including any attachments) is intended to be viewed only by the individual(s) to whom it is addressed. It may contain information that is privileged, proprietary, confidential and/or protected from disclosure by applicable law. Any disclosure, dissemination, distribution, copying, exporting or other use of this communication or any attached document(s) other than for the purpose intended by the sender is strictly prohibited without prior written permission from the sender. If you have received this communication in error, please notify the sender immediately by reply e-mail and promptly destroy all electronic and printed copies of this communication and any attached documents.


**iDS**
IDiscovery Solutions

Date Sent: Last Updated: 10/12/2020

| IDS EID | Defendant | Requested Device/Account | Account User Name if Multiple | Date Device/Account Made Available | Collection Status | IDS Status | Date Collected | File Count | Search Term Hits including Family | Collection Size (GB) | Date Range |
|---|---|---|---|---|---|---|---|---|---|---|---|
| A0023 | Cantwell_Chris | Cell phone | | 3/6/2019 | Collection Completed - no documents hit upon the search terms | IDS Has Completed Collection - no documents hit upon the search terms | 3/8/2019 | 11 | - | 0.00 | 02/11/2005 -10/24/2018 |
| A0006 | Cantwell_Chris | Discord | Charlottesville2.0 server | 2/25/2019 | Collection Completed | Ready for counsel's review | 11/18/2019 | 57 | 34 | 0.00 | 06/19/2017 - 03/26/2018 |
| A0001 | Cantwell_Chris | Email | christopher.cantwell@gmail.com | 2/25/2019 | Collection Completed | Additional Documents Produced_20200413 | 3/1/2019 | 363,606 | 103,740 | 20.24 | 1/1/2000 - 3/2/2019 |
| TBD | Cantwell_Chris | Facebook | voteforcantwell | 2/25/2019 | IDS Cannot Proceed Further - No Account Found | IDS Cannot Proceed Further - Account does not exist | TBD | | | | |
| A0005 | Cantwell_Chris | Gab.ai | Cantwell | 2/25/2019 | IDS attempted to login and was unable to. IDS made most recent attempt to access on 11/18/2019. | IDS Cannot Proceed Further - Received an error that the credentials provided do not match. Counsel should consider contacting the platform. | NA | | | | |
| A0076 | Cantwell_Chris | ustream | Renegade631 | 2/25/2019 | Account unavailable; Defendant cannot access due to change in interface. IDS also tried to access account and was unable to. IDS made most recent attempt to access on 11/18/2019. | IDS Cannot Proceed Further - Invalid email address or password. Counsel should consider contacting the platform. | NA | | | | |
| A0069 | Cantwell_Chris | Website | christophercantwell.com | 4/23/2019 | Collection Completed | Defendant stated that website will be imaged and sent to IDS. IDS has not received the image. IDS has completed alternative collection method. Data sets contains video link. IDS is determining optimal method for staging and subsequent review. | 11/8/2019 | | | | |
| A0070 | Cantwell_Chris | Website | radicalagenda.com | 4/23/2019 | Collection in Progress | Defendant stated that website will be imaged and sent to IDS. IDS has not received the image. IDS has begun collecting using alternative collection methods. | TBD | | | | |
| TBD | Cantwell_Chris | Youtube | christopher.cantwell@gmail.com | 2/25/2019 | IDS Cannot Proceed Further | IDS is unable to collect with provided credentials | TBD | | | | |
| A0016 | Damigo_Nathan | Cell phone | | 3/4/2019 | Collection Completed | Additional Documents Produced_20200413 | 3/5/2019 | 21,668 | 15,890 | 0.68 | 04/29/2017 - 03/04/2019 |
| TBD | Damigo_Nathan | Discord | Fashy Haircut or Nathan Damigo | | Account Reported Disabled; Defendant does not remember credentials | IDS Cannot Proceed Further - Defense counsel coordinating with the platform. | | | | | |
| A0002 | Damigo_Nathan | Email | nathan.dimaigo.nyf@gmail.com | 2/25/2019 | Collection Completed | Additional Documents Produced_20200413 | 3/5/2019 | 43,801 | 20,803 | 6.14 | 11/30/2014 - 03/14/2019 |
| TBD | Damigo_Nathan | Facebook | Nathan Damigo | NA | Account Reported Disabled; Defendant does not remember credentials | IDS Cannot Proceed Further - Defense counsel coordinating with the platform. | | | | | |
| A0015 | Damigo_Nathan | Laptop | | 3/5/2019 | Collection Completed | Additional Documents Produced_20200413 | 3/7/2019 | 34,782 | 7,462 | 2.27 | 04/15/1999 - 02/28/2019 |
| TBD | Damigo_Nathan | Skype | skatenate@pacbell.net | 12/2/2019 | IDS Cannot Proceed Further - Password does not work. | IDS is unable to collect with provided credentials | | | | | |
| S0002 | Damigo_Nathan | Twitter | @NathanDamigo | 3/12/2019 | Collection completed | Documents Produced | | 10,500 | 4,014 | 0.80 | N/A |
| S0003 | Damigo_Nathan | Slack | | 11/15/2019 | Collection provided to IDS by Defendant | | | 8 | 7 | 0.00 | 08/15/2017 - 08/29/2017 |
| S0004 | Damigo_Nathan | Email | Nathan.damigo@identityevropa.com | 11/15/2019 | Collection Completed - Collection provided to IDS by Defendant (Defense counsel coordinated with the email hosting platform https://www.bluehost.com/) | Ready for counsel's review | | 52 | 52 | 0.01 | 09/24/2006 - 09/30/2016 |
| S0005 | Damigo_Nathan | YouTube | Nathan Damigo | 11/15/2019 | Collection provided to IDS by Defendant | Collection did not contain any videos | | | | | |
| A0060 | Heimbach_Matthew | Cell phone | Android | 7/10/2019 | Collection Completed | IDS Cannot Proceed Further / IDS attempted to collect. Collection set contains no data. | 8/8/2019 | | | | |
| A0062 | Heimbach_Matthew | Email | Matthew Heimbach | 7/10/2019 | Account Reported Deleted; Password Not Provided | IDS Cannot Proceed Further - No Account Found | | | | | |
| TBD | Heimbach_Matthew | Gab.ai | Matthew_W_Heimbach | 7/10/2019 | Defendant notified that all account data has been lost | IDS Cannot Proceed Further - Email Account & Password Not Provided | | | | | |
| A0061 | Heimbach_Matthew | Gmail | Matthew.W.Heimbach | 7/10/2019 | Collection Completed | Documents Produced | 8/15/2019 | 25,115 | 10,189 | 3.10 | 04/30/2013 - 07/26/2019 |
| A0090 | Heimbach_Matthew | Google Hangouts | Matthew.W.Heimbach@gmail.com | 2/18/2020 | Collection Completed | Documents Produced | 2/27/2020 | 12 | 5 | 0.00 | N/A |
| A0089 | Heimbach_Matthew | GoogleDrive | | 2/18/2020 | Collection Completed | Documents Produced | 2/27/2020 | 555 | 440 | 1.19 | 06/15/2013 - 03/14/2015 |
| A0098 | Heimbach_Matthew | GoogleDrive Supplemental collection | | 4/13/2020 | Collection Completed | Documents Produced | 4/20/2020 | 158 | 122 | 0.25 | 3/14/2012 - 04/13/2020 |
| TBD | Heimbach_Matthew | Internet Ticket System | Matthew Heimbach (illegible) | 7/10/2019 | Defendant does not remember credentials | IDS Cannot Proceed Further - Email Account & Password Not Provided | | | | | |
| A0097 | Heimbach_Matthew | Signal account | Associated phone number | 7/10/2019 | Collection Completed | Documents Produced | 3/5/2020 | 715 | 202 | 1.99 | N/A |
| A0096 | Heimbach_Matthew | Skype | Traditionalist.Youth | 7/10/2019 | Collection Completed | Documents Produced | 3/5/2020 | 16 | 9 | 1.42 | N/A |
| A0101 | Heimbach_Matthew | Twitter | Matthew Heimbach | 7/10/2019 | Collection Completed | Documents Produced | Collected by Platform | 3,032 | 2,995 | 0.19 | 7/28/2015 - 1/3/2017 |
| A0091 | Heimbach_Matthew | YouTube | Matthew.W.Heimbach@gmail.com | 2/18/2020 | Collection Completed | Collection ready for Counsel's review | 2/27/2020 | 10 | 10 | 31.50 | N/A |
| A0027 | Hill_Michael | Cell phone | | 3/12/2019 | Collection Completed | Documents Produced | 3/12/2019 | 7,384 | 762 | 0.06 | 1/27/2016 - 3/12/2019 |
| A0026 | Hill_Michael | Computer | | 3/5/2019 | Collection Completed | Documents Produced | 3/11/2019 | 7,055 | 1,508 | 0.30 | 10/11/1999 - 3/1/2019 |
| TBD | Hill_Michael | Discord | jmichhill@cs.com | | Collection on Hold - awaiting data from Platform | IDS Cannot proceed Further. Data has also been requested via browser interface. IDS has notified defense counsel, who will instruct the user to monitor email from a message from Discord. The user should send that message to IDS immediately upon receipt. | | | | | |
| TBD | Hill_Michael | Discord | Michael Hill | | IDS Cannot Proceed Further | IDS Cannot Proceed Further - Duplicate Account (Confirmed by Defendant) | | | | | |
| A0092 | Hill_Michael | Email | LSPres@protonmail.com | 5/20/2019 | Collection Completed | Documents Produced | 3/4/2020 | 3,740 | 3,195 | 0.62 | 02/26/2017 - 02/18/2020 |
| A0003 | Hill_Michael | Email | jmichhill@cs.com | 2/23/2019 | Collection Completed | Documents Produced | 2/27/2019 | 33,673 | 20,671 | 3.76 | 1/2/2010 - 2/27/2019 |
| A0093 | Hill_Michael | Email | jmichhill@cs.com_2nd Collection | 3/11/2020 | Collection Completed | Documents Produced | 3/11/2020 | 26,962 | 5,706 | 3.08 | 01/01/2016 - 03/11/2020 |
| TBD | Hill_Michael | Facebook | League of the South | | Collection on Hold - awaiting data from Platform | Defendant must seek data through platform for this Facebook account. Defendant Counsel informed IDS they have requested archive from platform. | TBD | | | | |
| TBD | Hill_Michael | Facebook | Michael Hill | | Collection on Hold - awaiting data from Platform | Defendant must seek data through platform for this Facebook account. Defendant Counsel informed IDS they have requested archive from platform. | TBD | | | | |
| TBD | Hill_Michael | Facebook | Michael Hill ID: 100002789045135 | 3/28/2019 | Collection on Hold - awaiting data from Platform | Defendant must seek data through platform for this Facebook account. Defendant Counsel informed IDS they have requested archive from platform. | TBD | | | | |
| TBD | Hill_Michael | Facebook | Michael.hill.501 (ID 646513035432192) | | Collection on Hold - awaiting data from Platform | Defendant must seek data through platform for this Facebook account. Defendant Counsel informed IDS they have requested archive from platform. | TBD | | | | |
| TBD | Hill_Michael | Gab | hill.michael6@gmail.com | | Collection on Hold - awaiting data from Platform | IDS Cannot Proceed Further. Data has also been requested via browser interface. IDS has notified defense counsel, who will instruct the user to monitor email from a message from Gab. The user should send that message to IDS immediately upon receipt. Per Defendant Counsel request on 07/23/20, IDS has made additional request data from Gab and Defendant will monitor for notification from platform | | | | | |
| TBD | Hill_Michael | Twitter | @Michael4Hill1 | 3/28/2019 | IDS Cannot Proceed Further | IDS Cannot Proceed Further - Duplicate Account (Confirmed by Defendant) | TBD | | | | |
| TBD | Hill_Michael | Twitter | @Michael4Hill1 | N/A | Collection on Hold - awaiting data from Platform | Defendant will need to seek data through platform for this Twitter account | TBD | | | | |
| TBD | Hill_Michael | Twitter | 51CeannCinnidh | 3/28/2019 | Collection on Hold - awaiting data from Platform | Defendant will need to seek data through platform for this Twitter account | TBD | | | | |
| TBD | Hill_Michael | Twitter | 7JRhodie | 3/28/2019 | Collection on Hold - awaiting data from Platform | Defendant will need to seek data through platform for this Twitter account | TBD | | | | |
| TBD | Hill_Michael | Twitter | BigChief1951 | 3/28/2019 | Collection on Hold - awaiting data from Platform | Defendant will need to seek data through platform for this Twitter account | TBD | | | | |
| TBD | Hill_Michael | Twitter | JamesHill120651 | 3/28/2019 | Collection on Hold - awaiting data from Platform | Defendant will need to seek data through platform for this Twitter account | TBD | | | | |
| TBD | Hill_Michael | Twitter | MickCollins1951 | 3/28/2019 | Collection on Hold - awaiting data from Platform | Defendant will need to seek data through platform for this Twitter account | TBD | | | | |
| A0045 | Hill_Michael | Vkontakte (VK) | Michael Hill ID: 388233418 | 3/28/2019 | Collection Completed | Documents Produced | 5/28/2019 | 601 | 283 | 0.00 | |
| A0084_M | Hopper_Dillon | Cell phone | Samsung Galaxy S9 | 1/23/2020 | Collection Completed | Documents Produced | 2/10/2020 | 5,533 | 2,923 | 0.19 | |
| NA | Hopper_Dillon | Cell phone | Samsung Galaxy S7 | 7/10/2019 | IDS attempted to collect and was unable | IDS Cannot Proceed Further - Phone appears to have been factory reset or there is some other issue. | NA | | | | |
| TBD | Hopper_Dillon | Discord | Dillon1488 | 8/21/2019 | Defendant has provided authorization to Discord for collection | Awaiting data | | | | | |
| TBD | Hopper_Dillon | Discord | White_Power Stroke | 8/21/2019 | Defendant has provided authorization to Discord for collection | Awaiting data | | | | | |
| TBD | Hopper_Dillon | Discord | White_Power Stroke (Dillon) | 8/21/2019 | Defendant has provided authorization to Discord for collection | Awaiting data | | | | | |

| Code | Custodian | Platform | Account | Date | Status | IDS Note | Date | Num1 | Num2 | Num3 | Date Range |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TBD | Hopper_Dillon | Discord | White-Power Stroke | 8/21/2019 | Defendant has provided authorization to Discord for collection | Awaiting data | | | | | |
| TBD | Hopper_Dillon | Discord | White-Power Stroke (Dillon) | 8/21/2019 | Defendant has provided authorization to Discord for collection | Awaiting data | | | | | |
| TBD | Hopper_Dillon | Discord | White-Power Stroke (Dillon) #6190 | 8/21/2019 | Defendant has provided authorization to Discord for collection | Awaiting data | | | | | |
| TBD | Hopper_Dillon | Gmail | AmericanFinance@gmail.com | 7/10/2019 | IDS Cannot Proceed Further | IDS Cannot Proceed Further - Password Not Provided | TBD | | | | |
| TBD | Hopper_Dillon | Proton email | VanAmAdmin@protonmail.com | 7/10/2019 | IDS Cannot Proceed Further | IDS Cannot Proceed Further - Password is incorrect | TBD | | | | |
| A0084 | Hopper_Dillon | Signal and Wire | Samsung Galaxy S9 | 1/23/2020 | Collection Completed | Documents Produced | 2/10/2020 | 123 | 24 | 0.05 | |
| A0087 | Hopper_Dillon | Telegram | Dillon_Hopper@protonmail.com | 1/28/2020 | Collection Completed | Documents Produced | 2/12/2020 | 1,068 | 139 | 0.15 | |
| NA | Hopper_Dillon | Twitter | @Americanvanguard | 8/21/2019 | Defendant has provided authorization to Twitter for collection | Awaiting data | | | | | |
| TBD | Hopper_Dillon | Twitter | @AmericaVanguard | 7/10/2019 | Defendant does not have the password | IDS Cannot Proceed Further - Account Suspended | TBD | | | | |
| TBD | Hopper_Dillon | Twitter | @TrueAmVanguard | 7/10/2019 | Defendant has provided authorization to Twitter for collection | Awaiting data | | | | | |
| TBD | Hopper_Dillon | Twitter | @VanAmOfficial | 7/10/2019 | Defendant has provided authorization to Twitter for collection | Awaiting data | | | | | |
| TBD | Hopper_Dillon | Twitter | AMERICANVANGUARDINDIANA@TUTAMAIL.COM Email account: @Vanguard_Indy @VANGUARDAM | 8/21/2019 | Defendant has provided authorization to Twitter for collection | Awaiting data | | | | | |
| A0062 | Hopper_Dillon | Website | VanguardAmerica.online | 7/10/2019 | Collection in Progress | Collection of publicly available data in progress. | TBD | | | | |
| A0072 | Hopper_Dillon | Website | BloodAndSoil.org | 7/10/2019 | Collection Completed | IDS has completed alternative collection method. IDS is determining optimal method for staging and subsequent review. | TBD | | | | |
| TBD | Identity_Evropa | BitChute | Identity_Evropa | 8/10/2020 | Supplemental ESI | IDS Has Not started Collection | | | | | |
| TBD | Identity_Evropa | Bitcoin | identityevropa@gmail.com | 8/10/2020 | Supplemental ESI | IDS Has Not started Collection | | | | | |
| TBD | Identity_Evropa | Discord | whitewolf663@yahoo.com | 4/23/2019 | Supplemental ESI; Password not provided | IDS Has Not Started Collection - The password to this account has been changed. 2FA may also be enabled. | TBD | | | | |
| A0131 | Identity_Evropa | Email | patcasey89@live.com | 8/10/2020 | Collection completed | Documents produced | 9/21/2020 | 17,090 | 3517 | 1.32 | 08/28/2012 - 09/20/2020 |
| TBD | Identity_Evropa | Email | patrickcasey@identityevropa.com | 8/10/2020 | Supplemental ESI | IDS Has Not started Collection | | | | | |
| TBD | Identity_Evropa | Email | pmcasey89@gmail.com | 8/10/2020 | Supplemental ESI | IDS Has Not started Collection | | | | | |
| A0132 | Identity_Evropa | Email | whitewolf663@yahoo.com | 8/10/2020 | Collection Completed | Documents produced | 9/21/2020 | 6,867 | 4977 | 0.28 | 10/22/2015 - 09/21/2020 |
| TBD | Identity_Evropa | Facebook | Unable to locate | | Account Reported Disabled; Username & Password Not Provided | IDS Cannot Proceed Further. Defense counsel coordinating with the platform. | TBD | | | | |
| TBD | Identity_Evropa | Gab.ai | @identityevropa | 3/1/2019 | Collection in Progress | IDS is has requested data via the platform interface. IDS has informed defense counsel of this request and is waiting to receive notification from defense counsel or the custodian. | TBD | | | | |
| TBD | Identity_Evropa | GoFundMe | Nathan Damigo nathan.damigo.nyf@gmail.com | 8/10/2020 | Supplemental ESI | IDS Has Not started Collection | | | | | |
| NA | Identity_Evropa | Instagram | evropaidentity | | No data to collect. | IDS Cannot Proceed Further - Profile exists but no data to collect. (New account, no posts, 6 followers) | NA | | | | |
| TBD | Identity_Evropa | PayPal | smoothaccountant@gmail.com | 8/10/2020 | Supplemental ESI | IDS Has Not started Collection | | | | | |
| TBD | Identity_Evropa | Periscope | Reinhard Wolff @whitewolfflorist Whitewolfgeist | 8/10/2020 | Supplemental ESI | IDS Has Not started Collection | | | | | |
| A0133 | Identity_Evropa | Skype | nyf.us | 8/10/2020 | Collection completed | Documents produced | 9/23/2020 | 1 | | 0.00 | N/A |
| NA | Identity_Evropa | Slack | Guardianie.slack.com | 4/23/2019 | Account Deleted. Confirmed by IDS. | IDS Cannot Proceed Further - Workspace has been deleted. Verified by IDS. | NA | | | | |
| TBD | Identity_Evropa | Slack | patcasey89@live.com | 8/10/2020 | Supplemental ESI | IDS Has Not started Collection | | | | | |
| TBD | Identity_Evropa | Square | neworgforourpeople@gmail.com | 8/10/2020 | Supplemental ESI | IDS Has Not started Collection | | | | | |
| TBD | Identity_Evropa | Telegram | Patrick Casey USA t.me/patrickcaseyusa | 8/10/2020 | Supplemental ESI | IDS Has Not started Collection | | | | | |
| TBD | Identity_Evropa | Telegram | https://t.me/IdentityEvropa | 2/28/2019 | IDS Cannot Proceed Further | IDS Cannot Proceed Further - Defense counsel coordinating with the platform. | TBD | | | | |
| A0102 | Identity_Evropa | Twitter | @identityevropa | 2/28/2019 | Collection Completed | Documents Produced | Collected by Platform | 2,744 | 731 | 0.05 | N/A |
| TBD | Identity_Evropa | Twitter | @OpEuroEd | 8/10/2020 | Supplemental ESI | IDS Has Not started Collection | | | | | |
| TBD | Identity_Evropa | Twitter | @whitewolfgeist | 8/10/2020 | Supplemental ESI | IDS Has Not started Collection | | | | | |
| TBD | Identity_Evropa | Twitter | @patrickcaseyusa | 8/10/2020 | Supplemental ESI | IDS Has Not started Collection | | | | | |
| TBD | Identity_Evropa | Twitter | @at4v1sm | 8/10/2020 | Supplemental ESI | IDS Has Not started Collection | | | | | |
| TBD | Identity_Evropa | YouTube | Patrick Casey Restoring Order pmcasey4208@gmail.com | 8/10/2020 | Supplemental ESI | IDS Has Not started Collection | | | | | |
| TBD | Identity_Evropa | YouTube | restoringorder1000@gmail.com | 8/10/2020 | Supplemental ESI | IDS Has Not started Collection | | | | | |
| TBD | Identity_Evropa | YouTube | Reinhard Wolff fraterw4208@gmail.com | 8/10/2020 | Supplemental ESI | IDS Has Not started Collection | | | | | |
| TBD | Identity_Evropa | YouTube | identityevropa@gmail.com | 4/23/2019 | Supplemental ESI; Password not provided | IDS Has Not Started Collection - The password to this account has been changed. 2FA may also be enabled. | TBD | | | | |
| S0001 | Kessler_Jason | Facebook | Jason Kessler | 11/26/2019 | Collection provided to IDS by Defendant | Documents Produced | 3/1/2019 | 10,864 | 934 | 2.80 | N/A |
| A0010 | Kessler_Jason | Cell phone | | 3/4/2019 | Collection completed | Additional Documents Produced_20200413 | 3/4/2019 | 48,948 | 28,313 | 6.50 | 12/18/2012 - 03/09/2019 |
| A0012 | Kessler_Jason | Desktop | Hard Drive 1 223GB | 3/4/2019 | Collection completed | Additional Documents Produced_20200413 | 3/4/2019 | 7,173 | 5,937 | 1.50 | 11/11/2010 - 8/23/2018 |
| A0013 | Kessler_Jason | Desktop | Hard Drive 2 931 GB | 3/4/2019 | Collection completed | Documents Produced | 3/4/2019 | 422 | 101 | 2.60 | 11/26/2000 - 6/23/2017 |
| NA | Kessler_Jason | Discord | @zeiko | 2/25/2019 | Collection not attempted. User confirmed only one Discord account. | IDS Cannot Proceed Further - Duplicate account entry. No data to collect. | | | | | |
| TBD | Kessler_Jason | Discord | @themaddimension @zeiko | 2/25/2019 | Collection in Progress | IDS Has Started Collection - Defense counsel will have custodian review email for the latest request notification. If found, that notification will be sent to IDS. If the data is no longer available, IDS will make a new request and notify defense counsel, who will instruct user to send that notification to IDS as soon as it is received. | TBD | | | | |
| A0084 | Kessler_Jason | Email | jason@unityandsecurity.org | 4/12/2019 | Account Reported to No Longer Exist in Webmail Database | IDS Cannot Proceed Further - Defense counsel coordinating with the platform. | | | | | |
| A0004 | Kessler_Jason | Email | themaddimension@gmail.com | 2/25/2019 | Collection Completed | Additional Documents Produced_20200413 | 3/7/2019 | 30,495 | 22,284 | 4.68 | 11/30/2015 - 3/7/2019 |
| A0077 | Kessler_Jason | Email | victormurphy@protonmail.com | 3/6/2019 | Collection Completed | Additional Documents Produced_20200413 | 12/9/2019 | 2,563 | 84 | 0.21 | 09/13/2018 - 12/09/2019 |
| A0099 | Kessler_Jason | Email | jekvertigo@gmail.com | 1/30/2020 | Collection Completed | Documents Produced | 4/17/2020 | 13,689 | 10,486 | 1.75 | 12/31/1999 - 04/16/2020 |
| A0100 | Kessler_Jason | Email | jek8d@virginia.edu | 1/30/2020 | Collection Completed | Documents Produced | 4/17/2020 | 17,680 | 9,788 | 1.36 | 12/31/1999 - 04/15/2020 |
| TBD | Kessler_Jason | Facebook | broadswordmcqueen | 2/19/2019 | Account Reported Disabled; Username & Password Not Provided | IDS Cannot Proceed Further - Defense counsel will provide data for 1 of the 2 Facebook Accounts as there is only 1 account to collect: ChedCheese or broadswordmcqueen. | TBD | | | | |
| TBD | Kessler_Jason | Facebook | ChedCheese | 2/19/2019 | Account Reported Disabled; Username & Password Not Provided | IDS Cannot Proceed Further - Defense counsel will provide data for 1 of the 2 Facebook Accounts as there is only 1 account to collect: ChedCheese or broadswordmcqueen. | TBD | | | | |
| TBD | Kessler_Jason | Facebook | jek8d@virginia.edu | 1/30/2020 | Account unavailable. IDS attempted to login and account was disabled. | IDS Cannot Proceed Further - IDS confirming download options | | | | | |
| TBD | Kessler_Jason | Gab | themaddimension | 4/12/2019 | Account unavailable. IDS attempted to login and was unable to. | IDS Cannot Proceed Further - Defense counsel coordinating with the platform. | | | | | |
| A0046 | Kessler_Jason | Google+ | themaddimension@gmail.com | 3/8/2019 | Collection Completed | IDS Has Completed Collection. IDS is determining optimal method for staging and subsequent review. | 6/14/2019 | | | | |
| TBD | Kessler_Jason | Instagram | Jason Kessler | | Account Reported Deleted; Email Account & Password Not Provided | IDS Cannot Proceed Further - Defense counsel coordinating with the platform. | | | | | |
| TBD | Kessler_Jason | Instagram | themaddimension | | Account Reported Deleted; Email Account & Password Not Provided | IDS Cannot Proceed Further - Defense counsel coordinating with the platform. | | | | | |
| A0011 | Kessler_Jason | Laptop | | 3/4/2019 | Collection Completed | Additional Documents Produced_20200413 | 3/4/2019 | 42,840 | 19,225 | 23.10 | 12/31/1999 - 03/25/2019 |
| TBD | Kessler_Jason | Reddit | Darksighed | 2/25/2019 | Account unavailable. IDS attempted to login and was unable to. | IDS Cannot Proceed Further - Defense counsel coordinating with the platform. | | | | | |
| TBD | Kessler_Jason | Reddit | Wahoo_Serious | 1/30/2020 | Pending Collection | Pending Collection | | | | | |
| TBD | Kessler_Jason | Reddit | wahooserious | 2/25/2019 | Account unavailable. IDS attempted to login and was unable to. | IDS Cannot Proceed Further - Defense counsel coordinating with the platform. | | | | | |
| A0047 | Kessler_Jason | Twitter | jek8d@virginia.edu | 3/6/2019 | Collection Completed | Documents Produced | 3/14/2019 | 8,709 | 6,706 | 9.20 | N/A |
| A0079 | Kessler_Jason | Twitter | themaddimension@gmail.com | 3/4/2019 | IDS attempted to login and was unable to | IDS Cannot Proceed Further - Defense counsel coordinating with the platform. | | | | | |
| TBD | Kessler_Jason | VKontakte (VK) | jekvertigo@gmail.com | 3/8/2019 | Collection Completed | Documents Produced | 12/5/2019 | 131 | 23 | 0.00 | 07/01/2014 - 11/27/2019 |
| A0030 | Kessler_Jason | Website | Jasonkessler.us | 2/25/2019 | Collection Completed | IDS Has Completed Collection. IDS is determining optimal method for staging and subsequent review. | TBD | | | | |
| A0038 | Kessler_Jason | Youtube | Jason Kessler | 2/25/2019 | Collection Completed | Ready for counsel's review | 3/27/2019 | 63 | 40 | 45.23 | N/A |
| TBD | Kline_Elliott | Broken PC | N/A | | IDS Cannot Proceed Further | IDS Cannot Proceed Further - no PC Provided | | | | | |
| A0080 | Kline_Elliott | Email | deplorableruth@gmail.com | 12/11/2019 | Collection Completed | Documents Produced | 1/6/2019 | 12,894 | 5,349 | 0.71 | 09/25/2016 - 01/03/2020 |
| A0081 | Kline_Elliott | Email | eli.f.mosley@gmail.com | 12/11/2019 | Collection Completed | Documents Produced | 1/6/2019 | 2,409 | 2,409 | 0.23 | 03/06/2017 - 01/03/2020 |
| A0082 | Kline_Elliott | Email | eli.r.kline@gmail.com.pst | 12/20/2019 | Collection Completed | Documents Produced | 1/6/2019 | 20,586 | 20,553 | 1.50 | 01/01/2015 - 01/03/2020 |
| TBD | Kline_Elliott | Email | Cvillereports@gmail.com | 2/10/2020 | IDS Cannot Proceed Further | IDS Cannot Proceed Further - Need to Address 2FA with Custodian | 2/10/2020 | | | | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TBD | Kline_Elliott | Facebook | Elliott Kline | | IDS Cannot Proceed Further - No credentials provided. | IDS Cannot Proceed Further - No credentials provided. | | | | | |
| TBD | Kline_Elliott | Gab.ai | @EliMosley | | IDS Cannot Proceed Further - No credentials provided. | IDS Cannot Proceed Further - No credentials provided. | | | | | |
| TBD | Kline_Elliott | iPhone 5 | N/A | | IDS Cannot Proceed Further - iPhone 4 was received. No iPhone 5 provided. | IDS Cannot Proceed Further - iPhone 4 was received. No iPhone 5 provided. | | | | | |
| A0066 | Kline_Elliott | Mobile Device | N/A | 9/5/2019 | Collection Completed | Documents Produced | 10/25/2019 | 105,990 | 17,866 | 3.50 | |
| TBD | Kline_Elliott | Twitter | @Eli_mosley_ | | IDS Cannot Proceed Further - No credentials provided. | IDS Cannot Proceed Further - No credentials provided. | | | | | |
| TBD | Kline_Elliott | Twitter | @EliMosley | | IDS Cannot Proceed Further - No credentials provided. | IDS Cannot Proceed Further - No credentials provided. | | | | | |
| TBD | Kline_Elliott | Twitter | @Elimosleyw | | IDS Cannot Proceed Further - No credentials provided. | IDS Cannot Proceed Further - No credentials provided. | | | | | |
| TBD | Kline_Elliott | Twitter | @EliMosleySBack | | IDS Cannot Proceed Further - No credentials provided. | IDS Cannot Proceed Further - No credentials provided. | | | | | |
| TBD | Kline_Elliott | Twitter | @EliMosleyOff | | IDS Cannot Proceed Further - No credentials provided. | IDS Cannot Proceed Further - No credentials provided. | | | | | |
| TBD | Kline_Elliott | Twitter | @NatlDmosley | | IDS Cannot Proceed Further - No credentials provided. | IDS Cannot Proceed Further - No credentials provided. | | | | | |
| TBD | Kline_Elliott | Twitter | @Eheil_shmosley | | IDS Cannot Proceed Further - No credentials provided. | IDS Cannot Proceed Further - No credentials provided. | | | | | |
| TBD | Kline_Elliott | Twitter | @thatelimosley | | IDS Cannot Proceed Further - No credentials provided. | IDS Cannot Proceed Further - No credentials provided. | | | | | |
| A0073 | League of the South | Blog | www.occidentaldissent.com | 7/25/2019 | Collection completed | Documents Produced | 9/21/2020 | 71,733 | 64,389 | 71.50 | |
| TBD | League of the South | Email | hunterwallace1984@gmail.com | | IDS Cannot Proceed Further | IDS Cannot Proceed Further - Password does not work. | | | | | |
| A0130 | League of the South | Email | lethalinjection@yahoo.com | 8/25/2020 | Collection Completed | Search term report provided to counsel on 08/27/2020 | 8/25/2020 | 83,052 | 60,647 | 2.60 | 02/06/2005 - 08/25/2020 |
| TBD | League of the South | Facebook | hunterwallace1984@gmail.com | 7/25/2019 | Collection on Hold - awaiting data from Platform | Defendant must seek data through platform for this Facebook account | | | | | |
| TBD | League of the South | Facebook | League of the South (ID: 189475291140911) | | Collection on Hold - awaiting data from Platform | Defendant must seek data through platform for this Facebook account | | | | | |
| TBD | League of the South | Facebook | League of the South (ID: 2890009748410018) | | Collection on Hold - awaiting data from Platform | Defendant must seek data through platform for this Facebook account | | | | | |
| TBD | League of the South | Facebook | lethalinjection@yahoo.com | 7/25/2019 | Collection on Hold - awaiting data from Platform | Defendant must seek data through platform for this Facebook account | | | | | |
| TBD | League of the South | Facebook | prozum1984@gmail.com | | IDS Cannot Proceed Further | Access attempted while on call with Counsel; Facebook no longer recognizes the email address for this account; 2FA would not allow IDS to proceed with collection. Defendant must seek data through platform for this Facebook account | | | | | |
| TBD | League of the South | Gab | prozum1984@gmail.com | 3/25/2020 | IDS Cannot Proceed Further | IDS Cannot Proceed Further. Data has also been requested via browser interface. IDS has notified defense counsel, who will instruct the user to monitor email from a message from Gab. The user should send that message to IDS immediately upon receipt. Per request by Defendant Counsel on 07/23/20, IDS has made additional request data from Gab and Defendant will monitor for notification from platform | | | | | |
| A0094 | League of the South | Gmail | prozum1984@gmail.com | 3/23/2020 | Collection completed | Documents Produced | 3/23/2020 | 190,643 | 105,591 | 10.96 | 12/31/1999 - 03/18/2020 |
| TBD | League of the South | Twitter | occdissent | 7/25/2019 | IDS Cannot Proceed Further | IDS Cannot Proceed Further - According to the interface, the account does not exist Defendant must seek data through platform for this Twitter account. Defendant Counsel informed to request data for occdissent from platform | | | | | |
| A0106 | League of the South | VKontakte (VK) | prozum1984@gmail.com | 3/25/2020 | Collection Completed | Ready for counsel's review | 8/10/2020 | 112 | 9 | 0.02 | N/A |
| TBD | League of the South | VKontakte (VK) | randall105@gmail.com | 3/25/2020 | Pending Collection | Pending Collection | | | | | |
| A0095 | League of the South | YouTube | prozum1984@gmail.com | 9/9/2020 | Collection Completed | IDS Has Completed Collection but Collection set contains no data | 3/23/2020 | | | | |
| N/A | League of the South | YouTube | www.youtube.com/user/prozum1984 | 7/25/2019 | IDS Cannot Proceed Further - User does not exist | IDS Cannot Proceed Further - User does not exist. | | | | | |
| A0054 | National Socialist Movement | Bitchute | nsm88media2@protonmail.com | 4/30/2019 | Collection Completed | Documents Produced | 4/10/2020 | 364 | 364 | 13.88 | N/A |
| TBD | National Socialist Movement | BlogTalkRadio Podcast Service | 213-943-3765 | 7/7/2020 | Collection Completed | Credentials not provided | | | | | |
| TBD | National Socialist Movement | BlogTalkRadio Podcast Service | 516-453-6058 | 7/7/2020 | IDS Cannot Proceed Further | IDS Cannot Proceed Further - Password incorrect | | | | | |
| A0107 | National Socialist Movement | Email | nsm88atlanta@gmail.com | 10/18/2019 | Collection Completed | Documents Produced | 8/10/2020 | 300 | 211 | 0.04 | 07/14/2016 - 08/10/2020 |
| A0108 | National Socialist Movement | Email | nsm88bama@gmail.com | 10/18/2019 | Collection Completed | Documents Produced | 8/10/2020 | 11 | 1 | 0.00 | 07/08/2016 - 08/10/2020 |
| A0109 | National Socialist Movement | Email | nsm88cinci@gmail.com | 10/18/2019 | Collection Completed | Documents Produced | 8/10/2020 | 18 | 7 | 0.00 | 03/14/2017 - 08/10/2020 |
| A0110 | National Socialist Movement | Email | nsm88connecticut@gmail.com | 10/18/2019 | Collection Completed | Documents Produced | 8/10/2020 | 14 | 3 | 0.00 | 02/27/2020 - 08/20/2020 |
| A0111 | National Socialist Movement | Email | nsm88detroit@gmail.com | 10/18/2019 | Collection Completed | Documents Produced | 8/10/2020 | 243 | 52 | 0.01 | 10/10/2017 - 08/10/2020 |
| A0112 | National Socialist Movement | Email | nsm88kansas@gmail.com | 10/18/2019 | Collection Completed | Documents Produced | 8/10/2020 | 69 | 9 | 0.01 | 6/9/2017 - 08/10/2020 |
| A0113 | National Socialist Movement | Email | nsm88michigan@gmail.com | 10/18/2019 | Collection Completed | Documents Produced | 8/10/2020 | 197 | 27 | 0.02 | 7/13/2015 - 08/10/2020 |
| A0114 | National Socialist Movement | Email | nsm88monroe@gmail.com | 10/18/2019 | Collection Completed | Documents Produced | 8/10/2020 | 55 | 1 | 0.00 | 2/17/2018 - 08/10/2020 |
| A0115 | National Socialist Movement | Email | nsm88ny@gmail.com | 10/18/2019 | Collection Completed | Documents Produced | 8/10/2020 | 19 | 10 | 0.00 | 7/7/2016 - 08/10/2020 |
| A0116 | National Socialist Movement | Email | nsm88r5@gmail.com | 10/18/2019 | Collection Completed | Documents Produced | 8/10/2020 | 898 | 522 | 0.05 | 12/31/1999 - 08/10/2020 |
| A0117 | National Socialist Movement | Email | nsm88southflorida@gmail.com | 10/18/2019 | Collection Completed | No documents hit on search terms | 8/10/2020 | 11 | - | 0.00 | 1/22/2018 - 08/10/2020 |
| A0118 | National Socialist Movement | Email | nsm88toledo@gmail.com | 10/18/2019 | Collection Completed | No documents hit on search terms | 8/10/2020 | 5 | - | 0.00 | 12/14/2018 - 08/10/2020 |
| A0119 | National Socialist Movement | Email | nsmalabama88@gmail.com | 10/18/2019 | Collection Completed | No documents hit on search terms | 8/10/2020 | 16 | - | 0.00 | 12/21/2013 - 08/10/2020 |
| A0120 | National Socialist Movement | Email | nsmarkansas@gmail.com | 10/18/2019 | Collection Completed | No documents hit on search terms | 8/10/2020 | 6 | - | 0.00 | 06/18/2019 - 08/10/2020 |
| A0121 | National Socialist Movement | Email | nsmfresno@gmail.com | 10/18/2019 | Collection Completed | No documents hit on search terms | 8/10/2020 | 9 | - | 0.00 | 10/14/2013 - 08/10/2020 |
| A0122 | National Socialist Movement | Email | nsmmaryland@gmail.com | 10/18/2019 | Collection Completed | No documents hit on search terms | 8/10/2020 | 8 | - | 0.00 | 11/09/2019 - 08/10/2020 |
| A0123 | National Socialist Movement | Email | nsmnsst88@gmail.com | 10/18/2019 | Collection Completed | Documents Produced | 8/10/2020 | 14 | 2 | 0.00 | 08/30/2016 - 08/10/2020 |
| A0124 | National Socialist Movement | Email | nsmnc88@gmail.com | 10/18/2019 | Collection Completed | Documents Produced | 8/10/2020 | 22 | 12 | 0.00 | 7/7/2016 - 08/10/2020 |
| A0125 | National Socialist Movement | Email | nsmpor@gmail.com | 10/18/2019 | Collection Completed | Documents Produced | 8/10/2020 | 98 | 2 | 0.01 | 01/04/2016 - 08/10/2020 |
| A0126 | National Socialist Movement | Email | nsmregion4hq@gmail.com | 7/7/2020 | Collection Completed | Documents Produced | 8/10/2020 | 1,174 | 797 | 0.18 | 12/31/1999 - 08/10/2020 |
| A0127 | National Socialist Movement | Email | nsmvermont@gmail.com | 10/18/2019 | Collection Completed | Documents Produced | 8/10/2020 | 18 | 2 | 0.00 | 02/03/2018 - 08/10/2020 |
| A0128 | National Socialist Movement | Email | nsmwestvirginia@gmail.com | 10/18/2019 | Collection Completed | Documents Produced | 8/10/2020 | 43 | 28 | 0.00 | 10/19/2017 - 08/10/2020 |
| A0129 | National Socialist Movement | Email | r3nsm88@gmail.com | 10/18/2019 | Collection Completed | Documents Produced | 8/10/2020 | 591 | 455 | 0.10 | 04/13/2017 - 08/10/2020 |
| TBD | National Socialist Movement | Email | chiefofstaff@nsm88.org | 7/7/2020 | IDS Cannot Proceed Further | Credentials not provided | | | | | |
| TBD | National Socialist Movement | Email | commander@nsm88.org | 7/7/2020 | IDS Cannot Proceed Further | Password not provided Defendant states the account is inactive | | | | | |
| TBD | National Socialist Movement | Email | commanderburt@nsm88.org | 7/7/2020 | IDS Cannot Proceed Further | IDS Cannot Proceed Further - Password incorrect | | | | | |
| TBD | National Socialist Movement | Email | Minnesota@gmail.com | 10/18/2019 | IDS Cannot Proceed Further | IDS Cannot Proceed Further - Password incorrect | | | | | |
| TBD | National Socialist Movement | Email | nsm88ny@gmail.com | 7/7/2020 | IDS Cannot Proceed Further | Password not provided Defendant states the account is Inactive/Unknown | | | | | |
| TBD | National Socialist Movement | Email | nsm88utah@gmail.com | 10/18/2019 | IDS Cannot Proceed Further | IDS Cannot Proceed Further - Password incorrect | | | | | |
| TBD | National Socialist Movement | Email | nsm88utah@gmail.com | 10/18/2019 | IDS Cannot Proceed Further | IDS Cannot Proceed Further - Password incorrect | | | | | |

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TBD | National Socialist Movement | Email | nsm88wyoming@gmail.com | 10/18/2019 | Collection pending - must bypass 2FA | IDS Cannot Proceed Further - Password is correct but 2FA must be bypassed.  Attempt was made on 08/10/2020 with Defendant.  Will attempt to collect again. | | | | | |
| TBD | National Socialist Movement | Email | nsmambassador@gmail.com | 7/7/2020 | IDS Cannot Proceed Further | IDS Cannot Proceed Further - Password incorrect | | | | | |
| TBD | National Socialist Movement | Email | nsmchiefofstagg@gmail.com | 7/7/2020 | IDS Cannot Proceed Further | IDS Cannot Proceed Further Password not provided Defendant states the account is inactive/Unknown | | | | | |
| TBD | National Socialist Movement | Email | nsmcolumbus.oh@gmail.com | 10/18/2019 | IDS Cannot Proceed Further | IDS Cannot Proceed Further - Google does not recognize this email address. | | | | | |
| TBD | National Socialist Movement | Email | nsmflorida@gmail.com | 10/18/2019 | IDS Cannot Proceed Further | IDS Cannot Proceed Further - Password incorrect | | | | | |
| TBD | National Socialist Movement | Email | nsmorlando88@gmail.com | 10/18/2019 | IDS Cannot Proceed Further | IDS Cannot Proceed Further - Google does not recognize this email address. | | | | | |
| TBD | National Socialist Movement | Email | nsmregion11@gmail.com | 7/7/2020 | IDS Cannot Proceed Further | IDS Cannot Proceed Further Password not provided Defendant states the account is inactive/Unknown | | | | | |
| TBD | National Socialist Movement | Email | nsmregion8hq@gmail.com | 10/18/2019 | IDS Cannot Proceed Further | IDS Cannot Proceed Further - Password incorrect | | | | | |
| TBD | National Socialist Movement | Email | nsmssdivision@gmail.com | 7/7/2020 | IDS Cannot Proceed Further | IDS Cannot Proceed Further - Password incorrect | | | | | |
| TBD | National Socialist Movement | Facebook | | 7/7/2020 | IDS Cannot Proceed Further | IDS Cannot Proceed Further Credentials not provided Defendant states the account is inactive | | | | | |
| TBD | National Socialist Movement | Hotline Service | 651-659-6307 | 7/7/2020 | IDS Cannot Proceed Further | IDS Cannot Proceed Further - hotline is not something that can be collected by forensics consultant | | | | | |
| A0105 | National Socialist Movement | Laptop | Colucci Aspire 3 Model N17/G2 | 7/7/2020 | Collection Completed | Documents Produced | 7/10/2020 | 935 | 935 | 74.90 | 03/05/2012 - 07/07/2020 |
| A0104 | National Socialist Movement | Mobile Device | Colucci iPhone 11 Pro Max | 7/7/2020 | Collection Completed | No reviewable documents available from collected data. | | | | | |
| TBD | National Socialist Movement | Mobile Device | Colucci iPhone XS Max | 7/7/2020 | IDS Cannot Proceed Further | IDS Cannot Proceed Further Custodian states the device was returned to carrier prior to the filing of the Court Order | | | | | |
| TBD | National Socialist Movement | Newsletter Service | Benchmark | 7/7/2020 | IDS Cannot Proceed Further | IDS Cannot Proceed Further - Password did not work | | | | | |
| TBD | National Socialist Movement | Newsletter Service | Constant Contact | 7/7/2020 | IDS Cannot Proceed Further | IDS Cannot Proceed Further Credentials not provided Defendant states the account is inactive | | | | | |
| TBD | National Socialist Movement | Twitter | NSM88 | 7/7/2020 | IDS Cannot Proceed Further | IDS Cannot Proceed Further Password not provided Defendant states he has never had access | | | | | |
| TBD | National Socialist Movement | Twitter | @ColucciBurt | 7/7/2020 | IDS Cannot Proceed Further | IDS Cannot Proceed Further Credentials not provided Custodian provided that IDS should alternatively access Twitter account by signing in using his mobile device. IDS was able to sign in but based on the items accessed on the mobile device the Twitter account appears to be new and has not been completely set up. Hence, there is no data for IDS to collect. | | | | | |
| TBD | National Socialist Movement | VKontakte (VK) | 300604375 | 7/7/2020 | IDS Cannot Proceed Further | IDS Cannot Proceed Further Password not provided Defendant states the account is inactive | | | | | |
| TBD | National Socialist Movement | VKontakte (VK) | Burt Colucci | 7/7/2020 | IDS Cannot Proceed Further | IDS Cannot Proceed Further Password not provided Defendant states the account is inactive | | | | | |
| TBD | National Socialist Movement | Website | www.nsm88.org | 7/7/2020 | Publicly available information was captured previously. | Documents Produced as IDS EID A0074 by Defendant J. Schoep Defendant B. Colucci states he never had access to the website. | | | | | |
| TBD | National Socialist Movement | Yahoo Groups Newsletter Service | nsmworld@yahoogroups.com | 7/7/2020 | IDS Cannot Proceed Further | IDS Cannot Proceed Further Password not provided Defendant states the account is inactive | | | | | |
| TBD | National Socialist Movement | YouTube | NSM Media | 7/7/2020 | IDS Cannot Proceed Further | IDS Cannot Proceed Further Password not provided Defendant states he has never had access | | | | | |
| A0032 | Parrott_Matthew | Cell phone | | 3/20/2019 | Collection Completed | Documents Produced | 3/21/2019 | 300 | 23 | 0.00 | 11/02/2017 - 03/15/2019 |
| TBD | Parrott_Matthew | Discord | parrott.matt@gmail.com | 2/25/2019 | IDS Cannot Proceed Further | IDS Cannot Proceed Further - Interface indicates that a new login location has been detected. User should check email and steps to authorize access and/or consult with IDS for next steps. | TBD | | | | |
| A0014 | Parrott_Matthew | Email | parrott.matt@gmail.com | 3/20/2019 | Collection Completed | Additional Documents Produced_20200413 | 3/20/2019 | 249,777 | 87,202 | 26.85 | 5/7/2005 - 3/21/2019 |
| A0004 | Parrott_Matthew | Facebook | draftdelph@gmail.com | 3/8/2019 | Collection Completed | Documents Produced | 7/1/2019 | 136 | 17 | 0.01 | 06/17/2018 - 3/21/2019 |
| TBD | Parrott_Matthew | Facebook | edruben1948@gmail.com | 4/23/2019 | Supplemental ESI; IDS Cannot Proceed Further | IDS Cannot Proceed Further - Defense counsel coordinating with the platform. | TBD | | | | |
| TBD | Parrott_Matthew | Facebook | parrott.matt@gmail.com | 4/23/2019 | Supplemental ESI; IDS Cannot Proceed Further | IDS Cannot Proceed Further - Defense counsel coordinating with the platform. | TBD | | | | |
| TBD | Parrott_Matthew | Gab | parrott.matt@gmail.com | 4/23/2019 | Supplemental ESI; IDS Cannot Proceed Further | IDS Cannot Proceed Further - 1 of the Gab accounts is an older account. The other entry is duplicate with no data to collect (@MattParrott). Defense cousel will provide available data for the older gab account. The other entry will be re-keyed as NA for not applicable. | TBD | | | | |
| A0009 | Parrott_Matthew | Gab.ai | @Parrott | 2/25/2019 | Collection Completed | Ready for counsel's review | 3/1/2019 | 3 | 3 | 0.04 | N/A |
| TBD | Parrott_Matthew | Gab.ai | @MattParrott | 2/25/2019 | IDS Cannot Proceed Further | IDS Cannot Proceed Further - 1 of the Gab accounts is an older account. The other entry is duplicate with no data to collect (parrott.matt@gmail.com). Defense cousel will provide available data for the older gab account. The other entry will be re-keyed as NA for not applicable. | TBD | | | | |
| A0031 | Parrott_Matthew | Hard drive | | 3/20/2019 | Collection Completed | Additional Documents Produced_20200413 | 3/20/2019 | 5,619 | 1,624 | 9.31 | 10/8/1997 - 9/11/2018 |
| A0033 | Parrott_Matthew | Laptop | | 3/20/2019 | Collection Completed | Additional Documents Produced_20200413 | 3/21/2019 | 56,682 | 5,482 | 1.90 | 10/14/1997 - 02/23/2019 |
| A0037 | Parrott_Matthew | Minds | mattparrott | 3/8/2019 | Collection Completed | Documents Produced | 4/24/2019 | 667 | 667 | 0.07 | 02/13/2018 - 4/20/2019 |
| NA | Parrott_Matthew | Minds | Matt Parrott | 4/23/2019 | IDS Cannot Proceed Further | IDS Cannot Proceed Further - Duplicate Entry.  No data to collect. | TBD | | | | |
| TBD | Parrott_Matthew | Primary phone number | (317) 324-8282 | 2/25/2019 | IDS Cannot Proceed Further | IDS Cannot Proceed Further - IDS has determined the login credentials are correct, but 2FA is enabled. Defense counsel will assist IDS in coordinating access to the gmail google voice account with the user. | TBD | | | | |
| TBD | Parrott_Matthew | Signal | 317-324-8282 | 4/23/2019 | Supplemental ESI; IDS Cannot Proceed Further | IDS Cannot Proceed Further - Defense counsel will coordinate with the custodian to have the mobile device returned to IDS. IDS will investigate options for accessing and downloading signal data. | TBD | | | | |
| A0035 | Parrott_Matthew | Telegram | 317-324-8282 | 3/21/2019 | Collection Completed | Documents Produced | 3/21/2019 | 13 | 13 | 0.05 | N/A |
| A0052 | Parrott_Matthew | Twitter | @MatthewParrott | 4/23/2019 | Collection Completed | Documents Produced | 7/1/2019 | 7,207 | 5,301 | 2.93 | N/A |
| A0053 | Parrott_Matthew | VKontakte (VK) | +1812 8655512 | 3/8/2019 | Collection Completed | Documents Produced | 7/1/2019 | 222 | 93 | 0.00 | N/A |
| A0036 | Parrott_Matthew | WhatsApp | 317-324-8282 | 2/25/2019 | IDS Cannot Proceed Further | IDS Cannot Proceed Further IDS attempted to collect. There is no WhatsApp data on the mobile device image. | 3/21/2019 | | | | |
| A0025 | Ray_Robert Azzmador | Cell phone | | 3/7/2019 | Collection Completed | Additional Documents Produced_20200413 | 3/13/2019 | 2,272 | 159 | 0.02 | 05/30/2016 - 03/11/2019 |
| TBD | Ray_Robert Azzmador | Discord | Azzmador | | Defendant does not remember password | IDS Cannot Proceed Further - Defendant does not remember password | TBD | | | | |
| TBD | Ray_Robert Azzmador | Discord | azzmador 6970 | | Defendant does not remember password | IDS Cannot Proceed Further - Defendant does not remember password | TBD | | | | |
| A0039 | Ray_Robert Azzmador | Email | azzmador@gmail.com | 3/4/2019 | Collection Completed | Additional Documents Produced_20200413 | 4/9/2019 | 9,063 | 2,748 | 0.73 | 11/10/2014 - 4/9/2019 |
| TBD | Ray_Robert Azzmador | Gab.ai | Azzmador | | Defendant does not remember password | IDS Cannot Proceed Further - Defendant does not remember password | TBD | | | | |
| A0068 | Ray_Robert Azzmador | Krypto Report | podcast | | Collection In Progress | Defendant does not remember password.  IDS collecting publicly available information. | TBD | | | | |
| A0024 | Ray_Robert Azzmador | Laptop | Dell | 3/7/2019 | Collection Completed | Documents Produced | 3/13/2019 | 11,537 | 3,404 | 3.60 | 12/31/1999 - 08/21/2012 |

| ID | Name | Type | Account | Date | Status | Notes | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| TBD | Ray_Robert Azzmador | Laptop | | | IDS Cannot Proceed Further | IDS Cannot Proceed Further - Waiting on Defendant to Ship Device(s) | TBD | | | | | |
| TBD | Ray_Robert Azzmador | Twitter | @Aozmador | | IDS Cannot Proceed Further | IDS Cannot Proceed Further - Password Not Provided. No public information to download. Defendant should contact platform to access account data and provide to IDS. | TBD | | | | | |
| TBD | Ray_Robert Azzmador | Website | Dailystormer.name | | IDS Cannot Proceed Further | IDS Cannot Proceed Further - Defendant does not remember username or password | TBD | | | | | |
| A0040 | Schoep_Jeff | Cell phone | | 3/11/2019 | IDS Cannot Proceed Further | IDS Cannot Proceed Further - damaged device | N/A | N/A | N/A | | 0.12 | N/A |
| A0103 | Schoep_Jeff | Cell phone | iPhone 6s | 5/14/2020 | Collection Completed | Documents Produced | 5/14/2020 | 131 | 45 | | | N/A |
| A0043 | Schoep_Jeff | Email | commander@newsaxon.org | 5/3/2019 | Collection Completed | Documents Produced | 5/10/2019 | 313 | 164 | | 0.09 | 10/11/2007 - 05/09/2019 |
| A0044 | Schoep_Jeff | Email | jeffschoep@gmail.com | 5/3/2019 | Collection Completed | Documents Produced | 5/10/2019 | 293 | 211 | | 0.05 | 04/17/2012 - 05/09/2019 |
| A0041 | Schoep_Jeff | Laptop | | 5/7/2019 | Collection Completed | Documents Produced | 5/13/2019 | 18,819 | 305 | | 0.28 | 07/08/1998 - 03/07/2019 |
| A0042 | Schoep_Jeff | Twitter | @Jeffschoep | | IDS accessed the publically available information Collection Completed | Documents Produced | 6/20/2019 | 51 | 3 | | 0.02 | N/A |
| NA | Schoep_Jeff | Twitter | commander@newsaxon.org | 4/30/2019 | IDS Cannot Proceed Further | IDS Cannot Proceed Further - Account Reported Disabled. Public Account seems to exist without content. Would need password to confirm but Defendant does not remember password | TBD | | | | | |
| A0048 | Schoep_Jeff | Vkontakte (VK) | commander@newsaxon.org | 6/19/2019 | Collection Completed | Documents Produced | 6/19/2019 | 745 | 396 | | 0.02 | N/A |
| A0074 | Schoep_Jeff | Website | spectra (NSM88.ORG - nsm88.org/cpanel) | 5/3/2019 | Collection Completed. Credentials did not work. Publically available information was captured. | Documents Produced (Publically available information) | 11/11/2019 | 2,249 | 2,146 | | 4.70 | N/A |
| A0007 | Spencer_Richard | Cell phone | iPhone 7 | 3/1/2019 | Collection Completed | Data loaded to Relativity and search term report provided to Counsel on 07/22/2020 | 7/17/2020 | 4,489 | 4,177 | | 7.70 | 04/03/2016 - 05/16/2018 |
| A0021 | Spencer_Richard | Cell phone | iPhone X | 3/7/2019 | Collection Completed | Documents Produced | 3/7/2019 | 141,865 | 127,143 | | 0.50 | 07/19/2016 - 03/07/2019 |
| NA | Spencer_Richard | Discord | richard88317 | | IDS Cannot Proceed Further | IDS Cannot Proceed Further - IDS needs to obtain password from counsel. Per communications with Defendant on 7/16/20, this account does not exist. | | | | | | |
| S0006 | Spencer_Richard | Facebook | richardbspencer@gmail.com | 3/1/2019 | Collection Completed - Defendant provided collected data | On 7/16/20, Defendant provided data via sFTP. Data determined to be corrupt - IDS will try to recover otherwise Defendant will have to provide data again. | N/A | N/A | N/A | | | N/A |
| A0086 | Spencer_Richard | Email | richardbspencer@gmail.com | 4/23/2019 | Collection Completed | Data loaded to Relativity and report provided to Counsel on 07/22/2020 | 7/20/2020 | | | | | |
| A0018 | Spencer_Richard | Email | richardbspencer@icloud.com | 3/7/2019 | Collection Completed | Documents Produced | 3/7/2019 | 143,999 | 43,526 | | 13.20 | 4/22/2002 - 3/14/2019 |
| S0007 | Spencer_Richard | WhatsApp | | 3/7/2019 | Collection Completed - Defendant provided collected data | Per communications with Defendant on 7/16/20, Defendant provided to IDS previously downloaded WhatsApp data (downloaded on 5/9) - IDS will look to retrieved iCloud backup as well under mobile (iPhone 7) data collected. Data provided by Defendant contains no user-created value | 7/16/2020 | | | | | |
| TBD | Spencer_Richard | Instagram | richardbspencer | 3/1/2019 | IDS Cannot Proceed Further | IDS Cannot Proceed Further - Account Reported Disabled. Per communications with Defendant on 7/16/20, confirmed that the account disabled and there is no relevant data on account. | N/A | N/A | N/A | | N/A | N/A |
| A0008 | Spencer_Richard | Laptop | MacBook | 3/1/2019 | Analysis of image concluded that there was no data obtained from the laptop as there was no Operating System in place. Defendant had notified IDS of issues with laptop and is why he purchased a second laptop that is also listed. | IDS Cannot Proceed Further - No operating system on device | 3/8/2019 | N/A | N/A | | | N/A |
| A0022 | Spencer_Richard | Laptop | MacBook Pro | 3/7/2019 | Collection Completed | Documents Produced | 3/8/2019 | 330,873 | 85,083 | | 20.00 | 02/09/1998 - 03/05/2019 |
| A0050 | Spencer_Richard | Skype | richardbspencer | 4/23/2019 | Collection Completed | Documents Produced | 6/25/2019 | 130 | 130 | | 0.12 | 4/12/2017 - 6/19/2019 |
| A0020 | Spencer_Richard | Slack | richardhardbspencer@icloud.com | 3/1/2019 | Collection Completed | Documents Produced | 3/7/2019 | 730 | 523 | | 0.01 | 12/03/2015 - 02/16/2018 |
| A0019 | Spencer_Richard | Tablet | | 3/7/2019 | Collection Completed | Documents Produced | 3/7/2019 | 136,921 | 120,880 | | 0.40 | 5/13/2016 - 03/07/2019 |
| A0051 | Spencer_Richard | Twitter | @richardbspencer | 3/1/2019 | Collection Completed | Documents Produced | 3/13/2019 | 10,599 | 5,612 | | 0.12 | N/A |
| TBD | Spencer_Richard | Twitter | richardbspencer @AltRight_ | 4/23/2019 | IDS Cannot Proceed Further: Account Reported Disabled; IDS found an account, but was unable to access the information. | IDS Cannot Proceed Further - Account Reported Disabled (Email and Password Not Provided) - IDS found the account, but Twitter indicates the public tweets are protected. Per communications with Defendant on 7/16/20, Defendant has requested data from platform. | | | | | | |
| A0065 | Spencer_Richard | URL hosting and email | Hover.com | 4/23/2019 | Collection provided to IDS by Defendant | Collection provided to IDS by Defendant No documents hit upon the search terms | 9/5/2019 | 5 | - | | | |
| S0008 | Spencer_Richard | Discord | richardbspencer@gmail.com | 3/1/2019 | Collection Completed - Defendant provided collected data | On 7/16/20, Defendant provided data via sFTP. Data provided by Defendant contains no user-created value | 7/16/2020 | | | | | |
| TBD | Traditionalist Workers Party | Email | TradWorker (ChimpMail) | 4/23/2019 | Supplemental ESI; Working with Counsel to obtain password | IDS Cannot Proceed Further - Defense counsel will confer to provide more information regarding this account. | | | | | | |
| TBD | Traditionalist Workers Party | Twitter | @TradWorker | 4/23/2019 | Account Reported Disabled; IDS conducted search and confirmed account disabled | IDS Cannot Proceed Further - Defense counsel coordinating with the platform. | | | | | | |
| A0029 | Tubbs_Michael | Cell phone | | 3/15/2019 | Collection Completed | Documents Produced | 3/15/2019 | 4,876 | 197 | | 0.04 | 10/17/2015 - 03/15/2019 |
| A0088 | Tubbs_Michael | Email | floridas_son@yahoo.com | 2/19/2020 | Collection Completed | Documents Produced | 2/20/2020 | 10,530 | 6,071 | | 1.14 | 03/25/2002 - 02/19/2020 |
| TBD | Tubbs_Michael | Email | LSCoC@protonmail.com | 9/11/2019 | IDS Cannot Proceed Further | IDS Cannot Proceed Further - Per Defendant Counsel on 07/23/20, account has been deleted and platform informed that no information for this account is available | | | | | | |
| TBD | Tubbs_Michael | Facebook | Michael Tubbs | | IDS Cannot Proceed Further | IDS Cannot Proceed Further - Defendant must seek data through platform for this Facebook account | | | | | | |
| TBD | Tubbs_Michael | Facebook | michael.tubbs.108 (App Scoped ID: 1731330207145170) | | IDS Cannot Proceed Further | IDS Cannot Proceed Further - Defendant must seek data through platform for this Facebook account | | | | | | |
| TBD | Tubbs_Michael | Facebook | Mike Table | | IDS Cannot Proceed Further | IDS Cannot Proceed Further - Defendant must seek data through platform for this Facebook account | | | | | | |
| A0028 | Tubbs_Michael | Hard drive | | 3/14/2019 | Collection Completed | Documents Produced | 3/15/2019 | 13,912 | 72 | | 0.30 | 1/11/2001 - 3/28/2019 |
| A0049 | Tubbs_Michael | Vkontakte (VK) | floridas_son@yahoo.com | 3/22/2019 | Collection Completed | Documents Produced | 6/20/2019 | 616 | 264 | | 0.01 | N/A |
| TBD | Vanguard America | Cell phone | | | IDS Cannot Proceed Further | IDS Cannot Proceed Further - Waiting on Defendant to Ship Device(s) | | | | | | |
| TBD | Vanguard America | Discord | Dillon1488 | 2/25/2019 | IDS Cannot Proceed Further | IDS Cannot Proceed Further - Email address for account not provided | | | | | | |
| TBD | Vanguard America | Discord | White-PowerStroke | 2/25/2019 | IDS Cannot Proceed Further | IDS Cannot Proceed Further - Email address for account not provided | | | | | | |
| TBD | Vanguard America | Email | protonmail | | IDS Cannot Proceed Further | IDS Cannot Proceed Further - Password Not Provided | | | | | | |
| TBD | Vanguard America | Email | Tutanota | 2/25/2019 | IDS Cannot Proceed Further | IDS Cannot Proceed Further - Credentials appear to be incorrect | | | | | | |
| | | | | | | | | 2,458,728 | 1,096,569 | | | |

| Collection Status |
|---|
| Account Reported Deleted; Email Account & Password Not Provided |
| Account Reported Deleted; Password Not Provided |
| Account Reported Disabled; Credentials Provided; Defendant provided archive of account |
| Account Reported Disabled; Defendant does not remember credentials |
| Account Reported Disabled; Defendant does not remember password |
| Account Reported Disabled; Email Account & Password Not Provided |
| Account Reported Disabled; iDS conducted search and confirmed account disabled |
| Account Reported Disabled; Password Not Provided |
| Account Reported Disabled; Password Not Provided; iDS attempted search and could not locate profile for defendant |
| Account Reported Disabled; Platform did not recognize credentials provided |
| Account Reported Disabled; Username & Password Not Provded; iDS attempted search and could not locate profile for defendant. |
| Account Reported Disabled; Username & Password Not Provided |
| Collection Completed |
| Coordinate collection with Defendant due to 2FA |
| In Progress |
| Pending Collection |
| Preparing documents for counsel review |
| Preparing documents to be searched |
| Ready for counsel's review |

| |
|---|
| Search term report provided to counsel on 06/01/20 |
| Waiting on Defendant to Ship Device(s) |
| Preparing documents for processing |

| Definition |
| --- |
| Defendant listed that the account in question has been deleted and iDS was not provided the email account or password needed for account |
| Defendant listed that the account in question has been deleted and iDS only has the account username and not the password |
| Defendant listed that the account in question has been disabled and provided the login credentials for the account as well as an archive of the account. |
| Defendant listed that the account in question has been disabled and Defendant reported that he did not remember the credentials |
| Defendant listed that the account in question has been disabled and Defendant reported that he did not remember the password |
| Defendant listed that the account in question has been disabled and iDS was not provided the email account or password needed for account |
| Defendant listed that the account in question has been disabled and provided the login credentials for the account. iDS attempted collection and confirmed that the account has been disabled. |
| Defendant listed that the account in question has been disabled and iDS only has the account username and not the password |
| Defendant listed that the account in question has been disabled and iDS only has the account username and not the password. iDS attempted public search and could not locate account |
| Defendant listed that the account in question has been disabled and provided the login credentials for the account. iDS attempted collection and confirmed that the account has been disabled. |
| Defendant listed that the account in question has been disabled and iDS was not provided the username or password needed for account. iDS attempted public search and could not locate account |
| Defendant listed that the account in question has been disabled and iDS was not provided the username or password for account |
| Collection has been completed. |
| Due to two factor authentication, iDS needs to coordinate a quick call with Defendant to obtain required information at time of collection |
| Collection in progress |
| In queue for collection |
| Account has been collected, processed, searched, search report sent to counsel and approved, and now iDS is preparing documents for counsel review |
| iDS has performed the collection and the data is being prepared for search terms to be run against it |
| Account has been collected, processed, searched, search report sent to counsel and approved, and iDS has conducted training with counsel on using review platform |

| |
|---|
| Account has been collected, processed, searched, search report sent to counsel and approved, and now iDS is waiting to hear from counsel if search terms are approved |
| iDS is waiting to receive the device(s) |
| Data has been collected and is being staged for processing |