# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

**Elizabeth Sines, et al**

vs.

**Jason Kessler, et al**

Action No:  3:17CV72

Date:  October 30, 2020

Judge:  Norman K. Moon

Court Reporter:  JoRita Meyer

Deputy Clerk:  Heidi N. Wheeler

Plaintiff Attorney(s)

Alan Levine ( Argues )
Jessica Phillips
Michael Bloch
Jonathan Kay
Caitlin Munley
Karen Dunn
(All present via zoon hearing )

Defendant Attorney(s)

Bryan Jones

## LIST OF WITNESSES

PLAINTIFF/GOVERNMENT:

1.

DEFENDANT:

1.

PROCEEDINGS:
VIDEO MOTION HEARING On Motion for Summary Judgment [823] 2:00-3:30=1 hr 30 min

Court gives standard reminder re: recording/broadcasting of hearings for the record.

Mr. Jones presents Motion [823] on behalf of the League of the South, Michael Hill and Michael Tubbs.

Mr. Levine responds.

Arguments heard.

Closing arguments.

Remarks by Court.

No further matters to address, court adjourned.

Time in Court: