# EXHIBIT A

```
 1        MONTANA ELEVENTH JUDICIAL DISTRICT COURT

 2                     FLATHEAD COUNTY

 3
                   Cause No. DR-18-474(C)
 4

 5
         ........................................
 6
     NINA KOUPRIIANOVA,
 7
            Petitioner,
 8
        and
 9
     RICHARD B. SPENCER,
10
            Respondent.
11
         ........................................
12

13
            PARTIAL TRANSCRIPT OF PROCEEDINGS
14                      {Court's Ruling}

15

16

17      Before the Honorable Heidi J. Ulbricht

18

19
                   Tuesday, May 19, 2020
20

21

22        Flathead County Justice Center
       920 South Main • Kalispell, Montana 59901
23

24

25         Reported by Nancy Skurvid, RPR
                Official Court Reporter
```

```
 1

 2

 3                    APPEARANCES

 4

 5    ON BEHALF OF PETITIONER:

 6
      AUTUMN THOMPSON, ESQ.
 7    Thompson & Steigerwalt, PLLC
      234 East Pine Street
 8    Missoula, Montana  59802

 9

10

11
      RESPONDENT RICHARD SPENCER
12    Appeared Pro Se

13

14

15
      JOYCE FUNDA, J.D.
16    P.O. Box 156
      Rollins, Montana  59931
17    Jfunda@joycefunda.com

18

19

20

21

22

23

24

25
```

```
 1                PROCEEDINGS ~ 1:56 P.M.
 2           THE COURT:  You may have a seat.
 3        (Court initiates JVN connection to
 4           Ms. Thompson.)
 5           THE COURT:  And Ms. Thompson, can
 6  you hear me all right?
 7           MS. THOMPSON:  I can.
 8           THE COURT:  All right.  The
 9  Court, then, has had an opportunity to hear
10  the initial arguments today and review the
11  Register of Actions.
12           And so the Court, in Court Document
13  No. 5, did issue an Order, pursuant to the
14  stipulation of Nina and Richard, appointing
15  Joyce Funda as GAL and that, pursuant to the
16  stipulation, Richard did agree to be
17  personally responsible for the GAL fees.
18           Richard has not filed a motion in
19  this case challenging Joyce Funda's amount of
20  her GAL fees, the allocation of the fees, or
21  the reasonableness of the fees.
22           In Court Document 102, Joyce Funda
23  did file an Affidavit in regards to the
24  contempt, and it is undisputed that Richard
25  has not paid Joyce Funda.
```

```
 1              The Court will find Mr. Spencer in
 2    contempt.  The contempt will be a $500 fine
 3    and 14 days in jail.
 4              Mr. Spencer can purge that contempt
 5    by entering into a payment plan with Joyce
 6    Funda on or before June 20th.  And that
 7    payment plan, then, would establish a time
 8    certain and payment of certain fees.
 9              If Mr. Spencer fails to do that, then
10    the contempt -- the $500 and 14 days would be
11    enforced.  And then Ms. Funda, in order to
12    enforce the monetary amount, would need to sue
13    individually for a civil judgment in this
14    case.
15              Any clarification questions,
16    Ms. Funda?
17                  MS. FUNDA:  No, Your Honor.  I
18    was doing legal research on my phone while you
19    were in there, and it's not relevant at this
20    point.
21              No, I have no questions.
22                  THE COURT:  Okay.
23                  MS FUNDA:  Well, I do.  Who
24    submits the order?  Me, or do you issue your
25    own order?
```

```
 1                THE COURT:  If you want a written
 2   order, other than the minute entry, you may
 3   submit one.
 4                MS. FUNDA:  I may do one.
 5                THE COURT:  Okay.  And
 6   Mr. Spencer, did you have any clarifying
 7   questions?
 8                MR. SPENCER:  I'm not sure that
 9   my argument has ever been heard for why I am
10   making these claims.  I am not simply making a
11   claim because I don't want to pay.
12                THE COURT:  You've never filed a
13   motion to the Court, nor did you respond to
14   Ms. Funda's application.
15                MR. SPENCER:  Well, I assumed
16   that this was going to happen now.  I mean, I
17   am at a point where I can only defend myself
18   because I cannot afford any of this, as I've
19   said.
20           And I don't know how -- I don't know
21   how the law could be more clear in the sense
22   of the way in which the guardian ad litem is
23   defined, except that if the responsible party
24   is indigent, the cost must be waived.
25                What is ambiguous about that?
```

```
 1                    THE COURT:  Today was the order
 2     to show cause on the application for contempt.
 3     And as I stated, you have not filed a response
 4     to that, so the Court is recognizing the
 5     Affidavit of Ms. Funda that was put into the
 6     record.
 7                    MR. SPENCER:  I presumed that
 8     this is when we would discuss this matter.  I
 9     mean, I cannot afford a lawyer.  This is why
10     I'm doing this.
11                    THE COURT:  And when you
12     represent yourself, there's some leeway the
13     Court offers, but you still are held to the
14     same statutory and rules of civil procedure
15     that an attorney is held to.
16                    MR. SPENCER:  I understand.  But
17     when someone represents themselves pro se,
18     there is certainly leeway given to them.
19            My understanding was that this is
20     where this matter would be dealt with.  And I
21     prepared my argument under that assumption.
22            And I still don't understand -- I
23     mean, I guess I could write this down and send
24     a motion if you would like, if you would grant
25     me a, say, 14-day extension to make a motion
```

```
 1   that I'm indigent and prove that with tax
 2   returns.  I'd be more than happy to do that.
 3             And I would humbly request that you
 4   do that.
 5             THE COURT:  The Court would wait
 6   to see the motion before it --
 7             MR. SPENCER:  Well, of course,
 8   I --
 9             THE COURT:  -- before I make a
10   decision.
11             MR. SPENCER:  I know at least
12   that.
13             THE COURT:  Okay.  Thank you.
14        And Ms. Thompson, did you have any
15   clarifying questions?
16             MS. THOMPSON:  No, Your Honor.
17             THE COURT:  Okay.  Thank you.
18             MS. FUNDA:  Your Honor, I just --
19   my -- I did hand Mr. Spencer -- we had a
20   conversation while you were in chambers.  And
21   I did hand Mr. Spencer a copy of the
22   appropriate guardian ad litem statute.
23        I think he was referring to the
24   dependent neglect one, which doesn't differ
25   very much.
```

```
 1              But the indigent phrase has to do
 2    with allocation -- the appointment by the
 3    Court at the beginning of the case and the
 4    allocation of the fees at the beginning of the
 5    case, not after the case when there is a bill.
 6    That's just not how the statute reads.  And I
 7    think he may be unclear on that.
 8              But nonetheless, we did have a
 9    conversation, and I don't know if it will lead
10    to more, but --
11              MR. SPENCER:  Well, indigent is
12    indigent.  I can't invent money out of thin
13    air.
14              THE COURT:  And the Court didn't
15    make a finding on that.  And partly,
16    Mr. Spencer, when the Court asked you what
17    statute --
18              MR. SPENCER:  Uh-huh.
19              THE COURT:  -- you didn't have
20    that statute before you today.
21              MR. SPENCER:  You know, I'm not a
22    lawyer, Your Honor.  I mean, I wish I had a
23    lawyer.  But -- have you granted my request
24    that I can send a motion in 14 days?
25              THE COURT:  You need to submit a
```

```
 1   motion, and then the Court will determine
 2   whether or not it will entertain it.
 3              MR. SPENCER:  I see.  Okay.
 4              THE COURT:  But at this point
 5   it's hypothetical.  You don't have a statute
 6   or what's contained -- the legal basis for
 7   that motion.
 8              MS. FUNDA:  And, Your Honor, I
 9   assume that any motions that Mr. Spencer may
10   file do not affect the order that you granted
11   today?
12              THE COURT:  Correct.
13              MR. SPENCER:  Well, then what's
14   the point of filing a motion?  I mean, I
15   just -- like if there's no money to pay
16   her....  So this is all rather academic.
17              THE COURT:  All right.  Thank
18   you.  Court's adjourned.
19          (Proceedings concluded at 2:04 p.m.)
```

```
 1              REPORTER'S CERTIFICATE
 2   STATE OF MONTANA    )
 3                       : ss
 4   County of Flathead  )
 5
 6        I, Nancy Skurvid, RPR, Official Court
 7   Reporter, residing in Kalispell, Montana, do
 8   hereby certify:
 9        That I was duly authorized to and did
10   create a verbatim record of the proceedings in
11   the above-entitled cause.
12        I further certify that the foregoing
13   pages of this transcript represent a true and
14   accurate transcription of my original
15   stenographic notes.
16        IN WITNESS WHEREOF, I have hereunto set
17   my hand this 10th day of June, 2020.
18
19
20
21
22            /s/ Nancy Skurvid
              Nancy Skurvid, RPR
23            Official Court Reporter
24
25
```

NANCY SKURVID, RPR
406.758.5664 ~ Nancy.Skurvid@mt.gov