# EXHIBIT B

**From:** Richard Spencer <richardbspencer@icloud.com>
**Sent:** Friday, September 4, 2020 12:02:40 PM
**To:** Michael Bloch <mbloch@kaplanhecker.com>
**Subject:** Kessler's Deposition

Mr Bloch,

I'm attempting to purchase the depositions of Jason Kessler.

I contacted TSG reporting. But apparently, they did not record this deposition.

Do you know which company did?

Thank you,
Richard Spencer