# EXHIBIT 1

# Denise Y. Lunsford, LLC

# INVOICE

414 E. Market Street, Suite C
Charlottesville, Virginia 22902
Phone (434)328-8798
d@lunsford-law.com

DATE:
INVOICE #

BILL TO:
Joshua Siegel, Esq.
by Email jsiegel@cooley.com
Sines v. Kessler, et al

FOR: Legal Services
June & July 2020

| DESCRIPTION | DATE | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| Balance Forward June/July, 2020 | | | | 9,915.13 |
| Review, research, and respond to emails from Siegel re: SDT responses and Commonwealth re: state court Order | 7-Jul | 0.60 | $350.00 | 210.00 |
| Phone conf with Commonwealth re: state court Order | 8-Jul | 0.10 | $350.00 | 35.00 |
| Review emails and revise state court Order | 9-Jul | 0.40 | $350.00 | $ 140.00 |
| Begin conversion of CW files to zip files & upload, emails with C. Fisher & Siegel re: upload questions | 20-Jul | 7.50 | $350.00 | 2,625.00 |
| Convert CW flies to zip & upload, emails with Siegel re: upload issues and questions about other methods | 21-Jul | 6.00 | $350.00 | 2,100.00 |
| Upload files, emails with Siegel and Fisher re: issues, change upload format twice per directions from Fisher, copy remainiing files to thumb drive | 22-Jul | 5.50 | $350.00 | 1,925.00 |
| Letter to Fisher documenting video files provided July 21 & 22 and by thumb drive, account for all files | 24-Jul | 0.80 | $350.00 | 280.00 |
| USPS Express Mail next day delivery | 24-Jul | | $26.35 | 26.35 |

SUBTOTAL
TAX RATE
SALES TAX
OTHER
TOTAL  $17,256.48

Make all checks payable to Denise Y. Lunsford, LLC

**THANK YOU FOR YOUR BUSINESS!**

```
=========================================
         DOWNTOWN CHARLOTTESVILLE
              513 E MAIN ST
         CHARLOTTESVILLE, VA 22902-9998
              511716-0902
              (800)275-8777
           07/24/2020 09:43 AM
=========================================
=========================================
-----------------------------------------
Product              Qty    Unit      Price
                            Price
-----------------------------------------
PM Exp 1-Day          1    $26.35    $26.35
Flat Rate Env
    Domestic
    Waldorf, MD  20602
    Flat Rate
    Signature Waiver
    Scheduled Delivery Day
    Saturday 07/25/2020 12:00 PM
    Money Back Guarantee
    USPS Tracking #
    EJ023413420US
PM Exp Insurance                      $0.00
    Up to $100.00 included
-----------------------------------------
Total:                               $26.35
-----------------------------------------

-----------------------------------------
Credit Card Remitd                   $26.35
    Card Name:VISA
    Account #:XXXXXXXXXXXX1458
    Approval #:804234
    Transaction #:525
    AID:A0000000031010        Chip
    AL:Visa Credit
    PIN:Not Required
-----------------------------------------

*****************************************
      Due to limited transportation
        availability as a result of
        nationwide COVID-19 impacts
       package delivery times may be
     extended. Priority Mail Express®
          service will not change.
*****************************************

Includes up to $100 insurance

Save this receipt as evidence of
insurance. For information on filing
an insurance claim go to
https://www.usps.com/help/claims.htm

Text your tracking number to 28777
(2USPS) to get the latest status.
Standard Message and Data rates may
apply. You may also visit www.usps.com
USPS Tracking or call 1-800-222-1811.


            Preview your Mail
           Track your Packages
           Sign up for FREE @
         www.informeddelivery.com


All sales final on stamps and postage.
```

# Denise Y. Lunsford, LLC

414 E. Market Street, Suite C
Charlottesville, Virginia  22902
Phone (434)328-8798
d@lunsford-law.com

# INVOICE

DATE:
INVOICE #

FOR: Legal Services
June & July 2020

**BILL TO:**
Joshua Siegel, Esq.
by Email jsiegel@cooley.com
Sines v. Kessler, et al

| DESCRIPTION | DATE | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| Email comm with AUSA re: Court Order | 25-Jun | 0.40 | $350.00 | 140.00 |
| Review email files & electronic files for production, email with counsel/AUSA | 26-Jun | 3.00 | $350.00 | $ 1,050.00 |
| Complete review of email files, email to AUSA and counsel and review emails re: CW v. AUSA documents | 27-Jun | 4.50 | $350.00 | 1,050.00 |
| Review paper files for scanning and production, begin Privilege Log | 28-Jun | 3.80 | $350.00 | 1,330.00 |
| Review and copy electronic files, review emails and send email to counsel re issues related to CW v. AUSA documents, conf with Commonwealth Attorney | 29-Jun | 6.40 | $350.00 | 2,240.00 |
| Review and copy electronic files and paper files for production, comm with Hill re: production, communication with counsel re: CW v. AUSA documents, conf call | 30-Jun | 7.20 | $350.00 | 2,520.00 |
| Scan paper documents to USB - INTERN | 30-Jun | 3.50 | $20.00 | 70.00 |
| Payment to Staples for scanning & USB | 30-Jun | | | 430.13 |
| Upload electronic files, finalize privilige/work product log | 1-Jul | 3.10 | $350.00 | 1,085.00 |
| | | SUBTOTAL | | $ 9,915.13 |
| | | TAX RATE | | |
| | | SALES TAX | | - |
| | | OTHER | | |
| | | TOTAL | | $ 9,915.13 |

Make all checks payable to Denise Y. Lunsford, LLC

**THANK YOU FOR YOUR BUSINESS!**