# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

**Elizabeth Sines, et al**

vs.

**Jason Kessler, et al**

Action No:   3:17CV72
Date:   December 17, 2020
Judge:   Norman K. Moon
Court Reporter:   Mary Butenschoen
Deputy Clerk:   Heidi N. Wheeler

Plaintiff Attorney(s)
Alan Levine
Jessica Phillips
Michael Bloch (Argues )
Roberta Kaplan
David Mills
Benjamin White
Karen Dunn

Defendant Attorney(s)
James Kolenich

## LIST OF WITNESSES

PLAINTIFF/GOVERNMENT:          DEFENDANT:

1.                              1.

PROCEEDINGS:
VIDEO MOTION HEARING [826] 10:00-11:10=1 hr 10 min

Court gives standard reminder re: recording/broadcasting of hearings for the record.

Mr. Kolenich presents Motion [826] as to experts Blee and Simi only.

Mr. Bloch responds.

Arguments heard.

Closings arguments.

Remarks by Court.

Further matters to addressed by Court relating to trial date, court adjourned.

Time in Court: