AO435
(Rev. 04/18; WDVA Rev. 02/19)

ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS

# TRANSCRIPT ORDER FORM

FOR COURT USE ONLY

DUE DATE:

*Please Read Instructions on Page 2.*

| 1. **REQUESTOR'S INFORMATION**: | NAME<br>Robert Cahill (Counsel for Plaintiffs) | TELEPHONE NUMBER<br>703-456-8145 |
|---|---|---|
| DATE OF REQUEST<br>12/18/2020 | EMAIL ADDRESS (*Transcript will be emailed to this address.*)<br>rcahill@cooley.com; ebolton@cooley.com | |
| MAILING ADDRESS<br>Cooley LLP, 11951 Freedom Drive, 14th Floor | | CITY, STATE, ZIP CODE<br>Reston, VA 20190 |
| 2. **TRANSCRIPT REQUESTED**: | NAME OF COURT REPORTER<br>Mary Butenschoen<br><br>OR   CHECK HERE  ☐  IF HEARING WAS RECORDED BY FTR | |
| CASE NUMBER<br>3:17-cv-00072 | CASE NAME<br>Sines, et al. v. Kessler, et al. | JUDGE'S NAME<br>Norman K. Moon |
| DATE(S) OF PROCEEDING(S)<br>12/17/2020 | TYPE OF PROCEEDING(S)<br>Motion Hearing | LOCATION OF PROCEEDING<br>Charlottesville, VA |

REQUEST IS FOR: (*Select one*)   ☑ FULL PROCEEDING   OR   ☐ SPECIFIC PORTION(S) (*Must specify below*)

SPECIFIC PORTION(S) REQUESTED (*If applicable*):

3. **SERVICE TURNAROUND CATEGORY REQUESTED**:
(*See Page 2 for descriptions of each service turnaround category.*)

☐ Ordinary (30-Day)            ☐ Daily
☐ 14-Day                       ☐ Hourly
☑ Expedited (7-Day)            ☐ RealTime
☐ 3-Day

4. **CERTIFICATION**:   By signing below, I certify that I will pay all charges (deposit plus additional).

| DATE<br>12/18/2020 | SIGNATURE<br>/s/ Robert T. Cahill |
|---|---|

**If you have any questions, please contact the court reporter coordinator at (434) 847-5722 or by email to** CRC@vawd.uscourts.gov.

**Transcript Fee Rates can be found on our website under Standing Orders at:**
http://www.vawd.uscourts.gov/media/1576/transcripts2018-3.pdf

**NOTE:** Form must be flattened prior to electronically filing in CM/ECF so that all fillable fields can no longer be modified.

PRINT                                                                                        RESET FORM