# EXHIBIT 9

Page 1

1

2            UNITED STATES DISTRICT COURT

3        FOR THE WESTERN DISTRICT OF VIRGINIA

4              Charlottesville Division

5

6

7  ELIZABETH SINES, et al.,

8       Plaintiffs

9     vs.                Civil Action No.

10  JASON KESSLER, et al.,      3:17-cv-00072-NKM

11       Defendants

12  _____/

13

14

15

16

17        REMOTE VIDEO-RECORDED DEPOSITION

18               OF

19          JEFFREY STEPHEN SCHOEP

20             JULY 21, 2020

21

22

23  REPORTED BY:

24  R. Dwayne Harrison

25  Job No. 181000

Page 270

1        JEFFREY STEPHEN SCHOEP

2  to determine it's more recent?

3     A     There was -- I don't remember what it was,

4  but there was something -- there was something in the

5  last -- in the 25th one that I didn't like and that I

6  changed.  I don't remember what it was, but I knew if I

7  read it that I could tell if it was more recent or not.

8     Q     When you look at 25 here there isn't

9  something that you disagree with?

10    A     I'm not talking about now.  I'm talking

11  about there was something -- there was something in

12  that point that I -- that I didn't care for and I can't

13  remember what it was, but there was something that was

14  changed in that point at some point.

15           MR. ISAACSON:  I don't have any further

16  questions today.

17           [No verbal response.]

18           All right.  So we're finished?

19           THE REPORTER:  Anybody have any questions?

20           MR. REBROOK:  This is Edward ReBrook.  I

21  actually do have a question.

22           I've been informed indirectly that

23  Mr. Colucci is on vacation and won't be able to be

24  deposed on Thursday and then I don't know who we're

25  supposed to get on the phone for the Nationalist Front.

```
                                                          Page 271
1              JEFFREY STEPHEN SCHOEP
2   We've covered a lot of Nationalist Front ground today.
3           Did you all have -- are you expecting
4   someone to be calling in tomorrow for Nationalist
5   Front?
6           MR. ISAACSON:  Yes.  We don't know.  We
7   have -- are we still on the record?
8           THE REPORTER:  We're still on the record.
9           MR. ISAACSON:  Mr. Schoep, if I could just
10  ask you, as of today, you don't speak for the
11  Nationalist Front?
12          THE WITNESS:  Absolutely not.
13          MR. ISAACSON:  So, Yotam, you correct me if
14  I'm wrong...
15          [Inaudible.]
16          MR. BARKAI:  I'm sorry, what did you say?
17          MR. ISAACSON:  [Inaudible.]  It's lawyer
18  talk.
19          MR. REBROOK:  I'm hearing just feedback.
20          THE REPORTER:  Yeah, I'm also hearing
21  feedback.  I didn't hear the question.
22          MR. BARKAI:  I'm also hearing feedback.
23  This is a 30(b)(6) deposition of Nationalist Front.  So
24  it's Nationalist Front and Nationalist Front's
25  counsel's responsibility to designate a representative
```

Page 272

1       JEFFREY STEPHEN SCHOEP

2  to be deposed.

3         MR. REBROOK:  Yeah, I get that.  That's

4  helpful.  I can't just create a person out of thin air.

5  If you have somebody you want me to have on the call

6  tomorrow, I'll have that person on the call, but I

7  can't go with a generality.  I need an actual name.

8         MR. ISAACSON:  I think you're going to have

9  to send some sort of objection or whatnot to -- if

10  you're not going to have someone appear.

11         MR. REBROOK:  How about this.  You get

12  someone to appear for United Telephone & Telegraph

13  Company tomorrow.  Can you do that for me?  You can't,

14  right, because it's not a functioning organization?

15         MR. ISAACSON:  I don't think this is

16  productive right not.

17         MR. REBROOK:  Maybe not, but you're being

18  unreasonable if you don't hear how reasonable I'm

19  being.

20         MR. ISAACSON:  Mr. -- I think we can

21  conclude the deposition with Mr. Schoep; is that

22  correct?

23         MR. REBROOK:  Yes.

24         MR. ISAACSON:  Mr. Schoep, you are free to

25  shut down your video.

Page 276

1      JEFFREY STEPHEN SCHOEP

2   State of Maryland

3   City of Baltimore, to wit:

4        I, R. Dwayne Harrison, a Notary Public of

5   the State of Maryland, Baltimore City, do hereby

6   certify that the within-named witness personally

7   appeared before me at the time and place herein set

8   out, and after having been duly sworn by me, according

9   to law, was examined by counsel.

10       I further certify that the examination was

11  recorded stenographically by me and this transcript is

12  a true record of the proceedings.

13       I further certify that I am not of counsel

14  to any of the parties, nor in any way interested in the

15  outcome of this action.

16       As witness my hand and notarial seal this

17  27th day of July 2020.

18  _____
        R. Dwayne Harrison
19         Notary Public

20  My Commission Expires:

21  September 15th, 2021

22

23

24

25