# EXHIBIT 10

**From:** Edward ReBrook, ESQ [mailto:rebrooklaw@gmail.com]
**Sent:** Tuesday, July 21, 2020 6:04 PM
**To:** Yotam Barkai <ybarkai@bsfllp.com>
**Cc:** Jessica Phillips <jphillips@bsfllp.com>
**Subject:** Re: Sines v. Kessler: Deposition of Jeff Schoep

**CAUTION**: External email. Please do not respond to or click on links/attachments unless you recognize the sender.

Mr. Barkai:

Can you, Mr. Issacson, or Ms. Phillips call me? I need a little more direction on who it is that you expect me to have on the phone for NF tomorrow. We established in testimony that it was a temporary alliance that is no longer in existence.

But as for NF, are we playing semantic games in hopes of damaging me for non-compliance? How am I expected to generate a human witness for a defunct, temporary alliance for organizations that have no ongoing relationship? I'm not trying to be different, and I know what the Federal Rules say, so please let's skip the recitations. Reality is standing in my way, and the only feedback I'm getting from your side is "It's the attorney of record's responsibility." Could you generate a witness out of thin air if the tables were turned? It's as if you want to turn NF into something it is not. If this were anything more than a paper entity, it would have a board of directors, or a CEO, or some sort of registration and contact information.

Also, the NSM deposition needs to be are re-scheduled, as Mr. Colluci will not being available this week. He's not the most cooperative of clients. Please advise.

Best regards,

W. EDWARD REBROOK, IV
Attorney & Counselor at Law
THE REBROOK LAW OFFICE
6013 Clerkenwell Court

1

Burke, Virginia 22015
Mobile: 571-215-9006
Email: edward@rebrooklaw.com

This e-mail message, including all attachments, contains confidential information protected by the attorney-client privilege and/or the attorney work-product doctrine. It is intended solely for the use of the addressee. If you have received this message in error, please notify the sender immediately by telephone (571.215.9006) or by electronic mail and delete this message and all copies and backups thereof. Thank you.

On Jul 21, 2020, at 09:38, Yotam Barkai <ybarkai@bsfllp.com> wrote:

Mr. ReBrook:

Mr. Schoep, Plaintiffs' counsel, and Mr. Kolenich are on the Zoom link below waiting for you to join Mr. Schoep's deposition. Please let us know if you plan to join or to dial in. Thank you.

**Yotam Barkai**
Associate

**BOIES SCHILLER FLEXNER LLP**
(t) +1 212 303 3643

**From:** Yotam Barkai
**Sent:** Monday, July 20, 2020 1:09 PM
**To:** isuecrooks@comcast.net; James Kolenich <jek318@gmail.com>; David Campbell <dcampbell@dhdgclaw.com>; Justin Gravatt <jgravatt@dhdgclaw.com>; bryan@bjoneslegal.com; edward@rebrooklaw.com; Edward ReBrook, ESQ <rebrooklaw@gmail.com>; richardbspencer@icloud.com; richardbspencer@gmail.com; christopher.cantwell@gmail.com; dillon_hopper@protonmail.com; azzmador@gmail.com; matthew.w.heimbach@gmail.com; eli.f.mosley@gmail.com; Eli Mosley <deplorabletruth@gmail.com>; eli.r.kline@gmail.com
**Cc:** Isaacson, William A <wisaacson@paulweiss.com>; Jessica Phillips <jphillips@bsfllp.com>; Michael Bloch <mbloch@kaplanhecker.com>; Calendar Dist Group <Calendar@tsgreporting.com>; Errol Eisner <eeisner@tsgreporting.com>; Yotam Barkai <ybarkai@bsfllp.com>
**Subject:** Sines v. Kessler: Deposition of Jeff Schoep

All,

The deposition of Jeff Schoep is scheduled to take place at 9:30 a.m. ET tomorrow, Tuesday, July 21, 2020.

**Video**
Video and exhibits for the deposition will be displayed over Zoom. The link to join the Zoom meeting is:

https://tsgreporting.zoom.us/j/94381346891?pwd=dW91c0R0SkFEV1JPdnRoMWJ4SmVYUT09

Meeting ID: 943 8134 6891
Password: 582624

**Audio**

Each participant may choose to join his/her audio by either (1) computer audio through Zoom or (2) phone, using the below dial-in information. If you choose to use your phone, please ensure that your computer audio is turned off to prevent feedback.

With the exception of the witness, Mr. ReBrook, and Mr. Isaacson, we ask that you remain on mute when you are not speaking.

*Phone Dial-in Info:*
One tap mobile
+16465588656,,94381346891# US (New York)
+13126266799,,94381346891# US (Chicago)

Dial by your location
    +1 646 558 8656 US (New York)
    +1 312 626 6799 US (Chicago)
    +1 301 715 8592 US (Germantown)
    +1 346 248 7799 US (Houston)
    +1 669 900 9128 US (San Jose)
    +1 253 215 8782 US (Tacoma)
Meeting ID: 943 8134 6891
Find your local number: https://tsgreporting.zoom.us/u/abMnoD0S76

Please contact TSG Reporting if you have any technology-related questions or concerns.

Thank you.

**Yotam Barkai**
Associate

BOIES SCHILLER FLEXNER LLP
55 Hudson Yards
New York, NY 10001
(t) +1 212 303 3643
ybarkai@bsfllp.com
www.bsfllp.com

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]