# EXHIBIT 12

| | |
|---|---|
| **From:** | Edward ReBrook, ESQ <rebrooklaw@gmail.com> |
| **Sent:** | Friday, October 30, 2020 5:29 PM |
| **To:** | Yotam Barkai |
| **Cc:** | isuecrooks@comcast.net; James Kolenich; David Campbell; Justin Gravatt; bryan@bjoneslegal.com; edward@rebrooklaw.com; richardbspencer@icloud.com; richardbspencer@gmail.com; christopher.cantwell@gmail.com; dillon_hopper@protonmail.com; azzmador@gmail.com; matthew.w.heimbach@gmail.com; eli.f.mosley@gmail.com; Eli Mosley; eli.r.kline@gmail.com; Phillips, Jessica E; Brittany Zhang; Mike Bloch; Calendar Dist Group; Errol Eisner; Acacia Dietz |
| **Subject:** | Re: Sines v. Kessler |

**CAUTION**: External email. Please do not respond to or click on links/attachments unless you recognize the sender.

---

As discussed, no one will be there. I have no POC's for the Nationalist Front, never have and likely never will. You all pretend like you don't understand this extremely basic concept, but I'm sure with your combined educations and intellect, somebody will be able to figure it out. You might as well demand that I assemble the board of Compuserve. Email me directly if there's something within the realm of possibility I can do for you.

Best regards,


**W. EDWARD REBROOK, IV**
Attorney & Counselor at Law
**THE REBROOK LAW OFFICE**
6013 Clerkenwell Court
Burke, Virginia 22015
Mobile: 571-215-9006
Email: edward@rebrooklaw.com


This e-mail message, including all attachments, contains confidential information protected by the attorney-client privilege and/or the attorney work-product doctrine. It is intended solely for the use of the addressee. If you have received this message in error, please notify the sender immediately by telephone (571.215.9006) or by electronic mail and delete this message and all copies and backups thereof. Thank you.


> On Oct 30, 2020, at 14:28, Yotam Barkai <ybarkai@kaplanhecker.com> wrote:
>
> All,
>
> The deposition of the Nationalist Front is scheduled to take place at 9:30 a.m. ET on Monday, November 2, 2020.
>
> **Video**
> Video and exhibits for the deposition will be displayed over Zoom. The link to join the Zoom meeting is:

1

https://tsgreporting.zoom.us/j/94614945474?pwd=aHEyMUdWamVaT09mdEdZcVpKOTNOZz09

Meeting ID: 946 1494 5474
Passcode: 875964

**Audio**
Each participant may choose to join his/her audio by either (1) computer audio through Zoom or (2) phone, using the below dial-in information. If you choose to use your phone, please ensure that your computer audio is turned off to prevent feedback.

With the exception of the witness and counsel for the witness, we ask that you remain on mute when you are not speaking.

*Phone Dial-in Info:*
One tap mobile
+16465588656,,94614945474#,,,,,,0#,,875964# US (New York)
+13017158592,,94614945474#,,,,,,0#,,875964# US (Germantown)

Dial by your location
    +1 646 558 8656 US (New York)
    +1 301 715 8592 US (Germantown)
    +1 312 626 6799 US (Chicago)
    +1 253 215 8782 US (Tacoma)
    +1 346 248 7799 US (Houston)
    +1 669 900 9128 US (San Jose)

Meeting ID: 946 1494 5474
Passcode: 875964

Find your local number: https://tsgreporting.zoom.us/u/aboNzOnKaj

Please contact TSG Reporting if you have any technology-related questions or concerns.

Thank you.

**Yotam Barkai | Kaplan Hecker & Fink LLP**
Senior Associate
350 Fifth Avenue | Suite 7110
New York, New York 10118
(W) 212.763.0883 | (M) 917.656.7220
ybarkai@kaplanhecker.com

---

*This email and its attachments may contain information that is confidential and/or protected from disclosure by the attorney-client, work product or other applicable legal privilege. If you are not the intended recipient of the email, please be aware that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please notify the sender immediately and destroy all copies of the message from your computer system. Thank you.*