# EXHIBIT 13

```
                                                                   Page 1
  1

  2                IN THE UNITED STATES DISTRICT COURT

  3              FOR THE WESTERN DISTRICT OF VIRGINIA

  4     ------------------------------)
      )
  5     ELIZABETH SINES, et al,       )      Civil Action No.
  )
  6              Plaintiffs,          ) 3:17-cv-00072-NKM
  )
  7     JASON KESSLER, et al,         )
  )
  8              Defendants,          )
  )
  9                                   )
        ------------------------------)
 10

 11

 12           STATEMENT RE NONAPPEARANCE for the

 13                 30(b)(6) DEPOSITION OF

 14                   NATIONALIST FRONT

 15                   November 2, 2020

 16

 17

 18

 19

 20

 21

 22

 23

 24     Reported by:  BONNIE PRUSZYNSKI, RMR, RPR, CLR
        JOB NO. 185861
 25
```

1
2
3
4
5
6
7
8
9        November 2, 2020
10        9:40 A.M.
11
12
13
14
15
16  STATEMENT RE NONAPPEARANCE for the
17 30(b)(6) DEPOSITION OF NATIONALIST FRONT,
18 held remotely, before Bonnie Pruszynski,
19 a Registered Professional Reporter,
20 Registered Merit Reporter, Certified
21 Livenote Reporter, and Notary Public of
22 the State of New York.
23
24
25

```
                                                      Page 3
 1

 2    A P P E A R A N C E S:

 3

 4    KAPLAN HECK & FINK

 5    Attorneys for Plaintiffs

 6         350 5th Avenue, #7110

 7         New York, NY 10018

 8    BY:  YOTAM BARKAI, ESQ.

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Page 4

1
2    MR. BARKAI: My name is Yotam
3    Barkai, an attorney with the law firm of
4    Kaplan Hecker and Fink. I represent the
5    plaintiffs in Sines versus Kessler.
6        Today is Monday, November 2nd,
7    2020, which was scheduled to be the
8    deposition of Nationalist Front pursuant
9    to Rule 30(b)(6) of the federal rules.
10   The deposition was scheduled to begin at
11   9:30. On October 16, 2020, plaintiffs
12   serviced a Notice of this deposition on
13   National Front via counsel Edward
14   ReBrook.
15       Mr. ReBrook has informed us that no
16   one will appear to testify for the
17   Nationalist Front today and, indeed, no
18   one has appeared to testify for the
19   Nationalist Front at this deposition.
20       All of Plaintiffs' rights are
21   reserved, including but not limited to
22   seeking sanctions against defendant
23   Nationalist Front, reimbursement for the
24   costs incurred and all other rights.
25       We can go off the record.

Page 5

1
2   Thank you.
3            oOo
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1

2           C E R T I F I C A T E

3 STATE OF NEW YORK    )

4                    : SS.

5 COUNTY OF NEW YORK   )

6

7

8        I, BONNIE PRUSZYNSKI, a Notary

9   Public with and for the State of New York,

10   do hereby certify:

11      That I reported stenographically the

12   proceedings in the above-referenced matter

13   that the transcript herein is a full and

14   complete record.

15      I further certify that I am not

16   related to any of the parties to this action

17   by blood or marriage, and that I am in no

18   way interested in the outcome of this

19   matter.

20      IN WITNESS WHEREOF, I have hereunto

21   set my hand this 6th of November, 2020.

22

23                 *Bonnie A Pruszynski*
                    _____

24                  Bonnie Pruszynski

25