UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

ELIZABETH SINES, SETH WISPELWEY, MARISSA BLAIR, APRIL MUÑIZ, MARCUS MARTIN, NATALIE ROMERO, CHELSEA ALVARADO, JOHN DOE, and THOMAS BAKER,

　　　　　　　　　　Plaintiffs,

v.

JASON KESSLER, et al.,

　　　　　　　　　　Defendants.

Civil Action No. 3:17-cv-00072-NKM

JURY TRIAL DEMANDED

**[PROPOSED] ORDER SEALING EXHIBIT TO PLAINTIFFS' UNOPPOSED MOTION FOR ENTRY OF DEFAULT AGAINST DEFENDANT NATIONALIST FRONT PURSUANT TO FED R. CIV. P. 37 AND 55**

WHEREAS, on January 13, 2021, Plaintiffs filed an Unopposed Motion for Entry of Default against Defendant Nationalist Front Pursuant to Fed. R. Civ. P. 37 and 55 (the "Motion"), ECF No. 918, and did not publicly file Exhibit 4 because it contains Highly Confidential Information as defined by the Order for the Production of Documents and Exchange of Confidential Information dated January 3, 2018, ECF No. 167,

WHEREAS, Plaintiffs have provided an unredacted copy of Exhibit 4 to the Court and moved, pursuant to Local Rule 9, for that exhibit to be sealed,

IT IS HEREBY ORDERED that Exhibit 4 to Plaintiffs' Motion is hereby sealed pursuant to Local Rule 9.

Dated:

**SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　Hon. Joel C. Hoppe, M.J.