# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION

| | |
|---|---|
| ELIZABETH SINES, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> JASON KESSLER, *et al.*, <br><br> *Defendants.* | CASE NO. 3:17-cv-00072 <br><br> ORDER <br><br> JUDGE NORMAN K. MOON |

This matter is before the Court on Plaintiffs' Unopposed Motion for Entry of Default against Defendant Nationalist Front Pursuant to Fed. R. Civ. P. 37 and 55, Dkt. 918, which was filed on January 13, 2021. Pursuant to 28 U.S.C. § 636(b)(1)(B), the Court refers this motion to U.S. Magistrate Judge Joel Hoppe for a Report & Recommendation, and to conduct any proceedings in aid thereof.

It is so **ORDERED**.

The Clerk of the Court is directed to send this Order to all counsel of record.

Entered this  15th  day of January, 2021.

*[signature: Norman K. Moon]*
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE