# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION

| | |
|---|---|
| ELIZABETH SINES, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> JASON KESSLER, *et al.*, <br><br> *Defendants*. | CASE NO. 3:17-cv-00072 <br><br> ORDER <br><br> JUDGE NORMAN K. MOON |

The jury trial in this case is currently scheduled for April 26 to May 21, 2021. The trial is set for four weeks. There are nine Plaintiffs, and twenty individual and organizational Defendants. Considering the health risks presented by COVID-19 in this District and Virginia; the nature of this case and the projected extensive breadth and scope of this trial; noting the parties' agreement to such a continuance upon inquiry by the Court; and receiving no objections thereto; the Court finds good cause to **CONTINUE** the trial.

The trial shall be continued until **October 25** to **November 19, 2021**, dates previously set aside on the Court's calendar and by the parties for this trial.

It is so **ORDERED**.

The Clerk of the Court is directed to send a certified copy of this Order to the parties.

Entered this   3rd   day of February, 2021.

NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE