UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

ELIZABETH SINES, SETH WISPELWEY,
MARISSA BLAIR, TYLER MAGILL, APRIL
MUNIZ, HANNAH PEARCE, MARCUS
MARTIN, NATALIE ROMERO, CHELSEA
ALVARADO, and JOHN DOE

        Plaintiffs,

v.                                                                                          Civil Action No.: 3:17CV00072

JASON KESSLER, RICHARD SPENCER,
CHRISTOPHER CANTWELL, JAMES ALEX
FIELDS, JR., VANGUARD AMERICA,
ANDREW ANGLIN, MOONBASE
HOLDINGS, LLC, ROBERT "AZZMADOR"
RAY, NATHAN DAMIGO, ELLIOTT
KLINE a/k/a ELI MOSELEY, IDENTITY
EVROPA, MATTHEW HEIMBACH, MATTHEW
PARROTT a/k/a DAVID MATTHEW PARROTT,
TRADITIONALIST WORKER PARTY,
MICHAEL HILL, MICHAEL TUBBS, LEAGUE
OF THE SOUTH, JEFF SCHOEP, NATIONAL
SOCIALIST MOVEMENT, NATIONALIST
FRONT, AUGUSTUS SOL INVICTUS,
FRATERNAL ORDER OF THE ALT-KNIGHTS,
MICHAEL "ENOCH" PEINOVICH, LOYAL
WHITE KNIGHTS OF THE KU KLUX KLAN,
and EAST COAST KNIGHTS OF THE KU KLUX
KLAN a/k/a EAST COAST KNIGHTS OF THE
TRUE INVISIBLE EMPIRE,

        Defendants.

## MEMORANDUM IN SUPPORT OF MOTION TO STAY DEPOSITION AND APPOINT A GUARDIAN *AD LITEM*

    COMES NOW JAMES ALEX FIELDS, by and through Counsel, files this, his memorandum in support of his motion to stay his discovery deposition and to appoint a guardian *ad litem*, and in support thereof, states as follows:

Undersigned counsel has communicated with Defendant Fields on many occasions throughout the years long course of this litigation and always found him to be competent to understand instructions and respond to questions.

On January 21, 2021, undersigned counsel was contacted by another officer of this Court, Lisa Lorish – Federal Public Defender – regarding concerns over changes in Fields' apparent competency and ability to communicate. On February 9, 2021, counsel received a call from Fields' state criminal lawyer, Denise Lunsford, relating similar concerns over Fields' competency. Counsel made repeated attempts to communicate with Fields since that date and communicated with the Virginia State Bar regarding ethical concerns of reporting said concerns to this Court and opposing counsel

On February 19, 2021, counsel participated in a "Zoom" meeting with Fields and Ms. Lunsford to evaluate his competency and attempt to prepare him for his upcoming deposition. During this meeting, counsel confirmed, firsthand, that Fields now has a very different affect and does not appear competent to understand directions from counsel that are necessary to prepare for his deposition. Further, Fields does not believe counsel is who we say we are. Fields acted bizarrely and reported visual and auditory hallucinations during this meeting. Fields believed the date was March 11 and became agitated when told that was not the date. Fields reported numerous scenarios regarding his current circumstances that were at the least implausible, if not impossible, including that a doctor treating him at the facility participated in his sentencing hearing and was awarded restitution in his criminal trial.

Fields will refuse to testify via a video deposition because of a concern that software will be used to manipulate his testimony making his face on the video appear to say things that he is not saying.

Fields deposition is currently set for February 25, 2021. Counsel has communicated with counsel for the Plaintiffs and related these concerns. As Fields is not capable of being prepared for a deposition, we hereby move this Court to stay the discovery deposition and appoint a guardian *ad litem* to facilitate an evaluation of Fields' mental capacity.

As trial is now scheduled to begin on October 18, 2021, Plaintiffs have ample time to reschedule this deposition following a psychiatric evaluation.

Wherefore, Fields asks this Court exercise its discretion and stay Fields' deposition in this case and appoint a guardian *ad litem* to facilitate said psychiatric evaluation and report to the Court on Fields' mental capacity to testify.

Respectfully submitted,

JAMES ALEX FIELDS, JR.

By Counsel

_____/S/_____
David L. Hauck, Esquire (VSB# 20565)
David L. Campbell, Esquire (VSB #75960)
DUANE, HAUCK, GRAVATT & CAMPBELL
100 West Franklin Street
Richmond, Virginia 23220
Telephone: 804-644-7400
Facsimile: 804-303-8911
dcampbell@dhdglaw.com
*Counsel for Defendant James A. Fields, Jr.*

CERTIFICATE OF SERVICE

      I hereby certify that on __22__ $^{ND}$ day of February, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

      Robert T. Cahill, Esquire
Cooley, LLP
11951 Freedom Drive, 14th Floor
Reston, Virginia 20190-5656
*Counsel for Plaintiff*

Roberta A. Kaplan, Esquire
Julie E. Fink, Esquire
Christopher B. Greene
Kaplan & Company, LLP
350 Fifth Avenue, Suite 7110
New York, New York 10118

Karen L. Dunn, Esquire
William A. Isaacson, Esquire
Boies Schiller Flexner LLP
1401 New York Ave, NW
Washington, DC 20005

Philip M. Bowman, Esquire
Boies Schiller Flexner LLP
575 Lexington Avenue
New York, New York 10022

Alan Levine, Esquire
Cooley LLP
1114 Avenue of the Americas, 46th Floor
New York, New York 10036

David E. Mills, Esquire
Cooley LLP
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004

Kenneth D. Bynum, Esquire
BYNUM & JENKINS, PLLC
1010 Cameron Street
Alexandria, VA 22314

Pleasant S. Brodnax, III, Esquire
1701 Pennsylvania Ave., N.W.
Washington, D.C. 20006

Bryan Jones, Esquire
106 W. South St., Suite 211
Charlottesville, VA 22902
*Counsel for Defendants Michael Hill, Michael Tubbs, and Leagues of the South*

Elmer Woodard, Esquire
5661 US Hwy 29
Blairs, VA 24527

and

James E. Kolenich, Esquire
9435 Waterstone Blvd. #140
Cincinnati, OH 45249
*Counsel for Defendants Schoepp, Nationalist Front, National Socialist Movement, Matthew Parrott, Matthew Heimbach, Robert Ray, Traditionalist Worker Party, Elliot Kline, Jason Kessler, Vanguard America, Nathan Damigo, Identity Europa, Inc., and Christopher Cantwell*

I further certify that on February 22, 2021, I also served the following non-ECF participants, via electronic mail as follows:

Christopher Cantwell
Christopher.cantwell@gmail.com

Robert Azzmador Ray
azzmador@gmail.com

Elliott Kline
Eli.f.mosley@gmail.com

Vanguard America c/o Dillon Hopper
Dillon_hopper@protonmail.com

Matthew Heimbach
Matthew.w.heimbach@gmail.com

Richard Spencer
richardbspencer@gmail.com

                                                              /S/
David L. Hauck, Esquire (VSB# 20565)
David L. Campbell, Esquire (VSB #75960)
DUANE, HAUCK, GRAVATT & CAMPBELL
100 West Franklin Street
Richmond, Virginia 23220
Telephone: 804-644-7400
Facsimile: 804-303-8911
dcampbell@dhdglaw.com
*Counsel for Defendant James A. Fields, Jr.*