UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| ELIZABETH SINES, SETH WISPELWEY, MARISSA BLAIR, APRIL MUNIZ, MARCUS MARTIN, NATALIE ROMERO, CHELSEA ALVARADO, THOMAS BAKER and JOHN DOE,<br><br>　　　　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>JASON KESSLER, RICHARD SPENCER, CHRISTOPHER CANTWELL, JAMES ALEX FIELDS, JR., VANGUARD AMERICA, ANDREW ANGLIN, MOONBASE HOLDINGS, LLC, ROBERT "AZZMADOR" RAY, NATHAN DAMIGO, ELLIOT KLINE a/k/a/ ELI MOSELY, IDENTITY EVROPA, MATTHEW HEIMBACH, MATTHEW PARROTT a/k/a DAVID MATTHEW PARROTT, TRADITIONALIST WORKER PARTY, MICHAEL HILL, MICHAEL TUBBS, LEAGUE OF THE SOUTH, JEFF SCHOEP, NATIONAL SOCIALIST MOVEMENT, NATIONALIST FRONT, AUGUSTUS SOL INVICTUS, FRATERNAL ORDER OF THE ALT-KNIGHTS, LOYAL WHITE KNIGHTS OF THE KU KLUX KLAN, and EAST COAST KNIGHTS OF THE KU KLUX KLAN a/k/a EAST COAST KNIGHTS OF THE TRUE INVISIBLE EMPIRE,<br><br>　　　　　　　　　　　　　Defendants. | Civil Action No. 3: 17-cv-00072-NKM |

**PLAINTIFFS' RESPONSE TO MOTION TO
STAY DEPOSITION AND APPOINT A GUARDIAN *AD LITEM*
BY DEFENDANT JAMES ALEX FIELDS, JR.**

Plaintiffs, by and through their counsel, hereby respectfully respond to Defendant James A. Fields, Jr.'s Motion to Stay Deposition and Appoint a Guardian *ad Litem* (the "Motion," ECF No. 926).  Plaintiffs oppose the Motion to the extent it seeks appointment of a guardian *ad litem* for Defendant Fields, for which there is no basis.  If counsel wishes to arrange for an examination of his client's mental condition, he is free to do so.

To the extent the Motion asks the Court to delay Defendant Fields' deposition, such an order is unnecessary at this point based on counsel's representation that Defendant Fields will refuse to testify in the deposition.  Plainly, there is no point in proceeding with the deposition at the scheduled date and time, and Plaintiffs are taking steps to cancel arrangements for the deposition to avoid needless expense.  Plaintiffs reserve their right to seek appropriate sanctions for this and other discovery failures (e.g., refusal to provide SCA consent, as this Court has ordered).  Counsel will meet and confer on that issue.

## ARGUMENT

<u>Stay of Deposition</u>.  Counsel seeks a court-ordered stay of the deposition of Defendant Fields, representing that "Fields will refuse to testify via a video deposition because of a concern that software will be used to manipulate his testimony making his face on the video appear to say things that he is not saying."  Mot. at 2.  Based on this clear representation, Defendant Fields is refusing to testify, and therefore there is no reason for the Court to order a stay.  Plaintiffs' counsel is suspending the deposition of Defendant Fields based on counsel's representation to avoid unnecessary cost and inconvenience to many parties, without waiving the right to seek appropriate sanctions, and has so informed Defendant Fields' counsel.

<u>Guardian *ad Litem*</u>.  Plaintiffs oppose the appointment of a guardian *ad litem* for Defendant Fields because he is represented by counsel.  Appointing a guardian *ad litem* is within a district

1

court's inherent discretion. *See Buchanan County, VA v. Stuart Ray Blankenship, et al.*, 415 F. Supp. 2d 642, 645 (W.D. Va. Dec. 22, 2006); *Wachovia Bank v. Anderson*, 2010 WL 2024488, *1, *3 (E.D. Va. May 18, 2010). Under Fed. R. Civ. P. 17(c)(2) "[t]he court must appoint a guardian ad litem-to protect a minor or incompetent person **who is unrepresented in an action**." (emphasis added). Virginia courts will deny a motion for appointment of a guardian *ad litem* where the moving party is already represented by counsel. *See Blankenship*, 415 F. Supp. 2d at 645-46 (denying motions for appointment of guardians *ad litem* where each moving defendant was represented by counsel); *see also Anderson*, 2010 WL 2024488 at *3 ("Since Defendant Leroy L. Anderson, Jr. is currently represented by counsel, the Defendant's Motion for the Appointment of a Guardian Ad Litem is denied.").

Appointing a guardian *ad litem* would be inappropriate here because Defendant Fields is represented by counsel. David Campbell first appeared as counsel for Defendant Fields in this matter on November 9, 2017, and he has continued to represent Fields in this matter since then. *See* Defendant James A. Fields' Answer to Complaint, ECF No. 88 (Campbell appearing on behalf of Fields); Notice of Appearance, ECF No. 156. As discussed above, both the federal rule and Virginia case law contemplate that the appointment of a guardian *ad litem* should be limited to circumstances where a legally incapacitated person is unrepresented. *See, e.g.*, Fed. R. Civ. P. 17(c)(2); *Blankenship*, 415 F. Supp. 2d. at 643; *Anderson*, 2010 WL 2024488 at *3. Defendant Fields cites no rule or case law demonstrating that appointment of a guardian *ad litem* is necessary or appropriate here. If counsel for Defendant Fields believes an evaluation of his client's mental capacity is warranted, he may make appropriate arrangements.

## CONCLUSION

WHEREFORE, for the reasons stated above, this Court should deny Defendant Fields' motion to appoint a guardian *ad litem*, and Defendant Fields' motion to stay his deposition should be denied as moot, based on his refusal to testify.

Dated: February 23, 2021

Respectfully submitted,

/s/ David E. Mills
David E. Mills (*pro hac vice*)
Joshua M. Siegel (VSB 73416)
Caitlin B. Munley (*pro hac vice*)
Samantha A. Strauss (*pro hac vice*)
Alexandra Eber (*pro hac vice*)
COOLEY LLP
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004
Telephone: (202) 842-7800
Fax: (202) 842-7899
dmills@cooley.com
jsiegel@cooley.com
cmunley@cooley.com
sastrauss@cooley.com
aeber@cooley.com

*Of Counsel:*

Roberta A. Kaplan (*pro hac vice*)
Julie E. Fink (*pro hac vice*)
Gabrielle E. Tenzer (*pro hac vice*)
Joshua A. Matz (*pro hac vice*)
Michael L. Bloch (*pro hac vice*)
Emily C. Cole (*pro hac vice*)
Alexandra K. Conlon (*pro hac vice*)
Jonathan R. Kay (*pro hac vice*)
Benjamin D. White (*pro hac vice*)
Yotam Barkai (*pro hac vice*)
KAPLAN HECKER & FINK, LLP
350 Fifth Avenue, Suite 7110
New York, NY 10118
Telephone: (212) 763-0883
rkaplan@kaplanhecker.com
jfink@kaplanhecker.com
gtenzer@kaplanhecker.com
jmatz@kaplanhecker.com
mbloch@kaplanhecker.com
ecole@kaplanhecker.com
aconlon@kaplanhecker.com
jkay@kaplanhecker.com
bwhite@kaplanhecker.com
ybarkai@kaplanhecker.com

J. Benjamin Rottenborn (VSB No. 84796)
Woods Rogers PLC
10 South Jefferson Street, Suite 1400
Roanoke, Va. 24011
Tel: (540) 983-7600
Fax: (540) 983-7711
brottenborn@woodsrogers.com

Karen L. Dunn (*pro hac vice*)
William A. Isaacson (*pro hac vice*)
Jessica E. Phillips (*pro hac vice*)
PAUL WEISS RIFKIND WHARTON &
GARRISON LLP
2001 K Street, NW
Washington, DC 20006-1047
Telephone: (202) 223-7300
Fax: (202) 223-7420
kdunn@paulweiss.com
wisaacson@paulweiss.com
jphillips@paulweiss.com

Katherine M. Cheng (*pro hac vice*)
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards, 20th Floor
New York, NY 10001
Telephone: (212) 446-2300
Fax: (212) 446-2350
kcheng@bsfllp.com

Robert T. Cahill (VSB 38562)
Scott W. Stemetzki (VSB 86246)
COOLEY LLP
11951 Freedom Drive, 14th Floor
Reston, VA 20190-5656
Telephone: (703) 456-8000
Fax: (703) 456-8100
rcahill@cooley.com
sstemetzki@cooley.com

Alan Levine (*pro hac vice*)
Daniel P. Roy III (*pro hac vice*)
Amanda L. Liverzani (*pro hac vice*)
COOLEY LLP
55 Hudson Yards
New York, NY 10001
Telephone: (212) 479-6260
Fax: (212) 479-6275
alevine@cooley.com
droy@cooley.com
aliverzani@cooley.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on February 23, 2021, I filed the foregoing with the Clerk of Court through the CM/ECF system, which will send a notice of electronic filing to:

Justin Saunders Gravatt
David L. Hauck
David L. Campbell
Duane, Hauck, Davis & Gravatt, P.C.
100 West Franklin Street, Suite 100
Richmond, VA 23220
jgravatt@dhdglaw.com
dhauck@dhdglaw.com
dcampbell@dhdglaw.com

*Counsel for Defendant James A. Fields, Jr.*

Bryan Jones
106 W. South St., Suite 211
Charlottesville, VA 22902
bryan@bjoneslegal.com

*Counsel for Defendants Michael Hill, Michael Tubbs, and League of the South*

W. Edward ReBrook
The ReBrook Law Office
6013 Clerkenwell Court
Burke, VA 22015
edward@rebrooklaw.com
rebrooklaw@gmail.com

*Counsel for Defendants National Socialist Movement, Nationalist Front and Jeff Schoep*

James E. Kolenich
Kolenich Law Office
9435 Waterstone Blvd. #140
Cincinnati, OH 45249
jek318@gmail.com

Elmer Woodard
5661 US Hwy 29
Blairs, VA 24527
isuecrooks@comcast.net

*Counsel for Defendants Matthew Parrott, Traditionalist Worker Party, Jason Kessler, Nathan Damigo, and Identity Europa, Inc. (Identity Evropa)*

I further hereby certify that on February 23, 2021, I also served the following *pro se* defendants and non-ECF participants, via electronic mail, addressed as follows:

Matthew Heimbach
matthew.w.heimbach@gmail.com

Richard Spencer
richardbspencer@gmail.com
richardbspencer@icloud.com

Vanguard America
c/o Dillon Hopper
dillon_hopper@protonmail.com

Elliott Kline
eli.f.mosley@gmail.com
deplorabletruth@gmail.com
eli.r.kline@gmail.com

| | |
|---|---|
| Robert Ray<br>azzmador@gmail.com | Christopher Cantwell-Inmate<br>Inmate No. 20-00348<br>Strafford County Dept. of Corrections<br>266 County Farm Road<br>Dover, NH 03820<br>christopher.cantwell@gmail.com<br>(*Also served via U.S. mail, First Class and postage prepaid) |

        /s/ David E. Mills
        David E. Mills (*pro hac vice*)
        COOLEY LLP
        1299 Pennsylvania Avenue, NW
        Suite 700
        Washington, DC 20004
        Telephone: (202) 842-7800
        Fax: (202) 842-7899
        dmills@cooley.com