# EXHIBIT A

| DATE | PERSON | DESCRIPTION | HOURS | RATE | TOTAL |
|---|---|---|---|---|---|
| 2/17/2020 | Katherine Cheng | Conduct factual research regading bases for Ray motion to compel | 4.3 | $ 275.00 | $ 1,182.50 |
| 2/21/2020 | Katherine Cheng | Begin to draft Ray motion to compel | 0.8 | $ 275.00 | $ 220.00 |
| 2/23/2020 | Katherine Cheng | Continue to research and draft Ray motion to compel | 5.4 | $ 275.00 | $ 1,485.00 |
| 2/24/2020 | Katherine Cheng | Continue to draft and revise Ray motion to compel | 2.2 | $ 275.00 | $ 605.00 |
| 2/26/2020 | Katherine Cheng | Revise Ray motion to compel in accordance with J. Phillips edits; correspond with iDS regarding Ray devices | 1 | $ 275.00 | $ 275.00 |
| 2/28/2020 | Katherine Cheng | Further revise Ray motion to compel in light of J. Phillips edits; coordinate exhibits for Ray motion to compel | 0.6 | $ 275.00 | $ 165.00 |
| 2/29/2020 | Katherine Cheng | Conduct additional research for Ray motion to compel and revise the same in accordance with J. Phillips edits | 1.9 | $ 275.00 | $ 522.50 |
| 3/1/2020 | Katherine Cheng | Revise and circulate Ray motion to compel | 0.5 | $ 275.00 | $ 137.50 |
| 3/2/2020 | Katherine Cheng | Revise Ray motion to compel in accordance with J. Phillips edits; correspond with iDS regarding processing and production of Ray devices | 0.5 | $ 275.00 | $ 137.50 |
| 3/8/2020 | Katherine Cheng | Revise and incorporate further edits to Ray motion to compel | 0.5 | $ 275.00 | $ 137.50 |
| 3/9/2020 | Katherine Cheng | Incorporate additional edits and comments for Ray motion to compel; draft sealing papers in connection with the same; coordinate exhibits and redactions for the same | 3.8 | $ 275.00 | $ 1,045.00 |
| 3/10/2020 | Katherine Cheng | Draft high-level summary points of Ray motion to compel for J. Phillips; coordinate finalizing Ray motion to compel | 0.4 | $ 275.00 | $ 110.00 |
| 3/11/2020 | Katherine Cheng | Assist in finalizing and filing Ray motion to compel and sealing papers | 0.8 | $ 275.00 | $ 220.00 |
| SUBTOTAL | | | 22.7 | $ 275.00 | $ 6,242.50 |
| 3/5/2020 | Yotam Barkai | Attention to R. Ray motion to compel, including cite-checking motion to compel. | 0.6 | $ 275.00 | $ 165.00 |
| 3/6/2020 | Yotam Barkai | Attention to R. Ray motions to compel discovery. | 0.3 | $ 275.00 | $ 82.50 |
| 3/7/2020 | Yotam Barkai | Review cite-checked motion to compel discovery from Ray | 0.4 | $ 275.00 | $ 110.00 |
| 3/8/2020 | Yotam Barkai | Attention to motion to compel discovery from R. Ray and exhibits to motion to compel; cite-check motion to compel discovery from R. Ray | 1.3 | $ 275.00 | $ 357.50 |
| 3/9/2020 | Yotam Barkai | Attention to motion to compel discovery from R. Ray | 0.5 | $ 275.00 | $ 137.50 |
| 3/10/2020 | Yotam Barkai | Attention to motion to compel discovery from R. Ray. | 0.9 | $ 275.00 | $ 247.50 |
| 3/11/2020 | Yotam Barkai | Attention to motion to compel discovery from R. Ray; finalize motion to compel discovery from NSM; finalize exhibits; file motions to compel against R. Ray; serve motion to compel discovery and motion to seal on Defendants; correspond with Court regarding motion to seal and exhibits. | 1.3 | $ 275.00 | $ 357.50 |

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 3/20/2020 | Yotam Barkai | Attention to motion to seal and exhibits in support of R. Ray motion to compel discovery; reproduce exhibits in support of motion to seal. | 0.4 | $ 275.00 | $ 110.00 |
| 4/14/2020 | Yotam Barkai | Attention to exhibits to motion to compel discovery from R. Ray | 0.1 | $ 275.00 | $ 27.50 |
| SUBTOTAL | | | 5.8 | $ 275.00 | $ 1,595.00 |
| 2/18/2020 | Jessica Phillips | Attention to Ray motion to compel | 0.5 | $ 450.00 | $ 225.00 |
| 2/26/2020 | Jessica Phillips | Edited Ray motion to compel | 2 | $ 450.00 | $ 900.00 |
| 2/28/2020 | Jessica Phillips | Edited Ray motion to compel; circulated same to K. Cheng | 0.8 | $ 450.00 | $ 360.00 |
| 2/29/2020 | Jessica Phillips | Reviewed and edited revised motion to compel Ray; circulated same to K. Cheng | 0.9 | $ 450.00 | $ 405.00 |
| 3/1/2020 | Jessica Phillips | Attention to Ray motion | 0.2 | $ 450.00 | $ 90.00 |
| 3/3/2020 | Jessica Phillips | Reviewed updated Ray motion to compel | 0.7 | $ 450.00 | $ 315.00 |
| 3/8/2020 | Jessica Phillips | Reviewed M. Bloch edits to Ray motion to compel; review revised Ray motion to compel | 0.5 | $ 450.00 | $ 225.00 |
| 3/9/2020 | Jessica Phillips | Attention to Ray motion to compel | 0.3 | $ 450.00 | $ 135.00 |
| 3/10/2020 | Jessica Phillips | Finalized Ray motion | 0.8 | $ 450.00 | $ 360.00 |
| 3/11/2020 | Jessica Phillips | Attention to finalizing Ray motion | 0.5 | $ 450.00 | $ 225.00 |
| SUBTOTAL | | | 7.2 | $ 450.00 | $ 3,240.00 |
| 2/28/2020 | Josh Hasler | Organized exhibits to the Ray Motion to Compel Discovery | 1.2 | $ 100.00 | $ 120.00 |
| 3/6/2020 | Josh Hasler | Worked on the exhibits to the Ray Motion to Compel Discovery | 0.2 | $ 100.00 | $ 20.00 |
| 3/9/2020 | Josh Hasler | Filing assistance related to Motion to Compel Discovery from Ray. Tasks included: preparing final copies of public and sealed version exhibits and briefs, proofreading briefs, and providing other support as needed | 3.9 | $ 100.00 | $ 390.00 |
| 3/10/2020 | Josh Hasler | Prepared public/redacted and sealed versions of an updated Motion to Compel Discovery to Ray | 0.5 | $ 100.00 | $ 50.00 |
| 3/11/2020 | Josh Hasler | Provided filing support to BSF attorneys related to the Motions to Compel discovery directed to Ray, preparing final public and sealed versions of exhibits, coordinating secure file transfer, and providing other assistance as required | 1 | $ 100.00 | $ 100.00 |
| SUBTOTAL | | | 6.8 | $ 100.00 | $ 680.00 |
| TOTAL | | | 42.5 | | $ 11,757.50 |