# EXHIBIT B

| DATE | PERSON | DESCRIPTION | HOURS | RATE | TOTAL |
|---|---|---|---|---|---|
| 1/8/2020 | Yotam Barkai | Review NSM materials; draft NSM motion to compel | 1.1 | $ 275.00 | $ 302.50 |
| 1/11/2020 | Yotam Barkai | Draft and revise NSM motion to compel; review materials for use in NSM motion to compel. | 2.5 | $ 275.00 | $ 687.50 |
| 1/13/2020 | Yotam Barkai | Draft and revise NSM motion to compel; review NSM materials, including B. Colucci deposition transcript, to incorporate into NSM motion to compel. | 1.3 | $ 275.00 | $ 357.50 |
| 1/14/2020 | Yotam Barkai | Draft and revise NSM motion to compel; review B. Colucci deposition transcript and exhibits. | 1.8 | $ 275.00 | $ 495.00 |
| 1/15/2020 | Yotam Barkai | Draft and revise motion to compel against NSM. | 0.9 | $ 275.00 | $ 247.50 |
| 1/16/2020 | Yotam Barkai | Draft and revise motion to compel against NSM; review materials, including B. Colucci deposition transcript and exhibits, for incorporation into NSM motion to compel. | 2.3 | $ 275.00 | $ 632.50 |
| 1/17/2020 | Yotam Barkai | Draft and revise motion to compel against NSM. | 2.4 | $ 275.00 | $ 660.00 |
| 1/21/2020 | Yotam Barkai | Draft and revise NSM motion to compel; review NSM materials for use in motion to compel; conduct research for NSM motion to compel. | 1.8 | $ 275.00 | $ 495.00 |
| 1/22/2020 | Yotam Barkai | Draft and revise NSM motion to compel. | 2.2 | $ 275.00 | $ 605.00 |
| 1/24/2020 | Yotam Barkai | Draft and revise NSM motion to compel. | 1.3 | $ 275.00 | $ 357.50 |
| 1/29/2020 | Yotam Barkai | Draft and revise motion to compel against NSM. | 2.6 | $ 275.00 | $ 715.00 |
| 1/31/2020 | Yotam Barkai | Review and revise draft motion to compel against NSM. | 0.6 | $ 275.00 | $ 165.00 |
| 2/1/2020 | Yotam Barkai | Draft and revise motion to compel against NSM. | 1.3 | $ 275.00 | $ 357.50 |
| 2/2/2020 | Yotam Barkai | Draft and revise motion to compel against NSM; conduct further legal research for motion to compel against NSM; review various documents and court orders to incorporate into motion to compel against NSM. | 1.4 | $ 275.00 | $ 385.00 |
| 2/3/2020 | Yotam Barkai | Draft and revise motion to compel against NSM; conduct legal research for motion. | 2.1 | $ 275.00 | $ 577.50 |
| 2/4/2020 | Yotam Barkai | Attention to NSM motion to compel; review, revise, and circulate NSM motion; conduct fact and legal research for incorporation into NSM motion. | 1.8 | $ 275.00 | $ 495.00 |
| 2/17/2020 | Yotam Barkai | Attention to NSM motion. | 0.1 | $ 275.00 | $ 27.50 |
| 2/18/2020 | Yotam Barkai | Attention to NSM motion to compel; draft and revise NSM motion to compel; review testimony and various exhibits to incorporate into NSM motion to compel; conduct research for NSM motion to compel. | 3.4 | $ 275.00 | $ 935.00 |

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 2/19/2020 | Yotam Barkai | Draft and revise motion to compel against NSM; conduct legal research for motion to compel; attention to motion to compel NSM and Stern recordings. | 1.9 | $ 275.00 | $ 522.50 |
| 2/21/2020 | Yotam Barkai | Revise and circulate NSM motion to compel; attention to J. Stern recordings. | 2.4 | $ 275.00 | $ 660.00 |
| 2/24/2020 | Yotam Barkai | Attention to J. Stern recordings. | 0.4 | $ 275.00 | $ 110.00 |
| 2/24/2020 | Yotam Barkai | Attention to NSM motion to compel. | 0.5 | $ 275.00 | $ 137.50 |
| 2/25/2020 | Yotam Barkai | Attention to NSM motion to compel; review revisions to NSM motion to compel; revise NSM motion to compel. | 1.7 | $ 275.00 | $ 467.50 |
| 2/26/2020 | Yotam Barkai | Revise motion to compel discovery from NSM; attention to motion to compel discovery from NSM; revise motion to compel discovery from NSM; begin preparing exhibits. | 1.7 | $ 275.00 | $ 467.50 |
| 2/27/2020 | Yotam Barkai | Review and revise NSM motion to compel; circulate NSM motion to compel to team; attention to NSM motion to compel. | 0.8 | $ 275.00 | $ 220.00 |
| 2/27/2020 | Yotam Barkai | Attention to NSM motion to compel; further revise NSM motion to compel per comments. | 1.6 | $ 275.00 | $ 440.00 |
| 2/28/2020 | Yotam Barkai | Attention to NSM motion to compel; revise NSM motion to compel; incorporate additional materials into NSM motion to compel; draft J. Phillips declaration for NSM motion to compel. | 2.2 | $ 275.00 | $ 605.00 |
| 3/1/2020 | Yotam Barkai | Attention to NSM motion to compel, including exhibits. | 0.9 | $ 275.00 | $ 247.50 |
| 3/2/2020 | Yotam Barkai | Attention to motion to compel discovery from NSM and exhibits for motion; review exhibits in support of NSM motion to compel. | 1.2 | $ 275.00 | $ 330.00 |
| 3/3/2020 | Yotam Barkai | Attention to NSM motion to compel; review research on NSM; revise motion to compel discovery from NSM based on research. | 1.2 | $ 275.00 | $ 330.00 |
| 3/4/2020 | Yotam Barkai | Attention to NSM motion to compel; review further research on NSM and B. Colucci; revise motion to compel discovery from NSM to incorporate research on NSM and B. Colucci; circulate motion to compel discovery from NSM. | 2.2 | $ 275.00 | $ 605.00 |
| 3/5/2020 | Yotam Barkai | Attention to NSM motion to compel, including cite-checking motion to compel. | 0.6 | $ 275.00 | $ 165.00 |
| 3/6/2020 | Yotam Barkai | Attention to NSM motion to compel discovery. | 0.3 | $ 275.00 | $ 82.50 |
| 3/7/2020 | Yotam Barkai | Review cite-checked motion to compel discovery from NSM. | 0.4 | $ 275.00 | $ 110.00 |

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 3/8/2020 | Yotam Barkai | Attention to motion to compel discovery from NSM and exhibits to motions to compel; review revisions to motion to compel discovery from NSM; further revise motion to compel discovery from NSM. | 1.2 | $ 275.00 | $ 330.00 |
| 3/9/2020 | Yotam Barkai | Attention to motion to compel discovery from NSM; review and revise NSM motion to compel discovery; draft motion to seal; draft proposed order on motion to seal; review and revise exhibits. | 1.6 | $ 275.00 | $ 440.00 |
| 3/10/2020 | Yotam Barkai | Attention to motion to compel discovery from NSM; review and finalize motion to compel discovery from NSM. | 1 | $ 275.00 | $ 275.00 |
| 3/11/2020 | Yotam Barkai | Attention to motion to compel discovery from NSM; finalize motion to compel discovery from NSM; finalize exhibits; file motion to compel against NSM; serve motion to compel discovery and motion to seal on Defendants; correspond with Court regarding motion to seal and exhibits. | 1.3 | $ 275.00 | $ 357.50 |
| 3/20/2020 | Yotam Barkai | Attention to motion to seal and exhibits in support of NSM motion to compel discovery; reproduce exhibits in support of motion to seal. | 0.4 | $ 275.00 | $ 110.00 |
| 3/28/2020 | Yotam Barkai | Attention to NSM motion to compel. | 0.3 | $ 275.00 | $ 82.50 |
| **SUBTOTAL** | | | 56.7 | $ 275.00 | $ 15,592.50 |
| 2/26/2020 | Katherine Cheng | Assist Y. Barkai in preparing exhibits for NSM motion to compel | 0.5 | $ 275.00 | $ 137.50 |
| 3/8/2020 | Katherine Cheng | Cite check legal authorities for Ray motion to compel for Y. Barkai | 4.1 | $ 275.00 | $ 1,127.50 |
| **SUBTOTAL** | | | 4.6 | $ 275.00 | $ 1,265.00 |
| 2/4/2020 | Jessica Phillips | Attention to NSM motion for sanctions | 0.5 | $ 450.00 | $ 225.00 |
| 2/13/2020 | Jessica Phillips | Attention to NSM brief | 0.6 | $ 450.00 | $ 270.00 |
| 2/17/2020 | Jessica Phillips | Reviewed NSM motion | 1 | $ 450.00 | $ 450.00 |
| 2/18/2020 | Jessica Phillips | Telecon with Y. Barkai re motion to compel NSM | 0.5 | $ 450.00 | $ 225.00 |
| 2/24/2020 | Jessica Phillips | Edited NSM motion to compel | 2 | $ 450.00 | $ 900.00 |
| 2/25/2020 | Jessica Phillips | Edited NSM motion to compel | 2 | $ 450.00 | $ 900.00 |
| 2/27/2020 | Jessica Phillips | Edited NSM motion and circulated same to Y. Barkai | 0.6 | $ 450.00 | $ 270.00 |
| 2/28/2020 | Jessica Phillips | Attention to NSM motion | 0.8 | $ 450.00 | $ 360.00 |
| 3/4/2020 | Jessica Phillips | Reviewed edits to NSM motion from Y. Barkai | 0.7 | $ 450.00 | $ 315.00 |
| 3/8/2020 | Jessica Phillips | Review revised NSM motion to compel | 0.8 | $ 450.00 | $ 360.00 |
| 3/9/2020 | Jessica Phillips | Attention to NSM motion to compel | 0.5 | $ 450.00 | $ 225.00 |
| 3/10/2020 | Jessica Phillips | Finalized NSM motion | 0.5 | $ 450.00 | $ 225.00 |

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 3/11/2020 | Jessica Phillips | Attention to finalizing NSM motion | 0.2 | $ 450.00 | $ 90.00 |
| **SUBTOTAL** | | | 10.7 | $ 450.00 | $ 4,815.00 |
| 3/5/2020 | Josh Hasler | Perfomed factual cite-check of the Motion to Compel Discovery from the National Socialist Movement | 2.2 | $ 100.00 | $ 220.00 |
| 3/9/2020 | Josh Hasler | Filing assistance related to Motion to Compel Discovery from NSM. Tasks included: preparing final copies of public and sealed version exhibits and briefs, proofreading briefs, and providing other support as needed | 3.8 | $ 100.00 | $ 380.00 |
| 3/11/2020 | Josh Hasler | Provided filing support to BSF attorneys related to the Motions to Compel discovery directed to NSM, preparing final public and sealed versions of exhibits, coordinating secure file transfer, and providing other assistance as required | 1.1 | $ 100.00 | $ 110.00 |
| **SUBTOTAL** | | | 7.1 | $ 100.00 | $ 710.00 |
| **TOTAL** | | | 79.1 | | $ 22,382.50 |