# EXHIBIT C

| DATE | PERSON | DESCRIPTION | HOURS | RATE | TOTAL |
|---|---|---|---|---|---|
| 3/21/2020 | Yotam Barkai | Draft and revise Plaintiffs' motion to compel discovery from Defendant J. Schoep. | 2.2 | $ 275.00 | $ 605.00 |
| 3/23/2020 | Yotam Barkai | Draft and revise motion to compel discovery from J. Schoep; attention to motion to compel discovery from J. Schoep; incorporate various documents into motion to compel discovery from J. Schoep. | 2.2 | $ 275.00 | $ 605.00 |
| 3/24/2020 | Yotam Barkai | Attention to motion to compel discovery from J. Schoep; revise and recirculate motion to compel discovery from J. Schoep; review revisions to J. Schoep motion. | 0.7 | $ 275.00 | $ 192.50 |
| 3/25/2020 | Yotam Barkai | Attention to motion to compel discovery from J. Schoep; revise motion to compel discovery from J. Schoep; incorporate transcripts, exhibits, and other documents into motion to compel discovery from J. Schoep. | 1.6 | $ 275.00 | $ 440.00 |
| 3/26/2020 | Yotam Barkai | Prepare to file motion to compel discovery from J. Schoep; finalize motion and prepare exhibits and sealing papers; attention to motion to compel discovery from J. Schoep. | 0.4 | $ 275.00 | $ 110.00 |
| 3/26/2020 | Yotam Barkai | Review cite-check and revisions to J. Schoep motion to compel discovery; attention to J. Schoep motion. | 0.3 | $ 275.00 | $ 82.50 |
| 3/26/2020 | Yotam Barkai | Attention to J. Schoep motion to compel; revise and recirculate motion to compel discovery from J. Schoep; attention to exhibits to J. Schoep motion to compel discovery. | 1.8 | $ 275.00 | $ 495.00 |
| 3/27/2020 | Yotam Barkai | Attention to motion to compel discovery from J. Schoep; finalize and file motion to compel discovery from J. Schoep; finalize and file motion to seal; serve motion to compel discovery and motion to seal on Defendants. | 0.9 | $ 275.00 | $ 247.50 |
| 4/2/2020 | Yotam Barkai | Attention to reply in support of motion to compel against J. Schoep. | 0.6 | $ 275.00 | $ 165.00 |
| 4/2/2020 | Yotam Barkai | Review J. Schoep opposition brief to J. Schoep motion to compel; attention to reply in support of J. Schoep motion to compel. | 0.7 | $ 275.00 | $ 192.50 |
| 4/7/2020 | Yotam Barkai | Attention to motion to compel against J. Schoep; review draft reply in support of motion to compel discovery from J. Schoep. | 0.4 | $ 275.00 | $ 110.00 |
| 4/8/2020 | Yotam Barkai | Attention to reply in support of motion to compel discovery from J. Schoep; serve reply in support of motion to compel discovery from J. Schoep. | 0.6 | $ 275.00 | $ 165.00 |
| 4/15/2020 | Yotam Barkai | Attention to motion to compel discovery from J. Schoep. | 0.3 | $ 275.00 | $ 82.50 |
| SUBTOTAL | | | 12.7 | $ 275.00 | $ 3,492.50 |
| 4/2/2020 | Katherine Cheng | Research and draft reply regarding Schoep motion to compel for J. Phillips | 4.2 | $ 275.00 | $ 1,155.00 |

| Date | Name | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 4/3/2020 | Katherine Cheng | Revise Schoep motion to compel reply in accordance with J. Phillips edits | 1.4 | $ 275.00 | $ 385.00 |
| 4/6/2020 | Katherine Cheng | Revise reply for Schoep motion to compel in accordance with J. Phillips edits and coordiante exhibit for the same | 1.3 | $ 275.00 | $ 357.50 |
| 4/8/2020 | Katherine Cheng | Finalize and coordinate filing of reply regarding Schoep motion to compel | 1.5 | $ 275.00 | $ 412.50 |
| 5/28/2020 | Katherine Cheng | Analyze Schoep motion for reconsideration and begin to prepare opposition | 0.6 | $ 275.00 | $ 165.00 |
| 5/30/2020 | Katherine Cheng | Research and draft opposition to Schoep motion for reconsideration | 4.6 | $ 275.00 | $ 1,265.00 |
| 6/9/2020 | Katherine Cheng | Cite check opposition to Schoep motion for reconsideration | 1.2 | $ 275.00 | $ 330.00 |
| 6/11/2020 | Katherine Cheng | Finalize and file opposition to Schoep motion for reconsideration | 0.8 | $ 275.00 | $ 220.00 |
| SUBTOTAL | | | 15.6 | $ 275.00 | $ 4,290.00 |
| 3/23/2020 | Jessica Phillips | Edited Schoep motion to compel | 1 | $ 450.00 | $ 450.00 |
| 3/25/2020 | Jessica Phillips | Reviewed Schoep motion to compel | 0.8 | $ 450.00 | $ 360.00 |
| 3/26/2020 | Jessica Phillips | Edited Schoep motion to compel; communicated with Y. Barkai re same; reviewed revised Schoep motion to compel | 0.8 | $ 450.00 | $ 360.00 |
| 4/2/2020 | Jessica Phillips | Read J. Schoep opposition to motion to compel; reviewed and edited reply to Schoep motion to compel | 1 | $ 450.00 | $ 450.00 |
| 4/6/2020 | Jessica Phillips | Edited Schoep motion to compel reply; reviewed M. Bloch edits to Schoep motion to compel reply; reviewed revised Schoep motion to compel reply | 1.5 | $ 450.00 | $ 675.00 |
| 4/8/2020 | Jessica Phillips | Attention to filing reply to Schoep NSM | 0.5 | $ 450.00 | $ 225.00 |
| 5/27/2020 | Jessica Phillips | Read order re Schoep motion to compel | 0.2 | $ 450.00 | $ 90.00 |
| 5/28/2020 | Jessica Phillips | Read and reviewed motion for reconsideration from Schoep | 1.1 | $ 450.00 | $ 495.00 |
| SUBTOTAL | | | 6.9 | $ 450.00 | $ 3,105.00 |
| 3/26/2020 | Josh Hasler | Drafted Motion to Seal Exhibits and a Proposed Order Sealing Exhibits relating to upcoming Motion to Compel Schoep | 2.1 | $ 100.00 | $ 210.00 |
| 3/26/2020 | Josh Hasler | Performed cite check of the Motion to Compel Discovery from Defendant Schoep | 2.1 | $ 100.00 | $ 210.00 |
| 3/26/2020 | Josh Hasler | Worked on the exhibits to the Motion to Compel Discovery from Defendant Schoep | 0.5 | $ 100.00 | $ 50.00 |
| 4/6/2020 | Josh Hasler | Prepared exhibits to the Reply in Support of Plaintiff's Motion to Compel Discovery re Schoep | 1 | $ 100.00 | $ 100.00 |
| SUBTOTAL | | | 5.7 | $ 100.00 | $ 570.00 |
| TOTAL | | | 40.9 | | $ 11,457.50 |