# EXHIBIT D

| DATE | PERSON | DESCRIPTION | HOURS | RATE | TOTAL |
|---|---|---|---|---|---|
| 7/2/2020 | Katherine Cheng | Discuss failure to appear issues with J. Phillips; research, draft, and revise motion to compel Kline deposition; coordinate and prepare exhibits for the same | 5.8 | $ 275.00 | $ 1,595.00 |
| 7/3/2020 | Katherine Cheng | Finalize motion to compel Kline deposition and exhibits for filing | 1 | $ 275.00 | $ 275.00 |
| 7/17/2020 | Katherine Cheng | Begin to draft supplemental brief regarding motion to compel Kline deposition | 1.2 | $ 275.00 | $ 330.00 |
| 7/19/2020 | Katherine Cheng | Edit and revise supplemental brief regarding motion to compel Kline deposition | 0.6 | $ 275.00 | $ 165.00 |
| 7/20/2020 | Katherine Cheng | Revise supplemental brief regarding motion to compel Kline deposition in accordance with J. Phillips edits | 0.4 | $ 275.00 | $ 110.00 |
| 7/21/2020 | Katherine Cheng | Finalize and file supplemental brief regarding Kline motion to compel | 0.4 | $ 275.00 | $ 110.00 |
| SUBTOTAL | | | 9.4 | $ 275.00 | $ 2,585.00 |
| 7/2/2020 | Jessica Phillips | Edited Kline motion to compel | 0.5 | $ 450.00 | $ 225.00 |
| SUBTOTAL | | | 0.5 | $ 450.00 | $ 225.00 |
| 7/2/2020 | Stephanie Spear | Prepared exhibits for motion to compel E. Kline deposition | 0.5 | $ 100.00 | $ 50.00 |
| SUBTOTAL | | | 0.5 | $ 100.00 | $ 50.00 |
| 7/2/2020 | TSG Reporting | Court reporting and transcript services for Kline deposition | | | $ 1,017.25 |
| 7/2/2020 | TSG Reporting | Videography services for Kline deposition | | | $ 295.00 |
| SUBTOTAL | | | | | $ 1,312.25 |
| TOTAL | | | 10.4 | | $ 4,172.25 |