# EXHIBIT E

| DATE | PERSON | DESCRIPTION | HOURS | RATE | TOTAL |
|---|---|---|---|---|---|
| 7/13/2020 | Yotam Barkai | Prepare for and participate in R. Ray deposition; attention to R. Ray deposition; draft motion to compel R. Ray deposition. | 4.2 | $ 275.00 | $ 1,155.00 |
| 7/14/2020 | Yotam Barkai | Attention to motion to compel R. Ray deposition; finalize and file motion to compel R. Ray deposition. | 3.5 | $ 275.00 | $ 962.50 |
| SUBTOTAL | | | 7.7 | $ 275.00 | $ 2,117.50 |
| | Jessica Phillips | N/A | 0 | $ 450.00 | $ - |
| SUBTOTAL | | | 0 | $ 450.00 | $ - |
| 7/13/2020 | Stephanie Spear | Prepared exhibits for motion to compel R. Ray deposition | 0.5 | $ 100.00 | $ 50.00 |
| SUBTOTAL | | | 0.5 | $ 100.00 | $ 50.00 |
| 7/13/2020 | TSG Reporting | Court reporting and transcript services for R. Ray deposition | | | $ 1,075.50 |
| 7/13/2020 | TSG Reporting | Videography services for R. Ray deposition | | | $ 527.50 |
| SUBTOTAL | | | | | $ 1,603.00 |
| TOTAL | | | 8.2 | | $ 3,770.50 |