United States District Court
For the Western District of Virginia
Charlottesville Division
Civil Action No. 3:17-cv-00072NKM

Sines et al v. Kessler et al

Defendant's Objection to Notice of Deposition

I, Defendant Christopher Cantwell, write to object to Plaintiffs' recent Notice of Deposition, dated March 3rd 2021. Plaintiffs assert their intent to depose me beginning March 19th, and ending whenever they see fit.

Answering Defendant objects to this notice as untimely, and unduly burdensome. This lawsuit was filed in the year 2017. Owing to the non-compliance of other Defendants, and the now all encompassing excuse for all things, the COVID-19 virus, the trial has been delayed over and over again. The Plaintiffs have nonetheless had more than ample time to conduct their investigations. They should not, as a result, be granted limitless time and scope to invade the lives of their targets.

If the Plaintiffs cannot prove their case after more than 3.5 years, they will never be able to prove it. They never intended to prove it, and have used these myriad excuses for delay, as a means by which to extend their abuse of process.

This trial should have happened by Summer of 2019. Had that timeline been met, the staggering lack of evidence for their abundant false claims would have brought these abuses to a prompt and embarrassing end. Instead, every opportunity has been taken to make the process as lengthy and painful as possible, salting wounds, twisting blades, and making outrageous claims in the media.

I therefore request the court deny the Plaintiffs' this untimely deposition, and, to appoint for me, at Plaintiffs' expense, a guardian ad litem to assist me in whatever obligations this abuse of process still imposes on me. I am incarcerated, indigent, and without representation. The Plaintiffs' are clearly abusing me based on this vulnerability.

Respectfully Submitted - Christopher Cantwell
3-4-2021
C Cantwell

Christopher Cantwell
Dokins #20-00358
Strafford County DOC
266 County Farm Rd
Dover NH 03820

Office of the Clerk
U.S. District Court
For the Western District of Virginia
255 West Main Street, Room 304
Charlottesville, VA 22902

22902-505879

MANCHESTER NH 030
8 MAR 2021 PM 3

Barn Swallow