# EXHIBIT A

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### Charlottesville Division

ELIZABETH SINES, SETH WISPELWEY, MARISSA BLAIR, APRIL MUNIZ, MARCUS MARTIN, NATALIE ROMERO, CHELSEA ALVARADO, JOHN DOE, and THOMAS BAKER,

      Plaintiffs,

v.

JASON KESSLER, RICHARD SPENCER, CHRISTOPHER CANTWELL, JAMES ALEX FIELDS, JR., VANGUARD AMERICA, ANDREW ANGLIN, MOONBASE HOLDINGS, LLC, ROBERT "AZZMADOR" RAY, NATHAN DAMIGO, ELLIOT KLINE a/k/a/ ELI MOSELY, IDENTITY EVROPA, MATTHEW HEIMBACH, MATTHEW PARROTT a/k/a DAVID MATTHEW PARROTT, TRADITIONALIST WORKER PARTY, MICHAEL HILL, MICHAEL TUBBS, LEAGUE OF THE SOUTH, JEFF SCHOEP, NATIONAL SOCIALIST MOVEMENT, NATIONALIST FRONT, AUGUSTUS SOL INVICTUS, FRATERNAL ORDER OF THE ALT-KNIGHTS, MICHAEL "ENOCH" PEINOVICH, LOYAL WHITE KNIGHTS OF THE KU KLUX KLAN, and EAST COAST KNIGHTS OF THE KU KLUX KLAN a/k/a EAST COAST KNIGHTS OF THE TRUE INVISIBLE EMPIRE,

      Defendants.

**Civil Action No.** 3:17-cv-00072-NKM

**JURY TRIAL DEMANDED**

**PLAINTIFFS' NOTICE OF DEPOSITION OF CHRISTOPHER CANTWELL**

PLEASE TAKE NOTICE that pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure, Plaintiffs, by and through their counsel, will take the deposition upon oral examination of Defendant Christopher Cantwell, on June 7, beginning at 7:15 a.m. ET, and continuing from day to day until completed. The deposition will take place via videoconference, as agreed upon by the parties, or at such other location, date, method and time as may be mutually agreed upon by the parties. The deposition will be conducted before an officer authorized by law to administer oaths, will be recorded by stenographic means, and may be recorded by video means and through the instant visual display of the testimony. The deposition will be taken for the purposes of discovery and all other purposes permitted by the Federal Rules of Civil Procedure.

Dated: March 17, 2021
New York, New York

/s/ Michael L. Bloch
Roberta A. Kaplan (*pro hac vice*)
Julie E. Fink (*pro hac vice*)
Gabrielle E. Tenzer (*pro hac vice*)
Michael L. Bloch (*pro hac vice*)
KAPLAN HECKER & FINK LLP
350 Fifth Avenue, Suite 7110
New York, NY 10118
Telephone: (212) 763-0883
rkaplan@kaplanhecker.com
jfink@kaplanhecker.com
gtenzer@kaplanhecker.com
mbloch@kaplanhecker.com

|  |  |
|---|---|
|  | Of Counsel: |
| Robert T. Cahill (VSB 38562)<br>COOLEY LLP<br>11951 Freedom Drive, 14th Floor<br>Reston, VA 20190-5656<br>Telephone: (703) 456-8000<br>Fax: (703) 456-8100<br>rcahill@cooley.com | Karen L. Dunn (*pro hac vice*)<br>William A. Isaacson (*pro hac vice*)<br>Jessica E. Phillips (*pro hac vice*)<br>PAUL WEISS RIFKIND WHARTON &<br>GARRISON LLP<br>2001 K Street, NW<br>Washington, DC 20006<br>Telephone: (202) 223-7300<br>Fax: (202) 223-7420<br>kdunn@paulweiss.com<br>wisaacson@paulweiss.com<br>jphillips@paulweiss.com |
| Alan Levine (*pro hac vice*)<br>Philip Bowman (*pro hac vice*)<br>COOLEY LLP<br>55 Hudson Yards<br>New York, NY 10001<br>Telephone: (212) 479-6260<br>Fax: (212) 479-6275<br>alevine@cooley.com<br>pbowman@cooley.com | David E. Mills (*pro hac vice*)<br>Joshua M. Siegel (VSB 73416)<br>COOLEY LLP<br>1299 Pennsylvania Avenue, NW<br>Suite 700<br>Washington, DC 20004<br>Telephone: (202) 842-7800<br>Fax: (202) 842-7899<br>dmills@cooley.com<br>jsiegel@cooley.com |
| J. Benjamin Rottenborn (VSB 84796)<br>WOODS ROGERS PLC<br>10 South Jefferson St., Suite 1400<br>Roanoke, VA 24011<br>Telephone: (540) 983-7600<br>Fax: (540) 983-7711<br>brottenborn@woodsrogers.com |  |
|  | *Counsel for Plaintiffs* |