# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

| | |
|---|---|
| ELIZABETH SINES, *et al.*,<br><br>                        *Plaintiffs*,<br><br>    v.<br><br>JASON KESSLER, *et al.*,<br><br>                        *Defendants.* | CASE NO. 3:17-cv-00072<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

    Three Defendants in this case, Michael Hill, Michael Tubbs, and League of the South (collectively, "League of the South Defendants"), have filed a motion for summary judgment, arguing that they are entitled to summary judgment on all counts against them in Plaintiffs' Second Amended Complaint. Dkt. 823. The Court may only award summary judgment, however, "if the movant shows that there is no genuine dispute as to any material fact and the movant is entitled to judgment as a matter of law." Fed. R. Civ. P. 56(a). Upon consideration of the voluminous materials presented to the Court in the parties' submissions (Dkts. 823, 862, 863 and 878), and following oral argument, the Court concludes that League of the South Defendants have not shown they are entitled to summary judgment. There are material conflicts in evidence, to be set forth more fully in a forthcoming Memorandum Opinion, that preclude an award of summary judgment to League of the South Defendants. Accordingly, their motion for summary judgment will be and hereby is **DENIED**. Dkt. 823.

    It is so **ORDERED**.

2

The Clerk of Court is directed to send a copy of this Order to the parties.

Entered this  31st  day of March, 2021.

                                                NORMAN K. MOON
                                                SENIOR UNITED STATES DISTRICT JUDGE