I asked a staff member at the jail to print and mail this motion for sanctions, and failed to sign it before it went out.

Here is a signed copy of the last page to complete the document for filing.

—Christopher Cantwell

C. Cantwell

CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
APR 12 2021
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

running out, and as the moment of truth nears, the Plaintiffs actions become more and more desperate. Unless a clear signal is sent, we can expect more, and increasingly brazen misconduct.

Possible signals this Court may send are,

- ☐ Dismissing the Plaintiffs' claims against Defendant Cantwell
- ☐ Appointing a Guardian ad Litem at Plaintiffs' expense for Defendant Cantwell
- ☐ Attorneys fees in the amount of $28,000
- ☐ Halting further discovery demands against Defendant Cantwell
- ☐ What other relief the Court may see fit.

Defendant Cantwell requests the Court conduct a hearing on all of the above, and instruct the Strafford Department of Corrections to arrange for him to appear at that hearing via video conference.

Respectfully Submitted,

Christopher Cantwell, March 26th 2021

x _C Cantwell_

15

Mrs topher Cantrell
Bookins #2000039 Y
Strafford County DOC
266 County Farm Rd
Dover, NH 03820

for
Office of the Clerk
U.S. District Court
for the Western District of Virginia
Charlottesville Division
255 West Main Street
Charlottesville, VA 22902

MANCHESTER NH 030
30 MAR 2021 PM 1 L