United States District Court For The Western District of Virginia
Charlottesville Division

Elizabeth Sines, et al Plaintiffs vs.
Jason Kessler, et al Defendants

Civil Action No. 3:17-cv-00072-NKM

Defendant's Motion to File by Fax

Defendant Christopher Cantwell respectfully requests the Court permit him to submit motions, responses, and other necessary correspondence in this case, by faxing documents to the Clerk.

Producing documents at the Strafford House of Corrections can be difficult and time consuming. Printing those documents requires the assistance of a specific staff member who is not always available, and can take several days after the document has been typed up. When those documents exceed a couple of pages, they require a special envelope and staff intervention to mail. The last document I had the staff mail for me had not arrived 10 days later. Then there is the expense, and I have no income, save for begging.

All of this time can be troublesome in a legal battle where one can lose an important dispute for failure to respond.

Fortunately, the staff member who usually prints the documents recently told me he could fax them for me, too. However, after speaking to the Clerk I was made aware that this was not currently permitted.

If the Court would permit me to file in this way, it would make my completely impossible task less expensive and time consuming.

Please do.

Respectfully Submitted,
Christopher Cantwell  4-8-2021
C Cantwell

Christopher Cantwell
Booking #20-C0348
Strafford County DOC
266 County Farm Rd
Dover, NH 03820

Office of the Clerk
US District Court for
The Western District of Virginia
Charlottesville Division
255 West Main Street Room 304
Charlottesville, VA 22902-5067