## CERTIFICATE OF SERVICE

      I hereby certify that on April 20, 2021 I filed Response to Defendants Motion with the Clerk of Court through the CM/ECF system, which will send a notice of electronic filing to:

| | |
|---|---|
| Elmer Woodard | David L. Campbell |
| 5661 US Hwy 29 | Justin Saunders Gravatt |
| Blairs, VA 24527 | Duane, Hauck, Davis & Gravatt, P.C. |
| isuecrooks@comcast.net | 100 West Franklin Street, Suite 100 |
| | Richmond, VA 23220 |
| James E. Kolenich | dcampbell@dhdglaw.com |
| Kolenich Law Office | jgravatt@dhdglaw.com |
| 9435 Waterstone Blvd. #140 | |
| Cincinnati, OH 45249 | *Counsel for Defendant James A. Fields, Jr.* |
| jek318@gmail.com | |
| | |
| *Counsel for Defendants Jason Kessler, Nathan Damigo, Identity Europa, Inc. (Identity Evropa), Matthew Parrott, and Traditionalist Worker Party* | |
| Bryan Jones | William Edward ReBrook, IV |
| 106 W. South St., Suite 211 | The ReBrook Law Office |
| Charlottesville, VA 22902 | 6013 Clerkenwell Court |
| bryan@bjoneslegal.com | Burke, VA 22015 |
| | edward@rebrooklaw.com |
| *Counsel for Defendants Michael Hill, Michael Tubbs, and League of the South* | rebrooklaw@gmail.com |
| | |
| | *Counsel for Defendants Jeff Schoep, National Socialist Movement, and Nationalist Front* |

## CERTIFICATE OF SERVICE

I further hereby certify that on April 21, 2021, I also served the following non-ECF participants, via mail and electronic mail, as follows:

Richard Spencer
richardbspencer@icloud.com
richardbspencer@gmail.com

Vanguard America
c/o Dillon Hopper
dillon_hopper@protonmail.com

Elliott Kline a/k/a Eli Mosley
eli.f.mosley@gmail.com
deplorabletruth@gmail.com
eli.r.kline@gmail.com

Christopher Cantwell
Christopher Cantwell 20-00348
Strafford County HOC
266 County Farm Rd
Dover, NH 03820

Robert "Azzmador" Ray
azzmador@gmail.com

Matthew Heimbach
matthew.w.heimbach@gmail.com

/s/ Michael L. Bloch
Michael L. Bloch (*pro hac vice*)
KAPLAN HECKER & FINK LLP

*Counsel for Plaintiffs*