# EXHIBIT B

| | |
|---|---|
| **From:** | James Kolenich |
| **To:** | Michael Bloch |
| **Subject:** | Fwd: Last known contact information |
| **Date:** | Friday, October 18, 2019 5:16:07 PM |

---------- Forwarded message ---------
From: **James Kolenich** <jek318@gmail.com>
Date: Wed, Sep 25, 2019 at 7:38 PM
Subject: Last known contact information
To: KarenD@vawd.uscourts.gov <KarenD@vawd.uscourts.gov>


Karen:

Relative to the issue of the motion to withdraw from representing defendants Ray and Cantwell, their last known contact information is:

Robert Ray
phone:903-245-9134
email: azzmador@gmail.com

Christopher Cantwell
phone:603-803-1213
email: christopher.cantwell@gmail.com

Respectfully,

Jim Kolenich

--
**James E. Kolenich**
**Kolenich Law Office**
**9435 Waterstone Blvd. #140**
**Cincinnati, OH 45249**
**513-444-2150**
**513-297-6065(fax)**
**513-324-0905 (cell)**


--
**James E. Kolenich**
**Kolenich Law Office**
**9435 Waterstone Blvd. #140**
**Cincinnati, OH 45249**
**513-444-2150**
**513-297-6065(fax)**
**513-324-0905 (cell)**