# EXHIBIT C

| | |
|---|---|
| **From:** | Michael Bloch |
| **To:** | "Christopher Cantwell" |
| **Subject:** | RE: Sines v. Kessler Emails |
| **Date:** | Wednesday, November 13, 2019 6:36:00 PM |

Anything you need to serve on the Plaintiffs you can just email me at this address.

**Michael Bloch | Kaplan Hecker & Fink LLP**

Counsel
350 Fifth Avenue | Suite 7110
New York, New York 10118
(W) 929.367.4573| (M) 646.398.0345
mbloch@kaplanhecker.com

**From:** Christopher Cantwell <christopher.cantwell@gmail.com>
**Sent:** Wednesday, November 13, 2019 6:20 PM
**To:** Michael Bloch <mbloch@kaplanhecker.com>
**Subject:** Re: Sines v. Kessler Emails

Thanks. In my preparations, I was made to understand that certain things are supposed to be served on opposing counsel prior to filing them with the court. If I find myself needing to do this, it would be helpful to know which email addresses I should send such communications to.

On Wed, Nov 13, 2019 at 5:58 PM Michael Bloch <mbloch@kaplanhecker.com> wrote:

> You need to make sure that all parties receive notice of anything you file. Those of us that are registered with the Court filing system (Plaintiffs as well as any represented Defendants) will get automatic notification once you file, so you do not need to send to us separately. I believe the pro se Defendants (Heimbach, Hopper and Kline) will not receive automatic notification, so you should email them copies when you file.
>
> **Michael Bloch | Kaplan Hecker & Fink LLP**
>
> Counsel
> 350 Fifth Avenue | Suite 7110
> New York, New York 10118
> (W) 929.367.4573| (M) 646.398.0345
> mbloch@kaplanhecker.com
>
> **From:** Christopher Cantwell <christopher.cantwell@gmail.com>
> **Sent:** Wednesday, November 13, 2019 7:39 AM
> **To:** Michael Bloch <mbloch@kaplanhecker.com>
> **Subject:** Sines v. Kessler Emails
>
> I'm about to ship a physical copy of my response to the 2nd amended complaint to the court. Who else besides you should I email copies to?
>
> --
>
> Regards,
>
> Christopher Cantwell
>
> Blogger at ChristopherCantwell.com
>
> Host of Radical Agenda
>
> 631-791-5842
>
> Skype: Radical Agenda
>
> *This email and its attachments may contain information that is confidential and/or protected from disclosure by the attorney-client, work product or other applicable legal privilege. If you are not the intended recipient of the email, please be aware that any unauthorized review, use, disclosure, dissemination, distribution, or copying of this communication, or*

> *any of its contents, is strictly prohibited. If you have received this communication in error, please notify the sender immediately and destroy all copies of the message from your computer system. Thank you.*

--

Regards,

Christopher Cantwell

Blogger at [ChristopherCantwell.com](ChristopherCantwell.com)

Host of [Radical Agenda](Radical Agenda)

631-791-5842

Skype: Radical Agenda