CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

MAY 07 2021

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

United States District Court for the Western District of Virginia-Charlottesville Division

Sines, et al, Plaintiffs vs. Kessler et al, Defendants

Defendant Christopher Cantwell's Contact/Status Update

On April 28th, of 2021, a Wednesday, I was woken by staff at the Strafford County House of corrections at approximately 4:30am and told I would be leaving in one hour. I was not allowed to bring any property with me, not even legal papers. I was told that I was being moved to a federal facility, but not which one.

After traveling in a van, two airplanes, and three buses, I have arrived at Tallahatchie County Correctional Facility in Tutwiler, MS. I have been told that this is a temporary stay, and that I will be moved again in some, yet to be announced period of time, to a yet to be announced location.

I shipped all of my papers for this case, as well as the 2TB encrypted hard drive which the Plaintiffs sent me, back home with the rest of my property. This is one of four sheets of blank paper the facility gave me. I am writing this with a golf pencil w/ no eraser. I have two envelopes, but no stamps, the light in my cell is broken.

Compared to Stafford, the staff here are not exactly anxious to help, in my limited experience. The private company that runs the facility, "Core Civic" has a notice posted on the unit that they have applied for accreditation, but have not yet recieved it.

Hopefully I have sufficiently illustrated the point that I am currently incapable of handling my pro se defense in this case against the army of lawyers and millions of dollars, that have been set against me by these oppressed victims of white supremacy, the plaintiffs.

This situation will probably improve a little bit in a month or three, so I'd rather not default on this suit just yet. Until that improvement comes, however, I must beg the mercy of my persecutors and the patience of this Honorable Court.

The last mail I recieved about this case was the plaintiffs' notice that they did not object to me filing by fax. I have not seen anything that happened after that.

I can recieve mail here, but I might be moved before it arrives. For good measure, it should be marked "Legal Mail" on the envelope.

Christopher Cantwell Inmate #991509
Tallahatchie County Correctional Facility
19351 U.S. Highway 49 North, Tutwiler, MS 38963

there is an unverifiable consensus opinion among inmates that we will be here for about 2 weeks. During that time I will try to get some money in my commissary, purchase postage and writing material, and determine what resources are available in the law library. I will write to the court again once I have had the chance to do these things, or after I move to another facility, whichever comes first.

Respectfully Submitted,
Christopher Cantwell

C Cantwell    4-30-2021