Christopher Cantwell
Inmate # 991509
Tallahatchie County Correctional Facility
Tutwiler, MS 38963

Office of the Clerk
U.S. District Court for the Western District of VA
Charlottesville Division
255 West Main Street Room 304
Charlottesville, VA 22902