# EXHIBIT A

| | |
|---|---|
| **From:** | Alexandra Conlon |
| **To:** | Kyle Chadbourne; Laura Noseworthy; Charlotte Karlsen |
| **Subject:** | RE: Inmate Deposition |
| **Date:** | Monday, May 3, 2021 10:48:29 PM |
| **Attachments:** | 945.pdf |
| | 945-1 - Ex. A.pdf |
| | 945-2 - Ex. B.pdf |
| | 945-3 - Ex. C.pdf |
| | 945-4 - Ex. D.pdf |
| | 945-5 - Ex. E.pdf |

Attached please see the documents referenced in my email from this evening that I meant to attach in the first instance (the documents we filed and mailed to Mr. Cantwell).

Thanks,
Alex

**Alexandra Conlon | Kaplan Hecker & Fink LLP**
Senior Associate
350 Fifth Avenue | Suite 7110
New York, New York 10118
(W) 929.294.2544 | (M) 646.581.3060
aconlon@kaplanhecker.com

**From:** Alexandra Conlon
**Sent:** Monday, May 3, 2021 10:26 PM
**To:** Kyle Chadbourne <kchadbourne@co.strafford.nh.us>; Laura Noseworthy <lnoseworthy@co.strafford.nh.us>; Charlotte Karlsen <ckarlsen@kaplanhecker.com>
**Subject:** RE: Inmate Deposition

Good evening,

As previously discussed, we represent the Plaintiffs in ongoing litigation in which Christopher Cantwell, inmate No. 20-00348, is a named Defendant. We are attempting to serve Mr. Cantwell with copies of documents that we have filed with the court in this litigation. I am writing to follow up regarding an item of legal mail that my office sent to Mr. Cantwell, on April 26, 2021. According to our receipt from the United States Postal Service, the legal mail arrived at Strafford on April 28, 2021. Today, however, the mail was returned to us as undelivered. To the best of our knowledge, Mr. Cantwell has been able to receive legal mail previously at Strafford. We are attaching the document that we attempted to mail him in the hopes it can be delivered to him. We will also re-send him the filing to the following address, designated "Legal Mail from Opposing Counsel" on the envelope to convey the nature of its contents, as we have done with previous documents that have been successfully delivered to him:

Christopher Cantwell 20-00348
Strafford County HOC
266 County Farm Rd
Dover, NH 03820

Please let us know if there is some other method we should follow to ensure delivery of this filings,

and any such filings in the future.

Thanks,
Alex

**Alexandra Conlon | Kaplan Hecker & Fink LLP**

Senior Associate
350 Fifth Avenue | Suite 7110
New York, New York 10118
(W) 929.294.2544 | (M) 646.581.3060
aconlon@kaplanhecker.com