Christopher Cantwell
Inmate #00991505
Tallahatchie County Correctional Facility
12351 US HWY 49 North
Tutwiler, MS 38963

Office of the Clerk
U.S District Court for the
Western District of Virginia, Charlottesville Division
255 West Main Street Room 304
Charlottesville, VA 22902

JACKSON MS 390
10 MAY 2021 PM 2 L