UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| ELIZABETH SINES, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> JASON KESSLER, *et al.*, <br><br> *Defendants.* | CASE NO. 3:17-cv-00072 <br><br> ORDER <br><br> JUDGE NORMAN K. MOON |

The Court is assessing the feasibility of conducting the trial scheduled in this case between October 25 and November 19, 2021, at the federal courthouse in Charlottesville. The parties shall forthwith contact the Clerk's Office, Scheduling Clerk at (434) 847-5722 to arrange a videoconference on the subject.

It is so **ORDERED**.

Entered this   26th   day of May, 2021.

_____
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE