CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

JUN 0 1 2021

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

United States District
for the Western District of Virginia
Civil Action No. 3:17-cv-00072
Sines et al, Plaintiffs v. Kessler et al Defendants

Defendant Cantwell's Request for Documents

Today I recieved in the mail this Court's decision on Plaintiffs' motion to strike Defendant Spencer's motion for Summary Judgement.

I asked a friend to check the docket for this case on CourtListener.com and she says there is an entry regarding a court decision or order pertaining to motions I recently filed, which appears earlier in the timeline than the decision I recieved today, but I have not seen the document regarding my motions and CourtListener.com does not allow my friend to read it.

Please send or re-send this document to me at the Tallahatchie Correctional Facility.

The Court appears to have the correct address, since I recieved the decision regarding the motion to strike and the Plaintiffs response to my motion for Sanctions

But, here it is again for good measure.

Christopher Cantwell
Inmate #00991509
Tallahatchie County Correctional Facility
19351 US Hwy 49 North
Tutwiler, MS 38963

Respectfully Submitted,

Christopher Cantwell 5-25-2021

C Cantwell

Christopher Cantwell  
Inmate #00991509  
Tallahatchie County Correctional Facility  
415 US Hwy 49 North  
Tutwiler, MS 38963

Office of the Clerk for the  
U.S. District Court of Virginia  
Western District Charlottesville Division  
255 West Main Street Room 304  
Charlottesville VA 22902

RICHMOND VA 230  
26 MAY 2021 PM 3 L