# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

**Elizabeth Sines, et al.**

vs.

**Jason Kessler, et al.**

Action No:   3:17CV00072
Date:   June 4, 2021
Judge:   Norman K. Moon
Court Reporter:   Lisa Blair
Deputy Clerk:   Carmen Amos

Plaintiff Attorney(s)

Roberta Kaplan
Michael Bloch
Jessica Phillips
Karen Dunn
Jonathan Kay
Alan Levine
Alexandra Conlon
Emily Cole
Samantha Strauss

Defendant Attorney(s)

James Kolenich
David Campbell
Bryan Jones

Pro Se Defendants
Richard Spencer
Michael Heimbach

PROCEEDINGS:

Parties present via videoconference/Zoom for Status Conference regarding the jury trial in this matter, which is set to begin in October. The Court discusses its concerns with the following issues for this trial:

1. Number of people in the courtroom – parties, attorneys, support staff.
2. Courtroom & courthouse space / logistics re: number and size of room, room to accommodate the jury.
3. Location of trial:   Charlottesville vs. Lynchburg or Roanoke.
4. Mediation with Magistrate Judge Hoppe re: narrowing issues and stipulating to undisputed facts.

Responses and input discussed on the record by the parties.   The Court will allow submissions from any party regarding these issues to be filed within 7 days.   Submissions shall be limited to these issues.

Time in Court:   2:02 – 2:42 p.m.   (40 minutes)