# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

| | |
|---|---|
| ELIZABETH SINES, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> JASON KESSLER, *et al.*, <br><br> *Defendants*. | CASE NO. 3:17-cv-00072 <br><br> ORDER <br><br> JUDGE NORMAN K. MOON |

Upon notice that several of the parties are interested in pursuing mediation, pursuant to 28 U.S.C. § 636(b)(3) and Fed. R. Civ. P. 16(a)(5), this matter is hereby **REFERRED** for mediation before United States Magistrate Judge Joel Hoppe, and for any proceedings related thereto that Judge Hoppe deems appropriate. Any party willing to pursue mediation is directed forthwith to contact Judge Hoppe's courtroom deputy at (540) 434-3181 ext. 2.

It is so **ORDERED**.

Entered this 7th day of June, 2021.

*/s/ Norman K. Moon*
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE