# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION

| | |
|---|---|
| ELIZABETH SINES, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>JASON KESSLER, *et al.*,<br><br>*Defendants.* | CASE NO. 3:17-cv-00072<br><br>BRIEFING ORDER<br><br>JUDGE NORMAN K. MOON |

On June 4, 2021, the Court held a status conference concerning issues related to the feasibility of conducting the trial in this case between October 25 and November 19, 2021, at the federal courthouse in Charlottesville.

The Court invited initial comments from the parties at the status conference on the following topics. Any parties seeking to do so may file supplementary briefs concerning the following topics:

1. What is an optimal and manageable footprint for the litigants, attorneys and staff for each side *in the courtroom*? Consideration shall be taken to ensure that each side is represented at trial, but also reflect space limitations and potential risks presented by COVID-19.

2. What is an efficient and manageable footprint of the trial *in the courthouse*? The Court shall consider any needed use of breakout rooms, video access for overflow members of the public or press, security considerations, and any requested or needed use of court facilities.

3. Reflecting the considerations above and other relevant considerations, whether the Charlottesville federal courthouse is the best equipped and most suitable courthouse at which to hold this trial.

4. Steps that have been and can be taken in a pretrial posture, either by way of a meet-and-confer with the opposing parties, or under the auspices of the magistrate judge, to narrow the issues in genuine dispute and to enter into stipulations as to agreed facts.

Any party seeking to file a supplemental brief on these topics **shall** do so by **June 11, 2021** at **5:00 p.m.** Briefs shall be limited to **ten (10) pages** in length.

It is so **ORDERED**.

Entered this ___7th___ day of June, 2021.

NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE