CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

JUN 07 2021

JULIA C. DUDLEY, CLERK
BY: /s/ _____
DEPUTY CLERK

United States District Court for
the Western District of Virginia
Charlottesville Division
Civil Action: Sines et al, Plaintiffs
vs. Kessler et al, Defendants

Defendant Cantwell's Contact/Status
Update for June 2021

For the second time in as many months, I have been transferred to another correctional facility, and stripped of all my papers and other property.

I am currently in a quarantine unit at the United States Penitentiary, Marion, IL. From here I am to be housed at the Communications Management Unit, which I understand has some special restrictions. Right now I cannot make a phone call, and the last communication I got from the court told me to call the Clerk about a status conference.

My new mailing address is
Christopher Cantwell #00991-509
USP Marion 4500 Prison Rd
P.O. Box 2000
Marion, IL 62959

Respectfully Submitted
C Cantwell 6-3-21

Christopher Cantwell #00991-509
USP Marion
4500 Prison Rd
P.O. Box 1000
Marion, IL 62959

SAINT LOUIS MO 630
4 JUN 2021 PM 8 L

Office of the Clerk
U.S. District Court for the
Western District of Virginia
Charlottesville Division
255 West Main Street Room 304
Charlottesville, VA 22902

22902-505875