Richard Spencer
PO Box 1676
Whitefish, MT 59937

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF VIRGINIA

CHARLOTTESVILLE DIVISION

| | |
|---|---|
| ELIZABETH SINES *et al.*, | Case No: 3:17-cv-00072-NKM |
| Plaintiffs | |
| vs. | **CONCURRING OPINION** |
| JASON KESSLER, *et al.*, | |
| Defendants | |

**MOTION FOR INTER DISTRICT TRANSFER AND RESPONSE TO COURT'S REQUEST FOR BRIEFING ON TRIAL FEASIBILITY**

On June 4, 2021, in a conference call before the Honorable Judge Moon on the feasibility of the October trial, Mr. Spencer (*pro se*) made his opinion clear regarding the prospect of transferring the trial to Lynchburg, Virginia—he supports it. In the interest of saving the Court time and avoiding repetition, Mr. Spencer offers his endorsement of Mr. James Kolenich's Motion for Inter District Transfer and Responses to Court's Request for Briefing on Trial Feasibility, filed today, June 11, 2021. Mr. Spencer has read the brief and concurs with its argument.

The 11th June, 2021.

Richard B. Spencer, *Pro Se*

CONCURRING OPINION - 1

**CERTIFICATE OF SERVICE**

I certify that on the 11th of June, 2021, a true and correct copy of the foregoing Motion for Summary Justice was filed electronically with the Clerk of the Court, which will provide electronic notice to all counsel of record.

_____
Richard B. Spencer, *Pro Se*

I further hereby certify that on June 11, 2021, I also served the following non-ECF participants, via electronic mail, as follows:

Christopher Cantwell christopher.cantwell@gmail.com

Robert Azzmador Ray azzmador@gmail.com

Elliott Kline a/k/a Eli Mosley eli.f.mosley@gmail.com deplorabletruth@gmail.com

Vanguard America c/o Dillon Hopper dillon_hopper@protonmail.com

Matthew Heimbach matthew.w.heimbach@gmail.com

CONCURRING OPINION - 2