# EXHIBIT F

# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### Charlottesville Division

|  |  |
|---|---|
| ELIZABETH SINES, SETH WISPELWEY, MARISSA BLAIR, APRIL MUNIZ, MARCUS MARTIN, NATALIE ROMERO, CHELSEA ALVARADO, THOMAS BAKER and JOHN DOE,<br><br>                                        Plaintiffs,<br><br>v.<br><br>JASON KESSLER, RICHARD SPENCER, CHRISTOPHER CANTWELL, JAMES ALEX FIELDS, JR., VANGUARD AMERICA, ANDREW ANGLIN, MOONBASE HOLDINGS, LLC, ROBERT "AZZMADOR" RAY, NATHAN DAMIGO, ELLIOT KLINE a/k/a/ ELI MOSELY, IDENTITY EVROPA, MATTHEW HEIMBACH, MATTHEW PARROTT a/k/a DAVID MATTHEW PARROTT, TRADITIONALIST WORKER PARTY, MICHAEL HILL, MICHAEL TUBBS, LEAGUE OF THE SOUTH, JEFF SCHOEP, NATIONAL SOCIALIST MOVEMENT, NATIONALIST FRONT, AUGUSTUS SOL INVICTUS, FRATERNAL ORDER OF THE ALT-KNIGHTS, LOYAL WHITE KNIGHTS OF THE KU KLUX KLAN, and EAST COAST KNIGHTS OF THE KU KLUX KLAN a/k/a EAST COAST KNIGHTS OF THE TRUE INVISIBLE EMPIRE,<br><br>                                        Defendants. | Civil Action No. 3: 17-cv-00072-NKM |

## DECLARATION OF ELIZABETH SINES IN SUPPORT OF PLAINTIFFS' SUBMISSION REGARDING VENUE FOR TRIAL AND TRIAL LOGISTICS

I, Elizabeth Sines, declare as follows:

1.     I am the named Plaintiff in the lawsuit captioned *Sines v. Kessler*, No. No. 3: 17-cv-00072-NKM.

2.     I provide this declaration in support of Plaintiffs' Submission Regarding Venue for Trial and Trial Logistics.

3.     The statements made in this declaration are based on my personal knowledge.  If called to testify, I could and would testify under oath competently and truthfully to each of the statements in this declaration.

4.     I am currently a resident of Baltimore, Maryland.  I moved there after spending several years in Charlottesville where I was a law student and active member of the local community.

5.      On August 11 and August 12, 2017, while a student at the University of Virginia Law School, I chose to go out to observe what was happening to my community.  I was horrified by what I saw and what was happening to the place I called home.  I was nearly struck in the car attack on Fourth Street, not far from where I lived and studied.

6.     Having a trial in Charlottesville is important to me because it is the place where I saw my community overrun.  I strongly believe that a trial involving events that greatly affected that community should occur in Charlottesville.  It is the place where I was nearly killed, and it is important to me that the story of what happened in August 2017 be told to representatives of the very community that was traumatized that weekend.

7.     I have already arranged with my employer to take some time off from work to be available for the trial in Charlottesville.  I have friends in Charlottesville who were planning on serving as my support system during the trial.  I have never lived or spent time in in Roanoke or

Lynchburg, Virginia.  Reliving those terrifying days from 2017 at trial will be difficult enough — relocating to a place I've never been before to tell my story will only increase my stress, particularly without the benefit of the emotional support I was counting on in Charlottesville.

8.      I declare under penalty of perjury that the foregoing is true and correct. Executed on June 10, 2021 in Baltimore, Maryland.

Elizabeth Sines
_____
Elizabeth Sines