# EXHIBIT N

## Other Lawsuits in Federal Court Relating to Unite the Right

| Date Filed | Caption | Case No. | Plaintiffs | Defendants | Venue |
|---|---|---|---|---|---|
| 08/10/2017 | *Kessler v. City of Charlottesville et al.* | No. 3:17-CV-00056-GEC | Jason Kessler | City of Charlottesville; Maurice Jones; John Kluge; Alight Fund LLC; David Posner; Hunter Smith; John J. Wheeler | W.D. Va. (Charlottesville Division) |
| 10/27/2017 | *City of Charlottesville v. Penn. Light Foot Militia* | No. 3:17-CV-00078-GEC | City of Charlottesville; Champion Brewing Co., LLC; Escafe; Mas Tapas; Maya Restaurant; Quality Pie; Rapture Restaurant and Night Club; Alakazam Toys and Gifts; Alight Fund LLC; Angelo Jewelry; Hays + Ewing Design Studio, PC; Wolf Ackerman Design, LLC; Williams Pentagram Corporation; Belmont-Carlton Neighborhood Association; Little High Neighborhood Association; Woolen Mills Neighborhood Association | Pennsylvania Light Foot Militia; New York Light Foot Militia; Virginia Minutemen Militia; American Freedom Keepers, LLC; American Warrior Revolution; Redneck Revolt Defendant Socialist Rifle Association; Traditionalist Worker Party; Vanguard America; League of the South, Inc.; National Socialist Movement; Jason Kessler; Elliott Kline; Christian Yingling; George Curbelo; Francis Marion; Ace Baker; Matthew Heimbach; Cesar Hess; Spencer Borum; Michael Tubbs; Jeff Schoep | W.D. Va. (Charlottesville Division) |
| 12/28/2017 | *Cantwell v. Gorcenski* | No. 3:17-CV-00089-NKM-JCH | Christopher Cantwell | Emily Gorcenski; Kristopher Goad | W.D. Va. (Charlottesville Division) |
| 03/06/2018 | *Kessler v. City of Charlottesville* | No. 3:18-CV-00015-NKM-JCH | Jason Kessler | City of Charlottesville; Maurice Jones | W.D. Va. (Charlottesville Division) |
| 03/13/2018 | *Gilmore v. Jones* | No. 3:18-CV-00017-NKM-JCH | Brennan M. Gilmore | Alexander E. Jones; Infowars, LLC; Free Speech Systems, LLC; Lee Stranahan; Lee Ann McAdoo; Scott Creighton; James Hoft; Allen B. West; Derrick Wilburn | W.D. Va. (Charlottesville Division) |

| Date Filed | Caption | Case No. | Plaintiffs | Defendants | Venue |
|---|---|---|---|---|---|
| 06/27/2018 | *United States v. Fields* | No. 3:18-CR-00011-MFU | United States | James Alex Fields, Jr. | W.D. Va. (Charlottesville Division) |
| 10/10/2018 | *United States v. Daley et al.* | No. 3:18-CR-00025-NKM-JCH | United States | Cole Evan White; Michael Paul Miselis; Benjamin Drake Daley; Thomas Walter Gillen | W.D. Va. (Charlottesville Division) |
| 11/01/2018 | *United States v. Rundo et al.* | No. 2:18-CV-00759-CJC | United States | Robert Paul Rundo; Robert Boman; Tyler Laube; Aaron Eason | C.D. Calif. |
| 11/07/2018 | *Kessler et al. v. City of Charlottesville et al.* | No. 3:18-CV-00017-NKM-JCH | Jason Kessler; Identity Evropa; National Socialist Movement; Traditionalist Worker's Party | City of Charlottesville; Al Thomas; Becky Crannis-Curl | W.D. Va. (Charlottesville Division) |
| 05/17/2019 | *Burke v. Fields Jr. et al.* | No. 2:19-CV-02006-MHW-EPD | William Burke | James Alex Fields Jr.; Vanguard America; Andrew Anglin; Gregory Anglin; Daily Stormer; Moonbase Holdings LLC; Anglin and Anglin LLC; Robert Ray; Matthew Heimbach; The Traditionalist Worker Party; Jason Kessler; Proud Boys; Richard Spencer; National Policy Institute; David Duke; Nationalist Front; Augustus Sol Invictus; Honorable Sacred Knights; Morning Star Ministries USA, INC; John Doe 1-1000 and Jane Doe 1-1000 | S.D. Ohio[1] |
| 08/12/2019 | *Harris v. Kessler* | No. 3:19-CV-00046-NKM-JCH | Deandre Harris | Jason Kessler; Richard Spencer; Vanguard America; Andrew Anglin; Moonbase Holdings, LLC; Robert Azzmador Ray; Nathan Damigo; Elliot Kline; Identity Evropa; Matthew Heimbach; | W.D. Va. (Charlottesville Division) |

---

[1] Defendant Traditionalist Worker Party moved to dismiss for lack of venue. *See* Motion to Dismiss, *Burke v. Fields*, No. 2:19-cv-02006 (Sept. 23, 2019), ECF No. 33 ("Plaintiff's Amended Complaint alleges that virtually all of the events or omissions complained of occurred in Virginia.").

| Date Filed | Caption | Case No. | Plaintiffs | Defendants | Venue |
|---|---|---|---|---|---|
| | | | | Matthew Parrot; Traditionalist Workers Party; Michael Hill; Michael Tubbs; League of the South; Jeff Schoep; National Socialist Movement; Nationalist Front; Augustus Sol Invictus; Fraternal Order of the Alt-Knights; Michael Enoch Peinovich; Loyal White Knights of the Ku Klux Klan; East Coast Knights of the Klue Klux Klan; National Policy Institute; The Proud Boys; Council of Conservative Citizens; American Renaissance; The Red Elephants; American Freedom Keepers; AltRight.com; Daniel P. Borden; Alex Michael Ramos; Jacob Scott Goodwin; Tyler Watkins Davis | |
| 08/12/2019 | *Kessler et al. v. City of Charlottesville et al.* | No. 3:19-CV-00044-NKM-JCH | Jason Kessler; David Matthew Parrott | City of Charlottesville; Tarron J. Richardson; Al S. Thomas; Becky Crannis-Curl; Maurice Jones | W.D. Va. (Charlottesville Division) |