# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA

### Charlottesville Division

ELIZABETH SINES, SETH WISPELWEY,
MARISSA BLAIR, APRIL MUÑIZ,
MARCUS MARTIN, NATALIE ROMERO,
CHELSEA ALVARADO, JOHN DOE, and
THOMAS BAKER,

                                    Plaintiffs,

v.

JASON KESSLER, et al.

                                    Defendants.

**Civil Action No. 3:17-cv-00072-NKM**

**JURY TRIAL DEMANDED**

## JOINT PROPOSED AMENDED PRETRIAL SCHEDULE

On September 15, 2020, the Court directed the parties to file a joint proposed schedule for certain trial-related deadlines.  ECF No. 874.  Pursuant to this order, Counsel for Plaintiffs submitted a Joint Proposed Amended Pretrial Schedule on September 29, 2020.  *See* ECF No. 885.  On February 3, 2021, the Court continued the trial until October 25, 2021.  ECF Nos. 924-925.  In response to this continuance, the parties[1] propose the following updated schedule:

### PROPOSED SCHEDULE

1. Parties shall exchange witness lists on or before **September 7, 2021**.

2. Parties shall exchange exhibit lists on or before **September 14, 2021**.

3. Motions in limine shall be filed on or before **October 4, 2021**.

4. Deposition designations shall be filed on or before **October 4, 2021**.

---

[1] Plaintiffs proposed this schedule to all Defendants and received no objection.

5.  Counter-designations and objections to deposition designations shall be filed on or before **October 12, 2021**.

6.  Challenges to any designations made under the protective order (ECF No. 167) shall be filed on or before **October 12, 2021**.

7.  Proposed jury instructions and special interrogatories shall be filed on or before **October 12, 2021**.

8.  Responses in opposition to motions in limine shall be filed on or before **October 12, 2021**.

9.  Integrated Pretrial Order, submitted jointly by the parties, shall be filed on or before **October 18, 2021**.

10. Responses to any challenges to any designations made under the protective order (ECF No. 167) shall be filed on or before **October 19, 2021**.

11. Objections to counter-designations shall be filed on or before **October 19, 2021**.

12. Jury trial to begin on **October 25, 2021**.


Dated:  June 21, 2021                            Respectfully submitted,

Michael L. Bloch (*pro hac vice*)
Roberta A. Kaplan (*pro hac vice*)
Julie E. Fink (*pro hac vice*)
Gabrielle E. Tenzer (*pro hac vice*)
Yotam Barkai (*pro hac vice*)
Emily C. Cole (*pro hac vice*)
Alexandra K. Conlon (*pro hac vice*)
Jonathan R. Kay (*pro hac vice*)
Benjamin D. White (*pro hac vice*)
KAPLAN HECKER & FINK LLP
350 Fifth Avenue, Suite 7110
New York, NY 10118
Telephone: (212) 763-0883
mbloch@kaplanhecker.com
rkaplan@kaplanhecker.com
jfink@kaplanhecker.com
gtenzer@kaplanhecker.com
ybarkai@kaplanhecker.com
ecole@kaplanhecker.com

aconlon@kaplanhecker.com
jkay@kaplanhecker.com
bwhite@kaplanhecker.com
*Counsel for Plaintiffs*

Of Counsel:

Robert T. Cahill (VSB 38562)
COOLEY LLP
11951 Freedom Drive, 14th Floor
Reston, VA 20190-5656
Telephone: (703) 456-8000
Fax: (703) 456-8100
rcahill@cooley.com

Karen L. Dunn (*pro hac vice*)
William A. Isaacson (*pro hac vice*)
Jessica Phillips (*pro hac vice*)
PAUL WEISS RIFKIND WHARTON &
GARRISON LLP
2001 K Street, NW
Washington, DC 20006
Telephone: (202) 223-7300
Fax: (202) 223-7420
kdunn@paulweiss.com
wisaacson@paulweiss.com
jphillips@paulweiss.com

Alan Levine (*pro hac vice*)
Philip Bowman (*pro hac vice*)
COOLEY LLP
1114 Avenue of the Americas, 46th Floor New
York, NY 10036
Telephone: (212) 479-6260
Fax: (212) 479-6275
alevine@cooley.com
pbowman@cooley.com

David E. Mills (*pro hac vice*)
Joshua M. Siegel (VSB 73416)
COOLEY LLP
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004
Telephone: (202) 842-7800
Fax: (202) 842-7899
dmills@cooley.com
jsiegel@cooley.com

J. Benjamin Rottenborn (VSB 84796)
WOODS ROGERS PLC
10 South Jefferson St., Suite 1400
Roanoke, VA 24011
Telephone: (540) 983-7600
Fax: (540) 983-7711
brottenborn@woodsrogers.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on June 21, 2021, I filed the foregoing with the Clerk of Court through the CM/ECF system, which will send a notice of electronic filing to:

Elmer Woodard
5661 US Hwy 29
Blairs, VA 24527
isuecrooks@comcast.net

James E. Kolenich
Kolenich Law Office
9435 Waterstone Blvd. #140
Cincinnati, OH 45249
jek318@gmail.com

*Counsel for Defendants Jason Kessler, Nathan Damigo, Identity Europa, Inc. (Identity Evropa), Matthew Parrott, and Traditionalist Worker Party*

Bryan Jones
106 W. South St., Suite 211
Charlottesville, VA 22902
bryan@bjoneslegal.com

*Counsel for Defendants Michael Hill, Michael Tubbs, and League of the South*

David L. Campbell
Justin Saunders Gravatt
Duane, Hauck, Davis & Gravatt, P.C.
100 West Franklin Street, Suite 100
Richmond, VA 23220
dcampbell@dhdglaw.com
jgravatt@dhdglaw.com

*Counsel for Defendant James A. Fields, Jr.*

William Edward ReBrook, IV
The ReBrook Law Office
6013 Clerkenwell Court
Burke, VA 22015
edward@rebrooklaw.com

*Counsel for Defendants Jeff Schoep, National Socialist Movement, and Nationalist Front*

## CERTIFICATE OF SERVICE

I hereby certify that on June 21, 2021, I filed the foregoing with the Clerk of Court through the CM/ECF system, which will send a notice of electronic filing to:

Richard Spencer
richardbspencer@icloud.com
richardbspencer@gmail.com


Vanguard America
c/o Dillon Hopper
dillon_hopper@protonmail.com


Elliott Kline a/k/a Eli Mosley
eli.f.mosley@gmail.com
deplorabletruth@gmail.com
eli.r.kline@gmail.com

Christopher Cantwell
Christopher Cantwell 00991-509
USP Marion, 4500 Prison Rd.
U.S. Penitentiary
P.O. Box 2000
Marion, IL 62959
Robert "Azzmador" Ray
azzmador@gmail.com


Matthew Heimbach
matthew.w.heimbach@gmail.com


_____
Michael L. Bloch (pro hac vice)
KAPLAN HECKER & FINK LLP

Counsel for Plaintiffs