| DATE | PERSON | DESCRIPTION | HOURS | RATE | TOTAL |
|---|---|---|---|---|---|
| 5/18/2020 | Katherine Cheng | Review and revise updated R. Ray ESI certification form per Y. Barkai | 0.4 | $ 275.00 | $ 110.00 |
| SUBTOTAL | | | 0.4 | $ 275.00 | $ 110.00 |
| 5/18/2020 | Yotam Barkai | Review opinion on motion to compel against R. Ray; prepare certification form for R. Ray | 1 | $ 275.00 | $ 275.00 |
| 5/28/2020 | Yotam Barkai | Attention to R. Ray court orders; draft motion for evidentiary sanctions and adverse inferences against R. Ray; review prior briefs, exhibits, and other materials on R. Ray | 3 | $ 275.00 | $ 825.00 |
| 5/29/2020 | Yotam Barkai | Review J. Phillips revisions to R. Ray sanctions brief | 0.5 | $ 275.00 | $ 137.50 |
| 5/30/2020 | Yotam Barkai | Attention to motion for sanctions against R. Ray; revise and circulate motion | 0.5 | $ 275.00 | $ 137.50 |
| 5/31/2020 | Yotam Barkai | Attention to motion for sanctions against R. Ray; further revise and circulate motion for sanctions against R. Ray | 2 | $ 275.00 | $ 550.00 |
| 6/1/2020 | Yotam Barkai | Attention to R. Ray sanctions motion; revise, finalize, and file R. Ray sanctions motion | 2.5 | $ 275.00 | $ 687.50 |
| SUBTOTAL | | | 9.5 | $ 275.00 | $ 2,612.50 |
| 5/28/2020 | Jessica Phillips | Reviewed motion for sanctions against Ray | 1.5 | $ 450.00 | $ 675.00 |
| 6/1/2020 | Jessica Phillips | Reviewed final version of motion for sanctions against Ray | 0.5 | $ 450.00 | $ 225.00 |
| SUBTOTAL | | | 2 | $ 450.00 | $ 900.00 |
| 6/1/2020 | Josh Hasler | Prepared exhibits to the motion for sanctions against Defendant Ray and provided other filing assistance, per request of Y. Barkai | 1.4 | $ 100.00 | $ 140.00 |
| SUBTOTAL | | | 1.4 | $ 100.00 | $ 140.00 |
| TOTAL | | | 13.3 | | $ 3,762.50 |