CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE VA
FILED
JUL 02 2021
JULIA C. DUDLEY, CLERK
BY: /s/
    DEPUTY CLERK

United States District Court for the Western District of Virginia Charlottesville Division.

Civil Action No: 3:17-cv-00072

Sines et al, Plaintiffs v. Kessler et al, Defendants

Defendant Cantwell's Objection to Plaintiffs' "Joint" Proposed Amended Pretrial Schedule.

Today, June 10th of 2021, I recieved a piece of mail from Plaintiffs' counsel, Michael Bloch. The envelope was postmarked June 7th and it contained an email printout dated June 3rd of 2021, 5:18pm.

The email stated that if Mr Bloch did not hear back from those addressed by "Wednesday, June 8th" he would presume all were in agreement with the attached Proposed Amended Pretrial Schedule.

Setting aside that June 8th was on Tuesday, I am in any case unable to respond to Mr. Bloch's inquiry before this very moment, which is late in the afternoon on Thursday, June 10th, and my correspondance will doubtlessly take several days to appear on the record, this provided USP Marion can find me a postage stamp, since my commissary order for 20 was not filled.

This willful disregard for timely correspondance is part of a well documented pattern at this point,

Because the Plaintiffs took unfair advantage of my indigence and incarceration, I remained completely unaware of almost everything that has happened in this case for over a year. When this was discovered, Plaintiffs' counsel sent me more than 400 court filings I had previously not had access to, as well as expert witness reports, emails, social media images, videos, and much, much more on a 2 terabyte hard drive.

I say "much, much more" because I am still unaware of most of what is on that hard drive. Before I could review its contents, the United States Federal Government told me I could mail it to someone, or they could destroy it, because I had to be transferred to another facility.

Based apparently on Mr. Bloch's sworn statement, which stood in clear contrast to available evidence, this Court denied my motion to sanction the Plaintiffs for this misconduct. For reasons I cannot comprehend, it was asserted that being kept in the dark for over a year in violation of the rules of civil procedure had not harmed my defense. Continuing this pattern, the Proposed Amended Schedule is submitted as "Joint" without my input.

If the Plaintiffs in this case do not want to hear from me, they are welcome to drop their claims and cancel their deposition. If they want to continue this charade and conscript this court as an accessory to Communist terrorism, then they ought to slow down enough that the poor people they are abusing can buy a stamp and send a letter before they fraudulently represent to this court that nobody objects to their treachery.

Respectfully Submitted,
Christopher Cantwell
Cantwell 6-10-2021

Exhibit A

Envelope Postmarked June 7th 2021 from New York, NY. In Michael Bloch's handwriting.



Michael L. Bloch, Esq.
Kaplan Hecker & Fink LLP
350 Fifth Ave, Suite 7110
New York, NY 10118

THIS MAIL DOES NOT QUALIFY
AS SPECIAL MAIL AS DEFINED BY
PROGRAM STATEMENT 5265.14
CORRESPONDENCE

NEW YORK NY 100
7 JUN 2021 PM 11 L

62959-750000

Christopher Cantwell 00991-509
USP Marion
U.S. Penitentiary
P.O. Box 1000
Marion, IL 62959

LEGAL MAIL FROM OPPOSING COUNSEL

Exhibit B

Email from Michael Bloch dated 6-3-2021 5:18pm

**From:** Michael Bloch
**Sent:** Thursday, June 3, 2021 5:18 PM
**To:** jek318@gmail.com; bryan@bjoneslegal.com; rebrooklaw@gmail.com; David Campbell <dcampbell@chtdlaw.com>; Richard Spencer <richardbspencer@gmail.com>; richardbspencer@icloud.com; matthew.w.heimbach@gmail.com; dillon_hopper@protonmail.com; ali.f.mosley@gmail.com; deplorabletruth@gmail.com; azzmador@gmail.com
**Subject:** Sines v. Kessler - Proposed Amended Pretrial Schedule

All,

As you all know, this matter is set for trial on October 25, 2021. Because of the prior continuances, we need to amend the pretrial schedule governing issues such as exchange of witness and exhibit lists, motions in limine, deposition and confidentiality designations, jury instructions and the Integrated Pretrial Order. I am attaching a proposed amended pretrial schedule dealing with those issues for your consideration, which I would hope to present to the Court as a joint proposal from all parties. Please let me know by the end of the day on Wednesday, June 8, whether anyone has any objections or suggested changes to the dates proposed. If I do not hear from you by that date, I will presume you are in agreement with the proposal. Thanks very much.

**Michael Bloch | Kaplan Hecker & Fink LLP**
Counsel
350 Fifth Avenue | Suite 7110
New York, New York 10118
(W) 929.367.4573 | (M) 646.398.0345
mbloch@kaplanhecker.com

Christopher Cantwell
#00991-509
USP Marion
4500 Prison Rd
P.O. Box 2000
Marion, IL 62959

Office of the Clerk
U.S. District Court for the
Western District of Virginia
Charlottesville Division
255 West Main Street Room 304
Charlottesville, VA 22902

SAINT LOUIS MO 630
29 JUN 2021 PM 4 L

22902-505879