United States District Court
for the Western District of Virginia
Charlottesville Division
Civil Action No. 3:17-cv-00072-NKM
Sines et al, Plaintiffs vs. Kessler et al, Defendant

Defendant Cantwell's Brief in Support
of Venue Change.

Owing to uncanny timing on the part of
the U.S. Marshalls, and a Bureau of Prisons
COVID Protocol which can only be described
as suspicious, I had no access to a
telephone on June 4th, and have not
seen or heard the Court's invitation
to file briefs by June 11th. What I
know, I know only from Plaintiffs'
motion for additional pages on the
subject, which I have no objection
to, and recieved on June 11th.

I fear security problems may pose a
threat to the safety of Defense witnesses,
Jurors, and Defendants in the city of
Chart Charlottesville. Even if those threats
to do not physically manifest, their all
too real potential may negatively impact
Jurors, and anyone who dares to speak
the truth about this matter.

The Communists who attacked us have
largely gotten away with their crimes.
Commonwealth's Attorneys Joe Platania and
Robert Tracci were supportive and fearful
of the mob, respectively, and Mr. Tracci
was replaced by a George Soros backed Candidate

The Daily Progress reported a "Mass Exodus" of officers from the Charlottesville Police Department in 2018, and given the political winds of that city, it seems foolish to guess that the strength and integrity of that department has since improved.

Last I was able to check, the Republican Party stopped running candidates for City Council. The Democrats' only opposition now is the political wing of the Antifa terrorist group, the Democratic Socialists of America. This puts the inmates in charge of the asylum, so-to-speak, and does not portend good fortune for the forces of Truth, Justice, and Rule of Law.

I leave the question of where to go for those better informed than I. It is my understanding that Virginia has suffered tremendously under Democrat control of her State government, so there may be substantial challenges in finding a place less prone to so-called "stand down orders".

Respectfully Submitted
Christopher Cantwell 6-11-2021

C. Cantwell

Christopher Cantwell
#00991-509
USP/Marion
4500 Prison Rd
P.O. Box 2000
Marion, IL 62959

SAINT LOUIS MO 630
29 JUN 2021 PM 4 L

22902-505879

Office of the Clerk
U.S. District Court for the
Western District of Virginia
Charlottesville Division
255 West Main Street Room 304
Charlottesville, VA 22902