# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION

|  |  |
|---|---|
| ELIZABETH SINES, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>JASON KESSLER, *et al.*,<br><br>*Defendants.* | CASE NO. 3:17-cv-00072<br><br>AMENDED PRETRIAL ORDER<br><br>JUDGE NORMAN K. MOON |

Upon consideration of the Plaintiffs' proposed amended pretrial schedule, Dkt. 981, which was submitted without opposition except Defendant Christopher Cantwell, Dkt. 987, and further finding good cause shown and that establishing the following case deadlines will promote efficient preparation for the jury trial between October 25 and November 19, 2021 at the federal courthouse in Charlottesville, the Court **directs** the parties to comply with the following pretrial schedule:

1. The parties shall file proposed questions to be included in a questionnaire the Court will send to prospective jurors on or before **August 24, 2021**.

2. The parties shall exchange and file witness lists on or before **September 7, 2021**.

3. The parties shall exchange and file exhibit lists on or before **September 14, 2021**.

4. Any motions in limine shall be filed on or before **October 4, 2021**.

5. Deposition designations shall be filed on or before **October 4, 2021**.

6. Counter-designations and objections to deposition designations shall be filed on or before **October 12, 2021**.

7. Challenges to any designations made under the protective order (Dkt. 167) shall be filed on or before **October 12, 2021**.

1

8.  Proposed jury instructions, special interrogatories, and a proposed verdict form shall be filed on or before **October 12, 2021**.

9.  Responses in opposition to motions in limine shall be filed on or before **October 12, 2021**.

10. The parties shall file proposed *voir dire* questions on or before **October 12, 2021**.

11. Integrated Pretrial Order, submitted jointly by the parties, shall be filed on or before **October 18, 2021**.

12. Responses to any challenges to any designations made under the protective order (Dkt. 167), shall be filed on or before **October 19, 2021**.

13. Objections to any counter-designations shall be filed on or before **October 19, 2021**.

14. If needed, a **final pretrial conference** shall tentatively be set for **October 22, 2021**, at **9:30 a.m.**, by Zoom.

The Court's earlier pretrial orders, e.g., Dkt. 101, are **amended** as set forth above, and in all other respects shall remain unaltered.

Defense counsel are further **encouraged** to arrange and participate in meet and confer(s) between and among all Defendants, in an attempt to secure a coordinated defense position on any of the above submissions, to the greatest extent practicable.

It is so **ORDERED**.

The Clerk of Court is directed to send a certified copy of this Order to the parties.

Entered this <u>15th</u> day of July, 2021.

NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE