UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| ELIZABETH SINES, SETH WISPELWEY, MARISSA BLAIR, APRIL MUÑIZ, MARCUS MARTIN, NATALIE ROMERO, CHELSEA ALVARADO, JOHN DOE, and THOMAS BAKER,<br><br>                Plaintiffs,<br><br>v.<br><br>JASON KESSLER, et al.,<br><br>                Defendants. | Civil Action No. 3:17-cv-00072-NKM<br><br>**JURY TRIAL DEMANDED** |

## MOTION FOR *PRO* HAC VICE ADMISSION OF NICHOLAS A. BUTTO

Pursuant to Rule 6(d) of the Local Rules for the United States District Court for the Western District of Virginia, I, Robert T. Cahill, an attorney admitted to practice in this Court, and counsel of record in the instant proceeding hereby moves the Court for the admission of Nicholas A. Butto, Esquire to appear *pro hac vice* on behalf of the Plaintiffs in the above captioned case and in support thereof states as follows:

1.     Mr. Butto is an associate with the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, NY 10019. Tel: 212.373.3219, Fax: 212.492.0219, Email: nbutto@paulweiss.com

2.     Mr. Butto is qualified and licensed to practice law and is a bar member in good standing in the State of New York (Bar ID No. 5686027 - Since 2019)

3.     Mr. Butto agrees to submit and comply with the appropriate rules of procedure as required in the case for which he is applying to appear *pro hac vice* as well as the rules and standards of professional conduct applicable to all lawyers admitted to practice before this Court.

WHEREFORE, for the reasons stated above, it is requested that this Court grant this motion and permit Nicholas A. Butto, Esq. to appear *pro hac vice* on behalf of Plaintiffs in the above captioned case, and to appear at hearings or trials in the absence of an associated member of the bar of this Court.

Dated: July 28, 2021                               Respectfully submitted,

                                                   */s/ Robert T. Cahill*
                                                   Robert T. Cahill (VSB 38562)
                                                   COOLEY LLP
                                                   11951 Freedom Drive, 14th Floor
                                                   Reston, VA 20190-5656
                                                   Telephone: (703) 456-8000
                                                   Fax: (703) 456-8100
                                                   rcahill@cooley.com

                                                   ***Counsel for Plaintiffs***

## CERTIFICATE OF SERVICE

      I hereby certify that on July 28, 2021, I filed the foregoing with the Clerk of Court through the CM/ECF system, which will send a notice of electronic filing to:

Elmer Woodard
5661 US Hwy 29
Blairs, VA 24527
isuecrooks@comcast.net

James E. Kolenich
Kolenich Law Office
9435 Waterstone Blvd. #140
Cincinnati, OH 45249
jek318@gmail.com

*Counsel for Defendants Jason Kessler, Nathan Damigo, Identity Europa, Inc. (Identity Evropa), Matthew Parrott, and Traditionalist Worker Party*

Bryan Jones
106 W. South St., Suite 211
Charlottesville, VA 22902
bryan@bjoneslegal.com

*Counsel for Defendants Michael Hill, Michael Tubbs, and League of the South*

David L. Campbell
Justin Saunders Gravatt
Duane, Hauck, Davis & Gravatt, P.C.
100 West Franklin Street, Suite 100
Richmond, VA 23220
dcampbell@dhdglaw.com
jgravatt@dhdglaw.com

*Counsel for Defendant James A. Fields, Jr.*

William Edward ReBrook, IV
The ReBrook Law Office
6013 Clerkenwell Court
Burke, VA 22015
edward@rebrooklaw.com

*Counsel for Defendants Jeff Schoep, National Socialist Movement, and Nationalist Front*

      I further hereby certify that on July 28, 2021, I also served the foregoing upon the following non-ECF *pro se* defendants, via electronic mail, as follows:

Richard Spencer
richardbspencer@icloud.com
richardbspencer@gmail.com

Vanguard America
c/o Dillon Hopper
dillon_hopper@protonmail.com

Elliott Kline a/k/a Eli Mosley
eli.f.mosley@gmail.com
deplorabletruth@gmail.com
eli.r.kline@gmail.com

Robert "Azzmador" Ray
azzmador@gmail.com

Matthew Heimbach
matthew.w.heimbach@gmail.com

      I further hereby certify that on July 28, 2021, I also served the foregoing upon the following non-ECF *pro se* defendant, via first class mail, as follows:

Christopher Cantwell  
Christopher Cantwell 00991-509  
USP Marion  
U.S. Penitentiary  
P.O. Box 1000  
Marion, IL 62959

      */s/ Robert T. Cahill*  
      Robert T. Cahill (VSB 38562)  
      COOLEY LLP

      **Counsel for Plaintiffs**