UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| ELIZABETH SINES, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> JASON KESSLER, *et al.*, <br><br> *Defendants*. | Case No. 3:17-cv-00072 <br><br><br> <u>ORDER</u> <br><br><br> JUDGE NORMAN K. MOON |

If counsel for Defendant James Alex Fields, Jr., or Defendant Christopher Cantwell, proceeding pro se, intends to file a motion requesting that the Court issue an order that they be transported to Charlottesville for trial, such motion **shall** be filed by **August 11, 2021** at **noon**. Any such filing shall address and substantiate: (a) why the defendant's physical presence at trial is necessary; and (b) measures that have been or could be taken to facilitate such defendant's access to the trial remotely. Any responsive or other memorandum on this subject may be filed no later than **August 12, 2021** at **5:00 p.m.**

The Court will authorize *for this submission only*, in view of his pro se status, Cantwell's ability to submit any such motion to the Clerk's Office by electronic means, including fax (434) 295-8909, or email, at HeidiW@vawd.uscourts.gov.

It is so **ORDERED**.

The Clerk of Court is directed to send a certified copy of this Order to all counsel of record, and to the parties forthwith.

Entered this <u>  6th  </u> day of August, 2021.

                                                                      */s/ Norman K. Moon*
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE