# EXHIBIT 5



DAVID L. HAUCK
CAROLINE V. DAVIS
JUSTIN S. GRAVATT
DAVID L. CAMPBELL
HARLEY W. DUANE, III (RET.)

**DUANE, HAUCK, DAVIS, GRAVATT & CAMPBELL P.C.**

TELEPHONE: (804) 644-7400
EXTENSION: 221
FACSIMILE: (804) 303-8911
DCAMPBELL@DHDGCLAW.COM

February 5, 2020

Michael A. Bloch, Esq.
Kaplan Hecker & Fink, LLP
350 Fifth Avenue, Suite 7110
New York, New York 10118

Re:   <u>Sines v. Kessler</u>

Dear Mike:

    I write to provide a general supplement to our previous discovery answers.

    My client does not recall any additional social media accounts other than those previously identified in discovery. Further, he does not recall the passwords to any of his accounts. Unlike some other Defendants, Fields has had no access to any social media or his phone or computer since at least August 12, 2017.

    Mr. Fields did receive letters during incarceration that concerned the August 12, 2017, Rally. To the best of his recollection, the only correspondence he received from any co-Defendant were Christmas cards from Vanguard America. He has not kept any of those cards. Mr. Fields received a number of letters from other individuals of varying political points of view. He did not respond to those letters or keep those letters. To the best of his knowledge, Mr. Fields does not know and has never met any of the people who sent him letters while incarcerated. He has discarded these letters.

    If you have any questions regarding this matter, please do not hesitate to contact me.

Sincerely,

David L. Campbell

100 WEST FRANKLIN STREET   SUITE 100   RICHMOND, VIRGINIA 23220