# EXHIBIT 14

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| UNITED STATES OF AMERICA | : | Criminal No.   3:18-CR-00011 |
|---|---|---|
| | : | |
| v. | : | |
| | : | |
| JAMES ALEX FIELDS, JR. | : | |
| | : | |

_____

## RESTITUTION AGREEMENT

This matter was before the Court for sentencing on June 28, 2019.  At sentencing, the Court noted that, as part of his plea agreement, the defendant agreed to pay restitution for the entire scope of his criminal conduct, but deferred a ruling on the amount of restitution to be ordered. Prior to sentencing, and again after sentencing, the United States Attorney's Office for the Western District of Virginia – as represented by the undersigned attorneys and specialists in its Victim Witness unit – notified all of the victims and informed them of their rights to seek restitution in this matter.   After obtaining all the relevant requests and providing discovery to the defense, the parties have reached an agreement to resolve the restitution amount to be ordered in this case.

Pursuant to the plea agreement and 18 U.S.C. § 3663, the defendant has agreed to pay restitution to the following victims in the following amounts for harms caused by his criminal conduct in this case:

- To C.A. (Count 11), restitution in the amount of $ 3,547.04.

- To M.A.N. (Count 13), restitution in the amount of $ 2,880.

- To C.Y. (Count 21), restitution in the amount of $ 59,973.

- To T.W. (Count 23), restitution in the amount of $9,400.

Based on paragraph 269 of the defendant's Presentence Report, the parties have no objection to the Court's finding that the defendant has no ability to pay interest.

1

Restitution shall be paid to the Clerk of the United States District Court for the Western District of Virginia, and shall then be distributed to the victims. The United States will provide information to the Clerk's Office concerning where the disbursements shall be made.

The Court has adopted the agreement and shall therefore order that the defendant pay the above-referenced amount of restitution.

**IT IS SO ORDERED.**

Michael F. Urbanski

Digitally signed by Michael F. Urbanski
DN: cn=Michael F. Urbanski, o=Western District of Virginia, ou=United States District Court, email=mikeu@vawd.uscourts.gov, c=US
Date: 2019.09.17 12:24:02 -04'00'

_____

**THE HONORABLE MICHAEL F. URBANSKI**
**UNITED STATES DISTRICT JUDGE**

REVIEWED AND AGREED TO BY:

THOMAS T. CULLEN
UNITED STATES ATTORNEY


_/s/Chris Kavanaugh_____
Chris Kavanaugh
Assistant United States Attorney
Western District of Virginia


_/s/Risa Berkower_____
Risa Berkower
Trial Attorney
United States Department of Justice
Civil Rights Division


_/s/Lisa Lorish_____
Lisa Lorish
Counsel for Defendant James Fields

2

318cr1100000449

## CERTIFICATE OF SERVICE

I hereby certify that on September 10, 2019, I electronically filed the foregoing motion

with the Clerk of the Court using CM/ECF system, which will send notification of such filing to

all counsel of record.

                                                                         /s/Christopher R. Kavanaugh
                                                                 Christopher Kavanaugh, Va. Bar. 73093
Assistant United States Attorney
United States Attorney's Office
255 W. Main Street
Charlottesville, VA 22902
434-293-4283
christopher.kavanaugh@usdoj.gov

3

318cr1100000450