# EXHIBIT 15

SENTENCING ORDER

**VIRGINIA: IN THE CIRCUIT COURT FOR THE CITY OF CHARLOTTESVILLE**
FEDERAL INFORMATION PROCESSING STANDARDS CODE: 540

**Hearing Date: JULY 15TH, 2019**

**Judge: RICHARD E. MOORE**

**COMMONWEALTH OF VIRGINIA**

**v.**

**JAMES A. FIELDS, DEFENDANT**

This case came before the Court for sentencing of the defendant, who appeared in Court in custody, with his attorneys **DENISE LUNSFORD** and **JOHN HILL**. **JOSEPH PLATANIA, Commonwealth's Attorney** and **NINA ANTONY, Deputy Commonwealth's Attorney,** represented the Commonwealth.

On **December 7th, 2018, pursuant to the jury's verdict,** the defendant was found guilty of the following offense:

| CHARGE NUMBER | OFFENSE DESCRIPTION AND INDICATOR (F/M) | OFFENSE DATE | VA. CODE SECTION | VA CRIME CODE |
|---|---|---|---|---|
| 17-296-01 | First Degree Murder(F) | 08/12/17 | 18.2-32 | MUR0925F2 |
| 17-296-02 | Malicious Wounding (F) | 08/12/17 | 18.2-51 | ASL1334F3 |
| 17-296-03 | Malicious Wounding (F) | 08/12/17 | 18.2-51 | ASL1334F3 |
| 17-296-04 | Aggravated Malicious Wounding (F) | 08/12/17 | 18.2-51.2 | ASL1336F2 |
| 17-296-05 | Leaving The Scene Of An Accident (F) | 08/12/17 | D.46.2-894 | HIT6608F5 |
| 17-296-06 | Aggravated Malicious Wounding (F) | 08/12/17 | 18.2-51.2 | ASL1336F2 |
| 17-296-07 | Aggravated Malicious Wounding (F) | 08/12/17 | 18.2-51.2 | ASL1336F2 |
| 17-296-08 | Aggravated Malicious Wounding (F) | 08/12/17 | 18.2-51.2 | ASL1336F2 |
| 17-296-09 | Aggravated Malicious Wounding (F) | 08/12/17 | 18.2-51.2 | ASL1336F2 |
| 17-296-10 | Malicious Wounding (F) | 08/12/17 | 18.2-51 | ASL1334F3 |

The **presentence investigation report and sentencing guidelines** were considered and are ordered filed as a part of the record in this case in accordance with the provisions of Code §19.2-299.

Additional evidence was presented by the Commonwealth.

CR17-296 (1-10)

1

Pursuant to the provisions of Code §19.2-298.01, the Court has considered and reviewed the applicable discretionary sentencing guidelines and the guidelines worksheets. The sentencing guidelines worksheets and the written explanation of any departure from the guidelines are ordered filed as a part of the record in this case.

Defense counsel renewed their previous motions made to the Court and the Court denies such motions for the same reasons previously stated.

Before pronouncing the sentence, the Court inquired if the defendant desired to make a statement and if the defendant desired to advance any reason why judgment should not be pronounced.

The Court adopts the jurors sentencing recommendations and **SENTENCES** the defendant to Incarceration with the Virginia Department of Corrections/incarceration in jail as follows:

| CASE NUMBER | SENTENCE IMPOSED | SENTENCE SUSPENDED | ACTIVE TIME |
|---|---|---|---|
| 17-296-01 | Life Sentence Fine: $100,000 | NONE | Life Sentence Fine: $100,000 |
| 17-296-02 | 20 years Fine: $10,000 | NONE | 20 years Fine: $10,000 |
| 17-296-03 | 20 years Fine: $10,000 | NONE | 20 years Fine: $10,000 |
| 17-296-04 | 70 years Fine: $70,000 | NONE | 70 years Fine: $70,000 |
| 17-296-05 | 9 years | NONE | 9 years |
| 17-296-06 | 70 years Fine: $70,000 | NONE | 70 years Fine: $70,000 |
| 17-296-07 | 70 years Fine: $70,000 | NONE | 70 years Fine: $70,000 |
| 17-296-08 | 70 years Fine: $70,000 | NONE | 70 years Fine: $70,000 |
| 17-296-09 | 70 years Fine: $70,000 | NONE | 70 years Fine: $70,000 |
| 17-296-10 | 20 years Fine: $10,000 | NONE | 20 years Fine: $10,000 |

CR17-296 (1-10)

These sentences shall run **CONSECUTIVELY** with each other and any other sentence.

The Court requests that the Department of Corrections consider placing the defendant at a facility where mental health treatment and services are available.

The Court **SUSPENDS none of the defendant's sentence, but does impose the following:**

**Post Release supervision.** In addition to the above sentence of incarceration, pursuant to Code § 18.2-10 and § 19.2-295.2, the court imposes an additional term of **THREE (3) YEARS** of incarceration. This additional three-year term is suspended, conditioned upon successful completion of a **THREE (3) YEAR** period of post-release supervision under the supervision of the Virginia Parole Board. The period of post-release supervision is to commence upon defendant's release from incarceration. The defendant shall comply with all the rules and requirements set by the Virginia Parole Board.

**Costs.** The defendant shall **pay his court costs during his period of supervision.**

**Credit for time served.** The defendant shall be given credit for time spent in confinement while awaiting trial pursuant to Code Section 53.1-187.

**The defendant was advised by the Court of his right to appeal within 30 days of entry of this order and of his right to proceed in forma pauperis and to have the assistance of court-appointed counsel**

---

| | |
|---|---|
| _11/8/19_ | ENTER: _[signature]_ |
| DATE | JUDGE |

DEFENDANT IDENTIFICATION:

Alias: N/A    SSN: 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    DOB: 04/26/97    Sex: M

SENTENCING SUMMARY:

TOTAL SENTENCE IMPOSED: Life plus four hundred nineteen (419) years and four hundred eighty thousand dollar fine.

TOTAL SENTENCE SUSPENDED: NONE.

TOTAL ACTIVE SENTENCE: Life plus four hundred nineteen (419) years and four hundred eighty thousand dollar fine.

TOTAL POST RELEASE SUPERVISION: Three (3) years/three (3) years.

CR17-296 (1-10)

S20007014901

# Sentencing Guidelines Cover Sheet
Complete this form ONLY for applicable felonies sentenced on or after July 1, 2019

Scheduled Sentencing Date:
07/15/19

## ◆ OFFENDER

First: JAMES    Middle: ALEX    Last: FIELDS    Suffix:

Date of Birth: 04 (Month) 26 (Day) 1997 (Year)    SSN: 404511159

CCRE: VA2445248J    CORIS Offender ID: 1913360    PSI#: 454106

## ◆ COURT

Judicial Circuit 16    City/County: CHARLOTTESVILLE    FIPS Code: 540    [ ][ ][ ][ ][ ]
_For Office Use Only_

Sentencing Judge's Name: RICHARD E. MOORE

Preparer Name: RACHEL BIBB    ○ Commonwealth's Attorney  ◉ Probation Officer

Prosecuting Commonwealth's Attorney: JOSEPH PLATANIA    Defense Attorney: DENISE LUNSFORD/JAMES HIL

## ◆ CONVICTIONS

| Offense | Counts | VCC | | | Offense Date | | |
|---|---|---|---|---|---|---|---|
| **Primary Offense** | | | | | Month | Day | Year |
| MURDER: 1ST DEGREE | 1 | MUR | 0925 | F2 | 8 | 12 | 17 |
| **Additional Offenses** | | | | | | | |
| MALICIOUS WOUNDING | 3 | ASL | 1334 | F3 | 08 | 12 | 17 |
| ASSAULT: MALIC; VICTIM INJURED | 5 | ASL | 1336 | F2 | 08 | 12 | 17 |

Primary Offense Code Section § 18.2-32    Docket Number CR1700029601

## ◆ METHOD OF ADJUDICATION

[✓] Jury Trial  Sentence Set by Jury: 419 (Years) 0 (Months) 0 (Days)    ◉ Life  ○ Juvenile  ○ Fine Only

[ ] Bench Trial    [ ] Guilty Plea    [ ] Alford Plea/Nolo contendere

## ◆ SENTENCING GUIDELINES RECOMMENDATION

**Section B**

○ Probation/No Incarceration
○ Incarceration 1 Day to 3 Months
○ Incarceration 1 Day to 6 Months
○ Incarceration 3 to 6 Months
○ Probation/No Incarceration or Incarceration to 6 Months

Section B
Mandatory Minimum _____ yyy/mm/dd

**Section C**

○ Life Sentence
◉ Incarceration  *(Enter Midpoint and Range Below)*

Range Midpoint: 54 (Years) 10 (Months) 0 (Days)

Sentence Range: 41 (Years) 2 (Months) 0 (Days) TO 68 (Years) 7 (Months) 0 (Days)

[ ] Recommendation Adjusted for **Mandatory Minimum**

○ Non Guidelines Offense
*(Primary offense is a non guidelines offense)*

_made partial record._
_REM 7/15/19_

◆ **Final Disposition**   Fill In After Sentence Has Been Pronounced

◆ **SENTENCE** ————————————————— FIELDS, JAMES ALEX

|  |  | Years | Months | Days |
|---|---|---|---|---|
| Total Time _Imposed_ Before Suspension .................... | ☑ Life Sentence + | 4 | 9 | 0 | 0 |
| Total _Effective_ Time to Serve ................................. | ☑ Life Sentence + | 4 | 9 | 0 | 0 | ☐ Sentenced to Time Served |

Post Release

| Post Release Term    § 18.2-10 ............................................. | 3 | 0 | 0 |
| Post Release Supervision Period    § 19.2-295.2(A) ............................ | 3 | 0 | 0 |

| Probation Period (Supervised)   § 19.2 - 303 ......................... ☐ Indefinite | 0 | 0 | 0 |
| ☐ Good Behavior Period   § 19.2 - 306 ......................................... | 0 | 0 | 0 |

_Check all that apply_
☐ Incarceration Sentence to Run Concurrently With Another Sentencing Event
☐ Written Plea Agreement Accepted = Rule 3A:8(c)(1) (A) or (C)
☐ Plea and Recommendation Accepted = Rule 3A:8(c)(1)(B)
☐ Oral Sentence _Recommendation_ Accepted
☐ Restitution $ [          ]   ☑ Fine $ [ 480,000.00 ]

**Other Sentencing Programs** _(check all that apply)_
☐ Day Reporting                    ☐ Community-Based Program _____
☐ Detention Center Incarceration   ☐ CCAP Detention/Diversion Center Incarceration, 22-28 weeks
☐ Diversion Center Incarceration   ☐ CCAP Detention/Diversion Center Incarceration, 42-48 weeks
☐ Electronic Monitoring            ☐ Drug Court
☐ Intensive Probation              ☐ Youthful Offender
☐ § 18.2-251/§ 18.2-258.           ☐ DJJ Commitment  ○ Indeterminate ○ Determinate
☐ Substance Abuse Treatment        ☐ Other _____

upward
◆ **REASON FOR DEPARTURE**
Must be completed pursuant to § 19.2-298.01(B)

Jury verdict - 10 charges
murder + multiple aggravated malicious woundings
Extremely gruesome, horrible case.
Extreme malice + hatred + ill will; severe injuries,
defenseless victims

◆ **SENTENCING DATE**

| 07 | 15 | 19 |
| Month | Day | Year |

_Michael E. Moore_
Judge's Signature

◆ **ATTACH COURT ORDER AND MAIL**  Pursuant to § 19.2-298.01(E)

After sentencing, send to:

**Virginia Criminal Sentencing Commission  •  100 North Ninth Street  •  Fifth Floor  •  Richmond, Virginia 23219**

# Murder/Homicide ❖ Section A

**Offender Name:** FIELDS, JAMES ALEX

## ◆ Primary Offense

*(scores for attempted/conspired offenses are in parentheses)*

| | | | |
|---|---|---|---|
| A. First degree murder | Completed: | 1 count | 9 |
| | Attempted or conspired: | 1 count | (8) |
| B. Second degree murder or felony homicide | | | |
| | Completed: | 1 count | 8 |
| | Attempted or conspired: | 1 count | (4) |
| C. Voluntary manslaughter | | | |
| | Attempted, conspired or completed: | 1 count | 5 |
| D. Involuntary manslaughter | | | |
| | Completed: | 1 count | 1 |
| | | 2 counts | 3 |
| | Attempted or conspired: | 1 count | (1) |
| E. Involuntary manslaughter-vehicular | | 1 count | 8 |
| F. Aggravated vehicular manslaughter | | 1 count | 8 |

**Score** → **9**

## ◆ Primary Offense Remaining Counts Total the maximum penalties for counts of the primary not scored above

| Years: | | |
|---|---|---|
| | 5 - 17 | 5 |
| | 18 - 27 | 6 |
| | 28 - 37 | 7 |
| | 38 or more | 8 |

→ **0**

## ◆ Additional Offenses Total the maximum penalties for additional offenses, including counts

| Years: | | |
|---|---|---|
| | Less than 1 | 0 |
| | 1 - 7 | 4 |
| | 8 - 17 | 5 |
| | 18 - 27 | 6 |
| | 28 - 37 | 7 |
| | 38 or more | 8 |

→ **8**

## ◆ Weapon Used

| | |
|---|---|
| None | 0 |
| Automobile, simulated weapon or other than listed below | 4 |
| Knife or firearm | 5 |

→ **4**

## ◆ Conviction in Current Event Requiring Mandatory Minimum Term (6 mos or more) If YES, add 7

→ **0**

## ◆ Prior Convictions/Adjudications Total the maximum penalties for the 5 most recent and serious prior record events

| Years: | | |
|---|---|---|
| | Less than 1 | 0 |
| | 1 - 12 | 1 |
| | 13 - 28 | 2 |
| | 29 - 42 | 3 |
| | 43 or more | 4 |

→ **4**

---

### SCORE THE FOLLOWING ONLY IF PRIMARY OFFENSE AT CONVICTION IS
### E OR F: INVOLUNTARY MANSLAUGHTER WITH A VEHICLE (§ 18.2-36.1(A) OR (B))

## ◆ Prior Criminal Traffic Misdemeanor Convictions/Adjudications

| Number of Counts: | | |
|---|---|---|
| | 1 | 2 |
| | 2 | 4 |
| | 3 | 5 |
| | 4 | 6 |
| | 5 or more | 7 |

→ **0**

## Total Score → **25**

If total is 7 or less, the guidelines sentence is **Probation/No Incarceration or Incarceration to 6 Months.** If total is 8 or more, go to Section C.

Murder/Homicide/Section A

# Murder/Homicide ⟡ Section C

**Offender Name:** FIELDS, JAMES ALEX

**Prior Record Classification**
☐ Category 1   ☐ Category II   ☒ Other

## ◈ Primary Offense

*(scores for attempted/conspired offenses are in parentheses)*

A. First degree murder
- Completed: 1 count .......................................................... Life .......... 596 .............. 335
- 2 counts ................................................................ Life .......... 652 .............. 367
- Attempted or conspired: 1 count ............................................. (120) ........... (118) ............. (59)

B. Second degree murder or felony homicide
- Completed: 1 count ........................................................ 354 ......... 236 ............ 205
- Attempted or conspired: 1 count ............................................ (120) ........... (118) ............. (59)

C. Voluntary manslaughter
- Completed: 1 count ........................................................ 120 ......... 96 ........... 48
- 2 counts ................................................................ 180 ......... 120 .......... 60
- Attempted or conspired: 1 count ............................................ (60) .......... (48) ........... (24)
- 2 counts ................................................................ (96) .......... (48) ........... (24)

D. Involuntary manslaughter
- Completed: 1 count ........................................................ 76 ......... 38 .......... 19
- Attempted or conspired: 1 count ............................................ (60) .......... (38) ........... (19)

E. Vehicular Involuntary manslaughter
- Completed: 1 count ........................................................ 80 ......... 40 .......... 20
- 2 counts ................................................................ 232 ......... 116 .......... 58
- 3 counts ................................................................ 320 ......... 160 .......... 80
- Attempted or conspired: 1 count ............................................ (60) .......... (38) ........... (19)

F. Aggravated vehicular manslaughter 1 count............................................. 213 ......... 142 .......... 71

**Score** ▼
**335**
**or**
☐ **Life**

## ◈ Primary Offense Remaining Counts

Assign points to each count of the primary not scored above and total the points

**Primary offense:**

| A. Completed first degree murder | |
| --- | --- |
| Maximum Penalty (years) | Points |
| Life | 34 |

| Primary offense: All other offenses | |
| --- | --- |
| Maximum Penalty (years) | Points |
| 5 | 5 |
| 10 | 11 |
| 20 | 21 |
| 40 | 42 |

▼ **0**

## ◈ Additional Offenses

Assign points to each additional offense (including counts) and total the points

**Primary offense:**

| A. Completed first degree murder | |
| --- | --- |
| Maximum Penalty (years) | Points |
| Less than 1 | 0 |
| 1 | 1 |
| 2 | 2 |
| 3 | 3 |
| 4 | 3 |
| 5 | 4 |
| 10 | 9 |
| 20 | 17 |
| 30 | 26 |
| 40 or more | 34 |

| Primary offense: All other offenses | |
| --- | --- |
| Maximum Penalty (years) | Points |
| Less than 1 | 0 |
| 1 | 1 |
| 2 | 2 |
| 3 | 3 |
| 4 | 4 |
| 5 | 5 |
| 10 | 11 |
| 20 | 21 |
| 30 | 32 |
| 40 or more | 42 |

▼ **264**

## ◈ Prior Convictions/Adjudications

Assign points to the 5 most recent and serious prior record events and total the points

**Primary offense:**

| A. Completed first degree murder | |
| --- | --- |
| Maximum Penalty (years) | Points |
| Less than 1 | 0 |
| 1, 2 | 1 |
| 3 | 2 |
| 4, 5 | 3 |
| 10 | 7 |
| 20 | 14 |
| 30 | 20 |
| 40 or more | 27 |

| Primary offense: All other offenses | |
| --- | --- |
| Maximum Penalty (years) | Points |
| Less than 2 | 0 |
| 2, 3 | 1 |
| 4, 5 | 2 |
| 10 | 3 |
| 20 | 6 |
| 30 | 10 |
| 40 or more | 13 |

▼ **27**

## ◈ Weapon Used, Brandished, Feigned or Threatened

**Primary offense:**

| A. Completed first degree murder |
| --- |
| If YES, add 32 |

| Primary offense: All other offenses |
| --- |
| Do Not Score |

▼ **32**

## ◈ Legally Restrained at Time of Offense

**Primary offense:**

| A. Completed first degree murder |
| --- |
| If YES, add 13 |

| Primary offense: All other offenses |
| --- |
| If YES, add 2 |

▼ **0**

---

### SCORE THE FOLLOWING ONLY IF PRIMARY OFFENSE AT CONVICTION IS
### E: INVOLUNTARY MANSLAUGHTER WITH A VEHICLE (§ 18.2-36.1(A))

## ◈ Type of Additional Offense

Additional offense of felony Hit and Run (§ 46.2-894) or
Victim Permanently Impaired, DWI (§ 18.2-51.4(A)).................................... 37

▼ **0**

## Total Score

See Murder/Homicide Section C Recommendation Table for guidelines sentence range. ➡ **658**

Murder/Homicide/Section C

◆— **Additional Offenses**   Continuation Sheet

**Offender Name:** _____

| | Offense | Counts | VCC | | | Offense Date | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | Month | Day | Year |
| 3. | FAIL STOP ACCIDENT/FEL DEATH | 1 | HIT | 6608 | F5 | 08 | 12 | 17 |
| 4. | | | | | | | | |
| 5. | | | | | | | | |
| 6. | | | | | | | | |
| 7. | | | | | | | | |
| 8. | | | | | | | | |
| 9. | | | | | | | | |
| 10. | | | | | | | | |
| 11. | | | | | | | | |
| 12. | | | | | | | | |
| 13. | | | | | | | | |
| 14. | | | | | | | | |
| 15. | | | | | | | | |
| 16. | | | | | | | | |
| 17. | | | | | | | | |
| 18. | | | | | | | | |
| 19. | | | | | | | | |