# CONFIDENTIAL – FILED UNDER SEAL PURSUANT TO AGREED PRIVACY ACT PROTECTIVE ORDER (ECF No. 882)

*Elizabeth Sines, et al. v. Jason Kessler, et al.*
Case No. 3:17-cv-00072-NKM-JCH

# EXHIBIT 19

To Plaintiffs' Motion for Sanctions Against
Defendant James Alex Fields, Jr.