# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# Charlottesville Division

| | |
|---|---|
| ELIZABETH SINES, SETH WISPELWEY, MARISSA BLAIR, APRIL MUNIZ, MARCUS MARTIN, NATALIE ROMERO, CHELSEA ALVARADO, THOMAS BAKER and JOHN DOE,<br><br>Plaintiffs,<br><br>v.<br><br>JASON KESSLER, et al.,<br><br>Defendants. | Civil Action No. 3: 17-cv-00072-NKM |

### [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO SEAL THEIR MOTION FOR SANCTIONS AGAINST DEFENDANT JAMES ALEX FIELDS, JR. AND SELECTED SUPPORTING EXHIBITS

**WHEREAS**, on August 11, 2021, Plaintiffs filed redacted copies of their Motion for Sanctions and supporting Appendix B against Defendant James Alex Fields, Jr and did not publicly file supporting Exhibits 7, 8, and 19-24 in accordance with Plaintiffs' position that their unredacted Motion, Appendix B and these selected exhibits contain confidential information pursuant to the Agreed Privacy Protective Order entered on September 22, 2020 (ECF No. 882) and Order for the Production of Documents and Exchange of Confidential Information entered on January 3, 2018 (ECF No. 167);

**WHEREAS**, Plaintiffs have provided unredacted copies of their Motion, Appendix B and supporting Exhibits 7, 8, and 19-24 to the Court and moved, pursuant to Local Rule 9, for them to be sealed.

**IT IS HEREBY ORDERED** that Plaintiffs' Motion for Sanctions against Defendant James Alex Fields, Jr. and supporting Appendix B and Exhibits 7, 8, and 19-24 be sealed pursuant to Local Rule 9.

Dated: _____, 2021

SO ORDERED

_____
Hon. Joel C. Hoppe, M.J.