# EXHIBIT 1

Page 1

```
 1
 2            IN THE UNITED STATES DISTRICT COURT
             FOR THE WESTERN DISTRICT OF VIRGINIA
 3               CHARLOTTESVILLE DIVISION
 4
    ELIZABETH SINES, SETH        )
 5  WISPELWEY, MARISSA           )
    BLAIR, TYLER MAGILL,         )
 6  APRIL MUNIZ, HANNAH          )
    PEARCE, MARCUS MARTIN,       )
 7  NATALIE ROMERO, CHELSEA      )
    ALVARADO, AND JOHN DOE,      )
 8                               )
                  Plaintiffs,    )
 9                               )  CIVIL ACTION FILE
             vs.                 )
10                               )  NO: 3:17-CV-00072-NKM
    JASON KESSLER, RICHARD       )
11  SPENCER, CHRISTOPHER         )
    CANTWELL, JAMES ALEX         )
12  FIELDS, JR., VANGUARD        )
    AMERICA, ANDREW ANGLIN,      )
13  MOONBASE HOLDINGS, LLC,      )
    ROBERT "AZZMADOR" RAY,       )
14  NATHAN DAMIGO, ELLIOT        )
    KLINE A/K/A ELI MOSLEY,      )  DEPOSITION OF MICHAEL HEIMBACH
15  IDENTITY EVROPA, MATTHEW     )
    HEIMBACH, MATTHEW PARROTT    )  FRIDAY, AUGUST 9, 2019
16  A/K/A DAVID MATTHEW          )
    PARROTT, TRADITIONALIST      )
17  WORKER PARTY, MICHAEL        )
    HILL, MICHEL TUBBS,          )
18  LEAGUE OF THE SOUTH, JEFF    )
    SCHOEP, NATIONAL SOCIALIST   )
19  MOVEMENT, NATIONAL FRONT,    )  Job No: 165619
    AUGUSTUS SOL INVICTUS,       )
20  FRATERNAL ORDER OF THE       )
    ALT-KNIGHTS, MICHAEL         )
21  "ENOCH" PEINOVICH, LOYAL     )
    WHITE KNIGHTS OF THE         )
22  KU KLUX KLAN, AND EAST       )
    COAST KNIGHTS OF THE         )
23  KU KLUX KLAN A/K/A           )
    EAST COAST KNIGHTS OF THE    )
24  TRUE INVISIBLE EMPIRE,       )
                                 )
25                  Defendants.  )
```

Page 2

VIDEOTAPED DEPOSITION OF MICHAEL HEIMBACH

KNOXVILLE, TENNESSEE

FRIDAY, AUGUST 9, 2019

REPORTED BY: TANYA L. VERHOVEN-PAGE,

CCR-B-1790

FILE NO. 165619

Page 3

August 9, 2019

8:35 a.m.

Videotaped deposition of
MICHAEL HEIMBACH, held at the offices
of Howard H. Baker, Jr. United States
Courthouse, 800 Market Street, Knoxville,
Tennessee before Tanya L. Verhoven-Page,
Certified Court Reporter and Notary Public of
the State of Tennessee.

Page 4

APPEARANCES OF COUNSEL

On behalf of the Plaintiffs:

KAPLAN HECKER & FINK
350 Fifth Avenue
New York, New York 10118
BY: MICHAEL BLOCH, ESQ.
BY: ALEXANDRA CONLON, ESQ.

ALSO PRESENT: John Hylton
Courtnay Roberts

On behalf of the Defendants Matthew Parrott, Robert
Ray, Traditionalist Worker Party, Jason Kessler,
Nathan Damigo, Identity Europa, Inc., and Christopher
Cantwell:

LAW OFFICE OF JAMES E. KOLENICH
9435 Waterstone Boulevard
Cincinnati, Ohio 45249
BY: JAMES KOLENICH, ESQ.
(By Telephone)

Page 5

APPEARANCES OF COUNSEL

On Behalf of Defendant Richard Spencer:
LAW OFFICE OF JOHN A. DINUCCI
8180 Greensboro Drive
McLean, Virginia 22102

BY: JOHN DINUCCI, ESQ.

On behalf of Defendant James A. Fields, Jr.:
DUANE, HAUCK, DAVIS & GRAVATT
100 West Franklin Street
Richmond, Virginia 23220
BY: DAVID CAMPBELL, ESQ.

(By Telephone)

THE VIDEOGRAPHER: Robin Greenwood

-   -   -

Page 6

I N D E X

WITNESS: MATTHEW HEIMBACH

Examination                    Page
BY MR. BLOCH                        12

EXHIBITS:

Heimbach
Deposition
Exhibit        Description        Page

Exhibit 1    Jump drive (Podcasts)   34

Exhibit 2    Complaint            37

Exhibit 3    Motion to Admit James
             E. Kolenich Pro Hac
             Vice            39

Exhibit 4    E-mail from Mr. Kolenich
             to Karen Dotson     47

Exhibit 5    Plaintiffs' (corrected)
             First Set of Requests
             for Production of
             Documents to All
             Defendants          48

Exhibit 6    Plaintiffs' First Set
             of Interrogatories to
             All Defendants      55

Exhibit 7    Defendant Matthew
             Heimbach's Responses
             to Defendant's First
             Interrogatories and
             request for production
             of documents        56

Page 7

EXHIBITS:

Heimbach
Deposition
Exhibit        Description        Page

Exhibit 8    Postings on Discord    79
Exhibit 9    Postings on Discord    81
Exhibit 10   Postings on Discord    83
Exhibit 11   Posting on Discord     86
Exhibit 12   Posting on Discord
             on January 19th,
             2018            91
Exhibit 13   Postings on Discord   103
Exhibit 14   Posting on VK on
             February 16, 2019   115

Exhibit 15   E-mail from Matthew
             Heimbach to Michael
             Bloch dated June 10,
             2019            126
Exhibit 16   Posting on Gab       134
Exhibit 17   Posting on Gab       135
Exhibit 18   Posting on Daily
             Stormer             150

Exhibit 19   Picture of a video
             posted on Traditionalist
             Worker Party YouTube   156

Exhibit 20   Screen shot of
             therightstuff.biz   163
Exhibit 21   Postings on Discord   169
Exhibit 22   Posting on Gab       172

Page 8

EXHIBITS:

Heimbach
Deposition
Exhibit        Description        Page

Exhibit 23   Postings on Discord   177
Exhibit 24   Screen shot of Twitter
             account @HeimbachMatthew 180

Exhibit 25   Posting on Twitter
             March 8th, 2019     182
Exhibit 26   Postings on Discord   188
Exhibit 27   Postings on Discord   199
Exhibit 28   Screenshot of Trad
             Worker website      203

Exhibit 29   Postings on Discord   208

Exhibit 30   Posting on Discord    211

Exhibit 31   Postings on Discord   215

Exhibit 32   Memo to call people
             to come to the Unite
             the Right event on
             August 12th         220
Exhibit 33   Printout of the
             TradWorker ticket
             e-mail system       225
Exhibit 34   Postings on Discord   228
Exhibit 35   Postings on Discord   233
Exhibit 36   E-mail from Matthew
             Heimbach            236

Exhibit 37   TradWorker affiliated
             Twitter account posting  263

Page 9

EXHIBITS:

Heimbach
Deposition
Exhibit        Description        Page

Exhibit 38   TradWorker VK page    265
Exhibit 39   Tradyouth org website   272
Exhibit 40   List of leaders of
             Nationalist Front   277

Exhibit 41   Ticket from NFunity org  282

Exhibit 42   Postings on Discord   286

Exhibit 43   Post from Mr Parrott's
             Facebook page       291
Exhibit 44   Exhibit A Stipulation
             and Order for the
             Imaging, Preservation
             and Production of
             Documents           305
Exhibit 45   Jury Trial Demand    373
Exhibit 46   Declaration of Matthew
             Heimbach            374

Exhibit 47   Motion to compel
             Defendants to permit
             inspection and imaging
             of electronic devices   377
Exhibit 48   E-mail from Karen Dotson
             dated January 28, 2019   383

Exhibit 49A  Kolenich e-mail to
             Mr Heimbach from
             11/20/2018 that contains
             the Discord consent   380
Exhibit 49B  Docket            385

3

## Page 10

EXHIBITS:

Heimbach
Deposition
Exhibit        Description         Page

Exhibit 50     Transcript of Motion
               Hearing On June 3, 2019   392

Exhibit 51     Respondent's Motion
               to Dismiss          393

Exhibit 52     TWP VK account article
               posted by Matthew
               Heimbach on November 6th,
               2017                407

Exhibit 53     TWP VK account contact
               listing Matthew Parrott
               and Matthew Heimbach    408

Exhibit 54     TradWorker website
               listing different
               levels of membership    410

Exhibit 55     Discord post         413

## Page 11

M. HEIMBACH

KNOXVILLE, TENNESSEE; FRIDAY, AUGUST 9, 2019

8:35 A.M.

P R O C E E D I N G S

THE VIDEOGRAPHER:  This is the start of Tape Number One of the videotaped deposition of Matthew Heimbach in the matter of Elizabeth Sines, et al., versus Jason Kessler, et al., in the United States District Court for the Western District of Virginia, Charlottesville Division; No. 3:17-CV-00072-NKM.

This deposition is being held at Howard Baker Jr. U.S. -- United States Courthouse, 800 Market Street, Knoxville, Tennessee 37902 on August 9th, 2019.  The time is 8:35 a.m.

My name is Robin Greenwood.  I'm the legal video specialist from TSG Reporting, Inc., headquartered at 747 3rd Avenue, New York.  The court reporter is Tanya Page, in association with TSG

## Page 12

M. HEIMBACH

Reporting.

Will counsel please introduce yourselves.

MR. BLOCH:  Yes.  For the Plaintiffs, this is Michael Bloch from Kaplan, Hecker & Fink.

MR. KOLENICH:  For Defendant Jason Kessler and several others, this is Jim Kolenich, Kolenich Law Office, Cincinnati, Ohio.

MR. CAMPBELL:  For Defendant James Fields, this is Dave Campbell, Duane, Hauck.

THE VIDEOGRAPHER:  Would the court reporter please swear the witness.

Thereupon --

MATTHEW HEIMBACH,

called as a witness, having been first duly sworn, was examined and testified as follows:

EXAMINATION

BY MR. BLOCH:

Q    Good morning, Mr. Heimbach.

## Page 13

M. HEIMBACH

A    Good morning, Mr. Bloch.  How are you?

Q    I'm good.  Thanks.  How are you?

A    Another day in paradise.

Q    Mr. Heimbach, as you know, my name is Michael Bloch.  I represent the plaintiffs in Sines versus Kessler.  Before we start, I just want to go over a few ground rules.

First is, as you know, Tanya, is a court reporter.  She's transcribing everything that's being said.  So that we have a clean record, if you could just wait until I finish my questions before you answer so that she can get everything down.

A    Okay.

Q    If you don't understand a question, just let me know.  I'm happy to rephrase it.  There may be objections from counsel here today on the phone.  Those objections are for the record.  You're still obligated to answer the question regardless of the objection.

Do you understand?

A    Yup.

Q    If you need a break at any time, let me know.  If there's a question pending, I would just ask that you answer the question before we take the

Page 14

M. HEIMBACH

break.

You understand that you've sworn to tell the truth today?

A   Yup.

Q   Are you under the influence of any medication or drugs that would impair your ability to testify truthfully and accurately?

A   No.

Q   And is there any other reason you may not be able to testify truthfully and accurately?

A   No.

Q   Could you state your name, your full name for the record?

A   Matthew Warren Heimbach.

Q   Have you ever gone by any other names?

A   No.

Q   Have you ever gone by the name Matthew John Heimbach?

A   Well, John is my baptismal Christian name.

Q   Okay.  So what name is on your birth certificate?

A   Matthew Warren Heimbach.

Q   How old are you?

Page 15

M. HEIMBACH

A   Twenty-eight.

Q   And what is your educational background?

A   I have a Bachelor's degree in history and I minored in education.

Q   From where?

A   Towson University.

Q   Are you currently employed?

A   Yes.

Q   What do you do?

A   I'm self-employed.

Q   Doing what?

A   I'm a delivery driver.  I'm a courier.

Q   And in addition to your educational background, do you have any vocational training?

A   No.

Q   Prior to being self-employed, have you done any other work?

A   Yeah.  I sold closet organization systems door to door.  I sold health insurance.  I worked at Barnes and Noble.  I bagged groceries for my local market when I was 14.

That's about all I can think of off the top of my head.

Q   Great.  Let me just pause for a second.

Page 16

M. HEIMBACH

MR. BLOCH:  Did someone just join us on the phone?

MR. DINUCCI:  Yes.  This is John DiNucci for Richard Spencer.

MR. BLOCH:  Okay.

BY MR. BLOCH:

Q   Okay.  Are you currently married, Mr. Heimbach?

A   Yes.

Q   And were you -- are you currently married to Brooke Heimbach?

A   No.

Q   Were you previously married to Brooke Heimbach?

A   Yes.

Q   And what's the status of your -- the formal status of your relationship with Brooke Heimbach?

A   Divorced, but a positive co-parenting relationship.

Q   And when were you legally divorced?

A   I don't know.  Like, five months ago or so.  I don't know the exact date.  I'd have to go --

Q   Can you approximate a month?

Page 17

M. HEIMBACH

A   I don't know.  February or March, I think.

Q   Of?

A   Of 2019.

Q   Have you published any articles?

A   Like, ever?

Q   Yeah.

A   Yes.

Q   How many, approximately?

A   Over a hundred, probably.

Q   And what publications have you published articles in?

A   I've published for the Traditionalist Worker Party website; for our newspaper, Action. I've posted articles on -- let's see -- I did a podcast back in 2013 with articles on Counter Currents.

When I was in college, I wrote for the Youth for Western Civilization blog.  I've had articles published in the Council of Conservative Citizens newspaper and the League of the South newspaper, the Free Magnolia.  Off the top of my head.

Q   Do you get paid for your writing?

Page 18

M. HEIMBACH

1
2  A    No.  I wish.
3  Q    And do you get paid in connection with
4  any of your advocacy work for white nationalism?
5  A    I also wish, but no.
6  Q    Do you have any other sources of income
7  other than your current occupation?
8  A    No.
9  Q    Have you ever had any legal training?
10  A    No.
11  Q    And without telling me the substance of
12  the advice that you've been given, is somebody
13  currently giving you legal advice on any aspect of
14  this case?
15  A    In terms of, like, actual legal advice?
16  Q    Yes.
17  A    No.  I mean, I've sent out for a variety
18  of different people to look over my filings,
19  including my wife, but in terms of legal advice from
20  attorneys, no.
21      I spoke with Mr. Kolenich -- not as a
22  client, but just in terms of discussing defense
23  strategy -- probably about three weeks ago.  So I
24  guess that would probably be the extent of it.
25  Q    So regarding -- when you said you sent

Page 19

M. HEIMBACH

1
2  out your filings for review -- I think you said?
3  A    Uh-huh.
4  Q    -- who have you sent those filings to?
5  A    Matt Parrott, who is a co-defendant, but
6  he's not a lawyer, so --
7  Q    I believe you said you sent it out to a
8  bunch of different people?
9  A    Yeah, my wife, I shared it with her.  I
10  sent it to Matt Parrott.  I discussed the content of
11  it with Mr. Kolenich several weeks ago.
12  Q    And when you say your wife, do you mean
13  your current wife?
14  A    Yes.
15  Q    And what's her name?
16  A    Jessica.
17  Q    Jessica what?
18  A    Heimbach.
19  Q    Is Jessica Heimbach formerly Jessica
20  Parrott?
21  A    Indeed.
22  Q    And when did you and Jessica Parrott get
23  married?
24  A    That would have been early July of this
25  year.

Page 20

M. HEIMBACH

1
2  Q    Did you send documents to Mr. Kolenich --
3  withdrawn.
4      The documents that you have submitted in
5  this case in the last six weeks or so --
6  A    No.  I haven't sent him --
7  Q    Got it.
8  A    Oh.  Sorry.
9  Q    Let me just finish the question.
10      The documents that you have filed in this
11  case since June of 2019, did you send those to
12  Mr. Kolenich for review?
13  A    No.
14  Q    Did you talk to Mr. Kolenich about those
15  filings?
16  A    Not about the filings in terms of the
17  specifics, but in terms of the overall defense
18  strategy, of which I was notifying him that I was
19  going to be filing several motions.
20  Q    Who notified you of that?
21  A    What do you mean?  I said I notified him.
22  Q    I see.
23  A    Yeah.
24  Q    And what did you and Mr. Kolenich discuss
25  about defense strategy in the last six weeks?

Page 21

M. HEIMBACH

1
2  A    Essentially, that everyone was going to
3  comply with discovery, depositions and work towards
4  moving the process along as quickly as possible.
5  Q    And in what format did you discuss that
6  with him?  On the phone?
7  A    On the phone.
8  Q    And how long did you guys talk for?
9  A    Maybe 20 minutes, 25 minutes.
10      You guys would know better, you have my
11  phone records.
12  Q    How many times have you spoken to
13  Mr. Kolenich in the last -- since June of 2019?
14  A    Off the top of my head, once, maybe
15  twice, but I can only think of one time.
16  Q    Have you e-mailed with Mr. Kolenich since
17  June of 2019?
18  A    No.
19  Q    Has he e-mailed you?
20  A    I don't believe so.  Oh, yes.  To get
21  copies of interrogatories, because, since I was
22  representing myself, I needed to get all of the
23  paperwork that he had filed on my behalf when he was
24  my counsel.  So he had e-mailed me copies of all
25  those filings.

Page 22

M. HEIMBACH

1
2      Q    Did you call him first to request
3  copies of those filings?
4      A    No, we spoke on the phone and I requested
5  them.
6      Q    I see.
7          MR. BLOCH:  Mr. Kolenich, I'm going
8  to just ask that you produce that
9  document.
10 BY MR. BLOCH:
11     Q    Other than Mr. Kolenich, have you spoken
12 with any attorneys regarding your -- this case
13 since -- withdrawn.
14         Other than Mr. Kolenich and Mr. Woodard,
15 have you spoken with any other attorneys about this
16 case?
17     A    Not in terms of asking for legal counsel.
18 Friends, asking as friends, but not asking for legal
19 advice.
20     Q    But for advice about this case?
21     A    Not in terms of specifics or legal
22 advice.
23     Q    But you spoke about this case, right?
24     A    Yes.
25     Q    And you're saying you would not

Page 23

M. HEIMBACH

1
2  personally count that as legal advice, but you spoke
3  with other attorneys about this case, right?
4      A    Yes.
5      Q    And who are they?
6      A    Augustus Invictus.
7      Q    Who else?
8      A    That would be it.
9      Q    And did you e-mail with Mr. Augustus
10 Invictus?
11     A    Yes.  Which you guys also have a copy of.
12     Q    We do?
13     A    Well, you have my gmail account, so you
14 would.
15     Q    You're saying there is a copy of it in
16 your gmail account?
17     A    Yes.
18     Q    And if we were to search that, you
19 believe that we would find it; is that what you're
20 saying?
21     A    Yeah, the full exchange.
22     Q    You agree with me we don't actually have
23 it right now?
24     A    Well --
25     Q    Question is, you agree with me we

Page 24

M. HEIMBACH

1
2  don't have it right now, which is what you said,
3  right?
4      A    Well, I'm not sure.  That's based on a
5  third-party vendor.
6      Q    Have you given us a copy of that e-mail?
7  Have you provided that?
8      A    No, but I can.
9      Q    But my question is:  Have you provided
10 that e-mail?
11     A    No.
12         The e-mail itself or my e-mail address?
13     Q    That e-mail.
14     A    No.
15     Q    Other than this case, have you been a
16 defendant in any other lawsuits?
17     A    Not to my knowledge.
18     Q    You've never been a defendant in any
19 other lawsuit?
20     A    Oh, in regards to a Donald Trump rally.
21     Q    And what's the name of that case?
22     A    I couldn't tell you.  Not out of
23 abstinence, but I couldn't tell.
24     Q    Is that the Nwanguma lawsuit?
25     A    Yes.

Page 25

M. HEIMBACH

1
2      Q    Regarding your conduct at a Trump rally,
3  right?
4      A    Yes.
5      Q    Were you represented -- sorry.
6  Withdrawn.
7          Other than the Nwanguma case and this
8  case, have you been a defendant in any other lawsuit?
9      A    No.
10     Q    Were you represented in the Nwanguma
11 case?
12     A    No.
13     Q    Is that case still going on?
14     A    I haven't gotten any updates about it in
15 over a year at this point.
16     Q    Did you provide any discovery in that
17 case?
18     A    I don't believe I -- any was ever
19 requested.
20         What I believe is after President
21 Trump -- is judge had ruled against him being
22 included, there was total radio silence coming
23 forward.
24     Q    Okay.  But my question was:  Have you
25 provided any discovery in that case?

Page 26

M. HEIMBACH

1
2    A    No.
3    Q    Have you ever been deposed before?
4    A    Nope.  First time.
5    Q    Do you have any formal training in
6    information technology?
7    A    No.
8    Q    Did you do anything to prepare for
9    today's deposition?
10   A    Just got a good night's sleep.
11   Q    Did you speak with anybody in preparation
12   for this deposition?
13   A    I spoke with Matt Parrott about it.
14   Q    When?
15   A    Yesterday.
16   Q    How?
17   A    On the phone.
18   Q    How long did you speak?
19   A    About this matter specifically or just in
20   general?
21   Q    Let's start with in general.
22   A    I don't know, 45 minutes.
23   Q    How long did you speak about this matter?
24   A    Five or ten minutes.
25   Q    And what was the substance of that

Page 27

M. HEIMBACH

1
2    conversation?
3    A    Essentially, just we both discussed what
4    had happened prior, and we agreed that being calm,
5    cool and collected was the way to go about it.
6    Q    When you said you discussed what had
7    happened prior, what do you mean by that?
8    A    Oh, just in regards to, you know, the
9    planning of the event, the questions that you were
10   probably going to ask.
11   Q    Have you spoken with any lawyers to
12   prepare for this deposition?
13   A    No.
14   Q    Have you ever spoken with Kyle Bristow?
15   A    As a friend, yes.
16   Q    Have you spoken with Kyle Bristow since
17   August of 2017?
18   A    Yes.
19   Q    Has Mr. Bristow provided you any advice
20   regarding this case?
21   A    No.  He specifically told me that he
22   cannot provide any legal advice, so we only talked
23   about things like our kids, social matters, goings-on
24   within the white nationalist movement.  But he
25   specifically has said that he cannot advise me in any

Page 28

M. HEIMBACH

1
2    legal questions.
3    Q    Have you e-mailed with Mr. Bristow about
4    this case?
5    A    I can't recall, but I don't think so.  I
6    could look.
7    Q    Have you texted with Mr. Bristow about
8    this case?
9    A    We've primarily spoken over the phone.
10   We've spoken by text message, but in terms of the
11   details of the case, anytime I've ever tried to
12   contact him and, you know, I had a legal question, he
13   specifically told me he couldn't answer.
14   Q    Okay.  So my question is:  Have you
15   texted with Mr. Bristow about this case?
16   A    I can't recall.
17   Q    Would looking at your text messages
18   refresh your recollection about that?
19   A    Sure.
20   Q    Okay.  We'll come back to that.
21   Have you spoken with Mr. DiNucci at all
22   about this case?
23   A    I don't believe so.
24   Q    Have you spoken with Mr. Campbell at all
25   about this case?

Page 29

M. HEIMBACH

1
2    A    No, I don't believe so.
3    Q    Have you spoken to Eli Mosley in the past
4    two months?
5    A    I reached -- I messaged him on what I
6    thought was his old number just to see how he was
7    doing, but I got no response.  So I don't even know
8    if that's his same number.
9    So no, we haven't spoken at all.
10   Q    And by Eli Mosley, you understand who I
11   mean?
12   A    Elliott Kline.
13   Q    Right.
14   And what phone number did you message
15   Mr. Kline on?
16   A    Am I allowed to look at my phone?
17   Q    Sure.
18   A    That would be (610)406-2229.
19   Q    And you didn't receive a response?
20   A    No.
21   Q    What did you text him?
22   A    I asked him how he was doing.
23   Q    Can you read it?
24   A    No, because I don't have it.
25   Q    Didn't you just look at it?

Page 30

M. HEIMBACH

1
2      A    No, I just looked up his account.
3      Q    Didn't you just look at your phone to see
4   the text messages you sent Mr. Mosley?
5      A    No.  I just looked up his account in the
6   telegram.
7      Q    On what format did you text him?
8      A    I can't recall.
9      Q    Didn't you just look at it?
10     A    No.
11     Q    You just looked at your phone, right?
12     A    Yes.  To look up his contact information.
13     Q    And what did you look at to look at his
14  contact information?
15     A    His contact profile.
16     Q    Didn't you earlier say that you sent him
17  a text message?
18     A    Yes.
19     Q    And you sent him a text message, right?
20     A    Yeah, I believe so.
21     Q    Do you have the text message on your
22  phone that you sent him?
23     A    No.
24     Q    Did you delete it?
25     A    If it was Signal, messages auto

Page 31

M. HEIMBACH

1
2   delete.
3      Q    What format did you text him on?
4      A    You guys can probably tell me better.
5      Q    Mr. Heimbach.
6      A    Yes.
7      Q    What platform did you text Mr. Kline on
8   within the last two months?
9      A    I can't recall.
10     Q    What did you just look at?
11     A    I looked at his contact, along with 500
12  others that are there.
13     Q    Do you have a text message stream with
14  Mr. Kline on your phone right now?
15     A    I don't believe so.
16     Q    Can you check?
17     A    Sure.  (Witness complies.)
18          No, I do not.
19     Q    Have you spoken with Mr. Kline this week?
20     A    No.
21     Q    Did you review any documents in
22  preparation for this deposition?
23     A    Just what you guys sent me.
24     Q    Did any of those documents refresh your
25  recollection about the events in this case?

Page 32

M. HEIMBACH

1
2      A    No.
3      Q    And when you say just what we sent you,
4   do you mean the documents that I attached in the
5   July 7th e-mail to you of the case filings?
6      A    Yes.
7      Q    And you reviewed those in preparation for
8   your deposition today?
9      A    Yes.
10     Q    Did you read Discord in preparation for
11  your deposition today?
12     A    No, because Discord shut down my account,
13  so I have no access to any of the content on Discord.
14  You guys would know better what happened on Discord
15  than I would.
16     Q    When did you first become aware of the
17  idea of the Unite the Right event?
18     A    It would have been after the -- first
19  one, the first Charlottesville event.  I don't know
20  exactly when.
21     Q    Was the first Charlottesville event in
22  May of 2017?
23     A    Yes.
24     Q    And how long after the first
25  Charlottesville event in May of 2017 did you become

Page 33

M. HEIMBACH

1
2   aware of the idea of the Unite the Right event?
3      A    I can't recall.
4      Q    Approximately?
5      A    I don't know.  April, maybe, June.  I
6   really don't know.
7      Q    But it was after May of 2017?
8      A    Yes.
9      Q    And how did you become aware of it?
10     A    I think Jason Kessler made a public post
11  of some kind discussing the event.
12     Q    When did you become aware that you were a
13  defendant in this case?
14     A    I guess when it was front page news,
15  whenever it started.
16     Q    Well, if I represent to you that this
17  lawsuit was filed on October 11th, 2017, in relation
18  to that, when did you become aware you were a
19  defendant?
20     A    I can't recall exactly.
21     Q    Was it the day after that this lawsuit
22  was filed?
23     A    I can't recall.
24     Q    Are you -- withdrawn.
25          You have a podcast called the Daily

Page 34

M. HEIMBACH

1
2 Traditionalist, right?
3     A    Not anymore.
4     Q    You did have a podcast called the Daily
5 Traditionalist, right?
6     A    Yes.
7     Q    And that's a podcast where you discuss
8 white nationalist concepts, right?
9     A    Sure.  Yeah.
10     Q    And you had an episode on October 12th of
11 2017, right?
12     A    I guess.
13     Q    Isn't it true, Mr. Heimbach, that you
14 spoke about being a defendant in this lawsuit on the
15 Daily Traditionalist podcast on October 12, 2017?
16     A    I can't recall, but if you have the
17 recording, I assume so.
18        MR. BLOCH:  Okay.  Can we mark
19 that.
20        (Heimbach Deposition Exhibit No. 1
21 was marked for the record.)
22 BY MR. BLOCH:
23     Q    Okay.  I'm going to play Exhibit 1 which
24 is a podcast.  Just have a listen, sir.
25        Podcast Recording Played:

Page 35

M. HEIMBACH

1
2        (I need to bring you back to --)
3 BY MR. BLOCH:
4     Q    I'm going to pause it right there.  Is
5 that your voice?
6     A    Yes.
7     Q    And is that you on the Daily
8 Traditionalist podcast?
9     A    Yes.
10        Podcast Recording Played:
11        (-- of the reality that we,
12        unfortunately, have, but there has been a
13        very interesting sort of development
14        today.  Not one, but two lawsuits, is
15        what I woke up to this morning,
16        pertaining to Charlottesville.
17        And there's a lot of stuff to talk
18        about on this that I think is very
19        interesting.  And if you're listening to
20        this, I'm --)
21 BY MR. BLOCH:
22     Q    Mr. Heimbach, does that refresh your
23 recollection that you spoke about this lawsuit, the
24 day after it was filed, on the Daily Traditionalist
25 podcast?

Page 36

M. HEIMBACH

1
2     A    I mean, not particularly, but I'm
3 agreeing that that happened, probably.
4     Q    Well, probably or it happened?
5     A    Well I assume you're telling me the truth
6 about what date it was aired, so --
7     Q    You agree that that's your voice on the
8 podcast talking about this lawsuit, right?
9     A    Yes.
10     Q    You're just saying that you are not sure,
11 as you sit here right now, whether that was on --
12     A    October 12th.
13     Q    -- October 12th?
14        Did you review the complaint in this case
15 before that podcast?
16     A    I can't recall.
17     Q    Did you review the complaint in this
18 case?
19     A    Yes.
20     Q    And did you review the complaint at or
21 about the time that you heard about the lawsuit?
22     A    I guess.  I can't recall specifics, but I
23 assume so.
24     Q    So would it be fair to say that you
25 reviewed the complaint in this case at or around the

Page 37

M. HEIMBACH

1
2 time of approximately October 12th, 2017?
3     A    I don't believe I had gone through all
4 112 pages within a day.
5     Q    Okay.  Would you say you went through 112
6 pages at all?
7     A    As of now, yes.
8     Q    Okay.  And would you say you did that
9 within, say, a month of learning of the lawsuit?
10     A    No, I can't really recall.
11     Q    Okay.  But you understood at that time
12 that you were the subject matter of a suit that
13 concerned -- withdrawn.
14        You understood that you were a defendant
15 in a suit that concerned your participation in the
16 Unite the Right rally, right?
17     A    Yes.
18     Q    And in November of 2017, you were served
19 with the complaint at your home, right?
20     A    Yes.
21     Q    And I'm going to show you --
22        (Heimbach Deposition Exhibit No. 2
23 was marked for the record.)
24 BY MR. BLOCH:
25     Q    I'm showing you, Mr. Heimbach, what's

Page 38

M. HEIMBACH

1
2   been marked as Exhibit 2.
3       Do you recognize that?
4       A   It looks like the complaint.
5       Q   Okay.  And you read that, right?
6       A   Over the last two years, yes.
7       Q   Sometime after you were sued, you hired
8   attorneys, right?
9       A   Yes.
10      Q   And who are they?
11      A   Mr. Kolenich.
12      Q   Anyone else?
13      A   Oh, Mr. Woodard.
14      Q   And when did you hire Mr. Kolenich and
15  Mr. Woodard?
16      A   I don't recall.  I didn't handle that.
17      Q   Who handled it?
18      A   That would have been Matt Parrott.
19      Q   Why did Matt Parrott handle hiring a
20  lawyer for you?
21      A   Well, he handled all the back end stuff.
22      Q   What does all the back end stuff mean?
23      A   Anything from IT stuff to logistics and
24  infrastructure.
25      Q   So when did Mr. Parrott hire an attorney

Page 39

M. HEIMBACH

1
2   for you?
3       A   I can't recall.
4       Q   By the way, when you say back end stuff,
5   you mean for Traditionalist Worker Party?
6       A   Yes.
7       Q   Which you are the chairman of, right?
8       A   Yes.
9       Q   Would it be fair to say that you had
10  hired Mr. Kolenich and Mr. Woodard by December 1st,
11  2017?
12      A   I mean, I can't recall.  I wasn't really
13  involved in it.
14      (Heimbach Deposition Exhibit No. 3
15      was marked for the record.)
16  BY MR. BLOCH:
17      Q   Mr. Heimbach, I'm showing you -- oh,
18  withdrawn.
19      Would you agree with me that,
20  approximately, by the end of 2017, you were
21  represented by Mr. Woodard and Mr. Kolenich?
22      A   I mean, I'm going to assume so based on
23  your line of questioning, but in terms of do I recall
24  if it was even in 2017, no, I don't.
25      Q   I don't want you to assume, Mr. Heimbach,

Page 40

M. HEIMBACH

1
2   so I'm going to show you what's marked Exhibit 3.
3       Have you seen that document before?
4       A   Just now.
5       Q   Okay.  And is that a filing that
6   Mr. Kolenich made, representing to the court on
7   December 1st, 2017, that he was representing you?
8       A   It looks like.
9       Q   Well, is it?
10      A   Yes.
11      Q   And --
12      A   By the way, misspelled the name of the
13  organization.  Sad.
14      Q   Sorry about that.
15      Does that refresh your recollection that
16  you were represented by Mr. Kolenich by December 1st,
17  2017?
18      A   Sure.
19      Q   When you -- did you, I take it,
20  communicate with Mr. Kolenich and Mr. Woodard during
21  the time that they represented you?
22      A   Yes -- well, not Mr. Woodard.  I've only
23  spoken to Mr. Woodard once, I believe, and that was
24  not in relation to this case.  That was in relation
25  to a criminal matter he was handling for someone

Page 41

M. HEIMBACH

1
2   else.
3       Q   For whom?
4       A   Jake Goodwin.
5       Q   When did you speak to Mr. Woodard about
6   Jake Goodwin?
7       A   Whenever he had a bail hearing, which I
8   can't recall when.  I'm sure we can look it up.
9       Q   And was that with respect to
10  Mr. Goodwin's participation in the Unite the Right?
11      A   Yes.
12      Q   And the event for which he was arrested?
13      A   Yes.
14      Q   And did you e-mail or text with
15  Mr. Woodard about that?
16      A   I don't believe so.
17      Q   What did you speak to Mr. Woodard about,
18  specifically, with respect to Mr. Goodwin?
19      A   Trying to get Mr. Goodwin bail and a
20  place to stay in Charlottesville as he awaited trial,
21  but I didn't get to speak to him until after the
22  hearing was already done, and that's the only time
23  that I can recall that I ever contacted him.
24      Q   When you said you didn't get to speak to
25  him, you meant Mr. Woodard?

Page 42

M. HEIMBACH

1
2      A    Yes.
3      Q    And you were -- did you reach out to Mr.
4  Woodard?
5      A    I just walked up to him.
6      Q    But he didn't reach out to you for help
7  for Mr. Goodwin.  You reached out to Mr. Woodard for
8  help for Mr. Goodwin?
9      A    He didn't know me from Adam when I walked
10 up to him.
11     Q    So the answer to that question is yes?
12     A    Yes.
13     Q    And you were offering to help out with
14 bail and a place to stay for Mr. Goodwin?
15     A    To connect with people that would be able
16 to do that, yes.  Not me personally.
17     Q    When did you do that?
18     A    Whenever his case was.
19     Q    And did you know Mr. Goodwin prior to
20 Unite the Right?
21     A    On a first-name basis, no.
22     Q    But you had interacted with him?
23     A    Yes.
24     Q    And you had communicated with him about
25 Unite the Right prior to Unite the Right, right?

Page 43

M. HEIMBACH

1
2      A    I can't recall.
3      Q    Well, did you?
4      A    I mean, I talked to a lot of people.  I
5  have absolutely no idea.
6      Q    Well, do you recall -- you said you knew
7  him -- withdrawn.
8          MR. BLOCH:  Sorry.  We're having
9      technical issues.
10         (Brief pause.)
11 BY MR. BLOCH:
12     Q    When I asked you if you knew Mr. Goodwin
13 prior to Unite the Right, you said:  On a first-name
14 basis, no.
15         Right?
16     A    Yes.
17     Q    Am I correct that you knew him in some
18 capacity prior to Unite the Right?
19     A    Like we were at the same place together?
20 Yes.  He came to the rally in Pikeville, Kentucky,
21 which was in April of 2017.  In terms of I don't know
22 if I even spoke to him at that event, and -- so I
23 mean, no, I guess.
24         In terms of like knowing him or having
25 conversations, having a beer, no.  We went to the

Page 44

M. HEIMBACH

1
2  same white nationalist event prior to Unite the
3  Right.
4      Q    And you interacted with him at that event
5  prior to Unite the Right, right?
6      A    I can't recall an actual interaction with
7  him, but he was there at the same event along with
8  200 other people.
9      Q    When did you become aware that he was at
10 that event?  At the event?
11     A    Well, after -- after you Unite the Right,
12 to where I was able to put a name to a face.
13     Q    Okay.  Did you discuss the Unite the
14 Right rally with Mr. Goodwin, ever?
15     A    I don't know.
16     Q    Is it possible?
17     A    Other than when I visited him in jail,
18 but that wasn't in regard -- that was in regards to
19 say his case.
20     Q    And just to be clear, you talked to him
21 about his case, right?
22     A    Yeah.  I told him to keep his head up.
23     Q    I'm sorry?
24     A    Told him to keep his head up.
25     Q    And when you say the case that you talked

Page 45

M. HEIMBACH

1
2  to him about, that's referring to the incident for
3  which he was arrested at Unite the Right, right?
4      A    Yes.
5      Q    When you communicated with your
6  attorneys -- withdrawn.
7          When you communicated with Mr. Kolenich,
8  did you communicate with him by telephone?
9      A    Primarily, yes.
10     Q    Did you also communicate with him by
11 e-mail?
12     A    I can't remember a whole lot of times of
13 e-mailing him.  Again, usually Matt Parrott handled
14 all the communications with the lawyers.
15     Q    Okay.  So I'm not asking the number of
16 times or who else communicated with him.
17         I'm asking did you ever communicate with
18 Mr. Kolenich over e-mail.
19     A    Besides the time we already just talked
20 about, in regards to getting the interrogatories and
21 such?
22     Q    Yes.
23     A    I can't recall.
24     Q    During the time that Mr. Kolenich
25 represented you, did you communicate with him over

Page 46

M. HEIMBACH

1
2  e-mail?
3      A    I can't recall.
4      Q    Did he send you documents over e-mail?
5      A    I can't recall.
6      Q    Did Mr. Kolenich ever send you documents
7  to review during the time that he represented you?
8      A    I can't recall.
9      Q    When you communicated with him by
10 telephone, what was your phone number?
11     A    Same number I've always had,
12 (301)525-1474.
13     Q    And what e-mail address did you have at
14 the time you were represented by Mr. Kolenich?
15     A    Matthew.w heimbach@gmail.com.
16     Q    And do you have ability to send text
17 messages on that phone?
18     A    Yes.
19     Q    And can you get voicemails on that phone?
20     A    Yes.
21     Q    Do you check your voicemails?
22     A    No.
23     Q    Never?
24     A    I have too much debt.
25     Q    I'm sorry?

Page 47

M. HEIMBACH

1
2      A    I have too much debt, debt collections.
3  I never answer numbers I don't know and don't check
4  my voicemail.
5      Q    At some point, you fired Mr. Kolenich and
6  Mr. Woodard, right?
7      A    Yes.
8      Q    And why did you do that?
9      A    I couldn't afford to pay them.
10     Q    And when did you fire them?
11     A    I can't recall.
12         (Heimbach Deposition Exhibit No. 4
13     was marked for the record.)
14 BY MR. BLOCH:
15     Q    Mr. Heimbach, I'm showing you Exhibit
16 No. 4.
17         Is that an e-mail from Mr. Kolenich to
18 Karen Dotson at the court?
19     A    Yes.
20     Q    And does it state:  Mr. Heimbach fired me
21 and forbid me to take any further action on his
22 behalf?
23     A    Yes.
24     Q    And was that e-mail sent on
25 December 17th, 2018?

Page 48

M. HEIMBACH

1
2      A    Yes.
3      Q    So does that refresh your recollection
4  that that is around the time that you fired
5  Mr. Kolenich?
6      A    Yes.
7         Let's make a pile.
8         (Heimbach Deposition Exhibit No. 5
9     was marked for the record.)
10 BY MR. BLOCH:
11     Q    Mr. Heimbach, I'm showing you Exhibit 5.
12         Do you recognize that document?
13     A    No.
14     Q    Just take a look through it.
15     A    Yeah, I believe you and Mr. Bloch sent me
16 a copy of this at some point in the not too distant
17 past.
18     Q    Did you receive that prior to my having
19 sent it to you, at any point?
20     A    I can't recall.
21     Q    Did you ever discuss the contents of that
22 document with anybody?
23     A    I can't recall.
24     Q    Are those the requests for documents that
25 Plaintiffs served on you?

Page 49

M. HEIMBACH

1
2      A    I assume so.
3      Q    Well, is that what it says?
4      A    Yes.
5      Q    And do you recall receiving these in 2018
6  at any time?
7      A    I can't recall.
8      Q    Have you ever read that document prior to
9  my sending it -- withdrawn.
10         Have you ever read that document?
11     A    Since you sent to it to me?  Yes.
12     Q    Have you read it at any time before my
13 sending it to you?
14     A    I can't recall.
15     Q    Do you understand what the document is?
16     A    I believe so.
17     Q    What is it?
18     A    A request for maintaining discovery.
19     Q    Is it a request from Plaintiffs to you
20 requesting documents from you?
21     A    That's my name.
22     Q    So is the answer yes?
23     A    Yes.
24     Q    And you understand -- and you're saying
25 you have no recollection of having received this

Page 50

M. HEIMBACH

1
2   document prior to my sending it to you?
3        A   I can't recall.
4        Q   You don't know if Mr. Kolenich sent it to
5   you, ever?
6        A   I can't recall.  He would have probably a
7   better record than I do.
8        Q   You don't recall having any discussions
9   about what documents you need to produce in this
10  case?
11       A   I can't recall.
12       Q   If you could turn to page three.
13           Do you see Paragraph 5 states:  Events
14  means the occurrence and activities described in
15  Paragraph 45 to 335 of the Amended Complaint?
16       A   Yes.
17       Q   And if you could turn to page -- sorry.
18  If you could turn to page two.  And you see the
19  definition, Paragraph No. 3 for concerning?
20       A   I can see it.  I'm reading it now.  Yes.
21       Q   You understand that's an extraordinarily
22  broad definition of the word concerning?
23       A   Indeed.
24       Q   And if you could turn to page eight.
25           And you see that this requests all

Page 51

M. HEIMBACH

1
2   documents and communications concerning the events
3   including, without limitation, all documents and
4   communications, and then it lists eight categories,
5   right?
6        A   Yes.
7        Q   You understand, Mr. Heimbach, that this
8   document request is asking for any documents that
9   concerned anything having to do with the Unite the
10  Right event?
11       A   Yes.
12       Q   The events leading up to the Unite the
13  Right?
14       A   Yes.
15       Q   Including the May 13th event in
16  Charlottesville, right?
17       A   I suppose so.
18       Q   Well, is that right?
19       A   I mean, if that's what you requested,
20  then yes.
21       Q   Is that what we requested?
22       A   I mean, I haven't seen anything in
23  regards to the first rally, but sure.  Yes.
24       Q   Well, if you'd look at Request No. 2, it
25  asks for all documents, communications concerning

Page 52

M. HEIMBACH

1
2   events, meetings, rallies, conferences or
3   conversations held prior to the events that relate to
4   the events in any way.
5        Do you see that?
6        A   Yes.
7        Q   And you'd agree that includes the
8   Charlottesville 1.0 event?
9        A   I mean, I would disagree.  I think they
10  were completely separate events with separate
11  purposes.
12       Q   So you think Charlottesville 1.0 had
13  nothing to do with Charlottesville 2.0?
14       A   No, it was more of a conference and
15  dinner sort of arrangement.
16       Q   Wasn't there a torch light rally at
17  Charlottesville, 1.0?
18       A   Yes.
19       Q   Weren't there references in planning
20  Charlottesville 2.0 to Charlottesville 1.0?
21       A   I suppose so.
22       Q   And you understand that this document
23  requests all documents concerning -- I'm focused on
24  Request No. 3 -- communications concerning or with a
25  number of entities, including Traditionalist Worker

Page 53

M. HEIMBACH

1
2   Party?
3        A   Yes.
4        Q   Do you understand this includes a request
5   for documents about violence on the basis of race,
6   religion or ethnicity?
7        A   Yes.
8        Q   This includes a request for documents
9   about your social media accounts?
10       A   Yup.
11       Q   And it requests documents concerning your
12  communications about or with other defendants, right?
13       A   Yes.
14       Q   And you understand that when we request
15  documents, that includes videos, right?
16       A   Sure.
17       Q   Does it?
18       A   Yes.
19       Q   You understand that, right?
20       A   Yes.
21       Q   Photographs?
22       A   Yes.
23       Q   E-mails, right?
24       A   Yes.
25       Q   Text messages?

14

Page 54

M. HEIMBACH

1
2    A    Yes.
3    Q    Podcasts?
4    A    Yes.
5    Q    Social media content, right?
6    A    Yes.
7    Q    And is it your testimony that you don't
8  have any recollection of reviewing that document or
9  discussing that document in any way prior to my
10 sending it to you in June of 2019?
11   A    I can't recall.
12   Q    So is the answer to my question, yes, you
13 have no recollection of that?
14   A    I have no recollection.
15   Q    If you could turn to page five.
16       Do you understand, Mr. Heimbach, that the
17 instructions in Paragraph G state that:  Whether or
18 not you object, you must preserve all documents and
19 communications relevant to the lawsuit, including all
20 documents and communications responsive to these
21 requests?
22   A    Yes.
23   Q    And that includes, for example, laptops,
24 right?
25   A    Yes.

Page 55

M. HEIMBACH

1
2    Q    Personal computers?
3    A    Yup.
4    Q    Personal digital assistants?
5    A    Yes.
6    Q    Handheld wireless device?
7    A    Yes.
8    Q    Mobile telephones, right?
9    A    Yes.
10       (Heimbach Deposition Exhibit No. 6
11   was marked for the record.)
12 BY MR. BLOCH:
13   Q    Mr. Heimbach I'm showing you what's been
14 marked as Exhibit 6.
15       Do you recognize this?
16   A    No.
17   Q    Take a minute.
18   A    I think I get the gist.
19   Q    Are those Plaintiffs' First Set of
20 Interrogatories to All Defendants?
21   A    Yes.
22   Q    And you understand that All Defendants
23 includes you?
24   A    Yes.
25   Q    And do you recognize those documents --

Page 56

M. HEIMBACH

1
2  that document?  Have you received it before?
3    A    I can't recall reading it prior to -- I
4  believe you sent this to me, as well.
5    Q    So you recall that I sent it to you?
6    A    I believe so, yes.
7    Q    And you've reviewed it since I sent it to
8  you?
9    A    I'm reviewing it now.
10   Q    Prior to right now, have you reviewed
11 these ever?
12   A    No, I don't believe so.
13   Q    Do you recall receiving those anytime in
14 2018?
15   A    I don't recall.
16   Q    So you might have; you might not have?
17   A    I don't recall one way or the other.
18   Q    You understand that that document
19 requests information about sources of documents?
20   A    Yes.
21       (Heimbach Deposition Exhibit No. 7
22   was marked for the record.)
23 BY MR. BLOCH:
24   Q    And, Mr. Heimbach, I'm now showing you
25 what's been marked as Exhibit 7.

Page 57

M. HEIMBACH

1
2       Do you recognize that document?
3    A    No.
4    Q    Take a look through it.
5    A    Okay.
6    Q    Do you recognize that document?
7    A    No.
8    Q    Have you ever received that document
9  before?
10   A    I don't know.  Given that it's an
11 interrogatory, I assume this is what Mr. Kolenich had
12 sent me, but I haven't reviewed it.
13   Q    Didn't I send you that document last
14 week?
15   A    I don't believe I opened it.
16   Q    Didn't you request me to send that to you
17 multiple times?
18   A    Yes.
19   Q    And did you receive an e-mail from me
20 last week with an attachment?
21   A    I assume so, yes.  You sent me an e-mail
22 with attachments.
23   Q    And you didn't open it?
24   A    This is going to be upcoming the first
25 weekend I've actually had off from work, where I was

Page 58

M. HEIMBACH

1
2  going to be digging through all the things I've
3  received over the last month or so.
4      Q   So is the answer to my question, no, you
5  didn't open it?
6      A   No.
7      Q   If you could turn to the back page, is
8  that your signature, Mr. Heimbach?
9      A   Yes.
10     Q   And you signed this on April 11th, 2018,
11 right?
12     A   Yes.
13     Q   And you signed it under an acknowledgment
14 that states:  Personally appeared before me, Matthew
15 Heimbach, on April 11, 2018, and did swear that the
16 above responses to the interrogatories and requests
17 for production of documents are true and correct to
18 the best of his knowledge on that date listed in this
19 acknowledgment.
20         Right?
21     A   Yes.
22     Q   And the notary who notarized that was
23 Jessica Parrott, right?
24     A   Yes.
25     Q   The document includes questions and

Page 59

M. HEIMBACH

1
2  answers, right?
3      A   Yes.
4      Q   And you can tell, by looking at it, which
5  are the questions and which are the answers, right?
6      A   Yes.
7      Q   And did you supply the information that
8  appears in the answers?
9      A   I believe I had a conversation with
10 Mr. Kolenich, who had written this.
11     Q   And is it your understanding that he
12 wrote those answers in response to the information
13 that you gave to him?
14     A   Yes.
15     Q   And you agree with me that, after that
16 was done, you reviewed it and signed and swore that
17 the responses are true and correct to the best of
18 your knowledge on April 11, 2018?
19     A   Yes.  I don't even recall doing this, but
20 it's in front of me.  So --
21     Q   You agree that that happened?
22     A   Yes.
23     Q   Now, you agree, Mr. Heimbach -- I'm done
24 with that for the time being.  We'll come back to it.
25         You agree that you've communicated with

Page 60

M. HEIMBACH

1
2  other people about the events at issue in this case,
3  right?
4      A   Yes.
5      Q   And just to be clear, when I say the
6  events at issue in this case, I am referring to the
7  definition in those documents requests.
8      A   Uh-huh.
9      Q   That we just went over, right?
10     A   Right.
11     Q   You agree that you generated documents
12 about the events at issue in this case, right?
13     A   Yes.
14     Q   You generated documents before
15 August 12th, 2017, right?
16     A   I can't recall.
17     Q   Did you send an e-mail or a text message
18 about Unite the Right prior to August 12th, 2017?
19     A   To just other people?
20     Q   Yes.
21     A   Yes.
22     Q   Do you agree that you generated some form
23 of documents during the events on August 12th, 2017,
24 right?
25     A   I can't recall.

Page 61

M. HEIMBACH

1
2      Q   Do you -- did you send a text message on
3  August 12, 2017 to anybody concerning Unite the
4  Right?
5      A   I can't recall.
6      Q   Do you agree with me that you generated
7  documents after the events on August 12th, 2017 that
8  concerned the events in this case, right?
9      A   Yes.
10     Q   And you have sent and received text
11 messages about the events at issue in this case?
12     A   Yes.
13     Q   You have sent and received e-mails about
14 it?
15     A   Yes.
16     Q   You have posted about it on social media
17 platforms, right?
18     A   I can't recall specifics.
19     Q   Do you agree with me that you have posted
20 about the events at issue in this case on any social
21 media platform?
22     A   I can't recall any specific postings.
23     Q   I'm not talking about the recollection of
24 specific content of postings.
25         Have you posted on any social media

Page 62

M. HEIMBACH

1
2  platform about the events at issue in this case?
3      A   I can't recall.
4      Q   You don't recall if you had a Discord
5  account?
6      A   I did have a Discord account.
7      Q   Did you post on Discord about the events
8  at issue in this case?
9      A   After the event?
10     Q   At any time.
11     A   I can't recall the specifics.  You guys
12 would have the transcripts of Discord.
13     Q   I'm not asking you about specifics.
14        My question is:  Did you post, at all, on
15 Discord about the Unite the Right rally, ever?
16     A   I can't recall what my postings were.
17     Q   I'm not asking you what the postings
18 were, Mr. Heimbach.
19     A   Well, one kind of needs to know what the
20 postings were as if they related.
21     Q   Is it your testimony that sitting here
22 today you do not recall whether or not you have
23 posted anything on any social media platform about
24 the events at issue in this case?
25     A   I almost -- I certainly have done some

Page 63

M. HEIMBACH

1
2  postings, but I can't recall what they were.
3      Q   But you agree with me you've done some
4  posings, right?
5      A   Sure.
6      Q   You've spoken about the events at issue
7  in this case on podcasts, right?
8      A   Yes.
9      Q   You've written articles about it, right?
10     A   I assume so.
11     Q   You have spoken about it on videos,
12 right?
13     A   Yes.
14     Q   You have given speeches about Unite the
15 Right, right?
16     A   Yes.
17     Q   You have given media interviews about
18 Unite the Right, right?
19     A   Yes.
20     Q   Have you communicated about the Unite the
21 Right rally or any of the events at issue in this
22 case in any other fashion?
23     A   Not that I can recall.
24     Q   I'm now going to go through a list of
25 people and ask if you've communicated with them about

Page 64

M. HEIMBACH

1
2  the events at issue in this case.  Okay?
3      A   Okay.
4      Q   Matthew Parrott?
5      A   Yes.
6      Q   How have you communicated in -- with
7  Matthew Parrott about the events at issue in this
8  case, and by that I mean by what format?
9      A   I mean, most exclusively verbal.
10     Q   Have you sent text messages to Matthew
11 Parrott about the events at issue in this case?
12     A   Yes.
13     Q   E-mail?
14     A   I can't recall.
15     Q   Possibly?
16     A   Honestly -- I mean, we live next door to
17 each other, so almost all our communication was
18 verbal.
19     Q   I'm not asking about almost all of your
20 communications.
21     A   I don't know.
22     Q   I'm asking is it possible you have sent
23 an e-mail to Matthew Parrott about the events at
24 issue in this case?
25     A   I don't know.

Page 65

M. HEIMBACH

1
2      Q   Is it possible you've received an e-mail
3  from Matthew Parrott about the events at issue in
4  this case?
5      A   I don't know.
6      Q   Tony Hovater?
7      A   Yes.
8      Q   By text?
9      Q   Meaning?
10     Q   Have you sent or received a text message
11 with Tony Hovater about the events at issue in this
12 case at any time?
13     A   Yes.
14     Q   E-mail?
15     A   I can't recall.
16     Q   Social media platform?
17     A   I can't recall.
18     Q   Ike Baker?
19     A   Yes.
20     Q   Have you texted with him about the events
21 at issue in this case?
22     A   Ever?
23     Q   Yes.
24     A   Yes.
25     Q   E-mail?

Page 66

M. HEIMBACH

1
2     A    I can't recall.
3     Q    In-person?
4     A    Yes.
5     Q    Mike Peinovich?
6     A    I can't recall discussing it with him at
7  all.
8     Q    You can't recall ever discussing with
9  Mike Peinovich the events at issue in this case?
10    A    No, Enoch's kind of part of a different
11 subculture where there's not a whole lot of overlap.
12    Q    If you could go back to Exhibit 7?
13    A    Uh-huh.
14    Q    And if you look at Discovery Request No.
15 3?
16    A    Yes.
17    Q    And it says:  Identify all persons with
18 whom you communicated concerning the events, whether
19 before, during or after the events.
20        Right?
21    A    Uh-huh.
22    Q    And you listed Mike Peinovich, right?
23    A    Yes.
24    Q    Does that refresh your recollection that
25 you communicated with him about the events at issue

Page 67

M. HEIMBACH

1
2  in this case?
3     A    Not particularly, but if I said it in
4  April of 2018, my memory was probably a little
5  fresher.
6     Q    Jason Kessler?
7     A    Yes.
8     Q    Text?
9     A    Yes.
10    Q    E-mail?
11    A    I can't recall.
12    Q    Social media?
13    A    I can't recall that, either.
14    Q    Have you met in-person with Mr. Kessler
15 about the events at issue in this case?
16    A    I had lunch with him, but that was after
17 the first Charlottesville event, or it might have
18 been before -- somewhere in there -- but we didn't
19 discuss this matter.  I can't recall meeting him any
20 other time until, you know, August 12th.
21    Q    On August 12th, did you meet with him and
22 discuss the events at issue in this case?
23    A    I didn't see him, no.
24    Q    Didn't you just say you can't recall
25 meeting him until August 12th?

Page 68

M. HEIMBACH

1
2     A    Well, I mean we were at the same place.
3     Q    Did you see him?
4     A    No, I didn't see him until -- we did
5  text, however, on August 13th, I believe.
6     Q    You specifically remember sending a text
7  message with Jason Kessler on August 13th?
8     A    Yes.
9     Q    But you don't recall whether or not
10 you've texted at all with Mike Peinovich?
11    A    About this event?  No.
12        The reason I remember that I texted
13 Mr. Kessler is he had asked us to come with him to
14 his press conference, which -- in which he was
15 brutally assaulted.
16        So I declined that, and then saw it on
17 the news, so that kind of sticks in the old noggin.
18    Q    It's your testimony Mr. Kessler was
19 brutally assaulted at his press conference?
20    A    Yes.
21    Q    Have you spoken with Jeff Schoep about
22 this case?
23    A    Yes.
24    Q    By text?
25    A    Yes.

Page 69

M. HEIMBACH

1
2     Q    E-mail?
3     A    I don't believe -- I can't recall.
4     Q    In-person?
5     A    Yes.
6     Q    Social media?
7     A    I can't recall.
8     Q    Have you spoken with Richard Spencer
9  about the events at issue in this case?
10        MR. DINUCCI:  Mike, I'd like --
11 this is John DiNucci.  At this point, I'd
12 like to interject an objection just based
13 on the Paragraph 4 of Judge Hoppe's order
14 of July 3rd.  I'm --
15        MR. BLOCH:  Understood,
16 Mr. DiNucci.
17        MR. DINUCCI:  And I would ask if
18 you would agree that I have a continuing
19 objection based on the language of
20 Paragraph 4 of that order so I don't have
21 to keep interrupting you.
22        MR. BLOCH:  You do have a
23 continuing objection.  I appreciate you
24 not interrupting or anymore speaking
25 objections.

18

Page 70

M. HEIMBACH

1
2      MR. DINUCCI:  Then we have an
3  agreement.  Thank you.
4      And so I object --
5      MR. BLOCH:  I'm sorry.
6      MR. DINUCCI:  Go ahead.
7  BY MR. BLOCH:
8      Q    Richard Spencer, did you communicate with
9  him by text about the events at issue in this case?
10     A    I can't recall.
11     Q    Have you ever texted with Richard
12 Spencer, ever?
13     A    Yes.
14     Q    By e-mail?
15     A    I can't recall.
16     Q    Have you ever e-mailed with Mr. Spencer,
17 ever?
18     A    I can't recall.
19     Q    You can't recall whether you've sent or
20 received an e-mail from Mr. Spencer?
21     A    No.
22     Q    Did you communicate with Mr. Spencer
23 in-person about the events at issue in this case?
24     A    I can't recall.
25     Q    Chris Cantwell, have you communicated

Page 71

M. HEIMBACH

1
2  with him by text about this case?
3      A    Yes.
4      Q    And about the events at issue in this
5  case?
6      A    Yes.
7      Q    By e-mail?
8      A    I can't recall.
9      Q    Do you recall sending or receiving an
10 e-mail from anybody, ever, about this case?
11     A    No.
12     Q    Communicate in-person with Mr. Cantwell
13 about the events at issue in this case?
14     A    In relation to his specific case, not in
15 relation to the civil lawsuit.
16     Q    So you're saying you have spoken with
17 Mr. Cantwell about the case for which he was arrested
18 at the Unite the Right rally, right?
19     A    The night before the Unite the Right
20 rally, but yes.
21     Q    Meaning on August 11th torch light march?
22     A    Yes.
23     Q    You've spoken with Mr. Cantwell about
24 that?
25     A    Yes.

Page 72

M. HEIMBACH

1
2      Q    How about James Alex Fields, have you
3  ever communicated with him in any way about the
4  events at issue in this case?
5      A    I don't believe so, no.  I might have
6  sent a letter that didn't discuss the details, but I
7  can't recall.
8      Q    Okay.  It's possible that the letter you
9  sent might have discussed the events at issue in this
10 case, right?
11     A    Potentially.
12     Q    Did you ever communicate with Mr. Fields
13 by text?
14     A    No.
15     Q    E-mail?
16     A    No.
17     Q    Have you ever received a letter from
18 Mr. Fields?
19     A    No.
20     Q    How about Dillon Hopper, ever discuss
21 with him the events at issue in this case?
22     A    Yes.
23     Q    Texted with him?
24     A    Primarily in-person, but yes, we have
25 texted.

Page 73

M. HEIMBACH

1
2      Q    About the events at issue?
3      A    Yes.
4      Q    E-mail?
5      A    No -- well, I don't recall.
6      Q    Thomas Rousseau?
7      A    Not at all, I don't think, except for
8  seeing him at the event, which is the only time I've
9  ever seen him.
10     Q    Michael Hill?
11     A    Yes.
12     Q    Text?
13     A    I can't recall.
14     Q    Possible that you texted with him?
15     A    I can't recall.
16     Q    E-mail?
17     A    I can't recall.
18     Q    Michael Tubbs?
19     A    I can't recall.
20     Q    You can't recall ever communicating with
21 Michael Tubbs about the events at issue in this case?
22     A    No.  I mean, besides seeing him there, in
23 person.
24     Q    Did you speak to him on August 12th?
25     A    Yes.

Page 74

M. HEIMBACH

1
2    Q    Did you speak to Michael Hill on
3  August 12th?
4    A    Yes.
5    Q    Did you speak to Thomas Rousseau on
6  August 12th?
7    A    Yes.
8    Q    Did you speak to James Fields on
9  August 12th?
10   A    No.
11   Q    Did you speak to Mr. Cantwell on
12 August 12th?
13   A    I can't recall.
14   Q    How about Augustus -- withdrawn.
15        Did you speak to Eli Kline on
16 August 12th?
17   A    I can't recall.
18   Q    Augustus Sol Invictus, ever communicate
19 with him about this case?
20   A    Yes.
21   Q    Derek Davis?
22   A    Yes.
23   Q    Does Derek Davis also go by Commander
24 Davis?
25   A    I mean, only if I go by Chairman

Page 75

M. HEIMBACH

1  Heimbach.
2
3    Q    Is the answer to the question, yes?
4    A    At one time that would have been his
5  position, yes -- well, no, actually.  Because he was
6  the party quartermaster.
7        So I don't know about his social media
8  handles, but his actual position would have been
9  quartermaster.
10   Q    But you texted with him about Unite the
11 Right, right?
12   A    I can't recall.
13   Q    E-mail?
14   A    I can't recall.
15   Q    Cesar Ortiz?
16   A    Yes.
17   Q    Communicate with him about the events at
18 issue here?
19   A    Well, he was there, so we spoke on that
20 day.
21   Q    That's the only time you've every spoken
22 to Cesar Ortiz about the Unite the Right rally?
23   A    I can't recall any other times.
24   Q    Did you ever text with Cesar Ortiz?
25   A    I can't recall.

Page 76

M. HEIMBACH

1
2    Q    Does Cesar Ortiz also go by Cesar Hess?
3    A    On social media.
4    Q    Does Cesar Ortiz also go by Cesar Adolfo?
5    A    I don't know.
6    Q    How long have you known Cesar Ortiz?
7    A    I don't know.  Three years.
8    Q    Have you ever e-mailed with him about the
9  events at issue in this case?
10   A    I can't recall.
11   Q    Is there anyone else that you can recall,
12 sitting here today, communicating with about the
13 events at issue in this case, other than the people
14 that I mentioned?
15   A    No, I can't recall anyone.
16   Q    You're familiar with Discord, right?
17   A    Yes.
18   Q    And you had an account on Discord, right?
19   A    Yes.
20   Q    When did you create your account on
21 Discord?
22   A    I can't recall.
23   Q    Was it prior to 2017?
24   A    I don't know.
25   Q    Was it prior to the Unite the Right

Page 77

M. HEIMBACH

1  rally?
2
3    A    Yes, I believe.
4    Q    When was the Unite the Right rally?
5    A    August of 2017.
6    Q    And did you create a Discord account
7  prior to that?
8    A    I believe so.
9    Q    How long prior to the Unite the Right
10 rally had you created your Discord account?
11   A    I can't recall.
12   Q    Now, when you sign up for a Discord
13 account, you provide an e-mail address that's
14 associated with the account, right?
15   A    I can't recall.
16   Q    Is it your testimony, Mr. Heimbach,
17 sitting here today, you can't recall whether there
18 was an e-mail address associated with your Discord
19 account?
20   A    I can't remember the set-up process,
21 so -- if you're -- if you're telling me there's an
22 e-mail, then I'm willing to believe you, but I don't
23 remember the set-up process.
24        The account was set up several years ago.
25 I don't remember the set-up.

Page 78

M. HEIMBACH

1
2      Q    I'm asking you, was there an e-mail
3  address associated with your Discord account?
4      A    Yes.  I don't recall, however, if it was
5  part of the initial sign-up process.
6      Q    That wasn't my question.
7          What was the e-mail address associated
8  with your Discord account?
9      A    That would have been
10  matthew.w heimbach@gmail.com.
11      Q    So just to be clear, based on the
12  question that I just asked you, you do recall whether
13  or not you had an e-mail address associated with your
14  Discord account, right?
15      A    You said when I signed up.
16      Q    You do recall that there's an e-mail
17  address associated with your Discord account,
18  correct?
19      A    Yes, I'm just saying I don't recall if
20  that was part of the initial set-up process.
21      Q    And there also was a four-digit number
22  associated with your account, right?
23      A    I can't recall.
24      Q    Do you remember that the number 4345 was
25  associated with your Discord account?

Page 79

M. HEIMBACH

1
2      A    I can't recall.
3          (Heimbach Deposition Exhibit No. 8
4  was marked for the record.)
5  BY MR. BLOCH:
6      Q    I'm showing you Exhibit No. 8,
7  Mr. Heimbach, if you could take a look at that.
8          Do you see about halfway down the page
9  there's a screen shot of your Discord account?
10      A    Yes.
11      Q    And you agree that that's your Discord
12  account?
13      A    Yes.
14      Q    And you agree that the handle associated
15  with the Discord account is MatthewHeimbach#4345?
16      A    Yes.
17      Q    And just to be clear, MatthewHeimbach is
18  one word, correct?
19      A    Yes.
20      Q    With no space in between W and Heimbach,
21  correct?
22      A    Yes.
23      Q    Now, you were the only person that had
24  access to your user name and password, right, to
25  Discord?

Page 80

M. HEIMBACH

1
2      A    I believe so.
3      Q    And so you would agree that the messages
4  posted on Discord with the handle MatthewHeimbach,
5  one word, were posted by you, right?
6      A    I assume so.
7      Q    Well, isn't that true, Mr. Heimbach?
8      A    I believe so, yes.
9      Q    Did you also send private messages on
10  Discord?
11      A    Yes.
12      Q    And other than MatthewHeimbach, one word,
13  did you have any other accounts on Discord?
14      A    No.
15      Q    Did you use your phone or your commune --
16  or your computer to communicate on Discord?
17      A    I don't believe so.
18      Q    Well --
19      A    Or in terms of the phone, on the
20  computer.
21      Q    You used your computer to communicate
22  over Discord?
23      A    Yes.
24      Q    And did you also have an app --
25  withdrawn.

Page 81

M. HEIMBACH

1
2          Did you also have the Discord app on your
3  phone?
4      A    I don't recall.
5      Q    Do you still have a Discord account?
6      A    No.
7      Q    When did you stop using Discord?
8      A    When Discord shut my account down.
9      Q    And when was that?
10      A    I can't recall.
11      Q    How did become aware that Discord had, in
12  your own words, shut your account down?
13      A    They had sent me an e-mail, I believe.
14      Q    And was that to your
15  matthew.w heimbach@gmail.com account?
16      A    Yes.
17          (Heimbach Deposition Exhibit No. 9
18  was marked for the record.)
19  BY MR. BLOCH:
20      Q    I'm showing you, Mr. Heimbach, Exhibit
21  No. 9.
22          Mr. Heimbach, is that a shot of your --
23  some postings you made on Discord?
24      A    It looks like.
25      Q    And is -- referring to the top posting,

Page 82

M. HEIMBACH

that says MatthewHeimbach 2017-8-3 -- meaning
August 3rd, 2017 -- and the text says:  The helmets
have arrived.

        And there's a photo underneath of a stack
of helmets.

    A    Hard hats, but yes.
    Q    Hard hats.  Thank you.
        You posted that on Discord, right?
    A    Yes.
    Q    And did you take that photo?
    A    No.
    Q    Who took that photo?
    A    Derek Davis.
    Q    And how did it get onto your Discord
account?
    A    He sent it to me.  I'm not sure where.  I
assume probably over Discord.
    Q    And then you uploaded it to your Discord
account?
    A    Yes, I believe so.
    Q    Do you know, how would Derek Davis have
sent you that photo over Discord?
    A    Through private message, I assume.
    Q    Is it possible he texted it to you?

Page 83

M. HEIMBACH

    A    I don't know.
    Q    Is it possible?
    A    I don't know.
    Q    Well, that's sort of a yes or no
question.
        Is it possible that he texted that to
you?  It's either possible or it's not possible.
    A    I guess.
    Q    Is it possible he e-mailed it to you?
    A    No.  I can't recall ever e-mailing with
Mr. Davis.
    Q    But you know for sure that you didn't
take that photo?
    A    Yeah, it's not my house.
        (Heimbach Deposition Exhibit No. 10
        was marked for the record.)
BY MR. BLOCH:
    Q    I'm going to show you Exhibit 10,
Mr. Heimbach.
        Mr. Heimbach, are those posts that were
made on Discord, including one of yours?
    A    It looks like.
    Q    And you see the fourth post down, there's
a post by someone named J-A-P-Z-Z-I, who writes:

Page 84

M. HEIMBACH

Anywhere you can see pictures from the event.
Cheering you guys on.

        Do you see that?
    A    Yes.
    Q    And underneath that is a post by you,
right?
    A    Yes.
    Q    And you wrote on Discord:  Quote, As soon
as it's happening, we'll have them.

        Right?
    A    Yes.
    Q    And you wrote that on August 9th, 2017,
right?
    A    Looks like.
    Q    Well, isn't that true?
    A    Yes.
    Q    And why did you believe that there would
be photographs from the event at that time?
    A    Well, at that time, I thought the
Charlottesville Police Department, the state police,
the National Guard and the FBI would do their jobs to
allow a permitted rally, where we could peacefully
assemble, give speeches, take photographs, take
video, and then we could all go home.

Page 85

M. HEIMBACH

        So, at that point, I assumed the police
were going to do their jobs.
    Q    And did you also assume that somebody
would be taking photographs on behalf of the
Traditionalist Worker Party?
    A    Yes.
    Q    And who is that, that was going to be
doing that?
    A    That would be Jason Augustus.
    Q    Okay.  And Mr. Augustus took photographs
of the Unite the Right rally?
    A    His camera was destroyed at the event, I
believe.  We didn't get any usable photographs or
video that I can recall.
    Q    But the plan was for Mr. Augustus to take
pictures of the event, right?
    A    Yes.
    Q    And he did take pictures of the event,
right?
    A    He got maced very early on.  I don't know
if he actually was even able to take any photos.
    Q    How do you know that Mr. Augustus's
camera was broken?
    A    Because he no longer had the camera after

Page 86

M. HEIMBACH

1  
2  the event.
3      Q    Did he tell you that?
4      A    Not that I can recall, but we weren't
5  able to film videos for an extended period of time
6  until a new camera was purchased.
7      Q    Are you aware of any photographs that
8  were taken at the Unite the Right rally?
9      A    Just the ones, really, in the media.
10     Q    Why was Jason Augustus tasked with taking
11 photographs for the Traditionalist Worker Party?
12     A    Because he had a camera.
13     Q    And that was his role in the
14 Traditionalist Worker Party to do that?
15     A    Yeah.
16     Q    When did you learn his camera was
17 destroyed?
18     A    When I asked him when we were going to be
19 uploading pictures and video and there was none.
20     Q    And what date was that, approximately?
21     A    Not too long after the event.
22         (Heimbach Deposition Exhibit No. 11
23     was marked for the record.)
24 BY MR. BLOCH:
25     Q    Mr. Heimbach, I'm showing you Exhibit No.

Page 87

M. HEIMBACH

1  
2  11.
3         Do you see that?
4      A    Yes.
5      Q    And do you see that you posted, at the
6  top, on Discord on August 20th?
7         You see that, right?
8      A    Yes.
9      Q    And do you see that you wrote:  Hey,
10 crackers.  I'm working on a big video, party-wide
11 e-mail, et cetera.  Just wanted to let everyone know
12 that I'm alive, LOL.  How is everyone tonight?
13         Did you post that on Discord on August
14 20th, 2017?
15     A    Yes.
16     Q    And what is the big video that you were
17 referring to?
18     A    Well, it never got made, but we were
19 planning on taking the various news reports and
20 cutting it into a video.
21     Q    About Charlottesville?
22     A    Yeah.
23     Q    And don't you say in the post, I'm
24 working on a big video?
25     A    Well, I never did any of the tech stuff.

Page 88

M. HEIMBACH

1  
2      Q    But were you, in fact, in the process of
3  working on a video at the time you posted that?
4      A    I wasn't, no.
5      Q    Didn't you say in the post, I'm working
6  on a big video?
7      A    Yes, but that would have been Jason
8  Augustus who was working on the video.
9      Q    So when you said, I'm working on a big
10 video, was that true?
11     A    Well, I was looking and overseeing a
12 collection of news reports with footage available,
13 and then working to try and provide that, see how we
14 could gets things licensed and such.
15     Q    And Jason Augustus was tasked with that
16 project?
17     A    Yes.
18     Q    And where is that video?
19     A    It never got made, I don't believe.
20     Q    Do you know if it ever got made?
21     A    It wasn't never posted.  I don't believe
22 it ever got made.
23     Q    Why didn't it get made?
24     A    Because we couldn't get licensing,
25 primarily, for -- in terms of cost, from news

Page 89

M. HEIMBACH

1  
2  agencies, and we moved on to other projects.
3      Q    Did Jason Augustus tell you that?
4      A    I can't recall an exact conversation.
5      Q    How did you become aware of that
6  conversation?
7      A    Well, it was never -- well, I looked up
8  what it would cost to license videos from journalists
9  who were there and it was cost prohibitive.  If we
10 were to violate copyright, they would just pull it
11 down anyway.
12     Q    You also say in that message, party-wide
13 e-mail, right?
14     A    Uh-huh.
15     Q    What does that refer to?
16     A    I assume I sent an e-mail.
17     Q    And where did you send that e-mail?
18     A    That would have been through Matt Parrott
19 and the infrastructure, back end of the party, which
20 you guys should have a copy of.
21     Q    What e-mail address did you send that
22 from?
23     A    Mr. Parrott, I would write things and
24 then he would handle the distribution.
25     Q    When you say you would write things, what

Page 90

M. HEIMBACH

1
2  device did you write those things on?
3      A   Gmail and Google Docs.
4      Q   So you wrote --
5      A   On my laptop.
6      Q   On your laptop.  And you would write them
7  in your --
8          And when you say gmail, do you mean your
9  matthew.w heimbach@gmail.com account?
10     A   Yes.
11     Q   And then you e-mailed that to
12  Mr. Parrott?
13     A   Or, most likely, just shared him on the
14  document.
15     Q   And when you say shared him, what do you
16  mean?
17     A   When you hit the share button and you can
18  choose other users who can view it.  There's no point
19  in e-mailing it when you can just share it.
20     Q   On Google Docs?
21     A   Yeah.
22     Q   When you share something on Google Docs,
23  do you get an e-mail alert that the document has been
24  shared?
25     A   Maybe, I guess.

Page 91

M. HEIMBACH

1
2      Q   You do, right?  You don't know?
3      A   Not off the top of my head.
4          I can share on something real quick,
5  though, and check.
6      Q   Maybe we'll do that on a break.
7          When it was shared with Mr. Parrott, how
8  would Mr. Parrott distribute it?
9      A   He ran our e-mails.
10     Q   And when you say our e-mails, what do you
11  mean?
12     A   The Traditionalist Worker Party.
13     Q   And that is a domain address at
14  tradworker.org; is that right?
15     A   Yeah, there was a ticket system that he
16  designed, so that's how messages would be sent out,
17  through the ticket system.  So he would have handled
18  all that distribution.
19         (Heimbach Deposition Exhibit No. 12
20  was marked for the record.)
21  BY MR. BLOCH:
22     Q   Mr. Heimbach, I'm showing you Exhibit 12.
23  Exhibit 12, is that a Discord post that you posted on
24  January 19th, 2018?
25     A   Yes.

Page 92

M. HEIMBACH

1
2      Q   And you wrote:  Quote, I wrote the POWs
3  today, did you, end quote.
4          Correct?
5      A   Yes.
6      Q   And then there's a photograph of five
7  envelopes; isn't that true?
8      A   That is accurate.
9      Q   And then, below the envelopes, you wrote:
10  Quote, We all need to be sending letters, by the way.
11  -- at 1 -- on January 19th, 2018, right?
12     A   Yup.
13     Q   Did you take that photograph?
14     A   I assume so, yeah.
15     Q   And on what device did you take that
16  photograph?
17     A   The phone I had at the time.
18     Q   And what phone was that?
19     A   The phone that was subsequently thrown
20  out by my now ex-wife.
21     Q   Okay.  What kind of phone was that?
22     A   I can't recall.  It was an Android.
23     Q   Did you list that phone on the
24  certification that you filled out in this case on
25  July 6th?

Page 93

M. HEIMBACH

1
2      A   I believe so.
3      Q   And -- and then after you took that
4  photo, you uploaded it to Discord, right?
5      A   Sounds about right.
6      Q   Is that true?
7      A   Yes.
8      Q   And the envelopes are -- it's a
9  photograph of five envelopes, correct?
10     A   Yes.
11     Q   And they are addressed to Jacob Goodwin,
12  right?
13     A   Uh-huh.
14     Q   Dylann Storm Roof, right?
15     A   Yes.
16     Q   James Fields, right?
17     A   Yes.
18     Q   Alex Ramos?
19     A   Yup.
20     Q   And Daniel Borden; isn't that true?
21     A   Yeah.
22     Q   What does POW mean, Mr. Heimbach?
23     A   It means prisoner of war.
24     Q   Is that someone captured on the
25  battlefield of war, in your view?

Page 94

M. HEIMBACH

1
2      A    I mean, that can be a definition.
3      Q    Is that the definition that you meant in
4  this when you wrote POWs?
5      A    What I meant more is a political system
6  much like Irish Republicans were persecuted for
7  advocating for the best interests of their community,
8  their culture and the future of their nation, that
9  men were being held by an imperialist regime.
10     Q    It would be fair to say that you believe
11 these people in the five envelopes are POWs that
12 fought on your side of a war?
13     A    Not necessarily my side of a war, but in
14 terms of they are being held by an antiwhite
15 government.
16     Q    Would it be fair to say these are people
17 that share the same objectives as you?
18     A    No, not necessarily.
19     Q    Well, what's the war you're referring to?
20     A    The war that's being waged against the
21 demographic, social, economic, political future of
22 Europeans around the world.
23     Q    And is it your view that Charlottesville
24 was a battle in that war?
25     A    It was only a battle because the police

Page 95

M. HEIMBACH

1
2  allowed us to be attacked by mobs of antifascists,
3  stood down through either incompetence or corruption
4  and violated our First Amendment rights to assemble.
5      So a battle by the other side.  We were
6  trying to exercise our First Amendment rights.
7      Q    So is the answer to my question, yes, you
8  would agree that Charlottesville was a battle?
9      A    More like a protest that was
10 deliberately, by the regime, allowed to go sideways,
11 to incite violence against people like myself.
12     Q    And what regime is that?
13     A    The Federal government.
14     Q    Why were you sending these five people
15 letters?
16     A    Doesn't Jesus say that it's kind of a
17 thing to comfort the prisoner while they were in
18 jail?  Feed the hungry, clothe the naked?
19     Q    So were you trying to comfort these
20 prisoners.
21     A    Fulfill my Christian duty.
22     Q    So is my question to my question, yes,
23 you were trying to comfort these prisoners?
24     A    Yes.
25     Q    And why did you choose those particular

Page 96

M. HEIMBACH

1
2  prisoners?
3      A    Those are prisoners that are probably not
4  getting a whole lot of letters.
5      Q    Did you send any other prisoners letters
6  that day?
7      A    No, I don't believe so.
8      Q    Who is Jacob Goodwin?
9      A    A fellow from Arkansas who was arrested
10 after Charlottesville.
11     Q    And was he also convicted of maliciously
12 wounding a black man named DeAndre Harris at the
13 Unite the right event?
14     A    I think falsely, but yes.
15     Q    And who's Alex Ramos?
16     A    Another gentleman in the same situation,
17 still falsely convicted.
18     Q    But you agree with me he was convicted of
19 maliciously wounding a black man named DeAndre Harris
20 at the Unite the Right?
21     A    Innocent people get convicted every day.
22     Q    So is the answer to my question, yes, he
23 was convicted?
24     A    Yes.
25     Q    And is it also your testimony that he --

Page 97

M. HEIMBACH

1
2  notwithstanding the fact that he was convicted, he
3  is, in fact, innocent?
4      A    Yes.
5      Q    And who is Daniel Borden?
6      A    Same story.
7      Q    Was Daniel Borden convicted of
8  maliciously wounding DeAndre Harris at Unite the
9  Right?
10     A    Falsely, yes.
11     Q    And when you say falsely, is it your view
12 that Daniel Borden is innocent of the charge for
13 which he was convicted?
14     A    Overwhelmingly, yes.
15     Q    Overwhelmingly innocent?
16     A    Yes.
17     Q    Who is James Fields?
18     A    James Fields was convicted of driving his
19 car into a counter protesters on his way home.
20     Q    Was he, in fact, convicted of murdering
21 Heather Heyer at Unite the Right?
22     A    Yes.
23     Q    Do you think James Fields was innocent?
24     A    Innocent of first degree capital murder,
25 yes, and I do believe that the guilt of the entire

Page 98

M. HEIMBACH

1
2  situation rests with the Charlottesville Police
3  Department, the state police, government officials.
4        So, yeah, the charge he was convicted of,
5  of capital murder, yes, I don't believe the evidence
6  proves premeditated intent.
7        Q    Do you believe Mr. Fields was guilty of
8  anything at Unite the Right?
9        A    I mean, I don't believe he got a fair
10  trial, so it's hard to tell.
11        Q    So you don't know, sitting here today,
12  whether you believe Mr. Fields was guilty of anything
13  at the Unite the Right rally, right?
14        A    I believe if he was given a fair trial
15  outside of Charlottesville, we would be allowed to
16  objectively look at the evidence and obtain a
17  legitimate verdict.
18        Q    Who is Dylann Roof?
19        A    He was a shooter who killed folks in a
20  church in South Carolina.
21        Q    Did he, in fact, kill nine black people
22  in a church --
23        A    Yeah, he did.
24        Q    -- in South Carolina?
25            Was Dylann Roof innocent?

Page 99

M. HEIMBACH

1
2        A    No.
3        Q    And you sent each of these five people
4  letters, right?
5        A    Yes.
6            For the record, I would like to state
7  that, after Dylann Roof's shooting, at my own
8  expense, I traveled to South Carolina to participate
9  in a series of vigils in mourning for the loss of
10  those who had their lives taken, and I do not endorse
11  Mr. Roof's actions.  However, I do believe it's a
12  Christian responsibility to comfort prisoners.
13        Q    But only those five prisoners, right?
14        A    That day, yes.
15        Q    The letter that you sent to Mr. Fields,
16  what device did you type that on?
17        A    I believe I handwrote it.
18        Q    Or -- are you sure you handwrote it?
19        A    No.
20        Q    You might have typed it?
21        A    Possibly.  I don't recall.
22        Q    Did you type the other letters in Exhibit
23  12?
24        A    I really don't know.
25        Q    So you're saying you may have typed them,

Page 100

M. HEIMBACH

1
2  you may have handwritten them?
3        A    I'm leaning towards handwriting, but it's
4  hypothetically possible.
5        Q    What did your letter to James Fields say?
6        A    Essentially not to despair, I believe.  I
7  don't recall the specifics.  But, you know, I assumed
8  he was getting a lot of hate mail and he probably
9  felt very alone and scared.  So just trying to
10  provide some, you know, Christian comfort.
11        Q    And to be clear, you were providing --
12  withdrawn.
13            You understood that Mr. Fields was
14  imprisoned at the time for what he had done at
15  Charlottesville, right?
16        A    Allegedly done, yes.
17        Q    Still alleged to you?
18        A    I don't believe he got a fair trial.
19        Q    What did your letter to Mr. Goodwin say?
20        A    I mean, essentially, all of them are
21  going to say the same thing, to keep your spirits up,
22  I believe.  Just trying to be positive.
23        Q    How many letters did you write to
24  Mr. Fields?
25        A    Just the one, I believe.

Page 101

M. HEIMBACH

1
2        Q    And how many letters did you write to the
3  others?
4        A    Mr. Roof, just one, because I hadn't
5  gotten a response from either of those.
6            I believe several to the others, and I
7  had spoken on the phone with Mr. Borden several
8  times.
9        Q    While Mr. Borden was in jail?
10        A    Yes.
11        Q    Did you make any copies of any of these
12  letters that you wrote?
13        A    No.
14        Q    You also wrote on the Discord post, We
15  all need to be sending letters, BTW, right?
16        A    Yes.
17        Q    BTW is by the way?
18        A    Yes.
19        Q    And would it be fair to say you were
20  addressing that comment to your folks within
21  Traditionalist Worker Party?
22        A    Yes.
23        Q    And why did you want other people to send
24  these guys letters?
25        A    Because I think it's your Christian duty

26

Page 102

M. HEIMBACH

1
2  to try and support prisoners.
3      Q    And to be clear, you believe it was your
4  Christian duty to try to support these particular
5  prisoners, right?
6      A    Yes.
7      Q    Did you receive any communications from
8  Mr. Fields since Unite the Right?
9      A    No.
10     Q    Did you ever receive a letter from
11  Mr. Fields?
12     A    No.
13     Q    Did you ever speak to him on the phone?
14     A    No.
15     Q    Did you ever receive any letters from
16  Mr. Goodwin?
17     A    Yes.
18     Q    And that was in response to your letter?
19     A    Yes.
20     Q    And where is that letter?
21     A    In a dumpster somewhere.
22     Q    You threw it away?
23     A    No.  My ex-wife did.
24     Q    Can you describe the circumstances by
25  which your ex-wife threw away a letter you received

Page 103

M. HEIMBACH

1
2  from Jake Goodwin?
3      A    Yeah, she took an extended vacation to
4  Texas with my two children and told the neighbors
5  that they could toss everything in the house to make
6  it ready for new tenants, at which where I lost my
7  Social Security card, birth certificate, college
8  transcripts.  You know, basically all my stuff.
9      Q    Where was that letter that you received
10  from Jacob Goodwin?
11     A    I believe it was in a box that had all my
12  other personal effects.
13     Q    Was that the same box that you had your
14  birth certificate and Social Security card?
15     A    Yes.
16     Q    Did you ever receive a letter from
17  Mr. Ramos?
18     A    I can't recall on that one.
19          (Heimbach Deposition Exhibit No. 13
20  was marked for the record.)
21  BY MR. BLOCH:
22     Q    Mr. Heimbach, I'm showing you Exhibit 13.
23  Is that a copy of posts that people made
24  on Discord, including yourself?
25     A    Yes.

Page 104

M. HEIMBACH

1
2      Q    And on February 4th, 2018, did you post
3  on Discord:  Quote, I just got responses from Borden
4  and Ramos?
5      A    Yes.
6      Q    And is that because you had just gotten a
7  response from Mr. Ramos?
8      A    I assume so.  I can't recall the letter,
9  but that would make sense.
10     Q    You believe based on that post you got a
11  letter back from Mr. Ramos?
12     A    Yes.
13     Q    Where is that letter?
14     A    Same story.
15     Q    What's the story?
16     A    It was kept with all my other personal
17  effects.
18     Q    Is it your testimony that you don't
19  receive -- you don't recall receiving a letter from
20  Mr. Ramos, but you do recall the circumstances in
21  which it got destroyed?
22     A    Well, if it was -- if I received the
23  letter -- which I'm assuming based on this post that
24  I did -- I would have put it in the same place that I
25  put all my other personal effects.

Page 105

M. HEIMBACH

1
2      Q    Why would you put that letter in a box?
3      A    I mean, I, I'm not just going to throw it
4  out, right?  Like, that's rude.
5      Q    So the reason why you put Mr. Goodwin's
6  and Mr. Ramos and Mr. Borden's letter -- withdrawn.
7          The reason you put Mr. Goodwin and
8  Mr. Ramos's letters in a box because it would be rude
9  to throw it out?
10     A    Well, and for the historical record.
11     Q    What -- what do you mean, the historical
12  record?
13     A    When true history can be told of the
14  events, I believe that those would have been
15  important historical documents.
16     Q    Did you receive a response from
17  Mr. Borden?
18     A    Yes.
19     Q    Where is that?
20     A    Same thing.
21     Q    You put that letter in a box that got
22  thrown out by your neighbors?
23     A    More of a tub, but yes.
24     Q    Can you describe the tub?
25     A    Yeah, just one of the ones that's about

Page 106

M. HEIMBACH

1
2  this big (indicating), plastic, you get at Walmart.
3      Q    Did it have a top on it?
4      A    I didn't keep a top on it, but it came
5  with a top.
6      Q    And what color was it?
7      A    Green or blue.
8      Q    So you put all of your personal effects,
9  your Social Security card, your birth certificate,
10  and all the documents that you believed were
11  important for the true historical record in an
12  open-top blue tub?
13      A    Yes.
14      Q    Did you ever receive a response from
15  Mr. Roof?
16      A    No, I didn't.
17      Q    Did you ever talk to any of those five
18  people on the phone?
19      A    Dan Borden.
20      Q    I'd like to talk about your e-mail
21  address.
22          You currently have an e-mail address
23  that's matthew.w heimbach@gmail.com, right?
24      A    Yes.
25      Q    When did you set up that account?

Page 107

M. HEIMBACH

1
2      A    Back in college, I think, like 2013 or
3  '14, maybe.
4      Q    And you still use that account, right?
5      A    Yes.
6      Q    And did you send or receive e-mails from
7  that e-mail address that concerned the events at
8  issue in this case?
9      A    Yes.
10      Q    Have you had any other e-mail accounts in
11  the last four years?
12      A    I had an e-mail account that was set up
13  by the National Socialist Movement when I joined that
14  organization, which, when I had resigned my position
15  in the group, I was locked out of.
16      Q    And what was the e-mail address for that
17  account?
18      A    I can't recall, but I'm sure the
19  Defendant NSM would be able to provide that.
20      Q    Who, personally, is the person that gave
21  you that account?
22      A    Burt Colucci, who is currently the leader
23  of the National Socialist Movement.
24      Q    And you used that account to send
25  e-mails?

Page 108

M. HEIMBACH

1
2      A    For a very brief period, yes.
3      Q    And those e-mails concerned, among other
4  things, the Nationalist -- withdrawn.
5      A    Nationalist Front, is that what you're
6  looking for?
7      Q    Well, part of what I'm looking for.
8          Those e-mails that you sent on your NSM
9  e-mail address concerned the Nationalist Front?
10      A    No, because the Nationalist Front no
11  longer existed at the time.
12      Q    Did e-mails that you sent on the NSM
13  e-mail account concern the NSM?
14      A    Yes.
15      Q    And what is NSM?
16      A    National Socialist Movement.
17      Q    And was that created of after Unite the
18  Right?
19      A    Yes.
20      Q    Other than -- withdrawn.
21          You believe Burt Colucci would know what
22  that e-mail address was?
23      A    He set me up and he locked me out of it,
24  so I assume so.
25      Q    And you had that in 2018?

Page 109

M. HEIMBACH

1
2      A    Yes.
3      Q    Other than the gmail account and the NSM
4  account, have you had any other e-mail accounts in
5  the last four years?
6      A    I don't believe so.
7          Hold that.  For the internal ticket
8  system, I believe an e-mail of some sort was set up
9  by Mr. Parrott, but he would have all the information
10  on that.
11      Q    An e-mail account for you?
12      A    Well, not so much an e-mail, as the way I
13  understand it.  More of just like -- in terms of the
14  internal ticket system where you basically send
15  e-mails, but I don't know.  That would be a tech
16  question for Mr. Parrott.  But he would have set that
17  up and had all the credentials.
18      Q    Did you send an e-mail over that ticket
19  system?
20      A    Yes, I believe.
21      Q    That concerned the events at issue in
22  this case?
23      A    Yes, I believe.
24      Q    And how did you log onto the ticket
25  system?

Page 110

M. HEIMBACH

1
2       A     Mr. Parrott had set up the password and
3  the account, and he had auto logged me in on my
4  laptop.
5       Q     So you could log in from your laptop to
6  the TradWorker ticket system, right?
7       A     Yes.
8       Q     And you could send e-mails from that
9  e-mail system, right?
10      A     Yes.
11      Q     And what was -- did you have a domain
12 address?
13      A     I can't recall, but I know Mr. Parrott
14 has all the information, which I think he's provided.
15      Q     So other than the gmail account, the NSM
16 e-mail account and the TradWorker ticket e-mail
17 system to which you had access, were there any other
18 e-mail accounts that you used to communicate about
19 the events at issue in this case?
20      A     I don't believe so.
21      Q     Have you deleted any e-mails that you
22 sent or received that concerned the events at issue
23 in this case?
24      A     I don't believe so.
25      Q     Have you instructed anyone else to delete

Page 111

M. HEIMBACH

1
2  any e-mails you've sent or received concerning events
3  at issue in this case?
4       A     I don't believe so.
5       Q     Are you familiar with the social media
6  site called VK?
7       A     Yes.
8       Q     What's VK?
9       A     It's a Russian clone of Facebook.
10      Q     And users can send messages that are
11 public, right?
12      A     Yes.
13      Q     And private?
14      A     Yes.
15      Q     And a user has friends on VK, right?
16      A     Yes.
17      Q     And friends are people that can see the
18 messages that you post on your page, right?
19      A     Yes.
20      Q     And you were friends on VK with people
21 who went to Unite the right in Charlottesville?
22      A     I can't recall.
23      Q     Were you friends on VK with some of the
24 Defendants?
25      A     I can't recall.

Page 112

M. HEIMBACH

1
2       Q     But you did have a VK account, right?
3       A     At one time, yes.
4       Q     And the -- your user name on VK was
5  MatthewHeimbach, one word, right?
6       A     Sounds right.
7       Q     Well, is it right?
8       A     I'm assuming so, yes.  Yes.
9       Q     And to sign up for VK, do you give a
10 phone number?
11      A     Yes.
12      Q     And what phone number did you give?
13      A     I believe (301)525-1474.
14      Q     And do you give a phone number when you
15 sign up so you can retrieve your user name or
16 password when you lose it?
17      A     I believe so, yes.
18      Q     They can text it to you, right?
19      A     I believe so.
20      Q     And when did you create the VK account?
21      A     I can't recall.
22      Q     Approximately?
23      A     I don't know.  It was very rarely used,
24 so I don't believe.
25      Q     Can you give a year?

Page 113

M. HEIMBACH

1
2       A     No.
3       Q     You don't know -- can you approximate a
4  decade?
5       A     Within the last ten years.
6       Q     Okay.  Was it prior to Unite the Right?
7       A     I think so.
8       Q     And approximately how long prior to Unite
9  the Right did you create the VK account?
10      A     I don't recall.
11      Q     Well, to get into the VK account, you
12 need a log in and a password, right?
13      A     Uh-huh.
14      Q     And you were the only person with access
15 to those credentials, right?
16      A     Well, no.  I had all my passwords written
17 down on a piece of paper.  So my wife, and my ex-wife
18 would have had access.
19      Q     Okay.  You're saying your wife or ex-wife
20 would have had access if they had seen the piece of
21 paper that you had written your password on, right?
22      A     Yes.
23      Q     Are you, as you sit here today, aware of
24 them actually having seen your log-in and password?
25      A     Yeah, both of them have seen it.  I just

Page 114

M. HEIMBACH

1
2  keep it next to my computer.
3      Q    Well, as far as you're aware, you're the
4  only person that posted content on the VK account,
5  right?
6      A    That would be accurate, I believe.
7      Q    And you posted content on your VK account
8  about the events at issue in this case, right?
9      A    I can't recall.
10     Q    If I could direct you to Exhibit 7.
11 Right?  And on Exhibit 7, these are your
12 interrogatory responses, right?
13     A    Yes.
14     Q    And the first -- on the first page,
15 Paragraph 1, it says:  Identify all means of
16 communication used by you to communicate concerning
17 the events.
18     A    Uh-huh.
19     Q    Right?
20         And your answer that you affirmed under
21 oath was true, included VK, MatthewHeimbach, right?
22     A    Yup.
23     Q    And what kind of content did you post
24 about Unite the Right on your VK account?
25     A    I can't recall.

Page 115

M. HEIMBACH

1
2      Q    You have no idea?
3      A    It was like two years ago.
4      Q    So is the answer to my question, no, you
5  have no idea?
6      A    No.
7          (Heimbach Deposition Exhibit No. 14
8  was marked for the record.)
9  BY MR. BLOCH:
10     Q    If I could show you Exhibit No. 14,
11 Mr. Heimbach.
12         Is this your VK account?
13     A    Yes.
14     Q    And is this a post that you made on
15 February 16, 2019 to your VK account?
16     A    Yes.
17     Q    And in that post, do you say:  Reverend
18 James Hart Stern is now the president and director of
19 the National Socialist Movement according to legal
20 filings?
21     A    Yes.
22     Q    And what legal filings are you referring
23 to?
24     A    Mr. Stern, I believe, had asserted that
25 he had been given legal control of the board of

Page 116

M. HEIMBACH

1
2  directors of the National Socialist Movement.
3      Q    And those are legal filings that
4  Mr. Stern made in this litigation, right?
5      A    Yes.
6      Q    And, in fact, he made those filings in
7  this litigation the day before you posted that on VK,
8  right?
9      A    I believe so, yes.
10     Q    How did you become aware of Mr. Stern's
11 filing?
12     A    It was in the news.  I mean, a black
13 civil rights activist taking over the NSM is
14 newsworthy.
15     Q    Now, you deleted your VK account since
16 posting that message, right?
17     A    I did not delete my VK account, no.
18         No, it's deleted, but I didn't delete it.
19     Q    Okay.  Your VK account is deleted, right?
20     A    Yes.
21     Q    Your VK account became deleted since you
22 posted that message in February 2019, right?
23     A    Yes.
24     Q    In fact, isn't it true that your VK, in
25 your words, became deleted -- withdrawn.

Page 117

M. HEIMBACH

1
2          Isn't it true your VK account became
3  deleted in April of this year?
4      A    I believe so.
5      Q    And how did your VK account become
6  deleted?
7      A    My current wife and I had had an argument
8  and she had deleted my social media account.
9      Q    And is your current wife Jessica
10 Heimbach?
11     A    Heimbach, yes.
12     Q    And what was the argument about?
13     A    I don't know.  Taking out the trash.  I
14 don't recall.
15     Q    Okay.  And explain how it is that the
16 argument went from taking out the trash to your wife
17 deleting your VK account.
18     A    Oh, really simple.  It's the same thing
19 she did with my Gab account, like, six or nine months
20 earlier.
21         You know, I invested a lot of time and
22 energy in social media and networking, and then, you
23 know, why yell when you can really get back at your
24 hubby.  So yeah, that was a very frustrating day.
25     Q    Explain how it is that Ms. Heimbach, your

Page 118

M. HEIMBACH

1
2  wife, deleted your VK account.
3      A   I assume she just logged in and deleted
4  it.
5      Q   Did you assume that or do you know that?
6      A   Well, I mean, she told me, so yeah.
7      Q   When did she tell you?
8      A   The day after.
9      Q   And did she tell you why she deleted your
10  VK account?
11      A   Because she was mad at me.
12      Q   Now, Jessica Heimbach is the same Jessica
13  Parrott who notarized your interrogatory responses,
14  right?
15      A   Yes, but we were not in a relationship at
16  that specific time.
17      Q   But Jessica Parrott is the same person --
18  withdrawn.
19          The person you claim deleted your VK
20  account is the same person that notarized your
21  interrogatory response, right?
22      A   Yes.
23      Q   And you agree with me that Ms. Parrott
24  was aware that you were involved in litigation
25  concerning this case, right?

Page 119

M. HEIMBACH

1
2      A   In terms of any of the specifics or
3  requirements, no.
4      Q   Well, the interrogatory response that she
5  notarized for you included your representation that
6  VK was an account that you used to communicate about
7  Unite the Right; isn't that true?
8      A   I suppose.
9      Q   And did you ever tell Ms. Parrott that
10  you had an obligation to preserve your social media
11  accounts?
12      A   I don't believe so.  I tried to not
13  discuss these matters with, really, anyone.
14      Q   Do you mean other than asking her to
15  notarize a document that you served in this case?
16      A   A year before.
17      Q   What did you do when you learned the day
18  after that Ms. Heimbach, your current wife, deleted
19  your VK account?
20      A   We had an argument about it.
21      Q   Did you tell anybody that that happened?
22      A   I don't recall.
23      Q   You don't recall doing so; is that your
24  testimony?
25      A   Yeah.

Page 120

M. HEIMBACH

1
2      Q   Did you notify Mr. Kolenich that your
3  wife had deleted documents that you were required to
4  preserve in this litigation?
5      A   I don't believe he was my attorney at the
6  time.
7      Q   So is the answer to my question, no?
8      A   I don't think I did.
9      Q   Did you notify Plaintiffs that your
10  current wife had deleted documents that you were
11  required to preserve in this litigation?
12      A   I didn't know I had to.
13      Q   Just listen to my question, Mr. Heimbach.
14      A   Yes.  And the answer would be no.
15      Q   Did you notify the court that your wife
16  had deleted documents that you are required to
17  preserve in this litigation?
18      A   No, because I didn't know that I was
19  supposed to.  I'm not a lawyer.
20      Q   Did you do anything other than speak to
21  your wife about the fact that your wife had deleted
22  documents that you were required to preserve for this
23  litigation?
24      A   No, because I believed in the discovery
25  process that the third-party vendor might be able to

Page 121

M. HEIMBACH

1
2  recover it.
3      Q   Well, by that point, you had not
4  submitted your credentials to the third-party vendor,
5  right?
6      A   Yes.
7      Q   Did you make any efforts to recover any
8  content from your VK account after your current wife
9  deleted it?
10      A   No.
11      Q   Prior to your wife's deleting your VK
12  account, did you make any effort to preserve any of
13  the content from your VK account?
14      A   Well, I mean, I hadn't deleted it, so all
15  the -- I mean, all the posts were public, and I
16  hadn't deleted the account, so the private messages
17  would have existed.
18      Q   The private messages would have existed?
19      A   I believe so.
20      Q   So my question is:  Prior to your wife
21  having deleted your account, did you take any steps
22  to preserve the content of your VK account?
23      A   No.  I don't know how I would have done
24  that.
25      Q   Did you take any screen shots of anything

31

Page 122

M. HEIMBACH

1  you posted concerning Unite the Right on your VK
2  account?
3      A    No, but journalists and antifascists
4  have, which they've been publicly posted.
5      Q    Did you -- to be clear, you have not seen
6  publicly posted anywhere the entire contents of your
7  VK account, right?
8      A    No.
9      Q    And to be clear, you have not seen,
10  anywhere, the content of private messages you sent
11  over VK anywhere, correct?
12      A    No.
13      Q    Did you take any steps to have the
14  contents of your VK account forensically imaged prior
15  to the time that your wife deleted it in 2019?
16      A    No.
17      Q    And you have made no efforts, ever, to
18  recover the contents from your VK account; isn't that
19  true?
20      A    Yeah, I guess.
21      Q    And how is it that your wife had access
22  to your VK account?
23      A    I just keep a list of all my passwords
24  near my computer.

Page 123

M. HEIMBACH

1      Q    Is that -- I see.
2          And so is it your testimony that you had
3  a list of passwords near your computer sometime in
4  2019?
5      A    Yes.
6      Q    And that included the password to your VK
7  account, right?
8      A    I believe so, yeah.
9      Q    Did it include passwords to your Facebook
10  account?
11      A    Yeah.
12      Q    Did it include a passwords to your Gab
13  account?
14      A    No.
15      Q    What accounts were there passwords that
16  you had listed on a list -- withdrawn.
17          The list that you say was on your
18  computer in 2019 that contained passwords and
19  credentials to social media accounts --
20      A    Yes.
21      Q    -- what accounts were there credentials
22  to?
23      A    Gmail, Facebook, VK, Steam, the gaming
24  platform.  That's all I can recall off the top of my

Page 124

M. HEIMBACH

1  head.
2      MR. BLOCH:  One moment.
3      THE WITNESS:  No problem.
4      MR. BLOCH:  I think we have a tape
5  change in three minutes.
6      THE VIDEOGRAPHER:  This marks the
7  end of Media Number One in the deposition
8  of Matthew Heimbach.  The time is
9  10:22 a.m.
10      (Brief pause.)
11      THE VIDEOGRAPHER:  This begins
12  Video Two in the deposition of Matthew
13  Heimbach.  Time is 10:30 a.m.
14  BY MR. BLOCH:
15      Q    Mr. Heimbach, we were talking when we
16  broke about a sheet of paper that had your log-in
17  information that was next to your computer in 2019,
18  right?
19      A    Yeah.
20      Q    And that sheet of paper that had the
21  log-in information that was next to your computer in
22  2019 included credentials to your Facebook account,
23  right?
24      A    Yeah.

Page 125

M. HEIMBACH

1      Q    Twitter account?
2      A    Yes.
3      Q    And did you say it did not include your
4  Gab account, credentials to your Gab account?
5      A    I don't believe so.
6      Q    Isn't it true, Mr. Heimbach, that you
7  represented to Plaintiffs and to the Court that that
8  sheet of paper that had your log-in information to
9  Facebook and Twitter accounts was in that box that
10  was destroyed in March of 2018?
11      A    Different sheets.  I don't keep the same
12  passwords forever, especially for dead accounts.
13  Like when you asked about Discord or, you know,
14  Facebook, which were deleted, there's no reason to
15  maintain those.
16          And it would have to be a really big
17  sheet of paper to keep all the passwords I've ever
18  had.
19      Q    But isn't it true that you represented to
20  the Court and Plaintiffs that the sheet of paper that
21  had your log-in information to your Facebook and
22  Twitter accounts, in particular, was in that box that
23  was thrown away in March of 2018?
24      A    To the Facebook accounts in question

Page 126

M. HEIMBACH

involved to Unite the Right, yes.

Q    So is the answer to my question, yes?

A    We're talking about two different things here.

Q    Listen to my question.

A    Right.

Q    Isn't it true that you represented to Plaintiffs and the Court that there was a sheet of paper that had your log-in information to your Facebook and Twitter accounts that was in the box or tub that was thrown away?

A    We're talking about two different sheets. Different sets of accounts.  I probably had -- I don't know -- three Facebooks that Facebook has shut down.

(Heimbach Deposition Exhibit No. 15 was marked for the record.)

BY MR. BLOCH:

Q    I'm showing you Exhibit 15. Is that an e-mail that you sent to me on June 10th of this year?

A    Yes.  And again, we're talking about two separate sheets.

Q    That's the only question.

Page 127

M. HEIMBACH

A    Okay.

Q    And did you also send that e-mail to the Court?

A    Yes.

Q    And does that e-mail state -- and you wrote this e-mail, right?

A    Uh-huh.

Q    And does it state, with respect to the box that was thrown away by your --

A    Ex-wife.

Q    -- ex-wife:  Quote, This would include a sheet of paper that had my log-in information to my Facebook and Twitter accounts in question. Did you write that?

A    Yes, because the one in relation to the accounts in question was thrown away.

Q    And is it your testimony that you created a new Facebook account?

A    After the one in question had been deleted, yes, but it also was shut down by Facebook.

Q    And did you create a second Twitter account?

A    Yes.

Q    And didn't you send this to the Court as

Page 128

M. HEIMBACH

a representation as to why you were not able to access your Facebook and Twitter accounts?

A    Yes.  I'm not sure if I'm being clear, but we're talking about different time periods.

I'm poor, but I'm not too poor to not have two pieces of paper to my name.

Q    Did you -- what's the second Facebook account you created?

A    That would have been after Unite the Right.  I think it was a similar log-in name with the e-mail.

Q    And did you post content about National Socialist Movement on that Facebook account?

A    I can't recall.

Q    What did you post on that Facebook account?

A    I can't recall.

Q    Did you post anything related to white nationalism on that Facebook account?

A    I can't recall.

Q    Is it possible that you posted anything concerning the Unite the Right rally on that Facebook account?

A    I can't recall.

Page 129

M. HEIMBACH

Q    Is it possible you posted anything concerning Traditionalist Worker Party on that account?

A    I can't recall.

Q    Is it possible you posted anything concerning National Socialist Movement on that Facebook account?

A    I can't recall.

Q    Can you recall a single post that you made on that second Facebook account after the tub was thrown away?

A    No.

Q    When did -- was that account open?

A    I can't recall.  But after the first one was deleted.

Q    Okay.  So agree with me that sometime in the last year?

A    No.  2017.  I mean, there was the fire storm that came down after Charlottesville, where basically everyone got banned from everything.  So any things would have been post-Charlottesville, not necessarily the last year.  I don't know.

Q    So you had two Facebook accounts prior to March of 2018?

33

Page 130

M. HEIMBACH

1
2    A    Like, ever?
3    Q    Yeah.
4    A    Two active accounts, no.
5    Q    What does that mean?
6    A    Because Facebook deleted the account, the
7    primary account that I'd had since I was in high
8    school.
9    Q    What's the second account?
10   A    It was under the same name with the same
11   e-mail, so when I requested from Facebook to provide
12   all information to Plaintiffs, that would have been
13   covered.
14   Q    I'm sorry.  Say that again?
15   A    Well, when I requested from Facebook to
16   provide you guys with all of the information in
17   relation to accounts that were tied to the same gmail
18   account that we've said a thousand times, that should
19   have been --
20   Q    All the Facebook accounts that you had
21   were tied to the same e-mail account?
22   A    I believe so, yeah.
23   Q    How many Facebook accounts did you have?
24   A    I think two.
25   Q    And it's your testimony that it's

Page 131

M. HEIMBACH

1
2    possible that both accounts could -- withdrawn.
3    It's possible that both accounts included
4    information concerning the events at issue in this
5    case, right?
6    A    No, not necessarily.
7    Q    Is it possible that both accounts
8    included information concerning the events at issue
9    in this case?
10   A    I can't recall, so I can't be certain.
11   Q    So the answer to my question is, yes,
12   it's possible?
13   A    No, because I feel like that's a yes, and
14   I really can't recall.
15   Q    You're familiar with the social media
16   platform Gab?
17   A    Yeah.
18   Q    And users on Gab can send messages that
19   are public, right?
20   A    Yes.
21   Q    And messages that are private?
22   A    Yes.
23   Q    You had a Gab account?
24   A    Yes.
25   Q    When did you create your Gab account?

Page 132

M. HEIMBACH

1
2    A    I can't recall.
3    Q    It was prior to Unite the Right, correct?
4    A    I don't recall.
5    Q    Well, your user name on Gab was
6    @MatthewWHeimbach, right?
7    A    I can't recall.
8    Q    Could you look at Exhibit 7.
9    A    Seven.
10   Q    You agree, Mr. Heimbach, that on your
11   sworn interrogatory responses you stated that you had
12   an account on Gab that you used to communicate about
13   the events at issue in this case?
14   A    Yes.
15   Q    And that the user name was
16   MatthewWHeimbach, right?
17   A    Yup.
18   Q    When you create a Gabin account --
19   withdrawn.
20   When you create a Gab account, do you
21   associate it with an e-mail address?
22   A    Yes.
23   Q    And that's to be able to retrieve your
24   user name and password if you lose it?
25   A    Yes.

Page 133

M. HEIMBACH

1
2    Q    And what e-mail address did you use?
3    A    Matthew.w heimbach@gmail.com.
4    Q    And you had your own log-in and password
5    to your Gab account?
6    A    Yes.
7    Q    Other than @Matthew.W.Heimbach, did you
8    have any other Gab accounts?
9    A    I don't believe so.
10   Q    You've only ever had one Gab account in
11   your life?
12   A    I think that was my user name.  I don't
13   know.  I might have had two.  I don't recall.
14   Q    What sort of content did you post on Gab
15   about Unite the Right?
16   A    I don't recall.
17   Q    Could it have included planning about
18   Unite the Right?
19   A    I don't recall.
20   Q    Is it possible you posted content on your
21   Gab account concerning how people should behave at
22   Unite the Right?
23   A    I don't recall.
24   Q    Did you send private messages on Gab?
25   A    I don't recall.

Page 134

M. HEIMBACH

1
2    Q    Were you in any groups on Gab?
3    A    I don't recall.
4    Q    Was there a group devoted to
5    Charlottesville?
6    A    On Discord -- I don't know about Gab.
7    Q    In 2017, you agree with me that you had
8    hundreds of followers on Gab?
9    A    I don't recall.
10   Q    Do you recall -- do you recall anything
11   about your Gab account?
12   A    Not a whole lot.
13        (Heimbach Deposition Exhibit No. 16
14   was marked for the record.)
15   BY MR. BLOCH:
16   Q    Mr. Heimbach, I'm showing you Exhibit No.
17   16.
18        Is this a screen shot of your Gab
19   account?
20   A    Yup.
21   Q    And where was that photo taken?
22   A    Charlottesville.
23   Q    At the Unite the Right rally?
24   A    Yes.
25   Q    And you agree that you had 409 followers

Page 135

M. HEIMBACH

1
2    at that time?
3    A    Yes.
4    Q    Who took that photo?
5    A    I don't know.
6    Q    How did you get it to your Gab account?
7    A    I don't recall.
8    Q    Did you upload it?
9    A    Yes.
10   Q    From where?
11   A    I don't recall.
12        (Heimbach Deposition Exhibit No. 17
13   was marked for the record.)
14   BY MR. BLOCH:
15   Q    And I'm showing you Exhibit 17.
16        Is this a screen shot of something you
17   posted on Gab?
18   A    It looks like.
19   Q    Is it?
20   A    Yes.
21   Q    And you posted on Gab:  Quote,
22   Christopher Cantwell being denied bail over his
23   political briefs -- withdrawn.
24        Christopher Cantwell being denied bail
25   over his political beliefs is proof that we live in

Page 136

M. HEIMBACH

1
2    Weimerica.  Please support Chris and all the men
3    behind the wire.
4        And then you wrote:  You can write Chris
5    at Christopher Cantwell, Number 631424, 160 Peregory
6    Lane, Charlottesville, Virginia 22902.
7        And then you posted a link on YouTube.
8    Correct?
9    A    Yes.
10   Q    You posted that?
11   A    Yes.
12   Q    Did you write Chris Cantwell letters
13   while he was in jail?
14   A    I can't recall.
15   Q    It's possible?
16   A    Possible.
17   Q    Where are those letters?
18   A    I don't know.
19   Q    Is your Gab account still active,
20   Mr. Heimbach?
21   A    No.
22   Q    What happened to it?
23   A    Oddly enough -- and it's not the best --
24   but a similar argument situation broke out and my Gab
25   account was deleted, which I did, however, e-mail Gab

Page 137

M. HEIMBACH

1
2    and I contacted Defendant Parrott to directly contact
3    Andrew Torba, the head of Gab, to try and recover the
4    information.
5    Q    So can you tell us how your Gab account
6    was deleted?
7    A    Yes, I mean, my now wife was, again, mad
8    at me over a silly argument and she knew that I
9    invested a lot of time in Gab, and she had deleted
10   it.
11   Q    When you say you invested a lot of time
12   in Gab, what do you mean?
13   A    I spent a lot of time posting.
14   Q    And despite the fact that you invested a
15   lot of time in Gab, you can't recall a single post
16   you ever posted on Gab?
17   A    Besides the ones you're showing me.
18   Q    And when did this argument happen with
19   your wife?
20   A    I don't recall.
21   Q    And when you say your wife, who are you
22   referring to?
23   A    Jessica.
24   Q    Well, approximately, when was your Gab
25   account deleted?

Page 138

M. HEIMBACH

1
2      A    Last -- I don't recall.  You guys would
3  probably know better than me.
4      Q    Last what?
5      A    I don't recall.
6      Q    Was it in 2018?
7      A    Potentially.
8      Q    Well, when did -- it was after Jessica
9  Parrott became your wife, right?
10     A    No.
11     Q    Well, didn't you say your wife deleted
12  your account?
13     A    Well, she's my wife now.
14     Q    Was it after you had separated from
15  Brooke Heimbach?
16     A    Yes.
17     Q    And were you living with Jessica Parrott
18  at the time?
19     A    At that time, yes.
20     Q    And so when did you move in with Jessica
21  Parrott?
22     A    I don't recall.
23     Q    You don't recall when you moved in with
24  your wife?
25     A    No.

Page 139

M. HEIMBACH

1
2      Q    You agree with me that it happened in the
3  last year, right?
4      A    Not necessarily.
5      Q    Well, you were arrested for domestic
6  violence against Brooke Heimbach in March of 2018,
7  right?
8      A    Right.
9      Q    And were you living with Jessica Parrott
10  at the time?
11     A    No.
12     Q    So you moved in with Jessica Parrott
13  sometime after March of 2018, right?
14     A    Right, which wouldn't -- it'd just be a
15  year.
16     Q    Okay.  But it's your testimony that,
17  despite the fact that you moved in with your current
18  wife sometime in the last year and about six months,
19  you don't remember when that was?
20     A    No.  But I do remember her birthday, so I
21  get points for that.
22     Q    So is the answer to my question, no?
23     A    No.
24     Q    And so how long after you moved in with
25  Jessica Parrott did she delete your Gab account?

Page 140

M. HEIMBACH

1
2      A    I don't recall.
3      Q    Well, what was the argument that led to
4  it?
5      A    I don't recall.
6      Q    How do you recall -- do you recall
7  anything about this incident where your wife, you
8  say, deleted your Gab account?
9      A    No.
10     Q    Are you even sure that that's how your
11  Gab account got deleted?
12     A    I'm pretty sure.
13     Q    But not totally sure?
14     A    Pretty sure.
15     Q    Can you say with certainty that Jessica
16  Parrott deleted your Gab account?
17     A    Not with a hundred percent.
18     Q    So it's fair to say you're not entirely
19  sure how your Gab account got deleted, right?
20     A    Yes.
21     Q    And yet, you claim to have some
22  recollection of an argument that led to Ms. Parrott
23  deleting your Gab account?
24     A    I believe so, yeah.
25     Q    But you're not sure?

Page 141

M. HEIMBACH

1
2      A    It was a long time ago.  Do you remember
3  every argument you've ever had with a spouse or when
4  you guys moved in together?
5      Q    Did Jessica Parrott have access -- well,
6  withdrawn.
7           How did Jessica Parrott have access to
8  your Gab credentials?
9      A    Well, I was auto logged in, so, I mean, I
10  guess hypothetically, we had had numerous house
11  guests as well, so I mean --
12     Q    I'm not asking for hypotheticals,
13  Mr. Heimbach.
14     A    You've asked a lot of hypotheticals.
15     Q    Did Ms. Parrott have access to your Gab
16  credentials?
17     A    Anyone who entered my home would have had
18  access, yeah, because it was logged in.
19     Q    I see.  So you just left your computer
20  open with your social media accounts open to anybody
21  who happened to come in your house; is that your
22  testimony?
23     A    I lived in a holler.
24     Q    I'm sorry?
25     A    I lived in a holler.  Not a whole lot of

Page 142

M. HEIMBACH

1
2    people coming up there.
3        Q    So the answer to my question is, yes, you
4    left your computer open and with the --
5        A    Yes.
6        Q    -- social media account open to anybody
7    who wanted to come use it?
8        A    Yes.
9        Q    And your testimony is that Jessica
10   Parrott, in response to some argument, decided to
11   delete your Gab account, right?
12       A    I believe so.
13       Q    But you don't know?
14       A    Love's a messy thing.
15       Q    At any time -- what did you do when you
16   learned that your Gab account -- well, do you recall
17   learning that your Gab account was deleted?
18       A    Yeah, when I tried to go to it.
19       Q    And when was that?
20       A    After it was deleted.
21       Q    And when was that?
22       A    I don't recall.
23       Q    And when you learned it was deleted, what
24   did you do?
25       A    Contacted Defendant Parrott to see if he

Page 143

M. HEIMBACH

1
2    could get Andrew Torba to restore the account and
3    retrieve the data.
4        Q    And how did you contact Mr. Parrott?
5        A    I don't recall.
6        Q    Did you ever contact -- well, was
7    Mr. Parrott or Mr. Torba able to restore your Gab
8    account?
9        A    Mr. Torba was not.
10       Q    Did you speak to him?
11       A    No.
12       Q    So how do you know he was not able to?
13       A    I believed Mr. Parrott.
14       Q    I see.  So you spoke to Mr. Torba through
15   Mr. Parrott?
16       A    Well -- yes.
17       Q    Why didn't you contact Mr. Torba directly
18   or write to Gab and ask them to restore your account?
19       A    I believe I might have sent an e-mail, in
20   which point then I contacted Defendant Parrott to go
21   in the back end.  And, you know, Mr. Torba is a
22   fellow nerd and tech guy.
23       Q    When did you contact Mr. Parrott about
24   this?
25       A    I don't recall exactly.

Page 144

M. HEIMBACH

1
2        Q    Was it in 2018?
3        A    Yes.
4        Q    Was it mid 2018?
5        A    I don't recall.
6        Q    Who is Andrew Torba?
7        A    The CEO of Gab.
8        Q    Do you know him personally?
9        A    No.
10       Q    Does Mr. Parrott?
11       A    To some extended degree, I believe.
12       Q    But you were in communication with
13   Mr. Parrott in 2018?
14       A    Yes.
15       Q    Did you ever report to the Court that
16   your Gab account had been deleted?
17       A    I didn't know I had to.
18       Q    Did you ever report to the Court that
19   your Gab account had been deleted?
20       A    No, because I didn't know I had to.
21       Q    Did you ever report to Plaintiffs that
22   your Gab account had been deleted?
23       A    No, because I didn't know I had to.
24       Q    Did you report to anybody, other than
25   Mr. Parrot, that your Gab account had been deleted?

Page 145

M. HEIMBACH

1
2        A    I mean, the CEO of the company in
3    question, you know.
4        Q    You spoke personally with Mr. Torba?
5        A    Well, no, I'm saying I relayed a message
6    through Mr. Parrott.  So --
7        Q    Okay.  So my question is:  Did you ever
8    speak to anybody other than Mr. Parrott about the
9    fact that your Gab account had been deleted?
10       A    I don't believe so.
11       Q    Prior to your Gab account being deleted,
12   did you ever take any screen shots of the content
13   that concerned Unite the Right?
14       A    I didn't know I had to.
15       Q    Did you ever take screen shots of the
16   content that concerned Unite the Right?
17       A    No, because I didn't know I had to.
18       Q    You didn't know in 2018 that you had an
19   obligation to preserve the content of the documents
20   that you created that concerned Charlottesville; is
21   that your testimony?
22       A    Well, no, but I'm saying I didn't know I
23   had to take screen shots of all my posts.  That seems
24   like an arduous burden.
25       Q    Did you take any step at all to preserve

Page 146

M. HEIMBACH

1
2 the content of your Gab account before it was
3 deleted?
4      A   Not that I can think of.  I don't know
5 what form that would exactly take.
6      Q   Do you -- withdrawn.  Did you
7 understand -- withdrawn.
8           Is it your testimony that you did not
9 understand, in 2018, that you had an obligation to
10 preserve the content of your documents concerning
11 Charlottesville?
12      A   I had not fully evaluated the -- if you
13 guys have it off the top of your head, what the
14 number was.
15      Q   Do you mean the requests for production?
16      A   Indeed.
17      Q   And nobody told you prior to -- nobody
18 told you at any time -- withdrawn.
19           Did anybody tell you at any time that you
20 had an obligation to preserve your documents?
21      A   I don't recall.
22      Q   You don't recall anybody ever telling you
23 that you had an obligation to preserve documents in
24 this case?
25      A   I don't recall.

Page 147

M. HEIMBACH

1
2      Q   Did Mr. Kolenich ever tell you that you
3 had to preserve documents?
4      A   I don't recall all of our conversations,
5 no.
6      Q   Mr. Heimbach, when you say -- well,
7 you -- you claim that you reached out to Mr. Torba
8 through Mr. Parrott in 2018, right?
9      A   I believe so, yes.
10      Q   And was it your understanding, in 2018,
11 that Mr. Torba was not able to recover the content of
12 your Gab account?
13      A   That was my understanding.
14      Q   And you learned that sometime in 2018,
15 right?
16      A   Yes.
17      Q   On July 7th, 2019, did you send me an
18 e-mail with a screen shot of a request to Gab?
19      A   I believe so.
20      Q   And that was a request that you made to
21 Gab sometime in the last two months, right?
22      A   Yes.
23      Q   And you sent Plaintiffs a screen shot of
24 that request to Gab to show your efforts to recover
25 your Gab account, right?

Page 148

M. HEIMBACH

1
2      A   Yeah.
3      Q   And isn't it true that at the time sent
4 that screen shot to Gab, you already knew that Gab
5 was not able to recover the content of your account?
6      A   It's a constantly changing company.  I
7 thought it was worth another shot to be as
8 cooperating as possible with the process.
9      Q   So when you sent the e-mail to Gab
10 recently, you had already learned from the CEO of the
11 company that your account was not recoverable, right?
12      A   I attempted to do it directly to show a
13 good faith effort.
14      Q   I need you to answer my question.
15           When you sent the e-mail to Gab in the
16 last couple months to purportedly attempt to recover
17 the content of your account, you had already heard
18 from the CEO of the company that the content was not
19 recoverable, right?
20      A   Well, I'm essentially a tech Luddite, so
21 I thought I would give it another shot.  I didn't
22 know, maybe things had changed.
23      Q   I need a yes or no to that question.
24           Did you understand from Mr. Torba that
25 the content from your Gab account was not recoverable

Page 149

M. HEIMBACH

1
2 at the time you recently sent Gab another e-mail?
3      A   Well, again, things could change.
4      Q   You're not going to answer that question?
5      A   No, but I feel like you're not listening,
6 where it's always worth another try, isn't it?  With
7 expanding infrastructure, the fund raising they've
8 done.
9      Q   Is Mr. Torba still the CEO of Gab?
10      A   I don't know.  I think so.
11      Q   Did you ever receive a response from your
12 recent e-mail to Gab?
13      A   Yes.
14      Q   What was the response?
15      A   That it was not recoverable.
16      Q   When did you receive that?
17      A   Whenever I sent you the screen shot.  I
18 think it was the same day or within a close period.
19      Q   You have an e-mail in your gmail account
20 right now from Gab that says the account is not
21 recoverable?
22      A   I believe so.
23      Q   I'm going to ask that you produce that
24 e-mail.
25      A   Okay.

38

Page 150

M. HEIMBACH

1
2      Q    Are you familiar with the Daily Stormer?
3      A    Unfortunately.
4      Q    And why do you say unfortunately?
5      A    I mean, Andrew Anglin's part of my
6  language, but he's an asshole.
7      Q    And is the Daily Stormer a white
8  nationalist message board?
9      A    No, I would more put that in the white
10  supremacist category, which is very different.
11      Q    And you can post comments to things that
12  are posted on the Daily Stormer, right?
13      A    Once upon a time, yes.  They've changed
14  their process, I believe.
15      Q    Okay.  Well, you had an account on Daily
16  Stormer, right?
17      A    Yes.
18      Q    And your user name on that account was
19  MatthewHeimbach, right?
20      A    I guess.  I don't know.
21      (Heimbach Deposition Exhibit No. 18
22  was marked for the record.)
23  BY MR. BLOCH:
24      Q    Mr. Heimbach, I'm showing you Exhibit 18.
25      Do you see that?

Page 151

M. HEIMBACH

1
2      A    Yes.
3      Q    And is that a screen shot of a posting
4  that you made on Daily Stormer?
5      A    Yeah.  Very sad.  I had a misspelling in
6  this, so that's kind of embarrassing.
7      Q    And your account name on Daily Stormer
8  was MatthewHeimbach, one word, right?
9      A    Yes.
10      Q    And did anyone else have access to your
11  account to post content on the Daily Stormer?
12      A    I don't believe so.
13      Q    And you posted what we see in Exhibit
14  32 --
15      A    Yes.
16      Q    Sorry.
17      You posted what we see in Exhibit 18,
18  right?
19      A    Yes.  You're getting ahead of yourself.
20      Q    I suspect we'll get there.
21      And you agree with me that you posted
22  content to the Daily Stormer that concerned Unite the
23  Right, right?
24      A    I guess.  I hadn't even remembered that I
25  posted on the Stormer up until this moment.  It's

Page 152

M. HEIMBACH

1
2  kind of a blast from the past.
3      Q    Well, other than that -- well, that
4  particular post states that you were not the lead
5  organizer, right?
6      A    That is true.
7      Q    And that's about Charlottesville, right?
8      A    Yes.
9      Q    And what else did you post in relation to
10  Charlottesville?
11      A    I don't know.
12      Q    When did you open your account on Daily
13  Stormer?
14      A    I don't know.
15      Q    And can you send private messages on
16  Daily Stormer?
17      A    I don't know.
18      Q    You don't know?
19      A    Uh-uh.
20      Q    You agree with me that you posted the --
21  withdrawn.
22      You agree with me that you opened the
23  account on Daily Stormer prior to the Unite the Right
24  event?
25      A    I assume so.

Page 153

M. HEIMBACH

1
2      Q    Isn't that a fair inference from the
3  post?
4      A    Well, yeah, but I'm not exactly sure of
5  the date, so --
6      Q    Do you still have access to your Daily
7  Stormer account?
8      A    I don't believe so.
9      Q    And when is the last time you logged on
10  to Daily Stormer?
11      A    It's been a long time.  I don't recall.
12  I mean, I can try.
13      Q    Well, Daily Stormer requires credentials
14  to log into, right?
15      A    Yeah, I think it's not -- I don't really
16  recall.  It might be -- I think it's another -- well,
17  at the time, I believe is a different service to
18  make comments on news articles that they were using.
19  But they've changed formats several different times,
20  so I can't really recall the set-up process.
21      Q    When -- but do you know if you have
22  access to content on the Daily Stormer?
23      A    No.
24      Q    Is your -- withdrawn.
25      Is your Daily Stormer account active?

Page 154

M. HEIMBACH

1
2    A    I don't know.
3    Q    You didn't check your Daily Stormer
4  account when you were asked to produce documents in
5  this case; is that true?
6    A    I didn't even remember that I had a Daily
7  Stormer commenting account.
8    Q    So the answer to my question is, no, you
9  had never checked the Daily Stormer account to
10  attempt to produce responsive content in this case?
11    A    No.  I mean going back over a year, I
12  didn't even think about it.
13    Q    Mr. Heimbach, I'm going to need you to
14  answer my question.  You can provide an explanation
15  if you want.
16        Did you check the Daily Stormer account
17  at any point to see if there was responsive content
18  in relation to this case?
19    A    No, but I'd be happy to do so going
20  forward, if it's still available.
21    Q    Have you taken any steps at all to
22  preserve the content of what you posted on the Daily
23  Stormer about Unite the Right?
24    A    No, because I had forgotten I even had a
25  commenting out there.

Page 155

M. HEIMBACH

1
2    Q    Did you have a YouTube account?
3    A    Yes.
4    Q    And you need credentials to get into your
5  YouTube account, right?
6    A    Yes.
7    Q    Did anyone else have access to those
8  credentials?
9    A    No.
10    Q    When did you open your YouTube account?
11    A    I can't recall, but it's been a while.
12    Q    You had videos on your YouTube account,
13  right?
14    A    Yes.
15    Q    You agree with me that you opened your
16  YouTube account prior to Unite the Right, right?
17    A    Yes.
18    Q    And your YouTube account had videos that
19  concerned Unite the Right, right?
20    A    No, I can't recall.
21    Q    Is it possible that your YouTube account
22  had videos that concerned Unite the Right?
23    A    I really don't think so, given that the
24  Traditionalist Worker Party had a YouTube account
25  where content like that would have been posted.

Page 156

M. HEIMBACH

1
2    Q    So you had -- there were videos of you
3  discussing Unite the Right on the Traditionalist
4  Worker Party YouTube account, right?
5    A    I can't recall specifics, but I never had
6  credentials, to the best of my knowledge, to said
7  YouTube account.
8    Q    You're saying you never had credentials
9  to the Traditionalist Worker YouTube account?
10    A    I don't believe so.
11        (Heimbach Deposition Exhibit No. 19
12  was marked for the record.)
13  BY MR. BLOCH:
14    Q    I'm showing you Exhibit 19.
15        Do you recognize that?
16    A    Yes.
17    Q    What is that?
18    A    It's a picture of me doing a video.
19    Q    And what's the video about?
20    A    Unite the Right.
21    Q    And where was that posted?
22    A    The Traditionalist Worker Party YouTube,
23  not mine.
24    Q    Was that video also posted on your
25  YouTube account?

Page 157

M. HEIMBACH

1
2    A    I can't recall.
3    Q    What videos were posted on your YouTube
4  account?
5    A    I think there were a few of me talking.
6    Q    About?
7    A    White nationalism.
8    Q    Any talking about Traditionalist Worker
9  Party?
10    A    I can't recall.  Primarily, because all
11  of our content was going on the official
12  Traditionalist Worker Party YouTube account.
13    Q    Well, what videos did you post on your
14  YouTube account that concerned white nationalism?
15    A    I gave a speech at the Council of
16  Conservative Citizens in Maryland in 2014, maybe.  I
17  gave a speech at Camp Camaraderie on behalf of the
18  Traditionalist Youth Network, which is a separate
19  organization, back in 2014, I believe.  Not a whole
20  lot.
21    Q    Do you agree with me that you posted
22  videos that concern the National Socialist Movement?
23    A    No.  I don't recall any.
24    Q    Can you testify with any certainty that
25  there was never a video on your YouTube account that

Page 158

M. HEIMBACH

1
2  concerned the events at issue in this case?
3      A   I can't recall.  You'd probably know
4  better than I would.
5      Q   Prior to the videos being uploaded to
6  your YouTube account, where were they?
7      A   To my YouTube account?  In different
8  formats.  I had filmed a talk in Indiana University,
9  in Bloomington, in 2014, which isn't even about white
10 nationalism.  That was on a really cruddy camera that
11 I had that I ended up losing in Weinheim, Germany,
12 which was pretty lame.
13      But I can't recall in terms of my YouTube
14 account because we didn't really use it for party
15 business.
16     Q   Do you still have access to your YouTube
17 account?
18     A   Yes.
19     Q   Are there still videos on your YouTube
20 account?
21     A   A lot of them got taken down, I believe,
22 by YouTube.
23     Q   When?
24     A   I mean, over the last -- I don't know --
25 I think -- I never really uploaded very much to it.

Page 159

M. HEIMBACH

1
2  So they're there, I believe.  Another third-party
3  vendor has the credentials through my Google account
4  to access it.
5      Q   What does that mean, through your Google
6  account?
7      A   Well, because it's the same credentials
8  because they're the same company.
9      Q   Did you list your YouTube account on your
10 certification you filled out in this case?
11     A   No, because I don't believe there was
12 anything in relation to the subject at hand.
13     Q   Did you ever check the content of the
14 videos on your YouTube account to see if there's
15 anything in relation to the subject at hand?
16     A   When I have, I hadn't seen anything.
17     Q   My question is:  Did you ever check?
18     A   Yes.
19     Q   When?
20     A   I can't recall.
21     Q   Approximately?
22     A   I don't know.  In the last couple of
23 months.
24     Q   And you have access to your account right
25 now?

Page 160

M. HEIMBACH

1
2      A   Yeah.
3      Q   And it still has videos on it?
4      A   I believe so.
5      Q   Any problem with us taking a look at it
6  during the break?
7      A   No, that's fine.
8      Q   Did you have credentials to the TWP
9  YouTube account?
10     A   I don't believe so.
11     Q   It's possible?
12     A   Hypothetically.
13     Q   But you agree with me that account
14 had -- had -- withdrawn.
15      The Traditionalist Worker Party YouTube
16 account had content related to Unite the Right,
17 right?
18     A   Yes, but I don't believe I ever had the
19 credentials for it.
20     Q   So the answer to my question is, yes,
21 right?
22     A   Yes.
23     Q   And do you know if that account still
24 exists?
25     A   I have no idea.  That would be in

Page 161

M. HEIMBACH

1
2  Defendant Parrott's wheelhouse.
3      Q   And you're in communication with him,
4  right?
5      A   I could be, if you want me to be.
6      Q   My question is:  Are you in communication
7  with Defendant Parrott?
8      A   On a regular basis, yes.
9      Q   Did you ever ask him for Unite the Right
10 related videos from the YouTube account in connection
11 with your production efforts in this case?
12     A   Considering it wasn't my account, no, I
13 don't believe so, but I can't recall.
14     Q   What is therightstuff.biz?
15     A   It's a website that hosts articles and
16 podcasts.
17     Q   And you had credentials to that website,
18 right?
19     A   Once upon a time.
20     Q   When?
21     A   Back when they had a forum, that they
22 deleted.
23     Q   When was that?  I need a date.
24     A   I can't recall.
25     Q   Can you tell me a year when you had

Page 162

M. HEIMBACH

1
2  access to therightstuff.biz?
3      A    2017, maybe.
4      Q    And do you still have an account on
5  therightstuff.biz?
6      A    They deleted their forum, so I don't
7  believe anyone has any accounts.
8      Q    So do you still have an account on
9  therightstuff.biz?
10      A    I don't believe so because they deleted
11  their forum.
12      Q    You agree with me that there is content
13  on therightstuff -- withdrawn.
14          There's content on therightstuff.biz that
15  you have access to -- withdrawn.
16      A    No.
17      Q    Do you agree that there is content on
18  therightstuff.biz that you had access to that
19  concerned the Unite the Right event, right?
20      A    I can't recall.
21      Q    Did you post podcasts to
22  therightstuff.biz?
23      A    I never posted the podcasts.
24      Q    Did you do podcasts that got posted to
25  therightstuff.biz?

Page 163

M. HEIMBACH

1
2      A    Yeah, but I never posted them.
3      Q    And you agree that some of those podcasts
4  concerned the events at issue in this case, right?
5      A    Potentially.
6      Q    You don't recall, as you sit here today?
7      A    I don't.  It's been a minute.
8          (Heimbach Deposition Exhibit No. 20
9  was marked for the record.)
10  BY MR. BLOCH:
11      Q    I'm showing you Exhibit 20.
12          Is this a screen shot of
13  therightstuff.biz?
14      A    Yes.
15      Q    And is there a -- and this was something
16  you had access to at one point, right?
17      A    I don't believe so.
18      Q    This is a post from February 2018?
19      A    Yeah -- well this isn't the forum.  The
20  forum was a separate thing.
21          Tony Hovater was the one who handled
22  uploading all the files, and I believe he had
23  credentials.  I don't recall ever having them.
24      Q    Well, this shows a podcast that you and
25  Tony Hovater were in, correct?

Page 164

M. HEIMBACH

1
2      A    Yes.
3      Q    And that podcast discusses the events at
4  issue in this case, at some level, right?
5      A    I don't recall.
6      Q    Well, you agree that this podcast
7  discusses the lawyer that you had in this case?
8      A    I assume so, based on the -- based on
9  this.  I don't recall the episode.
10      Q    Okay.  And does this post from
11  therightstuff.biz include, on the next page, a
12  message that says, Help Out Our POWs?
13      A    Yes.
14      Q    And the POWs are Alex Ramos, James
15  Fields, Jake Goodwin and Daniel Borden and William
16  Planer, right?
17      A    Yes.
18      Q    And you agree that some of those folks
19  are related to the Unite the Right event, right?
20      A    Yes.
21      Q    And are you saying that you didn't have
22  access to make comments on this posting?
23      A    I don't recall.  I assume there's going
24  to be some.  Oh, there we go.
25          Yeah, I guess I did.  I just don't

Page 165

M. HEIMBACH

1
2  recall.
3      Q    Okay.  But you agree with me that you had
4  a -- log-in credentials to therightstuff.biz that
5  allowed you to make comments that concerned the Unite
6  the Right; isn't that true?
7      A    I suppose.
8      Q    Well, do you agree -- you see a -- on
9  page four, there's a post by you, right?
10      A    Yeah.  I don't wrote exactly know the
11  specifics of what commenting required in terms of if
12  it was a third-party service or if it was posted on
13  hosted on the site.  I can't recall.
14      Q    Did you have the account Heimbach on
15  therightstuff.biz?
16      A    I don't recall, but I assume so based on
17  this.
18      Q    Well, nobody else had access to your
19  rightstuff.biz credentials, right?
20      A    I don't believe so.
21      Q    So do you agree with me that you posted
22  this comment that we see in Exhibit 20?
23      A    Sure.  Yes.
24      Q    And you agree that this comment falls
25  under a comment thread about an episode of the

Page 166

M. HEIMBACH

1
2 podcast that, in some part, concerned Unite the
3 Right, correct?
4     A   Sure.
5     Q   Do you still have access to your
6 rightstuff.biz account?
7     A   I don't believe so, because the mobs of
8 therightstuff deleted all the Action podcasts, their
9 forum and associated accounts, I believe, but that
10 would be, you know, on them.
11     Q   When did that happen?
12     A   Right after this episode aired, actually,
13 in terms of deleting all the content off.
14     Q   And this -- how did you become aware that
15 that happened?
16     A   I don't recall.
17     Q   Did you get an e-mail about it?
18     A   I don't recall.
19         MR. BLOCH:  Can somebody on the
20 phone go on mute?  There's a lot of noise
21 coming through the speaker.  So if
22 somebody who is making all noise --
23         MR. DINUCCI:  I was on mute.  It
24 wasn't me.
25         MR. BLOCH:  Okay.

Page 167

M. HEIMBACH

1
2 BY MR. BLOCH:
3     Q   Did you write the content on that post,
4 Help Our -- Help Out Our POWs?
5     A   No, Tony Hovater did, because he was the
6 one who posted it, as you can see on page one.
7     Q   And Tony Hovater was a member of
8 Traditionalist Worker Party, right?
9     A   Yes.
10     Q   Did you take any steps to preserve the
11 content of what was posted on therightstuff.biz,
12 ever?
13     A   Well, I didn't exactly plan on them
14 deleting all the content out of hand, so no.  I was
15 under the assumption that the content would remain
16 where it was and continue to be expanded upon.
17     Q   Did you ever alert your attorney to
18 content that was on rightstuff.biz that was
19 responsive to this case?
20     A   No, because I had forgotten that these
21 even existed.
22     Q   Are you aware of any steps taken by you
23 or any counsel to preserve any of the content from
24 therightstuff.biz?
25     A   Well, considering I didn't post this, I

Page 168

M. HEIMBACH

1
2 figured that would fall under Tony Hovater, so no, I
3 didn't.
4     Q   Are you aware of whether Mr. Tony Hovater
5 took any such steps?
6     A   No idea.
7     Q   What is Iron March?
8     A   It is a former forum.
9     Q   And it's a social media network, right?
10     A   Well, yeah, it was.
11     Q   And you read Iron March?
12     A   Well, it doesn't exist anymore, so --
13     Q   You have read Iron March?
14     A   Yes.
15     Q   And you had an account on Iron March,
16 right?
17     A   Yes.
18     Q   And you posted content on Iron March,
19 right?
20     A   Yes.
21     Q   And you posted content that concerned the
22 events at issue in this case, correct?
23     A   I can't recall.
24     Q   And that's because you don't recall any
25 of the content you posted on Iron March?

Page 169

M. HEIMBACH

1
2     A   No.
3     Q   Is that correct?
4     A   Yeah, I don't recall.
5     Q   So it's possible that you posted content
6 that concerned the events at issue in this case on
7 Iron March, right?
8     A   I don't recall.
9     Q   Do you agree with me that you posted
10 content on Iron March concerning Traditionalist
11 Worker Party?
12     A   I don't recall any of my posts.
13     Q   So it's possible that you posted content
14 concerning Traditionalist Worker Party on Iron March,
15 right?
16     A   I could have posted things about Big
17 Foot, I suppose.
18     Q   In addition to things -- did you post
19 things about Big Foot?
20     A   I can't recall.
21         (Heimbach Deposition Exhibit No. 21
22     was marked for the record.)
23 BY MR. BLOCH:
24     Q   I'm showing you Exhibit 21.
25         This is a shot of some posts from

Page 170

M. HEIMBACH

1
2  Discord, including posts by you, correct?
3      A    Let me take a look at it.
4          It looks like.
5      Q    And the third post from the bottom is
6  somebody named Estalia.  And Estalia wrote on May
7  23rd, 2017: Quote, The TWP does some really neat
8  stuff and I've really enjoyed your posting on IM,
9  Matt.  I'm glad to be here.
10         Do you see that?
11     A    Yes.
12     Q    And then two posts down, you wrote, on
13  May 23rd, 2017, approximately 25 seconds later:  Glad
14  to have you here.  Getting our Discord up and running
15  and regional coordinators is going to make us much
16  more effective on a national level.
17         Right?
18     A    Yup.
19     Q    And you believe that Estalia is
20  referencing a post that you made on Iron March?
21     A    I assume so.
22     Q    Because IM is, most likely, Iron March
23  right?
24     A    Most likely.
25     Q    Does that refresh your recollection that

Page 171

M. HEIMBACH

1
2  you've made posts on Iron March that concern the
3  Traditionalist Worker Party?
4      A    No.
5      Q    Do you still have access to your Iron
6  March account?
7      A    No, because the individual who created
8  Iron March deleted everything and is off living his
9  best life somewhere in the Russian Federation.
10     Q    And who is that that created Iron March?
11     A    Slavaros.
12     Q    And are you -- do you know Slavaros?
13     A    No.
14     Q    How do you spell Slavaros?
15     A    S-L-A-V-A-R-O-S.
16     Q    And when did Slavaros delete the content
17  to Iron March?
18     A    I can't recall.  I mean, it was in the
19  news.  I'm sure you can just look it up.
20     Q    Can you give us a year?
21     A    No.
22     Q    Was it after Unite the Right?
23     A    I can't recall.
24     Q    Did you take any steps at any time to
25  preserve the content of what you posted on Iron

Page 172

M. HEIMBACH

1
2  March?
3      A    Well, I didn't really expect the fellow
4  to have a nervous breakdown and delete everything.
5  So the answer would be, no.
6      Q    Are you familiar with PayPal?
7      A    Yes.
8      Q    What's PayPal?
9      A    It's a fund transferring site.
10     Q    And you had a PayPal account, right?
11     A    Many moons ago.
12     Q    Well, you had a PayPal account before
13  Unite the Right Charlottesville, right?
14     A    I can't recall.
15         (Heimbach Deposition Exhibit No. 22
16  was marked for the record.)
17  BY MR. BLOCH:
18     Q    I'm showing you Exhibit 22.  And that's a
19  Gab post that you made, right?
20     A    I guess, yeah.
21     Q    Is it?
22     A    Yes.
23     Q    And you wrote on Gab:  After Cville, my
24  PayPal account was shut down sadly.  We are opening a
25  new P.O. Box in the next few days actually, so I'll

Page 173

M. HEIMBACH

1
2  keep you posted.  Thank you, Comrade.  P.S.  Be sure
3  to check your spam filter.  My hatreon confirmation
4  ended up there.
5          Did you write that on Gab?
6      A    I believe so.
7      Q    Did you?
8      A    Yes.
9      Q    And Cville means Charlottesville, right?
10     A    Indeed.
11     Q    And so, what were you referring to when
12  you said, After Cville my PayPal account was shut
13  down sadly?
14     A    I don't remember if this was a 32 account
15  or one that was related to the Traditionalist Worker
16  Party.  I can't recall.
17     Q    But you agree that you had a PayPal
18  account that was open before Charlottesville, right?
19     A    I can't recall but, based on this,
20  I would assume so.
21     Q    And did you raise money on PayPal for
22  Unite the Right?
23     A    I don't recall.
24     Q    You don't recall that?
25     A    No.

Page 174

M. HEIMBACH

Q   Did you raise money on the Traditionalist Worker Party PayPal account for Unite the Right?

A   I don't recall.

Q   Do you have any recollection as to how you raised money for Unite the Right?

A   No.

Q   Did you raise money for Unite the Right?

A   I don't recall.

Q   Do you recall anything about -- withdrawn.

A   However, based upon infrastructure, that would probably be a question for Mr. Parrott.

Q   Do you agree with me that on PayPal, when somebody sends funds, they can include messages with the funds, right?

A   I don't recall.

Q   Do you -- you don't recall how PayPal works?

A   No.

Q   Do you still have a PayPal account?

A   No.

Q   Do you recall if there were messages sent over your PayPal account that concern Unite the Right?

Page 175

M. HEIMBACH

A   I don't recall.

Q   Do you agree that it's possible?

A   Anything is possible.  This is America.

Q   Did you make any efforts to check whether your PayPal account had content concerning Unite the Right?

A   The -- any of the PayPal accounts, I believe, were shut down by PayPal themselves, so I don't believe there was an opportunity.

Q   Did you reach out to PayPal and see if you could recover the content from your PayPal account?

A   Well, until this moment, I had forgotten a PayPal had even existed, but I would be happy to do that.

Q   So is the answer to my question, no?

A   No, I hadn't even thought about PayPal in a very long time.

Q   Mr. Heimbach, when you filled out your interrogatory response on Exhibit 7 that asked you to list the social media accounts that had responsive content, what did you do to determine which social media accounts you had used that include responsive content?

Page 176

M. HEIMBACH

A   Oh, I just thought of it off the top of my head.

Q   How long did you spend on it?

A   Oh, ages.  No.  I don't know.  I can't recall.

Q   Seconds?

A   I can't recall.  Time is a relative thing.

Q   Did you have a Hatreon account?

A   I believe so.

Q   Did you raise money on your Hatreon account for Charlottesville?

A   I don't recall.

Q   Was there a GoyFundMe account?

A   Possibly.

Q   You don't recall whether there was a --

A   I believe I did, I just don't recall if anything had actually been funded.

Both Hatreon and GoyFundMe, along with numerous other fund-raising platforms, were all shut down, had their credit card processing blocked, very flash in the pan sort of things.  So, I don't recall.

Q   You agree you did have a GoyFundMe account, correct?

Page 177

M. HEIMBACH

A   I believe so.

Q   And did you raise money on your GoyFundMe account for Unite the Right?

A   I don't recall.

Q   And the GoyFundMe account includes a messaging function?

A   I don't recall.

Q   Do you recall anything about GoyFundMe?

A   Only that it lasted a very short period of time.

Q   Well, you agree with me that it was still in existence -- withdrawn.

The GoyFundMe account that you had access to was still in existence in December of 2017, right?

A   I don't recall.

(Heimbach Deposition Exhibit No. 23 was marked for the record.)

BY MR. BLOCH:

Q   I'm showing you Exhibit 23, and just take a look at that.

A   Oh, now everybody is going to know I'm a Warhammer 40K nerd.

Q   I'm sorry?

A   It's a picture of a tech priest from the

Page 178

M. HEIMBACH

1  Warhammer 40K miniature gaming.
2     Q    You agree that these are -- this is a
3  screen shot of posts that were made on Discord,
4  including some by you, right?
5     A    Yes.
6     Q    And the first post is by somebody (H)
7  Sterie Ciumetti, on December 23rd, 2017, right?
8     A    Yes.
9     Q    Do you know who that is?
10    A    Nope.
11    Q    And that person wrote:  What happened to
12 GoyFundMe.
13    Right?
14    A    Uh-huh.
15    Q    And then you wrote, approximately one
16 minute later, on December 23rd, 2017:  Temporarily
17 down.  It will be back up shortly.
18    Right?
19    A    Looks like, yeah.
20    Q    Does that refresh your recollection that
21 your GoyFundMe account was still in existence as of
22 December 2017?
23    A    The website existed.  I don't recall
24 about my specific account, though.

Page 179

M. HEIMBACH

1     Q    Well, isn't that what you were referring
2  to in that post?
3     A    No, no.  The website itself.  The website
4  was down.
5     Q    Now, you disclosed a Twitter account?
6     A    Uh-huh.
7     Q    In this case with the handle @MatthewW --
8  withdrawn.  Sorry.
9     You disclose a Twitter account with the
10 handle @MatthewHeimbach, right?
11    A    Yes.
12    Q    Is that the only Twitter account you've
13 ever had?
14    A    No.  I had one at some point earlier this
15 year.  It didn't really get any traction.  Then I
16 don't believe that I ever discussed anything
17 involving Unite the Right or the aftermath or the
18 planning or anything.
19    Q    Okay.  So let me unpack that.
20    You agree with me that you had an
21 additional Twitter account to the @MatthewHeimbach,
22 right?
23    A    Yes, which based upon the question, I do
24 not believe had any content relation.

Page 180

M. HEIMBACH

1     Q    Okay.  And what was the handle for --
2     A    I think it was @MatthewHeimbach.
3     Q    Did you have an account that was
4  @HeimbachMatthew?
5     A    It could have been that one, yeah.
6     Q    When did you create that account?
7     A    I don't recall.
8     Q    But you agree that it was active this
9  year, right?
10    A    Yes.
11    Q    And are you saying you did not use that
12 account to discuss anything concerning
13 Charlottesville?
14    A    I don't believe so.
15    (Heimbach Deposition Exhibit No. 24
16 was marked for the record.)
17 BY MR. BLOCH:
18    Q    Mr. Heimbach, I'm showing you Exhibit
19 No. 24.  And is that --
20    UNKNOWN SPEAKER:  I'm sorry?
21    MR. BLOCH:  Was there a comment on
22 the phone?
23 BY MR. BLOCH:
24    Q    Okay.  Mr. Heimbach, is that a screen

Page 181

M. HEIMBACH

1  shot of your Twitter account @HeimbachMatthew?
2     A    Yes.
3     Q    And is there a post by you at the bottom
4  of the page?
5     A    There is.
6     Q    And does that post say:  Not abandoning
7  the Cville POWs or my own guys that got caught in
8  trouble?
9     A    Uh-huh.
10    Q    PF has had like ten guys arrested in the
11 past year and it seems from all I've heard that
12 they've been left to the wolves.
13    Right?
14    A    Uh-huh.
15    Q    And then it goes on?
16    A    Yeah.  Sad situation.
17    Q    And you posted that message on
18 March 14th, 2019; isn't that true?
19    A    Looks like.
20    Q    And -- well, is that true?
21    A    Based on this, yes.
22    Q    And no one else had access to that
23 Twitter account, right?
24    A    No.

Page 182

M. HEIMBACH

1
2    Q    And does Cville mean Charlottesville?
3    A    Yes.
4    Q    And does POWs means prisoners of war?
5    A    It does.
6    Q    And so who are these Cville POWs that
7    you're referring to in --
8    A    The Ramos, Borden, Goodwin, Fields, whose
9    cases had concluded.
10        (Heimbach Deposition Exhibit No. 25
11   was marked for the record.)
12        THE WITNESS:  Do you guys want to
13   do like one more and I'll fill my the
14   water bottle real quick?  Is that okay?
15   BY MR. BLOCH:
16   Q    Exhibit 25 I'm showing you, and is that
17   something you posted on Twitter March 8th, 2019?
18   A    Yeah, it looks like.
19   Q    And did you write on Twitter:  Everyone
20   post Cville:  Discord has publicly said that they are
21   helping the SPLC and will leave all chats.  Let's
22   stop using Discord?
23   A    Yes.
24   Q    What does Cville mean?
25   A    Charlottesville.

Page 183

M. HEIMBACH

1
2    Q    And is it your view that that Twitter
3    account did not post any content -- withdrawn.
4        Is it your view that you did not post any
5    content on that Twitter account that concerned
6    Charlottesville?
7    A    Not in regards to what was outlined.  And
8    based on my understanding of what was required, it
9    was not about the planning or anything like that, or
10   communications about the ongoing litigation.  It
11   was -- this is a comment about Discord.
12   Q    Did the definition of concerning that we
13   read earlier include anything that referred to
14   Charlottesville?
15   A    Perhaps I misunderstood and, if so, that
16   was an oversight.
17   Q    So you would agree with me that you have
18   content on your second Twitter account that concerned
19   Charlottesville, right?
20   A    I really think that's more of a fishing
21   expedition, but we'll see where this goes.
22   Q    What's the answer to my question?
23   A    In regards to -- I mean, where I'd post a
24   Blood Post or Yelp review based on the nice bistro in
25   Charlottesville, would that be considered part of

Page 184

M. HEIMBACH

1
2    this?
3    Q    Did you write, Charlottesville Prisoners
4    of War, referring to people that were arrested for
5    violence that they were alleged to have committed at
6    Charlottesville Unite the Right?
7    A    Yes.
8    Q    Do you still have that Twitter account?
9    A    No, I do not.
10   Q    And why not?
11   A    I was being post banned where no one was
12   seeing any of my comments, so it just really wasn't
13   worth the time.
14   Q    You agree with me that you deleted that
15   Twitter account, right?
16   A    Yes, based on my understanding of the
17   Plaintiffs' request that I had -- by deleting it, I
18   was not violating any of the requests, because I did
19   not discuss the case, I did not discuss anything
20   other than the thing on Discord or the guys that were
21   already sentenced and in prison that weren't even in
22   Charlottesville anymore and needed support.  So --
23   Q    So just to be clear, the answer to my
24   question is you deleted this Twitter account, right?
25   A    Based upon my understanding that I was

Page 185

M. HEIMBACH

1
2    not in violation of any requirements by the court.
3    Q    Is the answer to my question, yes?
4    A    Along with the addendum, but yes.
5    Q    And you did so after March of 2019,
6    right?
7    A    That would be accurate.
8        MR. BLOCH:  Should we take a
9    five-minute break.
10       THE WITNESS:  That would be great.
11       THE VIDEOGRAPHER:  We're going off
12   the record.  The time is 11:33 a m.
13       (Brief pause.)
14       THE VIDEOGRAPHER:  We're back on
15   record in the deposition of Matthew
16   Heimbach.  The time is 11:40 a.m.
17   BY MR. BLOCH:
18   Q    Mr. Heimbach, you're aware that the Court
19   recently ordered you to submit consent forms to give
20   us access to your Twitter accounts, right?
21   A    Yes.
22   Q    And you understood that you were required
23   to give us consent to all your Twitter accounts that
24   concerned Unite the Right, right?
25   A    Well like I had said, if I had

Page 186

M. HEIMBACH

1    misunderstood in relation to the secondary account, I
2    simply misunderstood and would be happy to amend
3    anything that needs to be amended.
4       Q    Right.  So let's just answer my question
5    first.
6           You understood that you were required to
7    give us content to all Twitter accounts that
8    concerned the events at issue in this case, right?
9       A    That concerned the events, yes, which to
10   my understanding was only the account that was in
11   effect during the before and after period of Unite
12   the Right.
13      Q    I'm sorry.  Say that again.
14          What was your understanding?
15      A    My understanding was that related to the
16   account that was in use prior and post August 12th of
17   2017, because that would have had the relation to it.
18   And I didn't understand that these would be
19   considered falling under that umbrella.  I would be
20   happy to remedy that.
21      Q    Why did you think these didn't fall under
22   the umbrella?  Because they were created after Unite
23   the Right?
24      A    No, because they weren't discussing with
25

Page 187

M. HEIMBACH

1    anyone about it and it wasn't even discussing the
2    event itself.
3       Q    You agree with me that in the -- you did
4    submit a Twitter consent form, right?
5       A    Yes.
6       Q    And you agree with me that you did not
7    include your @MatthewHeimbach Twitter account, right?
8       A    No, @HeimbachMatthew.  I did include
9    @MatthewHeimbach.
10      Q    I'm sorry.  You did include
11   @MatthewHeimbach, right?
12      A    Yes.
13      Q    You did not include @HeimbachMatthew,
14   right?
15      A    Yes, as I did not think that it fell
16   under the Plaintiffs' filings.  But again, if that's
17   an issue, I'd be happy to fix it.
18      Q    Are you familiar with 8chan?
19      A    I mean, I guess, yeah.
20      Q    Are you familiar with 8chan?
21      A    It has a website.
22      Q    And have you ever had an 8chan account?
23      A    I don't believe so.
24          If I had, that would be news to me.
25

Page 188

M. HEIMBACH

1       Q    Did you have an 8chan account, ever?
2       A    Not that I can recall.
3       Q    8chan requires -- in order to see the
4    content that's posted on 8chan, you need to have an
5    8chan account?
6       A    No.
7       Q    You can see 8chan from anywhere?
8       A    Yes.
9           (Heimbach Deposition Exhibit No. 26
10   was marked for the record.)
11   BY MR. BLOCH:
12      Q    I'm showing you Exhibit 26.  And is this
13   a Discord post -- withdrawn.
14          Is this a post that you posted on Discord
15   on October -- sorry -- November 29th, 2017?
16      A    Yes.
17      Q    And did you write:  I have 8chan bitching
18   that I pointed out the Russian Communist Party isn't
19   Bolshevik anymore and it has basically NS policies
20   but that meets --
21          And then there's a number?
22      A    Yes.
23      Q    Did you write that on October -- sorry --
24   on November 29, 2017?
25

Page 189

M. HEIMBACH

1       A    Yes.
2       Q    Does that -- what does that refer to?
3       A    I think that's probably in reference to
4    articles and podcasts I've done, specifically with
5    Dr. Matthew Raphael Johnson, on the Daily
6    Traditionalist where we cover the Russian Communist
7    Party.
8           I don't recall ever having an account or
9    posting on 8chan, but they have posted forum threads
10   about me, generally bitching about me.
11      Q    And, I mean, are you -- can you assure us
12   with any level of certainty that you did not have an
13   8chan account?
14      A    I don't recall ever having one, but
15   they've had multiple threads in relation to me, which
16   I've been notified of and read.
17      Q    Have you ever had a 4chan account?
18      A    I don't believe so.
19      Q    Other than the social media accounts that
20   we discussed, have you ever had any other social
21   media accounts?
22      A    Not that I can think of.
23      Q    Now, you founded the Traditionalist
24   Worker Party, right?
25

Page 190

M. HEIMBACH

1
2   A   Yes.
3   Q   And you were the chairman of it, right?
4   A   Uh-huh.
5   Q   And when was it founded?
6   A   2015, officially, I guess.
7   Q   And in 2017, who else, other than you,
8   was in a leadership position in TWP?
9   A   Matt Parrott, Tony Hovater.  I guess that
10  would be basically the brain trust.  Right?
11  Q   Anybody else?
12  A   Not that I can really think of.
13  Q   Derek Davis?
14  A   Yeah, but not like at the -- the top
15  level.
16  Q   Okay.  But the answer is, yes, Derek
17  Davis was in a leadership position in TWP?
18  A   Depends how -- you have to define
19  leadership position.
20  Q   Jason Augustus?
21  A   I mean, he wasn't on our board or
22  anything.
23  Q   Cesar Ortiz?
24  A   He wasn't on the board.
25  Q   Did TWP have a spokesman at or around

Page 191

M. HEIMBACH

1   time of Unite the Right?
2
3   A   I guess that would have been me.
4   Q   And when you sent messages on behalf of
5   TWP about Unite the Right, how did you do so?
6   A   Generally through Mr. Parrott, in the
7   ticket system.
8   Q   So you would send a message through the
9   ticket system to Mr. Parrott?
10  A   No, not necessarily.  I could just -- you
11  know, I'd walk over and tell him what I wanted said
12  and then he would send it out.
13  Q   Meaning you would go to his house and he
14  would type -- you would essentially dictate to him?
15  A   I mean, sometimes, yeah.  He lived next
16  door.  It was pretty easy.
17  Q   Were there times where you sent Mr.
18  Parrott e-mails that were on behalf of TWP, to be
19  circulated?
20  A   Not that I can recall.
21  Q   Who else within TWP participated in
22  planning for the Unite the Right rally?
23  A   In terms of, like, just the overall
24  logistics?
25  Q   Any part of planning?

Page 192

M. HEIMBACH

1
2   A   That mostly would have been me and
3   Parrott.
4   Q   How about Derek Davis?
5   A   Somewhat, I guess.
6   Q   Jason Augustus?
7   A   No.  His job was just to make pretty
8   pictures.
9   Q   For Unite the Right?
10  A   Just in general.
11  Q   Did he also produce pictures or content
12  of some sort that concerned Unite the Right?
13  A   I can't recall.
14  Q   Did -- was somebody in charge of
15  propaganda?
16  A   I can't recall.  A lot of things were
17  crowd funded, outside of even our organization.
18  Q   You're the chairman of the party, right?
19  A   Uh-huh.
20  Q   Is it fair to say Unite the Right is the
21  biggest rally that TWP has attended, ever?
22  A   Yeah.
23  Q   And you can't recall -- and you know that
24  you had people in charge of propaganda for the rally,
25  right?

Page 193

M. HEIMBACH

1
2   A   I can't recall the specifics.
3   Q   You can't recall, as the chairman of TWP,
4   whether you had somebody producing propaganda for the
5   Unite the Right rally?
6   A   Well, I'm not a propagandist, so it would
7   have been outside of my wheelhouse.
8   Q   You are the chairman of the party, right?
9   A   Uh-huh.
10  Q   So wouldn't propaganda fall within your
11  wheelhouse?
12  A   No.  I'm primarily dealing with media and
13  writing the newspaper.
14  Q   You?
15  A   Yeah.
16  Q   And so you don't know, as you sit here
17  today, who produced propaganda for the Unite the
18  right rally?
19  A   I can't recall.  Like I said, there were
20  a lot of things created on the chans.  There were a
21  lot of things created in the Discord by anonymous
22  users.  There was a lot of content created by a lot
23  of people that I don't know.
24  Q   But you did not have one person in charge
25  or two people in charge of creating propaganda for

49

Page 194

M. HEIMBACH

1
2  the rally?
3      A    I don't recall.
4      Q    Do you recall anything about the planning
5  of the Unite the Right rally?
6      A    Just primarily that we worked to network
7  as much as possible with local and state police to
8  ensure that we had a designated parking area and
9  everyone could get in safe.  That was primarily the
10 planning that happened.
11     Q    That's all you did to plan the Unite the
12 Right rally, is coordinate with the police?
13     A    That's the most of it.  I can't really
14 think of other specifics.  But you have a handy
15 refresher.  That always helps.
16     Q    Cesar Ortiz, was he involved in any part
17 planning Unite the Right?
18     A    I can't recall.
19     Q    Was he involved with logistics?
20     A    I can't recall.
21     Q    Tony Hovater, did he have any part in
22 planning Unite the Right?
23     A    I can't recall.
24     Q    Are you still in touch with Tony Hovater?
25     A    We don't talk.

Page 195

M. HEIMBACH

1
2      Q    Why not?
3      A    I mean, friends can grow apart.
4      Q    Is that what happened?
5      A    Essentially.
6      Q    When?
7      A    I mean, over the last year.
8      Q    Is it fair to say that you communicated
9  with Tony Hovater on regular basis in the lead-up to
10 Unite the Right rally?
11     A    I can't recall.
12     Q    Can you recall communicating at all with
13 Tony Hovater about Unite the Right rally?
14     A    No.  Basically all my communications were
15 with Matt Parrott, that I can recall.
16     Q    Do you recall ever speaking to Tony
17 Hovater?
18     A    Ever?
19     Q    Ever.
20     A    Well, I was in his wedding, so I'd hope
21 so.
22     Q    When was that?
23     A    2017, maybe.
24     Q    Other than Matthew Parrott, Derek Davis,
25 Jason Augustus, Cesar Ortiz, Tony Hovater, is there

Page 196

M. HEIMBACH

1
2  anyone else within TWP that had anything to do with
3  planning the Unite the Right rally?
4      A    Not that I can think of.
5      Q    You'd agree with me that Derek Davis was
6  referred to as Commander Davis on Discord, right?
7      A    If that was his handle, then that was his
8  handle.
9      Q    Well, wasn't that his handle?
10     A    I don't recall.
11     Q    When is the last time you communicated
12 with Derek Davis?
13     A    I believe over a year.
14     Q    How did you communicate with him?
15     A    I'm trying to think.  By phone, maybe.
16     Q    Text?
17     A    I might have spoken on the phone.
18     Q    What's his phone number?
19     A    ███████████
20     Q    He attended Unite the Right, right?
21     A    I mean, yeah, you've got the picture of
22 him right behind me.
23     Q    So is the answer yes?
24     A    Yes.
25     Q    Jason Augustus, when's the last time you

Page 197

M. HEIMBACH

1
2  spoke to him?
3      A    Over a year.
4      Q    What's his phone number?
5      A    He didn't have one last time.
6      Q    Do you have a phone number for him in
7  your phone?
8      A    I don't know.  ███████████.
9           Should I just keep this out?
10     Q    I think you're good.
11          Who is Augustus Sol Invictus?
12     A    He's a former Libertarian candidate for
13 Senate.
14     Q    Is he a different person from Jason
15 Augustus?
16     A    Yes.  Both Roman pagans, though, so
17 there's that.
18     Q    What's Tony Hovater's number?
19     A    You told me to put my phone away.
20     Q    Sorry.  One more.
21     A    ███████████
22          Now can I put it away?
23     Q    Maybe one more.
24          Are you familiar with Allison Denver?
25     A    No.

Page 198

M. HEIMBACH

1
2    Q    Did TWP have a website?
3    A    Yes, tradworker.org.
4    Q    And when was that created?
5    A    2015, I guess.
6    Q    And who created it?
7    A    Matt Parrott.
8    Q    Who updated it and monitored it?
9    A    Matt Parrott.
10   Q    Do you agree that there's content posted
11   on that website that concerned Unite the Right?
12   A    I assume so.
13   Q    Do you know?
14   A    Not off the top of my head.
15   Q    As the chairman of Traditionalist Worker
16   Party, you don't know if there was anything posted to
17   the Traditionalist Worker Party website that
18   concerned Charlottesville?
19   A    I don't recall it.
20   Q    Did you ever look at the website?
21   A    Well, it's been down for over a year, so
22   it's kind of hard to refresh the old neurons.
23   Q    My question was:  Did you ever look at
24   the website?
25   A    I have, indeed, viewed the website

Page 199

M. HEIMBACH

1
2    before.
3    Q    And is there content on there -- was
4    there ever content on there that concerned Unite the
5    Right?
6    A    I don't recall.
7    Q    Didn't you post content to the website?
8    A    Yes.
9    Q    Wasn't there a section on Traditionalist
10   Worker Party website, tradworker.org, that was
11   explicitly devoted to Unite the Right rally?
12   A    I can't recall.
13       (Heimbach Deposition Exhibit No. 27
14   was marked for the record.)
15   BY MR. BLOCH:
16   Q    I'm showing you Exhibit 27.
17   A    Uh-huh.
18   Q    This is a shot of Discord that includes
19   posts by you, right?
20   A    It looks like.
21   Q    And on July 29, 2017, at 2:47 p.m., did
22   you write on Discord:  And so everyone knows, please
23   sign up at www.tradworker.org/Cville?
24   A    It looks like.
25   Q    Did you write that?

Page 200

M. HEIMBACH

1
2    A    Yes.
3    Q    And what is Cville?
4    A    Charlottesville.
5    Q    And by Charlottesville, that means Unite
6    the Right rally, right?
7    A    That would be accurate.
8    Q    And you agree with me that there was a
9    section on the website devoted explicitly to Unite
10   the Right rally?
11   A    I suppose so.
12   Q    And what was posted in that section of
13   the website?
14   A    I can't recall.
15   Q    Were there instructions?
16   A    I can't recall.
17   Q    Was there a schedule?
18   A    I can't recall.
19   Q    Were there logistics?
20   A    I can't recall.
21   Q    Was there a code of conduct?
22   A    I can't recall.
23   Q    Is it possible that there was a code of
24   conduct posted in the Charlottesville section of the
25   tradworker.org website?

Page 201

M. HEIMBACH

1
2    A    Matt Parrott would know.
3    Q    My question is:  Is it possible there's a
4    code of conduct posted on the Cville section of
5    tradworker.org?
6    A    I don't know.
7    Q    Do you have any recollection of any kind
8    of content on the Cville section of the
9    tradworker.org website that concerned Cville?
10   A    No.
11   Q    By that, I mean Charlottesville.
12       We need an answer for the record.
13   A    Oh.  I said no.
14   Q    Is that website still active?
15   A    I don't believe so.
16   Q    Do you know whether it is or isn't?
17   A    To the best of my knowledge, it isn't.
18   Q    And when did it become inactive?
19   A    I don't know.
20   Q    What makes you think it's not active?
21   A    Based on conversations with Matt Parrott.
22   Q    And what conversations?
23   A    Over the past year.
24   Q    What did Matt Parrott tell you about the
25   website?

Page 202

M. HEIMBACH

1
2      A    He had fully archived all of the data to
3  be able to present it to Plaintiffs, and it was
4  currently taking a nap.
5      Q    It was what?
6      A    Taking a nap.
7      Q    What does that mean?
8      A    Well, the site was down.
9      Q    Why is it down?
10     A    Because the Traditionalist Worker Party
11  isn't an active organization at this moment, due to
12  ongoing litigation, among other things.
13     Q    So it's your understanding that Matt
14  Parrott has preserved the content on tradworker.org?
15     A    To the best of my knowledge.
16     Q    Because he told you that?
17     A    Yes, and he told you guys that.
18     Q    I'm sorry?
19     A    Well, and he's told you guys that.
20     Q    Oh, it's your understanding that Matt
21  Parrott told us that?
22     A    I believe through Mr. Kolenich, yes.
23     Q    Mr. Kolenich told you that?
24     A    No.
25     Q    Who told you that?

Page 203

M. HEIMBACH

1
2      A    Matt Parrott.
3      Q    When?
4      A    I can't recall specifics.
5          (Heimbach Deposition Exhibit No. 28
6  was marked for the record.)
7  BY MR. BLOCH:
8      Q    I'm showing you Exhibit 54 -- I'm sorry.
9  Withdrawn.
10         I'm showing you Exhibit 28, Mr. Heimbach.
11  Do you see that?
12     A    Yup.
13     Q    Do you recognize that?
14     A    It looks like it was on the TradWorker
15  website.
16     Q    And it discusses different levels of
17  membership within TWP, right?
18     A    It looks like.
19     Q    Well, were there different levels of
20  membership within TWP?
21     A    Well, you had to know the secret
22  handshake to get in the cool kids' club.
23     Q    Is that a joke?
24     A    Yes.
25     Q    Were there different levels of membership

Page 204

M. HEIMBACH

1
2  within TWP?
3      A    Yes.  People become a supporter or a
4  member.
5      Q    And if one was a supporter, what --
6  withdrawn.
7          What sort of access would a supporter
8  get?
9      A    Essentially, they could donate to support
10  our work.  That's about it, to my understanding.
11     Q    Could they also comment on articles on
12  the website?
13     A    Well, anyone could, I believe.
14     Q    Well, didn't you have to sign up to
15  comment on the articles?
16     A    I don't recall.
17     Q    You don't -- as the chairman of the
18  Traditionist Worker Party, you don't know how one
19  becomes a supporter of the Traditionist Worker Party?
20     A    How we moderated comments on our website?
21  No, that would be a Matt Parrott question.
22     Q    Do you understand how one signs up to
23  become a supporter?
24     A    That would be a Matt Parrott question.
25     Q    You don't have any idea?

Page 205

M. HEIMBACH

1
2      A    I don't recall.
3      Q    According to this code of conduct,
4  signing up allowed you to comment on articles, right?
5      A    It looks like.
6      Q    Was that true?
7      A    That would be a Matt Parrott question.  I
8  don't recall.  I didn't manage anything involving the
9  website.
10     Q    And as a supporter, you could participate
11  in the open section of the party forum, right?
12     A    Yes.
13     Q    And what was the open section of the
14  party forum?
15     A    To the best of my knowledge, it never was
16  actually finished.
17     Q    What was the open section of the party
18  forum?
19     A    To the best of my knowledge, it was never
20  finished.
21     Q    What was it?
22     A    Matt Parrott was developing a party forum
23  that I don't believe ever got finished.
24     Q    And you also -- this document also
25  references an e-mail list, right?

Page 206

M. HEIMBACH

1
2    A    Uh-huh.
3    Q    What's the e-mail list?
4    A    I don't know.  That would be a Matt
5    Parrott question.
6    Q    As the chairman of the party, you don't
7    know what the e-mail list is?
8    A    Delegation is very important when it
9    comes to leadership.  I'm a Luddite, I don't do
10   technology, so, no, that would fall under Matt
11   Parrott's wheelhouse.
12   Q    Don't you speak regularly to Matt
13   Parrott?
14   A    Yes.
15   Q    Haven't you spoken regularly to Matt
16   Parrott since 2015?
17   A    Yes.
18   Q    And you don't know, as you sit here
19   today, what the e-mail list for the Traditionalist
20   Worker Party is?
21   A    No, because I never managed it.
22   Q    Did you write e-mails to supporters on
23   the e-mail list?
24   A    I wrote e-mails that went out, yes.
25   Q    And where did you write them?

Page 207

M. HEIMBACH

1
2    A    Google Docs, I believe.
3    Q    And on what computer?
4    A    My laptop.
5    Q    And where is that laptop?
6    A    In the tub, but all -- to the best of my
7    knowledge, all of the e-mails and correspondence has
8    been preserved.
9    Q    So your -- just to be clear, when you say
10   it's in the tub, you mean the laptop that you used to
11   write e-mails to the Traditionalist Worker Party is
12   in -- is gone, right?
13   A    Yes, but my gmail account, where the docs
14   would have been hosted, is still active.  And you
15   guys have been provided the log-in credentials for
16   that.
17   Q    You could also be a member, right, of the
18   Traditionalist Worker Party?
19   A    Yes.
20   Q    And how does one become a member?
21   A    You sign up.
22   Q    And how do you sign up?
23   A    Through the on-line portal.
24   Q    And if you become a member, you get
25   member's only access to official regional and local

Page 208

M. HEIMBACH

1
2    forums for networking in real world activism, right?
3    A    That sounds about right.
4    Q    Is that right?
5    A    Yeah.
6    Q    And what are those forums?
7    A    Well, the forum was never created, to the
8    best of my knowledge.
9    Q    Where do you get that knowledge?
10   A    By the fact that Matt Parrott was working
11   on it for an extended period of time and it didn't
12   get rolled out.  That's out of my expertise.
13   Q    When did Matt Parrott tell you that?
14   A    I can't recall.
15   Q    Where did you get that understanding?
16   From Matt Parrott?
17   A    Yes.
18        (Heimbach Deposition Exhibit No. 29
19   was marked for the record.)
20   BY MR. BLOCH:
21   Q    I'm showing you Exhibit 29.
22        Are those Discord posts by you?
23   A    Yeah, it looks like.
24   Q    And -- what did you find funny about
25   this?

Page 209

M. HEIMBACH

1
2    A    Oh, the monkey at the switchboard.
3    That's funny.
4    Q    Did you write, on September 1st, 2017:
5    So our tech guys have built us a dashboard, private
6    forum (which we will use instead of here due to
7    Discord shutting down WN chats)?
8    A    Yes.
9    Q    And then you write:  We will pay dues
10   monthly, quarterly, et cetera in bit coin.
11        Right?
12   A    Uh-huh.
13   Q    Is that right?  Is that yes?
14   A    Yes?
15   Q    And then you wrote:  And each member's
16   profile on the forum will show if they are up to date
17   as dues as a friendly reminder.
18   A    Yup.
19   Q    Do you agree that you had knowledge as to
20   what was going on with the private forums?
21   A    Well, it was never rolled out.
22   Q    That's not my question, Mr. Heimbach.
23   A    Well, it never existed, so --
24   Q    Mr. Heimbach.
25   A    Yes.

Page 210

M. HEIMBACH

1
2    Q    What was my question?
3    A    Your question was, was I aware of forums
4  that never materialized.
5    Q    Do you have -- did you have awareness as
6  to the private forums?
7    A    Well, again, they never existed, so.
8    Q    So --
9    A    The project was never completed for use,
10  which is why we were still using Discord six months
11  later, after these posts.
12    Q    So why didn't the forums materialize?
13    A    It's a lot of work.  We only had one guy
14  that knows how to code.
15    Q    Didn't you say our tech guys, plural,
16  have built us a dashboard private forum?
17    A    Uh-huh.
18    Q    And when you wrote that, did you mean
19  that our tech guys had built a dashboard private
20  forum?
21    A    Well, it hadn't been completed yet.  I
22  kept getting promised that it was only a week away.
23  It was never just a week away.  It was very
24  frustrating.
25    Q    So when you said that they had built,

Page 211

M. HEIMBACH

1
2  past tense, a dashboard private forum, was that true?
3    A    Well, it hadn't been finished.
4        (Heimbach Deposition Exhibit No. 30
5  was marked for the record.)
6  BY MR. BLOCH:
7    Q    Mr. Heimbach, I'm showing you Exhibit 30.
8        Are those Discord posts?
9    A    They are.
10    Q    And at the top, there's a post from
11  Odalman, right?
12    A    Uh-huh.
13    Q    And Odalman says at -- on December 24th,
14  2017:  Hey, Matt.  Do you have any idea how the TWP
15  chat and forums are coming along.
16        Right?
17    A    Uh-huh.
18    Q    And you wrote, about eight seconds later:
19  Basically done, actually.
20        Right?
21    A    Yes.
22    Q    Did you write that?
23    A    I did.
24    Q    And did you write that because the TWP
25  chat and forums were, quote, basically done?

Page 212

M. HEIMBACH

1
2    A    They weren't actually basically done,
3  basically.
4    Q    So are you saying that when you wrote
5  that, it wasn't true?
6    A    Well, no, to the best of my knowledge, it
7  was true.  But the project was not completed at that
8  time.
9    Q    So it's your testimony that the private
10  forums -- there was never a message posted on any TWP
11  private forum; is that right?
12    A    I don't know.  The project was ongoing
13  and, as you can see, from September to December, from
14  it being, as I said -- that it was built, that it was
15  still being built three months later.
16        So I can't recall any specifics of beta
17  testing or anything like that because that was out of
18  my wheelhouse.
19    Q    But you're testifying that there was
20  never a public or private forum at which people could
21  post messages on the TWP website?
22    A    I don't know.
23    Q    You don't know the answer to that?
24    A    No.
25    Q    Well, this was a year and a half ago,

Page 213

M. HEIMBACH

1
2  right, that you wrote that?  Right?
3    A    It sounds right.
4    Q    And you are the chairman of the
5  Traditionalist Worker Party, right?
6    A    Uh-huh.
7    Q    And you don't know, as you sit here
8  today, whether or not your party had a forum at which
9  people could post messages?
10    A    Nope.
11    Q    Members also got a quarterly print
12  publication called Action, right?
13    A    Yes.
14    Q    And who wrote Action?
15    A    I wrote most of the articles.
16    Q    And some of the articles concerned the
17  Unite the Right rally, right?
18    A    I can't recall.
19    Q    How many did you write?
20    A    Articles overall?
21    Q    Action articles.
22    A    I don't recall.
23    Q    Well, it was quarterly, right?
24    A    Yeah.
25    Q    So between, say, mid 2017 and right now,

Page 214

M. HEIMBACH

1
2  how many did you write?
3      A   Well, it hasn't been published in over a
4  year and a half.  So --
5      Q   So, one?
6      A   I don't recall.
7      Q   Well, it hasn't -- let's do the math.
8          It hasn't been published in a year and a
9  half, right?
10     A   Right.
11     Q   And it came out quarterly, right?
12     A   Yes -- well, quarterly was more of a goal
13 than a reality due to funding problems.
14     Q   I see.  So it came out less than
15 quarterly?
16     A   Yeah.  Quarterly was the benchmark we
17 were aiming for.
18     Q   Okay.  So between mid 2017 and the end of
19 2017, how many Action publications were written?
20     A   I think one.
21     Q   And did that concern the Unite the Right
22 rally?
23     A   I don't recall.
24     Q   Where is that?
25     A   In terms of the papers?

Page 215

M. HEIMBACH

1
2      Q   Yeah.
3      A   I mean, I guess in members' homes, trash
4  bins.
5      Q   Where did you write that paper?
6      A   I wrote my articles on Google Docs, which
7  I believe I've shared my articles with you guys.
8      Q   You believe you've shared all of the
9  Action publications that you've ever written?
10     A   To the best of my knowledge.
11     Q   How did Action get printed?
12     A   The local print shop.
13     Q   And was the printer also a nationalist?
14     A   No.  Not initially, at least.  In terms
15 of the first edition, maybe -- I don't recall.
16     Q   Who was the first printer of the first
17 edition?
18     A   The Copy Trolley in Paoli, Indiana.
19     Q   And at some point was there a nationalist
20 who printed out Action for you?
21     A   I don't recall.
22         (Heimbach Deposition Exhibit No. 31
23     was marked for the record.)
24 BY MR. BLOCH:
25     Q   I'm showing you Exhibit 31.

Page 216

M. HEIMBACH

1
2      Are those Discord posts?
3      A   It looks like.
4      Q   Did you write, on June 25th, 2017:  It
5  was coming out quarterly due to costs, but we found a
6  printer who is a nationalist who will give it to us
7  at cost, which is huge?
8      A   Uh-huh, looks like.
9      Q   Is that because you found a printer who
10 was a nationalist?
11     A   I don't recall.
12     Q   Well, why else would you have written
13 that?
14     A   I don't recall.
15     Q   Who was the printer?
16     A   I don't recall.
17     Q   Where would you look that up?
18     A   I don't recall.
19     Q   So you had a printer who printed out one
20 version of your quarterly publication that you wrote
21 and you don't know who that is?
22     A   Uh-uh.  No.
23     Q   How did you get the publication to the
24 printer?
25     A   That's a good question.  I don't recall.

Page 217

M. HEIMBACH

1
2      Q   Discussing TWP's e-mail system, you
3  referred to a ticket system.
4      A   Uh-huh.
5      Q   Is the e-mail system the same thing as
6  the ticket system?
7      A   I believe so.
8      Q   There were e-mail addresses with the
9  domain @tradworker.com, right?
10     A   Yes.
11     Q   And you had one, right?
12     A   I believe so, yeah.
13     Q   And what was your e-mail address at
14 tradworker.com?
15     A   I don't know.
16     Q   Well, how would you figure that out?
17     A   Matt Parrott would know.  He set them all
18 up.
19     Q   You had an e-mail address at
20 tradworker.com and you don't know what it was?
21     A   Uh-uh.
22     Q   Would it be on that slip of paper next to
23 your computer?
24     A   No.
25     Q   Why not?

55

Page 218

M. HEIMBACH

1
2    A    Well, because Matt Parrott set it all up.
3  He had all the information.
4    Q    Didn't you have to log-in to it to use
5  it?
6    A    Once you're logged in once.
7    Q    Matt Parrott also had an @tradworker.com
8  address, right?
9    A    I assume so.
10    Q    Well, do you know?
11    A    I assume so.
12    Q    Did you ever receive an e-mail from Matt
13  Parrott on a tradworker.com e-mail address?
14    A    I don't recall.  I mean, you guys should
15  have it all, so -- I don't recall.
16    Q    When you say we should have it all, it's
17  because you believe, based on some conversation with
18  somebody, that somebody else might get that to us; is
19  that your testimony?
20    A    Yes.
21    Q    You have not provided us access to your
22  tradworker.com e-mail address, right?
23    A    I don't have it.
24    Q    My question is:  You have not in any way
25  provided us access to your @tradworker.com e-mail

Page 219

M. HEIMBACH

1  address, right?
2    A    Well, no, because I don't have it.  But
3  Matt Parrott does.
4    Q    Have you taken any steps to figure out
5  what your @tradworker.com e-mail address is?
6    A    I was simply assured that all the data
7  was actively preserved.  So --
8    Q    So my question is:  Have you taken any
9  steps to figure out what your @tradworker.com e-mail
10  address was?
11    A    Well, no, because you're going to be
12  given it anyway with all the other information that's
13  being provided by Matt Parrott, who had access to it
14  and set up the accounts.
15    Q    Do you understand that you have a
16  discovery obligation that is separate from Matthew
17  Parrott's?
18    A    The information is being provided.
19    Q    Mr. Heimbach, listen to my question.
20  Do you understand that you have an
21  obligation in discovery that is separate from
22  Mr. Parrott's obligation in discovery?
23    A    My understanding was the information is
24  going to be provided.  I had no access to it.
25

Page 220

M. HEIMBACH

1
2    Q    Do you understand that you have an
3  obligation to provide us with responsive content that
4  is in your possession, custody and control?  Do you
5  understand that?
6    A    Yes, but it is neither of those things or
7  all three of those things.
8    Q    Do you understand that -- well, did you
9  have a conversation with Matt Parrott about what he's
10  going to produce in discovery?
11    A    Just all of the back end information
12  from --
13    Q    Mr. Heimbach.
14    A    Yes.
15    Q    Listen to my question.
16    A    The answer is, yes.
17    Q    Okay.  When was that?
18    A    Sometime in the last year.
19        (Heimbach Deposition Exhibit No. 32
20  was marked for the record.)
21  BY MR. BLOCH:
22    Q    I'm showing you Exhibit 32.
23        Do you recognize that?
24    A    I wrote it, yeah.
25    Q    And what is it?

Page 221

M. HEIMBACH

1
2    A    It's a memo to call people to come to the
3  event on August 12th.
4    Q    And the event, you mean Unite the Right,
5  right?
6    A    Yes.
7    Q    Was this a press release you put out
8  about Unite the Right?
9    A    I don't recall exactly.  I think it went
10  out to party supporters.
11    Q    And how did that go out?
12    A    Through Matthew Parrott.
13    Q    How did Matthew Parrott send that out?
14    A    I don't know.
15    Q    How do you know it went out through
16  Matthew Parrott?
17    A    Well, because if it went out at all, it
18  went out through Matthew Parrott.
19    Q    Well, did it go out at all?
20    A    I don't know.
21    Q    So you, as the chairman of TWP, you just
22  write press releases and have no idea whether or not
23  they actually got out?
24    A    I assume my team does their job.
25    Q    But you don't follow up?

56

Page 222

M. HEIMBACH

2  A   There's lots of responsibilities.
3  Q   Is the answer to my question, yes?
4  A   I don't know specifically if this one
5  went out, but I have a strong belief that it did.
6  Q   And at the bottom, there is an e-mail
7  address, right?
8  A   Yes.
9  Q   And that's contact@tradworker.org, right?
10  A   That'd be right.
11  Q   And was that your e-mail address?
12  A   No.
13  Q   What was that?
14  A   That was the general mail filter that
15  things went through.
16  Q   And why did you list that e-mail address
17  on that?
18  A   Because I wasn't actively responding to
19  e-mails.  I was doing other things.
20  Q   Who gets those e-mails?
21  A   Matt Parrott.
22  Q   You have -- withdrawn.  At the time,
23  you -- withdrawn.
24      At the time of the Unite the Right event,
25  you also had access to contact@tradworker.org, right?

Page 223

M. HEIMBACH

2  A   I can't recall.
3  Q   You can't recall whether, as the chairman
4  of Traditionalist Worker Party, you had access to the
5  e-mail account that members and supporters could
6  write to?
7  A   That's why we had a team.  I didn't
8  handle that.
9  Q   You don't know whether you had access to
10  the contact@tradworker.com?
11  A   No.
12  Q   .org.
13      Do you agree with me that you did
14  communicate over the tradworker e-mail account?
15  A   I believe so.
16  Q   Is the answer, yes?
17  A   To the best of my knowledge.
18  Q   When you used the ticket e-mail system,
19  were the e-mails -- how did you get into it,
20  yourself?
21  A   Matt Parrott logged me in on my laptop,
22  and then --
23  Q   I'm sorry?
24  A   You go to the -- to the website and I
25  bookmarked it, and I just click it.

Page 224

M. HEIMBACH

2  Q   I see.  And you didn't log in yourself?
3  A   No.
4  Q   You needed Matt Parrott to log you into
5  your e-mail address as the --
6  A   Well, he created all the accounts.
7  Q   So the answer to my question is you
8  needed Matt Parrott to help you log in to your
9  computer?
10  A   To get into the account that he set up,
11  yes, that would be accurate.
12  Q   And when you read the e-mails, did you
13  read them on your computer?
14  A   Yes, when I read them.
15  Q   And were the e-mails downloaded to your
16  computer?
17  A   I don't know why they'd be downloaded.
18  Q   Well, did they exist on a -- well,
19  withdrawn.  We'll get into that.
20      You agree that you communicated on the
21  TradWorker e-mail account about the events at issue
22  in this case, right?
23  A   I believe so.
24  Q   And you communicated over the ticket
25  e-mail account about how people ought to conduct

Page 225

M. HEIMBACH

2  themselves at Unite the Right, right?
3  A   I can't recall the specifics.
4  Q   Do you recall anything you actually said
5  over the TradWorker ticket e-mail account?
6  A   No.
7      (Heimbach Deposition Exhibit No. 33
8      was marked for the record.)
9  BY MR. BLOCH:
10  Q   I'm showing you Exhibit 33.  This -- is
11  this a printout of the TradWorker ticket e-mail
12  system?
13  A   It looks like.
14  Q   And there is a request from a reporter to
15  talk about a lawsuit brought by two women who were
16  injured at the Unite the Right rally?
17  A   Sure.
18  Q   Isn't that true?
19  A   It looks like.
20  Q   And Allison Denver, the TWP admin
21  secretary, says, I'll forward your inquiry, right?
22  A   Yes.
23  Q   And the next post is:  Media inquiries
24  forwarded to Heimbach's e-mail as per his request.
25      Right?

Page 226

M. HEIMBACH

1
2     A    Yes.
3     Q    Did you request that media inquiries get
4  forwarded to your e-mail?
5     A    I don't recall.
6     Q    Who is Allison Denver?
7     A    An activist.
8     Q    Who is she?
9     A    I don't recall.
10    Q    Have you ever talked to her?
11    A    I don't know.  I don't recall.
12    Q    Have you ever gotten a e-mail from her?
13    A    I don't recall.  You guys would have the
14 records better than me.
15    Q    When -- well, we don't have -- when you
16 say that Mr. Heimbach, you agree that we don't
17 actually have any records from you at all, right?
18    A    Well, in terms of this, I mean, that
19 falls into Mr. Parrott's wheelhouse.
20    Q    But my question is:  We don't have any
21 documents from you, right?
22    A    Yes -- well, I mean, you guys have a lot
23 of documents from me.  We just looked at one that I
24 sent you.
25    Q    Is it your testimony that you sent us

Page 227

M. HEIMBACH

1  Exhibit 32?
2
3     A    I did.
4     Q    When did you send that to us?
5     A    I mean, I can look.  It's in our e-mail
6  conversation between you and I.
7     Q    Oh, you think you e-mailed it to me?
8     A    I believe so.  Along with, like, hundreds
9  of pages of writings.
10    Q    Okay.
11    A    Did that not happen?
12    Q    Well, it's your testimony that you sent
13 us that document, 32?
14    A    To the best of my knowledge.  We can look
15 it up right now, if you'd like.
16    Q    Okay.  We'll do that at a break.
17    A    Okay.  Yeah, I mean, I even gave you guys
18 my 200 pages book in progress.  Like, you guys got a
19 lot of paperwork from me.
20    Q    Did TWP have its own server that hosted
21 the tradworker.com e-mails?
22    A    I have no idea.
23    Q    You have no idea?
24    A    Nope.
25    Q    Did you ever have any idea?

Page 228

M. HEIMBACH

1
2     A    Not about this stuff.  But if you want to
3  talk about German agrarian policy in the mid 1930s, I
4  can help you.
5     Q    So you don't know whether there was a
6  server that related to tradworker.com documents?
7     A    I can't recall.
8     Q    And you don't know where that -- you
9  don't know whether it's a physical server or an
10 on-line server, right?
11    A    No.
12    Q    You're sure about that, right?
13    A    To the best of my knowledge.  All the
14 server stuff would have gone through Matt Parrott.
15    Q    And you didn't have any information about
16 that?
17    A    It's not my wheelhouse.
18    Q    My question is:  You didn't have any
19 information about the server?
20    A    I don't recall anything.
21       (Heimbach Deposition Exhibit No. 34
22    was marked for the record.)
23 BY MR. BLOCH:
24    Q    I'm showing you Exhibit No. 34.
25       Are these Discord posts?

Page 229

M. HEIMBACH

1
2     A    It looks like.
3     Q    And did you post on February 4th, 2018:
4  Quote, We literally encourage everyone who wants to,
5  to sign up under whatever name they want?
6     A    Yes.
7     Q    And then you posted:  We pay dues in
8  secure crypto currency?
9     A    Yes.
10    Q    And then you posted on Discord, on
11 February 4th, 2018:  Our server is literally under
12 armed guard by TWP comrades in a secure location.
13       And the next post says:  And we've
14 explained that to them.
15       Did you post that on February 4th, 2018
16 on Discord?
17    A    I guess, yeah.
18    Q    Did you?
19    A    I'm looking at it, so, yeah.
20    Q    So you agree with me that you did
21 actually have knowledge about the TWP server?
22    A    Well, this has refreshed my memory.  All
23 the tech stop is in Matt Parrott's house.  So that
24 would be whatever that is.
25    Q    So the -- when you said a secure

Page 230

M. HEIMBACH

1
2  location, where was that?
3      A    Matt Parrott's house.
4      Q    And when you said it's literally under
5  armed guard by TWP comrades, who is that referring
6  to?
7      A    Matt Parrott is a Second Amendment
8  supporter in Indiana.  So --
9      Q    So when you said armed guard, you meant
10  Matt Parrott?
11      A    Well, yeah.
12      Q    Because he had guns?
13      A    Yeah.
14      Q    Where is that server now?
15      A    I assume at Matt Parrott's.
16      Q    Well, I don't want you to assume.  I want
17  to know if you know where that server is.
18      A    I don't know.
19          Perhaps, in terms of the line of
20  questioning, we should ask Mr. Kolenich, who is on
21  the call, in regards to what discovery has been
22  provided by his clients.
23      Q    Mr. Heimbach, you understand this is your
24  deposition, right?
25      A    I understand.

Page 231

M. HEIMBACH

1
2      Q    And you understand that this deposition
3  concerns your discovery obligations, right?
4      A    Right, but if --
5      Q    Do you know where that server is?
6      A    No.  I assume Matt Parrott has it.
7      Q    You didn't take any steps to preserve the
8  server, I take it?
9      A    Well, it was never in my possession, so
10  no.
11      Q    Did TWP have any presence on the dark
12  web?
13      A    In terms of what?  Like Tor, like using
14  Tor?
15      Q    Were there -- did -- this is my question.
16          Did TWP have any presence on the dark
17  net?
18      A    I don't recall.
19      Q    Well, weren't you the chairman?
20      A    Right.
21      Q    You didn't know if there was a site on
22  the dark net that TWP utilized?
23      A    I don't recall.
24      Q    Do you know if there was a site for which
25  you needed to use a Tor browser?

Page 232

M. HEIMBACH

1
2      A    I don't know.
3      Q    Do you know what the dark web is?
4      A    Yeah.
5      Q    What is it?
6      A    It's things like Tor that doesn't go
7  through mainstream internet sources.
8      Q    And why would one use the dark web?
9      A    Certain individuals with a political ax
10  to grind like getting service providers to remove
11  people they don't agree with from the internet.
12      Q    Is it to remain anonymous?
13      A    It's to deal with deplatforming.
14      Q    Is -- do you know if TWP had any presence
15  on the dark net?
16      A    I don't recall.
17      Q    Did you check, in your -- withdrawn.
18          In your attempt to produce documents in
19  this case, did you check whether you or TWP had any
20  documents that were posted on the dark web?
21      A    Well, considering I don't know how to
22  utilize said things, if there were any, Matt Parrott
23  would have created them.
24      Q    So is the answer to my question, no?
25      A    Yeah, because I don't even know where I'd

Page 233

M. HEIMBACH

1
2  start with that.
3      Q    You don't know anything about the dark
4  web?
5      A    Nope.
6      Q    You don't know anything about whether TWP
7  had -- members were set up on the dark web?
8      A    I don't recall.
9          (Heimbach Deposition Exhibit No. 35
10  was marked for the record.)
11  BY MR. BLOCH:
12      Q    I'm showing you Exhibit No. 35.
13          Are these posts by you on Discord?
14      A    Looks like.
15      Q    On September 1st, 2017, did you write:
16  Now we have our own stuff, which is totally immune?
17      A    It looks like.
18      Q    Do you know what that refers to?
19      A    Matt Parrott's planned project for a
20  forum and backup site, I suppose.
21      Q    And then did you write at 1:53 at
22  September 1st:  And everyone is already set up on the
23  dark web, even if they pulled our website?
24      A    I guess I wrote that, yeah.
25      Q    And did you also write, right below that:

Page 234

M. HEIMBACH

1
2  So at no point will we lose contact with one another.
3  Just got to make sure that everyone has Tor.
4      A    Sounds right.  But I don't know anything
5  in terms of the specifics.  That would have been set
6  up by someone other than myself.
7      Q    Well, how did you know that everyone is,
8  quote, already set up on the dark web?
9      A    A verbal conversation with Matt Parrott.
10     Q    You remember that?
11     A    Based on this, I'm assuming that's what
12  happened because I don't really know anything about
13  technology.
14     Q    I see.  Well, what does it mean, everyone
15  is already set up on the dark web?
16     A    I don't know.
17     Q    Well, you wrote it, didn't you?
18     A    Based on a potential conversation I had
19  with someone two years ago on something in terms of
20  technology I don't particularly understand or have
21  mastery of, yeah, I don't know any specifics.
22     Q    So you were just repeating on Discord
23  what you were told by Matt Parrott?
24     A    That would be accurate.
25     Q    Is it accurate to say that everything you

Page 235

M. HEIMBACH

1
2  know or everything you have said concerning Unite the
3  Right has run through Matt Parrott?
4      A    Essentially.
5      Q    Have you ever spoken yourself,
6  independent of Matt Parrott?
7      A    When it comes to technology?  No.  To the
8  best of my knowledge.
9          Again, that agrarian policy, though, I
10  can speak for myself on that.
11     Q    Were there documents that you created
12  specifically for planning Unite the Right?
13     A    Exhibit 32.
14     Q    What else?
15     A    I don't recall.
16     Q    Can you name every document that you
17  could think of that you created specifically for
18  Unite the Right?
19     A    No.
20     Q    So sitting here today, you recall one
21  document that you wrote for Unite the Right?
22     A    Well, off the top of my head, yeah.
23     Q    How many rallies have you attended?
24     A    In this country or in general?
25     Q    Since Unite the Right, in this country.

Page 236

M. HEIMBACH

1
2      A    Two, I believe.  Well, hold on.  Two.
3  No, three.  Three.
4      Q    And Unite the Right was the biggest,
5  right?
6      A    Yes.
7      Q    Did people die at any of the other
8  rallies?
9      A    No.
10     Q    Were you sued for your behavior in any
11  other rallies?
12     A    A Donald Trump rally I was at, which was
13  unrelated to white nationalism.
14     Q    And you were the chairman of Traditionist
15  Worker Party, right?
16     A    Yeah.
17     Q    And sitting here today, you can only
18  remember one document that you wrote about Unite the
19  Right?
20     A    Off the top of my head, yeah.
21         (Heimbach Deposition Exhibit No. 36
22  was marked for the record.)
23  BY MR. BLOCH:
24     Q    I'm going to show you Exhibit 36.
25         Do you recognize that?

Page 237

M. HEIMBACH

1
2      A    It looks like an e-mail.
3      Q    Did you write it?
4      A    I believe so.
5      Q    But you're not sure?
6      A    I believe I did.
7         THE WITNESS:  Do you want to break
8  again or --
9         MR. BLOCH:  Can we finish this
10  line?
11  BY MR. BLOCH:
12     Q    In the fifth paragraph down, did you
13  write:  Our exact plans and meet-up points for
14  Saturday for operational security will be released on
15  Friday morning, 24 hours ahead of the event?
16     A    It looks like.
17     Q    What does that refer to?
18     A    Where we were going to be meeting to
19  convoy into the rally location.
20     Q    And is that a document that describes
21  your exact plans and meet-up points?
22     A    I don't know if one of those was ever
23  created.
24     Q    Well, the content of the e-mail that you
25  wrote is referring to a document that you believed

Page 238

M. HEIMBACH

1
2 would be released; isn't that true?
3     A    Document or showing up in a parking lot
4 of a Jo-Ann's Fabric, I mean, that's kind of two
5 different things, I think.
6     Q    So when you wrote our exact plans and
7 meet-up points will be released on Friday morning,
8 you meant you wanted people to meet you in a parking
9 lot of Jo-Ann's Fabric to tell them where to go?
10     A    Well, yeah.
11     Q    That's what you meant?
12     A    Yeah -- well, no, no.  To where we were
13 going in, is rallied at the parking lot and then
14 we convoyed in to go to the rally location.
15     Q    You agree with me that this doesn't say,
16 Meet us in the parking lot of a Jo-Ann's and I'll
17 tell you where to go, right?
18     A    Well, because we were going into
19 Charlottesville.
20     Q    Listen to my question.
21     A    Yes.
22     Q    Does it say that?
23     A    No.
24     Q    Okay.  What it says is:  Our exact plans
25 and meet-up plans will be released.

Page 239

M. HEIMBACH

1
2     Right?
3     A    Right.  Which was to meet up at a
4 Jo-Ann's Fabric.  So the plan would have been, show
5 up at Jo-Ann's Fabric.
6     Q    Was there a document ever created that
7 included our exact plans and meet-up points for
8 Saturday for operational security?
9     A    I don't know.
10     Q    You don't know that?
11     A    Well, I mean, basically all this is
12 saying we're not going to tell you to show up at
13 Jo-Ann's Fabric until Friday, and then you know where
14 to show up on Saturday.
15     Q    How were people to know to show up at
16 Jo-Ann's Fabric?
17     A    I believe Matt Parrott sent an e-mail.
18     Q    Okay.  And have you seen that e-mail?
19     A    No.
20     MR. BLOCH:  Okay.  We can break.
21     THE VIDEOGRAPHER:  Stand by.  This
22 marks the end of Media Number Two in the
23 deposition of Matthew Heimbach.  The time
24 would be 12:35 p.m.
25     (Brief pause.)

Page 240

M. HEIMBACH

1
2     THE VIDEOGRAPHER:  We are now back
3 on record in the deposition of Matthew
4 Heimbach.  The time is 12:45 p.m.
5 BY MR. BLOCH:
6     Q    Mr. Heimbach, we were talking about
7 Exhibit 36.
8     A    Yes.
9     Q    Did you -- at the time of Unite the
10 Right, did you send this document anywhere?
11     A    I believe Matt Parrott sent it.
12     Q    My question is:  Did you send this
13 document anywhere?
14     A    I believe I gave it to Matt Parrott.
15     Q    And in what form did you give this to
16 Matt Parrott?
17     A    I don't recall.
18     Q    Did you walk over to his house and
19 dictate it to him?
20     A    I think I probably shared it in Google
21 Docs.
22     Q    So your belief is that you created this
23 on Google Docs?
24     A    I believe so.
25     Q    Do you know that for sure?

Page 241

M. HEIMBACH

1
2     A    I do not, not this exact second.
3     Q    Is it possible that you created this on
4 Microsoft Word?
5     A    No, no.  Who wants to pay for Word?
6 Google Docs is free.
7     Q    Well --
8     A    No, if I wrote it on a computer, it's
9 going to be on Google Docs.
10     Q    And you don't know if you wrote this,
11 right?
12     A    No, I believe I did, after rereading it.
13 It sounds like me.
14     Q    Well, other than it sounding like you,
15 you don't actually have a recollection of actually
16 drafting this?
17     A    Not off the top of my head, but I'm
18 willing to say I wrote it.
19     Q    No, but let's be clear for the record.
20     You don't have a recollection, as you sit
21 here right now, of actually writing this document,
22 right?
23     A    Not the exact day, but I believe I did.
24     Q    And do you see a part of this document
25 where you say:  Please add Cesar's e-mail,

Page 242

M. HEIMBACH

1    region2@tradwork.org --
2    A    Uh-huh.
3    Q    -- to your e-mail white list?
4    A    Yes.
5         MR. BLOCH:  Did somebody just join?
6         MR. DINUCCI:  It's John DiNucci.  I
7    got cut off before.  I'm back.
8    BY MR. BLOCH:
9    Q    Mr. Heimbach, who is Cesar that you're
10   referring to in that letter?
11   A    Cesar Ortiz.
12   Q    And what's region2@tradwork.org?
13   A    I believe that was an e-mail address
14   created by Matt Parrott for the ticket system.
15   Q    And was that Cesar's e-mail?
16   A    I assume so.
17   Q    You don't know though, right?
18   A    I can't recall.
19   Q    Even though you wrote Cesar's e-mail, you
20   don't actually know if that's Cesar's e-mail, right?
21   A    I'm inferring that that was his e-mail.
22   Q    But you don't actually have a
23   recollection as you sit here today that that was his
24   e-mail?
25

Page 243

M. HEIMBACH

1    A    No.
2    Q    And you don't have a recollection as sit
3    here today whether there was a document that referred
4    to your exact plans and meet-up points for
5    operational security, right?
6    A    No.
7    Q    And you said in this document:  Anyone
8    volunteering to be a part of our medic team or
9    security detail, please contact Cesar ASAP.
10        Right?
11   A    Uh-huh.
12   Q    And what is the medic team?
13   A    Doctors and RNs who volunteered.
14   Q    And who was on the medic team?
15   A    I don't recall.
16   Q    Did you have a medic team?
17   A    Yes.
18   Q    And you don't know who was on it?
19   A    No.
20   Q    Did you ever talk to Cesar about who was
21   on the medic team?
22   A    I don't recall having that conversation.
23   Q    What is the security detail?
24   A    People that were there for security.
25

Page 244

M. HEIMBACH

1    Q    Who was on the security detail?
2    A    I don't recall.
3    Q    You don't recall who was on the security
4    detail for the Traditionalist Worker Party for the
5    Unite the Right event?
6    A    No.
7    Q    You can't recall a single name of a
8    single person who was on the security detail for
9    Traditionalist Worker Party?
10   A    Nope.
11   Q    How many people were on the security
12   detail?
13   A    I don't recall.
14   Q    What did the security detail do?
15   A    Protect themselves against hoards of
16   antifascists waving weapons.
17   Q    Were there -- well, did you actually see
18   your security detail doing that?
19   A    I don't recall.
20   Q    Was there a document that discussed
21   security at Unite the Right?
22   A    I don't recall.
23   Q    You don't recall whether there was a
24   document discussing security at the Unite the Right?
25

Page 245

M. HEIMBACH

1    A    Well, I -- that wasn't in my wheelhouse
2    delegation.
3    Q    You wrote:  There will be a series of
4    chants given in rounds of threes that will be given
5    to rally attendees prior to the event.
6    A    Yes.
7    Q    Was there a document that discussed those
8    chants?
9    A    I don't believe we ever got around to
10   one.
11   Q    Do you know?
12   A    I don't recall.
13   Q    You don't recall whether there was a
14   document that said that?
15   A    No, I don't recall.
16   Q    Do you recall telling people what the
17   chants would be?
18   A    I can recall one.
19   Q    Well, my question was:  Do you recall
20   telling people what the chants would be?
21   A    I can recall telling people one chant,
22   yes.
23   Q    And where were you when you told people
24   that?
25

Page 246

M. HEIMBACH

1
2    A    Parking lot of Jo-Ann's Fabric.
3    Q    And when was that?
4    A    An hour before we arrived in
5    Charlottesville.
6    Q    On?
7    A    The 12th.
8    Q    And what was the chant?
9    A    National socialism.  Well national, beat,
10   socialism.
11   Q    And that's the only chant you recall from
12   Unite the Right?
13   A    Yes.
14   Q    Even though you said there will be a
15   series of chants given in rounds of threes?
16   A    Yes.
17   Q    And you don't recall whether there's any
18   documentation of those chants?
19   A    No.
20   Q    Was there an agenda for the weekend, at
21   all?
22   A    There was supposed to be, but didn't
23   really come together.
24   Q    And when you say there was supposed to
25   be, what do you mean?  There was discussion of

Page 247

M. HEIMBACH

1
2    putting together an agenda?
3    A    Well, in terms of we were supposed to go
4    to the rally and then kind of figure it out from
5    there.
6    Q    Did anybody discuss preparing a written
7    agenda for the largest rally in Traditionalist Worker
8    Party history?
9    A    I don't recall.
10   Q    And do you recall if there was a written
11   agenda for the weekend?
12   A    I don't believe there was, but I don't
13   recall.
14   Q    How many people from Traditionalist
15   Worker Party went to the rally?
16   A    I don't recall.
17   Q    You don't recall how many members of your
18   party that you were the chairman of attended the
19   largest rally in Traditionalist Worker Party history?
20   A    As I say in the document, that there were
21   people that were coming, they just wanted to be added
22   to the e-mail list.  So no, I can't recall.
23   Q    Would it be fair to say there were
24   hundreds?
25   A    In terms of members, supporters, random

Page 248

M. HEIMBACH

1
2    people that decided they wanted to march with us, is
3    that the kind of question?  Just like the --
4    Q    I'm talking about people that you led to
5    the Unite the Right rally on behalf of Traditionalist
6    Worker Party, approximately how many people?
7    A    Somewhere perhaps in the triple digits.
8    Q    And you did not have any written document
9    discussing where they should go?
10   A    Just to show up at Jo-Ann's Fabric.
11   Q    My question is:  Is there a written
12   document saying where people should go?
13   A    I don't believe so.
14   Q    Is there a written document saying what
15   the schedule was throughout the weekend?
16   A    Not that I recall.
17   Q    Well, there were events scheduled for the
18   Traditionalist Worker Party other than the Unite the
19   Right rally on Saturday, August 12th, right?
20   A    I believe so.
21   Q    And there was no document telling people
22   where they should go for that?
23   A    I don't think so.
24   Q    There was an event scheduled for after
25   the Traditionalist Worker Party -- withdrawn.

Page 249

M. HEIMBACH

1
2    There was an event scheduled for after
3    Unite the Right, right?
4    A    There was, yes.
5    Q    And what was that?
6    A    Just pizza.
7    Q    Where?
8    A    At a house we had rented outside of
9    Charlottesville.
10   Q    And are you aware of any document that
11   tells people where they should go for the event after
12   Unite the Right?
13   A    No.
14   Q    Did people show up?
15   A    People who were staying there, friends.
16   Q    How many people showed up to that event?
17   A    Thirty or 40, maybe.
18   Q    Any idea how they knew how to get there?
19   A    No.
20   Q    Any idea how they knew where to go for
21   that event?
22   A    Well, most of them were staying there.
23   So --
24   Q    There were 30 to 40 people staying at a
25   house?

Page 250

M. HEIMBACH

1
2     A     Over -- around two dozen, I believe.
3     Q     Where was the house?
4     A     Outside of Charlottesville, in the hills.
5     Q     And was there any document, ever, that
6  discussed staying -- where people would stay during
7  Unite the Right, that you're aware of?
8     A     No.
9     Q     Do you think people just showed up at the
10 same house by coincidence?
11    A     I don't recall how it was organized.
12    Q     Do you have any idea -- well, did you
13 stay at that house?
14    A     Yes.
15    Q     And what was the address of that house?
16    A     I don't know.
17    Q     You don't know the address of the house?
18    A     I didn't rent it.
19    Q     Did you write it down anywhere?
20    A     Not that I recall.
21    Q     You understand that when I say document,
22 I mean any written communication, right?
23    A     Yes.
24    Q     Including text messages, right?
25    A     Yes.

Page 251

M. HEIMBACH

1
2     Q     Including e-mails, right?
3     A     Yes.
4     Q     Including documents created on your
5  Google Doc, right?
6     A     Sure.
7     Q     And was there any document that you
8  wrote, anywhere, of the address where you would be
9  staying during the Unite the Right rally?
10    A     I don't recall.
11    Q     Do you recall coordinating, in writing,
12 in any way with the 30 to 40 people or so that were
13 staying at that address during the Unite the Right
14 rally?
15    A     I don't recall.
16    Q     Can you venture a guess as to how dozens
17 of people showed up at the exact same house at the
18 exact same time?
19    A     Someone else organized the booking, so --
20 I believe.
21    Q     Do you -- what booking?
22    A     For the house.
23    Q     Who booked it?
24    A     I don't know.
25    Q     Do you believe you received any sort of

Page 252

M. HEIMBACH

1
2  document saying what house people were to go to?
3     A     I don't know.
4     Q     Do you recall receiving any sort of
5  document saying where you should go to stay that
6  weekend?
7     A     I wasn't driving.  I don't really recall.
8     Q     My question is: Do you recall receiving
9  any document saying where you were going to be
10 staying that weekend?
11    A     I don't recall.
12    Q     Were you surprised, when you showed up at
13 a house, that two dozen people showed up at the same
14 house?
15    A     Not particularly.
16    Q     Why not?
17    A     When you put 15 people in a hotel room to
18 go to an event, two dozen showing up is nothing.
19    Q     But, I mean, was it surprising to you
20 that you all happened to come up with the same place
21 to stay without any written coordination of any kind?
22    A     Well, I wasn't in charge of coordinating.
23    Q     Was the booking done through Airbnb?
24    A     I don't recall.
25    Q     What was the address?

Page 253

M. HEIMBACH

1
2     A     I have no idea.
3     Q     How did you get there?
4     A     In a vehicle.
5     Q     Whose vehicle?
6     A     I believe it was a rental.
7     Q     Did you rent it?
8     A     I don't recall.
9     Q     Did you drive it?
10    A     At certain points.
11    Q     Who was in the vehicle?
12    A     Cesar Ortiz, Matt Parrott, maybe.  I
13 don't know.
14    Q     How did you get the car?
15    A     I don't recall.
16    Q     You don't recall -- how did you get in
17 the car?
18    A     I don't recall.
19    Q     Who procured the car?
20    A     Like, I know you don't believe me, but I
21 actually don't remember.
22    Q     You don't recall if you personally rented
23 a car that weekend?
24    A     No.  I've rented dozens of cars
25 throughout my activism career and I can't recall.

Page 254

M. HEIMBACH

1
2    Q    Can you recall a single document
3    coordinating any sort of planning of any kind that
4    you have seen concerning the Unite the Right rally?
5        A    No.
6        Q    Where did Exhibit 36 come from?
7        A    I believe I sent it to you.
8        Q    Where did you find it?
9        A    In my Google Docs.
10       Q    How did you find it?
11       A    I went back to 2017 and looked for all
12   the documents that were there.
13       Q    How many documents were there?
14       A    Everything I sent you.
15       Q    You sent me every single document in your
16   Google Docs?
17       A    Well, no.  The ones that I thought were
18   relevant and related to Unite the Right.
19       Q    How did you decide what was relevant to
20   Unite the Right?
21       A    Well, if they mentioned Unite the Right.
22       Q    And just to be clear, you think a Twitter
23   post that talks about the Charlottesville prisoners
24   of war -- meaning the people that were arrested at
25   Charlottesville -- you, in your estimation, believe

Page 255

M. HEIMBACH

1
2    that does not concern Unite the Right, correct?
3        A    Indeed.
4        Q    Did you apply any search terms to your
5    Google terms document?
6        A    No.
7        Q    Sorry.  Did you apply any search terms to
8    your Google Docs search?
9        A    No.
10       Q    You just looked at documents that you
11   thought were relevant?
12       A    In addition to giving a third-party
13   vendor access the Google account in question to go
14   over all of them.
15       Q    How many Google docs are saved in there,
16   total?
17       A    I don't know.
18       Q    Approximately?
19       A    I don't know.
20       Q    Is there fewer than a million?
21       A    There are fewer than a million but more
22   than two.  Somewhere between two and a million.
23       Q    So you have -- the best you can estimate
24   is that there is somewhere between two and a million
25   Google docs in your Google Doc drive?

Page 256

M. HEIMBACH

1
2        A    A couple dozen.
3        Q    So there's somewhere between two and a
4    couple dozen documents?
5        A    That would be accurate.
6        Q    Do you have any document that shows any
7    metadata associated with that e-mail?
8        A    No.
9        Q    So all we have to go on to understand
10   that you created that document and disseminated it is
11   your memory?
12       A    Well, then when the third-party vendor
13   gets to get into it and look at it to see its
14   creation date and such.  I trust them to do a good
15   job.
16       Q    Do you have any -- withdrawn -- other
17   e-mails that you found that concern Unite the Right?
18       A    Well, if I didn't send them to you.  I
19   didn't see any rough drafts or anything.
20       Q    Okay.  So that document, Exhibit 36, is
21   the only document that you preserved concerning the
22   Unite the Right rally?
23       A    No, I have the other one.  Is that 32,
24   maybe?  Thirty-two, along with the other documents I
25   sent you.  And all the e-mails that would have been

Page 257

M. HEIMBACH

1
2    on the ticket system that Matt Parrott has.
3                I sound like a broken record.
4        Q    You sent me about, you say, 12 documents
5    on July 7th?
6        A    That sounds about right.
7        Q    And just to be clear, you posted on
8    Discord, that we know of, more than 4,000 times,
9    right?
10       A    Oh, that I posted?
11       Q    Yes.
12       A    That sounds about right.
13       Q    And you've posted on approximately ten
14   different social media accounts, right?
15       A    I guess.
16       Q    You've published a number of articles,
17   right?
18       A    Yes.
19       Q    You've written in Action, a quarterly TWP
20   publication, right?
21       A    Uh-huh.
22       Q    You had at least three e-mail accounts
23   that may have responsive documents, correct?
24       A    One that I have access to, yes.
25       Q    And fair to say you are a prolific

Page 258

M. HEIMBACH

1
2  writer, right?
3      A   I used to be.
4      Q   And your search of your Google Docs
5  system for responsive documents turned up about ten
6  documents; is that fair to say?
7      A   It's still like 300 pages, though.
8      Q   Right.  And when you say 300 pages, that
9  also included a manuscript that you were writing
10 called White Juche?
11     A   Juche.
12     Q   Juche?
13     A   Yeah, you've gotta give welcome to North
14 Korean stuff.
15     Q   Okay.
16     A   It's wild.
17     Q   And that doesn't concern Charlottesville,
18 right?
19     A   It concerned in terms of your request on
20 anything involving white separatism.
21     Q   But you agree with me that your search
22 for responsive documents, that you performed for the
23 first time in the last month or two, turned up
24 approximately ten documents, right?
25     A   Well, unless you want to go back to

Page 259

M. HEIMBACH

1
2  reading all my ramblings that I've ever written that
3  have nothing to do with Charlottesville.  I mean, I'm
4  sure I could dig up more articles.
5      Q   Can you answer my question?
6          Do you agree with me that your search of
7  your electronic devices turned up approximately ten
8  documents that you believed were responsive to this
9  case, right?
10     A   That sounds about right.
11     Q   There was a blog on the Traditionalist --
12 withdrawn -- a blog on the TradWorker website, right?
13     A   Yes.
14     Q   Called the TradWorker Blog?
15     A   Yes.
16     Q   That blog included posts about the events
17 in Charlottesville?
18     A   I can't recall.
19     Q   You posted articles to that blog, didn't
20 you?
21     A   I have, yes.
22     Q   Did you take any steps to preserve
23 anything that was posted on the TradWorker blog?
24     A   No.  I was informed by Matt Parrott that
25 he had preserved all said information.

Page 260

M. HEIMBACH

1
2      Q   When did Matt Parrott tell you that?
3      A   Sometime over the past year.
4      Q   And tell us specifically what Matt
5  Parrott told you about preservation efforts.
6      A   That he had preserved all of the data in
7  relation to the website and the ticket system.
8      Q   And did Matt Parrott tell you that
9  because he preserved data that you didn't need to
10 preserve -- withdrawn.
11         Did Matt Parrott tell you that, because
12 he had preserved certain data, that you did not need
13 to produce documents in this case?
14     A   Well, I mean, how would I get them?
15     Q   Did he tell you that?
16     A   No.
17     Q   Did you ask your attorney whether Matt
18 Parrott's production of documents could satisfy your
19 discovery obligations?
20     A   I don't recall.
21     Q   You don't recall whether you asked your
22 attorney that?
23     A   No.
24     Q   You just assumed when Matt Parrott told
25 you I've got the documents preserved, that you were

Page 261

M. HEIMBACH

1
2  off the hook?
3      A   There would be no way for me to get them.
4  So --
5      Q   Did you take any steps to preserve
6  anything on the TradWorker blog?
7      A   Well, I didn't have any of the back end
8  information, so I couldn't.
9      Q   So the answer is, no?
10     A   Well, because it's all been preserved
11 anyway.  So --
12     Q   Is the answer to my question, no?
13     A   The answer to the question is more of a I
14 didn't have the ability to do that.  So --
15     Q   All right.  Listen carefully to my
16 question.
17     A   Uh-huh.
18     Q   Did you take any steps to preserve
19 content from the TradWorker blog?
20     A   No, because I would have no idea how to
21 even start.
22     Q   Traditionalist Worker Party also had an
23 account on Gab, right?
24     A   I guess.
25     Q   Did they or didn't they?

Page 262

M. HEIMBACH

1
2      A    I don't recall.
3      Q    Were you the chairman of Traditionalist
4  Worker Party?
5      A    Uh-huh.
6      Q    You don't know whether they had an
7  account on Gab?
8      A    I don't recall.
9      Q    Did TWP have an account on Twitter?
10     A    I don't recall.
11     Q    You didn't talk to anybody about whether
12  TWP had an account on Twitter?
13     A    Well, if they did, I wasn't managing it.
14     Q    Did you ever see a Twitter post from TWP?
15     A    I don't recall.
16     Q    You don't recall whether you have seen a
17  Twitter post on behalf of TWP in the last two years?
18     A    Yeah, it would have been a long time ago.
19     Q    Who would know whether TWP had a Gab
20  account?
21     A    Matt Parrott.
22     Q    Who would know that TWP had a Twitter
23  account?
24     A    Matt Parrott.
25          (Heimbach Deposition Exhibit No. 37

Page 263

M. HEIMBACH

1
2  was marked for the record.)
3  BY MR. BLOCH:
4      Q    I'm showing you Exhibit 37.
5          Do you recognize that?
6      A    I don't recognize it, per se, but it
7  looks like a TradWorker affiliated Twitter account.
8      Q    And you don't think -- withdrawn.
9          Matt Parrott would never discuss with
10  you, the chairman of the party, what would be posted
11  on any social media site?
12     A    I trusted people that managed social
13  media to manage social media.
14     Q    Is the answer to my question, no, Matt
15  Parrott never discussed with you any of the content
16  posted on any TWP social media site?
17     A    I can't recall.
18     Q    Is this a Twitter post from August 19th,
19  2017 that states:  Note that Heimbach, Richard
20  Spencer and the rest of Nationalist Rights stood
21  their ground and led their men in Charlottesville?
22     A    Looks like it.
23     Q    You've never seen this before?
24     A    Not that I can recall.
25     Q    Did you have credentials to any TWP

Page 264

M. HEIMBACH

1
2  social media account?
3      A    Not that I can recall.
4      Q    You didn't have any credentials to the
5  TWP Gab account?
6      A    Not that I can recall.
7      Q    You didn't have credentials to the TWP
8  Twitter account?
9      A    Not that I can recall.
10     Q    Do you recall any social media account
11  that TWP had?
12     A    The YouTube account.
13     Q    The one that we've already -- I've shown
14  you a picture of?
15     A    Yes.
16     Q    Other than the one that -- other than the
17  account that I showed you a picture of today, do you
18  as the chairman of Traditionalist Worker Party recall
19  any social media accounts that TWP had?
20     A    No.
21     Q    Do you recall a single post by TWP on any
22  social media account?
23     A    Not that I can recall.
24     Q    Did TWP have a VK account?
25     A    Not that I can recall.

Page 265

M. HEIMBACH

1
2      Q    Did you care what was posted on the TWP
3  social media accounts?
4      A    Well, I delegated and trusted people to
5  be able to manage things.
6      Q    And you never looked, ever, at the TWP
7  Twitter account to see what was being posted on
8  behalf of your organization?
9      A    I can't really recall.
10     Q    You never looked at the Gab account to
11  see what was being posted on behalf of the
12  organization that you were the chairman of?
13     A    Not that I can recall.
14     Q    Did you ever -- who -- who ran the TWP VK
15  page?
16     A    I don't know.
17     Q    You don't know?
18     A    Not that I can recall.
19     Q    When you say I don't recall, do you mean
20  you don't remember or do you just mean, no?
21     A    I mean I don't recall.
22          (Heimbach Deposition Exhibit No. 38
23  was marked for the record.)
24  BY MR. BLOCH:
25     Q    I'm showing you 38.  What is that?

Page 266

M. HEIMBACH

1
2     A    It looks like a VK page.
3     Q    Is that a TradWorker VK page?
4     A    Looks like.
5     Q    Is this the first time you've seen a
6  TradWorker, TWP account on VK?
7     A    I can't recall.
8     Q    Who would know?
9     A    Probably Matt Parrott.
10    Q    Why didn't you care what was being posted
11 on behalf of your organization on any social media
12 account?
13    A    Well, I couldn't manage everything.
14    Q    Well, what did you manage?
15    A    Writing the paper, networking for
16 activism.
17    Q    And that's it?
18    A    Media interviews.  Yeah.
19    Q    And other than media interviews,
20 activism -- what was the third thing you said?
21    A    Networking.
22    Q    Other than those things, you don't have
23 any idea what anybody else in the Traditionalist
24 Worker Party was doing?
25    A    I mean, I was doing my job.  Other people

Page 267

M. HEIMBACH

1
2  were doing theirs.
3     Q    And as the chairman, you didn't -- were
4  there meetings?
5     A    Yes.
6     Q    When did meetings happen?
7     A    When local groups decided to meet.
8     Q    Did you ever have internal meetings with
9  the Traditionalist -- withdrawn.
10         Did you ever have meetings with the TWP?
11    A    Yes.
12    Q    How often?
13    A    Depended on the region, membership in
14 that area.
15    Q    Approximately how often did you meet as a
16 party?
17    A    Well, I mean people were spread out over
18 a pretty big distance.  So the question is, like, how
19 often did I meet up to go bowling with TWP members in
20 my local region, or how often did we have like a big
21 hootenanny?
22    Q    Did you have meetings as a party about
23 the operation of the party?
24    A    Well, in terms of the operation of the
25 party, that would have been conversations between

Page 268

M. HEIMBACH

1
2  myself, Matt Parrott and Tony Hovater.
3     Q    And did the three of you ever have
4  discussions about TWP?
5     A    Yes.
6     Q    And in your discussions about TWP, did
7  you ever discuss social media for TWP?
8     A    Not that I can recall.
9     Q    And you don't recall ever having
10 reviewed, ever, any social media account that
11 belonged to TWP?
12    A    I don't recall.
13    Q    You don't actively review Iron March,
14 right?
15    A    Like, I've read the website?
16    Q    Sure.
17    A    Sometimes.
18    Q    How much time a day would you spend on
19 social media?
20    A    I don't know.  Depended on the day,
21 right?
22    Q    Yeah.  Approximately.
23    A    I don't know.
24    Q    Approximately how many hours a day would
25 you spend on social media?

Page 269

M. HEIMBACH

1
2     A    I don't know.  It depends if it's a
3  workday, if I was spending time with my kids, if I
4  was traveling, if I was doing activism.  I mean,
5  that's a pretty wide range between zero time and a
6  really lazy Saturday.
7     Q    Did you take any steps to preserve any of
8  the content from any TWP social media account?
9     A    Well, considering I wasn't running them,
10 no.
11    Q    And as you sit here today, you don't know
12 whether anybody has taken any steps to preserve the
13 content of any social media account on behalf of TWP?
14    A    Not in my wheelhouse.
15    Q    Is the answer to my question, no?
16    A    Yes.
17    Q    In your supposed conversation you had
18 sometime in the last year with Matt Parrott about
19 preservation efforts, you did not discuss any TWP
20 social media accounts?
21    A    Nope, not to my knowledge.
22    Q    How long did that conversation last?
23    A    I don't recall.
24    Q    When did that conversation take place?
25    A    Sometime in the last year.

Page 270

M. HEIMBACH

1
2    Q    Sometime in 2018, fair to say?
3    A    Probably.
4    Q    What's Traditionalist Youth Network?
5    A    An organization that existed for, like, a
6    year and a half.
7    Q    Who founded it?
8    A    I did.
9    Q    What is tradyouth.org?
10   A    A website.
11   Q    Who else was involved in Traditionalist
12   Youth Network?
13   A    Matt Parrott.
14   Q    Anybody else?
15   A    Well, like membership, yeah.
16   Q    How many members?
17   A    I don't know.
18   Q    Can you approximate?
19   A    Not really.
20   Q    Is it fewer than a million members?
21   A    Fewer than a million.
22   Q    Would it be fewer than 10,000?
23   A    Yes.
24   Q    Is it fewer than 1,000?
25   A    Yes.

Page 271

M. HEIMBACH

1
2    Q    Is it fewer than 500?
3    A    For TYN, yes.
4    Q    Is it fewer than 250?
5    A    I don't know.
6    Q    Is it somewhere between zero and 500?
7    A    Between at least two and 500.
8    Q    Between two and 500?
9    A    Yeah.
10   Q    When I asked you if you could estimate,
11   is there any reason you couldn't have said between
12   two and 500?
13   A    It just seems overly broad.  I wouldn't
14   want to disrespect you.
15   Q    To be clear, tradyouth.org is the
16   Traditionalist Youth Network's website, right?
17   A    It was.
18   Q    And that -- and who is the intended
19   audience for that website?
20   A    College students.
21   Q    And that website -- did you run the
22   website?
23   A    Nope.
24   Q    Matt Parrott?
25   A    Uh-huh.

Page 272

M. HEIMBACH

1
2    Q    And did that audience include people that
3    you were aware would attend Unite the Right?
4    A    Well, no, because TYN was shut down
5    before Charlottesville.
6    Q    So is it your testimony that there was no
7    content on tradyouth.org that concerned the Unite the
8    Right rally?
9    A    I don't think that website even existed
10   past 2014, to the best of my knowledge.
11   Q    And just to be clear, that's based on
12   your recollection, right?
13   A    Yes, that's based on my recollection.
14   Q    And your recollection is that
15   tradyouth.org was shut down by 2014, right?
16   A    Well, by 2015-ish.
17        (Heimbach Deposition Exhibit No. 39
18   was marked for the record.)
19   BY MR. BLOCH:
20   Q    I'm showing you Exhibit 76 -- sorry --
21   sorry -- Exhibit 39.
22        Do you recognize that?
23   A    It looks like the website.
24   Q    And when you say it looks like the
25   website, do you mean it looks like tradyouth.org?

Page 273

M. HEIMBACH

1
2    A    It does, yes.
3    Q    And does it also look like, to you, that
4    there's an article posted there?
5    A    Yeah, it looks like it.
6    Q    And does it also look like to you that
7    the article concerns Unite the Right?
8    A    Yeah, I totally forgot this is still even
9    up.
10   Q    Would it be fair to say, Mr. Heimbach,
11   that your memory is not entirely reliable?
12   A    Oh, certainly not.
13   Q    Certainly not reliable, right?
14   A    Oh, no.
15   Q    Do you actually have a diagnosed issue
16   with your memory?
17   A    Oh, no, I don't.
18   Q    Have you suffered any brain trauma of any
19   kind?
20   A    I did get hit with a bat in
21   Charlottesville.
22   Q    So this is an article that says:  Proud
23   boys are cordially invited to Unite the Right.
24        Right?
25   A    Looks like.

Page 274

M. HEIMBACH

1
2    Q    And that was posted on tradyouth.org?
3    A    By Matt Parrott, yes.
4    Q    I'll take the exhibit back for a second.
5         Were there videos posted on
6    tradyouth.org?
7    A    I think so.
8    Q    And were there podcasts posted?
9    A    I believe so.
10   Q    And the videos concerned Unite the Right,
11   didn't they?
12   A    Not that I can recall.
13   Q    But that's based on your memory, right?
14   A    Indeed.
15   Q    And are there podcast on tradyouth.org?
16   A    I believe so.
17   Q    And did those concern Unite the Right?
18   A    I don't recall.
19   Q    Does tradyouth.org still exist?
20   A    Not to the best of my knowledge.
21   Q    When was it taken down?
22   A    I don't recall.
23   Q    Did -- you had an e-mail account
24   associated with Traditionalist Youth Network?
25   A    Not that I recall.

Page 275

M. HEIMBACH

1
2    Q    That's based on your memory, though,
3    right?
4    A    Yes.  That's all I've got.
5    Q    And did you take any steps to preserve
6    any of the content of tradyouth.org?
7    A    Considering I didn't run the site, no.
8    Q    You were also a member of Nationalist
9    Front, right?
10   A    It wasn't really a member thing, per se.
11   Q    You were not a member of Nationalist
12   Front?
13   A    Well, I mean, the Nationalist Front was
14   more of an idea.
15   Q    Right.  So my question is:  Were you a
16   member of the Nationalist Front?
17   A    No.  The Traditionalist Worker Party was.
18   Q    Well, you were not a leader of
19   Nationalist Front?
20   A    I'm just a guy.
21   Q    My question is:  Were you a leader of the
22   Nationalist Front?
23   A    I don't really -- I mean, were there
24   really leaders, though?  More of a coalition sort of
25   thing.

Page 276

M. HEIMBACH

1
2         I did lead an organization that was
3    affiliated with an umbrella, a coalition idea.
4    Q    Would you describe yourself as one of the
5    leaders of the Nationalist Front?
6    A    It doesn't exist anymore.
7    Q    Are you going to answer my question?
8    A    Yeah.
9    Q    Would you describe yourself as a leader
10   of the Nationalist Front?
11   A    The leader of an organization that was a
12   member to the Nationalist Front coalition.
13   Q    Okay.  So is the answer to my question,
14   no, you would not call yourself a leader of the
15   Nationalist Front coalition?
16   A    I was the leader of the Traditionalist
17   Worker Party, which was a member group.  So there was
18   no, like, head honcho of NF.  There were different
19   organizations that had their own leadership
20   structure.
21   Q    I see.
22        Is your testimony about your role in
23   Nationalist Front, is that based on your memory?
24   A    Yeah.
25   Q    Okay.  And did Nationalist Front have a

Page 277

M. HEIMBACH

1
2    website?
3    A    Yes.
4    Q    You remember that?
5    A    Yes.
6    Q    And what was the website?
7    A    NFunity.org.
8    Q    And there were documents posted on the
9    website, right?
10   A    I assume so.
11   Q    Well, do you recall if there were
12   documents posted on the website?
13   A    There was a unifying statement of
14   principles.
15   Q    Anything else?
16   A    Member organizations.
17        (Heimbach Deposition Exhibit No. 40
18   was marked for the record.)
19   BY MR. BLOCH:
20   Q    Okay.  I'm showing you Exhibit 40.
21        Do you recognize that?
22   A    Yes.
23   Q    You do recognize that?
24   A    Yes.
25   Q    What is that?

Page 278

M. HEIMBACH

1
2     A    It looks like a list of the different
3  leaders of organizations that were in the Nationalist
4  Front.
5     Q    Does the -- it's a document, right?
6     A    It is indeed.
7     Q    And at the top of the document -- have
8  you seen this document before?
9     A    Not in a while.
10    Q    At the -- but, yes?
11    A    Yes, now that it's in front of me.
12    Q    The top of the page says The Nationalist
13 Front, right?
14    A    Yes.
15    Q    And then under that it says Leadership,
16 right?
17    A    Yes.
18    Q    And would it be fair to assume that
19 leadership means leadership of the Nationalist Front?
20    A    Well, I feel like you're -- your argument
21 is six of one, half dozen of another.
22         Leadership of various organizations that
23 were equals to one another.
24    Q    Does your copy of the document say
25 leadership of various organizations or does it just

Page 279

M. HEIMBACH

1
2  say leadership of Nationalist Front?
3     A    Well, if you read the descriptions, this
4  identifies Jeff Schoep as being the leader of
5  National Socialist Movement, myself as being the
6  leader of Traditionalist Worker party, Dylann being
7  the leader of Vanguard America, and Dr. Michael Hill
8  being the leader of League of the South.
9         So leaders of different organizations
10 that were united together, yes.
11    Q    But you agree that you were listed as one
12 of the persons under Leadership under this document,
13 right?
14    A    Like, but what does that mean.
15    Q    I'm not asking you what it means, am I?
16    A    Well, I feel like it kind of matters.
17    Q    My question is:  Are you listed as one of
18 the people on this document under the word
19 Leadership?
20    A    Of an organization that was part of a
21 coalition.
22    Q    I'm going to try it one more time.
23    A    I understand what you're saying, but I
24 think these distinctions do matter to get to the
25 heart of the matter, right?

Page 280

M. HEIMBACH

1
2     Q    Mr. Heimbach, you understand that you are
3  required to answer my questions, right?
4     A    Yes, and I'm trying to the best of my
5  ability, but I feel like you're not exactly listening
6  of what I'm saying.
7     Q    All right.  So let me be very clear.
8     A    Yes, I'm in the document as -- as a
9  leader, right, which means that I was a leader of an
10 organization that was part of a coalition.
11    Q    Was there content on the website
12 NFunity.org that concerned the Unite the Right rally?
13    A    I don't recall.
14    Q    And that's based on your memory, right?
15    A    I didn't write the website.
16    Q    My question is:  That's based on your
17 recollection?
18    A    Based on my recollection.
19    Q    And did you check in any way in your
20 production efforts in this case?
21    A    I don't believe the website is still
22 on-line.
23    Q    Is it still on-line?
24    A    I don't think so.
25    Q    Did you check whether it's still on-line?

Page 281

M. HEIMBACH

1
2     A    No.  Is it, though?
3     Q    Do you have reason to believe the website
4  is no longer on-line?
5     A    I believe it most likely was taken down
6  when Matt Parrott took down the Traditionalist Worker
7  Party website.
8     Q    Well, do you have a recollection of the
9  website being taken down?
10    A    Not directly.
11    Q    Did you take any steps to preserve any
12 content that existed on NFunity.org at any time?
13    A    I didn't control the back end of the
14 website, so I'd have no ability to do so, to the best
15 of my knowledge.
16    Q    Did Nationalist Front have its own e-mail
17 system?
18    A    I believe Matt Parrott had created a
19 ticket system that was similar to the one for the
20 Traditionalist Worker Party.
21    Q    So is the answer to my question, yes?
22    A    I believe so.
23    Q    And you had a Nationalist Front e-mail
24 address, right?
25    A    I don't recall.  I think it was tied in

Page 282

M. HEIMBACH

1
2  with the TradWorker system, if memory serves me
3  right.
4       Q    Well, do you recall or don't you recall
5  whether you had an e-mail address on the Nationalist
6  Front e-mail system?
7       A    No, I don't recall.
8       Q    And who controlled the Nationalist Front
9  e-mail system?
10      A    Matt Parrott.
11          (Heimbach Deposition Exhibit No. 41
12      was marked for the record.)
13  BY MR. BLOCH:
14      Q    I'm showing you Exhibit 41.
15          Do you recognize this, Mr. Heimbach?
16      A    Well, I don't recognize it, but I
17  understand what it is.
18      Q    And what is it?
19      A    It looks like a ticket.
20      Q    From?
21      A    NFunity.org, I suppose.
22      Q    Is this a ticket that is part of the
23  Nationalist Front e-mail ticket system?
24      A    I assume so.
25      Q    Is that what it looks like to you?

Page 283

M. HEIMBACH

1
2       A    That's what it looks like.
3       Q    And do you see that there's a message on
4  August 16th, 2017 from Commander Schoep?
5       A    Yes.
6       Q    And do you understand that to be Jeff
7  Schoep?
8       A    Indeed.
9       Q    And do you see that the content of that
10  message includes a reference to the battle in
11  Charlottesville?
12      A    Yes.
13      Q    And do you understand that to be a
14  reference to what took place at the Unite the Right
15  rally?
16      A    I suppose so.
17      Q    And do you see that at the top of that
18  e-mail, there is a CC, right?
19      A    Yes.
20      Q    And it CCs you, TWP Leader Matt Heimbach,
21  right?
22      A    Uh-huh.
23      Q    Does that refresh your recollection that
24  you had an e-mail account on the Nationalist Front
25  ticket e-mail system?

Page 284

M. HEIMBACH

1
2       A    I still think they were integrated with
3  the TradWorker one.  I don't -- I believe.
4       Q    Do you know whether -- when you sit here
5  today, whether or not you had a separate e-mail
6  account for the Nationalist Front?
7       A    No.
8       Q    You might have, you might not have; is
9  that your testimony?
10      A    Matt Parrott would know.
11      Q    I'm asking what you know, Mr. Heimbach.
12      A    I don't know.
13      Q    Do you know whether you had an e-mail
14  account associated with the Nationalist Front's
15  ticket e-mail system?
16      A    No.
17      Q    And you didn't take any steps to check
18  that when you were ordered to produce documents in
19  this case?
20      A    I mean, I even forgot this existed.
21      Q    So is the answer to my question, no, you
22  did not check to see whether you had a Nationalist
23  Front e-mail account when you were ordered to produce
24  documents in this case?
25      A    Yes, I didn't remember that this existed.

Page 285

M. HEIMBACH

1
2       Q    And so you did not check?
3       A    No, I did not check.  It's hard to check
4  for things you don't remember.
5       Q    Did you talk about Charlottesville or
6  Unite the Right on your Nationalist Front e-mail
7  system?
8       A    I don't recall.
9       Q    Do you still have access to your
10  Nationalist Front e-mail account?
11      A    I assume not.
12      Q    Do you know?
13      A    No.
14      Q    Where are the documents stored that were
15  generated by the Nationalist Front ticket e-mail
16  system?
17      A    I assume in Matt Parrott's house.
18      Q    I don't want you to assume, Mr. Heimbach.
19          Do you know?
20      A    Nope.  I was never in charge of them.
21      Q    You also had meetings in real life to
22  discuss planning for Charlottesville, and by that I
23  mean Nationalist Front meetings, right?
24      A    We had a rally in Pikeville, Kentucky.
25      Q    Well, apart from the rally in Pikeville,

Page 286

M. HEIMBACH

1
2  Kentucky, isn't it also true you had a meeting with
3  the Nationalist Front to discuss planning for
4  Charlottesville?
5      A   I don't recall.
6      Q   Do you recall anything you did in your
7  capacity as a Nationalist Front leader related to the
8  Unite the Right event?
9      A   No.
10     Q   Nothing?
11     A   Not off the top of my head.
12         (Heimbach Deposition Exhibit No. 42
13     was marked for the record.)
14  BY MR. BLOCH:
15     Q   I'm showing you Exhibit 42.  Is that a
16  Discord post by you?
17     A   Yes.
18     Q   And did you post on Discord, on July 8th,
19  2017:  Reminder to all comrades in the area.  We will
20  be hosting a Nationalist Front meeting, TWP and
21  allies in Ocoee, Tennessee this weekend, on Saturday
22  at 1:00 p.m. at the famous Whitewater Grill.  The
23  address is 1224 US 64, Ocoee, Tennessee 37361.  The
24  purpose of the meeting is to plan for the upcoming
25  Charlottesville event car pool, plan for future

Page 287

M. HEIMBACH

1
2  events, network and do a flash demo.  Come meet great
3  comrades and let's make history.
4         Do you see that?
5      A   I do.
6      Q   Did you post that on Discord on July 8th,
7  2017?
8      A   I assume so.
9      Q   Were there notes taken at that meeting of
10  any kind?
11     A   I don't believe so.
12     Q   Do you see, Mr. Heimbach, that in your
13  capacity as a leader you sent out a document that
14  included logistical details for the meeting that you
15  wanted people to attend?
16     A   To show up at Rick Tyler's family-run
17  restaurant, yeah.
18     Q   Right.  So you agree with me that you
19  sent out a document that included details, such as
20  address, time, for an event that was just to meet and
21  discuss Charlottesville, right?
22     A   Yes.  I don't recall really getting
23  around to discussing Charlottesville.
24         I mean, the whole meeting is covered in a
25  journalist Vegas Tenold's book, Everything You Love

Page 288

M. HEIMBACH

1
2  Will Burn.  So that's a pretty -- as close to notes
3  that exist, I think.
4      Q   But you see, Mr. Heimbach, how you in
5  your capacity as one of the leaders sent out a
6  document that included these sorts of logistics so
7  that people knew where to go, right?
8      A   Sure.
9      Q   And why did you think that was important
10  to do for this meeting?
11     A   So we could have fellowship and
12  fraternity.
13     Q   But did you think it was important to
14  give people logistics about where to be and at what
15  time so that people knew where to go and where to be
16  at what time?  Did you think that was important for
17  that meeting in July?
18     A   It's hard to have lunch without telling
19  people when to show up.
20     Q   Right.  You sort of have to tell people
21  where to be at what time if you want to have an
22  organized meeting, right?
23     A   Sure.
24     Q   And that was important to you on
25  July 8th, 2017, right?

Page 289

M. HEIMBACH

1
2      A   Looks like.
3      Q   And is it your testimony that you didn't
4  see or send out any sort of document like this,
5  including logistics, with respect to the Unite the
6  Right rally that happened one month later?
7      A   I don't recall.  The e-mails would have
8  been sent out by Matt Parrott.
9      Q   But you don't have any recollection of
10  anything like that, right?
11     A   Uh-uh.
12     Q   Now, fair to say Matt Parrott is a close
13  friend of yours?
14     A   Yeah.
15     Q   And you were still friends with him in
16  February of 2018, right?
17     A   Uh-huh.
18     Q   And you talked to him every day?
19     A   Close enough.
20     Q   And you live -- in February 2018, how far
21  did you live from him?
22     A   Fifty yards.
23     Q   And you spoke to him about Unite the
24  Right, right?
25     A   I don't think I can really recall

73

Page 290

M. HEIMBACH

1
2  specifics.
3     Q    Is it your testimony, Mr. Heimbach, that
4  you did not discuss Unite the Right with Matthew
5  Parrott?
6     A    I'm sure we did, I just can't recall
7  specifics.
8     Q    But you talked to him about Unite the
9  Right, right?
10    A    Sure.
11    Q    And you had conversations with
12 Mr. Parrott about this lawsuit, right?
13    A    I assume so.
14    Q    Well, I'm not asking you to assume,
15 Mr. Parrott [sic].
16       You did have conversations about this
17 lawsuit, didn't you?
18    A    Again, I assume so, yeah.
19    Q    Were you friends with Mr. Parrott on any
20 social media accounts?
21    A    Facebook.
22    Q    Okay.  And as a friend of Mr. Parrott's
23 Facebook, you are able to see the things he posts on
24 his page, right?
25    A    Yes.

Page 291

M. HEIMBACH

1
2       (Heimbach Deposition Exhibit No. 43
3  was marked for the record.)
4  BY MR. BLOCH:
5     Q    I'm showing you Exhibit 43.
6       Do you recognize that?
7     A    No.
8     Q    Is that a post from Mr. Parrott's
9  Facebook page?
10    A    Looks like.
11    Q    And that's a post that Mr. Parrott posted
12 on February 27, 2018, right?
13    A    Yes.
14    Q    And Mr. Parrott wrote:  General note.  If
15 you were involved in any altercation in Cville and
16 you haven't disabled your social media, you should do
17 so.  I know it's a bit late for some folks,
18 obviously, but just in case there's anybody out there
19 reading this who's out there who hasn't taken that
20 step, do so.  It doesn't matter if you actually did
21 anything.  Everybody's getting a ride, even if it's
22 totally obvious that they're not convictable.
23    A    Isn't that the truth.
24       Am I supposed to have an opinion on
25 Mr. Parrott's post?

Page 292

M. HEIMBACH

1
2     Q    You saw that post, right?
3     A    Not that I can recall.
4     Q    Did you ever have a conversation with
5  Mr. Parrott about disabling social media accounts?
6     A    Not that I can recall.
7     Q    Even though you spoke to him every day,
8  were friends with him on Facebook, lived 50 feet from
9  him and talked to him about Charlottesville and this
10 lawsuit, it's your testimony that you did not see
11 this Facebook page or have any conversation with
12 Mr. Parrott about disabling social media accounts; is
13 that your testimony, sir?
14    A    Not that I can recall.
15       He posts a lot.  It's hard to keep up
16 with all that.
17    Q    You agree with me, Mr. Heimbach, that
18 every single social media account that you were on
19 that concerns the Unite the Right has been either
20 disabled or deleted since you were sued in this case?
21    A    Yes.  To the best of my knowledge.
22    Q    You had a podcast -- we discussed this --
23 called Daily Traditionalist, right?
24    A    Uh-huh.  Are you guys regular listeners?
25    Q    When did you start that podcast?

Page 293

M. HEIMBACH

1
2     A    I don't recall.  I'm sure we can go back
3  in the archives, though.
4     Q    Approximately when did you start the
5  Daily Traditionalist podcast?
6     A    I still don't recall, but we could check
7  the archives if you'd like.
8     Q    Was it after 1980?
9     A    I believe I was born, yes.
10    Q    So would it be fair to say it was after
11 1980?
12    A    At least 1991.
13    Q    And was it after the year 2000?
14    A    Yes.
15    Q    Was it after the year 2010?
16    A    Somewhere between the years of 2014 to
17 2017.
18    Q    That's when you created the Daily
19 Traditionalist?
20    A    Somewhere in there.
21    Q    And who are the listeners of this
22 podcast?
23    A    Well, I mean you guys.  I mean that's
24 been my biggest fans, right?
25       White nationalists.

Page 294

M. HEIMBACH

1
2    Q    And how many episodes would you say
3    you've appeared on?
4    A    Oh, I don't know.  I mean, I did it daily
5    for a while.  Over a hundred, if I were to give an
6    estimate.
7    Q    And other Defendants have appeared on
8    that podcast, too, right?
9    A    Yes.
10   Q    Including Tony Hovater?
11   A    Yes.
12   Q    Where are the recordings of this podcast
13   kept?
14   A    On the archives of Radio Aryan.
15   Q    Does that website still exist?
16   A    Yes.
17   Q    And so all of those podcasts are
18   available on that website, as far as you know?
19   A    As far as I know.
20   Q    Have you checked?
21   A    No.
22   Q    Well, there are podcasts that discuss
23   Unite the Right; isn't that true?
24   A    I assume so.
25   Q    Well, you were on the podcasts, right?

Page 295

M. HEIMBACH

1
2    A    Yes, but you do a podcast everyday, it's
3    hard to remember what you talked about from Tuesday
4    to Friday, let alone two years ago.
5    Q    Did you say on a podcast on October 12th,
6    2017, you were incredibly restrained in
7    Charlottesville?
8    A    I assume you can play it, so I'm going to
9    go ahead with yes, but I don't recall.
10   Q    Did you make -- sure.  Whatever.
11        I'm referring to Exhibit 1 at 8.45.
12        Podcast Recording Played:
13        (Sounds like a wonderful idea.
14   It's -- well, if we can grow -- in every
15   with respect, incredibly restrained.  In
16   our planning, in our talking with people,
17   in our actual actions.  Incredibly
18   restrained in Charlottesville.  We
19   would --)
20   BY MR. BLOCH:
21   Q    Is that your voice, Mr. Heimbach?
22   A    It is, and I stand by that comment.
23   Q    And were you talking about Unite the
24   Right?
25   A    I was.

Page 296

M. HEIMBACH

1
2    Q    You also appeared on a podcast called the
3    Daily Nationalist, right?
4    A    Yes.
5    Q    And you discussed Unite the Right on that
6    pod cast, as well, right?
7    A    I believe so, yes.
8    Q    You believe so or you did?
9    A    I believe so.
10   Q    Do you not recall?
11   A    No.  If you're referring to an episode
12   from -- I don't know -- a month ago, yes.
13   Q    So you do recall speaking about Unite the
14   Right on a Daily Nationalist podcast about a month
15   ago, right?
16   A    Yes.
17   Q    Have you appeared on any other podcasts?
18   Q    Like, ever?
19   Q    Yeah.
20   A    Like ever, ever?  Yes.
21   Q    How about The Radical Agenda?
22   A    Yes.
23   Q    And whose podcast is that?
24   A    Chris Cantwell's.
25   Q    And have you discussed Charlottesville on

Page 297

M. HEIMBACH

1
2    The Radical Agenda?
3    A    I think so.
4    Q    Have you taken any steps to preserve any
5    episodes of any podcasts?
6    A    In regards to The Radical Agenda, given
7    that Chris Cantwell is a Codefendant, I understood
8    that he would have a responsibility to preserve all
9    that information regardless.  So --
10   Q    Did you discuss that with Mr. Cantwell?
11   A    I assumed he was going to fulfill his
12   discovery obligations.
13   Q    I'm not asking for what you assumed,
14   Mr. Heimbach.
15        Did you discuss that with Mr. Cantwell?
16   A    I don't recall discussing that, no.
17   Q    Have you taken any steps to preserve any
18   episodes of any of your podcasts?
19   A    No.
20   Q    Have you made any efforts to produce any
21   of your podcasts to Plaintiffs in discovery in this
22   case?
23   A    I didn't know you guys wanted to hear
24   them.
25   Q    Do you recall looking at the document

Page 298

M. HEIMBACH

1
2  requests earlier today?
3      A    Yes.
4      Q    And you agree that you've reviewed that,
5  right?
6      A    I have now reviewed it, yes.
7      Q    Well, you reviewed it when I sent it to
8  you, at least, on July 7th, 2019, right?
9      A    It sounds accurate.
10     Q    And you agree with me that one of the
11 things we asked is podcasts, right?  Didn't we talk
12 about that?
13     A    Yes, but I hadn't really thought of it.
14 I'd be happy to go through the archives going forward
15 to fulfill any obligations.
16     Q    Do you have a podcast called Action?
17     A    Not anymore.
18     Q    Have you ever?
19     A    Yes.
20     Q    And how many episodes were there on
21 Action?
22     A    Eight, I think.
23     Q    And who is the intended audience for
24 Action?
25     A    Concerned soccer moms, and white

Page 299

M. HEIMBACH

1
2  nationalists.  Really everybody.  It's a family show.
3      Q    When did you create the first episode of
4  Action?
5      A    Eight weeks before it ended, I guess.
6  Maybe January.
7      Q    Of what year?
8      A    2018.
9      Q    You created it in January 2018?
10     A    I believe so, to the best of my
11 knowledge.
12     Q    And you appeared on the podcast with Tony
13 Hovater?
14     A    Indeed.
15     Q    Any other Defendants?
16     A    I'd have to look.
17     Q    You agree that you spoke about Unite the
18 Right on some of the episodes of that podcast?
19     A    Not that I recall, but if you've got a
20 transcript I'm going to assume.
21     Q    Well, I'm asking you.  Do you recall?
22     A    No, I don't recall.
23     Q    Did you take any steps to preserve the
24 audio files of Action?
25     A    Well, the audio files were deleted in

Page 300

M. HEIMBACH

1
2  March of 2018 by therightstuff.biz.  I never had the
3  files and they were deleted overnight by the hosts.
4      Q    Where were they deleted?
5      A    An in-fight within white nationalism.
6      Q    Tell me about that.
7      A    They got upset, essentially, with the
8  podcast and with the Traditionalist Worker Party.
9  So, without any warning, they deleted the content.
10     Q    And who is that, that you're referring?
11 What's the name?
12     A    The death panel.  Mike Peinovich, Jazz
13 Hands, JO probably.  I don't know.  I don't really
14 know who was involved in all that decision.
15     Q    What's the death panel?
16     A    It's the hosts of the Daily Shoah.
17     Q    And why are they called the death panel?
18     A    It's a joke.
19     Q    Who is JO?
20     A    One of the guys that podcasts on
21 therightstuff.
22     Q    So Mike Peinovich deleted your
23 podcasts --
24     A    Well, I don't know that it was him.  It
25 could have been Sven or any of the other guys.

Page 301

M. HEIMBACH

1
2      Q    Who's Sven?
3      A    A guy that's on the Daily Shoah.
4      Q    Is that Sven Longshanks?
5      A    No, different Sven.
6      Q    Really?
7      A    Really.
8      Q    What is this Sven's last name?
9      A    I don't know.
10     Q    Is this Sven a member of TWP?
11     A    No.  No, the TRS crowd was never going to
12 be wearing a TWP T-shirt.
13     Q    Did you ever appear on a podcast called
14 Nord Front?
15     A    Yes.
16     Q    What is that?
17     A    It's a Nordic resistance movement English
18 language podcast.
19     Q    And does that advocate white nationalism?
20     A    National socialism.
21     Q    And did you appear on that podcast
22 shortly after the Unite the Right rally?
23     A    I don't recall.
24     Q    Did you appear on that podcast sometime
25 on August 12th or 13th of 2017?

Page 302

M. HEIMBACH

1
2      A    I don't recall.
3      Q    Did you appear on a podcast on
4  August 12th?
5      A    I don't recall.
6      Q    Did you appear on a podcast on
7  August 13th?
8      A    I don't recall.
9      Q    Is your memory of August 12th so faulty
10  that you don't remember whether or not you even
11  appeared on a podcast or not?
12      A    You know, faulty is one way to say it,
13  but I think a more accurate thing would be I remember
14  the defining moment of antifascists with assault
15  rifles pointing them at me or being struck in the
16  head with a bat.  Those kind of stick out far more
17  than if I did a podcast.
18      Q    And you don't know whether you appeared
19  on a podcast on August 13th to discuss the rally?
20      A    I do not.  If you have a transcript, you
21  could refresh your memory, but I honestly don't
22  recall.  That was kind of a hectic couple days.
23      Q    Are you familiar with Occidental Dissent?
24      A    Yes.
25      Q    What is that?

Page 303

M. HEIMBACH

1
2      A    That's a blog done by Brad Griffin.
3      Q    Did you have an account on Occidental
4  Dissent?
5      A    One that Matt Parrott had set up.
6      Q    So the answer is, yes?
7      A    Yes.
8      Q    By the way, what is Matt Parrott's actual
9  title within the Traditionalist Worker Party?
10      A    I don't know.  Secret Wizard of
11  Technology.
12      Q    Is it fair to say he is lower on the
13  hierarchy of TWP than you are?
14      A    No.
15      Q    Even though you're the chairman?
16      A    Well, I know how to people.  That's kind
17  of the big difference here.  Can't technology to save
18  my life, but I can people.  More of a dynamic duo
19  sort of arrangement.
20      Q    Is Matt Parrott related to Jessica
21  Parrott in any way?
22      A    They're ex-spouses.
23      Q    Is Matt Parrott related to Brooke
24  Heimbach in any way?
25      A    Not biologically or adoption.  He was

Page 304

M. HEIMBACH

1
2  married to her biological mother for a period of
3  time, but not actually related.
4      Q    Is Matt Parrott Brooke Heimbach's
5  father-in-law?
6      A    Well, no.
7      Q    Withdrawn.
8           Is Matt Parrott Brooke Heimbach's
9  step-father?
10      A    Not legally.  He never adopted her.
11  So --
12           THE WITNESS:  So about that coffee?
13           MR. BLOCH:  Why don't we go off the
14  record and take a 20-minute lunch break.
15           THE WITNESS:  Cool.
16           THE VIDEOGRAPHER:  We're going off
17  the record.  The time is 1:51 p.m.
18           (Brief pause.)
19           THE VIDEOGRAPHER:  We're back on
20  the record.  The time is 2:17 p.m.
21  BY MR. BLOCH:
22      Q    Good afternoon, Mr. Heimbach.
23      A    Good afternoon, Mr. Bloch.
24      Q    Mr. Heimbach, you had a cell phone on
25  August 12th, 2017, right?

Page 305

M. HEIMBACH

1
2      A    Yes.
3      Q    And what kind of phone was that?
4      A    I don't know.
5      Q    You don't have any idea what kind of
6  phone it was?
7      A    Android.
8      Q    Is that phone identified on the
9  certification that you filled out?
10      A    I'd have to look at it.
11           (Heimbach Deposition Exhibit No. 44
12  was marked for the record.)
13  BY MR. BLOCH:
14      Q    I'm showing you Exhibit 44.
15      A    Yes, that would be the third one.
16      Q    So the third -- the notation on the
17  certification that says Android?
18      A    Yes.
19      Q    What does that say, the nature of
20  responsive documents on device?
21      A    Text, location data, device removed -- I
22  think -- as explained in submitted affidavit.
23      Q    And so that notation refers to the cell
24  phone that you had on August 12th 2017, right?
25      A    Yes.

Page 306

M. HEIMBACH

1
2    Q    And the phone number on that was
3    (301)525-1474?
4    A    Yup.
5    Q    When did you purchase that phone?
6    A    I have no idea.
7    Q    Approximately when did you get that
8    phone?
9    A    I have no idea.
10   Q    Well, was it in 2017?
11   A    I don't know.
12   Q    Was it sometime after 2010?
13   A    Sometime after 2010.
14   Q    Sometime after 2015?
15   A    I don't know.
16   Q    So it's conceivable that you had that
17   phone for seven years; is that right?
18   A    Sometime after college.  I don't remember
19   when I got it.
20   Q    And when did you graduate college?
21   A    2013.
22   Q    Okay.  So are you testifying that you got
23   that phone sometime after 2013?
24   A    I believe so.
25   Q    So you had that phone approximately for

Page 307

M. HEIMBACH

1
2    about four years up until August 12, 2017?
3    A    I don't know.
4    Q    You certainly had that phone in 2017,
5    right?
6    A    I believe so.
7    Q    And is it fair to say that you had that
8    phone at least by 2016?
9    A    I don't know.
10   Q    Is it fair to say you had that phone at
11   least by the start of 2017?
12   A    I believe so.
13   Q    Between January 1st, 2017 and today, have
14   you ever had another phone number?
15   A    Nope.
16   Q    And were you the only person that used
17   that phone, that Android that's referred to on the
18   certification?
19   A    Yes.
20   Q    And you sent and received text messages
21   on that phone that related to the Unite the Right
22   event, correct?
23   A    Yes.
24   Q    What sorts of things do you recall
25   texting people about Unite the Right on that phone?

Page 308

M. HEIMBACH

1
2    A    Looking forward to an exciting walk in
3    the park.
4    Q    Is that the only thing you recall texting
5    on that phone?
6    A    I don't recall.
7    Q    Do you recall texting people about
8    planning related to Unite the Right?
9    A    I don't recall.
10   Q    Do you recall actually saying to
11   somebody, Looking forward to a walk in the park?
12   A    No, I said that in Charlottesville on
13   August 12th.
14   Q    And did you text people about how --
15   about a code of conduct at Charlottesville at all?
16   A    I don't recall.
17   Q    Did you text anyone about how anyone
18   ought to behave in Charlottesville?
19   A    I don't recall.
20   Q    Did you text anyone about what you had
21   hoped to accomplish at Charlottesville?
22   A    I don't recall.
23   Q    Did you send or receive a text message
24   about Unite the Right on August 11th, 2017?
25   A    I'm sure I did.

Page 309

M. HEIMBACH

1
2    Q    And did you send and receive text
3    messages about Unite the Right on August 12th, 2017?
4    A    I'm sure I did.
5    Q    Do you recall specifically what you
6    texted on August 11th to anybody?
7    A    No.
8    Q    Do you recall approximately, generally
9    speaking, what you texted to anybody on August 11th?
10   A    No.
11   Q    Do you recall, generally speaking, what
12   you texted about on August 12th, 2017?
13   A    No.
14   Q    And you agree with me you sent and
15   received text messages about Charlottesville after
16   August 12th, 2017, right?
17   A    I assume so, yeah.
18   Q    When is the most recent time you recall
19   sending a text about the events at issue in this
20   case?
21   A    I don't recall.
22   Q    Can you approximate?
23   A    Not with any reasonable certainty.
24   Q    Did you send a text that concerned
25   Charlottesville in any way, to anybody, in 2019?

Page 310

M. HEIMBACH

2  A   Not that I can recall.
3  Q   You agree with me that it's possible?
4  A   Possible, yes.
5  Q   Did you send a text message that
6  concerned Charlottesville anytime in 2018?
7  A   I don't recall.
8  Q   Do you think it's possible?
9  A   It's possible.
10 Q   Do you think it's probable?
11 A   Probably.  Probably probable.
12 Q   When you send a message on that phone,
13 does it get backed up anywhere?
14 A   I assume by the carrier.
15 Q   Do you know whether it does?
16 A   No.
17 Q   Do you know whether it gets backed up to
18 an on-line account?
19 A   No.
20 Q   Do you have access to an on-line account
21 that contains your text messages?
22 A   I don't believe so.
23 Q   Do you know if it gets backed up to the
24 Cloud?
25 A   I don't know.

Page 311

M. HEIMBACH

2  Q   Are you aware of any backup system for
3  texts you send on that Android?
4  A   No.
5  Q   Did you take photo -- that phone has the
6  ability to take photos, right?
7  A   I believe it did, yeah.
8  Q   And did you take photos on that phone
9  that concerned the events in this case in any way?
10 A   No, I think I was busy.
11 Q   I'm sorry?
12 A   I think I was a little busy getting hit
13 with a bat and pepper-sprayed.
14 Q   Putting aside for a moment August 12th,
15 did you at any time take a single photograph related
16 to the events in this case?
17 A   I can't recall.
18 Q   Did you take a photograph on August 11th,
19 at all?
20 A   I can't recall.
21 Q   You might have?
22 A   I can't recall.
23 Q   Did you take a photo, at all, on
24 August 12th?
25 A   I don't know.

Page 312

M. HEIMBACH

2  Q   But you might have?
3  A   I mean, maybe, but doubtful.
4  Q   When did you stop using that phone?
5  A   I don't recall.
6  Q   Well, what did you do with it after
7  August 12th, 2017?
8  A   Continued to use it, I believe.
9  Q   And how long did you continue to use it
10 for?
11 A   The rest of the year, I think.
12 Q   And -- and at some point after the --
13 2017, you stopped using that phone?
14 A   Yes.
15 Q   Why?
16 A   It busted.
17 Q   And how did it bust?
18 A   Well, at the time, I had a two-year-old.
19 He busted it.  I left it out.  It was a stupid
20 mistake.
21 Q   And that was sometime in late 2017?
22 A   I believe so.
23 Q   Sometime in December of 2017, fair to
24 say?
25 A   Sure.

Page 313

M. HEIMBACH

2  Q   And how -- did you see the phone get
3  busted?
4  A   Just the end result.
5  Q   Which was what?
6  A   It was cracked.
7  Q   The screen?
8  A   Yeah.
9  Q   And what did you do with it when --
10 A   Put it in the tub full of other stuff.
11 Q   Just to be clear, do you know where the
12 phone is now?
13 A   I assume somewhere in, like, Indonesia
14 being pulled apart.
15 Q   Do you agree with me that the phone that
16 you had on August 12th at Unite the Right rally is
17 gone?
18 A   Uh-huh.
19 Q   And do you agree that you don't have
20 access in any way to any of the content that you had
21 at the Unite the Right rally and prior to that?
22 A   Correct, but I'm willing to sign anything
23 that needs to be done with the service provider so
24 they can provide you with any available information.
25 Q   As far as you know, there is -- you have

Page 314

M. HEIMBACH

1
2  no access to any of content from that phone, right?
3      Q    Correct.
4      Q    And you don't have any reason to believe
5  that any service provider has access to any of the
6  content from that phone, right?
7      A    I mean, I don't know what Verizon's
8  policy is.
9      Q    So you would agree with me, you don't
10 have any reason to believe any service provider has
11 access to any of the content?
12     A    Well, I would assume they would have
13 access, however.
14     Q    I'm not asking you to assume,
15 Mr. Heimbach.
16         Do you have any idea what Verizon keeps
17 in terms of content?
18     A    I have no idea.
19     Q    So you have no idea whether anyone has
20 access to the content to any of that phone, right?
21     A    No.
22     Q    And you have not tried in any way to
23 access the content of that phone, right?
24     A    Besides not objecting to Plaintiffs'
25 motion to subpoena the records from Verizon.

Page 315

M. HEIMBACH

1
2      Q    Are you referring to the subpoena that
3  Plaintiffs issued to subpoena the call log from your
4  phone?
5      A    Yes.
6      Q    And you're saying you did not object to
7  that, right?
8      A    Yes.
9      Q    And you don't have any idea what kind of
10 content you get from a subpoena like that, right?
11     A    No idea.
12     Q    Other than not objecting to the subpoena
13 we issued, do you -- did you take any steps to try to
14 access the content of that phone, at all?
15     A    Well, I don't even know how you would
16 start when you don't use the same service provider
17 and it doesn't exist.
18     Q    Is the answer to my question, no?
19     A    The answer, I suppose, would be, no.
20     Q    Where was -- why did you put it in a tub?
21     A    That's kind of where I put all my
22 assorted odds and ends.
23     Q    And why didn't you just throw that phone
24 away?
25     A    Because I would need it.

Page 316

M. HEIMBACH

1
2      Q    For what?
3      A    For the lawsuit.
4      Q    And was the box labeled in any way, the
5  tub?
6      A    No.
7      Q    What else was in the tub?
8      A    Birth certificate, Social Security card,
9  stuff from my reenacting days, assorted paperwork,
10 copies of the party newspaper, stuff I had gotten on
11 my trips overseas.
12     Q    Anything else?
13     A    A list of information for the accounts
14 that have been since deleted.
15     Q    Any other electronic devices other than
16 your phone?
17     A    Laptop.
18     Q    And where were you living at the time?
19     A    120 Paul Street.
20     Q    By the way, what were you reenacting in
21 your reenacting days?
22     A    Oh, Civil War.
23     Q    And where did you put the tub?
24     A    Near my computer.
25     Q    And did you notify anybody that you were

Page 317

M. HEIMBACH

1
2  storing your cell phone in that tub?
3      A    No.
4      Q    Did anyone advise you that storing the
5  con -- withdrawn.
6         Did anyone advise you that storing the
7  cell phone in that tub was a secure way to preserve
8  your documents in this case?
9      A    No.
10     Q    Did you send the phone to your attorney?
11     A    No.
12     Q    Why not?
13     A    I don't think he asked for it.
14     Q    Did you ask anybody whether there was
15 anything you could do to preserve the contents of
16 that phone?
17     A    I assumed it just existing would be
18 sufficient.
19     Q    So is the answer, no?
20     A    Besides keeping it. So --
21     Q    Did you take any steps to have the
22 contents of the phone preserved, like having it
23 imaged forensically?
24     A    Nope.
25     Q    Did you talk to your attorney at all

Page 318

M. HEIMBACH

1
2   about doing that?
3       A    Not that I can recall.
4       Q    Did you backup the content in any way, or
5   try to, after it was damaged?
6       A    No.
7       Q    And did you tell anybody else in the
8   world that your cell phone and laptop were in this
9   tub?
10      A    I don't think so.
11      Q    And what happened to the tub?
12      A    It was thrown out.
13      Q    Do you know that?
14      A    That's what I was told.
15      Q    Who told you that?
16      A    My ex-wife.
17      Q    So on March 13th, you were charged with
18  domestic battery, right?
19      A    Uh-huh.
20      Q    And that was on your wife at the time,
21  Brooke Heimbach, right?
22      A    Not the best day ever.
23      Q    Is that right, that you were charged with
24  domestic battery against your wife, Brooke Heimbach
25  at the time?

Page 319

M. HEIMBACH

1
2       A    Yes.
3       Q    And what happened after March 13th?
4       A    Well, I couldn't return home due to the
5   protective order, so I left and went to Pennsylvania
6   for a while and ended up in Tennessee.
7       Q    The protective order you refer to is a
8   no-contact order that prevented you from having
9   contact with Brooke, right?
10      A    Or returning to the premises.
11      Q    Is that right?
12      A    Yes.
13      Q    And that started on March 13th, right?
14      A    Yes.
15      Q    And was the term of the no-contact order
16  that you were not allowed to call her in any way
17  while the case was pending against you?
18      A    I'd have to look at it.
19      Q    You don't recall the terms of the --
20      A    The exact specifics.  I knew I wasn't
21  supposed to go back to the property or interact with
22  her, to allow the process to work its way through.
23      Q    And the -- did you plead guilty to that
24  charge on September 18th, 2018?
25      A    Only because Indiana doesn't have an

Page 320

M. HEIMBACH

1
2   Alford plea.
3       Q    So is the answer to my question, yes, you
4   pled guilty on September 18 of 2018 to domestic
5   battery against your wife, Brooke Heimbach?
6       A    Yes.
7       Q    When you pled guilty, you were under
8   oath, right?
9       A    Yes.
10      Q    And when you pled guilty, you said that
11  you were guilty of that charge?
12      A    Indeed.
13      Q    And when you pled guilty under oath to
14  being guilty of that charge, is that because you
15  were, in fact, guilty of what you were accused of?
16      A    I was under oath, so, yes.
17      Q    And did you have any contact with Brooke
18  Heimbach between March 13th, 2018 and September 18th,
19  2018?
20      A    Not that I can recall.
21      Q    Well, did you ever call Brooke Heimbach
22  between March 13th, 2018 and September 18th, 2018?
23      A    Not that I can recall.
24      Q    Did Brooke Heimbach ever call you between
25  March 13th, 2018 and September 18th, 2018?

Page 321

M. HEIMBACH

1
2       A    Not that I can recall.
3       Q    When you pled guilty, one of the terms of
4   your sentence was a continuation of the no-contact
5   order, right?
6       A    With the exemption of what was agreed
7   upon for a conditional divorce.
8       Q    So to be clear, you were ordered not to
9   have any contact with her, other than through your
10  divorce proceedings; is that right?
11      A    Well, no.  They would be modified
12  dependent upon what we agreed on in our divorce,
13  which was to allow full contact.
14      Q    When did you have that modified?
15      A    I mean, we discussed it with a
16  prosecutor, Holly Hudelson, in September, I believe.
17      Q    So is it your testimony -- is there a
18  no-contact order in place right now?
19      A    No.
20      Q    And is it your testimony that there was
21  no contact -- no no-contact order in place as part of
22  your plea in September 2018?
23      A    Well, based upon what we agreed on for
24  the divorce.
25      Q    And did you take a -- an affirmative step

Page 322

M. HEIMBACH

1  to have it modified in the divorce proceedings?
2      A    She had withdrawn it.  To the best of my
3  knowledge.
4      Q    Who withdrew it?
5      A    Brooke Heimbach.
6      Q    You're saying Brooke Heimbach withdrew
7  the no-contact order?
8      A    I believe so.
9      Q    When did that happen?
10     A    I can't recall exactly.
11     Q    Well, approximately when did that happen?
12     A    Sometime when everything was going on, in
13  the last year.
14     Q    What does that mean?
15     A    Well, I can't recall exactly.
16     Q    Well, you pled guilty on September 18,
17  2018, right?
18     A    Uh-huh.
19     Q    And that's about 11 months ago, right?
20     A    Okay.
21     Q    Isn't that right?
22     A    I believe so.
23     Q    And your testimony is, at some point,
24  Brooke Heimbach withdrew the no-contact order?

Page 323

M. HEIMBACH

1      A    Yes.
2      Q    And when did that happen?
3      A    I don't know exactly.
4      Q    Wasn't that an event of some significance
5  to you?
6      A    It was kind of a stressful time, all
7  things considered.  So --
8      Q    So was it sometime in 2019?
9      A    No.  I believe it was last year.
10     Q    And do you have a document that states
11  that Brooke Heimbach withdrew the no-contact order?
12     A    I believe she does.  She had gone to -- I
13  don't.  But she had told me that she had gone to the
14  sheriff's office or the court building in downtown
15  Paoli and done that.
16     Q    When you were arrested on March 13th, did
17  you ever ask anyone for permission to retrieve your
18  belongings from your house?
19     A    No.
20     Q    And the belongings included your birth
21  certificate, right?
22     A    All my documents.
23     Q    And all your documents, right?
24     A    Yup.

Page 324

M. HEIMBACH

1      Q    And you never asked anybody if you could
2  have permission to go retrieve those?
3      A    Not to my knowledge.  I mean, there was
4  no one I could really ask.
5      Q    Did you ever tell Mr. Kolenich that the
6  documents and devices that were relevant to this case
7  were in a house that you had no ability to enter?
8      A    I don't recall.
9      Q    You don't recall having that conversation
10  with Mr. Kolenich?
11     A    Uh-uh.
12     Q    It's possible you did?
13     A    I don't recall.
14     Q    Isn't there a procedure in Indiana that
15  allows you to get your belongings with a police
16  officer in a situation like this?
17     A    I don't know.  I'm not a lawyer.
18     Q    You didn't ask anybody whether there was
19  any way to get access to all of your 32 belongings
20  that were in that home?
21     A    Well, I didn't assume she was going to
22  pick up and go to Texas, unannounced.
23     Q    What's the answer to my question?
24     A    I don't recall.

Page 325

M. HEIMBACH

1      Q    When did you learn that that tub had been
2  disposed of?
3      A    I don't recall.
4      Q    Approximately, when did you learn that
5  all of your 32 belongings were thrown away?
6      A    I was kind of focused on other things.  I
7  don't recall.
8      Q    Were you upset when that happened?
9      A    Yes.
10     Q    And tell me about how you learned that.
11     A    I don't recall the specifics.  Perhaps
12  through my mother.
13     Q    You don't recall who it was that told you
14  that all of your 32 belongings had been thrown away.
15     A    It's not like I had much to begin with.
16     Q    Listen to my question.
17     A    The answer is, no.
18     Q    Do you recall when you were told your 32
19  belongings had been thrown away?
20     A    Uh-huh.
21     Q    You agree with me this was an upsetting
22  thing to learn, right?
23     A    Yup.
24     Q    And it happened sometime in the last year

Page 326

M. HEIMBACH

1
2 and a half, right?
3     A    Uh-huh.
4     Q    So tell us everything you can remember
5 about that conversation when you learned that your
6 belongings, including your cell phone in this case,
7 had been thrown away.
8     A    I don't recall it.
9     Q    Tell me everything you remember about
10 when you learned that that had happened.
11     A    I don't really remember who I was
12 speaking with.  I don't remember any of the
13 specifics.  I mean, I was kind of busy with other
14 things.
15     Q    Like what?
16     A    Having my probation revoked in the great
17 Commonwealth of Kentucky and getting to go to jail.
18     Q    Do you even have a recollection of that
19 conversation happening where someone told you your
20 belongings and the cell phone in this case were
21 thrown away?
22     A    Not the initial time I found out, no.
23     Q    You don't have any recollection of that?
24     A    Uh-uh.
25     Q    Would it be fair to say you actually

Page 327

M. HEIMBACH

1
2 don't know whether or not you ever had a conversation
3 like that?
4     A    At some point I learned of it.
5     Q    How do you know that?
6     A    It was something that had been brought up
7 after September of last year with my ex-wife.
8     Q    Who brought it up?
9     A    She had.
10     Q    Where?
11     A    When we were playing with our kids in the
12 park.
13     Q    So sometime after September of last year,
14 you were playing with your kids in the park and
15 you're saying Brooke Heimbach brought that up?
16     A    Yes.
17     Q    What did she say?
18     A    That she was sorry that she went to Texas
19 and everything kind of went sideways.
20     Q    What exactly did Ms. Heimbach tell you
21 about that tub that had your devices and documents?
22     A    That she had left and told the neighbors
23 to clean out the property in order to make room for
24 new tenants because she wasn't planning on returning.
25     Q    And who are the neighbors?

Page 328

M. HEIMBACH

1
2     A    Ashley and Robert Edwards.
3     Q    And how long had you lived at that
4 address?
5     A    I don't know.  Six months, something like
6 that.
7     Q    Did you know Ashley and Robert Edwards?
8     A    In passing.
9     Q    Did you ever speak to Ashley or Robert
10 Edwards about this incident?
11     A    Nope.
12     Q    Do you know if they even actually did go
13 through and threw stuff away?
14     A    I haven't had a conversation with them.
15 I took my ex-wife's word for being truthful.
16     Q    But you never called Ashley or Robert
17 Edwards and asked if they found a tub that had a
18 number of electronic devices in it?
19     A    Not that I can recall.
20     Q    Why not?
21     A    Well, I mean, first of all, I didn't have
22 their phone number.  Second of all, I was living out
23 of state.
24     Q    Where did Ashley and Robert Edwards live?
25     A    ████████████████████████

Page 329

M. HEIMBACH

1
2 ████████████
3     Q    Did you ever at any time go back to 120
4 Paul Street to see if the box is still there?
5     A    Not that I can recall.
6     Q    Why not?
7     A    Well, because it probably would have been
8 a bad idea to start skulking around a property I
9 wasn't supposed to be at.
10     Q    But you didn't try, right?
11     A    No.
12     Q    Did you have a landlord at the time?
13     A    Yes.
14     Q    What was your landlord's name?
15     A    Jessica Parrott.  Who was not informed
16 that Brooke Heimbach was vacating the premises, and
17 was going through her own divorce at the time.
18     Q    Well, you were speaking with Ms. Parrott
19 at the time, right?
20     A    Yes.
21     Q    Weren't you?
22     A    I said yes.
23     Q    Did you ever ask Jessica Parrott to get
24 your -- withdrawn.
25         Did you ever ask Jessica Parrott to give

Page 330

M. HEIMBACH

1
2 you access to the house to get your 32 belongings?
3     A    Not that I can recall.
4     Q    Why not?
5     A    Because, to my knowledge at the time, my
6 ex-wife was still living there.  Jessica Parrott had
7 also left the state of Indiana and had no knowledge
8 of what was going on at the property.
9     Q    When you learned that your electronics
10 were thrown away, did you notify anybody?
11    A    Not to my knowledge.
12    Q    Did you tell Mr. Kolenich that your
13 electronic devices had been destroyed in this case?
14    A    I can't recall.
15    Q    Did you call Plaintiffs and say anything
16 about your electronic devices?
17    A    I can't recall.
18    Q    Did you notify the Court that that
19 happened?
20    A    I can't recall.
21    Q    Is this the first time you ever told this
22 story about your tub getting thrown out when you
23 e-mailed it to me on June 10th, 2019?
24    A    I can't recall.
25    Q    Do you recall another time other than

Page 331

M. HEIMBACH

1
2 June 10th, 2019 when you told anybody in the world
3 this story about the tub being thrown away?
4     A    Not off the top of my head.
5     Q    When your phone was damaged by your child
6 in December of 2017, it was just the cracked screen?
7     A    I believe so.
8     Q    And you didn't try to just get it
9 repaired?
10    A    No.  You end up paying just as much for a
11 new screen and all that as you do to just get a new
12 phone.
13    Q    Was your phone damaged at all at Unite
14 the Right?
15    A    It did receive some damage, yeah.
16    Q    What damage?
17    A    Small cracks and things like that.
18    Q    It didn't impair your ability to send
19 text messages?
20    A    Not that I can recall.
21    Q    Did you get it fixed?
22    A    No.
23    Q    When your phone was damaged in
24 December 2017, you bought a new phone, right?
25    A    Yes.

Page 332

M. HEIMBACH

1
2     Q    And when did you buy a new phone?
3     A    I mean, we'd have to look at the -- my
4 provider would know.
5     Q    Shortly after it was damaged, fair to say
6 that you bought a new phone?
7     A    Sure.
8     Q    So sometime probably in December of 2017
9 or thereabouts?
10    A    Uh-huh.
11    Q    And what kind of phone was that?
12    A    It was a Blackview 800 Pro.
13    Q    Okay.  And you sent text messages on that
14 phone concerning the Unite the Right in some way,
15 right?
16    A    Uh-huh.
17    Q    Is that a yes?
18    A    Yes.
19    Q    And you agree with me -- is that phone
20 the same phone number?
21    A    Yes.
22    Q    And that phone is listed on Exhibit 44?
23    A    Yes.
24    Q    And which -- which phone on Exhibit 44 is
25 that?

Page 333

M. HEIMBACH

1
2     A    Number one.
3     Q    Is that the Blackview BV800 Pro?
4     A    Uh-huh.
5     Q    Where is that phone?
6     A    My wife, Jessica Heimbach, had my -- the
7 phone had kept shorting out and factory resetting
8 itself, so she had gotten me a new phone and replaced
9 it for me.
10        I was without a phone for a significant
11 period of time, and she had replaced it and was
12 unaware of any discovery requirements as to
13 preserving it.
14    Q    And when did that happen?
15    A    I don't know.  March or April, whenever
16 this phone got turned on.  It was an early birthday
17 present.
18    Q    March or April of this year?
19    A    Yeah.
20    Q    So the phone listed on Exhibit 44, on the
21 first entry, was disposed of in March of this year;
22 is that right?
23    A    Yes.
24    Q    And can you just give us more detail
25 about how that happened?

Page 334

M. HEIMBACH

1
2    A    Well, the phone was bricked, basically.
3    Q    What does that mean?
4    A    Well, it kept factory resetting itself,
5  and it wasn't working.  So I had just basically given
6  up on it and I was going to wait until either my tax
7  check came or, you know, for my birthday, to get
8  myself a new phone.
9        But Jessica had gone ahead and gotten me
10 the newer model of that phone and wasn't aware that
11 we were supposed to keep the other one.
12   Q    And what is the newer model of that
13 phone?
14   A    It is a BV9500.
15   Q    And is that listed on your certification?
16   A    Yes.
17   Q    Is that the third phone listed on your
18 certification?
19   A    Second phone.
20   Q    I'm sorry.
21        It is the second entry on Exhibit 44,
22 right?
23   A    Yes.  Uh-huh.  Which was imaged
24 yesterday.
25   Q    And did you send text messages on that

Page 335

M. HEIMBACH

1
2  phone concerning Unite the Right?
3    A    Not that I can recall.
4    Q    But that phone you have submitted to the
5  vendor?
6    A    Yes.
7    Q    And you did that yesterday?
8    A    Uh-huh.
9    Q    And that's the BV9600?
10   A    Yeah, or 9500.  I've got doctor's
11 handwriting, unfortunately.
12   Q    That's the phone you currently still
13 have?
14   A    Yes.
15   Q    Now, your wife -- withdrawn.
16        Your ex-wife, Brooke Heimbach, filled out
17 an affidavit on your behalf in this case?
18   A    Yes.
19   Q    Right?
20   A    Yes.
21   Q    Can you describe how it came to be that
22 she filled out this affidavit?
23   A    Sure.  I had explained to her, during one
24 of my visitations with our children, that there was
25 probably going to be some questions in regards to

Page 336

M. HEIMBACH

1
2  that, and she offered to try and help and explain a
3  very messy situation.
4    Q    So you approached her and asked her to
5  fill out an affidavit?
6    A    No.  She offered to do it.
7    Q    Okay.  And was this conversation you had
8  with her in-person?
9    A    Yes.
10   Q    And when did you have this conversation
11 with her?
12   A    I don't know.  May.  May, June, somewhere
13 around there.
14   Q    Of this year?
15   A    Yes.
16   Q    Who actually wrote the affidavit?
17   A    She did.
18   Q    Did anybody assist her in writing the
19 affidavit?
20   A    She asked me to look it over.
21   Q    And when did you look it over?
22   A    I don't know.  A week or two before it
23 was submitted.
24   Q    And did you make any edits at all to the
25 document?

Page 337

M. HEIMBACH

1
2    A    Not that I can recall, and then she
3  looked it over again and changed it more.
4    Q    So she had you look it over, you had a
5  conversation with her, and then she made some changes
6  to the affidavit?
7    A    Uh-huh.
8    Q    And you don't know whether or not you
9  personally made changes to the affidavit?
10   A    No.  I was just giving my insight.
11   Q    You gave her your insight; is that what
12 you're saying?
13   A    Yeah.
14   Q    And was this document e-mailed back and
15 forth between you and Brooke Heimbach?
16   A    I believe so, yeah.
17   Q    Over your matthew.w.gmail --
18   A    Uh-huh.
19   Q    -- account?
20   A    Yes.
21   Q    Did an attorney help Brooke Heimbach with
22 that affidavit?
23   A    Not that I know of.
24   Q    Did you consult with an attorney in any
25 way regarding Brooke Heimbach's affidavit?

Page 338

M. HEIMBACH

1
2      A    I believe I mentioned to Mr. Kolenich
3  that it was going to be filed, in a conversation we
4  had in just informing him about what was going on on
5  my side of the fence.
6      Q    So you -- when did you have that
7  conversation with Mr. Kolenich?
8      A    I don't know.  A month or more ago.
9      Q    Did Mr. Kolenich review the affidavit?
10     A    No.
11     Q    Did you ever send the affidavit to
12 Mr. Kolenich?
13     A    When I e-mailed everyone.
14     Q    You mean in this case?
15     A    Yeah.
16     Q    Prior to your e-mailing everyone in this
17 case, did you e-mail a copy of the affidavit to
18 Mr. Kolenich, ever?
19     A    Not that I recall.
20     Q    Well, this was like a month ago, right?
21     A    Right.
22     Q    So did you or didn't you?
23     A    Not that I can recall.
24     Q    But you spoke to Mr. Kolenich about the
25 affidavit before the affidavit was signed by Brooke

Page 339

M. HEIMBACH

1
2  Heimbach; isn't that true?
3      A    I'm unsure on that.
4      Q    Sorry?
5      A    I'm unsure on that, on the exact dates.
6      Q    When did you have the conversation with
7  Mr. Kolenich?
8      A    I'd have to go back and look at a call
9  log.
10     Q    What -- did you call him from your 301
11 phone number?
12     A    Yes.
13     Q    And approximately what date did you call
14 him?
15     A    I'd have to look.
16     Q    Are you testifying today -- withdrawn.
17         Did Mr. Kolenich give you any input
18 regarding this affidavit that Brooke Heimbach filed
19 on your behalf?
20     A    Not that I recall.
21     Q    Tell us everything you can remember about
22 that conversation you had with Mr. Kolenich that
23 happened within the last six weeks.
24     A    Well, as I mentioned earlier, primarily
25 the plan was to facilitate discovery and move the

Page 340

M. HEIMBACH

1
2  process along so we can get to trial and prove our
3  case.
4      Q    Who said that?  You or him?
5      A    He did, when I asked what an overall
6  defense strategy for all Defendants involved was.
7      Q    And what were you told was the overall
8  defense strategy?
9      A    What I just said.
10     Q    Which was what?
11     A    Get through the discovery process, comply
12 with everything that we possibly can.  And then once
13 this gets to trial, blow your guys' case out of the
14 water.
15     Q    Whose words is that?
16     A    Oh, that's mine.
17     Q    And what specifically did Mr. Kolenich
18 say to you about the affidavit that Brooke Heimbach
19 filled out in this case?
20     A    I can't recall specifically.  I just
21 remember that I had mentioned it to him.
22     Q    What did Mr. Heimbach say in response?
23     A    What did I say in response?
24     Q    What did -- sorry.  Withdrawn.
25         What did Mr. Kolenich say in response to

Page 341

M. HEIMBACH

1
2  your telling him about Brooke Heimbach's affidavit?
3      A    I believe he had just simply mentioned
4  that everyone needs to carry on and comply with
5  discovery and move the ball down the field.
6      Q    That's what he said about Brooke
7  Heimbach's affidavit?
8      A    I don't recall him saying anything
9  specifically in response.
10     Q    Do you have any e-mails or text messages
11 with Mr. Kolenich since January 2018?
12     A    I'm sure there have been.
13     Q    How many?
14     A    I don't know.  Not very many.
15     Q    What is Brooke Heimbach's phone number?
16         Just to be clear for the record, are you
17 checking your phone?
18     A    Yeah, for the number.
19
20     Q    ███████████?
21     A    Yes.
22     Q    How long has that been Brooke Heimbach's
23 phone number?
24     A    Over a year, I believe.
25     Q    Who is her provider?

Page 342

M. HEIMBACH

1
2     A    I don't know.
3     Q    Is that a cell phone number?
4     A    Yeah.  As opposed to a telegraph?
5     Q    As opposed to a land line?
6     A    Yeah, that's a cell phone.
7     Q    And is that the only phone number you
8  know Brooke Heimbach to have had?
9     A    Yeah.
10    Q    Ever?
11    A    I mean, not ever.
12    Q    How long have you known Brooke Heimbach?
13    A    Since 2013.
14    Q    Has this ███ number you just gave been
15  her cell phone number since you met her in 2013?
16    A    I don't believe so.
17    Q    You do believe so or you don't?
18    A    I don't believe so.
19    Q    What other phone numbers do you know
20  Brooke Heimbach to have had?
21    A    I don't know.
22    Q    Is it in your phone?
23    A    No.
24    Q    How long were you married to her?
25    A    Three years.

Page 343

M. HEIMBACH

1
2     Q    And -- well, how long has she had this
3  ███ number?
4     A    Over a year.  I'm not exactly sure
5  specifically.
6     Q    What's the area code of the phone number
7  she had before that?
8     A    I don't know.  You just update the
9  contact in your phone.
10    Q    Do you ever send text messages with
11  Brooke Heimbach?
12    A    Yup.
13    Q    Did you send text messages to her prior
14  to the last year -- withdrawn.  Let me make that
15  clear.
16         You sent text messages to her from a
17  phone number other than this ███ number?
18    A    I don't believe so.
19    Q    Meaning you didn't text her --
20    A    Like, ever?
21    Q    Ever.
22    A    Well, yeah, I have.
23    Q    And are those text messages in your
24  phone?
25    A    No.

Page 344

M. HEIMBACH

1
2     Q    Why not?
3     A    Because the phone is less than a year
4  old.
5     Q    You don't have any recollection as you
6  sit here as to even the area code of any other phone
7  number Brooke Heimbach had?
8     A    Michigan, maybe.
9     Q    And what would that area code be?
10    A    I don't know.
11    Q    In addition to -- withdrawn.
12         Mr. Heimbach, you agree that every single
13  phone that you have had to communicate about the
14  events at issue in this case is gone, right?
15    A    Yup.
16    Q    Now, in addition to your phones, you used
17  a computer to generate documents about
18  Charlottesville, right?
19    A    Yeah.  My laptop.
20    Q    And what kind of laptop did you use to
21  generate responsive documents?
22    A    I think it was an Asus.  It was just a
23  cheap thing from, like, Best Buy.
24    Q    And when did you buy that?
25    A    I don't know.

Page 345

M. HEIMBACH

1
2     Q    Well, did you have it for all of 2017?
3     A    Yes.
4     Q    And where is that Asus laptop?
5     A    Same place the other stuff is.
6     Q    Did that laptop go in the tub?
7     A    Uh-huh.
8     Q    Other than that laptop, are there any
9  other computers you've used to generate documents
10  related to Charlottesville?
11    A    I don't believe relating to
12  Charlottesville, no.  I have a computer, currently,
13  but I don't believe there's any responsive documents
14  that have been done on it.
15    Q    Did you check?
16    A    Yes.
17    Q    When?
18    A    Within the last month.
19    Q    What did you do to check?
20    A    Went through all the files that were on
21  it.
22    Q    What kind of files were on it?
23    A    Just articles, the ones I sent you.
24    Q    Right.  I see.  So your review of your
25  current computer, the -- withdrawn.

Page 346

M. HEIMBACH

1
2          The documents you sent from your current
3   computer is based on your assessment of what you
4   believe are responsive documents on your computer,
5   right?
6          A    Yes, and since I've had the computer, I
7   haven't been involved in any public white
8   nationalism.
9          Q    When did you put the Asus computer -- am
10  I saying that right, Asus?
11         A    I think.  I don't know.
12         Q    The laptop that you had in 2017, when did
13  you put that in the tub?
14         A    Well, that's where I usually just keep
15  it.
16         Q    You just store it in the tub?
17         A    On top.
18         Q    And so were you actively using it?
19             How long did you actively use that
20  computer?
21         A    I think that was the same one I had going
22  back to college.  2013, maybe.  It was a piece of
23  garbage.
24         Q    And when did you stop actively using that
25  computer?

Page 347

M. HEIMBACH

1
2          A    When I lost access to it in March of
3   2018.
4          Q    So in addition to storing historical
5   artifacts and 32 documents, you also stored your
6   current laptop in that tub?
7          A    Uh-huh.
8          Q    How big was the tub?
9          A    I don't know.  Like, that big
10  (indicating).
11         Q    You agree with me that that computer is
12  gone now?
13         A    I believe so, unless the Edwardses
14  decided to keep a laptop.
15         Q    Unless what?
16         A    The Edwardses decided to keep a laptop,
17  which to the best of my knowledge they did not.
18         Q    Well, you didn't even call them, right,
19  to see?
20         A    Well, I don't have their phone numbers.
21         Q    Did Brooke?  Did you ask Brooke to call
22  them to see if they still had anything?
23         A    It hadn't crossed my mind.
24         Q    So is the answer, no?
25         A    No.

Page 348

M. HEIMBACH

1
2          Q    Is it fair to say, Mr. Heimbach, that
3   every single electronic device that you used to
4   generate documents concerning the events at issue in
5   this case is gone?
6          A    Yes.
7          Q    And they were all gone by March 13th of
8   2018, right?
9          A    To the best of my knowledge, yeah.
10             MR. BLOCH:  We're going to take a
11  five-minute break.
12             THE VIDEOGRAPHER:  This marks the
13  end of Videotape Number Three in the
14  deposition of Matthew Heimbach.  The time
15  is 3:03 p.m.
16             (Brief pause.)
17             THE VIDEOGRAPHER:  This marks the
18  beginning of Media Number Four in the
19  deposition of Matthew Heimbach.  The time
20  is 3:13 p.m.
21  BY MR. BLOCH:
22         Q    Mr. Heimbach, on July 3rd, the judge
23  ordered you to complete a certification form
24  regarding your electronic devices and social media
25  accounts, correct?

Page 349

M. HEIMBACH

1
2          A    Yes.
3          Q    And you understood that the purpose of
4   filling out that document is to identify for
5   Plaintiffs the sources of all documents you generated
6   about the events in this case, right?
7          A    Yes.
8          Q    And you knew that we would take whatever
9   accounts and devices that you identified and give it
10  to a vendor to image those documents, right?
11         A    Yes.
12         Q    And you understood that you were required
13  to disclose every single device or account that you
14  used to communicate about the events at issue, even
15  if they had been deleted or disabled, right?
16         A    Yes.
17         Q    And you're looking at your certification,
18  which is Exhibit 44, right?
19         A    Yes.
20         Q    And you filled that out?
21         A    Yes.
22         Q    Under penalty of perjury?
23         A    Yes.
24         Q    And you swore that those were all the
25  accounts and electronic devices that contain

Page 350

M. HEIMBACH

potentially relevant documents, right?

A    In terms of all the ones that I could even think of, yes, at the time that was a fully accurate statement.

Q    You agree with me that you did not disclose your VK account?

A    I guess I had forgotten that.

Q    Do you agree with me that you did not disclose your Daily Stormer account?

A    I didn't even remember that that existed.

Q    Do you agree that you did not disclose your YouTube account?

A    That fell in under Google, I believe, because it's the same log-in credentials.

Q    You did not disclose therightstuff.biz, right?

A    No, I had forgotten that that existed.

Q    You did not disclose your Iron March account, right?

A    I had forgotten that existed, as well.

Q    You didn't disclose your PayPal or Hatreon account, right?

A    I didn't remember those or even know that they would be relevant.

Page 351

M. HEIMBACH

Q    You didn't disclose your second Twitter account, right?

A    As I mentioned earlier, I didn't think there was anything that fit within the Plaintiffs' requests.

Q    So your testimony is you actually did remember that second Twitter account, you intentionally left it off that certification?

A    I believed based upon the document that there was nothing relevant in there.

Q    Did you check in any way as to what that Twitter account contained?

A    No.

Q    You agree you didn't disclose your TradWorker e-mail account?

A    Well, I did.  That would have been the internal ticket system.

Q    Did you identify a single podcast on that certification?

A    I didn't know that I had to.

Q    You're saying you didn't know that podcasts were called for in our document requests?

A    I must have missed that when I read the request.

Page 352

M. HEIMBACH

Q    And you did not disclose the laptop that you have currently, now, that you testified contains responsive documents, right?

A    That was mentioned in the e-mail that I had sent to you.

Q    What was mentioned?

A    Where I mentioned the laptop and everything else, I believe.

Q    You said there's an e-mail that you sent to me that mentions a laptop that could be imaged?

A    Well, it can't be imaged because it doesn't -- it's not around.

Q    The laptop that you have right now.

A    I don't have a laptop right now.

Q    Do you have a computer right now?

A    Yes.

Q    You did not list that computer that you have -- withdrawn.

        You agree with me that the computer that you have now is what you claim you searched for potentially relevant documents, right?

A    Yes.

Q    And you sent us about ten to 12 documents that you believed were potentially relevant, right?

Page 353

M. HEIMBACH

A    From my Google Docs account, yes.

Q    Every single one of them was from your Google Docs account?

A    Yeah.  I downloaded them onto the computer and then uploaded them and sent them to you.

Q    Are you willing to have your computer that you have right now imaged by the third-party vendor for potentially relevant documents?

A    Of course.

Q    An so you're prepared to add that to the certification?

A    Yeah.  Anything that I missed or made a mistake on, I want to be able to comply as fully as possible, so I'd be happy to make any additions.

Q    You did disclose a Signal account, right?

A    Yes.

Q    What is that?

A    It's a messaging app.

Q    And are there documents on there that concern the events at issue in this case?

A    Not that I know of, but that would have been evaluated yesterday.

Q    Okay.  But so you left off about ten social media accounts that had potentially responsive

89

Page 354

M. HEIMBACH

2  documents, but you did include one account that you
3  believe does not have responsive documents; is that
4  correct?
5      A   I was a little confused by everything, so
6  I was trying to put as much stuff as I could possibly
7  remember to anything that could possibly be relevant,
8  and that's been now imaged.
9      Q   And you agree that under the
10  certification -- where you wrote on the certification
11  it says:  The following are all the social media
12  accounts as defined in Paragraph 2, 11 of the
13  stipulation order that could contain potentially
14  relevant documents, right?
15      A   Yes, and to the best of my knowledge at
16  the time, I listed everything I could possibly
17  remember.  You guys have taken me down a trip down
18  Memory Lane.
19      Q   Not very far, apparently.
20      A   Far enough.
21      Q   You listed a Skype account, right?
22      A   Yes.
23      Q   And then in the Comments, you wrote, NA
24  but listed on a forum; is that right?
25      A   Yes.

Page 355

M. HEIMBACH

2      Q   And does that mean that it does not, in
3  your view, have potentially responsive documents?
4      A   To the best of my knowledge, but I
5  thought better safe than sorry.
6      Q   So, in your estimate of being better safe
7  than sorry, you listed at least two accounts that you
8  believe do not have anything relevant, but you left
9  off about ten accounts that do have responsive
10  documents; is that accurate?
11      A   On accident, and like I said, I'd be
12  happy to make any additions going forward.
13      Q   Now, if we could go back to your
14  interrogatory responses, which are -- which is
15  Exhibit No. 7.
16      A   One, two, three, four, five, six and then
17  it skips to eight.
18      Seven.  All right.
19      Q   You've got it?
20      A   I've got it.
21      Q   Is that your interrogatory responses?
22      A   Yes.
23      Q   The first question in the interrogatories
24  asked you to identify all means of communication used
25  by you to communicate concerning the events,

Page 356

M. HEIMBACH

2  including social media, e-mail, SMS messages -- which
3  are text messages -- podcasts on-line video; isn't
4  that right?
5      A   Yes.
6      Q   And you knew that when you answered
7  these, that you were providing information concerning
8  the evidence that you generated in this case, right?
9      A   Sure.
10      Q   You agree with me that you didn't list a
11  single podcast, right?
12      A   Yes.
13      Q   You didn't list a single video, right?
14      A   Well, I hadn't written this response and
15  I hadn't thought of podcasts.  I mean, I know it's
16  right there, but I guess when I was reviewing it I
17  had glossed over it.  I had forgotten to discuss that
18  with Mr. Kolenich when he had put it together.
19      Q   But you agree that you didn't list a
20  single podcast, right?
21      A   Yes.
22      Q   You didn't list a single in-person
23  meeting, right?
24      A   Well, I don't know how that would be
25  verified one way or the other.

Page 357

M. HEIMBACH

2      Q   Well, you agree with me that the request
3  calls for you to identify, among other things,
4  in-person meetings, right?
5      A   Yes.
6      Q   Whether or not it could be verified, you
7  were called to list it, right?
8      A   When Mr. Kolenich was putting together
9  the interrogatories, I guess he had never asked.
10      Q   Well, you reviewed the interrogatories in
11  April and swore under oath that they were true and
12  correct to the best of your knowledge, right?
13      A   To the best of my knowledge.
14      Q   And do you agree with me you didn't list
15  a single in-person meeting on that?
16      A   I had forgotten.
17      Q   So is this the answer, yes?
18      A   Yes, I had answered to the best of my
19  knowledge, but I also miss things.
20      Q   And you would agree with me that your
21  recollection was likely better in April of 2018 than
22  it is now?
23      A   That's not saying much, but yes.
24      Q   You didn't list your e-mail account, did
25  you?

Page 358

M. HEIMBACH

1
2    A    No.
3    Q    In fact, you didn't list any e-mail
4    account, right?
5    A    The -- no, I guess not.  I -- I had
6    understood that I had time, since being given the
7    interrogatories, to review and resubmit them.
8    Q    Where did you get that understanding?
9    A    Well, I mean the fact that you guys sent
10   them to me to review.  So --
11   Q    That was a week ago, right?
12   A    Yes.
13   Q    But when you filled this out and swore to
14   its accuracy under oath in April of 2018, you agree
15   with me you didn't list a single e-mail account,
16   right?
17   A    Yeah, I hadn't thought of it.
18   Q    And --
19   A    I had answered to the best of my ability.
20   Q    And you also didn't include your Daily
21   Stormer account, right?
22   A    No, I didn't.
23   Q    You didn't include your YouTube account,
24   right?
25   A    Nope.

Page 359

M. HEIMBACH

1
2    Q    You didn't include therightstuff.biz?
3    A    Nope.
4    Q    You didn't include the Iron March
5    account?
6    A    Nope.
7    Q    Didn't include PayPal or Hatreon or
8    GoyFundMe, right?
9    A    No.
10   Q    Didn't include the TradWorker e-mail
11   ticket system, did you?
12   A    No.  I guess Mr. Kolenich and I, when we
13   had gone over it initially in April of last year, had
14   not fully gone over everything.  I'm not blaming
15   anyone for that, but I answered to the best of my
16   knowledge.
17   Q    Do you actually have a recollection of
18   going over this with Mr. Kolenich?
19   A    I believe we had a phone conversation
20   about it.
21   Q    But do you recall a phone conversation
22   about it?
23   A    Roughly, yes.
24   Q    And what was the content of that phone
25   conversation?

Page 360

M. HEIMBACH

1
2    A    Giving him all the log-in -- or all the
3    details that are listed here, but I don't believe we
4    had spent an extensive amount of time, I guess going
5    over all this.  But that's a shortcoming where I had
6    answered to the best of my ability at the time.  I'd
7    be happy to make additions.
8    Q    You agree that you didn't disclose about
9    ten to 12 social media accounts in your sworn
10   interrogatory response that had responsive documents?
11   A    On accident.
12   Q    So is the answer to my question, yes?
13   A    Yes, on accident.  I had answered
14   truthfully to the best of my knowledge at the time.
15   Q    Interrogatory No. 2 asked you to identify
16   any channel or server on Discord to which you had
17   access, right?
18   A    Yes.
19   Q    And do you agree with me that you posted
20   content in the Charlottesville 2.0 server?
21   A    Yeah, a very small amount, I think.
22   Q    And a server called Hoosier Haters?
23   A    I mean, maybe, I guess.
24   Q    Do you recall posting on a server called
25   Hoosier Haters?

Page 361

M. HEIMBACH

1
2    A    I do not.
3    Q    You posted on a server called IRL
4    Networking Events?
5    A    I don't recall.
6    Q    Do you recall posting in the server
7    called TradWorker?
8    A    Yeah.
9    Q    Wade's Grooming Plantation?
10   A    No.  I don't recall.
11   Q    You didn't?  Okay.
12        WhiteWaterBoyz?
13   A    I don't recall.
14   Q    Interrogatory No. 3 asks you to identify
15   all persons, natural or non-natural, with whom you
16   communicated concerning the events, whether before,
17   during or after the events, right?
18   A    Yes.
19   Q    And a you listed a number of people,
20   right?
21   A    Yes.
22   Q    And do you agree with me, Mr. Heimbach,
23   that you left out James Fields, right?
24   A    Well, I didn't talk to James Fields.
25   Q    Well, isn't it true that by this time, by

Page 362

M. HEIMBACH

1
2  April 11th, 2018, when you swore under oath to the
3  accuracy of this document, you had, in fact, sent
4  Mr. Fields a letter?
5      A    I don't recall the date of when that
6  letter was sent.
7      Q    Do you agree with me that we discussed
8  earlier you posted a photograph of the letter that
9  you sent to Mr. Fields?
10     A    What was the date on that?
11     Q    Hold on a moment.
12          I'm showing you Exhibit 12.  Do you agree
13  with me, Mr. Heimbach, that the date of the post that
14  shows the photograph of your letter to Mr. Fields is
15  January 19, 2018?
16     A    Sure.
17     Q    And that's approximately the time that
18  you sent the letter to Mr. Fields?
19     A    Yes.
20     Q    And January 2018 -- withdrawn.
21          And January of 2018 is before April of
22  2018, right?
23     A    I don't remember the contents of letter
24  discussing the case.
25     Q    Well, didn't we discuss the contents of

Page 363

M. HEIMBACH

1
2  letter?
3      A    Yeah, providing Christian moral support,
4  which would be different than actively discussing the
5  case.
6      Q    Your view is that a letter that you wrote
7  to James Fields while he's in prison giving him
8  support for his arrest involving the murder of
9  Heather Heyer at Charlottesville is not a document
10  that concerns the Unite the Right rally; is that your
11  testimony?
12     A    Well, yeah, because I can't recall if
13  anything about the rally was even discussed.
14     Q    You also communicated with Alex Ramos by
15  April 11th, right?
16     A    Yes.
17     Q    And he was another person that was
18  convicted of violence at Unite the Right, right?
19     A    Yes.
20     Q    And you left him off of your
21  interrogatory response, too, right?
22     A    Yes.
23     Q    And you had communicated with Daniel
24  Borden, right?
25     A    Yeah, I hadn't -- I guess I just I hadn't

Page 364

M. HEIMBACH

1
2  understood what the scope was in regards to this.
3  I'm sorry I'm not an attorney.
4      Q    Well, the -- the request is to identify
5  all persons with whom you communicated concerning the
6  events.
7          Is there something about that that's
8  difficult for you to understand?
9      A    I don't recall actively discussing the
10  events in a cell where I had asked James Fields for
11  his best barbecue recipe.  That wouldn't have any
12  relation to the case.
13     Q    And Interrogatory No. 4 asks you to
14  identify all electronic devices used by you to
15  communicate concerning the events.
16     A    Yes.
17     Q    And you didn't list a single computer,
18  did you?
19     A    No.
20     Q    You agree with me that you have not ever
21  disclosed the existence of computers that you used to
22  discuss the events in this case until today?
23     A    I can't recall.
24     Q    Today is the first time you've ever
25  disclosed the existence of computers that you used to

Page 365

M. HEIMBACH

1
2  communicate about the events?
3      A    I really feel like I mentioned something
4  in an e-mail and we'll have to go back and look at
5  the record.
6      Q    Please do.
7      A    I will.  If so, that's an oversight.
8      Q    Fair to say, Mr. Heimbach, that your
9  sworn interrogatory responses were not accurate?
10     A    No, they were accurate at the time to the
11  best of my knowledge and ability.
12     Q    You -- you believe these interrogatory
13  responses were accurate at that time?
14     A    Yes.
15     Q    Now --
16     A    They have to be amended, however.  I'm
17  happy to do so and I apologize for any shortcomings.
18          But to the best of my knowledge at the
19  time, which was a very stressful time in my life,
20  with a lot of various factors going on, I guess
21  things had just slipped my mind or I had forgotten
22  them.
23     Q    You also received document requests,
24  right?  That's Exhibit No. 5?
25     A    Yes.

Page 366

M. HEIMBACH

1
2     Q    And that document asked you to produce
3  all documents concerning the events in this case,
4  right?
5     A    Yes.
6     Q    Including any social media documents
7  concerning the events, right?
8     A    Yes.
9     Q    And at the time that you filled out your
10  responses to this document, you knew that you had a
11  number of documents in your possession that were
12  responsive to these requests, right?
13     A    When -- when, specifically?
14     Q    In April of 2018, you knew that you had
15  documents in your possession that were responsive to
16  these document requests, right?
17     A    Which I had listed, yes.
18     Q    Sorry.  Let's go step by step.
19        You knew at the time that you signed
20  the -- that you signed these documents that --
21  withdrawn.
22        You knew when you signed the
23  certification in April of 2018 that you had
24  responsive documents in your possession, right?
25     A    Yes.

Page 367

M. HEIMBACH

1
2     Q    And in response to Document Request
3  No. 1, which called for all documents, communications
4  concerning the events, your answer was:  Quote, None,
5  unless in the possession of Traditionalist Worker
6  Party itself.  What I would have had was
7  involuntarily removed by Facebook, Twitter, et
8  cetera.
9        You wrote that, right?
10     A    Well, I didn't write it, no.
11     Q    Well, you affirmed the accuracy under
12  oath of that statement, right?
13     A    Yes.
14     Q    And you agree with me, Mr. Heimbach, that
15  that was not, in fact, true?
16     A    It was true to my understanding at the
17  time.
18     Q    Was it true that you had no documents in
19  your possession in April of 2018 that were responsive
20  to these requests?
21     A    Well, I mean, essentially, I think what
22  it boils down to is I have no idea what I'm doing in
23  terms of the legal field and was trusting my then
24  attorney at the time to actively work with me to
25  fulfill all these responsibilities, and there seems

Page 368

M. HEIMBACH

1
2  to be a large series of communication breakdowns and
3  failures that I don't think was really anyone's
4  fault.
5        But I answered truthfully to the best of
6  my knowledge and ability at the time.
7     Q    Did you tell Mr. Kolenich at the time
8  that you had documents on about ten different social
9  media accounts that you didn't disclose in this
10  document?
11     A    I don't recall.  I kind of trusted
12  counsel to ask the questions to get the information
13  to properly represent me.
14     Q    Question 2 asks for all documents and
15  communications concerning events and rallies prior to
16  the events that related to the events in any way.
17        And at the time you swore to the accuracy
18  of this document, you knew that you had documents
19  concerning Charlottesville 1.0, correct?
20     A    I don't know if I had any documents in
21  relation to Charlottesville 1.0.
22     Q    You don't recall sending a single text
23  message regarding Charlottesville 1.0?
24     A    Not that I can recall.
25     Q    You didn't post a single message anywhere

Page 369

M. HEIMBACH

1
2  about the Battle of Berkeley?
3     A    Not that I can recall.
4     Q    Question 3 asks for documents concerning
5  a number of entities, including Traditionalist Worker
6  Party, right?
7     A    Uh-huh.
8     Q    And would it be fair to say that you knew
9  at the time you filled this out in April of 2018 that
10  you had documents concerning communications with
11  Traditionalist Worker Party?
12     A    No.
13     Q    Why not?
14     A    My understanding was that this was in
15  reference specifically to the official things that
16  were sent through the Traditionalist Worker Party
17  related assets, which Mr. Parrott was going to
18  provide.
19        So my answer is as truthful as I could in
20  understanding this.
21     Q    So you are now, under oath, affirming the
22  accuracy of the answer to Document Request No. 3?
23     A    What I would say is I didn't properly
24  understand the question.
25     Q    Is the answer accurate now that you

Page 370

M. HEIMBACH

1
2  properly understand the question?
3      A    I do not believe so, based on my
4  understanding.  However, at the time I answered
5  truthfully to the best of my knowledge and ability.
6      Q    Do you agree with me that every single
7  one of your answers to each document request, with
8  the exception of No. 8, was:  Quote, None, unless in
9  the possession of Traditionalist Worker Party itself.
10  What I would have had was involuntarily removed by
11  Facebook, Twitter, et cetera?
12      A    Yes.
13      Q    And do you believe any of those responses
14  are accurate based on your understanding of the
15  document requests?
16      A    Based upon my understanding as of this
17  moment or at the time?
18      Q    Right now.
19      A    As of right now, I would say that I
20  believe all of these probably have to be modified,
21  based on an increased understanding of the requested
22  requirements.
23          Again, I was relying upon counsel, who I
24  don't necessarily believe explored these in the
25  fullness to properly represent my best interests, and

Page 371

M. HEIMBACH

1
2  that was a breakdown of communication.
3      Q    Now, the -- your answer -- well --
4  withdrawn.
5          Request No. 8 asks for all documents and
6  communications concerning the steps you have taken to
7  preserve documents and communications relevant to
8  this lawsuit, including the documents and
9  communications responsive to these requests, right?
10      A    Yes.
11      Q    And what was your answer?
12      A    NA.
13      Q    And what does NA mean?
14      A    Not available.
15      Q    And is it not available or not applicable
16  or what's your --
17      A    Or not applicable.
18      Q    And why did you write Not Applicable?
19      A    To the best of my knowledge at the time,
20  that was the proper answer.
21      Q    And is that because you had not, in fact,
22  taken any steps to preserve documents or
23  communications relevant to this lawsuit?
24      A    Well, I mean, I feel that I have at the
25  time.  I don't know.  Again, this is -- this is a

Page 372

M. HEIMBACH

1
2  moment where, honestly, I should have been
3  representing myself pro se from the get-go to at
4  least, perhaps, be able to better represent my
5  interests.  And I'd answered as truthfully as I could
6  at the time.
7      Q    To be clear, Mr. Heimbach, other than
8  putting your electronic devices in the tub, did you
9  take any other steps to preserve any of your
10  communications in this case?
11      A    All of the communications in terms of the
12  Traditionalist Worker Party system were preserved by
13  Matt Parrott.
14      Q    So focusing on your efforts to preserve
15  documents, did you take any other steps to preserve
16  any of your communications in this case?
17      A    I would need to know how.
18      Q    So is the answer, no?
19      A    Yes.
20      Q    You didn't image a single electronic
21  device, right?
22      A    I don't know how.
23      Q    Your attorney never imaged a single
24  electronic device, right?
25      A    I don't believe any of my devices were

Page 373

M. HEIMBACH

1
2  requested by counsel.
3      Q    And you didn't take any steps to preserve
4  anything you posted on any social media account,
5  right?
6      A    No, the vast majority of them were
7  removed by the service providers.  I didn't even know
8  how to start that process.
9      Q    Now, are you aware that, in October of
10  2018, the Plaintiffs filed a motion to get the judge
11  to order you to have your electronic devices imaged?
12      A    No.
13          (Heimbach Deposition Exhibit No. 45
14  was marked for the record.)
15  BY MR. BLOCH:
16      Q    I'm showing you what is marked Exhibit
17  No. 45.  Do you recognize that document?
18      A    It all kind of looks the same.
19          Not off the top of my head, no.
20      Q    And so is it your testimony that you had
21  no awareness in October of 2018 that Plaintiffs had
22  filed a motion to compel you to have your devices
23  imaged?
24      A    I don't recall.
25      Q    That document was never sent to you?

Page 374

M. HEIMBACH

1
2    A    I don't recall.
3        (Heimbach Deposition Exhibit No. 46
4    was marked for the record.)
5    BY MR. BLOCH:
6    Q    Mr. Heimbach, I'm showing you what's been
7    marked Exhibit No. 46.
8        Do you recognize that document?
9    A    No.
10   Q    Is that document a declaration by you?
11   A    Looks like.
12   Q    And is there an electronic signature of
13   yours?
14   A    Yes.
15   Q    And did you provide the -- did you put
16   that electronic signature on there?
17   A    I don't recall.
18   Q    Did you authorize Mr. Kolenich or
19   Mr. Woodard to put your electronic signature on that
20   document?
21   A    I don't recall.
22   Q    Have you ever seen this document before?
23   A    I don't recall.
24   Q    Do you doubt that you received and gave
25   authorization to swear to the contents of this

Page 375

M. HEIMBACH

1
2    document?
3    A    No, but I just don't remember it.
4    Q    And the declaration by you says:
5    Mr. Matthew Heimbach, having been duly cautioned,
6    declares and states as follow.  One, this declaration
7    is based on personal knowledge.  Two, I have been
8    advised by my attorney the third party ESI would cost
9    upwards of $5,000 per device.  And Three, I cannot
10   afford to pay for third-party ESI vendor examinations
11   of any electronic devices.  I declare under penalty
12   of perjury the foregoing is true and correct.
13   Executed on October 24th, 2018.
14       Did you swear to the contents of this
15   document?
16   A    I mean, if it's in front of me, I must
17   have.
18   Q    Were you advised by your attorney that
19   third-party ESI vendors cost upwards of $5,000 per
20   device?
21   A    Again, if I swore to it, I must have
22   been.
23   Q    Do you recall a conversation about this
24   with Mr. Kolenich?
25   A    No.

Page 376

M. HEIMBACH

1
2    Q    You don't recall any conversation where
3    Mr. Kolenich discussed with you the cost of imaging
4    your devices?
5    A    Not as I sit here, but if I swore to it,
6    then I must have.
7    Q    And isn't it true, Mr. Heimbach, that at
8    the time you swore to the accuracy of this document,
9    you, in fact, did not have any electronic devices
10   with responsive content on it?
11   A    Yes.
12   Q    Did you tell Mr. Kolenich that imaging
13   electronic devices would be too expensive to you,
14   even though you didn't, in fact, have any devices to
15   be imaged?
16   A    He knew my economic situation, which
17   would make -- I mean, any expense above $50, even, a
18   formidable challenge.
19   Q    But if you didn't have any electronic
20   devices to be imaged, was there any expense
21   associated with imaging your devices?
22   A    Well, for instance, we just had my
23   current phone imaged, and which that would have
24   prohibitive.  So anything that would have to be done
25   for the process.  So this would all be accurate

Page 377

M. HEIMBACH

1
2    statements.
3    Q    The current phone that you had imaged,
4    you would agree with me didn't -- was not in your
5    possession at the time you signed this document,
6    right?
7    A    Yes, but my other phone, which was
8    functioning at the time, would have been available.
9    Q    Were you aware, Mr. Heimbach, that the
10   Court ordered all Defendants in November of 2018 to
11   submit your electronic devices to a vendor for
12   imaging?
13   A    I don't recall.
14       (Heimbach Deposition Exhibit No. 47
15   was marked for the record.)
16   BY MR. BLOCH:
17   Q    I'm showing you, Mr. Heimbach, what's
18   being marked Exhibit No. 47.
19       Do you recognize this document?
20   A    I don't recognize it, but I can read it
21   real quick.
22   Q    Well, do you believe you were ever shown
23   or explained the contents of this document?
24   A    I don't recall.
25   Q    Are you aware that the Court -- were you

Page 378

M. HEIMBACH

1
2  aware in November of 2018 that the Court ordered you
3  to submit a consent form to Discord?
4        A    I don't recall.  I believe I had
5  submitted a form for Discord, however, prior.
6        Q    All right.  We'll talk about that.
7             Were you aware that you were ordered to
8  fill out a certification in November of 2018
9  attesting to all of your devices and social media
10 accounts?
11       A    I don't recall.
12       Q    After this order was issued, you did not,
13 in fact, submit any devices to a vendor, right?
14       A    I don't believe so.
15       Q    And the device that you had in your
16 possession at that time with responsive documents has
17 since been disposed of, right?
18       A    Yes.
19       Q    And you did not, at that time, in
20 November of 2018, fill out a certification attesting
21 to all of your devices and social media accounts,
22 right?
23       A    I don't recall.
24       Q    Why didn't you?
25       A    I don't recall these.

Page 379

M. HEIMBACH

1
2        Q    You don't have any recollection of any of
3  this happening?
4        A    I've been going through a divorce.  I've
5  been dealing with a whole lot of stuff outside of
6  this.  I know this is your guys' day-to-day, but, no,
7  I really don't recall.
8        Q    And prior to July 7th, 2019, do you agree
9  that you didn't produce a single document in this
10 case?
11       A    Yes.
12       Q    Why not?
13       A    I suppose my own ignorance in a lot of
14 ways.  I wasn't able to pay for an attorney to retain
15 them to defend me.  I'm not trained in any sort of
16 legalese and I was -- I was ignorant as to even begin
17 to fulfill my obligations and had no money to even
18 ask an attorney to help.
19       Q    Weren't you still represented by
20 Mr. Kolenich at the time you were ordered to do this,
21 in November of 2018?
22       A    I don't know.
23            (Heimbach Deposition Exhibit No. 49
24       (49A) was marked for the record.)
25

Page 380

M. HEIMBACH

1
2  BY MR. BLOCH:
3        Q    Mr. Heimbach, I'm showing you Exhibit
4  No. 49.
5             Do you recognize that document?
6        A    I guess.  I don't recall this off the top
7  of my head, but I signed it, so, yes.
8        Q    And did you -- is this document an
9  e-mail -- it's a two-page document, right?
10       A    Yes.
11       Q    And it's -- the top page is an e-mail you
12 received from Mr. Kolenich on November 20th, 2018,
13 right?
14       A    Yes.
15       Q    And the subject is Please Tend to
16 Immediately?
17       A    Looks like, yeah.
18       Q    And Mr. Kolenich says:  Please send the
19 attached to SCA@bsfllp.com right away, right?
20       A    Yes.
21       Q    And attached to that is a -- what appears
22 to be a Discord SCA consent, right?
23       A    Looks like.
24       Q    And is that your signature at the bottom
25 of the page?

Page 381

M. HEIMBACH

1
2        A    Looks like it.
3        Q    Do you recall signing this?
4        A    Not off the top of my head.
5        Q    And --
6        A    But I do remembering submitting something
7  to Discord, so I assume this is it.
8        Q    And the consent form states:  I, Matt
9  Heimbach, am the sole account holder for the Discord
10 account associated with the user name Heimbach and
11 the e-mail address -- and then there's a blank --
12 from which I am sending this e-mail.
13            Right?
14       A    Yes.
15       Q    And do you agree with me that you did
16 not, in fact, have a Discord account with the user
17 name Heimbach?
18       A    It was Matthew Heimbach, I think.
19       Q    Right.
20       A    So that would have been an error.
21       Q    Right.  And so you agree with me that you
22 did not actually have a Discord account with the user
23 name Heimbach, right?
24       A    Yeah, that was a mistake.
25       Q    And then it says, And the e-mail address,

Page 382

M. HEIMBACH

1
2  and there's a blank, right?
3      A    Yeah.
4      Q    And you didn't fill in the e-mail address
5  where you were called to fill in the e-mail address,
6  right?
7      A    Yeah, I thought from -- that it was just
8  spaced wrongly.  From which I am sending this e-mail
9  would have covered it.  Again, confusion on my part.
10     Q    And isn't it true that you were
11 subsequently informed that your SCA consent for
12 Discord was defective?
13     A    I don't recall.
14     Q    And isn't it true that prior to June 3rd,
15 2017, you never submitted another consent form to
16 Discord?
17     A    I don't recall.
18     Q    Now, on January 28th, 2019, you received
19 an e-mail from the court in Charlottesville, right?
20     A    I don't recall.
21     Q    Do you recall ever receiving an e-mail
22 from the court in Charlottesville?
23     A    My e-mail account has so much spam and
24 random nonsense filling it up, it's really hard to
25 keep track.

Page 383

M. HEIMBACH

1
2      Q    Do you recall ever receiving an e-mail
3  from the court in Charlottesville?
4      A    I don't recall.
5          (Heimbach Deposition Exhibit No. 48
6  was marked for the record.)
7  BY MR. BLOCH:
8      Q    And I'm showing you what is being marked
9  Exhibit No. 48.
10         Do you see that, Mr. Heimbach?
11     A    Yes.
12     Q    What is this?
13     A    It look likes an e-mail.
14     Q    And is this an e-mail that you received?
15     A    I don't recall.
16     Q    Do you agree with me that the To line
17 states that it went to matthew.w.heimbach@gmail.com?
18     A    Yes, but I don't know if I ever saw it.
19     Q    But you agree that it went to that
20 address, right?
21     A    Looks like.
22     Q    And you don't recall ever having seen
23 this document?
24     A    I don't recall.
25     Q    Did you attend the court conference

Page 384

M. HEIMBACH

1
2  that's being discussed in this e-mail?
3      A    I don't believe so.
4      Q    Do you agree with me the e-mail says:
5  Ms. Tenzer or Mr. Mosley, Mr. Heimbach, Judge Hoppe
6  would like to have a conference call regarding some
7  outstanding discovery issues.  He's available the
8  following dates and times.
9          Right?
10     A    Yes.
11     Q    Then there's a list of dates and times?
12     A    Yes.
13     Q    And it says:  Please let me know what
14 works for you and I'll set up the conference call.
15         Right?
16     A    Yes.
17     Q    Did you respond to that?
18     A    I don't recall.
19     Q    Do you recall sending an e-mail to a
20 court setting up a conference call?
21     A    I don't recall.
22     Q    Is e-mailing with a court setting up a
23 conference call concerning your discovery issues
24 something that you think you'd remember?
25     A    Not necessarily.

Page 385

M. HEIMBACH

1
2      Q    Why is that?
3      A    Very busy 32 life.
4          (Heimbach Deposition Exhibit No. 49
5  (49B) was marked for the record.)
6  BY MR. BLOCH:
7      Q    Mr. Heimbach, I'm showing you what's
8  being marked right now as Exhibit 49.
9      A    Okay.
10     Q    What's your last one?  If you could just
11 turn to entry 402.
12     A    That was -- oh, there we go.
13     Q    Docket entry 402 reads:  Clerk called and
14 e-mailed Elliott Kline, aka Eli Mosley, and Matthew
15 Heimbach three times regarding setting a telephonic
16 hearing on a -- on an outstanding discovery issue.
17 After no response from either, clerk set hearing.
18 Clerk called and left voicemail.  He mailed an e-mail
19 notice of hearing to both Defendants.
20         Do you see that?
21     A    Yes.
22     Q    And did I read that correctly?
23     A    I believe so.
24     Q    And did you receive voicemails from the
25 court?

Page 386

M. HEIMBACH

1
2     A    I don't recall.  I haven't checked my
3   voicemail in a very, very long time.
4     Q    How long?
5     A    A very long time.  I don't need to
6   constantly hear debt collectors on how much money
7   they want from me, or threats, or other sorts of
8   things.
9     Q    Did you receive e-mails from the court?
10    A    Not that I recall.
11    Q    Did you respond to any calls or e-mails
12  from the court?
13    A    Not that I recall.  And I believe the
14  court had the wrong physical address for me.
15    Q    What address did the court have?
16    A    I'm not sure, but I don't think it was
17  the correct one.
18    Q    Why do you think that?
19    A    Because when I called to give them my new
20  address, they had to change it.  I gave them my PO
21  Box.
22    Q    But you agree they had the correct e-mail
23  address, right?
24    A    Yes.
25    Q    And they had the correct phone number,

Page 387

M. HEIMBACH

1   right?
2     A    Yes, but I don't answer calls from
3   numbers I don't know.
4     Q    Are you aware there was a conference
5   regarding your behavior in discovery on February 8th,
6   2019?
7     A    I don't recall.
8     Q    Did you show up to a conference on
9   February 8th, 2019?
10    A    I don't believe so.
11    Q    Well, isn't that something you would
12  remember?
13    A    It was a year ago, man.
14    Q    February 8th, 2019.
15    A    Oh, 2019.  No.  I don't believe I did.
16    Q    But you're not sure?
17    A    I don't believe I did.
18    Q    From January to June of 2019, do you
19  agree with me you didn't respond to any e-mails from
20  the Plaintiffs?
21    A    Sure.
22    Q    And do you agree with me that from
23  January to June 2019 you didn't respond to any
24  e-mails from the court?

Page 388

M. HEIMBACH

1
2     A    I don't recall receiving them.  I'm not
3   doubting that they sent them, but in the -- in the
4   scrum of junk mail, I don't recall seeing them.
5     Q    Do you now -- well, you've received
6   e-mails from the court since June of 2019, right?
7     A    Yes.
8     Q    And you see those, right?
9     A    Yes.
10    Q    Do you respond to those when you're
11  called to?
12    A    I believe so.
13    Q    And --
14    A    I hope I haven't missed anything.
15    Q    Well, on June 3rd of 2019, there was a
16  hearing in Charlottesville, right?
17    A    I guess.
18    Q    Well, didn't you become aware of a
19  hearing that happened in Charlottesville on June 3rd,
20  2019 regarding your behavior?
21    A    I believe after the fact.
22    Q    And what did you hear after the fact?
23    A    That the court was less than pleased.
24    Q    And where did you hear that?
25    A    The news media.

Page 389

M. HEIMBACH

1
2     Q    And did you learn that you are under
3   threat of getting arrested if you continue to ignore
4   your discovery obligations?
5     A    Indeed.
6     Q    And you heard that around June 3rd,
7   right, 2019?
8     A    That sounds accurate.
9     Q    And on June 4th, the day after, you
10  contacted Mr. Kolenich, right?
11    A    I believe so.
12    Q    By the way, what social media did you
13  hear this on?
14    A    Well, it was on anti-fa Twitter accounts.
15  I don't have an account, but I still check them.
16    Q    You check anti-fa Twitter accounts?
17    A    Yeah.
18    Q    But you do not check the TWP Twitter
19  account?
20    A    Uh-uh.
21    Q    Do you agree with me that it was only
22  after you heard that you were threatened with an
23  arrest that you received court e-mails and responded
24  to them?
25    A    Well, not about receiving, but actually

Page 390

M. HEIMBACH

1
2  going back and looking.  I hadn't frequently utilized
3  the e-mail.
4      Q    But you are now able to view and receive
5  court e-mails when you receive them, right?
6      A    Instead of not checking my e-mail for
7  days at a time, now I check my e-mail every day.
8      Q    And is that all that has changed, is that
9  you now check your e-mail more frequently?
10      A    Primarily, yes.
11      Q    Well, you say primarily.  Is there
12  anything else?
13      A    Not that I can think of.
14      Q    Did you change any settings in your
15  e-mail account?
16      A    In terms of unsubscribing from a bunch of
17  the junk mail that fills up the account.
18      Q    Did you do that?
19      A    Yeah.
20      Q    Did you change any e-mail settings?
21      A    Well, I would consider that changing what
22  I was getting, marking things that were spam as spam
23  so they'd be filtered properly instead of just
24  ignoring them.
25      Q    You agree, Mr. Heimbach, that you didn't

Page 391

M. HEIMBACH

1
2  produce a single document in this case until you were
3  threatened with arrest?
4      A    I suppose one could say that.
5      Q    Did you make a tactical decision not to
6  participate in discovery in this case?
7      A    No.  I was simply brought into a better
8  understanding of legal process again.  Being not a
9  lawyer, it's been an overwhelming situation.
10      Q    How did you come to a better
11  understanding of your obligations?
12      A    Well, primarily over the last month and a
13  half from speaking with you directly and working to
14  fulfill my discovery obligations in a timely manner.
15      Q    Did you tell Mr. Kolenich that you had
16  made a, quote, tactical decision that you would
17  rather take a default than participate in discovery
18  in this case?
19      A    I don't recall.
20      Q    You never told Mr. Kolenich that?
21      A    I didn't say that.  I said I didn't
22  recall.
23      Q    So you might have told Mr. Kolenich that?
24      A    Potentially.
25      Q    Well, did you make a tactical decision

Page 392

M. HEIMBACH

1
2  that you would rather take a default than participate
3  in discovery in this case?
4      A    More of I was just overwhelmed with a
5  variety of other factors and wasn't seeing the
6  e-mails.
7          (Heimbach Deposition Exhibit No. 50
8      was marked for the record.)
9  BY MR. BLOCH:
10      Q    I'm showing you, Mr. Heimbach, what's
11  been marked as Exhibit 50 in this case.
12          Do you see that?
13      A    Yup.
14      Q    Does that appear to be a transcript of a
15  court proceeding on June 3rd, 2019?
16      A    Looks like.
17      Q    And if you could turn to page 24.
18      A    Okay.
19      Q    On line 14, do you see where it says:
20  Mr. Kolenich:  I can reach Heimbach but
21  he will not participate.  He has made a tactical
22  decision that he would rather just take a default and
23  let that happen.
24          Do you see that?
25      A    Yes.

Page 393

M. HEIMBACH

1
2      Q    Is what Mr. Kolenich said true?
3      A    I can't recall an exact conversation
4  where I said that.
5      Q    You don't recall ever having -- saying --
6  withdrawn.
7          You don't recall ever having said
8  anything to Mr. Kolenich that would lead him to that
9  conclusion?
10      A    No.  If anything, during conversations
11  and overall assessment of how I was outgunned,
12  metaphorically, in these endeavors and not knowing
13  how to proceed, not being a lawyer, and not even
14  knowing how to start, he might have drawn that
15  inference.  I don't recall an exact conversation,
16  however.
17          (Heimbach Deposition Exhibit No. 51
18      was marked for the record.)
19  BY MR. BLOCH:
20      Q    Mr. Kolenich [sic], I'm showing you
21  what's been marked as Exhibit No. 51.
22      A    Yes.
23      Q    Do you have that in front of you?
24      A    I do.
25      Q    Do you recognize that document?

Page 394

M. HEIMBACH

1
2    A    I wrote it.
3    Q    So do you recognize it?
4    A    I do.
5    Q    You stated, Mr. Heimbach, on page -- if I
6  could direct your attention to page six of 12, in the
7  fifth paragraph down?
8    A    Okay.
9    Q    You wrote:  Quote, As Respondent Heimbach
10  wrote in a private Traditionalist Worker Party e-mail
11  prior to the event proposing our, quote, cultural
12  genocide through the removal of our monuments and
13  flags.
14    A    Uh-huh.
15    Q    Where is that e-mail that you refer to in
16  that document?
17    A    I think it's the one from earlier.
18    Q    You think that you've produced that
19  document to us in this case?
20    A    I believe so.  If you want to go back, we
21  can look at it.
22    Q    Well, we'll check that, but where did you
23  find that e-mail?
24    A    Google Docs.
25    Q    And is -- well -- do you have it?

Page 395

M. HEIMBACH

1
2    A    Yeah.
3    Q    Is that it?
4    A    I'll read it real quick.
5         No.  That would have been one of the
6  other dozen documents I sent you, I believe.
7    Q    So you believe that you have produced
8  that document, right?
9    A    I believe so.
10    Q    And when do you believe you produced that
11  document?
12    A    When I sent you all the other documents.
13    Q    And the documents -- well, withdrawn.
14         You were quoting from the actual document
15  itself that you believe you already produced in this
16  case, right, where it says cultural genocide through
17  the removal of our monuments and flags?
18    A    Yes.
19    Q    And the documents that I recall you
20  sending were PDFs and Word documents, right?
21    A    I believe so, yes.
22    Q    Isn't it true, you didn't send --
23  withdrawn.
24         You didn't produce a single document that
25  appears to have been written in a private

Page 396

M. HEIMBACH

1
2  Traditionalist Worker Party e-mail, right?
3    A    Well, that would have gone through Matt
4  Parrott, to be sent out and distributed.  I would
5  only have the rough drafts.
6    Q    Well, how do you know that one of the
7  documents that you say you produced was sent out over
8  e-mail?
9    A    I believe that it was.
10    Q    Based on what?
11    A    Based on Matt Parrott sent out e-mails
12  prior to the event.
13    Q    Do you have a recollection as you sit
14  here today of one of the documents you sent to me
15  being sent out over e-mail?
16    A    I believe so.
17    Q    Is that because you have a recollection
18  in your mind right now of a particular Traditionalist
19  Worker Party e-mail?
20    A    Well, yeah, I had the rough draft.
21    Q    And it's just based on your recollection
22  that the rough draft of one of the documents you say
23  you sent us was sent out over the e-mail system,
24  right?
25    A    I believe it was sent out, yes.

Page 397

M. HEIMBACH

1
2    Q    Do you actually have a copy of the
3  document being sent through the Traditionalist Worker
4  Party e-mail system?
5    A    I'm sure we can get it if from Mr. Parrott.
6    Q    But my question is:  Do you have a copy
7  of that e-mail?
8    A    No.  I would need to get it from my
9  co-defendant.
10    Q    Your testimony is that, if it exists, you
11  believe the most likely place to find it is with
12  Mr. Parrott, right?
13    A    Yes.
14    Q    And that's the extent to which you can
15  testify about whether or not that was sent out over
16  e-mail, right?
17    A    Yes.
18    Q    You stated, Mr. Heimbach -- again, I'm on
19  page six of 12, and now I'm at the last full
20  paragraph:  Respondent Heimbach specifically
21  instructed members of the Traditionalist Worker Party
22  to not attend the August 11th event because it was
23  not a permitted rally.
24    A    Yes.
25    Q    Right?

Page 398

M. HEIMBACH

1
2      In what manner did you convey that
3  instruction?
4      A    To those that were at the cabin that we
5  were at, I told people not to go and to let anyone
6  else that they knew not to go.
7      Q    And when you say you were at the cabin,
8  what cabin are you talking about?
9      A    The private cabin we had rented for the
10 weekend.
11     Q    And when you say the weekend, you mean
12 August 11th and 12th?
13     A    Yes.
14     Q    So you're saying that when you were at a
15 cabin on Friday night, August 11th, you told the
16 people who were at that cabin they should not go to
17 the torch march, right?
18     A    Yes, and to notify anyone else they knew
19 not to attend.
20     Q    Was there any other manner in which you
21 instructed members of TWP not to attend the
22 August 11th rally?
23     A    I don't recall.
24     Q    Are you aware of a document where you
25 instructed members of TWP not to attend the

Page 399

M. HEIMBACH

1  August 11th event?
2      A    I don't recall.
3      Q    So, is the answer -- well, do you recall
4  a document that specifically instructs members of the
5  TWP to not attend the August 11th event?
6      A    I just remember saying it verbally.
7      Q    And that was on August 11th?
8      A    Yes.
9      Q    What time did you get to that cabin?
10     A    I don't know.  It was evening.
11 Dinnertime.
12     Q    And so the first time -- withdrawn.
13         The only time you instructed members of
14 the TWP not to go to the August 11th event was in the
15 evening of August 11th, right?
16     A    Well, I don't believe anyone knew about
17 it prior to that, necessarily, but I believe
18 Mr. Parrott had a potentially informed them through
19 other means.
20     Q    What makes you believe that?
21     A    Because he was always on top of things
22 and he agreed with me, in our conversations earlier
23 in the day, that we shouldn't attend that event.
24     Q    Have you seen a document from anybody,

Page 400

M. HEIMBACH

1
2  including Mr. Parrott, instructing members of TWP not
3  to attend the August 11th torch light march?
4      A    No, but I know my own conversations I
5  had.
6      Q    And are you saying you were not aware of
7  the torch light march prior to August 11thth?
8      A    I believe I had heard some rumblings, but
9  I don't believe I had known that it wasn't going to
10 be a permanent event until that day.
11     Q    You didn't know until August 11th that
12 the torch light march was actually happening on
13 August 11th; is that right?
14     A    No, that it wasn't permitted.
15     Q    Permitted.
16         When did you learn about the August 11th
17 torch light march?
18     A    I can't recall.  I wasn't really on
19 speaking terms with the identity or the click that
20 were the ones organizing that.
21     Q    You were not on speaking terms with Eli
22 Kline?
23     A    Not really, or Jason Kessler, for the
24 most part.
25     Q    You stated -- if you could go to page

Page 401

M. HEIMBACH

1  nine of 12, and if you go to the third full paragraph
2  from the bottom?
3      A    Uh-huh.
4      Q    You state:  Respondent Heimbach and the
5  Traditionalist Worker Party developed their own plan
6  for the event, ignoring Eli Mosley, Richard Spencer
7  and others.
8          Right?
9      A    Yes.
10     Q    Was this a written plan?
11     A    Not that I can recall.  We just blew them
12 off.
13     Q    So when you say TWP developed their own
14 plan for the event, you're saying the plan was just
15 to blow them off?
16     A    Well, and to contact the Charlottesville
17 Police Department to let them know that we were going
18 to be parking right near where the courthouse and
19 police station was, and got their approval for that.
20     Q    Did you contact the Charlottesville
21 Police Department?
22     A    I believe so, yes.
23     Q    In what format?
24     A    Phone.

Page 402

M. HEIMBACH

1
2      Q      You called the Charlottesville Police
3  Department?
4      A      Yeah, there was a sergeant, I think, who
5  was in charge of organizing things.  And I believe
6  Mr. Parrott did, as well.
7      Q      And what is the name of the sergeant who
8  you spoke to?
9      A      I don't know, man.  I'm sure, looking at
10 the call logs, we could figure it out.
11     Q      You don't have a document that
12 demonstrates any communication with the
13 Charlottesville Police Department, do you?
14     A      I mean, besides phone records that we can
15 get.
16     Q      Have you seen any phone records that show
17 communication with the Charlottesville Police
18 Department?
19     A      Well, no, but I know I was on the phone,
20 so they have to exist.
21     Q      But to be clear, the plan that you
22 discuss in that motion to dismiss was not written
23 down anywhere?
24     A      Not that I can recall.  I mean, honestly,
25 like how much of a written-out document or plan does

Page 403

M. HEIMBACH

1
2  one need to park at a Jo-Ann's Fabric, drive to the
3  police station parking lot, and then go to a
4  permitted rally.  You don't have to be Sun Tzu to
5  figure that out.
6      Q      And that's all you did to plan for Unite
7  the Right; is that right?
8      A      In terms of what?
9      Q      That you have just described the extent
10 of your planning for the Unite the Right event?
11     A      I mean, in terms of a -- an overview.  I
12 know Mr. Parrott, to the best of my knowledge, I know
13 worked to communicate more than I did with CPD.
14     Q      And you know that because he told you
15 that at some point?
16     A      Yes.
17     Q      When did he tell you that?
18     A      In the lead-up to the event.
19     Q      On that same page, you say -- well, I'm
20 sorry.  I'm at the fifth full paragraph from the
21 bottom.
22     A      Okay.
23     Q      It starts with Fact 71.
24            You say:  While Respondent Heimbach was
25 involved in that Discord chat and had initially

Page 404

M. HEIMBACH

1
2  participated in it, Respondent Heimbach withdrew from
3  active participation before the rally.
4      A      Yes.
5      Q      What did you mean, withdrew from active
6  participation?
7      A      I mean, essentially, the other groups
8  were trying to come up with a plan, but all of them
9  were seemingly very inexperienced and not coming
10 together with very good ideas.
11            I mean, I've organized plenty of rallies.
12 So that's why we realized that their plan to park at
13 one park and shuttle a van in was inefficient and
14 potentially dangerous.  So that's why we came up with
15 a different plan.  I didn't -- I wasn't going to ask
16 their permission, because it was a permitted rally,
17 so we just came up with our own plan.
18     Q      So my question was:  What did you mean,
19 "withdrew from active participation" from Discord?
20     A      I stopped talking in chat and they had
21 Discord calls that I was invited to that I didn't
22 participate in.
23     Q      And when did you -- in your words --
24 withdraw from active participation in Discord?
25     A      Probably in the weeks leading up.  Maybe

Page 405

M. HEIMBACH

1
2  the last two weeks or so.
3      Q      In the last two weeks prior to the Unite
4  the Right event, you did not participate on Discord?
5      A      Well, on Discord, but not on that
6  Discord, to the best of my knowledge.
7      Q      What is that Discord?
8      A      Well, like their server.
9      Q      Whose server?
10     A      The server that was set up by whoever did
11 it, either -- Jason Kessler, whoever organized the
12 Charlottesville Discord.
13     Q      Are you talking about the Charlottesville
14 2.0 server?
15     A      Yes.
16     Q      And you're saying you did not post on the
17 Charlottesville 2.0 server two weeks prior to Unite
18 the Right?
19     A      To the best of my knowledge, that seems
20 like an accurate time line.  And I only participated
21 in, I believe, one of the many calls that they
22 organized to try and come up with a plan, because
23 their plan was foolhardy and dangerous.
24     Q      The -- when you say their -- participate
25 in their calls, are you referring to the Leadership

Page 406

M. HEIMBACH

1
2  Channel on Discord?
3      A   Yes.
4      Q   And you were, at some point, were a
5  member of the Leadership Channel on Discord?
6      A   I believe so, yeah.
7          MR. BLOCH:  Let's take a
8  three-minute break.
9          THE WITNESS:  Three minutes.  I can
10  get more water.
11         THE VIDEOGRAPHER:  Going off the
12  record.
13         (Proceedings recessed at 4:17 p.m.)
14         (Brief pause.)
15         THE VIDEOGRAPHER:  We're on back on
16  record.  The time is 4:23 p.m.
17  BY MR. BLOCH:
18     Q   Mr. Heimbach, you testified earlier that
19  you were not aware that TWP had a VK account, right?
20     A   I don't recall it.
21     Q   You don't recall the account, right?
22     A   No.
23     Q   And isn't it true, Mr. Heimbach, that the
24  VK account, in fact, posted articles that you wrote?
25     A   Well, that makes sense.  I was the

Page 407

M. HEIMBACH

1
2  chairman.
3      Q   So is the answer to that, yes?
4      A   If you say they posted it, that makes
5  sense.
6          (Heimbach Deposition Exhibit No. 52
7  was marked for the record.)
8  BY MR. BLOCH:
9      Q   If I could show you what's been marked
10  Exhibit 52.
11         Do you recognize that, Mr. Heimbach?
12     A   Yeah, vaguely.
13     Q   That's the TWP VK account, right?
14     A   Okay.  Yeah.
15     Q   Isn't it?
16     A   Yeah.
17     Q   And the TWP VK account posted an article
18  by you on November 6th, 2017, right?
19     A   Sure.
20     Q   And is it still your testimony that you
21  weren't even aware that TWP had a VK account?
22     A   I mean, I can't recall it.
23     Q   Isn't it true, Mr. Heimbach, that you
24  were, in fact, one of the contacts for the VK TWP
25  account?

Page 408

M. HEIMBACH

1
2      A   If it was on VK, I was almost never on
3  the service, so that would have been rather
4  unreliable.
5      Q   I'm sorry.  Can you explain that?
6      A   All right.  VK is a horrible platform.
7  It's incredibly buggy and garbage and not good, so I
8  never really used it.
9      Q   Well, my question was:  Weren't you one
10  of the contacts for TWP listed on the TWP VK account?
11     A   You would know better than me.
12     Q   Well, do you recall that?
13     A   I don't.
14         (Heimbach Deposition Exhibit No. 53
15  was marked for the record.)
16  BY MR. BLOCH:
17     Q   If I could show you Exhibit 53.
18         Is that the TWP VK account?
19     A   Looks like.
20     Q   And does it list two contacts?
21     A   Yes.
22     Q   And who are the two contacts?
23     A   Matthew Parrott and myself.
24     Q   And are you listed as the chief executive
25  officer?

Page 409

M. HEIMBACH

1
2      A   Yes, which isn't even right title.
3      Q   And how does one become a contact for the
4  VK account?
5      A   I don't know.
6      Q   What does it mean to be a contact?
7      A   I don't know.
8      Q   Doesn't it mean you have to at least have
9  credentials to the VK account?
10     A   I don't know.
11     Q   Is there also on that VK account two
12  speeches by you?
13     A   Yes.
14     Q   And one is the Matthew Heimbach St.
15  Paddy's Day speech, right?
16     A   Uh-huh.
17     Q   And the other is the hash tag Death to
18  America, Matthew Heimbach speech, right?
19     A   Uh-huh.
20     Q   And how did those get on the VK account?
21     A   Can't recall.
22     Q   You don't have any idea?
23     A   No, I mean those were posted on YouTube,
24  so whoever was an admin, I believe, could have just
25  put the YouTube link in and uploaded them.

Page 410

M. HEIMBACH

Q   Did you post those to the VK account?

A   Not that I can recall.

Q   Who was the admin?

A   I don't know.  I mean, all of these --
those two speeches were from 2014.  So -- and that
was a long time ago.

Q   You also testified that you didn't have
familiarity with the YouTube account or the
tradworker.org website; is that right?

A   Yeah, in terms of running them.

Q   So is it your testimony that you didn't
know what content was on those accounts?

A   I don't recall everything that was
posted.

(Heimbach Deposition Exhibit No. 54
was marked for the record.)

BY MR. BLOCH:

Q   I'm showing you Exhibit 54.

Is that a Discord post that includes
posts on Discord by you?

A   Yes.

Q   And at the top, somebody with the screen
name ghostofthevolk wrote on Discord, on
February 4th, 2018:  @MatthewHeimbach, where is that

Page 411

M. HEIMBACH

being uploaded.

Right?

A   Uh-huh.

Q   And you responded:  The episode?
@ghostofthevulk?

Right?

A   Uh-huh.

Q   And you wrote that on February 4th, 2018?

A   Yes.

Q   And below that you wrote, on
February 4th, 2018:  It will be on TRS, our YouTube
and our website.

Right?

A   Yup.

Q   How did you know that the episode was
going to be in those places if you didn't have any
real familiarity with what content got posted to
those accounts?

A   Well, that was handled by Tony Hovater, I
believe, in terms of for TRS.  That's where the show
was hosted.  So he handled that.

And generally content, I believe, would
be handled by other people to upload it.  I couldn't
upload a podcast to a website to save my life.

Page 412

M. HEIMBACH

Q   And that's because you don't have the
technical wherewithal to do that?

A   Well, essentially.

Q   My question was:  How did you know that
that content would be posted to those TWP accounts if
you weren't the person that was dealing with those
accounts?

A   Delegation.  Other people have jobs.  I
don't know how to mix a podcast, but I know Tony
Hovater was going to upload it to TRS.  It's a
logical inference.

Q   And you testified that you didn't really
deal with the TWP e-mail system; is that right?

A   Yes.

Q   And that's because -- and you testified
that Mr. Parrott dealt with that, right?

A   Uh-huh.

Q   And is that -- do I understand you
correctly, that's because you didn't have the
technical expertise to deal with that?

A   Well, just also time.

Q   Okay.  But I think you described yourself
as a Luddite --

A   Essentially.

Page 413

M. HEIMBACH

Q   -- when it comes to technology and
computer issues, right?

A   I hate them so much, passionately.

Q   And what does a Luddite mean?

A   Oh, I mean, Luddites opposed
technological advances that were, I mean, replacing
them in terms of jobs, but just in a more colloquial
term, someone that doesn't particularly like
technology.

Q   And that's how you would describe
yourself, right?

A   Essentially, yes.

Q   Do you know how to write computer code?

A   No.

(Heimbach Deposition Exhibit No. 55
was marked for the record.)

BY MR. BLOCH:

Q   If I could show you Exhibit 20 --
sorry -- 55, and is that a set of Discord posts?

A   Yes.

Q   And the top post is a post by you on
August 4th, 2017, right?

A   Uh-huh.

Q   And that would be seven days before the

Page 414

M. HEIMBACH

1
2  torch light march?
3      A    Yes.
4      Q    And you wrote:  Quote, Everyone check
5  your e-mail again.  If there's another problem, I'm
6  breaking out the vodka and going back into the lines
7  of code.
8      Right?
9      A    Uh-huh.  Well, that just means going to
10 hang out with Matt Parrott's house and kind of poke
11 him with a stick to get stuff down.
12     Q    I see. so when you wrote, I'm going to
13 break into the lines of code, you meant you were
14 going to go to Matt Parrott's house and poke him with
15 a stick?
16     A    Essentially.  I wish I could write code.
17 I really, really do.
18     Q    Mr. Heimbach, have you ever referred to
19 the lawyers in the lawsuits against you related to
20 Charlottesville as, quote, fucking kikes?
21     A    Probably.
22     Q    And did you, in fact, refer to the
23 lawyers related to the Charlottesville lawsuits as
24 fucking kikes on the Daily Traditionalist podcast on
25 October 12th, 2017?

Page 415

M. HEIMBACH

1
2      A    Probably.
3      Q    If I could play Exhibit 1 from 3.15 to
4  4.17.
5      Podcast Recording Played:
6      (Welcome to Weimerica.  So just
7  something that I think is really
8  interesting is we are being sued, but not
9  only are we being sued.  Let's see, the
10 Pennsylvania Light Foot Militia, New York
11 Light Foot Militia, Virginia Minutemen
12 Militia, American Freedom Keepers,
13 American Warrior Revolution, Red Neck
14 Revolt, Socialist Rifle Association,
15 Traditionalist Worker Party, Vanguard
16 America, and League of the South, Inc.,
17 National Socialist Movement, Jason
18 Kessler, Elliott Kline, Christian
19 Yingling, and George Curbelo, Francis
20 Marion, Ace Baker (phonetic), Matthew
21 Heimbach, Cesar Hess, Spencer Borum, Mike
22 Tubbs, and Jeff Schoep are all being sued
23 by -- by a lot of fucking kikes.
24      Pardon me.  This is a family
25 friendly show, but there's really not

Page 416

M. HEIMBACH

1
2  much else I can say, but by the City of
3  Charlottesville and a lot of individuals
4  associated with that.
5      And who is leading the legal team
6  in this lawsuit?  You know, a bunch of
7  Jews.  I didn't think that was going to
8  surprise me anyone.)
9  BY MR. BLOCH:
10     Q    Is that your voice, Mr. Heimbach?
11     A    Uh-huh.
12     Q    And did you refer to the lawyers that are
13 suing you in this case as fucking kikes?
14     A    I did.
15     Q    And what does fucking kike mean?
16     A    The fucking would be kind of a -- you
17 know -- not a very nice person, and kike would be a
18 slur for Jews.
19     Q    And did you also say, why don't you just
20 sue us in Israel, you filthy Yids?  Why don't you
21 just do that, because obviously American law doesn't
22 matter.  Anglo-Saxon common law doesn't matter
23 anymore.
24      Did you say that?
25     A    Yeah, probably.  It's not bad.

Page 417

M. HEIMBACH

1
2      Q    I'm sorry.
3      A    I mean, it's not bad.  Not a bad line.
4      Q    Did you also say:  They have the gall --
5  or the hutzpah, as their Yiddish leaders would say --
6  to sue us for defending ourselves because they got
7  their asses whooped.  This is absolute clown world.
8  I hate this country and there's absolutely no amount
9  of justice in it.  The fact that a single one of our
10 comrades, from Christopher Cantwell on down, is in
11 prison is absolute nonsense and shows that this is a
12 Jewish-run Satanic system.
13      The justice system Lady Liberty and Lady
14 Justice and all the ladies that are used to symbolize
15 America should just have giant Talmuds in their hands
16 because that's the only law that seems to matter.
17      Do you say that?
18     A    I hope I did.  That's a pretty good line.
19     Q    Did you say that?
20     A    Probably.
21     Q    Let's just play it, to be sure.
22      Podcast Recording Played:
23      (You used it as a justification for
24 physical violence, and then they decide
25 to have the gall, the hutzpah -- as their

Page 418

M. HEIMBACH

1
2  Yiddish leaders would say -- to sue us
3  for defending ourselves because they got
4  their asses whooped.  This is absolute
5  clown world.  I hate this country and
6  there is absolutely no amount of justice
7  in it.  There is no justice in America
8  right now.  The fact that a single one of
9  our comrades, from Christopher Cantwell
10  on down, is in prison is absolute
11  nonsense.  It shows this is really a
12  Jewish-run Satanic system.  And there's
13  no justice.  The justice system is --
14  might as well, you know, Lady Liberty and
15  Lady Justice, and all the ladies that
16  symbolize American, should just have
17  giant Talmuds in their hand because
18  that's the only law that seems to
19  matter.)
20  BY MR. BLOCH:
21      Q     Was that your -- I just played Exhibit 1
22  from 11.44 to 12.27.
23      A     Uh-huh.
24      Q     Was that you, Mr. Heimbach?
25      A     Yeah, and I stand by that comment.

Page 419

M. HEIMBACH

1
2      Q     And that -- withdrawn.
3          What's the Talmud?
4      A     A collection of rabbinical writings,
5  after the destruction of the temple, that essentially
6  governs Jewish society and Jewish law.
7      Q     And why is it significant to you that
8  Jewish people are suing you?
9      A     Racial animus against my people.
10      Q     And do you believe that there's something
11  illegitimate about this lawsuit because Jewish people
12  are suing you?
13      A     Well, I think, based on the statements of
14  Ms. Roberta Kaplan, that she's being driven both
15  politically and ethnically/religiously by her
16  background and her economic and social privilege that
17  the members of the law firm come from to advance her
18  cause, yeah.
19      Q     So my question is:  Is there something to
20  you that is not legitimate about the lawsuit that
21  you're a Defendant in?
22      A     Oh, I mean, let's not even talk about the
23  lawsuit.  Let's just talk about, like, the entire
24  American legal system.
25      Q     My question is about this lawsuit.

Page 420

M. HEIMBACH

1
2      A     Yeah, I mean, fundamentally, this, in my
3  opinion, is a Nuremberg trial style kangaroo court,
4  where it's already been decided long -- long before,
5  because you guys have the money, the power, the media
6  connections and all the abilities to levy those
7  against constitution-abiding Americans, so yeah.
8      Q     And is that why you have thus far refused
9  to participate in discovery?
10      A     No, I just haven't really known or
11  understood how to do so.
12          Because, the thing is, Mr. Bloch,
13  respectfully, I'm really looking forward to the
14  trial, because I believe that myself and my
15  co-defendants are so painfully innocent, when the
16  light of day is able to be exposed on everything,
17  while people might disagree with our political views,
18  we didn't do anything wrong.  We didn't conspire.  I
19  mean, the far right can barely organize a barbecue
20  let alone a conspiracy.  And truth is going to,
21  hopefully, win the day.
22          So yeah.  I'm looking forward to this
23  process.
24          MR. BLOCH:  I have no further
25  questions.

Page 421

M. HEIMBACH

1
2      Does anybody on the phone have
3  questions?
4          MR. KOLENICH:  Jim Kolenich.  No
5  questions.
6          MR. BLOCH:  I'm sorry,
7  Mr. Kolenich.  Did you say no questions?
8          MR. KOLENICH:  Yes, sir.
9          MR. BLOCH:  Mr. DiNucci,
10  Mr. Campbell?  Are you guys still on the
11  phone?
12          MR. KOLENICH:  Mr. Campbell had to
13  leave.  I don't know about Mr. DiNucci.
14          MR. BLOCH:  Thanks.  The only thing
15  we have is we wanted -- we marked two
16  exhibits the same.  We marked the Docket
17  Exhibit 49, and we also marked the
18  November 20th e-mail with the SEA consent
19  Exhibit 49.
20      Can we go off the record for two
21  minutes.
22          THE VIDEOGRAPHER:  Going off the
23  record.  The time is 4:39.
24          (Discussion held off the record.)
25          MR. BLOCH:  So back on the record.

Page 422

M. HEIMBACH

1
2       I am marking the Kolenich e-mail to
3    Mr. Heimbach from 11/20/2018 that
4    contains the Discord consent -- I'm going
5    to mark that Exhibit No. 49A.
6       And the docket, which was also
7    erroneously marked Exhibit 49, I am going
8    to mark Exhibit 49B.
9       And my hope is that it's clear from
10   context of the testimony which exhibit
11   was being referred to.
12      And I believe that's it.
13      MR. KOLENICH:  This concludes the
14   deposition of Matthew Heimbach.  The time
15   is 4:43 p.m.
16
17      (Thereupon, the deposition was
18   concluded at approximately 4:43 p.m.)
19
20
21
22
23
24
25

Page 423

M. HEIMBACH

1
2    _____
3    MICHAEL HEIMBACH
     Subscribed and sworn to before me
4    this_____ day of_____, 2019.
5    _____
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 424

1
2            D I S C L O S U R E
3
4    STATE OF TENNESSEE  )  DEPOSITION OF:
5
6    KNOX COUNTY        )  MICHAEL HEIMBACH
7
8       Pursuant to Article 8.B of the Rules and
9    Regulations of the Board of Court Reporting of the
     Judicial Council of Georgia, I make the following
10   disclosure:
11   I am a Georgia Certified Court Reporter.  I am
     here as a representative of TSG Reporting.
12      TSG Reporting was contacted by the offices of
     Kaplan, Hecker & Fink, LLP to provide court reporting
13   services for this deposition.  TSG Reporting will not
     be taking this deposition under any contract that is
14   prohibited by O.C.G.A. 15-14-37 (a) and (b).
15      TSG Reporting has no contract or agreement to
     provide court reporting services with any party to
16   the case, or any reporter or reporting agency from
     whom a referral might have been made to cover the
17   deposition.
18      TSG Reporting will charge its usual and
     customary rates to all parties in the case, and a
19   financial discount will not be given to any party in
     this litigation.
20
21
22
23
     _____
24   Tanya L. Verhoven-Page,
     Certified Court Reporter,
25   B-1790.

Page 425

1
2           C E R T I F I C A T E
3
     STATE OF TENNESSEE:
4    KNOX COUNTY:
5
6
7       I hereby certify that the foregoing
8    deposition was reported, as stated in the
9    caption, and the questions and answers
10   thereto were reduced to written page
11   under my direction, that the preceding
12   pages represent a true and correct
13   transcript of the evidence given by said
14   witness.
15      I further certify that I am not of
16   kin or counsel to the parties in the
17   case, am not in the regular employ of
18   counsel for any of said parties, nor am I
19   in any way financially interested in the
20   result of said case.
21      Dated this 13th day of August,
22   2019.
23
24   _____
25   Tanya L. Verhoven-Page,
     Certified Court Reporter,

Page 426

ERRATA SHEET FOR THE TRANSCRIPT OF:

Case Name:       Sines, et al. v. Kessler, et al.

Dep. Date:       August 9, 2019

Deponent:       Michael Heimbach

CORRECTIONS

Pg.  Ln.  Now Reads    Should Read   Reason

_____  _____  _____  _____  _____

Pg.  Ln.  Now Reads    Should Read   Reason

_____  _____  _____  _____  _____

Pg.  Ln.  Now Reads    Should Read   Reason

_____  _____  _____  _____  _____

Pg.  Ln.  Now Reads    Should Read   Reason

_____  _____  _____  _____  _____

Pg.  Ln.  Now Reads    Should Read   Reason

_____  _____  _____  _____  _____

Pg.  Ln.  Now Reads    Should Read   Reason

_____  _____  _____  _____  _____

Pg.  Ln.  Now Reads    Should Read   Reason

_____  _____  _____  _____  _____

_____
Signature of Deponent

SUBSCRIBED AND SWORN BEFORE ME

This the_____ day of_____, 2019.

_____

(Notary Public)     My Commission Expires:_____