# EXHIBIT 2



## EXHIBIT A TO STIPULATION AND ORDER FOR THE
## IMAGING, PRESERVATION, AND PRODUCTION OF DOCUMENTS

Consistent with the obligations under the "Stipulation and Order for the Imaging,

Preservation, and Production of Documents," I certify that:

1.     The following are all the Social Media Accounts, as defined in ¶ 2(xi) of the

Stipulation and Order, that contain potentially relevant Documents:

| Username | Provider/Platform | Nature of Responsive Documents on Account |
|---|---|---|
| Matthew.W. Heimbach | Gmail | Communication |
| Matthew Heimbach | Discord | Direct Communication / Planning |
| Matthew Heimbach | Twitter | Promotion of white Nationalism |
| Matthew W Heimbach | Gab | Promotion of event |
| Matthew Heimbach | Internal Ticket System | All internal Communications/planning |
| Abbandoned phone # | Signal | Text |
| Traditionalist Youth | Skype | NA but listed on form |
| | | |

2.     The following are all the Electronic Devices, as defined in ¶ 2(vi) of the

Stipulation and Order, that I have possessed since January 1, 2017 that may contain any

potentially relevant Documents or ESI:

| Device Type (e.g., iPhone 7) | Size (e.g., 32 GB) | Nature of Responsive Documents on Device |
|---|---|---|
| Blackview BV 900 Pro | 64 GB | Communications device gone |
| BV 9500 | 64 GB | Texts, Communications |
| Android | unknown | Texts, beak data, device removed as explained in submitted affidavit |
| | | |

I certify under penalty of perjury under the laws of the United States of America that the

foregoing is true and correct.

Executed on July 6th 2019.