# EXHIBIT 7



**Matthew Heimbach** · @MatthewWHeimbach
a month

43 / 0

Christopher Cantwell being denied bail over his political beliefs is proof that we live in Weimerica. Please support Chris, and all the men behind the wire.

You can write Chris at
Christopher Cantwell #631424
160 Peregory Lane
Charlottesville, VA 22902

https://www.youtube.com/watch?v=gqfgULWSpS4





↩ Reply   ↻ Repost   ❙❙ Quote