# EXHIBIT 8



**Matthew Heimbach**
Feb 16, 2019 at 11:13 am

The NSM, I guess formerly under Jeff Schoep is now under the legal control of a Black Civil Rights advocate who has previously dissolved White nationalist organizations who got into legal trouble.

Reverend James Hart Stern is now the President/Director of the National Socialist Movement, according to legal filings.

I honestly don't even know what to say about this, but I look forward to a public statement from the NSM to explain and clarify exactly what is going on.

https://www.documentcloud.org/documents/5740627-Stern..

https://www.documentcloud.org/documents/5740625-Stern..

---

CSCL/CD-520 (Rev. 10/17)                                                                 03

**MICHIGAN DEPARTMENT OF LICENSING AND REGULATORY AFFAIRS**
**CORPORATIONS, SECURITIES & COMMERCIAL LICENSING BUREAU**

Date Received: JAN 11 2019

(FOR BUREAU USE ONLY)

This document is effective on the date filed, unless a subsequent effective date within 90 days after received date is stated in the document.

**FILED**
JAN 15 2019
ADMINISTRATOR
CORPORATIONS DIVISION

Name
Address
City    State    ZIP Code
EFFECTIVE DATE:

Document will be returned to the name and address you enter above. If left blank, document will be returned to the registered office.

**CERTIFICATE OF CHANGE OF REGISTERED OFFICE AND/OR CHANGE OF RESIDENT AGENT**

**Stern NSM**
www.documentcloud.org

♡ 7    ↪ 4    More ⌄                                                              👁 194

---

The author has opted to limit comments for this post