# EXHIBIT 9

Stormer

**Stormer**



Based Stickman is not to be trusted:

https://bbs.dailystormer.com/t/kyle-chapman-based-stickman-facing-possible-life-in-prison-now-trying-to-lead-right-wing-movement/105348

1 Like 

 **MatthewHeimbach**  6d

I'm not the lead organizer, but in my mind, conservatives are our enemies as much as the Left. I do not think that "Based Stickman" or any of the Alt-Lite types are going to show up, and if they do, I don't see them standing with us. TWP is an explicit NS organization and we don't compromise on ideology. Our allies in the League of the South and other groups are also 100% racial nationalists, we have no time or desire to stand with color bling conservatives

13 Likes