# EXHIBIT 10

**From:** Yotam Barkai
**Sent:** Thursday, January 25, 2018 8:04 PM
**To:** 'Mike Peinovich' <mpeinovich@gmail.com>; 'Elmer Woodard' <isuecrooks@comcast.net>; 'Kim Davis' <KDavis@dhdglaw.com>; 'James Kolenich' <jek318@gmail.com>; 'Bryan Jones' <bryan@bjoneslegal.com>; 'David Hauck' <DHauck@dhdglaw.com>; 'David Campbell' <DCampbell@dhdglaw.com>; 'Justin Gravatt' <JGravatt@dhdglaw.com>
**Cc:** 'jfink@kaplanandcompany.com' <jfink@kaplanandcompany.com>; Philip Bowman <pbowman@bsfllp.com>; 'alevine@cooley.com' <alevine@cooley.com>; Joshua Libling <jlibling@BSFLLP.com>; 'cgreene@kaplanandcompany.com' <cgreene@kaplanandcompany.com>; Yotam Barkai <YBarkai@BSFLLP.com>
**Subject:** RE: Sines v. Kessler: Plaintiffs' First Set of Document Requests and Plaintiffs' First Set of Interrogatories

All:

Please find attached Plaintiffs' [Corrected] First Set of Document Requests.

**Yotam Barkai**
Associate

**BOIES SCHILLER FLEXNER LLP**
575 Lexington Avenue
New York, NY 10022
(t) +1 212 303 3643
ybarkai@bsfllp.com
www.bsfllp.com

**From:** Yotam Barkai
**Sent:** Thursday, January 25, 2018 6:14 PM
**To:** Mike Peinovich <mpeinovich@gmail.com>; Elmer Woodard <isuecrooks@comcast.net>; Kim Davis <KDavis@dhdglaw.com>; James Kolenich <jek318@gmail.com>; Bryan Jones <bryan@bjoneslegal.com>; David Hauck <DHauck@dhdglaw.com>; David Campbell

<DCampbell@dhdglaw.com>; Justin Gravatt <JGravatt@dhdglaw.com>
**Cc:** jfink@kaplanandcompany.com; Philip Bowman <pbowman@bsfllp.com>; alevine@cooley.com; Joshua Libling <jlibling@BSFLLP.com>; cgreene@kaplanandcompany.com; Yotam Barkai <YBarkai@BSFLLP.com>
**Subject:** Sines v. Kessler: Plaintiffs' First Set of Document Requests and Plaintiffs' First Set of Interrogatories

All:

Please find attached Plaintiffs' First Set of Document Requests and Plaintiffs' First Set of Interrogatories.

Yotam Barkai
Associate

**BOIES SCHILLER FLEXNER LLP**
575 Lexington Avenue
New York, NY 10022
(t) +1 212 303 3643
ybarkai@bsfllp.com
www.bsfllp.com

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1]