# EXHIBIT 12

**From:** James Kolenich [mailto:jek318@gmail.com]
**Sent:** Friday, April 13, 2018 10:20 AM
**To:** YBarkai@bsfllp.com; Seguin Strohmeier <sstrohmeier@kaplanandcompany.com>
**Subject:** Matt Heimbach discovery responses

Please find attached discovery responses of defendant Matthew Heimbach.

Jim

--

James E. Kolenich
Kolenich Law Office
9435 Waterstone Blvd. #140
Cincinnati, OH 45249
513-444-2150
513-297-6065(fax)
513-324-0905 (cell)