# EXHIBIT 14

| From: | Christopher Greene |
|---|---|
| To: | James Kolenich |
| Cc: | Bowman, Philip M.; Gabrielle E. Tenzer; Yotam Barkai |
| Subject: | Sines v. Kessler - SCA Consent |
| Date: | Tuesday, December 4, 2018 2:56:41 PM |
| Attachments: | Scan M. Heimbach (002).pdf |

Jim,

We'd like to bring to your attention two issues pertaining the SCA consents that your clients provided.

- We understand that Tony Hovater sent an SCA consent to Discord, but that he did so with respect only to his personal account, and not for the Traditionalist Worker Party account for which he had previously provided a hand-signed consent. Please have Mr. Hovater send an appropriate consent to the SCA@bsfllp.com address for the @tradworker Discord user account.

- Defendant Heimbach provided the attached SCA consent that does not identify the e-mail address with which he signed up for his Discord account, as is required. Please have Defendant Heimbach resend his SCA consent with the e-mail address identified.

Regards,

**Christopher B. Greene | Kaplan Hecker & Fink LLP**
350 Fifth Avenue | Suite 7110
New York, New York 10118
(W) 929.294.2528 | (M) 646.856.6861
cgreene@kaplanhecker.com