# EXHIBIT 15

## AUTHORIZATION AND CONSENT TO DISCLOSE DATA

I am the registered account holder and sole authorized user of the Twitter account associated with:
Account @MatthewHeimbach and
Email address Matthew.W.Heimbach@gmail.com (the "Account").

Pursuant to the Stored Communications Act, 18 U.S.C. § 2702(b)(3) and 2702(c)(2), I hereby consent to Twitter, Inc. ("Twitter") disclosing the following data associated with the Account, which are in the Account, or were preserved pursuant to the subpoena(s) issued in **CASE NO.: 3:17-cv-00072**] (the "Documents"):

- Tweets and associated media, dated between January 1st 2015 GMT/UTC and present; and
- Direct messages, group direct messages, and associated media, dated between January 1st 2015 GMT/UTC and present GMT/UTC.
- Profile Data, Followers, Following, Tweets (and retweets), Replies, Notifications, Messages (Direct Messages or "DMs"), Any other items we would expect to find if we were viewing your live twitter account with full access and control.

I consent to Twitter delivering and divulging the Documents to:
Recipient name  IDSINC
Recipient email address: bwilliams@idsinc.com and kkim@idsinc.com

By completing this consent and authorization, I understand and agree that, subsequent to such disclosure, Twitter cannot control how the records and content are used and whether the records and content are further disclosed, including by filing in the public record.

I hereby release any claims I may have against Twitter and/or its parents, subsidiaries, affiliates, related companies, officers, directors, employees, agents, representatives, partners, and licensors (the "Twitter Entities") with respect to damage or loss caused by, or arising out of, or being incidental to the above-referenced disclosure of records or contents of communications.

_Matthew Heimbach_
Printed name

_[signature]_
Signature

7/6/19
Date