IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
**Charlottesville Division**

| | |
|---|---|
| ELIZABETH SINES, et al., | |
| *Plaintiffs,* | No. 3:17-cv-00072-NKM |
| v. | JURY TRIAL DEMANDED |
| JASON KESSLER, et al., | |
| *Defendants.* | |

**MOTION FOR *PRO HAC VICE* ADMISSION OF JOSHUA SMITH**

Pursuant to Rule 6(d) of the Local Rules of the United States District Court for the Western District of Virginia, I, W. Edward ReBrook, IV, Esq., an attorney admitted to practice in this Court and counsel of record for Defendants Jeff Schoep, National Socialist Movement, and Nationalist Front in the instant litigation, hereby move the Court for the admission of Joshua Smith, Esq. to appear *pro hac vice* in the above-capitoned case on behalf of Defendants Matthew Parrott, Matthew Heimbach, and Traditionalist Worker Party.

1. Mr. Smith is an attorney from the Commonwealth of Pennsylvania. His contact information appears below, under his signature.

2. Smith is licensed to practice law in Pennsylvania, and has been a member in good standing of its Bar since 2008 (ID No. 207585).[1] He is also admitted to practice in the United States District Courts for the Eastern and Western Districts of Pennsylvania.

---

[1] This is publicly verifiable at https://padisciplinaryboard.org.

3.       Smith agrees to submit and comply with the appropriate rules of procedure as required in the case for which he is applying to appear *pro hac vice*, as well as the rules and standards of professional conduct applicable to all lawyers admitted to practice before this Court.

* * * *

WHEREFORE, for the reasons stated above, it is requested that this Court grant this motion and permit Joshua Smith, Esq. to appear *pro hac vice* on behalf of Defendants Matthew Parrott, Matthew Heimbach, and Traditionalist Worker Party in the above-captioned case, and to appear at hearings or trials in the absence of an associated member of the bar of this Court.

Respectfully submitted,

| | |
|---|---|
| /s/ W. Edward Rebrook, IV | /s/ Joshua Smith |
| W. Edward ReBrook, IV, Esq. | Joshua Smith, Esq. |
| Virginia Bar ID No. 84719 | Pennsylvania Bar ID No. 207585 |
| The ReBrook Law Office | Smith LLC |
| 6013 Clerkenwell Court | 807 Crane Avenue |
| Burke, Virginia 22015 | Pittsburgh, Pennsylvania 15216 |
| (571) 215-9006 (phone) | (917) 567-3168 (phone) |
| edward@rebrooklaw.com | joshsmith2020@gmail.com |
| | |
| *Counsel for Defendants Jeff Schoep, National Socialist Movement, and Nationalist Front* | *Counsel for Defendants Matthew Parrott, Matthew Heimbach, and Traditionalist Worker Party* |

Dated: August 13, 2021

## CERTIFICATE OF SERVICE

I hereby certify that on August 13, 2021, I filed the foregoing with the Clerk of Court through the CM/ECF system, which will send a notice of electronic filing to all counsel of record in the case, as well as all ECF-registered *pro se* parties.

I hereby further certify that on August 13, 2021, I served a copy of the foregoing on the following non-ECF *pro se* parties, via electronic mail, as follows:

Richard Spencer
richardbspencer@icloud.com
richardbspencer@gmail.com

Vanguard America
c/o Dillon Hopper
dillon_hopper@protonmail.com

Robert "Azzmador" Ray
azzmador@gmail.com

Elliott Kline a/k/a Eli Mosley
eli.f.mosley@gmail.com
deplorabletruth@gmail.com
eli.r.kline@gmail.com

I hereby further certify that on August 13, 2021, I served a copy of the foregoing on the following non-ECF *pro se* party, via first-class mail, as follows:

Christopher Cantwell (00991-509)
USP Marion
U.S. Penitentiary
P.O. Box 1000
Marion, IL 62959

/s/ W. Edward Rebrook, IV
W. Edward ReBrook, IV, Esq.
Virginia Bar ID No. 84719
The ReBrook Law Office
6013 Clerkenwell Court
Burke, Virginia 22015
(571) 215-9006 (phone)
edward@rebrooklaw.com

*Counsel for Defendants Jeff Schoep, National Socialist Movement, and Nationalist Front*