# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### Charlottesville Division

| | |
|---|---|
| ELIZABETH SINES, SETH WISPELWEY, MARISSA BLAIR, APRIL MUNIZ, MARCUS MARTIN, NATALIE ROMERO, CHELSEA ALVARADO, THOMAS BAKER and JOHN DOE,<br><br>                    Plaintiffs,<br><br>v.<br><br>JASON KESSLER, RICHARD SPENCER, CHRISTOPHER CANTWELL, JAMES ALEX FIELDS, JR., VANGUARD AMERICA, ANDREW ANGLIN, MOONBASE HOLDINGS, LLC, ROBERT "AZZMADOR" RAY, NATHAN DAMIGO, ELLIOT KLINE a/k/a/ ELI MOSLEY, IDENTITY EVROPA, MATTHEW HEIMBACH, MATTHEW PARROTT a/k/a DAVID MATTHEW PARROTT, TRADITIONALIST WORKER PARTY, MICHAEL HILL, MICHAEL TUBBS, LEAGUE OF THE SOUTH, JEFF SCHOEP, NATIONAL SOCIALIST MOVEMENT, NATIONALIST FRONT, AUGUSTUS SOL INVICTUS, FRATERNAL ORDER OF THE ALT-KNIGHTS, MICHAEL "ENOCH" PEINOVICH, LOYAL WHITE KNIGHTS OF THE KU KLUX KLAN, and EAST COAST KNIGHTS OF THE KU KLUX KLAN a/k/a EAST COAST KNIGHTS OF THE TRUE INVISIBLE EMPIRE,<br><br>                    Defendants. | Civil Action No. 3:17-cv-00072-NKM |

**ORDER SEALING CERTAIN EXHIBITS TO PLAINTIFFS' SUPPLEMENTAL MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFFS' MOTION FOR SANCTIONS AGAINST DEFENDANT MATTHEW HEIMBACH**

WHEREAS, on August 12, 2021, Plaintiffs filed a Supplemental Memorandum of Law in Support of Plaintiffs' Motion For Sanctions Against Defendant Matthew Heimbach (the "Supplemental Memorandum"), ECF 1006, and did not publicly file an unredacted version of Exhibit 1, Exhibit 6, and Exhibit 17 in accordance with Defendants' position that such Exhibits contain Confidential or Highly Confidential information pursuant to the Order for the Production of Documents and Exchange of Confidential Information on January 3, 2018, ECF 167.

WHEREAS, the Plaintiffs have provided unredacted copies of those exhibits to the Court and moved, pursuant to Local Rule 9, for those exhibits to be sealed.

IT IS HEREBY ORDERED, that an unredacted version of Exhibit 1, Exhibit 6 and Exhibit 17 to Plaintiffs' Supplemental Memorandum, ECF 1006, are hereby sealed pursuant to Local Rule 9.

Dated: August 17, 2021

**SO ORDERED**

　　　　　　　　　　　　　　　　　　　　　　　　　　　　Hon. Joel C. Hoppe, M.J.