IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | | |
|---|---|---|
| ELIZABETH SINES, et al.,<br>　　Plaintiffs, | ) <br> ) <br> ) | Civil Action No. 3:17-cv-00072 |
| v. | ) <br> ) | <u>ORDER</u> |
| JASON KESSLER, et al.,<br>　　Defendants. | ) <br> ) <br> ) <br> ) | By:　Joel C. Hoppe<br>　　　United States Magistrate Judge |

　　This matter is before the Court on an application made by W. Edward ReBrook IV, Esq., for Joshua Smith, Esq., to appear pro hac vice on behalf of Defendants Matthew Heimbach, Matthew Parrott, and Traditionalist Worker's Party. ECF No. 1008. Mr. Smith is "not qualified and licensed to practice under the laws of Virginia," W.D. Gen. R. 6(d), but is licensed to practice law before Pennsylvania's highest court and before the U.S. District Courts for the Eastern and Western Districts of Pennsylvania, ECF No. 1008. Accordingly, Mr. Smith "may appear only in association with a member of the bar of this Court, upon motion of such member, and only for the conduct of a case in which he or she is associated and then pending before the Court." W.D. Va. Gen. R. 6(d). Local Rule 6(d) allows attorneys who are not licensed to practice law in Virginia to enter an appearance as co-counsel in association with the attorney making the pro hac vice motion. *See id.* ("Pro hac vice admitted attorneys may be permitted to appear at hearings or trials in the absence of an associated member of the bar of this Courts in the discretion of the presiding judge.").

　　Upon further consideration, it appears that Mr. ReBrook, although a member of this Court's bar who is representing other Defendants in this matter, has not entered his appearance on behalf of Defendants Heimbach, Parrott, or Traditionalist Worker's Party in this case. Accordingly, the oral order entered on August 17, 2021, is hereby VACATED, and Mr.

1

ReBrook's application for Joshua Smith, Esq., to appear pro hac vice on behalf of Defendants Heimbach, Parrott, and Traditionalist Worker's Party, ECF No. 1008, is DENIED without prejudice to refiling in compliance with Local Rule 6(d). Accordingly, Smith's Notice of Appearance, ECF No. 1014, is STRICKEN.

     IT IS SO ORDERED.

ENTER: August 19, 2021

Joel C. Hoppe
U.S. Magistrate Judge