# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
### CHARLOTTESVILLE DIVISION

|  |  |
|---|---|
| ELIZABETH SINES, *et al.*, | |
| *Plaintiffs*, | CASE NO. 3:17-cv-00072 |
| v. | ORDER |
| JASON KESSLER, *et al.*, | |
| *Defendants.* | JUDGE NORMAN K. MOON |

Upon consideration of Defendant Christopher Cantwell's *pro se* motion requesting transportation to Charlottesville for trial, Dkt. 1015, the Court hereby directs any party wishing to file any responsive or other memorandum on Cantwell's motion to file such response no later than **August 23, 2021** at **noon**.

It is so **ORDERED**.

The Clerk of Court is directed to send a certified copy of this Order to all counsel of record, and to the parties forthwith.

Entered this ____19th____ day of August, 2021.

NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE