IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| ELIZABETH SINES, et al., *Plaintiffs,* v. JASON KESSLER, et al., *Defendants.* | No. 3:17-cv-00072-NKM<br><br>JURY TRIAL DEMANDED |

## APPEARANCE OF COUNSEL

TO:  The Clerk of Court and all parties of record

I, W. Edward ReBrook, IV, Esq., am admitted to practice in this Court, and am counsel of record for Defendants Jeff Schoep, National Socialist Movement, and Nationalist Front in this case. I am also appearing herein as counsel for Defendants Matthew Parrott, Matthew Heimbach, and Traditionalist Worker Party.

Respectfully submitted,

/s/ W. Edward ReBrook, IV
W. Edward ReBrook, IV, Esq.
Virginia Bar ID No. 84719
The ReBrook Law Office
6013 Clerkenwell Court
Burke, Virginia 22015
(571) 215-9006 (phone)
edward@rebrooklaw.com

*Counsel for Defendants Jeff Schoep, National Socialist Movement,*

- 2 -

*Nationalist Front, Matthew Parrott,
Matthew Heimbach, and Traditionalist
Worker Party*

Dated: August 19, 2021

## CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2021, I filed the foregoing with the Clerk of Court through the CM/ECF system, which will send a notice of electronic filing to all counsel of record in the case, as well as all ECF-registered *pro se* parties.

I hereby further certify that on August 19, 2021, I served a copy of the foregoing on the following non-ECF *pro se* parties, via electronic mail, as follows:

Richard Spencer
richardbspencer@icloud.com
richardbspencer@gmail.com

Vanguard America
c/o Dillon Hopper
dillon_hopper@protonmail.com

Robert "Azzmador" Ray
azzmador@gmail.com

Elliott Kline a/k/a Eli Mosley
eli.f.mosley@gmail.com
deplorabletruth@gmail.com
eli.r.kline@gmail.com

I hereby further certify that on August 19, 2021, I served a copy of the foregoing on the following non-ECF *pro se* party, via first-class mail, as follows:

Christopher Cantwell (00991-509)
USP Marion
U.S. Penitentiary
P.O. Box 1000
Marion, IL 62959

/s/ W. Edward ReBrook, IV
W. Edward ReBrook, IV, Esq.
Virginia Bar ID No. 84719
The ReBrook Law Office
6013 Clerkenwell Court
Burke, Virginia 22015
(571) 215-9006 (phone)
edward@rebrooklaw.com

*Counsel for Defendants Jeff Schoep,
National Socialist Movement,*

- 4 -

*Nationalist Front, Matthew Parrott,
Matthew Heimbach, and Traditionalist
Worker Party*

- 4 -