CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
08/20/2021
JULIA C. DUDLEY, CLERK
BY: H. Wheeler
DEPUTY CLERK

United States District Court for the Western District of Virginia Charlottesville Division

Civil Action No. 3:17cv00072

Defendant Christopher Cantwell's August 12th 2021 Letter to the Court

It has been four years to the day since Dwayne Dixon of Redneck Revolt aimed his semi automatic rifle at James Fields, causing the untimely demise of Heather Heyer, and setting in motion a course of events from which this country will not soon heal. Last month I recieved a written order from Judge Hoppe regarding a settlement conference to take place eight days from now on August 20th. The order instructed that "counsel for the parties shall schedule a conference call with the court approximately fourteen (14) days in advance". He further instructed that "such initial communications should involve all parties".

I just got off the phone with plaintiffs' counsel Michael Bloch, who informed me that this conference did in fact take place, albeit with the notable absence of one Christopher Cantwell, whom, much to his dismay, is still party to this suit. Mr. Bloch had no response to my generous offer to settle this case, but was eager to have me stipulate to the authenticity of unmeasured piles of vaguely described evidence I've never seen, so much that he was willing to provide what sounded like free legal advice on why I should do what he wants.

Flattered though I was by the offer, I declined, and asked Mr. Bloch to confirm that he had recieved the mail I sent him regarding the Judge's order. He confirmed that he did, and I'll state for the record that I mailed him twice, well in advance of the fourteen day mark.

I can confirm that I recieved from the Plaintiffs a lengthy work of fiction portraying the supposed ailments of their clients, as well as two pro hac vice motions. I can also confirm having recieved from the court an oral order on those motions. So the old excuse of sending correspondence to an email address they knew I could not check does not seem to apply here, and once again the Plaintiffs prove quite capable of communication, when they need me to answer their requests.

Clearly I lack training as an attorney, but my lay understanding of our legal system carries a stubborn if somewhat outdated notion that Courts have a meaningful role to play in keeping the powerful from taking advantage of the powerless. Having seen the criminal justice system abandon this archaic concept, perhaps I ought to come to terms with the civil courts having followed suit, if not led the way. Perhaps, as I noted in response to my then attorneys' motion to withdraw, my co-defendants who defaulted and stonewalled will be proven to have had the better judgement, in concluding that Justice cannot be found in American Courts, in the wake of Plaintiffs' Revolution.

Whatever the case, I will humbly suggest one more time that if the plaintiffs and the Court insist on dragging me through this transparently dishonest ordeal, that they at least see to it that we go through the motions of pretending I am capable of impacting this in some way. This would at least lend some veneer of legitimacy to the scam. Or perhaps the Revolution has been so thoroughly successful that this veneer is no longer even desirable, much less necessary. Perhaps we are so far along in this process, that the whole entire point of the operation is to flaunt its lawlessness as a warning to anyone who might be so foolish as to dare opposing the Plaintiffs' - if you'll pardon my use of the term - Radical Agenda.

If that is the aim, then of course things are going quite well, and I am clearly in no position to tell anyone so powerful how best to go about maintaining their stranglehold on the levers. But I'll remind everybody that the whole thing is on video, and YouTube censorship will only get them so far. The truth of this event will be known to anyone who cares to know it, and if this case reaches a contrary conclusion, then the American Justice system will have gone the way of Heather Heyer, and at the same hands, but to far less media manufactured martyr worship. The troubles of the wrongly judged Defendants will pale in comparison to those of the country.

None of that will deter the Plaintiffs, of course. Such has always been their aim. To them, our legal system, such as my quaint notions of fairness romanticize it, anyway - is every bit as much a relic of White Supremacy as the torchlit march. This institution will not preserve itself by giving into their whims. Us today, you tomorrow.

H.L. Mencken said "The trouble with defending human freedom is that one spends most of one's time defending scoundrels, for it is against scoundrels that unjust laws are first aimed, and injustice must be stopped at the beginning if it is to be stopped at all."

We are well beyond this point. The scoundrels are now in charge, and the justice of the law as written has no bearing on its exercise. The process is the punishment, and an unjust verdict is mere overkill, a symbolic head on a pike to warn others of the victor's ruthlessness.

Such decorations, one hopes, are beneath the dignity of this court.

Respectfully Submitted
Christopher Cantwell

C. Cantwell  8-12-2021



SAINT LOUIS MO 630
17 AUG 2021 PM 9 L

Christopher Cantwell
Inmate #00991-509
USP Marion
4500 Prison Rd
P.O. Box 1000
Marion, IL 62959

⇔00991-509⇔
Clerk Us District Court
Western District Virginia
255 W MAIN ST
Room 304
Charlottesville, VA 22902
United States

22902-505879