# Exhibit B

# CHARLOTTESVILLE: WHY YOU MUST ATTEND AND WHAT TO BRING AND NOT TO BRING!

Azzmador   August 8, 2017

Azzmador and (With Andrew Anglin)

**Daily Stormer**

August 8, 2017



The best reason yet to attend: A speech by Your Friendly Neighborhood Azzmador!

**UPDATE: You may have heard the City of Charlottesville canceled the permit. This is true. It is being challenged in court, but we're showing up, permit or not, and now we need you there more than ever! It is NOT illegal to protest without a permit anyway, and rumor has it, the cops are siding with us over the evil Jew Mayor Michael Singer and his Negroid Deputy Wes Bellamy. We have it on**

good authority that the Chief of police is going to ensure that the protest goes through as planned, regardless of what the ruling kike/Negroid powers are attempting.

The Unite the Right event coming up this Saturday, August 12 at 12:00 PM – 5:00 PM EDT, in Lee Park, in Charlottesville, Virginia.



Although the rally was initially planned in support of the Lee Monument, which the Jew Mayor and his Negroid Deputy have marked for destruction, it has become something much bigger than that. It is now an historic rally, which will serve as a rallying point and battle cry for the rising Alt-Right movement.

It is expected to be the biggest event of it's kind in living memory.

Already, hundreds of valiant pro-Whites of all stripes have pledged to attend, and our opponents claim to be busing in trust fund antifa commies and BLM baboons by the thousands. Rumor has it, they have recruited the denizens of dozens of monkey cages in large metropolitan zoos to help fill the quotas, and to more effectively assure a massive chimpout.





*Behold: The opposition!*

You must make it there.

Together, we have built this movement. We have fought in the trenches of the internet, brawling on Twitter, Facebook, YouTube, in comments sections and BBS services from one end of these tubes to the other, and in so doing we have created the first real, viable, revolutionary pro-White movement in the post WWII era. If it keeps moving along as it has, it may become the most successful movement of it's kind in history!

As I stated in my short impromptu speech at the Texas is Ours rally in Austin, we have now begun to step off the internet and into the real world. Thus, I am sending this rallying call to all White Men of Good Character.

You absolutely must attend this event. Take a few days off work, reschedule appointments, do whatever you must do BUT GET YOURSELF THERE!

You didn't spend all this time shitposting and debating crime stats and IQ charts, while making dank memes and trolling cucks and leftists alike, just to stay home when the rubber really hits the road, now did you?

With that said, let's get to the important stuff.

**FIRST OF ALL: THERE WILL BE NO INFIGHTING OR GRUDGE SETTLING AT THIS EVENT OR ANYWHERE NEAR THIS EVENT!**

We are there for a very fundamental reason: **We must secure the existence of our people and a future for White children!**

If that's not important enough to put aside petty personal beefs, you have bad priorities and need to reexamine your life.



*Remember this, and let nothing get in the way of it.*

## What to Bring and What Not to Bring

Everyone has asked what to bring and what not to bring. I am here to answer these questions.

**DISCLAIMER: DO NOT ATTACK OR START FIGHTS UNDER ANY CIRCUMSTANCES! WE DO NOT START FIGHTS, BUT IF ATTACKED, WE WILL DEFEND OURSELVES WITH RUTHLESS EFFICIENCY!**

**Long Guns/Open Carry:** No.

The fact is, at any of these events, if you shoot, even in self defense, you are going to be blamed, because you're on the right. And you will most likely not live to be blamed, because the cops will shoot you. If you get in a shootout with the cops, you are eventually going to lose. Ask David Koresh.

**Knives:** No.

Virginia's laws on knives are so circuitous and vague that any "concealed" knife, in other words, any pocket knife, is basically up to the cops' discretion as to its legality. They have goofy standards you wouldn't believe. They say it can't be bigger than an iPhone. When asked to clarify which iPhone, as the various

versions are different sizes, they replied "whichever kind the police officer has." They also don't specify whether this applies to just the blade, the full length of the open knife, or the full length of the closed knife.

**Masks:** No.

Masks are 100% illegal in Virginia. The cops will have a zero tolerance policy and will unmask and possibly arrest anyone wearing a mask. Antifa will not be allowed to wear masks either. There will be enough people there that sunglasses and a baseball cap pulled low over them should be plenty to keep you from getting doxed.

One of the worst looks possible is to be on video getting unmasked by the cops.



**Tasers:** No.

Do not bring tasers or stun guns. They are completely ineffective in a situation like this, they can cause death in people with heart conditions, epilepsy, etc., and the cops will arrest you.

Now I'll give you a list of things you can bring, and if anything weapon-wise you're wondering about is not on this list, **DO NOT BRING IT!**

**Handguns:**  No.

If you are at this event, Daily Stormer encourages you to leave the firearms at home. Period. If you get into a brawl with a gun on your hip or your back, you will likely be charged with a felony no matter who started it. This effectively castrates you. And to be frank, having lots of people armed with firearms will cause extreme mayhem and violence with lots of wounded and potentially dead people if shooting starts. This isn't a Jew Hollywood movie. This is real life, and that has real consequences.

**Pepper Spray:** Yes, but it depends.

Pepper spray is legal, but only in self-defense. The police have stated that if you spray a person in self defense and also spray someone else by accident, you will be arrested for assault on the bystander, so only bring pepper gel. It is more accurate, sprays a stream instead of a mist, and has a better range. it is also more devastating. I have been sprayed with several kinds myself, and I wholeheartedly recommend Sabre Red pepper gel. Get this one (you can get 2-day shipping and have it in plenty of time). The flip-top safety, also known as the Fire Chief safety, is much safer in your pocket and you can deploy the canister instantly.

**Flag poles and flags:** Yes.

Bring good fashy flags and flagpoles.

**Shields:** Yes.

If you can, get the good wooden ones. There will be a shield wall and they are not only impressive, they come in quite handy when the commies begin throwing bricks.

My guys in the Texas SBCs have made these.



As you read this they are painting them up to look as cool and tough as possible.

Note: If you can't get a shield in time, don't worry about it – it isn't a requirement, and some people are bringing extras.

**Tiki Torches:** Yes – required.

Pick up tiki torches before you leave your hometown. There will be a torchlight ceremony and the tiki torches will all be gone from the shelves of the local stores. Dollar stores are your best bet. Wal-Mart has them cheap as well. Make sure and get some tiki torch fuel/oil too. Otherwise they won't burn.

Note: Do your best, but if you can't get a tiki torch in time, don't worry about it – it is a requirement, but some people are bringing extras.

## Other Stuff

**If you want to come but can't find a way, get on the BBS and ask for help.** Go to the Book Club section and find the nearest book club to you and post in that thread that you want to go but need assistance. If you happen to have hit a dead thread, start a thread in General Discussion asking for help.

**If you are going and have an extra seat or seats, start a thread to offer a ride.**

**Once you arrive at the event, make sure and look for the Daily Stormer Editorial Team.** I will be there with Zeiger, Lee Rogers and Ben Garland. I don't want to spoil the surprise, but I promise you, we have ensured that we'll be easy to find. Come say hello and shake our hands. We'd love to meet you!

Those of you who attend will remember this glorious event forever, when we began to turn back the tide of brown sludge.

Those who don't attend will kick themselves forever.



I'll see you there and **HAIL VICTORY!**