**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**Charlottesville Division**

| | |
|---|---|
| ELIZABETH SINES, SETH WISPELWEY, MARISSA BLAIR, APRIL MUNIZ, MARCUS MARTIN, NATALIE ROMERO, CHELSEA ALVARADO, THOMAS BAKER and JOHN DOE,<br><br>               Plaintiffs,<br><br>v.<br><br>JASON KESSLER, RICHARD SPENCER, CHRISTOPHER CANTWELL, JAMES ALEX FIELDS, JR., VANGUARD AMERICA, ANDREW ANGLIN, MOONBASE HOLDINGS, LLC, ROBERT "AZZMADOR" RAY, NATHAN DAMIGO, ELLIOTT KLINE a/k/a ELI MOSLEY, IDENTITY EVROPA, MATTHEW HEIMBACH, MATTHEW PARROTT a/k/a DAVID MATTHEW PARROTT, TRADITIONALIST WORKER PARTY, MICHAEL HILL, MICHAEL TUBBS, LEAGUE OF THE SOUTH, JEFF SCHOEP, NATIONAL SOCIALIST MOVEMENT, NATIONALIST FRONT, AUGUSTUS SOL INVICTUS, FRATERNAL ORDER OF THE ALT-KNIGHTS, MICHAEL "ENOCH" PEINOVICH, LOYAL WHITE KNIGHTS OF THE KU KLUX KLAN, and EAST COAST KNIGHTS OF THE KU KLUX KLAN a/k/a EAST COAST KNIGHTS OF THE TRUE INVISIBLE EMPIRE,<br><br>               Defendants. | Civil Action No. 3:17-cv-00072-NKM |

**PLAINTIFFS' PROPOSED JUROR QUESTIONNAIRE**

Plaintiffs respectfully request that the Court include the following questions in the juror questionnaire for trial in this matter.

1. Full name: _____

2. Date of Birth: _____

3. Gender: _____

4. Race / ethnic background:
   a. White / Caucasian
   b. Black / African American
   c. Asian
   d. Hispanic / Latino
   e. Native Hawaiian / Other Pacific Islander
   f. American Indian / Alaska Native
   g. Other: _____

5. Where were you born? _____

   a. Where were you raised? _____

6. Current address (including city / county): _____
   _____

   a. How long have you lived there? _____

7. What other areas or neighborhoods have you lived in over the past 10 years?
   _____
   _____

8. This trial is expected to last approximately four weeks. Do you have any immovable scheduling conflicts between October 25, 2021 and November 19, 2021?
   _____YES    _____NO

   a. If yes, please explain: _____
      _____

9. Do you have any impairments (*i.e.*, vision, hearing, other medical problems) that may affect your jury service? _____YES    _____NO

   a. If yes, please explain: _____
      _____

10. Marital status: *(please circle all that apply)*

| | | | |
|---|---|---|---|
| a. | Single / never married | e. | Divorced |
| b. | Married | f. | Widowed |
| c. | Live with significant other | g. | Live with parent(s) |
| d. | Separated | h. | Live with roommate(s) |

11. If you have any children, please indicate the age, gender, education, and occupation of each:

AGE     GENDER     EDUCATION LEVEL AND OCCUPATION

_____   _____   _____

_____   _____   _____

_____   _____   _____

_____   _____   _____

12. What is the highest level of education you have completed?
_____

13. If you earned a degree after high school, what was your major area(s) of study?
_____

14. What is your current employment status? *(please circle all that apply)*
   a. Employed full-time
   b. Employed part-time
   c. Self-employed
   d. Work from home
   e. Homemaker
   f. Retired
   g. Disabled and unable to work
   h. Unemployed / laid off
   i. Student
      (if student what area of
      study? _____)

15. What is your current occupation, name of employer, title, and length of that employment (if
retired or unemployed, complete based on your last job)?

_____

_____

16. What other jobs have you held, and for how long?

_____

_____

_____

17. If you have a spouse / partner with whom you reside, is that person currently employed?
_____YES        _____NO

   a.   Please provide their occupation and job title (if retired or unemployed, complete
        based on their last job):
        _____

18. What is the total annual gross income of your household?
   a.   Under $25,000                          e.   $100,000-$149,999
   b.   $25,000-$49,999                         f.   $150,000-$199,999
   c.   $50,000-$74,999                         g.   Over $200,000
   d.   $75,000-$99,999

19. What political party do you usually support? *(Please circle one)*
   a.   Democratic
   b.   Republican
   c.   Independent
   d.   Libertarian
   e.   No specific party / depends on the candidate
   f.   Do not vote
   g.   Other (please specify) _____

20. Who did you vote for in the 2016 Presidential Election? *(Please circle one)*
   a.   Donald Trump (Republican)
   b.   Hillary Clinton (Democrat)
   c.   Gary Johnson (Libertarian)
   d.   Jill Stein (Green)
   e.   Other (please specify) _____

21. Who did you vote for in the 2020 Presidential Election? *(Please circle one)*
   a.   Donald Trump (Republican)
   b.   Joseph Biden (Democrat)
   c.   Jo Jorgensen (Libertarian)
   d.   Howie Hawkins (Green)
   e.   Other (please specify) _____

22. In general, do you consider yourself to be:
    _____Liberal   _____Moderate   _____Conservative   _____Other: _____

23. What is your current religion, if any? *(Please circle one)*
    a.   Agnostic
    b.   Atheist
    c.   Buddhist
    d.   Christian (please specify) _____
    e.   Hindu
    f.   Jewish
    g.   Muslim
    h.   Other (please specify) _____

24. Please list any hobbies or special interests you have:
    _____
    _____

25. Please list any clubs, associations, or groups to which you or your spouse / partner belong or in which either of you participates (*i.e.*, civic, social, religious, charitable, volunteer, political, sporting, professional, business, or recreational):

    a.   Self: _____
         _____

    b.   Spouse / Partner:
         _____
         _____

26. What were the last three books you read / podcasts you listened to?

    1. _____
    2. _____
    3. _____

27. Who are the three publicly known people you admire ***most*** and why?

    1. _____
    2. _____
    3. _____

28. Who are the three publicly known people you admire ***least*** and why?

    1. _____
    2. _____
    3. _____

29. Would you say that you seek out positions of leadership when you participate with others in your employment or other activities?
    a. All the time
    b. Often
    c. Sometimes
    d. Rarely
    e. Never

30. Have you, a family member, or a close friend ever worked in or made any application for employment with any law enforcement or corrections agency or court system, whether local, state, or federal? _____YES    _____NO

    a. If YES, please state the person's relationship to you and describe the job and the name of the law enforcement agency / court system:

    _____

    _____

31. Would you tend to give more weight or less weight to the testimony of a law enforcement officer as compared to a non-law enforcement witness?
    a. More weight
    b. About the same about of weight
    c. Less weight
    d. I don't know / unsure

32. Do you have regular contact with any law enforcement agencies, employees, or officers through your work, your neighborhood, or in your social life? _____YES    _____NO

    a. If YES, please explain: _____

    _____

33. Please rate how strongly you agree or disagree with the following statements:

    a. *"Because law enforcement officers have such dangerous jobs, it is not right to second guess decisions they make while on duty."*
        i. Strongly agree
        ii. Somewhat agree
        iii. Neutral / Neither agree nor disagree
        iv. Somewhat disagree
        v. Strongly disagree

    b. *"The criminal justice system is biased against racial and ethnic minorities."*
        i. Strongly agree
        ii. Somewhat agree
        iii. Neutral / Neither agree nor disagree
        iv. Somewhat disagree

           v.   Strongly disagree

    c.  *"Police in this county treat White and Black people equally."*
          i.   Strongly agree
          ii.   Somewhat agree
          iii.   Neutral / Neither agree nor disagree
          iv.   Somewhat disagree
          v.   Strongly disagree

34. Have you ever served in the military?
    a.  If YES, please list the branch, highest rank, approximate dates of service, and whether you served in combat.

        _____

        _____

35. Are you currently or have you ever been a member of, volunteered time with, or given financial support to any group or organization which is concerned with ethnic or racial issues?  (*e.g.,* NAACP, ACLU, Jewish Community Centers ("JCC"), Institute for Historical Review, Color of Change, League of the South, League of Latin American Citizens ("LULAC"), National Policy Institute, etc.)
      _____YES      _____NO

    a.  If YES, please list the groups or organizations and explain the type of support given: _____

        _____

36. Are you currently or have you ever been a member of any private club, civic, professional, or fraternal organization which limits its membership on the basis of race, ethnic origin, gender, or religion? (*e.g.*, The Wing, Hillel, fraternities / sororities, Boy Scouts / Girl Scouts, Patriot Front, etc.) _____YES      _____NO

    a.  If YES, please list the groups or organizations and explain your role:

        _____

        _____

37. How strongly do you agree or disagree with the following statements:

    a.  *"Ethnic minorities should have a specific organization that advocates for them."*
          i.   Strongly agree
          ii.   Somewhat agree
          iii.   Neutral / neither agree nor disagree
          iv.   Somewhat disagree
          v.   Strongly disagree

      b.  *"White / Caucasian people should have a specific organization that advocates for them."*
- i. Strongly agree
- ii. Somewhat agree
- iii. Neutral / neither agree nor disagree
- iv. Somewhat disagree
- v. Strongly agree

38. Are there any charities or organizations to which you have made a donation to in the last 5 years?

_____YES    _____NO

    a. If YES, please list the charities or organizations to which you have contributed in the past five years:

    _____
    _____

39. Do you currently, or have you ever, made a financial contribution or been a member of any victims' rights group?

_____YES    _____NO

    a. If YES, please identify the group and your participation:

    _____
    _____

40. How do you get your news? Please identify the names of any source(s) you use, and fill in all that apply:

    a. Newspapers? (*e.g., The Central Gazette, The Weekly Chronicle, The Daily Progress, The New York Times, USA Today,* etc.)

    _____

    b. Radio? (including Talk Radio and podcasts) _____

    c. Television or Cable News? (*e.g.,* FOX, CNN, MSNBC, etc.)

    _____

    d. Internet? (*e.g.*, *The Daily Progress, Breitbart News, Wall Street Journal, Daily Stormer, Washington Post, HuffPost, The National Review, New York Times, etc.*)

    _____

    e. Social Media (*e.g.*, Facebook, Twitter, Discord, Reddit, Parler, etc.)?

    _____

41. Generally, how much trust do you have in the news media, as an institution?

    _____A great deal    _____Some    _____A little    _____None at all

42. Have you, a family member, or a close friend ever been a party in a civil lawsuit?

    _____YES    _____NO

a. If YES, were you / they (check all that apply):

|  | PLAINTIFF | DEFENDANT |
|---|---|---|
| Yourself | _____ | _____ |
| Family Member | _____ | _____ |
| Close friend | _____ | _____ |

b. If YES, please explain the type of lawsuit, when the lawsuit took place, and the outcome: _____
_____

43. Have you ever been in a situation where you could have sued a business or person and decided not to do so? _____YES     _____NO

a. If YES, please explain: _____
_____

44. How strongly do you agree or disagree with the following statement: *"Jurors tend to give excessive damages awards."*
a. Strongly agree
b. Somewhat agree
c. Neutral / neither agree nor disagree
d. Somewhat disagree
e. Strongly disagree

45. Do you support legislative reform efforts to place caps or limits on the amounts of money juries can award? _____YES     _____NO

46. In criminal cases, prosecutors are required to prove the defendant's guilt "beyond a reasonable doubt," while in civil cases the plaintiff's standard of proof is lower. In civil cases, plaintiffs must show that it is more likely than not that the claims made against the defendants are true. Do you believe that this standard is unfair to defendants and/or that plaintiffs should have a higher burden of proof? _____YES     _____NO

a. Please explain your views: _____
_____

47. Would you say that as an individual you are more driven by scientific facts (*i.e.*, what you know to be true based on scientific evidence / proof) or by your feelings and intuitions (*i.e.*, gut instinct, faith, spiritual beliefs)?
a. Science / evidence / data
b. Intuition / gut / faith

48. Under the law, the facts at issue in the trial are for the jury to determine. The law applicable to the allegations in the case is something on which the court will instruct you. You are required to accept the law as the judge explains it to you regardless of any opinions you

might have as to what the law is or should be. Would you have any difficulty following that instruction if was at odds with your own views of what the law should be?

_____YES       _____NO      ____UNSURE

    a.  If yes, please explain: _____

        _____

49. Do you believe that most people who sue others in court have legitimate grievances?

_____YES       _____NO

50. Do you believe that plaintiffs in personal injury lawsuits often exaggerate their symptoms / injuries in order to recover higher damages awards? _____YES       _____NO

    a.  If yes, please explain how you came to this belief and if there are any specific cases that come to mind: _____

        _____

51. Do you think that damages awarded by juries these days are generally:

_____Too low       _____About right       _____Too high       _____Unsure

52. Do you believe juries should award damages for personal injury, pain, or suffering?

_____YES       _____NO

    a.  If NO, please explain: _____

        _____

53. Have you ever been a victim of a traumatic event (*i.e.*, car accident, physical injury, mugging / burglary)? _____YES       _____NO

    a.  If YES, did you report the incident to the police? _____YES       _____NO

        i.  If YES, were you satisfied with the way the report / complaint was handled? _____YES       _____NO

54. Have you, a family member, or a close friend ever suffered:

|  | YES | NO |
|---|---|---|
| Chronic pain or illness | ____ | ____ |
| Prolonged psychological / emotional distress | ____ | ____ |

    a.  If YES to either, please explain (including if you / they had to stop working due to the condition): _____

        _____

55. How strongly would you agree or disagree with the following statement: *"Mental health treatment is a waste of time."*
   a. Strongly agree
   b. Somewhat agree
   c. Neutral / Neither agree nor disagree
   d. Somewhat disagree
   e. Strongly disagree

56. Do you believe that Post-traumatic Stress Disorder ("PTSD") is a real mental health condition? _____YES   _____NO   _____UNSURE

57. How strongly would you agree or disagree with the following statement: *"PTSD is over-diagnosed."*
   a. Strongly agree
   b. Somewhat agree
   c. Neutral / Neither agree nor disagree
   d. Somewhat disagree
   e. Strongly disagree

58. Have you, a family member, or a close friend ever experienced (whether diagnosed or undiagnosed) PTSD or PTSD-like symptoms? _____YES   _____NO

59. How strongly would you agree or disagree with the following statement: *"PTSD is a disorder that only affects military service members."*
   a. Strongly agree
   b. Somewhat agree
   c. Neutral / Neither agree nor disagree
   d. Somewhat disagree
   e. Strongly disagree

60. Have you ever served on a jury? _____YES   _____NO

   a. If YES, please state when, the type of case (civil, criminal, or grand jury), whether the jury reached a verdict, and whether you served as the foreperson:
   _____
   _____

   b. If YES, please briefly note how you felt about your overall experience as a juror and if it changed your view of lawsuits / the criminal justice system in the U.S.:
   _____
   _____

61. If you served on a jury before, is there anything about your prior jury service that would impact your ability to be a fair and impartial juror on this case?
   _____YES   _____NO

62. Do you hold any views, beliefs, or opinions that would make it difficult for you to sit in judgment of another person? _____YES _____NO

    a. If YES, please explain: _____

        _____

63. Have you, any member of your immediate family, or a close personal friend ever been in any incident involving a motor vehicle that resulted in injury? _____YES _____NO

    a. If YES, please explain: _____

        _____

64. Have you, a family member, or a close friend ever participated in a march / protest (*e.g.*, The Women's March, Anti-Tax Marches, Occupy Wall Street, March for Life, Voting Rights, Anti-Mask / Lockdown Mandate protests, Anti-War Movements, Political campaign rally)? *(Please identify each such march / protest you, a family member, or a close friend have participated in)*

    a. Yes, me (please explain) _____
    b. Yes, a family member (please explain) _____
    c. Yes, a close friend (please explain) _____
    d. No

65. Have you, a family member, or a close friend ever been arrested or injured in a march / protest? *(Please select all that apply)*

|  | ARRESTED | INJURED |
|---|---|---|
| Yourself | _____ | _____ |
| Family member | _____ | _____ |
| Close friend | _____ | _____ |

66. How strongly do you approve or disapprove of protest / demonstrations that violate ordinances (*i.e.*, continue after curfews, are unpermitted, "disturb the peace," etc.)?
    a. Strongly approve
    b. Somewhat approve
    c. Neutral / Neither approve nor disapprove
    d. Somewhat disapprove
    e. Strongly disapprove

67. How strongly do you agree with the following statements:

    a. *"In the United States, people are free to peacefully protest."*
        i. Strongly agree
        ii. Somewhat agree
        iii. Neutral / Neither agree nor disagree
        iv. Somewhat disagree

v. Strongly disagree

b. *"Events with both protestors and counter-protestors are more likely to be violent than events with just protestors."*
   i. Strongly agree
   ii. Somewhat agree
   iii. Neutral / Neither agree nor disagree
   iv. Somewhat disagree
   v. Strongly disagree

c. *"Violence could be justified to advance a party's political goals."*
   i. Strongly agree
   ii. Somewhat agree
   iii. Neutral / Neither agree nor disagree
   iv. Somewhat disagree
   v. Strongly disagree

68. Which of the following do you consider to be a form of ***peaceful / nonviolent*** protest?

|  | YES | NO | UNSURE |
|---|---|---|---|
| a. Blocking traffic | ____ | ____ | ____ |
| b. Counterprotests (protests opposing an existing protest) | ____ | ____ | ____ |
| c. Writing on walls / graffiti | ____ | ____ | ____ |
| d. Occupation / sit-down strike (occupying a public building or space) | ____ | ____ | ____ |
| e. Picketing (congregating outside a place of work or location where an event is taking place) | ____ | ____ | ____ |
| f. Photobombing (disrupting an event being broadcast live) | ____ | ____ | ____ |

69. Are you familiar with the Black Lives Matter ("BLM") movement?
_____YES    _____NO

a. If YES, have <u>you</u>: *(Please select all that apply)*

|  | YES | NO |
|---|---|---|
| • Shared posts **in support** of BLM on social media | ____ | ____ |
| • Shared posts **against** BLM on social media | ____ | ____ |
| • Attended protests **in support** of BLM | ____ | ____ |
| • Attended protests **against** BLM | | |
| • Donated to funds supporting BLM | ____ | ____ |

b. Has a <u>close friend or family member</u>: *Please select all that apply)*

|  | YES | NO |
|---|---|---|
| • Shared posts **in support** of BLM on social media | ____ | ____ |

- Shared posts **against** BLM on social media      \_\_\_\_   \_\_\_\_
- Attended protests in support of BLM      \_\_\_\_   \_\_\_\_
- Donated to funds supporting BLM      \_\_\_\_   \_\_\_\_

   c. How would you rate your overall opinion on the Black Lives Matter movement?
      i. Extremely favorable
      ii. Somewhat favorable
      iii. Neutral / Neither favorable nor unfavorable
      iv. Somewhat unfavorable
      v. Extremely unfavorable

   d. Overall, how much do you approve or disapprove of the way police responded to the Black Lives Matter protests during the summer of 2020?
      i. Strongly approve
      ii. Somewhat approve
      iii. Neutral / Neither approve nor disapprove
      iv. Somewhat disapprove
      v. Strongly disapprove

70. Are you familiar with the All Lives Matter movement? _____YES    _____NO

   a. If YES, have <u>you</u>: *(Please select all that apply)*

                                                                     YES    NO
- Shared posts **in support** of the All Lives Matter movement on social media      \_\_\_\_   \_\_\_\_
- Shared posts **against** the All Lives Matter movement on social media      \_\_\_\_ \_\_\_\_
- Attended protests in support of All Lives Matter      \_\_\_\_ \_\_\_\_
- Donated to funds supporting All Lives Matter      \_\_\_\_ \_\_\_\_

   b. Has a <u>close friend or family member</u>: *Please select all that apply)*

                                                                     YES    NO
- Shared posts **in support** of the All Lives Matter movement on social media      \_\_\_\_ \_\_\_\_
- Shared posts **against** the All Lives Matter movement on social media      \_\_\_\_ \_\_\_\_
- Attended protests in support of All Lives Matter      \_\_\_\_ \_\_\_\_
- Donated to funds supporting All Lives Matter      \_\_\_\_ \_\_\_\_

   c. How would you rate your overall opinion on the All Lives Matter movement?
      i. Extremely favorable
      ii. Somewhat favorable
      iii. Neutral / Neither favorable nor unfavorable

iv.   Somewhat unfavorable
v.   Extremely unfavorable

71. Are you familiar with the Blue Lives Matter movement? _____YES _____NO

    a.   If YES, have <u>you</u>: *(Please select all that apply)*

|  | YES | NO |
|---|---|---|
| • Shared posts **in support** of the Blue Lives Matter movement on social media | ____ | ____ |
| • Shared posts **against** the Blue Lives Matter movement on social media | ____ | ____ |
| • Attended protests in support of Blue Lives Matter | ____ | ____ |
| • Donated to funds supporting Blue Lives Matter | ____ | ____ |

    b.   Has a <u>close friend or family member</u>: *Please select all that apply)*

|  | YES | NO |
|---|---|---|
| • Shared posts **in support** of the Blue Lives Matter movement on social media | ____ | ____ |
| • Shared posts **against** the Blue Lives Matter movement on social media | ____ | ____ |
| • Attended protests in support of Blue Lives Matter | ____ | ____ |
| • Donated to funds supporting Blue Lives Matter | ____ | ____ |

    c.   How would you rate your overall opinion on the Blue Lives Matter movement?
       i.   Extremely favorable
       ii.   Somewhat favorable
       iii.   Neutral / Neither favorable nor unfavorable
       iv.   Somewhat unfavorable
       v.   Extremely unfavorable

72. Are you familiar with "Antifa"? _____YES _____NO

    a.   If YES, how would you describe Antifa?
       _____
       _____
       _____

    b.   If YES, how would you rate your overall opinion on Antifa?
       i.   Extremely favorable
       ii.   Somewhat favorable
       iii.   Neutral / Neither favorable nor unfavorable
       iv.   Somewhat unfavorable
       v.   Extremely unfavorable

  c. Do you believe that Antifa exists only to support Black people / ethnic minorities?
    _____ YES _____ NO

  d. Which do you think is a bigger threat in America right now:
    i. White supremacists
    ii. Antifa
    iii. Both equally
    iv. I don't know / Unsure

73. Are you familiar with "QAnon"? _____YES  _____NO

  a. If YES, how would you rate your overall opinion of QAnon?
    i. Extremely favorable
    ii. Somewhat favorable
    iii. Neutral / Neither favorable nor unfavorable
    iv. Somewhat unfavorable
    v. Extremely unfavorable

  b. Are you currently a member of at least 1 QAnon social media group (*i.e.*, on Facebook, WhatsApp, Reddit, Twitter, Instagram, Parler, etc.)?
    _____YES  _____NO

  c. Do any of your family members or close friends identify as QAnon followers?
    _____YES  _____NO

74. Which of the following statements best describes your view on statues of Confederate war heroes (*e.g.*, Robert E. Lee, Stonewall Jackson)?
  _____Southern pride  _____Historical monuments  _____Symbols of racism

75. How strongly do you approve or disapprove of the removal of Confederate statutes:
  a. Strongly approve
  b. Somewhat approve
  c. Neutral / Neither approve nor disapprove
  d. Somewhat disapprove
  e. Extremely disapprove

76. How strongly do you agree or disagree with the following statements:

  a. *"The First Amendment (right to free speech) unequally protects majority opinions over minority viewpoints."*
    i. Strongly agree
    ii. Somewhat agree
    iii. Neutral / Neither agree nor disagree
    iv. Somewhat disagree
    v. Strongly disagree

    b.   *"The current political climate prevents me from saying things I believe because others might find them offensive."*
- i.   Strongly agree
- ii.   Somewhat agree
- iii.   Neutral / Neither agree nor disagree
- iv.   Somewhat disagree
- v.   Strongly disagree

77. How concerned are you with the amount of _____ in the United States today?

    a.   Prejudice against people of Jewish descent / Jewish culture
- i.   Extremely concerned
- ii.   Moderately concerned
- iii.   Somewhat concerned
- iv.   Slightly concerned
- v.   Not at all concerned

    b.   Racism against Black / African American people
- i.   Extremely concerned
- ii.   Moderately concerned
- iii.   Somewhat concerned
- iv.   Slightly concerned
- v.   Not at all concerned

    c.   Racism against Hispanic / Latino people
- i.   Extremely concerned
- ii.   Moderately concerned
- iii.   Somewhat concerned
- iv.   Slightly concerned
- v.   Not at all concerned

    d.   Racism against White / Caucasian people
- i.   Extremely concerned
- ii.   Moderately concerned
- iii.   Somewhat concerned
- iv.   Slightly concerned
- v.   Not at all concerned

78. How strongly do you agree or disagree with the following statements:

    a.   *"Black / African American people commit more violent crimes than White / Caucasian people."*
- i.   Strongly agree
- ii.   Somewhat agree
- iii.   Neutral / Neither agree nor disagree
- iv.   Somewhat disagree

               v.   Strongly disagree

    b.  *"Hispanic / Latino people commit more violent crimes than White / Caucasian people."*
   - i. Strongly agree
   - ii. Somewhat agree
   - iii. Neutral / Neither agree nor disagree
   - iv. Somewhat disagree
   - v. **S**trongly disagree

79. How much of a problem, if at all, do you think antisemitism is in the United States today?
   - a. A very serious problem
   - b. Somewhat of a problem
   - c. Not much of a problem
   - d. Not a problem at all

80. Over the past 5 years, do you think antisemitism in the United States has…
   - a. Increased a lot
   - b. Increased somewhat
   - c. Stayed the same
   - d. Decreased a little
   - e. Decreased a lot

81. How strongly do you agree or disagree with the following statements:

    a.  *"Jews have too much power in the business world."*
   - i. Strongly agree
   - ii. Somewhat agree
   - iii. Neutral / Neither agree nor disagree
   - iv. Somewhat disagree
   - v. **S**trongly disagree

    b.  *"Jews have too much control over the global media."*
   - i. Strongly agree
   - ii. Somewhat agree
   - iii. Neutral / Neither agree nor disagree
   - iv. Somewhat disagree
   - v. **S**trongly disagree

    c.  *"Jews think they are better than other people."*
   - i. Strongly agree
   - ii. Somewhat agree
   - iii. Neutral / Neither agree nor disagree
   - iv. Somewhat disagree
   - v. **S**trongly disagree

    d.   *"Jewish values are harmful to the youth of America."*
- i.  Strongly agree
- ii.  Somewhat agree
- iii.  Neutral / Neither agree nor disagree
- iv.  Somewhat disagree
- v.  Strongly disagree

82. As compared to 30 years ago, do you think race relations in the United States have gotten…
   a. Better
   b. Stayed about the same
   c. Worse

83. How often do you have discussions about race and race relations?
   a. All the time
   b. Often
   c. Sometimes
   d. Rarely
   e. Never

84. How often do you have ***positive*** interactions with someone of a different race?
   a. All the time
   b. Often
   c. Sometimes
   d. Rarely
   e. Never

85. How often do you have ***negative*** interactions with someone of a different race?
   a. All the time
   b. Often
   c. Sometimes
   d. Rarely
   e. Never

86. Have you, a family member, or a close friend ever felt discriminated against because of your / their religion? _____YES    _____NO

   a. If YES, please briefly describe the incident(s):
   _____
   _____

87. How would you describe your feelings toward the following groups of people?

   a. White / Caucasian people
   - i.  Extremely favorable
   - ii.  Somewhat favorable
   - iii.  Neutral / Neither favorable nor unfavorable

          iv.   Somewhat unfavorable
          v.   Extremely unfavorable

  b.  People of Jewish descent / Jewish culture
          i.   Extremely favorable
          ii.   Somewhat favorable
          iii.   Neutral / Neither favorable nor unfavorable
          iv.   Somewhat unfavorable
          v.   Extremely unfavorable

  c.  Black / African American people
          i.   Extremely favorable
          ii.   Somewhat favorable
          iii.   Neutral / Neither favorable nor unfavorable
          iv.   Somewhat unfavorable
          v.   Extremely unfavorable

  d.  Hispanic / Latino people
          i.   Extremely favorable
          ii.   Somewhat favorable
          iii.   Neutral / Neither favorable nor unfavorable
          iv.   Somewhat unfavorable
          v.   Extremely unfavorable

88. How strongly would you agree or disagree with the following statements:

  a.  *"This country would be better with less ethnic diversity."*
          i.   Strongly agree
          ii.   Somewhat agree
          iii.   Neutral / Neither agree nor disagree
          iv.   Somewhat disagree
          v.   Strongly disagree

  b.  *"The state of race relations in this country is generally good."*
          i.   Strongly agree
          ii.   Somewhat agree
          iii.   Neutral / Neither agree nor disagree
          iv.   Somewhat disagree
          v.   Strongly disagree

  c.  *"Immigration is a big problem in this country."*
          i.   Strongly agree
          ii.   Somewhat agree
          iii.   Neutral / Neither agree nor disagree
          iv.   Somewhat disagree
          v.   Strongly disagree

89. Are you familiar with the Proud Boys organization? _____YES       _____NO

      a.   If yes, do you know anyone who is a member of the organization?
          _____YES       _____NO

      b.   How would you rate your opinion of the Proud Boys organization?
          i.   Extremely favorable
          ii.   Somewhat favorable
          iii.   Neutral / Neither favorable nor unfavorable
          iv.   Somewhat unfavorable
          v.   Extremely unfavorable

90. Are you familiar with any of the following organizations / groups?

|  | YES | NO |
|---|---|---|
| Vanguard America | ____ | ____ |
| Traditionalist Worker Party | ____ | ____ |
| League of the South | ____ | ____ |
| National Socialist Movement | ____ | ____ |
| Nationalist Front | ____ | ____ |
| Fraternal Order of the Alt-Knights | ____ | ____ |
| Loyal White Knights of the Ku Klux Klan | ____ | ____ |
| East Coast Knights of the Ku Klux Klan (a/k/a East Coast Knights of the True Invisible Empire) | ____ | ____ |
| Identity Evropa | ____ | ____ |

      a.   If you answered YES to any of the above, please explain how you are familiar
         with the organization(s) and if you know anyone who is or was ever a member of
         the organization(s): _____
         _____
         _____

91. Are you familiar with the Unite the Right rally that took place in Charlottesville, Virginia
    from August 11-12, 2017? _____YES       _____NO

      a.   If YES, how would you describe the amount of media coverage you followed
         about the rally?
         _____A lot (read many articles or watched many television accounts)
         _____A moderate amount (just basic coverage in the news)
         _____A little (barely heard about it)

      b.   Did you follow the media / news surrounding the death of Heather Heyer and
         injuries to others at the Unite the Right rally? _____YES       _____NO

      i.  If YES, how would you describe the amount of media coverage you followed about it?

         _____A lot (read many articles or watched many television accounts)
         _____A moderate amount (just basic coverage in the news)
         _____A little (barely heard about it)

   c.  If YES to either of the above, have you continued following the news surrounding the rally? _____YES _____NO

      i.  If YES, how would you describe the amount of media coverage you followed about it?

         _____A lot (read many articles or watched many television accounts)
         _____A moderate amount (just basic coverage in the news)
         _____A little (barely heard about it)

92. Are you familiar with the organization "Integrity First For America"?
_____YES _____NO

   a.  If YES, please explain how you are familiar with them:

      _____
      _____

93. This case involves allegations against the Defendants—identified as organizers and promoters of the "Unite the Right" rally held in Charlottesville on August 11-12, 2017—by the Plaintiffs—private citizens who attended the Unite the Right Rally as counter-protestors—that the Defendants were responsible for the injuries that the Plaintiffs suffered during Unite the Right. Have you heard or read anything about this case?
_____YES _____NO

   a.  If YES, please explain what you have heard about the case:

      _____
      _____

94. Is there anything about the nature of the allegations or the parties involved that would make it difficult for you to be a fair and impartial juror in such a case?
_____YES _____NO

   a.  If YES, please explain: _____

      _____

95. The following names are a list of the Plaintiffs and Defendants in this case. Do you know / have any personal connection whatsoever to any of the following individuals?

| PLAINTIFFS | DEFENDANTS |
|---|---|
| Elizabeth Sines | Jason Kessler |
| Seth Wispelwey | Richard Spencer |

| Marissa Blair | Christopher Cantwell |
|---|---|
| Devin Willis | James Alex Fields, Jr. |
| April Muniz | Andrew Anglin |
| Marcus Martin | Robert "Azzmador" Ray |
| Natalie Romero | Nathan Damigo |
| Chelsea Alvarado | Elliot Kline a/k/a Eli Mosley |
| Thomas Baker | Matthew Heimbach |
| | Matthew Parrott |
| | Michael Hill |
| | Michael Tubbs |
| | Jeff Schoep |
| | Augustus Sol Invictus |
| | Michael "Enoch" Peinovich |

_____YES        _____NO

a.  If YES, please explain: _____

_____

96. The following names are a list of attorneys representing the Plaintiffs and the Defendants. Do you know, or have you ever been represented by these lawyers or their law firms?

Alexandra Kendal Conlon (Kaplan Hecker & Fink LLP)
Benjamin D. White (Kaplan Hecker & Fink LLP)
Emily C. Cole (Kaplan Hecker & Fink LLP)
Jonathan R. Kay (Kaplan Hecker & Fink LLP)
Julie E. Fink (Kaplan Hecker & Fink LLP)
Michael L. Bloch (Kaplan Hecker & Fink LLP)
Raymond P. Tolentino (Kaplan Hecker & Fink LLP)
Roberta A. Kaplan (Kaplan Hecker & Fink LLP)
Yotam Barkai (Kaplan Hecker & Fink LLP)
Agbeko C. Petty (Paul, Weiss, Rifkind, Wharton & Garrison LLP)
Arpine S. Lawyer (Paul, Weiss, Rifkind, Wharton & Garrison LLP)
Jessica E. Phillips (Paul, Weiss, Rifkind, Wharton & Garrison LLP)
Karen L. Dunn (Paul, Weiss, Rifkind, Wharton & Garrison LLP)
Makiko B. Hiromi (Paul, Weiss, Rifkind, Wharton & Garrison LLP)
Nicholas A. Butto (Paul, Weiss, Rifkind, Wharton & Garrison LLP)
William A. Isaacson (Paul, Weiss, Rifkind, Wharton & Garrison LLP)
Katherine M. Cheng (Boies Schiller Flexner LLP)
Alan Levine (Cooley LLP)
Alexandra Eber (Cooley LLP)
Amanda L. Liverzani (Cooley LLP)
Caitlin B. Munley (Cooley LLP)
Daniel P. Roy, III (Cooley LLP)
David E. Mills (Cooley LLP)
Robert T. Cahill (Cooley LLP)

Samantha A. Strauss (Cooley LLP)
Joshua M. Siegel (Cooley LLP)
John B. Rottenborn (Woods Rogers PLC)
Elmer Woodard
James E. Kolenich (Kolenich Law Office)
Bryan Jones (Bryan Jones Legal)
David L. Campbell (Duane, Hauck, Davis & Gravatt, P.C.)
Justin Saunders Gravatt (Duane, Hauck, Davis & Gravatt, P.C.)
William Edward ReBrook, IV (the ReBrook Law Office)
Joshua Smith (Smith LLC)

_____YES      _____NO

a.  If YES, please explain: _____
_____

97. Are you or any of your close friends or family members employed by any of the lawyers or law firms in this case? _____YES      _____NO

a.  If yes, please explain: _____

98. Do you know any of the following individuals?
Deborah E. Lipstadt, Ph.D.
Stephen Fenton, P.E.
Kathleen M. Blee, Ph.D.
Peter Simi, Ph.D.

_____YES      _____NO

a.  If yes, please explain: _____

99. Do you have any moral or religious beliefs which would prevent you from rendering a fair and impartial verdict in this case, based solely on the evidence you will hear in the courtroom and the court's instructions on the law?
_____YES      _____NO

a.  If YES, please explain: _____
_____

Date: August 24, 2021

Respectfully submitted,

Roberta A. Kaplan (*pro hac vice*)
Julie E. Fink (*pro hac vice*)
Gabrielle E. Tenzer (*pro hac vice*)
Michael L. Bloch (*pro hac vice*)
Yotam Barkai (*pro hac vice*)
Emily C. Cole (*pro hac vice*)
Alexandra K. Conlon (*pro hac vice*)
Jonathan R. Kay (*pro hac vice*)
Benjamin D. White (*pro hac vice*)
KAPLAN HECKER & FINK LLP
350 Fifth Avenue, Suite 7110
New York, NY 10118
Telephone: (212) 763-0883
rkaplan@kaplanhecker.com
jfink@kaplanhecker.com
gtenzer@kaplanhecker.com
mbloch@kaplanhecker.com
ybarkai@kaplanhecker.com
ecole@kaplanhecker.com
aconlon@kaplanhecker.com
jkay@kaplanhecker.com
bwhite@kaplanhecker.com

*Counsel for Plaintiffs*

Of Counsel:

Robert T. Cahill (VSB 38562)
COOLEY LLP
11951 Freedom Drive, 14th Floor
Reston, VA 20190-5656
Telephone: (703) 456-8000
Fax: (703) 456-8100
rcahill@cooley.com

Karen L. Dunn (*pro hac vice*)
Jessica Phillips (*pro hac vice*)
William A. Isaacson (*pro hac vice*)
PAUL WEISS RIFKIND WHARTON &
GARRISON LLP
2001 K Street, NW
Washington, DC 20006
Telephone: (202) 223-7300
Fax: (202) 223-7420
kdunn@paulweiss.com
jphillips@paulweiss.com
wisaacson@paulweiss.com

Alan Levine (*pro hac vice*)
Philip Bowman (*pro hac vice*)
COOLEY LLP
55 Hudson Yards
New York, NY 10001
Telephone: (212) 479-6260
Fax: (212) 479-6275
alevine@cooley.com
pbowman@cooley.com

David E. Mills (*pro hac vice*)
Joshua M. Siegel (VSB 73416)
COOLEY LLP
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004
Telephone: (202) 842-7800
Fax: (202) 842-7899
dmills@cooley.com
jsiegel@cooley.com

J. Benjamin Rottenborn (VSB 84796)
WOODS ROGERS PLC
10 South Jefferson St., Suite 1400
Roanoke, VA 24011
Telephone: (540) 983-7600
Fax: (540) 983-7711
brottenborn@woodsrogers.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2021, I filed the foregoing with the Clerk of Court through the CM/ECF system, which will send a notice of electronic filing to:

Elmer Woodard
5661 US Hwy 29
Blairs, VA 24527
isuecrooks@comcast.net

James E. Kolenich
Kolenich Law Office
9435 Waterstone Blvd. #140
Cincinnati, OH 45249
jek318@gmail.com

*Counsel for Defendants Jason Kessler, Nathan Damigo, and Identity Europa, Inc. (Identity Evropa)*

David L. Campbell
Justin Saunders Gravatt
Duane, Hauck, Davis & Gravatt, P.C.
100 West Franklin Street, Suite 100
Richmond, VA 23220
dcampbell@dhdglaw.com
jgravatt@dhdglaw.com

*Counsel for Defendant James A. Fields, Jr.*

Bryan Jones
106 W. South St., Suite 211
Charlottesville, VA 22902
bryan@bjoneslegal.com

*Counsel for Defendants Michael Hill, Michael Tubbs, and League of the South*

William Edward ReBrook, IV
The ReBrook Law Office
6013 Clerkenwell Court
Burke, VA 22015
edward@rebrooklaw.com

*Counsel for Defendants Jeff Schoep, National Socialist Movement, Nationalist Front, Matthew Parrott, Traditionalist Worker Party and Matthew Heimbach*

Joshua Smith
Smith LLC
807 Crane Avenue
Pittsburgh, PA 15216-2079
joshsmith2020@gmail.com

*Counsel for Defendants Matthew Parrott, Traditionalist Worker Party and Matthew Heimbach*

I hereby certify that on August 24, 2021, I also served the following non-ECF participants via mail and electronic mail:

Richard Spencer
richardbspencer@icloud.com
richardbspencer@gmail.com

Christopher Cantwell
Christopher Cantwell 00991-509
USP Marion, 4500 Prison Rd.
P.O. Box 2000
Marion, IL 62959

Vanguard America
c/o Dillon Hopper
dillon_hopper@protonmail.com

Robert "Azzmador" Ray
azzmador@gmail.com

Elliott Kline a/k/a Eli Mosley
eli.f.mosley@gmail.com
deplorabletruth@gmail.com
eli.r.kline@gmail.com

Michael L Bloch (*pro hac vice*)
KAPLAN HECKER & FINK LLP

Counsel for Plaintiffs