IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| ELIZABETH SINES, et al., | |
| *Plaintiffs,* | No. 3:17-cv-00072-NKM |
| v. | JURY TRIAL DEMANDED |
| JASON KESSLER, et al., | |
| *Defendants.* | |

**DEFENDANT MATTHEW HEIMBACH'S CONSENT MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFFS' MOTION FOR SANCTIONS AGAINST HIM**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendant Matthew Heimbach respectfully moves this Court for an extension of time to file his response to Plaintiffs' Motion for Sanctions (*see* ECF Nos. 457, 539) against him. Counsel for Plaintiffs has consented to this request.

Plaintiffs filed a Supplemental Memorandum of Law in support of their motion (*see* ECF No. 1006) on Thursday, August 12, 2021. Matthew's response is currently due on Thursday, August 26, 2021. He asks that the Court issue an order granting him permission to file said response on or before Tuesday, September 7, 2021.

Respectfully submitted,

*/s/ Joshua Smith*
Joshua Smith, Esq.
Pennsylvania Bar ID No. 207585

- 2 -

        Smith LLC
        807 Crane Avenue
        Pittsburgh, Pennsylvania 15216
        (917) 567-3168 (phone)
        joshsmith2020@gmail.com

*Counsel for Defendants Matthew Parrott, Matthew Heimbach, and Traditionalist Worker Party*

Dated: August 26, 2021

## CERTIFICATE OF SERVICE

I hereby certify that on August 26, 2021, I filed the foregoing with the Clerk of Court through the CM/ECF system, which will send a notice of electronic filing to all counsel of record in the case, as well as all ECF-registered *pro se* parties.

I hereby further certify that on August 26, 2021, I served a copy of the foregoing on the following non-ECF *pro se* parties, via electronic mail, as follows:

Richard Spencer
richardbspencer@icloud.com
richardbspencer@gmail.com

Vanguard America
c/o Dillon Hopper
dillon_hopper@protonmail.com

Robert "Azzmador" Ray
azzmador@gmail.com

Elliott Kline a/k/a Eli Mosley
eli.f.mosley@gmail.com
deplorabletruth@gmail.com
eli.r.kline@gmail.com

I hereby further certify that on August 26, 2021, I served a copy of the foregoing on the following non-ECF *pro se* party, via first-class mail, as follows:

Christopher Cantwell (00991-509)
USP Marion
U.S. Penitentiary
P.O. Box 1000
Marion, IL 62959

 

*/s/ Joshua Smith*
Joshua Smith, Esq.
Pennsylvania Bar ID No. 207585
Smith LLC
807 Crane Avenue
Pittsburgh, Pennsylvania 15216
(917) 567-3168 (phone)
joshsmith2020@gmail.com

*Counsel for Defendants Matthew Parrott, Matthew Heimbach, and Traditionalist Worker Party*