# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION

| | |
|---|---|
| ELIZABETH SINES, *et al.*, | |
| *Plaintiffs*, | CASE NO. 3:17-cv-00072 |
| v. | ORDER |
| JASON KESSLER, *et al.*, | |
| *Defendants.* | JUDGE NORMAN K. MOON |

This matter is set for trial beginning October 25, 2021. To ensure the safety and security of the jurors serving in this case, it is hereby **ORDERED** that the jurors be escorted each day to and from the U.S. Courthouse in Charlottesville, by a U.S. Marshal in a vehicle to be provided at Court expense.

It is so **ORDERED**.

The Clerk of Court is directed to send a certified copy of this Order to the U.S. Marshal's Office, to the Financial Administrator, Jury Administrator, and all counsel of record.

Entered this  27th  day of August, 2021.

*/s/ Norman K. Moon*
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE