# KAPLAN HECKER & FINK LLP

350 FIFTH AVENUE | SUITE 7110
NEW YORK, NEW YORK 10118
TEL (212) 763-0883 | FAX (212) 564-0883
WWW.KAPLANHECKER.COM

August 27, 2021

The Honorable Norman K. Moon
United States District Court
Western District of Virginia
255 West Main Street
Charlottesville, VA 22902

                Re:      *Sines v. Kessler et al.*, No. 3:17-cv-00072 (NKM)(JCH)

Dear Judge Moon,

      We write to bring to Your Honor's attention recent events that may impact the availability of one of Plaintiffs' expert witnesses to testify at trial this October. More specifically, on July 30, President Biden nominated Professor Deborah Lipstadt to serve as the State Department's special envoy to monitor and combat antisemitism, a position that requires confirmation by the Senate. *See* https://www.whitehouse.gov/briefing-room/statements-releases/2021/07/30/president-biden-announces-intent-to-nominate-and-appoint-leaders-to-serve-in-key-religious-affairs-roles/. As Your Honor may recall, Professor Lipstadt submitted an expert report in this case (ECF 832, attachment 1) and we had intended to have her testify at trial concerning the symbols and rhetoric used by Defendants at Unite the Right.

      Plaintiffs are now seeking to ascertain whether and how this nomination will impact Professor Lipstadt's ability to testify. We will alert the Court and parties as soon as we have received clarification in that regard, including whether we will need to identify another scholar to testify on the same issues instead of Professor Lipstadt.

                                                                                      Respectfully submitted,

                                                                 Roberta A. Kaplan (*pro hac vice*)
                                                                 Julie E. Fink (*pro hac vice*)
                                                                   Gabrielle E. Tenzer (*pro hac vice*)
                                                                 Michael L. Bloch (*pro hac vice*)
                                                                 KAPLAN HECKER & FINK LLP
                                                                 350 Fifth Avenue, Suite 7110
                                                                 New York, NY 10118
                                                                 Telephone: (212) 763-0883
                                                                 rkaplan@kaplanhecker.com
                                                                 jfink@kaplanhecker.com

KAPLAN HECKER & FINK LLP

                gtenzer@kaplanhecker.com
                mbloch@kaplanhecker.com

*Counsel for Plaintiffs*

Of Counsel:

| | |
|---|---|
| Robert T. Cahill (VSB 38562) | Karen L. Dunn (*pro hac vice*) |
| COOLEY LLP | William A. Isaacson (*pro hac vice*) |
| 11951 Freedom Drive, 14th Floor | Jessica Phillips (*pro hac vice*) |
| Reston, VA 20190-5656 | PAUL WEISS RIFKIND WHARTON & |
| Telephone: (703) 456-8000 | GARRISON LLP |
| Fax: (703) 456-8100 | 2001 K Street, NW |
| rcahill@cooley.com | Washington, DC 20006 |
| | Telephone: (202) 223-7300 |
| | Fax: (202) 223-7420 |
| | kdunn@paulweiss.com |
| | wisaacson@paulweiss.com |
| | jphillips@paulweiss.com |
| | |
| Alan Levine (*pro hac vice*) | David E. Mills (*pro hac vice*) |
| Philip Bowman (*pro hac vice*) | Joshua M. Siegel (VSB 73416) |
| COOLEY LLP | COOLEY LLP |
| 1114 Avenue of the Americas, 46th Floor New York, NY 10036 | 1299 Pennsylvania Avenue, NW Suite 700 |
| Telephone: (212) 479-6260 | Washington, DC 20004 |
| Fax: (212) 479-6275 | Telephone: (202) 842-7800 |
| alevine@cooley.com | Fax: (202) 842-7899 |
| pbowman@cooley.com | dmills@cooley.com |
| | jsiegel@cooley.com |

J. Benjamin Rottenborn (VSB 84796)
WOODS ROGERS PLC
10 South Jefferson St., Suite 1400
Roanoke, VA 24011
Telephone: (540) 983-7600
Fax: (540) 983-7711
brottenborn@woodsrogers.com

                *Counsel for Plaintiffs*

KAPLAN HECKER & FINK LLP

## CERTIFICATE OF SERVICE

      I hereby certify that on August 27, 2021, I filed the foregoing with the Clerk of Court through the CM/ECF system, which will send a notice of electronic filing to:

Elmer Woodard
5661 US Hwy 29
Blairs, VA 24527
isuecrooks@comcast.net

James E. Kolenich
Kolenich Law Office
9435 Waterstone Blvd. #140
Cincinnati, OH 45249
jek318@gmail.com

*Counsel for Defendants Jason Kessler, Nathan Damigo, and Identity Europa, Inc. (Identity Evropa)*

Bryan Jones
106 W. South St., Suite 211
Charlottesville, VA 22902
bryan@bjoneslegal.com

*Counsel for Defendants Michael Hill, Michael Tubbs, and League of the South*

Joshua Smith
Smith LLC
807 Crane Avenue
Pittsburgh, PA 15216-2079
joshsmith2020@gmail.com

*Counsel for Defendants Matthew Parrott, Traditionalist Worker Party and Matthew Heimbach*

David L. Campbell
Justin Saunders Gravatt
Duane, Hauck, Davis & Gravatt, P.C.
100 West Franklin Street, Suite 100
Richmond, VA 23220
dcampbell@dhdglaw.com
jgravatt@dhdglaw.com

*Counsel for Defendant James A. Fields, Jr.*

William Edward ReBrook, IV
The ReBrook Law Office
6013 Clerkenwell Court
Burke, VA 22015
edward@rebrooklaw.com

*Counsel for Defendants Jeff Schoep, National Socialist Movement, Nationalist Front, Matthew Parrott, Traditionalist Worker Party and Matthew Heimbach*

3

KAPLAN HECKER & FINK LLP

      I hereby certify that on August 27, 2021, I also served the following non-ECF participants via mail and electronic mail:

Richard Spencer
richardbspencer@icloud.com
richardbspencer@gmail.com

Christopher Cantwell
Christopher Cantwell 00991-509
USP Marion, 4500 Prison Rd.
P.O. Box 2000
Marion, IL 62959

Vanguard America
c/o Dillon Hopper
dillon_hopper@protonmail.com

Robert "Azzmador" Ray
azzmador@gmail.com

Elliott Kline a/k/a Eli Mosley
eli.f.mosley@gmail.com
deplorabletruth@gmail.com
eli.r.kline@gmail.com

Michael L Bloch (*pro hac vice*)
KAPLAN HECKER & FINK LLP

Counsel for Plaintiffs