# EXHIBIT 25

https://www.stltoday.com/lifestyles/health-med-fit/coronavirus/southeast-missouri-seeing-big-uptick-in-covid-19-cases/article_7bc45cbf-4e82-51c3-8b5c-eb80ff3e72ad.html

# Southeast Missouri seeing big uptick in COVID-19 cases

By Jim Salter Associated Press
Aug 24, 2021



This transmission electron microscope image shows the coronavirus that causes COVID-19—isolated from a patient in the U.S. Virus particles are shown emerging from the surface of cells cultured in the lab. The spikes on the outer edge of the virus particles give coronaviruses their name, crown-like.

Photo courtesy of NIAID-RML

By Jim Salter Associated Press

Missouri's surge in COVID-19 cases appears to be moving to the Bootheel region of the state, with hospitals in southeast Missouri filling with patients, many of them critically ill.

Meanwhile, the state health department on Tuesday reported 170 additional deaths, bringing to 10,376 the number of Missourians who have succumbed to the virus since the onset of the pandemic.

Southwestern Missouri has been the epicenter of this summer's outbreak of COVID-19. But since the delta variant of the virus began its rampage in June, cases have spread across the state.

Information on Missouri's COVID-19 dashboard shows that six of the 12 counties with the highest seven-day rates of new cases are in the southeast — Scott, New Madrid, Mississippi, Madison, Jackson and Perry counties.

Cape Girardeau's two hospitals are treating a combined 76 COVID-19 patients, including 24 in intensive care units, according to information from St. Francis Medical Center and Southeast Hospital.

Statewide, of the 170 newly reported deaths, 143 were the result of a weekly review of death certificates. The state health department said one of those deaths was in May, two were in June, 35 were in July and 105 were earlier in August. The state also cited 27 new deaths, and 1,770 newly confirmed cases. Missouri has reported 618,022 COVID-19 cases overall.

A central Missouri mayor meanwhile sought support for his push to allow a friend to be given an anti-parasite drug not approved for treating COVID-19.

The Kansas City Star reported that Lake Ozark Mayor Dennis Newberry wrote on Facebook Monday that his friend should be allowed to take ivermectin in a last-ditch effort to save him.

"Please pray for cooperation from his caregivers and hospital admin to allow his loved ones and friends to step in and assist with his life. If we do nothing his life will surely be taken from his 18 year old son, his family and friends," Newberry wrote. "I need your prayers and comments to attempt to gain favor with the powers to be."

The U.S. Food and Drug Administration has approved ivermectin to treat some parasitic worms and for head lice and skin conditions in humans, and other preparations of the drug are used to treat and prevent parasites in horses. The FDA has not approved ivermectin for treating or preventing COVID-19.

By Tuesday morning, Newberry's post had been removed. It wasn't immediately clear why and a phone message left with Newberry wasn't immediately returned.

---

COVID-19 in Missouri and Illinois: By the numbers





A Flourish chart

**NOTE:** On Saturday, April 17, 2021, the Missouri Department of Health and Senior Services (DHSS) noted on its dashboard that it discovered a database error that was causing individuals with both a positive PCR and antigen result to be counted as both a probable and confirmed case. This correction removed 11,454 cases that were counted twice in previous probable antigen cases, according the notation.

**NOTE:** Beginning Monday, March 8, 2021, the Missouri Department of Health and Senior Services (DHSS) began posting county-level data showing "probable" COVID-19 cases detected by antigen testing. Using the historical data from the DHSS dashboard, we reconfigured this graph to include that number in the total.

**NOTE:** Missouri updated its data dashboard on Sept. 28. 2020, to delete duplicate cases. This resulted in a decrease of total cases which caused the daily count to reflect a negative number.



🌟 A Flourish chart

**NOTE:** On Saturday, April 17, 2021, the Missouri Department of Health and Senior Services (DHSS) noted on its dashboard that it discovered a database error that was causing individuals with both a positive PCR and antigen result to be counted as both a probable and confirmed case. This correction removed 11,454 cases that were counted twice in previous probable antigen cases, according the notation.
**NOTE:** Beginning Monday, March 8, 2021, the Missouri Department of Health and Senior Services (DHSS) began posting county-level data showing "probable" COVID-19 cases detected by antigen testing. Using historical data from the DHSS dashboard, we reconfigured this graph to include that number.



**Missouri: COVID-19 total cases**

Source: Missouri Department of Health and Senior Services — ST. LOUIS POST-DISPATCH

✺ A Flourish chart

**NOTE:** On Oct. 11, **Missouri announced that a database error had resulted in an "incorrect inflation" of cases in its October 10 report**.

**Missouri and Illinois: New vaccinations per day**

Rate of daily new vaccinations per 100,000 people (rolling 7-day average)



Source: Centers for Disease Control and Prevention

ST. LOUIS POST-DISPATCH

✸ A Flourish chart

**Missouri's vaccination rollout**

Last updated: Aug. 26

The maps below show the percentage of residents who have received one or more doses of COVID-19 vaccine, both nationally and within Missouri.



Graphic by Josh Renaud / St. Louis Post-Dispatch

Source: Post-Dispatch analysis of data from the Centers for Disease Control and Prevention and the Missouri Department of Health and Senior Services.
Note: Percentages are based on the U.S. Census Bureau's 2019 American Community Survey population estimates. Because of delays in reporting, Missouri's statewide percentage in the national data is lower than in its own data.



🌟 A Flourish chart

**Note from St. Louis Metropolitan Pandemic Task Force** regarding the numbers for July 20: *There was a delay in reporting some test results leading to the increase in reported hospital admissions.*

Editor's note: This chart has been adjusted to reflect suspected and confirmed cases in hospitalized patients in early June. Previous updates only had confirmed case numbers.



**Note from Missouri Department of Health and Senior Services**: *Note: Due to an abrupt change in data measures and the reporting platform issued by the White House on Monday, July 13, and effective Wednesday, July 15, Missouri Hospital Association (MHA) and the State of Missouri were unable to access hospitalization data during the transition. .*

**Missouri deaths by week occurred**



Source: Missouri Department of Health and Senior Services
Notes: This chart shows only deaths that have been reported to the state. The weekly totals are revised continually as new deaths are reported. Because of the lag between when people die and when their deaths are reported, the most recent weeks' totals probably undercount the number of deaths. Data with missing or incorrect dates of

A Flourish chart

**Missouri: Total COVID-19 deaths**



Source: Missouri Department of Health and Senior Services

A Flourish chart



**Moving 7-day PCR positivity rate**

The number of positive PCR tests, divided by the total number of tests; not deduplicated to the individual.

※ A Flourish chart













