**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA**

| | | |
|---|---|---|
| **ELIZABETH SINES** | : | **Case No. 3:17-cv-00072** |
| Plaintiff | : | **Judge MOON**<br>**Mag. Judge Hoppe** |
| | : | |
| -v- | | |
| **JASON KESSLER et al.** | : | |
| | : | |
| Defendants | | |

_____

### DEFENDANTS' WITNESS LIST
_____

Now come defendants Jason Kessler, Nathan Damigo, and Identity Evropa

("Defendants") and, Pursuant to Fed. R. Civ. P. 26(a)(3)(A) and the amended pretrial Order

issued by the Court on July 15, 2021 (ECF 991), respectfully serve their witness list on all

other parties to this case. This list does not include the names of any rebuttal witnesses. The

Defendants did not retain any expert witnesses.

Expect to Call:

Daniel Ferguson
address provided separately

Emerson Stern
address provided separately

Captain Wendy Lewis
Charlottesville Police Department

Nigel Crofta
address provided separately

Hannah Zarski
address provided separately

Wes Bellamy
address provided separately

Luis Oyola
address provided separately

Harold Crews
address provided separately

Harold R. Sloke
address provided separately

any party to this lawsuit

any person who was deposed by any party

anyone identified or called as a witness by any party

May Call if Needed:

Lt. Angela Tabler
University of Virginia Police Dept.

Millie Weaver
address provided separately

Holly Zoller
address provided separately

Sean Liter
address provided separately

Jason Charter
address provided separately

Brent Betterley
address provided separately

Lacy McAuley
address provided separately

James Neal Ritchie
address provided separately

Al Thomas
address provided separately

Maurice Jones
address provided separately
Tom Keenan
address provided separately

Tom Massey
address provided separately

Dwayne Dixon
address provided separately

Edgar Brandon Collins
address provided separately

Corey Lemley
address provided separately

Paul Minton
address provided separately

Lindsey Moers
address provided separately

Detective Steve Young
Charlottesville Police Dept.


Defendants reserve the right to amend this list in light of any new information developed

before or during trial.


Respectfully Submitted,

s/__James E. Kolenich_____
James E. Kolenich
Kolenich Law Office
9435 Waterstone Blvd. #140
Cincinnati, OH 45249
JEK318@gmail.com

3

_s/ Elmer Woodard_____

Elmer Woodard
5661 US Hwy 29
Blairs, VA 24527
isuecrooks@comcast.net

Trial Attorneys for Jason Kessler,
Nathan Damigo, and Identity
Evropa

### CERTIFICATE OF SERVICE

I certify the above was served on September 7, 2021 on all ECF participants and that parties
requiring service by other means were served as follows:


**Robert Ray**
*azzmador@gmail.com*
**Vanguard America c/o Dillon Hopper**
*dillon_hopper@protonmail.com*
**Elliott Kline** *eli.f.mosley@gmail.com deplorabletruth@gmail.com*
**Matthew Heimbach** *matthew.w.heimbach@gmail.com*
**Christopher Cantwell**
*#00991-509*
*USP Marion*
*4500 Prison Rd.*
*PO Box 2000*
*Marion IL 62959*

Respectfully Submitted,

s/__James E. Kolenich_____