**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**Charlottesville Division**

| | |
|---|---|
| **ELIZABETH SINES, ET AL.,** | |
| Plaintiffs, | |
| v. | Civil Action No. 3:17-cv-00072 |
| **JASON KESSLER, ET AL.,** | |
| Defendants. | |

## DEFENDANTS LEAGUE OF THE SOUTH, MICHAEL HILL, & MICHAEL TUBBS'S WITNESS LIST

COME NOW Defendants League of the South, Michael Hill, and Michael Tubbs, by and through Counsel, and state that they may call any or all of the following witnesses:

1. Any witness on plaintiffs' or any co-defendant's witness list that has not been otherwise objected to by defense counsel.

2. Any witnesses necessary for rebuttal or impeachment purposes.

3. J.C. Adams

4. Ike Baker

5. Any party to this lawsuit

6. Dennis Durham

7. Erika Smith

8. Bradley Griffin

9. Spencer Borum

10. Charlottesville Police Officer Sgt. Newberry

11. Harold Crews

1

Defendants reserve the right to amend this list in light of new information developed before or during trial.

Respectfully submitted,

/s/  Bryan J. Jones_____
Bryan J. Jones (VSB #87675)
106 W. South St., Ste. 211
Charlottesville, VA 22902
(P): (434) 260-7899
(F): (434) 381-4397
(E): bryan@bjoneslegal.com

*Counsel for Defendants Michael Hill,*
*Michael Tubbs, and League of the South*

## CERTIFICATE OF SERVICE

I certify the above was served on September 7, 2021 on all ECF participants and that parties requiring service by other means were served as follows:

Elliott Kline a/k/a Eli Mosley: eli.f.mosley@gmail.com & deplorabletruth@gmail.com
Matthew Heimbach: matthew.w.heimbach@gmail.com
Christopher Cantwell: christopher.cantwell@gmail.com
Vanguard America c/o Dillon Hopper: dillon_hopper@protonmail.com
Robert Azzmador Ray: azzmador@gmail.com
Richard Spencer: richardbspencer@gmail.com

/s/  Bryan J. Jones_____
Bryan J. Jones (VSB #87675)
106 W. South St., Ste. 211
Charlottesville, VA 22902
(P): (434) 260-7899
(F): (434) 381-4397
(E): bryan@bjoneslegal.com

*Counsel for Defendants Michael Hill,*
*Michael Tubbs, and League of the South*

2