United States District Court for the Western District of Virginia
Charlottesville Division
Civil Action No. 3:17-cv-00072
Sines et al Plaintiffs vs.
Kessler et al Defendants

Defendant Cantwell's Objection Plaintiffs' motion for Sanctions Against Defendant Fields

Plaintiffs have moved to prevent Defendant Fields from testifying at the upcoming trial, among other penalties for his refusal to be deposed.

I narrowly object to his being prohibited from testifying.

I have a limited number of questions I would like my co-defendant to answer, such as if he ever listened to my podcast, and what went through his mind when Dwayne Dixon pointed an AR-15 at him just before the car crash.

I have no intent on arguing that he has been "punished enough", and I think the court will agree that it is a bizarre notion that this would draw any sympathy from a jury.

Respectfully Submitted
Christopher Cantwell
Cantwell 9/03/2021

Christopher Cantwell
Inmate #00991-509
USP Marion
4500 Prison Rd
P.O. Box 2000
Marion, IL 62959

SAINT LOUIS MO 630
1 SEP 2021  PM 4  L



⇦00991-509⇨
Clerk Us District Court
Western District Virginia
255 W MAIN ST
Room 304
Charlottesville, VA 22902
United States

22902-505879