United States District Court for the Western District of Virginia
Charlottesville Division

Civil Action No.

Sines et al Plaintiffs vs.
Kessler et al Defendants

CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
SEP 10 2021
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

Defendant Cantwell's Motion to Enjoin Non-Party Entity U.S. Bureau of Prisons from obstructing Defendant's Time Sensitive Communications with the Court.

I am currently being held against my will in the Communications Management Unit at the United States Penitentiary in Marion, IL. The CMU is an uncommon corceral environment originally designed for terrorism suspects. The Unit features extra restrictions on inmate communications, such as limiting us to two pre-scheduled phone calls a week to pre-screened contacts, and pre-approval of all written and electronic communications inbound or outbound.

On paper, we are supposed to be notified if correspondence is prevented from being delivered. In practice, letters vanish without explanation.

More frequently, communications are held back for days or weeks pending the approval of an "analyst". It borders on impossible for me to say precisely how long what is withheld, but it is normal for me to go a week without my daily Wall Street Journal being given to me, and then get 7 issues handed to me all at once the next week.

More troubling are the CMU's efforts to hinder my correspondence with this Court.

On July 20th I received Judge Hoppe's order regarding the August 20th settlement conference; the order instructed the parties to send Judge Hoppe a letter under 50 pages explaining their positions in this case.

I composed such a letter over August 1st and 2nd, made copies for Plaintiffs' counsel and Mr. Kolenich, then gave them all to CMU staff to be put in the mail.

On August 11th I composed an unrelated letter to the Court.
On August 12th I composed yet another letter to the Court.
On August 13th I gave both letters in separate envelopes to CMU staff to be put in the mail.

At the August 20th settlement conference, Judge Hoppe said he had no idea what I was talking about regarding any of these letters. Mid-meeting, I was informed that all three arrived in the mail at the same time that very day.

This indicates the CMU held back the August 1st letter for at least two weeks before sending it. I'll stop short of alleging conspiracy with the Plaintiffs, but this concert of action in which the Plaintiffs exclude me

from correspondence, the Court makes decisions in under two weeks or imposes 5 day deadlines, and the CMU obstructs my outbound mail to this court, creates the perfect storm of circumstances to make my participation in this case go from an impossibility to a cruel joke.

Particularly at this late stage of these procedings, such obstructions must be prevented. The settlement conference on 8/20 was the first opportunity I had in the four years this case has dragged on to have a private audience with a Judge, and nothing got accomplished due to the actions of the Bureau of Prisons.

The Intelligence Research Specialist, Ms. K. Hill, informs me that my "analyst" is a Mr. Michael Collis. My Case Manager is Mr. N. Simpkins. The Unit Manager of the Marion CMU, is ~~illegible~~ Mr. S. Wallace. The Warden of USP Marion is Mr. D. Sproul.

I respectfully request this Court order this institution to promply deliver any and all further correspondence between me and this Court.

Respectfully Submitted, 8-24-2021
-Christopher Cantwell

Christopher Cantwell
Inmate #00991-509
USP Marion
4500 Prison Rd
P.O. Box 2000
Marion, IL 62959

SAINT LOUIS MO 630
1 SEP 2021 PM 4 L

00991-509
Clerk Us District Court
Western District Virginia
255 W MAIN ST
Room 304
Charlottesville, VA 22902
United States

22902-505879