United States District Court for the
Western District of Virginia
Charlottesville Division

Civil Action No. 3:17-cv-00072
Sines et al Plaintiffs vs.
Kessler et al Defendants

Defendant Cantwell's Objection to Evidentiary Sanctions Against Defendant Ray

While Ray's disregard for the Court's orders is thoroughly indefensible, the Plaintiffs are asking the Court to draw conclusions which are unsupported by any other evidence, and are in fact contradicted by their own exhibits.

In Exhibit B, Ray counsels attendees on the legality of their event, noting coordination with law enforcement, and a legal battle to see our permit honored. Why we would be involved in a legal battle to see our own permit honored as part of a conspiracy to violate the civil rights of others remains unexplained.

Ray states, "You didn't spend all this time shitposting and debating crime stats and IQ charts, while making dank memes and trolling cucks and leftists alike, just to stay home when the rubber really hits the road, now did you?" - This only indicates a continuation of the perfectly legal behavior which preceded these Events.

Ray specifically counseled readers "Do not attack or start fights under any circumstances" - A far cry from racially motivated violence.

Ray specifically warned readers not to bring guns or knives or masks or tasers.

Ray warned readers to bring only gel based pepper spray for self defense, so as to avoid accidentally harming non-combatants and running afoul of the law.

Ray counsels that shields "come in quite handy when commies begin throwing bricks" and as it turns out communist projectiles caused far more injuries than Nazi guns that weekend.

In Plaintiffs' Exhibit-D, Ray "warns" his audience that he will "come to your homes and harass you constantly" indicating the sort of humor Plaintiffs claim is a criminal conspiracy is actually fairly common even between the defendants.

In Plaintiffs' Exhibit-E, the "Mayor of Fashtown" calls Ray "nigga" and Ray responds with laughter, illustrating the casual and not at all criminal use of fascist and racist themes in Defendants' humor.

The Plaintiffs and their counsel never had any good faith reason to believe in the conspiracy theory they alleged. Roberta Kaplan conjured this lawsuit from her vivid imagination for entirely political reasons. She then sought out clients with similar motives, and loaded up her complaint with obvious falsehoods contradicted by evidence she had ready access to. She knew it was a "long shot" according to Glamour Magazine, from a legal perspective, but armed with $10,000,000+ from their #SueANazi social media crowdfunding campaign, the merit of the case was of little concern. Only by intentionally deceiving the Court did this suit survive motions to dismiss, at which point the Plaintiffs' fun really got started.

A veritable "Who's Who" of Left wing activists, Jewish ethnocentrists and Antifa criminals were now armed with subpoena power to demand the private records of the people they just got finished assaulting. Shockingly enough, they were not anxious to hand those records over. Having seen their associates get railroaded in criminal courts, which in theory should have higher standards than civil courts, they reasonably concluded that they would get screwed either way, and chose not to cooperate.

Today the plaintiffs pretend to be agrieved by this non-compliance, but in private one can bet they celebrate it. They have no evidence to support their lies to this Court, and all of the evidence they do have, contradicts those lies.

Plaintiffs often site my observation that those who stonewalled their fishing expedition, may be proven to have had the better idea, but sanctions or none, they daily illustrate my point by continuing to lie to this Court. Plaintiffs excluded me from correspondence for 14 months, and even after being caught, continue to exclude me from conference calls and God only knows what else. They claim not to have viewed the videos included with my objection to evidentiary sanctions against Defendant Kline, and have not since acknowledged my letter urging them to do so, which in the most charitable interpretations is willfully shielding their eyes from the truth.

But in fact, every time the Plaintiffs assert their participation in a "peaceful counter protest" they are knowingly and intentionally misleading this Court. The Plaintiffs and their counsel are well aware

of the criminal conspiracy against the Defendants, and their assertions to the contrary are false exculpatory statements which indicate their complicity in that conspiracy.

If Justice prevails, Plaintiffs' counsel will have to seek new career paths at the conclusion of this case. If they manage to keep their law licenses, they will have the much complained about "evidentiary gaps" to thank.

Respectfully Submitted,
Christopher Cantwell

*[signature]* 8-26-2021

Christopher Cantwell
Inmate #00991-509
USP Marion
C/SCO Prison Rd.
P.O. Box 2000
Marion, IL 62959

⇔00991-509⇔
Clerk Us District Court
Western District Virginia
255 W MAIN ST
Room 304
Charlottesville, VA 22902
United States