# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

| | |
|---|---|
| ELIZABETH SINES, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> JASON KESSLER, *et al.*, <br><br> *Defendants*. | CASE NO. 3:17-cv-00072 <br><br> <u>ORDER</u> <br><br> JUDGE NORMAN K. MOON |

As a measure to facilitate efficient preparation for this case for trial and considering the state of the COVID-19 pandemic in this District and nationally, the Court hereby **ORDERS** the parties to **MEET AND CONFER** regarding witnesses who may be called upon to testify at trial remotely by videoconference.

Each party **SHALL FILE**, no later than **September 20, 2021 at 5:00 p.m.**, an amended witness list which reflects whether the parties have agreed that such witnesses' testimony may be conducted remotely by videoconference. If any party has not agreed to any such witness's remote testimony, the objecting party/parties shall be noted, and objections attached thereto. The Court will also **DIRECT** the parties to submit with such amended witness lists any proposed findings of fact as would support a decision to permit remote witness testimony (e.g., relating to the prevalence of COVID-19, or any facts specific to the witness). If any health-related reasons for remote testimony are to be noted for any witness(es), the Court will grant any party leave to file a partially redacted version of the witness list under seal.

The Court **urges** counsel for all parties to undertake their best efforts to seek to include pro se litigants including incarcerated Defendant Christopher Cantwell, proceeding pro se, in such conference(s) between the parties, and to be prepared to document steps coordinating such conference(s).

It is so **ORDERED**.

The Clerk of Court is directed to send a certified copy of this Order to the parties.

Entered this  10th   day of September, 2021.

NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE