# EXHIBIT A

| DATE | PERSON | DESCRIPTION | HOURS | RATE | TOTAL |
|---|---|---|---|---|---|
| 9/8/2020 | Katherine Cheng | Analyze Ray production for deficiencies and discuss with Y. Barkai in connection with preparation for civil contempt hearing | 2.6 | $ 275.00 | $ 715.00 |
| SUBTOTAL | | | 2.6 | $ 275.00 | $ 715.00 |
| 7/22/2020 | Yotam Barkai | Draft and circulate R. Ray deposition notice | 0.5 | $ 275.00 | $ 137.50 |
| 7/29/2020 | Yotam Barkai | Prepare for R. Ray deposition; correspondence regarding R. Ray deposition | 2 | $ 275.00 | $ 550.00 |
| 8/3/2020 | Yotam Barkai | Correspondence regarding motion to compel Ray deposition and related issues; revise and circulate motion to compel Ray deposition | 0.5 | $ 275.00 | $ 137.50 |
| 8/4/2020 | Yotam Barkai | Correspondence regarding R. Ray deposition and related issues; revise supplemental brief in support of R. Ray deposition | 1 | $ 275.00 | $ 275.00 |
| 8/4/2020 | Yotam Barkai | Finalize supplemental brief in support of motion to compel against R. Ray | 0.5 | $ 275.00 | $ 137.50 |
| 8/5/2020 | Yotam Barkai | Correspondence regarding R. Ray motion | 0.2 | $ 275.00 | $ 55.00 |
| 8/17/2020 | Yotam Barkai | Correspondence regarding R. Ray deposition and hearing; attention to R. Ray deposition and show cause hearing | 0.5 | $ 275.00 | $ 137.50 |
| 8/18/2020 | Yotam Barkai | Correspondence regarding R. Ray show cause hearing | 0.2 | $ 275.00 | $ 55.00 |
| 8/19/2020 | Yotam Barkai | Correspondence regarding R. Ray show cause hearing | 0.2 | $ 275.00 | $ 55.00 |
| 8/20/2020 | Yotam Barkai | Correspondence regarding R. Ray deposition and show cause hearing | 0.1 | $ 275.00 | $ 27.50 |
| 8/24/2020 | Yotam Barkai | Correspondence regarding R. Ray hearing | 0.2 | $ 275.00 | $ 55.00 |
| 8/25/2020 | Yotam Barkai | Correspondence regarding R. Ray deposition | 0.2 | $ 275.00 | $ 55.00 |
| 8/26/2020 | Yotam Barkai | Correspondence regarding R. Ray hearing; researched sanctions issues for R. Ray hearing | 1 | $ 275.00 | $ 275.00 |
| 8/27/2020 | Yotam Barkai | Correspondence regarding R. Ray show-cause hearing; attention to R. Ray deposition and show-cause hearing | 0.5 | $ 275.00 | $ 137.50 |
| 8/31/2020 | Yotam Barkai | Correspondence regarding R. Ray deposition; finalized and served R. Ray deposition notice; reviewed and revised R. Ray timeline | 1.5 | $ 275.00 | $ 412.50 |
| 9/1/2020 | Yotam Barkai | Correspondence and communications regarding R. Ray show cause/sanctions hearing; revised and recirculated R. Ray timeline | 2.5 | $ 275.00 | $ 687.50 |
| 9/3/2020 | Yotam Barkai | Correspondence regarding R. Ray timeline, R. Ray show cause/sanctions hearing, case status, and other issues; prepared for R. Ray hearing; reviewed argument outline | 2.2 | $ 275.00 | $ 605.00 |
| 9/4/2020 | Yotam Barkai | Correspondence regarding R. Ray hearing and deposition | 0.3 | $ 275.00 | $ 82.50 |
| 9/5/2020 | Yotam Barkai | Prepared for R. Ray hearing; drafted outline for R. Ray hearing; correspondence regarding R. Ray | 3 | $ 275.00 | $ 825.00 |
| 9/6/2020 | Yotam Barkai | Correspondence regarding R. Ray hearing; attention to R. Ray hearing issues | 0.2 | $ 275.00 | $ 55.00 |
| 9/8/2020 | Yotam Barkai | Correspondence regarding R. Ray hearing; prepared for R. Ray hearing and deposition | 0.5 | $ 275.00 | $ 137.50 |
| 9/9/2020 | Yotam Barkai | Correspondence regarding R. Ray hearing; prepared for R. Ray hearing and deposition; prepared, finalized, and filed submission to Court regarding R. Ray hearing | 0.8 | $ 275.00 | $ 220.00 |
| 9/10/2020 | Yotam Barkai | Correspondence regarding case status and R. Ray hearing; prepared for R. Ray deposition and hearing | 0.4 | $ 275.00 | $ 110.00 |
| 9/11/2020 | Yotam Barkai | Correspondence regarding preparation for R. Ray deposition/hearing; prepared for R. Ray deposition/hearing | 1.4 | $ 275.00 | $ 385.00 |
| 9/12/2020 | Yotam Barkai | Prepared for R. Ray deposition | 0.5 | $ 275.00 | $ 137.50 |
| 9/13/2020 | Yotam Barkai | Prepared for R. Ray deposition | 2.1 | $ 275.00 | $ 577.50 |
| 9/14/2020 | Yotam Barkai | Correspondence regarding R. Ray deposition and hearing; prepared for and participated in R. Ray deposition; prepared for and participated in Court hearing | 2.7 | $ 275.00 | $ 742.50 |
| SUBTOTAL | | | 25.7 | $ 275.00 | $ 7,067.50 |
| 8/4/2020 | Jessica Phillips | Reviewed and edited draft motion to compel R. Ray | 0.5 | $ 450.00 | $ 225.00 |
| 8/24/2020 | Jessica Phillips | Attention to prep for R. Ray show-cause hearing | 1.2 | $ 450.00 | $ 540.00 |
| 8/26/2020 | Jessica Phillips | Attention to R. Ray show-cause hearing | 0.7 | $ 450.00 | $ 315.00 |
| 8/27/2020 | Jessica Phillips | Attention to R. Ray show-cause hearing | 1 | $ 450.00 | $ 450.00 |
| 8/31/2020 | Jessica Phillips | Prepared for R. Ray contempt hearing | 3.1 | $ 450.00 | $ 1,395.00 |
| 9/1/2020 | Jessica Phillips | Reviewed and edited timeline for R. Ray contempt hearing | 1 | $ 450.00 | $ 450.00 |
| 9/8/2020 | Jessica Phillips | Prepared for civil contempt hearing for R. Ray | 3.1 | $ 450.00 | $ 1,395.00 |
| 9/9/2020 | Jessica Phillips | Prepared for R. Ray civil contempt hearing | 3 | $ 450.00 | $ 1,350.00 |
| 9/11/2020 | Jessica Phillips | Prepared for R. Ray civil contempt hearing | 2.5 | $ 450.00 | $ 1,125.00 |
| 9/13/2020 | Jessica Phillips | Drafted cross examination for R. Ray civil contempt hearing | 2.5 | $ 450.00 | $ 1,125.00 |

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 9/14/2020 | Jessica Phillips | Prepared for R. Ray civil contempt hearing | 3.5 | $ 450.00 | $ 1,575.00 |
| 9/14/2020 | Jessica Phillips | Attended R. Ray civil contempt hearing | 1.2 | $ 450.00 | $ 540.00 |
| 9/14/2020 | Jessica Phillips | Teleconference with Y. Barkai re: R. Ray exhibits | 0.1 | $ 450.00 | $ 45.00 |
| 9/14/2020 | Jessica Phillips | Teleconference with M. Block re: R. Ray civil contempt hearing | 0.2 | $ 450.00 | $ 90.00 |
| SUBTOTAL | | | 23.6 | $ 450.00 | $ 10,620.00 |
| 7/24/2020 | Stephanie Spear | Per Y. Barkai request, scheduled upcoming Ray deposition with TSG | 0.5 | $ 100.00 | $ 50.00 |
| 8/26/2020 | Stephanie Spear | Per K. Cheng request, compiled a timeline of R. Ray's participation in this litigation for use in future motions | 3 | $ 100.00 | $ 300.00 |
| 8/27/2020 | Stephanie Spear | Per K. Cheng request, compiled a timeline of R. Ray's participation in this litigation for use in future motions | 3 | $ 100.00 | $ 300.00 |
| 8/28/2020 | Stephanie Spear | Per K. Cheng request, compiled a timeline of R. Ray's participation in this litigation for use in future motions | 2 | $ 100.00 | $ 200.00 |
| 9/1/2020 | Stephanie Spear | Per K. Cheng request, worked with B. Zhang to compile a timeline of court correspondence with R. Ray | 1 | $ 100.00 | $ 100.00 |
| 9/8/2020 | Stephanie Spear | Per K. Cheng request, sent previous versions of R. Ray outline for attorney review in advance of upcoming deposition | 0.5 | $ 100.00 | $ 50.00 |
| 9/9/2020 | Stephanie Spear | Per K. Cheng request, scheduled and prepared for upcoming deposition for R. Ray | 1 | $ 100.00 | $ 100.00 |
| 9/11/2020 | Stephanie Spear | Per K. Cheng request, pulled prior hearing transcripts for attorney review | 0.5 | $ 100.00 | $ 50.00 |
| 9/14/2020 | Stephanie Spear | Per K. Cheng request, searched for and sent relevant materials for today's hearing to J. Phillips for review | 1 | $ 100.00 | $ 100.00 |
| SUBTOTAL | | | 12.5 | $ 100.00 | $ 1,250.00 |
| 9/1/2020 | Brittany Zhang | R. Ray email timeline per Y. Barkai and J. Phillips | 3.1 | $100.00 | $ 310.00 |
| 9/3/2020 | Brittany Zhang | R. Ray timeline binder for J. Phillips | 1.6 | $100.00 | $ 160.00 |
| 9/4/2020 | Brittany Zhang | R. Ray timeline binder for J. Phillips | 0.5 | $100.00 | $ 50.00 |
| SUBTOTAL | | | 5.2 | $ 100.00 | $ 520.00 |
| 7/29/2020 | TSG Reporting | Court reporting and transcript services for R. Ray deposition | | $ 646.50 | $ 646.50 |
| 7/29/2020 | TSG Reporting | Videography services for R. Ray deposition | | $ 295.00 | $ 295.00 |
| 9/14/2020 | TSG Reporting | Court reporting and transcript services for R. Ray deposition | | $ 641.75 | $ 641.75 |
| 9/14/2020 | TSG Reporting | Videography services for R. Ray deposition | | $ 442.50 | $ 442.50 |
| SUBTOTAL | | | 0 | | $ 2,025.75 |
| TOTAL | | | 69.6 | | $ 22,198.25 |