UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| ELIZABETH SINES, SETH WISPELWEY, MARISSA BLAIR, TYLER MAGILL, APRIL MUNIZ, HANNAH PEARCE, MARCUS MARTIN, NATALIE ROMERO, CHELSEA ALVARADO, and JOHN DOE,<br><br>Plaintiffs,<br><br>v.<br><br>JASON KESSLER, RICHARD SPENCER, CHRISTOPHER CANTWELL, JAMES ALEX FIELDS, JR., VANGUARD AMERICA, ANDREW ANGLIN, MOONBASE HOLDINGS, LLC, ROBERT "AZZMADOR" RAY, NATHAN DAMIGO, ELLIOT KLINE a/k/a ELI MOSLEY, IDENTITY EVROPA, MATTHEW HEIMBACH, MATTHEW PARROTT a/k/a DAVID MATTHEW PARROTT, TRADITIONALIST WORKER PARTY, MICHAEL HILL, MICHAEL TUBBS, LEAGUE OF THE SOUTH, JEFF SCHOEP, NATIONAL SOCIALIST MOVEMENT, NATIONALIST FRONT, AUGUSTUS SOL INVICTUS, FRATERNAL ORDER OF THE ALT-KNIGHTS, MICHAEL "ENOCH" PEINOVICH, LOYAL WHITE KNIGHTS OF THE KU KLUX KLAN, and EAST COAST KNIGHTS OF THE KU KLUX KLAN a/k/a EAST COAST KNIGHTS OF THE TRUE INVISIBLE EMPIRE,<br><br>Defendants. | **Civil Action No. 3:17-cv-00072-NKM** |

**DECLARATION OF JESSICA PHILLIPS**

I, Jessica Phillips, on this 13th day of September, 2021, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a Partner at the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP ("Paul, Weiss"), one of the law firms representing the Plaintiffs in this action.

2. I submit this Declaration in support of Plaintiffs' Second Petition Regarding Recoverable Attorneys' Fees from Robert "Azzmador" Ray. Except to the extent otherwise expressly indicated, I have personal knowledge of the matters set forth in this Declaration.

3. During the period of time relevant to Plaintiffs' Second Petition Regarding Recoverable Attorneys' Fees from Ray, I was a Partner at Boies Schiller Flexner LLP ("BSF") and then a Partner at Paul, Weiss.

4. I am a member in good standing of the Washington, D.C. and Illinois State Bars. I am also admitted to practice before the Supreme Court of the United States, the United States Court of Appeals for the Seventh Circuit, the United States Court of Appeals for the District of Columbia, the United States District Court for the Eastern District of Michigan, and the United States District Court for the District of Columbia. I have been admitted to appear *pro hac vice* before this Court for and on behalf of the Plaintiffs in the above-captioned action.

5. I have been a Partner at Paul, Weiss since July 31, 2020. I was a Partner at BSF for approximately 2.5 years and before that a Counsel at BSF for 1.5 years. Prior to that, I was an associate for seven years at Latham & Watkins LLP. I am an experienced trial attorney who has litigated a variety of complex commercial cases in federal and state trial and appellate courts across the country. I have participated in taking seven cases to trial and have won multiple victories on behalf of my clients. I have handled numerous appeals in both federal and state appeals court, including before the United States Supreme Court. I graduated from Northwestern University

School of Law in 2006 and was elected to the Order of the Coif.  After law school, I served as a law clerk to the Honorable Joel Flaum on the United States Court of Appeals for the Seventh Circuit and subsequently to the Honorable Justice Samuel Alito on the Supreme Court of the United States.

6. Yotam Barkai has been an associate at Kaplan Hecker & Fink LLP ("KHF") since August 2020.  He was previously an associate at BSF starting in 2015.  Mr. Barkai is a skilled trial and appellate litigator.  His practice focuses on complex litigation, appeals, and government investigations.  Mr. Barkai has participated in trials and has also devoted significant time to appeals, including multiple amicus briefs on constitutional and civil-rights issues.  He has been appointed *pro bono* counsel in various federal courts of appeals and has successfully argued before the First, Fourth, and Fifth Circuit Court of Appeals.  Mr. Barkai graduated *magna cum laude* from the New York University School of Law in 2013, was elected to the Order of the Coif, and won numerous academic prizes and scholarships.  After law school, Mr. Barkai served as a law clerk to the Honorable Katherine B. Forrest on the United States District Court for the Southern District of New York and subsequently to the Honorable Stephen F. Williams on the United States Court of Appeals for the D.C. Circuit.

7. Katherine Cheng has been an associate at BSF since July 2018.  Prior to joining BSF, Ms. Cheng served as a law clerk to the Honorable Alan C. Kay on the U.S. District Court for the District of Hawaii.  She was previously a litigation associate at Latham & Watkins LLP.  Ms. Cheng is a skilled trial litigator and has been an integral part of multiple successful trial teams.  Her practice focuses on complex civil and antitrust litigation, including antitrust conspiracy issues.  She has devoted significant time to pro bono matters, including briefing a constitutional challenge in the Ninth Circuit relating to state election procedures and previously representing homeless

individuals in a constitutional challenge to a municipal ordinance. Ms. Cheng graduated from the UCLA School of Law in 2014, was elected to the Order of the Coif, and received multiple academic awards. During law school, she argued before the Ninth Circuit Court of Appeals and successfully won remand on behalf of her client.

8. Stephanie Spear was a paralegal at BSF from July 2019 to May 2021. She conducted factual and legal research, helped manage case files, and assisted with filings for a variety of cases. Ms. Spear graduated from Yale University in 2019, where she served as a student researcher in the Astrophysics department. She also interned with NASA's Jet Propulsion Laboratory and served as an American delegate for the 69th Japan-America Student Conference.

9. Brittany Zhang has been a paralegal at BSF since July 2019. She conducts factual and legal research, helps manage case files, and assists with filings for a variety of cases. Ms. Zhang graduated from Georgetown University in 2019, where she worked as a residential assistant. She also interned at the Department of Justice and as served a legislative intern in Senator Charles Schumer's office.

10. I was the lead attorney for Ray's civil contempt hearing on September 14, 2020 (the "Show Cause Hearing"). I supervised all work in preparation for that hearing and in connection with Ray's July 29, 2020, and September 14, 2020 depositions, and I reviewed all submissions in connection therewith. I worked with Mr. Barkai to prepare for Ray's depositions, which he was prepared to take. I attended the September 14, 2020, Show Cause Hearing and argued on behalf of Plaintiffs. Ms. Cheng, Ms. Spear, and Ms. Zhang provided support for Mr. Barkai and myself in connection with Ray's July 29 and September 14 depositions and the September 14 Show Cause Hearing.

11.  Exhibit A hereto reflects an accurate accounting, based on contemporaneous records, of the reasonable fees associated with Ray's failure to appear for his July 29 and September 14 depositions and preparing for the September 14 Show Cause Hearing. Exhibit A also contains reasonable costs and expenses, including court reporting and videography services, in connection with the same.

12.  Exhibit A was created using entries for this litigation from the electronic billing systems for BSF, Paul, Weiss, and KHF. Those entries were then edited to remove all entries, even if related to work caused by Ray's failure to appear for his July 29, 2020 and September 14, 2020 depositions or in preparation for the September 14 Show Cause Hearing, for attorneys or paralegals not described in this Declaration. Then, Mr. Barkai, Ms. Cheng, and I each reviewed our remaining respective entries, further removed any hours that were not dedicated to the same, and edited any descriptions necessary to identify the work performed. Ms. Cheng obtained and reviewed the entries for Ms. Spear and Ms. Zhang. I then reviewed the hours and excluded further hours which, in my professional billing judgment, exceeded what would typically be charged to a client for this kind of work (*e.g.*, duplicative or excessive hours).

13.  Ms. Cheng obtained invoices from TSG Reporting for court reporting and videography services incurred in connection with Ray's July 29 and September 14 depositions. The invoiced amounts, which were paid in full, are also reflected on Exhibit A.

14.  Although other attorneys at firms representing Plaintiffs in this litigation may have performed legal services in connection with the foregoing, their time and expenses have been excluded from the calculations in Exhibit A.

15.  Also excluded from the calculations in Exhibit A is all of the time and expenses Plaintiffs' counsel expended on:

4

      a.    Other motions against Ray, including but not limited to Plaintiffs' prior motions to compel discovery and Ray's July 13 deposition, and all work for which fees and costs are being sought through other fee petitions.

      b.    Work done by other attorneys not identified in Plaintiffs' Second Petition Regarding Recoverable Attorneys' Fees.

      c.    Preparing this Second Petition Regarding Recoverable Attorneys' Fees from Robert "Azzmador" Ray.

16.    The fees and expenses included in Exhibit A were necessarily incurred in connection with the above. They are the type of costs typically billed to clients for this type of work.

17.    As set forth more fully in Plaintiffs' Second Petition Regarding Recoverable Attorneys' Fees from Robert "Azzmador" Ray, the requested hourly rates for the work described in Exhibit A are reasonable for the Charlottesville, Virginia legal market. These rates represent a substantial discount on Plaintiffs' counsels' hourly rate for this case, as set forth below:

| Individual | Hourly Rate for *Sines v. Kessler*[1] | Hourly Rate Claimed in Fee Petition |
|---|---|---|
| Jessica Phillips | $1,370/hour | $450/hour |
| Yotam Barkai | $750/hour | $275/hour |
| Katherine Cheng | $450/hour | $275/hour |
| Stephanie Spear | $200/hour | $100/hour |
| Brittany Zhang | $200/hour | $100/hour |

---

[1] The rates for Katherine Cheng, Stephanie Spear, and Brittany Zhang represent an already-discounted hourly rate for this case.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: September 13, 2021          /s/ *Jessica Phillips*
Washington, D.C.                                    Jessica Phillips