IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILE, VA
FILED
SEP 13 2021
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

Elizabeth Sines, et al [
    Plaintiffs [
[
v [ Case No: 3:17-cv-072
[
Jason Kessler, et al [
    Defendants [
[

### RESPONSE TO THE MOTION TO SANCTION JAMES FIELDS

Comes Now the Defendant, Christopher Cantwell, and he makes the following Response to the Motion to Sanction James Fields:

1) Cantwell has previously responded to the similar Plaintiff's Motion To Sanction Defendant Matthew Heimbach ("Heimbach Response") in which he laid out what he believes the relevant facts developed at trial will be; he now incorporates this by reference here. Fed.R. Civ.P. 10(c). To this, as in his Objections and Responses to the other similar motions, Orders and Report and Recommendation sanctioning various of his co-defendants, he also states that he believes that, if this matter were to be fully and fairly litigated, the evidence would show that the immediate, predicate "but-for" cause of James Fields' car accident was Dwayne Dixon of the Antifa domestic group Redneck Revolt pointing an assault rifle at Fields, and, that the deposition testimony of Natalie Romero will be proven to be inaccurate and false by the videotape recording the events of August 11, 2017.

2) Any line that the Plaintiffs may try to draw in this matter between Cantwell and Fields will be long and winding and connected with a few artificial bridges and leaps of the imagination. As described

-1-

Doc 1040 p 17-24, there was intense planning for this event, including a document "Operation Unite the Right Charlottesville 2.0", use of Discord servers like the Southern Front, and plans for the manufacture and deployment of shields and clubs as well as training in their use. What is notable about all of this preparation is that none of it included Christopher Cantwell. Similarly, when Fields appeared at the August 12, 2017, event in a Vanguard America ("VA") uniform, carrying a VA shield, and, marching with a group that included the Nationalist Front ("NF"), the Traditionalist Workers Party ("TWP"), the National Socialist Movement ("NSM"), and, several of the sanctioned defendants who were members of those organizations, Cantwell was not there. Doc 1040 p 30-37. And, in fact, none of the Defendants with whom Cantwell is alleged to have conspired, including Kline, Ray, and, Kessler, were there either; Heimbach, in fact, has testified that the plans for that day were kept separate from Kessler's. Doc 1006-2 p 102. Thus, given the dearth of factual foundation for any connection between Fields and Cantwell, or, between Cantwell and the joking talk of running people over that apparently occurred on some Discord server, Cantwell is especially sensitive to any adverse finding of facts that could wrongfully link him to the car accident that klled Heather Heyer and injured other members, supporters, and, associates of the Antifa domestic terror organization.

3) As this Court has noted, a finding of "bad faith" is required to impose the kind of evidentiary sanctions suggested by the Plaintiffs here, and, that defendants situated such as Cantwell must be protected from "spillover" effects from the bad faith conduct of other defendants. Doc 982 p 21-22; Sines v Kessler 2020 US Dist LEXIS 223168 (WD Va 2020) LEXIS p 50.

4:) Generally, for the court to deem a fact established, there ought to be some evidence to support that fact, and the fact established should be clear and concise. Neither appears to be the case for facts #42 and #47.

5) As in other response motions and objections regarding sanctions against Defendants, any allegation regharding agreements or forseeable actions of co-conspirators should specifically exclude Cantwell. Such as by appending "agreement with one or more coconspirators who were not Christopher Cantwell". Or, "The inference may be drawn thatthese co-conspirators were (sanctioned or defaulted defendants) but not Cantwell.

6) Any allegation regarding "racial minorities, Jewish people, and, their supporters" should be amended to "Negroes (or appropriate modern terminology therefor) and Republicans" as argued in a prior motion in limine.

Respectfully Submitted

Christopher Cantwell

CERTIFICATE OF SERVICE

I hereby certify that this Response to the Motion to Sanction James Fields was mailed to the Clerk of the Court, 1st Class Postage Prepaid, for posting to the ECF system to which all other parties are subscribed, and that it was handed to USP Marion Staff Kathy Hill or Nathan Simpkins for electronic filing pursuant to the Court's prior order.

Christopher Cantwell