CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILE, VA
FILED

SEP 13 2021

JULIA C. DUDLEY, CLERK
BY: _____
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

Elizabeth Sines, et al          ]
Plaintiffs                      [
                                [
                                [    Civil Case No. 3:17-cv-00072
v                               [
                                [
Jason Kessler, et al            [
Defendants

DEFENDANT CHRISTOPHER CANTWELL"S PARTIAL EXHIBITS LIST

Comes Now the Defendant, Christopher Cantwell, and, he presents

this list of exhibits to be introduced at trial in the above

refernced matter. This list is described as "partial" because

Cantwell has still not been provided with discovery in this matter,

and has been deprived of access to all of his legal papers and

data by the United States government since April of 2021, less

than three weeks after having hundreds of documents and voluminous

discovery dumped on him by the Plaintiffs after fourteen months

of leaving him in the dark.

These exhibits were provided to Plaintiffs' counsel and Cantwell's

co-defendants and to the Court in January of 2020 as part of

his "Objection to Evidentiary Sanctions Against Defendant Kline"

(Kline Objection).

The naming conventions are imperfect, to say the least of it,

but they are preserved here for the sake of consistency. Most

notably, earlier numbered videos are clips from later numbered

source videos. For that reason, we begin by describing the source

material, beginning with Exhibit121-GorcenskiLS1.mp4,

Exhibit122-GorcenskiLS2.mp4, Exhibit123-GorcenskiLS3.mp4, and

Exhibit124-GorcenskiLS4.mp4. These four video files were downloaded

from the Periscope channel of Plaintiffs' co-conspirator Emily

Gorcenski before he had the good sense to delete the evidence
of his many crimes. Periscope is (was) a live video streaming
service, once offered by the same company as Twitter. Gorcenski
used Periscope to live stream the events, and, importantly, to
conduct surveillance and recon for his co-conspirators against
the Defendants. These videos were live streamed on the UVA campus
on the evening of August 11th, they capture Plaintiffs' co-conspirators'
premeditation, the decidedly non-criminal behavior of the Defendants,
and the aftermath of the fighting at the Jefferson Monument.
Exhibit132-News2ShareAll.mp4 is a video compilation posted to
social media by Ford Fischer of News2Share. I do not posess the
unedited source video of this compilation, but this video is
used as source material in clips and compilations I produced.
Exhibit133-InvictusAll.mp4, as the name implies, is the live
stream video taken by Defendant Augustus Invictus on the evening
of August 11th on the UVA campus. It captures Defendants' procession
through the campus, and the fighting at the Jefferson Statue.

Exhibit134-RawAndUncut.mp4, unlike the name, is cut quite a bit.
This video compilation was posted to social media by persons
Cantwell cannot readily identify, and the video was provided
to Cantwell by Elmer Woodard during his criminal defense investigation.
The video captures, among other things, fighting on the evening
of August 11th at UVA.

Exhibit135-Getty.mp4 as the name and watermark imply, is sourced
from Getty Images, and contains video of the fighting on the
evening of August 11th at UVA.

Exhibit136-InsaneNewFootage.mp4 was also provided to Cantwell
by Elmer Woodard as part of the criminal defense investigation.
Its original source, as such, is not currently known to Cantwell.

Exhibit137-ThinkerAtAreta.mp4 was posted to Twitter by a user
of that name. Gorcenski retweeted the video claiming this was
the clearest depiction of his involvement in the violence at
UVA on August 11th. The original source of the video appears
to be the YouTube personality known as "Baked Alaska", who was
present at the event and live streaming to his audience.

Exhibit138-UnicornRiotAll.mp4 is an edited compilation video
which depicts the fighting at UVA on the evening of August 11th.

The video was recorded and edited and released by the communist
"media collective" and Plaintiffs' coconspiratorrknown as "Unicorn
Riot".

There were two other source videos provided to the Plaintiffs
in discovery which were not part of the Kline Objection. These
were Cantwell's body camera video from the Radical Agenda Listeners'
Meetup, at which Plaintiffs' co-conspirators falsely reported
Cantwell for brandishing motivated by animus toward homosexuals,
and Cantwell's body camera video of the August 11th so-called
"leadership meeting". The filenames of my local copies of these
videos were Meeting.mp4 and IDidNotDraw.mp4.

With the source videos enumerated, we can describe the other
exhibits in numerical order.

Exhibit1-Charge.mp4 is a clip from Exhibit134. This shows that,
contrary to Plaintiffs' claims, there was no "charge" toward
the so-called "counter protesters" at the Jefferson statue on
the evening of August 11th at UVA. It also depicts Plaintiffs'
co-conspirators in "Black Bloc" battle attire, dark sunglasses
as a night time disguise, and confrontational with rallygoers,
contrary to the claims of peaceful protesters with their arms

linked around the statue.

Exhibit2-Attack.mp4 is a clip from Exhibit133 showing Thomas Massey, a coconspirator of the Plaintiffs from "Philly Antifa" attacking a cameraman without provocation, and throwing water at rallygoers. Tim Heaphy's report on the weekend described this violence, correctly, as the first strike of the evening.

Exhibit3-Fight.mp4 and Exhibit4-CantwellDefends.mp4 are both clips from Exhibit138, focusing on different parts of that conflict as described in the Kline Objection.

Exhibit5-BlackMales.mp4 is sourced from a video watermarked with the website DanielShular.com, the entirety of which one hopes is being introduced by the Plaintiffs or another co-defendant. This segment of that video depicts several black males, one of which is presumably Plaintiff Doe (Cantwell still has no idea who John Doe is, and could not pick him out of a lineup), unafraid and unmolested as rallygoers encircled the Jefferson statue.

Exhibit6-CantwellMaced.mp4 is a video taken on August 12th by a witness who was walking behind Cantwell on their way to Lee Park. It captures the moment that Cantwell is pepper sprayeds without provocation by Plaintiffs' disguised co-conspirator, Mike Longo Jr.

Exhibit7-CantwellMacedFirstPerson.mp4 captures the same incident as Exhibit6, but from the handheld camera that Cantwell was carrying, his body camera having been stolen the night before by Plaintiffs' co-conspirator Lindsay Elizabeth Moers.

Exhibit8-CPDMisdemeanor.mp3 is a recording of a phone call between Cantwell and Detective Oberhauser (spelling uncertain) of the

Charlottesville Police Department. The Detective was following up with Cantwell regarding a complaint Cantwell had made regarding the above described unprovoked assault by Mike Longo Jr. The call takes place in late July or early August of 2018.  In it, the detective informs Cantwell that Commonwealth's Attorney Joe Platania would only charge the crime as a misdemeanor, and that such a charge would not warrant extradition, and that for even this mockery of Justice to be obtained, Cantwell would have to appear before a local magistrate to take out the warrant. To the detective's credit, he seemed no happier about the issue than Cantwell, noting that "Even if I charged it as a felony" Platania would simply drop the charge, like he did for other of Plaintiffs' co-conspirators, even though "No doubt about it, you were assaulted that day".

Exhibit9-DontKill.mp4 is a video downloaded from Twitter showing Cantwell recovering from Mike Longo Jr.'s unprovoked pepper spray attack in Lee Park on August 12th. In it, a man can be seen saying to Cantwell "We're gonna kill em!" and Cantwell replies "Don't kill anybody, you'll make it worse!" which disproves Plaintiffs' repeated false claims that Defendants did nothing to stop or limit the violence of that day.

Exhibit10-MeetClip.mp3 is audio clipped from Cantwell's body camera video from the so-called "leadership meeting" on August 11th. It depicts Cantwell and Kessler discuss involving law enforcement in the torchlit march,  and Cantwell conditioning his participation thereon.

Exhibit 11-MikeLongoCPReport is an opfficial document from the City of Philadelphia showing that Mike Longo Jr. was on probation

5/19

for his violent criminal habits at the time of the Events in dispute.

Exhibit12-Heaphy.pdf is the "Independent" investigation report commissioned by the City of Charlottesville, issued by former federal prosecutor Tim Heaphy.

Exhibit13-GorcenskiDangerousAntifa.pdf is a collection of screenshots of Plaintiffs' co-conspirator Emily Gorcenski's Twitter feed. It shows Gorcenski's outspoken support for Antifa violence, and connections to Plaintiffs and Plaintiffs' counsel.

Exhibit14-UnnamedAndPseudonymous.pdf shows that much of Plaintiffs' fodder for bringing this suit comes from unattributed or unattributable social media accounts.

Exhibit15-CantwellPrelim.pdf is the transcript from Cantwell's preliminary hearing in  the Albemarle County criminal matter. It shows that Plaint ffs' coconspirators Emily Gorcenski and Kristopher Goad contradicted sworn testimony to bring their stories into closer alignment with subsequently discovered video, resulting in the dismissal of the malicious injury charges against Cantwell, and Cantwell's resulting lawsuit for malicious prosecution.

Exhibit16-CantwellDiscord.pdf is a PDF printout of the UnicornRiot Discord leaks for Cantwell's username. This shows that the Plaintiffs' counsel knowingly and intentionally deceived this Court when filing this lawsuit by making demonstrably false claims about his Discord usage.

Exhibit17-CPDDetective20170717.mp3 is a recording of a phone call between Cantwell and Detective Wright (spelling uncertain) of the Charlottesville Police Department on July 17th 2017. In

this call, Cantwell gladly answers the Detective's questions and offers to keep her apprised of his plans. This, in stark contrast to the Plaintiffs and their co-conspirators, who had attorney Pam Starsia chase the police away (as will be shown in Exhibit44-LeftistLawyer.pdf).

Exhibit18-SMS.xlsx is a redacted version of Cantwell's text messages provided to Plaintiffs in discovery, for evidentiary purposes, that unredacted version is a better specimen.

Exhibit19-FightNarrated.mp4 is an edited video produced by Jared Howe, an associate of Cantwell's. It narrates the fighting Cantwell was involved in at UVA on August 11th, and disproves false claims made under oath by Plaintiffs' coconspirators Goad and Gorcenski.

Exhibit20-GorcenskiRelease.pdf is a copy of the release signed by Goad and Gorcenski. This "mutual release of all claims" resulted in the dismissal of Cantwell's malicious prosecution lawsuit against Goad & Gorcenski, as well as their counter claims.

Exhibit21-SignedPlea.pdf is a copy of the plea agreement sent to Cantwell by Commonwealth's Attorney Robert Tracci, concluding the Albemarle County criminal matter by pleading to misdemeanors with an effective sentence of time served.

Exhibit22-Cantwell-v-Gorcenski-Complaint is the malicious prosecution lawsuit filed agaiunst  Goad & Gorcenski by Cantwell.

Exhibit23-DixonConfession.mp4 is a video of Dwayne Dixon confessing his decisive role in the death of Heather Heyer, when he pointed an AR-15 at James Fields just before the crash.

Exhibit24-UTR-Updates-Blogpost.pdf is a PDF printout of a blog post at ChristopherCantwell.com by Defendant Cantwell, reflecting

his public statements to his audience about the events in dispute.
In it, Cantwell warns his audience that they must be cautious
to obey the law, and comply with the orders of law enforcement,
especially if they are carrying firearms, which they should only
be doing if they have the authority to conceal.

Exhibit25-LawfullyOrganized.pdf is a DHS memo describing how
"anarchist extremists" have repeatedly attacked "lawfully organized"
white supremacist events, such as the one at the heart of this
dispute.

Exhibit26-SueANazi depicts the flamboyant behavior of Plaintiffs'
financier bragging about the ideological motivations for this
suit, and raising money to continue this abuse with the hashtag
#SueANazi.

Exhibit27-BreakTheBack.pdf is an article from the Jewish Telegrap-
-hic Agency, about an interview with Plaintiffs' counsel Roberta
Kaplan. Amongst other things, it exemplifies the hypocrisy of
Plaintiffs' claims, particular those of their "White supremacy
expert" that there is no such thing as humor or hyperbole in
the lexicon of their political opponents. The headline is "This
Jewish Lawyer Wants To Break The Back Of The Violent White Nationalist
Movement". For posting this article saying Cantwell would "have
fun" with her after prevailing in this litigation, Plaintiffs
moved to sanction Cantwell claiming that "have fun" was Nazi
code language for hate crime. Meanwhile, Jews can conspire to
break backs and nobody thinks twice about it.

Exhibit28-CapitalOfAntifa is a video from a Charlottesville City
Council meeting on August 21st 2017. At that meeting, Plaintiffs'
coconspirator Emily Gorcenski declares Charlottesville the "Capitol

8/21

of Antifa". To this pronouncement, the audience erupts into a standing ovation.

Exhibit29-ClarityofRupture.pdf is a blog post from Plaintiffs' coconspirator ItsGoingDown.org, a clearinghouse for violent Antifa propaganda. (Herein, this coconspirator will be referred to simply as IGD). This post, like many others, predates the events in dispute, and glorifies anarchist violence such as that espoused by Plaintiffs and their coconspirators.
Exhibit30-ViolenceAgainstPolice.pdf is another IGD post glorifying Plaintiffs signature violence in advance of the Events.

Exhibit31-IGDTorchMarch.pdf is an IGD post leaking the erstwhile secret plans for Defendants' torchlit march through the UVA campus, along with calls to stop it by any means necessary.

Exhibit32-MeetClip2.mp3 is another audio segment clipped from Cantwell's body camera footage of the so-called "leadership meeting".

Exhibit33-AntifaSpray.mp4 is a clip from Gorcenski's livestream videos of August 11th, in which he says "we didn't spray shit. Antifa didn't spray shit" essentially acknowledging that, in this context, "We" is "Antifa".

Exhibit34-KesslerACLU-Win.pdf descibes Kessler's victory in the court battle to see the permit for the rally honored.

Exhibit35-Glamour.pdf is an article from "Glamour" magazine showing that Plaintiffs' counsel Roberta Kaplan is an ambulance chaser, who conjured this lawsuit from her vivid imagination, knowing it was a "long shot" legal theory, and then going out to find clients of sufficiently low moral character to play victim.

Exhibit36-BikeLock.pdf is another article from IGD glorifying the felonious assault carried out by one Eric Clanton, dubbed "bike lock guy" for his weapon of choice in assaulting his political and ideological opponents. Plaintiffs' coconspirator Emily Gorcenski calls this a "myth" in one of his live stream videos, when he overhears Cantwell discussing the crime with a rallygoer at UVA.

Exhibit37.pdf is a screenshot of Gorcenski endorsing the "Diversity of Tactics" - a euphemism for Left wing criminal violence and property destruction, as elaborated on in Exhibit39.

Exhibit38-BlackBloc.pdf is an article from Police Magazine describing "Black Bloc" attire and strategy, such as was deployed by Plaintiffs and their co-conspirators.

Exhibit39-Diversity.pdf is an article from WagingNonViolence.com describing the true meaning of "Diversity of Tactics" to be violence and property destruction, such as is the pattern and practice of the Plaintiffs and their coconspirators.

Exhibit40-AttacksBeforeA12.pdf is an article from DailyCaller.com describing numerous acts of left wing violence against mainstream conservatives and Republicans, to say nothing of their habitual attacks on anyone who dares not cower at the accusation of racism, prior to the events of August 11th and 12th. This illustrates the perfectly reasonable concerns the Defendants had, and the preparations made for self defense. This in contrast to the absurd claim by Plaintiffs that "self defense" is Nazi code for "hate-crime".

Exhibit41-BirdDogging.pdf is an article from Breitbart.com describing the Left wing activist tactic of "Bird Dogging" - which is the

practice of instigating violence in order to discredit one's political opponents. Specifically it exposes how this tactic was deployed by elements of the Hillary Clinton Presidential Campaign to "create anarchy" around Donald Trump.

Exhibit42-SolidarityGJR.pdf is a post from Antifa group "Solidarity CVille" encouraging Plaintiffs' co-conspirators to "resist" grand jury subpoenas related to these events.

Exhibit43-SolidarityMeansSilence.pdf is another post from Plaintiffs' coconspirators discouraging cooperation with law enforcement.

Exhibit44-LeftistLawyer.pdf is a letter from attorney Pam Starsia to the Charlottesville Police, warning them to stay away from Plaintiffs' coconspirators in advance of the Events in dispute. This in stark contrast to Defendants' coordination with law enforcement, and particularly Defendant Cantwell's conditioning his participation thereon.

Exhibit45-GorcenskiDoxing.pdf is a collection of social media screenshots from Gorcenski doxing rallygoers and generally taking a great deal of pride and joy in that pattern of behavior.

Exhjibit46-VFArrest2.pdf is an article in the Daily Progress about Plaintiffs' coconspirator being charged with a politically motivated criminal assault for the second time.

Exhibit47-23ArrestedJ8 is an article in the New York Times describing 23 of Plaintiffs' coconspirators being arrested on July 8th 2017 for violent demonstrations in Charlottesville.

Exhibit48-J8Stream1.mp4 is a livestream video from Gorcenski of the criminal mayhem he took part in on July 8th 2017.

11/21

Exhibit49-J8Stream2.mp4 is another livestream video from Gorcenski of the criminal mayhem he proudly took part in on July 8th 2017.

Exhibit50-Pleasants.pdf is a DailyProgress article about the criminal mayhem on July 8th 2017. In it, Major Pleasants of the Charlottesville Police Department said of the Leftist rioters "You're damn right I gassed them, it needed to be done" and that the CPD was "under attack" by the rioters.

Exhibit51-WhoAreTheAntifa.pdf is an article in the Washington Post by Mark Bray, author of "Antifa: The Anti-Fascist Handbook". In it, Bray glorifies the violence of the Leftist rioters in Charlottesville, in keeping with the theme oif his book. Gorcenski subsequently shared the post, approving of its content.

Exhibit52-SethsBatallions.pdf is an article in Slate which describes an interview with Plaintiff Wispelwey. In it, @RevSethDub glorifies the violence of "Battalions of Antifa" who diversified his "peaceful" tactics with their "community defense tools".

Exhibit53-CBS19J8.pdf is an article in CBS19 describing the July 8th criminal mayhem.

Exhibit54-RevGor.pdf is a summary of Twitter interactions between Plaintiff Wispelwey and his coconspirator Emily Gorcenski.

Exhibit55-IGD-GJResist1.pdf is an IGD post encouraging Plaintiffs' coconspirators to resist grand jury inquiries regarding the Events in Dispute.

Exhibit56-GJResist2.pdf is another IGD post encouraging "Grand Jury Resistance"

Exhibit55-WantWar.pdf is more IGD war propaganda against bthe

Defendants in this case.

Exhibit56-URGangForces.pdf is a blog post by Plaintiffs' coconspirator, the communist "media collective" known as "Unicorn Riot" which will henceforth be described as UnicornRiot. This post, like many others, exemplifies the routine glorification of violence endorsed by one of Plaintiffs' closest allies.

Exhibit57-PittsburghTrumpAttack.pdf is yet another IGD post glorifying anarchist criminal violence.

Exhibit58-Atlanta.pdf is yet another violent IGD post.

Exhibit59-MayDay.pdf is yet another violent IGD post.

Exhibit60-IGDAgainstCiv.pdf is an IGD post specifically stating that they are ideologically "against civilization".

Exhibit61-IGDPrisonRebels.pdf is yet another violent IGD post glorifyuing  prison riots.

Exhibit62-IGDThrowingRocks.pdf is another violent IGD post, discussing the philosophical merits of throwing rocks at one's political opponents.

Exhibit63-IGDGloriousRiot.pdf is, well, take a guess.

Exhibit64-IGDJoinResistance.pdf is a violent IGD post recruiting others to join the mayhem.

Exhibit65-AnarchistsDestroy.pdf is still more IGD glorification of anarchist criminal violence.

Exhibit66-ProblemOfPeace.pdf is an IGD post condemning peaceful resolutions of conflict.

Exhibit67-IGDWarOnStreets.pdf is still more violent IGD propaganda.

Exhibit68-IGDWarOnStreetsFull.pdf is a detailed manual on how join anarchist "affinity groups" and wage war against civilization.

Exhibit69-IGDDefenseOfBloc.pdf is an ideological defense of black

bloc rioting tactics by IGD.

Exhibit70-IGDWisdomOfRioters.pdf is exactly what you would predict from the filename.

Exhibit71-DrivenOutOfCville.pdf is an IGD post describing Plaintiffs' coconspirators "driving out" Defendants' associates from the city of Charlottesville prior to the Events in dispute.

Exhibit72-IGDSixMonths.pdf is an IGD post made six months after the events in dispute. In it, the author remarks about how Plaintiff Wispelwey told him or her that he supports the "diversity of tactics" and the author was awestruck that a "Reverend" would openly endorse criminal violence of the sort he habitually practiced with his "delegation".

Exhibit73-MasseySprayA12.mp4 is a video of Thomas Massey pepper spraying Defendants' associates without provocation on August 12th.

Exhibit73-PhillyCrewA12.mp4 shows a gang assault by Philly Antifa on August 12th.

Exhibit73-PhillyCreA12b is yet another video of criminal violence by Philly Antifa.

Exhibit74-PhillyCrewA12c is yet another video of criminal violence carried out by Philly antifa on August 12th.

Exhibit75-PhillyCrewA12d is still more Philly Antifa violence August12th.

Exhibit76-MasseyWaPo.pdf is an article in the Washington Post which quotes Thomas Massey, after having been arrested for participating in the Inaugeration Day riots agains President Trump, as saying "I wish it was more violent. I wanted to punch a Nazi".

Exhibit77-NJKeenan2011.pdf is an article from NJ.com showing that Plaintiffs' coconspirator Thomas Keenan ofd Philly Antifa

has a history of politically motivated criminal violence spanning

the better part of a decade across several US States.

Exhibit78-KeenanFightingAll.mp4 is a short clip from Exhibit137

showing Thomas Keenan throwing punches in a brawl that breakjs

out near the Jefferson Statue.

Exhibit79-LovePark.pdf is an article from "Anti-Antifa" describing

what came to be known as the "Love Park Four Incident", wherein

Thomas Keenan and several coconspirators broke the windows out

of a parked SUV while they were out hunting Nazis; and were subsequently

arrested by the FBI agents who were inside the vehicle.

Exhibit80-Lovepark2.pdf is the same incident, described by the

presumably less biased PhillyMag.com.

Exhibit81-EthnicIntimidation.pdf is a PhillyMag.com article about

Thomas Keenan and Thomas Massey being arrested for Robbery and

Ethnic Intimidation long after the events in dispute, showing

that their criminal violence did not end after their assaults

on the Defendants and their associates.

Exhibit82-EthnicIntimidation2.pdf is an update to the above mentioned

story in PhillyMag.com

Exhibit83-EthnicIntimidation3.pdf is yet another such update.
Exhibit84-EthnicIntimidation4.pdf is yet another such update.

Exhibit85-A12Clash1.mp4 is video of fighting on August 12th.

Exhibit86-LuckyToHaveAShield.mp4 shows Tom Keenan attempting

to pepper spray a rallygoer who was fortunate to be holding a

shield.

Exhibit87-AntifaOnMe.mp4 shows Mike Longo Jr. near the Jefferson

statue on August 11th, summoning his affinity group by saying

"Antifa on me!".

Exhibit88-InfoWars1.mp4 shows Mike Longo Jr. pepper sprayuing

a reporter from InfoWars.com without provocation. Longo is disguised

15/21

as a female with a wig, demonstrating his premeditation.

Exhibit89-Infowars2.mp4 is another camera angle of Longo's unprovoked assault on the InfoWars reporter.

Exhibit90-MoersBaton1.mp4 is a clip from Exhibit132 showing Plaintiffs' coconspirator Lindsay Elizabeth Moers swinging her expandable baton at rallygoers near the Jefferson Statue on August 11th at UVA.

Exhibit91-MoersBaton2.mp4 is a clip from Exhibit135, also showing moers swinging the weapon at rallygoers on August 11th at UVA.

Exhibit92-FBIBatonReceipt.pdf is a redacted version of a document sent to Cantwell by a podcast listener. The listener had contacted Cantwell about having taken that Baton from Moers on the evening of August 11th after Cantwell had been pepper sprayed during his thwarted attempt to disarm the woman. The listener offered the weapon to Cantwell "as a trophy" but Cantwell was more interested in evidence for his criminal trial and thus put the listener in contact with Elmer Woodard. Before Woodard could retreive the evidence, the FBI, having foun the lead by monitoring Cantwell's GMail account, seized it and provided this receipt to the listener.

Exhibit93-MoersJuly.mp4 shows Moers in another city engaged in violent crime in the months before the Events in dispute.

Exhibit94-AllAfterFight.mp4 is a clip from Exhibit133 showing aftermath oif the fighting on August 11th.

Exhibit95-PinDown.pdf is an article in the Guardian describing this litigation as a success, not for its merits, which are lacking, but for the fact the fact that it "pinned down" the growing Alt Right movement, which the author speculates would otherwise have gained mainstream acceptance.

Exhibit96-MintonMurder1a.pdf is a newspaper article describing

Plaintiffs' co-conspirator Paul Minton's involvement in a murder back when he was a Nazi skinhead gang member, prior to his rehabilitation and conversion to communist terrorism.

Exhibit97-MintonMurder1b.pdf is an update to the story described above.

Exhibit98-MintonMurder2.pdf is an update to Minton's murder saga.

Exhibit99-GorcenskiHeadcount.mp4 is a clip or compilation from Gorcenski's Livestream videos in which he counts rallygoers for the benefit of his awaiting coconspirators.

Exhibit100-GorcenskiViolentOp.mp4 is a clip from Gorcenski's 8/11 livestream in which he assures the FBI agents who are watching that this is not a "violent op".

Exhibit101-GorcenskiOnCivilRights.mp4 is a clip from Gorcenski's 8/11 livestreams in which he discusses his views on civil rights.

Exhibit102-SURJGFM.pdf shows Antifa group and Plaintiffs' coconspirator SURJ (Showing Up For Racial Justice) fundraising to bail out their coconspirators in advance of their crimes.

Exhibit103-BondFund.pdf shows another "Bond Fund" raising money before the crimes have been committed, demonstrating premeditation.

Exhibit104-UVAWNPoll.pdf is a poll from the University of Virginia showing substantial public support for White Nationalism.

Exhibit105-UVAReutersExtremePoll is another political poll done by UVA along with the Reuters News Agency.

Exhibit106-ABCNaziPoll.pdf is a poll conducted by ABCconcerning public opinion about "Nazis".

Exhibit107-RassAntifa17.pdf is a public opinion poll by Rassmussen regarding Antifa taken in 2017.

Exhibit108-RassAntifa18.pdf is another such poll taken in 2018.

Exhibit109-RassAntifa19.pdf is another such poll taken in 2019.

Exhibit110-HHBLMPoll17.pdf is a Harvard Harris public opinion

poll about Black Lives Matter.

Exhibit111-RAMeetupMember.pdf is a blog post from ChristopherCantwell.com as it would be shown to paying members of the website. The post describes the August 11th "Radical Agenda Listeners' Meetup" which began in the Walmart Parking lot, and gives the member time and location.

Exhibit113-RAMeetupEmail.pdf is a GMail copy of the email that went out to subscribers about the Listeners' meetup. Notably, it does not contain time and location information, contradicting Gorcenski's sworn testimony at Cantwell's preliminary hearing.

Exhibit114-RAMeetupNonMember.pdf is the same blog post referenced in Exhibit111, as shown to a non-member. Notably, it lacks time and location details.

Exhibit115-BrandishingNews.pdf is an article from NBC12.com concerning the false brandishing allegation against Cantwell. Notably, it remains uncorrected to this day.

Exhibit116-WalmartAntifa.mp3 is an audio clip taken from Cantwell's body camera footage of the Walmart meetup.

Exhibit117-WalmartCops.mp3 is an audio clip taken from Cantwell's body camera footage of the Walmart Meetup.

Exhibit118-Gorcenski302.pdf is a copy of the FBI 302 report from Gorcenski's interview with the agents.

Exhibit119-MPAffidavit.pdf is a sworn statement by Gorcenski regarding his charges against me in Albemarle County.

Exhibit120-RA342.mp3 is the full audio, unedited, of my entire interview with Vice News Tonight. Both parts.

Exhibit121, 122, 123, and 124 were described at the start of this document.

Exhibit125-MoersTakesCamera.mp4 is a compilation video using source material from Exhibits 132 and 135, showing Lindsay Elizabeth

18/21

Moers stealing Cantwell's body camera on August 11th at UVA, just as Cantwell is sprayed by Plaintiffs' co-conspirator "BeanyMan" with pepper spray.

Exhibit126-CantwellArrives.mp4 is a clip from Gorcenski's live stream videos showing the moment Cantwell arrives at UVA's "Nameless Field".

Exhibit127-IfYouDontHaveATorch.mp4 is anopther clip from Gorcenski's 8/11 live streams, showing Defendant Kline telling rallygoers what to do if they don't have a torch. This contradicts the Plaintiffs' claim that Cantwell was slected for his willingness to "get physical" with the so-called "counter protesters" - which itself was a misquote from the Heaphy report.

Exhibit128-GorcenskiUnafraid.mp4 is a compilation of clips, in chronological order, from Gorcenski's livestream videos. It illustrates the performative nature of Gorcenski's various fits of panic for the benefit of other cameras and narratives by showing him within striking distance of rallygoers and mocking them to their faces.

Exhibit129-GorcenskiRecon.mp4 is a compilation of clips, in chronological order, from Gorcenski's live streams, showing Gorcenski performing head counts, and reporting on the rallygoers movements, so that his co-conspirators would be prepared for the awaiting ambush.

Exhibit130-Showtime.mp4 is a clip from one of Gorcenski's livestream videoswhich begins just before the rallygoers reach the Jefferson statue. In it, Gorcenski rushes ahead of the procession to his awaiting coconspirators. As he approaches, he says "I'm blocking my camera for a minute" so as to not identify the faces of the violent criminals laying in wait. As Gorcenski reaches the statue,

without another word being exchanged, another coconspirator shouts "heads down ya'll", and once their faces are manually hidden, Gorcenski lifts the camera again, careful to film only the feet of his coconspirators, but occasionally lifting the camera to record the few uninvolved bystanders.  Gorcenski then begins the performative fear routine made so laughable by Exhibit128. Exhibit131-GorcenskiGuiltyConscience.mp4 is a compilation of clips, in chronological order, from Gorcenski's livestream videos. It captures Gorcenski speaking for the benefit of the record about how this isn't a "violent op" and how the rallygoers have nothing to fear from Antifa.

Exhibit132, 133, 134, 135, 136, 137, and 138 were described at the start of this document.

Exhibit139-Aftershow.mp4 is a compilation video produced by Cantwell from several source videos, it includes slow and fast motion effects, annotations in text and with arrows pointing to important events, and scrrenshots from social media to provide context. The video shows definitively that Gorcenski was pepper sprayed by the same Antifa criminal as Cantwell, Beanyman, and at the same time. It shows that Gorcenski knowingly lied under oath, that his panic routine on his final livestream of the evening was entirely performative, and cumulatively it makes the premeditation of the attack circumstantially obvious.

In addition to these exhibits, there are dozens if not hundreds of images and screenshots of social media posts contaiuned  in the Kline objection which I may seek to introduce. They are not listed here because I do not haveaccess to the document, and what little I do have access to cannot be easily reproduced on a typewriter. To the extent applicable, they are hereby incorporated by reference.

20/21

This evidence, once reviewed, is damning and obvious. The Plaintiffs have been operating with a budget in excess of $10,000,000. They have had four years to conduct their investigation. They have issued subpoenas, conducted depositions, enjoyed the cooperation of law enforcement, been darlings of the Leftist Press, and have incurred all the benefits of this Court operating on the false assumption that their Counsel have acted in good faith.

But as recently as my July 2021 deposition, Plaintiffs' counsel Michael Block denied having seen the video of Lindsay Elizabeth Moers stealing my body camera, even though he wrote the response to my Kline objection. I subsequently wrote Mr. Bloch a letter, urging him to avail himself of the truth. I subsequently sent him other letters, such as about the settlement conference, and stipulations, but he has not replied to any of them.

In the most charitable interpretation, Plaintiffs' counsel have shielded their eyes from the truth. But multimillionaire Democrat power players need not avail themselves of charity. They know what happened here. Just like Roberta Kaplan knew what Andrew Cuomo was doing while she aided the defamation of his accusers.

There was a conspiracy to violate civil rights in August of 2017. The Defendants in this case were the victims of that conspiracy. The Plaintiffs were, and are, the conspirators. This suit is an extension of that ongoing conspiracy. Plaintiffs' counsel, if not planners from the beginning, are accessories after the fact, and through their willful deception, they have conscripted this Court to participate in their crimes, to great effect.

Respectfully Submitted
Christopher Cantwell

C. Cantwell    9-13-2021
21/21