IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| ELIZABETH SINES, et al.,<br>　　　Plaintiffs, | ) Civil Action No. 3:17-cv-00072<br>)<br>) |
| v. | ) ORDER<br>) |
| JASON KESSLER, et al.,<br>　　　Defendants. | )<br>) By:　Joel C. Hoppe<br>)　　　United States Magistrate Judge |

　　This matter is before the Court on Defendant Christopher Cantwell's pro se "Motion to Enjoin Non-Party Entity U.S. Bureau of Prisons from Obstructing Defendant's Time Sensitive Communications with the Court." ECF No. 1056 (dated August 24, 2021, and postmarked September 1, 2021). Cantwell, who is incarcerated at USP Marion in Illinois, asks the Court to "order th[at] institution to promptly deliver any and all further correspondence between [him] and this Court." *Id.* at 3; *see id.* at 2 (discussing three letters given to USP Marion staff on August 2 and August 13 and received by mail in the Clerk's Office on August 20, 2021). The Clerk's Office received this motion in the mail on September 10, 2021. *Id.* at 1.

　　On September 7, Judge Moon, acting upon his own finding of good cause, afforded Cantwell "leave to file any submission with the Clerk's Office in this action by electronic means, including fax . . . or email." ECF No. 1041 (emphasis omitted). Accordingly, Cantwell's motion, ECF No. 1056, is hereby **DENIED as moot**. The Court requests the assistance of staff at USP Marion in facilitating Cantwell's participation "in pretrial proceedings in anticipation of trial and while he is being transported to this District for trial." ECF No. 1041; *see also* ECF No. 1058.

　　The Clerk of Court is directed to send a certified copy of this Order to the Warden of USP Marion, to all counsel of record, to Cantwell, and to Cantwell's case manager at USP Marion.

IT IS SO ORDERED.

ENTER: September 14, 2021

Joel C. Hoppe
U.S. Magistrate Judge