IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| ELIZABETH SINES, et al., | |
| *Plaintiffs,* | No. 3:17-cv-00072-NKM |
| v. | JURY TRIAL DEMANDED |
| JASON KESSLER, et al., | |
| *Defendants.* | |

**DEFENDANT JEFF SCHOEP AND NATIONAL SOCIALIST MOVEMENT'S PRETRIAL DISCLOSURES PURSUANT TO FED. R. CIV. P. 26(a)(3)**

Comes now, Defendants Jeff Schoep and National Socialist Movement (NSM), by and through counsel, respectfully submits the following disclosures pursuant to Federal Rule of Civil Procedure 26(a)(3) and to the Amended Pretrial Order entered and filed by this Court on July 15, 2021, ECF 991.

Defendants Schoep and NSM intend to admit the following at trial and reserve the right to amend this list in light of new developments before or during trial.

1. FINAL REPORT: Independent Review of the 2017 Protest Events in Charlottesville, Virginia,("Heaphy Report") by Timothy Heaphy, Hunton & Williams LLP

Respectfully submitted September 14, 2021.

/s/ W. Edward ReBrook, IV
W. Edward ReBrook, IV, Esq. (VBA # Bar 84719)
The ReBrook Law Office
6013 Clerkenwell Court
Burke, Virginia 22015
(571) 215-9006 (phone)
edward@rebrooklaw.com

*Counsel for Defendants Jeff Schoep, National Socialist Movement, Nationalist Front, David Matthew Parrott, Matthew Heimbach, and Traditionalist Worker Party*

## CERTIFICATE OF SERVICE

I hereby certify that on September 14, 2021, I filed the foregoing with the Clerk of Court through the CM/ECF system, which will send a notice of electronic filing to all counsel of record in the case, as well as all ECF-registered *pro se* parties.

I hereby further certify that on September 14, 2021, I served a copy of the foregoing on the following non-ECF *pro se* parties, via electronic mail, as follows:

| | |
|---|---|
| Richard Spencer<br>richardbspencer@icloud.com<br>richardbspencer@gmail.com | Robert "Azzmador" Ray<br>azzmador@gmail.com |
| Vanguard America<br>c/o Dillon Hopper<br>dillon_hopper@protonmail.com | Elliott Kline a/k/a Eli Mosley<br>eli.f.mosley@gmail.com<br>deplorabletruth@gmail.com<br>eli.r.kline@gmail.com |

I hereby further certify that on September 14, 2021, I served a copy of the foregoing on the following non-ECF *pro se* party, via first-class mail, as follows:

Christopher Cantwell (00991-509)
USP Marion
U.S. Penitentiary
P.O. Box 1000
Marion, IL 62959

<u>/s/ W. Edward Rebrook, IV</u>
W. Edward ReBrook, IV, Esq. (VBA #84719)
The ReBrook Law Office
6013 Clerkenwell Court
Burke, Virginia 22015
(571) 215-9006 (phone)
edward@rebrooklaw.com

*Counsel for Defendants Jeff Schoep,*

*National Socialist Movement,*
*Nationalist Front, David Matthew*
*Parrott, Matthew Heimbach, and*
*Traditionalist Worker Party*