IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| ELIZABETH SINES et al., | ) | |
| Plaintiffs, | ) | Case No. 3:17-CV-72 |
| v. | ) | |
| | ) | Judge Norman K. Moon |
| JASON KESSLER et al., | ) | |
| | ) | |
| Defendants. | ) | |

### TRIAL EXHIBIT LIST OF DEFENDANTS KESSLER, DAMIGO AND IDENTITY EVROPA

| Exhibit No. | Exhibit | |
|---|---|---|
| A | PDF-Socialist Rifle Association Put Blood in their Mouths | |
| B | PDF-Antifa strikes back on 8/12 | |
| C | PDF-Social Media Threat | |
| D | PDF-Search Warrant Affidavit-Moers | |
| E | PDF-Search Warrant Affidavit-Myles et al | |
| F | PDF-Second Search Warrant Affidavit-Myles et al. | |
| G | PDF-Social Media Threat | |
| H | PDF-Social Media Threat | |
| I | PDF-Berkeley Riot | |
| J | PDF-Campus Speech Riot | |
| K | PDF-Trump Inauguration Riot | |
| L | PDF-Armed Counterprotester on 8/12 | |
| M | PDF-Brent Betterley on 8/12 | |
| N | PDF Second Picture Betterley on 8/12 | |
| O | PDF-Counterprotester with handgun on 8/11 | |
| P | PDF-Plaintiff Wispelwey with antifascist on 8/12 | |
| Q | PDF-counterprotester with weapon on 8/12 | |
| R | PDF-counterprotester with weapon on 8/12 | |
| S | PDF-counterprotester with gun on 8/12 | |

| | | |
|---|---|---|
| T | PDF-Social Media Threat | |
| U | PDF-Social Media Threat | |
| V | PDF-Social Media Threat | |
| W | PDF-Social Media Threat | |
| X | PDF-Social Media Threat | |
| Y | PDF-Social Media Threat | |
| Z | PDF-Social Media Threat | |
| AA | PDF-Federal Agency Document | |
| BB | PDF-Federal Agency Document | |
| CC | PDF-Federal Agency Document | |
| DD | PDF-Kessler public communication | |
| EE | PDF-Damigo public communication | |
| FF | PDF-Antifascist public communication | |
| | | |
| GG | PDF-Antifascist public communication | |
| HH | PDF-Antifascist public communication | |
| II | PDF-Antifascist public communication | |
| JJ | PDF-Picture of Damigo | |
| KK | PDF-media publication | |
| LL | PDF-media publication | |
| MM | Video-media footage Aug 11/Aug12 | |
| NN | PDF-media publication | |
| OO | Video-Richard Spencer | |
| | | |
| PP | PDF-Social Media Threat | |
| QQ | PDF-Social Media Threat | |
| RR | PDF-Reporter Social Media | |
| SS | PDF-Antifascist Public Communication | |
| TT | PDF-Antifascist Public Communication | |
| UU | PDF-Media Report | |
| VV | PDF-Media Report | |
| WW | Video-Assault on August 12 | |
| XX | Audio-Aug 12 rally planning | |
| YY | Video-Media footage August 12 | |
| ZZ | PDF-Social Media Threat | |
| AAA | PDF-Social Media Threat | |
| BBB | PDF-Social Media Threat | |
| CCC | PDF-Antifascist Social Media Post | |
| | | |
| DDD | PDF-Antifascist Social Media Post | |
| EEE | Video-Antifascist statement to public commission | |
| | | |
| FFF | PDF-Social Media Threat | |
| GGG | PDF-Social Media Threat | |

| | | |
|---|---|---|
| HHH | PDF-Social Media Threat | |
| III | Video-Congregate C'ville | |
| JJJ | PDF-Congregate C'ville | |
| KKK | PDF-Antifascist public communication | |
| LLL | PDF-Antifascist public communication | |
| MMM | PDF-Antifascist public communication | |
| NNN | Video-August 12 Assault | |
| OOO | PDF-Antifascist public communication | |
| PPP | PDF-Antifascist public communication | |
| QQQ | PDF-Antifascist public communication | |
| RRR | PDF-Antifascist public communication | |
| SSS | PDF-Social Media Threat | |
| TTT | PDF-Picture Antifascists on August 12 | |
| UUU | PDF-Picture Antifascists on August 12 | |
| VVV | Video-Antifascists firearms training | |
| WWW | Video-Plaintiff Wispelwey | |
| XXX | PDF-Social Media Threat | |
| YYY | PDF-anti White violence pre August 12 | |
| ZZZ | Video-anti White violence pre August 12 | |
| AAAA | PDF-Social Media Threat | |
| BBBB | PDF-Social Media Threat | |
| CCCC | PDF-Antifascist public statement | |
| DDDD | Video-Eyewitness account August 12 (Lindbeck) | |
| EEEE | Discord (numerous) | |
| FFFF | Electronically Stored Information (numerous) | |
| GGGG | Facebook Chat planning for Aug 12 | |
| HHHH | Heaphy Report | |
| IIII | Social Media Chat | |
| JJJJ | Criminal docket Massey | |
| KKKK | Criminal docket Keenan | |
| LLLL | Criminal docket Minton | |
| MMMM | Indictment Betterley | |
| NNNN | Conviction Betterley | |
| OOOO | Audio Oyola | |
| PPPP | Video Sines August 11 | |
| QQQQ | Drone Footage | |
| RRRR | Video Aug 11 torch march | |

Defendants reserve the right to amend this list in light of any new information developed before or during trial.

Respectfully Submitted,

s/__James E. Kolenich_____
James E. Kolenich
Kolenich Law Office
9435 Waterstone Blvd. #140
Cincinnati, OH 45249
JEK318@gmail.com


_s/ Elmer Woodard_____
Elmer Woodard
5661 US Hwy 29
Blairs, VA 24527
isuecrooks@comcast.net

Trial Attorneys for Jason Kessler, Nathan Damigo, and Identity Evropa

## CERTIFICATE OF SERVICE

I certify the above was served on September 14, 2021 on all ECF participants and that parties requiring service by other means were served as follows:

**Robert Ray**
*azzmador@gmail.com*
**Vanguard America c/o Dillon Hopper**
*dillon_hopper@protonmail.com*
**Elliott Kline** *eli.f.mosley@gmail.com deplorabletruth@gmail.com*
**Matthew Heimbach** *matthew.w.heimbach@gmail.com*
**Christopher Cantwell**
*#00991-509*
*USP Marion*
*4500 Prison Rd.*
*PO Box 2000*
*Marion IL 62959*

Respectfully Submitted,

s/__James E. Kolenich_____

1