**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
Charlottesville Division

| | |
|---|---|
| **ELIZABETH SINES, SETH WISPELWEY, MARISSA BLAIR, APRIL MUÑIZ, MARCUS MARTIN, NATALIE ROMERO, CHELSEA ALVARADO, JOHN DOE, and THOMAS BAKER,**<br><br>　　　　　　　　　　**Plaintiffs,**<br><br>　　v.<br><br>**JASON KESSLER, et al.,**<br><br>　　　　　　　　　　**Defendants.** | **Civil Action No. 3:17-cv-00072-NKM** |

## PLAINTIFFS' MOTION TO SEAL

On July 15, 2021, the Court ordered the parties to "exchange and file exhibit lists on or before September 14, 2021." (ECF No. 991). On September 14, 2021, Plaintiffs filed Plaintiffs' Trial Exhibit List pursuant to the Court's Order. (ECF No. 1071). Plaintiffs' exhibit list inadvertently included some information designated as "Confidential" and "Highly Confidential" under the Order for the Production of Documents and Exchange of Confidential Information ("Protective Order"). (ECF No. 167). Plaintiffs will file on September 15, 2021, a version of their exhibit list with no "Confidential" or "Highly Confidential" information. Accordingly, pursuant to the Protective Order, Plaintiffs hereby respectfully request that the Court enter the enclosed proposed order sealing docket entry 1071.

Dated: September 15, 2021                                         Respectfully submitted,


                                                                  */s/ Jessica Phillips*
                                                                  Jessica Phillips (*pro hac vice*)
                                                                  PAUL, WEISS, RIFKIND, WHARTON &
                                                                  GARRISON LLP
                                                                  2001 K Street, NW
                                                                  Washington, DC 20006


Of Counsel:                                                       Jessica Phillips (*pro hac vice*)
                                                                  Karen L. Dunn (*pro hac vice*)
Roberta A. Kaplan (*pro hac vice*)                                William A. Isaacson (*pro hac vice*)
Julie E. Fink (*pro hac vice*)                                    Arpine S. Lawyer (*pro hac vice*)
Gabrielle E. Tenzer (*pro hac vice*)                              PAUL, WEISS, RIFKIND, WHARTON &
Michael L. Bloch (*pro hac vice*)                                 GARRISON LLP
Yotam Barkai (*pro hac vice*)                                     2001 K Street, NW
Emily C. Cole (*pro hac vice*)                                    Washington, DC 20006-1047
Alexandra K. Conlon (*pro hac vice*)                              Telephone: (202) 223-7300
Jonathan R. Kay (*pro hac vice*)                                  Fax: (202) 223-7420
Benjamin D. White (*pro hac vice*)                                jphillips@paulweiss.com
KAPLAN HECKER & FINK LLP                                          kdunn@paulweiss.com
350 Fifth Avenue, Suite 7110                                      wisaacson@paulweiss.com
New York, NY 10118                                                alawyer@paulweiss.com
Telephone: (212) 763-0883
rkaplan@kaplanhecker.com                                          Makiko Hiromi (*pro hac vice*)
jfink@kaplanhecker.com                                            Nicholas A. Butto (*pro hac vice*)
gtenzer@kaplanhecker.com                                          PAUL, WEISS, RIFKIND, WHARTON &
mbloch@kaplanhecker.com                                           GARRISON LLP
ybarkai@kaplanhecker.com                                          1285 Avenue of the Americas
ecole@kaplanhecker.com                                            New York, NY 10019-6064
aconlon@kaplanhecker.com                                          Telephone: (212) 373-3000
jkay@kaplanhecker.com                                             Fax: (212) 757-3990
bwhite@kaplanhecker.com                                           mhiromi@paulweiss.com
                                                                  nbutto@paulweiss.com


Robert T. Cahill (VSB 38562)                                      Alan Levine (*pro hac vice*)
COOLEY LLP                                                        Philip Bowman (*pro hac vice*)
11951 Freedom Drive, 14th Floor                                   COOLEY LLP
Reston, VA 20190-5656                                             55 Hudson Yards
Telephone: (703) 456-8000                                         New York, NY 10001
Fax: (703) 456-8100                                               Telephone: (212) 479-6260
rcahil@cooley.com                                                 Fax: (212) 479-6275
                                                                  alevine@cooley.com

David E. Mills (*pro hac vice*)
Joshua M. Siegel (VSB 73416)
Caitlin B. Munley (*pro hac vice*)
Samantha A Strauss (*pro hac vice*)
Alexandra Eber (*pro hac vice*)
COOLEY LLP
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004
Telephone: (202) 842-7800
Fax: (202) 842-7899
dmills@cooley.com
jsiegel@cooley.com
cmunley@cooley.com
sastrauss@cooley.com
aeber@cooley.com

pbowman@cooley.com
J. Benjamin Rottenborn (VSB 84796)
WOODS ROGERS PLC
10 South Jefferson St., Suite 1400
Roanoke, VA 24011
Telephone: (540) 983-7600
Fax: (540) 983-7711
brottenborn@woodsrogers.com

*Counsel for Plaintiffs*

# CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2021, I filed the foregoing with the Clerk of Court through the CM/ECF system, which will send a notice of electronic filing to:

Elmer Woodard
5661 US Hwy 29
Blairs, VA 24527
isuecrooks@comcast.net

James E. Kolenich
Kolenich Law Office
9435 Waterstone Blvd. #140
Cincinnati, OH 45249
jek318@gmail.com

*Counsel for Defendants Jason Kessler, Nathan Damigo, Identity Europa, Inc. (Identity Evropa), Matthew Parrott, and Traditionalist Worker Party*

David L. Campbell
Justin Saunders Gravatt
Duane, Hauck, Davis & Gravatt, P.C.
100 West Franklin Street, Suite 100
Richmond, VA 23220
dcampbell@dhdglaw.com
jgravatt@dhdglaw.com

*Counsel for Defendant James A. Fields, Jr*

Bryan Jones
106 W. South St., Suite 211
Charlottesville, VA 22902
bryan@bjoneslegal.com

*Counsel for Defendants Michael Hill, Michael Tubbs, and League of the South*

William Edward ReBrook, IV
The ReBrook Law Office
6013 Clerkenwell Court
Burke, VA 22015
edward@rebrooklaw.com

*Counsel for Defendants Jeff Schoep, Matthew Heimbach, Matthew Parrott, Traditionalist Worker Party, National Socialist Movement, and Nationalist Front*

Joshua Smith
Smith LLC
807 Crane Avenue
Pittsburgh, Pennsylvania 15216
joshsmith2020@gmail.com

*Counsel for Defendants Matthew Parrott, Matthew Heimbach, and Traditionalist Worker Party*

I hereby certify that on September 15, 2021, I also served the following non-ECF participants via mail or electronic mail:

Richard Spencer
richardbspencer@icloud.com
richardbspencer@gmail.com

Vanguard America
c/o Dillon Hopper
dillon_hopper@protonmail.com

Elliott Kline a/k/a Eli Mosley
eli.f.mosley@gmail.com
deplorabletruth@gmail.com
eli.r.kline@gmail.com

Christopher Cantwell
Christopher Cantwell 00991-509
USP Marion, 4500 Prison Rd.
P.O. Box 2000
Marion, IL 62959

Robert "Azzmador" Ray
azzmador@gmail.com

Dated: September 15, 2021

*/s/ Jessica Phillips*
Jessica Phillips (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

*Counsel for Plaintiffs*