**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**Charlottesville Division**

| | |
|---|---|
| **ELIZABETH SINES, SETH WISPELWEY, MARISSA BLAIR, APRIL MUÑIZ, MARCUS MARTIN, NATALIE ROMERO, CHELSEA ALVARADO, JOHN DOE, and THOMAS BAKER,**<br><br>**Plaintiffs,**<br><br>**v.**<br><br>**JASON KESSLER, et al.,**<br><br>**Defendants.** | **Civil Action No. 3:17-cv-00072-NKM** |

**[PROPOSED] ORDER SEALING PLAINTIFFS' TRIAL EXHIBIT LIST**

WHEREAS, on July 15, 2021, the Court ordered the parties to "exchange and file exhibit lists on or before September 14, 2021."  (ECF No. 991).

WHEREAS, Plaintiffs' filed their exhibit list on September 14, 2021.  (ECF No. 1071).

WHEREAS, Plaintiffs' exhibit list inadvertently included information designated as "Confidential" and "Highly Confidential" under the Order for the Production of Documents and Exchange of Confidential Information ("Protective Order").

WHEREAS, Plaintiffs will file with the Court on September 15, 2021, a version of their exhibit list that does not include confidential or highly confidential information.

IT IS HEREBY ORDERED, that Plaintiffs' Trial Exhibit List (ECF No. 1071) is hereby sealed pursuant to the Court's Protective Order and Local Rule 9.

Dated:

**SO ORDERED**

                                                      _____
Hon. Norman K. Moon
United States District Judge