UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

ELIZABETH SINES, SETH WISPELWEY, MARISSA BLAIR, APRIL MUÑIZ, MARCUS MARTIN, NATALIE ROMERO, CHELSEA ALVARADO, JOHN DOE, and THOMAS BAKER,

                           **Plaintiffs,**

v.

JASON KESSLER, et al.,

                           **Defendants.**

Civil Action No. 3:17-cv-00072-NKM

## PLAINTIFFS' TRIAL EXHIBIT LIST

As noted in Plaintiffs' Motion to Seal filed on September 15, 2021 (ECF 1072), Plaintiffs hereby submit a version of their trial exhibit list, attached hereto as Exhibit A, which does not contain any "Confidential" or "Highly Confidential" information.

Plaintiffs reserve the right to amend this list up to and through trial by, among other things, adding or removing exhibits and revising descriptions and Bates numbers. Plaintiffs further reserve the right to use any exhibits listed on any of Defendants' exhibit lists.

Plaintiffs note that some exhibits on the list were produced by Defendants without Bates numbers, and therefore are identified only by their description.

To the extent that an exhibit contains audio or video, Plaintiffs will only use admissible portions of the exhibit. The inclusion on this list of an exhibit that contains audio or video does not necessarily indicate that Plaintiffs contend or agree the entire audio or video is admissible.

Dated: September 15, 2021                              Respectfully submitted,

                                                       /s/ Jessica Phillips
                                                       Jessica Phillips (*pro hac vice*)
                                                       PAUL WEISS RIFKIND WHARTON &
                                                       GARRISON LLP
                                                       2001 K Street, NW
                                                       Washington, DC 20006

Of Counsel:                                            Jessica Phillips (*pro hac vice*)
                                                       Karen L. Dunn (*pro hac vice*)
Roberta A. Kaplan (*pro hac vice*)                     William A. Isaacson (*pro hac vice*)
Julie E. Fink (*pro hac vice*)                         Arpine S. Lawyer (*pro hac vice*)
Gabrielle E. Tenzer (*pro hac vice*)                   PAUL WEISS RIFKIND WHARTON &
Michael L. Bloch (*pro hac vice*)                      GARRISON LLP
Yotam Barkai (*pro hac vice*)                          2001 K Street, NW
Emily C. Cole (*pro hac vice*)                         Washington, DC 20006-1047
Alexandra K. Conlon (*pro hac vice*)                   Telephone: (202) 223-7300
Jonathan R. Kay (*pro hac vice*)                       Fax: (202) 223-7420
Benjamin D. White (*pro hac vice*)                     jphillips@paulweiss.com
KAPLAN HECKER & FINK LLP                               kdunn@paulweiss.com
350 Fifth Avenue, Suite 7110                           wisaacson@paulweiss.com
New York, NY 10118                                     alawyer@paulweiss.com
Telephone: (212) 763-0883
rkaplan@kaplanhecker.com                               Makiko Hiromi (*pro hac vice*)
jfink@kaplanhecker.com                                 Nicholas A. Butto (*pro hac vice*)
gtenzer@kaplanhecker.com                               PAUL WEISS RIFKIND WHARTON &
mbloch@kaplanhecker.com                                GARRISON LLP
ybarkai@kaplanhecker.com                               1285 Avenue of the Americas
ecole@kaplanhecker.com                                 New York, NY 10019-6064
aconlon@kaplanhecker.com                               Telephone: (212) 373-3000
jkay@kaplanhecker.com                                  Fax: (212) 757-3990
bwhite@kaplanhecker.com                                mhiromi@paulweiss.com
                                                       nbutto@paulweiss.com


Robert T. Cahill (VSB 38562)                           Alan Levine (*pro hac vice*)
COOLEY LLP                                             Philip Bowman (*pro hac vice*)
11951 Freedom Drive, 14th Floor                        COOLEY LLP
Reston, VA 20190-5656                                  55 Hudson Yards
Telephone: (703) 456-8000                              New York, NY 10001
Fax: (703) 456-8100                                    Telephone: (212) 479-6260
rcahil@cooley.com                                      Fax: (212) 479-6275
                                                       alevine@cooley.com
                                                       pbowman@cooley.com

David E. Mills (*pro hac vice*)
Joshua M. Siegel (VSB 73416)
Caitlin B. Munley (*pro hac vice*)
Samantha A Strauss (*pro hac vice*)
Alexandra Eber (*pro hac vice*)
COOLEY LLP
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004
Telephone: (202) 842-7800
Fax: (202) 842-7899
dmills@cooley.com
jsiegel@cooley.com
cmunley@cooley.com
sastrauss@cooley.com
aeber@cooley.com

J. Benjamin Rottenborn (VSB 84796)
WOODS ROGERS PLC
10 South Jefferson St., Suite 1400
Roanoke, VA 24011
Telephone: (540) 983-7600
Fax: (540) 983-7711
brottenborn@woodsrogers.com

*Counsel for Plaintiffs*

3

## CERTIFICATE OF SERVICE

I hereby certify that on September 15, 2021, I filed the foregoing with the Clerk of Court through the CM/ECF system, which will send a notice of electronic filing to:

Elmer Woodard
5661 US Hwy 29
Blairs, VA 24527
isuecrooks@comcast.net

James E. Kolenich
Kolenich Law Office
9435 Waterstone Blvd. #140
Cincinnati, OH 45249
jek318@gmail.com

*Counsel for Defendants Jason Kessler, Nathan Damigo, Identity Europa, Inc. (Identity Evropa), Matthew Parrott, and Traditionalist Worker Party*

David L. Campbell
Justin Saunders Gravatt
Duane, Hauck, Davis & Gravatt, P.C.
100 West Franklin Street, Suite 100
Richmond, VA 23220
dcampbell@dhdglaw.com
jgravatt@dhdglaw.com

*Counsel for Defendant James A. Fields, Jr*

Bryan Jones
106 W. South St., Suite 211
Charlottesville, VA 22902
bryan@bjoneslegal.com

*Counsel for Defendants Michael Hill, Michael Tubbs, and League of the South*

William Edward ReBrook, IV
The ReBrook Law Office
6013 Clerkenwell Court
Burke, VA 22015
edward@rebrooklaw.com

*Counsel for Defendants Jeff Schoep, Matthew Heimbach, Matthew Parrott, Traditionalist Worker Party, National Socialist Movement, and Nationalist Front*

Joshua Smith
Smith LLC
807 Crane Avenue
Pittsburgh, Pennsylvania 15216
joshsmith2020@gmail.com

*Counsel for Defendants Matthew Parrott, Matthew Heimbach, and Traditionalist Worker Party*

I hereby certify that on September 15, 2021, I also served the following non-ECF participants via mail or electronic mail:

Richard Spencer
richardbspencer@icloud.com
richardbspencer@gmail.com

Vanguard America
c/o Dillon Hopper
dillon_hopper@protonmail.com

Elliott Kline a/k/a Eli Mosley
eli.f.mosley@gmail.com
deplorabletruth@gmail.com
eli.r.kline@gmail.com

Christopher Cantwell
Christopher Cantwell 00991-509
USP Marion, 4500 Prison Rd.
P.O. Box 2000
Marion, IL 62959

Robert "Azzmador" Ray
azzmador@gmail.com

Dated: September 15, 2021

/s/ Jessica Phillips
Jessica Phillips (*pro hac vice*)
PAUL WEISS RIFKIND WHARTON & GARRISON LLP

*Counsel for Plaintiffs*

2