# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF VIRGINIA

## Charlottesville Division

Civil Action No. 3:17-cv-00072

ELIZABETH SINES, et al.,
*Plaintiffs*
v.
JASON KESSLER, et al.,
*Defendants*

## DEFENDANT RICHARD SPENCER'S EXHIBIT LIST

COME NOW the exhibit list of Defendant Richard Spencer, *pro se*, which he intends to introduce at trial. He will draw from exhibits attached to his Motion for Summary Judgement.

Mr. Spencer reserves the right to amend this list in light of new information developed before or during trial.

*[signature: Richard Spencer]*

September 16, 2021

I certify that on September 16, 2021, a true copy of this Exhibit List was filed electronically with the Clerk of the Court. I further certify that on September 16, 2021, I also served all participants via electronic mail.

*/s/ Richard Spencer*

September 16, 2021