AO 240  (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

# UNITED STATES DISTRICT COURT
## for the
### Western District of Virginia

| | |
|---|---|
| Sines et al | ) |
| *Plaintiff/Petitioner* | ) |
| | ) Civil Action No. |
| Kessler et al | ) |
| *Defendant/Respondent* | ) |
| | ) |

## APPLICATION TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING FEES OR COSTS
### (Short Form)

I am a ~~plaintiff or petitioner~~ **Defendant** in this case and declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief requested.

In support of this application, I answer the following questions under penalty of perjury:

1. *If incarcerated.* I am being held at: **USP Marion – CMU**
If employed there, or have an account in the institution, I have attached to this document a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months for any institutional account in my name.  I am also submitting a similar statement from any other institution where I was incarcerated during the last six months.

2. *If not incarcerated.* If I am employed, my employer's name and address are:

My gross pay or wages are:  $ _____ , and my take-home pay or wages are:  $ _____ per

*(specify pay period)* _____ .

3. *Other Income.* In the past 12 months, I have received income from the following sources *(check all that apply)*:

| | | |
|---|---|---|
| (a) Business, profession, or other self-employment | ☐ Yes | ☐ No |
| (b) Rent payments, interest, or dividends | ☐ Yes | ☐ No |
| (c) Pension, annuity, or life insurance payments | ☐ Yes | ☐ No |
| (d) Disability, or worker's compensation payments | ☐ Yes | ☐ No |
| (e) Gifts, or inheritances | ☒ Yes | ☐ No |
| (f) Any other sources | ☐ Yes | ☐ No |

*If you answered "Yes" to any question above, describe below or on separate pages each source of money and state the amount that you received and what you expect to receive in the future.*

Sometimes people put money in my commissary account, but it is not reliable and provides no surplus

AO 240 (Rev. 07/10) Application to Proceed in District Court Without Prepaying Fees or Costs (Short Form)

4. Amount of money that I have in cash or in a checking or savings account: $ $10 - Comissary

5. Any automobile, real estate, stock, bond, security, trust, jewelry, art work, or other financial instrument or thing of value that I own, including any item of value held in someone else's name *(describe the property and its approximate value)*:

Last I checked I had $50 in a Robin Hood stock account and <$1000 in a Crypto currency exchange

6. Any housing, transportation, utilities, or loan payments, or other regular monthly expenses *(describe and provide the amount of the monthly expense)*:

I am incarcerated, My bare needs are coverd by the B.O.P. I buy My own Soap, Coffee, Snacks, Clothes, approx $50/week

7. Names (or, if under 18, initials only) of all persons who are dependent on me for support, my relationship with each person, and how much I contribute to their support:

8. Any debts or financial obligations *(describe the amounts owed and to whom they are payable)*:

My car was Repossesed while I was locked up, I lost my apartment and owe approx $2,000 in back rent, I estimate I have $20,000 in credit card debt which I havn't pai in 7/year

*Declaration:* I declare under penalty of perjury that the above information is true and understand that a false statement may result in a dismissal of my claims.

Date: 9-16-2021

Christopher Cantwell

Applicant's signature

Christopher Cantwell

Printed name

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
### CHARLOTTESVILLE DIVISION

|  |  |
|---|---|
| ELIZABETH SINES, *et al.*, | CASE No. 3:17-cv-00072 |
| *Plaintiffs,* | |
| v. | ORDER |
| JASON KESSLER, *et al.*, | |
| *Defendants.* | JUDGE NORMAN K. MOON |

Upon the Court's own motion and for good cause shown, to facilitate participation of Defendant Christopher Cantwell, proceeding pro se, in pretrial proceedings in anticipation of trial and while he is being transported to this District for trial, the Court hereby **ORDERS** that Cantwell is afforded leave to file any submission with the Clerk's Office in this action by electronic means, including fax (434) 295-8909, or email, at HeidiW@vawd.uscourts.gov.

It is so **ORDERED**.

The Clerk of Court is directed to send a certified copy of this Order to the Warden of USP Marion, to all counsel of record, to Cantwell, to Cantwell's case manager at USP Marion, and to the U.S. Marshal's Service.

Entered this __7th__ day of September, 2021.

NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE