UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| ELIZABETH SINES, SETH WISPELWEY, MARISSA BLAIR, APRIL MUNIZ, MARCUS MARTIN, NATALIE ROMERO, CHELSEA ALVARADO, THOMAS BAKER and JOHN DOE,<br><br>                              Plaintiffs,<br><br>v.<br><br>JASON KESSLER, RICHARD SPENCER, CHRISTOPHER CANTWELL, JAMES ALEX FIELDS, JR., VANGUARD AMERICA, ANDREW ANGLIN, MOONBASE HOLDINGS, LLC, ROBERT "AZZMADOR" RAY, NATHAN DAMIGO, ELLIOT KLINE a/k/a/ ELI MOSLEY, IDENTITY EVROPA, MATTHEW HEIMBACH, MATTHEW PARROTT a/k/a DAVID MATTHEW PARROTT, TRADITIONALIST WORKER PARTY, MICHAEL HILL, MICHAEL TUBBS, LEAGUE OF THE SOUTH, JEFF SCHOEP, NATIONAL SOCIALIST MOVEMENT, NATIONALIST FRONT, AUGUSTUS SOL INVICTUS, FRATERNAL ORDER OF THE ALT-KNIGHTS, MICHAEL "ENOCH" PEINOVICH, LOYAL WHITE KNIGHTS OF THE KU KLUX KLAN, and EAST COAST KNIGHTS OF THE KU KLUX KLAN a/k/a EAST COAST KNIGHTS OF THE TRUE INVISIBLE EMPIRE,<br><br>                              Defendants. | Civil Action No. 3:17-cv-00072-NKM |

**PLAINTIFFS' POSITION ON TRANSPORTATION COSTS OF DEFENDANT
CHRISTOPHER CANTWELL**

Plaintiffs respectfully submit this response pursuant to the Court's order of September 15, 2021, directing the parties to state "their position(s) with respect to payment of transportation costs" of Christopher Cantwell to trial.  ECF 1075 at 2.

It is Plaintiffs' position that the cost of transporting Mr. Cantwell should in the first instance be borne by Mr. Cantwell himself, who brought the writ *ad testificandum*.  In the Fourth Circuit, the cost of transportation of an incarcerated defendant at civil proceedings is undertaken at the "[defendant's] own or government expense," *Muhammad v. Warden, Baltimore City Jail*, 849 F.2d 107, 113 (4th Cir. 1988).

Assuming that Mr. Cantwell does not have the funds available to cover the relevant costs of attending the entire trial in person, which we understand to be $15,927.00, the costs should otherwise be covered by the United States Marshals.  Courts have routinely ordered the United States Marshals to execute a writ *ad testificandum* — and pay for its execution — when a prisoner is indigent.  *See, e.g.*, *Hawks v. Timms*, 35 F. Supp. 2d 464, 468 (D. Md. 1999); *Ballard v. Spradley*, 557 F.2d 476, 481 (5th Cir. 1977); *Rivera v. Santirocco*, 814 F.2d 859, 864 (2d Cir. 1987); *see also Story v. Robinson*, 689 F.2d 1176, 1179 (3rd Cir. 1982) (the authority of federal courts to issue writs ad testificandum has never "been qualified by a requirement that the respondent custodian, state or federal, be compensated for compliance with the writ").  "[T]he possibility that a lack of transportation funds or personnel will develop is not a justification for refusing to issue the writ of habeas corpus ad testificandum," *Hawks*, 35 F. Supp. 2d at 468 (quoting *Greene v. Prunty*, 938 F. Supp. 637, 640 (S.D.Cal. 1996) (alterations omitted)).  Indeed, courts have ordered that the United States Marshals pay for transportation costs for indigent prisoners, even over the Marshals' objections or a claimed lack of funds.  *See Ballard*, 557 F22 at 481 (noting "the Marshals Service may be able to meet the expense from contingency funding"); *Hawks*, 35 F. Supp. 2d at

468; *Rivera*, 814 F.2d at 864.[1]

Plaintiffs are mindful of the not insignificant costs and security concerns associated with bringing Mr. Cantwell to Charlottesville for the entirety of the relatively lengthy trial (including transporting him to and from the courthouse each day). Accordingly, in an effort to address these concerns, Plaintiffs respectfully submit that it would make sense for the Marshals to bring Mr. Cantwell to Charlottesville only for his own testimony (which we would anticipate should last 1-2 days at most),[2] after which Mr. Cantwell could participate via videoconference, as previously discussed and arranged with the Court. *See Ballard*, 557 F22 at 478-79 (affirming district court order directing U.S. Marshals to produce prisoner only for his live testimony and "returning him to … custody when his presence was no longer required"); *Story*, 689 F.2d at 1777 (same). That should not only result in significant cost savings for the Marshals, but is also consistent with what we understand other Defendants, such as Richard Spencer, intend to do.

Date: September 17, 2021

                                              Respectfully submitted,

*/s/ Robert Kaplan*
Roberta A. Kaplan (*pro hac vice*)
Julie E. Fink (*pro hac vice*)
Gabrielle E. Tenzer (*pro hac vice*)
Michael L. Bloch (*pro hac vice*)
Yotam Barkai (*pro hac vice*)
Emily C. Cole (*pro hac vice*)
Alexandra K. Conlon (*pro hac vice*)
Jonathan R. Kay (*pro hac vice*)

---

[1] Plaintiffs are unaware of any authority wherein a Court ordered a private litigant to pay for the execution of a writ *ad testificandum* of an opposing party, nor are they aware of a case in which a court predicated granting the writ on payment by another private party. *Greene v. Prunty*, 938 F. Supp. 637, 640 (S.D. Cal. 1996), refers to the sharing of costs among the prisoner and various government entities.

[2] Plaintiffs are happy to coordinate with the Court and U.S. Marshals on timing, logistics or any other matter.

Benjamin D. White (*pro hac vice*)
KAPLAN HECKER & FINK LLP
350 Fifth Avenue, 63rd Floor
New York, NY 10118
Telephone: (212) 763-0883
rkaplan@kaplanhecker.com
jfink@kaplanhecker.com
gtenzer@kaplanhecker.com
mbloch@kaplanhecker.com
ybarkai@kaplanhecker.com
ecole@kaplanhecker.com
aconlon@kaplanhecker.com
jkay@kaplanhecker.com
bwhite@kaplanhecker.com

*Counsel for Plaintiffs*

Of Counsel:

Roberta A. Kaplan (*pro hac vice*)
Julie E. Fink (*pro hac vice*)
Gabrielle E. Tenzer (*pro hac vice*)
Michael L. Bloch (*pro hac vice*)
Yotam Barkai (*pro hac vice*)
Emily C. Cole (*pro hac vice*)
Alexandra K. Conlon (*pro hac vice*)
Jonathan R. Kay (*pro hac vice*)
Benjamin D. White (*pro hac vice*)
KAPLAN HECKER & FINK LLP
350 Fifth Avenue, Suite 7110
New York, NY 10118
Telephone: (212) 763-0883
rkaplan@kaplanhecker.com
jfink@kaplanhecker.com
gtenzer@kaplanhecker.com
mbloch@kaplanhecker.com
ybarkai@kaplanhecker.com
ecole@kaplanhecker.com
aconlon@kaplanhecker.com
jkay@kaplanhecker.com
bwhite@kaplanhecker.com

Karen L. Dunn (*pro hac vice*)
William A. Isaacson (*pro hac vice*)
Jessica Phillips (*pro hac vice*)
Arpine S. Lawyer (*pro hac vice*)
PAUL WEISS RIFKIND WHARTON &
GARRISON LLP
2001 K Street, NW
Washington, DC 20006-1047
Telephone: (202) 223-7300
Fax: (202) 223-7420
jphillips@paulweiss.com
kdunn@paulweiss.com
wisaacson@paulweiss.com
alawyer@paulweiss.com

Makiko Hiromi (*pro hac vice*)
Nicholas A. Butto (*pro hac vice*)
PAUL WEISS RIFKIND WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000
Fax: (212) 757-3990
mhiromi@paulweiss.com
nbutto@paulweiss.com

Robert T. Cahill (VSB 38562)
COOLEY LLP
11951 Freedom Drive, 14th Floor
Reston, VA 20190-5656
Telephone: (703) 456-8000
Fax: (703) 456-8100
rcahill@cooley.com

Alan Levine (*pro hac vice*)
Philip Bowman (*pro hac vice*)
COOLEY LLP
55 Hudson Yards
New York, NY 10001
Telephone: (212) 479-6260
Fax: (212) 479-6275
alevine@cooley.com
pbowman@cooley.com

David E. Mills (*pro hac vice*)
Joshua M. Siegel (VSB 73416)
Caitlin B. Munley (*pro hac vice*)
Samantha A Strauss (*pro hac vice*)
Alexandra Eber (*pro hac vice*)
COOLEY LLP
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004
Telephone: (202) 842-7800
Fax: (202) 842-7899
dmills@cooley.com
jsiegel@cooley.com
cmunley@cooley.com
sastrauss@cooley.com
aeber@cooley.com

J. Benjamin Rottenborn (VSB 84796)
WOODS ROGERS PLC
10 South Jefferson St., Suite 1400
Roanoke, VA 24011
Telephone: (540) 983-7600
Fax: (540) 983-7711
brottenborn@woodsrogers.com

*Counsel for Plaintiffs*

CERTIFICATE OF SERVICE

I hereby certify that on September 17, 2021, I filed the foregoing with the Clerk of Court through the CM/ECF system, which will send a notice of electronic filing to:

Elmer Woodard
5661 US Hwy 29
Blairs, VA 24527
isuecrooks@comcast.net

James E. Kolenich
Kolenich Law Office
9435 Waterstone Blvd. #140
Cincinnati, OH 45249
jek318@gmail.com

*Counsel for Defendants Jason Kessler, Nathan Damigo, and Identity Europa, Inc. (Identity Evropa)*

Bryan Jones
106 W. South St., Suite 211
Charlottesville, VA 22902
bryan@bjoneslegal.com

*Counsel for Defendants Michael Hill, Michael Tubbs, and League of the South*

David L. Campbell
Justin Saunders Gravatt
Duane, Hauck, Davis & Gravatt, P.C.
100 West Franklin Street, Suite 100
Richmond, VA 23220
dcampbell@dhdglaw.com
jgravatt@dhdglaw.com

*Counsel for Defendant James A. Fields, Jr.*

William Edward ReBrook, IV
The ReBrook Law Office
6013 Clerkenwell Court
Burke, VA 22015
edward@rebrooklaw.com

*Counsel for Defendants Jeff Schoep, National Socialist Movement, Nationalist Front, Matthew Parrott, Traditionalist Worker Party and Matthew Heimbach*

Joshua Smith
Smith LLC
807 Crane Avenue
Pittsburgh, PA 15216-2079
joshsmith2020@gmail.com

*Counsel for Defendants Matthew Parrott, Traditionalist Worker Party and Matthew Heimbach*

1

I hereby certify that on September 17, 2021, I also served the following non-ECF participants via mail and electronic mail:

Richard Spencer
richardbspencer@icloud.com
richardbspencer@gmail.com

Christopher Cantwell
Christopher Cantwell 00991-509
USP Marion, 4500 Prison Rd.
P.O. Box 2000
Marion, IL 62959

Vanguard America
c/o Dillon Hopper
dillon_hopper@protonmail.com

Robert "Azzmador" Ray
azzmador@gmail.com

Elliott Kline a/k/a Eli Mosley
eli.f.mosley@gmail.com
deplorabletruth@gmail.com
eli.r.kline@gmail.com

Michael L Bloch (*pro hac vice*)
KAPLAN HECKER & FINK LLP

Counsel for Plaintiffs