

# SMITH LLC

### JOSHUA SMITH, ESQ.

September 20, 2021

<u>Via CM/ECF</u>

The Honorable Norman K. Moon
The Honorable Joel Hoppe
United States District Court for the Western District of Virginia
255 West Main Street
Charlottesville, Virginia 22902

> **Re:** ***Sines et al. v. Kessler et al.*, No. 3:17-cv-00072; Correction of Error in ECF No. 1054**

Dear Judge Moon and Judge Hoppe:

In Defendant Matthew Heimbach's Response to Plaintiffs' Supplemental Memorandum of Law in Support of Their Motion for Sanctions Against Him (ECF No. 1054) (the "Response"), the argument made in Section I.C was premised upon my mistaken belief that Plaintiffs' counsel had taken only one full deposition of Matthew. (*See id.* at 6-7.)

I have recently become aware, however, that Matthew did, in fact, sit for two full depositions, and not merely one deposition. I thank Plaintiffs' counsel for correcting the record in their reply.

Accordingly, I must, and hereby do, withdraw Section I.C of the Response.

I sincerely regret the error. While I trust that the Court recognizes it was in no way intentional, I nonetheless accept full responsibility for it.

Very truly yours,

807 CRANE AVENUE #3
PITTSBURGH, PA 15216

917-567-3168 MOBILE
JOSHSMITH2020@GMAIL.COM

- 2 -

/s/ Joshua Smith
Joshua Smith, Esq.

*Counsel for Defendants David Matthew Parrott, Matthew Heimbach, and Traditionalist Worker Party*

## CERTIFICATE OF SERVICE

I hereby certify that on September 20, 2021, I filed the foregoing with the Clerk of Court through the CM/ECF system, which will send a notice of electronic filing to all counsel of record in the case, as well as all ECF-registered *pro se* parties.

I hereby further certify that on September 20, 2021, I served a copy of the foregoing on the following non-ECF *pro se* parties, via electronic mail, as follows:

Richard Spencer
richardbspencer@icloud.com
richardbspencer@gmail.com

Vanguard America
c/o Dillon Hopper
dillon_hopper@protonmail.com

Robert "Azzmador" Ray
azzmador@gmail.com

Elliott Kline a/k/a Eli Mosley
eli.f.mosley@gmail.com
deplorabletruth@gmail.com
eli.r.kline@gmail.com

I hereby further certify that on September 20, 2021, I served a copy of the foregoing on the following non-ECF *pro se* party, via first-class mail, as follows:

Christopher Cantwell (00991-509)
USP Marion
U.S. Penitentiary
P.O. Box 1000
Marion, IL 62959

/s/ Joshua Smith
Joshua Smith, Esq.
Pennsylvania Bar ID No. 207585
Smith LLC
807 Crane Avenue
Pittsburgh, Pennsylvania 15216
(917) 567-3168 (phone)
joshsmith2020@gmail.com

*Counsel for Defendants David Matthew Parrott, Matthew Heimbach, and Traditionalist Worker Party*