IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF VIRGINIA

Charlottesville Division

Elizabeth Sines, et al [
[
    Plaintiffs [
[
v [ Case No: 17-cv-072
[
Jason Kessler, et al [
[
    Defendants [
[

SWORN DECLARATION OF CHRISTOPHER CANTWELL AS TO CO-DEFENDANTS'

DISCOVERY

---

I, Christopher Cantwell, do hereby aver under penalty of perjury this 7th day of September, 2021, that the following is true and correct:

1) I am over 18 years of age and have personal knowledge of the following.

2) To date, none of my co-defendants have served upon me their required Fed.R.Civ.P. 26(a) disclosures.

3) No Fed.R.Civ.P. 26(a) disclosures were transferred to me by my former counsels Elmer Woodard or James Kolenich when I dismissed them.

4) I was deposed by Plaintiffs August 20, 2021, and, the transcript of the deposition has not been disclosed to me.

5) I am unable to timely confer with the other parties due to my incarceration status, the delays of my mail by the staff of the United States Penitentiary ("USP") Marion Communications Management Unit ("CMU") and the immediate pendency of the relevant pre-trial and trial deadlines.

Having so averred, I sayeth no more under oath.

                                                                   _____
-1-               Christopher Cantwell

SAINT LOUIS MO 630
14 SEP 2021 PM 4 L

Christopher Cantwell
Inmate # 00991-509
USP Marion
4500 Prison Rd
P.O. Box 2000
Marion, IL 62959

Office of the Clerk
U.S. District Court for
the Western District of Virginia
Charlottesville Division
255 West Main Street Room 304
Charlottesville VA 22902

22902-505879