IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

Elizabeth Sines, et al

    Plaintiff

v

Jason Kessler, et al

    Defendants

Case No: 3:17-cv-072

## LIST OF WITNESSES

Comes now the Defendant, Christopher Cantwell, and, he discloses the following List of Witnesses which he may call in his case in main:

- Richard Spencer
- Jason Kessler
- Jeff Schoep
- Matthew Heimbach
- Matthew Parrott
- Michael Hill
- Michael Tubbs
- James Fields
- Ellliot Kline
- Robert Ray
- Michael Miselis
- Benjamin Daly
- Robert Rundle
- Albemarle Commonwealth's Attorney Robert Frey
- Charlottesville Commonwealth's Attorney Joe Platonia
- Emily Gorcenski
- Kris Goad
- Thomas Massey
- Thomas Keenan

Lindsey Elizabeth Moers

Michael Longo Jr

Ford Fischer

Sol Augustus Invictus

Daniel Schuler

Timothy Heaphy

FBI Special Agent Dino Capuzzio

FBI Speical Agent FNU Wolf

Paul Minton

Kurt Vandal

University of Virginia Police Lieutenant FNU Tabler

Charlottesville Police Department Detective FNU Wright

Charlottesville Police Department Detective FNU Oberhauser

Charlottesville Police Department Major FNU Pleasants

Andrew Aurenheimer

Andrew Anglin

Tyler Davis

Daniel Borden

Richard Preston

Alex Ramos

Jacob Goodwin

Dwayne Dixon

Respectfully Submitted,

Christopher Cantwell
USP-Marion
PO Box 1000
Marion, IL 62959

CERTIFICATE OF SERVICE
----------------------

I hereby certify that this List of Witnesses was mailed to the Clerk of the Court, 1st Class Postage Prepaid, for posting on the ECF, to which the other parties are subscribed, this 7th day of September, 2021.

Christopher Cantwell

-2-

Christopher Cantwell
Inmate #00991-509
USP Marion
4500 Prison Rd.
P.O. Box 2000
Marion, IL 62959

Office of the Clerk
U.S. District Court for
the Western District of Virginia
Charlottesville Division
255 West Main Street
Room 304
Charlottesville, VA 22902

