IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF VIRGINIA

Charlottesville Division

CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILE, VA
FILED

SEP 2 0 2021

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

Elizabeth Sines, et. al

    Plaintiff

v

Jason Kessler, et al

    Defendants

[
[
[ [
[
[   Case No: 3; 17-cv-072
[
[
[
[
[

## LIST OF WITNESSES

Comes now the Defendant, Christopher Cantwell, and, he discloses the following List of Witnesses which he may call in his case in main:

Richard Spencer

Jason Kessler

Jeff Schoep

Matthew Heimbach

Matthew Parrott

Michael Hill

Michael Tubbs

James Fields

Ellliot Kline

Robert Ray

Michael Miselis

Benjamin Daly

Robert Rundle

Albemarle Commonwealth's Attorney Robert Frey

*Charlottesville*Commonwealth's Attorney Joe Platonia

Emily Gorcenski

Kris Goad

Thomas Massey
Thomas Keenan

Lindsey Elizabeth Moers

Michael Longo Jr

Ford Fischer

Sol Augustus Invictus

Daniel Schuler

Timothy Heaphy

FBI Special Agent Dino Capuzzio

FBI Speical Agent FNU Wolf

Paul Minton

Kurt Vandal

University of Virginia Police Lieutenant FNU Tabler

Charlottesville Police Department Detective FNU Wright

Charlottesville Police Department Detective FNU Oberhauser

Charlottesville Police Department Major FNU Pleasants

Andrew Aurenheimer

Andrew Anglin

Tyler Davis

Daniel Borden

Richard Preston

Alex Ramos

Jacob Goodwin

Dwayne Dixon

Respectfully Submitted,

Christopher Cantwell
USP-Marion
PO Box 1000
Marion, IL 62959

CERTIFICATE OF SERVICE
------------------------

I hereby certify that this List of Witnesses was mailed to the Clerk of the Court, 1st Class Postage Prepaid, for posting on the ECF, to which the other parties are subscribed, this 7th day of September, 2021.

-2-          Christopher Cantwell