CONFIDENTIAL
PURSUANT TO PROTECTIVE ORDER

**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**Charlottesville Division**

ELIZABETH SINES, SETH WISPELWEY, MARISSA BLAIR, APRIL MUNIZ, HANNAH PEARCE, MARCUS MARTIN, NATALIE ROMERO, CHELSEA ALVARADO, THOMAS BAKER and JOHN DOE,

Plaintiffs,

v.

JASON KESSLER, RICHARD SPENCER, CHRISTOPHER CANTWELL, JAMES ALEX FIELDS, JR., VANGUARD AMERICA, ANDREW ANGLIN, MOONBASE HOLDINGS, LLC, ROBERT "AZZMADOR" RAY, NATHAN DAMIGO, ELLIOT KLINE a/k/a/ ELI MOSELY, IDENTITY EVROPA, MATTHEW HEIMBACH, MATTHEW PARROTT a/k/a DAVID MATTHEW PARROTT, TRADITIONALIST WORKER PARTY, MICHAEL HILL, MICHAEL TUBBS, LEAGUE OF THE SOUTH, JEFF SCHOEP, NATIONAL SOCIALIST MOVEMENT, NATIONALIST FRONT, AUGUSTUS SOL INVICTUS, FRATERNAL ORDER OF THE ALT-KNIGHTS, LOYAL WHITE KNIGHTS OF THE KU KLUX KLAN, and EAST COAST KNIGHTS OF THE KU KLUX KLAN a/k/a EAST COAST KNIGHTS OF THE TRUE INVISIBLE EMPIRE,

Defendants.

**Civil Action No. 3: 17-cv-00072-NKM**

**PLAINTIFF BAKER'S RULE 26(a)(1) DISCLOSURES**

Plaintiff Thomas Baker, through his undersigned counsel, hereby makes the following supplemental initial disclosures as required by Federal Rule of Civil Procedure 26(a)(1) and 26(e).

These disclosures supplement the initial disclosures previously filed by Plaintiffs in this case. Nothing in these supplemental initial disclosures constitutes, or is intended to constitute, a waiver of any claim, right, or defense in this case or otherwise. Plaintiff Baker continues to investigate matters related to the litigation, may become aware of additional information through discovery or otherwise, may assert additional claims, and also may become aware of new reasons why information presently known may be relevant to the claims in this action. Moreover, the issues raised in this matter may require analysis by retained experts. Plaintiff Baker reserve the right to supplement, revise, and/or correct these initial disclosures. Furthermore, Plaintiff Baker expressly reserves all applicable privileges, including without limitation the attorney-client privilege and the work product doctrine, and makes these disclosures subject to those privileges.

The following are the disclosures required by Federal Rule of Civil Procedure 26(a)(1)(A) and 26(a)(1)(D):

1. **The name, and if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information.**

Pursuant to Fed. R. Civ. P. 26(a)(1)(A)(i), based on his current knowledge, information, and belief and subject to further investigation, discovery, and analysis by experts, Plaintiff Baker discloses the following individuals likely to have discoverable information that may be used to support his claims. The following disclosures are in addition to the individuals identified in Plaintiffs' Initial Disclosures. Plaintiff Baker reserves the right to amend or supplement these disclosures, including as provided by Fed. R. Civ. P. 26(e). The following disclosures do not include persons whose testimony is likely to be used solely for impeachment, rebuttal, or expert witness testimony, who will be disclosed in accordance with the schedule set by the Court.

CONFIDENTIAL
PURSUANT TO PROTECTIVE ORDER

Consistent with their obligations under the Federal Rules of Civil Procedure, and of this Court, Plaintiff Baker will supplement this list as information concerning the identity of these individuals becomes available.

| NAME | CONTACT INFORMATION | TOPICS FOR INITIAL DISCLOSURES |
|---|---|---|
| Thomas Baker | c/o Cooley LLP, 1299 Pennsylvania Ave., N.W., Suite 700, Washington, DC 20004 | Certain Plaintiffs' injuries; Certain Defendants' and co-conspirators' actions at, among other things, the August 12 "rally." |
| Thomas [redacted], MD | c/o Cooley LLP, 1299 Pennsylvania Ave., N.W., Suite 700, Washington, DC 20004 | Plaintiff Thomas Baker's injuries. |
| Frank [redacted], MD | c/o Cooley LLP, 1299 Pennsylvania Ave., N.W., Suite 700, Washington, DC 20004 | Plaintiff Thomas Baker's injuries. |
| Adam [redacted], MD | c/o Cooley LLP, 1299 Pennsylvania Ave., N.W., Suite 700, Washington, DC 20004 | Plaintiff Thomas Baker's injuries. |
| J. Kent [redacted], MD | c/o Cooley LLP, 1299 Pennsylvania Ave., N.W., Suite 700, Washington, DC 20004 | Plaintiff Thomas Baker's injuries. |
| John Ausn [redacted], MD | c/o Cooley LLP, 1299 Pennsylvania Ave., N.W., Suite 700, Washington, DC 20004 | Plaintiff Thomas Baker's injuries. |
| Kelsey [redacted], PA | c/o Cooley LLP, 1299 Pennsylvania Ave., N.W., Suite 700, Washington, DC 20004 | Plaintiff Thomas Baker's injuries. |
| William [redacted], MD | c/o Cooley LLP, 1299 Pennsylvania Ave., N.W., Suite 700, Washington, DC 20004 | Plaintiff Thomas Baker's injuries. |
| Jay [redacted], MD | c/o Cooley LLP, 1299 Pennsylvania Ave., N.W., Suite 700, Washington, DC 20004 | Plaintiff Thomas Baker's injuries. |

| | | |
|---|---|---|
| Sean [redacted], MD | c/o Cooley LLP, 1299 Pennsylvania Ave., N.W., Suite 700, Washington, DC 20004 | Plaintiff Thomas Baker's injuries. |
| Clark [redacted], MD | c/o Cooley LLP, 1299 Pennsylvania Ave., N.W., Suite 700, Washington, DC 20004 | Plaintiff Thomas Baker's injuries. |
| James [redacted] | c/o Cooley LLP, 1299 Pennsylvania Ave., N.W., Suite 700, Washington, DC 20004 | Plaintiff Thomas Baker's injuries. |

Expert disclosures will be made in accordance with the Court's scheduling order and Rule 26(b)(2). Plaintiff Baker reserve the right to use the testimony of other witnesses whose identity may be subsequently learned through discovery or other means.

2. **A copy of, or description by category and location of, all documents, data compilations and tangible things in the possession, custody or control of the party, and that the disclosing party may use to support its claims or defenses, unless solely for impeachment.**

Pursuant to Fed. R. Civ. P. 26(a)(1)(A)(ii), based on current knowledge, and subject to further investigation, discovery, and analysis by experts, Plaintiff Baker hereby discloses the following categories of documents and things in his possession, custody or control that he may use to support his claims. Plaintiff Baker reserves the right to amend or supplement these disclosures as provided under Fed. R. Civ. P. 26(e). The following disclosures do not include documents and things that are likely to be offered solely for impeachment:

1. Documents concerning the identity, name, date of birth, age, citizenship and/or residency of Plaintiff Baker.
2. Documents related to the Events including, but not limited to, photographs, videos, electronic communications, and written recollections.
3. Medical documents relating to Plaintiffs' injuries.

**3. A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.**

Pursuant to Fed. R. Civ. P. 26(a)(1)(A)(iii), Plaintiff Baker discloses that he is entitled to recover damages in the form of, *inter alia*, compensatory damages, punitive damages, statutory damages, attorneys' fees, costs, and interest. Plaintiff Baker anticipates that damages calculations will depend upon expert analyses and testimony to be developed and disclosed according to the schedule set by the Federal Rules of Civil Procedure and the Court. Subject to the foregoing, Plaintiff Baker has certain financial, medical, and employment records that may be relevant to damages calculations.

**4. Any insurance agreement under which any person carrying on an insurance business may be liable to satisfy all or part of a judgment which may be entered in the action to indemnify or reimburse for payments made to satisfy the judgment.**

Not applicable.

Dated: August 30, 2021
Washington D.C.

Respectfully submitted,

*/s/ David E. Mills*
David E. Mills (*pro hac vice*)
Joshua M. Siegel (VSB 73416)
Caitlin B. Munley (*pro hac vice*)
Samantha A Strauss (*pro hac vice*)
Alexandra Eber (*pro hac vice*)
COOLEY LLP
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004
Telephone: (202) 842-7800
Fax: (202) 842-7899
dmills@cooley.com
jsiegel@cooley.com
cmunley@cooley.com
sastrauss@cooley.com
aeber@cooley.com

*Of Counsel*:

Roberta A. Kaplan (*pro hac vice*)
Julie E. Fink (*pro hac vice*)
Gabrielle E. Tenzer (*pro hac vice*)
Joshua A. Matz (*pro hac vice*)
Michael L. Bloch (*pro hac vice*)
Emily C. Cole (*pro hac vice*)
Alexandra K. Conlon (*pro hac vice*)
Jonathan R. Kay (*pro hac vice*)
Benjamin D. White (*pro hac vice*)
Yotam Barkai (*pro hac vice*)
KAPLAN HECKER & FINK, LLP
350 Fifth Avenue, Suite 7110
New York, NY 10118
Telephone: (212) 763-0883
rkaplan@kaplanhecker.com
jfink@kaplanhecker.com
gtenzer@kaplanhecker.com
jmatz@kaplanhecker.com
mbloch@kaplanhecker.com
ecole@kaplanhecker.com
aconlon@kaplanhecker.com
jkay@kaplanhecker.com
bwhite@kaplanhecker.com
ybarkai@kaplanhecker.com

Karen L. Dunn (*pro hac vice*)
William A. Isaacson (*pro hac vice*)
Jessica E. Phillips (*pro hac vice*)
Arpine S. Lawyer (*pro hac vice*)
PAUL WEISS RIFKIND WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC 20006-1047
Telephone: (202) 223-7300
Fax: (202) 223-7420
kdunn@paulweiss.com
wisaacson@paulweiss.com
jphillips@paulweiss.com
alawyer@paulweiss.com

Makiko Hiromi (*pro hac vice*)
Nicholas A. Butto (*pro hac vice*)
PAUL WEISS RIFKIND WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000
Fax: (212) 757-3990
mhiromi@paulweiss.com
nbutto@paulweiss.com

Alan Levine (*pro hac vice*)
Daniel P. Roy III (*pro hac vice*)
Amanda L. Liverzani (*pro hac vice*)
COOLEY LLP
55 Hudson Yards
New York, NY 10001
Telephone: (212) 479-6260
Fax: (212) 479-6275
alevine@cooley.com
droy@cooley.com
aliverzani@cooley.com

J. Benjamin Rottenborn (VSB No. 84796)
Woods Rogers PLC
10 South Jefferson Street, Suite 1400
Roanoke, Va. 24011
Tel: (540) 983-7600
Fax: (540) 983-7711
brottenborn@woodsrogers.com

Katherine M. Cheng (*pro hac vice*)
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards, 20th Floor
New York, NY 10001
Telephone: (212) 446-2300
Fax: (212) 446-2350
kcheng@bsfllp.com

Robert T. Cahill (VSB 38562)
COOLEY LLP
11951 Freedom Drive, 14th Floor
Reston, VA 20190-5656
Telephone: (703) 456-8000
Fax: (703) 456-8100
rcahill@cooley.com

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on August 30, 2021, I served the foregoing upon the following counsel and *pro se* defendants, via electronic mail, as follows:

Justin Saunders Gravatt
David L. Hauck
David L. Campbell
Duane, Hauck, Davis & Gravatt, P.C.
100 West Franklin Street, Suite 100
Richmond, VA 23220
jgravatt@dhdglaw.com
dhauck@dhdglaw.com
dcampbell@dhdglaw.com

*Counsel for Defendant James A. Fields, Jr.*

W. Edward ReBrook
The ReBrook Law Office
6013 Clerkenwell Court
Burke, VA 22015
edward@rebrooklaw.com
rebrooklaw@gmail.com

*Counsel for Defendants National Socialist Movement, Nationalist Front, Jeff Schoep, Matthew Heimbach, Matthew Parrott and Traditionalist Worker Party*

Joshua Smith Esq.
Smith LLC
807 Crane Ave.
Pittsburgh, PA 15216
joshsmith2020@gmail.com

*Counsel for Matthew Heimbach, Matthew Parrott and Traditionalist Worker Party*

Bryan Jones
106 W. South St., Suite 211
Charlottesville, VA 22902
bryan@bjoneslegal.com

*Counsel for Defendants Michael Hill, Michael Tubbs, and League of the South*

James E. Kolenich
Kolenich Law Office
9435 Waterstone Blvd. #140
Cincinnati, OH 45249
jek318@gmail.com

Elmer Woodard
5661 US Hwy 29
Blairs, VA 24527
isuecrooks@comcast.net

*Counsel for Defendants Jason Kessler, Nathan Damigo, and Identity Europa, Inc. (Identity Evropa)*

Richard Spencer
richardbspencer@gmail.com
richardbspencer@icloud.com

Robert Ray
azzmador@gmail.com

Vanguard America
c/o Dillon Hopper
dillon_hopper@protonmail.com

Elliott Kline
eli.f.mosley@gmail.com
deplorabletruth@gmail.com
eli.r.kline@gmail.com

I hereby certify that on August 30, 2021, I also served the foregoing upon the following *pro se* defendant, via first class mail, as follows:

Christopher Cantwell
Christopher Cantwell 00991-509
USP Marion
U.S. Penitentiary
P.O. Box 2000
Marion, IL 62959

*/s/ David E. Mills*
David E. Mills (*pro hac vice*)