IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

SEP 20 2021

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

| | |
|---|---|
| Elizabeth Sines, et al | [ |
|     Plaintiffs | [ |
| v | [ Case No: 3:17-cv-072-NKM |
| Jason Kessler, et al | [ |
|     Defendants | [ |

OBJECTIONS TO PLAINTIFF'S WITNESS LIST (Doc 1047)
PURSUANT TO FED.R.CIV.P. 37
---------------------------------------------------

Comes now the Defendant, Christopher Cantwell, and he makes the following Objections to the Plaintiff's Preliminary List of Witnesses (Doc 1047) Pursuant To Fed.R.Civ.P. 37(c)(1) and otherwise. In support, Cantwell states as follows:

1) Fed.R.Civ.P. 37(c)(1) provides, in pertinent part, that:
"If a party fails to provide information or identify a witness as required by Rule 26(a) [lay witnesses] or (e) [expert witnesses], the party is not allowed to use that information or witness to supply evidence on a motion, at a hearing, or, at a trial, unless the failure was substantially justified or harmless."

2) Cantwell objects to the following witnesses being called at trial that Plaintiffs have not previously disclosed to him:
   a) Jessica Alvarado;
   b) Allen Groves;
   c) Sanjay Suchak;
   d) Devin Willis.

3) Cantwell objects to the following expert witnesses being called at

trial because the Plantiffs have not previously disclosed either then or their expert reports to him:
   a) Julie Convisser;
   b) Stephen Fenton;
   c) Nadia Webb;
   d) David Webb (it is not clear whether Webb is a fact or expert witness, but, Cantwell also objects to Webb as an undisclosed fact witness).

4) Cantwell objects to the following expert witnesses being called at trial because their expert reports have not been disclosed to him:
   a) Deborah Lipstadt, whose testimony Cantwell also objects to as irrelevant as pled in his Motion In Limine To Exclude All Evidence Of Defendants' Biases Against Those Who Identify As "Jews" Pursuant To Fed.R.Evid. 401, 402, and, 403;
   b) Peter Simi;
   c) Sharon Reavis, for whom Cantwell has two expert reports but apparently not all of her reports.

5) Cantwell objects to the introduction of the deposition testimony of the following witnesses as he was not permitted to appear at the depositions and cross examine these witnesses or make objections and because their depositions have not been disclosed to him so he cannot object now:
   a) Erica Alduino;
   b) Robert Ike Baker;
   c) Patrick Casey;
   d) Michael Chesny;
   e) Burt Colucci;
   f) ;

-2-

    g) Shane Duffy;

    h) Samantha Froelich;

    i) Bradley Griffin;

    j) Dillon Izarry, aka Dillon Hopper. Cantwell also objects to referring to him as "Dillon Hopper", a farcical pseudonym;

    k) Vasilios Pistolis;

    l) Thomas Rouseeau.

6) Cantwell also objects to the following persons on the Plaintiff's list of "additional witnesses" being called at trial because the Plaintiff's have not previously disclosed either them or their expert reports to him:

    a) Clark Baumbusch;

    b) Kathleen Blee;

    c) Donna Broshek;

    d) Thomas Clay;

    e) James Collins;

    f) Melissa Elliot;

    g) Ted Galbraith;

    h) Janice Gilmore;

    i) Frank Gwathmey;

    j) Thomas Hartka;

    k) Martha McCoy;

    l) Rebekah Menning;

    m) Brant Meyer;

    n) Pam Nadell. Cantwell also makes the same objection to her test- as to Lipstadt's, that it is irrelevant as pled in his Motion in Limine to Exclude All Evidence Of Defendants' Biases Against Those Who Identify As "Jews" Pursuant To Fed.R.Evid. 401, 402, And 403;

o) Robert O'Connor;

p) Andrea Roberts;

q) Larry Sabato;

r) Carol Sims;

s) Julie Solomon;

t) ~~Angela Tabler;~~

u) Sarah Vinson;

v) Michael Webster;

w) Chad Wellmon;

x) Steven Wolf;

y) SSteve Young;

z) Tyler Yutzy.

Respectfully Submitted,

Christopher Cantwell
USP-Marion
PO Box 1000
Marion, IL 62959

CERTIFICATE OF SERVICE
----------------------

I herbey certify that these Objections were mailed to the Clerk of the Court, 1st Class Postage Prepaid, for posting on the ECF system to which all parties are subscribed, and, handed to USP-Marion staff members Nathan Simpkins and/or Kathy Hill for electronic transmission to the Court, this 17th day of September, 2021.

Christopher Cantwell