UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| ELIZABETH SINES, SETH WISPELWEY, MARISSA BLAIR, APRIL MUNIZ, MARCUS MARTIN, NATALIE ROMERO, CHELSEA ALVARADO, THOMAS BAKER and JOHN DOE,<br><br>      Plaintiffs,<br><br>v.<br><br>JASON KESSLER, RICHARD SPENCER, CHRISTOPHER CANTWELL, JAMES ALEX FIELDS, JR., VANGUARD AMERICA, ANDREW ANGLIN, MOONBASE HOLDINGS, LLC, ROBERT "AZZMADOR" RAY, NATHAN DAMIGO, ELLIOT KLINE a/k/a/ ELI MOSLEY, IDENTITY EVROPA, MATTHEW HEIMBACH, MATTHEW PARROTT a/k/a DAVID MATTHEW PARROTT, TRADITIONALIST WORKER PARTY, MICHAEL HILL, MICHAEL TUBBS, LEAGUE OF THE SOUTH, JEFF SCHOEP, NATIONAL SOCIALIST MOVEMENT, NATIONALIST FRONT, AUGUSTUS SOL INVICTUS, FRATERNAL ORDER OF THE ALT-KNIGHTS, MICHAEL "ENOCH" PEINOVICH, LOYAL WHITE KNIGHTS OF THE KU KLUX KLAN, and EAST COAST KNIGHTS OF THE KU KLUX KLAN a/k/a EAST COAST KNIGHTS OF THE TRUE INVISIBLE EMPIRE,<br><br>      Defendants. | **Civil Action No. 3:17-cv-00072-NKM** |

**PLAINTIFFS' CORRECTED RESPONSE TO ORDER DIRECTING MEET AND CONFER, DATED SEPTEMBER 10, 2021, DOC. NO. 1058**

Pursuant to this Court's September 10, 2021 Order (Doc. No. 1058), Plaintiffs were able

to meet and confer with all Defendants and defense counsel regarding witness testimony at trial

except for Defendant Elliot Kline.[1]

As a result of those meetings, we are pleased to report that the parties agree that all witnesses – Plaintiffs, Defendants and third parties – will testify in person with the possible exception of Defendant Michael Tubbs. Plaintiffs understand that Mr. Tubbs has extenuating circumstances relating to the medical condition of a family member that may make testifying in person unduly difficult. Subject to receiving written confirmation from a doctor, Plaintiffs are agreeable to Mr. Tubbs testifying remotely with the understanding that if the situation is resolved by the time Mr. Tubbs is needed to testify, then he will testify in person. With the understanding that all Defendants and Plaintiffs (with the possible exception of Mr. Tubbs) will testify in person, the parties further agree that Defendants can participate in the trial remotely when they are not testifying.

Plaintiffs met and conferred twice with Mr. Cantwell, including today, but at that time, Mr. Cantwell's witness list had not yet been docketed. Mr. Cantwell indicated that in principle he agrees that his witnesses should testify in person, but that he is not yet in a position to make specific representations about whether all of the witness on his witness list will be able to testify in person. Plaintiffs will meet and confer with Mr. Cantwell as soon as practicable now that his witness list is docketed to discuss the witnesses on his list. Plaintiffs are also filing an amended witness list as

---

[1] Plaintiffs contacted Defendant Kline by e-mail on September 13, 2021 and again on September 15, 2021. *See* Ex. 2. Defendant Kline did not respond to Plaintiffs' emails and has not responded to any outreach from Plaintiffs for at least one year.

directed by the Court, which indicates that all of Plaintiffs' witnesses will testify in person. *See* Exhibit 1.

Date: September 21, 2021

Respectfully submitted,

Roberta A. Kaplan (*pro hac vice*)
Julie E. Fink (*pro hac vice*)
Gabrielle E. Tenzer (*pro hac vice*)
Michael L. Bloch (*pro hac vice*)
Yotam Barkai (*pro hac vice*)
Emily C. Cole (*pro hac vice*)
Alexandra K. Conlon (*pro hac vice*)
Jonathan R. Kay (*pro hac vice*)
Benjamin D. White (*pro hac vice*)
KAPLAN HECKER & FINK LLP
350 Fifth Avenue, Suite 7110
New York, NY 10118
Telephone: (212) 763-0883
rkaplan@kaplanhecker.com
jfink@kaplanhecker.com
gtenzer@kaplanhecker.com
mbloch@kaplanhecker.com
ybarkai@kaplanhecker.com
ecole@kaplanhecker.com
aconlon@kaplanhecker.com
jkay@kaplanhecker.com
bwhite@kaplanhecker.com

*Counsel for Plaintiffs*

Of Counsel:

| | |
|---|---|
| Robert T. Cahill (VSB 38562)<br>COOLEY LLP<br>11951 Freedom Drive, 14th Floor<br>Reston, VA 20190-5656<br>Telephone: (703) 456-8000<br>Fax: (703) 456-8100<br>rcahill@cooley.com | Karen L. Dunn (*pro hac vice*)<br>William A. Isaacson (*pro hac vice*)<br>Jessica Phillips (*pro hac vice*)<br>PAUL WEISS RIFKIND WHARTON & GARRISON LLP<br>2001 K Street, NW<br>Washington, DC 20006<br>Telephone: (202) 223-7300<br>Fax: (202) 223-7420<br>kdunn@paulweiss.com<br>wisaacson@paulweiss.com<br>jphillips@paulweiss.com |
| Alan Levine (*pro hac vice*)<br>Philip Bowman (*pro hac vice*)<br>COOLEY LLP<br>1114 Avenue of the Americas, 46th Floor<br>New York, NY 10036<br>Telephone: (212) 479-6260<br>Fax: (212) 479-6275<br>alevine@cooley.com<br>pbowman@cooley.com | David E. Mills (*pro hac vice*)<br>Joshua M. Siegel (VSB 73416)<br>COOLEY LLP<br>1299 Pennsylvania Avenue, NW<br>Suite 700<br>Washington, DC 20004<br>Telephone: (202) 842-7800<br>Fax: (202) 842-7899<br>dmills@cooley.com<br>jsiegel@cooley.com |
| J. Benjamin Rottenborn (VSB 84796)<br>WOODS ROGERS PLC<br>10 South Jefferson St., Suite 1400<br>Roanoke, VA 24011<br>Telephone: (540) 983-7600<br>Fax: (540) 983-7711<br>brottenborn@woodsrogers.com | *Counsel for Plaintiffs* |

## CERTIFICATE OF SERVICE

  I hereby certify that on September 21, 2021, I filed the foregoing with the Clerk of Court through the CM/ECF system, which will send a notice of electronic filing to:

Elmer Woodard
5661 US Hwy 29
Blairs, VA 24527
isuecrooks@comcast.net

James E. Kolenich
Kolenich Law Office
9435 Waterstone Blvd. #140
Cincinnati, OH 45249
jek318@gmail.com

*Counsel for Defendants Jason Kessler, Nathan Damigo, and Identity Europa, Inc. (Identity Evropa)*

Bryan Jones
106 W. South St., Suite 211
Charlottesville, VA 22902
bryan@bjoneslegal.com

*Counsel for Defendants Michael Hill, Michael Tubbs, and League of the South*

Joshua Smith
Smith LLC
807 Crane Avenue
Pittsburgh, PA 15216-2079
joshsmith2020@gmail.com

*Counsel for Defendants Matthew Parrott, Traditionalist Worker Party and Matthew Heimbach*

David L. Campbell
Justin Saunders Gravatt
Duane, Hauck, Davis & Gravatt, P.C.
100 West Franklin Street, Suite 100
Richmond, VA 23220
dcampbell@dhdglaw.com
jgravatt@dhdglaw.com

*Counsel for Defendant James A. Fields, Jr.*

William Edward ReBrook, IV
The ReBrook Law Office
6013 Clerkenwell Court
Burke, VA 22015
edward@rebrooklaw.com

*Counsel for Defendants Jeff Schoep, National Socialist Movement, Nationalist Front, Matthew Parrott, Traditionalist Worker Party and Matthew Heimbach*

I hereby certify that on September 21, 2021, I also served the following non-ECF participants via mail and electronic mail:

Richard Spencer
richardbspencer@icloud.com
richardbspencer@gmail.com

Christopher Cantwell
Christopher Cantwell 00991-509
USP Marion, 4500 Prison Rd.
P.O. Box 2000
Marion, IL 62959

Vanguard America
c/o Dillon Hopper
dillon_hopper@protonmail.com

Robert "Azzmador" Ray
azzmador@gmail.com

Elliott Kline a/k/a Eli Mosley
eli.f.mosley@gmail.com
deplorabletruth@gmail.com
eli.r.kline@gmail.com

/s/ Michael L Bloch

Michael L Bloch (*pro hac vice*)
KAPLAN HECKER & FINK LLP

Counsel for Plaintiffs