# EXHIBIT 1

**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division**

| | |
|---|---|
| ELIZABETH SINES, SETH WISPELWEY, MARISSA BLAIR, APRIL MUÑIZ, MARCUS MARTIN, NATALIE ROMERO, CHELSEA ALVARADO, JOHN DOE, and THOMAS BAKER,<br><br>                                    Plaintiffs,<br><br>           v.<br><br>JASON KESSLER, et al.,<br><br>                                    Defendants. | Civil Action No. 3:17-cv-00072-NKM |

**PLAINTIFFS' AMENDED LIST OF WITNESSES**

In accordance with the Court's September 10, 2021 Order and pursuant to Fed. R. Civ. P. Rule 26(a)(3)(A), Plaintiffs set forth the following list of individuals that they believe at this time may be called as witnesses, either through live testimony or by use of deposition extracts. Plaintiffs reserve the right (a) not to call any of the listed witnesses at trial; (b) to call for rebuttal or impeachment purposes any persons not listed; (c) to call any witnesses listed on Defendants' witness lists; and (d) to call custodians of records solely for the purpose of establishing the foundational facts necessary to admit into evidence any exhibit whose admissibility Defendants challenge.

|   | Name | Subject(s) of Expected Testimony | Address & Phone Number[1] |
|---|------|----------------------------------|---------------------------|
| 1 | Alvarado, Chelsea | Certain Plaintiffs' injuries; Certain Defendants' and co-conspirators' actions during, among other things, the weekend of August 11 and 12 | Contact c/o Kaplan Hecker & Fink, LLP<br>350 5th Avenue, 63rd Floor<br>New York, NY 10118 |
| 2 | Alvarado, Jessica | Certain Plaintiffs' injuries | Contact c/o Kaplan Hecker & Fink, LLP<br>350 5th Avenue, 63rd Floor<br>New York, NY 10118 |
| 3 | Baker, Thomas | Certain Plaintiffs' injuries; Certain Defendants' and co-conspirators' actions during, among other things, the weekend of August 11 and 12 | Contact c/o Kaplan Hecker & Fink, LLP<br>350 5th Avenue, 63rd Floor<br>New York, NY 10118 |
| 4 | Blair, Marissa | Certain Plaintiffs' injuries; Certain Defendants' and co-conspirators' actions during, among other things, the weekend of August 11 and 12 | Contact c/o Kaplan Hecker & Fink, LLP<br>350 5th Avenue, 63rd Floor<br>New York, NY 10118 |
| 5 | Cantwell, Christopher | Certain Defendants' and co-conspirators' actions | Christopher Cantwell 00991-509<br>USP Marion, 4500 Prison Rd.<br>P.O. Box 2000<br>Marion, IL 62959 |
| 6 | Convisser, Julie, LCSW | Certain Plaintiffs' injuries and future mental health needs | Contact c/o Kaplan Hecker & Fink, LLP<br>350 5th Avenue, 63rd Floor<br>New York, NY 10118 |
| 7 | D'Costa, Diane | Certain Defendants' and co-conspirators' actions during, among other things, the weekend of August 11 and 12 | Contact c/o Kaplan Hecker & Fink, LLP<br>350 5th Avenue, 63rd Floor<br>New York, NY 10118 |
| 8 | Damigo, Nathan | Certain Defendants' and co-conspirators' actions | c/o James E. Kolenich, Esq.<br>Kolenich Law Office<br>9435 Waterstone Blvd. #140<br>Cincinnati, OH 45249 |
| 9 | Fenton, Stephen, P.E. | Analysis of August 12 car attack and the opinions expressed in his expert report, including the basis of his opinions | Contact c/o Kaplan Hecker & Fink, LLP<br>350 5th Avenue, 63rd Floor<br>New York, NY 10118 |

---

[1] Plaintiffs can be contacted through Plaintiffs' counsel. In light of security concerns, Plaintiffs will provide third-party witness contact information, as necessary to parties and counsel on a confidential basis upon request.

| 10 | Brennan Gilmore | Certain Defendants' and co-conspirators' actions during, among other things, the weekend of August 11 and 12 | Contact c/o Kaplan Hecker & Fink, LLP<br>350 5th Avenue, 63rd Floor<br>New York, NY 10118 |
|---|---|---|---|
| 10 | Groves, Allen, J.D. | Certain Defendants' and co-conspirators' actions during, among other things, the weekend of August 11 and 12; Certain Plaintiffs' injuries | Contact c/o Kaplan Hecker & Fink, LLP<br>350 5th Avenue, 63rd Floor<br>New York, NY 10118 |
| 11 | Heimbach, Matthew | Certain Defendants' and co-conspirators' actions | c/o William Edward ReBrook, IV, Esq.<br>The ReBrook Law Office<br>6013 Clerkenwell Court<br>Burke, VA 22015 |
| 12 | Hill, Michael | Certain Defendants' and co-conspirators' actions | c/o Bryan Jones, Esq.<br>106 W. South St., Suite 211<br>Charlottesville, VA 22902 |
| 13 | Kessler, Jason | Certain Defendants' and co-conspirators' actions | c/o James E. Kolenich, Esq.<br>Kolenich Law Office<br>9435 Waterstone Blvd. #140<br>Cincinnati, OH 45249 |
| 14 | Kline, Elliot | Certain Defendants' and co-conspirators' actions | 117 Mesa Drive<br>Reading, PA 19608 |
| 15 | Lipstadt, Deborah, Ph.D.[2] | History, ideology, symbolism, and rhetoric of antisemitism; historical and theoretical assessment of symbols and rhetoric displayed during the weekend of August 11 and 12 and the opinions expressed in her expert report, including the basis of her opinions | Contact c/o Kaplan Hecker & Fink, LLP<br>350 5th Avenue, 63rd Floor<br>New York, NY 10118 |
| 16 | Martin, Marcus | Certain Plaintiffs' injuries; Certain Defendants' and co-conspirators' actions during, among other things, the weekend of August 11 and 12 | Contact c/o Kaplan Hecker & Fink, LLP<br>350 5th Avenue, 63rd Floor<br>New York, NY 10118 |
| 17 | Muñiz, April | Certain Plaintiffs' injuries; Certain Defendants' and co-conspirators' actions during, | Contact c/o Kaplan Hecker & Fink, LLP<br>350 5th Avenue, 63rd Floor |

---

[2] As Plaintiffs indicated in a letter to the Court on August 27, 2021, Dr. Lipstadt has been nominated by President Biden to serve as the State Department's special envoy to monitor and combat antisemitism, a position that requires confirmation by the Senate. (ECF No. 1036.) Plaintiffs are seeking to ascertain whether and how her nomination will affect Dr. Lipstadt's ability to testify in this trial and will notify the Court and parties as soon as we have further information.

| | | | |
|---|---|---|---|
| | | among other things, the weekend of August 11 and 12 | New York, NY 10118 |
| 18 | Parrott, Matthew | Certain Defendants' and co-conspirators' actions | c/o William Edward ReBrook, IV, Esq.<br>The ReBrook Law Office<br>6013 Clerkenwell Court<br>Burke, VA 22015 |
| 19 | Ray, Robert Azzmador | Certain Defendants' and co-conspirators' actions | |
| 20 | Reavis, Sharon, R.N., M.S., C.R.C., C.C.M. | Certain Plaintiffs' future medical care needs and the opinions expressed in her expert report, including the basis of her opinions | Contact c/o Kaplan Hecker & Fink, LLP<br>350 5th Avenue, 63rd Floor<br>New York, NY 10118 |
| 21 | Romero, Natalie | Certain Plaintiffs' injuries; Certain Defendants' and co-conspirators' actions during, among other things, the weekend of August 11 and 12 | Contact c/o Kaplan Hecker & Fink, LLP<br>350 5th Avenue, 63rd Floor<br>New York, NY 10118 |
| 22 | Schoep, Jeff | Certain Defendants' and co-conspirators' actions | c/o William Edward ReBrook, IV, Esq.<br>The ReBrook Law Office<br>6013 Clerkenwell Court<br>Burke, VA 22015 |
| 23 | Simi, Peter, Ph.D. | Characteristics of the white supremacist movement and whether Defendants' utilized tools and tactics of the white supremacist movement and the opinions expressed in his expert report, including the basis of his opinions | Contact c/o Kaplan Hecker & Fink, LLP<br>350 5th Avenue, 63rd Floor<br>New York, NY 10118 |
| 24 | Sines, Elizabeth | Certain Plaintiffs' injuries; Certain Defendants' and co-conspirators' actions during, among other things, the weekend of August 11 and 12 | Contact c/o Kaplan Hecker & Fink, LLP<br>350 5th Avenue, 63rd Floor<br>New York, NY 10118 |
| 25 | Spencer, Richard | Certain Defendants' and co-conspirators' actions | 734 Clearwater Ave.<br>Whitefish, MT 59937 |
| 26 | Suchak, Sanjay | Certain Defendants' and co-conspirators' actions during, among other things, the weekend of August 11 and 12; Authentication of photographs | Contact c/o Kaplan Hecker & Fink, LLP<br>350 5th Avenue, 63rd Floor<br>New York, NY 10118 |
| 27 | Tubbs, Michael | Certain Defendants' and co-conspirators' actions | c/o Bryan Jones, Esq.<br>106 W. South St., Suite 211 |

| | | | Charlottesville, VA 22902 |
|---|---|---|---|
| 28 | Willis, Devin | Certain Plaintiffs' injuries; Certain Defendants' and co-conspirators' actions during, among other things, the weekend of August 11 and 12 | Contact c/o Kaplan Hecker & Fink, LLP<br>350 5th Avenue, 63rd Floor<br>New York, NY 10118 |
| 29 | Wispelwey, Seth | Certain Plaintiffs' injuries; Certain Defendants' and co-conspirators' actions during, among other things, the weekend of August 11 and 12 | Contact c/o Kaplan Hecker & Fink, LLP<br>350 5th Avenue, 63rd Floor<br>New York, NY 10118 |
| 30 | Webb, Nadia, Psy.D, MPAP, ABPdN, FACPN | Certain Plaintiffs' injuries and future health needs and the opinions expressed in her expert report, including the basis of her opinions | Contact c/o Kaplan Hecker & Fink, LLP<br>350 5th Avenue, 63rd Floor<br>New York, NY 10118 |
| 31 | Weiss, David, M.D. | Certain Plaintiffs' injuries and future medical care needs | Contact c/o Kaplan Hecker & Fink, LLP<br>350 5th Avenue, 63rd Floor<br>New York, NY 10118 |

The Plaintiffs expect to present deposition testimony from the following witnesses, but reserve the right to present live testimony if necessary:

| **Witnesses Who May Testify by Deposition** | | | |
|---|---|---|---|
| 1 | Alduino, Erica | Certain Defendants' and co-conspirators' actions and ideology | Contact c/o Kaplan Hecker & Fink, LLP<br>350 5th Avenue, 63rd Floor<br>New York, NY 10118 |
| 2 | Baker, Robert (Ike) | Certain Defendants' and co-conspirators' actions and ideology | c/o Bryan Jones, Esq.<br>106 W. South St., Suite 211<br>Charlottesville, VA 22902 |
| 3 | Casey, Patrick | Certain Defendants' and co-conspirators' actions | c/o James E. Kolenich, Esq.<br>Kolenich Law Office<br>9435 Waterstone Blvd. #140<br>Cincinnati, OH 45249 |
| 4 | Chesny, Michael | Certain Defendants' and co-conspirators' actions and ideology | Contact c/o Kaplan Hecker & Fink, LLP<br>350 5th Avenue, 63rd Floor<br>New York, NY 10118 |
| 5 | Colucci, Burt | Certain Defendants' and co-conspirators' actions and ideology | c/o William Edward ReBrook, IV, Esq.<br>The ReBrook Law Office<br>6013 Clerkenwell Court |

| | | | Burke, VA 22015 |
|---|---|---|---|
| 6 | Daley, Benjamin Drake | Certain Defendants' and co-conspirators' actions during, among other things, the weekend of August 11 and 12 | Contact c/o Kaplan Hecker & Fink, LLP 350 5th Avenue, 63rd Floor New York, NY 10118 |
| 7 | Duffy, Shane | Certain Defendants' and co-conspirators' actions and ideology | Contact c/o Kaplan Hecker & Fink, LLP 350 5th Avenue, 63rd Floor New York, NY 10118 |
| 8 | Froelich, Samantha | Certain Defendants' and co-conspirators' actions and ideology | Contact c/o Kaplan Hecker & Fink, LLP 350 5th Avenue, 63rd Floor New York, NY 10118 |
| 9 | Griffin, Bradley | Certain Defendants' and co-conspirators' actions and ideology | Contact c/o Kaplan Hecker & Fink, LLP 350 5th Avenue, 63rd Floor New York, NY 10118 |
| 10 | Hopper, Dillon | Certain Defendants' and co-conspirators' actions and ideology | Contact c/o Kaplan Hecker & Fink, LLP 350 5th Avenue, 63rd Floor New York, NY 10118 |
| 11 | Pistolis, Vasilios | Certain Defendants' and co-conspirators' actions and ideology | Contact c/o Kaplan Hecker & Fink, LLP 350 5th Avenue, 63rd Floor New York, NY 10118 |
| 12 | Rousseau, Thomas | Certain Defendants' and co-conspirators' actions and ideology | Contact c/o Kaplan Hecker & Fink, LLP 350 5th Avenue, 63rd Floor New York, NY 10118 |

The Plaintiffs may call the following additional witnesses at trial if the need arises:

| **Witnesses Plaintiffs May Call** | | | |
|---|---|---|---|
| 1 | Baumbusch, Clark, M.D. | Certain Plaintiffs' injuries and future medical care needs | Contact c/o Kaplan Hecker & Fink, LLP 350 5th Avenue, 63rd Floor New York, NY 10118 |
| 2 | Blee, Kathleen, Ph.D. | Characteristics of the white supremacist movement and whether Defendants' utilized tools and tactics of the white supremacist movement and the opinions expressed in her expert report, including the basis of her opinions | Contact c/o Kaplan Hecker & Fink, LLP 350 5th Avenue, 63rd Floor New York, NY 10118 |

| 3 | Broshek, Donna, Ph.D. | Certain Plaintiffs' injuries and future medical care needs | Contact c/o Kaplan Hecker & Fink, LLP 350 5th Avenue, 63rd Floor New York, NY 10118 |
|---|---|---|---|
| 4 | Collins, James P.T. | Certain Plaintiffs' injuries and future medical care needs | Contact c/o Kaplan Hecker & Fink, LLP 350 5th Avenue, 63rd Floor New York, NY 10118 |
| 5 | Elliot, Melissa | Certain Defendants' and co-conspirators' actions during, among other things, the weekend of August 11 and 12; Authentication of video footage | Contact c/o Kaplan Hecker & Fink, LLP 350 5th Avenue, 63rd Floor New York, NY 10118 |
| 6 | Fischer, Ford | Certain Defendants' and co-conspirators' actions during, among other things, the weekend of August 11 and 12; Authentication of video footage | Contact c/o Kaplan Hecker & Fink, LLP 350 5th Avenue, 63rd Floor New York, NY 10118 |
| 7 | Galbraith, Ted, DDS | Certain Plaintiffs' injuries and future medical care needs | Contact c/o Kaplan Hecker & Fink, LLP 350 5th Avenue, 63rd Floor New York, NY 10118 |
| 8 | Gilmore, Janice, LPC | Certain Plaintiffs' injuries and future mental health needs | Contact c/o Kaplan Hecker & Fink, LLP 350 5th Avenue, 63rd Floor New York, NY 10118 |
| 9 | Gwathmey, Frank M.D. | Certain Plaintiffs' injuries and future medical care needs | Contact c/o Kaplan Hecker & Fink, LLP 350 5th Avenue, 63rd Floor New York, NY 10118 |
| 10 | Hartka, Thomas, M.D. | Certain Plaintiffs' injuries and future medical care needs | Contact c/o Kaplan Hecker & Fink, LLP 350 5th Avenue, 63rd Floor New York, NY 10118 |
| 11 | McCoy, Martha, LCSW | Certain Plaintiffs' injuries | Contact c/o Kaplan Hecker & Fink, LLP 350 5th Avenue, 63rd Floor New York, NY 10118 |
| 12 | Menning, Rebekah | Certain Defendants' and co-conspirators' actions during, among other things, the weekend of August 11 and 12 | Contact c/o Kaplan Hecker & Fink, LLP 350 5th Avenue, 63rd Floor New York, NY 10118 |
| 13 | Meyer, Brant | Authentication and/or explanation of certain materials related to Defendants; the actions of Defendant Fields | Contact c/o Kaplan Hecker & Fink, LLP 350 5th Avenue, 63rd Floor New York, NY 10118 |

| 14 | Nadell, Pam, Ph.D.[3] | History, ideology, symbolism, and rhetoric of antisemitism; historical and theoretical assessment of symbols and rhetoric displayed during the weekend of August 11 and 12 | Contact c/o Kaplan Hecker & Fink, LLP 350 5th Avenue, 63rd Floor New York, NY 10118 |
|---|---|---|---|
| 15 | O'Connor, Robert, M.D. | Certain Plaintiffs' injuries and future medical care needs | Contact c/o Kaplan Hecker & Fink, LLP 350 5th Avenue, 63rd Floor New York, NY 10118 |
| 16 | Roberts, Andrea, Ph.D. | Certain Plaintiffs' injuries and future mental health needs | Contact c/o Kaplan Hecker & Fink, LLP 350 5th Avenue, 63rd Floor New York, NY 10118 |
| 17 | Sabato, Larry, Ph.D. | Certain Defendants' and co-conspirators' actions during, among other things, the weekend of August 11 and 12 | Contact c/o Kaplan Hecker & Fink, LLP 350 5th Avenue, 63rd Floor New York, NY 10118 |
| 18 | Sims, Carol, L.P.C. | Certain Plaintiffs' injuries and future mental health needs | Contact c/o Kaplan Hecker & Fink, LLP 350 5th Avenue, 63rd Floor New York, NY 10118 |
| 19 | Solomon, Julie, PMH-NP, Ph.D. | Certain Plaintiffs' injuries and future mental health needs | Contact c/o Kaplan Hecker & Fink, LLP 350 5th Avenue, 63rd Floor New York, NY 10118 |
| 20 | Tabler, Angela | Certain Defendants and co-conspirators' actions | Contact c/o Kaplan Hecker & Fink, LLP 350 5th Avenue, 63rd Floor New York, NY 10118 |
| 21 | Vinson, Sarah Y., M.D. | Certain Plaintiffs' injuries and future mental health needs and the opinions expressed in her expert report, including the basis of her opinions | Contact c/o Kaplan Hecker & Fink, LLP 350 5th Avenue, 63rd Floor New York, NY 10118 |
| 22 | Webster, Michael | Certain Defendants' and co-conspirators' actions during, among other things, the weekend of August 11 and 12; Authentication of video footage | Contact c/o Kaplan Hecker & Fink, LLP 350 5th Avenue, 63rd Floor New York, NY 10118 |
| 23 | Wellmon, Chad | Certain Defendants' and co-conspirators' actions during, | New Cabell Hall, Room 233, 1605 Jefferson Park Ave, Charlottesville, VA 22904 |

---

[3] If Dr. Lipstadt is not able to testify in this trial because of her pending nomination, Plaintiffs will likely call Dr. Nadell to testify in Dr. Lipstadt's place.

8

|    |                                                    |                                                                                                                    |                                                                                               |
|----|----------------------------------------------------|--------------------------------------------------------------------------------------------------------------------|-----------------------------------------------------------------------------------------------|
|    |                                                    | among other things, the weekend of August 11 and 12                                                                | (434) 924-7067                                                                                |
| 24 | Wolf, Steven, M.D.                                 | Certain Plaintiffs' injuries and future mental health needs                                                        | Contact c/o Kaplan Hecker & Fink, LLP<br>350 5th Avenue, 63rd Floor<br>New York, NY 10118     |
| 25 | Young, Steve                                       | Authentication and/or explanation of certain materials related to Defendants; the actions of Defendant Fields     | Contact c/o Kaplan Hecker & Fink, LLP<br>350 5th Avenue, 63rd Floor<br>New York, NY 10118     |
| 26 | Yutzy, Tyler                                       | Certain Plaintiffs' injuries                                                                                       | Contact c/o Kaplan Hecker & Fink, LLP<br>350 5th Avenue, 63rd Floor<br>New York, NY 10118     |
| **Document Custodians**[4] |||
| 1  | Aetna                                              | Authentication of insurance records                                                                                | 151 Farmington Ave.<br>Hartford, CT 06156<br>(800) 872-3862                                   |
| 2  | Alphatelemed                                       | Authentication of medical records                                                                                  | Alphatelemed<br>2615 Columbia Pike Ste. 100<br>Arlington, VA 22204<br>(703) 589-9964          |
| 3  | AT&T                                               | Authentication of phone records; description of cell site data                                                     | 11760 US Highway 1. Suite 300<br>North Palm Beach, FL 33408<br>(800) 291-4952                 |
| 4  | Banner University Medical Center Tuscon            | Authentication of medical records                                                                                  | 1625 N Campbell Ave<br>Tucson, AZ 85719<br>(520) 694-5102                                     |
| 5  | Bluespring Health                                  | Authentication of medical records                                                                                  | 21335 Signal Hill Plaza, Ste. 270<br>Sterling, VA, 20164<br>(703) 682-2471                    |
| 6  | Bon Secours In Motion Physical Therapy             | Authentication of medical records                                                                                  | 8260 Atlee Road<br>Mechanicsville, VA 23116<br>(804) 442-3670                                 |
| 7  | Bon Secours Medical Group Neurology Clinic         | Authentication of medical records                                                                                  | 601 Watkins Center Pkwy. Ste. 250<br>Midlothian, VA 23114<br>(804) 325-8750                   |

---

[4] Plaintiffs hope to eliminate the need for many of the document custodian witnesses by agreement of the parties, but in an abundance of caution and in the absence of a stipulation, Plaintiffs may need to call these witnesses to lay foundation for various documents and records.

| # | Name | Purpose | Address |
|---|---|---|---|
| 8 | Charlottesville Radiology LTD | Authentication of medical records | 500 Martha Jefferson Dr Charlottesville, VA 22911 (434) 244-4580 |
| 9 | Central Virginia Family Physicians Medical Group | Authentication of medical records | 1111 Corporate park Drive Suite D Forest, VA 24551 (434) 382-1125 |
| 10 | Commonwealth Family Practice | Authentication of medical records | 10201 Krause Rd. Chesterfield, VA 23832 (804) 748-6229 |
| 11 | Counseling Alliance of Virginia | Authentication of medical records | 335 Greenbriar Dr. Suite 206 Charlottesville, VA 22901 (434) 220- 0333 |
| 12 | Discord | Authentication of records | 444 De Haro St. Suite 200 San Francisco, CA 94107 (888) 594-0085 |
| 13 | Facebook | Authentication of records | 1 Hacker Way Menlo Park, CA 94025 (650) 308-7300 |
| 14 | Gab | Authentication of records | 700 N. State St. Clarks Summit, PA 18411 (650) 477-5525 |
| 15 | Google Fi | Authentication of phone records; description of cell site data | 1600 Amphitheatre Pkwy. Mountain View, CA 94043 (650) 253-0000 |
| 16 | Impact Trial | Authentication of demonstratives | 299 Broadway, Suite 220 New York, NY 10007 (212) 967-0320 |
| 17 | Ivy Nursery Inc. | Authentication of employment and compensation records for certain Plaintiffs | 570 Broomley Road Charlottesville, VA 22901 (434) 295-1183 |
| 18 | Jefferson Ob/Gyn | Authentication of medical records | 600 Peter Jefferson Parkway Charlottesville, VA 22911 (434) 977-4488 |
| 19 | J.W. Townsend, Inc. | Authentication of employment and compensation records for certain Plaintiffs | 3980 Seminole Trail Charlottesville, VA 22911 (434) 973-1154 |
| 20 | MedExpress Urgent Care Pantops | Authentication of medical records | 260 Pantops Center Charlottesville, VA 22911 (434) 244-3027 |
| 21 | Medical & Consulting Associate | Authentication of medical records | 1503 Santa Rosa Rd. #211 Richmond, VA 23229 (804) 282-9100 |

| | | | |
|---|---|---|---|
| 22 | Move Medical Massage & Sports Therapy LLC | Authentication of medical records | 224 Carlton Rd Charlottesville, VA 22902 (434) 260-2727 |
| 23 | Nelson Byrd Woltz | Authentication of employment and compensation records for certain Plaintiffs | 310 East Market Street Charlottesville, VA 22902 (434) 984-1358 |
| 24 | Offices of Dr. Normal Murdoch-Kitt | Authentication of medical records | 3217 Chamberlayne Ave. Richmond, VA 23227 (804) 321-5400 |
| 25 | Optima Health | Authentication of medical records | 4417 Corporation Ln Virginia Beach, VA 23462 (877) 552-7401 |
| 26 | Pantops Family Medicine | Authentication of medical records | 1490 Pantops Mountain Place Suite 200, Charlottesville, VA 22911 (434) 979-4440 |
| 27 | Passages Physical Therapy | Authentication of medical records | 1110 Rose Hill Dr., Suite 101 Charlottesville, VA 22903 (434) 979-5559 |
| 28 | Patient First | Authentication of medical records | 5000 Cox Rd. Glen Allen, VA 23060 (804) 968-5700 |
| 29 | Pivot Physical Therapy LTD | Authentication of medical records | 1490 Pantops Mountain Pl Charlottesville, VA 22911 (434) 245-6472 |
| 30 | Privia Medical Group | Authentication of medical records | 950 N. Glebe Rd. Arlington, VA 22203 (571) 366-8850 |
| 31 | Roberts Home Medical, Inc. | Authentication of medical records | 1180 Seminole Trail Charlottesville, VA 22901 (434) 973-7847 |
| 32 | Senarta Martha Jefferson Orthopedics and Family Medicine | Authentication of medical records | 500 Martha Jefferson Drive Charlottesville, VA 22911 (434) 244-4580 |
| 33 | Sprint | Authentication of phone records; description of cell site data | 6200 Sprint Pkwy. Overland Park, KS 66251 (855) 560-7690 |
| 34 | Sweet Briar College Health & Counseling Services | Authentication of medical records | 134 Chapel Ln. Sweet Briar, VA 24595 (800) 831-6001 |
| 35 | T-Mobile | Authentication of phone records; description of cell site data | 3625 132nd Ave. SE Bellevue, WA 98006 (877) 413-5903 |

| 36 | Tucker Psychiatric Clinic | Authentication of medical records | 1000 Boulders Pkwy. Ste. 202 Richmond, VA 23225 (804) 320-7881 |
| --- | --- | --- | --- |
| 37 | United HealthCare | Authentication of records | 12018 Sunrise Valley Dr. Ste. 100 Reston, VA 20191 (571) 262-2245 |
| 38 | University of Virginia Department of Student Health | Authentication of medical records | 400 Brandon Ave. Charlottesville, VA 22903 (434) 924-5362 |
| 39 | University of Virginia Encompass Health Rehabilitation Center | Authentication of medical records | 535 Ray C Hunt Dr. Charlottesville, VA 22903 (434) 244-2000 |
| 40 | University of Virginia Health Systems | Authentication of medical records | 1215 Lee Street Charlottesville, VA 22903 (434) 924-0000 |
| 41 | University of Virginia Medical Center (Orthopaedics at Fontaine) | Authentication of medical records | 545 Ray C Hunt Dr Suite 1100 Charlottesville, VA 22903 (434) 243-7778 |
| 42 | Verizon | Authentication of phone records; description of cell site data | 140 West St. New York, NY 10007 (212) 395-1000 |
| 43 | Virginia Endocrinology Consultants | Authentication of medical records | 8301 Arlington Blvd. Ste. 308 Fairfax, VA 22031 (703) 676-3433 |