# EXHIBIT 2

| | |
|---|---|
| From: | Phillips, Jessica E <jphillips@paulweiss.com> |
| Sent: | Wednesday, September 15, 2021 10:11 AM |
| To: | eli.f.mosley@gmail.com; deplorabletruth@gmail.com; eli.r.kline@gmail.com |
| Cc: | Butto, Nicholas A; Phillips, Jessica E |
| Subject: | RE: Sines v. Kessler |
| Attachments: | 19114264450.pdf |

Mr. Kline,

Please let me know when you are available to meet and confer pursuant to the Court's order (attached) dated Friday, September 10, 2021.

Jessica E Phillips | Partner
Paul, Weiss, Rifkind, Wharton & Garrison LLP
2001 K Street, NW | Washington, DC 20006-1047
202 223 7338 (Direct Phone) | 202 315 3802 (Direct Fax)
jphillips@paulweiss.com | www.paulweiss.com

---

From: Phillips, Jessica E
Sent: Monday, September 13, 2021 11:19 PM
To: 'eli.f.mosley@gmail.com' <eli.f.mosley@gmail.com>; 'deplorabletruth@gmail.com' <deplorabletruth@gmail.com>; 'eli.r.kline@gmail.com' <eli.r.kline@gmail.com>
Cc: Phillips, Jessica E <JPhillips@paulweiss.com>; Butto, Nicholas A <nbutto@paulweiss.com>
Subject: Sines v. Kessler

Mr. Kline,

The trial in *Sines* v. *Kessler, et al.* is scheduled to commence on Monday, October 25, 2021. Plaintiffs expect your attendance at trial and will be calling you to testify in their case. Please confirm that you will attend the trial. Plaintiffs reserve all rights.

Jessica E Phillips | Partner
Paul, Weiss, Rifkind, Wharton & Garrison LLP
2001 K Street, NW | Washington, DC 20006-1047
202 223 7338 (Direct Phone) | 202 315 3802 (Direct Fax)
jphillips@paulweiss.com | www.paulweiss.com