IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF VIRGINIA

Charlottesville Division

Elizabeth Sines, et al

    Plaintiffs

v      Case No: 3:17-cv-072-NKM

Jason Kessler, et. al

    Defendants

**FIRST SWORN DECLARATION OF CHRISTOPHER CANTWELL REGARDING PLAINTIFF'S FAILURE TO NOTICE DEPOSITIONS**

I, Christopher Cantwell, do hereby aver under penalty of perjury this 21st day of September, 2021, that the following is true and correct:

1) I am over 18 years of age and have personal knowledge of the following.

2) As previously averred, in January 2021, I received from the Plaintiffs a thumb drive containing 128 files.

3) On September 20, 2021, I reviewed the drive of para 2, supra.

4) From my review of the thumb drive of para 2, supra, I can now affirm that I was not served with the following notices of deposition until January 2021, months after the depositions were taken:
    a) Brad Griffin, noticed March 11, 2020;
    b) Dillon "Hopper" Izarry, noticed April 28, 2020, et alia;
    c) Robert Isaacs "Baker", noticed May 28, 2020, et alia;
    d) Michael "Enoch" Peinovich, noticed May 22, 2020, et alia;

-1-

    e) Tom Rosseau, noticed June 4, 2020;

    f) Kyle Chapman, nopticed June 19, 2020.

5) Because I did not receive the notice of deposition described <u>para</u> 4, supra, until January 2021, months after the depositions had been taken, I had no opportunity to be present or represented at the depositions and had no reasonable notice thereof.

Having so averred, I sayeth no more under oath.

*[signature]*
Christopher Cantwell