# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION

| | |
|---|---|
| ELIZABETH SINES, *et al.*,<br><br>　　　　　　　　　　*Plaintiffs*,<br><br>　　　　v.<br><br>JASON KESSLER, *et al.*,<br><br>　　　　　　　　　　*Defendants*. | CASE NO. 3:17-cv-00072<br><br>TRANSPORTATION ORDER<br><br>JUDGE NORMAN K. MOON |

　　　　This case is set for trial between October 25 to November 19, 2021, beginning at 9:30 a.m. before Hon. Norman K. Moon, United States District Judge, at the United States District Courthouse in Charlottesville, Virginia.

　　　　On August 26, 2021, the Court entered an Order granting Defendant Christopher Cantwell's pro se motion for transportation to Charlottesville for trial. This day, September 21, 2021, the Court issued another Order to that effect, and the Court has construed Cantwell's motion as a petition for a writ of habeas corpus ad testificandum. Accordingly:

　　　　The Warden of USP Marion is **DIRECTED** to have

　　　　　　**Christopher Cantwell, # 00991-509**

transported to the United States District Court, 255 W. Main Street, Charlottesville, Virginia, so that he may be present in Court beginning on October 25, 2021 at 9:30 a.m., and through the close of trial.

　　　　It is so **ORDERED**.

2

The Clerk of Court is directed to send a certified copy of this Order to the Warden of USP Marion, to all counsel of record, to Cantwell, to Cantwell's case manager at USP Marion, and to the U.S. Marshal's Service.

Entered this  21st  day of September, 2021.

*Norman K. Moon*
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE