IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| ELIZABETH SINES, et al., | |
| *Plaintiffs,* | No. 3:17-cv-00072-NKM |
| v. | JURY TRIAL DEMANDED |
| JASON KESSLER, et al., | |
| *Defendants.* | |

## DEFENDANT JEFF SCHOEP'S AMENDED PRETRIAL DISCLOSURES

Comes now, Defendant Jeff Schoep, by and through counsel, respectfully submits the following AMENDED disclosures pursuant to Federal Rule of Civil Procedure 26(a)(3) and to the Amended Pretrial Order entered and filed by this Court on July 15, 2021, ECF 991.

**Amended Witness List:**

1. Defendant Jeff Schoep

2. Daryl Davis

3. Any witness on plaintiffs' or any co-defendant's witness list that has not been otherwise objected to by defense counsel.

4. Any witnesses necessary for rebuttal or impeachment purposes.

Defendant Schoep reserves the right to supplement or revise these disclosures, prior to the time of trial.

Respectfully submitted September 22, 2021.

/s/ W. Edward ReBrook, IV
W. Edward ReBrook, IV, Esq. (VBA # Bar 84719)
The ReBrook Law Office
6013 Clerkenwell Court
Burke, Virginia 22015
(571) 215-9006 (phone)
edward@rebrooklaw.com

*Counsel for Defendants Jeff Schoep, National Socialist Movement, Nationalist Front, David Matthew Parrott, Matthew Heimbach, and Traditionalist Worker Party*

## CERTIFICATE OF SERVICE

I hereby certify that on September 22, 2021, I filed the foregoing with the Clerk of Court through the CM/ECF system, which will send a notice of electronic filing to all counsel of record in the case, as well as all ECF-registered *pro se* parties.

I hereby further certify that on September 22, 2021, I served a copy of the foregoing on the following non-ECF *pro se* parties, via electronic mail, as follows:

Richard Spencer
richardbspencer@icloud.com
richardbspencer@gmail.com

Vanguard America
c/o Dillon Hopper
dillon_hopper@protonmail.com

Robert "Azzmador" Ray
azzmador@gmail.com

Elliott Kline a/k/a Eli Mosley
eli.f.mosley@gmail.com
deplorabletruth@gmail.com
eli.r.kline@gmail.com

*/s/ W. Edward Rebrook, IV*
W. Edward ReBrook, IV, Esq. (VBA #84719)
The ReBrook Law Office
6013 Clerkenwell Court
Burke, Virginia 22015
(571) 215-9006 (phone)
edward@rebrooklaw.com

*Counsel for Defendants Jeff Schoep,*

*National Socialist Movement, Nationalist Front, David Matthew Parrott, Matthew Heimbach, and Traditionalist Worker Party*