UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| ELIZABETH SINES, SETH WISPELWEY, MARISSA BLAIR, APRIL MUNIZ, MARCUS MARTIN, NATALIE ROMERO, CHELSEA ALVARADO, THOMAS BAKER and JOHN DOE,<br><br>                        Plaintiffs,<br><br>v.<br><br>JASON KESSLER, RICHARD SPENCER, CHRISTOPHER CANTWELL, JAMES ALEX FIELDS, JR., VANGUARD AMERICA, ANDREW ANGLIN, MOONBASE HOLDINGS, LLC, ROBERT "AZZMADOR" RAY, NATHAN DAMIGO, ELLIOT KLINE a/k/a/ ELI MOSLEY, IDENTITY EVROPA, MATTHEW HEIMBACH, MATTHEW PARROTT a/k/a DAVID MATTHEW PARROTT, TRADITIONALIST WORKER PARTY, MICHAEL HILL, MICHAEL TUBBS, LEAGUE OF THE SOUTH, JEFF SCHOEP, NATIONAL SOCIALIST MOVEMENT, NATIONALIST FRONT, AUGUSTUS SOL INVICTUS, FRATERNAL ORDER OF THE ALT-KNIGHTS, MICHAEL "ENOCH" PEINOVICH, LOYAL WHITE KNIGHTS OF THE KU KLUX KLAN, and EAST COAST KNIGHTS OF THE KU KLUX KLAN a/k/a EAST COAST KNIGHTS OF THE TRUE INVISIBLE EMPIRE,<br><br>                        Defendants. | Civil Action No. 3:17-cv-00072-NKM |

**PLAINTIFFS' REPONSE TO DEFENDANT CHRISTOPHER CANTWELL'S LETTER
TO THE COURT (ECF 1110)**

We write briefly in response to "Defendant Christopher Cantwell's September 22nd, 2021 Letter to the Court" (ECF 1110). While we (who Mr. Cantwell characterizes in his letter as an "army of Jewish lawyers" (*id.* at 3)) fully support any and all efforts to expedite the procedures for getting Mr. Cantwell access to documents that he claims he is being denied by virtue of his incarceration, our clients, the plaintiffs in this case, who filed this lawsuit almost four years ago, are understandably eager for this case to move forward and therefore would adamantly object to any continuation of the October 25, 2021 trial date, as discussed most recently in our prior submission to the Court dated September 23, 2021 (ECF 1108 at 1-2).

Date: September 24, 2021

                                                  Respectfully submitted,

                                                  */s/ Michael Bloch*

                                                  Roberta A. Kaplan (*pro hac vice*)
                                                  Michael L. Bloch (*pro hac vice*)
                                                  Yotam Barkai (*pro hac vice*)
                                                  Emily C. Cole (*pro hac vice*)
                                                  Alexandra K. Conlon (*pro hac vice*)
                                                  Jonathan R. Kay (*pro hac vice*)
                                                  KAPLAN HECKER & FINK LLP
                                                  350 Fifth Avenue, 63rd Floor
                                                  New York, NY 10118
                                                  Telephone: (212) 763-0883
                                                  rkaplan@kaplanhecker.com
                                                  mbloch@kaplanhecker.com
                                                  ybarkai@kaplanhecker.com
                                                  ecole@kaplanhecker.com
                                                  aconlon@kaplanhecker.com
                                                  jkay@kaplanhecker.com
                                                  *Counsel for Plaintiffs*

Of Counsel:

Roberta A. Kaplan (*pro hac vice*)
Julie E. Fink (*pro hac vice*)
Gabrielle E. Tenzer (*pro hac vice*)
Michael L. Bloch (*pro hac vice*)
Yotam Barkai (*pro hac vice*)
Emily C. Cole (*pro hac vice*)
Alexandra K. Conlon (*pro hac vice*)
Jonathan R. Kay (*pro hac vice*)
Benjamin D. White (*pro hac vice*)
KAPLAN HECKER & FINK LLP
350 Fifth Avenue, Suite 7110
New York, NY 10118
Telephone: (212) 763-0883
rkaplan@kaplanhecker.com
jfink@kaplanhecker.com
gtenzer@kaplanhecker.com
mbloch@kaplanhecker.com
ybarkai@kaplanhecker.com
ecole@kaplanhecker.com
aconlon@kaplanhecker.com
jkay@kaplanhecker.com
bwhite@kaplanhecker.com

Karen L. Dunn (*pro hac vice*)
William A. Isaacson (*pro hac vice*)
Jessica Phillips (*pro hac vice*)
Arpine S. Lawyer (*pro hac vice*)
PAUL WEISS RIFKIND WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC 20006-1047
Telephone: (202) 223-7300
Fax: (202) 223-7420
jphillips@paulweiss.com
kdunn@paulweiss.com
wisaacson@paulweiss.com
alawyer@paulweiss.com

Makiko Hiromi (*pro hac vice*)
Nicholas A. Butto (*pro hac vice*)
PAUL WEISS RIFKIND WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000
Fax: (212) 757-3990
mhiromi@paulweiss.com
nbutto@paulweiss.com

Robert T. Cahill (VSB 38562)
COOLEY LLP
11951 Freedom Drive, 14th Floor
Reston, VA 20190-5656
Telephone: (703) 456-8000
Fax: (703) 456-8100
rcahil@cooley.com

Alan Levine (*pro hac vice*)
Philip Bowman (*pro hac vice*)
COOLEY LLP
55 Hudson Yards
New York, NY 10001
Telephone: (212) 479-6260
Fax: (212) 479-6275
alevine@cooley.com
pbowman@cooley.com

2

| | |
|---|---|
| David E. Mills (*pro hac vice*) | J. Benjamin Rottenborn (VSB 84796) |
| Joshua M. Siegel (VSB 73416) | WOODS ROGERS PLC |
| Caitlin B. Munley (*pro hac vice*) | 10 South Jefferson St., Suite 1400 |
| Samantha A Strauss (*pro hac vice*) | Roanoke, VA 24011 |
| Alexandra Eber (*pro hac vice*) | Telephone: (540) 983-7600 |
| COOLEY LLP | Fax: (540) 983-7711 |
| 1299 Pennsylvania Avenue, NW | brottenborn@woodsrogers.com |
| Suite 700 | |
| Washington, DC 20004 | |
| Telephone: (202) 842-7800 | |
| Fax: (202) 842-7899 | |
| dmills@cooley.com | |
| jsiegel@cooley.com | |
| cmunley@cooley.com | |
| sastrauss@cooley.com | |
| aeber@cooley.com | |

*Counsel for Plaintiffs*

3

# CERTIFICATE OF SERVICE

I hereby certify that on September 24, 2021, I filed the foregoing with the Clerk of Court through the CM/ECF system, which will send a notice of electronic filing to:

Elmer Woodard
5661 US Hwy 29
Blairs, VA 24527
isuecrooks@comcast.net

James E. Kolenich
Kolenich Law Office
9435 Waterstone Blvd. #140
Cincinnati, OH 45249
jek318@gmail.com

*Counsel for Defendants Jason Kessler, Nathan Damigo, and Identity Europa, Inc. (Identity Evropa)*

Bryan Jones
106 W. South St., Suite 211
Charlottesville, VA 22902
bryan@bjoneslegal.com

*Counsel for Defendants Michael Hill, Michael Tubbs, and League of the South*

Joshua Smith
Smith LLC
807 Crane Avenue
Pittsburgh, PA 15216-2079
joshsmith2020@gmail.com

*Counsel for Defendants Matthew Parrott, Traditionalist Worker Party and Matthew Heimbach*

David L. Campbell
Justin Saunders Gravatt
Duane, Hauck, Davis & Gravatt, P.C.
100 West Franklin Street, Suite 100
Richmond, VA 23220
dcampbell@dhdglaw.com
jgravatt@dhdglaw.com

*Counsel for Defendant James A. Fields, Jr.*

William Edward ReBrook, IV
The ReBrook Law Office
6013 Clerkenwell Court
Burke, VA 22015
edward@rebrooklaw.com

*Counsel for Defendants Jeff Schoep, National Socialist Movement, Nationalist Front, Matthew Parrott, Traditionalist Worker Party and Matthew Heimbach*

1

I hereby certify that on September 24, 2021, I also served the following non-ECF participants via mail and electronic mail:

Richard Spencer
richardbspencer@icloud.com
richardbspencer@gmail.com

Christopher Cantwell
Christopher Cantwell 00991-509
USP Marion, 4500 Prison Rd.
P.O. Box 2000
Marion, IL 62959

Vanguard America
c/o Dillon Hopper
dillon_hopper@protonmail.com

Robert "Azzmador" Ray
azzmador@gmail.com

Elliott Kline a/k/a Eli Mosley
eli.f.mosley@gmail.com
deplorabletruth@gmail.com
eli.r.kline@gmail.com

_____
Michael L Bloch (*pro hac vice*)
KAPLAN HECKER & FINK LLP

Counsel for Plaintiffs