# Exhibit 1



■■■■,

We're now just one-month away from our trial against the Nazis, white supremacists, and hate groups responsible for the attack on Charlottesville.

And we're just under a week away from our **largest-ever event – a virtual rally on Thursday, September 30th at 7:30pm ET** bringing together our partners from the civil rights and anti-extremism communities in support of this groundbreaking lawsuit.

We've got a truly humbling array of speakers and partner organizations lined up for the rally. But before we get to that, **I wanted to share this exciting news:**



To help us reach our $100,000 fundraising goal for this rally, an anonymous group of donors has agreed to match every single gift that comes in for this event, starting right now.

We still have a significant amount to raise in the next month to cover security costs and ensure the safety of the plaintiffs and the IFA team as we head to court in the midst of ongoing threats and a global pandemic. We're counting on your support.

**Double your contribution to the Charlottesville lawsuit >>**

You can also contribute during the event if you prefer. But giving now will ensure you don't miss any of these amazing speakers at the program:

**Topher Grace**
Actor, BlackKklansman
**Rep. Jamie Raskin**
US Representative, MD-8
**Heidi Beirich**
Co-Founder, The Global Project Against Hate and Extremism
**Reverend Brenda Brown-Grooms**
Pastor, New Beginnings Christian Community
**Brenda Castillo**
President and CEO, National Hispanic Media Coalition
**Welton Chang**
Chief Technology Officer, Human Rights First
**Reverend Kaji Douša**
Senior Minister and CEO, Park Avenue Christian Church
**Margaret Huang**
President/CEO, SPLC
**Rabbi Michael Adam Latz**
Lead Rabbi, Shir Tikvah Congregation
**Salam Al-Marayati**
President, Muslim Public Affairs Council
**Oren Segal**
Vice President of the ADL Center on Extremism
**Justin Wagner**
Senior Investigations Counsel, Everytown
**Eric Ward**
Executive Director, Western States Center
**And members of the IFA team**

Yep, it's going to be an incredible evening. **If you haven't registered yet, what are you waiting for**?

**Register here to be part of our virtual rally**

That's a lot of news to share in one email, but I don't want to close without thanking **our partners** for this event: ADL, Everytown, Human Rights First, JDCA, J Street, MPAC, SPLC, and the Western States Center.

I hope you'll join us on September 30th -- and if you're in a position to do so, **I hope you'll get us closer to the finish line in this lawsuit by making a MATCHED donation today**.

Thanks so much for your support,

Amy Spitalnick
Executive Director, Integrity First for America