# Exhibit 2

**Amy Spitalnick** ✓
@amyspitalnick

I'm often asked who represents the neo-Nazi defendants in @IntegrityforUSA's Charlottesville suit.

Turns out: exactly who you'd expect. This white supremacist - who's spoken approvingly of race war & expelling Jews - just signed on to rep Matthew Heimbach



huffpost.com
The Anti-Semitic Spokesman For White Nationalist Candidate Paul Nehlen Grew Up Jewish

10:34 AM · 8/14/21 · Twitter for iPhone

5 Retweets   5 Likes