# Exhibit 3



## SEPTEMBER NEWSLETTER

▬▬,

Our trial against the neo-Nazis and white supremacists who organized the deadly Charlottesville attack is just over one month away.

As we enter the homestretch, our legal team has been busy submitting a flurry of pre-trial motions against defendants who continue to do everything in their power to evade accountability. Last week, the court granted our motion for additional sanctions against neo-Nazi Robert "Azzmador" Ray, who now faces potential fines in addition to an arrest warrant for his ongoing refusal to obey court orders.

And at IFA, we are focused on ensuring the safety and security of our lawyers and plaintiffs as far-right extremists remain emboldened across the country. Just last week, against the backdrop of violent Proud Boys clashes on the West Coast, defendant Michael Hill joined a neo-Nazi podcast to call on his racist supporters to descend on Charlottesville for the trial.

**These types of threats are why security remains our top budget line -- and why it's essential we close our fundraising gap in the next few weeks.**

If you're in a position to give, now is the time when it's needed most. Please chip in here.

**DONATE NOW →**

### IFA in the NYT

Last week, *The New York Times* published a widely-shared article detailing how the communities of Whitefish, Montana and Charlottesville, Virginia have stood up to Richard Spencer and his neo-Nazi allies in recent years.

In addition to apparently being denied tables at many restaurants, Spencer lamented the immense financial challenges our lawsuit has brought him, before we even go to trial. "Accountability matters," IFA Executive Director Amy Spitalnick told the paper -- "and it works."

Read the full article >>

### IFA Plaintiffs Win More Sanctions Against Robert "Azzmador" Ray



Credit: Abdul Aziz

And speaking of accountability, our plaintiffs won new sanctions against neo-Nazi Robert "Azzmador" Ray last week, following the defendant's continued refusal to obey court orders or sit for deposition.

Ray is a writer for the neo-Nazi Daily Stormer website, and in that role became one of the main promoters of the Unite the Right violence. He participated in the infamous tiki torch attack on the UVA campus and marched through the streets of Charlottesville the following day with a banner that read "Gas the k*kes, race war now!"

The court had previously issued a bench warrant for Ray's arrest and granted an earlier motion for evidentiary sanctions -- meaning Ray's refusal to turn over evidence can be considered by the jury as evidence of wrongdoing. The specific jury instructions are yet to be determined, but will be extraordinarily beneficial to our case next month.

Our plaintiffs have already won over $47,000 in monetary sanctions against other defendants in the case, with more pending, and could receive multi-million judgments at trial.

### The Forward Profiles IFA

Last month, The Forward published an extensive profile on the IFA team, our Charlottesville lawsuit, and our Executive Director Amy Spitalnick -- "a modern-day Nazi fighter."

As the article details, this lawsuit, with its "potentially historic implications," is especially personal for Amy. Her grandmother only survived the Holocaust due to the bravery of resistance fighters who stood up to the Nazis at great personal risk.

We don't all have such a personal connection to this case, but as neo-Nazis and white supremacists feel emboldened to carry out the kind of violence we saw in Charlottesville -- and their racist ideology increasingly seeps into the mainstream -- all of us do have a stake in this fight. And everyone supporting this lawsuit deserves the title of "modern-day Nazi fighter" as well.

Read the full article >>

### Upcoming Virtual Events

**Thursday, September 30**
**Unite Against Nazis - A Virtual Rally in Support of IFA's Groundbreaking Charlottesville Lawsuit**

In just a few weeks, we'll be hosting our largest-ever virtual event with a broad network of allied organizations and some very special guests. This event will be one of our final opportunities before trial to raise awareness of our lawsuit and bring in critically-needed funds to support of our plaintiffs.

Watch our Instagram, Facebook, and Twitter for speaker announcements in the coming week -- and in the meantime, please register for the event and invite friends to join.

**Register now**

**Thursday, October 7**
**The Temple Emanu-El Streicker Center Presents - Integrity First for America: Exposing the Web of Hatred**

The Streicker Center is known for fantastic programming. This October they're holding events with Hillary Clinton, Anderson Cooper, and a slew of notable authors -- so we're honored that they're hosting IFA a second time on the eve of our trial. Our team will detail how our Charlottesville case connects to the Capitol insurrection and the overall rise in violent extremism witnessed in recent years -- and the importance of bringing these extremists to justice.

**Register here**