UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

ELIZABETH SINES, SETH WISPELWEY, MARISSA BLAIR, APRIL MUÑIZ, MARCUS MARTIN, NATALIE ROMERO, CHELSEA ALVARADO, JOHN DOE, and THOMAS BAKER,

                             **Plaintiffs,**

v.

JASON KESSLER, et al.,

                             **Defendants.**

Civil Action No. 3:17-cv-00072-NKM

**PLAINTIFFS' OBJECTIONS TO DEFENDANTS' RULE 26(a)(3) DISCLOSURES**

In accordance with the Court's July 15, 2021 Scheduling Order and pursuant to Fed. R. Civ. P. Rule 26(a)(3)(A), Plaintiffs set forth the following objections to the proposed exhibits identified by defendants, and without waiver to Plaintiffs' Motions in Limine filed in this matter. Plaintiffs reserve the right to add further objections based on additional information (including, for example, the testimony of witnesses presented by Defendants at trial), such as objections on the basis of relevance, lack of an adequate foundation, hearsay, or other bases set forth in the Federal Rules of Evidence.

I. **OBJECTIONS TO DEFENDANT CANTWELL'S EXHIBIT LIST**

| No.[1] | DESCRIPTION | BATES OR DOCKET NUMBER | OBJECTION[2] |
|---|---|---|---|
| 1 | Exhibit121-GorcenskiLS1.mp4 | Dkt No. 614 | 402; 403; 802; 805; 901 |
| 2 | Exhibit122-GorcenskiLS2.mp4 | Dkt No. 614 | 402 |
| 3 | Exhibit123-GorcenskiLS3.mp4 | Dkt No. 614 | 602; 802; 805; 901 |
| 4 | Exhibit124-GorcenskiLS4.mp4 | Dkt No. 614 | 602; 802; 805; 901 |
| 13 | IDidNotDraw.mp4 | N/A | 402; 802; 805 |
| 21 | Exhibit8-CPDMisdemeanor.mp3 | Dkt No. 614 | 402; 403; 802; 805; 901 |
| 24 | Exhibit11-MikeLongoCPReport | Dkt No. 614 | 402; 403; 404; 602; 802 |
| 25 | Exhibit12-Heaphy.pdf | Dkt No. 614 | 402; 403; 701; 802; 805; 901 |
| 26 | Exhibit13-GorcenskiDangerousAntifa.pdf | Dkt No. 614 | 402; 403; 802; 805; 901 |
| 27 | Exhibit14-Unnamedandpseudonymous.pdf | Dkt No. 614 | 402; 403; 802; 901 |
| 28 | Exhibit15-CantwellPrelim.pdf | Dkt No. 614 | 402; 403; 802; 805; 901 |
| 32 | Exhibit19-FightNarrated.mp4 | Dkt No. 614 | 402; 403; 602; 802; 805; 901 |
| 33 | Exhibit20-GorcenskiRelease.pdf | Dkt No. 614 | 402; 403; 901 |
| 35 | Exhibit22-Cantwell-v-Gorcenski-Complaint.docx | Dkt No. 614 | 402; 403; 802; 805; 901 |
| 36 | Exhibit23-DixonConfession.mp4 | Dkt No. 614 | 402; 403; 802; 805; 901 |
| 37 | Exhibit24-UTR-Updates-Blogpost.pdf | Dkt No. 614 | 802; 805 |
| 38 | Exhibit25-DHS-LawfullyOrganized.pdf | Dkt No. 614 | 402; 403; 802; 805; 901 |
| 39 | Exhibit26-SueANazi.pdf | Dkt No. 614 | 402; 403; 802; 805; 901 |
| 40 | Exhibit27-BreakTheBack.pdf | Dkt No. 614 | 402; 403; 802; 805; 901 |
| 41 | Exhibit28-CapitalOfAntifa.mp4 | Dkt No. 614 | 402; 403; 802; 805; 901 |
| 42 | Exhibit29-ClarityOfRupture.pdf | Dkt No. 614 | 402; 403; 802; 805; 901 |

---

[1]   Defendant Cantwell's exhibit list was not numbered. For clarity, Plaintiffs have assigned numbers to Cantwell's exhibits in the order the exhibits appear on Cantwell's list.

[2]   Objections refer to the Federal Rules of Evidence unless otherwise indicated.

| 43 | Exhibit30-ViolenceAgainstPolice.pdf | Dkt No. 614 | 402; 403; 802; 805; 901 |
|---|---|---|---|
| 44 | Exhibit31-IGDTorchMarch.pdf | Dkt No. 614 | 402; 403; 802; 805; 901 |
| 46 | Exhibit33-AntifaSpray.mp4 | Dkt No. 614 | 402; 802; 805; 901 |
| 47 | Exhibit34-KesslerACLU-Win.pdf | Dkt No. 614 | 402; 403; 802; 805; 901 |
| 48 | Exhibit35-Glamour.pdf | Dkt No. 614 | 402; 403; 802; 805; 901 |
| 49 | Exhibit36-BikeLock.pdf | Dkt No. 614 | 402; 403; 802; 805; 901 |
| 50 | Exhibit37-DiversityOfTactics.pdf | Dkt No. 614 | 402; 403; 802; 805; 901 |
| 51 | Exhibit38-BlackBloc.pdf | Dkt No. 614 | 402; 403; 802; 805; 901 |
| 52 | Exhibit39-Diversity.pdf | Dkt No. 614 | 402; 403; 802; 805; 901 |
| 53 | Exhibit40-AttacksBeforeA12.pdf | Dkt No. 614 | 402; 403; 802; 805; 901 |
| 54 | Exhibit41-BirdDogging.pdf | Dkt No. 614 | 402; 403; 802; 805; 901 |
| 55 | Exhibit42-SolidarityGJR.pdf | Dkt No. 614 | 402; 403; 802; 805; 901 |
| 56 | Exhibit43-SolidarityMeansSilence.pdf | Dkt No. 614 | 402; 403; 602; 802; 805; 901 |
| 57 | Exhibit44-LeftistLawyer.pdf | Dkt No. 614 | 402; 403; 802; 805; 901 |
| 58 | Exhibit45-GorcenskiDoxing.pdf | Dkt No. 614 | 402; 403; 802; 805; 901 |
| 59 | Exhibit46-VFArrest2.pdf | Dkt No. 614 | 402; 403; 802; 805; 901 |
| 60 | Exhibit47-23ArrestedJ8.pdf | Dkt No. 614 | 402; 403; 802; 805; 901 |
| 61 | Exhibit48-J8Stream1.mp4 | Dkt No. 614 | 402; 403; 802; 805; 901 |
| 62 | Exhibit49-J8Stream2.mp4 | Dkt No. 614 | 402; 403; 802; 805; 901 |
| 63 | Exhibit50-Pleasants.pdf | Dkt No. 614 | 402; 403; 802; 805; 901 |
| 64 | Exhibit51-WhoAreTheAntifa.pdf | Dkt No. 614 | 402; 403; 802; 805; 901 |
| 65 | Exhibit52-SethsBatallions.pdf | Dkt No. 614 | 402; 403; 802; 805; 901 |
| 66 | Exhibit53-CBS19J8.pdf | Dkt No. 614 | 802; 805; 901 |
| 67 | Exhibit54-RevGor.pdf | Dkt No. 614 | 402; 403; 901 |

| | | | |
|---|---|---|---|
| 68 | Exhibit55-IGD-GJResist1.pdf | Dkt No. 614 | 402; 403; 802; 805; 901 |
| 69 | Exhibit56-IGD-GJResist2.pdf | Dkt No. 614 | 402; 403; 802; 805; 901 |
| 71 | Exhibit56-URGangForces.pdf | Dkt No. 614 | 402; 403; 802; 805; 901 |
| 72 | Exhibit57-PittsburghTrumpAttack.pdf | Dkt No. 614 | 402; 403; 802; 805; 901 |
| 73 | Exhibit58-IGDAtlanta.pdf | Dkt No. 614 | 402; 403; 802; 805; 901 |
| 74 | Exhibit59-IGDMayDay.pdf | Dkt No. 614 | 402; 403; 802; 805; 901 |
| 75 | Exhibit60-IGDAgainstCiv.pdf | Dkt No. 614 | 402; 403; 802; 805; 901 |
| 76 | Exhibit61-IGDPrisonRebels.pdf | Dkt No. 614 | 402; 403; 802; 805; 901 |
| 77 | Exhibit62-IGDThrowingRocks.pdf | Dkt No. 614 | 402; 403; 802; 805; 901 |
| 78 | Exhibit63-IGDGloriousRiot.pdf | Dkt No. 614 | 402; 403; 802; 805; 901 |
| 79 | Exhibit64-IGDJoinResistance.pdf | Dkt No. 614 | 402; 403; 802; 805; 901 |
| 80 | Exhibit65-IGDAnarchistsDestroy.pdf | Dkt No. 614 | 402; 403; 802; 805; 901 |
| 81 | Exhibit66-IGDProblemofPeace.pdf | Dkt No. 614 | 402; 403; 802; 805; 901 |
| 82 | Exhibit67-IGDWarOnStreets.pdf | Dkt No. 614 | 402; 403; 802; 805; 901 |
| 83 | Exhibit68-IGDWarOnStreetsFull.pdf | Dkt No. 614 | 402; 403; 802; 805; 901 |
| 84 | Exhibit69-IGDDefenseofBloc.pdf | Dkt No. 614 | 402; 403; 802; 805; 901 |
| 85 | Exhibit70-IGDWisdomOfRioters.pdf | Dkt No. 614 | 402; 403; 802; 805; 901 |
| 86 | Exhibit71-DrivenOutOfCVille.pdf | Dkt No. 614 | 402; 403; 802; 805; 901 |
| 87 | Exhibit72-IGDSixMonths.pdf | Dkt No. 614 | 402; 403; 802; 805; 901 |
| 88 | Exhibit73-MasseySprayA12.mp4 | Dkt No. 614 | 901 |
| 90 | Exhibit73-PhillyCrewA12b.mp4 | Dkt No. 614 | 402; 403 |
| 91 | Exhibit74-PhillyCrewA12c.mp4 | Dkt No. 614 | 402; 403; 802; 805; 901 |
| 92 | Exhibit75-PhillyCrewA12d.mp4 | Dkt No. 614 | 402; 403; 802; 805; 901 |

| 93 | Exhibit76-MasseyWaPo.pdf | Dkt No. 614 | 402; 403; 802; 805; 901 |
|---|---|---|---|
| 94 | Exhibit77-NJKeenan2011.pdf | Dkt No. 614 | 402; 403; 802; 805; 901 |
| 96 | Exhibit79-LovePark.pdf | Dkt No. 614 | 402; 403; 802; 805; 901 |
| 97 | Exhibit80-LovePark2.pdf | Dkt No. 614 | 402; 403; 802; 805; 901 |
| 98 | Exhibit81-EthnicIntimidation1.pdf | Dkt No. 614 | 402; 403; 802; 805; 901 |
| 99 | Exhibit82-EthnicIntimidation2.pdf | Dkt No. 614 | 402; 403; 802; 805; 901 |
| 100 | Exhibit83-EthnicIntimidation3.pdf | Dkt No. 614 | 402; 403; 802; 805; 901 |
| 101 | Exhibit84-EthnicIntimidation4.pdf | Dkt No. 614 | 402; 403; 802; 805; 901 |
| 102 | Exhibit85-A12Clash1.mp4 | Dkt No. 614 | 805 |
| 103 | Exhibit86-LuckyToHaveAShield.mp4 | Dkt No. 614 | 805 |
| 105 | Exhibit88-Infowars1.mp4 | Dkt No. 614 | 802; 805; 901 |
| 106 | Exhibit89-Infowars2.mp4 | Dkt No. 614 | 802; 805; 901 |
| 109 | Exhibit92-FBIBatonReceipt.png | Dkt No. 614 | 402; 403; 802; 805; 901 |
| 110 | Exhibit93-MoersJuly.mp4 | Dkt No. 614 | 402; 403; 805; 901 |
| 112 | Exhibit95-PinDown.pdf | Dkt No. 614 | 402; 403; 802; 805; 901 |
| 113 | Exhibit96-MintonMurder1a.pdf | Dkt No. 614 | 402; 403; 802; 805; 901 |
| 114 | Exhibit97-MintonMurder1b.pdf | Dkt No. 614 | 402; 403; 802; 805; 901 |
| 115 | Exhibit98-MintonMurder2.pdf | Dkt No. 614 | 402; 403; 802; 805; 901 |
| 116 | Exhibit99-GorcenskiHeadCount.mp4 | Dkt No. 614 | 802; 805; 901 |
| 118 | Exhibit101-GorcenskiOnCivilRights.mp4 | Dkt No. 614 | 402; 403; 602; 802; 805; 901 |
| 119 | Exhibit102-SURJGFM.pdf | Dkt No. 614 | 402; 403; 802; 805; 901 |
| 120 | Exhibit103-BondFund.pdf | Dkt No. 614 | 402; 403; 802; 805; 901 |
| 121 | Exhibit104-UVAWNPoll.pdf | Dkt No. 614 | 402; 403; 802; 805; 901 |
| 122 | Exhibit105-UVAReutersExtremePoll.pdf | Dkt No. 614 | 402; 403; 802; 805; 901 |
| 123 | Exhibit106-ABCNaziPoll.pdf | Dkt No. 614 | 402; 403; 802; 805; 901 |

| 124 | Exhibit107-RassAntifa17.pdf | Dkt No. 614 | 402; 403; 802; 805; 901 |
|---|---|---|---|
| 125 | Exhibit108-RassAntifa18.pdf | Dkt No. 614 | 402; 403; 802; 805; 901 |
| 126 | Exhibit109-RassAntifa19.pdf | Dkt No. 614 | 402; 403; 802; 805; 901 |
| 127 | Exhibit110-HHBLMPoll17.pdf | Dkt No. 614 | 402; 403; 802; 805; 901 |
| 128 | Exhibit111-RAMeetupMember.pdf | Dkt No. 614 | 402; 403; 802; 805 |
| 129 | Exhibit113-RAMeetupEmail.pdf | Dkt No. 614 | 802; 805; 901 |
| 130 | Exhibit114-RAMeetupNonMember.pdf | Dkt No. 614 | 802; 805; 901 |
| 131 | Exhibit115-BrandishingNews.pdf | Dkt No. 614 | 802; 805; 901 |
| 132 | Exhibit116-WalmartAntifa.mp3 | Dkt No. 614 | 402; 802; 805; 901; |
| 133 | Exhibit117-WalmartCops.mp3 | Dkt No. 614 | 402; 403; 802; 805 |
| 134 | Exhibit118-Gorcenski302.pdf | Dkt No. 614 | 402; 403; 802; 805; 901 |
| 135 | Exhibit119-GorcenskiMPAffidavit.pdf | Dkt No. 614 | 402; 403; 802; 805; 901 |
| 136 | Exhibit120-RA342.mp3 | Dkt No. 614 | 802; 805 |
| 137 | Exhibit121-GorcenskiLS1.mp4 | Dkt No. 614 | 402; 403; 802; 805; 901 |
| 138 | Exhibit122-GorcenskiLS2.mp4 | Dkt No. 614 | 402 |
| 139 | Exhibit123-GorcenskiLS3.mp4 | Dkt No. 614 | 602; 802; 805; 901 |
| 140 | Exhibit124-GorcenskiLS4.mp4 | Dkt No. 614 | 602; 802; 805; 901 |
| 141 | Exhibit125-MoersTakesCamera.mp4 | Dkt No. 614 | 802; 805; 901 |
| 142 | Exhibit126-CantwellArrives.mp4 | Dkt No. 614 | 802; 805; 901 |
| 144 | Exhibit128-GorcenskiUnafraid.mp4 | Dkt No. 614 | 802; 805; 901 |
| 145 | Exhibit129-GorcenskiRecon.mp4 | Dkt No. 614 | 602; 802; 805; 901 |
| 146 | Exhibit130-Showtime.mp4 | Dkt No. 614 | 901 |
| 148 | Exhibit139-AfterShow.mp4 | Dkt No. 614 | 802; 805; 901 |

## II. OBJECTIONS TO DEFENDANTS DAMIGO, KESSLER, AND IDENTITY EUROPA'S EXHIBIT LIST

| No. | DESCRIPTION | BATES OR DOCKET NUMBER | OBJECTION |
|---|---|---|---|
| A | PDF-Socialist Rifle Association Put Blood in their Mouths | N/A | 402; 403; 802; 901 |

| | | | |
|---|---|---|---|
| B | PDF-Antifa strikes back on 8/12 | N/A | NP[3]; 402; 403; 802; 901 |
| C | PDF-Social Media Threat | N/A | NP; 402; 403; 802; 901 |
| D | PDF-Search Warrant Affidavit-Moers | N/A | NP; 402; 403; 802; 901 |
| E | PDF-Search Warrant Affidavit-Myles et al | N/A | NP; 402; 403; 802; 901 |
| F | PDF-Second Search Warrant Affidavit-Myles et al. | N/A | NP; 402; 403; 802; 901 |
| G | PDF-Social Media Threat | N/A | NP; 402; 403; 802; 901 |
| H | PDF-Social Media Threat | N/A | NP; 402; 403; 802; 901 |
| I | PDF-Berkeley Riot | N/A | NP; 402; 403; 802; 901 |
| J | PDF-Campus Speech Riot | N/A | NP; 402; 403; 802; 901 |
| K | PDF-Trump Inauguration Riot | N/A | NP; 402; 403; 802; 901 |
| L | PDF-Armed Counterprotester on 8/12 | N/A | NP; 402; 403; 802; 901 |
| M | PDF-Brent Betterley on 8/12 | N/A | NP; 106; 402; 403; 901 |
| N | PDF-Second Picture Betterley on 8/12 | N/A | NP; 402; 403; 901 |
| Q | PDF-Counterprotester with weapon on 8/12 | N/A | NP; 402; 403; 802; 901 |
| R | PDF-Counterprotester with weapon on 8/12 | N/A | NP; 402; 403; 901 |
| S | PDF-Counterprotester with gun on 8/12 | N/A | NP; 402; 403; 901 |
| T | PDF-Social Media Threat | N/A | NP; 402; 403; 802; 901 |
| U | PDF-Social Media Threat | N/A | NP; 402; 403; 802; 901 |
| V | PDF-Social Media Threat | N/A | NP; 402; 403; 802; 901 |
| W | PDF-Social Media Threat | N/A | NP; 402; 403; 802; 901 |
| X | PDF-Social Media Threat | N/A | NP; 402; 403; 802; 901 |

---

[3] NP means not produced. Plaintiffs object to all documents Defendants seek to use as exhibits at trial that have not been produced to Plaintiffs in violation of Fed. R. Civ. P. 26.

| | | | |
|---|---|---|---|
| Y | PDF-Social Media Threat | N/A | NP; 402; 403; 802; 901 |
| Z | PDF-Social Media Threat | N/A | NP; 402; 403; 802; 901 |
| AA | PDF-Federal Agency Document | N/A | NP; 402; 403; 802; 901 |
| BB | PDF-Federal Agency Document | N/A | NP; 402; 403; 802; 901 |
| CC | PDF-Federal Agency Document | N/A | NP; 402; 403; 802; 901 |
| DD | PDF-Kessler public communication | N/A | NP; 402; 403; 802; 901 |
| EE | PDF-Damigo public communication | N/A | NP; 402; 403; 802; 901 |
| FF | PDF-Antifascist public communication | N/A | NP; 106; 402; 403; 802; 901 |
| GG | PDF-Antifascist public communication | N/A | NP; 402; 403; 802; 805; 901 |
| HH | PDF-Antifascist public communication | N/A | NP; 402; 403; 802; 901 |
| II | PDF-Antifascist public communication | N/A | NP; 402; 403; 802; 901 |
| JJ | PDF-Picture of Damigo | N/A | NP; 402; 403; 901 |
| KK | PDF-media publication | N/A | NP; 402; 403; 802; 901 |
| LL | PDF-media publication | N/A | NP; 402; 403; 802; 901 |
| MM | Video-media footage Aug 11/Aug12 | N/A | NP; 402; 403; 802; 901 |
| NN | PDF-media publication | N/A | NP; 402; 403; 802; 901 |
| OO | Video-Richard Spencer | N/A | NP; 402; 403; 802; 901 |
| PP | PDF-Social Media Threat | N/A | NP; 402; 403; 802; 901 |
| QQ | PDF-Social Media Threat | N/A | NP; 402; 403; 802; 901 |
| RR | PDF-Reporter Social Media | N/A | NP; 402; 403; 802; 901 |
| SS | PDF-Antifascist Public Communication | N/A | NP; 402; 403; 802; 901 |
| TT | PDF-Antifascist Public Communication | N/A | NP; 402; 403; 802; 901 |
| UU | PDF-Media Report | N/A | NP; 402; 403; 802; 901 |

| | | | |
|---|---|---|---|
| VV | PDF-Media Report | N/A | NP; 402; 403; 802; 901 |
| WW | Video-Assault on August 12 | N/A | NP; 402; 403; 802; 901 |
| XX | Audio-Aug 12 rally planning | N/A | NP; 402; 403; 802; 901 |
| ZZ | PDF-Social Media Threat | N/A | NP; 402; 403; 802; 901 |
| AAA | PDF-Social Media Threat | N/A | NP; 402; 403; 802; 901 |
| BBB | PDF-Social Media Threat | N/A | NP; 402; 403; 802; 901 |
| CCC | PDF-Antifascist Social Media Post | N/A | NP; 402; 403; 802; 901 |
| DDD | PDF-Antifascist Social Media Post | N/A | NP; 106; 402; 403; 802; 901 |
| EEE | Video-Antifascist statement to public commission | N/A | NP; 402; 403; 802 |
| FFF | PDF-Social Media Threat | N/A | 403; 403; 802; 901 |
| GGG | PDF-Social Media Threat | N/A | NP; 402; 403; 802; 901 |
| HHH | PDF-Social Media Threat | N/A | NP; 402; 403; 802; 901 |
| III | Video-Congregate C'ville | N/A | NP; 802; 901 |
| JJJ | PDF-Congregate C'ville | N/A | NP; 106; 402; 403; 802; 901 |
| KKK | PDF-Antifascist public communication | N/A | NP; 106; 402; 403; 802; 901 |
| LLL | PDF-Antifascist public communication | N/A | NP; 402; 403; 802; 901 |
| MMM | PDF-Antifascist public communication | N/A | 402; 403; 802; 901 |
| NNN | Video-August 12 Assault | N/A | NP; 402; 403; 802; 901 |
| OOO | PDF-Antifascist public communication | N/A | NP; 402; 403; 802; 901 |
| PPP | PDF-Antifascist public communication | N/A | NP; 402; 403; 802; 805; 901 |
| QQQ | PDF-Antifascist public communication | N/A | NP; 402; 403; 802; 901 |
| RRR | PDF-Antifascist public communication | N/A | 402; 403; 802; 805 |
| SSS | PDF-Social Media Threat | N/A | NP; 402; 403; 802; 901 |

| | | | |
|---|---|---|---|
| TTT | PDF-Picture Antifascists on August 12 | N/A | NP; 402; 403; 802; 901 |
| UUU | PDF-Picture Antifascists on August 12 | N/A | NP; 402; 403; 802; 901 |
| VVV | Video-Antifascists firearms training | N/A | NP; 402; 403; 802; 901 |
| WWW | Video-Plaintiff Wispelwey | N/A | NP; 402; 403; 802; 901 |
| XXX | PDF-Social Media Threat | N/A | 402; 403; 802; 901 |
| YYY | PDF-anti White violence pre August 12 | N/A | NP; 402; 403; 802; 901 |
| ZZZ | Video-anti White violence pre August 12 | N/A | NP; 402; 403; 901 |
| AAAA | PDF-Social Media Threat | N/A | 402; 403; 802; 901 |
| BBBB | PDF-Social Media Threat | N/A | NP; 402; 403; 802; 901 |
| CCCC | PDF-Antifascist public statement | N/A | 402; 403; 802; 901 |
| DDDD | Video-Eyewitness account August 12 (Lindbeck) | N/A | NP; 402; 403; 701; 802; 901 |
| EEEE | Discord (numerous) | N/A | 402; 403; 802 |
| FFFF | Electronically Stored Information (numerous) | N/A | NP; 403; 802; 901 |
| GGGG | Facebook Chat planning for Aug 12 | N/A | NP; 802; 901 |
| HHHH | Heaphy Report | N/A | 402; 403; 701; 802; 805; 901 |
| IIII | Social Media Chat | N/A | 802; 901 |
| JJJJ | Criminal docket Massey | N/A | NP; 402; 403; 404; 802; 901 |
| KKKK | Criminal docket Keenan | N/A | NP; 402; 403; 404; 802; 901 |
| LLLL | Criminal docket Minton | N/A | NP; 402; 403; 404; 802; 901 |
| MMMM | Indictment Betterley | N/A | NP; 402; 403; 404; 802; 901 |
| NNNN | Conviction Betterley | N/A | NP; 402; 403; 802; 901 |
| OOOO | Audio Oyola | N/A | NP; 802; 901 |
| PPPP | Video Sines August 11 | N/A | 802 |
| QQQQ | Drone Footage | N/A | NP[4] |
| RRRR | Video Aug 11 torch march | N/A | NP |

---

[4] Defendants have informed us that they are having technical issues with transmitting exhibits QQQQ and RRRR to Plaintiffs, and as a result, Plaintiffs have not been able to review these files. Plaintiffs reserve the right to add further objections once they have received the files and have had the opportunity to review.

## III. OBJECTIONS TO DEFENDANT FIELDS' EXHIBIT LIST

| No. | DESCRIPTION | BATES OR DOCKET NUMBER | OBJECTION |
|---|---|---|---|
| 1 | Certified Copy of James Alex Fields' Federal Sentencing Report | N/A | 402; 403; 602; 803; 805; FRCP 26. |

## IV. OBJECTIONS TO DEFENDANTS HILL, TUBBS, AND LEAGUE OF THE SOUTH'S EXHIBIT LIST

| No. | DESCRIPTION | BATES OR DOCKET NUMBER | OBJECTION |
|---|---|---|---|
| 2 | Michael Hill Deposition Transcript | Dkt No. 823-03 | FRCP 34; 802; 805 |
| 17 | Michael Tubbs Deposition Transcript | Dkt No. 823-17 | FRCP 34; 802; 805 |
| 22 | Robert Ike Baker Deposition Transcript | Dkt No. 823-19 | FRCP 34; 802; 805 |
| 23 | Bradley Griffin Deposition Transcript | Dkt No. 823-20 | FRCP 34; 802; 805 |
| 27 | "League of the South in Pikeville, Kentucky"—website posting; https://leagueofthesouth.com/league-of-the-south-in-pikeville-kentucky/ | Dkt No. 823-24 | NP; 402; 403 |
| 29 | "Hardly peaceful, but no violence as white nationalists, protesters yell in Pikeville"—Lexington Herald Leader; https://www.kentucky.com/news/state/article147594424.html (article and video) | Dkt No. 823-26 | NP; 402; 403; 802; 901 |
| 31 | "Jihad in Tennessee"—website posting; https://leagueofthesouth.com/jihad-in-tennessee/ | Dkt No. 823-27 | NP; 402; 403; 802 |
| 32 | NCRIC Advisory Bulletin; https://nationaljustice.com/sites/default/files/2020/07/10/berkely.pdf | Dkt No. 823-28 | NP; 402; 403; 802 |
| 33 | Congressional Research Service—Antifa Article; https://crsreports.congress.gov/product/pdf/IF/IF10839/2 | Dkt No. 823-29 | NP; 402, 403, 802 |
| 39 | "The League and the Unite the Right rally"—website posting; | Dkt No. 823-30 | NP; 802 |

| | | | |
|---|---|---|---|
| | https://leagueofthesouth.com/the-league-and-the-unite-the-right-rally/ | | |
| 34 | "League of the South statement on Charlottesville"—website posting; https://leagueofthesouth.com/league-of-the-south-statement-on-charlottesville/ | Dkt No. 823-31 | NP; 403; 802 |
| 38 | Charlottesville Police Department – internal memo - City000000941 - 943 | Dkt No. 823-34; City_00000941 | 802; 805; 901 |
| 40 | Charlottesville Police Department – internal memo - City000000340 | Dkt No. 823-36; City_00000340 | 106; 403; 701; 802; 805; 901 |
| 41 | Charlottesville Police Department – internal memo - City000000341 | Dkt No. 823-37; City_00000340 | 106; 403; 701; 802; 805; 901 |
| 42 | Charlottesville Police Department – internal memo - City000000342 | Dkt No. 823-38; City_00000340 | 106; 403; 701; 802; 805, 901 |
| 43 | Charlottesville Police Department – internal memo - City000000449 | Dkt No. 823-39; City_00000446 | 403; 802; 805; 901 |
| 44 | Charlottesville Police Department – internal memo - City000000446 | Dkt No. 823-40; City_00000446 | 802; 805; 901 |
| 45 | Charlottesville Police Department – internal memo - City000000850 | Dkt No. 823-41; City_00000850 | 802; 805; 901 |
| 46 | Charlottesville Police Department – internal memo - City000000851 | Dkt No. 823-42; City_00000850 | 802; 805; 901 |
| 47 | Charlottesville Police Department – internal memo - City000000852 | Dkt No. 823-43; City_00000850 | 802; 805; 901 |
| 48 | Charlottesville Police Department – internal memo - City000000941 | Dkt No. 823-44; City_00000941 | 802; 805; 901 |
| 49 | Charlottesville Police Department – internal memo - City_00001477 | Dkt No. 823-45; City_00001477 | 802; 805; 901 |
| 50 | Charlottesville Police Department – internal memo - City_00001478 | Dkt No. 823-46; City_00001477 | 106; 802; 805; 901 |
| 52 | Charlottesville Police Department – internal memo - City000000323 | Dkt No. 823-47; City_00000323 | 802; 901 |
| 53 | Charlottesville Police Department – internal memo - City000000150 | Dkt No. 823-48; City_00000150 | 802; 805; 901 |
| 55 | Image of Antifa blockage | Dkt No. 823-49 | NP; 402; 403 |
| 56 | https://www.youtube.com/watch?v=0s8R_cGgvFY | N/A | NP; 403; 802 |
| 57 | https://archive.org/details/archiveteam_videobot_twitter_com_896384861187051520/1280x720.ts | N/A | NP; 403, 802 |
| 58 | Journalist video of Rally—NOCUSTODIAN00044709 | N/A | 402; 403; 802; 901 |
| 59 | Image of Counter protester sign | Dkt No. 823-50 | NP; 402; 403; 802 |

| | | | |
|---|---|---|---|
| 60 | Image of Counter protester sign | Dkt No. 823-51 | NP; 402; 403; 802; |
| 61 | https://ia800805.us.archive.org/26/items/periscope-1zqKVRpXbkPKB/BuzzFeed_News_-_The_KKK_neo-Nazis_and_other_hate_groups_are_in_Charlottesville_for_the_Unite_the_Right_rally.-1zqKVRpXbkPKB.ogv at 0:59-2:33, 0:49-1:09, 3:10-3:30, 3:32-3:52, 4:28-4:41 | N/A | NP; 402; 403; 802; 805 |
| 62 | https://www.youtube.com/watch?v=1FBsxSVC3-A | N/A | NP; 402; 403; 802; 805 |
| 63 | Charlottesville Police Department – internal memo - City000000107 | Dkt No. 823-52 | 802; 805; 901 |
| 64 | https://www.youtube.com/watch?app=desktop&v=qg8TRc8O7dM&feature=youtu.be | N/A | NP; 402; 403; 802; 805 |
| 65 | https://www.youtube.com/watch?v=OcPiHEZqVxQ | N/A | NP; 402; 403; 802 |
| 66 | Charlottesville Police Department – internal memo - City000000108 | Dkt No. 823-53 | 802; 805; 901 |
| 67 | Charlottesville Police Department - internal memo - City000000323 | Dkt No. 823-54 | 802; 805; 901 |
| 69 | Image of rally goer injury | Dkt No. 823-55 | NP; 402; 403 |
| 70 | Tallahassee Democrat news article; https://www.tallahassee.com/story/news/2018/01/27/heavy-law-enforcement-presencekeeps-league-south-rally-peaceful-white-supremacists/1072048001/ | Dkt No. 823-56 | NP; 402, 403; 802 |
| 71 | "A Statement on legal matter regarding League events in Middle Tennessee"—website posting; https://leagueofthesouth.com/a-statement-on-legal-matters-regarding-leagueevents-in-middle-tennessee-28-october-2017/ | Dkt No. 823-57 | 402; 403; 802 |
| 72 | "The League and the National Front at Shelbyville"—website posting; https://leagueofthesouth.com/the-league-and-nationalist-front-at-shelbyville-28-october/ | Dkt No. 823-58 | NP; 402; 403; 802 |
| 74 | "The League in Knoxville but no Antifa"—website posting; | Dkt No. 823-59 | NP; 402; 403; 802 |

| | https://leagueofthesouth.com/the-league-in-knoxville-but-no-antifa/ | | |
|---|---|---|---|
| 75 | Heaphy Report | N/A | 403; 701; 802; 805; 901 |
| 76 | https://www.youtube.com/watch?v=_TWCEV5U09c&feature=youtu.be | N/A | 402; 403; 802 |
| 77 | Image of rally goer injury | Dkt No. 823-60 | NP; 402; 403 |
| 78 | Declaration of Michael Hill | Dkt No. 823-61 | 802 |
| 79 | Declaration of Michael Tubbs | Dkt No. 823-62 | 802 |
| 80 | Declaration of Robert Baker | Dkt No. 823-63 | 802 |
| 81 | Plaintiff Wispelwey Deposition Transcript | Dkt No. 823-64 | FRCP 32, 802, 805 |

## V. OBJECTIONS TO DEFENDANT SCHOEP and NSM'S EXHIBIT LIST

| No. | DESCRIPTION | BATES OR DOCKET NUMBER | OBJECTION |
|---|---|---|---|
| 1 | FINAL REPORT: Independent Review of the 2017 Protest Events in Charlottesville, Virginia, ("Heaphy Report") by Timothy Heaphy, Hunton & Williams LLP | N/A | 402; 403; 701; 802; 805; 901 |

## VI. OBJECTIONS TO DEFENDANT SPENCER'S EXHIBIT LIST

| No.[5] | DESCRIPTION | BATES OR DOCKET NUMBER | OBJECTION |
|---|---|---|---|
| 1 | Spencer's First Set of Interrogatories | Dkt No. 895-1 | 802; 805 |
| 3 | First Deposition of Jason Kessler, Abridged | Dkt No. 895-1 | 802; 805 |
| 4 | Second Deposition of Jason Kessler, Abridged | Dkt No. 895-1 | 802; 805 |
| 6 | Unicorn Riot, "Discord Leaks," search query for "Spencer" and Spencer handle in Unicorn Riot's archive | Dkt No. 895-1 | 802; 805; 901 |
| 7 | @richardbspencer, Twitter.com, 12:38 PM, August 12, 2017 | Dkt No. 895-1 | 802; 805; 901 |

---

[5] Defendant Spencer's exhibit list was not numbered. For clarity, Plaintiffs' have added numbering to the exhibits based on the order in which they appear in Spencer's Motion for Summary Judgment.

| 8 | Richard Spencer, "Facing the Future as a Minority," The American Renaissance Conference, April 5-7, 2013, Nashville, Tennessee; published as "Facing The Future as a Minority," *Radix Journal*, September 28, 2016 [2013] | Dkt No. 895-1 | 402; 802; 805 |
|---|---|---|---|

Date: September 28, 2021

Respectfully submitted,

/s/ Michael Bloch

Roberta A. Kaplan (*pro hac vice*)
Michael L. Bloch (*pro hac vice*)
Yotam Barkai (*pro hac vice*)
Emily C. Cole (*pro hac vice*)
Alexandra K. Conlon (*pro hac vice*)
Jonathan R. Kay (*pro hac vice*)
KAPLAN HECKER & FINK LLP
350 Fifth Avenue, 63rd Floor
New York, NY 10118
Telephone: (212) 763-0883
rkaplan@kaplanhecker.com
mbloch@kaplanhecker.com
ybarkai@kaplanhecker.com
ecole@kaplanhecker.com
aconlon@kaplanhecker.com
jkay@kaplanhecker.com
*Counsel for Plaintiffs*

Of Counsel:

Roberta A. Kaplan (*pro hac vice*)
Julie E. Fink (*pro hac vice*)
Gabrielle E. Tenzer (*pro hac vice*)
Michael L. Bloch (*pro hac vice*)
Yotam Barkai (*pro hac vice*)
Emily C. Cole (*pro hac vice*)
Alexandra K. Conlon (*pro hac vice*)
Jonathan R. Kay (*pro hac vice*)
Benjamin D. White (*pro hac vice*)

Karen L. Dunn (*pro hac vice*)
William A. Isaacson (*pro hac vice*)
Jessica Phillips (*pro hac vice*)
Arpine S. Lawyer (*pro hac vice*)
PAUL WEISS RIFKIND WHARTON &
GARRISON LLP
2001 K Street, NW
Washington, DC 20006-1047

KAPLAN HECKER & FINK LLP
350 Fifth Avenue, Suite 7110
New York, NY 10118
Telephone: (212) 763-0883
rkaplan@kaplanhecker.com
jfink@kaplanhecker.com
gtenzer@kaplanhecker.com
mbloch@kaplanhecker.com
ybarkai@kaplanhecker.com
ecole@kaplanhecker.com
aconlon@kaplanhecker.com
jkay@kaplanhecker.com
bwhite@kaplanhecker.com

Telephone: (202) 223-7300
Fax: (202) 223-7420
jphillips@paulweiss.com
kdunn@paulweiss.com
wisaacson@paulweiss.com
alawyer@paulweiss.com

Makiko Hiromi (*pro hac vice*)
Nicholas A. Butto (*pro hac vice*)
PAUL WEISS RIFKIND WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000
Fax: (212) 757-3990
mhiromi@paulweiss.com
nbutto@paulweiss.com

Robert T. Cahill (VSB 38562)
COOLEY LLP
11951 edom Drive, 14th Floor
Reston, VA 20190-5656
Telephone: (703) 456-8000
Fax: (703) 456-8100
rcahil@cooley.com

Alan Levine (*pro hac vice*)
Philip Bowman (*pro hac vice*)
COOLEY LLP
55 Hudson Yards
New York, NY 10001
Telephone: (212) 479-6260
Fax: (212) 479-6275
alevine@cooley.com
pbowman@cooley.com
J. Benjamin Rottenborn (VSB 84796)
WOODS ROGERS PLC
10 South Jefferson St., Suite 1400
Roanoke, VA 24011
Telephone: (540) 983-7600
Fax: (540) 983-7711
brottenborn@woodsrogers.com

David E. Mills (*pro hac vice*)
Joshua M. Siegel (VSB 73416)
Caitlin B. Munley (*pro hac vice*)
Samantha A Strauss (*pro hac vice*)
Alexandra Eber (*pro hac vice*)
COOLEY LLP
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004
Telephone: (202) 842-7800

Fax: (202) 842-7899
dmills@cooley.com
jsiegel@cooley.com
cmunley@cooley.com
sastrauss@cooley.com
aeber@cooley.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

   I hereby certify that on September 28, 2021, I filed the foregoing with the Clerk of Court through the CM/Dkt No. system, which will send a notice of electronic filing to:

Elmer Woodard
5661 US Hwy 29
Blairs, VA 24527
isuecrooks@comcast.net

James E. Kolenich
Kolenich Law Office
9435 Waterstone Blvd. #140
Cincinnati, OH 45249
jek318@gmail.com

*Counsel for Defendants Jason Kessler, Nathan Damigo, and Identity Europa, Inc. (Identity Evropa)*

Bryan Jones
106 W. South St., Suite 211
Charlottesville, VA 22902
bryan@bjoneslegal.com

*Counsel for Defendants Michael Hill, Michael Tubbs, and League of the South*

David L. Campbell
Justin Saunders Gravatt
Duane, Hauck, Davis & Gravatt, P.C.
100 West Franklin Street, Suite 100
Richmond, VA 23220
dcampbell@dhdglaw.com
jgravatt@dhdglaw.com

*Counsel for Defendant James A. Fields, Jr.*

William Edward ReBrook, IV
The ReBrook Law Office
6013 Clerkenwell Court
Burke, VA 22015
edward@rebrooklaw.com

*Counsel for Defendants Jeff Schoep, National Socialist Movement, Nationalist Front, Matthew Parrott, Traditionalist Worker Party and Matthew Heimbach*

Joshua Smith
Smith LLC
807 Crane Avenue
Pittsburgh, PA 15216-2079
joshsmith2020@gmail.com

*Counsel for Defendants Matthew Parrott, Traditionalist Worker Party and Matthew Heimbach*

I hereby certify that on September 28, 2021, I also served the following non-Dkt No. participants via mail and electronic mail:

Richard Spencer
richardbspencer@icloud.com
richardbspencer@gmail.com

Christopher Cantwell
Christopher Cantwell 00991-509
USP Marion, 4500 Prison Rd.
P.O. Box 2000
Marion, IL 62959

Vanguard America
c/o Dillon Hopper
dillon_hopper@protonmail.com

Robert "Azzmador" Ray
azzmador@gmail.com

Elliott Kline a/k/a Eli Mosley
eli.f.mosley@gmail.com
deplorabletruth@gmail.com
eli.r.kline@gmail.com

_____

Michael L Bloch (*pro hac vice*)
KAPLAN HECKER & FINK LLP

Counsel for Plaintiffs

2