IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILE, VA
FILED
SEP 27 2021
JULI<!-- -->A C. DUDLEY CLERK
BY: /s/ DEPUTY CLERK

Elizabeth Sines, et al [
[
    Plaintiffs [
[
v [ Case No: 3:17-cv-072-NKM
[
Jason Kessler, et al [
[
    Defendants [
[

**MOTION IN LIMINE TO PROVIDE CANTWELL WITH ACCESS TO THE DISCOVERY AND NECESSARY LEGAL MATERIALS AT TRIAL**

Comes Now the Defendant, Christopher Cantwell, and, he Moves this Court In Limine To Provide him With Access To The Discovery And Necessary Legal Materials At Trial. In support, he states as follows:

1) Writ of Habeas Corpus Ad Testificandum has been granted ordering the US Marshals Service ("USMS") to transport Cantwell to this District to defend himself at trial in this matter. Though in theory the USMS allows a person to transport legal materials with them in some cases, in practice, this never actually occurs. Further, as Cantwell has previously averred, he has been separated from much of his legal material and/or has inadequate facilities with which to access it while at USP-Marion.

2) Because Cantwell intends to present certain videos, related transcripts, and/or, other evidence at trial during examination or cross-examination of the witnesses, and, because he will not be able as a practical matter to transport that material to the Court, he asks that this Court make arrangements for all of the discovery material in this matter to be made available to him along with any equipment

-1-

necessary to present such exhibits to the jury. Cantwell will gladly work with the Clerk and/or Plaintiffs to try to predict what materials will be needed for any given day of trial if the Plaintiffs have some idea in what order they will call their witnesses and how much time they will need.

3) Cantwell also requests that the Federal Rules of Evidence and of Civil Procedure be made available to him at the Defendants' table at trial.

Respectfully Submitted,

Christopher Cantwell
USP-Marion
PO Box 1000
Marion, IL 62959

## CERTIFICATE OF SERVICE

I hereby certify that this Motion in Limine was mailed to the Clerk of the Court, 1st Class Postage Prepaid, for posting upon the ECF, to which all parties are subscribed, and, was handed to USP-Marion staff members Nathan Simpkins and/or Kathy Hill for electronic transmission to the Court this 27th day of September, 2021.

Christopher Cantwell