IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF VIRGINIA

Charlottesville Division

CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILE, VA
FILED

SEP 27 2021

JULIA C. DUDLEY, CLERK
BY: /s/
   DEPUTY CLERK

Elizabeth Sines, et al  [
   Plaintiffs  [
                [
v  [   Case No: 3:17-cv-072-NKM
                [
Jason Kessler, et al  [
   Defendants  [
                [

**FIRST SWORN DECLARATION OF CHRISTOPHER CANTWELL REGARDING PLAINTIFF'S FAILURE TO NOTICE DEPOSITIONS**

---

I, Christopher Cantwell, do hereby aver under penalty of perjury this 21st day of September, 2021, that the following is true and correct:

1) I am over 18 years of age and have personal knowledge of the following.

2) As previously averred, in January 2021, I received from the Plaintiffs a thumb drive containing 128 files.

3) On September 20, 2021, I reviewed the drive of para 2, supra.

4) From my review of the thumb drive of para 2, supra, I can now affirm that I was not served with the following notices of deposition until January 2021, months after the depositions were taken:
   a) Brad Griffin, noticed March 11, 2020;
   b) Dillon "Hopper" Izarry, noticed April 28, 2020, et alia;
   c) Robert Isaacs "Baker", noticed May 28, 2020, et alia;
   d) Michael "Enoch" Peinovich, noticed May 22, 2020, et alia;

    e) Tom Rosseau, noticed June 4, 2020;

    f) Kyle Chapman, nopticed June 19, 2020.

5) Because I did not receive the notice of deposition described <u>para</u> 4, supra, until January 2021, months after the depositions had been taken, I had no opportunity to be present or represented at the depositions and had no reasonable notice thereof.

Having so averred, I sayeth no more under oath.

                                    *[signature]*
                                    Christopher Cantwell

Christopher Cantwell
USP Marion
Inmate #00991-509
USDO Prisoner
P.O. Box 2000
Marion IL 62959

SAINT LOUIS MO 630
23 SEP 2021 PM 8 L

Office of the Clerk
US District Court for the
Western District of Virginia
- Charlottesville Division
255 West Main Street Room 304
Charlottesville, VA 22902

22902-505879