UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| ELIZABETH SINES, SETH WISPELWEY, MARISSA BLAIR, APRIL MUNIZ, MARCUS MARTIN, NATALIE ROMERO, CHELSEA ALVARADO, JOHN DOE, and THOMAS BAKER,<br><br>　　　　　　　　　　Plaintiffs,<br><br>v.<br><br>JASON KESSLER, et al.,<br><br>　　　　　　　　　　Defendants. | Civil Action No. 3:17-cv-00072-NKM |

**PLAINTIFFS' SUPPLEMENTAL BRIEF IN SUPPORT OF
THEIR RESPONSE REGARDING CHRISTOPHER CANTWELL'S
ECF FILINGS 1062, 1063, 1064, 1065, 1066, 1077, 1078, 1084, 1085, 1086,
1087, 1088, 1089, 1090, 1096, 1097, 1098, 1099, 1102, 1103**

Plaintiffs previously brought to the Court's attention that Defendant Christopher Cantwell appears to be using another inmate, William A. White, to participate in this litigation as a "ghostwriter" on his litany of recent filings. *See* ECF No. 1108 at 5-7. As Plaintiffs have explained, ghostwriting violates legal rules and reinforces the improper and harassing nature of Cantwell's conduct. *See id.*

On the single day of September 27, 2021, Cantwell made another eight submissions to the Court, all of which were docketed yesterday. *See* ECF Nos. 1119, 1120, 1121, 1122, 1123, 1124, 1125, 1126. Plaintiffs file this supplemental brief to alert the Court that, like the filings identified in Plaintiffs' previous submission, Cantwell's recent filings appear to be similarly ghostwritten. Indeed, like those other recent filings—and very much *unlike* the filings that Cantwell made before the last several weeks—they are typewritten and contain formal, Bluebook-formatted legal

citations to cases, the Federal Rules of Civil Procedure, and Virginia statutes. *See id.*; *compare id. with*, *e.g.*, ECF No. 1057 (informal handwritten submission, containing no legal citations, written in first person on lined paper).

Cantwell's apparent use of a ghostwriter is "considered the unauthorized practice of law." *see Greene v. U.S. Dep't of Educ.*, No. 4:13cv79, 2013 U.S. Dist. LEXIS 143678, at *26-27 (E.D. Va. Oct. 1, 2013); *see Sejas v. MortgageIT, Inc.*, No. 1:11CV469 JCC, 2011 WL 2471205, at *1 (E.D. Va. June 20, 2011) ("the practice of ghost-writing legal documents to be filed with the Court by litigants designated as proceeding *pro se* is inconsistent with the procedural, ethical and substantive rules of this Court" (quoting *Laremont-Lopez v. Se. Tidewater Opportunity Ctr.*, 968 F. Supp. 1075, 1080-81 (E.D. Va. 1997))). Ghostwriting also undermines Cantwell's simultaneous claims to be an unsophisticated *pro se* litigant lacking the necessary resources to meaningfully defend himself in this litigation. *See, e.g.*, ECF No. 939 at 11 (asserting that "[r]epresenting myself in this case from this correction facility would be completely impossible"); ECF No. 1062 at 2-3 (referring to himself as "*pro se*" and alleging "unavailability of legal resources to help [Cantwell] articulate his case"); *see Greene*, 2013 U.S. Dist. LEXIS 143678, at *27 ("Those who proceed *pro se* are afforded certain amounts of leniency that are not afforded represented parties. Ghost writing inexcusably abuses this leniency."); *Laremont-Lopez*, 968 F. Supp. 1075, 1078 (E.D. Va. 1997) (ghostwriting by *pro se* litigants "unfairly exploits the Fourth Circuit's mandate that the pleadings of *pro se* parties be held to a less stringent standard than pleadings drafted by lawyers").

Indeed, since September 13, 2021, when Cantwell apparently began using a ghostwriter, he has made no fewer than **32 filings** (including ten filings styled as motions *in limine* making various legal arguments)—more than some represented Defendants have made in four years of litigation on this case. *See* ECF Nos. 1062, 1063, 1064, 1065, 1066, 1077, 1078, 1084, 1085, 1086,

1087, 1088, 1089, 1090, 1096, 1097, 1098, 1099, 1102, 1103, 1109, 1110, 1119, 1120, 1121, 1122, 1123, 1124, 1125, 1126, 1132, 1133. Furthermore, as Plaintiffs also brought to the Court's attention, Cantwell's apparent ghostwriter (who was convicted of soliciting the commission of a violent federal crime against a juror) has himself been placed on a restricted communications list after sending various threatening messages. *See* ECF No. 1108 at 6-7.[1]

The arguments made in Cantwell's latest submissions—like his others—lack merit, and Plaintiffs intend to respond in a timely manner, to the extent they are not stricken. However, Plaintiffs respectfully submit that Cantwell's continued brazen use of a ghostwriter is an egregious violation that should be addressed now in the interest of avoiding further harassment of Plaintiffs and the Court and further waste of judicial resources. Plaintiffs therefore reiterate their request that the Court reject and summarily strike any filings that were written by or with the aid of White or any other ghostwriter and order that Cantwell is explicitly forbidden from using White or any other ghostwriter in his *pro se* filings.

Date: September 30, 2021

                                                                            Respectfully submitted,

                                                                            /s/ Michael Bloch

                                                                            Roberta A. Kaplan (*pro hac vice*)
                                                                            Michael L. Bloch (*pro hac vice*)
                                                                            Yotam Barkai (*pro hac vice*)
                                                                            Emily C. Cole (*pro hac vice*)
                                                                            Alexandra K. Conlon (*pro hac vice*)
                                                                            Jonathan R. Kay (*pro hac vice*)

---

[1] This is not the first time in this litigation that the issue of a Defendant using a ghostwriter has arisen. Indeed, in March 2018, in response to one of Plaintiffs' interrogatories, Defendant Michael Peinovich essentially admitted to using a ghostwriter (characterizing him as a "consulting attorney"). *See* ECF No. 330, Ex. B, at 7. When Peinovich refused to disclose the identity of his ghostwriter, contrary to binding authority, Plaintiffs moved to compel Peinovich's response. *See* ECF No. 330. In September 2018, the Court dismissed Plaintiffs' motion as moot after Peinovich was dismissed from the case. *See* ECF No. 352.

KAPLAN HECKER & FINK LLP
350 Fifth Avenue, 63rd Floor
New York, NY 10118
Telephone: (212) 763-0883
rkaplan@kaplanhecker.com
mbloch@kaplanhecker.com
ybarkai@kaplanhecker.com
ecole@kaplanhecker.com
aconlon@kaplanhecker.com
jkay@kaplanhecker.com
*Counsel for Plaintiffs*

Of Counsel:

Roberta A. Kaplan (*pro hac vice*)
Julie E. Fink (*pro hac vice*)
Gabrielle E. Tenzer (*pro hac vice*)
Michael L. Bloch (*pro hac vice*)
Yotam Barkai (*pro hac vice*)
Emily C. Cole (*pro hac vice*)
Alexandra K. Conlon (*pro hac vice*)
Jonathan R. Kay (*pro hac vice*)
Benjamin D. White (*pro hac vice*)
KAPLAN HECKER & FINK LLP
350 Fifth Avenue, Suite 7110
New York, NY 10118
Telephone: (212) 763-0883
rkaplan@kaplanhecker.com
jfink@kaplanhecker.com
gtenzer@kaplanhecker.com
mbloch@kaplanhecker.com
ybarkai@kaplanhecker.com
ecole@kaplanhecker.com
aconlon@kaplanhecker.com
jkay@kaplanhecker.com
bwhite@kaplanhecker.com

Makiko Hiromi (*pro hac vice*)
Nicholas A. Butto (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000
Fax: (212) 757-3990
mhiromi@paulweiss.com
nbutto@paulweiss.com

Alan Levine (*pro hac vice*)
Philip Bowman (*pro hac vice*)
COOLEY LLP
55 Hudson Yards
New York, NY 10001
Telephone: (212) 479-6260
Fax: (212) 479-6275
alevine@cooley.com

Karen L. Dunn (*pro hac vice*)
Jessica E. Phillips (*pro hac vice*)
William A. Isaacson (*pro hac vice*)
Arpine S. Lawyer (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
2001 K Street, NW
Washington, DC 20006-1047
Telephone: (202) 223-7300
Fax: (202) 223-7420
kdunn@paulweiss.com
jphillips@paulweiss.com
wisaacson@paulweiss.com
alawyer@paulweiss.com

Robert T. Cahill (VSB 38562)
COOLEY LLP
11951 Freedom Drive, 14th Floor
Reston, VA 20190-5656
Telephone: (703) 456-8000
Fax: (703) 456-8100
rcahill@cooley.com

David E. Mills (*pro hac vice*)
Joshua M. Siegel (VSB 73416)
Caitlin B. Munley (*pro hac vice*)
Samantha A. Strauss (*pro hac vice*)
Alexandra Eber (*pro hac vice*)
COOLEY LLP
1299 Pennsylvania Avenue, NW
Suite 700

pbowman@cooley.com

J. Benjamin Rottenborn (VSB 84796)
WOODS ROGERS PLC
10 South Jefferson St., Suite 1400
Roanoke, VA 24011
Telephone: (540) 983-7600
Fax: (540) 983-7711
brottenborn@woodsrogers.com

Washington, DC 20004
Telephone: (202) 842-7800
Fax: (202) 842-7899
dmills@cooley.com
jsiegel@cooley.com
cmunley@cooley.com
sastrauss@cooley.com
aeber@cooley.com

*Counsel for Plaintiffs*

6

## CERTIFICATE OF SERVICE

  I hereby certify that on September 30, 2021, I filed the foregoing with the Clerk of Court through the CM/ECF system, which will send a notice of electronic filing to:

Elmer Woodard
5661 US Hwy 29
Blairs, VA 24527
isuecrooks@comcast.net

James E. Kolenich
Kolenich Law Office
9435 Waterstone Blvd. #140
Cincinnati, OH 45249
jek318@gmail.com

*Counsel for Defendants Jason Kessler, Nathan Damigo, and Identity Europa, Inc. (Identity Evropa)*

Bryan Jones
106 W. South St., Suite 211
Charlottesville, VA 22902
bryan@bjoneslegal.com

*Counsel for Defendants Michael Hill, Michael Tubbs, and League of the South*

David L. Campbell
Justin Saunders Gravatt
Duane, Hauck, Davis & Gravatt, P.C.
100 West Franklin Street, Suite 100
Richmond, VA 23220
dcampbell@dhdglaw.com
jgravatt@dhdglaw.com

*Counsel for Defendant James A. Fields, Jr.*

William Edward ReBrook, IV
The ReBrook Law Office
6013 Clerkenwell Court
Burke, VA 22015
edward@rebrooklaw.com

*Counsel for Defendants Jeff Schoep, National Socialist Movement, Nationalist Front, Matthew Parrott, Traditionalist Worker Party and Matthew Heimbach*

Joshua Smith
Smith LLC
807 Crane Avenue
Pittsburgh, PA 15216-2079
joshsmith2020@gmail.com

*Counsel for Defendants Matthew Parrott, Traditionalist Worker Party and Matthew Heimbach*

I hereby certify that on September 30, 2021, I also served the following non-ECF participants via mail and electronic mail:

Richard Spencer
richardbspencer@icloud.com
richardbspencer@gmail.com

Christopher Cantwell
Christopher Cantwell 00991-509
USP Marion, 4500 Prison Rd.
P.O. Box 2000
Marion, IL 62959

Vanguard America
c/o Dillon Hopper
dillon_hopper@protonmail.com

Robert "Azzmador" Ray
azzmador@gmail.com

Elliott Kline a/k/a Eli Mosley
eli.f.mosley@gmail.com
deplorabletruth@gmail.com
eli.r.kline@gmail.com

Michael L Bloch (*pro hac vice*)
KAPLAN HECKER & FINK LLP

Counsel for Plaintiffs