IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| **ELIZABETH SINES** | : | Case No.  3:17-cv-00072 |
| Plaintiff | : | **Judge MOON**<br>**Mag. Judge Hoppe** |
| | : | |
| -v- | | |
| **JASON KESSLER et al.** | : | |
| | : | |
| Defendants | | |

_____

### DEFENDANTS' AMENDED WITNESS LIST
_____

Now come defendants Jason Kessler, Nathan Damigo, and Identity Evropa ("Defendants") and, Pursuant to Fed. R. Civ. P. 26(a)(3)(A) and the amended pretrial Order issued by the Court on July 15, 2021 (ECF 991), respectfully serve their AMENDED witness list on all other parties to this case. This list does not include the names of any rebuttal witnesses. TheDefendants did not retain any expert witnesses.

<u>Expect to Call:</u>

1)Daniel Ferguson
address provided separately

2)Detective Steve Young
Charlottesville Police Dept.

1

3) Wes Bellamy
address provided separately

4) any party to this lawsuit

5) any person who was deposed by any party

6) anyone identified or called as a witness by any party.

<u>May Call if Needed:</u>

1)Lt. Angela Tabler
University of Virginia Police Dept.

2)Captain Wendy Lewis
Charlottesville Police Department

3)Al Thomas
address provided separately


Defendants reserve the right to amend this list in light of any new information developed

before or during trial.

Respectfully Submitted,

s/   James E. Kolenich
James E. Kolenich
Kolenich Law Office
9435 Waterstone Blvd. #140
Cincinnati, OH 45249
JEK318@gmail.com

s/ Elmer Woodard
Elmer Woodard
5661 US Hwy 29
Blairs, VA 24527
isuecrooks@comcast.net

Trial Attorneys for Jason Kessler, Nathan Damigo, and Identity Evropa

## CERTIFICATE OF SERVICE

I certify the above was served on OCTOBER 2, 2021 on all ECF participants and that parties requiring service by other means were served as follows:

**Robert Ray**
*azzmador@gmail.com*
**Vanguard America c/o Dillon Hopper**
*dillon_hopper@protonmail.com*
**Elliott Kline** *eli.f.mosley@gmail.com deplorabletruth@gmail.com*
**Matthew Heimbach** *matthew.w.heimbach@gmail.com*
**Christopher Cantwell**
*#00991-509*
*USP Marion*
*4500 Prison Rd.*
*PO Box 2000*
*Marion IL 62959*

                                              Respectfully Submitted,

                                              s/   James E. Kolenich