IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| ELIZABETH SINES et al., | ) | |
| Plaintiffs, | ) | Case No. 3:17-CV-72 |
| v. | ) | |
| | ) | Judge Norman K. Moon |
| JASON KESSLER et al., | ) | |
| | ) | |
| Defendants. | ) | |

**TRIAL EXHIBIT LIST OF DEFENDANTS KESSLER, DAMICO AND IDENTITY EVROPA**
*AMENDED*

| Exhibit No. | Exhibit | |
|---|---|---|
| | | |
| A | PDF-Search Warrant Affidavit-Moers | |
| B | PDF-Search Warrant Affidavit-Myles et al | |
| C | PDF-Second Search Warrant Affidavit-Myles et al. | |
| D | Heaphy Report | |

1

Defendants reserve the right to amend this list in light of any new information developed before or during trial.

          Respectfully Submitted,

          s/   James E. Kolenich
          James E. Kolenich
          Kolenich Law Office
          9435 Waterstone Blvd. #140
          Cincinnati, OH 45249
          JEK318@gmail.com

          _s/ Elmer Woodard
          Elmer Woodard
          5661 US Hwy 29
          Blairs, VA 24527
          isuecrooks@comcast.net

          Trial Attorneys for Jason Kessler, Nathan Damigo, and Identity Evropa

## CERTIFICATE OF SERVICE

I certify the above was served on OCTOBER 2, 2021 on all ECF participants and that parties requiring service by other means were served as follows:

**Robert Ray**
*azzmador@gmail.com*
**Vanguard America c/o Dillon Hopper**
*dillon_hopper@protonmail.com*
**Elliott Kline** *eli.f.mosley@gmail.com deplorabletruth@gmail.com*
**Matthew Heimbach** *matthew.w.heimbach@gmail.com*
**Christopher Cantwell**
*#00991-509*
*USP Marion*
*4500 Prison Rd.*
*PO Box 2000*
*Marion IL 62959*

          Respectfully Submitted,

          s/   James E. Kolenich