IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF VIRGINIA

ELIZABETH SINES et al.,  )
    Plaintiffs,  )  Case No. 3:17-CV-72
v.  )
  )  Judge Norman K. Moon
JASON KESSLER et al.,  )
  )
    Defendants.  )

**TRIAL EXHIBIT LIST OF DEFENDANTS KESSLER, DAMIGO AND IDENTITY EVROPA**
*SECOND AMENDED*

| EXHIBIT NO. | EXHIBIT | |
|---|---|---|
| | | |
| A | PDF-Search Warrant Affidavit-Moers | |
| B | PDF-Search Warrant Affidavit-Myles et al | |
| C | PDF-Second Search Warrant Affidavit-Myles et al. | |
| D | Heaphy Report | |
| E | Court Order issuing search warrant as to DX "A" | |
| F | Court Order issuing search warrant as to DX "B" | |
| G | Court Order issuing search warrant as to DX "C" | |

Defendants reserve the right to amend this list in light of any new information developed before or during trial.

Respectfully Submitted,

s/   James E. Kolenich
James E. Kolenich
Kolenich Law Office
9435 Waterstone Blvd. #140
Cincinnati, OH 45249
JEK318@gmail.com


 s/ Elmer Woodard
Elmer Woodard
5661 US Hwy 29
Blairs, VA 24527
isuecrooks@comcast.net

Trial Attorneys for Jason Kessler, Nathan Damigo, and Identity Evropa

## CERTIFICATE OF SERVICE

I certify the above was served on OCTOBER 4, 2021 on all ECF participants and that parties requiring service by other means were served as follows:

Robert Ray
*azzmador@gmail.com*
Vanguard America c/o Dillon Hopper
*dillon_hopper@protonmail.com*
Elliott Kline *eli.f.mosley@gmail.com deplorabletruth@gmail.com*
Matthew Heimbach *matthew.w.heimbach@gmail.com*
Christopher Cantwell
*#00991-509*
*USP Marion*
*4500 Prison Rd.*
*PO Box 2000*
*Marion IL 62959*

Respectfully Submitted,

s/   James E. Kolenich
