IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| **ELIZABETH SINES et al.** | : | Case No. 3:17-cv-00072 |
| Plaintiff | : | Judge MOON |
| | : | |
| -v- | | |
| | : | |
| **JASON KESSLER et al.** | : | |
| | : | |
| Defendants | | |

_____

*PROPOSED* ORDER GRANTING DEFENDANTS' MOTIONS IN LIMINE
AND REQUEST FOR JUDICIAL NOTICE
_____

This matter is before the Court on defendants Jason Kessler, Nathan Damigo, and Identity Evropas' ("Defendants") Motions in Limine and Request for Judicial Notice. The Court being fully advised, it is hereby ORDERED, ADJUDGED, and DECREED that Defendants' Request for Judicial Notice is **GRANTED.**

**IT IS FURTHER ORDERED** that the Court shall take judicial notice, pursuant to FED. R. EVID. 201, of Defendants' exhibits A,B,C,E,F, and G as contained in their Second Amended Exhibit List. (ECF 1143.)

**IT IS FURTHER ORDERED** that Defendants are permitted to publish these exhibits to the jury during opening argument or during the trial.

1

**IT IS FURTHER ORDERED** that Defendants' Motions in Limine are hereby GRANTED as indicated below and that all parties, their attorneys and/or witnesses are Ordered not to directly or indirectly argue, mention, refer to, interrogate concerning, or attempt to convey to the jury in any manner, any information regarding the following matters:

1. **Limit evidence regarding adverse inferences**

    Granted

    Denied

    Reserved

2. **Exclude evidence of emotional distress to non-plaintiffs**

    Granted

    Denied

    Reserved

3. **Exclude evidence regarding legal conclusions or definitions as to "conspiracy", "racial animus" or substantially similar terms**

    Granted

    Denied

    Reserved

4. **Limitation on testimony of experts Simi and Blee**

    Granted

    Denied

    Reserved

**IT IS SO ORDERED.** The Clerk is hereby directed to enter this Order and furnish copies to all parties.

_____
Honorable Norman K. Moon