IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| **ELIZABETH SINES et al.** | : | Case No. 3:17-cv-00072 |
| Plaintiff | : | Judge MOON |
| | : | |
| -v- | | |
| **JASON KESSLER et al.** | : | |
| | : | |
| Defendants | | |

### DECLARATION OF JASON KESSLER

Mr. Jason Kessler, having been duly cautioned, declares and states as follows:

1. This declaration is based on personal knowledge.

2. I am a party defendant in the within lawsuit.

3. Lindsey Moers and Rachel Myles are personally known to me as antifascist activists.

4. I was physically present at the Unite the Right rally in Charlottesville, VA on August 12, 2017.

5. I have reviewed numerous pictures and videos that I recognized as depicting the Unite the Right event in Charlottesville, VA on August 12, 2017.

6. I recognized both Lindsey Moers and Rachel Myles in some of the images I reviewed of the Unite the Right event.

1

I declare under penalty of perjury that the foregoing DECLARATION is true and correct. Executed on October 4, 2021.

                                            _s/ Jason Kessler_____
                                            Jason Kessler

## CERTIFICATE OF SERVICE

I certify the above was served on OCTOBER 4, 2021 on all ECF participants and that parties requiring service by other means were served as follows:

Robert Ray
azzmador@gmail.com
Vanguard America c/o Dillon Hopper
dillon_hopper@protonmail.com
Elliott Kline eli.f.mosley@gmail.com deplorabletruth@gmail.com Matthew Heimbach matthew.w.heimbach@gmail.com Christopher Cantwell
#00991-509
USP Marion 4500 Prison Rd.
PO Box 2000
Marion IL 62959

                                            Respectfully Submitted,

                                            s/        James E. Kolenich     
                                            J. Kolenich