*Elizabeth Sines, et al. v. Jason Kessler, et al.*
Case No. 3:17-cv-00072-NKM-JCH

# EXHIBIT 2643

Plaintiffs' Motion In Limine for the Court to Deem Authentic Certain Photographs and Videos Depicting Defendant Robert "Azzmador" Ray

# THE KRYPTO REPORT — EPISODE XXII: THE CHARLOTTESVILLE PUTSCH [UPDATE: RE-UPLOADED]

Azzmador    August 14, 2017

Azzmador

**Daily Stormer**

August 14, 2017



**UPDATE AUGUST 15, 2017:**

**THE KRYPTO REPORT SOUNDCLOUD WAS SHOAHED BY THE EVIL KIKES.**

**HERE IS THE BACKUP:**

00:01                                                                                                    02:42:08

**Download**

On this TRIUMPHANT episode of The Krypto Report, Your Friendly Neighborhood Azzmador discusses the entirety of the Return of Fascism!

The #UniteTheRight rally, which he attended. Everything from the glorious torch march to the violent mess purposefully created by the Judeo-Negro city government. We have an all-star lineup, including:

**From Daily Stormer:**

- Andrew Anglin

- weev
- Zeiger
- Lee Rogers

**And a star-studded lineup of special guests, including:**

- Christopher Cantwell
- Faith Goldy
- Johnny Monoxide
- Eli Mosley
- Chef Goyardee

This was a live event held at a super-secret afterparty in a subterranean bunker deep beneath a Virginia Mountain.

SPECIAL FEATURE: Azzmador gives a special message to the people at the event from Andrew Anglin, in lieu of his original plan to make it part of his speech from the rally microphone, and here it is for you, the listener!

This is the greatest podcast in the history of podcasts, as is befitting the greatest event in the history of the Alt Right!

**HAIL VICTORY!**

**Contribute to The Krypto Report via bitcoin** – 1HdRweRho7KFhBmyQTcDyTvpEDNjYHGugH



**You can also contribute to TKR via Amazon gift card.** Just go to amazon.com and buy a gift card, click the link to email the card and enter the email address azzmador@gmail.com.

