*Elizabeth Sines, et al. v. Jason Kessler, et al.*
Case No. 3:17-cv-00072-NKM-JCH

# EXHIBIT 2738

Plaintiffs' Motion In Limine for the Court to Deem Authentic Certain Photographs and Videos Depicting Defendant Robert "Azzmador" Ray

Daily
Stormer

