# EXHIBIT 1

**From:** Roy III, Daniel P.
**Sent:** Thursday, August 1, 2019 1:56 PM
**To:** 'dillon_hopper@protonmail.com' <dillon_hopper@protonmail.com>
**Cc:** 'isuecrooks@comcast.net' <isuecrooks@comcast.net>; 'dinuccilaw@outlook.com' <dinuccilaw@outlook.com>; 'jek318@gmail.com' <jek318@gmail.com>; 'jgravatt@dhdglaw.com' <jgravatt@dhdglaw.com>; 'dcampbell@dhdglaw.com' <dcampbell@dhdglaw.com>; 'lisa_lorish@fd.org' <lisa_lorish@fd.org>; 'bryan@bjoneslegal.com' <bryan@bjoneslegal.com>; 'edward@rebrooklaw.com' <edward@rebrooklaw.com>; 'eli.f.mosley@gmail.com' <eli.f.mosley@gmail.com>; 'matthew.w.heimbach@gmail.com' <matthew.w.heimbach@gmail.com>
**Subject:** Notice of Deposition

Mr. Hopper,

Please find attached a Notice of Deposition containing the details regarding your upcoming deposition on August 13, 2019. Please let me know if you have any questions.

Regards,

Dan

### Daniel P. Roy III
Cooley LLP
55 Hudson Yards
New York, NY 10001-2157
+1 212 479 6784 office
+1 212 479 6275 fax
droy@cooley.com

Cooley is one of Fortune's **100 Best Companies to Work For**

Cooley is a Crain's New York Business **Best Place to Work**

Cooley GO > **Start and build your business**

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| ELIZABETH SINES, SETH WISPELWEY, MARISSA BLAIR, TYLER MAGILL, APRIL MUNIZ, HANNAH PEARCE, MARCUS MARTIN, NATALIE ROMERO, CHELSEA ALVARADO, and JOHN DOE,<br><br>                                 Plaintiffs,<br><br>v.<br><br>JASON KESSLER, et al.,<br><br>                                 Defendants. | Civil Action No. 3:17-cv-00072-NKM |

**NOTICE OF DEPOSITION OF DILLON HOPPER**

**PLEASE TAKE NOTICE** that pursuant to FRCP 30(b)(1) and the Court's orders dated June 21, 2019 and July 3, 2019, Plaintiffs, by and through their undersigned counsel, will take the deposition upon oral examination of Dillon Hopper at 9 a.m. on August 13, 2019 before a Notary Public or other person authorized by law to administer oaths. The deposition will take place at The Gene Snyder United States Courthouse, Attorney Conference Room #2, 601 W. Broadway, Louisville KY 40202. The deposition will be recorded by stenographic means and videotaped. You are invited to attend and cross-examine.

Dated: August 1, 2019
New York, New York

                                                      */s/ Robert T. Cahill*
                                                      Robert T. Cahill (VSB 38562)
                                                      COOLEY LLP
                                                      11951 Freedom Drive, 14th Floor
                                                      Reston, VA 20190-5656
                                                      Telephone: (703) 456-8000

    Fax: (703) 456-8100
    rcahill@cooley.com

    Of Counsel:

Roberta A. Kaplan (*pro hac vice*)      Karen L. Dunn (*pro hac vice*)
Julie E. Fink (*pro hac vice*)      Jessica E. Phillips (*pro hac vice*)
Gabrielle E. Tenzer (*pro hac vice*)      William A. Isaacson (*pro hac vice*)
Joshua A. Matz (*pro hac vice*)      BOIES SCHILLER FLEXNER LLP
Michael L. Bloch (*pro hac vice*)      1401 New York Avenue, NW
KAPLAN HECKER & FINK LLP      Washington, DC 20005
350 Fifth Avenue, Suite 7110      Telephone: (202) 237-2727
New York, NY 10118      Fax: (202) 237-6131
Telephone: (212) 763-0883      kdunn@bsfllp.com
rkaplan@kaplanhecker.com      jphillips@bsfllp.com
jfink@kaplanhecker.com      wisaacson@bsfllp.com
gtenzer@kaplanhecker.com
jmatz@kaplanhecker.com
mbloch@kaplanhecker.com

Yotam Barkai (*pro hac vice*)      Alan Levine (*pro hac vice*)
BOIES SCHILLER FLEXNER LLP      Philip Bowman (*pro hac vice*)
55 Hudson Yards      COOLEY LLP
New York, NY 10001      55 Hudson Yards
Telephone: (212) 446-2300      New York, NY 10001
Fax: (212) 446-2350      Telephone: (212) 479-6260
ybarkai@bsfllp.com      Fax: (212) 479-6275
     alevine@cooley.com
     pbowman@cooley.com

David E. Mills (*pro hac vice*)      J. Benjamin Rottenborn (VSB 84796)
COOLEY LLP      WOODS ROGERS PLC
1299 Pennsylvania Avenue, NW      10 South Jefferson St., Suite 1400
Suite 700      Roanoke, VA 24011
Washington, DC 20004      Telephone: (540) 983-7600
Telephone: (202) 842-7800      Fax: (540) 983-7711
Fax: (202) 842-7899      brottenborn@woodsrogers.com
dmills@cooley.com

    *Counsel for Plaintiffs*