# EXHIBIT 10

**From:** Alexandra Conlon
**Sent:** Wednesday, July 22, 2020 12:02 AM
**To:** James Kolenich <jek318@gmail.com>; Bryan Jones <bryan@bjoneslegal.com>; David Campbell <dcampbell@dhdgclaw.com>; Edward ReBrook, ESQ <rebrooklaw@gmail.com>; isuecrooks@comcast.net; eli.f.mosley@gmail.com; deplorabletruth@gmail.com; Matthew Heimbach <matthew.w.heimbach@gmail.com>; azzmador@gmail.com; Christopher Cantwell <christopher.cantwell@gmail.com>; richardbspencer@icloud.com; dillon_hopper@protonmail.com
**Cc:** Michael Bloch <mbloch@kaplanhecker.com>
**Subject:** Sines v. Kessler - Confidential Expert Reports

Good evening,

Yesterday, we served Plaintiffs' opening expert reports in the above-captioned case and we designated them Highly Confidential under the protective order entered in this case. (Dkt. No. 167.) We are now serving redacted versions of the same expert reports that can be shared with the parties and viewed by unrepresented defendants pursuant to the Protective Order. These reports are designated Confidential under the protective order. (Dkt. No. 167.)

Specifically, you will see in the attached folders redacted reports from the following individuals (i) Professors Kathleen Blee and Peter Simi; (ii) Deborah E. Lipstadt, Ph.D; (iii) Dr. Nadia Webb; (iv) Dr. Sarah Vinson; and (v) Sharon Reavis.

Thank you,
Alex

**Alexandra Conlon** | **Kaplan Hecker & Fink LLP**

350 Fifth Avenue | Suite 7110
New York, New York 10118
(W) 929.294.2544 | (M) 646.581.3060
aconlon@kaplanhecker.com