# CONFIDENTIAL – FILED UNDER SEAL PURSUANT TO COURT ORDER AND PROTECTIVE AGREEMENT

*Elizabeth Sines, et al. v. Jason Kessler, et al.*
Case No. 3:17-cv-00072-NKM-JCH

# EXHIBIT 12

To Plaintiffs' Response to Defendant Cantwell's Objections to Plaintiffs' Witness List