# EXHIBIT 14

**From:** Roy III, Daniel P.
**Sent:** Thursday, August 1, 2019 1:56 PM
**To:** 'dillon_hopper@protonmail.com' <dillon_hopper@protonmail.com>
**Cc:** 'isuecrooks@comcast.net' <isuecrooks@comcast.net>; 'dinuccilaw@outlook.com' <dinuccilaw@outlook.com>; 'jek318@gmail.com' <jek318@gmail.com>; 'jgravatt@dhdglaw.com' <jgravatt@dhdglaw.com>; 'dcampbell@dhdglaw.com' <dcampbell@dhdglaw.com>; 'lisa_lorish@fd.org' <lisa_lorish@fd.org>; 'bryan@bjoneslegal.com' <bryan@bjoneslegal.com>; 'edward@rebrooklaw.com' <edward@rebrooklaw.com>; 'eli.f.mosley@gmail.com' <eli.f.mosley@gmail.com>; 'matthew.w.heimbach@gmail.com' <matthew.w.heimbach@gmail.com>
**Subject:** Notice of Deposition

Mr. Hopper,

Please find attached a Notice of Deposition containing the details regarding your upcoming deposition on August 13, 2019.  Please let me know if you have any questions.

Regards,

Dan

### Daniel P. Roy III
Cooley LLP
55 Hudson Yards
New York, NY 10001-2157
+1 212 479 6784 office
+1 212 479 6275 fax
droy@cooley.com

Cooley is one of Fortune's **100 Best Companies to Work For**

Cooley is a Crain's New York Business **Best Place to Work**

Cooley GO > **Start and build your business**

**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division**

| | |
|---|---|
| ELIZABETH SINES, SETH WISPELWEY, MARISSA BLAIR, TYLER MAGILL, APRIL MUNIZ, HANNAH PEARCE, MARCUS MARTIN, NATALIE ROMERO, CHELSEA ALVARADO, and JOHN DOE,<br><br>         Plaintiffs,<br><br>v.<br><br>JASON KESSLER, et al.,<br><br>         Defendants. | Civil Action No. 3:17-cv-00072-NKM |

**NOTICE OF DEPOSITION OF DILLON HOPPER**

**PLEASE TAKE NOTICE** that pursuant to FRCP 30(b)(1) and the Court's orders dated June 21, 2019 and July 3, 2019, Plaintiffs, by and through their undersigned counsel, will take the deposition upon oral examination of Dillon Hopper at 9 a.m. on August 13, 2019 before a Notary Public or other person authorized by law to administer oaths. The deposition will take place at The Gene Snyder United States Courthouse, Attorney Conference Room #2, 601 W. Broadway, Louisville KY 40202. The deposition will be recorded by stenographic means and videotaped. You are invited to attend and cross-examine.

Dated: August 1, 2019
New York, New York

                    */s/ Robert T. Cahill*
                    Robert T. Cahill (VSB 38562)
                    COOLEY LLP
                    11951 Freedom Drive, 14th Floor
                    Reston, VA 20190-5656
                    Telephone: (703) 456-8000

        Fax: (703) 456-8100
        rcahill@cooley.com

        Of Counsel:

Roberta A. Kaplan (*pro hac vice*)
Julie E. Fink (*pro hac vice*)
Gabrielle E. Tenzer (*pro hac vice*)
Joshua A. Matz (*pro hac vice*)
Michael L. Bloch (*pro hac vice*)
KAPLAN HECKER & FINK LLP
350 Fifth Avenue, Suite 7110
New York, NY 10118
Telephone: (212) 763-0883
rkaplan@kaplanhecker.com
jfink@kaplanhecker.com
gtenzer@kaplanhecker.com
jmatz@kaplanhecker.com
mbloch@kaplanhecker.com

Karen L. Dunn (*pro hac vice*)
Jessica E. Phillips (*pro hac vice*)
William A. Isaacson (*pro hac vice*)
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, NW
Washington, DC 20005
Telephone: (202) 237-2727
Fax: (202) 237-6131
kdunn@bsfllp.com
jphillips@bsfllp.com
wisaacson@bsfllp.com

Yotam Barkai (*pro hac vice*)
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards
New York, NY 10001
Telephone: (212) 446-2300
Fax: (212) 446-2350
ybarkai@bsfllp.com

Alan Levine (*pro hac vice*)
Philip Bowman (*pro hac vice*)
COOLEY LLP
55 Hudson Yards
New York, NY 10001
Telephone: (212) 479-6260
Fax: (212) 479-6275
alevine@cooley.com
pbowman@cooley.com

David E. Mills (*pro hac vice*)
COOLEY LLP
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004
Telephone: (202) 842-7800
Fax: (202) 842-7899
dmills@cooley.com

J. Benjamin Rottenborn (VSB 84796)
WOODS ROGERS PLC
10 South Jefferson St., Suite 1400
Roanoke, VA 24011
Telephone:  (540) 983-7600
Fax: (540) 983-7711
brottenborn@woodsrogers.com

        *Counsel for Plaintiffs*