# EXHIBIT 16

**From:** Yotam Barkai
**Sent:** Wednesday, November 20, 2019 9:38 PM
**To:** isuecrooks@comcast.net; James Kolenich <jek318@gmail.com>; John DiNucci <dinuccilaw@outlook.com>; jgravatt@dhdglaw.com; David Campbell <dcampbell@dhdgclaw.com>; bryan@bjoneslegal.com; edward@rebrooklaw.com; christopher.cantwell@gmail.com; Dillon_Hopper@protonmail.com; azzmador@gmail.com; eli.f.mosley@gmail.com; matthew.w.heimbach@gmail.com
**Cc:** Jessica Phillips <jphillips@bsfllp.com>; Yotam Barkai <ybarkai@bsfllp.com>
**Subject:** Sines v. Kessler: Notice of Deposition

Please see the attached Notice of Deposition of Burt Colucci.


**Yotam Barkai**
Associate

## BOIES SCHILLER FLEXNER LLP

55 Hudson Yards
New York, NY 10001
(t) +1 212 303 3643
ybarkai@bsfllp.com
www.bsfllp.com

---

The information contained in this electronic message is confidential information intended only for the use of the named recipient(s) and may contain information that, among other protections, is the subject of attorney-client privilege, attorney work product or exempt from disclosure under applicable law. If the reader of this electronic message is not the named recipient, or the employee or agent responsible to deliver it to the named recipient, you are hereby notified that any dissemination, distribution, copying or other use of this communication is strictly prohibited and no privilege is waived. If you have received this communication in error, please immediately notify the sender by replying to this electronic message and then deleting this electronic message from your computer. [v.1 08201831BSF]

## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### Charlottesville Division

ELIZABETH SINES, SETH WISPELWEY,
MARISSA BLAIR, TYLER MAGILL,
APRIL MUNIZ, HANNAH PEARCE,
MARCUS MARTIN, NATALIE ROMERO,
CHELSEA ALVARADO, JOHN DOE, and
THOMAS BAKER,

                             Plaintiffs,

v.

JASON KESSLER, et al.,

                             Defendants.

**Civil Action No. 3:17-cv-00072-NKM**

### PLAINTIFFS' NOTICE OF DEPOSITION OF BURT COLUCCI

PLEASE TAKE NOTICE pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure and the Court's Order dated October 28, 2019, that Plaintiffs, by and through their undersigned counsel, will take the deposition upon oral examination of Burt Colucci at 9:00 a.m. on Tuesday, December 10, 2019, and continuing from day to day thereafter until completed, before a notary public or other person authorized by law to administer oaths. The deposition will take place in Courtroom 416 of the George E. Edgecomb Courthouse, Thirteenth Judicial Circuit, 800 East Twiggs Street, Tampa, Florida 33602. The deposition will be recorded by stenographic means, by video, and through instant visual display of testimony by means of LiveNote or other similar technology. The deposition may be used to preserve testimony for trial, to obtain discovery, and for any other purpose authorized by the Federal Rules of Civil Procedure. You are invited to attend and cross-examine.

Dated: November 20, 2019
        Washington, D.C.

                                        */s/ Jessica E. Phillips*
                                        Karen L. Dunn (*pro hac vice*)
                                        Jessica E. Phillips (*pro hac vice*)
                                        William A. Isaacson (*pro hac vice*)
                                        BOIES SCHILLER FLEXNER LLP
                                        1401 New York Avenue, NW
                                        Washington, DC 20005
                                        Telephone: (202) 237-2727
                                        Fax: (202) 237-6131
                                        kdunn@bsfllp.com
                                        jphillips@bsfllp.com
                                        wisaacson@bsfllp.com

*Of Counsel:*

Roberta A. Kaplan (*pro hac vice*)          Yotam Barkai (*pro hac vice*)
Julie E. Fink (*pro hac vice*)              BOIES SCHILLER FLEXNER LLP
Gabrielle E. Tenzer (*pro hac vice*)        55 Hudson Yards
Michael L. Bloch (*pro hac vice*)           New York, NY 10001
KAPLAN HECKER & FINK LLP                     Telephone: (212) 446-2300
350 Fifth Avenue, Suite 7110                Fax: (212) 446-2350
New York, NY 10118                          ybarkai@bsfllp.com
Telephone: (212) 763-0883
rkaplan@kaplanhecker.com
jfink@kaplanhecker.com
gtenzer@kaplanhecker.com
mbloch@kaplanhecker.com

Robert T. Cahill (VSB 38562)                Alan Levine (*pro hac vice*)
COOLEY LLP                                  Philip Bowman (*pro hac vice*)
11951 Freedom Drive, 14th Floor             COOLEY LLP
Reston, VA 20190-5656                       55 Hudson Yards
Telephone: (703) 456-8000                   New York, NY 10001
                                            Telephone: (212) 479-6260
                                            Fax: (212) 479-6275
                                            alevine@cooley.com
                                            pbowman@cooley.com

David E. Mills (*pro hac vice*)
Joshua M. Siegel (VSB 73416)
COOLEY LLP
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004
Telephone: (202) 842-7800
Fax: (202) 842-7899
dmills@cooley.com

J. Benjamin Rottenborn (VSB 84796)
Erin B. Ashwell (VSB 79538)
WOODS ROGERS PLC
10 South Jefferson St., Suite 1400
Roanoke, VA 24011
Telephone: (540) 983-7600
Fax: (540) 983-7711
brottenborn@woodsrogers.com
eashwell@woodsrogers.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on November 20, 2019, I served the foregoing via electronic mail to:

Elmer Woodard
5661 US Hwy 29
Blairs, VA 24527
isuecrooks@comcast.net

James E. Kolenich
Kolenich Law Office
9435 Waterstone Blvd. #140
Cincinnati, OH 45249
jek318@gmail.com

*Counsel for Defendants Jason Kessler, Nathan Damigo, Identity Europa, Inc. (Identity Evropa), Matthew Parrott, and Traditionalist Worker Party*

John A. DiNucci
Law Office of John A. DiNucci
8180 Greensboro Drive, Suite 1150
McLean, VA 22102
dinuccilaw@outlook.com

*Counsel for Defendant Richard Spencer*

Justin Saunders Gravatt
David L. Campbell
Duane, Hauck, Davis & Gravatt, P.C.
100 West Franklin Street, Suite 100
Richmond, VA 23220
jgravatt@dhdglaw.com
dcampbell@dhdglaw.com

*Counsel for Defendant James A. Fields, Jr.*

Bryan Jones
106 W. South St., Suite 211
Charlottesville, VA 22902
bryan@bjoneslegal.com

*Counsel for Defendants Michael Hill, Michael Tubbs, and League of the South*

William Edward ReBrook, IV
The ReBrook Law Office
6013 Clerkenwell Court
Burke, VA 22015
edward@rebrooklaw.com

*Counsel for Defendants Jeff Schoep, National Socialist Movement, and Nationalist Front*

Christopher Cantwell
christopher.cantwell@gmail.com

Vanguard America
c/o Dillon Hopper
dillon_hopper@protonmail.com

Elliott Kline a/k/a Eli Mosley
eli.f.mosley@gmail.com

Robert Azzmador Ray
azzmador@gmail.com

Matthew Heimbach
matthew.w.heimbach@gmail.com

_/s/ Jessica E. Phillips_
Karen L. Dunn (*pro hac vice*)
Jessica E. Phillips (*pro hac vice*)
William A. Isaacson (*pro hac vice*)
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, NW
Washington, DC 20005
Telephone: (202) 237-2727
Fax: (202) 237-6131
kdunn@bsfllp.com
jphillips@bsfllp.com
wisaacson@bsfllp.com

*Counsel for Plaintiffs*