IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

Elizabeth Sines, et al

    Plaintiffs

v                                    Case No:   3:17-cv-072-NKM

Jason Kessler, et al

    Defendants

## OBJECTION TO PLAINTIFF'S EXHIBIT LIST

Comes Now the Defendant, Christopher Cantwell, and, he makes the following Objection to the Plaintiff's Exhibit List and the introduction of their exhibits at trial:

1) The Court ordered the parties to exchange xhibit lists by September 14, 2021.

2) I, Christopher Cantwell, do herbey aver under penalty of perjury this 4th day of October, 2021, that as of this morning at 9:00 AM Plaintiffs have not provided me with an exhibit list.

3) Because Plaintiffs have not disclosed to Cantwell the exhibtis that they intend to introduce at trial pursuant to Fed.R.Civ.P. 26(a), Cantwell asks that all of their exhibits be excluded from trial pursuant to Fed.R.Civ.P. 37(c)(1).

Respectfully Submitted,

Christopher Cantwell
USP-Marion
PO Box 1000
Marion, IL 62959

-1-

CERTIFICATE OF SERVICE
------------------------

I hereby certify that this Objection was mailed to the Clerk of the Court, 1st Class postage prepaid, for posting upon the ECF to which all other parties are subscribed, and, handed to USP-Marion staff members Nathan Simpkins and/or Kathy Hill for electronic transfer to the Court, this 4th day of October, 2021.

Christopher Cantwell