IN THE UNITED STATES DISTRICT COURT FOR THE

WESTERN DISTRICT OF VIRGINIA

Charlottesville Division

| | |
|---|---|
| Elizabeth Sines, et al | [ |
| Plaintiffs | [ |
| v | [ Case No: 3:17-cv-072-NKM |
| Jason Kessler, et al | [ |
| Defendants | [ |

SWORN DECLARATION OF CHRISTOPHER CANTWELL AS TO THE

EXPERT REPORTS OF SIMI, BLEE, AND LIPSTADT

---

I, Christopher Cantwell, do hereby aver under penalty of perjury this 2nd day of October, 2021, that the following is true and correct:

1) I am over 18 years of age and have personal knowledge of the following.

2) I previously averred as to having received a hard drive from the Plaintiffs between April 6 and 13, 2021, containg over 400 files and the restrictions on my access to that device.

3) Beginning September 15, 2021, I have been able to review the hard drives of para 2, supra; these drives actually contain thousands of files, not all of which I have yet been able to review.

4) The drives of para 2, supra, contain the expert reports of Deborah Lipstadt and of Peter Simi and Kathleen Blee; my receipt of the drive mark Plaintiff's first disclosure of this information.

5) Because Plaintiffs did not disclose these reports to me until April 2021, after the close of discovery. I was unable to depose Lipstadt, Simi, or Blee.

-1-

Having so averred, I sayeth no more under oath.

_____
Christopher Cantwell