Christopher Cantwell
Inmate #00991-509
USP Marion
4500 Prison Rd
P.O. Box 1000
Marion, IL 62959

Office of the Clerk
U.S. District Court for
the Western District of Virginia
Charlottesville Division
255 West Main Street Rm 304
Charlottesville VA 22902