UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| ELIZABETH SINES, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> JASON KESSLER, *et al.*, <br><br> *Defendants.* | CASE NO. 3:17-cv-00072 <br><br><br> <u>ORDER</u> <br><br><br> JUDGE NORMAN K. MOON |

Upon consideration of the parties' proposed questions to be included in a questionnaire to prospective jurors, Dkts. 1027, 1029, and as a measure to facilitate efficient selection of the jury in this case, and to reduce the number of persons in the Courtroom at any given time during jury selection on account of the COVID-19 pandemic, the Court found it necessary and appropriate to send the accompanying blank questionnaire to prospective jurors for the jury trial scheduled between October 25 and November 19, 2021. The fact that certain questions proposed by the parties were not included in the questionnaire is without prejudice to a party's ability to propose such questions to be asked by the Court during *voir dire*, subject to consideration of any objections thereto. *See* Dkt. 991 at 2 (¶ 10).

It is so **ORDERED**.

The Clerk of Court is directed to send a certified copy of this Order to the parties.

Entered this  6th   day of October, 2021.

*[signature: Norman K. Moon]*
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE