_____
COURT USE

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# JUROR QUESTIONNAIRE

It is very important that you fill out and return **all pages** of this questionnaire within **five (5) days of receipt**. You can return it by email to Charlottesville-jury@vawd.uscourts.gov or by fax to 434-295-8909. **Do not return the Notice for Jury Service with this questionnaire**, which you will need when you call our automated voice messaging system and when you report for jury service.

Instructions:  Please fill out the following questionnaire to assist in selecting a jury in a civil case. The purpose of these questions is not to unnecessarily ask persons about personal matters. It is to assist in determining whether a prospective juror can fairly and impartially decide the case. The information you provide in this questionnaire will be used by the Court and by persons associated with this case for purposes of selecting a jury.

You must fill out the entire questionnaire. If you cannot answer a question because you do not understand the question, write "Do Not Understand" in the space after the question. If you cannot answer the question because you do not know the answer, write "Do Not Know" in the space after the question. Use extra sheets at the end if necessary.

YOU ARE NOT TO SEEK ADVICE OR HELP IN ANSWERING ANY OF THE FOLLOWING QUESTIONS. DO NOT DISCUSS THE CONTENTS OF THE QUESTIONNAIRE WITH ANYONE. ALSO, PLEASE DO NOT RESEARCH IN NEWSPAPERS OR ON THE INTERNET, THROUGH PERSONAL INQUIRY OF OTHERS, OR OTHERWISE, THE ALLEGED EVENTS OF AND PARTIES IN THIS CASE TO WHICH THE QUESTIONNAIRE RELATES.

It is important that the answers be yours alone, and you not discuss the contents of the questionnaire with anyone. There are no right or wrong answers, only truthful answers. After you complete the questionnaire, you must sign the first page and your answers will have the effect of a statement under oath to the Court. Thank you for your candid, honest answers.

**I, _____ (PRINT NAME), hereby declare under penalty of perjury that the answers set forth in this Jury Questionnaire are true and correct to the best of my knowledge and belief. I have not discussed my answers with others, or received assistance in completing this questionnaire. I have answered all of the questions in this Jury Questionnaire myself.**

Executed in the Commonwealth of Virginia, on this \_\_\_\_ day of _____, 2021.

_____
Signature

# Questionnaire
## General Background Questions

1. Do you have trouble reading, speaking, or understanding English?  ____ YES  ____ NO

   If yes, please describe:

2. What is your age: _____

3. Gender: _____

4. Race / ethnic background:
   a. White/Caucasian
   b. Black/African American
   c. Asian
   d. Hispanic/Latino
   e. American Indian/Alaskan Native
   f. Native Hawaiian/Pacific Islander
   g. Other: _____
   h. Prefer not to say

5. In Which City or County do you live? _____

   How long have you lived there? _____

6. This trial is expected to last approximately four weeks.  Do you have any immovable scheduling conflicts between October 25, 2021 and November 19, 2021?
   ____ YES  ____ NO

   If yes, please explain:

7. Do you have any impairments (*i.e.*, vision, hearing, other medical problems) that may affect your jury service?  ___ YES  ___ NO

   If yes, please explain:

8. Marital status: _____

_____
COURT USE ONLY

2

9.  If you have any children, please indicate the age, gender, education, and occupation of each:

    AGE             GENDER              EDUCATION LEVEL & OCCUPATION

10. What is the highest level of education you have completed? _____

11. What is your current employment status? (*please circle all that apply*)

    a. Employed full-time
    b. Employed part-time
    c. Self-employed
    d. Work from home
    e. Homemaker
    f. Retired
    g. Disabled and unable to work
    h. Unemployed / laid off
    i. Student (if so, where and what program? _____)

12. If you are employed, *without indicating where you work*, what is your current occupation, title, and length of that employment?

13. If you have a partner/spouse with whom you reside, is that person currently employed?
    ___ YES   ___ NO

    If yes, please provide their occupation and job title: _____

14. Please list any hobbies or special interests you have:

15. Please list any clubs, associations, or groups to which you or your spouse / partner belong in which either of you participates (*i.e.*, civic, social, religious, charitable, volunteer, political, sporting, professional, business, or recreational):

    a. Self:   _____

    _____

    b. Spouse/Partner:   _____

    _____

16. Who are three publicly known people you admire *most*?

    a.  _____
    b.  _____
    c.  _____

17. Who are three publicly known people you admire *least*?

    a.  _____
    b.  _____
    c.  _____

18. Have you, a family member, or a close friend ever worked in or made any application for employment with any law enforcement or corrections agency or court system, whether local, state, or federal?  \_\_\_\_ YES  \_\_\_\_ NO

    If YES, please state the person's relationship to you and describe the name of the law enforcement agency / court system:

19. Would you tend to give more weight or less weight to the testimony of a law enforcement officer as compared to a non-law enforcement witness?

    a. More weight
    b. About the same amount of weight
    c. Less weight
    d. I don't know/Unsure

20. Have you had any legal training or courses in the study of law, including any paralegal program or on-the-job training?  \_\_\_\_ YES  \_\_\_\_ NO

    If yes, please explain:

21. Are you currently or have you ever been a member of, volunteered time with, or given financial support to any group or organization which is concerned with ethnic or racial issues? (*e.g.*, NAACP, ACLU, Jewish Community Centers ("JCC"), Institute for Historical Review, Color of Change, League of Latin American Citizens ("LULAC"), etc.)  _____ YES  \_\_\_\_\_ NO

    If yes, please list the groups and explain the support given:

22. Are you currently or have you ever been a member of any private club, civic, professional, or fraternal organization which limits its membership on the basis of race, ethnic origin, gender, or religion? (*e.g.*, The Wing, Hillel, fraternities/sororities, etc.).
    _____ YES  \_\_\_\_\_ NO

    If yes, please list the groups and explain your role:

23. How do you get your news? Please identify the names of any source(s) you regularly use, and fill in all that apply:
    a. Newspapers?  _____
       _____
    b. Radio? (including Talk Radio and podcasts) _____
    c. Television or Cable News?  _____
    d. Internet? (any specific websites?)  _____
       _____
    e. Social Media (*e.g.*, Facebook, Twitter, Instagram, Reddit, Parler, etc.)
       _____

24. Have you, a family member, or a close friend ever been a party in a civil lawsuit?
    \_\_\_ YES  \_\_\_\_ NO
    If yes, were you/they (check all that apply)

    |  | PLAINTIFF | DEFENDANT |
    |---|---|---|
    | Yourself | _____ | _____ |
    | Family Member | _____ | _____ |
    | Close Friend | _____ | _____ |

25. Have you ever served on a jury?  \_\_\_\_\_ YES  \_\_\_\_\_ NO
    a. If yes, please state when, the type of case (civil, criminal, or grand jury), whether the jury reached a verdict, and whether you served as the foreperson: _____
       _____
    b. If yes, please briefly note how you felt about your overall experience as a juror:
       _____

26. If you served on a jury before, is there anything about your prior jury service that would impact your ability to be a fair and impartial juror on this case? ____ YES ____ NO

    If yes, please explain:

27. Have you or an immediate family member ever been a victim of a violent crime? ___ YES ____ NO

    If yes, please explain:

28. Have you or an immediate family member ever been injured in a car accident? ____ YES ____ NO

    If yes, please explain:

29. Have you or an immediate family member ever been mistreated due to your race, color, religion, sex, national origin, or any other personal characteristic? ____ YES ____ NO

    If yes, please explain:

30. Have you or an immediate family member ever felt discriminated against due to your/their religion? ____ YES ____ NO

    If yes, please explain:

31. Have you, a family member, or a close friend ever participated in a march / protest (*e.g.*, The Women's March, Anti-Tax Marches, Occupy Wall Street, March for Life, Anti-Mask, Lockdown mandate protests, political campaign rally)?

    a. Yes, me (please explain) _____

    _____

    b. Yes, a family member (please explain) _____

    _____

    c. Yes, a close friend (please explain) _____

    _____

    d. No.

32. Have you, a family member, or a close friend ever been arrested or injured in a march or protest? (*please select all that apply*)

    |  | ARRESTED | INJURED |
    |---|---|---|
    | Yourself | _____ | _____ |
    | Family member | _____ | _____ |
    | Close friend | _____ | _____ |

33. Are you familiar with the Black Lives Matter ("BLM") movement? \_\_\_\_ YES \_\_\_\_ NO

    a. If yes, have <u>you</u> (*please select all that apply*)

        i. Shared posts <u>in support of</u> BLM on social media    \_\_\_\_\_ YES \_\_\_\_ NO
        ii. Shared posts <u>against</u> BLM on social media    \_\_\_\_\_ YES \_\_\_\_ NO
        iii. Attended protests <u>in support of</u> BLM    \_\_\_\_\_ YES \_\_\_\_ NO
        iv. Attended protests <u>against</u> BLM    \_\_\_\_\_ YES \_\_\_\_ NO
        v. Donated funds supporting BLM    \_\_\_\_\_ YES \_\_\_\_ NO

    b. If you know, has a <u>close friend or family member</u> (*please select all that apply*)

        i. Shared posts <u>in support of</u> BLM on social media    \_\_\_\_\_ YES \_\_\_\_ NO
        ii. Shared posts <u>against</u> BLM on social media    \_\_\_\_\_ YES \_\_\_\_ NO
        iii. Attended protests <u>in support of</u> BLM    \_\_\_\_\_ YES \_\_\_\_ NO
        iv. Attended protests <u>against</u> BLM    \_\_\_\_\_ YES \_\_\_\_ NO
        v. Donated funds supporting BLM    \_\_\_\_\_ YES \_\_\_\_ NO

    c. How would you rate your overall opinion on the Black Lives Matter movement?

        i. Extremely favorable
        ii. Somewhat favorable
        iii. Neutral / Neither favorable nor unfavorable
        iv. Somewhat unfavorable
        v. Extremely unfavorable

34. Are you familiar with "Antifa"? \_\_\_\_ YES \_\_\_\_ NO

    a. If yes, how would you describe Antifa: _____

    _____

    b. If yes, how would you rate your overall opinion on Antifa?

        i. Extremely favorable
        ii. Somewhat favorable
        iii. Neutral / Neither favorable nor unfavorable
        iv. Somewhat unfavorable
        v. Extremely unfavorable

35. Which of the following best describes what you believe statues of Confederate leaders (*e.g.*, Robert E. Lee, Stonewall Jackson) represent? (*please select all that apply*)

    a. Southern Pride
    b. Historical Monuments
    c. Symbols of Racism
    d. Unsure

36. How strongly do you approve or disapprove of the removal of Confederate statues?

    a. Strongly approve
    b. Somewhat approve
    c. Neutral / neither approve nor disapprove
    d. Somewhat disapprove
    e. Strongly disapprove

37. How much of a problem, if it all, do you think antisemitism is in the United States today?

    a. A very serious problem
    b. Somewhat of a problem
    c. Not much of a problem
    d. Not a problem at all

38. Over the past 5 years, do you think antisemitism in the United States has

    a. Increased a lot
    b. Increased somewhat
    c. Stayed the same
    d. Decreased a little
    e. Decreased a lot

39. In recent years, do you think race relations in the United States have

    a. Gotten better
    b. Stayed the same
    c. Gotten worse

40. How often do you have discussions about race and race relations?
    a. All the time
    b. Often
    c. Sometimes
    d. Rarely or never

41. How concerned are you with the amount of _____ in the United States today?

    a. Prejudice against people of Jewish descent / Jewish culture
        i. Extremely concerned
        ii. Moderately concerned
        iii. Somewhat concerned
        iv. Slightly concerned
        v. Not at all concerned

    b. Racism against Black / African American people
        i. Extremely concerned
        ii. Moderately concerned
        iii. Somewhat concerned
        iv. Slightly concerned
        v. Not at all concerned

    c. Racism against Hispanic / Latino people
        i. Extremely concerned
        ii. Moderately concerned
        iii. Somewhat concerned
        iv. Slightly concerned
        v. Not at all concerned

    d. Racism against White/Caucasian people
        i. Extremely concerned
        ii. Moderately concerned
        iii. Somewhat concerned
        iv. Slightly concerned
        v. Not at all concerned

## Case Specific Questions

42. This case involves allegations against the Defendants—identified as organizers and promoters of the "Unite the Right" rally held in Charlottesville on August 11-12, 2017—by the Plaintiffs—identified as private citizens who attended the Unite the Right rally as counter-protestors—that the Defendants were responsible for the injuries that the Plaintiffs suffered during Unite the Right. Have you heard or read anything about this case? \_\_\_\_ YES \_\_\_\_ NO
    If YES, please explain what you have heard or read:

43. Is there anything about the nature of the allegations or the parties involved that would make it difficult for you to be a fair and impartial juror in such a case? \_\_\_ YES \_\_\_ NO

    If YES, please explain:

44. Are you familiar with any of the following organizations / groups?

| | YES | NO |
|---|---|---|
| Vanguard America | ____ | ____ |
| Traditionalist Worker Party | ____ | ____ |
| League of the South | ____ | ____ |
| National Socialist Movement | ____ | ____ |
| Nationalist Front | ____ | ____ |
| Fraternal Order of the Alt-Knights | ____ | ____ |
| Loyal White Knights of the Ku Klux Klan | ____ | ____ |
| East Coast Knights of the Ku Klux Klan (a/k/a East Coast Knights of the True Invisible Empire) | ____ | ____ |
| Identity Evropa | ____ | ____ |

If you answered YES to any of the above, please explain how you are familiar with the organization(s) and if you know anyone who is or was ever a member of the organization(s). _____

_____

_____

45. Are you familiar with the Unite the Right rally that took place in Charlottesville, Virginia from August 11-12, 2017?  ____ YES  ____ NO

If YES, how would you describe the amount of media coverage you followed about the rally?

　　____ A lot (read many articles or watched many television accounts)

　　____ A moderate amount (just basic coverage in the news)

　　____ A little (barely heard about it)

46. Did you follow the media / news surrounding the death of Heather Heyer and injuries to others at the Unite the Right rally?  ____ YES  ____ NO

If YES, how would you describe the amount of media coverage you followed about the rally?

　　____ A lot (read many articles or watched many television accounts)

   \_\_\_\_ A moderate amount (just basic coverage in the news)

   \_\_\_\_ A little (barely heard about it)

47. Are you familiar with the organization "Integrity First for America"? \_\_\_\_ YES \_\_\_ NO

  If YES, please describe:

48. The following names are a list of the Plaintiffs and Defendants named in this case. Do you know or have any personal connection whatsoever to any of the following individuals?  \_\_\_\_ YES  \_\_\_\_ NO

| Plaintiffs | Defendants |
|---|---|
| Elizabeth Sines | Jason Kessler |
| Seth Wispelwey | Richard Spencer |
| Marissa Blair | Christopher Cantwell |
| Devin Willis | James Alex Fields, Jr. |
| April Muniz | Andrew Anglin |
| Marcus Martin | Robert "Azzmador" Ray |
| Natalie Romero | Nathan Damigo |
| Chelsea Alvarado | Elliot Kline (aka Eli Mosley) |
| Thomas Baker | Matthew Heimbach |
| | Matthew Parrott |
| | Michael Hill |
| | Michael Tubbs |
| | Jeff Schoep |
| | Augustus Sol Invictus |
| | Michael "Enoch" Peinovich |

  If YES, please explain:

49. The following names are a list of attorneys representing the Plaintiffs and the Defendants. Do you know, or have you ever been represented by, these lawyers or their law firms?

  Kaplan Hecker & Fink LLP:
  Alexandra Kendal Conlon, Benjamin D. White, Emily C. Cole, Jonathan R. Kay, Julie E. Fink, Michael L. Bloch, Raymond P. Tolentino, Roberta A. Kaplan, Yotam Barkai

  Paul, Weiss, Rifkind, Wharton & Garrison LLP
  Agbeko C. Petty, Arpine S. Lawyer, Jessica E. Phillips, Karen L. Dunn, Makiko B. Hiromi, Nicholas A. Butto, William A. Isaacson

<div style="margin-left: 2em;">

<u>Cooley LLP</u>
Alan Levine, Alexandra Eber, Amanda L. Liverzani, Caitlin B. Munley, Daniel P. Roy, III, David E. Mills, Robert T. Cahill, Samantha A. Strauss, Joshua M. Siegel

<u>Woods Rogers PLC</u>: John B. Rottenborn

<u>Boies Schiller Flexner LLP</u>: Katherine M. Cheng

<u>Kolenich Law Office</u>: James E. Kolenich

Elmer Woodard

<u>Bryan Jones Legal</u>: Bryan Jones

<u>Duane, Hauck, Davis & Gravatt, P.C.</u>: David L. Campbell, Justin Saunders Gravatt

<u>The ReBrook Law Office</u>: William Edward ReBrook, IV

<u>Smith LLC</u>: Joshua Smith

\_\_\_\_ YES   \_\_\_\_ NO.

If YES, please explain:

</div>

50. Are you or any of your close friends or family members employed by any of the lawyers or law firms in this case?   \_\_\_\_ YES   \_\_\_\_ NO

    If YES, please explain:

51. Do you know any of the following individuals?   \_\_\_\_ YES   \_\_\_\_ NO

    Deborah E. Lipstadt, Ph.D
    Stephen Fenton, P.E.
    Kathleen M. Blee, Ph.D.
    Peter Simi, Ph.D

    If YES, please explain:

## **COVID-19 Questions**

52. Within the last 14 days, have you traveled outside of Virginia?   ____ YES   ____ NO

    If yes, please explain.

53. Within the last 14 days, have you been diagnosed with COVID-19?   ____ YES   ____ NO

    If yes, please explain.

54. Within the last 14 days, have you had contact with anyone who has been diagnosed with COVID-19 or who is currently sick with suspected COVID-19?   ___ YES   ____ NO

    If yes, please explain.

55. Within the last 14 days, have you, or someone you have been in close contact with, been directed to quarantine, isolate, or self-monitor?

    ____ YES   ____ NO

    If yes, please explain.

56. Within the last 14 days, have you experienced a fever or chills, persistent cough, shortness of breath or difficulty breathing, new loss of taste or smell, or other flu-like symptoms?

    ____ YES   ____ NO

    If yes, please explain.

57. Within the last 14 days, have you resided with, or been in close contact with, any person in the above-mentioned categories?   ___ YES   ___ NO

    If yes, please explain.

58. Within the last 14 days, have you received a test for COVID-19?   ___ YES   ___ NO

    If yes, when and what was the result?

59. Within the last 14 days, have you requested to be tested for COVID-19 and been denied the test?  ___ YES  ___ NO

    If yes, please explain.

60. Are you a healthcare worker directly involved with the treatment of the COVID-19 disease, or work in another field that puts in you in direct contact with people who have been diagnosed with COVID-19?  ___ YES  ___ NO

    If yes, please explain.

61. Are you over age 65, or a person of any age with an underlying medical condition that puts you at a higher risk of developing serious health complications from COVID-19, or do you live with or provide direct care for a vulnerable person?  ___ YES  ___ NO

    If yes, please explain.

62. Do you have children at home who require your direct supervision due to school and/or daycare closings? Note: only answer YES if there is NO ONE else in the household who can provide care during your jury service.  ___ YES  ___ NO

    If yes, please explain.

63. Have you experienced any economic or job-related hardships as a result of COVID-19 that you believe would have a significant impact on your ability to pay attention and fully concentrate on the evidence in this case?  ____ YES  ____ NO

    If yes, please explain.

64. The Court will be implementing procedures to maintain physical distance and minimize the potential exposure to COVID-19 in the courtroom.  Even with these precautions, do you have any concerns related to COVID-19 that would affect your ability to pay attention and fully concentrate on the evidence in this case?

    ____ YES  ____ NO

    If yes, please explain.

If yes, do you believe that you can set aside your concerns regarding COVID-19 and focus your attention on listening to the evidence and deliberating with other jurors?

____ YES     ____ NO

65. This case is scheduled to last four weeks, from October 25, 2021 to November 19, 2021. Does the COVID-19 pandemic make you particularly worried about sitting on a jury for such duration?     ____ YES     ____ NO

If yes, please explain.

66. Have you been vaccinated against COVID-19?     ____ YES     ____ NO

67. If yes to Number 66, do you still require another dose of a two-dose vaccine?

____ YES     ____ NO

If yes, please explain.

68. Are you willing to abide by any rules that the Court institutes regarding social distancing and wearing masks during trial if you are selected as a juror?

____ YES     ____ NO

If no, please explain.

69. Are you willing to notify the Court immediately if, during trial, you feel ill OR are exposed to anyone feeling ill?

____ YES     ____ NO

If no, please explain.

## Final Questions

70. Under the law, the facts at issue in the trial are for the jury to determine. The law applicable to the allegations in the case is something on which the court will instruct you. You are required to accept the law as the judge explains it to you regardless of any opinions you might have as to what the law is or should be. Would you have any difficulty following that instruction if it was at odds with your own views of what the law should be?     ____ YES     ____ NO

If yes, please explain.

71. Do you have any moral, religious, or personal beliefs which would prevent you from rendering a fair and impartial verdict in this case, based solely on the evidence you will hear in the courtroom and the court's instructions on the law?   ____ YES   ____ NO

    If YES, please explain:

72. Would you be able *to set aside* pre-conceived opinions (if any) you may have about the Unite the Right rally, this case and the parties therein, and reach a decision based solely upon the evidence you hear at trial in accordance with the law as instructed by the Court?   ___ YES   ___ NO

    If no, please explain.

73. Is there anything else that you think the Court should know that might influence your ability to fairly and impartially judge the evidence presented in this case and apply the law as instructed by the Court?   ___ YES   ___ NO

    If yes, please explain.