IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| ELIZABETH SINES ET AL. | : | Case No. 3:17-CV-72 |
| Plaintiff | : | Judge MOON |
| | : | |
| -v- | | |
| JASON KESSLER ET AL. | : | |
| | : | |
| Defendants | | |

**MOTION TO WITHDRAW AS COUNSEL**

Attorneys James E. Kolenich and Elmer Woodard ("Attorneys") move the Court to withdraw as Counsel for defendants Traditionalist Worker's Party ("TWP") and Matthew Parrott ("Parrott"). As cause Attorneys state they have been replaced by new Counsel for said defendants. *See* ECF 1018 (Notice of Appearance for TWP and Parrott by local counsel), ECF 1019 (Motion for *pro hac vice* admission for Mr. Joshua Smith to represent TWP and Parrott), and ECF 1020 (Order granting motion and permitting Mr. Smith to represent TWP and Parrott *pro hac vice*).

Wherefore, Attorneys Elmer Woodard and James Kolenich request permission to withdraw as Trial Attorneys for defendants TWP and Parrott

Respectfully Submitted,

s/ **Elmer Woodard** _____
5661 US Hwy. 29

1

>Blairs VA 24527
>(434) 878-3422
>isuecrook@comcast.net
>
>S/ **James E. Kolenich** (PHV)
>KOLENICH LAW OFFICE
>9435 Waterstone Blvd. #140
>Cincinnati OH 45249
>Phone: 513.444.2150
>Fax: 513.297.6065
>e-mail:JEK318@gmail.com

**CERTIFICATE OF SERVICE**

Robert Ray
*azzmador@gmail.com*
Vanguard America c/o Dillon Hopper
*dillon_hopper@protonmail.com*
Elliott Kline *eli.f.mosley@gmail.com deplorabletruth@gmail.com*
Matthew Heimbach *matthew.w.heimbach@gmail.com*
Richard Spencer richardbspencer@gmail.com
Christopher Cantwell
*#00991-509*
*USP Marion*
*4500 Prison Rd.*
*PO Box 2000*
*Marion IL 62959*

>Respectfully Submitted,
>
>s/ **James Kolenich**
>_____
>J. Kolenich(PHV)