# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION

| | |
|---|---|
| ELIZABETH SINES, *et al.*, <br><br> *Plaintiffs,* <br><br> v. <br><br> JASON KESSLER, *et al.*, <br><br> *Defendants.* | CASE NO. 3:17-cv-00072 <br><br> ORDER <br><br> JUDGE NORMAN K. MOON |

This case has been set for Status Conferences on **October 8, 2021 at 9:00 and 10:00 A.M. ET**, before United States District Judge Norman K. Moon.

It is **REQUESTED** that the United States Marshals Service have **Christopher Cantwell** available for a **PHONE CALL** (or videoconference) at that date and times so that he may participate in his case. The dial in information will be separately sent by the Clerk's Office forthwith.

It is so **ORDERED**.

The Clerk of the Court is directed to send a certified copy of this Order to the parties, to Mr. Cantwell, and to the United States Marshals Service.

Entered this  7th  day of October, 2021.

*/s/ Norman K. Moon*
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE