# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

**Elizabeth Sines, et al**

vs.

**Jason Kessler, et al**

Action No:   3:17CV72
Date:   October 8,
Judge:   Norman K. Moon
Court Reporter:   Lisa Blair
Deputy Clerk:   Heidi N. Wheeler

Plaintiff Attorney(s)

Roberta Kaplan
Karen Dunn
Michael Bloch
Alan Levine
Yotam Barkai
David Mills
Alexandra Conlon
William Isaacson

Defendant Attorney(s)

James Kolenich
Bryan Jones
Richard Spencer
Matt Parrott

## LIST OF WITNESSES

PLAINTIFF/GOVERNMENT:

1.

DEFENDANT:

1.

PROCEEDINGS:
TELEPHONIC HEARING AND STATUS HEARING 9:00-9:30=30 min

Court gives summary for the record to date during in chambers conference call.

Discussion regarding public space, start times and security during trial.