# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

| | |
|---|---|
| ELIZABETH SINES, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> JASON KESSLER, *et al.*, <br><br> *Defendants.* | CASE NO. 3:17-cv-00072 <br><br> ORDER <br><br> JUDGE NORMAN K. MOON |

This matter is before the Court on several motions by Defendant Christopher Cantwell, proceeding *pro se*. Dkts. 1063, 1109.

In these motions, Mr. Cantwell sought orders from the Court directing the Warden of USP-Marion, to provide Cantwell with access to paper copies of the complaint, other documents in the record and discovery, *see* Dkt. 1109 at 1–2, and to provide him and his self-described "lay counsel" Mr. William A. White, to have greater computer and printer access at USP-Marion, so that they could review "electronic discovery or electronic copies of court filings," *see* Dkt. 1063 at 1–3. Notwithstanding Mr. Cantwell's asserted difficulties in access to computers or records in the case, Mr. Cantwell himself or working with Mr. White have filed over twenty-five (25) motions in the past month. Dkts. 1062, 1063, 1066, 1077, 1084, 1085, 1088, 1090, 1096, 1098, 1099, 1102, 1109, 1119, 1121, 1122, 1123, 1124, 1126, 1132, 1133, 1157, 1158, 1160, 1160, 1161, 1162. The Court has granted Mr. Cantwell's motion requesting that he be transported to Charlottesville for trial, and did so at Government expense, Dkts. 1031, 1104, 1105, and Mr. Cantwell is currently in transit. Accordingly, Mr. Cantwell's motions, as they pertain to seeking

greater access to case-related materials at USP-Marion will be and hereby are **DENIED as moot**. Dkts. 1063, 1109.

It is so **ORDERED**.

The Clerk of the Court is directed to send a certified copy of this Order to the parties, to Mr. Cantwell, and to the United States Marshals Service.

Entered this  8th   day of October, 2021.

NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE