# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### Charlottesville Division

ELIZABETH SINES, SETH WISPELWEY, MARISSA BLAIR, APRIL MUNIZ, MARCUS MARTIN, NATALIE ROMERO, CHELSEA ALVARADO, JOHN DOE, and THOMAS BAKER,

                              Plaintiffs,

v.

JASON KESSLER, et al.,

                              Defendants.

**Civil Action No. 3:17-cv-00072-NKM**

## PLAINTIFFS' SUPPLEMENTAL BRIEF IN SUPPORT OF THEIR RESPONSE REGARDING CHRISTOPHER CANTWELL'S ECF FILINGS 1062, 1063, 1064, 1065, 1066, 1077, 1078, 1084, 1085, 1086, 1087, 1088, 1089, 1090, 1096, 1097, 1098, 1099, 1102, 1103

Plaintiffs have previously articulated their suspicion that Defendant Christopher Cantwell has been using another inmate, William A. White, to "ghost write" a profusion of Mr. Cantwell's recent filings. *See* ECF No. 1108 at 5-7; ECF No. 1134 at 1-3. It is now clear that our suspicions were completely accurate. Indeed, such unauthorized practice of law with respect to Mr. Cantwell has continued, with Mr. Cantwell flooding the docket with even more ghost-written submissions. *See, e.g.*, ECF Nos. 1157, 1158, 1159, 1160, 1161, 1162.[1]

Mr. Cantwell's improper use of ghostwriters is no longer subject to legitimate dispute. In

---

[1] To date, Cantwell has submitted no fewer than **38** ghost-written filings (excluding exhibits and affidavits). *See* ECF Nos. 1062, 1063, 1064, 1065, 1066, 1077, 1078, 1084, 1085, 1086, 1087, 1088, 1089, 1090, 1096, 1097, 1098, 1099, 1102, 1103, 1109, 1110, 1119, 1120, 1121, 1122, 1123, 1124, 1125, 1126, 1132, 1133, 1157, 1158, 1159, 1160, 1161, 1162. The Court has even acknowledged that Cantwell is "working with Mr. White" in making a multitude of filings in its recent Order denying as moot two of Cantwell's motions. ECF No. 1181 at 1.

fact, Mr. Cantwell has all but admitted he has been using ghostwriters in connection with his recent filings to this Court.  On a recent podcast called "SoToSpeak: Clearly Not Transcompetent" and recorded on October 7, 2021, Mr. Cantwell openly admitted to relying on not *one*, but *two* individuals to assist with his recent filings.  *See* Jared Howe and Christopher Cantwell, SoToSpeak Podcast, Ep. 771, Clearly Not Transcompetent, at 32:20-37:01 (Oct. 7, 2021) (hereinafter "Cantwell Podcast"), *available at* https://www.iheart.com/podcast/256-so-to-speak-w-jared-howe-30946957/episode/s-o-t-o-s-p-87761849/.  While it turns out our theory about Mr. White was correct, we now know that Mr. Cantwell has also been relying on Matthew Hale, a white supremacist and former attorney who was convicted of soliciting the murder of a federal judge in Chicago.  *See United States v. Hale*, No. 03 CR 11-JM (N.D. Ill. 2004); Matt O'Connor, *Hale gets 40 years for plot to kill judge*, CHICAGO TRIBUNE (Apr. 7, 2005), https://www.chicagotribune.com/news/ct-xpm-2005-04-07-0504070253-story.html.     William White, Cantwell's other legal ghostwriter, is connected to Mr. Hale since he was convicted of soliciting violence against a juror in Mr. Hale's murder trial.[2]  *See United States v. White*, 698 F.3d 1005, 1008 (7th Cir. 2012).

More specifically, during this recent podcast, Cantwell volunteers to the podcast host (Jared Howe) that he met two "really smart guys in the communications management unit, … Matt Hale [and] Bill White," who are "good to me."  Cantwell Podcast at 32:36-35:03.  Mr. Cantwell explains that Mr. Hale "made an attorney of himself before he got arrested" and that Mr. White "has been helpful to me filing motions with the court …. Could I do this without him? No…." *Id.*

As Plaintiffs previously have noted, the practice of ghostwriting in connection with *pro se*

---

[2] White has also sent threatening messages to judges, U.S. Attorneys, and prosecutors. *United States v. White*, No. 7:08-cr-00054, 2021 U.S. Dist. LEXIS 66100, at *2 (W.D. Va. Apr. 5, 2021).

litigants raises serious procedural, ethical and practical concerns, and for those reasons, courts have had had little reservation prohibiting such "unauthorized practice of law." *See Greene v. U.S. Dep't of Educ.*, No. 4:13cv79, 2013 U.S. Dist. LEXIS 143678, at *26-27 (E.D. Va. Oct. 1, 2013); *Sejas v. MortgageIT, Inc.*, No. 1:11CV469 JCC, 2011 WL 2471205, at *1 (E.D. Va. June 20, 2011).  To allow otherwise would "exploit" the leniency and privileges afforded to *pro se* litigants, who are held to less stringent standards as are parties represented by counsel.  *Laremont-Lopez*, 968 F. Supp. 1075, 1078 (E.D. Va. 1997).

In the podcast, Mr. Cantwell asserts — erroneously, of course — that "there's no rule against ghostwriting in a legal process" and that "it's [been] a collaborative process" with Messrs. Hale and White.  Cantwell Podcast at 34:35-35:03.  Even assuming that Mr. Cantwell did in fact engage in a "collaborative process" to draft and research his recent filings in this case, that is of no moment.  Unauthorized *assistance* with legal research and writing for a *pro se* litigant clearly qualifies as impermissible ghostwriting.  *See Laremont-Lopez*, 968 F. Supp. at 1077 (noting that it is improper ghostwriting "to draft or *assist* in drafting complaints or other documents submitted to the Court on behalf of litigants designated as *pro se*" (emphasis added)); *Sejas*, 2011 WL 2471205, at *1 (noting attorney would be "behaving unethically" if she were providing "*assistance*" to *pro se* litigant (emphasis added)); *Davis v. Back*, No. CIVA 3:09CV557, 2010 WL 1779982, at *13 (E.D. Va. Apr. 29, 2010) (even the act of rendering unauthorized "legal advice" qualifies as ghostwriting).

In light of this new evidence, Plaintiffs reiterate their prior request that (1) any and all filings on behalf of Cantwell that were written by or with the aid of Messrs. White, Hale or any other ghostwriter be stricken; and (2) order that Mr. Cantwell is explicitly forbidden from using Messrs. White, Hale or any other ghostwriter in any *pro se* filings going forward.

3

Date: October 9, 2021

Respectfully submitted,

Roberta A. Kaplan (*pro hac vice*)
Michael L. Bloch (*pro hac vice*)
Yotam Barkai (*pro hac vice*)
Emily C. Cole (*pro hac vice*)
Alexandra K. Conlon (*pro hac vice*)
Jonathan R. Kay (*pro hac vice*)
KAPLAN HECKER & FINK LLP
350 Fifth Avenue, 63rd Floor
New York, NY 10118
Telephone: (212) 763-0883
rkaplan@kaplanhecker.com
mbloch@kaplanhecker.com
ybarkai@kaplanhecker.com
ecole@kaplanhecker.com
aconlon@kaplanhecker.com
jkay@kaplanhecker.com
*Counsel for Plaintiffs*

Of Counsel:

Roberta A. Kaplan (*pro hac vice*)
Julie E. Fink (*pro hac vice*)
Gabrielle E. Tenzer (*pro hac vice*)
Michael L. Bloch (*pro hac vice*)
Yotam Barkai (*pro hac vice*)
Emily C. Cole (*pro hac vice*)
Alexandra K. Conlon (*pro hac vice*)
Jonathan R. Kay (*pro hac vice*)
Benjamin D. White (*pro hac vice*)
KAPLAN HECKER & FINK LLP
350 Fifth Avenue, Suite 7110
New York, NY 10118
Telephone: (212) 763-0883
rkaplan@kaplanhecker.com
jfink@kaplanhecker.com
gtenzer@kaplanhecker.com
mbloch@kaplanhecker.com
ybarkai@kaplanhecker.com
ecole@kaplanhecker.com
aconlon@kaplanhecker.com
jkay@kaplanhecker.com
bwhite@kaplanhecker.com

Karen L. Dunn (*pro hac vice*)
Jessica E. Phillips (*pro hac vice*)
William A. Isaacson (*pro hac vice*)
Arpine S. Lawyer (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
2001 K Street, NW
Washington, DC 20006-1047
Telephone: (202) 223-7300
Fax: (202) 223-7420
kdunn@paulweiss.com
jphillips@paulweiss.com
wisaacson@paulweiss.com
alawyer@paulweiss.com

Makiko Hiromi (*pro hac vice*)
Nicholas A. Butto (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000
Fax: (212) 757-3990
mhiromi@paulweiss.com
nbutto@paulweiss.com

Robert T. Cahill (VSB 38562)
COOLEY LLP
11951 Freedom Drive, 14th Floor
Reston, VA 20190-5656
Telephone: (703) 456-8000
Fax: (703) 456-8100
rcahill@cooley.com

Alan Levine (*pro hac vice*)
Philip Bowman (*pro hac vice*)
COOLEY LLP
55 Hudson Yards
New York, NY 10001
Telephone: (212) 479-6260
Fax: (212) 479-6275
alevine@cooley.com

David E. Mills (*pro hac vice*)
Joshua M. Siegel (VSB 73416)
Caitlin B. Munley (*pro hac vice*)
Samantha A. Strauss (*pro hac vice*)
Alexandra Eber (*pro hac vice*)
COOLEY LLP
1299 Pennsylvania Avenue, NW
Suite 700

pbowman@cooley.com

Washington, DC 20004
Telephone: (202) 842-7800
Fax: (202) 842-7899
dmills@cooley.com
jsiegel@cooley.com
cmunley@cooley.com
sastrauss@cooley.com
aeber@cooley.com

J. Benjamin Rottenborn (VSB 84796)
WOODS ROGERS PLC
10 South Jefferson St., Suite 1400
Roanoke, VA 24011
Telephone: (540) 983-7600
Fax: (540) 983-7711
brottenborn@woodsrogers.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2021, I filed the foregoing with the Clerk of Court through the CM/ECF system, which will send a notice of electronic filing to:

Elmer Woodard
5661 US Hwy 29
Blairs, VA 24527
isuecrooks@comcast.net

James E. Kolenich
Kolenich Law Office
9435 Waterstone Blvd. #140
Cincinnati, OH 45249
jek318@gmail.com

*Counsel for Defendants Jason Kessler, Nathan Damigo, and Identity Europa, Inc. (Identity Evropa)*

David L. Campbell
Justin Saunders Gravatt
Duane, Hauck, Davis & Gravatt, P.C.
100 West Franklin Street, Suite 100
Richmond, VA 23220
dcampbell@dhdglaw.com
jgravatt@dhdglaw.com

*Counsel for Defendant James A. Fields, Jr.*

Bryan Jones
106 W. South St., Suite 211
Charlottesville, VA 22902
bryan@bjoneslegal.com

*Counsel for Defendants Michael Hill, Michael Tubbs, and League of the South*

William Edward ReBrook, IV
The ReBrook Law Office
6013 Clerkenwell Court
Burke, VA 22015
edward@rebrooklaw.com

*Counsel for Defendants Jeff Schoep, National Socialist Movement, Nationalist Front, Matthew Parrott, Traditionalist Worker Party and Matthew Heimbach*

Joshua Smith
Smith LLC
807 Crane Avenue
Pittsburgh, PA 15216-2079
joshsmith2020@gmail.com

*Counsel for Defendants Matthew Parrott, Traditionalist Worker Party and Matthew Heimbach*

1

I hereby certify that on October 9, 2021, I also served the following non-ECF participants via mail and electronic mail:

Richard Spencer
richardbspencer@icloud.com
richardbspencer@gmail.com

Christopher Cantwell
Christopher Cantwell 00991-509
Grady County Law Enforcement Center
215 N. 3rd St.
Chickasha, OK 73018

Vanguard America
c/o Dillon Hopper
dillon_hopper@protonmail.com

Robert "Azzmador" Ray
azzmador@gmail.com

Elliott Kline a/k/a Eli Mosley
eli.f.mosley@gmail.com
deplorabletruth@gmail.com
eli.r.kline@gmail.com

Michael L Bloch (*pro hac vice*)
KAPLAN HECKER & FINK LLP

Counsel for Plaintiffs