UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

ELIZABETH SINES, *et al.*,

                Plaintiffs,

v.

JASON KESSLER, *et al.*,

                Defendants.

Civil Action No. 3: 17-cv-00072-NKM

**JURY TRIAL REQUESTED**

## APPEARANCE OF COUNSEL

To: The Clerk of the Court and all parties of record:

I, Khary J. Anderson, Esq., file my appearance in the above styled case as co-counsel for Plaintiffs. I was admitted to practice before this Court, in the above styled case, on behalf of Plaintiffs, by the October 6, 2021 Order granting my Motion for *Pro Hac Vice* Admission. *See* ECF No. 1164.

Dated: October 12, 2021

                                            Respectfully submitted,

                                            */s/ Khary J. Anderson*
                                            Khary J. Anderson (*pro hac vice*)
                                            COOLEY LLP
                                            1299 Pennsylvania Avenue, NW
                                            Suite 700
                                            Washington, DC 20004-2400
                                            Tel: 202-842-7800
                                            Fax: 202-842-7899
                                            kjanderson@cooley.com

## CERTIFICATE OF SERVICE

  I hereby certify that on October 12, 2021, I filed the foregoing with the Clerk of Court through the CM/ECF system, which will send a notice of electronic filing to:

Elmer Woodard
5661 US Hwy 29
Blairs, VA 24527
isuecrooks@comcast.net

James E. Kolenich
Kolenich Law Office
9435 Waterstone Blvd. #140
Cincinnati, OH 45249
jek318@gmail.com

*Counsel for Defendants Jason Kessler, Nathan Damigo, Identity Europa, Inc. (Identity Evropa)*

Justin Saunders Gravatt
David L. Hauck
David L. Campbell
Duane, Hauck, Davis & Gravatt, P.C.
100 West Franklin Street, Suite 100
Richmond, VA 23220
jgravatt@dhdglaw.com
dhauck@dhdglaw.com
dcampbell@dhdglaw.com

*Counsel for Defendant James A. Fields, Jr.*

Bryan Jones
106 W. South St., Suite 211
Charlottesville, VA 22902
bryan@bjoneslegal.com

*Counsel for Defendants Michael Hill, Michael Tubbs, and League of the South*

Joshua Smith Esq.
Smith LLC
807 Crane Ave.
Pittsburgh, PA 15216
joshsmith2020@gmail.com

*Counsel for Matthew Heimbach, Matthew Parrott and Traditionalist Worker Party*

William Edward ReBrook, IV
The ReBrook Law Office
6013 Clerkenwell Court
Burke, VA 22015
edward@rebrooklaw.com
rebrooklaw@gmail.com

*Counsel for Defendants Jeff Schoep, National Socialist Movement, Nationalist Front, Matthew Heimbach, Matthew Parrott and Traditionalist Worker Party*

I further hereby certify that on October 12, 2021, I also served the following non-ECF Defendants/participants, via electronic mail or First Class U.S. mail, as follows:

Robert Ray
azzmador@gmail.com

Vanguard America
c/o Dillon Hopper
dillon_hopper@protonmail.com

**VIA U.S. Mail**
Christopher Cantwell
Christopher Cantwell - Inmate: 00991-509
Grady County Law Enforcement Center (Oklahoma)
215 N. 3rd Street
Chickasha, OK 73018

Richard Spencer
richardbspencer@gmail.com
richardbspencer@icloud.com

Elliott Kline
eli.f.mosley@gmail.com
deplorabletruth@gmail.com
eli.r.kline@gmail.com

**VIA U.S. Mail**
Christopher Cantwell
Christopher Cantwell - Inmate: 00991-509
USP Marion
P.O. Box 2000
Marion, IL 62959

*/s/ Khary J. Anderson*
Khary J. Anderson
*Counsel for Plaintiffs*