**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division**

| | |
|---|---|
| ELIZABETH SINES, *et al*., | |
| Plaintiffs, | |
| v. | **Civil Action No. 3: 17-cv-00072-NKM** |
| JASON KESSLER, *et al*., | **JURY TRIAL REQUESTED** |
| Defendants. | |

**PLAINTIFFS' SECOND AMENDED DEPOSITION DESIGNATIONS**

Plaintiffs, by and through their counsel, respectfully submit this second amended deposition designations to include the designations of Benjamin Daley deposition transcript, which was taken on Friday, October 8.

Plaintiffs continue to reserve the right to: (a) use audio and/or video deposition excerpts and/or create demonstrative exhibits; (b) use any deposition designations listed by Defendants; (c) supplement these designations with those of any persons listed as trial witnesses by any party in the event that such witnesses are not available to testify at trial or are not called at trial; (d) designate additional portions of deposition transcripts for the purpose of authentication of documents, if required; (e) designate any deposition testimony taken after the date of these designations; and (f) use any and all deposition and/or trial testimony, whether or not designated, for cross-examination, impeachment, or rebuttal purposes.

| Deposition Transcript: | Designations: |
|---|---|
| Erica Alduino, December 3, 2018 | 11:14 - 14:11 |
| | 18:24 - 19:6 |
| | 31:1 - 32:1 |
| | 36:6 - 37:5 |
| | 40:9 - 42:8 |
| | 58:9 - 59:14 |
| | 60:16 - 62:23 |
| | 106:19 - 106:21 |
| | 107:9 - 107:11 |
| | 107:20 - 107:25 |
| | 108:20 - 109:6 |
| | 109:17 - 110:1 |
| | 122:7 - 122:21 |
| | 125:11 - 126:23 |
| | 142:24 - 143:8 |
| | 144:4 - 144:5 |
| | 147:6 - 148:2 |
| | 158:14 - 158:21 |
| | 196:15 - 197:5 |
| | 214:13 - 215:20 |
| | 222:9 - 223:3 |
| | 237:4 - 237:12 |
| | 237:20 - 239:9 |
| | 240:7 - 240:9 |
| | 254:23 - 256:4 |
| | 259:6 - 259:8 |
| | 259:18 - 259:22 |
| | 264:13 - 266:13 |
| | 267:7 - 267:11 |
| | 268:1 - 268:16 |
| | 270:7 - 270:21 |
| | 271:11 - 272:2 |
| | 279:20 - 280:6 |
| | 281:1 - 281:2 |
| | 281:4 - 282:1 |
| | 284:10 - 285:21 |
| | 293:4 - 293:20 |
| | 293:25 - 294:1 |
| | 297:3 - 297:7 |
| | 298:19 - 298:25 |
| | 302:9 - 302:21 |
| | 304:10 - 304:15 |
| | 305:19 - 305:25 |
| | 309:7 - 309:21 |

| Robert Baker, June 12, 2020 | 5:20 - 5:23 |
| | 9:18 - 9:20 |
| | 10:14 - 10:21 |
| | 11:18 - 11:20 |
| | 12:3 - 12:6 |
| | 17:19 - 17:20 |
| | 17:24 - 19:16 |
| | 23:9 - 23:14 |
| | 25:6 - 25:10 |
| | 25:22 - 26:20 |
| | 27:18 - 29:15 |
| | 29:21 - 30:8 |
| | 32:6 - 32:18 |
| | 35:6 - 35:8 |
| | 36:6 - 36:13 |
| | 36:19 - 38:9 |
| | 38:14 - 39:16 |
| | 46:4 - 46:6 |
| | 47:10 - 47:12 |
| | 47:25 - 48:15 |
| | 49:11 - 49:14 |
| | 61:22 - 62:8 |
| | 69:8 - 69:19 |
| | 70:5 - 70:22 |
| | 71:4 - 71:17 |
| | 76:24 - 77:7 |
| | 77:11 - 77:13 |
| | 77:21 - 78:3 |
| | 78:10 - 78:22 |
| | 86:16 - 86:23 |
| | 91:13 - 91:21 |
| | 96:15 - 98:5 |
| | 98:18 - 99:7 |
| | 99:18 - 99:23 |
| | 100:22 - 101:21 |
| | 102:14 - 102:21 |
| | 103:6 - 103:9 |
| | 114:6 - 114:11 |
| | 114:14 - 115:17 |
| | 116:15 - 117:13 |
| | 117:25 - 118:25 |
| | 129:16 - 130:10 |
| | 134:21 - 136:21 |
| | 139:19 - 139:20 |
| | 142:15 - 142:25 |
| | 145:19 - 146:9 |

| | 146:25 - 147:3 |
| | 147:6 - 147:8 |
| | 150:3 - 150:12 |
| Michael Chesny, March 3, 2020 | 9:25 - 10:14 |
| | 13:20 - 14:12 |
| | 15:6 - 15:15 |
| | 15:23 - 18:6 |
| | 20:20 - 22:22 |
| | 23:25 - 24:7 |
| | 25:11 - 27:3 |
| | 27:8 - 27:14 |
| | 28:2 - 31:11 |
| | 32:23 - 34:24 |
| | 35:2 - 35:6 |
| | 35:24 - 36:6 |
| | 36:9 - 38:9 |
| | 38:13 - 45:25 |
| | 46:10 - 47:3 |
| | 47:16 - 49:22 |
| | 51:14 - 57:8 |
| | 59:9 - 60:12 |
| | 61:16 - 64:20 |
| | 64:25 - 67:6 |
| | 67:11 - 67:16 |
| | 69:9 - 71:2 |
| | 71:10 - 71:21 |
| | 73:5 - 73:7 |
| | 73:13 - 75:6 |
| | 75:19 - 75:23 |
| | 76:19 - 78:21 |
| | 78:25 - 79:3 |
| | 79:6 - 79:18 |
| | 79:21 - 81:16 |
| | 81:21 - 82:3 |
| | 82:16 - 82:25 |
| | 83:15 - 84:3 |
| | 84:8 - 84:11 |
| | 85:21 - 85:25 |
| | 86:8 - 89:4 |
| | 89:14 - 90:18 |
| | 90:24 - 91:3 |
| | 91:11 - 91:20 |
| | 91:24 - 92:12 |
| | 92:18 - 92:25 |
| | 93:5 - 93:10 |
| | 93:16 - 93:16 |

| | |
|---|---|
| | 93:21 - 94:12 |
| | 94:17 - 95:12 |
| | 95:19 - 102:2 |
| | 102:22 - 104:7 |
| | 104:16 - 105:10 |
| | 105:18 - 107:6 |
| | 108:11 - 114:8 |
| | 114:14 - 114:22 |
| | 115:4 - 115:19 |
| | 116:8 - 116:19 |
| | 117:8 - 118:9 |
| | 118:13 - 118:19 |
| | 119:10 - 119:12 |
| | 119:16 - 120:18 |
| | 121:2 - 121:16 |
| | 122:8 - 123:9 |
| | 123:15 - 125:15 |
| | 125:18 - 126:9 |
| | 126:18 - 127:3 |
| | 127:7 - 127:16 |
| | 127:20 - 128:3 |
| | 128:11 - 129:10 |
| | 130:19 - 131:3 |
| | 131:13 - 131:19 |
| | 133:14 - 136:4 |
| | 136:17 - 138:7 |
| | 138:15 - 139:3 |
| | 139:17 - 141:18 |
| | 141:25 - 143:8 |
| | 144:3 - 144:19 |
| | 144:23 - 145:16 |
| | 146:10 - 147:8 |
| | 147:13 - 148:18 |
| | 153:7 - 153:12 |
| | 154:3 - 154:5 |
| | 154:9 - 154:12 |
| | 161:15 - 163:11 |
| | 163:19 - 163:25 |
| | 165:3 - 165:18 |
| | 167:5 - 169:5 |
| | 170:23 - 172:21 |
| | 173:13 - 173:23 |
| | 174:24 - 175:9 |
| | 176:14 - 177:23 |
| | 178:10 - 178:15 |
| | 179:7 - 179:15 |

| | |
|---|---|
| | 180:25 - 181:8 |
| | 181:17 - 182:17 |
| | 184:4 - 184:18 |
| | 186:25 - 187:6 |
| | 188:4 - 188:9 |
| | 188:24 - 189:5 |
| | 189:15 - 190:5 |
| | 191:6 - 191:25 |
| | 192:17 - 193:4 |
| | 193:11 - 193:24 |
| | 194:5 - 194:7 |
| | 194:22 - 195:2 |
| | 196:12 - 198:3 |
| | 198:19 - 199:11 |
| | 199:13 - 199:15 |
| | 199:19 - 203:19 |
| | 204:17 - 205:9 |
| | 205:19 - 205:22 |
| | 206:10 - 208:10 |
| | 209:6 - 209:13 |
| | 209:18 - 210:2 |
| | 210:6 - 211:10 |
| | 211:21 - 212:9 |
| | 212:17 - 212:24 |
| | 213:9 - 213:13 |
| | 213:17 - 213:23 |
| | 215:8 - 216:15 |
| | 219:5 - 219:18 |
| | 220:2 - 222:3 |
| | 224:7 - 225:25 |
| | 229:15 - 230:21 |
| | 231:20 - 234:19 |
| | 239:13 - 242:9 |
| | 243:8 - 243:14 |
| | 243:21 - 244:14 |
| | 245:21 - 246:13 |
| | 247:16 - 248:3 |
| | 248:15 - 249:2 |
| | 249:12 - 251:16 |
| | 255:12 - 255:17 |
| | 256:4 - 257:5 |
| | 261:17 - 263:10 |
| | 263:24 - 264:8 |
| | 264:20 - 265:6 |
| | 266:7 - 266:18 |
| | 269:17 - 269:22 |

| | |
|---|---|
| | 270:5 - 270:11 |
| | 270:16 - 271:4 |
| | 273:17 - 275:15 |
| | 275:19 - 275:23 |
| | 277:6 - 278:16 |
| | 279:3 - 279:20 |
| | 280:15 - 281:10 |
| | 281:13 - 284:17 |
| | 285:5 - 285:17 |
| | 286:5 - 286:8 |
| | 286:23 - 287:3 |
| | 287:10 - 288:3 |
| | 289:21 - 290:21 |
| | 292:6 - 292:22 |
| | 294:2 - 294:4 |
| | 294:11 - 295:3 |
| | 295:14 - 298:18 |
| | 299:16 - 300:5 |
| | 300:8 - 300:15 |
| | 300:25 - 301:5 |
| | 303:23 - 304:3 |
| | 304:11 - 304:24 |
| | 308:6 - 310:5 |
| | 310:15 - 311:16 |
| | 319:8 - 320:2 |
| | 323:5 - 323:7 |
| | 323:15 - 324:6 |
| | 324:15 - 324:22 |
| | 325:7 - 326:2 |
| | 326:13 - 326:19 |
| | 327:4 - 328:11 |
| | 329:9 - 329:21 |
| | 332:2 - 335:12 |
| | 339:9 - 339:19 |
| | 347:22 - 349:5 |
| | 349:20 - 350:2 |
| Benjamin Daley, October 8, 2021 | 17:14 - 17:15 |
| | 31:19 - 32:6 |
| | 32:11 - 33:5 |
| | 33:12 - 33:22 |
| | 34:3 - 35:7 |
| | 35:10 - 35:23 |
| | 36:5 - 36:16 |
| | 37:6 - 38:12 |
| | 38:22 - 39:7 |
| | 39:11 - 39:21 |

| |
|---|
| 39:25 - 40:5 |
| 40:18 - 41:9 |
| 42:4 - 42:8 |
| 43:16 - 43:17 |
| 43:19 - 43:22 |
| 44:4 - 44:11 |
| 44:18 - 44:23 |
| 45:5 - 45:20 |
| 46:7 - 46:9 |
| 46:22 - 46:25 |
| 47:7 - 47:8 |
| 47:10 - 47:16 |
| 47:20 - 47:22 |
| 48:9 - 48:12 |
| 49:15 - 50:2 |
| 50:4 - 50:5 |
| 50:11 - 50:25 |
| 51:12 - 51:25 |
| 52:6 - 52:9 |
| 52:16 - 52:17 |
| 52:19 - 53:5 |
| 53:9 - 53:16 |
| 54:3 - 54:4 |
| 55:11 - 55:23 |
| 56:13 - 56:16 |
| 56:23 - 57:12 |
| 58:16 - 58:17 |
| 58:19 - 58:25 |
| 59:4 - 59:18 |
| 62:5 - 62:6 |
| 62:20 - 63:13 |
| 63:21 - 64:8 |
| 64:20 - 65:6 |
| 65:13 - 65:15 |
| 67:21 - 68:9 |
| 68:18 - 69:2 |
| 69:10 - 69:14 |
| 69:17 - 69:18 |
| 69:25 - 70:5 |
| 70:20 - 70:22 |
| 71:12 - 71:14 |
| 73:19 - 73:20 |
| 74:3 - 74:10 |
| 74:23 - 74:24 |
| 75:14 - 76:8 |
| 77:15 - 77:20 |

| | |
|---|---|
| | 77:23 - 77:24 |
| | 78:3 - 78:8 |
| | 78:15 - 78:19 |
| | 79:12 - 79:13 |
| | 79:18 - 80:2 |
| | 82:2 - 82:3 |
| | 82:10 - 82:23 |
| | 84:7 - 84:8 |
| | 84:13 - 84:18 |
| | 84:23 - 85:5 |
| | 86:16 - 87:6 |
| | 89:15 - 89:25 |
| | 92:3 - 92:11 |
| | 92:22 - 93:2 |
| | 94:17 - 94:20 |
| | 96:9 - 96:12 |
| | 96:22 - 97:18 |
| | 98:16 - 98:20 |
| | 100:6 - 100:16 |
| | 101:8 - 101:10 |
| | 108:3 - 108:4 |
| | 108:12 - 109:5 |
| | 109:18 - 110:7 |
| | 111:16 - 111:17 |
| | 113:12 - 113:19 |
| | 113:23 - 114:8 |
| | 116:2 - 116:3 |
| | 121:10 - 121:17 |
| | 122:15 - 123:6 |
| | 125:22 - 125:25 |
| | 128:7 - 128:10 |
| | 128:13 - 128:14 |
| | 129:7 - 129:7 |
| | 129:11 - 129:17 |
| | 129:21 - 129:25 |
| | 130:8 - 130:10 |
| | 132:3 - 132:4 |
| | 132:6 - 132:9 |
| | 132:18 - 132:19 |
| | 132:22 - 133:4 |
| | 135:8 - 135:13 |
| | 135:22 - 136:4 |
| | 139:3 - 139:4 |
| | 139:13 - 139:15 |
| | 142:24 - 143:7 |
| | 143:15 - 143:23 |

| | |
|---|---|
| | 144:3 - 145:4 |
| | 145:6 - 145:7 |
| | 145:9 - 145:16 |
| | 145:19 - 145:20 |
| | 145:22 - 146:4 |
| | 146:13 - 146:15 |
| | 146:17 - 147:2 |
| | 149:2 - 149:3 |
| | 149:12 - 149:12 |
| | 149:14 - 149:19 |
| | 152:8 - 153:7 |
| | 153:11 - 153:12 |
| | 153:15 - 153:20 |
| | 154:4 - 154:12 |
| | 155:17 - 155:18 |
| | 155:20 - 156:3 |
| | 156:10 - 156:11 |
| | 156:13 - 156:18 |
| | 156:22 - 157:2 |
| | 158:17 - 158:18 |
| | 158:22 - 159:10 |
| | 159:15 - 159:18 |
| | 160:3 - 160:10 |
| | 160:21 - 161:8 |
| | 161:23 - 162:6 |
| | 162:11 - 162:18 |
| | 163:13 - 163:22 |
| | 163:24 - 165:6 |
| | 165:8 - 165:13 |
| | 165:15 - 165:19 |
| | 166:9 - 167:13 |
| | 168:21 - 169:12 |
| | 169:22 - 170:17 |
| | 171:20 - 171:25 |
| | 173:4 - 173:5 |
| | 175:14 - 175:15 |
| | 176:4 - 177:2 |
| | 177:16 - 177:19 |
| | 181:24 - 182:13 |
| | 182:17 - 183:5 |
| | 184:16 - 184:25 |
| | 186:17 - 187:5 |
| | 188:3 - 188:9 |
| | 189:9 - 189:10 |
| | 189:13 - 189:25 |
| | 192:8 - 192:9 |

| | |
|---|---|
| | 192:17 - 193:3 |
| | 195:22 - 196:2 |
| | 196:4 - 196:5 |
| | 196:14 - 196:16 |
| | 197:8 - 197:21 |
| | 199:23 - 199:24 |
| | 200:3 - 200:6 |
| | 201:15 - 202:9 |
| | 202:14 - 202:20 |
| | 203:15 - 203:16 |
| | 203:21 - 204:18 |
| | 207:7 - 207:13 |
| | 207:24 - 208:8 |
| | 208:12 - 208:14 |
| | 211:12 - 211:13 |
| | 211:15 - 211:17 |
| | 212:7 - 212:9 |
| | 212:17 - 212:18 |
| | 212:22 - 212:25 |
| | 214:24 - 215:6 |
| | 215:12 - 215:16 |
| | 216:23 - 217:2 |
| | 218:10 - 218:13 |
| | 218:18 - 218:19 |
| | 219:10 - 220:10 |
| | 220:15 - 220:17 |
| | 221:4 - 221:6 |
| | 221:21 - 221:22 |
| | 221:24 - 222:20 |
| | 225:10 - 225:15 |
| | 225:18 - 225:19 |
| | 226:4 - 226:8 |
| | 226:17 - 226:24 |
| | 227:3 - 227:22 |
| | 227:24 - 228:4 |
| | 228:6 - 228:15 |
| | 228:18 - 228:24 |
| | 229:2 - 229:3 |
| | 229:5 - 229:12 |
| | 229:23 - 230:6 |
| | 230:9 - 230:10 |
| | 230:18 - 230:22 |
| | 230:24 - 231:7 |
| | 231:10 - 231:11 |
| | 231:19 - 231:24 |
| | 232:3 - 232:9 |

| | |
|---|---|
| | 232:14 - 232:15<br>233:3 - 233:17<br>233:19 - 233:25<br>234:3 - 234:4<br>234:11 - 234:17<br>235:13 - 235:14<br>235:16 - 235:19<br>236:10 - 236:14<br>236:18 - 236:19<br>236:21 - 236:23<br>237:3 - 237:8<br>237:11 - 237:12<br>237:24 - 238:2<br>238:12 - 238:14<br>239:12 - 239:19<br>240:17 - 240:18<br>241:4 - 241:18<br>242:3 - 242:10<br>243:2 - 243:3<br>243:13 - 243:18<br>243:20 - 243:21<br>243:23 - 245:11<br>247:2 - 247:3<br>247:5 - 247:12<br>247:15 - 247:15<br>248:3 - 248:6 |
| Shane Duffy, July 7, 2020 | 11:9 - 11:24<br>13:3 - 13:7<br>17:24 - 19:21<br>21:2 - 21:8<br>22:4 - 22:11<br>28:17 - 29:7<br>31:4 - 32:3<br>52:2 - 53:3<br>53:7 - 55:19<br>56:21 - 57:13<br>59:20 - 61:11<br>62:3 - 62:14<br>62:24 - 63:9<br>63:13 - 67:3<br>67:12 - 67:21<br>67:24 - 68:4<br>68:9 - 69:11<br>69:15 - 69:21<br>69:23 - 70:12<br>70:15 - 72:5 |

| | |
|---|---|
| | 72:7 - 73:19 |
| | 73:21 - 76:7 |
| | 76:22 - 77:14 |
| | 77:17 - 77:20 |
| | 78:16 - 78:23 |
| | 79:6 - 81:3 |
| | 83:15 - 85:25 |
| | 86:8 - 86:16 |
| | 86:25 - 87:9 |
| | 87:14 - 87:18 |
| | 87:22 - 88:8 |
| | 90:3 - 94:13 |
| | 94:20 - 96:2 |
| | 96:5 - 96:6 |
| | 96:16 - 97:17 |
| | 98:25 - 101:2 |
| | 104:11 - 105:11 |
| | 105:21 - 108:20 |
| | 109:11 - 110:6 |
| | 114:5 - 116:15 |
| | 121:4 - 121:6 |
| | 121:16 - 121:25 |
| | 127:10 - 130:4 |
| | 131:19 - 132:14 |
| | 135:13 - 135:22 |
| | 136:2 - 137:2 |
| | 144:7 - 146:19 |
| | 147:2 - 147:13 |
| | 147:20 - 148:2 |
| | 148:19 - 157:21 |
| | 161:5 - 162:3 |
| | 164:14 - 166:5 |
| | 167:17 - 168:6 |
| | 168:25 - 169:13 |
| | 169:23 - 172:2 |
| | 173:9 - 173:13 |
| | 174:8 - 178:19 |
| | 179:15 - 180:24 |
| | 182:21 - 183:14 |
| | 184:19 - 185:8 |
| | 186:4 - 187:10 |
| | 188:20 - 196:9 |
| | 196:12 - 203:13 |
| | 204:2 - 205:20 |
| | 206:16 - 215:22 |
| | 219:10 - 220:17 |

| | |
|---|---|
| | 222:12 - 222:18 |
| | 222:21 - 223:11 |
| | 223:15 - 230:2 |
| | 230:6 - 231:14 |
| | 231:18 - 231:19 |
| | 232:13 - 233:17 |
| | 233:22 - 242:12 |
| | 242:25 - 247:14 |
| | 250:4 - 258:6 |
| | 258:9 - 270:10 |
| | 272:17 - 273:6 |
| | 274:16 - 275:9 |
| | 283:18 - 284:7 |
| | 284:10 - 284:25 |
| | 288:4 - 288:17 |
| | 291:21 - 292:12 |
| | 297:15 - 301:8 |
| | 301:11 - 301:23 |
| | 302:12 - 302:16 |
| | 304:20 - 307:22 |
| Samantha Froelich, March 9, 2020 | 4:23 - 5:10 |
| | 6:25 - 9:19 |
| | 10:4 - 10:15 |
| | 10:18 - 13:7 |
| | 14:14 - 16:4 |
| | 16:13 - 20:14 |
| | 20:19 - 25:14 |
| | 25:17 - 29:6 |
| | 29:15 - 31:7 |
| | 31:14 - 35:12 |
| | 35:14 - 38:25 |
| | 39:7 - 39:9 |
| | 39:24 - 40:5 |
| | 40:20 - 41:15 |
| | 41:24 - 43:2 |
| | 43:4 - 45:14 |
| | 46:11 - 46:16 |
| | 46:19 - 47:3 |
| | 47:6 - 48:5 |
| | 49:3 - 52:3 |
| | 53:13 - 57:20 |
| | 58:15 - 61:3 |
| | 61:5 - 63:19 |
| | 64:2 - 64:17 |
| | 64:23 - 65:3 |
| | 65:6 - 69:13 |

| | |
|---|---|
| | 69:17 - 75:12 |
| | 75:18 - 79:18 |
| | 79:20 - 84:8 |
| | 84:10 - 98:2 |
| | 98:4 - 99:4 |
| | 99:23 - 104:24 |
| | 105:17 - 112:20 |
| | 113:10 - 118:22 |
| | 113:10 - 113:15 |
| | 113:18 - 118:17 |
| | 118:20 - 118:22 |
| | 118:25 - 120:14 |
| | 120:22 - 126:19 |
| | 126:22 - 129:17 |
| | 130:11 - 130:24 |
| | 131:3 - 131:12 |
| | 131:15 - 132:5 |
| | 132:7 - 136:20 |
| | 139:18 - 141:23 |
| | 142:2 - 142:20 |
| | 142:22 - 143:9 |
| | 144:2 - 146:12 |
| | 148:8 - 151:7 |
| | 151:13 - 153:20 |
| | 153:23 - 155:23 |
| | 156:8 - 156:12 |
| | 157:7 - 162:18 |
| Bradley Griffin, June 11, 2020 | 9:19 - 9:20 |
| | 19:11 - 19:24 |
| | 21:16 - 21:24 |
| | 23:9 - 23:14 |
| | 24:12 - 24:22 |
| | 26:9 - 26:12 |
| | 27:17 - 27:20 |
| | 28:5 - 28:8 |
| | 30:5 - 30:10 |
| | 31:13 - 31:16 |
| | 44:8 - 44:15 |
| | 44:18 - 44:20 |
| | 47:21 - 47:25 |
| | 48:2 - 48:25 |
| | 49:2 - 49:3 |
| | 49:6 - 49:12 |
| | 49:19 - 49:23 (Ends with "view.") |
| | 50:22 - 50:25 |
| | 51:2 - 51:14 |

| | |
|---|---|
| | 54:12 - 54:14 |
| | 60:14 - 60:20 |
| | 61:4 - 61:12 |
| | 62:2 - 62:25 |
| | 63:2 - 63:11 |
| | 65:7 - 65:22 |
| | 70:10 - 70:25 |
| | 71:2 - 71:9 |
| | 71:21 - 71:25 |
| | 72:2 - 72:7 |
| | 74:16 - 74:17 |
| | 74:19 - 74:25 |
| | 75:2 - 75:17 |
| | 75:21 - 75:22 |
| | 75:24 - 75:25 |
| | 76:2 - 76:9 |
| | 77:18 - 77:25 |
| | 86:9 - 86:10 |
| | 86:12 - 86:25 |
| | 87:2 - 87:15 |
| | 88:2 - 88:3 |
| | 88:10 - 88:22 |
| | 95:3 - 95:6 |
| | 103:4 - 103:14 |
| | 115:15 - 115:25 |
| | 116:2 - 116:4 |
| | 117:25 - 117:25 |
| | 118:2 - 118:8 |
| | 119:9 - 119:15 |
| | 120:11 - 120:15 |
| | 123:10 - 123:18 |
| | 125:7 - 125:14 |
| | 126:8 - 126:14 |
| | 127:5 - 127:13 |
| | 128:2 - 128:3 |
| | 128:20 - 128:21 |
| | 129:2 - 129:9 |
| | 132:6 - 132:7 |
| | 132:9 - 132:12 |
| | 132:18 - 132:21 |
| | 138:23 - 138:24 |
| | 139:10 - 139:24 |
| | 144:4 - 144:9 |
| | 151:7 - 151:12 |
| | 154:5 - 154:7 |
| | 154:10 - 154:11 |

| | |
|---|---|
| | 154:16 - 154:17 |
| | 155:9 - 155:22 |
| | 158:11 - 158:17 |
| | 162:9 - 162:15 |
| | 163:14 - 163:16 |
| | 164:2 - 164:4 |
| | 164:24 - 164:25 |
| | 165:2 - 165:6 |
| | 166:13 - 166:17 |
| | 171:5 - 171:25 |
| | 172:2 - 172:22 |
| | 175:8 - 175:16 |
| | 178:10 - 178:25 |
| | 179:2 - 179:8 |
| | 185:15 - 185:25 |
| | 186:2 - 186:5 |
| | 201:16 - 201:17 |
| | 201:19 - 201:25 |
| | 202:2 - 202:7 |
| | 202:24 - 202:25 |
| | 203:2 - 203:12 |
| | 204:15 - 204:22 |
| Dillon Hopper, August 13, 2019 | 11:1 - 11:12 |
| | 16:14 - 16:19 |
| | 16:24 - 17:3 |
| | 17:8 - 17:20 |
| | 19:24 - 20:11 |
| | 20:23 - 21:8 |
| | 24:17 - 25:21 |
| | 27:24 - 28:10 |
| | 30:3 - 30:6 |
| | 39:6 - 40:15 |
| | 49:3 - 50:6 |
| | 52:22 - 53:11 |
| | 56:8 - 57:21 |
| | 57:24 - 58:3 |
| | 59:3 - 59:11 |
| | 60:6 - 61:9 |
| | 61:25 - 62:4 |
| | 68:6 - 68:15 |
| | 70:6 - 71:22 |
| | 80:20 - 80:22 |
| | 82:3 - 82:21 |
| | 84:7 - 85:21 |
| | 88:4 - 88:19 |
| | 90:3 - 90:14 |

| | |
|---|---|
| | 108:13 - 109:24 |
| | 146:11 - 146:15 |
| | 149:8 - 149:10 |
| | 151:21 - 153:6 |
| | 183:10 - 185:10 |
| | 186:10 - 186:11 |
| | 187:12 - 188:5 |
| | 188:25 - 191:14 |
| | 193:19 - 194:11 |
| | 196:17 - 196:25 |
| | 197:12 - 198:2 |
| | 200:15 - 200:18 |
| | 201:22 - 207:5 |
| Identity Evropa 30(b)(6), Designee: Patrick Casey, June 23, 2020 | 12:16 - 12:19 (Starting with "Mr. Casey . . . .") |
| | 20:5 - 20:20 |
| | 21:7 - 21:18 |
| | 25:12 - 25:25 |
| | 26:2 - 26:3 |
| | 26:5 - 26:25 |
| | 27:2 - 27:10 |
| | 28:23 - 28:25 |
| | 29:7 - 29:10 |
| | 32:14 - 32:25 |
| | 33:2 - 33:25 |
| | 34:2 - 34:3 |
| | 34:10 - 34:25 |
| | 35:2 - 35:8 |
| | 36:18 - 36:19 |
| | 36:22 - 36:25 |
| | 37:2 - 37:20 |
| | 37:23 - 37:25 |
| | 38:2 - 38:23 |
| | 39:3 - 39:25 |
| | 40:2 - 40:23 |
| | 41:17 - 41:21 |
| | 42:4 - 42:6 |
| | 42:23 - 42:25 |
| | 43:2 - 43:2 |
| | 43:9 - 43:25 |
| | 51:9 - 51:19 |
| | 52:23 - 52:25 |
| | 53:2 - 53:4 |
| | 53:9 - 53:25 |
| | 54:2 - 54:3 |
| | 54:5 - 54:25 |
| | 55:2 - 55:8 |

| | |
|---|---|
| | 55:10 - 55:15 |
| | 56:9 - 56:11 |
| | 57:16 - 57:25 |
| | 58:12 - 58:25 |
| | 59:2 - 59:6 |
| | 59:16 - 59:25 |
| | 60:2 - 60:6 |
| | 65:13 - 65:16 |
| | 65:18 - 65:22 |
| | 66:3 - 66:21 |
| | 67:17 - 67:21 |
| | 68:10 - 68:12 |
| | 68:18 - 68:25 |
| | 69:2 - 69:4 |
| | 69:6 - 69:18 |
| | 69:20 - 69:21 |
| | 70:5 - 70:6 |
| | 71:13 - 71:15 |
| | 71:19 - 71:25 |
| | 72:2 - 72:10 |
| | 72:12 - 72:24 |
| | 73:5 - 73:19 |
| | 74:2 - 74:13 |
| | 75:19 - 75:21 |
| | 77:2 - 77:14 |
| | 77:24 - 77:25 |
| | 78:2 - 78:20 |
| | 79:10 - 79:14 |
| | 79:16 - 79:25 |
| | 80:2 - 80:25 |
| | 81:2 - 81:9 |
| | 81:13 - 81:14 |
| | 81:16 - 81:25 |
| | 82:2 - 82:4 |
| | 83:10 - 83:15 (Starting with "approximately . . . .") |
| | 84:24 - 84:25 |
| | 85:2 - 85:24 |
| | 86:14 - 86:18 |
| | 87:4 - 87:15 |
| | 87:17 - 87:25 |
| | 88:2 - 88:11 |
| | 88:25 - 88:25 |
| | 89:2 - 89:2 |
| | 89:4 - 89:14 |
| | 89:23 - 89:25 |
| | 90:2 - 90:21 |

| | |
|---|---|
| | 90:25 - 90:25 |
| | 91:2 - 91:8 |
| | 92:11 - 92:13 |
| | 92:17 - 92:25 |
| | 93:2 - 93:17 |
| | 93:19 - 93:25 |
| | 94:2 - 94:2 |
| | 94:6 - 94:15 |
| | 94:25 - 94:25 |
| | 95:2 - 95:9 |
| | 95:11 - 95:25 |
| | 96:2 - 96:11 |
| | 96:19 - 96:25 |
| | 97:2 - 97:3 |
| | 97:7 - 97:11 |
| | 97:18 - 97:25 |
| | 98:2 - 98:8 |
| | 98:15 - 98:21 |
| | 99:2 - 99:8 |
| | 99:11 - 99:20 |
| | 99:25 - 99:25 |
| | 100:2 - 100:17 |
| | 101:3 - 101:25 |
| | 102:2 - 102:9 |
| | 102:23 - 102:25 |
| | 103:2 - 103:3 |
| | 103:5 - 103:7 |
| | 103:14 - 103:20 |
| | 103:22 - 103:25 |
| | 104:2 - 104:8 |
| | 104:25 - 104:25 |
| | 105:2 - 105:20 |
| | 106:9 - 106:14 |
| | 107:3 - 107:7 |
| | 107:9 - 107:12 |
| | 107:16 - 107:25 |
| | 108:2 - 108:3 |
| | 108:19 - 108:25 |
| | 109:2 - 109:11 |
| | 109:13 - 109:25 |
| | 110:2 - 110:17 |
| | 110:19 - 110:22 |
| | 111:9 - 111:11 |
| | 111:23 - 111:25 |
| | 112:2 - 112:12 |
| | 112:17 - 112:20 |

| | |
|---|---|
| | 112:22 - 112:25 |
| | 113:2 - 113:8 |
| | 113:17 - 113:25 |
| | 114:2 - 114:11 |
| | 116:7 - 116:12 |
| | 116:14 - 116:20 |
| | 117:7 - 117:19 |
| | 118:4 - 118:10 |
| | 118:12 - 118:19 |
| | 119:2 - 119:11 |
| | 119:13 - 119:21 |
| | 119:25 - 119:25 |
| | 120:2 - 120:17 |
| | 120:19 - 120:25 |
| | 121:2 - 121:10 |
| | 121:25 - 121:25 |
| | 121:2 - 121:13 |
| | 122:15 - 122:25 |
| | 123:2 - 123:25 |
| | 124:2 - 124:25 |
| | 125:2 - 125:25 |
| | 126:2 - 126:11 |
| | 126:18 - 126:22 |
| | 126:24 - 126:25 |
| | 127:2 - 127:6 |
| | 127:17 - 127:25 |
| | 128:2 - 128:3 |
| | 128:6 - 128:25 |
| | 129:2 - 129:25 |
| | 130:2 - 130:25 |
| | 131:2 - 131:12 |
| | 131:14 - 131:25 |
| | 132:2 - 132:14 |
| | 132:17 - 132:23 |
| | 133:2 - 133:25 |
| | 134:2 - 134:7 |
| | 134:11 - 134:15 |
| | 136:19 - 136:23 |
| | 136:25 - 136:25 |
| | 137:2 - 137:11 |
| | 137:15 - 137:25 |
| | 138:2 - 138:25 |
| | 139:2 - 139:3 |
| | 139:5 - 139:13 |
| | 139:15 - 139:25 |
| | 140:2 - 140:5 |

| | |
|---|---|
| | 140:9 - 140:14 |
| | 140:16 - 140:25 |
| | 141:2 - 141:4 |
| | 141:8 - 141:12 |
| | 141:14 - 141:18 |
| | 141:23 - 141:25 |
| | 142:2 - 142:4 |
| | 142:6 - 142:25 |
| | 143:2 - 143:4 |
| | 143:6 - 143:18 |
| | 143:21 - 143:25 |
| | 144:2 - 144:5 |
| | 144:17 - 144:21 |
| | 144:23 - 144:25 |
| | 145:2 - 145:25 |
| | 146:2 - 146:5 |
| | 146:8 - 146:25 |
| | 147:2 - 147:6 |
| | 148:11 - 148:23 |
| | 148:25 - 148:25 |
| | 149:2 - 149:25 |
| | 150:2 - 150:6 |
| | 152:12 - 152:25 |
| | 153:2 - 153:5 |
| | 153:12 - 153:13 |
| | 153:16 - 153:23 |
| | 154:4 - 154:7 |
| | 154:10 - 154:25 |
| | 155:2 - 155:3 |
| | 156:17 - 156:25 |
| | 157:2 - 157:25 |
| | 158:2 - 158:25 |
| | 159:2 - 159:6 |
| | 159:13 - 159:22 |
| | 163:15 - 163:25 |
| | 164:2 - 164:9 |
| | 164:17 - 164:25 |
| | 165:2 - 165:12 |
| | 169:10 - 169:13 |
| | 169:16 - 169:17 |
| | 169:19 - 169:25 |
| | 170:2 - 170:3 |
| | 170:7 - 170:17 |
| | 171:10 - 171:25 |
| | 172:2 - 172:19 |
| | 172:21 - 172:25 |

| | |
|---|---|
| | 173:2 - 173:14 |
| | 175:24 - 175:25 |
| | 176:2 - 176:14 |
| | 177:23 - 177:25 |
| | 181:11 - 181:25 |
| | 182:2 - 182:9 |
| | 182:18 - 182:22 |
| | 182:24 - 182:25 |
| | 183:2 - 183:3 |
| | 183:19 - 183:25 |
| | 184:2 - 184:12 |
| | 184:16 - 184:17 |
| | 184:21 - 184:25 |
| | 185:2 - 185:20 |
| | 185:22 - 185:25 |
| | 186:2 - 186:12 |
| | 186:14 - 186:25 |
| | 187:2 - 187:3 |
| | 187:5 - 187:18 |
| | 187:20 - 187:25 |
| | 188:2 - 188:25 |
| | 189:2 - 189:24 |
| | 190:3 - 190:19 |
| | 190:22 - 190:25 |
| | 191:2 - 191:2 |
| | 191:4 - 191:25 |
| | 192:2 - 192:3 |
| | 192:6 - 192:8 |
| | 192:17 - 192:21 |
| | 193:7 - 193:13 (Starting with "And . . . .") |
| | 193:15 - 193:25 |
| | 194:2 - 194:25 |
| | 195:2 - 195:18 |
| | 197:4 - 197:16 |
| | 197:18 - 197:25 |
| | 198:3 - 198:25 |
| | 199:2 - 199:5 |
| | 199:9 - 199:11 |
| | 199:15 - 199:25 |
| | 200:2 - 200:10 |
| | 200:14 - 200:25 |
| | 201:2 - 201:10 |
| | 201:12 - 201:25 |
| | 202:2 - 202:12 |
| | 202:14 - 202:23 |
| | 203:9 - 203:14 |

| | |
|---|---|
| | 203:18 - 203:25 |
| | 204:2 - 204:18 |
| | 204:25 - 204:25 |
| | 205:2 - 205:8 |
| | 205:13 - 205:24 |
| | 206:8 - 206:9 |
| | 206:11 - 206:20 |
| | 207:3 - 207:25 |
| | 208:2 - 208:6 |
| | 208:8 - 208:11 (Starting with "Please . . . .") |
| | 208:13 - 208:22 |
| | 209:15 - 209:23 |
| | 209:25 - 209:25 |
| | 210:2 - 210:9 |
| | 210:11 - 210:14 |
| | 210:16 - 210:25 |
| | 211:2 - 211:13 |
| | 211:15 - 211:25 |
| | 212:2 - 212:9 |
| | 213:18 - 213:25 |
| | 214:2 - 214:17 |
| | 214:19 - 214:25 |
| | 215:2 - 215:14 |
| | 215:16 - 215:25 |
| | 216:15 - 216:20 |
| | 216:24 - 216:25 |
| | 217:2 - 217:11 |
| | 217:13 - 217:21 |
| | 218:5 - 218:8 |
| | 218:10 - 218:25 |
| | 219:2 - 219:5 |
| | 219:7 - 219:25 |
| | 220:2 - 220:25 |
| | 221:2 - 221:16 |
| | 221:18 - 221:25 |
| | 222:2 - 222:7 |
| | 222:9 - 222:16 |
| | 223:13 - 223:25 |
| | 224:2 - 224:9 |
| | 224:11 - 224:25 |
| | 225:2 - 225:10 |
| | 225:12 - 225:24 |
| | 226:5 - 226:20 |
| | 226:22 - 226:23 |
| | 226:25 - 226:25 |
| | 227:2 - 227:7 |

| | |
|---|---|
| | 227:11 - 227:20 |
| | 227:23 - 227:25 |
| | 228:2 - 228:19 |
| | 229:7 - 229:10 |
| | 229:12 - 229:25 |
| | 230:2 - 230:7 |
| | 231:17 - 231:25 |
| | 232:2 - 232:3 |
| | 232:5 - 232:11 |
| | 232:14 - 232:17 |
| | 234:11 - 234:20 |
| | 234:22 - 234:25 |
| | 235:2 - 235:2 |
| | 235:15 - 235:19 |
| | 235:21 - 235:25 |
| | 236:2 - 236:9 |
| | 236:14 - 236:21 |
| | 237:8 - 237:17 |
| | 237:20 - 237:21 |
| | 239:2 - 239:11 |
| | 242:14 - 242:25 |
| | 243:2 - 243:7 |
| | 244:9 - 244:14 |
| | 244:15 - 244:25 (Starting with "I want . . . .") |
| | 245:8 - 245:22 |
| | 246:9 - 246:12 |
| | 246:14 - 246:25 |
| | 247:2 - 247:15 |
| | 247:19 - 247:23 |
| | 249:2 - 249:5 |
| | 249:20 - 249:22 |
| | 249:25 - 249:25 |
| | 250:2 - 250:16 |
| | 250:18 - 250:25 |
| | 251:2 - 251:4 |
| | 251:11 - 251:25 |
| | 252:2 - 252:10 |
| | 252:13 - 252:14 |
| | 252:16 - 252:24 |
| | 253:3 - 253:10 |
| | 253:13 - 253:13 |
| | 253:15 - 253:22 |
| | 254:16 - 254:25 |
| | 255:2 - 255:18 |
| | 255:21 - 255:25 |
| | 256:17 - 256:21 |

| | |
|---|---|
| | 256:23 - 256:25 |
| | 257:2 - 257:16 |
| | 258:9 - 258:22 |
| | 259:3 - 259:25 |
| | 260:2 - 260:17 |
| | 260:21 - 260:25 |
| | 261:2 - 261:24 |
| | 263:8 - 263:11 |
| | 263:15 - 263:22 |
| | 265:8 - 265:25 |
| | 266:2 - 266:10 |
| | 269:4 - 269:7 |
| | 269:9 - 269:19 |
| | 269:23 - 269:25 |
| | 270:14 - 270:25 |
| | 271:2 - 271:23 |
| | 272:5 - 272:6 |
| | 272:8 - 272:8 |
| | 272:16 - 272:25 |
| | 273:2 - 273:25 |
| | 274:4 - 274:5 |
| | 274:9 - 274:18 |
| | 274:24 - 274:25 |
| | 275:2 - 275:2 |
| | 275:4 - 275:19 |
| | 275:21 - 275:25 |
| | 276:2 - 276:18 |
| | 276:23 - 276:25 |
| | 277:2 - 277:25 |
| | 278:2 - 278:10 |
| | 278:13 - 278:15 |
| | 279:18 - 279:22 |
| | 280:8 - 280:19 |
| | 284:4 - 284:10 |
| | 284:12 - 284:25 |
| | 285:2 - 285:11 |
| | 285:14 - 285:14 |
| | 285:16 - 285:25 |
| | 286:2 - 286:25 |
| | 289:8 - 289:23 |
| | 289:25 - 289:25 |
| | 290:2 - 290:11 |
| | 290:14 - 290:25 |
| | 291:2 - 291:25 |
| | 292:2 - 292:12 |
| | 292:21 - 292:23 |

| | |
|---|---|
| | 293:2 - 293:11 |
| | 293:14 - 293:25 |
| | 294:2 - 294:20 |
| | 294:23 - 294:25 |
| | 295:2 - 295:11 |
| | 295:13 - 295:25 |
| | 296:2 - 296:10 |
| | 296:14 - 296:25 |
| | 297:2 - 297:7 |
| | 299:17 - 299:25 |
| | 300:2 - 300:9 |
| | 300:13 - 300:23 |
| | 301:10 - 301:20 |
| | 306:15 - 306:25 |
| | 307:2 - 307:8 |
| | 308:2 - 308:6 |
| | 308:8 - 308:13 |
| | 309:8 - 309:10 |
| | 309:13 - 309:25 |
| | 310:2 - 310:5 |
| | 310:7 - 310:12 |
| | 310:17 - 310:25 |
| | 311:2 - 311:18 |
| | 311:21 - 311:25 |
| | 312:2 - 312:5 |
| | 312:7 - 312:11 |
| | 312:18 - 312:25 |
| | 313:2 - 313:25 |
| | 314:2 - 314:3 |
| | 314:21 - 314:25 |
| | 315:2 - 315:19 |
| | 315:24 - 315:25 |
| | 316:2 - 316:10 |
| | 316:15 - 316:19 |
| | 316:21 - 316:25 |
| | 317:2 - 317:6 |
| | 318:8 - 318:16 |
| | 318:18 - 318:25 |
| | 319:2 - 319:10 |
| | 319:12 - 319:14 |
| | 321:10 - 321:12 |
| | 322:5 - 322:24 |
| | 324:17 - 324:24 |
| | 325:4 - 325:25 |
| | 326:2 - 326:11 |
| | 326:24 - 326:25 |

| | |
|---|---|
| | 327:3 - 327:14 |
| | 327:23 - 327:25 |
| | 328:2 - 328:25 |
| | 329:2 - 329:6 |
| | 329:16 - 329:19 |
| | 329:21 - 329:25 |
| | 330:2 - 330:8 |
| | 330:21 - 330:25 |
| | 331:2 - 331:3 |
| | 331:8 - 331:12 |
| | 331:20 - 331:21 |
| | 331:23 - 331:25 |
| | 332:2 - 332:14 |
| | 336:25 - 336:25 |
| | 337:2 - 337:2 |
| | 337:4 - 337:8 |
| | 337:20 - 337:25 |
| | 338:2 - 338:4 |
| Nationalist Socialist Movement 30(b)(6), Designee: Burt Colucci, December 10, 2019 | 8:9 - 8:19 |
| | 10:1 - 10:4 |
| | 13:21 - 13:23 |
| | 14:1 - 14:8 |
| | 22:18 - 23:23 |
| | 25:18 - 26:9 |
| | 37:6 - 38:9 |
| | 40:3 - 40:10 |
| | 41:5 - 41:10 |
| | 41:23 - 42:12 |
| | 42:20 - 43:5 |
| | 45:22 - 46:1 |
| | 46:3 - 46:8 |
| | 47:21 - 48:12 |
| | 51:5 - 51:7 |
| | 69:22 - 70:4 |
| | 70:21 - 70:24 |
| | 73:22 - 73:24 |
| | 120:1 - 120:11 |
| | 123:1 - 123:7 |
| | 123:23 - 124:15 |
| | 128:10 - 128:13 |
| | 128:21 - 130:13 |
| | 141:25 - 142:14 |
| | 143:7 - 143:15 |
| | 147:22 - 147:23 (Ends with "496.") |
| | 148:2 - 148:22 |
| | 184:6 - 186:1 |

| | |
|---|---|
| | 186:20 - 187:9 |
| | 187:16 - 187:25 |
| | 189:13 - 189:24 |
| | 197:23 - 199:12 |
| | 219:14 - 219:22 |
| | 220:17 - 221:4 |
| | 230:24 - 232:18 |
| | 238:5 - 238:25 |
| | 259:15 - 260:13 |
| Nationalist Socialist Movement 30(b)(6), Designee: Burt Colucci, August 11, 2020 | 13:14 - 13:15 |
| | 25:15 - 25:25 |
| | 93:14 - 93:17 |
| | 96:11 - 96:21 |
| | 96:25 - 97:4 |
| | 109:8 - 109:10 |
| | 109:20 - 111:22 |
| | 123:20 - 124:19 |
| | 125:14 - 127:9 |
| | 133:8 - 133:19 |
| | 147:2 - 147:5 |
| | 148:11 - 149:12 |
| | 150:9 - 150:18 |
| | 151:18 - 151:24 |
| | 152:14 - 153:8 |
| | 161:17 - 162:16 |
| | 173:3 - 173:24 |
| | 175:22 - 177:10 |
| | 177:18 - 177:23 |
| | 198:3 - 198:9 |
| | 198:14 - 199:7 |
| | 202:3 - 202:5 |
| | 202:20 - 203:11 |
| | 204:4 - 204:7 |
| | 204:15 - 204:19 |
| | 204:25 - 205:8 |
| | 205:21 - 206:7 |
| | 206:16 - 207:21 |
| | 210:11 - 211:11 |
| | 212:25 - 214:11 |
| | 216:9 - 216:12 |
| | 216:15 - 216:19 |
| | 216:23 - 219:15 |
| | 221:13 - 222:3 |
| | 227:25 - 228:6 |
| | 229:24 - 230:20 |
| | 233:4 - 235:7 |

29

| | |
|---|---|
| | 236:11 - 236:13 |
| | 237:19 - 238:10 |
| | 238:17 - 238:23 |
| | 239:20 - 239:24 |
| | 240:17 - 240:20 |
| | 241:14 - 243:13 |
| | 253:14 - 253:16 |
| | 253:24 - 254:21 |
| | 255:3 - 255:18 |
| | 258:18 - 258:21 |
| | 259:11 - 261:9 |
| | 261:13 - 261:16 |
| | 261:22 - 262:21 |
| | 262:25 - 263:3 |
| | 263:5 - 263:20 |
| | 263:24 - 264:12 |
| | 265:16 - 265:25 |
| | 266:5 - 266:15 |
| | 274:7 - 274:9 |
| | 275:5 - 275:10 |
| | 275:13 - 276:2 |
| | 276:9 - 276:14 |
| | 276:18 - 276:20 |
| | 292:8 - 292:19 |
| | 300:14 - 300:17 |
| | 308:7 - 308:25 |
| | 310:9 - 312:9 |
| | 315:9 - 315:13 |
| | 323:10 - 323:14 |
| | 324:3 - 324:10 |
| | 324:15 - 325:7 |
| | 328:10 - 329:3 |
| | 329:15 - 330:8 |
| | 330:13 - 330:16 |
| | 331:2 - 332:6 |
| | 332:24 - 333:10 |
| | 357:3 - 357:10 |
| | 360:24 - 361:19 |
| | 386:8 - 386:11 (Starting with "And . . . .") |
| | 388:10 - 389:4 |
| Vasillios Pistolis, July 22, 2020 | 10:2 - 10:21 |
| | 11:24 - 12:2 |
| | 12:18 - 12:23 |
| | 13:4 - 13:11 |
| | 29:7 - 29:8 |
| | 31:19 - 31:21 |

| | |
|---|---|
| | 35:3 - 35:10 |
| | 36:22 - 37:19 |
| | 40:24 - 42:14 |
| | 42:18 - 43:7 |
| | 47:20 - 47:24 |
| | 51:22 - 52:24 |
| | 53:5 - 53:18 |
| | 54:25 - 55:4 |
| | 55:11 - 57:7 |
| | 58:17 - 58:21 |
| | 58:24 - 58:25 |
| | 59:4 - 59:8 |
| | 59:11 - 59:16 |
| | 59:22 - 60:11 |
| | 60:14 - 60:17 |
| | 61:2 - 61:15 |
| | 61:24 - 62:14 |
| | 62:18 - 62:19 |
| | 63:6 - 64:4 |
| | 65:6 - 65:8 |
| | 65:16 - 66:5 |
| | 66:7 - 67:11 |
| | 68:6 - 68:23 |
| | 69:15 - 70:15 |
| | 70:25 - 71:3 |
| | 71:8 - 71:17 |
| | 72:15 - 72:19 |
| | 73:14 - 73:23 |
| | 74:9 - 74:10 |
| | 74:22 - 75:25 |
| | 76:16 - 76:19 |
| | 77:15 - 77:24 |
| | 78:8 - 78:16 |
| | 79:2 - 79:8 |
| | 80:10 - 82:7 |
| | 82:11 - 82:13 |
| | 82:21 - 82:22 |
| | 84:12 - 84:13 |
| | 85:20 - 87:3 |
| | 89:7 - 89:20 |
| | 89:23 - 89:24 |
| | 90:5 - 90:11 |
| | 91:8 - 91:20 |
| | 93:4 - 93:15 |
| | 93:21 - 93:24 |
| | 94:10 - 95:9 |

| | |
|---|---|
| | 95:22 - 95:24 |
| | 96:15 - 97:2 |
| | 97:9 - 97:11 |
| | 97:16 - 98:9 |
| | 100:25 - 101:11 |
| | 102:8 - 103:18 |
| | 104:2 - 104:5 |
| | 104:9 - 104:12 |
| | 104:20 - 105:11 |
| | 105:15 - 106:17 |
| | 107:3 - 108:2 |
| | 109:6 - 109:15 |
| | 109:17 - 111:17 |
| | 113:2 - 115:10 |
| | 118:6 - 119:9 |
| | 119:18 - 119:20 |
| | 121:6 - 121:10 |
| | 121:14 - 121:17 |
| | 121:25 - 122:7 |
| | 122:10 - 123:4 |
| | 123:13 - 123:18 |
| | 127:15 - 127:20 |
| | 129:2 - 129:4 |
| | 129:17 - 129:24 |
| | 130:5 - 130:22 |
| | 133:9 - 133:11 |
| | 133:20 - 133:21 |
| | 134:2 - 134:6 |
| | 134:15 - 134:18 |
| | 135:15 - 135:19 |
| | 136:3 - 136:5 |
| | 136:11 - 136:22 |
| | 138:2 - 138:14 |
| | 138:18 - 138:24 |
| | 140:6 - 143:25 |
| | 145:19 - 146:5 |
| | 147:20 - 148:6 |
| | 148:10 - 148:16 |
| | 149:9 - 149:15 |
| | 150:2 - 150:6 |
| | 150:9 - 150:12 |
| | 155:11 - 155:24 |
| | 156:15 - 156:20 |
| | 157:8 - 158:18 |
| | 159:13 - 159:17 |
| | 159:22 - 159:24 |

|  | 160:5 - 160:13 |
|---|---|
|  | 160:18 - 160:24 |
|  | 161:5 - 161:16 |
|  | 166:24 - 166:25 |
|  | 167:8 - 167:16 |
|  | 167:20 - 168:20 |
|  | 170:19 - 170:25 |
|  | 171:13 - 172:1 |
|  | 175:19 - 178:5 |
|  | 179:6 - 179:16 |
|  | 179:19 - 182:11 |
|  | 182:20 - 183:7 |
|  | 188:16 - 189:11 |
|  | 190:10 - 190:12 |
|  | 197:13 - 197:22 |
|  | 198:22 - 200:11 |
|  | 200:21 - 201:16 |
|  | 201:21 - 202:21 |
|  | 202:24 - 202:25 |
|  | 203:8 - 203:25 |
|  | 204:2 - 204:8 |
|  | 206:9 - 206:23 |
|  | 208:5 - 208:8 |
|  | 208:11 - 208:16 |
|  | 208:19 - 208:20 |
|  | 208:25 - 210:15 |
|  | 210:18 - 212:11 |
|  | 212:15 - 213:10 |
|  | 213:15 - 213:17 |
|  | 213:22 - 214:10 |
|  | 214:14 - 214:25 |
|  | 218:9 - 218:15 |
|  | 218:17 - 218:19 |
|  | 219:11 - 220:6 |
|  | 220:10 - 221:4 |
|  | 221:7 - 221:12 |
|  | 221:18 - 222:9 |
|  | 223:2 - 223:4 |
|  | 224:6 - 224:9 |
|  | 224:17 - 224:23 |
|  | 225:9 - 225:23 |
|  | 226:19 - 226:22 |
|  | 227:7 - 228:7 |
|  | 228:21 - 229:21 |
|  | 230:2 - 230:8 |
|  | 230:11 - 230:12 |

| | |
|---|---|
| | 230:15 - 232:13 |
| | 232:17 - 232:18 |
| | 232:24 - 235:2 |
| | 235:14 - 235:18 |
| | 235:23 - 236:5 |
| | 236:9 - 237:9 |
| | 237:12 - 237:13 |
| | 237:20 - 237:25 |
| | 238:5 - 239:3 |
| | 239:10 - 239:19 |
| | 239:22 - 240:16 |
| | 240:24 - 241:8 |
| | 241:11 - 243:15 |
| | 243:20 - 244:7 |
| | 244:13 - 244:17 |
| | 244:22 - 245:19 |
| | 245:23 - 246:23 |
| | 248:2 - 248:22 |
| | 249:2 - 249:5 |
| | 251:23 - 252:2 |
| | 252:10 - 252:11 |
| | 252:17 - 253:16 |
| | 253:19 - 255:11 |
| | 255:23 - 256:21 |
| | 257:11 - 257:13 |
| | 259:14 - 261:3 |
| | 261:8 - 263:16 |
| | 264:4 - 264:12 |
| | 264:16 - 264:19 |
| | 264:22 - 265:11 |
| | 265:15 - 265:19 |
| | 265:23 - 267:11 |
| | 267:13 - 270:5 |
| | 270:9 - 270:18 |
| | 271:3 - 272:4 |
| | 272:18 - 275:3 |
| | 275:14 - 275:19 |
| | 275:24 - 276:14 |
| | 277:7 - 278:15 |
| | 279:8 - 279:11 |
| | 279:21 - 280:4 |
| | 280:7 - 280:22 |
| | 281:2 - 282:9 |
| | 282:21 - 283:8 |
| | 287:14 - 287:16 |

| Thomas Rousseau, October 16, 2019 | 9:22 - 10:8 |
| | 11:25 - 12:17 |
| | 20:18 - 22:2 |
| | 22:9 - 22:23 |
| | 23:17 - 25:3 |
| | 25:15 - 26:7 |
| | 90:4 - 90:13 |
| | 90:20 - 90:25 |
| | 103:21 - 104:21 |
| | 105:4 - 105:18 |
| | 112:16 - 112:18 |
| | 117:10 - 117:16 |
| | 124:14 - 125:10 |
| | 129:15 - 129:17 |
| | 130:4 - 130:20 |
| | 141:23 - 142:12 |
| | 151:3 - 151:8 |
| | 169:14 - 169:20 |
| | 172:12 - 172:18 |
| | 177:14 - 177:22 |
| | 178:7 - 178:12 |
| | 182:16 - 184:14 |
| | 202:19 - 203:4 |
| | 209:22 - 210:14 |
| | 222:13 - 222:19 |
| | 240:25 - 243:9 |
| Vanguard America 30(b)(6), Designee: Dillon Hopper, July 7, 2020 | 7:19 - 8:2 |
| | 9:21 - 9:24 |
| | 12:20 - 13:19 |
| | 14:8 - 14:21 |
| | 25:3 - 26:2 |
| | 28:22 - 29:7 |
| | 30:18 - 30:23 |
| | 31:10 - 31:24 |
| | 32:12 - 39:6 |
| | 39:20 - 41:5 |
| | 41:8 - 41:19 |
| | 45:9 - 45:15 |
| | 47:15 - 49:8 |
| | 52:15 - 52:22 |
| | 53:15 - 53:18 |
| | 54:11 - 54:24 |
| | 55:6 - 55:8 |
| | 58:21 - 59:3 |
| | 66:16 - 67:9 |
| | 67:12 - 68:22 |

| | |
|---|---|
| | 69:10 - 69:17 |
| | 70:3 - 71:10 |
| | 71:14 - 71:25 |
| | 72:10 - 74:9 |
| | 76:13 - 76:22 |
| | 77:16 - 78:12 |
| | 78:23 - 79:22 |
| | 81:4 - 81:20 |
| | 82:13 - 82:20 |
| | 83:4 - 85:25 |
| | 86:13 - 86:21 |
| | 96:9 - 96:17 |
| | 97:6 - 97:7 |
| | 97:13 - 98:3 |
| | 99:4 - 99:21 |
| | 110:23 - 110:25 |
| | 112:19 - 114:5 |
| | 115:7 - 117:15 |
| | 118:9 - 119:15 |
| | 120:18 - 121:21 |
| | 123:19 - 125:6 |
| | 125:20 - 125:22 |
| | 126:12 - 128:17 |
| | 129:14 - 130:9 |
| | 142:24 - 143:15 |
| | 145:5 - 146:5 |
| | 147:23 - 148:3 |
| | 154:21 - 156:16 |
| | 157:19 - 158:13 |
| | 159:7 - 161:9 |
| | 173:12 - 174:7 |
| | 174:12 - 177:24 |
| | 178:3 - 178:7 |
| | 178:10 - 178:16 |
| | 183:15 - 184:5 |
| | 193:12 - 193:19 |
| | 233:22 - 235:7 |
| | 246:10 - 247:18 |
| Vanguard America 30(b)(6), Designee: Thomas Rousseau, July 22, 2020 | 11:3 - 11:12 |
| | 14:4 - 14:7 |
| | 26:19 - 26:21 |
| | 29:11 - 29:17 |
| | 32:16 - 32:24 |
| | 33:3 - 33:13 |
| | 33:21 - 34:8 |
| | 49:16 - 49:17 |

| |
|---|
| 50:10 - 50:25 |
| 51:5 - 51:10 |
| 51:15 - 51:23 |
| 57:5 - 57:14 |
| 58:17 - 59:2 |
| 59:23 - 61:13 |
| 65:19 - 65:25 |
| 70:14 - 70:15 |
| 71:6 - 71:13 |
| 77:23 - 78:5 |
| 78:10 - 78:13 |
| 84:16 - 84:19 |
| 84:22 - 84:24 |
| 97:7 - 97:22 |
| 98:7 - 98:15 |
| 112:23 - 113:23 |
| 122:22 - 123:4 |
| 129:3 - 129:8 |
| 132:16 - 132:20 |
| 134:2 - 134:21 |
| 137:23 - 138:4 |
| 138:16 - 138:22 |
| 144:4 - 144:6 |
| 144:9 - 144:15 |
| 145:12 - 145:18 |
| 149:12 - 150:8 |
| 151:10 - 151:14 |
| 157:12 - 157:22 |
| 160:22 - 161:5 |
| 161:25 - 162:10 |
| 163:24 - 164:4 |
| 164:8 - 164:17 |
| 165:9 - 165:17 |
| 167:9 - 167:19 |
| 167:22 - 167:24 |
| 170:8 - 170:13 |
| 176:6 - 178:4 |
| 178:22 - 178:24 |
| 179:16 - 179:23 |
| 182:5 - 182:8 |
| 183:9 - 183:14 |
| 188:11 - 188:13 |
| 191:16 - 191:25 |
| 192:6 - 192:21 |
| 193:6 - 193:20 |
| 193:23 - 194:4 |

| | |
|---|---|
| | 194:8 - 194:13 |
| | 196:5 - 196:17 |
| | 198:12 - 198:15 |
| | 201:10 - 201:17 |
| | 201:21 - 203:12 |
| | 203:25 - 204:4 |
| | 204:8 - 204:15 |
| | 207:18 - 208:8 |
| | 211:19 - 211:24 |
| | 213:7 - 213:12 |
| | 229:8 - 229:12 |
| | 233:19 - 234:2 |
| | 234:8 - 234:19 |
| | 235:7 - 235:22 |
| | 240:4 - 240:24 |
| | 244:8 - 244:10 |
| | 244:18 - 246:9 |
| | 247:6 - 247:23 |
| | 248:21 - 248:25 |
| | 249:3 - 250:23 |
| | 281:25 - 282:7 |
| | 283:5 - 283:20 |
| | 291:2 - 291:4 |
| | 294:8 - 294:15 |
| | 294:21 - 295:2 |
| | 295:20 - 296:2 |
| | 298:19 - 298:22 |
| | 299:7 - 299:14 |
| | 304:20 - 305:12 |
| | 307:21 – 309:15 |
| | 311:21 - 312:14 |
| | 313:7 - 313:23 |
| | 314:25-315:6 |
| | 316:22 - 317:8 |
| | 318:3 - 318:5 |
| | 319:11 - 319:17 |
| | 321:21 - 322:6 |
| | 323:9 - 324:3 |
| | 325:25 - 326:18 |
| | 327:17 - 328:7 |
| | 332:5 - 333:21 |
| | 333:25 - 334:13 |
| | 337:13 - 337:21 |
| | 337:25 - 338:4 |
| | 338:17 - 338:20 |
| | 340:16 - 340:22 |

|  | 341:13 - 341:17 |
|--|--|
|  | 342:13 - 342:23 |
|  | 343:2 - 343:15 |
|  | 344:22 - 345:10 |
|  | 345:16 - 347:2 |
|  | 347:10 - 347:20 |
|  | 348:12 - 349:12 |
|  | 355:6 - 355:24 |
|  | 360:24 - 361:18 |

Dated: October 12, 2021                    Respectfully submitted,

*/s/ David E. Mills*_____
David E. Mills (*pro hac vice*)
Joshua M. Siegel (VSB 73416)
Caitlin B. Munley (*pro hac vice*)
Samantha A Strauss (*pro hac vice*)
Alexandra Eber (*pro hac vice*)
COOLEY LLP
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004
Tel: (202) 842-7800
Fax: (202) 842-7899
dmills@cooley.com
jsiegel@cooley.com
cmunley@cooley.com
sastrauss@cooley.com
aeber@cooley.com

*Of Counsel:*

Roberta A. Kaplan (*pro hac vice*)
Julie E. Fink (*pro hac vice*)
Gabrielle E. Tenzer (*pro hac vice*)
Joshua A. Matz (*pro hac vice*)
Michael L. Bloch (*pro hac vice*)
Emily C. Cole (*pro hac vice*)
Alexandra K. Conlon (*pro hac vice*)
Jonathan R. Kay (*pro hac vice*)
Benjamin D. White (*pro hac vice*)
Yotam Barkai (*pro hac vice*)
KAPLAN HECKER & FINK, LLP
350 Fifth Avenue, Suite 7110
New York, NY 10118
Telephone: (212) 763-0883
rkaplan@kaplanhecker.com
jfink@kaplanhecker.com
gtenzer@kaplanhecker.com
jmatz@kaplanhecker.com
mbloch@kaplanhecker.com
ecole@kaplanhecker.com
aconlon@kaplanhecker.com
jkay@kaplanhecker.com
bwhite@kaplanhecker.com
ybarkai@kaplanhecker.com

Alan Levine (*pro hac vice*)
Daniel P. Roy III (*pro hac vice*)
Amanda L. Liverzani (*pro hac vice*)
COOLEY LLP
55 Hudson Yards
New York, NY 10001
Telephone: (212) 479-6260
Fax: (212) 479-6275
alevine@cooley.com
droy@cooley.com
aliverzani@cooley.com

J. Benjamin Rottenborn (VSB No. 84796)
Woods Rogers PLC
10 South Jefferson Street, Suite 1400
Roanoke, Va. 24011
Tel: (540) 983-7600
Fax: (540) 983-7711
brottenborn@woodsrogers.com

Karen L. Dunn (*pro hac vice*)
William A. Isaacson (*pro hac vice*)
Jessica E. Phillips (*pro hac vice*)
Arpine S. Lawyer (*pro hac vice*)
Giovanni J Sanchez (*pro hac vice*)
Agbeko C. Petty (*pro hac vice*)
PAUL WEISS RIFKIND WHARTON &
GARRISON LLP
2001 K Street, NW
Washington, DC 20006-1047
Telephone: (202) 223-7300
Fax: (202) 223-7420
kdunn@paulweiss.com
wisaacson@paulweiss.com
jphillips@paulweiss.com
alawyer@paulweiss.com
gsanchez@paulweiss.com
apetty@paulweiss.com

Makiko Hiromi (*pro hac vice*)
Nicholas A. Butto (*pro hac vice*)
PAUL WEISS RIFKIND WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000
Fax: (212) 757-3990
mhiromi@paulweiss.com
nbutto@paulweiss.com

Katherine M. Cheng (*pro hac vice*)
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards, 20th Floor
New York, NY 10001
Telephone: (212) 446-2300
Fax: (212) 446-2350
kcheng@bsfllp.com

Robert T. Cahill (VSB 38562)
COOLEY LLP
11951 Freedom Drive, 14th Floor
Reston, VA 20190-5656
Telephone: (703) 456-8000
Fax: (703) 456-8100
rcahill@cooley.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2021, I filed the foregoing with the Clerk of Court through the CM/ECF system, which will send a notice of electronic filing to:

Justin Saunders Gravatt
David L. Hauck
David L. Campbell
Duane, Hauck, Davis & Gravatt, P.C.
100 West Franklin Street, Suite 100
Richmond, VA 23220
jgravatt@dhdglaw.com
dhauck@dhdglaw.com
dcampbell@dhdglaw.com

*Counsel for Defendant James A. Fields, Jr.*

W. Edward ReBrook
The ReBrook Law Office
6013 Clerkenwell Court
Burke, VA 22015
edward@rebrooklaw.com
rebrooklaw@gmail.com

*Counsel for Defendants National Socialist Movement, Nationalist Front, Jeff Schoep, Matthew Heimbach, Matthew Parrott and Traditionalist Worker Party*

Joshua Smith Esq.
Smith LLC
807 Crane Ave.
Pittsburgh, PA 15216
joshsmith2020@gmail.com

*Counsel for Matthew Heimbach, Matthew Parrott and Traditionalist Worker Party*

Bryan Jones
106 W. South St., Suite 211
Charlottesville, VA 22902
bryan@bjoneslegal.com

*Counsel for Defendants Michael Hill, Michael Tubbs, and League of the South*

James E. Kolenich
Kolenich Law Office
9435 Waterstone Blvd. #140
Cincinnati, OH 45249
jek318@gmail.com

Elmer Woodard
5661 US Hwy 29
Blairs, VA 24527
isuecrooks@comcast.net

*Counsel for Defendants Jason Kessler, Nathan Damigo, and Identity Europa, Inc. (Identity Evropa)*

I hereby certify that on October 12, 2021, I also served the foregoing upon following *pro se* defendants, via electronic mail, as follows:

Richard Spencer
richardbspencer@gmail.com
richardbspencer@icloud.com

Robert Ray
azzmador@gmail.com

Vanguard America
c/o Dillon Hopper
dillon_hopper@protonmail.com

Elliott Kline
eli.f mosley@gmail.com
deplorabletruth@gmail.com
eli.r kline@gmail.com

I hereby certify that on October 12, 2021, I also served the foregoing upon following *pro se* defendant, via U.S. mail, as follows:

Christopher Cantwell
Christopher Cantwell 00991-509
USP Marion
U.S. Penitentiary
P.O. Box 2000
Marion, IL 62959

and

Christopher Cantwell
Christopher Cantwell - Inmate: 00991-509
Grady County Law Enforcement Center (Oklahoma)
215 N. 3rd Street
Chickasha, OK 73018

*/s/ David E. Mills*
David E. Mills (*pro hac vice*)