UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| ELIZABETH SINES, SETH WISPELWEY, MARISSA BLAIR, APRIL MUÑIZ, MARCUS MARTIN, NATALIE ROMERO, CHELSEA ALVARADO, JOHN DOE, and THOMAS BAKER,<br><br>　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>JASON KESSLER, et al.,<br><br>　　　　　　　　　Defendants. | **Civil Action No. 3:17-cv-00072-NKM**<br>**JURY TRIAL DEMANDED** |

### RESPONSE TO DEFENDANT CANTWELL'S OBJECTIONS TO PLAINTIFFS' EXHIBIT LIST

In one of Defendant Cantwell's many recent filings (ECF No. 1159), he avers that Plaintiffs failed to provide him with an exhibit list and therefore requests the Court exclude from trial all of Plaintiffs exhibits. Because Plaintiffs properly served Cantwell with their exhibit list, his motion should be denied.

Pursuant to the Court's Amended Pretrial Order (ECF No. 991), the parties were to exchange exhibit lists on September 14, 2021. On September 14, 2021, Plaintiffs filed their exhibit list (ECF No. 1071) and properly served Cantwell by mail at USP Marion, 4500 Prison Rd., P.O. Box 2000, Marion, IL 62959 on that date. *See* Declaration of Makiko Hiromi dated October 12, 2021 ¶ 3 ("Hiromi Decl.") (attached hereto as Exhibit A). Because that publicly-filed exhibit list inadvertently contained highly confidential information, on the morning of September 15, 2021, Plaintiffs mailed Cantwell a letter to USP Marion, 4500 Prison Rd., P.O. Box 2000, Marion, IL 62959, alerting him to the error, and requesting that he destroy the version of Plaintiffs' exhibit

list sent to him on September 14. *Id*. ¶ 4. Plaintiffs also called the Clerk of the Court and asked that ECF No. 1071 be removed from the public docket. *Id*. ¶ 5. Plaintiffs subsequently filed a Motion to Seal Exhibit 1071 (ECF No. 1072), which was granted shortly thereafter (ECF No. 1073). *Id*. ¶¶ 6-7. On the afternoon of September 15, 2021, Plaintiffs filed and properly served Cantwell with a revised version of their exhibit list (ECF No. 1074) that removed all Highly Confidential information. *Id*. ¶ 8.

On September 22, 2021, Plaintiffs received a call from Ms. Katherine Siereveld, agency attorney for the Bureau of Prisons, who informed counsel that staff at U.S.P. Marion, where Cantwell was then incarcerated, had alerted her to Plaintiffs' letter asking that Cantwell destroy the version of Plaintiffs' exhibit list containing Highly Confidential information. *Id.* ¶ 9. Ms. Siereveld proposed that she provide Cantwell with the letter and the revised version of Plaintiffs' exhibit list, and let Cantwell know that the version containing Highly Confidential information would be stored in a secure location until he either consented to it being returned to Plaintiffs, or there was a court order requiring that it be provided to him. *Id.* ¶ 10. Plaintiffs told Ms. Siereveld that they would confer and confirm whether they were in agreement with her proposal. *Id.* ¶ 11. On September 23, 2021, Plaintiffs left Ms. Siereveld a voicemail confirming Plaintiffs' agreement with her proposal. *Id.* ¶ 12.

On October 1, 2021, Plaintiffs filed and properly served Cantwell at USP Marion, 4500 Prison Rd., P.O. Box 2000, Marion, IL 62959 with Plaintiffs' Corrected and Amended Exhibit List (ECF No. 1140). *Id*. ¶ 13. On October 4, 2021, Cantwell filed his "Objections" to Plaintiffs' exhibit list claiming that he had not yet received Plaintiffs' exhibit list.

On October 6, 2021, Plaintiffs received an email from Nathan Simpkins, case manager at U.S.P. Marion, informing them that Cantwell had departed U.S.P. Marion on October 5, 2021, in

connection with his appearance at trial for the above-captioned matter, which is scheduled to begin on October 25, 2021. Declaration of Alexandra K. Conlon dated October 12, 2021 ¶ 2 ("Conlon Decl.") (attached hereto as Exhibit B). On October 7, 2021, Plaintiffs' counsel spoke with a member of the U.S. Marshall Service, who informed Plaintiffs that Cantwell is being held at Grady County Jail in Oklahoma and was expected to remain there for at least a week. *Id.* ¶ 3. On October 9, 2021, Plaintiffs mailed to Cantwell at his address at Grady County Jail a copy of Plaintiffs' Corrected and Amended Exhibit List. *Id.* ¶ 4.

Cantwell's motion to exclude all of Plaintiffs exhibits should be denied. For each and every filing related to Plaintiffs' Exhibit list, Plaintiffs timely and properly served Cantwell by mailing him hard copies of those filings at his designated service address on the date of service for those filings. *See* Fed. R. Civ. P. Rule 5(b)(2)(C). In addition, upon learning that Cantwell had been transferred to a new location pending his arrival in Charlottesville for the trial in this matter, Plaintiffs sent Cantwell their Corrected and Amended Exhibit list to his address at U.S.P Grady. Because Plaintiffs timely and properly served Cantwell with their Exhibit List, Cantwell's motion to exclude Plaintiffs' exhibits must be denied. *See* Fed. R. Civ. P. Rule 26(a)(4) (requiring that disclosures be made in writing and served).

Date: October 12, 2021

Respectfully submitted,

*/s/ Jessica Phillips*
Jessica Phillips (*pro hac vice*)
PAUL WEISS RIFKIND WHARTON &
GARRISON LLP
2001 K Street, NW
Washington, DC 20006

Of Counsel:

Roberta A. Kaplan (*pro hac vice*)
Julie E. Fink (*pro hac vice*)
Gabrielle E. Tenzer (*pro hac vice*)
Michael L. Bloch (*pro hac vice*)
Yotam Barkai (*pro hac vice*)
Emily C. Cole (*pro hac vice*)
Alexandra K. Conlon (*pro hac vice*)
Raymond P. Tolentino (*pro hac vice* pending)
Jonathan R. Kay (*pro hac vice*)
Benjamin D. White (*pro hac vice*)
KAPLAN HECKER & FINK LLP
350 Fifth Avenue, Suite 7110
New York, NY 10118
Telephone: (212) 763-0883
rkaplan@kaplanhecker.com
jfink@kaplanhecker.com
gtenzer@kaplanhecker.com
mbloch@kaplanhecker.com
ybarkai@kaplanhecker.com
ecole@kaplanhecker.com
aconlon@kaplanhecker.com
jkay@kaplanhecker.com
bwhite@kaplanhecker.com

Alan Levine (*pro hac vice*)
Philip Bowman (*pro hac vice*)
COOLEY LLP
55 Hudson Yards
New York, NY 10001
Telephone: (212) 479-6260
Fax: (212) 479-6275
alevine@cooley.com
pbowman@cooley.com

Jessica Phillips (*pro hac vice*)
Karen L. Dunn (*pro hac vice*)
William A. Isaacson (*pro hac vice*)
Arpine S. Lawyer (*pro hac vice*)
Agbeko Petty (*pro hac vice*)
Giovanni Sanchez (*pro hac vice*)
Matteo Godi (*pro hac vice* pending)
PAUL WEISS RIFKIND WHARTON &
GARRISON LLP
2001 K Street, NW
Washington, DC 20006-1047
Telephone: (202) 223-7300
Fax: (202) 223-7420
jphillips@paulweiss.com
kdunn@paulweiss.com
wisaacson@paulweiss.com
alawyer@paulweiss.com
apetty@paulweiss.com
gsanchez@paulweiss.com

Makiko Hiromi (*pro hac vice*)
Nicholas A. Butto (*pro hac vice*)
PAUL WEISS RIFKIND WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000
Fax: (212) 757-3990
mhiromi@paulweiss.com
nbutto@paulweiss.com

Robert T. Cahill (VSB 38562)
COOLEY LLP
11951 Freedom Drive, 14th Floor
Reston, VA 20190-5656
Telephone: (703) 456-8000
Fax: (703) 456-8100
rcahil@cooley.com

J. Benjamin Rottenborn (VSB 84796)
WOODS ROGERS PLC
10 South Jefferson St., Suite 1400
Roanoke, VA 24011
Telephone: (540) 983-7600
Fax: (540) 983-7711
brottenborn@woodsrogers.com

David E. Mills (*pro hac vice*)
Joshua M. Siegel (VSB 73416)
Caitlin B. Munley (*pro hac vice*)
Samantha A Strauss (*pro hac vice*)
Alexandra Eber (*pro hac vice*)
Allegra K. Flamm (*pro hac vice*)
Gemma Seidita (*pro hac vice*)
Khary J. Anderson (*pro hac vice*)
COOLEY LLP
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004
Telephone: (202) 842-7800
Fax: (202) 842-7899
dmills@cooley.com
jsiegel@cooley.com
cmunley@cooley.com
sastrauss@cooley.com
aeber@cooley.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2021, I filed the foregoing with the Clerk of Court through the CM/ECF system, which will send a notice of electronic filing to:

Elmer Woodard
5661 US Hwy 29
Blairs, VA 24527
isuecrooks@comcast.net

James E. Kolenich
Kolenich Law Office
9435 Waterstone Blvd. #140
Cincinnati, OH 45249
jek318@gmail.com

*Counsel for Defendants Jason Kessler, Nathan Damigo, and Identity Europa, Inc. (Identity Evropa)*

David L. Campbell
Justin Saunders Gravatt
Duane, Hauck, Davis & Gravatt, P.C.
100 West Franklin Street, Suite 100
Richmond, VA 23220
dcampbell@dhdglaw.com
jgravatt@dhdglaw.com

*Counsel for Defendant James A. Fields, Jr*

Bryan Jones
106 W. South St., Suite 211
Charlottesville, VA 22902
bryan@bjoneslegal.com

*Counsel for Defendants Michael Hill, Michael Tubbs, and League of the South*

William Edward ReBrook, IV
The ReBrook Law Office
6013 Clerkenwell Court
Burke, VA 22015
edward@rebrooklaw.com

*Counsel for Defendants Jeff Schoep, Matthew Heimbach, Matthew Parrott, Traditionalist Worker Party, National Socialist Movement, and Nationalist Front*

Joshua Smith
Smith LLC
807 Crane Avenue
Pittsburgh, Pennsylvania 15216
joshsmith2020@gmail.com

*Counsel for Defendants Matthew Parrott, Matthew Heimbach, and Traditionalist Worker Party*

1

2

I hereby certify that on October 12, 2021, I also served the following non-ECF participants via mail or electronic mail:

Richard Spencer
richardbspencer@icloud.com
richardbspencer@gmail.com

Vanguard America
c/o Dillon Hopper
dillon_hopper@protonmail.com

Elliott Kline a/k/a Eli Mosley
eli.f.mosley@gmail.com
deplorabletruth@gmail.com
eli.r.kline@gmail.com

Christopher Cantwell
Christopher Cantwell 00991-509
USP Marion, 4500 Prison Rd.
P.O. Box 2000
Marion, IL 62959

*and*

Christopher Cantwell 00991-509
Grady County Law Enforcement Center
215 N. 3rd St.
Chickasha, OK 73018

Robert "Azzmador" Ray
azzmador@gmail.com

Dated: October 12, 2021

/s/ Jessica Phillips

Jessica Phillips (*pro hac vice*)

PAUL WEISS RIFKIND WHARTON &
GARRISON LLP
*Counsel for Plaintiffs*