# Exhibit B

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| ELIZABETH SINES, SETH WISPELWEY, MARISSA BLAIR, APRIL MUÑIZ, MARCUS MARTIN, NATALIE ROMERO, CHELSEA ALVARADO, JOHN DOE, and THOMAS BAKER,<br><br>              Plaintiffs,<br><br>   v.<br><br>JASON KESSLER, et al.,<br><br>             Defendants. | **Civil Action No. 3:17-cv-00072-NKM**<br>**JURY TRIAL DEMANDED** |

## DECLARATION OF ALEXANDRA K. CONLON

I, Alexandra K. Conlon, on this 12th day of October, 2021, pursuant to 28 U.S.C. § 1746, declare as follows: Kaplan Hecker & Fink LLP, one of the law firms representing the Plaintiffs in this action.

1. I am a member in good standing of the New York Bar. I have been admitted to appear *pro hac vice* before this Court for and on behalf of the Plaintiffs in the above-captioned action.

2. At approximately 3:40 pm on October 6, 2021, I received an email from Nathan Simpkins, case manager at USP Marion, informing me that Defendant Cantwell had departed USP Marion on October 5, 2021, in connection with his appearance at trial for the above-captioned matter, which is scheduled to begin on October 25, 2021. A true and correct copy is attached as Appendix A.

3. On October 7, 2021, I spoke with a member of the U.S. Marshall Service, who informed me that Defendant Cantwell is being held at Grady County Jail in Oklahoma and was

expected to remain there for at least a week.

4. On October 9, 2021, I sent Defendant Cantwell a copy of Plaintiffs' Amended Exhibit List at his address at Grady County Jail. A true and correct copy of the FedEx receipt is attached as Appendix B.

Executed on: October 12, 2021  
New York, N.Y.

Respectfully submitted,

*Alexandra Conlon*

Alexandra K. Conlon

# Appendix A

| | |
|---|---|
| **From:** | Nathan Simpkins <NSimpkins@bop.gov> |
| **Sent:** | Wednesday, October 6, 2021 3:37 PM |
| **To:** | Charlotte Karlsen |
| **Cc:** | Alexandra Conlon; Michael Bloch |
| **Subject:** | RE: Sines v. Kessler |

**EXTERNAL SENDER**

Hey there, He left yesterday on writ for this trial.

Sorry!

Nathan Simpkins, MSEd
Case Manager
USP Marion
4500 Prison Rd.
Marion, IL 62959
(618) 964 1441 ext.1360


>>> Charlotte Karlsen <ckarlsen@kaplanhecker.com> 10/6/2021 2:36 PM >>>
Hi Nate!

I hope your Wednesday is going well. We need to speak with Mr. Cantwell again on Monday, are you able to arrange a call?

Thanks as always for your help!

**Charlotte Karlsen | Kaplan Hecker & Fink LLP**
Case Manager
350 Fifth Avenue | 63rd Floor
New York, New York 10118
(W) 212.763.0883 | (M) 646.588.8203
ckarlsen@kaplanhecker.com

---

**From:** Nathan Simpkins <NSimpkins@bop.gov>
**Sent:** Monday, October 4, 2021 7:58 AM
**To:** Charlotte Karlsen <ckarlsen@kaplanhecker.com>; Michael Bloch <mbloch@kaplanhecker.com>
**Cc:** Alexandra Conlon <aconlon@kaplanhecker.com>
**Subject:** Re: Sines v. Kessler


**EXTERNAL SENDER**

Thank you. I'll be there to answer the phone at 1030 central.

Nathan Simpkins, MSEd
Case Manager
USP Marion
4500 Prison Rd.

1

# Appendix B



# FedEx Office

Address:        191 MADISON AVE
                NEW YORK
                NY 10016
Location:       JRAKK
Device ID:      -BTC01
Transaction:    940314570120

---

FedEx Priority Overnight
284706445951    0.10 lb (M)       59.96
    No Signature Required
    Declared Value   100
Recipient Address:
    Eric Forsythe
    Grady Country Law Enforcement Cntr
    215 N 3RD ST
    CHICKASHA, OK 73018-2660
    0000000000

Scheduled Delivery Date 10/12/2021

Pricing option:
    STANDARD RATE

Package Information:
    FedEx Pak

---

FedEx Priority Overnight
284706455220    0.10 lb (S)       38.50
    No Signature Required
    Declared Value   100
Recipient Address:
    Eric Forsythe
    Grady Country Law Enforcement Cntr
    215 N 3RD ST
    CHICKASHA, OK 73018-2660
    0000000000

Scheduled Delivery Date 10/12/2021

Pricing option:
    STANDARD RATE

Package Information:
    FedEx Envelope

Standard-Medium Bubble Mailer
400000016061          1   (T)      $3.99

              Shipment subtotal:   $98.46
     Merchandise taxable subtotal:  $3.99
              Tax(City): 4.5%       $0.18
              Tax(SC): 0.375%       $0.01
              Tax(NY): 4%           $0.16

                   Total Due:     $102.80