# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION

| | |
|---|---|
| ELIZABETH SINES, *et al.*, | |
| *Plaintiffs*, | |
| v. | CASE No. 3:17-cv-00072 |
| JASON KESSLER, *et al.*, | |
| *Defendants*. | |

## APPLICATION FOR COURTHOUSE PRESS CREDENTIALS
## FOR <u>*SINES v. KESSLER*</u>

Name of your news organization: _____

Please describe your audience, including estimated audience size: _____

_____

News organization's parent company (if applicable): _____

Your name and title: _____

Business address: _____

Telephone number: _____

Email address: _____

[Additional questions on following page]

This trial is estimated to last between October 25 and November 19, 2021.

      Do you or someone from your news organization plan to come every day of trial? _____

      If not, how often or when do you or someone from your news organization plan to come to trial? _____

Members of the media must be granted prior approval from the presiding judge before being allowed to bring personal electronic devices into the Courthouse (e.g., cell phones, tablets, laptop computers). See W.D. Va. Standing Order 2013-8. If you plan to request that you be allowed to bring any personal electronic devices or equipment into the Courthouse, such devices are as follows: _____ _____.

On account of the Western District's Standing Orders and this Court's COVID-19 health precautions in this case, in order to reduce the risk of spread of COVID-19, and noting security considerations for this trial, the Court has determined that <u>*Courtroom attendance will be limited solely to the parties, attorneys of record, witnesses, and court staff*</u>. Therefore, the Court has set up a live video feed of the trial to be broadcast in another room of the Courthouse. The Court will be able to issue only a limited number of "<u>Courthouse press credentials</u>," to members of the press who would be granted access to the room with the live video feed of the trial. Would you like to be considered for "Courthouse press credentials"? _____.

\*\*\* Only the litigants in this case and their attorneys of record, witnesses, court staff and court security, other Courthouse employees, and those members of the press afforded Courthouse press credentials in advance of the trial will be permitted into the Charlottesville Courthouse

during trial (October 25 to November 19, 2021). Members of the public will have access to dial in to a conference line with the live audio feed of the trial at any time.

**NOTICE re: COVID Precautions**: Anyone entering the Charlottesville Federal Courthouse must comply with this Court's Standing Orders regarding COVID-19 precautions. You must (1) wear a mask at all times (whether you are vaccinated or unvaccinated); (2) practice social distancing, to the extent possible throughout the Courthouse; and (3) conduct a health self-assessment before coming into the Courthouse, and if you exhibit any symptoms of COVID-19 (e.g., temperature over 100.4, fever or chills, cough, shortness of breath, difficulty breathing, sore throat, unusual fatigue, or new loss of taste or smell), you should not enter the Courthouse.

Courthouse press credentials will be issued on a rolling basis. Any such requests must be received by **October 21, 2021**.

*****

Please complete the following:

Should any Courthouse press credentials be issued to me or my organization, I understand that:

- I am responsible for ensuring that the Courthouse press credentials are in the possession of the employee from my organization attending any specific day of trial or court hearing;

- Courthouse press credentials will be prioritized to news organizations and members of the press that plan to attend the trial on a daily basis or for a significant period of the trial, as well as those with a regional focus, so as to facilitate the greatest public access to the trial to the public nationwide as well as in the community. Attendance will be taken prior to the start of every court session, and news organizations who are not present or are not using their Courthouse press credentials may be subject to forfeiting them.

- Federal Judicial Policy and this Court's Standing Orders prohibit the recording or broadcasting of Court proceedings, which will apply to those with Courthouse

press credentials viewing the trial remotely in the media room. Violations of this policy may result in forfeiture of press credentials.

- I have informed the Court above of any personal electronic devices or equipment that I would request I be able to bring into the Courthouse (e.g., cell phones, tablets, laptop computers), and will only bring in such devices if granted approval by the Court.

- The Court cannot guarantee that any particular news organization or member of the press will be able to receive Courthouse press credentials, given the significant space considerations and necessity of reducing the number of persons in the Courthouse on account of COVID-19.

_____          _____
Print your name                                              Date

_____
Signature

Please email your request to the Clerk's Office for the Western District of Virginia at HeidiW@vawd.uscourts.gov. You can call 434-296-9284 to make sure it has been received.