In The United States District Court for Western District of Virginia Charlottesville Division

Sines, et al, Plaintiffs v.
Kessler, et al, Defendants | Civil Case No. 3:17-cv-072

Defendant's Objection to Co-Defendant's Undisclosed and Unqualified "Expert" Witness

Comes now the Defendant, Christopher Cantwell, and, he makes the following objection to Jeff Schoep's "Expert" Witness.

1) Defendant Cantwell has received only the Plaintiffs' witness list, to which he has objected, as of October 4th, 2021.

2) By having an associate check the docket on CourtListener.com, Cantwell has learned that Jeff Schoep intends to call an "Expert" on "the Defendants" from the Simon Weisenthal Center.

3) Cantwell is highly skeptical that anyone from the Simon Weisenthal Center could accurately be described as an expert on anything, or even offer a remotely interesting opinion on anything to do with this case.

-1-

4) The Plaintiffs' supposed experts have offered quite enough uninformed, boilerplate Left wing nonsense and hearsay, without the Defendants increasing the volume inside the echo chamber.

5) Because Mr. Schoep has not delivered his witness list to Cantwell, and because this witness was not disclosed to Cantwell earlier, Mr. Schoep should not be permitted to call him.

6) Because it is beneath the dignity of this Court to let this trial devolve into a Maoist struggle session, and for the reasons stated in Cantwell's objections to similarly valueless testimony, the Court should exclude all such "experts", and focus its limited and valuable time on determining who caused the violence at the Unite the Right Rally.

7) I, Christopher Cantwell, swear under penalty of perjury, that paragraphs 1-3 are true and correct, the rest is opinion, sound opinion.

Respectfully Submitted
Christopher Cantwell
10-7-2021

Christopher Cantwell #1599211849
Cleo Smart Communications - Grady County Jail
P.O. Box 9131
Seminole, FL 33775-9131

This correspondence is from an inmate at Grady County Law Enforcement Center. CLEC is not responsible for contents.

Office of the Clerk
US District Court for the
Western District of VA
Charlottesville Division
255 West Main St. Room 304
Charlottesville, VA 22902-5067