**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**Charlottesville Division**

ELIZABETH SINES, SETH WISPELWEY,
MARISSA BLAIR, APRIL MUÑIZ,
MARCUS MARTIN, NATALIE ROMERO,
CHELSEA ALVARADO, JOHN DOE, and
THOMAS BAKER,

                         Plaintiffs,

    v.

JASON KESSLER, et al.,

                        Defendants.

**Civil Action No. 3:17-cv-00072-NKM**

**JURY TRIAL DEMANDED**

## PLAINTIFFS' SUBMISSION AND PROPOSED ORDER REGARDING THEIR REQUEST FOR A PARTIALLY ANONYMOUS JURY

Plaintiffs hereby submit this proposed order regarding their request for a partially anonymous jury in this case, as agreed to by Defendants and discussed with the Court on October 8, 2021.

A federal district court may empanel a semi-anonymous jury in any case in which "the interests of justice so require." *United States v. Dinkins*, 691 F.3d 358, 372 (4th Cir. 2012) (quoting 28 U.S.C. § 1863(b)(7)). In order to empanel an anonymous jury, two conditions must be satisfied: "(1) there is strong reason to conclude that the jury needs protection from interference or harm, or that the integrity of the jury's function will be compromised absent anonymity; and (2) reasonable safeguards have been adopted to minimize the risk that the rights of the accused will be infringed." *Dinkins*, 691 F.3d at 372. Given the subject matter of this case and the public and media attention to these issues, those conditions are clearly satisfied here.

While a completely anonymous jury involves complete anonymity, a "lesser degree of anonymity may entail disclosing to the parties the names of the venire members, but identifying

them only by number in open court." *Id.* at 371. In light of the sensitivities of this case of which the Court is aware, Plaintiffs have proposed, and Defendants have agreed, that a partially anonymous jury is warranted to avoid the risk of interference or harm to jurors and to maintain the integrity of the jury.

Accordingly, Plaintiffs propose the following mechanisms, set forth in the attached proposed order:

1.    Only the Court, the parties, and their counsel shall be informed of the names, addresses, and other personally identifying information of jurors and prospective jurors. Only the Court shall conduct questioning of prospective jurors during *voir dire*.

2.    All parties and their counsel shall be ordered not to disclose the names, addresses, and other personally identifying information about jurors and prospective jurors to any other person without prior authorization of the Court.

3.    Jurors and any alternates who are seated on the jury for trial shall each be assigned a number and shall only be referred to by that number throughout the trial.

4.    The names, signatures, and any other personally identifying information on the juror questionnaires that are completed and returned by prospective jurors shall be redacted by Court personnel before the completed questionnaires are provided to the parties. Each questionnaire shall be assigned a number. The parties shall be separately provided information matching each questionnaire number with each prospective juror's name.

In addition, the Court may instruct the jury or prospective jurors as necessary or appropriate in order to reduce the risk of any prejudice to any party or concern on the part of any juror or

2

prospective juror concerning the procedures described above. For example, the Court may instruct jurors that that their anonymous status is intended to protect them from "unwanted media attention." *Dinkins*, 691 F.3d at 370; *see United States v. Hager*, 721 F.3d 167, 188 (4th Cir. 2013) (unwanted media contact).

## CONCLUSION

For the foregoing reasons, Plaintiffs respectfully request that the Court enter their [Proposed] Supplemental Order Regarding Jurors.


Date: October 12, 2021                    Respectfully submitted,

                                          Roberta A. Kaplan (*pro hac vice*)
                                          KAPLAN HECKER & FINK LLP
                                          350 Fifth Avenue, 63rd Floor
                                          New York, NY 10118
                                          Telephone: (212) 763-0883
                                          rkaplan@kaplanhecker.com

                                          *Counsel for Plaintiffs*

Of Counsel:

Roberta A. Kaplan (*pro hac vice*)
Julie E. Fink (*pro hac vice*)
Gabrielle E. Tenzer (*pro hac vice*)
Michael L. Bloch (*pro hac vice*)
Yotam Barkai (*pro hac vice*)
Emily C. Cole (*pro hac vice*)
Alexandra K. Conlon (*pro hac vice*)
Jonathan R. Kay (*pro hac vice*)
Benjamin D. White (*pro hac vice*)
KAPLAN HECKER & FINK LLP
350 Fifth Avenue, Suite 7110
New York, NY 10118
Telephone: (212) 763-0883
rkaplan@kaplanhecker.com
jfink@kaplanhecker.com
gtenzer@kaplanhecker.com
mbloch@kaplanhecker.com
ybarkai@kaplanhecker.com
ecole@kaplanhecker.com
aconlon@kaplanhecker.com
jkay@kaplanhecker.com
bwhite@kaplanhecker.com

Karen L. Dunn (*pro hac vice*)
Jessica Phillips (*pro hac vice*)
William A. Isaacson (*pro hac vice*)
Arpine S. Lawyer (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
2001 K Street, NW
Washington, DC 20006-1047
Telephone: (202) 223-7300
Fax: (202) 223-7420
kdunn@paulweiss.com
jphillips@paulweiss.com
wisaacson@paulweiss.com
alawyer@paulweiss.com

Makiko Hiromi (*pro hac vice*)
Nicholas A. Butto (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000
Fax: (212) 757-3990
mhiromi@paulweiss.com
nbutto@paulweiss.com

Robert T. Cahill (VSB 38562)
COOLEY LLP
11951 Freedom Drive, 14th Floor
Reston, VA 20190-5656
Telephone: (703) 456-8000
Fax: (703) 456-8100
rcahil@cooley.com

Alan Levine (*pro hac vice*)
Philip Bowman (*pro hac vice*)
COOLEY LLP
55 Hudson Yards
New York, NY 10001
Telephone: (212) 479-6260
Fax: (212) 479-6275
alevine@cooley.com

David E. Mills (*pro hac vice*)
Joshua M. Siegel (VSB 73416)
Caitlin B. Munley (*pro hac vice*)
Samantha A Strauss (*pro hac vice*)
Alexandra Eber (*pro hac vice*)
COOLEY LLP
1299 Pennsylvania Avenue, NW
Suite 700

4

pbowman@cooley.com

Washington, DC 20004
Telephone: (202) 842-7800
Fax: (202) 842-7899
dmills@cooley.com
jsiegel@cooley.com
cmunley@cooley.com
sastrauss@cooley.com
aeber@cooley.com

J. Benjamin Rottenborn (VSB 84796)
WOODS ROGERS PLC
10 South Jefferson St., Suite 1400
Roanoke, VA 24011
Telephone: (540) 983-7600
Fax: (540) 983-7711
brottenborn@woodsrogers.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on October 12, 2021, I served the following via electronic mail:

Elmer Woodard
5661 US Hwy 29
Blairs, VA 24527
isuecrooks@comcast.net

James E. Kolenich
Kolenich Law Office
9435 Waterstone Blvd. #140
Cincinnati, OH 45249
jek318@gmail.com

*Counsel for Defendants Jason Kessler, Nathan Damigo, and Identity Europa, Inc. (Identity Evropa)*

Bryan Jones
106 W. South St., Suite 211
Charlottesville, VA 22902
bryan@bjoneslegal.com

*Counsel for Defendants Michael Hill, Michael Tubbs, and League of the South*

Joshua Smith
Smith LLC
807 Crane Avenue
Pittsburgh, PA 15216-2079
joshsmith2020@gmail.com

*Counsel for Defendants Matthew Parrott, Traditionalist Worker Party and Matthew Heimbach*

David L. Campbell
Justin Saunders Gravatt
Duane, Hauck, Davis & Gravatt, P.C.
100 West Franklin Street, Suite 100
Richmond, VA 23220
dcampbell@dhdglaw.com
jgravatt@dhdglaw.com

*Counsel for Defendant James A. Fields, Jr.*

William Edward ReBrook, IV
The ReBrook Law Office
6013 Clerkenwell Court
Burke, VA 22015
edward@rebrooklaw.com

*Counsel for Defendants Jeff Schoep, National Socialist Movement, Nationalist Front, Matthew Parrott, Traditionalist Worker Party and Matthew Heimbach*

I hereby certify that on October 12, 2021, I also served the following via mail and electronic mail:

Richard Spencer
richardbspencer@icloud.com
richardbspencer@gmail.com

Christopher Cantwell

Christopher Cantwell 00991-509
Grady County Law Enforcement Center
215 N. 3rd St. '
Chickasha, OK 73018

*And*

Christopher Cantwell 00991-509
USP Marion, 4500 Prison Rd.
P.O. Box 2000
Marion, IL 62959

Vanguard America
c/o Dillon Hopper
dillon_hopper@protonmail.com

Robert "Azzmador" Ray
azzmador@gmail.com

Elliott Kline a/k/a Eli Mosley
eli.f.mosley@gmail.com
deplorabletruth@gmail.com
eli.r.kline@gmail.com

Michael L. Bloch (*pro hac vice*)
Kaplan Hecker & Fink LLP

Counsel for Plaintiffs