# UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### Charlottesville Division

| | |
|---|---|
| ELIZABETH SINES, SETH WISPELWEY, MARISSA BLAIR, APRIL MUÑIZ, MARCUS MARTIN, NATALIE ROMERO, CHELSEA ALVARADO, JOHN DOE, and THOMAS BAKER,<br><br>                Plaintiffs,<br><br>   v.<br><br>JASON KESSLER, et al.,<br><br>                Defendants. | **Civil Action No. 3:17-cv-00072-NKM**<br><br>**JURY TRIAL DEMANDED** |

## [PROPOSED] SUPPLEMENTAL ORDER REGARDING JURORS

WHEREAS the jury trial in this case is scheduled to be conducted from October 25 to November 19, 2021;

WHEREAS the Court issued a Pretrial Order on October 7, 2021, pertaining to certain procedures regarding the trial of this matter, including the selection of the jury, *see* ECF No. 1172;

WHEREAS the Court finds that the following additional procedures pertaining to jurors will additionally promote efficient preparation for and conduct of the trial in this case;

It is hereby ORDERED as follows:

1. Only the Court, the parties, and their counsel shall be informed of the names, addresses, and other personally identifying information of jurors and prospective jurors.

2. The juror questionnaires that are completed and returned by prospective jurors shall be redacted by Court personnel before they are provided to the parties and their counsel to remove names, signatures, addresses, and any other personal identifying

information. Each questionnaire shall be assigned a number. The parties shall be separately provided information matching each questionnaire number with the name of each prospective juror.

3. All parties and their counsel shall not disclose the names, addresses, and other personal identifying information about jurors and prospective jurors to any other person without prior authorization of the Court.

4. As provided in the Court's Pretrial Order, ECF No. 1172, only the Court will question prospective jurors during *voir dire*; the parties, however, may submit proposed questions to the Court.

5. The 12 jurors (and any alternates) who are seated on the jury for trial shall each be assigned a number and shall be referred to by such number throughout the trial.

The Court will consider providing any instructions the Court deems necessary or appropriate in order to reduce the risk of any prejudice to any party or concern on the part of any juror or prospective juror about the procedures described above.

This Supplemental Order is intended to supplement rather than to replace the Pretrial Order dated October 7, 2021, all of whose terms remain in effect.

It is so ORDERED.

The Clerk of Court is directed to send a certified copy of this Order to the parties.

Date: October ___, 2021

_____
Hon. Norman K. Moon
Senior United States District Judge