UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| ELIZABETH SINES, SETH WISPELWEY, MARISSA BLAIR, APRIL MUÑIZ, MARCUS MARTIN, NATALIE ROMERO, CHELSEA ALVARADO, JOHN DOE, and THOMAS BAKER,<br>　　　　　　　　　Plaintiffs,<br><br>　　-against-<br><br>JASON KESSLER, et al.,<br>　　　　　　　　　Defendant. | Civil Action No. 3:17-cv-00072-NKM<br><br>JURY TRIAL DEMANDED |

## MOTION FOR PRO HAC VICE ADMISSION OF ANDREW G. CELLI, JR.

Pursuant to Rule 6(d) of the Local Rules for the United States District Court for the Western District of Virginia, I, Matthew W. Evans, an attorney admitted to practice in this Court, and counsel of record in the instant proceeding hereby moves the Court for the admission of Andrew G. Celli, Jr., Esquire to appear pro hac vice on behalf of Integrity First for America in the above captioned case and in support thereof states as follows:

1.　　Mr. Celli is a Partner with the law firm of Emery Celli Brinckerhoff Abady Ward & Maazel, LLP, 600 Fifth Avenue, 10th Floor, New York, NY 10020 (Tel: 212-763-5000, Fax: 212-763-5001, Email: acelli@ecbawm.com).

2.　　Mr. Celli is qualified and licensed to practice law and is a bar member in good standing in the State of New York (Bar ID No. 2434025 – since September 19, 1991). He is also a bar member in good standing with the United States Court of Appeals for the Second Circuit.

3.　　Mr. Celli agrees to submit and comply with the appropriate rules of procedure as required in the case for which he is applying to appear pro hac vice as well as the rules and

standards of professional conduct applicable to all lawyers admitted to practice before this Court.

WHEREFORE, for the reasons stated above, it is requested that this Court grant this motion and permit Andrew G. Celli, Jr., Esq. to appear pro hac vice on behalf of Integrity First for America in the above captioned case, and to appear at hearings or trials in the absence of an associated member of the bar of this Court.

Dated:   October 12, 2021

Respectfully submitted,

By: _____/s/ Matthew W. Evans_____
         Matthew W. Evans, VSB# 82081

75 Maple Avenue
P.O. Box 999
Halifax, VA 24558
Tel:  (434) 476 6518
Fax:  (434) 476-7784
matt@gravittlaw.com

*Attorney for Integrity First for America*

**CERTIFICATE OF SERVICE**

      I hereby certify that on October 12, 2021, I filed the foregoing with the Clerk of Court through the CM/ECF system, which will send a notice of electronic filing to:

Alan Levine
Cooley LLP
1114 Avenue of the Americas, 46th Floor
New York, NY 10036
212-479-6260
alevine@cooley.com

Amanda Lee Liverzani
Daniel Philip Roy, III
Cooley LLP
55 Hudson Yards
New York, NY 10001
212-479-6000
aliverzani@cooley.com
droy@cooley.com

Alexandra Eber
Caitlin B. Munley
Joshua Michael Siegel
Samantha A Strauss
David E. Mills
Cooley LLP
1299 Pennsylvania Avenue NW, Suite 700
Washington, DC 20004-2400
202-842-7800
aeber@cooley.com
jsiegel@cooley.com
dmills@cooley.com

Allegra Flamm
Khary Anderson
Cooley LLP – Library
1299 Pennsylvania Avenue NW, Suite 700
Washington, DC 20004-2400
202-776-2985
202-776-2160
aflamm@cooley.com
kjanderson@cooley.com

Robert T. Cahill
Cooley LLP
11951 Freedom Drive
Reston, VA 20190
703-456-8000
rcahill@cooley.com

Alexandra Kendal Conlon
Benjamin Daniel White
Christopher Bradford Greene
Emily Carrie Cole
Gabrielle E. Tenzer
Michael Low Bloch
Jonathan R. Kay
Joshua Adam Matz
Roberta Ann Kaplan
Seguin Layton Strohmeier
Julie Eden Fink
Kaplan Hecker & Fink LLP
350 Fifth Avenue, Suite 7110
New York, NY 10118
212-763-0883
aconlon@kaplanhecker.com
bwhite@kaplanhecker.com
cgreene@kaplanandcompany.com
ecole@haplanhecker.com
gtenzer@kaplanhecker.com
mbloch@kaplanhecker.com
jkay@kaplanhecker.com
jmatz@kaplanandcompany.com
rkaplan@kaplanandcompany.com
sstrohmeier@kaplanandcompany.com
jfink@kaplanandcompany.com

Jessica E. Phillips
Giovanni Sanchez
Karen Leah Dunn
William Anthony Isaacson
Paul, Weiss, Rifkind, Wharton & Garrison LLP
2001 K Street, NW
Washington, DC 20006
202-223-7300
jphillips@paulweiss.com
gsanchez@paulweiss.com
kdunn@paulweiss.com
wisaacson@paulweiss.com

Makiko Hiromi
Nicholas Butto
Agbeko Petty
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
212-373-3000
mhiromi@paulweiss.com
nbutto@paulweiss.com
apetty@paulweiss.com

Philip Matthew Bowman
Yotam Barkai
Boies Schiller Flexner, LLP
55 Hudson Yards
New York, NY 10001
212-446-2300
pbowman@bsfllp.com
ybarkai@kaplanhecker.com

Katherine Marie Cheng
Boies Schiller Flexner, LLP
1401 New York Avenue, NW
Washington, DC 20005
202-237-2727
kcheng@bsfllp.com

John Benjamin Rottenborn
Woods Rogers PLC
P.O. Box 14125
Roanoke, VA 24038-4125
540-983-7540
brottenborn@woodsrogers.com

*Counsel for Plaintiffs Elizabeth Sines, Seth Wispelwey, Marissa Blair, April Muniz, Marcus Martin, John Doe, Natalie Romero, Chelsea Alvarado, and Thomas Baker*

Justin Saunders Gravatt
David L. Campbell
Duane, Hauck, Davis & Gravatt, P.C.
100 West Franklin Street, Suite 100
Richmond, VA 23220
jgravatt@dhdglaw.com
dcampbell@dhdglaw.com

*Counsel for Defendant James A. Fields, Jr.*

W. Edward ReBrook
The ReBrook Law Office
6013 Clerkenwell Court
Burke, VA 22015
edward@rebrooklaw.com
rebrooklaw@gmail.com

*Counsel for Defendants National Socialist Movement, Nationalist Front, Jeff Schoep, Matthew Heimbach, Matthew Parrott and Traditionalist Worker Party*

Bryan Jones
106 W. South St., Suite 211
Charlottesville, VA 22902
bryan@bjoneslegal.com

*Counsel for Defendants Michael Hill, Michael Tubbs, and League of the South*

James E. Kolenich
Kolenich Law Office
9435 Waterstone Blvd. #140
Cincinnati, OH 45249
jek318@gmail.com

Elmer Woodard
5661 US Hwy 29
Blairs, VA 24527
isuecrooks@comcast net

*Counsel for Defendants Jason Kessler, Nathan Damigo, and Identity Europa, Inc. (Identity Evropa)*

Joshua Smith Esq.
Smith LLC
807 Crane Ave.
Pittsburgh, PA 15216
joshsmith2020@gmail.com

*Counsel for Matthew Heimbach, Matthew Parrott and Traditionalist Worker Party*

I further certify that on October 12, 2021, I also served the foregoing upon following non-ECF pro se defendants and participants, via electronic mail or First Class U.S. Mail, as follows:

Richard Spencer
richardbspencer@gmail.com
richardbspencer@icloud.com

Robert Ray
azzmador@gmail.com

Vanguard America
c/o Dillon Hopper
dillon_hopper@protonmail.com

Elliott Kline
eli.f mosley@gmail.com
deplorabletruth@gmail.com
eli.r kline@gmail.com

**VIA U.S. Mail**
Christopher Cantwell
Inmate 00991-509
USP Marion
U.S. Penitentiary
P.O. Box 2000
Marion, IL 62959

*/s/ Matthew W. Evans*