**UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division**

| | |
|---|---|
| ELIZABETH SINES, SETH WISPELWEY, MARISSA BLAIR, APRIL MUÑIZ, MARCUS MARTIN, NATALIE ROMERO, CHELSEA ALVARADO, JOHN DOE, and THOMAS BAKER, <br><br> Plaintiffs, <br><br> v. <br><br> JASON KESSLER, et al., <br><br> Defendants. | **Civil Action No. 3:17-cv-00072-NKM** <br><br> **JURY TRIAL DEMANDED** |

**PLAINTIFFS' SUBMISSION AND PROPOSED ORDER REGARDING
PROTOCOLS FOR PUBLIC AND PRESS ACCESS**

Pursuant to this Court's instructions during the October 8, 2021, teleconference, Plaintiffs hereby file this proposed order regarding the parties' request to revise the Court's protocols governing access to the courthouse during the jury trial in this matter. *See* COVID-19 Health Precautions Order, ECF No. 1146 (Oct. 4, 2021). As they noted on the record in the teleconference with the Court, Defendants agree that the protocol should be revised.

The health reasons for restricting access to the courthouse during the COVID-19 pandemic need not be stressed. *See* ECF 1146 ("The COVID-19 pandemic has caused and continues to cause great risk to the health and safety to those in the Western District of Virginia."). Similarly, this Court is well aware of the sensitivities of this case and the safety concerns that the trial proceedings present. Accordingly, alternative means of ensuring public access to the proceedings are warranted.

A. As Plaintiffs already brought to this Court's attention, federal courts in very high profile trials in recent months have not hesitated to restrict *physical* access to the Courthouse to

protect the health and safety of the parties, their counsel, and the court staff. Plaintiffs' counsel Ms. Dunn and Ms. Phillips litigated one such case and, accordingly, raise the trial procedures adopted in that case as an example for the Court to consider.

In *Epic Games, Inc.* v. *Apple Inc.*, No. 4:20-cv-05640, the Northern District of California permitted public access "by way of telephone access" only, since "video access is not an option for evidentiary proceedings including trials." ECF 371, at 1 (Mar. 2, 2021). To accomplish public access, that court set up a high-volume telephone line—something that this Court already intends to do, *see* ECF No. 1146—and ensured press access through a separate, press-dedicated telephone line, *see* ECF 468, at 2 (N.D. Cal. Apr. 21, 2021) (ordering "a specific telephone line for media specifically . . . to ensure that they have access to the audio," and "one or more high volume telephone lines for the public at large"). In response to the overwhelming media interest that was expressed to the court ahead of the *Epic* trial, *see* ECF 457 (N.D. Cal. Apr. 16, 2021) ("Administrative Motion for Trial Access filed by Reporters Committee for Freedom of the Press and 18 Media Organizations"), the court also authorized two "pool" reporters to attend each day of trial, to supplement the live, audio broadcasts of the proceedings available to all reporters and to the public, *see* ECF 485 (N.D. Cal. Apr. 26, 2021).[1]

B. Plaintiffs also respectfully request that this Court consider adopting two additional safety precautions and protocols, even though these further measures were not expressly brought to the Court's attention during the October 8 teleconference. *First*, in addition to mandating that every person wear a mask while in the Courthouse, we understand that other courts have provided transparent microphone covers, to be replaced by each speaker as they approach to speak at one of the Courtroom's microphones. Plaintiffs are ready to procure such transparent covers, so that, at

---

[1] Plaintiffs would not oppose similar accommodations for "pool" reporters in this case, if requested.

2

the Court's discretion, witnesses and counsel may ensure that the Courtroom's microphones remain clean throughout the proceedings. *Second*, in the *Epic* trial, "the parties and their attorneys [were] allowed to access the audio of the trial through [a] Zoom link," so that they could listen to the proceedings offsite, including "any sealed proceedings," without "encumber[ing] one of the telephone lines." ECF 468, at 3 (N.D. Cal. Apr. 21, 2021). Plaintiffs believe that making a Zoom link available to the parties and their counsel would similarly ensure that none of the press or public telephone lines are unnecessarily burdened and enable this sizable group of people to follow the proceedings from offsite locations.

## CONCLUSION

For the foregoing reasons, Plaintiffs respectfully request that the Court enter their [Proposed] Supplemental Order Regarding Access to the Courthouse.

Date: October 12, 2021

Respectfully submitted,

*Karen L. Dunn*
Karen L. Dunn (pro hac vice)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC 20006-1047
Telephone: (202) 223-7300
Fax: (202) 223-7420
jphillips@paulweiss.com

*Counsel for Plaintiffs*

Of Counsel:

Roberta A. Kaplan (*pro hac vice*)
Julie E. Fink (*pro hac vice*)
Gabrielle E. Tenzer (*pro hac vice*)
Michael L. Bloch (*pro hac vice*)
Yotam Barkai (*pro hac vice*)
Emily C. Cole (*pro hac vice*)
Alexandra K. Conlon (*pro hac vice*)
Jonathan R. Kay (*pro hac vice*)
Benjamin D. White (*pro hac vice*)
KAPLAN HECKER & FINK LLP
350 Fifth Avenue, Suite 7110
New York, NY 10118
Telephone: (212) 763-0883
rkaplan@kaplanhecker.com
jfink@kaplanhecker.com
gtenzer@kaplanhecker.com
mbloch@kaplanhecker.com
ybarkai@kaplanhecker.com
ecole@kaplanhecker.com
aconlon@kaplanhecker.com
jkay@kaplanhecker.com
bwhite@kaplanhecker.com

Karen L. Dunn (*pro hac vice*)
Jessica Phillips (*pro hac vice*)
William A. Isaacson (*pro hac vice*)
Arpine S. Lawyer (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
2001 K Street, NW
Washington, DC 20006-1047
Telephone: (202) 223-7300
Fax: (202) 223-7420
kdunn@paulweiss.com
jphillips@paulweiss.com
wisaacson@paulweiss.com
alawyer@paulweiss.com

Makiko Hiromi (*pro hac vice*)
Nicholas A. Butto (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000
Fax: (212) 757-3990
mhiromi@paulweiss.com
nbutto@paulweiss.com

Robert T. Cahill (VSB 38562)
COOLEY LLP
11951 Freedom Drive, 14th Floor
Reston, VA 20190-5656
Telephone: (703) 456-8000
Fax: (703) 456-8100
rcahil@cooley.com

Alan Levine (*pro hac vice*)
Philip Bowman (*pro hac vice*)
COOLEY LLP
55 Hudson Yards
New York, NY 10001
Telephone: (212) 479-6260
Fax: (212) 479-6275
alevine@cooley.com

David E. Mills (*pro hac vice*)
Joshua M. Siegel (VSB 73416)
Caitlin B. Munley (*pro hac vice*)
Samantha A Strauss (*pro hac vice*)
Alexandra Eber (*pro hac vice*)
COOLEY LLP
1299 Pennsylvania Avenue, NW
Suite 700

pbowman@cooley.com

J. Benjamin Rottenborn (VSB 84796)
WOODS ROGERS PLC
10 South Jefferson St., Suite 1400
Roanoke, VA 24011
Telephone: (540) 983-7600
Fax: (540) 983-7711
brottenborn@woodsrogers.com

Washington, DC 20004
Telephone: (202) 842-7800
Fax: (202) 842-7899
dmills@cooley.com
jsiegel@cooley.com
cmunley@cooley.com
sastrauss@cooley.com
aeber@cooley.com

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 12, 2021, I served the following via electronic mail:

Elmer Woodard
5661 US Hwy 29
Blairs, VA 24527
isuecrooks@comcast.net

James E. Kolenich
Kolenich Law Office
9435 Waterstone Blvd. #140
Cincinnati, OH 45249
jek318@gmail.com

*Counsel for Defendants Jason Kessler, Nathan Damigo, and Identity Europa, Inc. (Identity Evropa)*

Bryan Jones
106 W. South St., Suite 211
Charlottesville, VA 22902
bryan@bjoneslegal.com

*Counsel for Defendants Michael Hill, Michael Tubbs, and League of the South*

Joshua Smith
Smith LLC
807 Crane Avenue
Pittsburgh, PA 15216-2079
joshsmith2020@gmail.com

*Counsel for Defendants Matthew Parrott, Traditionalist Worker Party and Matthew Heimbach*

David L. Campbell
Justin Saunders Gravatt
Duane, Hauck, Davis & Gravatt, P.C.
100 West Franklin Street, Suite 100
Richmond, VA 23220
dcampbell@dhdglaw.com
jgravatt@dhdglaw.com

*Counsel for Defendant James A. Fields, Jr.*

William Edward ReBrook, IV
The ReBrook Law Office
6013 Clerkenwell Court
Burke, VA 22015
edward@rebrooklaw.com

*Counsel for Defendants Jeff Schoep, National Socialist Movement, Nationalist Front, Matthew Parrott, Traditionalist Worker Party and Matthew Heimbach*

Richard Spencer
richardbspencer@icloud.com
richardbspencer@gmail.com

Christopher Cantwell
Christopher Cantwell 00991-509
USP Marion, 4500 Prison Rd.
P.O. Box 2000
Marion, IL 62959

Vanguard America
c/o Dillon Hopper
dillon_hopper@protonmail.com

Robert "Azzmador" Ray
azzmador@gmail.com

Elliott Kline a/k/a Eli Mosley
eli.f.mosley@gmail.com
deplorabletruth@gmail.com
eli.r.kline@gmail.com

*/s/ Jessica Phillips*
Jessica Phillips (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Counsel for Plaintiffs

2