UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| ELIZABETH SINES, SETH WISPELWEY, MARISSA BLAIR, APRIL MUÑIZ, MARCUS MARTIN, NATALIE ROMERO, CHELSEA ALVARADO, JOHN DOE, and THOMAS BAKER,<br><br>                      Plaintiffs,<br><br>  v.<br><br>JASON KESSLER, et al.,<br><br>                      Defendants. | **Civil Action No. 3:17-cv-00072-NKM**<br><br>**JURY TRIAL DEMANDED** |

## [PROPOSED] SUPPLEMENTAL ORDER REGARDING PUBLIC ACCESS

WHEREAS the jury trial in this case is scheduled to be conducted from October 25 to November 19, 2021;

WHEREAS the Court issued a COVID-19 Health Precautions Order on October 4, 2021, pertaining to certain precautionary procedures regarding the trial of this matter, *see* ECF No. 1146;

WHEREAS the Court finds that the following modified procedures pertaining to public access to the Courthouse will additionally promote a safe preparation for and conduct of the trial in this case;

It is hereby ORDERED as follows:

1. In lieu of an overflow room for fifteen (15) individuals, as described in the Court's prior order, *see* ECF 1146, public access to the proceedings will be made possible through telephone lines dedicated to members of the public and the press. There will be no overflow room inside the Courthouse.

2. Any members of the media may listen to livestreamed audio of the trial on the

designated "press" telephone line provided by the Court. Instructions to listen to trial audio will be provided to members of the media upon request.

3. Members of the public may listen to livestream audio of the trial on the dedicated "public" telephone line provided by the Court. Instructions to listen to trial audio will be posted on a notice on the Court's website as well as on the docket.

4. The parties and their counsel, if not present in person inside the Courtroom consistent with the Court's COVID-19 Health Precautions Order, ECF 1146, will be provided access to a Zoom audio link to listen to the livestream of the trial proceedings from a remote location.

5. Before speaking at any microphone, each counsel and witness will place a transparent microphone cover over the microphone. Each counsel and each witnesses will be asked to remove the microphone cover once they are done speaking and, before beginning to speak, the next speaker shall protect the microphone with a clean microphone cover.

This Supplemental Order is intended to amend but not replace the COVID-19 Health Precautions dated October 4, 2021.

It is so ORDERED.

The Clerk of Court is directed to send a certified copy of this Order to the parties.

Date: October ___, 2021

                                                        Hon. Norman K. Moon
                                                        Senior United States District Judge