*Elizabeth Sines, et al. v. Jason Kessler, et al.*
Case No. 3:17-cv-00072-NKM-JCH

# EXHIBIT 1

TO PLAINTIFFS' OPPOSITION TO DEFENDANT CANTWELL'S MOTION IN LIMINE
TO INTRODUCE STATEMENTS AGAINST INTEREST OF UNAVAILABLE WITNESS DWAYNE
DIXON PURSUANT TO FED. R. EVID. 804(b)(3) AND 807 – filed October 12, 2021

## .mp4 video exhibit to be provided to the Court and all parties