# **EXHIBIT 1**

UNITED STATES DISTRICT COURT

__Eastern__ District of __North Carolina__

| | |
|---|---|
| United States of America ) | Criminal No. 90-75-02-CR-3 |
| vs. ) | |
| MICHAEL TUBBS, ) | |
| a/k/a Michael Ralph Tubbs, ) | |
| a/k/a Michael Ralf Tubbs ) | |

FILED
APR 24 1991
J. RICH LEONARD, CLERK
U.S. DISTRICT COURT
E. DIST. NO. CAR.

144

### ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon the United States Attorney for the __Eastern__ District of __North Carolina__ hereby dismisses the __Counts Two and Three of the__ Indictment against *(indictment, information, complaint)* __MICHAEL TUBBS,__ defendant, a/k/a Michael Ralph Tubbs, a/k/a Michael Ralf Tubbs, because the Defendant has agreed to plead guilty to Count One of the Indictment.

_____
ASST. United States Attorney

Leave of court is granted for the filing of the foregoing dismissal.

_____
United States District Judge

Date: 4/23/91

I certify the foregoing to be a true and correct copy of the original.
J. Rich Leonard, Clerk
United States District Court
Eastern District of North Carolina

By _____
Deputy Clerk

FORM OBD-11?
DEC.

| | |
|---|---|
| O 256 (Rev. 2/86) | CRIMINAL DOCKET - U.S. District Court |

**PO** 417 03 **Assigned** 1709
**Misd.** ☐
**Felony** ☒  District / Off / Judge/Magistr
☐ WRIT  ☐ JUVENILE  ☐ ALIAS
OFFENSE ON INDEX CARD

U.S. vs. TUBBS, Michael, a/k/a Michael Ralph Tubbs, a/k/a Michael Ralf Tubbs

Case Filed: Mo. 12 Day 18 Yr. 90
No. of Def's: 2
Docket No. 00075   Def 02

### I. CHARGES

| U.S. TITLE/SECTION | OFFENSES CHARGED |
|---|---|
| 18:641 & 18:2 | Knowingly willfully, intentionally and unlawfully stealing two Colt M-16 rifles, of a value in excess of $100, said rifles being the goods and property of the U.S.; & aiding & abetting (Ct. 1) |
| 18:113 & 18:2 | Assault with intent to commit robbery by pointing firearms at individuals and firing a silenced Uzi submachine gun during course said robbery at a place within the United States; and aiding and abetting (Ct. 2) |
| 18:924(c) | Knowingly used and carried a firearm during and in relation to a crime of violence (Ct. 3) |

### II. KEY DATE

INTERVAL ONE — KEY DATE / EARLIEST OF: ☐ arrest ☐ sum'ns ☐ custody ☐ appears--on complaint

END ONE AND/OR BEGIN TWO (OR RESTART PERIOD TO TRIAL) — KEY DATE ▶ 12-18-90 APPLICABLE
☒ Indictment filed/unsealed
☐ consent to Magr. trial on complaint
☐ Information
☐ Felony-W/waiver

KEY DATE — a) ☐ 1st appears on pending charge /R40  b) ☐ Receive file R20/21  c) ☐ Supsdg: ☐ Ind ☐ Inf  d) ☐ Order New trial  e) ☐ Remand  f) ☐ G/P Withdrawn

END INTERVAL TWO — KEY DATE APPLICABLE
☐ Dismissal  Pled ☐ guilty {After N. ☐ Nolo {After no ☐ Trial (voir dire) bega ☐ Jury ☐ N.J.

### III. MAGISTRATE

INITIAL APPEARANCE DATE ▶
PRELIMINARY EXAMINATION — Date Scheduled ▶
REMOVAL HEARING OR — Date Held ▶
☐ WAIVED  ☐ NOT WAIVED   Tape Number
☐ INTERVENING INDICTMENT

OUTCOME:
☐ DISMISSED
☐ HELD FOR GJ OR OTHER PROCEEDING IN THIS DISTRICT
☐ HELD FOR GJ OR OTHER PROCEEDING IN DISTRICT BELOW

Search Warrant: Issued / Return
Summons: Issued / Served
Arrest Warrant Issued
COMPLAINT ▶
Date of Arrest | OFFENSE (In Complaint)

### IV. ATTORNEYS

U.S. Attorney or Asst.:  J. Douglas McCullough

Defense: 1 ☐ CJA   2 ☐ Ret.   3 ☐ Waived.   4 ☐ Self.   5 ☐ Non/Other.   6 ☐ PD.   7 ☐ CD

**RULE 20 TO THE MIDDLE DISTRICT OF FLORIDA (Jacksonville) 4/24/91.**

BAIL • RELEASE
PRE-INDICTMENT / POST-INDICTMENT:
Release Date
☐ Bail Denied
AMOUNT SET $
Date Set
☐ Bail Not Made
Date Bond Made
Conditions: ☐ 10% Dep ☐ Surety ☐ Collateral ☐ 3rd Prty ☐ Other
☐ Fugitive ☐ Pers. R ☐ PSA

70 days up:                           Arr & ptd:

FINE AND RESTITUTION PAYMENTS | Docket Entries Begin On Reverse Side

| DATE | RECEIPT NUMBER | C.D. NUMBER | DATE | RECEIPT NUMBER | C.D. NUMBER |
|---|---|---|---|---|---|

APPEALS FEE PAYMENTS

| DATE DOCUMENT NO. | Yr | Docket No | Def | MASTER DOCKET - MULTIPLE DEFENDANT CASE / PROCEEDINGS DOCKET FOR SINGLE DEFENDANT   PAGE___ OF ___ | VI EXCLUDABLE DELAY Start Date/End Date | Ltr Code | Total Days |
|---|---|---|---|---|---|---|---|
| | | | | (OPTIONAL) Show last names of defendants   **V. PROCEEDINGS** | | | |
| 12-18-90 | 1 | | | INDICTMENT FILED - c: USA, USPO, USM, J. Howard, Mag. Mccotter, Mag. Dixon, Fay Div.                                       jh | | | |
| 12-19-90 | | | | REQUEST FOR WARRANT - by: US Attorney - Rec: Detnetion       jh | | | |
| 12-19-90 | 2 | | | WARRANT FOR ARREST - Orig and 1c: USM w/copy of indictment c: USA                                                         jh | | | |
| 4-23-91 | 3 | | | ORDER FOR DISMISSAL - Cts. 2 & 3 of the Indictment are dismissed because the Deft has agreed to plead guilty to ct. 1 of the Indictment **Judge Malcolm J. Howard**) O.B.#14, P.144 c: UsA, USPO, PTS, Judge Howard, SD/Florida           jh | | | |
| 4-23-91 | 4 | | | **CONSENT TO TRANSFER OF CASE FOR PLEA AND SENTENCE PURSUANT TO RULE 20** - executed by all parties - c: USA, PTS, J. Howard, SD/Florida, USM, USPO                                          jh | | | |
| 4-23-91 | 5 | | | NOTE: Cover Letter sending all documents in file to SD/Florida pursuant to the Rule 20 Transfer                          jh | | | |
| 7/12/91 | 6 | | | **RETURN ON WARRANT** - This case was ruled 20 from EDNC and assigned No. 91-73-cr-J-12, said subject was sentenced for a period of 8 yrs. on this case. BY: USMS.                                                    bll | | | |

CONTINUED TO PAGE ___

| | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| AO 256 (Rev. 2/86) | CRIMINAL DOCKET - U.S. District Court | | | | | U.S. VS. | (LAST, FIRST, MIDDLE) JENNETT, Jeffrey, a/k/a Jeffrey Miller Jennett | | | Case Filed Mo. Day Yr. 12 18 90 | | Docket No. 00075 | Def. 01 |
| | PO ☐ | 417 | 03 Assigned | 1709 | | ☐ WRIT | | | | | | | |
| | Misd. ☐ | | | Disp/... 17/91 | | ☐ JUVENILE | | | | | | | |
| | Felony ☒ | District | Off | Judge/Magistr. | OFFENSE ON INDEX CARD ▶ | ☐ ALIAS | | | | No. of Def's 2 | U.S. MAG. CASE NO. ▶ | | |

**I. CHARGES**

| U.S. TITLE/SECTION | OFFENSES CHARGED | ORIGINAL COUNTS | DISM. P NG |
|---|---|---|---|
| 18:641 & 18:2 | stealing two Colt M-16 rifles and aiding and abetting (Ct. 1) | 1 | |
| 18:113 & 18:2 | Assault with intent to commit robbery & aiding and abetting (Ct. 2) | 1 | |
| 18:924(c) | Knowingly used and carried a firearm during and in relation to a crime of violence (Ct. 3) | 1 | |
| 26:5961(b) | Knowingly received and possessed a firearm, transferred in contravention 02 21:5812,5861(b)&5871 (Ct. 4) | 1 | |
| 53:26:§§5822, 5861(c) & 5871 | Possession of firearms (Crts. 5,6,7,8,9&10) | 6 | |

SUPERSEDING COUNTS ▶

**II. KEY DATE**

INTERVAL ONE — KEY DATE: 12-3-90 EARLIEST OF — ☐ arrest ☐ sum'ns ☐ custody ☒ appears—on complaint

END ONE AND/OR BEGIN TWO (OR RESTART PERIOD TO TRIAL) — KEY DATE: 12-18-90 APPLICABLE — ☒ Indictment filed/unsealed ☐ consent to Magr. trial on complaint ☐ Information ☐ Felony-W/waiver

KEY DATE: 12-18-90
a) ☒ 1st appears on pending charge /R40
b) ☐ Receive file R20/21
c) ☐ Supsdg: ☐ Ind ☐ Inf
d) ☐ Order New trial
e) ☐ Remand f) ☐ G/P Withdrawn

END INTERVAL TWO — KEY DATE: 2-19-91 APPLICABLE — ☐ Dismissal ☒ Pled guilty ☐ Nolo ☐ Trial (voir dire) began ☐ Jury ☐ N.J. ☐ After N.G. ☐ After nolo

| 1st appears with or waives counsel | ARRAIGNMENT | 1st Trial Ended | RE-TRIAL | 2nd Trial Began | DISPOSITION DATE 2-19-91 | SENTENCE DATE 5-20-91 | ☐ PTD ☐ Nolle ☐ Pros. | FINAL CHARGES DISMISSED ☐ on S.T. grounds ☐ W.P. ☐ WOP | on def motion on gov motion |

**III. MAGISTRATE**

| | DATE | INITIAL/NO. | | | INITIAL/NO. | OUTCOME: |
|---|---|---|---|---|---|---|
| Search Warrant Issued/Return | | | INITIAL APPEARANCE DATE ▶ | | | ☐ DISMISSED |
| Summons Issued/Served | | | PRELIMINARY EXAMINATION | Date Scheduled ▶ | | ☐ HELD FOR GJ OR OTHER PROCEEDING IN THIS DISTRICT |
| Arrest Warrant Issued | | | ☐ REMOVAL HEARING OR | Date Held ▶ | | ☐ HELD FOR GJ OR OTHER PROCEEDING IN DISTRICT BELOW |
| COMPLAINT ▶ | | | ☐ WAIVED ☐ NOT WAIVED | Tape Number | | |
| Date of Arrest | OFFENSE (In Complaint) | | ☐ INTERVENING INDICTMENT | | | |

Show last names and suffix numbers of other defendants on same indictment/information:

RULE ☐ 20 ☐ 21 ☐ 40 ☐ In ☐ Out

**IV. NAMES & ADDRESSES OF ATTORNEYS, SURETIES, ETC.**

ATTORNEYS
U.S. Attorney or Asst.

J. Douglas McCullough

Defense: 1 ☒ CJA. 2 ☒ Ret. 3 ☐ Waived. 4 ☐ Self. 5 ☐ Non/Other. 6 ☐ PD. 7 ☐ CD

(Federal Custody)

(appt) Robert L. Cooper
P.O. Drawer 1598
Fayetteville, NC 28302
483-3843
(12/28 - Per Mr. Cooper to file m/to withdraw) w/drawn 1-7-91

(Pvt) - 12/28 - H. Gerald Beaver
P. O. Box 53247
Fay, N.C. 28305
323-4600

Sent: May 20, 91
Arr & Ptd: 2/19/91 Ral

70 days up: 2/26/91

BAIL • RELEASE
PRE-INDICTMENT
Release Date
☐ Bail Denied  ☐ Fugitive
                ☐ Pers. Rec.
AMOUNT SET  ☐ PSA
$           Conditions
Date Set    ☐ 10% Dep.
            ☐ Surety Bnd
☐ Bail Not Made  ☐ Collateral
Date Bond Made  ☐ 3rd Prty
                ☐ Other

POST—INDICTMENT
Release Date
☐ Bail Denied  ☐ Fugitive
                ☐ Pers. Rec.
AMOUNT SET  ☐ PSA
$           Conditions
Date Set    ☐ 10% Dep.
            ☐ Surety Bnd
☐ Bail Not Made  ☐ Collateral
Date Bond Made  ☐ 3rd Prty
                ☐ Other

APPEALS FEE PAYMENTS

FINE AND RESTITUTION PAYMENTS | Docket Entries Begin On Reverse Side

| DATE | RECEIPT NUMBER | C.D. NUMBER | DATE | RECEIPT NUMBER | C.D. NUMBER |
|---|---|---|---|---|---|

| DATE DOCUMENT NO. | Yr. | Docket No | Def | MASTER DOCKET - MULTIPLE DEFENDANT CASE / PROCEEDINGS DOCKET FOR SINGLE DEFENDANT | PAGE ___ OF ___ | VI EXCLUDABLE DELAY Start Date / End Date | Ltr. Code | Total Days | LETTER CODES |
|---|---|---|---|---|---|---|---|---|---|
| | | | | (OPTIONAL) Show last names of defendants    **V. PROCEEDINGS** | | | | | For identifying periods of excludable delay per 18 USC 3161 (h) (Sections in brackets) |
| 11-9-90 | 1 | | | CRIMINAL COMPLAINT - 90-767-M-3                                   jh | | | | | A Exam or hearing for mental/physical incapacity (18 USC 4244) [(1)(A)] |
| 11-26-90 | 2 | | | Received from the District of South Carolina - the following documents: Commitment to Another District | | | | | |
| | | | | Waiver of Rule 40 Hearings | | | | | |
| | | | | Order: that the FPD is appointed to rerpesent the defendant | | | | | |
| | | | | Order of Temporary Detention Pneding Trial | | | | | B NARA exam (18 USC 2902) [(1)(B)] |
| | | | | (Mag. Robert S. Carr)                                             Jh | | | | | C State/Fed J proceedings on other charges [(1)(D)] |
| 12-3-90 | | | | INITIAL APPEARANCE ON CRIMINAL COMPLAINT at Fay Before Mag. Dixon (Proceedings Recorded) Adv. of all rights. FPD Ordered in this case. Govt moves for Detention pending trial Deft remanded to the custody of the USM pending det. hearing in this case.                                                       jh | | | | | D Interlocutory appeal [(1)(E)] E Pretrial motion (from filing to hearing or to other prompt disposition) [(1)(F)] F Transfer from other district per FRCrP 20,21 or 40 or Mag. Rule 5a [(1)(G)] |
| 12-3-90 | 3 | | | MOTION FOR PRETRIAL DETENTION - by: Govt - lc: Mag. Dixon jh | | | | | |
| 12-3-90 | 4 | | | ORDER that the FPD provide representation in this case. (Mag. Dixon)c: FPD Office                                      jh | | | | | |
| 12-3-90 | 5 | | | ORDER OF TEMPORARY DETENTION PENDING HEARING - set for Wed. Dec. 5, 1990 at 10AM in Fay Before Mag. dixon - c: FPD, USA, USPO, PTS, USM                                              jh | | | | | G Proceedings under advisement, not to exceed 30 days, after all necessary submissions filed and hearings completed [(1)(J)] |
| 12-3-90 | | | | NOTICE ISSUED - for Det/Prob. Cause Hearing at Fay Before Mag. Dixon on Wednesday, december 5, 1990 at 10AM c: FPD, USA, USM, PTS, Joyce Todd-Civil, Court Reporter, Mag. Dixon                                        jh | | | | | H Misc. proceedings: arraignment, parole/ probation, revocation, Deportation, extradition [(1)] |
| 12-4-90 | 6 | | | ORDER the deft. hearing set on 12/5 at 10AM is cont. to 12/12 at 2PM. (Mag. Dixon) c: USA, Counsel, PTS, USM   jh | | | | | 5 Deferral of prosecution (per 28 USC 2902) [(1)(C)] |
| 12-4-90 | 7 | | | REQUEST FOR DISCOVERY - w/cs by: Robert L. Cooper      jh | | | | | 6 Transportation from another district or to/from examination or hospitalization in 10 days or less [(1)(H)] |
| 12-12-90 | | | | DETENTION HEARING at Fay Before Mag. Dixon (C.R.-Carolyn Williams) Court finds probable cause - deft ordered detained pending the trial of this case.                                                 jh | | | | | 7 Consideration by Court of proposed plea agreement [(1)(I)] |
| 12-14-90 | 8 | | | ORDER OF DETENTION PENDING TRIAL - the court perceives the deft to be a danger to the safety of the community and other persons and is satisfied of this concern by clear and convincing evidence. The deft is Ordered detained pending disposition of this case (Mag. Dixon) c: USA, USPO, USM, Deft, Counsel     Jh | | | | | I Prosecution deferred by mutual agreement [(2)] M Unavailability of defendant or essential witness [(3)(A,B)] N Period of mental/physical incompetence of def. to stand trial [(4)] |
| 12-19-90 | 9 | | | MOTION FOR REVIEW OF ORDER OF DETENTION PENDING TRIAL - w/cs by Cooper - lc: Judge Howard                                 jh | 12-19-90 2-12-91 | | | | O Period of NARA commitment/treatment [(5)] P Superseding indictment and/or new charges [(6)] |
| *12-13-90 | 10 | | | NOTICE OF APPEARANCE BY: Robert L. Cooper -        jh | | | | | |
| 12-18-90 | 11 | | | INDICTMENT FILED - c: USA, USPO, USM, Judge Howard, Mag. Dixon, New Bern, Division, Mag. Mccotter | | | | | |
| 12/21/90 | 12 | | | APPEARANCE OF COUNSEL - by ATty. H. Gerald Beaver (Atty. Cooper to file m/withdraw) - lc: USA, USPO, Judge Howard Mag. MCcotter. | | | | | R Det. awaiting trial of co-defendant & no severance has been granted [(7)] |
| | L3 | | | ORDER ON PRETRIAL SCHEDULING - discovery by 1/9/91 motions by 1/21/91 responses - 10 days of service of motions (McCotter, mag.) lc: Judge Howard, USA and counsel (ent. 12/28/90) | | sr | | | T Continuances granted per (h)(8) use "T" alone if more than one of the following reasons (T1 thru T4) is given in support of continuance H(8)(A,B)] T1 Failure to continue would stop further proceedings or result in miscarriage of justice [(8)(B,i)] |
| 12-28-90 | 14 | | | MOTION FOR LEAVE TO WITHDRAW - by: Robert L. Cooper - lc: Mag. McCotter | 12-28-90 1-7-91 | | | 10 | T2 Case unusual or complex [(8)(B,ii)] |
| 1/7/91 | 15. | | | ORDER - Mr. Cooper is allowed to w/draw as counsel as deft. has obtained prviately-retained counsel H. Gerald Beaver (MCcotter, Mag.) Cr. OB#15, P. 8 - lc: USA, USPO, mag. McCotter and :Mr.Cooper and Mr. Beaver (ent. 1/7/91) | | | | | T3 Indictment/arrest can't be in 30 days [(B)(B,vi)] T4 Continuance granted to obtain or substitute counsel, or give reasonable time to prepare [(B)(B,iv)] |
| 1-8-91 | 16 | | | MOTION TO EXTEND TIME FOR DISCOVERY AND FILING OF PRETRIAL MOTIONS - w/cs by: Beaver - lc: Judge McCotter              jh | 1-8-91 1-11-91 | | 3 | | U Time up to withdrawn guilty plea, 3181(i) W Grand Jury indictment time extended 30 more days, 3161 (b) |

| UNITED STATES DISTRICT COURT CRIMINAL DOCKET   U.S. vs | Jeffrey Jennett, a/k/a Jeffrey Miller Jennett | 90-75-01-Cr-3 |
|---|---|---|
| AO 256A | | Yr. \| Docket No. \|Def. |

| DATE | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) \| (b) \| (c) \| (d) |
|---|---|---|
| 1-11-91 | 17. ORDER Voluntary discovery is extended to Jan. 16, 1991. Mtns by: 1/28/91 and Responses within 10 days of service of such mtns. (Judge McCotter) O.B.#14, P.16 c: USA, Counsel, J. Howard | jh |
| 1-23-91 | 18 MOTION w/cs by govt - to remove deft from custody of USM to the custody of ATF Agents - (McCullough) c: Judge Denson | jh |
| 1-23-91 | 19 ORDER that these federal agents (ATF) contact the USM or his designee in advance to make arrangments for removal of the deft. ORDERED to return the deft to the custody of the USM for safekeeping overnight, unless other arrangments have specifically been permitted by the Court. (Judge Denson) O.B.#15, P.38 - c: USA for service | jh |
| 1-29-91 | 20 MOTION to remove deft from the custody of the USM - by: Skiver - lc: Judge Denson - w/prop. Order | jh |
| 1-29-91 | 21 ORDER that these federal agents contact the USM or his designee in advance to make appropraite arrangements for removal fro the custody of the USM - ORDERED to return the deft to the custody of the USM Service for safekeeping overnight unless other arrangements have specifically been permitted by the Court. (Judge Denson)O.B.#14, P.44 5 cert cys: USA for Service | jh |
| **1-4-91 | 22 RETURN ON WARRANT FOR ARREST - date rec'd 12/13/90, date of arrest 11/15/90 (Kirk D. Armfield, FBI) | |
| 2-7-91 Vol. | 23. TRANSCRIPT of detention/probable cause hearing before The Honorable Wallace W. Dison on December 12, 1990 in Fayetteville, NC - C.R. Carol W. Williams - (1 Volume - Pages 1 thru 100) | jm |
| 2-7-91 | ISSUED NOTICE FOR ARR & TRIAL ON Tues. Feb. 19, 1991 at 10AM in Ral Before J. Howard - c: USA, PTS, USPO, USM, Deft, Counsel | jh |
| 2-12-91 | 24. ORDER - this court DENIES the motion of the deft for revocation or amendment of the detention order (Judge Howard) O.B.#14, P.62 - c: Counsel, USA, J. Howard | jh |
| 2/19/91 | AT RALEIGH BEFORE JUDGE HOWARD - (C.R. Sharon Kroeger) Deft. sworn - deft. comtetent - Rule 11 conducted. Advised of charges; Plea of guilty to Counts 1, 2, 6, & 9- Govt. summarized evidence, Plea freely and voluntarily entered | |
| 25 | MEMORANDUM OF PLEA AGREEMENT FILED Court accepts plea/Factual basis exists BOND: Federal Custody Deft's. Motion to Dismiss Remaining Counts - under advisement SENT date: May 20, 1991 - Fayetteville | BLL |
| 5/1/91 | ISSUED NOTICE TO APPEAR - set for sentencing on Monday, 5/20/91 at 10 A.M. in Fay. before Judge Howard - lc: USA and counsel of record | · sr |

Interval (per Section II) | Start Date / End Date | Ltr. Code | Total Days

UNITED STATES DISTRICT COURT
CRIMINAL DOCKET
AO 256A

| DATE | PROCEEDINGS (continued) (Document No.) | V. EXCLUDABLE DELAY (a) | (b) | (c) | (d) |
|---|---|---|---|---|---|
| 5-20-91 | 26   JUDGMENT AND COMMITMENT at Fayetteville before Judge Howard (C.R. - Donna Tomawski) <br> Cts. 3, 4, 5, 7, 8 & 10 - dismissed <br> Cts. 6 and 9 - BOP - 18 months (concurrent w/Cts. 1&2) <br> supv. rel. - 36 months <br> $100.00 - special assessment <br> Fine - $6,000.00 - pd. under supv. of prob. in equal monthly installments of not less than $150.00 <br> (Cts. 6 & 9 - consolidated for judgment) <br> 1. that the deft pay the fine of $6,000 w/pmts to begin & cont. during deft's incarceration. The unpaid portion to be paid under prob. supv. in equal monthly installments of not less than $150.00. <br> 2. that the deft not incur new credit charges or open addt'l lines of credit w/o approval of prob. ofcr. <br> 3. that the deft provide prob. ofcr. w/any req. fin. info. <br> Statement of Reasons <br> (Judge Howard) O.B. #15, p. 185  c: USA, USPO, USM, Deft, Counsel, PTS, Judge Howard, Fin. Dpty <br>              Entered: 5/24/91 | sa | | | |
| 5-20-91 | Presentence Report Sealed | sa | | | |
| 5-20-91 | 27   JUDGMENT AND COMMITMENT at Fayetteville before Judge Howard (C.R. - Donna Tomawski) <br> Count 1 - AG 18 months, to run concurrently w/the sent. imposed in the guidelines Cts. 6 & 9 <br> Count 2 - AG 18 months, to run concurrently w/the sent. imposed in Ct. 1 <br> $100.00 special assessment - any balance owing at the exp. of confinement to be paid dur. term of supv. rel. <br> That the deft. abide the standard conditions as set out in the Judgment. <br> That the deft. surrender for svc of sent. at an inst. desig. by BOP as notified by the USM. <br> (Judge Howard) O.B.#15, p. 186  cc: USA, USPO, USM, Deft, Counsel, PTS, Judge Howard, Fin. Dpty. <br>              Ent. 5/24/91 | sa | | | |
| 5-20-91 | 28   ORDER SETTING CONDITIONS OF RELEASE - $25,000 unsecured & 3rd party cust. w/sp. conds. <br> (Judge Howard) c: USA, PTS, USPO, USM, Deft, Counsel | sa | | | |
| 5-20-91 | 29   APPEARANCE BOND - in the amt. of $25,000 unsecured <br> (Judge Howard) c: USA, PTS, USPO, USM, Deft, Counsel | sa | | | |
| 5-20-91 | 30   ORDER TO SURRENDER - deft. to surrender to AG by rpting to inst. as desig. by USM. cc: USM | sa | | | |
| 6-11-91 | AMENDED JUDGMENT AND COMMITMENT (GUIDELINE) as to Title & Section Only - (Judge Howard) c: USA, USPO, USM, Deft, Counsel, J. Howard       Ent. 6/12/91       jh | | | | |
| 6-11-91 | AMENDED JUDGMNET AND COMMITMENT (NONGUIDELINE) as to Nature of Offense and Date of Offense concluded Only. (Judge Howard) c: USA, USPO, USM, Deft, Counsel, J. Howard, PTS    Ent. 6/12/91 jh | | | | |
| 8-30-91 | RETURN ON J/C - Self Surr on 7/10/91 to FCI, Fort Worth, Tx jh | | | | |
| 8-30-91 | RETURN ON J/C - Self Surr on 7/10/91 to FCI, Fort Worth, Tx jh | | | | |
| 3-6-92 | VOL. TRANSCRIPT SENTENCING 5/20/91 Before Judge Howard at Fayetteville (C.R.-Donna Tomawski)       jh | | | | |
| 4/30/95 | SATISFACTION OF JUDGMENT by USA       jh | | | | |

(per Section II)  Start Date / End Date  Ltr. Code  Total Days