# EXHIBIT 2

Case 3:17-cv-00072-NKM-JCH   Document 1213-2   Filed 10/12/21   Page 2 of 3   Pageid#: 20320

**The New York Times**

https://www.nytimes.com/1991/01/26/us/us-indicts-3-after-searches-find-explosives-and-racist-literature.html

# U.S. Indicts 3 After Searches Find Explosives And Racist Literature

**By Ronald Smothers, Special To the New York Times**

Jan. 26, 1991

Three men who Federal investigators said were trying to start a white supremacist group were indicted Thursday on charges that they stole weapons and explosives from the military and had transported and stockpiled more than 90 pounds of explosives.

The 16-count Federal indictment was returned in Jacksonville, Fla., but it involved activities from Tennessee to Florida. The defendants are two Florida men and a member of the Army Green Berets who had been stationed at Fort Campbell, Ky.

Federal investigators would not give details about the organization that the men were trying to start, but officials of Klanwatch, a not-for-profit group that monitors extremist groups, identified it as the Knights of the New Order.

"This group was more of a neo-Nazi organization based on the materials and literature they were assembling," said J. T. Roy, an investigator with Klanwatch, which distributes its periodic reports to law-enforcement agencies and which is part of the Southern Poverty Law Center in Montgomery, Ala. "It was real militaristic, and it was soliciting members from among active military and former military people."

Mr. Roy said it was not uncommon for such groups to hoard large caches of weapons and explosives since "they believe that there is going to be a race war."

Named in the indictment were John Tubbs, 26 years old, and Stephen Fussell, 26, both of Jacksonville, and Sgt. Michael Tubbs, 31, who had been stationed at Fort Campbell before being deployed to the Persian Gulf last fall. John Tubbs and Michael Tubbs are brothers.

Robert W. Genzman, the United States Attorney for the Middle District of Florida, who obtained the indictment, said Mr. Fussell was cooperating with prosecutors and has been released on bail.

Sergeant Tubbs, who was returned to this country from the gulf in November after he became a suspect in the investigation, is being held without bail, as is his brother.

In searches of the homes of the Tubbses and others suspected in the conspiracy, investigators found white supremacist literature, a handwritten charter stating the purpose of the new group, plastic explosives, blasting caps, machine guns, silencers, a anti-personnel mine and grenades.

The indictment says members of the group, in an attempt to evade expected searches by law-enforcement agencies, transported some of the weaponry from Clarksville, Tenn., near Fort Campbell, to Florida.

Investigators said tracing by the Army suggested that much of the weaponry had been stolen from military bases. The indictment charged that Sergeant Tubbs and another man obtained two M-16 machine guns in the 1987 armed robbery of two soldiers at Fort Bragg, N.C. Mr. Genzman said the thieves told their victims that they were stealing the weapons for the Ku Klux Klan and that "that was the only way that the organization could survive."

Mr. Roy said the men had amassed literature from other white supremacist groups and were distributing it with their new group's name and mailing address stamped on it.

He said that new supremacist organizations often sprang from splits within existing groups, but that Klanwatch could not trace the three indicted men to other organizations.

A version of this article appears in print on , Section 1, Page 12 of the National edition with the headline: U.S. Indicts 3 After Searches Find Explosives And Racist Literature