# EXHIBIT 4

```
                                                              Page 1
 1              UNITED STATES DISTRICT COURT

 2          FOR THE WESTERN DISTRICT OF VIRGINIA

 3                  CHARLOTTESVILLE DIVISION

 4

 5    ELIZABETH SINES, et al.,    )
                                  )
 6              Plaintiffs,       )
                                  )   Civil Action No.
 7         vs.                    )   3:17-cv-00072-NKM
                                  )
 8    JASON KESSLER, et al.,      )
                                  )
 9              Defendants.       )
      _____)
10

11

12

13         *  *  * CONFIDENTIAL *  *  *

14

15         REMOTE VIDEOTAPED DEPOSITION OF

16                 MICHAEL R. TUBBS

17              Friday, June 19, 2020

18

19

20

21

22

23   STENOGRAPHICALLY REPORTED BY:

24   RHONDA HALL-BREUWET, RDR, CRR, LCR, CCR, FPR

25   JOB NO. 180543
```

```
 1
 2
 3
 4                    June 19, 2020
 5                     9:41 a.m.
 6
 7
 8         Remote Videotaped Deposition of
 9   MICHAEL R. TUBBS, held before Rhonda
10   Hall-Breuwet, Registered Diplomate Reporter,
11   Certified Realtime Reporter, Licensed Court
12   Reporter (TN), Certified Court Reporter (GA and
13   LA), Florida Professional Reporter, and Notary
14   Public of the State of Florida.
15
16
17
18
19
20
21
22
23
24
25
```

```
 1                  MICHAEL R. TUBBS
 2   at your current employment?
 3        A.   Upon application.
 4        Q.   Now, are you a member of the League
 5   of the South?
 6        A.   I am.
 7        Q.   When did you become a member of the
 8   League of the South?
 9        A.   Approximately 2000.
10        Q.   And how did you become a member of
11   the League of the South?
12        A.   I paid dues and submitted an
13   application.
14        Q.   Who introduced you to the League of
15   the South?
16        A.   I attended a rally in Montgomery,
17   Alabama, in 2000 and met League members
18   there.
19        Q.   Did you meet a man by the name of
20   Michael Hill at that time?
21        A.   I saw Michael Hill speak, but I did
22   not meet him personally.
23        Q.   And when did you -- following that
24   rally, when did you join League of the South?
25        A.   Sometime shortly after I got home
```

1      MICHAEL R. TUBBS
2  from that rally.
3      Q.  Did you -- why did you join League
4  of the South?
5      A.  I believe the organization
6  represented best my views about the defense
7  of the South land and her people.
8      Q.  Did you take -- after the rally did
9  you take any steps to learn anything else
10  about League of the South other than what you
11  learned at the rally?
12      A.  Yes.
13      Q.  What did you do?
14      A.  I viewed their website.
15      Q.  And did there come a time when you
16  met Mr. Hill?
17      A.  Yes.
18      Q.  When?
19      A.  I can't remember the first time I
20  actually met Mr. Hill.
21      Q.  Approximately when?
22      A.  It would probably be a couple years
23  after 2000.
24      Q.  And did you get active in League of
25  the South after you met him?