# EXHIBIT 5

From:12566273580
To:9044830634 Tubbs Mike
Party:To:  9044830634 Tubbs Mike
Date:7/11/2017 2:11:35 PM
Time:7/11/2017 2:11:35 PM(UTC-5)
All timestamps:
Direction:Outgoing
Delivered-Date:
Delivered-Time:
Read-Date:
Read-Time:
Folder:Sent
Status:Sent
Source:Phone
SMSC:
Deleted:
Tag Note:
Source Extraction:Advanced Logical
Source file information:
Carved:
Manually decoded:
-------------------------------------------------------------------------------------------------

Body:Yes,an official policy on that subject would be beneficial. Ike did a great job "prepping" the cops for our presence in Pikeville. Speaking of the C'ville event, I'd like for you to once again be in command of general operations, with Ike, Dennis Durham, and whomever else we decide as your lieutenants with specific operational assignments. I'll again handle overall strategy. Give this some thought.

HIGHLY CONFIDENTIAL
MH00007408