# Appendix A – List of Challenged Documents

| DOCUMENTS DESIGNATED BY ROBERT "AZZMADOR" RAY | | | | |
|---|---|---|---|---|
| **Exhibit No.** | **Description** | **Beginning Bates** | **End Bates** | **Confidentiality Designation** |
| PX-3059 | SMS - Text message from Carter H. to Robert "Azzmador" Ray | RR00000001 | RR00000001 | Highly Confidential |
| PX-3060 | ARTICLE - Daily Stormer Vol. 19 | RR00190091 | RR00190190 | Highly Confidential |
| PX-3061 | EMAIL - Email from Christopher Cantwell to Robert "Azzmador" Ray | RR00193887 | RR00193887 | Highly Confidential |
| PX-3062 | EMAIL - Email from Col B. to Robert "Azzmador" Ray | RR00197884 | RR00197885 | Highly Confidential |
| PX-3063 | EMAIL - Email from Christopher Cantwell to Robert "Azzmador" Ray | RR00197925 | RR00197927 | Highly Confidential |
| PX-3064 | DOC - Document regarding Unite the Right Charlottesville 2.0, version dated 8/10/2017 | RR00197936 | RR00197949 | Highly Confidential |
| PX-3065 | EMAIL - Email from Syd C. to Azzmador | RR00198011 | RR00198016 | Highly Confidential |
| PX-3066 | EMAIL - Email from Discord Support to Robert "Azzmador" Ray | RR00199823 | RR00199824 | Highly Confidential |

# Appendix A – List of Challenged Documents

| | DOCUMENTS DESIGNATED BY ROBERT "AZZMADOR" RAY | | | |
|---|---|---|---|---|
| **Exhibit No.** | **Description** | **Beginning Bates** | **End Bates** | **Confidentiality Designation** |
| PX-3067 | EMAIL - Email from Robert "Azzmador" Ray to Alfred A. | RR00200689 | RR00200692 | Highly Confidential |
| PX-3068 | EMAIL - Email from Robert "Azzmador" Ray to Syd C. | RR00200949 | RR00200953 | Highly Confidential |
| PX-3069 | EMAIL - Email from Robert "Azzmador" Ray to Vanguard Texas | RR00201027 | RR00201027 | Highly Confidential |
| PX-3070 | SMS - Text message from Robert "Azzmador" Ray to D'Marcus L. | RR00201133 | RR00201133 | Highly Confidential |
| PX-3303 | DISCOVERY – Azzmador's Responses to Plaintiffs' First Interrogatories and Request for Production | NO BATES NUMBER | NO BATES NUMBER | Highly Confidential |
| PX-3313 | DISCOVERY - ESI Stipulation for Ray Azzmador | NO BATES NUMBER | NO BATES NUMBER | Highly Confidential |

# Appendix A – List of Challenged Documents

| DOCUMENTS DESIGNATED BY JEFF SCHOEP/NATIONAL SOCIALIST MOVEMENT | | | | |
|---|---|---|---|---|
| **Exhibit No.** | **Description** | **Beginning Bates** | **End Bates** | **Confidentiality Designation** |
| PX-1978 | DISCOVERY - Jeff Schoep's usernames and devices | NOCUSTODIAN00049290 | NOCUSTODIAN00049291 | Highly Confidential |
| PX-3303 | DISCOVERY - Jeff Schoep and Burt Colucci Responses to Plaintiffs' First Interrogatories and Requests for Production | NO BATES NUMBER | NO BATES NUMBER | Confidential |

# Appendix A – List of Challenged Documents

| DOCUMENTS DESIGNATED BY VANGUARD AMERICA | | | | |
|---|---|---|---|---|
| Exhibit No. | Description | Beginning Bates | End Bates | Confidentiality Designation |
| PX-3300 | DISCOVERY - Vanguard America ESI Stipulation | NO BATES NUMBER | NO BATES NUMBER | Highly Confidential |
| PX-3303 | DISCOVERY - Vanguard America's Responses to Plaintiffs' First Interrogatories and Request for Production | NO BATES NUMBER | NO BATES NUMBER | Highly Confidential |

# Appendix A – List of Challenged Documents

| | | DOCUMENTS DESIGNATED BY CHRISTOPHER CANTWELL | | |
|---|---|---|---|---|
| **Exhibit No.** | **Description** | **Beginning Bates** | **End Bates** | **Confidentiality Designation** |
| PX-0179 | EMAIL - Email from Christopher Cantwell to Vasillios S. | CC00033138 | CC00033138 | Highly Confidential |
| PX-0180 | EMAIL - Email from Tony H. to Christopher Cantwell | CC00049821 | CC00049821 | Highly Confidential |
| PX-0181 | EMAIL - Email from Tony H. to Christopher Cantwell | CC00053223 | CC00053223 | Highly Confidential |
| PX-0182 | EMAIL - Email from Enterprise to Christopher Cantwell | CC00057152 | CC00057156 | Highly Confidential |
| PX-0183 | EMAIL - Email from Walmart to Christopher Cantwell | CC00058313 | CC00058318 | Highly Confidential |
| PX-0184 | EMAIL - Email from Boggs V. to Christopher Cantwell | CC00077886 | CC00077887 | Highly Confidential |
| PX-0185 | EMAIL - Email from Augustus Sol Invictus to Christopher Cantwell | CC00080041 | CC00080041 | Highly Confidential |
| PX-0186 | EMAIL - Email from Christopher Cantwell to PJ P. | CC00083152 | CC00083153 | Highly Confidential |
| PX-0187 | EMAIL - Email from Augustus Sol Invictus to Christopher Cantwell | CC00088318 | CC00088318 | Highly Confidential |

# Appendix A – List of Challenged Documents

| | DOCUMENTS DESIGNATED BY CHRISTOPHER CANTWELL | | | |
|---|---|---|---|---|
| **Exhibit No.** | **Description** | **Beginning Bates** | **End Bates** | **Confidentiality Designation** |
| PX-0188 | EMAIL - Email from Christopher Cantwell to Jason Kessler | CC00191304 | CC00191304 | Highly Confidential |
| PX-0189 | EMAIL - Email from Christopher Cantwell to Jorge C. | CC00192117 | CC00192118 | Highly Confidential |
| PX-0190 | EMAIL - Email from Christopher Cantwell to Jason Kessler | CC00192143 | CC00192143 | Highly Confidential |
| PX-0191 | EMAIL - Email from Christopher Cantwell to Krypto K. | CC00192157 | CC00192158 | Highly Confidential |
| PX-0192 | FILING - Commonwealth v. Cantwell, Plea of Guilty to Misdemeanors, 17-cr-784, 845 | CC00206365 | CC00206367 | Highly Confidential |
| PX-1984 | AUD - Audio recording of conversation between Christopher Cantwell and Charlottesville Police Department (Detective W.) | NOCUSTODIAN00049299 | NOCUSTODIAN00049299 | Confidential |
| PX-2073 | FILING - Commonwealth v. Cantwell, Plea of Guilty to Misdemeanors, 17-cr-784, 845 | NOCUSTODIAN00015477 | NOCUSTODIAN00015480 | Confidential |

# Appendix A – List of Challenged Documents

| DOCUMENTS DESIGNATED BY CHRISTOPHER CANTWELL | | | | |
|---|---|---|---|---|
| Exhibit No. | Description | Beginning Bates | End Bates | Confidentiality Designation |
| PX-2452 | AUD - Audio recording of conversation between Sergeant Tony N. and Jack P. | CC00204217 / NOCUSTODIAN00045076 | CC00204217 | Highly Confidential |
| PX-3242 | VID - Video recording of Bodycam footage, Walmart parking lot | NO BATES NUMBER | NO BATES NUMBER | Confidential |
| PX-3290 | AUD - Audio recording of Christopher Cantwell phone call | NO BATES NUMBER | NO BATES NUMBER | Highly Confidential |
| PX-3291 | AUD - Audio recording of Christopher Cantwell phone call | NO BATES NUMBER | NO BATES NUMBER | Highly Confidential |
| PX-3292 | AUD - Audio recording of Christopher Cantwell phone call | NO BATES NUMBER | NO BATES NUMBER | Highly Confidential |
| PX-3293 | AUD - Audio recording of Christopher Cantwell phone call | NO BATES NUMBER | NO BATES NUMBER | Highly Confidential |
| PX-3294 | AUD - Audio recording of Christopher Cantwell phone call | NO BATES NUMBER | NO BATES NUMBER | Highly Confidential |
| PX-3295 | AUD - Audio recording of Christopher Cantwell phone call | NO BATES NUMBER | NO BATES NUMBER | Highly Confidential |
| PX-3296 | AUD - Audio recording of Christopher Cantwell phone call | NO BATES NUMBER | NO BATES NUMBER | Highly Confidential |

# Appendix A – List of Challenged Documents

| DOCUMENTS DESIGNATED BY CHRISTOPHER CANTWELL | | | | |
|---|---|---|---|---|
| **Exhibit No.** | **Description** | **Beginning Bates** | **End Bates** | **Confidentiality Designation** |
| PX-3297 | AUD - Audio recording of Christopher Cantwell phone call | NO BATES NUMBER | NO BATES NUMBER | Highly Confidential |
| PX-3298 | AUD - Audio recording of Christopher Cantwell phone call | NO BATES NUMBER | NO BATES NUMBER | Highly Confidential |
| PX-3300 | DISCOVERY - 12/5/2018 ESI Stipulation of Cantwell | NO BATES NUMBER | NO BATES NUMBER | Highly Confidential |
| PX-3300 | DISCOVERY - 4/15/2019 Supplemental ESI Stipulation of Cantwell | NO BATES NUMBER | NO BATES NUMBER | Highly Confidential |
| PX-3303 | DISCOVERY - Cantwell's Responses to Plaintiffs' First Set of Interrogatories and Requests for Production | NO BATES NUMBER | NO BATES NUMBER | Highly Confidential |
| PX-3317 | SMS - Cantwell produced text messages with various codefendants and third parties | NO BATES NUMBER | NO BATES NUMBER | Highly Confidential |