# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# Charlottesville Division

| | |
|---|---|
| ELIZABETH SINES, SETH WISPELWEY, MARISSA BLAIR, APRIL MUNIZ, MARCUS MARTIN, NATALIE ROMERO, CHELSEA ALVARADO, THOMAS BAKER and JOHN DOE,<br><br>    Plaintiffs,<br><br>v.<br><br>JASON KESSLER, et al.,<br><br>    Defendants. | Civil Action No. 3: 17-cv-00072-NKM |

## [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION TO DE-DESIGNATE CERTAIN DOCUMENTS DESIGNATED AS CONFIDENTIAL OR HIGHLY CONFIDENTIAL

**WHEREAS**, on October 12, 2021, Plaintiffs filed a Motion to De-Designate Certain Documents Designated as Confidential or Highly Confidential ("Motion") seeking to de-designate the documents listed in Appendix A to the Motion, which had been designated by certain Defendants as Confidential or Highly Confidential under the Order for the Production of Documents and Exchange of Confidential Information entered on January 3, 2018 (ECF No. 167).

**WHEREAS**, the Court finds the documents at issue do not warrant these designations.

**IT IS HEREBY ORDERED** that the documents identified in Appendix A to Plaintiffs' Motion are not Confidential or Highly Confidential under the Court's orders.

Dated: _____

SO ORDERED

_____
Hon. Joel C. Hoppe, M.J.