UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| ELIZABETH SINES, SETH WISPELWEY, MARISSA BLAIR, APRIL MUNIZ, MARCUS MARTIN, NATALIE ROMERO, CHELSEA ALVARADO, THOMAS BAKER and JOHN DOE,<br><br>Plaintiffs,<br><br>v.<br><br>JASON KESSLER, et al.,<br><br>Defendants. | Civil Action No. 3: 17-cv-00072-NKM |

**[PROPOSED] ORDER SEALING EXHIBITS TO PLAINTIFFS' MOTION TO DE-DESIGNATE CERTAIN DOCUMENTS DESIGNATED AS CONFIDENTIAL OR HIGHLY CONFIDENTIAL**

**WHEREAS**, on October 12, 2021, Plaintiffs filed a Motion to Seal Exhibits to Plaintiffs' Motion to De-Designate Certain Documents Designated as Confidential or Highly Confidential ("Motion") and did not publicly file the exhibits to that Motion ("Exhibits"), in accordance with the designations of those documents by certain Defendants as Confidential or Highly Confidential under the Order for the Production of Documents and Exchange of Confidential Information entered on January 3, 2018 (ECF No. 167).

**WHEREAS**, Plaintiffs have provided an unredacted copy of these selected exhibits to the Court and moved, pursuant to Local Rule 9, for these exhibits to be sealed.

**IT IS HEREBY ORDERED** that the Exhibits be sealed pursuant to Local Rule 9.

Dated: _____

SO ORDERED

_____
Hon. Joel C. Hoppe, M.J.