# EXHIBIT 1

10/12/21, 6:03 PM                    GENERAL DISTRICT COURT ONLINE CASE INFORMATION SYSTEM

## Albemarle General District Court

## Traffic/Criminal Case Details

**NOTE:** For final case disposition, see Circuit Court Case Information

### Case/Defendant Information

| | | |
|---|---|---|
| **Case Number:** GC17011628-00 | **Filed Date:** 08/24/2017 | **Locality:** COMMONWEALTH OF VA |
| **Name:** CANTWELL, CHRISTOPHER CHARLES | **Status:** Custody | **Defense Attorney:** WOODARD |
| **Address:** KEENE, NH 03431 | **AKA1:** | **AKA2:** |
| **Gender:** Male | **Race:** White | **DOB:** 11/12/**** |

### Charge Information

| | | |
|---|---|---|
| **Charge:** ILLEGAL USE OF GAS: UNLAWFUL | | |
| **Code Section:** 18.2-312 | **Case Type:** Felony | **Class:** 6 |
| **Offense Date:** 08/11/2017 | **Arrest Date:** 08/23/2017 | **Complainant:** GORCENSKI, EMILY FLORENCE |
| **Amended Charge:** | **Amended Code:** | **Amended Case Type:** |

### Hearing Information

| Date | Time | Result | Hearing Type | Courtroom | Plea | Continuance Code |
|---|---|---|---|---|---|---|
| 08/24/2017 | 09:00 AM | Continued | | | | |
| 11/09/2017 | 10:30 AM | Finalized | | | | |

### Service/Process

### Disposition Information

| | | |
|---|---|---|
| **Final Disposition:** Certified To Grand Jury - For final case disposition, see Circuit Court Case Information | | |
| **Sentence Time:** 00Months 000Days 00Hours | **Sentence Suspended Time:** 00Months 000Days 00Hours | |
| **Probation Type:** | **Probation Time:** 00Years 00Months 000Days | **Probation Starts:** |
| **Operator License Suspension Time:** 00Years 00Months 000Days | **Restriction Effective Date:** | |
| **Operator License Restriction Codes:** | | |
| **Fine:** | **Costs:** $9.00 | **Fine/Costs Due:** |
| **Fine/Costs Paid:** Paid | **Fine/Costs Paid Date:** 08/24/2017 | **VASAP:** |

10/12/21, 6:05 PM                                   GENERAL DISTRICT COURT ONLINE CASE INFORMATION SYSTEM

# Albemarle General District Court

## Traffic/Criminal Case Details

### Case/Defendant Information

| | | |
|---|---|---|
| **Case Number :** GC17011629-00 | **Filed Date :** 08/24/2017 | **Locality :** COMMONWEALTH OF VA |
| **Name :** CANTWELL, CHRISTOPHER CHARLES | **Status :** Custody | **Defense Attorney :** HIRE |
| **Address :** KEENE, NH 03431 | **AKA1 :** | **AKA2 :** |
| **Gender :** Male | **Race :** White | **DOB :** 11/12/**** |

### Charge Information

| | | |
|---|---|---|
| **Charge :** ASSLT: UNLAW INJ BY ACID ETC. | | |
| **Code Section :** 18.2-52 | **Case Type :** Felony | **Class :** 6 |
| **Offense Date :** 08/11/2017 | **Arrest Date :** 08/23/2017 | **Complainant :** GORCENSKI, EMILY FLORENCE |
| **Amended Charge :** | **Amended Code :** | **Amended Case Type :** |

### Hearing Information

| Date | Time | Result | Hearing Type | Courtroom | Plea | Continuance Code |
|---|---|---|---|---|---|---|
| 08/24/2017 | 09:00 AM | Continued | | | | |
| 11/09/2017 | 10:30 AM | Finalized | | | | |

### Service/Process

### Disposition Information

| | | |
|---|---|---|
| **Final Disposition :** Dismissed | | |
| **Sentence Time :** 00Months 000Days 00Hours | **Sentence Suspended Time :** 00Months 000Days 00Hours | |
| **Probation Type :** | **Probation Time :** 00Years 00Months 000Days | **Probation Starts :** |
| **Operator License Suspension Time :** 00Years 00Months 000Days | **Restriction Effective Date :** | |
| **Operator License Restriction Codes :** | | |
| **Fine :** | **Costs :** | **Fine/Costs Due :** |
| **Fine/Costs Paid :** | **Fine/Costs Paid Date :** | **VASAP :** |

# Albemarle General District Court

## Traffic/Criminal Case Details

### Case/Defendant Information

| | | |
|---|---|---|
| **Case Number :** GC17011630-00 | **Filed Date :** 08/24/2017 | **Locality :** COMMONWEALTH OF VA |
| **Name :** CANTWELL, CHRISTOPHER CHARLES | **Status :** Custody | **Defense Attorney :** HIRE |
| **Address :** KEENE, NH 03431 | **AKA1 :** | **AKA2 :** |
| **Gender :** Male | **Race :** White | **DOB :** 11/12/**** |

### Charge Information

| | | |
|---|---|---|
| **Charge :** ILLEGAL USE OF GAS: MALICIOUS | | |
| **Code Section :** 18.2-312 | **Case Type :** Felony | **Class :** 3 |
| **Offense Date :** 08/11/2017 | **Arrest Date :** 08/23/2017 | **Complainant :** GOAD, KRISTOPHER CHENEY |
| **Amended Charge :** | **Amended Code :** | **Amended Case Type :** |

### Hearing Information

| Date | Time | Result | Hearing Type | Courtroom | Plea | Continuance Code |
|---|---|---|---|---|---|---|
| 08/24/2017 | 09:00 AM | Continued | | | | |
| 11/09/2017 | 10:30 AM | Finalized | | | | |

### Service/Process

### Disposition Information

| | | |
|---|---|---|
| **Final Disposition :** Dismissed | | |
| **Sentence Time :** 00Months 000Days 00Hours | **Sentence Suspended Time :** 00Months 000Days 00Hours | |
| **Probation Type :** | **Probation Time :** 00Years 00Months 000Days | **Probation Starts :** |
| **Operator License Suspension Time :** 00Years 00Months 000Days | **Restriction Effective Date :** | |
| **Operator License Restriction Codes :** | | |
| **Fine :** | **Costs :** | **Fine/Costs Due :** |
| **Fine/Costs Paid :** | **Fine/Costs Paid Date :** | **VASAP :** |

Name List | Pleadings/Orders | Services | Main Menu | Logoff

## Albemarle County Circuit - Criminal Division
**Case Details**

| Case Number:<br>CR17000784-00 | Filed:<br>11/28/2017 | Commenced by:<br>Indictment | Locality:<br>COMMONWEALTH OF VA |
|---|---|---|---|
| Defendant:<br>CANTWELL, CHRISTOPHER CHARLES | Sex:<br>Male | Race:<br>White | DOB:<br>11/12/**** |
| Address:<br>LEESBURG, VA 20175 | | | |
| Charge:<br>ILLEGAL USE OF GAS: MALICIOUS | Code Section:<br>18.2-312 | Charge Type:<br>Felony | Class:<br>6 |
| Offense Date:<br>08/11/2017 | Arrest Date:<br>08/23/2017 | | |

### Hearings

| # | Date | Time | Type | Room | Plea | Duration | Jury | Result |
|---|---|---|---|---|---|---|---|---|
| 1 | 12/04/2017 | 9:30AM | Grand Jury | | | | | True Bill -- Case Has Been Set |
| 2 | 01/31/2018 | 2:00PM | Motion - Other Pre-Trial | | | | | Tried |
| 3 | 02/09/2018 | 1:00PM | Motion - Other Pre-Trial | | | | | Tried |
| 4 | 02/12/2018 | 9:15AM | Jury Trial | | | | No | Continued |
| 5 | 02/22/2018 | 10:00AM | To Be Set | | | | | Set For Trial |
| 6 | 07/20/2018 | 3:00PM | Trial | | Guilty | | | Sentenced |

### Final Disposition

| Disposition Code:<br>Guilty | Disposition Date:<br>07/20/2018 | Concluded By:<br>Guilty Plea |
|---|---|---|
| Amended Charge:<br>ASSAULT & BATTERY | Amended Code Section:<br>18.2-57(A) | Amended Charge Type:<br>Misdemeanor |

| Jail/Penitentiary:<br>Jail | Concurrent/Consecutive:<br>Sentence Is To Run Concurrently With Another | Life/Death: |
|---|---|---|
| Sentence Time:<br>12 Month(s) | Sentence Suspended:<br>5 Month(s) | Operator License Suspension Time: |
| Fine Amount:<br>$250.00 | Costs:<br>$850.00 | Fines/Cost Paid: |
| Program Type: | Probation Type: | Probation Time: |

10/12/21, 6:08 PM                                    Virginia Courts Case Information System

| Probation Starts: | Court/DMV Surrender: | Driver Improvement Clinic: |
|---|---|---|
| Driving Restrictions: | Restriction Effective Date: | |
| VA Alcohol Safety Action: | Restitution Paid: | Restitution Amount: |
| Military: | Traffic Fatality: | |

Appealed Date:

[ Name List ]  [ Pleadings/Orders ]  [ Services ]  [ Main Menu ]  [ Logoff ]

Build #: 3.9.0.1

10/12/21, 6:09 PM	Virginia Courts Case Information System

## Albemarle County Circuit - Criminal Division
**Case Details**

| Case Number:<br>CR17000784-01 | Filed:<br>07/10/2018 | Commenced by:<br>Reinstatement | Locality:<br>COMMONWEALTH OF VA |
|---|---|---|---|
| Defendant:<br>CANTWELL, CHRISTOPHER CHARLES | Sex:<br>Male | Race:<br>White | DOB:<br>11/12/**** |
| Address:<br>LEESBURG, VA 20175 | | | |
| Charge:<br>VIOLATION OF BOND CONDITIONS | Code Section:<br>19.2-306 | Charge Type:<br>Felony | Class: |
| Offense Date:<br>07/06/2018 | Arrest Date:<br>07/20/2018 | | |

### Hearings

| # | Date | Time | Type | Room | Plea | Duration | Jury | Result |
|---|---|---|---|---|---|---|---|---|
| 1 | 07/17/2018 | 11:00AM | Capias | | | | | Capias-Defendant Arrested |
| 2 | 07/20/2018 | 3:00PM | Trial | | Guilty | | | Sentenced |

### Final Disposition

| Disposition Code:<br>Guilty | Disposition Date:<br>07/20/2018 | Concluded By:<br>Guilty Plea |
|---|---|---|
| Amended Charge:<br>VIOLATION OF BOND CONDITIONS | Amended Code Section:<br>18.2-456(5) | Amended Charge Type:<br>Misdemeanor |

| Jail/Penitentiary: | Concurrent/Consecutive: | Life/Death: |
|---|---|---|
| Sentence Time: | Sentence Suspended: | Operator License Suspension Time: |
| Fine Amount: | Costs: | Fines/Cost Paid: |
| Program Type: | Probation Type: | Probation Time: |
| Probation Starts: | Court/DMV Surrender: | Driver Improvement Clinic: |
| Driving Restrictions: | Restriction Effective Date: | |
| VA Alcohol Safety Action: | Restitution Paid: | Restitution Amount: |
| Military: | Traffic Fatality: | |

10/12/21, 6:09 PM	Virginia Courts Case Information System

**Appealed Date:**

## Albemarle County Circuit - Criminal Division
### Case Details

| Case Number:<br>CR17000845-00 | Filed:<br>12/04/2017 | Commenced by:<br>Direct Indictment | Locality:<br>COMMONWEALTH OF VA |
|---|---|---|---|
| Defendant:<br>CANTWELL, CHRISTOPHER R | Sex:<br>Male | Race:<br>White | DOB:<br>11/12/**** |
| Address:<br>LEESBURG, VA 20175 | | | |
| Charge:<br>ILLEGAL USE OF GAS: MALICIOUS | Code Section:<br>18.2-312 | Charge Type:<br>Felony | Class:<br>3 |
| Offense Date:<br>08/11/2017 | Arrest Date:<br>12/07/2017 | | |

### Hearings

| # | Date | Time | Type | Room | Plea | Duration | Jury | Result |
|---|---|---|---|---|---|---|---|---|
| 1 | 12/04/2017 | 9:30AM | Grand Jury | | | | | True Bill |
| 2 | 12/07/2017 | 11:30AM | Capias | | | | | Capias-Defendant Arrested |
| 3 | 01/31/2018 | 2:00PM | Motion - Other Pre-Trial | | | | | Tried |
| 4 | 02/09/2018 | 1:00PM | Motion - Other Pre-Trial | | | | | Tried |
| 5 | 02/12/2018 | 9:15AM | Jury Trial | | | | No | Continued |
| 6 | 02/22/2018 | 10:00AM | To Be Set | | | | | Set For Trial |
| 7 | 07/20/2018 | 3:00PM | Trial | | Guilty | | | Sentenced |

### Final Disposition

| Disposition Code:<br>Guilty | Disposition Date:<br>07/20/2018 | Concluded By:<br>Guilty Plea |
|---|---|---|
| Amended Charge:<br>ASSAULT & BATTERY | Amended Code Section:<br>18.2-57(A) | Amended Charge Type:<br>Misdemeanor |

| Jail/Penitentiary:<br>Jail | Concurrent/Consecutive:<br>Sentence Is To Run Concurrently With Another | Life/Death: |
|---|---|---|
| Sentence Time:<br>12 Month(s) | Sentence Suspended:<br>5 Month(s) | Operator License Suspension Time: |
| Fine Amount: | Costs: | Fines/Cost Paid: |
| Program Type: | Probation Type: | Probation Time: |
| Probation Starts: | Court/DMV Surrender: | Driver Improvement Clinic: |
| Driving Restrictions: | Restriction Effective Date: | |
| VA Alcohol Safety Action: | Restitution Paid: | Restitution Amount: |

| Military: | Traffic Fatality: | |
|---|---|---|

**Appealed Date:**