# EXHIBIT 2



Emily G, Cville. ✔ @EmilyGorcenski

One story that hasn't been told about #Charlottesville is how our intel networks dramatically outclassed both the alt-right's and the cops'.

7:34 AM - 19 Aug 2017

150 Retweets  393 Likes

10       150       393

Emily G, Cville. ✔ @EmilyGorcenski · 19 Aug 2017  ⌄
Replying to @EmilyGorcenski
Civilian-gathered intel is often not taken seriously by authorities, but we used it widely to plan, disrupt, monitor, and respond.

2       36       182

Emily G, Cville. ✔ @EmilyGorcenski · 19 Aug 2017  ⌄
The reason media was at Cantwell's walmart gathering? Our intel. The torch rally? Our intel.

3       34       174

Emily G, Cville. ✔ @EmilyGorcenski · 19 Aug 2017  ⌄
We strategically leaked info knowing they were watching and processed their reactions in real time.

1       27       144

p.001



← **Thread**

**Emily G** ✓
@EmilyGorcenski

One of my favorite parts of the "Emily is a fed" criticism is that when the decision was made to not show up on August 11, I was asked to call the cops to tell them about the torch march, and I refused.

> 🔴 **ruth badrd ginsberg** @isisRVA · Sep 20
> In order to do something you apparently have to lick the boots of those that turned the other cheek when we were almost murdered and then somehow make the entire narrative about you but yeah you keep on keeping on buddy
> twitter.com/EmilyGorcenski...

1:47 AM · Sep 20, 2019 · Twitter for iPhone

**4 Retweets   43 Likes**

♡           ⟲           ♡           ↥

**Emily G** ✓ @EmilyGorcenski · Sep 20
Replying to @EmilyGorcenski
There were quite a lot of antifascist groups in Virginia when August 11 happened. Yet somehow there were only about 30-40 people at UVa, most students and community members.

Instead of mutual aid, we were explicitly expected to rely on the cops.

♡ 1           ⟲           ♡ 29           ↥

**Emily G** ✓ @EmilyGorcenski · Sep 20
"Emily, will you use your social media profile to help us spread awareness about what's happening in Charlottesville this summer" was the *explicit* request I was asked in 2017. I was *literally asked to be public and identifiable*.

> 🟢 **Stirg** @Carzonfye · Sep 20
> Replying to @msgrvideogames @GilesShurtleff and 5 others
> This is so naive it's bordering on malicious.

**Emily G** ✔ @EmilyGorcenski · Sep 26, 2018

Suppose after these allegations Kavanaugh gets confirmed, and suppose he overturns Roe v Wade, y'all gonna be down for a **violent general strike** then or nah?

💬 364    🔁 181    ♡ 989    ⬆️

Show this thread

**Emily G** ✔ @EmilyGorcenski · Sep 28, 2018

Lmao the MAGA crowd has found my "**violent general strike**" tweet and is flipping out. I wonder who spread it.

💬 26    🔁 5    ♡ 122    ⬆️

Show this thread

**Emily G** ✔ @EmilyGorcenski · Sep 30, 2018

Every single right wing media site clutching pearls saying I'm calling for a **violent general strike** is just republishing the Far Left Watch blog, which itself is a sad reaction to all the groups tracking the far right, which is needed because only the far right kills people.

💬 4    🔁 23    ♡ 155    ⬆️

Show this thread





**Emily G, Cville.** ✓ @EmilyGorcenski · 2 Mar 2017
The authoritarians: white, male, fail upwards, unskilled

The resistance: diverse, nerdy, passionate... nothing left to lose

I know my side.

♡ 10     ⟲ 99     ♡ 422     ✉

**(((ddt)))** @ddt · 2 Mar 2017
Always punch up. Never punch down.

Used to be able to count on journalism for that.

♡ 1     ⟲     ♡ 2     ✉

**Emily G, Cville.** ✓
@EmilyGorcenski

[ Follow ]

Replying to @ddt

# *addendum: always punch nazis irrespective of relative position

5:18 PM - 2 Mar 2017

**8** Likes

♡ 3     ⟲     ♡ 8     ✉



**Emily G, Cville.** ✔ @EmilyGorcenski · 20 Jun 2017

In my mentions, I've been accused of being both a communist and a liberal. I'm neither, but it's hilarious that the right can't distinguish.

○ 5    ⇄ 7    ♡ 22    ✉

**sigfig** @sigfig · 20 Jun 2017

to be fair the left still can't distinguish poltards from organized white nationalists

○ 1    ⇄    ♡    ✉

**Emily G, Cville.** ✔ @EmilyGorcenski · 20 Jun 2017

Manifestly, the material risk posed by both is not much different.

○ 2    ⇄    ♡    ✉

**Emily G, Cville.** ✔

@EmilyGorcenski

Follow

Replying to @EmilyGorcenski @sigfig

They're both gonna be standing on the same side come August 12, and the only difference is some of them will turn to punch Richard Spencer.

12:59 PM - 20 Jun 2017

○    ⇄    ♡    ✉





Emily G, Cville. ✔ @EmilyGorcenski · 18 Mar 2017
Eichenwald: "Censoring Nazis is bad."

Also Eichenwald: "Using gayness as an insult is good."

Julie Ann Mugabe (not the bad Mugabe) @Julie_John...
Kurt is calling Spencer gay as an insult. Fuck Spencer but also fuck Kurt.

◯ 1          ⇄ 23          ♡ 61          ✉

Emily G, Cville. ✔
@EmilyGorcenski

Follow

Fuck everything about that, @kurteichenwald.
At least when you punch a Nazi you don't
throw a marginalized community under the
bus.

11:13 PM - 18 Mar 2017

13 Retweets  101 Likes

◯ 3          ⇄ 13          ♡ 101          ✉



⨉⨉ Emily G, Cville. Retweeted

**molly** 🎈 @socialistdogmom · 5h

anyone who donated to buy elon musk a new couch is legally obligated to support my patreon

11/20 FIGHTING NAZIS is not a CRIME

**molly is creating babysitting the city of charlottesville | Patreon**
Become a patron of molly today: Read 8 posts by molly and get access to exclusive content and experiences on the world's largest membership plat...
patreon.com

🗨   ⨉⨉ 5   ♡ 11   ✉

**Emily G, Cville.** ✔ @EmilyGorcenski · 16m

Milo once mocked me in front of his million fans because I was upset as I watched hundreds of Nazis march with torches, intent on violence, toward some 30ish students.

I have no sympathy for his lunch woes.

**Eoin Higgins** ✔ @EoinHiggins_
lmao @ Milo's pathetic Facebook whining

"It's now impossible for me to safely go out for lunch in most major cities in America"

🗨   ⨉⨉ 1   ♡ 6   ✉

p.009



Emily G, Cville. ✔ @EmilyGorcenski · 15 May 2017
I am really quite mad about Nazis in my hometown, especially when I'm not there to **punch** them.

💬 1     ⟳     ♡ 31     ✉

Emily G, Cville. ✔                                              Follow
@EmilyGorcenski

The fact that black bloc, pre-emptive
violence is *sometimes necessary* and
should be recognized as such is not the
same as saying "the first and only thing
to do is punch every nazi."

1:11 PM - 25 Jan 2018

23 Retweets  141 Likes

💬 6     ⟳ 23     ♡ 141     ✉

Tweet your reply

Emily G, Cville. ✔ @EmilyGorcenski · Jan 25
Note: this thread is about tactics, not outcomes. The tactics of handling Nazis are many and varied.

The outcome must always be the same.

💬 7     ⟳ 14     ♡ 91     ✉



**Emily G, Cville.** ✓ @EmilyGorcenski · Jan 21

Like, I know this is Twitter, but you all do realize "if you don't literally kill every Nazi you see on site you are flawed" is a pretty unrealistic line to set.

🗨 7        ↻ 11        ♡ 102        ✉

**LaurasBloodyKnuckles** @conordale · Jan 21

while I agree, I'm old enough to remember left twitter calling liberals "nazi enablers" for suggesting Spencer shouldn't be punched.

🗨 2        ↻        ♡        ✉

**Emily G, Cville.** ✓
@EmilyGorcenski

[ Follow ]

Replying to @conordale

## No one said everyone must punch Richard Spencer, but rather to support the few who are willing

6:30 PM - 21 Jan 2018

**5 Likes**

🗨 1        ↻        ♡ 5        ✉



**Emily G, Cville.** ✔
@EmilyGorcenski

( Follow )  ⌄

"Antifa is a threat to liberal democracy"

Yes, that's the point... that liberal democracy is a failure at delivering civil rights.

5:32 AM - 3 Sep 2017

**304** Retweets **963** Likes

💬 24      🔁 304      ♡ 963      ✉

| Tweet your reply |



**Emily G, Cville.** ✔ @EmilyGorcenski · 3 Sep 2017      ⌄
Waiting a whole generation for a single tiny step forward that takes immense resourcing to achieve... to have it undone by the next POTUS...

💬 1      🔁 39      ♡ 121      ✉

**Emily G, Cville.** ✔ @EmilyGorcenski · 3 Sep 2017      ⌄
Waiting for the perfect confluence of factors and the right mix of judges to hear a case...

none of this is acceptable anymore.

💬 1      🔁 33      ♡ 118      ✉

**Emily G, Cville.** ✔ @EmilyGorcenski · 3 Sep 2017      ⌄
Civil rights, patched into the system, do not work. And while direct action is a forcing function for that process, it is extreme.

💬 3      🔁 14      ♡ 60      ✉

**Emily G, Cville.** ✔ @EmilyGorcenski · 3 Sep 2017      ⌄
We also can't expect direct action to fix everything. No one marching on DC for trans rights.



**Emily G, Cville.** ✔
@EmilyGorcenski

Follow

When the FBI called me based on an "anonymous tip," they asked me if I was "antifa." I told them the truth.

> **Zoé** @ztsamudzi
> Less than a month: antifa have gone from heroic to "morally equivalent to neo-Nazis" to "domestic terrorists"
> politico.com/story/2017/09/...
> Show this thread

10:55 AM - 1 Sep 2017

240 Retweets  446 Likes

♡ 5      ⟲ 240     ♡ 446     ✉

Tweet your reply

**Emily G, Cville.** ✔ @EmilyGorcenski · 1 Sep 2017
And the truth is "antifa" is merely short for "anti-fascist." It's like calling yourself a Red Sox fan.

♡ 11     ⟲ 114     ♡ 348     ✉

**Emily G, Cville.** ✔ @EmilyGorcenski · 1 Sep 2017
The idea that "antifa" is an organized movement is laughable. Sure there are some affinity groups. But there's no membership card.

♡ 18     ⟲ 129     ♡ 391     ✉

**Emily G, Cville.** ✔ @EmilyGorcenski · 1 Sep 2017
Groups like Vanguard are actually organized groups and actually committed a terror attack where someone died.

♡ 1      ⟲ 66      ♡ 200     ✉



**Emily G, Cville.** ✔
@EmilyGorcenski

**Follow**

I am in Berlin for a while, and it's definitely not for antifa operative training.

6:35 AM - 19 Nov 2017

**4** Retweets  **60** Likes

💬 3     🔁 4     ♡ 60     ✉

Tweet your reply

**Emily G, Cville.** ✔ @EmilyGorcenski · 19 Nov 2017
(This tweet is literal, yknow, for when it gets introduced in a court of law)

💬 1     🔁 2     ♡ 29     ✉

**Emily G, Cville.** ✔ @EmilyGorcenski · 19 Nov 2017
I'm actually here to get away from the crushing weight that Charlottesville continues to be.

💬 3     🔁 1     ♡ 28     ✉



**Emily G, Cville.** ✔
@EmilyGorcenski

Follow

It's hard being both a part of the secret women in tech cabal *and* antifa because the schedules so often conflict.

6:25 PM - 23 Sep 2017

13 Retweets 185 Likes

💬 8      🔁 13      ♡ 185      ✉

Tweet your reply

**Emily G, Cville.** ✔ @EmilyGorcenski · 23 Sep 2017
We all know that I spend my twitter time Virtue Signalling™, but one must ask: to whom do I signal? The feminists or antifa?

💬 6      🔁 2      ♡ 65      ✉

**Emily G, Cville.** ✔
@EmilyGorcenski

Follow

I'm in antifa. #GetOutOfJuryDutyIn4Words

1:35 PM - 8 Sep 2017

21 Retweets 153 Likes

💬 4      🔁 21      ♡ 153      ✉

p.015

 **Emily G, Cville.** ☑
@EmilyGorcenski



# THE NAZIS DIDN'T PICK FUCKING CHARLOTTESVILLE TO ATTACK INNOCENT STUDENTS BECAUSE OF OUR STRONG ANTIFA LEGACY

## ^ this clear yet?

12:12 AM - 29 Aug 2017

**31** Retweets  **141** Likes



♡ 3        ⇄ 31        ♡ 141        ✉

**Emily G, Cville.** ☑ @EmilyGorcenski · 3 Sep 2017                    ⌄
My anarchist ideals are not that structurelessness is a perfect forever solution, but that the existing model is unfixable & needs refactor

♡ 3        ⇄ 13        ♡ 92        ✉



TheGrizz @TheGrizzofBU · 14 Sep 2017
Which group had assembly permit? Serious question.

💬 230        ⇄ 4        ♡ 63        ✉

**Emily G, Cville.** ✓                    ( Follow )
@EmilyGorcenski

Replying to @AmyDentata @TheGrizzofBU

# And in any case the antifa side had TWO FUCKING PERMITS.

2:47 PM - 15 Sep 2017

**55** Likes

💬 1        ⇄        ♡ 55        ✉

Tweet your reply

**Emily G, Cville.** ✓ @EmilyGorcenski · 15 Sep 2017
Replying to @EmilyGorcenski @AmyDentata @TheGrizzofBU
That means we were 2x as moral. So therefore we win

💬 1        ⇄ 1        ♡ 46        ✉

**In Trans We Trust** @InTransWeTrust · 15 Sep 2017
This makes more sense than Nazism.

💬 1        ⇄        ♡ 7        ✉

Tweet unavailable





**Emily G, Cville.** @EmilyGorcenski · 25 Sep 2017

Replying to @KeithBarrett

Totally, as we can see, the long-established alt-left totally changed its name recently.

**Keith Barrett** @KeithBarrett · 25 Sep 2017
The most useful graph would run from 1938 (WWII area) to 2017

**Emily G, Cville.**
@EmilyGorcenski

**Follow**

Replying to @KeithBarrett

The most useful sense of logic would recognize that "antifa" is a long-existing term, but "alt-left" is a term cowards use to invent enemies

2:13 PM - 25 Sep 2017

**Emily G kmii** ✔
@EmilyGorcenski

Follow ⌄

I'm 100% convinced that I end this administration dead or in jail and not a single thing has assuaged that fear.

10:24 PM - 9 May 2017

3 Retweets  25 Likes

💬 4     ↺ 3     ♡ 25     ✉



**Emily G, Cville.** ✓ @EmilyGorcenski

Here's a confession:

my motivation for having surgery wasn't dysphoria, which for that I found manageable.

It was to avoid men's jail.

4:32 AM - 19 May 2017

**29** Retweets  **141** Likes

💬 8    ↻ 29    141
♡

**Emily G, Cville.** ✓ @EmilyGorcenski · 19 May 2017    ⌄
Replying to @EmilyGorcenski
That's not hyperbole. I'm 100% serious. I put myself through this because the idea of being locked up w/men is terrifying.

💬 4    ↻ 5    61



**Emily G kmii** ✔
@EmilyGorcenski

Follow ⌄

I can't describe how much of an impact
this has had on my mental health. I'm
gonna be honest here, and this is the
content warning.

There have been three times since
August I've chambered a single bullet in
my pistol and locked away the
magazines.

2:49 PM - 17 Jun 2018

2 Retweets  39 Likes    

💬 7        ⟲ 2        ♡ 39        ✉

**Emily G kmii** ✔  @EmilyGorcenski



I have but so much energy. And any
energy I spend fighting Christian
supremacist bullshit just to *exist* in
public is time away from my fight
elsewhere.

5:40 AM - 8 Nov 2017

2 Retweets  32 Likes    

💬 1        ⟲ 2        32
                        ⌣



**Emily G kmii** ✔ @EmilyGorcenski

To die for a just cause is noble and powerful. To live for one, to keep yourself alive to keep fighting, maybe moreso.

11:34 AM - 9 May 2018

3 Retweets  27 Likes

💬 2       ⟲ 3              27

 **Emily G kmii** ✔ @EmilyGorcenski

A range day on a nice October morning in Virginia is kind of perfect.



8:17 AM - 15 Oct 2017

3 Retweets  125 Likes

♡ 19    ⟲ 3         125
                     ♡



Emily G kmii ✔ @EmilyGorcenski

The only reason I'm not in jail rn is because I'm 7000 or so miles away

10:33 PM - 14 May 2017



3 Retweets  17 Likes

💬 2    🔁 3        17
                  ♡



**Emily G kmii** ✔ @EmilyGorcenski · 23 Jan 2017 ⌄
Good people who need help die from this.

💬 1          ⟲ 2                    9

**Emily G kmii** ✔ @EmilyGorcenski

I lived with gender dysphoria, which is not a mental illness but causes many, secretly for 31 years. I wouldn't have made it 3 more.

7:48 AM - 23 Jan 2017

10 Likes



💬 1          ⟲                    10
                    ♡

**Emily G kmii** ✔ @EmilyGorcenski · 23 Jan 2017 ⌄
Replying to @EmilyGorcenski

I never sought help for my depression and I always lied on my physicals because I never once saw a positive image of someone with MH issues.

💬 2          ⟲ 3                    11

**Emily G kmii** ✔ @EmilyGorcenski · 23 Jan 2017 ⌄
Let alone a single positive characterization of a trans person.

This stuff *matters.*

A lot.

💬          ⟲ 1                    12
                    ♡



 Emily G kmii ✓ @EmilyGorcenski

One last time out to the range to burn off some ammo before I move.



11:58 AM - 25 May 2018

2 Retweets  130 Likes



💬 14     ⟲ 2          130
                        ⌒

 Emily G kmii ✓ @EmilyGorcenski · May 25  ⌄
This took place at a public shooting range.

As always, when target shooting as a hobby, we have experienced shooters take turns acting as a range safety officer.

This is a safe and supervised hobby and should not be interpreted as a threat or as training for violent activities.

💬 1     ⟲ 7          78



**Emily G kmii** ✔ @EmilyGorcenski · 14m  ⌄
I am not having a warm fuzzy about how these actions will end. I think this gets worse before it gets better.

Support the people in the streets. Get in there with them.

○ 5          ⟲ 14                69

**Emily G kmii** ✔ @EmilyGorcenski

# We cannot choose to be safe. We can only choose to be powerful.

11:14 PM - 19 Jun 2018

4 Retweets  27 Likes

○ 1          ⟲ 4                27
♡

**Sarah 'Salty' Switzer** 🟠 @Riginal_Zin · 7m  ⌄
Replying to @EmilyGorcenski
I don't want to be safe. I want to make them pay. Pay for every liberty they've taken. 😈

○          ⟲
♡





**Emily G kmii** ✔ @EmilyGorcenski

In other news, afterwards I went to a shooting range and shot a P90 and can we talk for a moment about how hot I look



1:10 PM - 21 Jan 2018

3 Retweets  91 Likes

💬 9        ↱ 3        91

**Emily G kmii** ✔ @EmilyGorcenski · Jan 21  ⌄
Flower tights and mary janes and an automatic weapon

I am your anime crush irl

💬 6        ↱        74

**Emily G kmii** ✔ @EmilyGorcenski · Jan 21  ⌄
(FYI -- this is a rental gun at a public shooting range under supervision of a trained gun safety instructor)

💬 1        ↱        35



**Emily G kmii** ✔ @EmilyGorcenski · 7h  ⌄
I'm made up of nothing but trauma, anxiety, and retribution now.

💬 1          ⟲ 1                    27



**Emily G, Cville.** ✔
@EmilyGorcenski

Can't give my tech money to other queers, using it all to buy guns and ammo to protect myself against the alt right for the free labor I do.

7:04 PM - 8 Jun 2017

**4** Retweets **78** Likes          

💬 3          ⟲ 4                    78



**Emily of the State** ✔
@EmilyGorcenski

➕ Follow

Aww. As a transgender woman, I am genuinely afraid of Republicans murdering me if I stop for gas in the wrong part of Virginia.

**michelle shampton** @michelle_sham
As a Republican in college, I am genuinely afraid to speak about my conservative views in fear of being stereotyped or labeled negatively

RETWEETS   LIKES
19,267      48,803



9:57 AM - 22 Mar 2017



**Emily G kmii** ✔ @EmilyGorcenski

It's past time for sledgehammers to doors.

> **Indivisible Network** @IndivisibleNet
> BREAKING REPORT: An adoption center owned by the family of Secretary of Education Betsy DeVos in Michigan, Bethany Christian Services has already taken 65 separated migrant children. Many of them have had no contact with their families.
> Show this thread

8:54 PM - 23 Jun 2018

82 Retweets  179 Likes

💬 4      ↻ 82           179

**Emily G kmii** ✔ @EmilyGorcenski · 33m  ⌄
The Christian adoption industry is a whole fucking world, y'all. These people believe they're saving souls. They believe in white salvation. This is like some Get Out shit.

💬 6      ↻ 33           93

**Emily G kmii** ✔ @EmilyGorcenski · 31m  ⌄
Babies are literally being ripped from their parents arms to fuel a racist industry built explicitly on white Christian supremacy.

💬 1      ↻ 25           60



**Emily G, Cville.** ✔ @EmilyGorcenski · 12 Sep 2017

Since I'm back in Cville for the day and Jason Kessler is "monitoring" me, I thought he'd like to know I'm having Chipotle for lunch.

🗨 4        ↻ 10        ♡ 106        ✉

**Jalane "Smash the Fash" Schmidt** 🏴🇵🇷 @Jalane_Schmidt · 12 Sep 2017

Watch out, bc @ChipotleTweets you're also at risk for salmonella and E. coli.

🗨 1        ↻        ♡ 3        ✉

**Emily G, Cville.** ✔
@EmilyGorcenski

[ Follow ]

Replying to @Jalane_Schmidt @ChipotleTweets

# This is why it's antifa training, Jalane, we gotta be able to fight the fash with an upset stomach.

11:36 AM - 12 Sep 2017

**5** Likes

🗨 2        ↻        ♡ 5        ✉



Tweet your reply

**Emily G, Cville.** ✔ @EmilyGorcenski · 12 Sep 2017

Replying to @EmilyGorcenski @Jalane_Schmidt @ChipotleTweets

Jason is probably furiously scribbling notes.

"She said 'fight'"

🗨        ↻        ♡ 4        ✉



**Emily G, Cville.** ✔ @EmilyGorcenski · 20 Feb 2017

Lack of freeze **peacher** outrage over the ACU rescinding the invite is a tacit acknowledgement that platforms can be denied for moral reasons.

💬 3          🔁 85          ♡ 144          ✉

**Emily G, Cville.** ✔ @EmilyGorcenski · 4 Jun 2017

Antifa: "Fuck the police, fuck the system!"

Freeze **peacher**: "So my read here is you want the state to exert more power."

> **Alex Silvey** @AlexSilvey
> Replying to @EmilyGorcenski
> I don't think trusting people clamoring for the removal of free speech with the promise that said removal will only apply to nazis makes me

💬 1          🔁 6          ♡ 28          ✉

**Emily G, Cville.** ✔ @EmilyGorcenski · 2h

Maybe students are not as tolerant of "free speech" because they correctly identify "free speech" arguments as red herrings used by people who only want to institute hegemony and commit violence, as exemplified by what happened at UVA.

> **The Chronicle of Higher Education** ✔ @chronicle
> "Students are not as tolerant of free speech as we would hope and they're not as tolerant of various perspectives as we would hope. They are just reflecting the rest of society." chroni.cl/2K5aavD

💬 2          🔁 20          ♡ 73          ✉



**Emily G, Cville.** ✔
@EmilyGorcenski

So, a thing to know about protesting.
Whatever you think the law says doesn't
matter. Whatever the law really says doesn't
matter.

7:28 AM - 10 Nov 2016

**25** Retweets  **44** Likes

💬 1      ⟲ 25      44

**Emily G, Cville.** 🔵 @EmilyGorcenski · 10 Nov 2016
Replying to @EmilyGorcenski
Cops will do what they want, when they want, with impunity. We've seen cops
shoot black people dead unprovoked on video and nothing happens.

💬 1      ⟲ 9      24

**Emily G, Cville.** 🔵 @EmilyGorcenski · 10 Nov 2016
If you get arrested and charged, you might stand a chance in the courts if you
have evidence and a lawyer.

💬 1      ⟲ 5      14

**Emily G, Cville.** 🔵 @EmilyGorcenski · 10 Nov 2016
But perceived or actual knowledge of the law, in the moment, won't do you any
good. You can't "well actually" a cop in riot gear.

💬 1      ⟲ 4      17

**Emily G, Cville.** 🔵 @EmilyGorcenski · 10 Nov 2016
Cops can't search your car without consent? Tell that to the Troy PD officers who
handcuffed me and did it anyways.

💬 1      ⟲ 7      11

**Emily G, Cville.** 🔵 @EmilyGorcenski · 10 Nov 2016
Resist. Escape. Evade.

Know the protest route. Know the area. Study maps before you go. Know what
businesses are open.

💬 1      ⟲ 12      17

**Emily G, Cville.** 🔵 @EmilyGorcenski · 10 Nov 2016
The route in may not be the route out.

Pay attention to where you are and where the police are stationed during the
peaceful parts.

💬 1      ⟲ 10      15

**Emily G, Cville.** 🔵 @EmilyGorcenski · 10 Nov 2016
Over the past few years police forces have perfected crowd management
techniques, setting closures and blockages, then moving them.

💬 1      ⟲ 5      11

**Emily G, Cville.** 🔵 @EmilyGorcenski · 10 Nov 2016
Read this: go down to the part about the Boston PD and sports championships.





**Emily G, Cville.** ✔
@EmilyGorcenski

Follow

You can always tell an authoritarian by the moments that suddenly remember "we're all equal before the law."

11:00 AM - 10 Apr 2017

**7 Retweets  32 Likes**

💬 3     🔁 7     ♡ 32     ✉

Tweet your reply

**Madeline Marsanne** @MadelineOnMars · 10 Apr 2017
Replying to @EmilyGorcenski
"The law, in its majestic equality, forbids the rich as well as the poor to sleep under bridges, to beg in the streets, and to steal bread."

💬     🔁     ♡ 1     ✉

**Rich Felker** @RichFelker · 10 Apr 2017
Replying to @EmilyGorcenski
s/that/they/? Or am I misreading it some other way?

💬     🔁     ♡     ✉

**The Narrator** @SamanthaSnail · 10 Apr 2017
Replying to @EmilyGorcenski
when "the law" ignores sense & morality, I always wondered what authority it claimed.

💬     🔁     ♡     ✉





**Emily G, Cville.** ✔
@EmilyGorcenski

Follow

A thing about fascism is how the party need not empower its subjects, it induces them to volunteer on its behalf.

**Splinter** ✔ @splinter_news
"Are you guys authorized to act as immigration police?"

A Minneapolis transit officer was caught questioning a rider's immigration status:

7:14 AM - 23 May 2017

**169** Retweets **245** Likes

♡ 4      ⟲ **169**      ♡ **245**      ✉

Tweet your reply

**Emily G, Cville.** ✔ @EmilyGorcenski · 23 May 2017
Replying to @EmilyGorcenski
Fascism depends on those who eagerly overstep their bounds. It attracts overachievers.

♡ 3      ⟲ 20      ♡ 64      ✉

**Emily G, Cville.** ✔ @EmilyGorcenski · 23 May 2017
Nobody is safer when a transit cop becomes self-ordained Law'n'Order Hero. People are just needlessly oppressed.

♡      ⟲ 7      ♡ 39      ✉



Emily G, Cville. Retweeted

**Bree Newsome** ✔ @BreeNewsome · 2h

Restricting gun access for white men is not simply an issue of the gun industry but also of white supremacist culture 2/

💬    ⟲ 9    ♡ 28

Show this thread

Emily G, Cville. Retweeted

**Bree Newsome** ✔ @BreeNewsome · 2h

The American obsession with the gun is connected to its history as a major tool of white supremacy and the spread of European colonialism. 1/

💬 3    ⟲ 22    ♡ 56

Show this thread

**Emily G, Cville.** ✔ @EmilyGorcenski · 9m

Lemme try: You're a fascist.

And even if I were in your room, you wouldn't be the first fascist to assault me over my free speech.

> **Jordan B Peterson** ✔ @jordanbpeterson
> And you call me a fascist? You sanctimonious prick. If you were in my room at the moment, I'd slap you happily. twitter.com/jordanbpeterso...

💬    ⟲ 1    ♡ 18    ✉

Emily G, Cville. Retweeted

**Summer Brennan** ✔ @summerbrennan · 30m

just so we're clear, a MAGA hat is the klan hood of the 21st century

💬 7    ⟲ 56    ♡ 123



⇄ Emily G, Cville. Retweeted

**(((Yonatan Zunger)))** @yonatanzunger · 10h                                   ⌄

A lifetime cap on Medicaid would be a literal death sentence for thousands. They know this, and are pushing for it anyway - because they do not care who, other than themselves, lives or dies.

💬 1       ⇄ 38       ♡ 51       ✉

Show this thread

---

⇄ Emily G, Cville. Retweeted

**(((Yonatan Zunger)))** @yonatanzunger · 10h                                   ⌄

This is actual Nazism at work. The argument that the disabled are a burden on society, too expensive to keep alive, with lives not really worth living, justified the first Nazi mass killing. And now Trump and Pence are starting to make it into policy.

> **Arctic Friend** @FriendEden100
> A Death Sentence:  Trump to allow lifetime limits on Medicaid, even if disabled or suffering serious chronic illness google.com/amp/s/thinkpro...

💬 9       ⇄ 212       ♡ 207       ✉



**Emily G, Cville.** ✓
@EmilyGorcenski

Follow

Remember when a victim of Nazi violence politely asked Quinn Norton to consider not minimizing their violence and she got defensive and claimed the survivor came at her? I do.

**Emily G, Cville.** ✓
@EmilyGorcenski

Replying to @quinnnorton

They weren't ridiculous when we were being assaulted with them.

11:15 PM · 11 Nov 17

Ill View Tweet activity

**2 Retweets  17 Likes**

2:10 PM - 13 Feb 2018

**26 Retweets  45 Likes**

💬 1     🔁 26     ♡ 45     ✉

🧔 | Tweet your reply

**Emily G, Cville.** ✓ @EmilyGorcenski · 6m
I normally wouldn't care. But the NYT seems to optimize for Nazi apologetics these days.

p.045



**Emily G, Cville.** ✓ @EmilyGorcenski · 1h  ⌄
I don't really have it out for Quinn. She's a survivor and I wish her well. I also wish her to stop being a Nazi apologist. I only even replied at her because I figured she'd have empathy. I was wrong. But I have no intent to drag her.

💬 6          ⟲ 14          ♡ 107          ✉

Show this thread

**Emily G, Cville.** ✓ @EmilyGorcenski · 21m  ⌄
I don't feel great about this, and yet I think it was the right thing to do.

> f Quinn Norton's    **Michael Calderone** ✓ @mlcalderone
> er previous emp    NYT and Quinn Norton go their "separate ways," per
> s. Based on it, w   statement from editorial page editor James Bennet
>                     Show this thread

💬 2          ⟲ 2          ♡ 14          ✉

**Emily G, Cville.** ✓ @EmilyGorcenski · 40m  ⌄
me: *resets ticker on 'Number of Days Since Central to a Twitter Drama' board to 0*

💬 1          ⟲ 1          ♡ 30          ✉

**Emily G, Cville.** ✓ @EmilyGorcenski · 54m  ⌄
I don't think I'll actually feel good if Quinn Norton is dropped by the NYT.

I want an outcome that addresses those pasts and uplifts her good work. I want outcomes that are better than outright disposability.

At the same time, there are Women of Color who'd fit that role, too.

💬 7          ⟲ 5          ♡ 38          ✉

p.046



**Emily G, Cville.** ✔ @EmilyGorcenski · 20m

This is what it really gets down to for me. It's the New York Times. They need to be better than this. This is their job.

> **.ddowza** @ddowza
>
> Replying to @EmilyGorcenski
>
> its pretty fucking awful that the NYT couldn't do basic searches and subjected Quinn to essentially a public roasting, shes gone through some shit and also said some dumb shit but this is like basic professional practice it's incredible

💬 3      ⟲ 4      ♡ 22      ✉









**Emily G, Cville.** ✔ @EmilyGorcenski

me: *wakes up to see that cis people are legislating the conditions upon which it is morally righteous to murder trans women*

fuck this

7:20 AM - 31 Jul 2017

**12** Retweets  **57** Likes

💬 2      ⟲ 12              57
                          ♡

*Original ⚧ Syn* @emilymaxima · 31 Jul 2017  ⌄
Replying to @EmilyGorcenski
many are doing so completely without realizing the irony that they sound like the ppl who say, "Yeah, but did he have a gun?"

💬 1      ⟲              4

*Original ⚧ Syn* @emilymaxima · 31 Jul 2017  ⌄
"Yeah, but did she tell him she had a penis?"

"No."

"Oh, well then I can understand why he killed her then. Makes sense."

💬 1      ⟲              1

**Lizzie** @glitchliz · 31 Jul 2017  ⌄
I mean seriously, omfg, right? Who exactly are these people who want to condone literal murder?

💬        ⟲              1
                          ♡