# BOX.COM INSTRUCTIONS

Box.com allows evidence admitted at trial to be easily viewed via a large screen monitor by the jury during deliberations. Box.com reduces the need to handle physical evidence while allowing the jury to view evidence multiple times, play audio and video recordings, and zoom in on pictures and documents. Box.com will NOT be used to present evidence in the courtroom. Counsel and *pro se* litigants will be responsible for presenting their evidence to the Court and the jury during the course of the trial.

## SUBMITTING EXHIBITS TO THE COURT

The Courtroom Deputy will email a link to counsel for the parties and *pro se* litigants. The link will include an invitation to create a free Box.com account. Once the account has been created, counsel and *pro se* litigants will have the ability to upload their exhibits to their appropriate folder. Counsel and *pro se* litigants must upload all proposed exhibits to Box.com by **October 21, 2021.**

Each of the files uploaded must be saved using the naming convention described below. It is the responsibility of counsel that exhibits used during trial coincide in exhibit number to the exhibits uploaded to Box.com.

## ACCEPTABLE FILE TYPES

· Documents: .pdf
· Images: .pdf, .jpeg, .bmp, .tif, .gif
· Video and audio recordings: .avi, .mpg, .mp3, .mp4, .wav, .wma, .wmv

## REQUIRED NAMING CONVENTIONS

Exhibit files must be named using the following format:
**Party_exhibit number_brief description.file extension**

**Note:** The file names given by counsel will be visible to the jury. In addition, leading zeros must be used for exhibit numbers to allow the exhibits to be listed in numerical order.

Examples:
Pltf_001-a_photo of store from east view.jpeg
Pltf_001-b_photo of store from west view.jpeg
Def_002_camera footage.wmv
Def_003_contract.pdf
…
Def_099_invoice document dated 3-12-2019

## ADDITIONAL INFORMATION

Documents and images must not exceed file size of 50 MB.
After **October 21, 2021**, any changes to exhibits will need to be discussed with Heidi Wheeler.