# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

| | |
|---|---|
| ELIZABETH SINES, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> JASON KESSLER, *et al.*, <br><br> *Defendants.* | Case No. 3:17-cv-00072 <br><br><br> ORDER <br><br><br> Judge Norman K. Moon |

    This matter is set for trial from October 25 to November 19, 2021. Finding that doing so will support efficient conduct of the trial in this case, and as a measure to ensure juror safety and security, and consistent with measures undertaken to reduce risk of spread of COVID-19, it will be **ORDERED** that the jurors will be provided lunch each day of trial at the U.S. Courthouse in Charlottesville, at Court expense.

    It is so **ORDERED**.

    The Clerk of Court is directed to send a copy of this Order to all counsel of record and to the U.S. Marshals Service.

*[Signature: Norman K. Moon]*
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE

DATED: October 15, 2021