# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
### CHARLOTTESVILLE DIVISION

| | |
|---|---|
| ELIZABETH SINES, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>JASON KESSLER, *et al.*,<br><br>*Defendants*. | CASE NO. 3:17-cv-00072<br><br>ORDER<br><br>JUDGE NORMAN K. MOON |

This case has been set for a **Hearing on Motions in *Limine*** (Dkts. 1144, 1145, 1147, 1148, 1148, 1152, and 1153), on **October 18, 2021 at 9:30 A.M. E.T.**, before United States District Judge Norman K. Moon. This hearing shall be conducted by Zoom videoconference. The United States Marshals Service is **DIRECTED** to have **Christopher Cantwell** available for the videoconference at that date and time so that he may participate in the case. Dial-in information will be separately sent by the Clerk's Office forthwith.

This case has been set for a **Final Pretrial Conference** on **October 22, 2021 at 10:00 A.M. E.T.**, at the Federal Courthouse in Charlottesville, also before United States District Judge Norman K. Moon. The United States Marshals Service is **DIRECTED** to have **Christopher Cantwell** available and transported to the Courthouse in person at that date and time so that he may participate in the case.

It is so **ORDERED**.

The Clerk of the Court is directed to send a certified copy of this Order to the parties, to Mr. Cantwell, and to the United States Marshals Service.

Entered this 15th day of October, 2021.

*Norman K. Moon*
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE