IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF VIRGINIA

ELIZABETH SINES et al.,                    )
      Plaintiffs,                          )         Case No. 3:17-CV-72
      v.                                   )
                                           )         Judge Norman K. Moon
JASON KESSLER et al.,                      )
                                           )
      Defendants.                          )

**TRIAL EXHIBIT LIST OF DEFENDANTS KESSLER,
DAMIGO AND IDENTITY EVROPA**
*SECOND AMENDED*

| EXHIBIT No. | EXHIBIT | |
|---|---|---|
| | | |
| A | PDF-Search Warrant Affidavit-Moers | |
| B | PDF-Search Warrant Affidavit-Myles et al | |
| C | PDF-Second Search Warrant Affidavit-Myles et al. | |
| D | Heaphy Report | |
| E | SEARCH WARRANT Moers | |
| F | SEARCH WARRANT Myles | |
| G | SEARCH WARRANT Myles (second warrant) | |

Defendants reserve the right to amend this list in light of any new information developed

before or during trial.

Respectfully Submitted,

s/    James E. Kolenich

James E. Kolenich
Kolenich Law Office
9435 Waterstone Blvd. #140
Cincinnati, OH 45249
JEK318@gmail.com


 s/ Elmer Woodard
Elmer Woodard
5661 US Hwy 29
Blairs, VA 24527
isuecrooks@comcast.net

Trial Attorneys for Jason Kessler,
Nathan Damigo, and Identity
Evropa

**CERTIFICATE OF SERVICE**

I certify the above was served on OCTOBER 16, 2021 on all ECF participants and that
parties requiring service by other means were served as follows:
RichardSpencer@gmail.com
Robert Ray
*azzmador@gmail.com*
Vanguard America c/o Dillon Hopper
*dillon_hopper@protonmail.com*
Elliott Kline *eli.f.mosley@gmail.com deplorabletruth@gmail.com*
Matthew Heimbach *matthew.w.heimbach@gmail.com*
 Christopher Cantwell
*#00991-509*
*USP Marion*
*4500 Prison Rd.*
*PO Box 2000*
*Marion IL 62959*

Respectfully Submitted,

s/    James E. Kolenich
