# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# Charlottesville Division

| | |
|---|---|
| **ELIZABETH SINES, SETH WISPELWEY, MARISSA BLAIR, APRIL MUÑIZ, MARCUS MARTIN, NATALIE ROMERO, CHELSEA ALVARADO, JOHN DOE, and THOMAS BAKER,**<br><br>                 **Plaintiffs,**<br><br>          v.<br><br>**JASON KESSLER, et al.,**<br><br>                 **Defendants.** | **Civil Action No. 3:17-cv-00072-NKM** |

## **PLAINTIFFS' SECOND AMENDED LIST OF WITNESSES**

In accordance with the Court's September 10, 2021 Order and pursuant to Fed. R. Civ. P. Rule 26(a)(3)(A), Plaintiffs set forth the following list of individuals that they believe at this time may be called as witnesses, either through live testimony or by use of deposition extracts. Plaintiffs reserve the right (a) not to call any of the listed witnesses at trial; (b) to call for rebuttal or impeachment purposes any persons not listed; (c) to call any witnesses listed on Defendants' witness lists; and (d) to call custodians of records solely for the purpose of establishing the foundational facts necessary to admit into evidence any exhibit whose admissibility Defendants challenge.

|   | Name | Subject(s) of Expected Testimony | Address & Phone Number[1] |
|---|---|---|---|
| 1 | Alvarado, Chelsea | Certain Plaintiffs' injuries; Certain Defendants' and co-conspirators' actions during, among other things, the weekend of August 11 and 12 | Contact c/o Kaplan Hecker & Fink, LLP<br>350 5th Avenue, 63rd Floor<br>New York, NY 10118 |
| 2 | Alvarado, Jessica | Certain Plaintiffs' injuries | Contact c/o Kaplan Hecker & Fink, LLP<br>350 5th Avenue, 63rd Floor<br>New York, NY 10118 |
| 3 | Baker, Thomas | Certain Plaintiffs' injuries; Certain Defendants' and co-conspirators' actions during, among other things, the weekend of August 11 and 12 | Contact c/o Kaplan Hecker & Fink, LLP<br>350 5th Avenue, 63rd Floor<br>New York, NY 10118 |
| 4 | Blair, Marissa | Certain Plaintiffs' injuries; Certain Defendants' and co-conspirators' actions during, among other things, the weekend of August 11 and 12 | Contact c/o Kaplan Hecker & Fink, LLP<br>350 5th Avenue, 63rd Floor<br>New York, NY 10118 |
| 5 | Cantwell, Christopher | Certain Defendants' and co-conspirators' actions | Christopher Cantwell 00991-509<br>USP Marion, 4500 Prison Rd.<br>P.O. Box 2000<br>Marion, IL 62959 |
| 6 | Convisser, Julie, LCSW | Certain Plaintiffs' injuries and future mental health needs | Contact c/o Kaplan Hecker & Fink, LLP<br>350 5th Avenue, 63rd Floor<br>New York, NY 10118 |
| 7 | D'Costa, Diane | Certain Defendants' and co-conspirators' actions during, among other things, the weekend of August 11 and 12 | Contact c/o Kaplan Hecker & Fink, LLP<br>350 5th Avenue, 63rd Floor<br>New York, NY 10118 |
| 8 | Damigo, Nathan | Certain Defendants' and co-conspirators' actions | c/o James E. Kolenich, Esq.<br>Kolenich Law Office<br>9435 Waterstone Blvd. #140<br>Cincinnati, OH 45249 |
| 9 | Fenton, Stephen, P.E. | Analysis of August 12 car attack and the opinions expressed in his expert report, including the basis of his opinions | Contact c/o Kaplan Hecker & Fink, LLP<br>350 5th Avenue, 63rd Floor<br>New York, NY 10118 |

---

[1] Plaintiffs can be contacted through Plaintiffs' counsel. In light of security concerns, Plaintiffs will provide third-party witness contact information, as necessary to parties and counsel on a confidential basis upon request.

| | | | |
|---|---|---|---|
| 10 | Brennan Gilmore | Certain Defendants' and co-conspirators' actions during, among other things, the weekend of August 11 and 12 | Contact c/o Kaplan Hecker & Fink, LLP |
| 11 | Groves, Allen, J.D. | Certain Defendants' and co-conspirators' actions during, among other things, the weekend of August 11 and 12; Certain Plaintiffs' injuries | Contact c/o Kaplan Hecker & Fink, LLP<br>350 5th Avenue, 63rd Floor<br>New York, NY 10118 |
| 12 | Heimbach, Matthew | Certain Defendants' and co-conspirators' actions | c/o William Edward ReBrook, IV, Esq.<br>The ReBrook Law Office<br>6013 Clerkenwell Court<br>Burke, VA 22015 |
| 13 | Hill, Michael | Certain Defendants' and co-conspirators' actions | c/o Bryan Jones, Esq.<br>106 W. South St., Suite 211<br>Charlottesville, VA 22902 |
| 14 | Kessler, Jason | Certain Defendants' and co-conspirators' actions | c/o James E. Kolenich, Esq.<br>Kolenich Law Office<br>9435 Waterstone Blvd. #140<br>Cincinnati, OH 45249 |
| 15 | Kline, Elliot | Certain Defendants' and co-conspirators' actions | 117 Mesa Drive<br>Reading, PA 19608 |
| 16 | Lipstadt, Deborah, Ph.D.[2] | History, ideology, symbolism, and rhetoric of antisemitism; historical and theoretical assessment of symbols and rhetoric displayed during the weekend of August 11 and 12 and the opinions expressed in her expert report, including the basis of her opinions | Contact c/o Kaplan Hecker & Fink, LLP<br>350 5th Avenue, 63rd Floor<br>New York, NY 10118 |
| 17 | Martin, Marcus | Certain Plaintiffs' injuries; Certain Defendants' and co-conspirators' actions during, among other things, the weekend of August 11 and 12 | Contact c/o Kaplan Hecker & Fink, LLP<br>350 5th Avenue, 63rd Floor<br>New York, NY 10118 |
| 18 | Muñiz, April | Certain Plaintiffs' injuries; Certain Defendants' and co-conspirators' actions during, | Contact c/o Kaplan Hecker & Fink, LLP<br>350 5th Avenue, 63rd Floor<br>New York, NY 10118 |

---

[2] As Plaintiffs indicated in a letter to the Court on August 27, 2021, Dr. Lipstadt has been nominated by President Biden to serve as the State Department's special envoy to monitor and combat antisemitism, a position that requires confirmation by the Senate. (ECF No. 1036.) Plaintiffs are seeking to ascertain whether and how her nomination will affect Dr. Lipstadt's ability to testify in this trial and will notify the Court and parties as soon as we have further information.

| | | among other things, the weekend of August 11 and 12 | |
|---|---|---|---|
| 19 | Parrott, Matthew | Certain Defendants' and co-conspirators' actions | c/o William Edward ReBrook, IV, Esq.<br>The ReBrook Law Office<br>6013 Clerkenwell Court<br>Burke, VA 22015 |
| 20 | Ray, Robert Azzmador | Certain Defendants' and co-conspirators' actions | |
| 21 | Reavis, Sharon, R.N., M.S., C.R.C., C.C.M. | Certain Plaintiffs' future medical care needs and the opinions expressed in her expert report, including the basis of her opinions | Contact c/o Kaplan Hecker & Fink, LLP<br>350 5th Avenue, 63rd Floor<br>New York, NY 10118 |
| 22 | Romero, Natalie | Certain Plaintiffs' injuries; Certain Defendants' and co-conspirators' actions during, among other things, the weekend of August 11 and 12 | Contact c/o Kaplan Hecker & Fink, LLP<br>350 5th Avenue, 63rd Floor<br>New York, NY 10118 |
| 23 | Schoep, Jeff | Certain Defendants' and co-conspirators' actions | c/o William Edward ReBrook, IV, Esq.<br>The ReBrook Law Office<br>6013 Clerkenwell Court<br>Burke, VA 22015 |
| 24 | Simi, Peter, Ph.D. | Characteristics of the white supremacist movement and whether Defendants' utilized tools and tactics of the white supremacist movement and the opinions expressed in his expert report, including the basis of his opinions | Contact c/o Kaplan Hecker & Fink, LLP<br>350 5th Avenue, 63rd Floor<br>New York, NY 10118 |
| 25 | Sines, Elizabeth | Certain Plaintiffs' injuries; Certain Defendants' and co-conspirators' actions during, among other things, the weekend of August 11 and 12 | Contact c/o Kaplan Hecker & Fink, LLP<br>350 5th Avenue, 63rd Floor<br>New York, NY 10118 |
| 26 | Spencer, Richard | Certain Defendants' and co-conspirators' actions | 734 Clearwater Ave.<br>Whitefish, MT 59937 |
| 27 | Tubbs, Michael | Certain Defendants' and co-conspirators' actions | c/o Bryan Jones, Esq.<br>106 W. South St., Suite 211<br>Charlottesville, VA 22902 |
| 28 | Willis, Devin | Certain Plaintiffs' injuries; Certain Defendants' and co-conspirators' actions during, | Contact c/o Kaplan Hecker & Fink, LLP<br>350 5th Avenue, 63rd Floor<br>New York, NY 10118 |

|    |                                          |                                                                                                                                                        |                                                                                                |
|----|------------------------------------------|--------------------------------------------------------------------------------------------------------------------------------------------------------|------------------------------------------------------------------------------------------------|
|    |                                          | among other things, the weekend of August 11 and 12                                                                                                    |                                                                                                |
| 29 | Wispelwey, Seth                          | Certain Plaintiffs' injuries; Certain Defendants' and co-conspirators' actions during, among other things, the weekend of August 11 and 12             | Contact c/o Kaplan Hecker & Fink, LLP<br>350 5th Avenue, 63rd Floor<br>New York, NY 10118 |
| 30 | Webb, Nadia, Psy.D, MPAP, ABPdN, FACPN   | Certain Plaintiffs' injuries and future health needs and the opinions expressed in her expert report, including the basis of her opinions              | Contact c/o Kaplan Hecker & Fink, LLP<br>350 5th Avenue, 63rd Floor<br>New York, NY 10118 |
| 31 | Weiss, David, M.D.                       | Certain Plaintiffs' injuries and future medical care needs                                                                                             | Contact c/o Kaplan Hecker & Fink, LLP<br>350 5th Avenue, 63rd Floor<br>New York, NY 10118 |

The Plaintiffs expect to present deposition testimony from the following witnesses, but reserve the right to present live testimony if necessary:

| **Witnesses Who May Testify by Deposition** | | | |
|---|---|---|---|
| 1 | Alduino, Erica | Certain Defendants' and co-conspirators' actions and ideology | Contact c/o Kaplan Hecker & Fink, LLP<br>350 5th Avenue, 63rd Floor<br>New York, NY 10118 |
| 2 | Baker, Robert (Ike) | Certain Defendants' and co-conspirators' actions and ideology | c/o Bryan Jones, Esq.<br>106 W. South St., Suite 211<br>Charlottesville, VA 22902 |
| 3 | Casey, Patrick | Certain Defendants' and co-conspirators' actions | c/o James E. Kolenich, Esq.<br>Kolenich Law Office<br>9435 Waterstone Blvd. #140<br>Cincinnati, OH 45249 |
| 4 | Chesny, Michael | Certain Defendants' and co-conspirators' actions and ideology | Contact c/o Kaplan Hecker & Fink, LLP<br>350 5th Avenue, 63rd Floor<br>New York, NY 10118 |
| 5 | Colucci, Burt | Certain Defendants' and co-conspirators' actions and ideology | c/o William Edward ReBrook, IV, Esq.<br>The ReBrook Law Office<br>6013 Clerkenwell Court<br>Burke, VA 22015 |
| 6 | Daley, Benjamin Drake | Certain Defendants' and co-conspirators' actions during, | Contact c/o Kaplan Hecker & Fink, LLP<br>350 5th Avenue, 63rd Floor |

| | | | |
|---|---|---|---|
| | | among other things, the weekend of August 11 and 12 | New York, NY 10118 |
| 7 | Duffy, Shane | Certain Defendants' and co-conspirators' actions and ideology | Contact c/o Kaplan Hecker & Fink, LLP<br>350 5th Avenue, 63rd Floor<br>New York, NY 10118 |
| 8 | Froelich, Samantha | Certain Defendants' and co-conspirators' actions and ideology | Contact c/o Kaplan Hecker & Fink, LLP<br>350 5th Avenue, 63rd Floor<br>New York, NY 10118 |
| 9 | Griffin, Bradley | Certain Defendants' and co-conspirators' actions and ideology | Contact c/o Kaplan Hecker & Fink, LLP<br>350 5th Avenue, 63rd Floor<br>New York, NY 10118 |
| 10 | Hopper, Dillon | Certain Defendants' and co-conspirators' actions and ideology | Contact c/o Kaplan Hecker & Fink, LLP<br>350 5th Avenue, 63rd Floor<br>New York, NY 10118 |
| 11 | Pistolis, Vasilios | Certain Defendants' and co-conspirators' actions and ideology | Contact c/o Kaplan Hecker & Fink, LLP<br>350 5th Avenue, 63rd Floor<br>New York, NY 10118 |
| 12 | Rousseau, Thomas | Certain Defendants' and co-conspirators' actions and ideology | Contact c/o Kaplan Hecker & Fink, LLP<br>350 5th Avenue, 63rd Floor<br>New York, NY 10118 |

The Plaintiffs may call the following additional witnesses at trial if the need arises:

| **Witnesses Plaintiffs May Call** | | | |
|---|---|---|---|
| 1 | Baumbusch, Clark, M.D. | Certain Plaintiffs' injuries and future medical care needs | Contact c/o Kaplan Hecker & Fink, LLP<br>350 5th Avenue, 63rd Floor<br>New York, NY 10118 |
| 2 | Gwathmey, Frank M.D. | Certain Plaintiffs' injuries and future medical care needs | Contact c/o Kaplan Hecker & Fink, LLP<br>350 5th Avenue, 63rd Floor<br>New York, NY 10118 |
| 3 | McCoy, Martha, LCSW | Certain Plaintiffs' injuries | Contact c/o Kaplan Hecker & Fink, LLP<br>350 5th Avenue, 63rd Floor<br>New York, NY 10118 |
| 4 | Menning, Rebekah | Certain Defendants' and co-conspirators' actions during, | Contact c/o Kaplan Hecker & Fink, LLP<br>350 5th Avenue, 63rd Floor |

6

| | | among other things, the weekend of August 11 and 12 | New York, NY 10118 |
|---|---|---|---|
| 5 | Meyer, Brant | Authentication and/or explanation of certain materials related to Defendants; the actions of Defendant Fields | Contact c/o Kaplan Hecker & Fink, LLP 350 5th Avenue, 63rd Floor New York, NY 10118 |
| 6 | O'Connor, Robert, M.D. | Certain Plaintiffs' injuries and future medical care needs | Contact c/o Kaplan Hecker & Fink, LLP 350 5th Avenue, 63rd Floor New York, NY 10118 |
| 7 | Roberts, Andrea, Ph.D. | Certain Plaintiffs' injuries and future mental health needs | Contact c/o Kaplan Hecker & Fink, LLP 350 5th Avenue, 63rd Floor New York, NY 10118 |
| 8 | Sabato, Larry, Ph.D. | Certain Defendants' and co-conspirators' actions during, among other things, the weekend of August 11 and 12 | Contact c/o Kaplan Hecker & Fink, LLP 350 5th Avenue, 63rd Floor New York, NY 10118 |
| 9 | Suchak, Sanjay | Authentication of photographs | Contact c/o Kaplan Hecker & Fink, LLP 350 5th Avenue, 63rd Floor New York, NY 10118 |
| 10 | Tabler, Angela | Certain Defendants and co-conspirators' actions | Contact c/o Kaplan Hecker & Fink, LLP 350 5th Avenue, 63rd Floor New York, NY 10118 |
| 11 | Webster, Michael | Certain Defendants' and co-conspirators' actions during, among other things, the weekend of August 11 and 12; Authentication of video footage | Contact c/o Kaplan Hecker & Fink, LLP 350 5th Avenue, 63rd Floor New York, NY 10118 |
| 12 | Yutzy, Tyler | Certain Plaintiffs' injuries | Contact c/o Kaplan Hecker & Fink, LLP 350 5th Avenue, 63rd Floor New York, NY 10118 |
| **Document Custodians[3]** | | | |
| 1 | Aetna | Authentication of insurance records | 151 Farmington Ave. Hartford, CT 06156 (800) 872-3862 |
| 2 | Alphatelemed | Authentication of medical records | Alphatelemed 2615 Columbia Pike Ste. 100 Arlington, VA 22204 |

---

[3] Plaintiffs hope to eliminate the need for many of the document custodian witnesses by agreement of the parties, but in an abundance of caution and in the absence of a stipulation, Plaintiffs may need to call these witnesses to lay foundation for various documents and records.

7

| | | | |
|---|---|---|---|
| | | | (703) 589-9964 |
| 3 | AT&T | Authentication of phone records; description of cell site data | 11760 US Highway 1. Suite 300<br>North Palm Beach, FL 33408<br>(800) 291-4952 |
| 4 | Banner University Medical Center Tuscon | Authentication of medical records | 1625 N Campbell Ave<br>Tucson, AZ 85719<br>(520) 694-5102 |
| 5 | Bluespring Health | Authentication of medical records | 21335 Signal Hill Plaza, Ste. 270<br>Sterling, VA, 20164<br>(703) 682-2471 |
| 6 | Bon Secours In Motion Physical Therapy | Authentication of medical records | 8260 Atlee Road<br>Mechanicsville, VA 23116<br>(804) 442-3670 |
| 7 | Bon Secours Medical Group Neurology Clinic | Authentication of medical records | 601 Watkins Center Pkwy. Ste. 250<br>Midlothian, VA 23114<br>(804) 325-8750 |
| 8 | Charlottesville Radiology LTD | Authentication of medical records | 500 Martha Jefferson Dr<br>Charlottesville, VA 22911<br>(434) 244-4580 |
| 9 | Central Virginia Family Physicians Medical Group | Authentication of medical records | 1111 Corporate park Drive Suite D<br>Forest, VA 24551<br>(434) 382-1125 |
| 10 | Commonwealth Family Practice | Authentication of medical records | 10201 Krause Rd.<br>Chesterfield, VA 23832<br>(804) 748-6229 |
| 11 | Counseling Alliance of Virginia | Authentication of medical records | 335 Greenbriar Dr.<br>Suite 206<br>Charlottesville, VA 22901<br>(434) 220- 0333 |
| 12 | Discord | Authentication of records | 444 De Haro St. Suite 200<br>San Francisco, CA 94107<br>(888) 594-0085 |
| 13 | Facebook | Authentication of records | 1 Hacker Way<br>Menlo Park, CA 94025<br>(650) 308-7300 |
| 14 | Gab | Authentication of records | 700 N. State St.<br>Clarks Summit, PA 18411<br>(650) 477-5525 |
| 15 | Google Fi | Authentication of phone records; description of cell site data | 1600 Amphitheatre Pkwy.<br>Mountain View, CA 94043<br>(650) 253-0000 |

| | | | |
|---|---|---|---|
| 16 | Impact Trial | Authentication of demonstratives | 299 Broadway, Suite 220<br>New York, NY 10007<br>(212) 967-0320 |
| 17 | Ivy Nursery Inc. | Authentication of employment and compensation records for certain Plaintiffs | 570 Broomley Road<br>Charlottesville, VA 22901<br>(434) 295-1183 |
| 18 | Jefferson Ob/Gyn | Authentication of medical records | 600 Peter Jefferson Parkway<br>Charlottesville, VA 22911<br>(434) 977-4488 |
| 19 | J.W. Townsend, Inc. | Authentication of employment and compensation records for certain Plaintiffs | 3980 Seminole Trail<br>Charlottesville, VA 22911<br>(434) 973-1154 |
| 20 | MedExpress Urgent Care Pantops | Authentication of medical records | 260 Pantops Center<br>Charlottesville, VA 22911<br>(434) 244-3027 |
| 21 | Medical & Consulting Associate | Authentication of medical records | 1503 Santa Rosa Rd. #211<br>Richmond, VA 23229<br>(804) 282-9100 |
| 22 | Move Medical Massage & Sports Therapy LLC | Authentication of medical records | 224 Carlton Rd<br>Charlottesville, VA 22902<br>(434) 260-2727 |
| 23 | Nelson Byrd Woltz | Authentication of employment and compensation records for certain Plaintiffs | 310 East Market Street<br>Charlottesville, VA 22902<br>(434) 984-1358 |
| 24 | Offices of Dr. Normal Murdoch-Kitt | Authentication of medical records | 3217 Chamberlayne Ave.<br>Richmond, VA 23227<br>(804) 321-5400 |
| 25 | Optima Health | Authentication of medical records | 4417 Corporation Ln<br>Virginia Beach, VA 23462<br>(877) 552-7401 |
| 26 | Pantops Family Medicine | Authentication of medical records | 1490 Pantops Mountain Place Suite 200,<br>Charlottesville, VA 22911<br>(434) 979-4440 |
| 27 | Passages Physical Therapy | Authentication of medical records | 1110 Rose Hill Dr., Suite 101<br>Charlottesville, VA 22903<br>(434) 979-5559 |
| 28 | Patient First | Authentication of medical records | 5000 Cox Rd.<br>Glen Allen, VA 23060<br>(804) 968-5700 |
| 29 | Pivot Physical Therapy LTD | Authentication of medical records | 1490 Pantops Mountain Pl<br>Charlottesville, VA 22911<br>(434) 245-6472 |
| 30 | Privia Medical Group | Authentication of medical records | 950 N. Glebe Rd.<br>Arlington, VA 22203<br>(571) 366-8850 |

| 31 | Roberts Home Medical, Inc. | Authentication of medical records | 1180 Seminole Trail Charlottesville, VA 22901 (434) 973-7847 |
|---|---|---|---|
| 32 | Senarta Martha Jefferson Orthopedics and Family Medicine | Authentication of medical records | 500 Martha Jefferson Drive Charlottesville, VA 22911 (434) 244-4580 |
| 33 | Sprint | Authentication of phone records; description of cell site data | 6200 Sprint Pkwy. Overland Park, KS 66251 (855) 560-7690 |
| 34 | Sweet Briar College Health & Counseling Services | Authentication of medical records | 134 Chapel Ln. Sweet Briar, VA 24595 (800) 831-6001 |
| 35 | T-Mobile | Authentication of phone records; description of cell site data | 3625 132nd Ave. SE Bellevue, WA 98006 (877) 413-5903 |
| 36 | Tucker Psychiatric Clinic | Authentication of medical records | 1000 Boulders Pkwy. Ste. 202 Richmond, VA 23225 (804) 320-7881 |
| 37 | United HealthCare | Authentication of records | 12018 Sunrise Valley Dr. Ste. 100 Reston, VA 20191 (571) 262-2245 |
| 38 | University of Virginia Department of Student Health | Authentication of medical records | 400 Brandon Ave. Charlottesville, VA 22903 (434) 924-5362 |
| 39 | University of Virginia Encompass Health Rehabilitation Center | Authentication of medical records | 535 Ray C Hunt Dr. Charlottesville, VA 22903 (434) 244-2000 |
| 40 | University of Virginia Health Systems | Authentication of medical records | 1215 Lee Street Charlottesville, VA 22903 (434) 924-0000 |
| 41 | University of Virginia Medical Center (Orthopaedics at Fontaine) | Authentication of medical records | 545 Ray C Hunt Dr Suite 1100 Charlottesville, VA 22903 (434) 243-7778 |
| 42 | Verizon | Authentication of phone records; description of cell site data | 140 West St. New York, NY 10007 (212) 395-1000 |

10

| 43 | Virginia Endocrinology Consultants | Authentication of medical records | 8301 Arlington Blvd. Ste. 308 Fairfax, VA 22031 (703) 676-3433 |
|----|----|----|----|

Date: October 16, 2021

Respectfully submitted,

Roberta A. Kaplan (*pro hac vice*)
Michael L. Bloch (*pro hac vice*)
Raymond P. Tolentino (*pro hac vice*)
Yotam Barkai (*pro hac vice*)
Emily C. Cole (*pro hac vice*)
Alexandra K. Conlon (*pro hac vice*)
Jonathan R. Kay (*pro hac vice*)
KAPLAN HECKER & FINK LLP
350 Fifth Avenue, 63rd Floor
New York, NY 10118
Telephone: (212) 763-0883
rkaplan@kaplanhecker.com
mbloch@kaplanhecker.com
rtolentino@kaplanhecker.com
ybarkai@kaplanhecker.com
ecole@kaplanhecker.com
aconlon@kaplanhecker.com
jkay@kaplanhecker.com
*Counsel for Plaintiffs*

Of Counsel:

Roberta A. Kaplan (*pro hac vice*)
Julie E. Fink (*pro hac vice*)
Gabrielle E. Tenzer (*pro hac vice*)
Michael L. Bloch (*pro hac vice*)
Raymond P. Tolentino (*pro hac vice*)
Yotam Barkai (*pro hac vice*)
Emily C. Cole (*pro hac vice*)
Alexandra K. Conlon (*pro hac vice*)
Jonathan R. Kay (*pro hac vice*)
Benjamin D. White (*pro hac vice*)
KAPLAN HECKER & FINK LLP
350 Fifth Avenue, Suite 7110
New York, NY 10118
Telephone: (212) 763-0883
rkaplan@kaplanhecker.com
jfink@kaplanhecker.com
gtenzer@kaplanhecker.com
mbloch@kaplanhecker.com
rtolentino@kaplanhecker.com
ybarkai@kaplanhecker.com
ecole@kaplanhecker.com
aconlon@kaplanhecker.com
jkay@kaplanhecker.com
bwhite@kaplanhecker.com

Karen L. Dunn (*pro hac vice*)
Jessica Phillips (*pro hac vice*)
William A. Isaacson (*pro hac vice*)
Arpine S. Lawyer (*pro hac vice*)
Giovanni Sanchez (*pro hac vice*)
Matteo Godi (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC 20006-1047
Telephone: (202) 223-7300
Fax: (202) 223-7420
kdunn@paulweiss.com
jphillips@paulweiss.com
wisaacson@paulweiss.com
alawyer@paulweiss.com
gsanchez@paulweiss.com
mgodi@paulweiss.com
Makiko Hiromi (*pro hac vice*)
Nicholas A. Butto (*pro hac vice*)
Agbeko Petty (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000
Fax: (212) 757-3990
mhiromi@paulweiss.com
nbutto@paulweiss.com
apetty@paulweiss.com

Robert T. Cahill (VSB 38562)
COOLEY LLP
11951 Freedom Drive, 14th Floor
Reston, VA 20190-5656
Telephone: (703) 456-8000
Fax: (703) 456-8100
rcahill@cooley.com

David E. Mills (*pro hac vice*)

Alan Levine (*pro hac vice*)
Philip Bowman (*pro hac vice*)
COOLEY LLP
55 Hudson Yards
New York, NY 10001
Telephone: (212) 479-6260
Fax: (212) 479-6275
alevine@cooley.com
pbowman@cooley.com

Joshua M. Siegel (VSB 73416)
Caitlin B. Munley (*pro hac vice*)
Samantha A Strauss (*pro hac vice*)
Alexandra Eber (*pro hac vice*)
Daniel Philip Roy, III (*pro hac vice*)
Allegra Flamm (*pro hac vice*)
Gemma Seidita (*pro hac vice*)
Khary Anderson (*pro hac vice*)
COOLEY LLP
1299 Pennsylvania Avenue, NW Suite 700
Washington, DC 20004
Telephone: (202) 842-7800
Fax: (202) 842-7899
dmills@cooley.com
jsiegel@cooley.com
cmunley@cooley.com
sastrauss@cooley.com
aeber@cooley.com
droy@cooley.com
aflamm@cooley.com
gseidita@cooley.com
kjanderson@cooley.com

*Counsel for Plaintiffs*

J. Benjamin Rottenborn (VSB 84796)
WOODS ROGERS PLC
10 South Jefferson St., Suite 1400
Roanoke, VA 24011
Telephone: (540) 983-7600
Fax: (540) 983-7711
brottenborn@woodsrogers.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on October 16, 2021, I served the following via ECF:

Elmer Woodard
5661 US Hwy 29
Blairs, VA 24527
isuecrooks@comcast.net

James E. Kolenich
Kolenich Law Office
9435 Waterstone Blvd. #140
Cincinnati, OH 45249
jek318@gmail.com

*Counsel for Defendants Jason Kessler, Nathan Damigo, and Identity Europa, Inc. (Identity Evropa)*

Bryan Jones
106 W. South St., Suite 211
Charlottesville, VA 22902
bryan@bjoneslegal.com

*Counsel for Defendants Michael Hill, Michael Tubbs, and League of the South*

Joshua Smith
Smith LLC
807 Crane Avenue
Pittsburgh, PA 15216-2079
joshsmith2020@gmail.com

*Counsel for Defendants Matthew Parrott, Traditionalist Worker Party and Matthew Heimbach*

David L. Campbell
Justin Saunders Gravatt
Duane, Hauck, Davis & Gravatt, P.C.
100 West Franklin Street, Suite 100
Richmond, VA 23220
dcampbell@dhdglaw.com
jgravatt@dhdglaw.com

*Counsel for Defendant James A. Fields, Jr.*

William Edward ReBrook, IV
The ReBrook Law Office
6013 Clerkenwell Court
Burke, VA 22015
edward@rebrooklaw.com

*Counsel for Defendants Jeff Schoep, National Socialist Movement, Nationalist Front, Matthew Parrott, Traditionalist Worker Party and Matthew Heimbach*

14

I hereby certify that on October 16, 2021, I also served the following via mail, electronic mail, and fax:

Richard Spencer
richardbspencer@icloud.com
richardbspencer@gmail.com

Christopher Cantwell

Christopher Cantwell 00991-509
Grady County Law Enforcement Center
Fax: 1-405-825-6100

*and*

Christopher Cantwell 00991-509
USP Marion, 4500 Prison Rd.
P.O. Box 2000
Marion, IL 62959

Vanguard America
c/o Dillon Hopper
dillon_hopper@protonmail.com

Robert "Azzmador" Ray
azzmador@gmail.com

Elliott Kline a/k/a Eli Mosley
eli.f.mosley@gmail.com
deplorabletruth@gmail.com
eli.r.kline@gmail.com

_____

Michael L. Bloch (*pro hac vice*)
Kaplan Hecker & Fink LLP

Counsel for Plaintiffs