# Exhibit A

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF VIRGINIA

Charlottesville Division


ELIZABETH SINES, et al.,

          Plaintiffs

     vs.                      Civil Action No.

JASON KESSLER, et al.,      3:17-cv-00072-NKM

          Defendants

_____/


REMOTE VIDEO-RECORDED DEPOSITION

OF

JEFFREY STEPHEN SCHOEP

JULY 21, 2020


REPORTED BY:

R. Dwayne Harrison

Job No. 181000

07/21/2020                          Schoep, Jeffrey Stephen

APPEARANCES:


    ON BEHALF OF PLAINTIFFS

    WILLIAM ISAACSON  , ESQUIRE [via Zoom]

        Paul, Weiss, Rifkind, Wharton & Garrison

        2001 K Street N.W.

        Washington, D.C. 20006




    ON BEHALF OF PLAINTIFFS

    YOTAM BARKAI, ESQUIRE [via Zoom]

        Boies Schiller Flexner

        55 Hudson Yards

        New York, New York 10001







(appearances CONT.)

(APPEARANCES CONT.)


    ON BEHALF OF WITNESS
    W. EDWARD REBROOK, IV, ESQUIRE [via telephone]
        The RedBrook Law Office
        6013 Clerkenwell Court
        Burke, Virginia 22015



    ON BEHALF OF THE DEFENDANTS JASON KESSLER, NATHAN
    DAMIGO, IDENTIFY EVROPA, MATTHEW PARROTT AND
    TRADITIONALIST WORKER PARTY:
    JAMES KOLENICH, ESQUIRE [via telephone]
        Law Offices of James E. Kolenich
        9435 Waterstone Boulevard
        Cincinnati, Ohio 45249




(appearances CONT.)

(APPEARANCES CONT.)


     ON BEHALF OF THE DEFENDANT JAMES ALEX FIELDS, JR.:

     DAVID CAMPBELL, ESQUIRE [via telephone]

     DUANE HAUCK DAVIS GRAVATT & CAMPBELL

       100 West Franklin Street

       Richmond, Virginia 23220




ALSO PRESENT:

       THOMAS FEISSNER, The Videographer

       ALEX LANGSAM [via telephone]

       ANNE BIGLER [via telephone]

       DANIEL ROY, III [via telephone]

       JILL GOLUB [via telephone]

       WELLINGTON MACKEY, JR. [via telephone]

INDEX

Deposition of JEFFREY STEPHEN SCHOEP

July 21st, 2020


Examination by:                                  Page

Mr. Isaacson                                        9


Exhibit No.                                      Marked

Exhibit 1      National Front Website             29

Exhibit 2      Application for National Socialist

               Movement                           29

Exhibit 3      Declaration 11-14-17               31

Exhibit 4      Interview 3-14-16                  34

Exhibit 5      Public Release 3-01-19             38

Exhibit 6      Second Public Release              42

Exhibit 7      Schoep VK Profile                  43

Exhibit 8      Why You Should Join the

               National Socialist Movement        53

Exhibit 9      After Action Report May 2017       56

Exhibit 10     After Action Report May 2017       56

Exhibit 11     Nationalist Front Website          60

Exhibit 12     Nationalist Front Website Page     64

Exhibit 13     After Action Report July 2017      68

Exhibit 14     Defendant Responses To Defendant's

First Interrogatories and Request
for Production of Documents          76
Exhibit 15      Response Regarding Phones
and Email Addresses                  85
Exhibit 16      Defendant Nationalist Socialist
Movement's Responses to Defendant's
First interrogatories                89
Exhibit 17      Nationalist Front Answers to
Interrogatories                      90
Exhibit 18      Parrott Email 9-28-17        91
Exhibit 19      Parrott Email 9-28-17        94
Exhibit 20      NSM Policy Announcement      99
Exhibit 21      Video Clip Number 2          112
Exhibit 22      Kessler Email 7-9-17         117
Exhibit 23      Schoep Tweet 8-2-17          130
Exhibit 24      Schoep Tweet 8-5-17          132
Exhibit 25      Schoep Tweet 8-6-17          133
Exhibit 26      Schoep Tweet 8-7-17          134
Exhibit 27      VK Announcement 8-10-17      134
Exhibit 28      Event Flyer                  137
Exhibit 29      Tweet 8-13-17                139
Exhibit 30      DK Announcement 8-13-17      141
Exhibit 31      Schoep Sweet 8-13-17         146
Exhibit 32      NSM Announcement             148

Exhibit 33    After Action Report 8-17-17         152

Exhibit 34    NSM magazine, fall/winter of 2017   200

Exhibit 35    Angelo VK Message                   203

Exhibit 36    Schoep Email 1-26-18                207

Exhibit 37    Fighting For Everyone's Right To
              Say What They Want                  208

Exhibit 38    Expressen Interview                 208

Exhibit 39    Schoep Email 8-15-17                219

Exhibit 40    Metadata #1443978.1                 224

Exhibit 41    NSM's Responses to Plaintiff's
              Second Set of Interrogatories       263

Exhibit 42    A Brief History of the American
              National Socialist Movement         266

Exhibit 43    25-point Platform                   267

07/21/2020                          Schoep, Jeffrey Stephen

Page 8

1                    JEFFREY STEPHEN SCHOEP

2                    P-R-O-C-E-E-D-I-N-G-S

3                    THE VIDEOGRAPHER:  Good morning, everyone.

4      My name is Tom Feissner and I am a certified legal

5      video specialist in association with TSG Reporting

6      Incorporated.

7                    Due to the severity of the COVID-19 and

8      following the practice of social distancing, I will not

9      be in the same room with the witness.  Instead, I will

10     record this videotaped deposition remotely.  The

11     reporter, Dwayne Harrison, will also not be in the same

12     room and will swear the witness remotely.

13                   Do all parties stipulate to the validity of

14     this video recording and remote swearing and that it

15     will be admissible in the courtroom as if it had been

16     taken following Rule 30 of the Federal Rules of Civil

17     Procedure and the State's rules where this case is

18     pending?

19                   MR. ISAACSON:  Yes.

20                   MR. REBROOK:  Yes.

21                   THE VIDEOGRAPHER:  Very good.  Thank you.

22     I will now begin to read.

23                   This is the remote video deposition of

24     Jeffrey Stephen Schoep taken in the matter of Elizabeth

25     Sines vs. Jason Kessler et al. in the United States

Page 9

1              JEFFREY STEPHEN SCHOEP

2     District Court for the Western District of Virginia,

3     case number 3:17-CV-00072-NKM.  Today's date is

4     Tuesday, July 21st, 2020.  The time on the video

5     monitor is 9:42 a.m.  My name is Thomas K. Feissner

6     CLVS and I am the videographer.  The court reporter is

7     Dwayne Harrison.

8              We are here today on behalf of TSG

9     Reporting, New York, New York.  All parties to this

10     deposition are appearing remotely and have agreed to

11     the witness being sworn in remotely.

12              Due to the nature of remote reporting,

13     please pause briefly before speaking to ensure all

14     parties are heard completely.

15              Counsel will now please introduce

16     themselves beginning with counsel for the Plaintiff.

17              MR. ISAACSON:  Bill Isaacson with the law

18     firm of Paul Weiss, the Plaintiffs.

19              MR. BARKAI:  Yotam Barkai, Boies Schiller

20     law firm, Plaintiffs.

21              THE VIDEOGRAPHER:  Counsel for the

22     Defendant?

23              MR. REBROOK:  This is Edward ReBrook.  I'm

24     counsel for Mr. Schoep.

25              THE VIDEOGRAPHER:  The court reporter will

07/21/2020                     Schoep, Jeffrey Stephen

Page 10

1            JEFFREY STEPHEN SCHOEP

2      now sworn in the deponent.

3      Whereupon,

4            JEFFREY STEPHEN SCHOEP,

5      called as a witness, having been first duly sworn to

6      tell the truth, the whole truth, and nothing but the

7      truth, was examined and testified as follows:

8            EXAMINATION BY MR. ISAACSON:

9      Q     Mr. Schoep, my name is Bill Isaacson.  I'll

10     be asking you questions today. if you don't understand

11     a question either because of the way I said it or

12     because of the technology, let me know and I'll be

13     happy to repeat it or rephrase it.

14            Would you state your full name for the

15     record?

16     A     Jeffrey Stephen Schoep.

17     Q     Where do you currently reside?

18     A     Michigan.

19     Q     Where in Michigan?

20     A     I'm sorry?

21     Q     Where in Michigan?

22     A     Eastpoint, Michigan.

23     Q     Tell me your educational background.

24     A     I'm sorry?

25     Q     What education have you had educational

Schoep, Jeffrey Stephen

1              JEFFREY STEPHEN SCHOEP

2    background?

3      A     High school diploma.

4      Q     I'm sorry, that crackled.  Would you repeat

5    that?

6      A     High school diploma.

7      Q     Where did you graduate high school?

8      A     My diploma was St. Cloud Technical High

9    School.

10     Q     That's St. Cloud where?

11     A     Minnesota.

12     Q     Following high school, would you describe

13   your employment history, the jobs you have had?

14     A     All kinds of different jobs.  Everything

15   from washing dishes, siding houses and [Inaudible.]

16     Q     Are you currently employed?

17     A     Not currently.

18     Q     What was the last position that you had?

19     A     I ran by own business.

20     Q     What was that business?

21     A     Actually, I should correct that.  I'm

22   currently operating a nonprofit, but it's something

23   that's fairly new.  So I don't know if that's

24   considered -- counts as employment or not.

25     Q     All right.  What's the nonprofit that you

07/21/2020                      Schoep, Jeffrey Stephen

Page 12

1                    JEFFREY STEPHEN SCHOEP

2    are currently running?

3        A     Beyond Barriers.

4        Q     And would you describe what Beyond Barriers

5    is, please?

6        A     Beyond Barriers is a counter-extremism

7    organization.  One of the things I do is help people

8    walk away from various forms of extremism.  I do public

9    speaking.  I do consulting, things like that.

10            MR. ISAACSON:  How is the court reporter

11    doing?

12            THE REPORTER:  I'm having difficulties,

13    obviously.  It's still -- maybe people if they could

14    mute their -- I'm just having -- it's just very

15    crackly.

16            MR. BARKAI:  Everyone mute themselves if

17    they're not speaking.

18            MR. ISAACSON:  Let's see if that makes a

19    difference.

20    BY MR. ISAACSON:

21        Q     AND is Beyond Barriers, has that been

22    approved as a nonprofit?  Is it a corporation?  Explain

23    to me what the status is.

24        A     It's a 501(c)(3).

25        Q     And has it been approved as a 501(c)(3)?

Page 13

1              JEFFREY STEPHEN SCHOEP

2      A     I believe so, yes.

3      Q     And are you the head of Beyond Barriers?

4      A     Yes.  The founder.

5            THE REPORTER:  I'm sorry?

6      A     The founder, yes.

7      Q     And do you receive a salary from Beyond

8  Barriers?

9      A     We haven't gotten that far yet.

10     Q     Does that mean you have not received a

11  salary or any compensation yet?

12     A     Correct, correct.

13     Q     Now before Beyond Barriers, what was your

14  last position of any type?

15     A     What was the last?

16     Q     Position, whether you were employed or you

17  are working for an organization.

18     A     I ran the record label NSM Records.

19           THE REPORTER:  One more time.

20     A     NSM 88 Records.

21     Q     And when did you stop running NSM 88

22  Records?

23     A     2019, sometime in mid 2019.  Early 2019.  I

24  don't know the exact date.

25     Q     Was that a paid position?

07/21/2020                    Schoep, Jeffrey Stephen

                                                                        Page 17

1              JEFFREY STEPHEN SCHOEP

2    it was me doing everything.

3         Q     And did the record label continue after you

4    left or did it shut down?

5         A     It shut down.  I left the NSM I believe it

6    was March 2nd or 3rd, somewhere in early March and the

7    store, the record store stayed open for a couple more

8    months, a few more months, something like that, before

9    I shut it down.

10        Q     All right.  Now, the National Socialist

11   Movement is a nonprofit corporation based in Michigan;

12   is that right?

13        A     It's been dissolved, but it was -- it was a

14   nonprofit corporation based in Michigan, yes.

15        Q     And you were a member of the organization

16   for some period of years?

17        A     27 years.

18        Q     And you had a leadership position with the

19   organization throughout that period; is that correct?

20        A     For about 25 years.

21        Q     And one title you had was commander; is

22   that right?

23        A     Correct.

24        Q     Was that for about 25 years?

25        A     Correct.

Schoep, Jeffrey Stephen

Page 18

1           JEFFREY STEPHEN SCHOEP

2      Q      And another title you had was president; is

3   that right?

4      A      It may have been referred to as president

5   on Articles of Incorporation.  But within the

6   organization I was typically national director or

7   commander.

8      Q      And regardless of whether you were referred

9   to as commander or national director or president, you

10   were in charge of the organization for approximately 25

11   years; is that right?

12      A      Correct.

13      Q      And you were responsible for the operations

14   and conduct of NSM for 25 years?

15      A      I don't know how to answer that question.

16   I was in charge of the corporation or the head of the

17   corporation, yes.

18      Q      And you were responsible for what that --

19   what NSM did for approximately 25 years?

20      A      That's such a broad -- that's such a broad

21   question.  I mean, I don't want to get in something

22   where you say, well, a member did this in 1998 and that

23   was my responsibility, you know.

24           So I don't know how -- if I should answer

25   that or how to answer this question.

1          JEFFREY STEPHEN SCHOEP

2     Q     But if it was an action by the

3   organization, ultimately -- you were at the top of that

4   organization, ultimately that was your responsibility?

5     A     I made the calls for the organization, yes.

6     Q     Was there any --

7          MR. REBROOK:  This is Edward ReBrook.  I

8   have an objection to the form of the question.

9          Is the suggestion that anything done by an

10   individual in the organization is an act by the

11   organization?

12          MR. ISAACSON:  I'll move on to the next

13   question.

14   BY MR. ISAACSON:

15     Q     Now, did -- was there any board such as a

16   board of directors or any other supervisory board for

17   NSM during the 25 years that you were the head of the

18   organization?

19     A     On Articles of Incorporation, there was

20   president and I believe in the State of Michigan it's

21   three -- two or three other board members.

22     Q     And when you left NSM in 2019, who were the

23   two or three other board members?

24     A     Hmm, I don't have the papers in front of me

25   and my memory is not the greatest.  There was some

Schoep, Jeffrey Stephen

Page 35

1            JEFFREY STEPHEN SCHOEP

2    Q    It says in the first question and answer

3   that NSM is America's largest national socialist group.

4          Was that correct at the time?

5    A    We believe that to be correct at the time.

6    Q    And did you have the chance to review this

7   interview after it came out, this -- as it was printed

8   on the website?

9    A    I don't recall either way.

10    Q    So you -- you knew you were interviewed,

11  but you don't remember reading it afterwards; is that

12  right?

13    A    I remember doing the interview, but I don't

14  recall if I -- if I reread it or read through it or

15  anything like that afterwards.  I don't recall.  It's

16  possible, but I don't recall.

17    Q    One statement attributes to you, in

18  response to question 3, is that "they say communism is

19  dead, but international Jewry has plagued both sides,

20  capitalism and communism, and they are in the thick of

21  the evil that plaques us to this day."

22         Is that a statement you would have made at

23  the time?

24    A    I made a lot of statements like that at the

25  time.

07/21/2020                         Schoep, Jeffrey Stephen

                                                                    Page 58

1            JEFFREY STEPHEN SCHOEP

2       Q     Any other divisions?

3       A     Media department.  I think that was not

4    really a division, but I think that's all I can think

5    of off the top of my head.

6       Q     Was community outreach a division?

7       A     That would probably be department rather

8    than a division.

9       Q     Did you have departments other than

10   community outreach?

11      A     Yeah, there was a public relations, there

12   was a media department.  That's all I can think of

13   right off for the time being.

14      Q     Now the -- go ahead.  I didn't mean to

15   interrupt.

16      A     No, I was just saying it's possible there

17   was other departments.  I just can't think of it.

18      Q     The Nationalist Front was an agreement that

19   certain groups would participate together; is that

20   right?

21      A     The Nationalist Front was basically an idea

22   on paper that -- there was a lot of bickering in the

23   white nationalist movement.  So the idea of the

24   Nationalist Front was that groups would try to work

25   together for at least in the public -- in the public

Page 59

1          JEFFREY STEPHEN SCHOEP

2     arena.  That's all the Nationalist Front was.  There

3     was not an actual organization.  It did not have a

4     specific leader or anything like that.  It was just

5     basically an agreement that groups would cooperate and

6     add support to each other in the area of -- for

7     example, if one group from the Nationalist Front was

8     doing a rally, members from other groups could support

9     that and not -- you know, without issue.

10         Q     The Nationalist Front was an agreement

11    amongst its members to cooperate and add support to one

12    another; is that right?

13         A     Well, I mean, I don't know if I like the

14    term member necessarily because there was never any --

15    it was basically just an agreement that groups would

16    work together.  So there wasn't, like, you -- a person

17    couldn't join the Nationalist Front like an individual

18    or something like that because it never existed as an

19    actual physical organization.  It was more of a paper

20    agreement that groups would cooperate together.

21         Q     When I say members, did the Nationalist

22    Front have member organizations?

23         A     Yeah, I believe so.

24         Q     Was the Nationalist Front --

25              THE REPORTER:  Start again, please.  Start

Page 60

1              JEFFREY STEPHEN SCHOEP

2    again, please.

3        Q      Was the Nationalist Front an agreement

4    amongst the organizations -- let me start that over.

5              Was the Nationalist Front an agreement

6    amongst member organizations to work together and

7    support one another?

8        A     That sounds accurate.

9        Q      And was it an agreement that when the

10   organizations -- member organizations conducted

11   political activities, that they would do so in a

12   generally similar way?

13       A      That sounds accurate.

14       Q      And the members of the Nationalist Front

15   were listed on the website of the Nationalist Front; is

16   that right?

17       A      I believe so.

18              MR. ISAACSON:  Can we get the website

19   membership handy, Yotam?

20              MR. BARKAI:  I'm marking this Exhibit 11.

21              (Schoep Exhibit 11 was marked for purposes

22   of identification.)

23   BY MR. ISAACSON:

24       Q      All right.  You do recognize this as a page

25   from the Nationalist Front website?

07/21/2020                            Schoep, Jeffrey Stephen

                                                                    Page 61

1            JEFFREY STEPHEN SCHOEP

2      A     It appears to be.

3      Q     And there's a list of the member

4    organizations there, the National Socialist Movement,

5    the Traditionalist Worker Party, the League of the

6    South, White Lives matter, Vanguard America, America

7    First Committee, RNP America, VBS, 28 Social Club and

8    USAS.

9            Do you recognize those as member

10   organizations of the Nationalist Front?

11     A     It appears that is what was on the website.

12     Q     But separate from the -- what's on the

13   website, you understood those to be member

14   organizations of the Nationalist Front; is that

15   correct?

16     A     Some time has passed.  I don't even -- a

17   couple of these groups I don't really even -- I

18   couldn't even tell you what the initials stand for on a

19   couple of the last ones.  But this does appear to be

20   the list of member organizations.

21     Q     So the Nationalist -- you knew the National

22   Socialist Movement was a member organization of the

23   Nationalist Front, correct?

24     A     In the context of how I explained it, that

25   it was an agreement between the groups.  But the

1　　　　　　JEFFREY STEPHEN SCHOEP

2　Nationalist Front was never like a registered -- like

3　the NSM was registered, incorporated in the State of

4　Michigan.  The Nationalist Front was never incorporated

5　or anything like that.  I said it was an idea on paper.

6　　　Q　　So with the understanding that the

7　Nationalist Front was an agreement rather than

8　something that was incorporated, the nationalist

9　socialist movement was a member organization of the

10　 Nationalist Front; is that correct?

11　　　A　　The organizations weren't -- it says member

12　 organizations here, but there was nothing -- there was

13　 no leader.  So it's hard to -- I don't know how to

14　 answer this question other than how I've already

15　 explained it, that the Nationalist Front was basically

16　 just an idea that part of the reason for the formation

17　 was is that a lot of the groups in the white

18　 nationalist movement bicker amongst each other and the

19　 idea behind the Nationalist Front was there was an

20　 agreement between groups that they wouldn't behave in

21　 that manner anymore and they would work together in the

22　 public sphere.

23　　　Q　　The National Socialist Movement joined that

24　 agreement that you described that was the Nationalist

25　 Front; is that correct?

07/21/2020                    Schoep, Jeffrey Stephen

Page 63

1          JEFFREY STEPHEN SCHOEP

2     A    Correct.

3     Q    You knew the Traditionalist Worker Party

4  was part of the agreement that was the Nationalist

5  Front?

6     A    Yes.

7     Q    You knew the League of the South was a

8  member of that agreement that was the nationalist

9  front; is that correct?

10    A    Yes.

11    Q    Vanguard America was a member of that

12  agreement of the Nationalist Front; is that correct?

13    A    Correct.

14          [The court reporter requested a brief

15  recess.]

16          MR. ISAACSON:  Mr. Schoep, it's not just

17  you and I that get to take breaks.

18          Do you want to take ten minutes?

19          THE REPORTER:  Plenty, plenty.

20          THE VIDEOGRAPHER:  We're now going off the

21  video record.  The time is 11:07.  One moment please.

22  We're off.

23          (A recess was taken.)

24          THE VIDEOGRAPHER:  We are now going back on

25  video record.  The time is 11:16.

Page 64

1            JEFFREY STEPHEN SCHOEP

2    BY MR. ISAACSON:

3        Q     The Nationalist Front also called itself a

4    voluntary alliant; is that right?

5        A     That sounds accurate.

6        Q     And one purpose was to pool all the talent,

7    resources and manpower of the member organizations; is

8    that right?

9        A     That sounds -- that could be accurate.  As

10   I explained, the idea of the Nationalist Front was to

11   get people to cooperate and not to bicker amongst each

12   other.

13       Q     And it was open to organizations that had a

14   proven commitment to struggle for the white nationalist

15   vision; is that right?

16       A     I really don't -- is that -- I don't know

17   if that's the statement that was on the site or what.

18       Q     Why don't we look at what's been previously

19   marked as Exhibit 80?

20            MR. BARKAI:  I'm marking this as

21   Exhibit 12.

22            (Schoep Exhibit 12 was marked for purposes

23   of identification.)

24   BY MR. ISAACSON:

25       Q     This will be Exhibit 12 to the Schoep

07/21/2020                         Schoep, Jeffrey Stephen

Page 65

1              JEFFREY STEPHEN SCHOEP

2    deposition.

3          Do you recognize this as a page from

4    Nationalist Front website, Mr. Schoep?

5      A     It looks familiar.

6      Q     It says:  "The Nationalist Front is a

7    voluntary alliance that movement leaders are encouraged

8    to join in order to pool your talent resources in

9    manpower with several other national, regional and

10    local organizations."

11          That was a correct statement at the time it

12    was made?

13      A     Yes.  It says that and it also says that

14    the Nationalist Front is not an organization in itself,

15    but it's an alliance of organizations.  That's the best

16    way I can explain it as well.

17      Q     It's not -- it's not a corporation, it's

18    not a registered organization, it's an alliance for a

19    group?

20      A     Yeah.  That's all it was, was an agreement

21    for an alliance, yes.

22      Q     It had members.  It refers to memberships,

23    right?

24      A     I see that term used on the site.  But

25    again, it's sort of a loose term.  So it's like that's

07/21/2020                      Schoep, Jeffrey Stephen

Page 66

1            JEFFREY STEPHEN SCHOEP

2    a member organization.  I don't want to get tripped up

3    over wording, but that's -- as I explained, it was just

4    basically an agreement between groups to work together

5    just as it says here on this page.

6        Q     And you were only allowed to be a member to

7    the agreement if you were an organization with a proven

8    commitment to struggle for the white nationalist

9    vision; is that right?

10       A     That sounds -- is that what it says in the

11   first paragraph there?

12       Q     Second paragraph.

13       A     Second paragraph?  That would be accurate

14   if that's -- apparently this is from the website, so...

15       Q     And you were involved in helping to

16   organize the agreement or alliance that we're calling

17   the Nationalist Front; is that right?

18       A     Yes.

19       Q     And who did you work with to form the

20   organization?

21            I'm sorry, who did you work with to form

22   the alliance?

23       A     Well, the groups that are -- that are

24   listed on there.

25       Q     And you were trying to put together an

1            JEFFREY STEPHEN SCHOEP

2    umbrella group of many organizations that would all

3    work together?

4        A     That was the whole -- the whole concept of

5    the Nationalist Front.

6        Q     And then the website for the Nationalist

7    Front was owned by the Traditionalist Worker Party; is

8    that right?

9        A     Correct.

10       Q     And the Traditionalist Worker Party gave

11   permission to the Nationalist Front to use the website

12   and was a member of the agreement; is that right?

13       A     That sounds accurate.

14       Q     And you were involved in ongoing work to

15   assist in having the member organizations of the

16   Nationalist Front work together; is that right?

17       A     I guess I'm really not understanding that

18   question.

19       Q     So you help start the organization, but

20   then you continued to work with the organization; isn't

21   that right?

22       A     Again, you know, calling it an organization

23   is -- is sort of semantics or -- or...

24       Q     Let me rephrase the question then.

25              You helped form the alliance and then you

1         JEFFREY STEPHEN SCHOEP

2    continued to work with the alliance after it was

3    formed; is that right?

4        A     Well, yeah, I suppose.  The organizations

5    participated in different things together and rallies

6    and events and things of that nature which was the

7    whole idea behind it, yes.

8        Q     The alliance participated together in

9    rallies and did it also have meetings?

10       A     There may have been one or two meetings,

11   but particularly it was mainly for, like, the street

12   activism type of stuff rallies or protests, things like

13   that.

14       Q     So the Nationalist Front worked together

15   for street activities?

16       A     Demonstrations, protest rallies.

17       Q     The -- if we could look at JS350.

18             MR. BARKAI:  We'll mark this as Exhibit 13.

19             (Schoep Exhibit 13 was marked for purposes

20   of identification.)

21   BY MR. ISAACSON:

22       Q     Do you recognize this as an after action

23   report from July 2017 from the NSM?

24       A     That appears to be what it is.

25       Q     And, typically, you would have reviewed and



Page 139

1              JEFFREY STEPHEN SCHOEP

2              MR. BARKAI:  Exhibit 29.

3              (Schoep Exhibit 29 was marked for purposes

4       of identification.)

5       BY MR. ISAACSON  :

6          Q      All right.  This was a tweet you sent out

7       on August 13th, correct?

8          A      That's what the date is on it, correct.

9          Q      And you say it's a standard -- "it was an

10      honor to stand with you all in Charlottesville this

11      weekend" and then you refer to NSM.

12             That's the National Socialist Movement,

13      right?

14         A      Correct.

15         Q      Then you refer to -- then it says NF, the

16      National -- Nationalist Front, correct?

17         A      Correct.

18         Q      Then TWP.  That's the Traditionalist

19      Workers Party; is that correct?

20         A      Correct.

21         Q      LOS, that's League of the South?

22         A      Correct.

23         Q      VA, that's Vanguard America?

24         A      Yup.

25         Q      You have to help me out with ECK.



Page 140

1              JEFFREY STEPHEN SCHOEP

2      A    I don't recall what this is.

3      Q    What about CHS?

4      A    I don't recall what that is either.

5      Q    Okay.  And you're saying it was an honor to

6   stand together with all of those groups in

7   Charlottesville, correct?

8      A    That's what I said at the time, correct.

9      Q    And refer to them all as true warriors,

10   correct?

11      A    That's what it says, correct.

12      Q    So by August 13, you knew that you had

13   stood together at Unite the Right with the Nationalist

14   Front organization members, correct?

15      A    Yes.

16      Q    You knew you had stood together with

17   members of the Traditional Workers Party, correct?

18      A    Correct.

19      Q    You knew you had stood together with

20   members of the League of the South, correct?

21      A    Correct.

22      Q    You knew you had stood together with

23   members of Vanguard America?

24      A    Correct.

25      Q    If we can now do -- the next one, it's got

1              JEFFREY STEPHEN SCHOEP

2    the Breitbart link embedded into it, but doesn't have

3    a -- I don't know that mine has a date.  Oh, here we

4    are, ECK.

5              You remember now that ECK would be East

6    Coast Knights, right?

7       A     Okay.  Yeah, that's correct.

8       Q     CHS is Confederate Hammerskins?

9       A     Okay.

10             MR. ISAACSON:  If we can mark this next one

11   as 30.

12             (Schoep Exhibit 30 was marked for purposes

13   of identification.)

14   BY MR. ISAACSON  :

15      Q     This is another DK announcement that you

16   issued on or after August 13th that included an article

17   about Charlottesville; is that correct?

18      A     That's correct.

19      Q     And you say NSM and myself were there

20   referring to Charlottesville, correct?

21      A     Correct.

22      Q     You battled your way through the streets

23   along with your allies; is that correct?

24      A     Correct.

25      Q     And you battled your way through the

Page 142

1          JEFFREY STEPHEN SCHOEP

2     streets with those allies that included the Nationalist

3     Front, correct?

4        A     The Nationalist Front.  Again, as I

5     explained repeatedly, was a paper agreement between

6     various groups that we would cooperate together for

7     events.

8        Q     And you announced that you battled your way

9     through the streets of Charlottesville along with your

10     allies in the Nationalist Front, correct?

11        A     Correct.

12        Q     And you battled your way through the

13     streets along with your allies in the Traditionalist

14     Workers Party?

15        A     Correct, this is what the post says.

16        Q     And you also said in your post that you

17     battled your way through the streets along with your

18     allies in the League of the South, correct?

19        A     It states batted our way through in one

20     sentence and then the rest are all named afterwards.

21     You're focusing on this battle, but it was a battle for

22     those of us that were there.  I mean, we were viciously

23     and violently attacked, so...

24        Q     And the other groups you refer to, they

25     were fighting alongside of you, correct?

1          JEFFREY STEPHEN SCHOEP

2      A     I mean, I can't speak for these other

3    organizations on what they are doing.  All I know is

4    that there was -- it was a terrible day and there was a

5    lot of violence and stuff flying through the air and I

6    was mainly focused on not getting hit with a brick or

7    rock and fists and everybody around me was covered in

8    urine from balloons and things that were thrown and so

9    I wasn't really paying attention to -- if somebody was

10    ten people behind me or in front of me, I didn't pay

11    attention because I was watching stuff flying at my own

12    face.

13      Q     You say you were -- you say it was a

14    terrible day and that you were subjected to a lot

15    violence.

16          In your announcement you said it was a

17    glorious day for white solidarity, right?

18      A     Yeah, I did say that.

19      Q     And you mentioned fighting alongside and

20    battling together.

21          Are there any reports where you describe

22    being subjected to any violence that day?

23      A     What do you mean by report?

24      Q     VK announced anything about violence that

25    you were subjected to?

07/21/2020                     Schoep, Jeffrey Stephen

                                                              Page 248

1              JEFFREY STEPHEN SCHOEP

2   Charlottesville?

3        A      No, we weren't -- I wasn't -- I didn't have

4   anything to do with the organizing of Charlottesville.

5   So I wouldn't have had any contact with authorities or

6   anything like that on the ground.

7        Q      The -- I understand that you are now part

8   of a different organization.  But at the time you were

9   with NSM, what did you consider to be the goals of the

10   white supremacist movement?

11        A      In what context or -- that's a really broad

12   question.

13        Q      Well, give me your broad answer then.

14   We'll see if we can narrow it down.

15        A      What is the -- what were the goals of the

16   NSM?  Is that the question?

17        Q      Sure, let's start there.

18        A      Well, I believe the political platform for

19   that is on their website and all of that.  But,

20   basically, the idea of the organization was creation

21   of, like, a white ethnostate or organization billed

22   itself as a -- in more -- in more recent years, in the

23   last few years that I was with the group, it was being

24   billed as, like, a white civil rights organization, but

25   it's explicitly national socialist or Nazi.  So I guess

07/21/2020                    Schoep, Jeffrey Stephen

Page 249

1              JEFFREY STEPHEN SCHOEP

2    that's kind of the short summary of it.

3        Q      Did you view that as to be one of the goals

4    of the Unite the Right rally in Charlottesville, to

5    achieve progress towards a white ethnostate?

6        A      I don't think that was really the goal of

7    Charlottesville.  It seemed to be more of -- it was

8    being billed as something to unite -- unite the various

9    fractions of the far right and my understanding of it

10   was the rally itself was over the confederate

11   statutes -- the confederate statue there.

12       Q      Who did you consider to be the leaders of

13   Unite the Right rally?

14       A      Well, I knew -- from what I knew, Kessler,

15   Jason Kessler, had the permit for the rally.  He was

16   not -- as far as I knew, wasn't a known leader or

17   anything like that before that, but he was the permit

18   holder and the person that was doing the footwork on

19   the ground.

20           I saw it as -- my impression was that it

21   was more of, like, an alt-right -- an alt-right thing

22   and the groups on -- the groups, what is often referred

23   to as, like, the hard right where the National

24   Socialist Movement and some of the groups that we

25   worked with didn't particularly work with the alt-right