# Exhibit B

Page 1

```
 1           UNITED STATES DISTRICT COURT
         FOR THE WESTERN DISTRICT OF VIRGINIA
 2              Charlottesville Division
 3    ELIZABETH SINES, SETH WISPEL WEY,
   MARISSA BLAIR, TYLER MAGILL,
 4    APRIL MUNIZ, HANNAH PEARCE,
   MARCUS MARTIN, NATALIE ROMERO,
 5    CHELSEA ALVARADO, JOHN DOE,
   and JAMES BARKER,
 6                         Civil Action No.:
      Plaintiffs,          3:17-cv-00072-NKM
 7
   vs.
 8
   JASON KESSLER, et al.,
 9
      Defendants.
10   _____/
11
12       VIDEOTAPED DEPOSITION OF BURT COLUCCI
         Taken By Counsel for Plaintiffs
13              (Pages 1 - 278)
14
           Tuesday, December 10, 2019
15            9:34 a.m. - 4:33 p.m.
16
          Hillsborough County Courthouse
17           George E. Edgecomb Building
            800 East Twiggs Street
18                Courtroom 11
              Tampa, Florida
19
20
21
22
   Stenographically Reported By:
23    Jennifer Figueroa, RPR, CLR, FPR
   Notary Public, State of Florida at Large
24    Magna Legal Services
   Phone - 866.624.6221
25    Magna Job No. 535382
```

```
 1    APPEARANCES:
 2        JESSICA E. PHILLIPS (pro hac vice)
      Boies Schiller Flexner LLP
 3        1401 New York Avenue NW
      Washington, D.C. 20005
 4        202.237.2727
      jphillips@bsfllp.com
 5
      - AND -
 6
      YOTAM BARKAI (pro hac vice)
 7        Boies Schiller Flexner LLP
      55 Hudson Yards
 8        New York, New York 10001
      212.446.2300
 9        ybarkai@bsfllp.com
10        - AND -
11        MICHAEL L. BLOCH (pro hac vice)
      Kaplan Hecker & Fink LLP
12        350 Fifth Avenue
      Suite 7110
13        New York, New York 10118
      929.367.4573
14        mbloch@kaplanhecker.com
15             On Behalf of the Plaintiffs
16
17        JAMES E. KOLENICH, ESQUIRE
      (Via telephone)
18        Kolenich Law Office
      9435 Waterstone Boulevard #140
19        Cincinnati, Ohio 45240
      513.444.2150
20        jek318@gmail.com
21             On Behalf of Defendants Jason Kessler; Nathan
          Damigo; Identity Europa, Inc. (Identity
22             Europa); Matthew Parrott; and Traditionalist
          Worker Party
23
24
25             (Appearances continued on Page 3.)
```

1  APPEARANCES (continued):
2      DAVID L. CAMPBELL, ESQUIRE
   (Via telephone)
3      Duane, Hauck, Davis & Gravatt, P.C.
   100 West Franklin Street
4      Suite 100
   Richmond, Virginia 23220
5      804.644.7400
   dcampbell@dhdglaw.com
6
       On Behalf of Defendant James A. Fields, Jr.
7
8
   WILLIAM EDWARD ReBROOK, IV, ESQUIRE
9      (Via telephone)
   The ReBrook Law Office
10     6013 Clerkenwell Court
   Burke, Virginia 22015
11     571.215.9006
   edward@rebrooklaw.com
12
       On Behalf of Defendants Jeff Schoep, National
13        Socialist Movement, and Nationalist Front
14
15
16  ALSO PRESENT:
17     NICK DeHAAS, VIDEOGRAPHER
18
19
20
21
22
23
24
25

```
 1                    I N D E X
 2                                            PAGE
 3   Direct Examination by Ms. Phillips         8
 4   Errata Sheets                          274-276
 5   Certificate of Reporter                    277
 6   Certificate of Oath                        278
 7
                       EXHIBITS
 8
NO.              DESCRIPTION                  PAGE
 9
Exhibit 1    Order from United States Magistrate
10              Joel Hoppe dated 10/28/19         10
11   Exhibit 2    Second Amended Complaint filed
             9/17/19                              21
12
Exhibit 3    Screenshot of witness's VK
13              account, 2 pp.                    46
14   Exhibit 4    Screenshot of witness's VK
             account, 1 pp.                       95
15
Exhibit 5    NSM Magazine, Fall/Winter 2017     133
16
Exhibit 6    NSM Magazine, Spring/Summer 2018   143
17
Exhibit 7    Article entitled "US White
18              Nationalists Barred by Facebook
             Find Haven on Russia Site"
19              dated 4/10/19                    151
20   Exhibit 8    Plaintiffs' [Corrected] First
             Set of Requests For Production
21              of Documents to All Defendants   162
22   Exhibit 9    Plaintiffs' First Set of
             Interrogatories to All
23              Defendants                       171
24          (Exhibits continued on Page 5.)
25
```

```
 1                EXHIBITS (continued)
 2   NO.          DESCRIPTION                        PAGE
 3   Exhibit 10   Defendant National Socialist
                  Movement's Responses to
 4                Defendant's First Interrogatories
                  and Request for Production of
 5                Documents dated 4/6/18             172
 6   Exhibit 11   Photograph                         186
 7   Exhibit 12   Photograph                         187
 8   Exhibit 13   Photograph                         190
 9   Exhibit 14   Plaintiffs' Second Set of
                  Interrogatories to All
10                Non-Defaulted Entity
                  Defendants dated 10/29/19          197
11
     Exhibit 15   Defendant National Socialist
12                Movement (NSM) Responses to
                  Plaintiffs' Second Set of
13                Interrogatories to Non-Defaulted
                  Entity Defendants                  200
14
     Exhibit 16   Email from NSM
15                [chiefofstaff@nsm88.org] to
                  themaddimension@gmail.com
16                dated 7/10/18                      229
17   Exhibit 17   Email from Burt
                  [chiefofstaff@nsm88.org] to
18                themaddimension@gmail.com
                  dated 8/17/18                      230
19
     Exhibit 18   Stipulation and Order for the
20                Imaging, Preservation, and
                  Production of Documents
21                Filed 11/19/18                     248
22   Exhibit 19   Document Bates-stamped MH00007284  250
23   Exhibit 20   Document Bates-stamped MH00007280  251
24
25
```

Page 6

1    Deposition taken before Jennifer Figueroa,
2    Registered Professional Reporter and Notary Public in
3    and for the State of Florida at Large, in the above
4    cause.
5              *   *   *   *   *
6         THE VIDEOGRAPHER:  We're now on record.
7         This begins Media Unit No. 1 to the videotaped
8    deposition of Burt Colucci taken in the matter of
9    Elizabeth Sines, et al., versus Jason Kessler,
10    et al., filed in the United States District Court
11    for the Western District of Virginia,
12    Charlottesville Division.  Today is Tuesday,
13    December 10, 2019.  The time is approximately
14    9:34 a.m.
15         This deposition is being held at the
16    Hillsborough County courthouse in Tampa, Florida,
17    at the request of Boies Schiller and Flexner, LLP.
18    My name is Nick DeHaas, your videographer.  Your
19    court reporter today is Jennifer Figueroa.  We're
20    here with Magna Legal Services.
21         Will counsel and those on the phone please
22    introduce themselves for the record.
23         MS. PHILLIPS:  Yes.  This is Jessica Phillips
24    from Boies Schiller Flexner on behalf of the
25    plaintiffs.

1    MR. BARKAI:  This is Yotam Barkai from Boies
2    Schiller Flexner on behalf of the plaintiffs.
3    MR. BLOCH:  Michael Bloch from Kaplan Hecker & Fink
4    on behalf of plaintiffs.
5    THE VIDEOGRAPHER:  Folks on the phone,
6    please --
7    MR. ReBROOK:  This is Edward ReBrook.
8    THE VIDEOGRAPHER:  -- state your appearances.
9    THE COURT REPORTER:  Please repeat.
10   MR. ReBROOK:  This is Edward ReBrook.  I am
11   here representing the NSM.
12   MR. KOLENICH:  This is Jimmy Kolenich
13   representing Jason Kessler, Nathan Damigo, Matthew
14   Parrott, Traditionalist Worker Party, and Identity
15   Europa.
16   MR. CAMPBELL:  And this is Dave Campbell
17   representing James Fields.
18   THE COURT REPORTER:  Could you please raise
19   your right hand for me.
20   Do you swear or affirm that the testimony
21   you're about to give will be the truth, the whole
22   truth, and nothing but the truth?
23   THE WITNESS:  Yes.
24   THE COURT REPORTER:  Thank you.
25 THEREUPON,

1            BURT COLUCCI,
2   having been first duly sworn or affirmed, was examined
3   and testified as follows:
4               DIRECT EXAMINATION
5   BY MS. PHILLIPS:
6      Q.  Great.  Mr. Colucci, as I just said I'm
7   Jessica Phillips.  I represent the plaintiffs in the
8   case Sines versus Kessler.
9          Can you please state your full name for the
10  record?
11     A.  It's Burt Colucci.
12     Q.  Can you spell that, please?
13     A.  First name is B-u-r-t, last name is
14  C-o-l-u-c-c-i.
15     Q.  And are you represented by counsel here
16  today?
17     A.  Yes.
18     Q.  And who is that?
19     A.  Edward ReBrook.
20     Q.  Okay.  Have you ever gone by any other names
21  other than Burt Colucci?
22     A.  No.
23     Q.  Okay.  Do you have any -- any nicknames that
24  you go by?
25     A.  Years ago I used to have -- there was a -- I

1   Q.  Did Mr. Kolenich ever ask --

2       MR. REBROOK:  Objection; asked and answered.

3       MS. PHILLIPS:  I'm sorry?  Somebody made an

4   objection on the phone?

5       MR. ReBROOK:  This is Edward ReBrook.  I'm

6   objecting; asked and answered.

7       MS. PHILLIPS:  Oh, okay.

8       MR. ReBROOK:  If Mr. Kolenich never spoke with

9   Mr. Colucci about Sines v. Kessler, and that would

10  apply to him talking about documents regarding

11  Sines v. Kessler or anything else regarding Sines

12  v. Kessler.  Asked and answered.

13      MS. PHILLIPS:  Thank you.

14  BY MS. PHILLIPS:

15  Q.  Did Mr. Kolenich ever ask you to produce any

16  documents in connection with this litigation?

17  A.  No, never.

18  Q.  Do you know Jeffrey Schoep?

19  A.  Yes.

20  Q.  Did you and Mr. Schoep ever speak about this

21  litigation?

22  A.  Yes, extensively.

23  Q.  Extensively.  Okay.

24      When did you speak with him about this

25  litigation?

1   A.  Ever since I became reactive in the NSM post
2   Charlottesville.  I would say, again, that would be the
3   date of the Shelbyville Tennessee, rally.  That was the
4   date of my reenactment, reenlistment, whatever you want
5   to call it.
6   Q.  What exactly did you speak with Mr. Schoep
7   about with regard to this litigation?
8   A.  He and I have discussed everything pretty
9   much.
10  Q.  Okay.
11  A.  It's too lengthy to mention everything, but
12  we've spoken at length about this.
13  Q.  Well, let's get into the specifics of what you
14  spoke with him about.
15      Did you speak with him about NSM's
16  participation in Charlottesville?
17  A.  Oh, yes.
18  Q.  Okay.  And what exactly was the substance of
19  what you guys discussed?
20  A.  It seemed to be he was going on about the same
21  thing over and over again, basically how the NSM didn't
22  do anything illegal and that this case is pretty well
23  pointless and that it's a frivolous lawsuit.  And I'm
24  sure there's a lot more.  We can get into it a lot more
25  if you'd like.

1      Q.  (Moves head up and down.)

2      A.  But it's pretty extensive.

3      Q.  How frequently would you say that you spoke

4   with Mr. Schoep about this litigation?

5      A.  A lot.  A lot.

6      Q.  Would you say on a daily basis?

7      A.  That might be a bit much, but I wouldn't say

8   it's -- it's a far stretch, because it was very

9   extensive.

10     Q.  Okay.  So weekly, as it happened?

11     A.  At a minimum.  I'd say more than that.

12     Q.  And what was your method of communicating with

13  him?

14     A.  Telephone.

15     Q.  It was telephone?

16     A.  Yeah.

17     Q.  So these were primarily phone calls?

18     A.  Correct.

19     Q.  Did you text message with him about this

20  litigation?

21     A.  From time to time, but most of it was on the

22  phone.

23     Q.  What about email?  Did you email with him

24  about the litigation?

25     A.  Very rarely.  I would say probably 90 percent

1   or more of the conversation was on the phone.
2       Q.  Okay.  Did you -- in terms of messaging,
3   direct messaging over social media platforms of any
4   kind, did you ever --
5       A.  Not in reference to the case, no.
6       Q.  Okay.  You did speak with Mr. Schoep over
7   direct messaging over social media, but not necessarily
8   with regard to the case?
9       A.  It was very minimum at best on social media
10  because he's -- he never trusted social media, even the
11  one that we used.
12      Q.  Okay.
13      A.  So it would have either been done via text,
14  which would have been also a bare minimum; or it would
15  have been done on the phone, as I said, about 90 percent
16  or more of the time on the phone.
17      Q.  Do you recall the phone number at which you
18  reached Mr. Schoep or at which he reached you -- his
19  telephone number for those communications?
20      A.  I would have it, I don't have it memorized.
21      Q.  Do you have it with you on your phone?
22      A.  I probably do.
23      Q.  Okay.  I'll ask you to look that up at a
24  break, and then --
25      A.  Okay.

Page 29

1   Q.  -- when we come back on the record, you can
2   give that to us on the record.
3       So I believe you testified that it was
4   starting at about the Shelbyville rally in you think
5   November of 2017 when you began talking with Mr. Schoep
6   about this litigation.
7       When was the last time, if you recall, that
8   you spoke with Mr. Schoep about this litigation?
9   A.  It's been a while.  It's been less and less
10  frequent.  Some -- whenever the -- whenever he went to
11  the other side and started speaking about anti-racist
12  stuff it became -- it was less frequent at that point,
13  and to this day -- and at this point, I'd say
14  nonexistent.
15  Q.  So let me see if I can pinpoint in time when
16  you think you last communicated with him.  Well, let me
17  ask it more broadly.  When was the last time you had any
18  communication whatsoever with Mr. Schoep?  Was it this
19  month?
20  A.  I'd say probably a month ago, just off the top
21  of my head.  I don't exactly remember.
22  Q.  And was that communication about this
23  litigation?
24  A.  I -- I don't think so.
25  Q.  Okay.  When was the last time that you had

1   communication with Mr. Schoep about this litigation?
2       A.  It's been a while.  I'm just going to -- all I
3   can do is guess because I honestly don't know the
4   answer.  I'll say maybe a couple of months.
5       Q.  Okay.  And what did you speak with him about a
6   couple of months ago as it related to the litigation?
7       A.  Well, when I speak to Jeff it's pretty well
8   the same thing over and over again, as I explained
9   prior, about how he says that, you know -- and pretty
10  much all the members keep saying the same thing over
11  again, how the NSM did nothing illegal and that none of
12  them understand why we're being sued in a frivolous
13  lawsuit; and I hear that over and over and over again.
14      Q.  And who -- so we were speaking about
15  Mr. Schoep and then you just mentioned speaking to other
16  NSM members.  Correct?
17      A.  Correct.
18      Q.  So who are those other members that you've
19  spoken with the litigation about?
20      A.  I didn't speak with them about litigation,
21  they're just people that made a comment referencing the
22  lawsuit.
23      Q.  Yeah, I understand.  But they made those
24  comments to you?
25      A.  Yes.