UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| ELIZABETH SINES, SETH WISPELWEY, MARISSA BLAIR, APRIL MUNIZ, MARCUS MARTIN, NATALIE ROMERO, CHELSEA ALVARADO, THOMAS BAKER and JOHN DOE,<br><br>Plaintiffs,<br><br>v.<br><br>JASON KESSLER, et al.,<br><br>Defendants. | Civil Action No. 3: 17-cv-00072-NKM |

ORDER SEALING PLAINTIFFS' RESPONSE TO
DEFENDANT CANTWELL'S OBJECTIONS TO PLAINTIFFS' WITNESS LIST
AND SELECTED SUPPORTING EXHIBITS

**WHEREAS**, on October 4, 2021, Plaintiffs filed their Response to Defendant Cantwell's Objections to Plaintiffs' Witness List ("Response") and did not publicly file supporting Exhibits 1, 2, 3, 4, 5, 6, 8, and 12, in accordance with Plaintiffs' position that selected exhibits contain confidential information pursuant to the Order for the Production of Documents and Exchange of Confidential Information entered on January 3, 2018 (ECF No. 167).

**WHEREAS**, Plaintiffs have provided an unredacted copy of these selected exhibits to the Court and moved, pursuant to Local Rule 9, for these exhibits to be sealed.

**IT IS HEREBY ORDERED** that Plaintiffs' supporting Exhibits 1, 2, 3, 4, 5, 6, 8, and 12, be sealed pursuant to Local Rule 9.

Dated: October 15, 2021

2

SO ORDERED.

The Clerk shall send a copy of this order to the parties and counsel of record.

_____
Hon. Joel C. Hoppe, M.J.