# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

**Elizabeth Sines, et al**

vs.

**Jason Kessler, et al**

Action No:  3:17CV72
Date:  October 18, 2021
Judge:  Norman K. Moon
Court Reporter:  Lisa Blair
Deputy Clerk:  Heidi N. Wheeler

Plaintiff Attorney(s)

Jessica Phillips
Michael Bloch
Alan Levine
Yotam Barkai
Jonathan Kay
David Mills
Emily Cole
Karen Dunn
Makiko Hiromi
William Isaacson
Caitlin Munley
Giovanni Sanchez
Raymond Tolentino
Matthew Godi

Defendant Attorney(s)

James Kolenich
Josh Smith
William Rebrook

(present via zoon hearing )

## LIST OF WITNESSES

PLAINTIFF/GOVERNMENT:

1.

DEFENDANT:

1.

PROCEEDINGS:
VIDEO MOTION HEARING AND STATUS HEARING 9:30-10:40= 1hr 10 min

Court gives outline for proceeding today on the motions.

Defense Motion 1148 argued by Mr. Kolenich. Response by Mr. Isaacson, Mr. Mills and Ms. Munley.

Plaintiff Motion 1153 argued by Mr. Sanchez.   Mr. Kolenich and Mr. Smith responds.

Plaintiff's Motion 1149 presented by Mr. Sanchez.   The motion is unopposed and the plaintiffs rest on the brief.

Court hears from Mr. Smith, new counsel to the case. Issues regarding trial and timinig disccused.

Motion before Judge Hoppe addressed. Further matters discussed.

Ms. Dunn follows up with some housekeeping matters.

Follow up hearing set for 1:00 pm on October 20, 2021.

Time in Court: