AO435
(Rev. 04/18; WDVA Rev. 02/19)

ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS

# TRANSCRIPT ORDER FORM

**FOR COURT USE ONLY**

**DUE DATE:**

*Please Read Instructions on Page 2.*

| 1. **REQUESTOR'S INFORMATION:** | NAME | TELEPHONE NUMBER |
|---|---|---|
| | Robert Cahill (Counsel for Plaintiffs) | 703-456-8145 |
| DATE OF REQUEST | EMAIL ADDRESS (*Transcript will be emailed to this address.*) | |
| 10/18/2021 | rcahill@cooley.com; ebolton@cooley.com | |
| MAILING ADDRESS | | CITY, STATE, ZIP CODE |
| Cooley LLP, 11951 Freedom Drive, 14th Floor | | Reston, VA 20190 |

| 2. **TRANSCRIPT REQUESTED:** | NAME OF COURT REPORTER | |
|---|---|---|
| | Lisa Blair | |
| | OR   CHECK HERE ☐ IF HEARING WAS RECORDED BY FTR | |
| CASE NUMBER | CASE NAME | JUDGE'S NAME |
| 3:17-cv-00072 | Sines, et al. v. Kessler, et al. | Norman K. Moon |
| DATE(S) OF PROCEEDING(S) | TYPE OF PROCEEDING(S) | LOCATION OF PROCEEDING |
| 10/18/2021 | Motion Hearing | Charlottesville, VA |

REQUEST IS FOR: (*Select one*)   ☑ FULL PROCEEDING   OR   ☐ SPECIFIC PORTION(S) (*Must specify below*)

SPECIFIC PORTION(S) REQUESTED (*If applicable*):

**Note: Listed "Daily" below however Plaintiffs are just trying to obtain hearing transcript as soon as possible**

3. **SERVICE TURNAROUND CATEGORY REQUESTED:**
(*See Page 2 for descriptions of each service turnaround category.*)

- ☐ Ordinary (30-Day)
- ☐ 14-Day
- ☐ Expedited (7-Day)
- ☐ 3-Day
- ☑ Daily
- ☐ Hourly
- ☐ RealTime

4. **CERTIFICATION:**   By signing below, I certify that I will pay all charges (deposit plus additional).

| DATE | SIGNATURE |
|---|---|
| 10/18/2021 | /s/ Robert T. Cahill |

If you have any questions, please contact the court reporter coordinator at (434) 847-5722 or by email to CRC@vawd.uscourts.gov.

**Transcript Fee Rates** can be found on our website under Standing Orders at:
http://www.vawd.uscourts.gov/media/1576/transcripts2018-3.pdf

**NOTE:** Form must be flattened prior to electronically filing in CM/ECF so that all fillable fields can no longer be modified.

**PRINT**   **RESET FORM**