IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | | |
|---|---|---|
| ELIZABETH SINES, et al., | ) | Civil Action No. 3:17-cv-00072 |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | <u>ORDER</u> |
| | ) | |
| JASON KESSLER, et al., | ) | |
| Defendants. | ) | By:   Joel C. Hoppe |
| | ) | United States Magistrate Judge |

This case is set for a jury trial between October 25 and November 19, 2021, beginning at 9:30 a.m. ET before Hon. Norman K. Moon, United States District Judge, at the United States District Courthouse in Charlottesville, Virginia. On August 26, Judge Moon denied Defendant James Alex Fields Jr.'s motion to attend trial in person, *see* ECF No. 1002, and invited Fields's attorney to file a motion requesting measures to facilitate Fields's remote access to trial proceedings and means of communication with counsel during trial, ECF No. 1033. Counsel states that Fields's case manager, information technology staff, and other stakeholders at the Medical Center for Federal Prisoners in Springfield, Missouri, have worked with him to ensure Fields has appropriate remote access during trial. ECF No. 1038-1.

Accordingly, Fields's motion to permit his virtual attendance at trial, ECF No. 1038, is GRANTED. The Warden of MCFP Springfield is **REQUESTED** to have

**JAMES ALEX FIELDS JR. #22239-084**

available via one-way videoconference so that he may listen to and observe proceedings in open court beginning on October 25, 2021 at 9:30 a.m. ET and continuing through the close of trial. The Warden also is requested to have Fields available to speak with his attorney via telephone during court recesses or as counsel deems appropriate.

1

The Clerk's Office will send necessary log-in information to all counsel of record before October 25, 2021. Fields's attorney shall promptly forward such information to the appropriate officials at MCFP Springfield.

The Clerk is directed to send a certified copy of this Order to the parties, Fields's case manager at MCFP Springfield, and the United States Marshals Service.

**IT IS SO ORDERED.**

ENTER: October 18, 2021

Joel C. Hoppe
U.S. Magistrate Judge