Exhibit - A

# Documents Requested by Cantwell

1. Confidentiality Agreement. ECF 167
2. Plaintiffs' Second Amended Complaint
3. All Deposition Transcripts
4. All Interrogatories
5. All Responses to Interrogatories
6. Unredacted Expert Witness Reports
7. Photographs of all Plaintiffs Including Doe
8. All Requests for Admissions
9. All Responses to Requests for Admission
10. All Witness and Exhibit Lists
11. All of Cantwell's own filings in this case.
12. Since Cantwell is not in a position to necessarily know all the documents central to this case, he welcomes suggestions and other documents.

Though circumstance will likely render the issue moot by the time this motion is acted on, the documents should **not** be shipped to Cantwell in Grady Oklahoma, from where he currently writes, but at whichever facility he is to be housed at during trial. Likely either the ~~[crossed out]~~ Orange County Jail or the Albemarle Charlottesville Regional Jail.

Respectfully Submitted
Christopher Cantwell 10-9-2021

-1-

This correspondence is from an inmate at Grady County Law Enforcement Center. GCLEC is not responsible for content.

ations - Grady County Jail
-9131

OKLAHOMA CITY OK 730

13 OCT 2021 PM 6 L

Office of the Clerk
US District Court for the
Western District of VA
Charlottesville Division
255 West Main St Room 304
Charlottesville, VA 22902

22902-505829