Christopher Cantwell #150021180
C/O Smart communications~Grady County Oklahoma City OK 730
P.O. Box 9131
Seminole, FL 33775-9131

13 OCT 2021 PM 6

This correspondence is from an inmate at
Grady County Law Enforcement Center.
GCLEC is not responsible for content.

Office of the Clerk
US District Court for the
Western District of VA.
Charlottesville Division
255 West Main Street Room 304
Charlottesville, VA 22902