In The United States District Court for the
Western District of Virginia
Charlottesville Division

Sines, et al, Plaintiffs vs.
Kessler, et al, Defendants - Civil Case No. 3:17cv-072

Supplement To Defendant's Motions To Continue Trial, Reopen Discovery, and Extend Deadlines.

Comes now the Defendant, Christopher Cantwell, and, he offers this Supplement to his Prior Motions to Continue Trial, Reopen Discovery, and Extend Trial deadlines.

1) Since the "Second and Emergency" motion to Extend was filed in late September, obstacles to Cantwell's trial preparations have only gotten worse.

2) Cantwell accordingly asks the Court to take note of his Sworn Declaration Regarding "Ghostwriting" allegations, and his Sworn Declaration Regarding Conditions At The Grady County Jail, when considering his motions, to Continue, Reopen, and extend.

Respectfully Submitted,
Christopher Cantwell 10-13-2021