Case 3:17-cv-00072-NKM-JCH Document 1255-1 Filed 10/18/21 Page 1 of 1 Pageid#: 21073



Christopher Cantwell #15992189
C/o Smart Communications-Grady County Jail
PO Box 931
Seminole, FL 33775-9131

Office of the Clerk
US District Court
Western District VA
Charlottesville Division
255 West Main Street Room 304
Charlottesville, VA 22902

CORRESPONDENCE IS FROM AN INMATE AT
GRADY COUNTY CRIMINAL JUSTICE AUTHORITY
IS NOT RESPONSIBLE FOR CONTENT