In the United States District Court for the
Western District of Virginia
Charlottesville Division

Sines, et al, Plaintiffs vs.
Kessler, et al, Defendants - Civil Case No. 3

Defendant's Objection to Deposition Designations

Comes now, the Defendant, Christopher Cantwell, and, he makes the following objection to all Deposition Designations.

1) From days after this suit was filed, until the summer of 2019, Cantwell was represented by counsel, and left this matter entirely to their capable hands.

2) As well documented by the record, Cantwell's separation from his attorneys was, imperfect, and Cantwell was neither fully briefed on the status of the case, nor provided the discovery collected to date by his counsel.

3) As is also well documented, Cantwell was arrested in January of 2020, and though he notified the Court of his changed address, and the Plaintiffs regularly updated this Court on the progress of his criminal case, nearly all, with conspicuous few exceptions, correspondence in this case was sent to Cantwell's email address, which he could not check.

4) Several motions pend before the Court regarding Cantwell's

troubles preparing for trial, and those arguments are incorporated by reference herein.

5) Due to these issues, Cantwell was only properly noticed of a single deposition since January 23rd 2020. That of Ben Daley, aside from his own, of course.

6) As sworn in Paragraphs 7, 8, 9 of Cantwell's Declaration regarding Conditions at Grady County Jail, Cantwell was nonetheless caught by surprise of this deposition due to circumstances entirely beyond his control.

7) Cantwell has not seen a single deposition transcript.

8) Cantwell has separately moved to continue trial, which, if granted, may resolve some of these issues.

9) Failing this, Cantwell objects to all evidence he has not had a chance to review, and to all testimony he has not had an opportunity to cross examine.

10) Consequently, Cantwell objects to all deposition designations.

Respectfully Submitted, Christopher Cantwell
10-13-2021
C Cantwell

-2-

Christopher Cantwell #159921189
C/o Smart Communications - Grady County
PO Box 9131
Seminole, FL 33775-9131

14 OCT 2021 PM 5

Office of the Clerk
US District Court
Western District VA
Charlottesville Division
255 West Main Street Room 304
Charlottesville, VA 22902

CORRESPONDENCE IS FROM AN INMATE AT
GRADY COUNTY CRIMINAL JUSTICE AUTHORITY
G.C.C.J.A. IS NOT RESPONSIBLE FOR CONTENT