In The United States District Court For The
Western District of Virginia
Charlottesville Division

Sines, et al, Plaintiffs vs.
Kessler, et al, Defendants  Civil Case No. 3:17-00072

Sworn Declaration of Christopher Cantwell
Regarding Conditions At the Grady County Jail

I, Christopher Cantwell, do aver on this 13th day
of October 2021, that the following is true and
correct.

1) On October 4th USP Marion told me to pack
all of my property, including all my legal papers. I
was specifically told to "hurry up."

2) Figuring I was being moved for trial, I
asked about getting my papers back for that purpose,
and was told I had to talk to Intelligence
Research Specialist Kathy Hill.

3) Ms. Hill was nowhere to be found, so I submitted
an electronic Staff Request authorizing her to deduct
the shipping costs from my commissary account, and
asking all my papers and USB drives be sent to
wherever I am to be held in Virginia

4) I still do not know where I am to be
held in Virginia. Or when I'll be taken
there.

5) On October 5th I was moved to the Grady County Jail in Oklahoma.

6) To my understanding, Grady County is something of a transit hub for federal prisoners with long layovers between flights.

7) On Friday, October 8th, while I was in the shower, Jail staff told me to hurry up and get dressed "for Court".

8) Without notes, documents, or even a clear picture of what was going on, I found myself looking at Benjamin Daley for what I beleive was the first time. It was his deposition.

9) Having been caught completely off guard, I asked Mr. Daley no questions. A troubling thing indeed, since I hoped to call him as a witness, and have reason to doubt I'll be able to get him on the stand at trial.

10) The notice of Mr. Daley's deposition is not the only paper of mine sitting in a box in Illinois. I am also without the current trial schedule, and the Court's order granting me leave to file electronically, to name just two important and highly time sensitive documents.

11) During the Zoom call for Mr. Daley's deposition, Plaintiffs' counsel Michael Bloch mentioned that they would be deposing one Darryl (or Darrell? Spelling Uncertain) Davis, whom I was made to understand was called by Mr. Rebrooks, to replace the witness whose name I do not recall from the Simon Weisenthal Center, whom I have objected to in a separate filing.

12) On Tuesday, October 12th, Jail Staff summoned me from the Unit for a call with Plaintiffs' counsel regarding confidentiality designations. We mutually agreed to object to each other's designations to preserve our respective rights, but work to resolve the issues privately.

13) I put such an objection in the mail that day.

14) I was never summoned for the deposition of Mr. Davis.

15) I used the Unit's intercom system to ask a staff member. He told me to submit an electronic request. I did. As of October 13th it has not been answered. 12:41 pm ~~~~ October 13th, ~~ said "You were not schedule to partake"

16). Mr. Bloch informed me the deposition went on without me. Though he tried to get me in.

12) The commissary here does not sell pens, full size pencils, pencil sharpeners or erasers. The only writing instruments available are "Golf Pencils" at $0.16 each.

13) Getting a pencil sharpened requires a staff members assistance. Charitable words to describe such efforts would include "difficult" and "unreliable". In the week I've been here, I have twice had to wait until the next day to get a pencil sharpened, and have resorted to purchasing 10 pencils a day rather than incur the anger of staff members by pestering them.

14) The difficulties described above are repeated in such staples of correctional facilities such as obtaining toilet paper and, combined with the expectation I'd be leaving any minute have deterred me from requesting more assistance from the staff here.

15) There are no typewriters on the unit, nor copiers.

16) There is a computer terminal on the unit for messaging and commissary, and law library research, but it lacks printing capacity and must be shared with up to 30 inmates on the unit.

17) When I leave here, I will not be able to take any property with me, and will consequently have been stripped of all my papers for the 4th time this ~~year~~ year.

[8] As trial fast approaches, important deadlines are expiring. I do not know what those deadlines are, or what must be done before they expire.

[9] I have not seen a single deposition transcript.

Having so averred, I sayeth no more, under oath.

Respectfully Submitted,
Christopher Cantwell
10-13-2021

C Cantwell

Christopher Cantwell # 15449-1189
Co-Sna+Communications- Grady County
Po Box 931
Seminole, FL 33775-0931

THIS CORRESPONDENCE IS FROM AN INMATE AT GRADY COUNTY CRIMINAL JUSTICE AUTHORITY
GCCJA IS NOT RESPONSIBLE FOR CONTENT

OKLAHOMA CITY OK 730

14 OCT 2021   PM 4   FOREVER USA

Office Of the Clerk

Western District Court
Charlottesville Division
255 West Main Street Room 304
Charlottesville VA 22902-5029

Barn Swallow

2021 ENERGY ACTION MONTH