In the United States District Court for the Western District of Virginia
Charlottesville Division.

Sines, et al, Plaintiffs vs.
Kessler, et al, Defendants - Civil Case No. 3:17-cv-00072

Second Sworn Declaration of Christopher Cantwell Regarding Conditions At The Grady County Jail

I, Christopher Cantwell, do aver under Penalty of Perjury that the following is true and correct, on this 14th Day of October 2021.

1) My name is Christopher Cantwell. I am over the age of 18 and have knowlege of the following

2) In my prior declaration on this subject, I noted that I was deterred from seeking greater assistance from staff at the Grady County Jail, by their reluctance to assist in routine matters.

3) Realizing this may leave open the question of whether I was indeed being denied assistance I declined to request, I subsequently made formal staff requests using the ticketing system in the unit.

4) In one request I asked if there were typewriters or computers I could use to produce legal documents, and "Lt. O. Laney" replied "No items will need to be written".

5) In another request, I invoked the Court's order granting me leave to file electronically, and asked if staff could so assist me if I got them a copy of the order. Lt O. Laney replied "The items would have to be mailed."

6) Both requests were marked "Closed" upon reply, and gave me no option to negotiate or request clarification.

Having so averred, I sayeth no more, under oath

Respectfully Submitted
Christopher Cantwell    10-14-2021