Christopher Cantwell #1599/169
C/O Smart Communications - Grady County Jail
PO Box 9131
Seminole, FL 33775-9131

15 OCT 2021 PM 7 L

Office of the Clerk
US District Court
Western District VA
Charlottesville Division
255 West Main Street Room 304
Charlottesville, VA 22902

This correspondence is from an inmate at Center for
Enforcement of Law Commun.
Grady County is not responsible
GCLEC