Christopher Conturt: #0599911sa
c/o Small Communication - Grady County
P.O. Box 9131
Seminole, FL 33775-6131

OKLAHOMA CITY OK 730

15 OCT 2021 PM 7

FOREVER USA

This correspondence is from an inmate at Grady County Law Enforcement Center. GCLEC is not responsible for content.

Office of the Clerk
US District Court
Western District V.A.
Charlottesville Division
155 West Main Street Room 304
Charlottesville, VA 22902-5079