In the United States District Court for the Western District of Virginia
Charlottesville Division

Sines, et al, Plaintiffs, vs.
Kessler, et al, Defendants - Civil Case No 3:17-cv-00072

Defendant's ~~Update~~ Temporary Contact Information Update.

1) On 10-5-2021 Cantwell was moved from USP Marion, to the Grady County Jail in Oklahoma

2) Expecting to be promptly taken from there to Virginia for trial, Cantwell wrote a letter to the Court, but did not formally update his mailing address.

3) Cantwell expects to be moved before trial, which will likely result in this Contact needing to be updated again, but having unexpectedly been left here for over a week already, he is concerned about missing important correspondence.

4) Plaintiffs' Counsel have already been notified of this address change

5) The mailing address for Cantwell at the Grady County Jail is: Christopher Cantwell #15992-1189 c/o Smart Communications - Grady County Jail PO Box 9131 - Seminole, FL 33775-9131

6) The physical address of the facility is 215 N. 3rd St / P.O. Box 1748 Chickasha, OK 73018 Grady County Law Enforcement Center

7) The Florida address appears to be a 3rd party that scans mail for inmates to read on the terminal in the unit. Inmates are instructed to have correspondence sent there, though there may be exceptions for legal mail.

Respectfully Submitted,
Christopher Cantwell   10-19-2021

-2-

Christopher Cantwell #05991184
c/o Smart Communications - Grady County
P.O. Box 4131
Seminole, FL 33775-4131

This correspondence is from an inmate at Grady County Law Enforcement Center. GCLEC is not responsible for content.

Office of the Clerk
US District Court
Western District V.A.
Charlottesville Division
255 West Main Street Room 304
Charlottesville, VA 22902-5093