*Elizabeth Sines, et al. v. Jason Kessler, et al.*
Case No. 3:17-cv-00072-NKM-JCH

# EXHIBIT A

Plaintiffs' Motion To Deem Established That Defendants Elliott Kline And Robert "Azzmador" Ray Committed Certain Specific Overt Acts

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF VIRGINIA

-----------------------------X

ELIZABETH SINES, et al.,

Case No.

Plaintiffs,

v.                3:17-cv-00072-NKM

JASON KESSLER, et al.,

Defendants.

-----------------------------X

REMOTE VIDEOTAPED DEPOSITION

OF

ELLIOT KLINE A/K/A ELI MOSLEY

Wednesday, August 12, 2020

Reported by:

ANNETTE ARLEQUIN, CCR, RPR, CRR, CLR

JOB NO. 182791

Page 424

1　E. Kline

2　UTR?

3　A.  Yes.

4　Q.  Did you see League of the South

5　at UTR?

6　A.  Yes.

7　Q.  Did you see NSM at UTR?

8　A.  I'm not sure.

9　Q.  Okay.  And you obviously saw

10　members of the Rise Above Movement at UTR,

11　correct?

12　A.  Yes.

13　Q.  Did you participate in any chants

14　at UTR?

15　A.  I'm not sure.  I don't remember.

16　Q.  And you were a leader on the

17　ground at UTR, correct?

18　A.  Yes.

19　Q.  And in fact, you have indicated

20　that you need to be -- you needed to be a

21　frontline commander at UTR, correct?

22　A.  Yes.

23　Q.  You were yelling out orders at

24　UTR?

25　A.  Yes.

Page 425

1  E. Kline

2  Q.  And you marched at the head of a

3  column of participants from a number of

4  different groups, right?

5  A.  Yes.  The first group I spoke

6  about earlier that came in.

7  Q.  Okay.

8  MS. PHILLIPS:  Katie, let's show

9  Tab 251, please, which is another video

10 from UTR.

11 (Video playing at this time.)

12 MS. PHILLIPS:  Thank you, Katie.

13 We just played this exhibit from

14 the first second to the 44th second.

15 For the record, this is Exhibit 79.

16 (Plaintiffs' Exhibit 79,

17 Audio/Video, marked for identification,

18 as of this date.)

19 BY MS. PHILLIPS:

20 Q.  And Mr. Kline, do you recognize

21 yourself at the front of that column of

22 individuals --

23 A.  Yes.

24 Q.  -- marching?

25 And that was Vanguard America,

1 E. Kline

2 correct, members of Vanguard America?

3 A. Yes.

4 Q. That was with the black shields

5 with the white crossed fasces and white

6 shield with the black eagle, correct?

7 A. Yes.

8 Q. Okay. And was that the Detroit

9 Red Wings behind them, the white shield

10 with the Red Wings symbol?

11 A. Yes.

12 Q. Was that a fair and accurate

13 video taken of part of August 12th, 2017?

14 A. Yes.

15 Q. Okay. And James Field was in

16 that group with Vanguard America, correct?

17 A. I'm not sure if he was in that

18 specific first group or not.

19 Q. Okay.

20 MS. PHILLIPS: So, Katie, let's

21 play the rest of Exhibit 79 from -- if

22 you can jump forward to 1:45, the 1

23 minute, 45 second mark, and then we'll

24 play this to 2 minutes and 11 seconds.

25 (Video playing at this time.)