*Elizabeth Sines, et al. v. Jason Kessler, et al.*
Case No. 3:17-cv-00072-NKM-JCH

# EXHIBIT 0727

Plaintiffs' Motion To Deem Established That Defendants Elliott Kline And Robert "Azzmador" Ray Committed Certain Specific Overt Acts

**207304607507021824 - Sayer#5269 | Eli Mosley#5269 Messages**

#Eli Mosley#5269, andrewanglin#3674

**Eli Mosley#5269** 2017-07-20
I think we are gonna see some serious brawls at cville next month too and we'll see blood on some of these white polos lol

DISC-IMPACT00000655