*Elizabeth Sines, et al. v. Jason Kessler, et al.*
Case No. 3:17-cv-00072-NKM-JCH

# EXHIBIT 1987

Plaintiffs' Motion To Deem Established That Defendants Elliott Kline And Robert "Azzmador" Ray Committed Certain Specific Overt Acts

# VIDEO EXHIBIT – FILED WITH COURT

*Elizabeth Sines, et al. v. Jason Kessler, et al.*
Case No. 3:17-cv-00072-NKM-JCH

Plaintiffs' Motion To Deem Established That Defendants Elliott Kline
And Robert "Azzmador" Ray Committed Certain Specific Overt Acts