# EXHIBIT A

The image shows social media screenshots.

**Amy Spitalnick** ✓
@amyspitalnick

Four years after Unite the Right, there's been far too little accountability. We're committed to bringing these violent white supremacists to justice, no matter how they try to escape liability.



dailyprogress.com
Rally lawsuit plaintiffs seek more sanctions against Heimbach
The plaintiffs want the jury to be instructed that they can draw adverse inferences from the defendant's failure to provide all requested evidence and ...

9:23 AM · Aug 16, 2021 · TweetDeck

---

**Amy Spitalnick** ✓
@amyspitalnick

Civil litigation is a crucial tool to hold dangerous extremists accountable.

(Related: in @IntegrityforUSA's Charlottesville case, we've won default judgments against 7 white supremacist groups and leaders before trial — which starts in 3 weeks.)

**Shannon Watts** ✓ @shannonrwatts · Sep 30

NEW: After losing two cases regarding his Sandy Hook conspiracy theories, Alex Jones and Infowars will have to pay whatever damages a jury panel determines Jones' claims that the mass shooting was a "false flag" pulled off by "crisis actors" are worth. huffpost.com/entry/alex-jon...

Show this thread

10:16 AM · Oct 2, 2021 · Twitter for iPhone

**Integrity First for America**
@IntegrityforUSA

···

Can lawsuits really take down violent white supremacist organizations?

Yes. But don't take it from us. Here's the @splcenter's @MargaretLHuang on the vital role civil litigation has played in fighting violent racism in America:



youtube.com
Margaret Huang: Civil litigation can and has brought down v...
SPLC President and CEO Margaret Huang answers the #1 question we get about IFA's Charlottesville lawsuit: Can it ...

11:09 AM · Oct 5, 2021 · TweetDeck