# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

**Elizabeth Sines, et al**

vs.

**Jason Kessler, et al**

Action No:   3:17CV72
Date:   October 20, 2021
Judge:   Norman K. Moon
Court Reporter:   Lisa Blair
Deputy Clerk:   Heidi N. Wheeler

Plaintiff Attorney(s)

Jessica Phillips
Michael Bloch
Roberta Kaplan
Alan Levine
Yotam Barkai
Jonathan Kay
David Mills
Karen Dunn
Makiko Hiromi
Giovanni Sanchez
Raymond Tolentino
Matthew Godi

Defendant Attorney(s)

James Kolenich
Josh Smith
William Rebrook
David Campbell
Bryan Jones

Richard Spencer, pro se
Christopher Cantwell, pro se

(present via zoon hearing )

## LIST OF WITNESSES

PLAINTIFF/GOVERNMENT:

1.

DEFENDANT:

1.

PROCEEDINGS:
VIDEO MOTION HEARING AND STATUS HEARING 3:00-4:25=1hr 25min

Court gives outline for proceeding today's hearing and motions.

Court inquires as to persons named to receive questionnaire notifications. Plaintiff will get list to Clerk.   Court explains process to pro se parties.

Court addresses Motions by pro se defendant Cantwell.   1066, 1085 and 1088.   Arguments heard.   Objections to witness list addressed. Further motions argued.

Plaintiff's counsel seeks to have additional parties in the courtroom during opening and closings. Court will make determination.

Further arguments remarks by Defense.

Defendant Cantwell argues regarding lack of exhibit lists. Plaintiff's counsel responds.

Plaintffs' counsel directs the Court's attention to Motion 1238.   Court will grant motion.

Plaintiff's motion 1152 argued.

Mr. Jones argues Motion 1147. Ms. Dunn and Mr. Levine respond.

Ms. Dunn addresses preliminary instructions.

Court adjourns.

Time in Court: