| AO435 (Rev. 04/18; WDVA Rev. 02/19) | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS **TRANSCRIPT ORDER FORM** | FOR COURT USE ONLY DUE DATE: |
|---|---|---|

*Please Read Instructions on Page 2.*

| 1. **REQUESTOR'S INFORMATION**: | NAME **Robert Cahill (Counsel for Plaintiffs)** | TELEPHONE NUMBER **703-456-8145** |
|---|---|---|
| DATE OF REQUEST **10/21/2021** | EMAIL ADDRESS (*Transcript will be emailed to this address.*) **rcahill@cooley.com; ebolton@cooley.com** | |
| MAILING ADDRESS **Cooley LLP, 11951 Freedom Drive, 14th Floor** | | CITY, STATE, ZIP CODE **Reston, VA 20190** |
| 2. **TRANSCRIPT REQUESTED**: | NAME OF COURT REPORTER **Lisa Blair** <u>OR</u>   CHECK HERE ☐ IF HEARING WAS RECORDED BY FTR | |
| CASE NUMBER **3:17-cv-00072** | CASE NAME **Sines, et al. v. Kessler, et al.** | JUDGE'S NAME **Norman K. Moon** |
| DATE(S) OF PROCEEDING(S) **10/20/2021** | TYPE OF PROCEEDING(S) **Status Conference** | LOCATION OF PROCEEDING **Charlottesville, VA** |

REQUEST IS FOR: (*Select one*)  ☑ FULL PROCEEDING   <u>OR</u>   ☐ SPECIFIC PORTION(S) (*Must specify below*)

SPECIFIC PORTION(S) REQUESTED (*If applicable*):

**Note:  Listed "Daily" below however Plaintiffs are just trying to obtain hearing transcript as soon as possible**

3. **SERVICE TURNAROUND CATEGORY REQUESTED**:
   (*See Page 2 for descriptions of each service turnaround category.*)

☐ Ordinary (30-Day)   ☑ Daily
☐ 14-Day              ☐ Hourly
☐ Expedited (7-Day)   ☐ RealTime
☐ 3-Day

4. **CERTIFICATION**:   By signing below, I certify that I will pay all charges (deposit plus additional).

| DATE **10/21/2021** | SIGNATURE **/s/ Robert T. Cahill** |
|---|---|

If you have any questions, please contact the court reporter coordinator at (434) 847-5722 or by email to CRC@vawd.uscourts.gov.

**Transcript Fee Rates can be found on our website under Standing Orders at:**
http://www.vawd.uscourts.gov/media/1576/transcripts2018-3.pdf

**NOTE:**  Form must be flattened prior to electronically filing in CM/ECF so that all fillable fields can no longer be modified.

**PRINT**          **RESET FORM**