# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

| | |
|---|---|
| ELIZABETH SINES, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> JASON KESSLER, *et al.*, <br><br> *Defendants.* | CASE NO. 3:17-cv-00072 <br><br><br> ORDER <br><br><br> JUDGE NORMAN K. MOON |

Defendant Christopher Cantwell, proceeding *pro se*, has this week arrived in the District for his appearance at trial in this case which begins on October 25, 2021. This Court previously granted in part Mr. Cantwell's request for access to certain materials before trial, and ordered he be provided with a computer in the courtroom to view trial exhibits. Dkt. 1228 (Order of October 14, 2021). In his motion, Mr. Cantwell further stated that he will "work with the Clerk and/or Plaintiffs" concerning what documents he may need and when "for any given day of trial." Dkt. 1122 at 1–2. Finding that facilitating such communication would promote efficient preparation of parties including Mr. Cantwell to present their case at trial, the Court **DIRECTS** that

1) Plaintiffs' counsel and Mr. Cantwell **SHALL MEET AND CONFER this day** (**October 21, 2021**), at a time available to Mr. Cantwell's facility of incarceration, to discuss what materials, including any *specific* motions or items on the docket, Mr. Cantwell shall request for use at the pretrial conference on October 22, 2021, and for use at the first two days of trial on October 25 and 26, 2021;

2) The **Clerk's Office** shall provide the **United States Marshals Service a current copy of the docket in this case**, which shall be provided to Mr. Cantwell before the meet-and-confer, to facilitate such meeting.

3) Plaintiffs **shall** provide the Clerk's Office (for Mr. Cantwell's use at the pretrial conference on October 22, 2021), in paper copy, such specific materials as requested by Mr. Cantwell that are on the public docket. The Clerk's Office will have paper copies for Mr. Cantwell's use on October 22, 2021, of any orders or opinions that have issued since he began transit from USP Marion, so Plaintiffs **shall** be only responsible for providing Mr. Cantwell paper copies of any other specific documents that are not orders or opinions.

4) Mr. Cantwell **shall be prepared at the pretrial conference** to raise any remaining specific requests he may have to facilitate his preparations for trial in this case, or to prepare his defense.

It is so **ORDERED**.

The Clerk of Court is directed to send a copy of this Order to all counsel of record, to Christopher Cantwell, and to the U.S. Marshals Service.

_____
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE

DATED: October 21, 2021