# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
### CHARLOTTESVILLE DIVISION

| | |
|---|---|
| ELIZABETH SINES, *et al.*, | CASE No. 3:17-cv-00072 |
| *Plaintiffs*, | |
| v. | ORDER |
| JASON KESSLER, *et al.*, | |
| *Defendants*. | JUDGE NORMAN K. MOON |

Upon consideration of requests of various news organizations to bring certain personal electronic devices into the Courthouse during the trial in this case and finding good cause shown, pursuant to Standing Order 2013-8, the Court hereby **authorizes** the personal electronic devices specifically listed in the applications for press credentials which the Clerk of Court approved this day, October 21, 2021, may be brought into the Courthouse, subject to any inspections Court security may require.

**No photography, audio or video recording, or broadcasting is permitted inside the Courthouse.** *See* Standing Order 2013-8 at II(E). Any violation of that prohibition may result in forfeiture of press credentials or other Court action.

The Clerk of Court is directed to send a copy of this Order to all counsel of record and to the U.S. Marshals Service.

NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE

DATE:  October 21, 2021