# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

| | |
|---|---|
| ELIZABETH SINES, *et al.*, | CASE NO. 3:17-cv-00072 |
| *Plaintiffs*, | |
| v. | ORDER |
| JASON KESSLER, *et al.*, | JUDGE NORMAN K. MOON |
| *Defendants.* | |

This matter is before the Court further to the Court's COVID-19 Health Precautions Order. Dkt. 1146; *see* Dkt. 1202 (Order restricting attendance in Courthouse and Courtroom). The measures set forth therein which the Court has taken and is taking to reduce the risk of spread of COVID-19, support utilizing the same health precautions at the Court's final pre-trial conference on October 22, 2021 at 10:00 a.m., as apply at the trial itself. As the Court stated on the record at the status conference on October 20, 2021, the Court **ORDERS** and **CLARIFIES** that all health measures set forth in this Court's Orders at Dkts. 1146 and 1202, are **applicable to the Court's final pre-trial conference on October 22, 2021**.

That means, at the final pre-trial conference, all in-person participants must be aware of and compliant with this Court's rules regarding wearing of masks, maintaining social distancing, conducting health self-assessments, providing notice in the event of certain COVID-19 events, and submitting vaccination or negative COVID-19 test attestation forms, all before coming to the Courthouse. *See* Dkt. 1146 at 2–4. Plaintiffs, Plaintiffs' attorneys and staff, are limited to no more than nine (9) participants on their side, as applies at trial. *See id.* at 4. Attestation forms

regarding vaccination or negative COVID-19 tests may be emailed directly and without copying any other case participant to this Court's Chambers e-mail (moon.ecf@vawd.uscourts.gov).

Any party or counsel of record who is unable to attend the final pre-trial conference in person for any reason shall have remote video and audio access via ZoomGov.com, and should contact the Clerk's Office, Heidi Wheeler, to secure such login information.

Any interested member of the public or press may listen remotely via audio access to the final pre-trial conference. Specifically, as to those media organizations which the Clerk's Office has approved their application for press credentials at trial, they shall be able to view the pre-trial conference remotely from another room in the Courthouse. *See* Dkt. 1202 (Order restricting the attendance of courtroom and Courthouse during trial).

The Clerk of Court is directed to send a copy of this Order to all counsel of record, to Christopher Cantwell, and to the U.S. Marshals Service.

*[signature]*
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE

DATED: October 21, 2021