In the United States District Court For the
Western District of Virginia
Charlottesville Division

CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

OCT 22 2021

JULIA C. DUDLEY, CLERK
BY: ~~DEPUTY CLERK~~

Sines, et al, Plaintiffs, Vs,
Kessler, et al, Defendants, civil Case No. 3:17cv00072

Defendant's Opposition To Plaintiffs' Submission
And Proposed Order Regarding Their Request
For A Partially Anonymous Jury

Comes now, the Defendant, Christopher Cantwell,
and, he makes the following objection to the
Plaintiffs' Request for a Partially Anonymous
Jury

1) As noted in the attached sworn Declaration,
the Plaintiffs have once again claimed that a
proposal of theirs is agreed to by the Defendants,
without making any effort to inform me of
the proposal first,

2) This is a troublingly persistent and well ~~documented~~
documented pattern of behavior,

3) Cantwell can see the merits of protecting the
jury from "unwanted media attention" ~~the~~ but the
"reasonable safeguards" for the "rights of the accused"
should ideally involve letting the accused know of
the proposal before misinforming a Federal Court
by saying the accused has agreed to it.

-1-

4) For these reasons, the Court should reject the
Plaintiffs' proposal, and view future such
claims of agreement with suspicion.

Respectfully Submitted,
Christopher Cantwell   10-16-2021

In the United States District Court
For The Western District of Virginia

Charlottesville Division

Sines, et al, Plaintiffs, vs.
Kessler, et al, Defendants - Civil Action No. 3:17-cv-0072

Sworn Declaration of Christopher Cantwell
Regarding Anonymous Jury "Agreement"

I, Christopher Cantwell, do aver under penalty
of perjury on this 16th Day of October
2021, that the following is true and correct

1) On October 16th, 2021, shortly after
midnight, Staff at the Grady County Jail
delivered to me several pieces of legal mail
from Plaintiffs' counsel in this matter.

2) Among them was a document titled "Plaintiffs'
Submission And Proposed Order Regarding Their
Request For A Partially ~~For~~ Anonymous Jury"

3) The document states the Defendants have
agreed to this proposal.

4) I have not agreed to this proposal.

5) The document is dated ~~August 11th~~ October 11th

6) I spoke with Michael Bloch by phone on October
12th, and he made no mention of this.

7) I tried to call Mr. Bloch several times about another matter on October 15th, but his phone rang once each time, and promptly disconnected the call before the acceptance greeting of the Jails phone system could complete.

Having so averred, I sayeth no more under oath.

Respectfully Submitted
Christopher Cantwell   10-16-2021