Christopher Cantrell #1544218A  
c/o Smart Communications/Grady County Oklahoma  
PO Box 4131  
Seminole, FL 33775-4131

Office of the Clerk  
US District Court  
Western District VA  
Charlottesville Division  
255 West Main Street Room 304  
Charlottesville VA 22902

This correspondence is from an inmate at Grady County Law Enforcement Center. GCLEC is not responsible for content.

18 OCT 2021 PM 6 L  
FOREVER USA  
Barn Swallow  
2021 ENERGY ACTION MONTH