Christopher Cantwell #15692185
C/o Sarah's communications Grady County Jail
Po Box 9131
Seminole FL 33775-9131

Office of the Clerk
US District Court
Western District VA
Charlottesville Division
255 West Main Street Room 304
Charlottesville, VA 22902-5058

This correspondence is from an inmate at
Grady County Law Enforcement Center
GCLEC is not responsible for content.