Christopher Cantrell #1546118
c/o Smart Communications- Grady County
PO Box 9131
Seminole FL 33775-9131

*This correspondence is from an inmate at Grady County Law Enforcement Center. GCLEC is not responsible for content.*

Office of the Clerk
US District Court
Western District, VA
Charlottesville Division
255 West Main Street Room 304
Charlottesville, VA 22902

22902-505575