United States District Court for the
Western District of Virginia
Charlottesville Division

Sines, et al, Plaintiffs, vs.
Kessler, et al, Defendants - Civil Case No. 3:17-cv-00072

Defendant's Second and Distinct Objection to Plaintiffs' Exhibits List

Comes now, the Defendant, Christopher Cantwell, and he makes the following objection to Plaintiffs' Exhibits List:

1) As noted in the attached sworn declaration, Cantwell has not seen the Plaintiffs' Exhibits List as of Saturday, October 16th 2021.

2) Cantwell previously objected to the unserved list on October 4th for the simple fact he had not received it in a timely fashion. This Second and Distinct Objection incorporates those arguments by reference herein, but raises a separate and more serious issue regarding the Plaintiffs' still continuing course of conduct.

3) Thanks to their frighteningly cozy relationship with the United States Government, and the current Administration in particular, the Plaintiffs have found it easier to communicate with Cantwell than anyone else in the World. The BOP and US Marshalls personally cater to their whims,

-1-

4) In Plaintiffs' response to Cantwell's prior objection, they detail the proactive intervention in this matter of BOP attorney Ms. Siegevold, whom Cantwell has moved this Court compel to stop obstructing his trial preparations.

5) In the same document, Plaintiffs note the eager cooperation of an unnamed contact with the US Marshalls, who have stripped Cantwell of his legal papers 3 times this year, and will soon do so for a fourth time.

6) As noted in the attached sworn declaration, Cantwell has gotten faxes, phone calls, Zoom invites, and postal mail mail from Plaintiffs, including, perhaps obviously the motion to which he now responds, at Grady County Jail.

7) But for some reason, the Plaintiffs' dear friends in the United States Government just can't seem to get that darn exhibits list delivered, no matter how many times they send it.

8) In addition to the fact that this story is facially implausible, it builds on the Plaintiffs' decision to send all but the most conspicuously select correspondence in this case to an incarcerated man's email address for 14 months, and the obviously untrue innocent explanation for the same.

-2-

9) It likewise builds on the well documented obstructions of Cantwell's trial preparations by their good friends at the BOP.

10) ~~Now~~ Cantwell has twice separately moved this Court to delay this trial, a request vigorously opposed by Plaintiffs' counsel.

11) Now, on a weekend 9 days before trial, as Cantwell dulls one pencil after another responding to what little information has been made available to him by the exceedingly discriminatory tastes of the Plaintiffs, and their good friends in the government, he ponders just how anyone expects him to prepare for trial, with no idea whatsoever what evidence is to be presented.

12) Will the Marshalls have the list waiting on the airplane? Will they pin it to the back of the seat in front of him? Will a flight attendant turn the pages while Cantwell endures the pain of the midevil torture device that is the black box affixed to his handcuffs?

13) Perhaps we can turn the trial into a sort of game show in which Cantwell is chained and gagged in the courtroom, and told to "Blink twice to open door #2" and discover its evidentiary

-3-

contents. Perhaps we could have CNN's Elle Reeve, formerly of HBO fame, open the doors, while Roberta Kaplan's good friend Andrew Cuomo announces "Tell Him What He's Won!"

(4) Cantwell takes minimal comfort in the knowlege that no honest person who reviews the record of this case in the future will be able to conclude it was conducted fairly. Perhaps the Plaintiffs will prevail over law and fact by embodying the ethnic stereotypes they consider it a criminal conspiracy to utter in public, but they will not, in the long term, prevail over truth itself.

(5) For these reasons, the Court should exclude all of the Plaintiffs' trial exhibits.

Respectfully submitted,
Christopher Cantwell  10-16-2021

United States District Court for The
Western District of Virginia
Charlottesville Division

Sines, et al, Plaintiffs vs.
Kessler, et al, Defendants - Civil Case No. 3:17-cv-00072

Sworn Declaration of Christopher Cantwell Regarding Plaintiffs' Continuing Course of Action Which Prevents Him from Viewing Plaintiffs' Witness List

I, Christopher Cantwell, do aver under penalty of perjury on this 16th day of October 2021, that the following is true and correct;

1) My name is Christopher Cantwell, and I am an incarcerated, pro se, indigent, defendant in this case.

2) From June 2nd 2021, to October 5th 2021, I have been confined to the United States Penitentiary at Marion, IL

3) From October 5th to the time of this writing, I have been confined to the Grady County Jail in Oklahoma.

4) Sometime between 10-5 and 10-12, I was summoned for "court" by jail staff. This turned out to be a Zoom call for Michael Bloch's deposition of

Ben Daley. During this day long event, Mr. Bloch and I had the opportunity to speak, and at one point joined a breakout room.

5) On October 12th, I spoke by phone with Michael Bloch.

6) On October 15th, I received a fax in excess of 100 pages from Plaintiffs' Counsel.

7) On October 16th, just after midnight, Grady County Jail staff delivered to me several pieces of legal mail from Plaintiffs' counsel, including their response to my Objections to their ~~witness list~~ Exhibits List.

8) On October 15th I tried to reach Mr. Bloch by phone unsuccessfully several times.

9) As of Saturday October 16th, a weekend just 9 days from trial, I have not recieved an Exhibits list from the Plaintiffs or any other Party to this suit, for that matter.

Having so averred, I sayeth no more under oath.

Respectfully Submitted
Christopher Cantwell 10-16-2021                   C. Cantwell

-2-

Christopher Cantwell
c/o Inmate Communications - Grady County LEC
PO Box 9131
Seminole, FL 33775-9131

This correspondence is from an inmate at Grady County Law Enforcement Center. GCLEC is not responsible for content.

Office of the Clerk
US District Court
Western District VA
Charlottesville Division
255 West Main Street Room 304
Charlottesville, VA 22902