In the United States District Court for the Western District of Virginia
Charlottesville Division

Supplement to Defendant's Objections to Plaintiffs' Witnesses.

Comes now the Defendant, Christopher Cantwell, and, he adds the following to his prior objection to Plaintiffs' Witness List

1) As sworn in the attached Declaration, Cantwell received a printed email from Plaintiffs' Counsel Michael Bloch, from Grady County Jail Staff, just after midnight on October 16th

2) The email offered to make four witnesses available for deposition before trial. Melissa Elliot, Larry Sabato, Sean Webster, and Diane D'Costa.

3) Bloch sets an October 15th deadline to respond to his October 11th email.

4) Cantwell tried unsuccessfully to contact Bloch about other matters on October 15th before getting the printed email.

5) Cantwell previously objected to near all of Plaintiffs' witnesses as being undisclosed, and their depositions improperly noticed.

-1-

6) Cantwell is in the middle of being transported for this trial, hence his temporary housing at the Grady County Jail.

7) Cantwell has consequently been stripped of all his legal papers for the third time this year, and is without the benefit of the Plaintiffs' witness list, or his objection to it for reference.

8) US Marshalls will soon transport Cantwell to Virginia with only hours warning. ~~so arranging Depositions~~

9) Arranging last minute depositions under these circumstances is not reasonably possible, and without some reference material Cantwell would have no idea what to ask these witnesses were he to depose them.

10) Cantwell has moved for a continuance, and the Plaintiffs have opposed it.

11) For these reasons, the Plaintiffs' witnesses should be excluded.

Respectfully Submitted
Christopher Cantwell
10-16-2021

In the United States District Court for the
Western District of Virginia
Charlottesville Division

Sines, et al, Plaintiffs, vs.
Kessler, et al, Defendants - Civil Case No. 3:17-cv-00072

Sworn Declaration of Christopher Cantwell Regarding Plaintiffs' Witness Deposition Availability Notice.

I, Christopher Cantwell, do aver on this 16th Day of October 2021, that the following is true and correct, under penalty of perjury.

1) On October 16th, just after midnight, Grady County Jail Staff delivered to me several pieces of legal mail from plaintiffs' counsel in this matter.

2) Among them was an email printout from Michael Bloch dated October 11th 2021, 2:35pm.

3) In the email, Bloch offers to make third party witnesses Melissa Elliot, Larry Sabato, Sean Webster, and Diana D'Costa available for deposition before trial.

4) Bloch closes by stating the addressee recipients should let him know by October 15th if they seek a deposition with any of the listed witnesses.

-1-

5) I tried to call Mr. Bloch several times about a separate matter on October 15th, and each time the phone rang once, and then promptly disconnected before the acceptance greeting of the Jail's phone system could complete.

Having so averred, I sayeth no more under oath.

Respectfully Submitted,
Christopher Cantwell   10-16-2021

-2-

**From:** Michael Bloch
**Sent:** Monday, October 11, 2021 2:35 PM
**To:** jek318@gmail.com; bryan@bjoneslegal.com; rebrooklaw@gmail.com; David Campbell <dcampbell@dhdgclaw.com>; Richard Spencer <richardbspencer@gmail.com>; richardbspencer@icloud.com; Josh Smith <joshsmith2020@gmail.com>; dillon_hopper@protonmail.com; eli.f.mosley@gmail.com; deplorabletruth@gmail.com; azzmador@gmail.com
**Subject:** Sines v. Kessler

All,

We agree to make the following third-party witnesses available for a deposition before trial:

- Melissa Elliot
- Larry Sabato
- Sean Webster
- Diane D'Costa

This offer is made without waiver of any rights, arguments or privileges. Please let us know by October 15 if you seek a deposition with any of the above witnesses.

**Michael Bloch | Kaplan Hecker & Fink LLP**
Counsel
350 Fifth Avenue | 63rd Floor
New York, New York 10118
(W) 929.367.4573 | (M) 646.398.0345
mbloch@kaplanhecker.com

Y. Stapher Cantwell #15491158
c/o Smart Communications - Grady County
P O Box 9131
Seminole, FL 33775-9131

Office of the Clerk
US District Court
Western District VA
Charlottesville Division
255 West Main Street Room 301
Charlottesville, VA 22902

This correspondence is from an inmate at Grady County Law Enforcement Center. GCLEC is not responsible for content.