Please ignore the printed sides of these pages.

I have not yet been able to purchase lined writing paper at the Central Virginia Regional Jail, and have used blank sides of mail sent to me to write these out.

CLERK'S OFFICE U.S. DIST COURT
AT CHARLOTTESVILLE, VA
FILED

OCT 22 2021

JULIA C. DUDLEY, CLERK
BY: /s/ 
DEPUTY CLERK

In The United States District Court For The Western District of Virginia Charlottesville Division

Sines, et al, Plaintiffs vs.
Kessler, et al, Defendants      Civil Case No. 3:17-cv-00072-NKM

Sworn Declaration of Christopher Cantwell Regarding Conditions En Route to, and at, Central Virginia Regional Jail

I, Christopher Cantwell, do aver under penalty of perjury that the following is true and correct, on this 22nd day of October, 2021

1) On Sunday, October 17th, 2021, Grady County Jail staff in Oklahoma, tested me for coronavirus, indicating I'd imminently be moved. On learning this, I mailed roughly 90 handwritten pages of trial prep to a friend in Virginia.

2) I arrived at Rockingham County Jail on Monday October 18th, where I spent the night.

3) On Tuesday, October 19th I was transferred to Central Virginia Regional Jail.

4) CVRJ gave me one "Flex pen", but no writing paper, envelopes, or stamps.

5) I got family to send me money, and ~~purchased~~ ordered these necessities on Wednesday, October 20th. I was subsequently told they would not be delivered until Tuesday October 26th.

6) Also on Wednesday October 20th, I was summoned by CVRJ staff to sign paperwork related to the Prison Rape Elimination Act. While I was in the hallway signing those papers, another officer instructed me to follow her for "court".

7) The officer placed me in a holding cell, then another officer gave me a sheet of paper stating the case I was about to attend was USA v. Christopher Cantwell.

8) The case turned out to be Sines v. Kessler, and I was invited by Judge Moon to defend ECF numbers by citing case law.

9) Totally unprepared, I attempted to recite my limited recollection of the issues, but was cut off by Judge Moon, and made to understand that my argument would not be well received.

10) I restated my motions to continue, reopen discovery, and extend trial deadlines, citing plaintiffs 19 month failure to correspond with me during my incarceration, and the subsequent obstructions of my trial preparations. All of which were met with little concern by Judge Moon.

10) I subsequently submitted a written staff request seeking computer resources to view evidence, and/or typewriters to produce documents, at CVRJ.

11) On October 21, my friend got the trial prep I mailed her, and she called the jail to see if she could drop it off instead of waiting for the mail.

12) Also on October 21, I submitted a written staff request to the Captain, seeking his approval to have two books on civil trial procedure sent to the CVRJ.

—1—

13) Also on October 19, 2021, CVRJ Staff told me to "call your lawyer" and handed me a note with Plaintiffs' counsel Michael Bloch's name and phone number, and instructions to call between 3:00 and 3:30 pm.

14) I attempted to call Mr. Bloch four times in that time frame, but did not get through.

15) At 4:30 PM CVRJ Staff again told me "call your lawyer".

16) This time I reached Mr. Bloch at the bargain price of $0.21 per minute.

17) Mr. Bloch expected I'd have heard about a court order that day, and that I'd have received a copy of the docket, from which I was to request documents from within a comically limited time frame.

18) I had heard of no such order, and at the time of this writing, I have not seen the docket since January of 2020.

19) Mr. Bloch asked me to call him back, while he made efforts to contact the Jail and the Marshalls.

20) While I was on the phone with Mr. Bloch at 7:00pm on 10-21-2021, CVRJ Staff summoned me for "Legal Mail".

21) CVRJ Staff provided me with copies of ECF numbers 1196, 1212, 1217, 1190, 1191, 1195, 1194, 1216, 1215, 1197, 1188, as well as a notice of witness subpoena for Michael Sean Webster, and a document titled "Joint Evidentiary Stipulations" which falsely states I agreed to stipulate to the authenticity and admissibility of material I have never seen and have objected to on those grounds.

22) I have not the vaguest idea who Michael Sean Webster is, which is just as well, since Mr. Bloch informs me the Plaintiffs have already withdrawn the subpoena

-2-

23) Mr. Blockhamer delivered a copy of the docket to the jail, but jail staff told me he has to speak to a Major to use the fax machine, and refused to give me the docket.

24) An Exhibits list was not among the pages delivered to me on October 21.

25) As of 7:15 am October 22nd, I still have not seen any motions in limine, save for my own. Nor have I seen witness or Exhibits lists from my codefendants.

26) I possess none of the papers I was sent at Stafford, Tallahatchie, USP Marion, or Grady County Oklahoma.

27) A USB Drive was included in the 10-21 legal mail, but I am not allowed to ~~possess~~ possess it here, and await word from the Captain on if and how I am to view its contents.

28) I do not possess the discovery plaintiffs sent me in April of 2021.

29) I am so unprepared for trial that I have written this declaration on the blank side of mail that was sent by the plaintiffs, because the lined writing paper I ordered the day after I got here, is not scheduled to arrive until a day after trial begins.

30) My complaints about this are hardly new. I have been updating the court constantly ever since I discovered the Plaintiffs' misconduct in March of 2021. I have had no opportunity to cure the backlog created by their failure to correspond with me for 14 months, and even had that backlog not been created, circumstances since then, beyond my control, have made even normal trial prep impossible.

Having so averred, I sayeth no more, under oath.

Respectfully submitted, -Christopher Cantwell -10-22-2021