# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

**Elizabeth Sines, et al**

vs.

**Jason Kessler, et al**

Action No:   3:17CV72
Date:   October 22, 2021
Judge:   Norman K. Moon
Court Reporter:   Lisa Blair
Deputy Clerk:   Heidi Wheeler

Plaintiff Attorney(s)

In Person:
Karen Dunn
Roberta Kaplan
Michael Bloch
Giovanni Sanchez
Jessica Phillips
David Mills
Alan Levine
Raymond Tolentino

By: Zoom
Makiko Hiromi
Nick Butto
Emily Cole

Defendant Attorney(s)

By: Zoom
James Kolenich
Josh Smith
David Campbell
Bryan Jones
William ReBrook
Richard Spencer, pro se

In Person:
Christopher Cantwell, pro se

## LIST OF WITNESSES

PLAINTIFF/GOVERNMENT:

1.

DEFENDANT:

1.

PROCEEDINGS:
FINAL PRETRAIL CONFERENCE AND MOTION HEARING 10:10-11:30=1hr 20 min
11:38-1:25= 1hr 47min Total: 3hr 7min

Court gives outline for proceeding today. Court will be hearing and motions and working on trial and jury selections protocols.

Court and parties address preliminary strikes for cause.

Motion to Modify Judge Hoppe's Order argued by Mr. Tolentino. Response by Mr. Campbell.

Motion to excluded testimony of Davis argued by Ms. Hiromi. Response by Mr. ReBrook.

Defense counsel Smith makes motion to preclude mention of certain terms. Ms. Kaplan responds. Mr. Cantwell objects. Remarks by Court.

Arguments regarding Heaphy Report by Smith. Mr. Tolentino responds.

Mr. Spencer addresses exhibit lists.
Mr. Smith addresses exhibits.

Basic jury procedures addressed.

Mr. Cantwell speaks to data.

Mr. Cantwell moves to continue by 12 months. Continued arguments regarding documents.

Court goes over the voir dire panels and procedures. Times- 9:30 on Monday and Tuesday and then at 9:00 on trial days.

Court will break on Veterans day during trial.

Further selection process and procedures addressed.

Court adjourns.

Time in Court: