**KAPLAN HECKER & FINK LLP**

350 FIFTH AVENUE | 63RD FLOOR
NEW YORK, NEW YORK 10118
TEL (212) 763-0883 | FAX (212) 564-0883
WWW.KAPLANHECKER.COM

DIRECT DIAL    (212) 763-0883
DIRECT EMAIL  rkaplan@kaplanhecker.com

October 23, 2021

**BY ECF**

The Honorable Norman K. Moon
United States District Court
Western District of Virginia
255 West Main Street
Charlottesville, VA 22902

          Re:     *Sines et al. v. Kessler et al.*, No. 3:17-cv-00072 (NKM) (JCH)

Dear Judge Moon:

      Plaintiffs write concerning the repeated complaints of Defendant Christopher Cantwell about his lack of access to documents and pleadings in this case as a result of his incarceration, including statements made by Mr. Cantwell yesterday at the final pretrial conference and continuing in a series of new submissions docketed today. *See, e.g.*, ECF Nos. 1056, 1063, 1084, 1098–99, 1102, 1109–10, 1122, 1159–60, 1162, 1253–57, 1261–63, 1273, 1290. This situation, as Your Honor has noted, is exacerbated by the fact that Mr. Cantwell is proceeding *pro se*. *See, e.g.*, ECF No. 1273. While Plaintiffs remain adamant that any further delay would be extremely prejudicial given the fact that this case was filed four years ago, jury questionnaires have already been sent out, and many parties, counsel, and witnesses are already in or on their way to Charlottesville, *see, e.g.*, ECF Nos. 1108, 1113, 1196, Plaintiffs are also aware that Mr. Cantwell likely will continue to assert these arguments, which could complicate the issues on appeal.

      As a result, Plaintiffs have concluded that the best way to resolve the tension between the need to proceed to trial and Mr. Cantwell's due-process arguments would be for the Court to sever Plaintiffs' claims against Mr. Cantwell from their claims against the other Defendants in this case pursuant to Rule 21 of the Federal Rules of Civil Procedure. *See* Fed R. Civ. P. 21; *see Lee v. Jones*, No. 1:14-CV-04159-JMC, 2015 WL 3767347, at *3 (D.S.C. June 17, 2015) ("A court severing claims against parties to a suit under Rule 21 has 'virtually unfettered discretion in determining whether or not severance is appropriate.'" (citation omitted)); *see also Mendez v. Leu*, No. 7:20-CV-00046, 2020 WL 534531, at *2 (W.D. Va. Feb. 3, 2020) (Moon, J.) (pre-trial severance is proper to "serve the interests of the parties and the interests of justice"); *Gregory v. FedEx Ground Package Sys., Inc.*, No. 2:10CV630, 2012 WL 2396873, at *10 (E.D. Va. May 9, 2012) (Rule 21 provides "broad discretion to structure cases in a manner that promotes fairness to

KAPLAN HECKER & FINK LLP

2

the parties, trial convenience, and the efficient administration of justice"). That way, Plaintiffs can proceed to trial on Monday as scheduled and Mr. Cantwell can have additional time to prepare. Should the Court grant Plaintiffs' request, Plaintiffs would proceed with trial against Mr. Cantwell at a later date which we believe would be much shorter in length and could potentially take place after Mr. Cantwell is no longer incarcerated. If the Court decides to sever Plaintiffs' claims against Mr. Cantwell, Plaintiffs would request that they be able to designate portions of Mr. Cantwell's video deposition testimony to be played at trial against the remaining Defendants.

Given the circumstances, Plaintiffs respectfully ask that the Court decide this issue before the beginning of jury selection on Monday, October 25, 2021.

Very truly yours,

Roberta A. Kaplan

KAPLAN HECKER & FINK LLP

3

Of Counsel:

Roberta A. Kaplan (*pro hac vice*)
Michael L. Bloch (*pro hac vice*)
Yotam Barkai (*pro hac vice*)
Alexandra K. Conlon (*pro hac vice*)
KAPLAN HECKER & FINK LLP
350 Fifth Avenue, Suite 7110
New York, NY 10118
Telephone: (212) 763-0883
rkaplan@kaplanhecker.com
mbloch@kaplanhecker.com
ybarkai@kaplanhecker.com
aconlon@kaplanhecker.com

Robert T. Cahill (VSB 38562)
COOLEY LLP
11951 Freedom Drive, 14th Floor
Reston, VA 20190-5656
Telephone: (703) 456-8000
Fax: (703) 456-8100
rcahill@cooley.com

David E. Mills (*pro hac vice*)
Joshua M. Siegel (VSB 73416)
COOLEY LLP
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004
Telephone: (202) 842-7800
Fax: (202) 842-7899
dmills@cooley.com
jsiegel@cooley.com

Karen L. Dunn (*pro hac vice*)
Jessica Phillips (*pro hac vice*)
William A. Isaacson (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC 20006-1047
Telephone: (202) 223-7300
Fax: (202) 223-7420
kdunn@paulweiss.com
jphillips@paulweiss.com
wisaacson@paulweiss.com

Alan Levine (*pro hac vice*)
COOLEY LLP
55 Hudson Yards
New York, NY 10001
Telephone: (212) 479-6260
Fax: (212) 479-6275
alevine@cooley.com

J. Benjamin Rottenborn (VSB 84796)
WOODS ROGERS PLC
10 South Jefferson St., Suite 1400
Roanoke, VA 24011
Telephone: (540) 983-7600
Fax: (540) 983-7711
brottenborn@woodsrogers.com

*Counsel for Plaintiffs*

KAPLAN HECKER & FINK LLP

4

## CERTIFICATE OF SERVICE

I hereby certify that on October 23, 2021, I served the following via electronic mail:

Elmer Woodard
5661 US Hwy 29
Blairs, VA 24527
isuecrooks@comcast.net

James E. Kolenich
Kolenich Law Office
9435 Waterstone Blvd. #140
Cincinnati, OH 45249
jek318@gmail.com

*Counsel for Defendants Jason Kessler, Nathan Damigo, and Identity Europa, Inc. (Identity Evropa)*

Bryan Jones
106 W. South St., Suite 211
Charlottesville, VA 22902
bryan@bjoneslegal.com

*Counsel for Defendants Michael Hill, Michael Tubbs, and League of the South*

Joshua Smith
Smith LLC
807 Crane Avenue
Pittsburgh, PA 15216-2079
joshsmith2020@gmail.com

*Counsel for Defendants Matthew Parrott, Traditionalist Worker Party and Matthew Heimbach*

David L. Campbell
Justin Saunders Gravatt
Duane, Hauck, Davis & Gravatt, P.C.
100 West Franklin Street, Suite 100
Richmond, VA 23220
dcampbell@dhdglaw.com
jgravatt@dhdglaw.com

*Counsel for Defendant James A. Fields, Jr.*

William Edward ReBrook, IV
The ReBrook Law Office
6013 Clerkenwell Court
Burke, VA 22015
edward@rebrooklaw.com

*Counsel for Defendants Jeff Schoep, National Socialist Movement, Nationalist Front, Matthew Parrott, Traditionalist Worker Party and Matthew Heimbach*

KAPLAN HECKER & FINK LLP

5

   I hereby certify that on October 23, 2021, I also served the following via mail and electronic mail:

Richard Spencer
richardbspencer@icloud.com
richardbspencer@gmail.com

Christopher Cantwell
Christopher Cantwell 00991-509
Central Virginia Regional Jail
13021 James Madison Hwy
Orange, VA 22960

Vanguard America
c/o Dillon Hopper
dillon_hopper@protonmail.com

Robert "Azzmador" Ray
azzmador@gmail.com

Elliott Kline a/k/a Eli Mosley
eli.f.mosley@gmail.com
deplorabletruth@gmail.com
eli.r.kline@gmail.com

                 _____
                 Roberta Kaplan (*pro hac vice*)
                 KAPLAN HECKER & FINK LLP

                 Counsel for Plaintiffs