PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

2001 K STREET, NW
WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300

LLOYD K. GARRISON  (1946-1991)
RANDOLPH E. PAUL  (1946-1956)
SIMON H. RIFKIND  (1950-1995)
LOUIS S. WEISS  (1927-1950)
JOHN F. WHARTON  (1927-1977)

WRITER'S DIRECT DIAL NUMBER

(202) 223-7308

WRITER'S DIRECT FACSIMILE

(202) 379-4217

WRITER'S DIRECT E-MAIL ADDRESS

kdunn@paulweiss.com

1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6064
TELEPHONE (212) 373-3000

UNIT 5201, FORTUNE FINANCIAL CENTER
5 DONGSANHUAN ZHONGLU
CHAOYANG DISTRICT, BEIJING 100020, CHINA
TELEPHONE (86-10) 5828-6300

SUITES 3601 – 3606 & 3610
36/F, GLOUCESTER TOWER
THE LANDMARK
15 QUEEN'S ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, UNITED KINGDOM
TELEPHONE (44 20) 7367 1600

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101

TORONTO-DOMINION CENTRE
77 KING STREET WEST, SUITE 3100
P.O. BOX 226
TORONTO, ONTARIO M5K 1J3
TELEPHONE (416) 504-0520

500 DELAWARE AVENUE, SUITE 200
POST OFFICE BOX 32
WILMINGTON, DE 19899-0032
TELEPHONE (302) 655-4410

PARTNERS RESIDENT IN WASHINGTON

JUSTIN ANDERSON                    MARK F MENDELSOHN
J. STEVEN BAUGHMAN                 JANE B. O'BRIEN
CRAIG A. BENSON                    JESSICA E. PHILLIPS
JOSEPH J. BIAL                     JEANNIE S. RHEE
KAREN L. DUNN                      CHARLES F. "RICK" RULE
KENNETH A. GALLO                   KANNON K. SHANMUGAM
ROBERTO J. GONZALEZ                JULIA TARVER MASON WOOD
WILLIAM A. ISAACSON

PARTNERS NOT RESIDENT IN WASHINGTON

MATTHEW W. ABBOTT*        DANIEL J. KRAMER*
EDWARD T. ACKERMAN*       BRIAN KRAUSE*
JACOB A. ADLERSTEIN*      CAITH KUSHNER*
ALLAN J. ARFFA*           DAVID K. LAKHDHIR
JONATHAN H. ASHTOR*       GREGORY F. LAUFER*
ROBERT A. ATKINS*         BRIAN C. LAVIN*
SCOTT A. BARSHAY*         XIAOYU GREG LIU*
PAUL M. BASTA*            RANDY LUSKEY**
LYNN B. BAYARD*           LORETTA E. LYNCH*
BRUCE BIRENBOIM*          JEFFREY D. MARELL*
H. CHRISTOPHER BOEHNING*  MARCO V. MASOTTI*
BRIAN BOLIN*              DAVID W. MAYO*
ANGELO BONVINO*           ELIZABETH R. MCCOLM*
ROBERT A. BRITTON*        JEAN M. MCLOUGHLIN*
DAVID W. BROWN*           ALVARO MEMBRILLERA*
WALTER BROWN**            CLAUDINE MEREDITH-GOUJON*
SUSANNA M. BUERGEL*       WILLIAM B. MICHAEL*
JESSICA S. CAREY*         JUDIE NG SHORTELL*
DAVID CARMONA*            CATHERINE NYARADY*
GEOFFREY R. CHEPIGA*      BRAD R. OKUN*
ELLEN N. CHING*           LINDSAY B. PARKS*
WILLIAM A. CLAREMAN*      ANDREW M. PARLEN
LEWIS R. CLAYTON*         DANIELLE C. PENHALL*
YAHONNES CLEARY*          CHARLES J. PESANT*
JAY COHEN                 AUSTIN POLLET**
KELLEY A. CORNISH*        VALERIE E. RADWANER*
CHRISTOPHER J. CUMMINGS*  JEFFREY J. RECHER*
THOMAS V. DE LA BASTIDE III*  CARL L. REISNER*
MEREDITH DEARBORN*        LORIN L. REISNER*
ARIEL J. DECKELBAUM*      WALTER G. RICCIARDI*
ALICE BELISLE EATON*      RICHARD A. ROSEN*
ANDREW J. EHRLICH*        ANDREW N. ROSENBERG*
GREGORY A. EZRING*        JUSTIN ROSENBERG*
ROSS A. FIELDSTON*        JACQUELINE P RUBIN*
ANDREW C. FINCH           RAPHAEL M. RUSSO*
BRAD J. FINKELSTEIN*      ELIZABETH M. SACKSTEDER*
BRIAN P. FINNEGAN*        JEFFREY D. SAFERSTEIN*
ROBERTO FINZI             JEFFREY B. SAMUELS*
PETER E. FISCH*           KENNETH M. SCHNEIDER*
HARRIS FISCHMAN*          ROBERT B. SCHUMER*
ANDREW J. FOLEY*          JOHN M. SCOTT*
HARRIS B. FREIDUS*        BRIAN SCRIVANI*
VICTORIA S. FORRESTER*    KYLE T. SEIFRIED*
CHRISTOPHER D. FREY*      AUDRA J. SOLOWAY*
MANUEL S. FREY*           CULLEN L. SINCLAIR*
ANDREW L. GAINES*         SCOTT M. SONTAG*
MICHAEL E. GERTZMAN*      SARAH STASNY*
ADAM M. GIVERTZ*          TARUN M. STEWART*
SALVATORE GOGLIORMELLA*   AIDAN SYNNOTT*
NEIL GOLDMAN*             BRETTE TANNENBAUM*
MATTHEW B. GOLDSTEIN*     RICHARD C. TARLOWE*
CATHERINE L. GOODALL*     DAVID TARR*
CHARLES H. GOOGE, JR.*    MONICA K. THURMOND*
ANDREW G. GORDON*         DANIEL J. TOAL*
BRIAN S. GRIEVE*          LAURA C. TURANO*
UDI GROFMAN*              CONRAD VAN LOGGERENBERG*
NICHOLAS GROOMBRIDGE*     KRISHNA VEERARAGHAVAN*
BRUCE A. GUTENPLAN*       JEREMY M. VEIT*
MELINDA HAAG              LIZA M. VELAZQUEZ*
ALAN S. HALPERIN*         MICHAEL VOGEL*
CLAUDIA HAMMERMAN*        RAMY J. WAHBEH*
BRIAN S. HERMANN*         JOHN WEBER*
JOSHUA HILL*              LAWRENCE G. WEE*
MICHELE HIRSHMAN*         THEODORE V. WELLS, JR.
JARRETT R. HOFFMAN*       LINDSEY L. WIERSMA*
ROBERT E. HOLO*           STEVEN J. WILLIAMS*
DAVID S. HUNTINGTON*      LAWRENCE I. WITDORCHIC*
AMRAN HUSSEIN*            AUSTIN WITT*
LORETTA A. IPPOLITO*      MARK B. WLAZLO*
JAREN JANGHORBANI*        ADAM WOLLSTEIN*
BRIAN M. JANSON*          JENNIFER H. WU*
JEH C. JOHNSON            BETTY YAP*
BRAD S. KARP*             JORDAN E. YARETT*
PATRICK N. KARSNITZ*      KAYE N. YOSHINO*
JOHN C. KENNEDY*          TONG YU*
BRIAN KIM*                TRACEY A. ZACCONE*
KYLE J. KIMPLER*          TAURIE M. ZEITZER*
ALEXIA D. KORBERG*        T. ROBERT ZOCHOWSKI, JR.*
ALAN W. KORNBERG

*NOT AN ACTIVE MEMBER OF THE DC BAR
*ADMITTED ONLY TO THE CALIFORNIA BAR

October 24, 2021

**BY ECF**

The Honorable Norman K. Moon
United States District Court
Western District of Virginia
255 West Main Street
Charlottesville, VA 22902

Re: *Sines et al. v. Kessler et al.*, No. 3:17-cv-00072 (NKM) (JCH)

Dear Judge Moon:

      Plaintiffs write concerning the preliminary jury instructions that the Court intends to give to the jury before the commencement of trial. On October 22, 2021, during the final pretrial conference, the Court directed Plaintiffs to submit a proposed list of preliminary instructions that are, in Plaintiffs' view, particularly important. Tr. of Pretrial Hr'g at 95-96, *Sines v. Kessler*, No. 3:17-cv-72 (W.D. Va. Oct. 22, 2021). In accordance with that order, Plaintiffs respectfully request that the Court give the preliminary instructions set forth in Exhibit A.

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

2

The proposed preliminary instructions touch on two substantive areas that will be particularly helpful for the jury: (1) instructions on general principles of conspiracy law, and (2) instructions concerning the evidentiary sanctions the Court has granted, including the evidentiary sanctions Judge Hoppe recently granted against Defendant Matthew Heimbach, ECF No. 1295.  As various judicial resources recognize, jurors can deal more effectively with evidence in a lengthy trial if they are provided with a legal framework to give structure to what they see and hear.  *E.g.*, Manual for Complex Litigation § 12.432, at 154-55 (4th ed. 2004).

In this case, instructing the jury on basic principles of conspiracy law would be particularly helpful, as the existence of—and Defendants' membership in—the alleged conspiracy will be one of the central issues the jurors must decide.[1]  Each of Plaintiffs' proposed instructions is modeled on an instruction which Your Honor has given in other cases that involved conspiracy allegations.  Exhibit A and accompanying citations.

In addition, the proposed preliminary instructions concerning evidentiary sanctions are relevant to the jury's understanding of Plaintiffs' presentation of the case. Consistent with the Court's orders, and as Defendants themselves have recognized, these instructions are carefully tailored to explain the meaning of the Court-imposed sanctions while avoiding any potential spillover effects.  Tr. of Motion Hr'g at 8-9, *Sines v. Kessler*, No. 3:17-cv-72 (W.D. Va. Oct. 18, 2021).

Very truly yours,

Karen L. Dunn

---

[1] In the interest of streamlining the Court's preliminary address to the jury, Plaintiffs have not proposed preliminary instructions on the substantive elements of Plaintiffs' claims.  However, Plaintiffs respectfully reserve the right to propose preliminary instruction on those elements if the Court deems it appropriate to instruct the jury on those issues.

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Of Counsel:

Roberta A. Kaplan (*pro hac vice*)
Michael L. Bloch (*pro hac vice*)
Yotam Barkai (*pro hac vice*)
Alexandra K. Conlon (*pro hac vice*)
KAPLAN HECKER & FINK LLP
350 Fifth Avenue, Suite 7110
New York, NY 10118
Telephone: (212) 763-0883
rkaplan@kaplanhecker.com
mbloch@kaplanhecker.com
ybarkai@kaplanhecker.com
aconlon@kaplanhecker.com

Karen L. Dunn (*pro hac vice*)
Jessica Phillips (*pro hac vice*)
William A. Isaacson (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
2001 K Street, NW
Washington, DC 20006-1047
Telephone: (202) 223-7300
Fax: (202) 223-7420
kdunn@paulweiss.com
jphillips@paulweiss.com
wisaacson@paulweiss.com

Robert T. Cahill (VSB 38562)
COOLEY LLP
11951 Freedom Drive, 14th Floor
Reston, VA 20190-5656
Telephone: (703) 456-8000
Fax: (703) 456-8100
rcahill@cooley.com

Alan Levine (*pro hac vice*)
COOLEY LLP
55 Hudson Yards
New York, NY 10001
Telephone: (212) 479-6260
Fax: (212) 479-6275
alevine@cooley.com

David E. Mills (*pro hac vice*)
Joshua M. Siegel (VSB 73416)
COOLEY LLP
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004
Telephone: (202) 842-7800
Fax: (202) 842-7899
dmills@cooley.com
jsiegel@cooley.com

J. Benjamin Rottenborn (VSB 84796)
WOODS ROGERS PLC
10 South Jefferson St., Suite 1400
Roanoke, VA 24011
Telephone: (540) 983-7600
Fax: (540) 983-7711
brottenborn@woodsrogers.com

*Counsel for Plaintiffs*

4

## CERTIFICATE OF SERVICE

I hereby certify that on October 24, 2021, I served the following via electronic mail:

Elmer Woodard
5661 US Hwy 29
Blairs, VA 24527
isuecrooks@comcast.net

James E. Kolenich
Kolenich Law Office
9435 Waterstone Blvd. #140
Cincinnati, OH 45249
jek318@gmail.com

*Counsel for Defendants Jason Kessler, Nathan Damigo, and Identity Europa, Inc. (Identity Evropa)*

Bryan Jones
106 W. South St., Suite 211
Charlottesville, VA 22902
bryan@bjoneslegal.com

*Counsel for Defendants Michael Hill, Michael Tubbs, and League of the South*

Joshua Smith
Smith LLC
807 Crane Avenue
Pittsburgh, PA 15216-2079
joshsmith2020@gmail.com

*Counsel for Defendants Matthew Parrott, Traditionalist Worker Party and Matthew Heimbach*

David L. Campbell
Justin Saunders Gravatt
Duane, Hauck, Davis & Gravatt, P.C.
100 West Franklin Street, Suite 100
Richmond, VA 23220
dcampbell@dhdglaw.com
jgravatt@dhdglaw.com

*Counsel for Defendant James A. Fields, Jr.*

William Edward ReBrook, IV
The ReBrook Law Office
6013 Clerkenwell Court
Burke, VA 22015
edward@rebrooklaw.com

*Counsel for Defendants Jeff Schoep, National Socialist Movement, Nationalist Front, Matthew Parrott, Traditionalist Worker Party and Matthew Heimbach*

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

    I hereby certify that on October 24, 2021, I also served the following via mail and electronic mail:

Richard Spencer
richardbspencer@icloud.com
richardbspencer@gmail.com

Christopher Cantwell
Christopher Cantwell 00991-509
Central Virginia Regional Jail
13021 James Madison Hwy
Orange, VA 22960

Vanguard America
c/o Dillon Hopper
dillon_hopper@protonmail.com

Robert "Azzmador" Ray
azzmador@gmail.com

Elliott Kline a/k/a Eli Mosley
eli.f.mosley@gmail.com
deplorabletruth@gmail.com
eli.r.kline@gmail.com

Karen L. Dunn