In The United States District Court for the
Western District of Charlottesville Division

FILED IN OPEN COURT
DATE: 10/25/21
DEPUTY CLERK

Sines, et al, Plaintiffs us.
Kessler, et al, Defendants — Civil Case No. 3:17-CV-0072

Sworn Declaration of Christopher Cantwell
Regarding Plaintiffs' Weekend Service of
Their Motion To Sever.

I, Christopher Cantwell, do aver on this 23rd
day of October, 2021, that the following is
true and correct, under penalty of perjury.

1) My name is Christopher Cantwell, and I am
an indigent, incarcerated, pro se Defendant in
the above styled case.

2) Following the October 22nd settlement conference
I began to prepare for the October 25th trial
date, as best as I could, with the comically
limited resources at my disposal.

3) On the afternoon of October 23rd, a staff
member at the Central Virginia Regional Jail
instructed me to call Plaintiffs' Counsel,
"Charlett Carlson" [sic].

4) A phone did not become available until after
count cleared at 6:30 pm, at which point
I called Ms. Carlson.

5) Michael Bloch answered the phone.

6) Mr. Bloch asked me if I had seen either of the letters he had filed with the Court that day.

7) Amused, I replied in the negative.

8) Mr. Bloch offered to read the amended letter out loud to me over the phone. He did so, and paused to let me note the case numbers cited.

9) Mr. Bloch then read to me Mr. Kolenich's response, again pausing so I could note citations.

10) I thanked Mr. Bloch for providing me this information, and we ended the call with a joke and a chuckle.

11) My trial preparations rendered impossible by the cognitive and emotional toll of this new information, I put my papers away, and began pacing the floor.

Having so averred, I sayeth no more, under Oath.

Respectfully Submitted,
Christopher Cantwell
10-23-2021