FILED IN OPEN COURT
DATE: 10/25/21
[signature]
DEPUTY CLERK

In The United States District Court For The Western District of Virginia
Charlottesville Division

Sines, et al, Plaintiffs vs.
Kessler, et al, Defendants — Civil Case No. 3:17-cv-00072

Sworn Declaration of Christopher Cantwell Regarding Exclusion From Jury Selection Preparations

I, Christopher Cantwell, do aver under perjury penalty that the following is true and correct, on this 23rd Day of October 2021.

1) My name is Christopher Cantwell, and I am an incarcerated, indigent, pro se Defendant in this case.

2) On October 5th, 2021, I was transported from USP Marion, in Illinois, to the Grady County Jail in Oklahoma.

3) On October 18th, I was transported from Grady County, Oklahoma, to the Middle River Regional Jail in Rockingham County, Virginia.

4) On October 19th I was transported from Rockingham County to the Central Virginia Regional Jail in Orange, Virginia.

5) During each of those transportations, I was stripped of all my property, given only hours notice, and not told where I was going.

6) On October 16th, just after midnight, Grady County Jail staff delivered to me a document from the Plaintiffs in this case, which purported to have reached an agreement between all parties in this case, regarding a partially anonymized jury.

7) Since I had not, in fact, agreed to this proposal, I promptly wrote to inform the Court of this falsehood.

8) On October 22nd I attended a pretrial conference, and informed the court verbally that I had not agreed to this proposal.

9) Jury selection continued all the same, and I was given three binders containing hundreds of anonymized jury questionaires, to look up in real time, as my well prepared adversaries sought any excuse they could to exclude Fox News viewers and conservative radio listeners.

10) After this process had completed, I was told by the Marshals that I had until 4:30pm to screen all potential jurors, and review the 12,000 files provided to me that morning on an encrypted hard drive.

11) When the Marshals asked me if that was okay, I said "I'm not trying to be a smartass, but theres no way I can finish this by 4:30pm".

-2-

12) Seeing jury selection as the more imminent challenge, I set to work on the binders, which the Marshals subsequently locked me in a holding cell with.

13) I started with Juror 150.

14) When the Central Virginia ~~Regina~~ Regional Jail transport team arrived, I was reviewing Juror 210.

15) I was prohibited by Court order from taking the material with me, and could not stay at the Courthouse any longer.

16) During the Pretrial Conference I was provided with a large volume of papers by Plaintiffs' counsel, and the Court. The volume was of such significance, that Captain Hoffman at the CVRJ hesitated to let me bring all of it back to my housing unit. I pleaded with him, noting that I had yet to discover the contents to determine their significance, and he granted me permission.

17) In my review of these papers, I found four Court orders pertaining to the jury selection process, which had issued between October 7th and October 19th: 1172, 1204, 1252, and 1260.

18) I saw these orders for the first time on October 23rd 2021.

-3-

19) Intentionally left blank.

Having so averred, I sayeth no more, under oath.

Respectfully submitted,
Christopher Cantwell
10-23-2021

*[signature]*