# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION

### CIVIL MINUTES – JURY TRIAL
Day One

**Case No.: 3:17CV72**          **Date: 10/25/2021**

| | |
|---|---|
| **Elizabeth Sines, et al**<br>Plaintiff(s)<br><br>v.<br><br>**Jason, Kessler, et al**<br>Defendant(s) | Counsel: Roberta Kaplan, Karen Dunn, Alan Levine, Ramond Tolentino, Giovanni Sanchez, William Issacson, David Mills , Jessica Phillips, Michael Bloch, Renato Stabile<br><br>Counsel: James Kolenich, David Campbel, Joshua Smith, Bryan Jones, William Rebrook, Richard Spencer pro se, Christopher Cantwell, pro se<br><br>Names |

PRESENT:    JUDGE:           Norman K. Moon            TIME IN COURT: 9:30-9:45=15min; 10:00-11:25=1hr 25min; 11:30-1:00=1hr 30min; 2:10-3:00=50min; 3:10-3:35=25min; 3:45-6:00=2hrs 15min; 6:10-6:45=35min Total 7hrs 5 min
            Deputy Clerk:       Heidi N. Wheeler/Susan Moody
            Court Reporter:     Lisa Blair

### LIST OF WITNESSES

| PLAINTIFF | DEFENDANT |
|---|---|
| 1. | 1. |

PROCEEDINGS:
    12 jurors in Panel One, 14 Jurors on Panel Two  present and sworn on Voir Dire
    5 jurors struck for cause and excused by Court in Panel One. 8 jurors struck for Cause and excused by Court in Panel Two
    3 jurors struck by Plaintiff in Panel One, No jurors struck by Plaintiff in Panel Two.
    1 juror struck by Defendant in Panel One. 1 juror struck by Defendant in Panel Two.
    3 Jurors selected from Panel One. 5 possible Jurors selected from Panel Two. Remaining jurors discharged.

Additional Information:
Motion addressed re: Severance of Defendant Cantwell. Mr. Cantwell opposes request. Ms. Kaplan responds.
Motion denied.

Jury selection process begins. Each panel sworn the brought into the courtroom one juror at a time for questions.

Court resumes with further jury selection tomorrow at 9:00 a.m.