## **PRELIMINARY INSTRUCTION #X: JUDICIAL NOTICE**

During the course of this case, I am instructing you to accept as conclusive the fact that Jason Kessler obtained a permit from the City of Charlottesville to hold a Rally at Emancipation Park on August 12, 2017.