**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

2001 K STREET, NW
WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300

LLOYD K. GARRISON  (1946-1991)
RANDOLPH E. PAUL  (1946-1956)
SIMON H. RIFKIND  (1950-1995)
LOUIS S. WEISS  (1927-1950)
JOHN F. WHARTON  (1927-1977)

WRITER'S DIRECT DIAL NUMBER
(202) 223-7308

WRITER'S DIRECT FACSIMILE
(202) 379-4217

WRITER'S DIRECT E-MAIL ADDRESS
kdunn@paulweiss.com

1285 AVENUE OF THE AMERICAS
NEW YORK, NY 10019-6064
TELEPHONE (212) 373-3000

UNIT 5201, FORTUNE FINANCIAL CENTER
5 DONGSANHUAN ZHONGLU
CHAOYANG DISTRICT, BEIJING 100020, CHINA
TELEPHONE (86-10) 5828-6300

SUITES 3601 – 3606 & 3610
36/F, GLOUCESTER TOWER
THE LANDMARK
15 QUEEN'S ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, UNITED KINGDOM
TELEPHONE (44 20) 7367 1600

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101

TORONTO-DOMINION CENTRE
77 KING STREET WEST, SUITE 3100
P.O. BOX 226
TORONTO, ONTARIO M5K 1J3
TELEPHONE (416) 504-0520

500 DELAWARE AVENUE, SUITE 200
POST OFFICE BOX 32
WILMINGTON, DE 19899-0032
TELEPHONE (302) 655-4410

PARTNERS RESIDENT IN WASHINGTON
JUSTIN ANDERSON                    MARK F. MENDELSOHN
J. STEVEN BAUGHMAN                 JANE B. O'BRIEN
CRAIG A. BENSON                    JESSICA E. PHILLIPS
JOSEPH J. BIAL                     JEANNIE S. RHEE
KAREN L. DUNN                      CHARLES F. "RICK" RULE
KENNETH A. GALLO                   KANNON K. SHANMUGAM
ROBERTO J. GONZALEZ                JULIA TARVER MASON WOOD
WILLIAM A. ISAACSON

PARTNERS NOT RESIDENT IN WASHINGTON
MATTHEW W. ABBOTT*                 DANIEL J. KRAMER*
EDWARD T. ACKERMAN*                BRIAN KRAUSE*
JACOB A. ADLERSTEIN*               CAITH KUSHNER*
ALLAN J. ARFFA*                    DAVID K. LAKHDHIR
JONATHAN H. ASHTOR*                GREGORY F. LAUFER*
ROBERT A. ATKINS*                  BRIAN C. LAVIN*
SCOTT A. BARSHAY*                  XIAOYU GREG LIU*
PAUL M. BASTA*                     RANDY LUSKEY*⁺
LYNN B. BAYARD*                    LORETTA E. LYNCH*
BRUCE BIRENBOIM*                   JEFFREY D. MARELL*
H. CHRISTOPHER BOEHNING*           MARCO V. MASOTTI*
BRIAN BOLIN*                       DAVID W. MAYO*
ANGELO BONVINO*                    ELIZABETH R. McCOLM*
ROBERT A. BRITTON*                 JEAN M. McLOUGHLIN*
DAVID W. BROWN*                    ALVARO MEMBRILLERA*
WALTER BROWN*⁺                     CLAUDINE MEREDITH-GOUJON*
SUSANNA M. BUERGEL*                WILLIAM B. MICHAEL*
JESSICA S. CAREY*                  JUDIE NG SHORTELL*
DAVID CARMONA*                     CATHERINE NYARADY*
GEOFFREY R. CHEPIGA*               BRAD R. OKUN*
ELLEN N. CHING*                    LINDSAY B. PARKS*
WILLIAM A. CLAREMAN*               ANDREW M. PARLEN*
LEWIS R. CLAYTON*                  DANIELLE C. PENHALL*
YAHONNES CLEARY*                   CHARLES J. PESANT*
JAY COHEN                          AUSTIN POLLET*⁻
KELLEY A. CORNISH*                 VALERIE E. RADWANER*
CHRISTOPHER J. CUMMINGS*           JEFFREY J. RECHER*
THOMAS V. DE LA BASTIDE III*       CARL L. REISNER*
MEREDITH DEARBORN*⁺                LORIN L. REISNER*
ARIEL J. DECKELBAUM*               WALTER G. RICCIARDI*
ALICE BELISLE EATON*               RICHARD A. ROSEN*
ANDREW J. EHRLICH*                 ANDREW N. ROSENBERG*
GREGORY A. EZRING*                 JUSTIN ROSENBERG*
ROSS A. FIELDSTON*                 JACQUELINE P. RUBIN*
ANDREW C. FINCH*                   RAPHAEL M. RUSSO*
BRAD J. FINKELSTEIN*               ELIZABETH M. SACKSTEDER*
BRIAN P. FINNEGAN*                 JEFFREY D. SAFERSTEIN*
ROBERTO FINZI*                     JEFFREY B. SAMUELS*
PETER E. FISCH*                    KENNETH M. SCHNEIDER*
HARRIS FISCHMAN*                   ROBERT B. SCHUMER*
ANDREW J. FOLEY*                   JOHN M. SCOTT*
HARRIS B. FREIDUS*                 BRIAN SCRIVANI*
VICTORIA S. FORRESTER*             KYLE T. SEIFRIED*
CHRISTOPHER D. FREY*               AUDRA J. SOLOWAY*
MANUEL S. FREY*                    CULLEN L. SINCLAIR*
ANDREW L. GAINES*                  SCOTT M. SONTAG*
MICHAEL E. GERTZMAN*               SARAH STASNY*
ADAM M. GIVERTZ*                   TARUN M. STEWART*
SALVATORE GOGLIORMELLA*            ERIC ALAN STONE*
NEIL GOLDMAN*                      AIDAN SYNNOTT*
MATTHEW B. GOLDSTEIN*              BRETTE TANNENBAUM*
CATHERINE L. GOODALL*              RICHARD C. TARLOWE*
CHARLES H. GOOGE, JR.*             DAVID TARR*
ANDREW G. GORDON*                  MONICA K. THURMOND*
BRIAN S. GRIEVE*                   DANIEL J. TOAL*
UDI GROFMAN*                       LAURA C. TURANO*
NICHOLAS GROOMBRIDGE*              CONRAD VAN LOGGERENBERG*
BRUCE A. GUTENPLAN*                KRISHNA VEERARAGHAVAN*
MELINDA HAAG*                      JEREMY M. VEIT*
ALAN S. HALPERIN*                  LIZA M. VELAZQUEZ*
CLAUDIA HAMMERMAN*                 MICHAEL VOGEL*
BRIAN S. HERMANN*                  RAMY J. WAHBEH*
JOSHUA HILL*                       JOHN WEBER*
MICHELE HIRSHMAN*                  LAWRENCE G. WEE*
JARRETT R. HOFFMAN*                THEODORE V. WELLS, JR.*
ROBERT E. HOLO*                    LINDSEY L. WIERSMA*
DAVID S. HUNTINGTON*               STEVEN J. WILLIAMS*
AMRAN HUSSEIN*                     LAWRENCE I. WITDORCHIC*
LORETTA A. IPPOLITO*               AUSTIN WITT*
JAREN JANGHORBANI*                 MARK B. WLAZLO*
BRIAN M. JANSON*                   ADAM WOLLSTEIN*
JEH C. JOHNSON*                    JENNIFER H. WU*
BRAD S. KARP*                      BETTY YAP*
PATRICK N. KARSNITZ*               JORDAN E. YARETT*
JOHN C. KENNEDY*                   KAYE N. YOSHINO*
BRIAN KIM*                         TONG YU*
KYLE J. KIMPLER*                   TRACEY A. ZACCONE*
ALEXIA D. KORBERG*                 TAURIE M. ZEITZER*
ALAN W. KORNBERG                   T. ROBERT ZOCHOWSKI, JR.*

*NOT AN ACTIVE MEMBER OF THE DC BAR
⁺ADMITTED ONLY TO THE CALIFORNIA BAR

October 26, 2021

**BY ECF**

The Honorable Norman K. Moon
United States District Court
Western District of Virginia
255 West Main Street
Charlottesville, VA 22902

Re: *Sines et al. v. Kessler et al.*, No. 3:17-cv-00072 (NKM) (JCH)

Dear Judge Moon:

    Plaintiffs write to provide the Court with case law concerning the appropriate remedy for a *Batson* violation.  Under *Batson v. Kentucky*, trial courts retain broad discretion to fashion an appropriate remedy for a discriminatory preemptory strike.  476 U.S. 79, 99 n.24 (1986); *United States v. Aleman*, 246 F. App'x 731, 735 (2d Cir. 2007); *United States v. Walker*, 490 F.3d 1282, 1294 (11th Cir. 2007); *see also Tolen v. Cartledge*, No. 1:15-cv-02503-RBH, 2017 U.S. Dist. LEXIS 157511, at *34 n.3 (D.S.C. Sep. 26, 2017) ("*Batson* is silent as to the remedy for a *Batson* violation").

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

2

      Several courts have held that *Batson*'s purpose is best effectuated by forfeiting the violating party's unconstitutional preemptory strike. *Aleman*, 246 F. App'x at 735; *Walker*, 490 F.3d at 1295; *Peetz v. State*, 180 S.W.3d 755, 761 (Tex. App. 2005) ("The effect of a successful Batson challenge always has been that the party exercising the strikes does not enjoy the benefit of those strikes"); *People v. Johnson*, 196 Misc. 2d 417, 420 (N.Y. Sup. Ct. 2003) ("If the court finds purposeful discrimination, it should permanently disallow the challenge and seat the juror because returning the party to its original position would not deter subsequent discriminatory strikes"). Other courts have reinstated the preemptory strike where there was "no evidence of egregious bad faith or maliciousness on the part" of the striking party. *United States v. Ramirez-Martinez*, 273 F.3d 903, 910 (9th Cir. 2001).

      *Jimenez v. City of Chicago*, 877 F. Supp. 2d 649, 662 (N.D. Ill. 2012), is instructive here. The "Defendants' justification of their decision to challenge an African-American juror was not at all credible, because the justification applied much more strongly to a white juror whom defendants did not strike. When confronted with the discrepancy, defendants could not give a satisfactory explanation, thus further confirming that any nonracial justification they offered was pretextual." *Id*. The Court then held that "allowing defendants to try again . . . would provide an insufficient sanction for and deterrence of racially discriminatory conduct." *Id*.

Very truly yours,

_/s/ Karen Dunn_

Karen Dunn

Of Counsel:

Roberta A. Kaplan (*pro hac vice*)
Michael L. Bloch (*pro hac vice*)
Raymond P. Tolentino (*pro hac vice*)
Yotam Barkai (*pro hac vice*)
Alexandra K. Conlon (*pro hac vice*)
Jonathan Kay (*pro hac vice*)
KAPLAN HECKER & FINK LLP
350 Fifth Avenue, Suite 7110
New York, NY 10118
Telephone: (212) 763-0883
rkaplan@kaplanhecker.com

Karen L. Dunn (*pro hac vice*)
Jessica Phillips (*pro hac vice*)
William A. Isaacson (*pro hac vice*)
Giovanni Sanchez (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC 20006-1047
Telephone: (202) 223-7300
Fax: (202) 223-7420
kdunn@paulweiss.com

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

3

| | |
|---|---|
| mbloch@kaplanhecker.com | jphillips@paulweiss.com |
| rtolentino@kaplanhecker.com | wisaacson@paulweiss.com |
| ybarkai@kaplanhecker.com | gsanchez@paulweiss.com |
| aconlon@kaplanhecker.com | |
| jkay@kaplanhecker.com | |
| | |
| Robert T. Cahill (VSB 38562) | Alan Levine (*pro hac vice*) |
| COOLEY LLP | COOLEY LLP |
| 11951 Freedom Drive, 14th Floor | 55 Hudson Yards |
| Reston, VA 20190-5656 | New York, NY 10001 |
| Telephone: (703) 456-8000 | Telephone: (212) 479-6260 |
| Fax: (703) 456-8100 | Fax: (212) 479-6275 |
| rcahill@cooley.com | alevine@cooley.com |
| | |
| David E. Mills (*pro hac vice*) | J. Benjamin Rottenborn (VSB 84796) |
| Joshua M. Siegel (VSB 73416) | WOODS ROGERS PLC |
| COOLEY LLP | 10 South Jefferson St., Suite 1400 |
| 1299 Pennsylvania Avenue, NW | Roanoke, VA 24011 |
| Suite 700 | Telephone: (540) 983-7600 |
| Washington, DC 20004 | Fax: (540) 983-7711 |
| Telephone: (202) 842-7800 | brottenborn@woodsrogers.com |
| Fax: (202) 842-7899 | |
| dmills@cooley.com | |
| jsiegel@cooley.com | |

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2021, I served the following via electronic mail:

Elmer Woodard
5661 US Hwy 29
Blairs, VA 24527
isuecrooks@comcast.net

James E. Kolenich
Kolenich Law Office
9435 Waterstone Blvd. #140
Cincinnati, OH 45249
jek318@gmail.com

*Counsel for Defendants Jason Kessler, Nathan Damigo, and Identity Europa, Inc. (Identity Evropa)*

Bryan Jones
106 W. South St., Suite 211
Charlottesville, VA 22902
bryan@bjoneslegal.com

*Counsel for Defendants Michael Hill, Michael Tubbs, and League of the South*

Joshua Smith
Smith LLC
807 Crane Avenue
Pittsburgh, PA 15216-2079
joshsmith2020@gmail.com

*Counsel for Defendants Matthew Parrott, Traditionalist Worker Party and Matthew Heimbach*

David L. Campbell
Justin Saunders Gravatt
Duane, Hauck, Davis & Gravatt, P.C.
100 West Franklin Street, Suite 100
Richmond, VA 23220
dcampbell@dhdglaw.com
jgravatt@dhdglaw.com

*Counsel for Defendant James A. Fields, Jr.*

William Edward ReBrook, IV
The ReBrook Law Office
6013 Clerkenwell Court
Burke, VA 22015
edward@rebrooklaw.com

*Counsel for Defendants Jeff Schoep, National Socialist Movement, Nationalist Front, Matthew Parrott, Traditionalist Worker Party and Matthew Heimbach*

2

I hereby certify that on October 26, 2021, I also served the following via mail and electronic mail:

Richard Spencer
richardbspencer@icloud.com
richardbspencer@gmail.com

Vanguard America
c/o Dillon Hopper
dillon_hopper@protonmail.com

Elliott Kline a/k/a Eli Mosley
eli.f.mosley@gmail.com
deplorabletruth@gmail.com
eli.r.kline@gmail.com

Christopher Cantwell

Christopher Cantwell 00991-509
Central Virginia Regional Jail
13021 James Madison Hwy
Orange, VA 22960

and

Christopher Cantwell 00991-509
USP Marion, 4500 Prison Rd.
P.O. Box 2000
Marion, IL 62959

Robert "Azzmador" Ray
azzmador@gmail.com

_____
Karen L. Dunn (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP

Counsel for Plaintiffs