In the United States District Court for the
Western District of Virginia
Charlottesville Division

Sines, et al, Plaintiffs vs.
Kessler, et al, Defendants — Civil Case No. 3:17-cv-00072

Defendants Response to Plaintiffs' Motion To
Preclude Argumentative Filenames And
Exceed File Size of 50MB

Comes now, the Defendant, Christopher Cantwell, and, he makes the following response to Plaintiffs' above referenced motion.

1) Cantwell likewise has exhibits in excess of 50MB, a common feature of such video rich litigation, and enthusiastically supports this aspect of Plaintiffs' motion.

2) Cantwell has no objection to Plaintiffs' filename concerns regarding his disclosed exhibits, and notes these files were prepared nearly 2 years ago for different ends.

3) Cantwell is currently without his exhibits, since USP Marion staff do not seem to have honored his request to ship the material to him for trial.

4) Cantwell is actively working to get these materials delivered via other means, and will happily adopt nomenclature agreeable to Plaintiffs before the jury is exposed to any of the information.

-1-

5) Given Cantwell's well documented transportation issues, he thanks the Court and the Plaintiffs in advance for allowing him to add these exhibits, which were timely disclosed, to the Box.com system, after the deadline in the original order.

Respectfully submitted,
Christopher Cantwell
10-25-2021

-2-