In the United States District Court for the Western District of Virginia
Charlottesville Division

Sines, et al, Plaintiffs, vs.
Kessler, et al, Defendants - Civil Case No. 3:17-cv-00072

October 25th Sworn Declaration of Christopher Cantwell Regarding Data and Documents

CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
OCT 26 2021
JULIA C. DUDLEY, CLERK
BY
DEPUTY CLERK

I, Christopher Cantwell, do aver under penalty of perjury that the following is true and correct, on this 25th Day of October, 2021.

1) My name is Christopher Cantwell, and I am an indigent, incarcerated, pro se Defendant in the above styled case.

2) I have previously sworn that I submitted a written request to staff at the Central Virginia Regional Jail, seeking computer access to view digital Discovery in this case. As of today, that request has not been answered.

3) In recent days, I received a credit card sized USB drive in the mail from Plaintiffs' Counsel.

4) Today I received, after returning from Court at approximately 8 pm, a 16 GB thumb drive, and a stack of papers roughly 2 inches tall, double sided, from Plaintiffs' Counsel, at the jail.

5) Jail staff would not allow me to possess the thumb drive and put it in my stored property.

6) The letter accompanying the thumb drive was from the offices of Cooley LLP, Caitlin B. Munley, and dated 10-22-2021.

7) The letter says the drive contains the following (bates ranges):
- Baker 0000/779-1782
- Disc-Impact 00001356-1590
- Fenton 00018702-18708
- Disc-Impact 00001356-1590
- Muniz 00006710-6713
- NoCustodian 00049511-50194
- Romero 00002689-2692
- Sines 00000823-C and 902-C

8) At 9:15pm I filled out another written Staff request form, this time addressed to the Captain, asking for access to computer resources.

Having so averred, I sayeth no more, under oath.

Respectfully Submitted,
Christopher Cantwell
10-25-2021

-2-