pg 1/5

In the United States District Court for the Western District of Virginia
Charlottesville Division

CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
OCT 26 2021
JULIA C. DUDLEY, CLERK
BY: /s/ Deputy Clerk

Sines, et al, Plaintiffs v.
Kessler, et al, Defendants — Civil Case No. 3:17-cv-72

## Defendant Cantwell's October 6th Letter to the Court

On October 4th 2021, Case Manager Simpkins at USP Marion, allowed me to view the Plaintiffs' Second Amended Complaint, their letter to Judge Moon regarding several of my recent motions, and a stack of papers over a foot high which I did not have time to assess. I was not allowed to take these documents out of Mr Simpkins's sight, and time was limited.

We planned to meet again so I could at least take notes, but I was subsequently told to pack my property in preparation to be moved. The next day I was driven to the airport, and today I write from Grady County, Oklahoma with the golf pencil provided at booking. Soon I will again be moved, and again stripped of all my property.

I have seen no exhibit lists or motions in limine, save for my own, and only the Plaintiffs have delivered to me their witness list, to which I've objected.

There is plenty for me to say about the Plaintiffs' letter regarding my motions, but I only have two pieces of paper and my pencil is dulling, and I don't have the letter handy.

So, I'll just point out that my motion to delay the trial is hardly "11th hour"

In April I was adamant that dropping a 2 terabyte encrypted hard drive on an incarcerated pro se defendant did not solve the problem of my being kept in the dark 14 months, I asked then to extend my ability to conduct discovery.

When I was moved on April 28th, I wrote to the Court requesting "the patience of the Court and the mercy of my persecutors" from Tallahatchie, MS. I stated then that I had been stripped of my papers and the Plaintiffs' hard drive.

From USP Marion in June, I restated these problems when I objected to the newly proposed trial schedule. Since then I have told the Court and asked for its help in resolving issues with the CMU in my trial preparations

And now, having borrowed my third and for now final sheet of paper, I again restate the obvious,

THIS IS NOT FAIR!

And as I previously observed, perhaps that is the whole point. Much like the armed criminals who attacked us four years ago, these lawyers can't win a fair fight ~~either~~ either.

For the Court to justly ~~adjudicate~~ this matter, either the trial must be delayed and the 14 months of Plaintiffs' misconduct must be accounted for, or I must be dismissed from this case.

Anything short of that will make this Court an accomplice to a terrible crime.

Respectfully submitted,
Christopher Cantwell

C [signature]                    10-6-2021

Cristopher Cantwell
Grady County Law Enforcement Center
215 N. 3rd St / P.O. Box 1418
Chickasha, OK 73018

This correspondence is from an inmate at Grady County Law Enforcement Center. GCLEC is not responsible for content.

OKLAHOMA CITY OK 730
7 OCT 2021 PM 5 L

Office of the Clerk
United States District Court
Western District of VA
Charlottesville Division
255 West Main Street Room 304
Charlottesville, VA 22902

© USPS 2016

RICHMOND VA 230
18 OCT 2021 PM 5 L
18 OCT 2021 PM 4 L

THIS ENVELOPE IS RECYCLABLE AND MADE WITH 30% POST CONSUMER CONTENT

FSC
MIX
Envelope
FSC® C137131