# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION

### CIVIL MINUTES – JURY TRIAL
Day Two

**Case No.:  3:17CV72**          **Date:  10/26/2021**

---

**Elizabeth Sines, et al**
Plaintiff(s)

v.

**Jason, Kessler, et al**
Defendant(s)

Counsel:  Roberta Kaplan, Karen Dunn, Alan Levine, William Issacson, David Mills, Michael Bloch, Renato Stabile

Counsel:  James Kolenich, David Campbell, Joshua Smith, Bryan Jones, Richard Spencer pro se, Christopher Cantwell, pro se

Dillon Hopper , pro so by Zoom

---

PRESENT:   JUDGE:          Norman K. Moon           TIME IN COURT: 9:30-11:10=1hr 40min; 11:30-12:30=1hr;  2:05-3:35=1hr 30min; 3:50-5:00=1hr 10min; 5:10-5:55=45; 6:10-6:50=40min Total 6hrs 45min
   Deputy Clerk:       Heidi N. Wheeler/Susan Moody
   Court Reporter:    Lisa Blair

### LIST OF WITNESSES

| PLAINTIFF | DEFENDANT |
|---|---|
| 1. | 1. |

PROCEEDINGS:
   9 jurors in  Panel Three,  17 Jurors on Panel Four   present and sworn on Voir Dire
   8  jurors struck for cause and excused by Court in Panel Three. 11 jurors struck for Cause and excused by Court in Panel Four
   No jurors struck by Plaintiff in Panel Three, 3  jurors struck by Plaintiff in Panel Four.
   1 juror struck by Defendants in Panel Three. 1 juror struck by Defendants in Panel Four.
   1 Juror selected from Panel Three. 2 Jurors selected from Panel Four.   Remaining jurors discharged.

Additional Information:

Case called.

Court notes for the record Mr. ReBrook will not be present today and Mr. Kolenich will proceed for him during jury selection.

Before Jury called, Plaintiff seeks time to address a matter and presents letter to Court. Matter to be taken up later.

Panel three taken up. Jury sworn and selection begins.

Lunch recess at 12:30

Panel four sworn and selection begins.

Discussion surrounding remaining strikes and motion. Arguments heard.

Final panel selection.

Plaintiffs seek additional strikes from the Court.

Court address trial issues.

Jury selection to resume on October 27, 2021.