In The United States District Court for The Western District of Virginia Charlottesville Division

Sines et al, Plaintiffs vs.
Kessler et al, Defendants
Civil Case No. 3:17-cv-00072

FILED IN OPEN COURT
DATE: 10/27/21
[signature]
DEPUTY CLERK

Defendant Christopher Cantwell's October 27th Sworn Declaration Regarding Conditions at the Central Virginia Regional Jail.

I, Christopher Cantwell, do aver under penalty of perjury, that the following is true and correct, on this 27th day of October 2021.

1) I submitted a written request to the Captain of the CVRJ requesting, for the second time, access to computer resources to view evidence in this case, including 2 USB drives delivered to me by plaintiffs' counsel since I arrived there just over a week ago. The request was submitted the evening of October 25th.

2) I got a reply from Captain Hoffman on the evening of October 26th stating "The material would need to be printed off and mailed in."

3) I was separately informed that the CVRJ limits the volume of papers an inmate may possess at any given time.

4) Specifically, as previously sworn, a fairly standard sized box of documents became a controversy as of returned from Court on 10-25.

5) The yellow "Inmate Request Form" accompanying this declaration is the authentic, original response described in paragraph 2.

Having so averred, I sayeth no more, under oath.

Respectfully Submitted,
Christopher Cantwell
10-27-2021

*[signature]*

-2-

## CENTRAL VIRGINIA REGIONAL JAIL
### INMATE REQUEST FORM

Name: Christopher Cantwell    Time: 9:15 pm

PCP #: 042171

Date: 10-25-21    Housing: N

**INSTRUCTION:** Please check the problem or request area. **Be specific about what action you want. This is not a grievance form.**

- ☐ CDI - Community Diversion
- ☐ Chaplain
- ☐ Classification
- ☐ Commissary
- ☐ Haircuts
- ☐ Inmate Accounts
- ☐ Mail
- ☐ Medical
- ☐ Notary
- ☐ Programs
- ☐ Property
- ☐ Records
- ☐ Shift Supervisor
- ☐ Special Canteen
- ☐ Special Visit
- ☐ Trusty
- ☐ Work Release
- ☑ Other: Captain

**REQUEST:** I am a pro se defendant in a civil lawsuit. The trial is ongoing. I have received evidence from opposing counsel on USB drives. I need to view this material for trial prep.

Is there a Discovery Computer here?

Staff Receiving the Request: Ofc. Cotto    Date: 10/25/21
Supervisory Review: [illegible] forward capt.    Date: 10-25-21
Action Taken:

Response: The material would need to be printed off and mailed in.

Signature: Capt. Hoff    Date: 10/26/2021

Original - Completed form forwarded to appropriate file.
Copy 1 - Completed form returned to Inmate with Action Noted/Response.
Copy 2 - Retained by Inmate at Time of Request.