In The United States District Court
For The Western District of Virginia
Charlottesville Division

Sines, et al, Plaintiffs vs.
Kessler, et al, Defendants
Civil Case No. 3:17-cv-00072

FILED IN OPEN COURT
DATE: 10/27/21
DEPUTY CLERK

October 26th Sworn Declaration of Christopher Cantwell Regarding Juror Racial Discrimination Allegations

I, Christopher Cantwell do aver, under penalty of perjury that the following is true and correct, on this 26th day of October 2021.

1) My name is Christopher Cantwell, and I am an indigent, incarcerated, pro se Defendant in the above styled case.

2) When I am not incarcerated, I make 100% of my income hosting a live, uncensored, open phones talk radio show.

3) As a professional talk show host of this type, I speak, and more to the point, LISTEN, for a living.

4) In my profession, the voice tells everything.

5) On October 25th I participated in jury selection.

6) During one of the jury pools I detected deception in the speech patterns of two jurors, one white, one black.

7) This perception had nothing to do with the race of either juror. I would have made the same observation had I been participating by phone, without the benefit of sight.

8) Specifically, the jurors answered certain questions as though they were telling a sarcastic joke. It was analogous to the times Plaintiffs' Counsel Micheal Bloch would begin a phone call with me in prison by saying "Chris! How you doing?" and I'd say "I'm doing fantastic, Mike, thanks for asking!" When in fact, I do not particularly enjoy prison, and have, for years, admonished radio callers for using an inquiry of wellbeing as a greeting.

9) Before the Plaintiffs' challenge of our peremptory strike, race did not factor into my deliberations with my codefendants about either juror.

Having so averred, I sayeth no more under oath.

Respectfully Submitted,
Christopher Cantwell
10-26-2021

-2-