# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION

### CIVIL MINUTES – JURY TRIAL
Day Three

Case No.: 3:17CV72     Date: 10/27/2021

| | |
|---|---|
| **Elizabeth Sines, et al**<br>Plaintiff(s) | Counsel: Roberta Kaplan, Karen Dunn, Alan Levine, William Issacson, David Mills, Michael Bloch, Renato Stabile |
| v. | |
| **Jason, Kessler, et al**<br>Defendant(s) | Counsel: James Kolenich, David Campbell, Joshua Smith, Bryan Jones, Richard Spencer pro se, Christopher Cantwell, pro se |

PRESENT:  JUDGE:         Norman K. Moon           TIME IN COURT: 9:40-11:15=1hr 35min; 11:30-12:15=45min; 1:00-1:30=1hr 30min Total: 3hr 50min
            Deputy Clerk:      Heidi N. Wheeler/Susan Moody
            Court Reporter:    Lisa Blair

### LIST OF WITNESSES

| PLAINTIFF | DEFENDANT |
|---|---|
| 1. | 1. |

PROCEEDINGS:
  11 jurors in Panel Five present and sworn on Voir Dire
  8 jurors struck for cause and excused by Court in Panel Five.
  0 jurors struck by Plaintiff in Panel Five.
  1 juror struck by Defendants in Panel Five.
  2 Juror selected from Panel Five.   Remaining jurors discharged.

Additional Information:

Case called.

Court has decided against allowing additional peremptory challenges.

No strike granted back to the non-moving party.

Jury selection continues with Panel Five.

Batson Motion addressed. Arguments heard.

Break

Ruling by Court on Motion. Batson Motion is denied.

Final panel members selected.

Preliminary Instructions addressed.

Case to resume 10/28/2021 at 9:00 a.m.