# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION

### CIVIL MINUTES – JURY TRIAL
Day Four

Case No.:  3:17CV00072              Date:  10/28/2021

| | |
|---|---|
| **Elizabeth Sines, et al**<br>Plaintiff(s) | Counsel:  Michael Bloch, Roberta Kaplan, Karen Dunn, Jessica Phillips, Alan Levine, David Mills, William Isaacson |
| v. | |
| **Jason Kessler, et al**<br>Defendant(s) | Counsel:  James Kolenich, Bryan Jones, William ReBrook, Joshua Smith, David Campbell, Richard Spencer, pro se, Christopher Cantwell, pro se |
| | Dillon Hopper, pro se by Zoom |

PRESENT:    JUDGE:          Norman K. Moon         TIME IN COURT: 9:08-10:00= 52min; 10:22-12:15= 1hr 53min; 1:30-2:30=1hr; 2:45-4:10=1hr 25min; 4:25-5:00= 35min Total: 5 hrs 50 min
            Deputy Clerk:       Heidi Wheeler/Susan Moody
            Court Reporter:     Lisa Blair

### LIST OF WITNESSES

| PLAINTIFF | DEFENDANT |
|---|---|
| 1. | 1. |

PROCEEDINGS:
    12 jurors present,  jury impaneled and sworn.
☒   Preliminary remarks and instructions to jury by Court.
☒   Opening Statements begun.

Additional Information:
Day Four

Preliminary matters addressed by Court

One juror sworn and testifies regarding call into the jury line, all parties satisfied.

9:24 Jury sworn

Preliminary instructions to Jury by Court.

Opening Statements begun with Ms. Dunn.

Break

Openining Statements continue. Ms. Kaplan concludes for plaintiffs.

 Break

Defense Openinig Statements begin with Mr. Kolenich.
Mr. Spencer

Break

Note from Jury

Openings continue with Mr. Cantwell.
Mr. Campbell
Mr. Jones
Mr. ReBrook
Mr. Smith.  Sidebar over demonstrative exhibits during opening.

Court adjourned until 9:00 Oct 29, 2021.

Issues addressed out of presence of jury.