# EXHIBIT A

## PRELIMINARY INSTRUCTION # X: Evidence Not Admissible Against Christopher Cantwell[1]

Each party is entitled to have the case decided solely on the evidence that applies to that party. Some of the evidence in this case is limited under the rules of evidence to some of the parties and cannot be considered against the others. Plaintiffs will introduce deposition testimony of Dillon Hopper of Defendant Vanguard America from two different dates, August 13, 2019 and July 7, 2020. I instruct you that the deposition of Dillon Hopper from July 7, 2020 should not be considered by you in connection with Defendant Christopher Cantwell. Both depositions of Hopper can be considered by you against all the other defendants, but only the deposition of Hopper from August 13, 2019 may be considered against Defendant Cantwell.

---

[1] Seventh Circuit Pattern Jury Instruction No. 2.03; Eighth Circuit Pattern Jury Instruction No. 2.08; Western District of Virginia Standard Jury Instructions.