UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

ELIZABETH SINES, SETH WISPELWEY, MARISSA BLAIR, APRIL MUÑIZ, MARCUS MARTIN, NATALIE ROMERO, CHELSEA ALVARADO, JOHN DOE, and THOMAS BAKER,

        **Plaintiffs,**

v.

JASON KESSLER, et al.,

        **Defendants.**

Civil Action No. 3:17-cv-00072-NKM

## PLAINTIFFS' FIFTH AMENDED TRIAL EXHIBIT LIST

In accordance with the Court's July 15, 2021, Scheduling Order (Dkt. No. 991) and pursuant to Fed. R. Civ. P. Rule 26(a)(3)(A), Plaintiffs hereby submit their fifth amended trial exhibit list, which is attached hereto as Exhibit A, using Designation PX 1-3806. Plaintiffs reserve the right to amend this list up to and through trial by, among other things, adding or removing exhibits and revising descriptions and Bates numbers. Plaintiffs further reserve the right to use any exhibits listed on any of Defendants' exhibit lists.

Plaintiffs note that some exhibits on the list were produced by Defendants without Bates numbers, and therefore are identified only by their description.

To the extent that an exhibit contains audio or video, Plaintiffs will only use admissible portions of the exhibit. The inclusion on this list of an exhibit that contains audio or video does not necessarily indicate that Plaintiffs contend or agree the entire audio or video is admissible.

| | |
|---|---|
| Dated: October 29, 2021 | Respectfully submitted, |
| | */s/ Jessica Phillips* |
| | Jessica Phillips (*pro hac vice*) |
| | PAUL WEISS RIFKIND WHARTON & GARRISON LLP |
| | 2001 K Street, NW |
| | Washington, DC 20006 |

Of Counsel:

| | |
|---|---|
| Roberta A. Kaplan (*pro hac vice*) | Jessica Phillips (*pro hac vice*) |
| Julie E. Fink (*pro hac vice*) | Karen L. Dunn (*pro hac vice*) |
| Gabrielle E. Tenzer (*pro hac vice*) | William A. Isaacson (*pro hac vice*) |
| Michael L. Bloch (*pro hac vice*) | Arpine S. Lawyer (*pro hac vice*) |
| Yotam Barkai (*pro hac vice*) | Agbeko Petty (*pro hac vice*) |
| Emily C. Cole (*pro hac vice*) | Giovanni Sanchez (*pro hac vice*) |
| Alexandra K. Conlon (*pro hac vice*) | Matteo Godi (*pro hac vice*) |
| Raymond P. Tolentino (*pro hac vice*) | PAUL WEISS RIFKIND WHARTON & GARRISON LLP |
| Jonathan R. Kay (*pro hac vice*) | 2001 K Street, NW |
| Benjamin D. White (*pro hac vice*) | Washington, DC 20006-1047 |
| KAPLAN HECKER & FINK LLP | Telephone: (202) 223-7300 |
| 350 Fifth Avenue, Suite 7110 | Fax: (202) 223-7420 |
| New York, NY 10118 | jphillips@paulweiss.com |
| Telephone: (212) 763-0883 | kdunn@paulweiss.com |
| rkaplan@kaplanhecker.com | wisaacson@paulweiss.com |
| jfink@kaplanhecker.com | alawyer@paulweiss.com |
| gtenzer@kaplanhecker.com | apetty@paulweiss.com |
| mbloch@kaplanhecker.com | gsanchez@paulweiss.com |
| ybarkai@kaplanhecker.com | mgodi@paulweiss.com |
| ecole@kaplanhecker.com | |
| aconlon@kaplanhecker.com | |
| rtolentino@kaplanhecker.com | Makiko Hiromi (*pro hac vice*) |
| jkay@kaplanhecker.com | Nicholas A. Butto (*pro hac vice*) |
| bwhite@kaplanhecker.com | PAUL WEISS RIFKIND WHARTON & GARRISON LLP |
| | 1285 Avenue of the Americas |
| | New York, NY 10019-6064 |
| | Telephone: (212) 373-3000 |
| | Fax: (212) 757-3990 |
| | mhiromi@paulweiss.com |
| | nbutto@paulweiss.com |
| Alan Levine (*pro hac vice*) | Robert T. Cahill (VSB 38562) |
| Philip Bowman (*pro hac vice*) | COOLEY LLP |
| COOLEY LLP | 11951 Freedom Drive, 14th Floor |

55 Hudson Yards
New York, NY 10001
Telephone: (212) 479-6260
Fax: (212) 479-6275
alevine@cooley.com
pbowman@cooley.com

David E. Mills (*pro hac vice*)
Joshua M. Siegel (VSB 73416)
Caitlin B. Munley (*pro hac vice*)
Samantha A Strauss (*pro hac vice*)
Alexandra Eber (*pro hac vice*)
Allegra K. Flamm (*pro hac vice*)
Gemma Seidita (*pro hac vice*)
Khary J. Anderson (*pro hac vice*)
COOLEY LLP
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004
Telephone: (202) 842-7800
Fax: (202) 842-7899
dmills@cooley.com
jsiegel@cooley.com
cmunley@cooley.com
sastrauss@cooley.com
aeber@cooley.com
aflamm@cooley.com
gseidita@cooley.com
kanderson@cooley.com

Reston, VA 20190-5656
Telephone: (703) 456-8000
Fax: (703) 456-8100
rcahil@cooley.com

J. Benjamin Rottenborn (VSB 84796)
WOODS ROGERS PLC
10 South Jefferson St., Suite 1400
Roanoke, VA 24011
Telephone: (540) 983-7600
Fax: (540) 983-7711
brottenborn@woodsrogers.com

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

    I hereby certify that on October 29, 2021, I filed the foregoing with the Clerk of Court through the CM/ECF system, which will send a notice of electronic filing to:

Elmer Woodard
5661 US Hwy 29
Blairs, VA 24527
isuecrooks@comcast.net

James E. Kolenich
Kolenich Law Office
9435 Waterstone Blvd. #140
Cincinnati, OH 45249
jek318@gmail.com

*Counsel for Defendants Jason Kessler, Nathan Damigo, and Identity Europa, Inc. (Identity Evropa)*

David L. Campbell
Justin Saunders Gravatt
Duane, Hauck, Davis & Gravatt, P.C.
100 West Franklin Street, Suite 100
Richmond, VA 23220
dcampbell@dhdglaw.com
jgravatt@dhdglaw.com

*Counsel for Defendant James A. Fields, Jr*

Bryan Jones
106 W. South St., Suite 211
Charlottesville, VA 22902
bryan@bjoneslegal.com

*Counsel for Defendants Michael Hill, Michael Tubbs, and League of the South*

William Edward ReBrook, IV
The ReBrook Law Office
6013 Clerkenwell Court
Burke, VA 22015
edward@rebrooklaw.com

*Counsel for Defendants Jeff Schoep, Matthew Heimbach, Matthew Parrott, Traditionalist Worker Party, National Socialist Movement, and Nationalist Front*

Joshua Smith
Smith LLC
807 Crane Avenue
Pittsburgh, Pennsylvania 15216
joshsmith2020@gmail.com

*Counsel for Defendants Matthew Parrott, Matthew Heimbach, and Traditionalist Worker Party*

2

I hereby certify that on October 29, 2021, I also served the following non-ECF participants via mail or electronic mail:

Richard Spencer
richardbspencer@icloud.com
richardbspencer@gmail.com

Vanguard America
c/o Dillon Hopper
dillon_hopper@protonmail.com

Elliott Kline a/k/a Eli Mosley
eli.f.mosley@gmail.com
deplorabletruth@gmail.com
eli.r.kline@gmail.com

Christopher Cantwell
Christopher Cantwell 00991-509
Central Virginia Regional Jail
13021 James Madison Hwy
Orange, VA 22960

Robert "Azzmador" Ray
azzmador@gmail.com

Dated: October 29, 2021

/s/ *Jessica Phillips*
Jessica Phillips (*pro hac vice*)
PAUL WEISS RIFKIND WHARTON & GARRISON LLP

*Counsel for Plaintiffs*