IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| ELIZABETH SINES, et al., | |
| *Plaintiffs,* | No. 3:17-cv-00072-NKM |
| v. | JURY TRIAL DEMANDED |
| JASON KESSLER, et al., | |
| *Defendants.* | |

## DEFENDANTS DAVID MATTHEW PARROTT, MATTHEW HEIMBACH, AND TRADITIONALIST WORKER PARTY'S DEPOSITION DESIGNATIONS

Defendants David Matthew Parrott, Matthew Heimbach, and Traditionalist Worker Party, by and through their counsel, respectfully submit the following designations of deposition testimony. Defendants reserve the right to: (a) use audio and/or video deposition excerpts and/or create demonstrative exhibits; (b) use any deposition designations listed by Plaintiffs or any other Defendant(s); (c) supplement these designations with those of any persons listed as trial witnesses by any party in the event that such witnesses are not available to testify at trial or are not called at trial; (d) designate additional portions of deposition transcripts for the purpose of authentication of documents, if required; (e) designate any deposition testimony taken after the date of these designations; and (f) use any and all deposition and/or trial testimony, whether or not designated, for cross-examination, impeachment, or rebuttal purposes.

| Deposition Transcript | Date | Designations |
|---|---|---|
| Chelsea H. Alvarado | July 15, 2020 | 32:18-38:21<br>41:12-42:13<br>43:2-43:16<br>45:16-46:9<br>47:10-50:7<br>51:9-51:25<br>53:2-53:14<br>56:15-57:13<br>62:25-63:14<br>65:24-70:17<br>71:9-73:10<br>112:16-118:16<br>125:5-131:22<br>141:23-146:3<br>148:15-155:12 |
| Thomas Baker | July 17, 2020 | 11:23-31:20<br>49:2-50:7<br>51:17-53:8<br>56:16-58:11<br>59:3-59:13<br>60:17-66:18<br>71:21-78:25<br>81:2-81:25<br>85:4-87:7 |
| Marissa Christine Blair | July 9, 2020 | 24:6-26:5<br>26:13-27:14<br>28:15-28:24<br>30:7-30:13<br>32:7-32:10<br>34:9-36:10<br>37:11-44:22<br>45:11-67:12<br>73:18-75:12 |
| Marcus Martin | July 14, 2020 | 10:8-19:25<br>35:12-38:25<br>41:19-42:20<br>47:24-54:16<br>55:4-55:19<br>58:9-59:19<br>61:17-62:25<br>74:12-75:25 |

| Deposition Transcript | Date | Designations |
|---|---|---|
| April Muniz | July 17, 2020 | 14:20-40:15<br>44:11-47:8<br>49:20-50:25<br>52:3-55:3<br>58:17-60:12<br>67:2-67:16<br>69:14-70:12 |
| Natalie Romero | July 14, 2020 | 14:13-19:22<br>21:3-34:18<br>38:3-50:3<br>53:5-76:15<br>84:22-85:21 |
| Elizabeth Sines | July 8, 2020 | 15:11-15:21<br>18:19-20:6<br>23:10-26:10<br>28:9-28:19<br>32:3-38:13<br>40:22-53:17<br>65:10-78:18<br>86:20-90:25<br>96:8-98:23<br>109:14-109:25<br>112:15-114:15<br>118:15-124:11<br>139:2-198:7 |
| Devin Willis | July 16, 2020 | 14:15-15:7<br>19:4-22:11<br>26:4-27:15<br>61:6-62:15<br>69:23-71:25<br>83:15-84:5 |

| Deposition Transcript | Date | Designations |
|---|---|---|
| Seth Wispelwey | July 24, 2021 | 33:15-34:6<br>34:22-35:7<br>47:5-47:17<br>58:20-58:23<br>64:5-64:9<br>69:19-69:23<br>71:16-72:6<br>81:9-81:12<br>83:6-84:20<br>125:25-126:10<br>134:3-134:11<br>191:13-192:24<br>210:13-211:25 |

/s/ Joshua Smith
Joshua Smith, Esq.
Pennsylvania Bar ID No. 207585
Smith LLC
807 Crane Avenue
Pittsburgh, Pennsylvania 15216
(917) 567-3168 (phone)
joshsmith2020@gmail.com

*Counsel for Defendants David Matthew Parrott, Matthew Heimbach, and Traditionalist Worker Party*

Dated: October 29, 2021

## CERTIFICATE OF SERVICE

I hereby certify that on October 29, 2021, I filed the foregoing with the Clerk of Court through the CM/ECF system, which will send a notice of electronic filing to all counsel of record in the case, as well as all ECF-registered *pro se* parties.

I hereby further certify that on October 29, 2021, I served a copy of the foregoing on the following non-ECF *pro se* parties, via electronic mail, as follows:

Richard Spencer
richardbspencer@icloud.com
richardbspencer@gmail.com

Vanguard America
c/o Dillon Hopper
dillon_hopper@protonmail.com

Robert "Azzmador" Ray
azzmador@gmail.com

Elliott Kline a/k/a Eli Mosley
eli.f.mosley@gmail.com
deplorabletruth@gmail.com
eli.r.kline@gmail.com

I hereby further certify that on October 29, 2021, I served a copy of the foregoing on the following non-ECF *pro se* party, via first-class mail, as follows:

Christopher Cantwell (00991-509)
USP Marion
U.S. Penitentiary
P.O. Box 1000
Marion, IL 62959

         */s/ Joshua Smith*
         Joshua Smith, Esq.
         Pennsylvania Bar ID No. 207585
         Smith LLC
         807 Crane Avenue
         Pittsburgh, Pennsylvania 15216
         (917) 567-3168 (phone)
         joshsmith2020@gmail.com

         *Counsel for Defendants David Matthew Parrott, Matthew Heimbach, and Traditionalist Worker Party*