# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION

### CIVIL MINUTES – JURY TRIAL
Day Five

**Case No.: 3:17CV72**               **Date: October 29, 2021**

---

| | |
|---|---|
| **Elizabeth Sines, et al**<br>Plaintiff(s)<br><br>v.<br><br>**Jason Kessler, et al**<br>Defendant(s) | Counsel: Michael Bloch, Roberta Kaplan, Karen Dunn, Jessica Phillips, Alan Levine, Jonathan Mills, Arpine Lawyer, William Isaacson, Alexandra Conlon<br><br>Counsel: James Kolenich, Bryan Jones, David Campbell, Joshua Smith,<br><br>Richard Spencer, pro se, Christopher Cantwell, pro se<br><br>William ReBrook Counsel Appearing by Zoom; Dillon Hopper, pro se, Appearing by Zoom |

---

PRESENT:   JUDGE:            Norman K. Moon         TIME IN COURT: 9:30-10:40= 1hr 10min; 11:00-12:20=1hr 20min; 1:35-2:45; 1hr 10min; 3:05-4:45=5hr 20min
          Deputy Clerk:     Heidi Wheeler/Susan Moody
          Court Reporter:   Lisa Blair

### LIST OF WITNESSES

| PLAINTIFF | DEFENDANT |
|---|---|
| 1. | 1. |

PROCEEDINGS:
☒    Plaintiff presents/continues presentation of evidence.

Additional Information:
Court in session.
Preliminary matters addressed.
Jury called.
Break
Testimony resumes
Cross of witness begins

Break
Issues with video and audio addressed.
Jury recalled.
Cross continues.
Break
Testimony of next witness begins.
Court adjourns for the day until 9:00 a.m. on Monday Nov. 1.