Sines, et al. v. Kessler, et al., 3:17CV72, 10/29/2021

1              UNITED STATES DISTRICT COURT
         FOR THE WESTERN DISTRICT OF VIRGINIA
2                 CHARLOTTESVILLE DIVISION

3   ****************************************************************

4   ELIZABETH SINES, ET AL.,     CIVIL CASE NO.:  3:17CV72
                                 OCTOBER 29, 2021, 9:20 AM
5                                JURY TRIAL, DAY 5
          Plaintiffs,
6   vs.

7                                Before:
                                 HONORABLE NORMAN K. MOON
8   JASON KESSLER, ET AL.,       UNITED STATES DISTRICT JUDGE
                                 WESTERN DISTRICT OF VIRGINIA
9
          Defendants.
10
    ****************************************************************
11
    APPEARANCES:
12

13  For the Plaintiffs:     ALAN LEVINE, ESQUIRE
                            COOLEY LLP
14                          1114 Avenue of the Americas, 46th
                            Floor
15                          New York, NY  10036
                            212.479.6260
16
                            DAVID E. MILLS, ESQUIRE
17                          COOLEY LLP
                            1299 Pennsylvania Avenue, NW,
18                          Suite  700
                            Washington, DC  20004
19                          202.842.7800

20

21

22  Court Reporter:   Lisa M. Blair, RPR, RMR, CRR, FOCR
                      255 West Main Street, Suite 304
23                    Charlottesville, Virginia  22902
                      434.296.9284
24
    PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY;
25  TRANSCRIPT PRODUCED BY COMPUTER.

Sines, et al. v. Kessler, et al., 3:17CV72, 10/29/2021

 1   APPEARANCES CONTINUED:

 2   For the Plaintiffs:          MICHAEL L. BLOCH, ESQUIRE
                                  ALEXANDRA K. CONLON, ESQUIRE
 3                                ROBERTA A. KAPLAN, ESQUIRE
                                  Kaplan Hecker & Fink LLP
 4                                350 Fifth Avenue, Suite 7110
                                  New York, NY  10118
 5                                212.763.0883

 6                                KAREN L. DUNN, ESQUIRE
                                  WILLIAM A. ISAACSON, ESQUIRE
 7                                ARPINE S. LAWYER, ESQUIRE
                                  JESSICA E. PHILLIPS, ESQUIRE
 8                                Paul, Weiss, Rifkind, Wharton &
                                  Garrison LLP
 9                                2001 K Street, NW
                                  Washington, DC  20006
10                                202.223.7300

11
     For the Defendants:          DAVID L. CAMPBELL, ESQUIRE
12                                Duane, Hauck, Davis, Gravatt &
                                  Campbell, P.C.
13                                100 West Franklin Street, Suite 100
                                  Richmond, VA  23220
14                                804.644.7400

15                                CHRISTOPHER CANTWELL, PRO SE
                                  #00991-509
16                                USP Marion
                                  4500 Prison Road, PO Box 2000
17                                Marion, IL  62959

18                                BRYAN J. JONES, ESQUIRE
                                  Bryan J. Jones, Attorney at law
19                                106 W. South Street, Suite 211
                                  Charlottesville, VA  22902
20                                540.623.6952

21                                JAMES E. KOLENICH, ESQUIRE
                                  Kolenich Law Office
22                                9435 Waterstone Blvd., Suite 140
                                  Cincinnati, OH  45249
23                                513.444.2150

24

25

Sines, et al. v. Kessler, et al., 3:17CV72, 10/29/2021

 1   APPEARANCES CONTINUED:

 2   For the Defendants:          WILLIAM E. REBROOK, IV, ESQUIRE
                                  The ReBrook Law Office
 3                                6013 Clerkenwell Court
                                  Burke, VA  22015
 4                                571.215.9006

 5                                JOSHUA SMITH, ESQUIRE
                                  Smith LLC
 6                                807 Crane Avenue
                                  Pittsburgh, PA  15216
 7                                917.567.3168

 8                                RICHARD SPENCER, PRO SE
                                  P.O. Box 1676
 9                                Whitefish, MT  59937

10   ALSO PRESENT:

11   Dillon Hopper

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Sines, et al. v. Kessler, et al., 3:17CV72, 10/29/2021

1                        INDEX OF WITNESSES

2   WITNESSES ON BEHALF OF THE PLAINTIFF:              PAGE

3   NATALIE ROMERO

4    Direct Examination by Ms. Dunn                      14
     Cross-Examination by Mr. Kolenich                   80
5    Cross-Examination by Mr. Spencer                    87
     Cross-Examination by Mr. ReBrook                    99
6    Cross-Examination by Mr. Cantwell                  100
     Cross-Examination by Mr. Jones                     134
7    Cross-Examination by Mr. Smith                     137

8   DEVIN WILLIS

9    Direct Examination by Ms. Conlon                   144

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Sines, et al. v. Kessler, et al., 3:17CV72, 10/29/2021

1                         INDEX OF EXHIBITS

2   EXHIBITS ON BEHALF OF THE PLAINTIFF:

3         EXHIBIT:              Marked      Received

4         2695                    26          26

5         3011                    27          27

6         2929                    45          45

7         3044                    52          52

8         3029                    53          53

9         3034                    54          54

10        3043                    58          58

11        3033                    59          59

12        3037                    59          59

13        3032                    60          60

14        3035                    62          62

15        2970                    64          64

16        2928                    64          64

17        2937                    65          65

18        2955                    67          67

19        2968                    67          67

20        2972                    69          69

21        3326                    72          72

22        2987                    76          77

23        2952                    79          79

24        2933                   136         136

25        3261                   161         161

Sines, et al. v. Kessler, et al., 3:17CV72, 10/29/2021

1                               INDEX OF EXHIBITS

2     EXHIBITS ON BEHALF OF THE PLAINTIFF:

3              EXHIBIT:                    Marked      Received

4              3474                          169         169

5              2344                          174         174

6              2680                          178         178

7              3265                          201         202

8              3268                          202         202

9              3267                          206         206

10             3263                          212         212

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

7

Sines, et al. v. Kessler, et al., 3:17CV72, 10/29/2021

1  (Proceedings commenced, 9:20 a.m.)

2          THE COURT:  Good morning.  Are the parties ready?

3          MS. DUNN:  We are, Your Honor.

4          MR. KOLENICH:  Yes, Your Honor.

5          THE COURT:  All right.  I suppose you've seen the

6  emails over the evening.  I do intend to give a curative

7  instruction, which really I'm going to reread a conspiracy

8  instruction and follow it up by a statement regarding the First

9  Amendment law.

10          Are we ready to call the jury?

11          MS. DUNN:  Your Honor, I apologize.  The realtime is

12  not working.  The realtime feed does not appear to be working,

13  at least over here.  I don't know...

14          Thank you, Your Honor.

15          THE COURT:  All right.  I'll also read -- before we

16  begin, I will remind everyone under Standing Order 2020-12 and

17  2013-8 the Court's prohibition against recording and

18  broadcasting court proceedings remains in force.  Attorneys,

19  parties and their staff, and members of the public or press

20  accessing this proceeding today may not record or broadcast it.

21  That means no photography, no using any video or audio

22  recording device, no rebroadcasting, livestreaming, or

23  otherwise disseminating any live or recorded video or audio of

24  this proceeding.

25          Are we ready to call the jury?

Sines, et al. v. Kessler, et al., 3:17CV72, 10/29/2021

1        MS. DUNN:  Yes, Your Honor.

2        THE COURT:  Call the jury, please.

3        My understanding is -- I know Zoom is not working for

4  attorneys who are not here, but that they can still get the

5  audio, and we can proceed at least until there needs to be

6  something visible.  I just don't want to sit here all day

7  waiting and waste everybody's time.

8        MS. KAPLAN:  We don't have any objection to that,

9  Your Honor.

10  **(Jury in, 9:23 a.m.)**

11        THE COURT:  Thank you.  You may be seated.

12        Members of the jury, I apologize for you being called

13  in late.  We understand there was a power outage in the

14  building last night.  It threw off all the electronics here.

15  So that's being worked on.

16        Because there were some issues that came up,

17  statements regarding what the law is and is not, I'm going to

18  reiterate some of the instruction that I gave you yesterday.

19  But just understand it is your duty to decide the facts.  It's

20  my duty to instruct you as to the law.  The attorneys may argue

21  how the law and the facts you find apply to this case, but the

22  attorneys may not state law other than what I have said it is.

23        Now, I don't make the law up.  I mean, this is the

24  law of the land, and it was the law before this case began, and

25  will be the law after this case is over.  It is our duty to

Sines, et al. v. Kessler, et al., 3:17CV72, 10/29/2021

1   follow the law.  And I'm just a messenger here telling you what

2   the law is, and you will decide what the facts are.

3           As I stated yesterday, plaintiffs allege the

4   defendants in this case engaged in a conspiracy to commit

5   racially motivated violence in violation of a federal law and

6   violations of Virginia law.  I will give you more detailed

7   instructions on the legal requirements to prove these claims at

8   the close of the case.  But I will reiterate that first, a

9   conspiracy is an agreement between two or more persons to join

10  together to accomplish some unlawful purpose.  It is a kind of

11  unlawful partnership in which each member becomes the agent of

12  every other member.

13          While the plaintiffs must prove that the conspiracy

14  had an unlawful objective, plaintiffs need not prove that the

15  conspiracy had only an unlawful purpose.  Co-conspirators may

16  have legal, as well as unlawful objectives.  A conspiracy may

17  have several objectives, but if any one of them, even if it is

18  only a secondary objective, is to violate the law, then the

19  conspiracy is unlawful.

20          People do not -- plaintiffs do not need to prove that

21  the alleged conspirators entered into any formal agreement, or

22  that they directly stated between themselves all of the details

23  of the scheme.  Plaintiffs are not required to produce a

24  written contract or even produce evidence of an express oral

25  agreement spelling out all the details of the understanding.

Sines, et al. v. Kessler, et al., 3:17CV72, 10/29/2021

1   An informal agreement may be sufficient.  All plaintiffs must

2   show is that an overall unlawful objective was shared.

3          Plaintiffs are not required to show that all

4   defendants they allege as members of the conspiracy were, in

5   fact, parties to the agreement, or that all the members of the

6   alleged conspiracy were named or alleged in this lawsuit, or

7   that all people whom the evidence shows were actually members

8   of the conspiracy agreed to all the means or methods set out in

9   the complaint.

10          By its very nature, a conspiracy is clandestine and

11   covert, thereby frequently resulting in little evidence of such

12   an agreement.  Therefore, plaintiffs may prove a conspiracy by

13   circumstantial evidence.  Circumstantial evidence tending to

14   prove a conspiracy may include evidence of a defendant's

15   relationship with other members of the alleged conspiracy, the

16   length of any such association, the defendant's attitude and

17   conduct, and the nature of the alleged conspiracy.

18          Second, to prove a conspiracy, the plaintiffs will

19   have to show that at least one of the defendants took an overt

20   act in furtherance of the alleged conspiracy.  The term "overt

21   act" means some type of outward objective action performed by

22   one of the members of the conspiracy which evidences that

23   agreement.  An overt act may be an act which is entirely

24   innocent when considered alone, but which is knowingly done in

25   furtherance of some object or purpose of the conspiracy.

11

Sines, et al. v. Kessler, et al., 3:17CV72, 10/29/2021

1   Because there are multiple defendants in this case,

2 you will also need to consider which of the defendants, if any,

3 was a member of the alleged conspiracy.  One may become a

4 member of a conspiracy without knowing all the details of the

5 unlawful scheme or the identities of all the alleged

6 conspirators.  If a person understands the unlawful nature of a

7 plan or scheme and knowingly and intentionally joins in that

8 plan or scheme on one occasion, that is sufficient to prove he

9 was a member of the conspiracy, even though the person had not

10 participated before, or even though he played only a minor

11 part.

12   The law holds conspirators liable for the reasonably

13 foreseeable acts of their co-conspirators.  In other words, a

14 defendant may be liable even if he did not personally

15 participate in the acts or plans of his co-conspirators, or

16 even if the defendant did not have actual knowledge of those

17 acts or plans, so long as those acts or plans were reasonably

18 foreseeable to the defendant.  The reason for this is simply

19 that a co-conspirator is deemed to be the agent of all other

20 members of the conspiracy; therefore, all of the

21 co-conspirators bear responsibility for acts or plans that are

22 undertaken to further the goals of the conspiracy.

23   Finally, if plaintiffs prove by a preponderance of

24 the evidence that any defendant engaged in a conspiracy to

25 commit racially motivated violence in violation of federal law,

Sines, et al. v. Kessler, et al., 3:17CV72, 10/29/2021

1   the First Amendment is no defense to the violation of law.

2              All right.  Ready to call the first witness?

3              MS. KAPLAN:  Your Honor, please call Natalie Romero.

4              MS. DUNN:  She's on her way up.

5              Ms. Wheeler, could you activate Mr. Spalding's

6   technological access, please?  Thank you.

7              Your Honor, may we have permission to pass out the

8   witness binders?

9              THE COURT:  I'm sorry?

10             MS. DUNN:  We have witness exhibit binders for the

11  Court, for the clerks, for the defense and the witness.  May we

12  pass them up?

13             THE COURT:  All right.  You all have seen them.

14             MR. SMITH:  Thank you.

15             THE COURT:  Yes.

16             We have to wait a minute.  We understand the sound is

17  not going to --

18             THE CLERK:  I've asked Mr. ReBrook to dial in

19  separately to see if he can get it that way.  He's trying that

20  now.

21             THE COURT:  As far as you know, is that line open to

22  the outside, Susan?

23             THE CLERK:  Scott thought they were hearing, but

24  they're not.  So we're checking now.

25             THE COURT:  You may have a seat.

Sines, et al. v. Kessler, et al., 3:17CV72, 10/29/2021

1          Ladies and gentlemen, the feed outside -- persons

2  outside who have -- of necessity have to listen to what's going

3  on are not getting the feed.  So we're trying to correct it.

4          MS. DUNN:  Your Honor, may I approach just to move

5  some things off the witness stand?

6          THE COURT:  Yes.

7          MS. DUNN:  Thank you.

8          (Pause.)

9          THE COURT:  You may sit down.

10          MS. DUNN:  Thank you, Your Honor.

11          THE CLERK:  It appears the other Zoom participants

12  don't have video, but they do have audio.  So Mr. ReBrook is

13  dialing in separately, and I'll tell him if he needs to raise

14  anything to chat with me and I'll raise my hand.  Is that okay?

15          THE COURT:  That's good.

16          THE CLERK:  He's trying to get on now.  Let me just

17  check.

18          He's there.

19          THE COURT:  All right.

20          THE CLERK:  Okay.  He said he can hear on the

21  telephone line.

22          THE COURT:  Okay.

23          MS. DUNN:  Thank you, Your Honor.

24          THE COURT:  Let the witness stand and be sworn.

25          THE CLERK:  Ms. Romero, could you please stand?

N. Romero - Direct

1      NATALIE ROMERO, CALLED BY THE PLAINTIFFS, SWORN

2                DIRECT EXAMINATION

3  BY MS. DUNN:

4  Q    Good morning, Ms. Romero.

5  A    Good morning.

6  Q    Please introduce yourself to the jury.

7  A    Okay.  My name is Natalie Lynn Romero.  I'm from Houston,

8  Texas.  I'm 24.  I just...

9  Q    Where did you go to college?

10  A    I went to the University of Virginia.  I graduated in

11  August of 2020.  I went to school in Houston at a magnet

12  program.  Do I just talk about myself?

13  Q    I'll ask some questions --

14  A    Okay.

15  Q    -- and we can do it that way.

16      You said you graduated from the University of Virginia.

17  What was your degree in?

18  A    I got my degree in global development studies with a minor

19  in sociology.

20  Q    Did you graduate with any honors?

21  A    Yes.  I graduated with a distinguished major.  I got

22  Dean's List that last semester.  That was really amazing with

23  23 credits.  So that was a very difficult semester.

24  Q    And you mentioned that you had attended a magnet program.

25  Can you please tell the jury about any scholarships that you

N. Romero - Direct

1  may have received to go to college?

2  A    Yes.  I was an EMERGE Scholar, meaning I applied into that

3  my freshman year of high school.  Through that program, I

4  learned that I could find opportunities to go to college out of

5  state.  I'm the first person to go to college out of state.

6  And EMERGE took me on a tour and they helped me apply to

7  another scholarship called Posse.

8      The Posse program is something -- you know, "posse," the

9  term, like you have a gang or a group of friends.  So they

10  mentor us for eight months before college, and allowed me to

11  come to UVA with a cohort of students that is meant to support

12  you.  You know, a lot of out-of-state students normally drop

13  out.  It's high statistically.  So it helps us stay in school

14  together, have, like, a support system.

15      So Posse awarded me a, like, full -- not room and board,

16  but tuition, right?  And then I got room and board paid for by

17  an Army ROTC scholarship.  So I -- yeah.

18  Q    Can you explain what the Army ROTC scholarship was?

19  A    Yes.  So originally I applied to the Army ROTC scholarship

20  through VMI.  I was accepted, and I was going to go to VMI, but

21  I also got the Posse scholarship around the same time.  So I

22  decided that I could transfer the ROTC scholarship from VMI to

23  UVA very easily.

24  Q    What's VMI?

25  A    The Virginia Military Institute.

N. Romero - Direct

1   Q     And why did you decide to go to UVA?

2   A     Full ride, essentially.  And out of state, it had so many

3   options, you know, different schools that I could go to at UVA,

4   like Education, School of Comm, School of Business.  So I just

5   really wanted that diversity of educational, like,

6   opportunities.

7       I also applied to many other scholarships, smaller ones;

8   you know, a bank; the Principal scholarship award for my high

9   school; one from Toyota, I think; a couple others.  They were

10  really great.  With the Principal award, actually, I got to

11  stand on stage for graduation.  So that was really cool.

12  Q     And when you say got to stand on stage, you're talking

13  about high school, right?

14  A     Yes.  Yes.  In high school.

15  Q     Did you receive any honors or awards when you graduated

16  from high school?

17  A     A lot.  Yeah, many, I guess.  I was in ROTC, right, for

18  like five years.  And I did it in middle school.  So kind of

19  like -- I had a lot of ROTC awards.  I had the Legion of Valor

20  award, I think you mentioned in your opening.  Alongside that,

21  I had, like, physical awards that were -- like the Presidential

22  Physical Fitness Award, for example, multiple times.  You just

23  compete, and I was one of the higher-ranking girls.  It was

24  just really cool.

25  Q     And when you said you were the first to go to college,

N. Romero - Direct

1    what did you mean by that?

2    A    Yeah, the first one in the family to go to college.

3    Q    Ms. Romero, where do you live right now?

4    A    Right now I live in New York City.

5    Q    And what do you currently do for work?

6    A    Well, I just spent the last year in Charlottesville, so I

7    just moved to New York.  But I've been doing remote stuff as

8    well.

9        I worked for a nonprofit nonpartisan organization that is

10   dedicated to civic engagement.  So I did that, and through

11   that, I worked with the Albemarle County Public Schools working

12   on their Portrait of a Graduate and what their next ten-year

13   plan is going to be for students in the county.

14       Alongside that, I work as a translator for an organization

15   that does success stories.  It's like a mentorship program that

16   does some training in prisons for folks who are incarcerated.

17   It allows them to get some time off of their sentence and work

18   on their mental health.

19       What else?

20       I worked for the Charlottesville Immigrant Freedom Fund.

21   That is -- we raise money to help folks with legal fees and get

22   them help that they might need for their families, for books,

23   that are in the Albemarle County Regional Jail.

24       And I did an artist residency during this last year.  So

25   during the pandemic I was just very lucky.  I got a studio

N. Romero - Direct

1    space downtown-ish, like, a bit off.  Yeah, I have an exhibit

2    that is actually being taken down today here in

3    Charlottesville.  That was really cool.  It's my second one in

4    the city.  And I was very proud of that.

5    Q    The jury in this case has already heard about the events

6    of -- a little bit about the events of August 11th and 12th

7    through opening statements.  They've heard there was a torch

8    march on August 11th and an event at Emancipation Park on the

9    12th.

10        Were you present at either of those events?

11   A    I'm sorry.  I stopped -- can you repeat that?

12   Q    Yes.  The jury has already heard about a torch march that

13   happened on August 11th of 2017 and an event that occurred in

14   Emancipation Park on August 12th.

15   A    Yes.

16   Q    Were you present at either or both of those events?

17   A    Yes.  Both.

18   Q    Both.

19        All right.  So before I ask you specifically about

20   August 11th and 12th, I'm going to ask you generally what you

21   were doing in the summer of 2017.

22   A    Okay.

23   Q    So what were you doing that summer?

24   A    I had an internship that summer, so I stayed in

25   Charlottesville.  We were working on environmental issues.

N. Romero - Direct

1    I also worked as a server at a Greek restaurant in

2  Mechanicsville.

3  Q    And I think you said you had finished up your first year

4  at UVA the prior year.  How was your first year at UVA?

5  A    Well, the first one to come to school, I didn't have a lot

6  of support from my family; but I did have my Posse and the

7  mentors that Posse gives us.  So I worked very closely with the

8  Deans and other folks.

9    It was a, you know, very transitionary year, I would say.

10 I was getting adjusted to being out of state and being in a new

11 environment.

12    Academically, you know, I think my first semester, I was

13 not really pursuing the major that I wanted.  It was kind of

14 hard.  But it's been a good year getting to know people,

15 meaningful, getting adjusted, finding a family, you know, away

16 from home.  I really love Charlottesville.  So that was

17 amazing.  Just -- yeah, it's been a good year, I think.

18 Q    And what did you like to do outside of academics?

19 A    A lot of stuff, I guess.  I was a part of the peer

20 mentoring program.  So through that, we would go on hikes; we

21 would do the sunsets; running, walking, dancing, I guess.  You

22 know, social stuff, what students would do.

23 Q    And I think you said that you had an internship that

24 summer.  After your internship ended, what did you do?

25 A    After the internship ended, I went back to Houston.  I

N. Romero - Direct

1  did, like, a road trip down.  And I got married, visited

2  family.

3  Q    And if you remember, what day did you return to

4  Charlottesville?

5  A    August 11th.

6  Q    All right.  So let's talk about that day of August 11th.

7  What were you doing, if you can remember, on the afternoon of

8  August 11th, 2017?

9  A    I guess -- I had arrived in Richmond.  So, you know,

10  drove -- drove down from there.  Decided to be back on grounds.

11  I took -- like, I put down the windows, and I was like a dog

12  out the window, just smelling the air.  It just doesn't compare

13  to Houston, the freshness.

14      I took, actually, my last selfie there, of my face

15  without, you know -- well, what it looks like now.

16      And then I met up with friends.  We had dinner together,

17  like early dinner.

18  Q    And at some point on August 11th did you go to the Thomas

19  Jefferson statue at the Rotunda on UVA's campus?

20  A    Yes.

21  Q    Why did you go there?

22  A    I guess I wanted to be there with friends and people that

23  made me feel safe.

24  Q    And if you can recall, approximately what time did you

25  arrive at the statue?

N. Romero - Direct

1  A    I don't really know.

2  Q    And if you can recall, how many people did you go with?

3  A    Like two people, I think.

4  Q    And were any of the other plaintiffs in this case with you

5  when you went?

6  A    Yes.

7  Q    Who was that?

8  A    Devin Willis.

9  Q    And please explain to the jury what happened when you

10  arrived at the statue.

11  A    We weren't there for long before they arrived.  So we kind

12  of embraced each other.  Folks, you know -- I didn't really

13  know a lot of folks there, either.  So, like, my friends that

14  were there, we, like, hugged each other.  And when we -- when

15  we heard, like, the roaring, we were like:  What should we do?

16  We just, like, linked arms and held hands and started to sing.

17  Q    And I'll ask you about the roaring in a second.  But first

18  I want for the jury to understand:  How many people were around

19  the statue, if you can recall, when you first got there?

20  A    Maybe like 15.  There wasn't enough people to, like, cover

21  the whole statue when I arrived.  So not that many.

22  Q    And if you remember, what were you wearing?

23  A    I was wearing flip flops, a little tank top, some knitted

24  shorts.

25  Q    Were you carrying any weapons?

N. Romero - Direct

1   A     No.

2   Q     Were you carrying any mace?

3   A     No.

4   Q     Did you have anything with you that you could have used as

5   a weapon, like, for example, a bottle?

6   A     Nothing.  I don't think I even had my phone.

7   Q     Did you see anyone with you, that was with you that

8   evening, that had weapons, mace, or any objects to throw?

9   A     That was with me?  Uh-uh.  No.

10         MR. CANTWELL:  Could the witness repeat the answer,

11  please?  I didn't hear that.

12         THE WITNESS:  No.

13         MR. CANTWELL:  You said something -- she said

14  something other than "no."

15         MS. DUNN:  Your Honor?

16         THE COURT:  What is it?  You did not hear the answer?

17         MR. CANTWELL:  She said "no" and then something else.

18  And I didn't hear it.  That's all.

19         THE WITNESS:  I just -- I repeated the question.

20   BY MS. DUNN:

21  Q     Ms. Romero, you said that at some point when you and the

22  other people that you were with were at the statue, that you

23  heard something.  Can you explain that?

24  A     Yeah.  We -- I just heard loudness, just like -- almost

25  like thunder, like the world was -- the earth was growling,

N. Romero - Direct

1   essentially.  I couldn't make it out at first.  But yeah.

2   Q    And did you hear any words?

3   A    Eventually.

4   Q    And when you did hear words eventually, what were they?

5   A    "Blood and soil" was one of them.  "White power" were

6   others.  You know, there was another one that I hate repeating

7   because it just -- I, like, hear it in my nightmares.  I hear

8   it if the phone buzzes.  I, like, literally hear the same

9   cadence.  The "you will not replace us" was very, you know --

10  like, that one was just so terrifying.  You could hear it the

11  whole time, the cadence.

12  Q    And after you heard the words that you just said, "you

13  will not replace us" and "blood and soil" and "white power,"

14  what did you do?

15  A    Looked down.  Closed my eyes.  Prayed a little bit.  I

16  looked around.  I was like, oh, my gosh.  I didn't have

17  anything to cover my face.  I really wish I did cover my face.

18  I was terrified.

19  Q    And can you describe for the jury where, with respect to

20  the statue, were you standing?

21  A    So if you're standing at the steps of the Rotunda looking

22  down, I am on the left side.  And if you're on the street, I

23  guess I'm on the other side.

24  Q    And how close were you to the statue?

25  A    Very close.

N. Romero - Direct

1    Q     Do you remember who was standing next to you?

2    A     There was a person to my left.  I don't recall who.  But

3    to my right was Devin.  And we were just holding hands.  We

4    just looked at each other like:  It's okay, we're going to be

5    okay.

6    Q     And you earlier referred to "when they came."  You said

7    "they."  Can you explain who you understood "they" to be at

8    that time?

9    A     The men and people with tiki torches.

10   Q     And could you tell how many people with tiki torches there

11   were from where you stood?

12   A       Not at first, I guess.  You wouldn't even understand the

13   magnitude.  They were coming from, like, either side, just

14   like -- it felt like hundreds of people.  Angry, upset, like,

15   screaming, yelling.

16   Q     I think it might help the jury if you describe physically

17   where the Rotunda is with respect to the statue.

18   A     The Rotunda is here, and the statue is down a couple of

19   steps, I guess, series of steps.

20   Q     And when you were looking from the statue up to the

21   Rotunda, what did you see?

22   A     The swarms of people coming down at us, just -- the sky

23   was dark.  Like with the flame, it was, like, lit up, but --

24   you know what I mean, like dark and angry?  It just felt like

25   war.  It literally was like a scene straight out of a movie

N. Romero - Direct

1  swarming down towards us.  And then we were like -- it just

2  happened so quickly.  They surrounded us so quickly.  Yeah.

3  It's not at all how I expected my night to go.

4  Q    How did you expect your night to go?

5  A    I have expected to, like, see some friends and go home and

6  have a good night.

7  Q    And you said earlier that you had wished that you brought

8  something to cover your face with.  Why do you say that?

9  A    Because once they started to surround us they, like, kind

10 of directly came at Devin and I.  And they were saying very

11 specific things to us.  So I wish I covered my face, because I

12 felt that I was going to be, like, followed later, or my

13 family.  You know, I just -- I felt that I was going to be very

14 personally attacked.  And I was, so -- yeah, I just wish I

15 could have concealed myself more and protected me from what

16 ended up happening later.

17 Q    You mentioned just a second ago that certain things were

18 said to you.  Can you explain what you're talking about?

19 A    Yeah.  It was like, "Go back to where you came from."

20      "What the fuck are you doing here?"

21      "Stupid bitch."

22      Stuff like that.

23      Monkey noises.

24 Q    Mrs. Romero, I'm going to ask you to look in the book you

25 have in front of you at Exhibit PX2695.

N. Romero - Direct

1           MS. DUNN:  Your Honor, I think we can also put it on

2    the screen for the witness, which might make it easier on her

3    with the binder.

4    BY MS. DUNN:

5    Q    Ms. Romero, do you see the photograph on the screen?

6    A    Yes.

7    Q    Do you recognize this photo?

8    A    Yes.

9    Q    Can you identify yourself in the photo?  Just yes or no.

10   A    Yes.

11          MS. DUNN:  Your Honor, we'd move to admit PX2956 and

12   seek permission to publish to the jury.

13          THE COURT:  All right.  Without objection, it's

14   admitted.

15          MR. SMITH:  No objection, Your Honor.

16          MR. KOLENICH:  No objection.

17          (Plaintiff Exhibit 2695 marked.)

18          (Plaintiff Exhibit 2695 admitted.)

19    BY MS. DUNN:

20   Q    Ms. Romero, can you identify yourself in this photo?

21   A    Yes.

22   Q    Can you explain where you are?

23   A    Yeah.  It's very light.  You can see the back of my head,

24   essentially.  The screen, to me, I can't really see, but...

25   Q    Can you see in your book?

N. Romero - Direct

1  A    Yes.  If you can tell, there's Devin next to me.  You can

2  see his back.

3  Q    Is this a photo from the Thomas Jefferson statue on the

4  night of Friday, August 11?

5  A    Yes.

6  Q    Can you explain to the jury what they're seeing in this

7  photograph?

8  A    Well, they're seeing a group of students around the

9  statue.  As you can tell, it's basically surrounded 360.

10 Q    Ms. Romero, I'd like to do the same thing with

11 Exhibit 3011, which we can put up on the screen for you, and

12 it's also in your book.

13 A    Do I just not know how to use this?

14      But yes, I see the image on the screen.

15 Q    You see it on the screen.

16      Is this also a photograph from the night of August 11th?

17 A    Yes.

18         MS. DUNN:  Your Honor, we move to admit and seek to

19 publish PX3011.

20         THE COURT:  Without objection, it's admitted.

21         MR. SMITH:  No objections, Your Honor.

22         (Plaintiff Exhibit 3011 marked.)

23         (Plaintiff Exhibit 3011 admitted.)

24  BY MS. DUNN:

25 Q    Ms. Romero, can you explain to the jury what you see in

N. Romero - Direct

1   this photograph?

2   A    Yes.  So you can see the statue and the torch bearers all

3   around us.  You can see I'm where this bright blue light thing

4   is.  That was blinding me that day, like, oh, my gosh, that was

5   so painful.  I feel like right there you could see that

6   something else is happening.

7   Q    And at any point, Ms. Romero, did you consider leaving

8   where you were at the base of the statue?

9   A    Absolutely.  Absolutely.  I wanted to escape, run away.

10  There is literally no way.  There's no way I could do that.

11  Q    And so what did you do?

12  A    I tried to keep my head down.  I felt like a mouse,

13  trapped, like a Salem witch trial type, like I'm about to be

14  burned at the stake, especially because it was so -- Devin and

15  I were the only people of color on that side.  And it was very,

16  very obvious and very apparent.  Like, they were screaming at

17  us.

18  Q    What, if any, violence did you observe yourself that

19  evening?

20  A    Well, they started to swing the torches in our direction,

21  and I was like, okay, you know, there's literally nowhere that

22  I can move to protect myself from them.  I tried to jump up

23  onto the statue, but -- like, if you were to stand there,

24  there's literally no little platform or anything.  And I'm

25  wearing sandals.  So I'm like, I'm going to get trampled.

N. Romero - Direct

1     For reference, I'm 4'10" and a half.  I'm tiny.  And

2  everyone just giant, screaming -- literally, the torches were

3  like -- they were doing this.  So I was like, they're about to

4  hit me with this.  And like, I wanted to move.  I tried to

5  move.  But no -- I don't know why they did this, right, but

6  like threw the torch at us and it landed at our feet.  Like

7  not -- I can't even say a foot.  I'm saying like centimeters

8  away from my foot.

9     So, that.  I would say that.  I would say the mace that

10  was sprayed at us, because they were spraying mace at us.  Mind

11  you, we're not doing anything.  We're holding hands.  We were

12  singing at first.  Then it was like complete silence.  Like,

13  what do we -- like, what am I going to sing right now?  I'm,

14  like, terrified.  The mace and then -- yeah.

15  Q     Did you witness any physical violence?

16  A     Yes.  Yes.  I saw, like, them attack people, yeah.

17  Q     You said earlier that you couldn't get out.  How long did

18  that last?

19  A     It felt like forever.

20  Q     Did you eventually get out?

21  A     Yes.

22  Q     And how did that happen?

23  A     I ran through where you see that sign, the students

24  holding the sign, in that direction.  I wish I could point it.

25  But, like, through the front, and then tried to exit through

N. Romero - Direct

1   the side this way, I guess.  I can't show you, but...

2   Q    And did you -- to what extent did you observe your friends

3   try to leave as well?

4   A    I was just like, which way?  Like, how do we get out of

5   here?  How do we leave?  And it's like, any direction you went,

6   especially because they're very physical, it was like you

7   couldn't really see an exit.

8        I don't know how they did it, but I just followed, you

9   know, people.  Like, we just covered ourselves and tried to run

10  out.  They were literally spraying, throwing stuff.  I saw

11  liquids.  I saw them use the torches, violently swinging it.

12  Q    After you got out, where did you go?

13  A    So closer to the -- I guess if you're facing the Rotunda,

14  the statue, closer to the left there's like a couple of -- I

15  think they are benches, maybe.  So I went to the other side

16  because by then I had already been maced.  So there was

17  somebody in a wheelchair.  So on my side there was somebody

18  with a wheelchair next to -- like, on the edge.  It was a

19  student.  So they were getting their eyes washed out.  And then

20  there was a couple of other people on the floor getting their

21  eyes washed out, including me.

22  Q    And what did you do after you left the Rotunda?

23  A    To the side, they were chanting, they started to chant --

24  "they" as in people with the torches -- started to chant and

25  like -- like, yell victory kind of stuff.  I wish I could

N. Romero - Direct

1  remember exactly the words they were using, but they were

2  really excited.

3      Yeah, I just stood there and watched that happen.

4      And then on the left side there were police that lined up

5  and then started to tell people that they had to leave.  So I

6  saw that happen -- including us.  They were like, everyone has

7  to go.  Yeah.

8  Q    When you left, where did you go?

9  A    I tried to go to the left side of the -- because I

10  lived -- like, if I walked down the Lawn, I lived on the other

11  side, essentially on the other street.  So I went to the left

12  side of the Rotunda and tried to make my way home.

13  Q    What did you do when you got home?

14  A    Couldn't eat.  I didn't know what -- like, what the

15  effects of the spray was.  So I didn't know that, you know, you

16  shouldn't shower.  I got in the shower to cry.  Like, I kind of

17  sat there, and like, as the water is hitting me, it's just like

18  reliving it all again, because it started to go back into my

19  eye.  It spread through my body, my entire body.  And, yeah, I

20  sat there in pain from the stinging of it.  And I -- yeah, once

21  I realized I was making it worse, I just kind of sat in the tub

22  trying to make sense of what I had just witnessed.

23  Q    Okay.  So that was August 11th.

24      The next day is August 12th.  And when you got up on

25  Saturday morning, August 12th, what did you do?

N. Romero - Direct

1   A    I got ready and we made our way to like -- it's called the

2   Bridge.  It's actually where I ended up having my art exhibit

3   the first time.  And I think I might have gotten a coffee.

4   Yeah.

5   Q    And when you said you got ready, were you planning on, on

6   August 12th, attending the events of that day?

7   A    Yeah.  Yeah.  Well, students and, like, professors and

8   other people had planned to have, like, little speeches and a

9   couple of other things that they were going to do.  So, yeah.

10  Q    And why, after what happened on Friday night, did you

11  still want to go to the events on Saturday?

12  A    I mean, you know, who would have guessed that that would

13  be how the day went?  I just -- I figured because it was night

14  time and that, like, that's why they felt that they could do

15  that?  I was like, well, there are not going to be torches

16  tomorrow, I hope.

17      I wanted to be there to be with friends and students and

18  people that, like, I cared about.  I wanted to -- I love

19  Charlottesville.  I wanted to be there for the community and

20  with the community, like -- yeah.

21  Q    And did you go to Emancipation Park on August 12th?

22  A    Which park is --

23  Q    Emancipation Park.

24  A    Yeah.  I mean.

25  Q    It used to be called Lee Park, if that helps.

N. Romero - Direct

1   A    Yeah, I mean, I didn't go into the park, but I walked past
2   it.
3   Q    And if you recall, what were you wearing on Saturday when
4   you left your house?
5   A    A pink UVA hat, a gray shirt, some black pants, black
6   shoes and a purple, like, raincoat.  I wanted -- that was it.
7   The next day I was like, okay, I need a long sleeve because I
8   don't -- I don't want to be maced again.  I don't want to have
9   any of that happen to me.
10  Q    Did you have anything with you?
11  A    I had a traditional small Colombian, like, satchel, I
12  would call it.  Like, little thing just to hold my phone.
13  Q    Did you have any weapons with you?
14  A    No.
15  Q    Did you have anything in your bag you could use as a
16  weapon?
17  A    No.
18  Q    Did you have with you a sign or a banner or a flag?
19  A    No.
20  Q    Did you have any bottles with you?
21  A    No.
22       MS. DUNN:  All right.  I'd like to put on the screen,
23  Your Honor, a demonstrative that we used in opening.  It's a
24  map that shows just where Emancipation Park and other places
25  are.

N. Romero - Direct

1              THE COURT:  Go ahead.

2              MS. DUNN:  Thank you.  And with permission to publish

3    this to the jury so that they can see it.  We're just using

4    this as a demonstrative.  Thank you.

5     BY MS. DUNN:

6    Q    Ms. Romero, you were here in opening, so you saw his too,

7    presumably, but the jury has already seen this.  It marks

8    Emancipation Park and other places on the map.  Please

9    explain -- well, first of all, can you see where Emancipation

10   Park is on the map?

11   A    Yes.

12   Q    Please explain to the jury from which direction you

13   approached the park.

14   A    I think I came in from the left side, down this street,

15   because it was closer to my home.

16   Q    And what did you see, if you can remember, when you

17   arrived in the area of Emancipation Park?

18   A    A lot of things.  The barricades, you know, for the park,

19   the entrance.  I saw the groups of people that were inside and

20   outside.  So there was -- inside the park there were already a

21   couple of the protesters with shields and other, like,

22   uniformities that you would see.  You could see the groups of

23   them.

24        Then outside of the park, along the sidewalk, where there

25   was no entrance, there were clergy, kind of like church-goers

N. Romero - Direct

1   singing happy, like, church songs.  I believe they might have

2   been on the floor, some of them.

3   Q     You believe what?

4   A     They were on the floor, like just kind of along the

5   sidewalk.  They weren't blocking the street.  They were just,

6   like, in a line.

7         And then there was another -- on the other end there were

8   groups of protesters that were coming in in lines.  So they

9   were coming in, like, uniformly, in single-file lines, kind of.

10  And they were coming in with a lot of things.  So I mean, do

11  you want me to, like, just describe some of that?

12  Q     I do.

13        First, though, I want to just make sure that we're on the

14  same page when you say protesters and counter-protesters.

15  A     Yes.

16  Q     So when you say "protesters," who are you talking about?

17  A     I'm referring to them, to, like, people who identify as

18  neo-Nazis and other stuff.

19  Q     When you say "counter-protesters," who are you talking

20  about?

21  A     Referring to the community members that were outside, the

22  clergy, I guess.  That would be counter.

23        I'm trying to also keep up with the words.

24  Q     Yeah.  I understand.

25        And when you say you saw clergy, did you see anybody that

N. Romero - Direct

1  you recognized?

2  A    There was a famous pastor in there and a couple of other

3  folks.

4  Q    What's the name of the famous pastor, if you know?

5  A    It's on the tip of my tongue.  You know, beard.  I don't

6  remember his name.

7  Q    It's okay.  And as far as you could see, did any people in

8  the line of clergy you discussed have any weapons with them?

9  A    No.

10  Q    And based on what you saw, were they blocking the road?

11  A    No.

12  Q    And just a couple of minutes ago you said that you saw

13  some protesters -- which I think we're all on the same page

14  that you're talking about the white nationalists.  Can you

15  explain what you saw?

16  A    I saw -- my God.  I saw hammers.  I saw makeshift poles.

17  I saw a long, like, steel pole that didn't have anything on it.

18  I saw a bunch of others with flags.  You know, I saw a couple

19  Texas flags, Confederate flags, flags with different symbols

20  that I now kind of have actually learned to recognize them,

21  unfortunately.  Then I didn't know what they were.  Shields of

22  all kinds, makeshift, others that had, like, bats in the back,

23  and then the shields.  I saw white shields, all kinds of

24  colored, like, things on them.

25        I saw people with camcords on their side, recording very

37

N. Romero - Direct

1   specifically people's faces, people's faces that weren't doing

2   anything, just kind of like -- what I learned to understand is

3   the term "doxing," you know, getting people's identities.   I

4   saw, like, for example, one of the camcord recording persons

5   had Hitler on his T-shirt.   There was multiple people with

6   Hitler on T-shirts, swastikas, lots of that.   Lots of that.

7        Jugs.   People were holding jugs of stuff.

8        So much.   So much.

9   Q    At any point that morning did you witness firsthand any

10  physical violence?

11  A    Yes.

12  Q    Please explain.

13  A    One of the filed lines that were coming in -- so there's a

14  library in that corner.   You could see it on where it says

15  Emancipation Park, there's an intersection.   It seemed that

16  there was -- I don't know how many entrances there were for the

17  protesters to go into the park, but a lot of people were trying

18  to find their entrance, and then they would, like, line up in

19  one way and then they'd have to walk around behind the clergy

20  to the other entrance, or they would go, like, in front of them

21  on the sidewalk.

22       I saw kind of like the shoving of certain clergy, of

23  students.   And then at that intersection right in front of the

24  library, multiple instances right there.   There was like --

25              THE COURT:   It would be helpful on the Emancipation

N. Romero - Direct

1   Park map for her to point out where she was, and then if you

2   would read what the streets are, it would be okay.  I don't

3   think anyone just listening would know what she's talking

4   about.

5    BY MS. DUNN:

6   Q    Ms. Romero, did you hear the Court?

7   A    Yes, to point.  I don't know the names of the streets

8   right now.  I'm a little nervous.

9           MS. DUNN:  Your Honor, we can put the streets up on

10  the map, which might be helpful.  I don't know that Ms. Romero

11  will remember the specific names of the streets.

12          THE COURT:  Well, she can point on the map.  If she

13  can put her finger where it is, I don't think there will be any

14  disagreement what the street is from the map.  Just so everyone

15  knows where she was.

16          THE WITNESS:  How should I show you?

17          MS. DUNN:  That's a good question.  Your Honor,

18  how -- if she points to the map, how can we --

19          THE COURT:  Well, if she would speak to the lower

20  right-hand corner or...

21          MS. KAPLAN:  Do you want me to look and then tell Mr.

22  Shepherd?

23          THE WITNESS:  There we go.

24          MS. DUNN:  Okay.  That's helpful.  Can you all see?

25          THE WITNESS:  A lot of violence at this intersection

N. Romero - Direct

1  right here and right in front of the library.  That's the

2  library.  So there's like --

3   BY MS. DUNN:

4  Q    Is the library the building that looks red?

5  A    Yes.

6  Q    It's right across from the lower right-hand corner of

7  Emancipation Park, there is a red building and sort of a

8  columned entrance?

9  A    Yes.

10  Q    That's the library?

11  A    Yes.

12  Q    Okay.

13  A    And so right there there's like the -- there's a lot of

14  space in front of it before you get to the street.  And then

15  right there a lot of violence was happening in this corner from

16  the park side, and then right here, like, when they were

17  walking up, the protesters with their shields.  So -- and then

18  if you think of where the clergy was, they were just lined up

19  right here-ish, like, in single file, facing and, like,

20  singing.  They weren't blocking the street.  They were

21  literally alongside the sidewalk, not on the sidewalk, right

22  on -- like, right off of it.

23      So from this direction here where -- they believed that

24  they had an entrance there.  But I think that they had to go

25  all the way around.  They will confirm.  I don't know.  But

N. Romero - Direct

1  they were here.  There's, like, a set of steps.  And so a lot

2  of them were up there, like, throwing things into the crowd,

3  throwing liquids, canisters, yelling, spitting on people, doing

4  all kinds of stuff.  And they had, you know, their shields,

5  their signs, their flags, their poles, et cetera.

6      So a lot of people were coming from both directions, but

7  the protesters would, like, come alongside this way, and some

8  of them would go on the sidewalk or around.  I think there was

9  a truck there, like a news truck or something.  And right

10 around there, there was a lot of violence right there.  They

11 started to attack the counter-protesters.  They attacked women.

12 That was crazy.  Like with the -- with the bats and, like,

13 their makeshift -- because they were really makeshift like

14 poles.  Some other folks would, like, wrap whatever flag they

15 have and just like -- I saw some of that in there.  For

16 example, the counter-protesters, there was some with, like --

17 some with, like, an Obama picture.  That's, like, random.  But,

18 like, people were just kind of, like, sitting there or

19 standing.  But yeah.

20 Q    And you mentioned shields.  What did you see with regard

21 to the shields?

22 A    A lot of stuff.  I saw, you know, the Xs on the shields;

23 other circular symbols that I didn't know.  Yeah, I saw

24 someone, for example, with a hammer; just, like, walking around

25 with a hammer on their shoulders.  Yeah.

N. Romero - Direct

1       Does that answer your question?

2    Q    Yes.

3       At any point that morning, and putting aside the car

4    attack of later that day, did you personally experience any

5    violence?

6    A    Yes.

7    Q    And can you explain what happened to you?

8    A    Okay.  Do I have to?

9    Q    I am -- I am sorry to ask it, but yes.

10   A    So at this intersection, I think there was -- I know that

11   there was a white police car right there blocking the street.

12   So there was a group of women alongside the cop car, not

13   covering the whole street, just alongside the, like, police

14   officer's car.  When I saw the group of women, there was white

15   women, you know, some older, younger, and I decided to join

16   them at the very end of the link.  So basically the end of the

17   police car.  There wasn't a lot.  It was a small line.

18      I guess I was on the very edge of the police officer's

19   car.  So let's say this is the car.  This table is the car.

20   I'm, like, right here.  And the protesters, in uniform, you

21   could tell -- maybe there was, like, two different groups that

22   were together, that's what it looked like, because they were

23   different symbols.  And when they saw us they're like, these

24   bitches, et cetera.  They were saying just really rude, ugly

25   things about women.

N. Romero - Direct

1      And they're like, we don't care -- I just don't want to

2  repeat some of the language.  But, like, "Run through them."

3  Like, "It doesn't matter."  Like, "These bitches are in the

4  way."  Other things like that.  You know, honestly, I'm in this

5  line thinking, I'm okay.  We're a small group of women.

6  They're not going to do anything.  You know, why would they be

7  violent to a group of women that are literally doing nothing?

8  And especially because I'm in a group of white women.  And I'm

9  thinking, you know, I'm a light-skinned Latina.  I'm like,

10 maybe they won't notice.  Right?  I literally -- like, I don't

11 look -- I'm not that many shades different than the women to my

12 left.

13     You know, I just didn't -- I didn't see a reason why me

14 being in that line would trigger them.  But no, they came

15 directly at me and spit on my face and called me really mean

16 things and asked me what the hell I was doing there.  And I

17 should go back to where I came from.  I'm from this country.  I

18 was born here, you know.

19     So yeah.  And then they pushed me and they threw me

20 against the cop car and they walked past me.  They had no

21 reason.  No reason at all to even interact with a line of

22 women, because there was plenty of space all around us.  There

23 was sidewalk.  There was everything.  You had so much space to

24 go around.  But no, no.  I'm spit on.  I got spit on by people

25 who hate me and think that I should not be alive and that I

N. Romero - Direct

1  threaten their existence.

2      I'm just trying to go to school, man.  I'm just trying to

3  get out of poverty.  So I would say that's some of the

4  violence.  I would say that that's some of the violence before.

5  Q    So you said that you were thrown up around the cop car.

6  Can you explain a little bit about that and what happened after

7  that?

8  A    They went around us.  It was like files of them.  Someone

9  like -- like, they directed each other to do that.  Like, one

10 of them was like, it doesn't matter.  Like, do it.  Da, da, da,

11 da.

12      Did what they did.  They were -- you know, they were

13 so happy that they, like, ran through women like that for no

14 fucking reason -- I'm so sorry to -- my language, but -- and

15 they went around us.  You know, I was just in shock.  Like, you

16 know, gentlemen, really?  Like, what?  I'm so -- I'm in shock.

17      After that, I turned, and I believe that the police

18 had already started to say that it was an unlawful assembly.

19 So I was hearing, like, loud noises, trying to make out what it

20 was.  You know, I thought that something else had happened.

21 But then they were like, you know, you have to go.  You'll have

22 to leave.  And so -- so I did.  I walked in.  I guess -- I

23 think I walked in this direction.  Oh, wait.

24      THE COURT:  When she says "I walked in this

25 direction," for the people who can't see that, you may point

N. Romero - Direct

 1  out from the map what you're saying.

 2          THE WITNESS:  Yes, Judge.  I'm pointing it on my

 3  screen here.

 4          THE COURT:  Excuse me?

 5          THE WITNESS:  I turned the screen around.

 6          THE COURT:  I'm sorry.  No.  Just so they know.

 7   BY MS. DUNN:

 8  Q    So when you say you walked in this direction, which

 9  direction are you talking about?

10  A    Well, the library direction.  So that way.

11          MS. DUNN:  Your Honor, we've marked it on the screen.

12          THE COURT:  Okay.

13          THE WITNESS:  Yes, that's correct.

14   BY MS. DUNN:

15  Q    So I really hate to ask you this, Ms. Romero, but I do

16  want you to tell us:  What are some of the things that were

17  said to you?

18  A    "Go back to where you came from" was, like, a very big one

19  I heard multiple times.

20      At some point someone called me a "spic."

21      Yeah.  And the other ones that I said earlier.

22  Q    Okay.  All right.  So please explain what happened when

23  you were walking in the direction that's identified on the map.

24  A    Let's see.  We -- "we" as in, like, the students that I

25  was with, and others, like community members -- walked towards

45

N. Romero - Direct

1  an area where there was swings.

2  Q    And so at this point you're walking east on Market Street?

3  A    Yes.

4  Q    Okay.  I'd also like you to look at Exhibit 2929, and we

5  can put that on the screen for you.

6          THE CLERK:  We need her to turn her monitor back

7  around.

8          THE WITNESS:  Right.  Yeah.

9   BY MS. DUNN:

10  Q    What is this?

11  A    A message to one of the Posse scholars, the upperclassmen

12  of Posse.  I was telling Zaakir --

13  Q    Before you read it --

14          MS. DUNN:  Your Honor, we'd seek to admit Plaintiffs'

15  Exhibit 2929 and publish it to the jury.

16          THE COURT:  No objection?

17          MR. SMITH:  No objection, Your Honor.

18          MR. KOLENICH:  No objection.

19          MR. JONES:  No objection.

20          THE COURT:  It's admitted.

21          (Plaintiff Exhibit 2929 marked.)

22          (Plaintiff Exhibit 2929 admitted.)

23   BY MS. DUNN:

24  Q    So the email on the screen is redacted to protect the

25  privacy of the other people other than Mr. Romero on this

N. Romero - Direct

1   email.

2       Ms. Romero, what is this?

3   A    This is a message to some of the Posse people, so the

4   upperclassmen of Posse, they were in Charlottesville that

5   summer.  They were resident advisors.  So it's a group of --

6   you know, they were checking in on me throughout the day.  And

7   Zaakir, I was letting him know -- it was, like, right after the

8   incident with the cop car.  So -- yeah.

9       Do you want me to read it?

10  Q    Sure.

11  A    "Yeah, well, the park is pretty insane right now.  The

12  now-Nazis [sic] released many bottles of tear gas and mace and

13  did stampeded [sic] on us."

14      Obviously, like, grammatically, I'm not there.  Like, I

15  was just typing really fast and keeping people updated.

16          MS. DUNN:  Thank you, Mr. Spalding.  We can take that

17  down.

18          THE COURT:  We'll take a recess now for about

19  20 minutes.

20          MS. DUNN:  Thank you, Your Honor.

21  **(Jury out, 10:40 a.m.)**

22          (Recess.)

23          THE COURT:  Call the jury.

24  **(Jury in, 11:00 a.m.)**

25          THE COURT:  All right.  Be seated, please.

N. Romero - Direct

1          MS. DUNN:  Thank you, Your Honor.

2    BY MS. DUNN:

3    Q    Ms. Romero, I'd like to talk about the afternoon of

4    August 12.  But before I move to that, I just want to -- and I

5    think you can remove your mask while you're speaking.

6          I want to go back and just ask you one thing to clarify.

7          When you were talking about the violence that you saw, was

8    that inside Emancipation Park or outside Emancipation Park?

9    A    Well, so -- okay.  The park had metal barricades around

10   it, kind of like where -- like, you know, where they could be,

11   the -- the protesters could be.  There's, like, a set of stairs

12   there on the other side, outside of the barricade.  So there

13   was some stuff on that staircase.  There was some stuff outside

14   on the library, and, like, other stuff on the street.

15   Q    But anything that you described earlier, did you -- and

16   what of the acts of violence that you described earlier took

17   place inside the park?

18   A    None of it, I think.

19   Q    Okay.  So you had testified that you left Emancipation

20   Park and you headed east on Market?

21   A    Yes.

22   Q    And eventually, did you end up at the intersection of

23   Fourth and Water Streets?

24   A    Yes, eventually.  And before that, we were somewhere with

25   a set of swings, eating oranges and kind of sitting, hanging

N. Romero - Direct

1  out, drinking waters.  People were just sitting in circles in

2  groups, getting to know each other.

3  Q    And how did you happen to end up at the intersection of

4  Fourth and Water?

5  A    At the park with the swing sets, someone started to let

6  people know that the white nationalists were near Friendship

7  Court.  And so at Friendship, they were harassing people in

8  that direction.  So we were walking towards Friendship Court.

9  Q    And when you got to the intersection of Fourth and Water,

10 please describe what was going on.

11 A    So I arrived from, I believe, the left side -- oh, it

12 marked it.

13     So from that side.  And then there was another group of

14 people coming from this side.  And they're people -- they were

15 playing beats, and I heard cowbells for sure, cheerings and

16 chantings and like -- because it was like two groups of people

17 coming together.  They weren't too large.  I would say, you

18 know, a good size of people coming towards each other,

19 chanting.  Like, you could tell that they were

20 counter-protesters because they were wearing colorful stuff,

21 had banners that said, like, nice things.

22         So yeah.  People were just kind of happy to see each

23 other.  We were also like, you know, it was shut down.  So,

24 like, everything is fine.  You know, kind of like, how are you

25 all?  Great to see you all.

N. Romero - Direct

1  Q    Please tell the jury, Ms. Romero, what happened after you

2  turned up Fourth Street.

3  A    Can you repeat the question?

4  Q    Please tell the jury, Ms. Romero, what happened after you

5  turned up Fourth Street.

6  A    It happened very quickly.  I -- I think I was taking a

7  Snapchat video.  Didn't keep the video, obviously, because I

8  didn't get to finish the video, but I turned in very -- not too

9  far into this way, I guess.  Do you want me to describe

10  essentially -- okay.

11     Okay.  Someone said: "Turn left."  I don't know who.  We

12  started making a left.  I go in.  Really quick -- it was like

13  (indicating) -- you hear someone like -- you heard, like, the

14  commotion, like -- I couldn't tell what it was, but I was

15  pretty close to the front, so -- it all happened so quick.

16     Do I keep going?

17  Q    Yes, please.

18  A    Okay.

19  Q    You can take your time.

20  A    Yeah, there was -- we passed by other vehicles.  People

21  inside were smiling and like, "ooh."  Like, they were clearly

22  trying to make their way through.  I was on the left side,

23  like, not blocking the cars, just walking.

24     I'm passing a -- kind of like a black truck.  I'm like --

25  with Chelsea.  And -- yeah, and then I get hit, and, like, the

N. Romero - Direct

1  next thing I know is just darkness.

2      You know in movies when it's like (indicating sounds), and

3  like that.  Like, I could hear my heart beating.  You know

4  those war scenes where they're having, like -- they were just

5  hit or something, and it's just flashing.  And I couldn't see

6  too much, but I felt dripping on my face.  And I'm like, I need

7  to call my mom, I need to call my mom, because what I was

8  feeling in that moment is like, what's happening?  One, what

9  just happened to me?  Two, I felt that if I -- like, if I

10  closed my eyes further or if I stood still that I was just

11  going to, like, fall into -- into, like, a sleep.  I was like,

12  if I fall asleep -- it's something that -- you know, in

13  trainings we were taught that all the time:  Keep

14  consciousness.  Keep your consciousness, because you could die.

15      So that's what I thought was about to happen.  I thought

16  that I was about to die.  Like, I was like, these are my last

17  seconds of breath.  I need to call my mom right now.  I

18  couldn't stand, though.  So I'm just, like, aimlessly, like,

19  waving my arms, what I feel.

20      I'm on the other side of the truck.  So I clearly, like,

21  he hit me and I was in the middle somewhere, like, of the back

22  of the truck part.  So what I feel happened was that he hit me

23  with his car, because I was hit directly by the car, not in

24  between or by any other vehicle.  I flipped and then I slid.

25  So I think I hit, boom, like, boom, like this, and then I

N. Romero - Direct

1  flipped on the side and then the side like that, like the

2  impact, you know, just...

3      Somebody -- I heard someone pull me.  And like -- I felt

4  it obviously, but someone pulled me.  So that's -- I believe

5  that if I hadn't been pulled, he would have run over my legs.

6  I had other friends whose legs were run over.  So I believe

7  that would have been the case.

8      Yeah, he -- the flashes, the noise.  Someone -- a lot of

9  people are trying to talk to me.  A lot of people are trying to

10 keep me awake.  Other people were asking what I needed, if I

11 needed anything.  I don't know what I need.  I don't know

12 what's happening.  I don't know what just happened to me.  I

13 just know that I need my phone.  I need to call my mom.  I lost

14 my phone.  No one had it.  No one could find it.

15     And then they pulled me to the sidewalk where there was a

16 pole.  I was holding the pole because I -- I just wanted to lay

17 down.  I just -- but I knew if I laid down I would fall asleep.

18 And if I fell asleep, I might not wake up.  So I'm just going

19 to hold onto this fucking pole.  I'm just going to hold onto

20 the pole.

21     And then someone was helping me.  A lot of people were

22 helping me.  Some of that is a blur.  And then someone is

23 speaking in Spanish to me.  Other people are doing other

24 things.  And then two people familiar to me picked me up and

25 were like, we need to take you to the ambulance.  But the

N. Romero - Direct

1   ambulance wouldn't be able to make its way towards me.  And I

2   couldn't walk.  So they kind of like -- I had both arms on

3   people's shoulders and they took me.

4        Is that enough?

5   Q    Thank you.  When you say the ambulance couldn't make its

6   way to you where you were, why do you say that?

7   A    Because there was people on the ground and stuff.  So...

8   Q    And at the moment that you described, did you really

9   understand what had happened?

10  A    No, not yet.

11  Q    Ms. Romero, I'd like you to look at Plaintiffs' Exhibit

12  3044.

13            MS. DUNN:  Your Honor --

14   BY MS. DUNN:

15  Q    Ms. Romero, do you recognize this picture?

16  A    Yes.

17            MS. DUNN:  Your Honor, we'd like to admit and publish

18  to the jury PX3044.

19            THE COURT:  Any objection?

20            MR. JONES:  No objection.

21            MR. SMITH:  No objection, Your Honor.

22            (Plaintiff Exhibit 3044 marked.)

23            (Plaintiff Exhibit 3044 admitted.)

24   BY MS. DUNN:

25  Q    Ms. Romero, what is the jury seeing in this picture?

N. Romero - Direct

1  A    They're seeing some strangers pouring water on the wound,

2  yeah.

3  Q    You say they're strangers.  Strangers to you?

4  A    Yes.

5  Q    Did you ever find out who they are?

6  A    No.  I wish.  I wish I did.

7         MS. DUNN:  I'll ask Mr. Spalding to show Ms. Romero

8  Exhibit PX3029, which should also be on the screen in front of

9  you.

10  BY MS. DUNN:

11  Q    Do you recognize this photograph?

12  A    Yes.

13  Q    What is it?

14  A    It's me with -- after they Band-Aid my hair -- or my head.

15  Yeah, they wrapped it and they're wiping the blood off of my

16  face and wiping some of the injuries on the rest of my cheeks.

17         MS. DUNN:  Your Honor, we'd seek to admit PX3029 and

18  publish it to the jury.

19         THE COURT:  It'll be admitted without objection.

20         MR. JONES:  No objection.

21         MR. SMITH:  No objection, Your Honor.

22         (Plaintiff Exhibit 3029 marked.)

23         (Plaintiff Exhibit 3029 admitted.)

24  BY MS. DUNN:

25  Q    And Ms. Romero, if you could look in your book at PX3044.

N. Romero - Direct

1  A    3044?

2  Q    Yeah.  3034.

3  A    3034.  Got it.  Yes.  Yes, that's me.

4        MS. DUNN:  Your Honor, we'd seek to admit 3034 and

5  publish it to the jury.

6        THE COURT:  All right.  Be admitted without

7  objection.

8            (Plaintiff Exhibit 3034 marked.)

9            (Plaintiff Exhibit 3034 admitted.)

10  BY MS. DUNN:

11  Q    And Ms. Romero, please explain to the jury what they're

12  seeing in this photograph.

13  A    They're wiping my face.  I'm holding onto that pole.  It's

14  my ROTC watch.  You face it towards you.  This is actually the

15  image that my mother was shown to identify me.  She couldn't

16  identify me in the other photos.  I think maybe she just didn't

17  want to believe that she could see her daughter with all that

18  blood.  She said, "I don't know what she was wearing.  That's

19  not my kid."  But once she saw this one, it was confirmed

20  because of my watch.

21  Q    And you said earlier that the ambulance could not reach

22  you because there were people, I think you said all over the

23  place.  Can you explain what you saw all around, if you recall?

24  A    Chaos.  Blood.  People didn't know what to do.  It was

25  terrifying.  It was, like, straight out of like -- you've seen

N. Romero - Direct

1  domestic terrorism before in the news or random places that

2  weren't in my life, you know.  That's what that was.  That's

3  what it looked like.  Chaos.

4  Q    And you said that, ultimately, two people walked you to an

5  ambulance.  Did you know any of those -- either of those

6  people?

7  A    Yes.

8  Q    Who were they?

9  A    Pretty sure it was Chelsea.  Poor Chelsea.  I think

10  Chelsea couldn't even walk.  She was like, "Where's Natalie?"

11  And my other friend Luca.

12  Q    And you testified that you were trying to stay awake.  At

13  any point did you lose consciousness?

14  A    I -- we were walking past people.  I could see the

15  ambulance.  Once they grabbed me and put me -- like, sat me

16  down, I lost consciousness then.

17  Q    And when you say -- you refer to Chelsea, are you speaking

18  about Chelsea Alvarado?

19  A    Unfortunately, yeah.

20  Q    And do you remember where you were when you regained your

21  consciousness?

22  A    I regained consciousness in the hospital.

23  Q    Mr. Spalding, we can take that photo down.  Thank you.

24      When you woke up at the hospital, what was your physical

25  situation?

N. Romero - Direct

1    A    I'm -- my neck is casted.  So there's something white

2    around me.  Parts of my legs were casted up.

3         I'm sorry.  I forgot your question.

4    Q    When you woke up at the hospital, what was your physical

5    situation?

6    A    Right.  Yeah.  I was there.  Yeah, I was -- yes, there was

7    all kinds of stuff on my arms.  I didn't realize it until later

8    when I asked to be taken to the restroom, my entire back looked

9    like Freddy Krueger, just (indicating) gone through my back.  I

10   asked one night when I was there -- at first I couldn't even

11   remember, like, who I was for a second.  Like, I'd say, what

12   happened to me?  What happened?  No one really wanted to tell

13   me.

14        When I woke up there was -- I came in and out multiple

15   times, but there was some of the Posse Scholars that I

16   described to you, my scholarship folks, the upperclassmen Posse

17   people were there.  I asked them and the nurse that was there,

18   like, am I -- you know, what happened to me?  And they said,

19   Nat, you were hit by a car.  And then I asked them, am I going

20   to be able to walk?  Do you know if I have a spinal injury?  Is

21   that what this is?  Am I paralyzed?  Like, because I couldn't

22   walk.  Is this like -- am I -- yeah.  No one answered me.  No

23   one answered.  Everyone just stared at me.  No one could say

24   yes, no, not the nurse, anyone.

25        So I just sat there crying and fell back asleep until, you

N. Romero - Direct

1    know, it was like maybe the fourth time that I woke up that

2    they said that it was going to be difficult, but they think I

3    was going to be able to walk.  And then I found out I had like

4    MRIs and all this stuff done to me while I was unconscious.

5    Q    And please describe at that point what injuries you had.

6    A    So the -- was a skull fracture right here.  And they,

7    while I was unconscious, stitched it up.  So there's multiple

8    stitches you can see and feel right here.  It's now flat.

9    There's no curve to this part of my forehead anymore.

10          I had -- the tooth right here was fractured.  So there

11   was -- it shattered the root of my tooth right next to the -- I

12   think it's the molar, right?  This one?  So that's dead.

13   That's a dead tooth in me now.  It was pushed back and the

14   impact of the tooth and everything cut open my lip.  So I had

15   multiple stitches also done while unconscious.  It was, like,

16   ginormous.  I couldn't drink water.  I couldn't drink anything

17   hot.  I could barely eat.

18          So that's boom, boom (indicating).  I had stuff -- you all

19   can't really see it, but I have scars here.  That's, like, a

20   dark -- and here.  And I think it's because I tried to stop

21   myself.  On instinct I tried to cover my face.  But, you

22   know...

23          And then I have cuts and bruises all over my knees, my

24   shins.  There was -- yeah, they had stuff on my legs.  So there

25   was some leg injury there, back, et cetera.  So I had, what it

N. Romero - Direct

1  was is a severe concussion, skull fracture, lip laceration, the

2  shattered root of a tooth, amongst other things.

3  Q    And Ms. Romero, I'm going to ask you to look at

4  Plaintiffs' Exhibit 3043.  Do you recognize that?

5  A    Yes.

6           MS. DUNN:  Your Honor, we'd seek to admit Exhibit

7  3043 and publish it to the jury.

8           THE COURT:  It will be admitted without objection.

9           (Plaintiff Exhibit 3043 marked.)

10          (Plaintiff Exhibit 3043 admitted.)

11   BY MS. DUNN:

12  Q    Ms. Romero, please explain to the jury what they are

13  seeing in this photograph.

14  A    You can kind of see the big scratch on my forehead.  They

15  were covering where they had just stitched up the fracture, my

16  skull fracture.  So you can see there was stuff on my nose, on

17  the bridge here of my face, there was a whole bunch under here,

18  under my chin.

19         This is a selfie I took later.  I actually couldn't use my

20  phone for a couple hours when I woke up.  I couldn't remember

21  the password to my phone.  I panicked because, like, I didn't

22  get my phone until hours after I had regained consciousness.  I

23  lost, like, memory of the day and couldn't even figure out my

24  password.  So I was like -- that sent me into a panic.  How can

25  I not remember my password?  Like, what is it?  How can I

N. Romero - Direct

1  forget something that I use every single day?

2       And then the lip, it literally -- it was like a tumor

3  inside my mouth, ginormous.  Like, that doesn't even -- if I

4  had taken any photos of how it looked inside, it was

5  disgusting.

6       There was also stuff on my ears.  You can't see it in this

7  picture, but -- yeah.

8  Q    And I'll ask you to look at Plaintiffs' Exhibit 3033.  Is

9  this another picture along the lines of what you just

10 described?

11 A    Wow.  Yeah.

12            MS. DUNN:  Your Honor, we move to admit Exhibit 3033.

13            THE COURT:  Will be admitted without objection.

14            (Plaintiff Exhibit 3033 marked.)

15            (Plaintiff Exhibit 3033 admitted.)

16  BY MS. DUNN:

17 Q    Ms. Romero, how long did you stay in the hospital?

18 A    Two days.  Two days.

19 Q    And will you take a look at 3037.  Is this you?

20 A    Yes.

21            MS. DUNN:  Your Honor, move to admit 3037 and publish

22 to the jury.

23            THE COURT:  It will be admitted.

24            (Plaintiff Exhibit 3037 marked.)

25            (Plaintiff Exhibit 3037 admitted.)

N. Romero - Direct

1    BY MS. DUNN:

2    Q     What is this picture?

3    A     It's after they allowed me to shower.

4    Q     And did you also take this photo?

5    A     Yes.

6    Q     If you'd look at 3032.

7    A     Also this one is the next day.

8          You said 3032?

9    Q     Uh-huh.

10   A     Yes.

11   Q     Is this you?

12   A     Yes.

13          MS. DUNN:  Your Honor, we move to admit and publish

14   3032.

15          THE COURT:  It'll be admitted.

16          (Plaintiff Exhibit 3032 marked.)

17          (Plaintiff Exhibit 3032 admitted.)

18   BY MS. DUNN:

19   Q     Is this another photo that you took at the hospital?

20   A     Yes.  Sorry.

21   Q     How do you -- I know this is hard.  How does it feel to

22   look at these photos today?

23   A     I haven't seen these pictures in so long.  It feels -- I

24   can feel the tumor in my mouth.  Yeah, it's hard, you know,

25   gross.

N. Romero - Direct

1  Q    Okay.  So you said that you spent two days in the

2  hospital.  Please describe to the jury your physical state when

3  you left the hospital.

4  A    I had to leave in a wheelchair.  The same person that you

5  showed earlier that I -- Zaakir, when I let them know that I

6  had just been thrown onto the car, the cop car, Zaakir

7  instantly booked my grandma a flight.  It was very nice of

8  them, you know.  So the next day my grandma was there, and I

9  was in a wheelchair.  It's her, a couple other folks.  And

10 yeah, I'm on, like, so many meds at that point, I just wanted

11 to sleep all the time.  I'm, like, half-awake, half --

12 half-present.

13 Q    And where did you stay after you got out of the hospital?

14 A    I think when I left we realized that I couldn't go to my

15 apartment.  So -- I had just moved out on my own.  It was my

16 first place.  So I think I arrived the 11th.  So I really

17 didn't have any time to arrange my bed, fix anything.  The only

18 thing that I did was set up my -- it was like a lofted bed.  I

19 wanted to have, like, a desk space underneath where I could

20 work.

21      It was a small bedroom.  I just wanted to have enough

22 space in my room.  I had a futon.  So I had a futon.  I wanted

23 a nice little sofa in my room.  And my lofted bed.  I couldn't

24 get up there.  I couldn't raise myself up.  I couldn't stand up

25 on my own.  I couldn't get up from a seat on my own.  So I

N. Romero - Direct

1  wasn't able to go to my apartment.

2  Q    And so where did you stay?

3  A    At first I went to a friend's house.  They took care of me

4  there.  They had a shower that you could put a seat in it, so I

5  went there.  That's where I -- I couldn't shower standing up.

6  So I stayed with them for a couple of days.

7        And then my college counselor from EMERGE that I applied

8  to my freshman year of high school -- she really supported me

9  through the entire process of scholarships, writing my

10  essays -- so Ms. Noreen came and she got us a hotel.  So I

11  stayed with her until I got a bed.  So she's the one that took

12  me after I stayed at my friend's house.  I went with her.  And

13  then my grandma had to go back.  My grandma had to work.  So

14  she took care of me.

15        She took me to a Mattress Firm so that I could -- it's

16  just so silly.  It was, like, wheelchair Nat with sunglasses

17  all the time, like, in the middle of Mattress Firm buying my

18  first bed.

19  Q    If you could take a look at Plaintiffs' Exhibit 3035.  Do

20  you recognize this?

21  A    Yes.

22            MS. DUNN:  Your Honor, move to admit and publish

23  3035.

24            THE COURT:  It will be admitted.

25            (Plaintiff Exhibit 3035 marked.)

N. Romero - Direct

1          (Plaintiff Exhibit 3035 admitted.)

2    BY MS. DUNN:

3    Q    Ms. Romero, is this a picture you took?

4    A    Yes.

5    Q    Please explain to the jury when you took this picture.

6    A    This is maybe a week and a half later, or less.  I'm at

7    the hotel.  Yeah.  Oh, you could see the way that my sides --

8    the side of my chin had been impacted, the gashes, just so

9    ugly.  It was so bad.  I still had the bruising on my eyes.

10   Yeah.

11   Q    You said earlier that you were diagnosed with a skull

12   fracture, that you had stitches in your forehead for that.

13   What, if any, related issues did you have as a result of your

14   skull fracture?

15   A    Everything -- the skull fracture, okay.  Sensitivity to

16   brightness.  So even honestly, even this paper hurts to look

17   at.  These lights above me, they hurt.  Because of it I had

18   severe dizziness.  I would stand up and the world just moved

19   around me.  It hurt to read.  It hurts to -- it hurt to do

20   anything.  I couldn't focus.  There's more, I guess.

21   Q    If you could take a look at Plaintiffs' Exhibit 2970 and

22   tell me if you recognize this.  I think it's a text message.

23   A    Yeah, to my godparents.

24          MS. DUNN:  Your Honor, move to admit 2970 and publish

25   to the jury.

64

N. Romero - Direct


 1              THE COURT:  It will be admitted.

 2              (Plaintiff Exhibit 2970 marked.)

 3              (Plaintiff Exhibit 2970 admitted.)

 4   BY MS. DUNN:

 5   Q    So this is a message you're writing on August 14th to

 6   somebody named "Papa Bear"?

 7   A    Yeah.

 8   Q    Can you explain what you're saying?

 9   A    "I can't talk on the phone.  It hurts."

10        That's that Monday.  Yeah.

11   Q    If you could look at Plaintiffs' Exhibit 2928.  Is this an

12   email you wrote?

13   A    Yes.

14              MS. DUNN:  Your Honor, move to admit and publish

15   Exhibit 2928.

16              THE COURT:  It will be admitted.

17              (Plaintiff Exhibit 2928 marked.)

18              (Plaintiff Exhibit 2928 admitted.)

19   BY MS. DUNN:

20   Q    And Ms. Romero, you're writing this to somebody named

21   Andrea.  Who is Andrea?

22   A    Andrea is the Posse -- she was assigned to my cohort of

23   Posse.  She works at the Comm School at UVA.

24   Q    And what was her relationship to you?

25   A    She was like an academic advisor, counselor.

N. Romero - Direct

1      Additionally, the school kind of put her and another dean

2  in charge of helping me with getting accommodations and therapy

3  from the school, et cetera.

4  Q    And is Andrea's last name Roberts?

5  A    Yes.

6  Q    If you could look at Exhibit 2937, do you recognize this

7  text message to somebody named Brian?

8  A    Yes.

9           MS. DUNN:  Your Honor, move to admit and publish

10  PX 2937.

11           THE COURT:  It will be admitted.

12           (Plaintiff Exhibit 2937 marked.)

13           (Plaintiff Exhibit 2937 admitted.)

14  BY MS. DUNN:

15  Q    In this text message you say, "Also I have a mean

16  headache"?

17  A    Yes.

18  Q    And the message is sent in November of 2017.

19      How long did your headaches last?

20  A    I would say they haven't really stopped.  But the severity

21  of them, the way -- like, oh my gosh.  They wouldn't -- it hurt

22  to hear myself speak.

23      I still have that stuff, where my own voice is

24  uncomfortable to hear.

25      The headaches -- yeah, the headaches really didn't go

N. Romero - Direct

1  away.  They just got less severe, I guess, and less constant.

2  Q    To what extent, if at all, did they prevent you from doing

3  the things that you did before the accident?

4  A    Completely.

5  Q    All right.  Please explain that.

6  A    I'm a big reader.  Reading, I can't really do that

7  anymore.

8      I work on my laptop a lot, as you will in college.  I had

9  to ask for permission to -- like, also, I can't afford to go

10 and print out everything.  So I had to ask for accommodations

11 so that, if my classes had a bunch of readings that they would

12 send you the PDFs for and they just expect you to read them,

13 like, on the computer, I would ask them to have that all

14 printed out for me.

15     Books that they sent you online, instead I asked them to

16 give me those books in person.  That way I could, like, take

17 better breaks and not look at the screen.

18     I had to change everything on my phone, everything on my

19 laptops, to be yellow and to be on dark mode, so that they

20 don't hurt as much.

21     I had to make the lettering bigger so that I could see

22 them without straining my eyes.

23     I lost a lot of basic things.  Like, just inability to be

24 outside in the sun, really, because it causes a bigger

25 headache.  Inability to run.  I swear that my brain is, like,

N. Romero - Direct

1    jumping with me if I try to jump or move or do anything.  It's

2    like -- yeah, I can't do that anymore.

3    Q    Did you seek medical treatment for the headaches?

4    A    Of course.

5    Q    Would you take a look at Plaintiffs' Exhibit 2955?

6         Is this a text that you sent?

7    A    Yes.

8    Q    Or an email?

9    A    I think it's a text.

10             MS. DUNN:  Your Honor, seek to admit PX2955 and

11   publish to the jury.

12             THE COURT:  It will be admitted.

13             (Plaintiff Exhibit 2955 marked.)

14             (Plaintiff Exhibit 2955 admitted.)

15             THE WITNESS:  And, like, you can tell -- so much of

16   it -- also just lost my ability to even message properly, I

17   guess.  Like...

18   BY MS. DUNN:

19   Q    If you would look at PX2968, is this a similar message

20   that you wrote in February of 2018?

21   A    Yes, in the same group chat.

22             MS. DUNN:  Your Honor, seek to admit and publish

23   2968.

24             THE COURT:  It will be admitted.

25             (Plaintiff Exhibit 2968 marked.)

N. Romero - Direct

1           (Plaintiff Exhibit 2968 admitted.)

2    BY MS. DUNN:

3    Q     Did you receive, Ms. Romero, medical treatment for issues

4    with your eyes?

5    A     Yes.

6    Q     Did you have issues also with your balance?

7    A     Yes.

8    Q     Please explain.

9    A     Yeah, balance was hard.  Even after I got off the

10   wheelchair and even after I stopped using the cane, it was

11   really hard to balance myself.  It made me more clumsy, you

12   know?  I bump into a couple more things.  I drop a lot of stuff

13   now.  Things fall out of my hands.  Things that -- you know,

14   wouldn't normally occur.

15         For that, I saw -- they told me that the concussion threw

16   off the crystals in my ear, the crystals that sit right on top

17   of your -- the little hairs in your ear so that you can have

18   your balance.  If they're knocked off, that's what causes you

19   to have the dizziness and the lack of balance, mobility.  So I

20   had to see a therapist that would just lay there with my head

21   in her lap and, like, move my head like this to try to realign

22   the crystals in my ear.  That was a specialist for the -- there

23   were specialists that just did that.

24         There was a specialist that just worked on my eyes.  And

25   that one was me sitting in a dark room retraining my eyes over

N. Romero - Direct

1   and over.  And I saw them multiple times a week, not just once,

2   so that they could help me regain -- like, you know, the

3   ability to scan things and move my eyes to the side was just

4   slower and more difficult.

5   Q    You mentioned that you left the hospital in a wheelchair

6   and you just mentioned a cane.

7        Can you please explain to the jury when you got out of the

8   wheelchair and when you used the cane?

9   A    I had the wheelchair for two months, and the cane, I used

10  it for a couple of months afterwards.  At least they gave me,

11  like, a nice cane.  The doctors gave me a rose gold cane so

12  that it was in style.

13  Q    Did you have ongoing issues with your legs?

14  A    Yes.  I still do.

15  Q    And did you seek medical attention for that?

16  A    Yes.  Physical therapy and other.

17  Q    And if you could take a look at Plaintiffs' Exhibit 2972.

18       And do you recognize this text message?

19  A    Yes.

20            MS. DUNN:  Your Honor, seek to admit and publish

21  Exhibit 2972.

22            THE COURT:  It will be admitted.

23            (Plaintiff Exhibit 2972 marked.)

24            (Plaintiff Exhibit 2972 admitted.)

25   BY MS. DUNN:

N. Romero - Direct

1  Q    Ms. Romero, here you're texting that your -- you say:   "My

2  teeth hurt because I got hit on that side of my mouth."

3       Could you explain to the jury whether you have received

4  medical attention related to your teeth?

5  A    Yes.

6  Q    And you also mention that your lip was lacerated in the

7  car attack.  How has that affected you?

8  A    So the medical treatment part is I had to get a root

9  canal, but we didn't realize until about a month later that it

10 was actually an issue of the tooth and not the lip.  I thought

11 it hurt because of the lip, and I thought I had just been cut,

12 but it turned out that it was, like, the entire tooth.

13      So when I went to see the doctor, you know, he was like,

14 well, we can't do the root canal now because your laceration

15 has to heal before we can really move forward with the rest of

16 your treatment.

17      In high school I had braces.  So, you know, I worked

18 really hard for those braces.  It was actually -- you know, one

19 of my biggest insecurities were my teeth.  And I feel like --

20 you know, I tried to seek -- or, like, I tried to get the

21 dentist to do that, but they told me that it was, you know,

22 just aesthetic.  It's not going to be covered because it's

23 about aesthetics.  So I worked to get that done.  And it --

24 actually my godfather and, like, my ROTC instructor and my

25 National Honor Society and English professor, they surprised me

N. Romero - Direct

1   with the money, like, the cash, literally, to go to the dentist

2   and get it done.  So they took me to get braces my senior year

3   of high school.

4        Yeah, so I had just gotten my braces removed, I think

5   August of 2016, right before coming to college, because ROTC

6   required you to not have any braces.  So I got them out and I

7   had, you know, walked around a freshman with a new set of

8   teeth.  All that money, for what?  Like, now the tooth -- like,

9   I don't think you all can really see it, but the tooth isn't

10  aligned with the rest.  It's back.  And it's a different color

11  than the rest of my teeth.

12       And it's just -- you know, I worked really hard for -- I

13  didn't work that hard for that.  But, you know, it was just,

14  like, something that, obviously, I had already done.  I figured

15  with -- I had already had my fight with my appearance, and

16  then -- like, if I can get them realigned, I will one day in

17  the future.

18  Q    Have the issues with your appearance affected, and to what

19  extent, your confidence?

20  A    So much.  So much.  And I would even say it's beyond that.

21  It's not just about the appearance, right?  Like, the

22  confidence issues now are, like, inside.  Like, speaking --

23  yeah.  Being myself.

24       I didn't -- when I came here and I was one of the few

25  Latinas at UVA -- there's not a lot of us -- I worked really

N. Romero - Direct

1  hard to not hate myself for that.  I'm already hated enough.  I

2  worked really hard to fit in in Charlottesville and Virginia, a

3  place very different from Houston.  My confidence was

4  destroyed.  I knew more and more that I am this other person.

5  I'm a brown woman in this school.  Like, now I know it more.

6  So it's beyond the appearance, you know.

7      I can live with my scars.  I have to.  But I hate it.

8  And, like, people ask me if I was born with a cleft lip.  They

9  ask me what -- what is that?  Like, my goddaughters will ask

10  me, like, what happened to your face?  What is that thing on

11  your face?  Especially at the beginning, that big circle.

12  Like, there was the scratches, but the circle in the middle was

13  where the stitches were.  And that was just so ugly.  I mean,

14  you saw it.  That was ugly.  They were just, like, disgusting.

15  They were healing so nasty.

16  Q    Ms. Romero, I'll ask you to take a look at Plaintiffs'

17  Exhibit 3326 and ask you if you recognize this as your

18  certified medical records?

19  A    Yes.

20          MS. DUNN:  Your Honor, we move to admit 3326.

21          THE COURT:  It will be admitted without objection.

22          (Plaintiff Exhibit 3326 admitted.)

23          (Plaintiff Exhibit 3326 admitted.)

24   BY MS. DUNN:

25  Q    Ms. Romero, I'd like you to tell the jury how, if at all,

N. Romero - Direct

1  your injuries affected you academically.

2  A    That semester -- I'll start from there, I guess -- I was

3  really excited to start my second year.  I was planning on

4  double-majoring.  So I was kind of looking at the options of

5  what I wanted to double-major in.  I had already fulfilled my

6  language requirement because I passed the Spanish placement

7  exam.  So I wanted to learn another language.  So I had

8  enrolled into Arabic and I had just spent the summer kind of

9  trying to learn Arabic through peers.

10     So I was taking Intro to Arabic.  I was taking a whole

11 bunch of other classes, some classes that would have allowed me

12 to double-major.  I didn't.  I didn't end up being able to.

13     I also applied to a program that would allow me to study

14 abroad, so I was planning on studying abroad for an entire

15 semester, but I couldn't do any -- and the study abroad

16 programs was really cool because, since I was already fully

17 scholared, I would have been able to do those programs at a

18 very low cost, like, basically nothing out of pocket.  It was

19 being covered by the university.  So that was -- you know, I

20 missed all the opportunities to really do that, like a big

21 study abroad program, because I needed to be on campus or on

22 grounds for the semesters.

23     Also, I had applied to a study abroad program just for

24 January.  UVA does that.  You can do January terms and they'll

25 send you for, like, two weeks to -- around the world, honestly.

N. Romero - Direct

1   I had applied to one to go to Nicaragua to work with nurses.

2   It was a health class.  So I was actually thinking about doing

3   nursing.  And so I was in, like -- you know, I had some of the

4   Intro to Nursing classes.  That's out of the window.  I

5   wasn't -- I couldn't do those classes.

6       Like, one, they were so early that -- I was completely

7   turned off my routine, right?  Mind you, before this, I'm,

8   like, someone who took school super-seriously.  I got made fun

9   of all the time for it.  You know, I was like -- I was odd.  I

10  loved history.  I loved school.  I loved everything.  So I had

11  a routine where I ate healthy, I slept good, I exercised, et

12  cetera, and I believe that all of that really is directly tied

13  to how you're going to study and how you're going to live.  So

14  not being able to be in my routine really destroyed my

15  academics.

16      And I worked super hard, super, super hard, to not be

17  taken out of classes that year.  And I worked really hard in

18  general, right, afterwards, but -- yeah, I had to withdraw

19  medical -- medical withdrawal from school.  Essentially,

20  Ms. Andrea and the other deans were helping me.  I had let them

21  know that I would start school a week after the -- after school

22  started.  So I think when that weekend happened, I think we had

23  one more week without school, and then we started.  So I was

24  like, give me a week, just a week, and I'll get back on track.

25  I really -- I genuinely believed that I was going to be able to

N. Romero - Direct

1  go to school.

2      One, the scholarship doesn't carry over.  So if I didn't

3  take my scholarship money that semester, it wasn't going to

4  roll over to another semester, and I couldn't afford that.  And

5  I definitely didn't want to risk that.  So I tried to go back

6  to classes.  They changed my entire schedule to things that

7  were basically unrelated to what I wanted to study because they

8  wanted an easy course load on me.  And there's, like, a

9  mindfulness class.  I was like, what am I doing here?  I need

10  to go study, like, serious things.  But I couldn't even do the

11  mindfulness class, really.  I could barely do the readings for

12  the class.

13      Other people tried to help.  Other people tried to help

14  me, like, push through the semester.  I tried it for about a

15  month -- August, September, October -- actually, two months, I

16  tried to go to school.  And, you know, they were being helpful

17  with the accommodations, et cetera, but honestly, it wasn't

18  like -- it wasn't even just like, oh, my eyes hurt.  It was

19  like, I'm having nightmares.  I'm not having nightmares about

20  being run over; I'm having nightmares about chants.  I'm having

21  nightmares of torches.  You know what I mean?  It was so much

22  other stuff.

23      And in combination with, like, continuously having to deal

24  with it because people were coming back to Charlottesville

25  multiple times and doing other things, it was like, I don't

N. Romero - Direct

1  feel safe in Charlottesville.  I don't feel safe in my home.  I

2  don't feel safe in my own bed.  Like -- so it was such a big

3  combination of things that, like -- yeah.

4       So I ended up taking medical leave in October.  Like,

5  October 25th.

6  Q    And when you say people were coming back to

7  Charlottesville, what are you talking about?

8  A    I have to explain?  You know, as in --

9  Q    Just briefly so the jury understands who you're talking

10 about.

11 A    Oh.  Yes.

12      Protesters that had come -- that had come on the 11th and

13 the 12th came back multiple times.  In, like, the months after

14 August 11th and 12th, they came back.  So at times they did

15 other kind of mini-rallies, and they did other things, like,

16 at -- at UVA, and they did other things in Charlottesville and

17 they just -- yeah.

18 Q    Ms. Romero, if you'll look at PX2987.  And do you

19 recognize this as a text or email that you wrote?

20 A    87?  I'm sorry.  This screen is hard.

21 Q    It could be my fault.  2987.

22 A    Yes.

23      MS. DUNN:  Your Honor, we'd seek to admit and publish

24 2987.

25      THE COURT:  It will be admitted.

N. Romero - Direct


1          (Plaintiff Exhibit 2987 marked.)

2          (Plaintiff Exhibit 2987 admitted.)

3    BY MS. DUNN:

4    Q    Ms. Romero, this is an email or a text where you say, "I'm

5    taking a medical withdrawal.  I was hit by the Nazi here in

6    Charlottesville two months ago and a lot has been going down

7    here.  I just need the break."

8    A    Yes.

9    Q    Is that a text or an email that you sent?

10   A    I think this might have been a text -- or an email.

11   Q    And who is this to?

12   A    It might have been -- I think it might have been a school

13   person, an admin.

14   Q    And did UVA eventually grant your medical leave?

15   A    Yes.

16   Q    Did you graduate on time?

17   A    No.

18   Q    As somebody who testified that you received multiple

19   merit-based scholarships to college, how did it feel to have to

20   withdraw from school?

21   A    Terrible.  It was like, this is completely knocking me off

22   of my path, you know.  I always had a path.  I always had a

23   plan.  Like, what's next, you know?  Always on my feet.

24   Well...

25   Q    At any point, did you seek counseling or therapy following

N. Romero - Direct

1  the car attack?

2  A    Yes.

3  Q    And what, if any, diagnoses did you receive?

4  A    Acute stress, anxiety, PTSD, amongst -- yeah.

5  Q    And what symptoms did you have related to your PTSD and

6  acute anxiety?

7  A    I would have panic attacks and flashbacks.  Like, my heart

8  would literally fall out of my chest sometimes.

9       I couldn't do certain things.  I couldn't go to certain

10  places.  I didn't leave my house.  I hated walking outside by

11  myself.  I couldn't be in a car.  So I really didn't go to the

12  grocery store much.

13      Honestly, it made me like -- I started to, like, starve

14  myself.  Like, I literally do not want to leave.  I will stay

15  here.  I will lock myself in this room.  A lot of isolation.

16      Triggers.  I have steps -- steps that I do now to calm

17  myself.  And they can happen randomly, and anywhere.  Honestly,

18  like someone can be clapping and I'm like, oh, my God, I'm

19  going -- I'm having a heart attack, is what it feels like.

20  Q    Did you have these problems prior to August 11th and 12th?

21  A    No.

22  Q    And you mentioned that you had learned various methods to

23  cope with your acute stress and the PTSD.  Anything else that

24  helps you cope with this today?

25  A    Yes.

N. Romero - Direct

1   Q     What?

2   A     The day that I got to Houston, when I did my medical

3   leave, I asked my mom if I could get an animal so that I had,

4   like, a reason to go outside and do things and get out of bed.

5   And she agreed.  I knew she hated the idea of having a dog in

6   the home, but she allowed me to.  So she took me to get a puppy

7   that was a rescue.

8   Q     And I'll ask you to look at Plaintiffs' Exhibit 2952.

9   A     Yeah.

10  Q     And is this a letter from your counselor or therapist

11  saying that you will need to travel now with an emotional

12  support animal?

13  A     This is actually from the doctor that was assigned to me

14  afterwards.  She's the one who kept up with my stuff.

15        But yes, this is her kind of referencing the PTSD and the

16  functional limitations and, like, explaining my rights now.

17  "As a result of the post-traumatic stress, Natalie has certain

18  functional limitations related to motivation and anxiety.  In

19  order to assist in alleviating these difficulties and to

20  improve her ability to fully access and use a dwelling unit on

21  her own and/or manage, etc., I am prescribing an emotional

22  support animal."

23              MS. DUNN:  Your Honor, we move to admit PX3025 [sic].

24              THE COURT:  Admitted.

25              (Plaintiff Exhibit 2952 marked.)

N. Romero - Cross

1          (Plaintiff Exhibit 2952 admitted.)

2     BY MS. DUNN:

3     Q     What's the name of your support animal?

4     A     Her name is Luna.  It means "moon."

5     Q     Is she here with you in Charlottesville?

6     A     Yes.

7     Q     Why did you make the decision to come to Charlottesville

8     and testify here today?

9     A     Because I'm crazy?  No.

10          I think I've spent four years locked in my home.  I'm

11     sorry.  I just -- I've spent a lot of time hiding and isolating

12     myself from the world.  I'm just here to tell the truth.  I

13     want closure.  I want to move on.  I want to be normal.

14          MS. DUNN:  Thank you, Ms. Romero.  We appreciate very

15     much your testimony today.

16          THE WITNESS:  Thank you.

17          THE COURT:  All right.  Who wants to...

18          MR. KOLENICH:  Thank you, Your Honor.

19                    CROSS-EXAMINATION

20     BY MR. KOLENICH:

21     Q     Hello, Ms. Romero.  Do you know who Jason Kessler is?

22     A     Yes.

23     Q     Did you see him on August 11, 2017 at the torchlight

24     march?

25     A     I don't know.

81

N. Romero - Cross

1   Q     Do you know who Nathan Damigo is?

2   A     Now, yes.

3   Q     Okay.  Did you see him at the torchlight march on

4   August 11, 2017?

5   A     I wouldn't know.

6   Q     Do you know what the group Identity Evropa's flag and

7   uniform look like?

8   A     Can you show me?

9   Q     I don't have one to show you today, but I'll describe it

10  for you.  It is a light blue in color with an upside-down

11  triangle on it, white.

12        It's okay if you don't.

13  A     Okay.

14  Q     You don't recognize that?

15        MS. DUNN:  Objection, Your Honor.

16        THE WITNESS:  Yeah, I mean, I do.

17        THE COURT:  Overruled.

18   BY MR. KOLENICH:

19  Q     Did you see that flag or anybody with that symbol on their

20  shirt on August 11th, 2017?

21  A     If you showed me what the shirts look like, I could tell

22  you.  I'm sorry.  There were so many things happening.

23  Q     I will withdraw the questions about the --

24  A     Okay.

25  Q     -- documents I can't show you right now.  So each of the

N. Romero - Cross

1  last two questions are withdrawn, Your Honor.

2       Moving to August 12th, 2017.  Did you see Jason Kessler?

3  A    I'm not sure.

4  Q    Did you see Nathan Damigo?

5  A    I'm not sure.

6  Q    Ms. Romero, is it fair to say that the evidence you have

7  against Jason Kessler was developed during this lawsuit?

8       Let me ask again -- I'll withdraw that.

9  A    Show me the evidence.

10 Q    Well, all the evidence that you were just looking at when

11 your lawyer was talking to you, you didn't know any of that

12 before you filed the lawsuit, did you?

13 A    What do you mean?  Like, what evidence?  I'm sorry.

14 Q    It's okay.  I'm not trying to confuse you.  I'll withdraw

15 that one, too.

16 A    Okay.

17 Q    Why do you think Jason Kessler had anything to do with

18 your injuries?

19 A    Like, because of the plannings.

20 Q    And what do you know --

21 A    My injuries.

22 Q    Go ahead.

23 A    No, go ahead.

24 Q    What do you know of your own personal knowledge about the

25 plannings?

N. Romero - Cross

1   A    I mean, I was a student then, and I, multiple times, like,

2   students know all about him.  So, like --

3   Q    So you're referring to things you heard from other

4   students?

5   A    I'm referring to things that he did in, like, relationship

6   to UVA, I guess.

7   Q    Okay.  And what specifically do you mean by things that he

8   did?

9   A    I mean speeches and other things.  I don't know, like -- I

10  really don't know how to answer your question.  I'm sorry.

11  Q    It's okay.

12       Are you saying that because he gave speeches, that that

13  caused your damages?

14  A    No.  No.  Of course not.  But in whatever he was doing,

15  like -- I think, like, that would be a nonrelated question for

16  me to answer, honestly.

17  Q    I think I understand.  What you mean is it's the stuff

18  online; is that right?

19  A    I would say it's, like, the planning and, like, other

20  things that he -- like, that led to it.

21  Q    Okay.  And you learned about those things, the planning

22  and the other things, you learned about that with the people

23  helping you with the lawsuit; is that right?

24  A    Not -- not necessarily.  It's like -- that's kind of like

25  stuff that's in the open.

84

N. Romero - Cross

1   Q    Okay.  Now, the stuff that's in the open, are you

2   referring to Internet communications or what he did in the

3   community?

4   A    I think what he did in the community.

5   Q    Okay.  But you're not saying that what he did in the

6   community is what caused your damages, are you?

7   A    I think what I'm -- I would say more is like how it -- how

8   the events occurred, maybe, and the planning.  Just, like --

9   I'm sorry.

10  Q    It's okay.  It is what I'm trying to get at:  What do you

11  know yourself about the planning that Jason Kessler engaged in

12  for August 11th and 12th?

13  A    I mean, at this moment I can't, like, pinpoint stuff, but

14  if you were to show me maybe some of his -- like, if you were

15  to show me some of the stuff, I could tell you, you know.

16  Q    If I could show you some of the Internet communications,

17  for instance, you could talk about them, maybe?

18  A    And, like, other things that he planned, you know what I

19  mean?

20  Q    I have to admit, I don't.

21  A    I'm also, like, confused.

22  Q    You sued Jason Kessler in October of 2017; do you remember

23  that?

24  A    October of when?

25  Q    2017.

85

N. Romero - Cross

1   A    Okay.

2   Q    So what did you know in October of 2017, if you remember,

3   about what Jason Kessler did to cause your injuries?

4   A    I really don't know how to answer.

5   Q    I guess all I'm trying to get at is you got help with this

6   lawsuit, right?  There's a lot of people that have helped you

7   with the lawsuit, the lawyers, their staff, those kind of

8   people?

9   A    Of course.

10  Q    So is it fair to say that what you know about what Jason

11  Kessler did was developed by these people helping you with the

12  lawsuit?

13          MS. DUNN:  Objection, Your Honor.

14          THE WITNESS:  Yeah, like, it's like there's multiple

15  layers to that.

16          THE COURT:  She can testify only, you know, to what

17  she saw, and all she's testified to was her own experience and

18  what -- she hasn't said anything on direct about Mr. Kessler

19  whatever.  So of necessity she wouldn't --

20          MR. KOLENICH:  Yes, sir, Your Honor.

21          THE COURT:  The jury has to decide the case on the

22  evidence.  The fact that she didn't know who all was involved

23  in this thing at the time it happened or even at the time she

24  filed -- I mean, she doesn't personally have to know all the

25  details to file a lawsuit.  She knew she was hurt.  She knew

N. Romero - Cross

1    the car struck her and she knew enough, and it's obviously the

2    complaint is filed -- prepared and filed by lawyers.

3           MR. KOLENICH:  Yes, sir, Your Honor.  Ordinarily I

4    wouldn't be asking any of these questions, obviously.  But in

5    this case they're going to say, well, she saw the Nazis and

6    Kessler was among them.  So the fact that she didn't see them

7    is meaningless.  I'm just trying to make sure she actually

8    didn't see them.

9           THE COURT:  Well, okay.  You can ask her if she saw

10   that, but otherwise, it's just -- you're asking her to

11   speculate.

12          MR. KOLENICH:  All I'm trying to say is she doesn't

13   personally know what Jason Kessler did and what she does have

14   against him is these online communications.  That's it.

15          THE COURT:  But she can call other witnesses to

16   testify.

17          MR. KOLENICH:  Of course she can.  Just for her --

18          (Overlapping speakers.)

19          THE COURT:  She doesn't have to have personal

20   knowledge.

21          MR. KOLENICH:  For this witness, that's all I was

22   trying to get at.

23          THE COURT:  All right.

24          MS. DUNN:  Objection also to scope, however.

25          THE COURT:  There's no such thing as that when you're

87

N. Romero - Cross

1  dealing with a plaintiff.  Go ahead.

2   BY MR. KOLENICH:

3  Q    All right.  Ms. Romero, you heard the conversation between

4  myself and the Court.  Do you have anything to add to what

5  you've already said about what you do or don't know about Jason

6  Kessler's activities, these planning activities?

7  A    No.

8  Q    And do you have anything to add to what you've already

9  said about what you know about Nathan Damigo's planning

10  activities?

11  A    No.

12          MR. KOLENICH:  Thank you.  No further questions.

13          THE COURT:  All right.  Thank you.

14          Mr. Spencer.

15               CROSS-EXAMINATION

16   BY MR. SPENCER:

17  Q    Good morning.  Thank you for your testimony.

18      Did you know about Richard Spencer; that is, myself,

19  before the events of August 11th and 12th?

20  A    Yes.

21  Q    You did?  So you -- did you read about them maybe online

22  or in a newspaper or on social media?

23  A    From multiple different things as well.

24  Q    Okay.  Could you have recognized me?

25  A    I confused you all the time.

88

N. Romero - Cross

1   Q    Confused me with -- with whom?  Or could you elaborate on

2   that a little bit?  Confused me?

3   A    Like, I knew your face, but I didn't really, like -- like,

4   sometimes I confused you with other people.

5   Q    Okay.  That's fair.  Would you have recognized me more or

6   less during the events of August and 11th -- or, excuse me,

7   August 11th and 12th?

8   A    (No verbal response.)

9   Q    Okay.  That's fair.

10       You attended the torchlight rally on August 11th.  Did you

11  at any point see me during those activities?

12  A    I don't remember who I really saw.  Like, if I saw

13  pictures of people, maybe I could, you know, but --

14  Q    Well, I understand that, but you seem to at least have a

15  pretty good familiarity with what I look like.  Did you see me

16  at all during that torch rally?

17  A    What were you wearing that night?

18  Q    I was wearing a blue shirt.

19  A    If you showed me, like, maybe what you looked like, I

20  could --

21  Q    Well, I'm right here.

22  A    No, no, no.  What you looked like that day, because --

23  Q    You couldn't maybe imagine a blue shirt?

24       (Overlapping speakers.)

25       I understand.  That's fair.

N. Romero - Cross

1    On -- during the events of August 12th, did you see me at

2   all during that day or at any point?

3   A    I'm not sure that I paid attention to look.  Uh-uh.

4   Q    Okay.  You testified -- returning to Friday, you testified

5   that you were just trying to -- excuse me.

6        You were just trying to go to school.  And you testified,

7   I think, about Saturday that you wanted to see your friends and

8   so on.  On that Friday night, how did you end up in front of

9   the Rotunda at the Jefferson statue?  I didn't understand quite

10  how you ended up there.

11  A    I'm not sure who -- upperclassmen, maybe, I think saw

12  something.  We also saw that -- or it seemed that an

13  altercation had happened at the -- at, like, Walmart.  I think

14  someone tweeted about it.  I'm not sure.  But students knew

15  that something was going to happen, and so I -- I showed up

16  there with a friend.

17  Q    When you say something was going to happen, could you be a

18  little more specific, please?

19  A    Oh, that -- that people were going -- or that the

20  protesters were going to be by the university.  So we just kind

21  of showed up.

22  Q    Okay.  So you were -- you wanted to seek out the

23  protesters is what I understand.

24  A    No.  But --

25  Q    Well, I mean, if you -- so the Friday night torchlight

N. Romero - Cross

1  rally was not publicly announced, but you have just testified

2  that you heard about it from a friend who might have seen it

3  online, news of it, a leak or something --

4  A    Twitter or something.

5  Q    Twitter.  Sure.

6       So you then proceeded to go to the torchlight rally?

7  A    Right.

8  Q    After learning about it?

9  A    I didn't know that there would be torches.

10  Q    That's fair enough.

11  A    As you can see from that day, I was wearing shorts, flip

12  flops, a green shirt.  Like, in no ways was I trying to meet

13  protesters.  I was just -- you know, it's your school.  I'm

14  walking distance, really.  I just wanted to witness it for my

15  own eyes.

16  Q    Okay.  Okay.  Perhaps we got hung up on the word "meet."

17  I'm not saying that you wanted to shake hands with them or

18  perhaps talk to them.  I don't know.  Maybe you did want to

19  talk to them.  I don't know.  But you did want to be around

20  that gathering, and you heard about something that was not

21  publicly announced.  You heard maybe a rumor on Twitter from a

22  friend and you wanted to be close to it.

23  A    Well, I wasn't sure if it was or not publicly announced.

24  Q    That's not relevant, but you wanted to be there to see it,

25  in your words.  You wanted to see a spectacle of some kind, or

N. Romero - Cross

1    maybe get your word in here and there?

2    A    I mean, I would say it's kind of like the reason I picked

3    Virginia, for example.  I wanted to be close to the White

4    House.  I wanted to be able to see inaugurations and people

5    give speeches.  So --

6    Q    Okay.

7    A    To me, it was historical in a way as well, you know.  So I

8    just wanted to see it.

9    Q    So you wanted to see with your own eyes what might have

10   been a historical event?

11   A    Yeah.

12   Q    That's a fair representation.  I noticed you were holding

13   up a banner that said, if I'm correct, "UVA students against

14   white supremacy"?

15   A    I wasn't holding the banner.

16   Q    Oh, you weren't holding the banner, but you were around

17   that?

18   A    Uh-huh.  I was at the other side.

19   Q    Okay.  Is that an organization?

20   A    (No verbal response.)

21   Q    It was a kind of informal --

22   A    Yeah, no, there was no organization.

23   Q    There was no actual organization.

24        Okay.  Did you know the people holding that banner?

25   A    One of them, I think.

N. Romero - Cross

1    Q    Okay.  And so they had a kind of ad hoc group that wanted

2    to be a counter-protester to the Unite the Right rally.  Is

3    that a fair representation?

4    A    I would say maybe, yeah.

5    Q    So you wanted to witness an historical event, and maybe

6    you wanted to get your own word in there, say, "we disagree

7    with you, get the hell out of town," or something like that.

8    Is that fair?  Or what would you have said if you had had the

9    chance?

10             MS. DUNN:  Objection.

11             THE COURT:  Sustained.  Well, overruled.  I mean, go

12   ahead.  Answer the question, please.  If you don't have to

13   speculate, if there was something on your mind you wanted to

14   say that night.

15             THE WITNESS:  I guess there wasn't something I wanted

16   to say, honestly.

17   BY MR. SPENCER:

18   Q    Okay.  So you wanted to, in your words, witness an

19   historical event.

20   A    Yeah.

21   Q    So you've testified that you felt intimidated by the

22   Friday night gathering?

23   A    Yes.

24   Q    And you were scared and it -- after you went home, why did

25   you go to Charlottesville on Saturday the 12th after your

N. Romero - Cross

1   experience?

2   A    I mean, Saturday was supposed to be like people gathering

3   to sing and stuff.  Like, people had planned little things at

4   another park.

5   Q    So you wanted to take part in a kind of counter-protest

6   group where there would be maybe some protesting, maybe some

7   songs, maybe some networking and fun even?

8   A    I suppose.

9   Q    Okay.  I don't dispute your injuries and your suffering,

10  for the record.  What makes you think that I was involved with

11  the car attack or car incident that led to your terrible

12  injuries?  What makes you think that I was maybe involved in

13  that?

14          MS. DUNN:  Objection, Your Honor.  Same basis as the

15  objection to Mr. Kolenich's question.

16          THE COURT:  Well, he can ask if she knows anything.

17          MR. SPENCER:  Do you -- okay.

18          THE COURT:  You can ask her what she actually knows.

19  But obviously the lawsuit is put together -- I think it's a

20  rather dangerous question.  But anyway, you can -- you can just

21  cross-examine her about anything that she says she observed.

22          MR. SPENCER:  Okay.

23   BY MR. SPENCER:

24  Q    So you have just testified a minute or so ago that you did

25  not see me on August 12th.  And you've also testified that you

N. Romero - Cross

1   knew about me, so you -- fair to say that you could have

2   recognized me, a good chance of recognizing me?

3   A    I would say it's less than 50.

4   Q    Okay.  Decent chance that you might recognize me; is that

5   fair?

6   A    (No verbal response.)

7   Q    Okay.  But you did not see me on August 12th, as you have

8   testified?

9   A    (No verbal response.)

10  Q    Did you --

11  A    I would also remind you that the injury that I had that

12  day blurs a lot of things.  So, for example, if you were to

13  show me what you were doing that they, I could say yes, I

14  remember that.  But, you know, it's kind of hard.

15  Q    Okay.

16  A    I could say yes or no, you know.

17  Q    When the -- the car incident occurred, did you believe

18  that I was responsible or involved?  You didn't see me.  Did

19  that -- did you believe that I was responsible?

20  A    For the car?

21  Q    Yes.

22  A    I can't say.

23  Q    You can't say?

24  A    (No verbal response.)

25        MR. SPENCER:  No further questions.  Thank you.

N. Romero - Cross

1          THE COURT:  All right.  Members of the jury, I think

2    it's a good time to take a break.  We will recess now until

3    1:30.  Do not discuss the case with anyone or allow anyone to

4    discuss it with you during the lunch break.  We'll come back at

5    1:30.

6    **(Jury out, 12:24 p.m.)**

7          (Recess.)

8          THE COURT:  All right.  What's next now?  Do we have

9    an issue before the cross-examination?

10         MS. DUNN:  Excuse me?

11         THE COURT:  Do we have an issue before we start the

12   cross examination?  Mr. Cantwell?

13         MR. CANTWELL:  Plaintiff can go first, of course.  Go

14   ahead.

15         THE COURT:  I mean, I thought there was a matter

16   about authenticating something.  That's what I'm talking about.

17         MS. DUNN:  Yes, Your Honor.

18         One question that will be an ongoing issue in the

19   case is how on cross-examination, or even direct examination,

20   to have witnesses authenticate video and audio.  So, for

21   example, if somebody -- if the attorney is cross examining a

22   witness and wants them to authenticate a video that they're in,

23   you can't do that without playing the video or audio.

24         THE COURT:  Well, is there any reason -- I mean,

25   unless it can't be -- if you know whether it can be

N. Romero - Cross

1  authenticated or not, why not agree on it?  Why go through just

2  the exercise?

3          MS. DUNN:  Yeah.  That makes sense, and I think for

4  our witnesses that will work.

5          I know that Mr. Cantwell has questions about

6  exhibits.  I have not seen them, and I don't know that they can

7  be authenticated by this witness.  So we should work out a

8  protocol, perhaps now, to look at Mr. Cantwell's exhibits and

9  see if they can be authenticated by this witness.

10          THE COURT:  Can you tell us what they are?

11          MR. CANTWELL:  I can, Judge.

12          THE COURT:  Excuse me.  I'm sorry.

13          MR. CANTWELL:  I'll go.  Okay.  It's Christopher

14  Cantwell.  The issue that the plaintiffs were just raising I

15  brought up during the break.  And it's a thing that -- I'm not

16  sure -- I might need to use later.  I actually don't need it

17  for this witness, but while I was getting my tech support

18  lesson, I realized I can play a video for the witness without

19  playing the video for the jury.  As long as I mute the audio,

20  nobody will hear that audio.

21          The challenge that I anticipate might come up later

22  is that there seems to be no way to play audio only for the

23  witness.  Every time I play audio, I can play it for the

24  courtroom or I can play it for nobody.  And as a technical

25  question, I don't know the answer to it.

N. Romero - Cross

1        I don't anticipate it's going to be a problem during

2   this cross-examination.

3        THE COURT:  Well, if we don't need it with this

4   witness, let's go with this witness.

5        You can talk to Scott about some way to do it.

6        MR. CANTWELL:  As for the authentication of the

7   exhibits, I have primarily the exhibits which I produced to the

8   plaintiffs in January of 2020.  There are videos which I

9   believe Ms. Romero is in, and I believe they could be

10  authenticated by me asking Ms. Romero if that's an accurate and

11  fair depiction of her at the event.  And Ms. Romero has had

12  some trouble remembering some things, it seems, and I thought

13  this might help refresh her memory about some questions that I

14  might have.

15       THE COURT:  How long are these?  I mean, can you go

16  right to her?

17       MR. CANTWELL:  I'm sorry?

18       THE COURT:  Can you get right to her in the picture?

19       MR. CANTWELL:  I may need to cue things up a little

20  bit.  It's going to be a little clumsy.  I've never done this

21  before, but I think I can reasonably -- do it in a reasonable

22  time.

23       THE COURT:  I mean, we just can't sit here for an

24  hour waiting for her to appear.

25       MR. CANTWELL:  I don't anticipate it to be that much

N. Romero - Cross

1   trouble, sir.

2          THE COURT:  All right.  Well, okay.

3          Let's call the jury back.  We'll do what we can.

4          THE CLERK:  Judge, just to let you know, Mr. ReBrook

5   wants to do cross-examination next.

6          THE COURT:  All right.  Mr. ReBrook next?

7          MR. CANTWELL:  And if I may, one more thing before

8   the jury comes in -- it's Christopher Cantwell.  If there are

9   challenges which might take more time, then maybe it might be

10  appropriate for me to just re-call the witness when I put my

11  case on.  It seems like a reasonable thing to do.

12         THE COURT:  Well, maybe so.  Maybe it can be worked

13  out before then.

14         MR. CANTWELL:  Okay.

15         THE COURT:  All right.  Call -- Mr. ReBrook is going

16  to be next.

17         Call the jury.

18  **(Jury in, 1:40 p.m.)**

19         THE COURT:  All right.  The next attorney to

20  cross-examine is Mr. ReBrook.  He's calling in.

21         And, Mr. ReBrook, if you would tell the jury your

22  name and who you represent, and then you may proceed.

23         MR. REBROOK:  Yes, Your Honor.

24         This is Edward ReBrook.  I represent Mr. Jeff Schoep

25  and the National Socialist Movement.

99

N. Romero - Cross

1           THE COURT:  All right.

2           MR. REBROOK:  Can everyone hear me?

3           THE COURT:  Yes.  Very well.  Thank you.

4           MR. REBROOK:  You're welcome.

5                         CROSS-EXAMINATION

6     BY MR. REBROOK:

7    Q    Ms. Romero, can you hear me?

8    A    Yes.

9    Q    Ms. Romero, I want to thank you for your testimony.  I

10   know it can't be easy to relive the trauma you've experienced,

11   and I have no desire at all to exacerbate that trauma.  So I'm

12   going to keep this very brief.

13        I have two questions.

14        The first is:  Do you recall seeing Mr. Jeff Schoep at the

15   torchlight march?

16   A    I would need to see his face real quick.

17           MR. REBROOK:  Would it be possible to show the

18   witness Mr. Schoep's image?

19           THE COURT:  Do we have that available?  Anyone?

20           MS. DUNN:  Your Honor, we have an image that was on

21   our opening slides, if that would be of assistance.

22           THE COURT:  Well, who knows?  Why don't you put it

23   up?  And that's all we've got.

24           MS. DUNN:  That's what we have.

25           THE WITNESS:  I'm not sure.

N. Romero - Cross

1           THE COURT:  All right.  That's the answer.

2           Mr. ReBrook?  Did he go off?

3           MR. REBROOK:  Hello?

4           THE COURT:  If you're back, you may ask the next

5    question.

6           MR. REBROOK:  I'm here.  Can you all hear me?

7           THE COURT:  Yes.

8    BY MR. REBROOK:

9    Q    Okay.  What I asked is, Ms. Romero, can you differentiate

10   between the different logos, the different group symbols of the

11   various defendant organizations, such as the National Socialist

12   Movement, whatever other groups were there, Vanguard America,

13   League of the South, et cetera?

14   A    A little bit, I think.

15          MR. REBROOK:  That's all I have.  Thank you.

16          THE COURT:  All right.  Thank you.

17          Who is next, then?  Cantwell?

18                    CROSS-EXAMINATION

19    BY MR. CANTWELL:

20   Q    Hello, Ms. Romero.  Are you going to be okay?

21        Do you recall who told you about the torchlight march on

22   the August 11th evening?

23   A    No.

24   Q    Did you tell Mr. Spencer that you might have heard about

25   it on Twitter?

N. Romero - Cross

1   A    Yes.

2   Q    Did you also tell Mr. Spencer that you heard something

3   about an altercation at Wal-Mart?

4   A    Yes.

5   Q    Can you tell me about the altercation at Wal-Mart, what

6   you heard about it?

7   A    Not much.  That was all I knew.

8   Q    Did you hear that somebody pulled a gun on somebody?

9        MS. DUNN:  Objection, Your Honor.

10       THE COURT:  Overruled.  I mean, we'll see where it's

11  going.

12   BY MR. CANTWELL:

13  Q    Do you recall hearing that somebody pulled a gun on

14  somebody at Wal-Mart?

15  A    No.

16  Q    Do you follow Emily Gorcenski on Twitter?

17  A    No.

18  Q    Do you know who Emily Gorcenski is?

19  A    I believe she's a trans woman from the community.

20  Q    Have you ever met Emily Gorcenski?

21  A    I don't think so.

22  Q    Have you ever heard of the website itsgoingdown.org?

23  A    No.

24  Q    Have you ever heard of the Twitter account

25  AntifaSevenHills?

N. Romero - Cross

1   A      No.

2   Q      You didn't see anybody carrying any weapons at the

3   University of Virginia on August 11th, any of the

4   counter-protesters?

5   A      No.

6   Q      Okay.  Did you notice anybody wearing all black?  Anybody

7   wearing sunglasses at night?

8   A      Not sure.  I'm sorry.

9   Q      Do you know who Lindsey Elizabeth Moers is?

10  A      No.

11  Q      Do you know who Thomas Massey is?

12  A      I don't think so.

13  Q      Do you know who Mike Longo, Jr. is?

14  A      No.

15  Q      Do you know who Thomas Keenan is?

16  A      No.

17  Q      Do you know who Sean Liter is?

18  A      No.

19  Q      Do you know who Tyler Magill is?

20  A      No.

21  Q      Do you know who Holly Zoller is?

22  A      No.

23  Q      And did you see -- on August 12th, did you see anybody in

24  your company carrying any weapons?

25  A      No.

N. Romero - Cross

1  Q    Did you see anybody wearing helmets?

2  A    I think I saw a black helmet.

3  Q    You saw a black helmet?

4  A    I saw -- yeah.  And I saw a yellow helmet, but I think

5  those were from the torch bearers.

6  Q    I'm sorry.  I'm talking about August 12th now.  I'm sorry.

7  A    Oh.  Yes.  I saw lots of helmets on the 12th.

8  Q    So you saw lots of people wearing helmets on the 12th.

9       And those would be people you would categorize as

10 counter-protesters?

11 A    Yes -- or no.  Protesters.

12 Q    I'm sorry.  You would categorize the people with the

13 helmets as protesters?

14 A    Yes.

15 Q    So they would be the Unite the Right attendees who were

16 wearing the helmets?

17 A    Yes.

18 Q    And the counter-protesters, it's your testimony that they

19 weren't wearing helmets?

20 A    I wouldn't, like, know.

21 Q    You wouldn't or you don't?

22 A    I wouldn't know.

23 Q    Maybe I should rephrase the question.  I'm sorry.

24      Did you see anyone who you would categorize as a

25 counter-protesters wearing helmets on August 12th?

104

N. Romero - Cross

1   A     No.

2   Q     Okay.  Did you see anyone that you would categorize as a

3   counter-protester wearing goggles on August 12th?

4   A     No, I don't think I saw goggles.

5   Q     Did you see any counter-protesters on August 12th carrying

6   flagpoles?

7   A     I'm sorry.  Repeat the question.

8   Q     Did you see any counter-protesters on August 12th carrying

9   flagpoles?

10  A     No.

11  Q     Okay.  Did you see any counter-protesters on August 12th

12  carrying signs?

13  A     Yes.

14  Q     Do you -- do any of those signs stand out in your memory?

15  A     No.  No, not that I can think of right now.

16  Q     Do you recall a sign with a raised red fist?

17  A     No.

18  Q     No?  Does the symbol of a raised red fist mean anything to

19  you?

20  A     No.

21  Q     You said that you moved to Virginia because you want to be

22  near the White House?

23  A     Yes.

24  Q     So you have an interest in politics, then?

25  A     I like history.

N. Romero - Cross

1   Q    I'm sorry?

2   A    I like history.

3   Q    You like history?

4   A    Yes.

5   Q    What about politics?  That's current events, right?

6   A    I mean, I wouldn't say I'm very into politics.

7   Q    No?

8   A    No.

9   Q    You moved to Virginia because you wanted to be near the

10  White House, but you're not into politics?

11  A    Like -- again, like I said, I enjoy history.  I enjoy

12  learning, like, you know, the presidents, et cetera.

13  Q    Right.  So you like -- you like American history, then?

14  A    Yes.

15  Q    How do you feel about the monuments?

16           MS. DUNN:  Objection, Your Honor.

17           THE COURT:  Overruled.

18   BY MR. CANTWELL:

19  Q    How do you feel about the Robert E. Lee monument?

20  A    I mean, I know of the history of when it was put up and --

21  yeah.

22  Q    I'm asking for your opinion.

23  A    I think that it's terrible that they were put up at a time

24  to intimidate people, but -- yeah.

25  Q    How do you feel about the Thomas Jefferson statue on the

N. Romero - Cross

1  UVA campus?

2  A    Indifferent.

3  Q    You're indifferent about that one?

4  A    Yeah.

5  Q    How do you feel about Thomas Jefferson owning slaves?

6          MS. DUNN:  Objection, Your Honor, relevance.

7          THE COURT:  Overruled.

8          THE WITNESS:  Does that mean I answer?

9          THE COURT:  Yes.

10         THE WITNESS:  Yes?

11         Repeat the question.

12   BY MR. CANTWELL:

13  Q    How do you feel about the Jefferson monument, given the

14  fact that Thomas Jefferson was a slave owner?

15  A    So as a university student, we learn all about the history

16  of Charlottesville and UVA.

17       I would say that I hate the history of racism that Thomas

18  Jefferson and the University has.  You know, you hear about a

19  lot of terrible things that they would do.  UVA used to have a

20  eugenics clinic.  I think that's terrible, and I think that we

21  should honor, you know -- yeah, we should honor that.

22  Q    We should honor the terrible history or --

23  A    No, we should, like, take into consideration and respect

24  the oppressed people that literally are part of that history.

25  Q    Does respecting the oppressed people, does that involve

N. Romero - Cross

1  removing the symbols?

2  A    I would say if that's what people want, I think, yeah.

3  Q    If that's what the majority wants; is that what you're

4  saying?

5  A    I'm saying that, for example, if I'm passing by UVA every

6  day and I'm seeing symbols that are bringing me back to

7  terrible things, well, you know, we can put them somewhere

8  else.

9  Q    So if a symbol upsets one individual, it should be

10  removed?

11  A    I think if the symbol represents hatred, it can be

12  removed.

13  Q    Okay.  During your direct testimony, you stated at some

14  point you had moved to Charlottesville.  Now, pardon me for not

15  catching the whole thing here.  Did you originally just attend

16  the University of Virginia and then decide to become a

17  Charlottesville resident after that?

18  A    I'm sorry?

19  Q    Maybe I might be the one who is confused here.

20      At what point -- did you move to Charlottesville at some

21  point from somewhere else?

22  A    For school?

23  Q    Permanently, or -- are you a Charlottesville permanent

24  resident today?

25  A    No.

N. Romero - Cross

1  Q    Okay.  So you -- do you live on campus?

2  A    I did previously.

3  Q    Oh, you're not in the University of Virginia anymore?

4  A    No.  I graduated late.

5  Q    Okay.  So not too specifically, but whereabouts -- in what

6  state do you reside today?

7  A    In New York.

8  Q    You reside in New York.  Okay.  And do you -- you work for

9  a nonprofit today; is that accurate?

10 A    As of three months ago, I do not.

11 Q    Okay.  So up until three months ago you worked for a

12 nonprofit that was involved in, I think you said, civic

13 engagement?

14 A    Yeah, nonpartisan civic engagement.

15 Q    So nonpartisan civic engagement.  Could you tell me a

16 little bit more about that?

17 A    Yeah.  Like I said earlier, I attended school board

18 meetings to talk about -- you know, comment on needs of

19 students.  We worked on getting people out to vote, getting

20 people to learn more about civic engagement in Charlottesville,

21 about the local elections, you know.

22 Q    So your role in the nonprofit had to do with your status

23 as a victim of the Charlottesville incident?

24 A    No.  No.  Not at all.

25 Q    Okay.  So you attended the torch march on August 11.  You

N. Romero - Cross

1  don't remember who told you about that?

2  A    Uh-uh.

3  Q    You said that you went there with a friend, though, right?

4  A    Uh-huh.

5  Q    Can you tell us who that friend was?

6  A    Someone named Lou.

7  Q    Lou?

8  A    Uh-huh.

9  Q    And was Lou a student at the University of Virginia?

10 A    Yes.

11 Q    But you don't know Lou's last name?

12 A    Of course.

13 Q    Of course?

14 A    I know their last name.

15 Q    What is Lou's last name?

16 A    Cass.

17 Q    Lou Cass.  Do you know if Lou is still a student at the

18 University of Virginia?

19 A    No.

20 Q    How do you feel about fascism?

21 A    I -- it's something that's literally hates me and my

22 existence.

23 Q    Fascism hates you?

24 A    I would describe it as something, yeah.

25 Q    And you believe that fascism hates you because you are --

N. Romero - Cross

1   is it your Hispanic descent?  Would that be fair to say?

2   A    I'm also a queer woman.

3   Q    Oh, you're a queer woman.  Okay.  And so you believe that

4   fascism hates you, so you feel similarly about fascism; safe to

5   say, then?

6   A    I mean, historically, fascism is literally, like, genocide

7   of people like me, yes.

8   Q    So safe to say you're anti-fascist?

9   A    I would say, yeah.

10  Q    Are you an anti-fascist activist?

11  A    No.

12  Q    Okay.  So you wouldn't identify with Antifa?

13  A    No.

14  Q    Do you know anybody who does?

15  A    No.

16  Q    You don't know anybody who does?

17  A    No.

18  Q    Did you make any new friends on the evening of

19  August 11th?

20  A    No.

21  Q    No?

22  A    I also wouldn't -- like, I didn't keep up with anyone,

23  like I said earlier.

24  Q    You didn't make any new friends on August 12th?

25  A    No.

N. Romero - Cross

1  Q    Okay.  You heard -- as the torch march was approaching,

2  you said you heard -- it sounded like the earth was growling,

3  right?

4  A    (No verbal response.)

5  Q    You heard the chants.

6       At some point, did you see Emily Gorcenski show up at the

7  statue?

8  A    I wouldn't -- I wouldn't know.

9  Q    Did you hear somebody say:  "Heads down, y'all, heads

10 down"?

11 A    There was a lot -- I don't know.  I can't...

12 Q    I'm talking about before the torch march arrived.  You

13 said that you arrived there and there were very few people

14 there, right?

15 A    Yeah.

16 Q    Can you tell me some of the names of the people who were

17 around the statue?

18 A    Besides Devin and I?

19 Q    Yeah, besides you and Devin.

20 A    I don't know too many folks around there, no.  Also, I was

21 straight out of my first year.  And, like, a lot of those

22 people I had never met.  So -- I'm sorry.

23 Q    Okay.  So it was you and Devin at the statue?

24 A    Yes.

25 Q    Where did Lou go?

N. Romero - Cross

1   A     Lou was to my left.

2   Q     Okay.  So it's you, Devin, and Lou?

3   A     Yeah.

4   Q     So you, Devin, and Lou are at the statue with a bunch of

5   strangers?

6   A     Yeah.

7   Q     Okay.  And you linked arms with these strangers?

8   A     I linked arms with my friend Lou and my friend Devin.

9   Q     And Devin and Lou, they linked arms with the other people?

10  A     Yes.

11  Q     So to the best of your knowledge, are Devin and Lou on the

12  plaintiffs' witness list today?  Do you know?

13  A     No?

14  Q     Are they witnesses in this case?

15          MS. DUNN:  I'm sorry, Your Honor.  I just had a hard

16  time hearing the first time Mr. Cantwell asked his question.

17          MR. CANTWELL:  The question -- I'm wondering if the

18  people to either side of Ms. Romero are witnesses in this case.

19          THE COURT:  Are they on the witness list?  I don't

20  know.

21          MS. DUNN:  Your Honor would like me to respond, yes?

22          THE COURT:  Are they on the list?

23          MS. DUNN:  Devin Willis is on the witness list.  He's

24  a plaintiff in this case.

25          This other individual is not on our witness list.

N. Romero - Cross

1          MR. CANTWELL:  So I think -- just to straighten out

2    the confusion, I think Devin Willis was John Doe to me until

3    pretty recently; right?  Is that right?

4          THE COURT:  Well, I don't know.

5          MR. CANTWELL:  I'll move on.  I'll move on.

6    BY MR. CANTWELL:

7    Q    So you said -- I think it was to Mr. Spencer, you had

8    said -- or at some point during your testimony today you said,

9    "I wish I covered my face."  I think it was during your direct

10   examination, actually, right?

11   A    Yes.

12   Q    Why did you -- I understand you wish that you had covered

13   your face for a number of reasons, but that was a remark that

14   you had made previously that you were referencing, right?

15   A    What do you mean?

16   Q    The remark about covering your face that you made on

17   direct examination today, that was something that you recalled

18   from a prior statement; is that right?

19          MS. DUNN:  Objection, Your Honor.

20          THE WITNESS:  I'm not sure.

21          THE COURT:  Overruled.

22          THE WITNESS:  But I say that because I was, you know,

23   maced.  So I wish I had covered my face.

24   BY MR. CANTWELL:

25   Q    What I mean to say is:  Are you aware that other people

N. Romero - Cross

1   were covering their faces at the statue?

2   A    No.  Other people had hats.

3   Q    Other people had hats.  And they hid their faces behind

4   the "UVA students act against white supremacy" sign, yes?

5   A    I mean, based off the photos, yes.  I wasn't on that side.

6   Q    The photos.  That's right.  And so --

7        MR. CANTWELL:  Let me actually pull that photo up, if

8   I could.

9        MS. DUNN:  Your Honor, we would just object to

10  questions asking Ms. Romero why other people did things they

11  did.

12       MR. CANTWELL:  That wasn't the question.

13       THE COURT:  Sustained.

14       The photo that was on direct examination, are you

15  asking that that be brought up?

16       MR. CANTWELL:  Yeah, I'd like to bring that up.

17       THE COURT:  Okay.  Can you bring up that?  It was

18  used on direct.

19       The one with the sign?

20       The one with the sign?

21       MR. CANTWELL:  Yes, the one with the sign, where the

22  students are hiding their faces.  That's what I'm looking for.

23  BY MR. CANTWELL:

24  Q    Ms. Romero, do you know the names of any of the people who

25  are hiding their faces in this photo?

N. Romero - Cross

1  A    I'm not sure, actually.

2  Q    So you don't know if they're UVA students or not?

3  A    I believe they were.

4  Q    You believe they were?

5  A    Uh-huh.

6  Q    How do you know that they were?

7          THE COURT:  She said she believed they were.  She

8  didn't say she knew.

9  BY MR. CANTWELL:

10 Q    What leads you to believe that they were UVA students

11 besides the sign?

12 A    And besides their hats that say "UVA"?

13 Q    Those are UVA hats?

14 A    Yes.

15 Q    Okay.  I'm unfamiliar with those.  Can you describe to

16 me -- because I see three different colors and three different

17 designs.  Are they all UVA hats?

18 A    I think the middle one might not be.  It says "Virginia is

19 for" -- I think that might say that -- that sign, like

20 "Virginia is for lovers."

21 Q    Oh.  "Virginia is for lovers."  You're absolutely right.

22 That's what that one says.

23     And the orange one and the white one, you say you

24 recognize?

25 A    Yes.

N. Romero - Cross

1   Q    Okay.  We can zoom back out, please.

2        Now, this woman all the way in the left-hand corner of the

3   image, you can barely see her face.  It just goes off the edge.

4   I don't know if I can -- oh, there we go.

5        This one right here.  Do you recognize her?

6   A    Oh.  No.

7   Q    Do you remember seeing her on the evening of August 11th?

8   A    No.

9   Q    What about this man with the blue shirt with the orange

10  long-sleeved shirt underneath?  Do you remember seeing him?

11  A    No.  It seems to be very close.

12  Q    No.  No.  No, not there.  What I circled.

13       MR. CANTWELL:  Can we clear this screen?  I don't

14  know how to do that.  I'm sorry.

15       MS. DUNN:  Bottom corner.

16       MR. CANTWELL:  Bottom corner?  Okay.

17  BY MR. CANTWELL:

18  Q    Right here, this man right here with the orange

19  long-sleeved shirt underneath the blue short-sleeved shirt, do

20  you remember seeing that man there?

21  A    No.

22  Q    I'm sorry.  The bottom corner?  Oh, I see.  "Clear all."

23  It says it right there.

24       And this person right over here, do you recognize this

25  person with the camera phone?

N. Romero - Cross

1  A     Yes.

2  Q     Who is that?

3  A     I believe that's Emily.

4  Q     That's Emily Gorcenski, right?

5  A     But I feel like I know because of the --

6  Q     I'm sorry.  I didn't hear what you said.

7  A     Like I wouldn't really recognize --

8  Q     Do you mean to say that on the evening of August 11 you

9  wouldn't have recognized Emily Gorcenski?

10 A     No.

11 Q     What about this man that, his face, I circled right there?

12 Do you recognize that man?

13 A     No.

14 Q     And you don't recall seeing him on the evening of

15 August 11?

16 A     No.

17 Q     Okay.  You didn't bring your phone with you when you went

18 to the Thomas Jefferson statue on the evening of August 11th?

19 A     I don't think I did, because I don't have any images from

20 my cell.  So I thought -- I don't think I did, unless it's in

21 my waist band or something.  I don't know where it was.

22 Q     Just so I understand, the reason that you believe that you

23 didn't bring your phone is because you don't have any images?

24 A     Yes.

25 Q     So had you brought your phone, you would have taken

N. Romero - Cross

1  pictures?

2  A    Yeah.

3  Q    Okay.  Did you bring your phone on August 12th?

4  A    Yes.

5  Q    Do you have images from August 12th?

6  A    Yes.

7  Q    Okay.

8  A    That's why I had the Colombia bag.

9  Q    That's why you had the Colombia bag?

10  A    Uh-huh.

11  Q    And you said -- now, as I'm looking at this photo here the

12  same way you're looking at it, you're off to the left side of

13  this image, right?

14  A    Yes.

15  Q    Okay.  And you said that you and Devin were the only

16  people of color on that side?

17  A    From my recollection.

18  Q    Okay.  And you said that as the torch marchers approached,

19  that they made some racial remarks to you?

20  A    Yes.

21  Q    And did that start pretty early on in the procession or

22  did that happen after everybody was all around?

23  A    Throughout.

24  Q    Of the hundreds of people who showed up there, how many

25  would you estimate made racial remarks to you?

N. Romero - Cross

1   A    I'd say like a handful.

2   Q    A handful, so five?

3   A    Maybe more.

4   Q    12?  Less than 20?

5   A    Yeah, less than 20.  I mean, they were kind of like in

6   cadence, you know, coming, like saying things together.  So

7   it's kind of...

8   Q    Well, I understand that there were chants that you would

9   have received as having racist undertones, for lack of a better

10  description.  What I'm asking is what you were targeted with

11  personally.

12  A    Yes.

13  Q    You mentioned that people saw you and that you stood out

14  to them and that they directed their comments at you.

15  A    Yes.

16  Q    And so I'm just trying to ascertain sort of what

17  percentage of the hundreds of people who showed up there made

18  racial remarks to you.

19  A    When I say "in cadence," meaning that like, when they were

20  saying -- like, the people directing the slurs, it's like other

21  people joined in with them.

22  Q    Okay.  So I was thinking cadence like a marching chant or

23  something like that.

24  A    Yeah, I understand.

25  Q    You're saying there was this barrage of voices coming in

N. Romero - Cross

1  your direction; is that better --

2  A    Sure.

3  Q    Okay.  And just so we understand each other, I'm trying to

4  figure this out at the same time.  I know lawyers usually don't

5  ask questions they don't know the answer to.  I genuinely

6  don't.  So I'm just trying to figure this out.

7      So at what point -- as the marchers came around the

8  statue, you said at some point you decided you wanted to leave.

9  A    Yes.

10  Q    What point was that?

11  A    I mean, pretty early on, I guess.

12  Q    Pretty early on?

13  A    I guess by then we had already been surrounded.

14  Q    Because, I mean, you heard what you said sounded like the

15  earth growling, right?

16  A    Yeah.

17  Q    You said that that was pretty scary.  And that was before

18  you were surrounded, right?

19  A    Uh-huh.

20  Q    And you said that it was pretty early on that people

21  started making racial remarks to you, right?

22  A    (No verbal response.)

23  Q    But you didn't decide that you wanted to get out of there

24  until you saw there was no opportunity to do that; is that...

25  A    I suppose.

121

N. Romero - Cross

1           MR. CANTWELL:  If I could, I have a video.  Could

2     maybe I approach with plaintiffs' counsel for a moment?  Could

3     we do that?

4           THE COURT:  If you would like.

5           MR. CANTWELL:  I'd like a chance to speak with

6     plaintiffs' counsel.

7           THE COURT:  Do you mind moving up to this side of the

8     lectern?

9           MR. CANTWELL:  I'm sorry.  So I have -- there's a

10    video that I want to play but I have to ask a question first.

11    That's the challenge.

12          MS. DUNN:  I understand, Your Honor.

13          (Pause.)

14          MR. CANTWELL:  I apologize, Ms. Romero.  We'll get

15    this in just a minute.

16          (Pause.)

17          I think I have to reboot this computer because the

18    media player is not working.  So I'm going to do that and I'll

19    try to move on until we can straighten this out.

20     BY MR. CANTWELL:

21    Q     Do you know who sprayed mace at you on August 11th?

22    A     No.

23    Q     You don't?

24    A     No.

25    Q     At any point did you talk to Commonwealth's Attorney

122

N. Romero - Cross

1  Robert Tracci about you getting pepper-sprayed on August 11?

2  A    Do you have an image of him?

3  Q    You don't know who the Commonwealth's Attorney is in

4  Albemarle County?

5  A    I'm not sure.

6  Q    Did you talk to the police at all about getting

7  pepper-sprayed on August 11th?

8  A    I'm pretty sure I spoke to somebody, yes.  I don't know

9  exactly who.

10 Q    Where were you when you spoke to the police about that?

11 A    I've spoken to them multiple times.

12 Q    And so -- you didn't speak to the police on the evening of

13 August 11th?

14 A    No.  I was getting assistance with my injury.

15 Q    Who was giving you assistance?

16 A    It looked like another student.

17 Q    So you didn't get assistance from the police?

18 A    No.  The police were clearing the space.

19 Q    Okay.

20 A    I didn't speak to anybody.

21 Q    As a matter of fact, I mean, I actually got first aid from

22 the police that night.  So they're good at that.

23      You didn't seek assistance from law enforcement?

24 A    I was already getting assistance.

25          MS. DUNN:  Objection, Your Honor.

123

N. Romero - Cross

1          THE COURT:  Excuse me.

2          MR. CANTWELL:  I'm sorry.

3          THE COURT:  She can answer the question.

4          THE WITNESS:  I was already getting assistance.

5     BY MR. CANTWELL:

6    Q    And you don't know the name of the person who was giving

7    you the assistance?

8    A    No.

9    Q    Were they wearing a red bandanna?

10   A    I'm not sure.

11   Q    You're not sure?

12   A    Sorry.

13   Q    Okay.  Do you know who started the fighting on August 11th

14   at UVA?

15   A    I'm not sure.

16   Q    You're not sure, right?  Okay.

17        A technical point.  I'm being asked for a password that I

18   don't have for ZENworks.

19        You mentioned Posse several times, and I didn't catch your

20   initial description of that.  What are you referencing when you

21   say "Posse" during your testimony?

22   A    Posse is a full-tuition -- a tuition -- merit-based

23   scholarship that I got.  And essentially they send you in a

24   cohort.

25        It was created by a woman who mentored a man who -- or

N. Romero - Cross

1  student dropped out of school, and he said he wouldn't have

2  dropped out if he had a posse.  She coined the term so that we

3  could be sent in cohorts, and prepared eight months in advance.

4  We met once a week every week and we were given an academic

5  advisor when we came to college.

6         So they paid for school.  And since I was injured and I

7  had to take the semester off, Posse wouldn't cover, like, my

8  summer classes and the fall class that I had to take post --

9  when I graduated late, essentially.

10 Q     You mentioned that Mr. Wispelwey -- Reverend Wispelwey was

11 in the company of a famous pastor.  You didn't remember his

12 name?

13 A     No.

14             MS. DUNN:  Objection, Your Honor.

15             THE COURT:  She can answer the question.  It came up

16 on direct.

17             MR. CANTWELL:  I think she already did answer.  She

18 said she didn't --

19 BY MR. CANTWELL:

20 Q     Does the name Cornel West ring a bell?

21 A     Yes.  There it is.

22 Q     And was that the famous pastor you were referencing

23 earlier?

24 A     Yes.

25 Q     Okay.  Do you know anything about Cornel West?

N. Romero - Cross

1   A    I saw one where -- or a talk that he did with, like,

2   Angela Davis and other folks.

3   Q    Angela Davis, that name rings a bell to me.  Can you tell

4   me who she is?

5   A    She's a professor somewhere on the West Coast right now, I

6   think.  I'm not sure.

7   Q    What was the talk about?

8   A    I'm not sure.

9   Q    You're not sure?

10  A    But that's what I recognize him from.

11  Q    You never heard Cornel West talk about politics?

12  A    Not that I can recall right now.

13  Q    Not that you can recall right now?

14  A    I've never seen him in person talk about politics or

15  anything, no.

16  Q    But you might have seen him on the Internet?

17  A    Again, I saw an interview once with both of them, but I

18  don't remember what the interview was about.

19  Q    Are you familiar with an organization called the

20  Democratic Socialists of America?

21  A    Heard of it.

22  Q    Part of it?

23  A    I've heard of it.

24  Q    You've heard of it.  Have you ever attended a meeting?

25  A    I don't think so.

N. Romero - Cross

1    Q    Have you ever attended a meeting of the Charlottesville
2    city council?
3    A    Have I gone to a city council meeting?
4    Q    Yeah.
5    A    Yeah.
6    Q    Did you go to the Charlottesville city council meeting
7    immediately following the Unite the Right rally?
8    A    No.
9    Q    Okay.
10   A    I couldn't have.
11   Q    You couldn't have?  I'm sorry.  That's right.  Of course.
12   I apologize.
13        So on August 12th you were amongst a group of
14   counter-protesters initially outside of what used to be Lee
15   Park; is that right?
16   A    Yes.
17   Q    Okay.  You said that at some point somebody threw you up
18   against a cop car?
19   A    Yes.
20   Q    And was that -- was that cop car parked near Lee Park?
21   A    Yes.
22   Q    I'm sorry.  Emancipation Park.
23   A    Yes.  It was, like, blocking the road.
24   Q    Do you know who threw you up against that -- up against
25   that cop car?

N. Romero - Cross

1  A    Well, it was like a group of people.

2  Q    So multiple people put their hands on you and threw you up

3  against the police car?

4  A    Essentially.

5  Q    Did a group of people walk by and one person pushed you or

6  did multiple people put their hands on you?

7  A    Multiple people.

8  Q    Can you tell us anything about what those people were

9  wearing?

10  A    It seemed to be like two different groups.  I saw their

11  shields.  They had, like, different logos on them.

12  Q    So the people who pushed you into the cop car, they had

13  shields?

14  A    Yeah, like the group that they were with.

15  Q    So there were people who had shields, and they -- did they

16  put their shields somewhere else and put their hands on you or

17  did somebody who didn't have a shield put their hands on you?

18  A    It was kind of like multiple.  So maybe, like, moved their

19  shield kind of, and, like, also used their shield at the same

20  time.

21  Q    So they were using their shields to push you against the

22  cop car?

23  A    Like I said, there was multiple.  So some used their

24  shield, some used their hands.

25  Q    This seems like a pretty intense team effort that you're

N. Romero - Cross

1    describing here.  You have multiple hands and multiple shields

2    pushing little you into a police car.

3    A    Yes.

4    Q    Do you know where the police officer was?

5    A    The police officers were in the park, I believe.

6    Q    The police officers were in the park.

7         And did you -- did you seek assistance from the police

8    officers?

9    A    No.  Like I said, right after it was declared, I think, a

10   state of emergency.

11   Q    They declared the state of emergency.

12        So after they declared the state of emergency, you

13   listened to the police officers.  You walked away from the

14   park?

15   A    Of course, yes.

16   Q    You think it's obvious?

17   A    What's obvious?

18   Q    It's obvious that somebody would -- a police officer would

19   tell somebody something to do and then somebody would do it.

20   That's obvious to you?

21   A    Yes.

22   Q    Okay.  You sent a text message to somebody saying that

23   there was mace and tear gas and a stampede?

24   A    Yes.

25   Q    And that was still near Emancipation Park?

N. Romero - Cross

1  A    Yes.

2  Q    Okay.  And then you went down -- was it Fourth Street?

3  You're not familiar with the streets any more than I am.  Okay.

4        In any case, you got, safe to say, two blocks from the

5  park after that?

6  A    Yeah, kind of when I was leaving I walked on the sidewalk

7  back east, when we were seeing the map earlier.

8  Q    And then you saw a group of counter-protesters that you

9  met up with; is that right?

10  A    I suppose, yeah.  Other students.  Like, older folks.

11  There were some moms in there.

12  Q    So students, moms?

13  A    Yeah, older --

14  Q    Sympathetic characters?

15  A    Yeah.

16  Q    Okay.  So not counter-protesters; just students and moms

17  and babies?

18  A    I don't -- I don't know if I saw babies.

19  Q    Kittens?  Puppies?

20        And so when you saw these people, at some point you said

21  during your testimony when you saw the other group there, you

22  said it was shut down, everything is fine.  Do you remember

23  saying that?

24  A    Yes.

25  Q    Okay.  So on August 11th you got pepper-sprayed by a Nazi

N. Romero - Cross

1   mob.  And then on August 12th you decided to go get some more,

2   and you got pepper-sprayed, you got maced, you got tear-gassed,

3   you got hands put all over you, you got pushed into a cop car

4   by multiple shields, you got stampeded, and then you walked two

5   blocks away and everything was fine?

6   A    Is that a question?

7   Q    I'm a little confused.

8   A    I'm also a little confused.

9   Q    All right.  The person who gave you first aid after the

10  car wreck, do you remember if she was wearing a red bandanna?

11  A    I'm not sure.  You have the photos.

12  Q    If I told you that one of the photos shown during your

13  direct examination had a red bandanna, would that be a surprise

14  to you?

15  A    I guess not.

16  Q    The red bandanna doesn't haven't any significance in your

17  mind?

18  A    I think the medics, street medics, might have had that.

19  Q    Okay.  So -- that's an important point.  So there were

20  medics out there, and the medics were identified by red

21  bandannas?

22  A    I can't really say for certain, but --

23  Q    Well, what was it that made you believe it when you said

24  it just now?

25  A    Because you brought up the red bandannas.

N. Romero - Cross

1  Q    Well, I asked you what the significance of the red

2  bandannas was.

3  A    Right.

4  Q    And you said the medics, plural, had red bandannas.  So

5  I'm wondering why you think there would be multiple medical

6  personnel wearing red bandannas during a riot.

7  A    So as we spoke earlier, there was, like, a park.  Right?

8  People were giving out food, snacks, et cetera.  And there were

9  people there that considered themselves medics.  I think

10 they're, like, nonpartisan, kind of like --

11 Q    So you're saying the medics, they weren't working for the

12 Democratic or Republican parties; is that what you're saying?

13 They're not partisan?

14 A    I guess not.

15 Q    You indicated that you were very troubled that some of the

16 people who held the rally came back for future rallies later

17 on; do you recall saying that?

18 A    Yes.

19 Q    To the best of your knowledge, was there any violence at

20 any of those events?

21 A    I don't remember right now.  I'm sorry.

22 Q    Okay.  Today -- at some point you were prescribed an

23 emotional support animal?

24 A    Yes.

25 Q    And you named the -- the emotional support animal was

N. Romero - Cross

1   named Luna?

2   A    Yes.

3   Q    Was that a cat?

4   A    A dog.

5   Q    A dog.  What kind of dog?

6   A    It's like a terrier mix.

7   Q    And you mentioned during your direct testimony that you

8   spent four years locked inside your house.

9   A    Essentially.

10  Q    But up until three months ago you were working for a

11  nonprofit promoting nonpartisan civic engagement, correct?

12  A    Correct.

13  Q    So you really haven't been locked in your house for four

14  years; that's right, right?

15  A    That was a job I had during the pandemic as well.  I

16  worked from home most of it.

17  Q    So you were promoting civic engagement online?

18  A    Essentially.

19  Q    Doing social media work?

20  A    No, not social media work.  I would go to city council

21  meetings; however long they lasted, I'd be on the council

22  meeting.  You know, they had already community members that

23  would -- you know, I would go to the meetings with them and

24  they'd be on Zoom, or I did like Albemarle County school

25  meetings.  I did meetings with the food bank.  I did meetings

N. Romero - Cross

1   with the parks and rec people to talk about how we can make,

2   you know, more accessible outdoor spaces, stuff like that.

3   Q    Okay.  And you did this through, like, Zoom calls?

4   A    Essentially, yes.

5   Q    So fair to say for at least one year that you were locked

6   inside your house, you were locked inside your house partially

7   as a result of the pandemic, right?

8   A    Yeah.

9   Q    Okay.

10          MR. CANTWELL:  I think I may seek to re-call you when

11  I put my case on, but I'm done for now, Judge.  Thank you very

12  much, Ms. Romero.

13          THE COURT:  All right.  Mr. Campbell.

14          MR. CAMPBELL:  David Campbell.  I have no questions,

15  Your Honor.  Thank you.

16          MR. CANTWELL:  Could I ask one more question?  I'm

17  really sorry.

18   BY MR. CANTWELL:

19  Q    You already answered that you have -- you produced videos

20  from August 12th, right?

21  A    Video?

22  Q    Just pictures?

23  A    I think it was just pictures.

24  Q    Did you catch any pictures of the people who put their

25  hands on you?

N. Romero - Cross

1  A     No.

2  Q     Did you catch any pictures of the people who deployed the

3  pepper spray?

4  A     No.  In those times I didn't have my phone in my hand.

5  Q     Did you catch any pictures of the people who stampeded

6  you?

7  A     No.

8  Q     Did you catch any pictures of --

9          MR. CANTWELL:  No further questions.  Thank you very

10  much.

11                      CROSS-EXAMINATION

12   BY MR. JONES:

13  Q     Good afternoon.  I represent Michael Hill, Michael Tubbs,

14  and the League of the South.

15      I want to ask you a few questions about that incident by

16  the library and Emancipation Park and the police car.

17  A     Okay.

18  Q     You said that you were standing with a group of women

19  lined up in front of the police car; is that correct?

20  A     Yes.

21  Q     And you said there were some clergy members standing

22  nearby; is that right?

23  A     In that moment?  That was a question.

24  Q     Yeah.  In that moment, were there clergy members standing

25  nearby?

N. Romero - Cross

1  A    I couldn't say.

2  Q    Do you recall whether the road was being blocked off by

3  counter-protesters at that time?

4  A    No.

5  Q    It was not?

6  A    No.

7  Q    So that was a different occasion?

8  A    Which one?

9  Q    The time when the counter-protesters were blocking off the

10 road, that was not this time; it was a different time?

11 A    I believe so.

12 Q    And you said that you suffered some injuries at the torch

13 march from being maced; is that right?

14 A    Yes.

15 Q    And you suffered some injuries at the car attack on August

16 the 12th; is that right?

17 A    Yes.

18 Q    So all of your injuries from that weekend were from either

19 the torch march or the car attack; is that right?

20 A    Yes.

21 Q    Those are the only injuries you suffered that weekend?

22 A    Physical, I guess, yeah.

23 Q    You said that after the rally was shut down, you went to

24 another location and sat down with some other people and had

25 some food to eat; is that right?

N. Romero - Cross

1    A    Yeah.  Like, an orange.

2    Q    And then from there you guys got up and walked down Water

3    Street; is that right?

4    A    I'm sorry.  I'm not sure the exact route.

5    Q    Okay.  While you were at the rally, you said that you

6    noticed somebody walking around with a hammer; is that right?

7    A    Yes.

8    Q    Do you recall whether that was a protester or a

9    counter-protester?

10   A    A protester.  He had a white shirt and khakis, I believe.

11   Q    Do you still have that black binder up there with you?

12   A    Yes.

13   Q    Can you turn to Exhibit Number 2933?

14        Is that an email that you sent?

15   A    It might have been.  I'm not sure if it's an email or a

16   text message.

17   Q    Okay.  Somebody named Jose?

18   A    Yes.

19   Q    Did you say, "James Fields has destroyed my life"?

20   A    Yes.

21        MR. JONES:  Your Honor, I'll move to introduce

22   PX2933.

23        MS. DUNN:  No objection.

24        THE COURT:  It will be admitted.

25        (Plaintiff Exhibit 2933 marked.)

N. Romero - Cross

1           (Plaintiff Exhibit 2933 admitted.)

2    BY MR. JONES:

3    Q    Where did you learn James Fields' name?

4    A    I can't say.

5    Q    Probably from the news?

6    A    Yeah.

7    Q    You only learned it after August 12th; is that right?

8    A    Yes.

9          MR. JONES:  Thank you.

10         THE COURT:  All right.  Mr. Smith?

11                    CROSS-EXAMINATION

12   BY MR. SMITH:

13   Q    Good afternoon, Ms. Romero.

14   A    Good afternoon.

15   Q    I just have a few questions for you.

16   A    Okay.

17   Q    Remember that picture with the sign -- everyone is sort of

18   standing around with that sign that said -- I forget the name

19   of the organization.  Virginia students --

20   A    I think it was just a saying.

21   Q    "UVA students against white supremacy," I think it said?

22   A    Yes.

23   Q    What's white supremacy?

24   A    I guess the belief that white people are superior.

25   Q    Superior to --

N. Romero - Cross

1  A    To other people, diverse people of different backgrounds.

2  I would say also it's systemic.  Right.

3  Q    When you say "other people," do you mean all other people?

4  A    Superior to people of diverse backgrounds.  Maybe people

5  like me, black people, other people.

6  Q    So all non-white people; is that what you're saying?

7  A    I mean, to me, white supremacy, when I think about it, is

8  more of a systemic thing.

9  Q    Can you tell me what you mean?

10  A    Yeah, like laws that intentionally hurt oppressed

11  people -- or oppressed people, you know.

12  Q    Does it mean anything else to you?

13  A    White supremacy?  I mean, it means a lot of things, I

14  guess.

15  Q    Okay.  Was Thomas -- remember the statue at UVA?  That's a

16  statue of Thomas Jefferson, right?

17  A    Correct.

18  Q    Was Thomas Jefferson a white supremacist?

19  A    I'm not sure.  I don't know if he blatantly said he was a

20  white supremacist.

21  Q    How do you know Matthew Parrott?

22  A    I don't know him.

23  Q    Okay.  Matthew Heimbach?

24  A    (No verbal response.)

25  Q    How about the Traditionalist Worker Party?

139

N. Romero - Cross

1   A    (No verbal response.)

2   Q    Did you see Matthew Parrott or Matthew Heimbach or any

3   member of the Traditionalist Worker Party?

4   A    If you can bring them up again.

5   Q    Well, there are a number of members.

6            MR. SMITH:  Do we have those images of Heimbach and

7   Parrott, by any chance?

8            MS. DUNN:  Your Honor, if you would like us to put up

9   on the screen the images that we used in opening, we can do

10  that.

11           MR. SMITH:  I'm fine with that.

12           THE COURT:  Yes.

13           MS. DUNN:  Mr. Spalding, would you put the images up

14  from the opening, please?

15   BY MR. SMITH:

16  Q    So on my right hand side, you see them, right?

17  A    Yes.

18  Q    Do you recognize them?

19  A    Is that an image of Matthew the day of the events?

20  Q    I don't know.

21  A    Do you know what he was wearing that day?

22  Q    I don't.

23  A    And is that Matthew Heimbach on the day of as well?

24  Q    I'm sorry?

25  A    Is that him -- is that a representation of him on the

N. Romero - Cross

1   12th?

2   Q    You know, I don't know.  I'm thinking that that's probably

3   what plaintiffs' counsel used, but I don't know that for sure.

4   A    I do remember seeing the -- the fork kind of thing.

5   Q    Were you saying this is on the --

6   A    The 12th.

7   Q    The 12th?

8   A    Yes.

9   Q    Okay.  So during the day?

10  A    Uh-huh.

11  Q    Okay.  Do you remember seeing that on the -- on the 11th,

12  which was the torchlight rally?

13  A    I tried to keep my head down.

14  Q    I understand.  Okay.

15       You testified that the events -- I don't remember your

16  exact words, but you testified the events of August 11th --

17  i.e, the torchlight rally -- were frightening to you; is that a

18  fair representation?

19  A    Yes.

20  Q    If so, why did you decide to go back into that kind of

21  intense political and social conflict the very next day?

22  A    I did not expect the same results.

23  Q    Okay.  Why didn't you expect the same results?

24  A    It was going to be daytime.  People were planning peaceful

25  things.  I thought they were just going to be in the park.

N. Romero - Cross

Q     Now that you mention the park:  You testified, if I'm not
mistaken, that there were other permitted events in other parks
in Charlottesville that were going on on August 12th.

      Why didn't you decide to go to any of those?

A     I'm sorry.  What?

Q     Why did you decide not to go to any of those other
permitted events, and instead go --

A     No, I did go.

Q     You did go to the other permitted events?

A     Yes.

Q     In the other parks?

A     Yes.

Q     Okay.  But you also decided to go to the Unite the Right
rally, essentially, in Lee Park, Emancipation Park, after that?

      Okay.  Did you go -- did you go to the -- so we have the
UTR rally in Emancipation Park, right?  And we have the other
permitted events in other parks.  I don't remember the names of
those other parks.  I'm sorry.

      Did you go to those other permitted events?  Did you go to
them first?

A     I think in order to get to them, I had to go through the
other park, since I lived on that side, yes.

Q     I see.  So what you're saying is that you went to -- you
were on your way to those other events.  Did you ultimately get
to those other events?

Sines, et al. v. Kessler, et al., 3:17CV72, 10/29/2021

1   A    I believe so.

2   Q    Okay.  And again, just so I'm clear -- I may have

3   misheard --

4   A    That's okay.

5   Q    That was after you went through the Emancipation Park with

6   the Unite the Right event, right?

7   A    Where they were, yes.  I -- I walked.  I took some

8   pictures.  And -- yeah.

9   Q    Okay.  And then you went to the other permitted events?

10  A    Uh-huh.

11  Q    Okay.

12          MR. SMITH:  I have everything I need, Your Honor.  No

13  further questions.  Thank you.

14          THE COURT:  All right.  Thank you.

15          MS. DUNN:  Your Honor, no redirect.

16          THE COURT:  All right.  Where is your next witness?

17          MS. DUNN:  Your Honor, the next witness can be on the

18  way up.

19          And I have one housekeeping matter.  I admitted

20  PX3025.  I should have admitted PX2952.  So I wanted to put

21  that on the record.

22          MR. SMITH:  I have no objection, Your Honor.

23          THE COURT:  Okay.  It will be admitted.

24          MS. DUNN:  Thank you, Your Honor.

25          MS. KAPLAN:  Your Honor, could we just have a five,

Sines, et al. v. Kessler, et al., 3:17CV72, 10/29/2021

1  ten-minute before we -- maybe the midafternoon break before I

2  bring the witness up?

3           THE COURT:  Well, I was going to take a break in

4  about 15 minutes.  Do you need to take it before the witness?

5           MS. KAPLAN:  If possible, Your Honor, I'd rather take

6  the 15 minutes now and then we can start with the testimony.

7           THE COURT:  Well, it's not the way I have like to do

8  it, because then we end up about 20 minutes to 5.  I mean, we

9  say an hour and a half, you see, and then we end up at about

10 20 minutes to 5, and we waste --

11          MS. KAPLAN:  I understand, but it's going to take

12 some time for them to get to the second floor.

13          THE COURT:  Okay.  We'll take a break.

14          Members of the jury, we're going to take a recess now

15 for about 20 minutes.

16 **(Jury out, 2:43 p.m.)**

17          (Recess.)

18          THE COURT:  Is the witness ready?

19          MS. KAPLAN:  Yes, Your Honor, the witness is ready.

20          THE COURT:  Okay.  The witness is outside the door?

21          THE CLERK:  Yes, sir.  Do you want to bring them in?

22          THE COURT:  Bring the witness on in.

23          MS. KAPLAN:  Oh, bring the witness in, Your Honor?

24          THE COURT:  Yes.

25          MS. KAPLAN:  Your Honor, if you will allow me to take

D. Willis - Direct

 1  this moment to introduce the Court to my colleague, Alex

 2  Conlon.  She will be directing the testimony of Mr. Willis.

 3          THE COURT:  All right.  Thank you.

 4  **(Jury in, 3:07 p.m.)**

 5          THE COURT:  All right.  Have a seat, please.  Call

 6  your witness.

 7          MS. KAPLAN:  Your Honor, plaintiffs call Mr. Devin

 8  Willis.

 9          (Witness sworn.)

10          THE COURT:  Mr. Willis, you may take your mask off.

11          MS. KAPLAN:  Like we did last time, is it okay for us

12  to pass up binders to the Court, the witness, defense counsel?

13          THE COURT:  Yes.

14          MS. KAPLAN:  Thank you.

15          MS. CONLON:  Your Honor, may I begin?

16          THE COURT:  Yes.

17          MS. CONLON:  Good afternoon.  Please --

18          THE WITNESS:  Good afternoon, everyone.

19          DEVIN WILLIS, CALLED BY PLAINTIFFS, SWORN

20                  DIRECT EXAMINATION

21  BY MS. CONLON:

22  Q    Please introduce yourself to the jury.

23  A    My name is Devin Dushawn Willis.

24  Q    How old are you?

25  A    I'm 23 years old.

D. Willis - Direct

1  Q    Where do you live right now?

2  A    I live in Mexico City, Mexico.

3  Q    How long have you lived in Mexico City?

4  A    Since about June of 2020.

5  Q    Where did you live before that?

6  A    Before Mexico, I lived in Charlottesville, Virginia.

7  Q    And when did you live here in Charlottesville?

8  A    I lived in Charlottesville from 2016 to 2020.

9  Q    What were you doing here?

10  A    I was a student at the University of Virginia.

11  Q    Were you an undergraduate?

12  A    I was an undergrad, yes.

13  Q    And did you graduate from UVA?

14  A    I did.

15  Q    When?

16  A    I graduated in May of 2020.

17  Q    What was your degree in?

18  A    I had a degree in political and social thought with a

19  minor in urban and environmental planning.

20  Q    Devin, did you grow up in Virginia?

21  A    I did.  I was not born here, but I was raised here.

22  Q    Where?

23  A    In Virginia.

24  Q    Where in Virginia?

25  A    Oh, sorry, thank you.  So I was born in Indiana, but I was

D. Willis - Direct

1    raised in -- mostly in or around Fredericksburg, Virginia.

2    Kind of north and central Virginia.

3    Q    Did you go to high school there?

4    A    I did.

5    Q    Are you working right now?

6    A    Yes.

7    Q    What do you do for work?

8    A    I work for an urban planning-focused nonprofit in DC.

9    Q    Please tell the jury why you are here today.

10   A    I'm here today because of the events that happened to me

11   in August of 2017 in Charlottesville.

12   Q    In August of 2017, how old were you?

13   A    I was 18 years old.

14   Q    And what were you doing in August at that time?

15   A    So I had -- I had just finished my freshman year of

16   college and I stayed behind to pass the summer in

17   Charlottesville because I had been very fortunate to get a

18   really good research internship here.

19   Q    Tell us a little bit about that internship.

20   A    So it was -- the name has since changed but it was offered

21   through the School of Architecture and it was called the

22   Institute for Environmental Negotiation.  It was an

23   environmental nonprofit.

24   Q    What was the process you went through to get the

25   internship?

D. Willis - Direct

1  A    It was application-based.  It was mildly competitive.  It

2  was offered to the A School -- yeah, it was cool.

3  Q    The A School means the architecture school?

4  A    Yes.  Yeah.  And the majority of people in their employ

5  were graduate students.  It was really special that I got a

6  chance to work there very early on.

7  Q    In August of 2017 you had just finished your freshman

8  year, right?

9  A    That's correct.

10 Q    Tell us how that year went for you overall.

11 A    It was a really good year for me.  I think for most people

12 who matriculate into university at that age, I had been -- I

13 was being exposed to things I had never been exposed to before.

14 I had a great year.  I learned a lot.  I challenged myself and

15 it mostly went well.

16 Q    How did things go for you that year academically?

17 A    So academically it was not the breeze that high school

18 was, but I did do well, and I did better in my second semester

19 than I did in my first semester.  So it was trending positive.

20 Q    You said it wasn't the breeze high school was.  Can you

21 give us a sense of how high school went?

22 A    Yeah, so, I'm not saying any of this to brag, but I really

23 enjoyed high school.  I was like -- I extended myself a lot.  I

24 pushed myself a lot.  So academically I was very high up in my

25 class, like, top 5 percent.  I had, like, a 3.8 GPA while also

D. Willis - Direct

1  being involved in, like, the student council.  I was, I think,

2  vice president of student government.  I was on the academic

3  quiz bowl team.  I was on the debate team.  I was on the chess

4  club, quiz bowl team.

5       I enjoyed myself academically, engaged myself, enjoyed

6  myself, and then socially as well, I had a really, like, great,

7  memorable social life.  I was prom king and my girlfriend was

8  prom queen.

9  Q    How did that compare socially to your experience at UVA

10  your first year?

11  A    It was similar, but just wasn't as easy, right?  So, like,

12  UVA, academically, was much more challenging and rigorous.  So

13  I had to really try, like, 110 percent for, like, you know, not

14  as out-of-the-park records, whatever.

15       But socially it was -- I tried to do a repeat, right?  So

16  like all first year or freshman students, I tried to join a

17  million clubs in my first and second semesters and also try out

18  things I had never done before, like astronomy club.  I was

19  involved with the IRC and this thing called the Forums.  I was

20  just trying all kind of stuff.

21  Q    What is the IRC?

22  A    So the IRC is the International Residential College.  It's

23  one of three application-based housing options for first-year

24  students.  And I chose that one because it was the one that was

25  focused on, like, people from diverse backgrounds.  And I had

D. Willis - Direct

1    lived in Virginia my whole life, or most of my life.  So it was

2    like -- it was important to me that I wanted to live around

3    people who were different than me.

4    Q    You also mentioned something called the Forum.  What's

5    that?

6    A    So the Forum also was an application-based underclassman

7    curriculum.  So in your first two years when you're without a

8    major, if you know what you wanted to do, UVA was piloting this

9    program where you could kind of, like, pick a track.  So I

10   picked a philosophy and politics-focused track that allowed me

11   to take more credits in that direction and, like, do less of,

12   like, STEM and stuff that I didn't like.

13   Q    What do you mean by STEM?

14   A    Science, technology -- I don't remember what STEM stands

15   for.  Math and stuff.

16   Q    Math stuff?

17   A    Yeah, math stuff.

18   Q    Did you have any particular role in the International

19   Residential College?

20   A    Yes.  So like I said, I was trying to, like, find my

21   thing, find my calling or whatever it was in my first year.  So

22   I volunteered for this committee because, for whatever reason,

23   I had to stay in Charlottesville over the Thanksgiving holiday

24   that year.  So I joined this committee that basically put on a

25   Thanksgiving event for the international kids who, like, didn't

D. Willis - Direct

1  have the money to fly home for two weeks, right?

2      So we had, like, a Thanksgiving dinner with, you know,

3  Chinese students and South Asian students and people who

4  otherwise would not have had a Thanksgiving.

5  Q    Were you very involved in any other student groups your

6  first year at UVA?

7  A    Yeah.  So like I said, I tried out a million clubs but one

8  of the ones that stuck at the end of my first year, I got

9  involved with the Black Student Alliance.

10 Q    What is the Black Student Alliance?

11 A    The Black Student Alliance is like a cultural group.  It's

12 something -- it's one of the older clubs at UVA.  It was

13 founded back in the '60s.  It's supposed to -- I think it

14 existed to provide, like, a slice of home to students who maybe

15 don't feel at home at UVA.  We would have, like, cookouts every

16 Friday, this thing called Black Friday.  You could, like, come

17 to OAAA and get some chicken, or some mac and cheese, collard

18 greens, that kind of thing.

19      We also had, like, a lot of dance events, annual dance

20 events.  We had this opening celebration called The Source, and

21 then this end-of-year celebration called Black-Out.  That's

22 when you would have, like, step shows and performances, just

23 things like that that make people feel good.

24 Q    Were you in the step shows?

25 A    No, but both my parents are steppers, actually.

D. Willis - Direct

1   Q    So apart from social events, why did you join the BSA?

2   A    I think the biggest motivation was that my really close

3   friend was really involved in the BSA.  He was on admin.  So I

4   was kind of following in his footsteps.

5   Q    Are there any restrictions on who can be a member of the

6   BSA?

7   A    You have to be a UVA student.

8   Q    Is that the only restriction?

9   A    That's the only restriction.

10  Q    Did you have any particular role in BSA during your

11  freshman year?

12  A    Yeah.  So at the end of my freshman year, I was appointed

13  to the position of secretary for the incoming academic year.

14  Q    What did that require you to do?

15  A    It was a very basic role, it was just, like, note-taking

16  and making sure all members got copies of the meeting minutes,

17  and being helpful.

18  Q    A lot what it sounds like?

19  A    Yeah.

20  Q    When the school year ended, did you continue to be

21  involved with BSA over the summer of 2017?

22  A    Yeah.  Yeah.

23  Q    Tell us about that involvement.

24  A    Right.  So it was, like, really more so a coincidence

25  because, like I just said, secretary is a pretty mundane role,

D. Willis - Direct

1   but I had this internship and I was the only person who was in

2   town, so I became, like, appointed again as, like, the BSA's

3   liaison to the groups that were doing the activism and stuff

4   around Charlottesville that summer.

5   Q    What kind of groups were you involved with that summer on

6   behalf of BSA?

7   A    So on behalf of BSA, I sat in a lot of meetings, mainly

8   for Black Lives Matter C'ville, the chapter that was here.  I

9   don't remember all the names of the groups, but, like,

10  Solidarity C'ville and, like, a handful of other sort of --

11  yeah, like -- yeah, activism groups.

12  Q    Would you describe them as social justice groups?

13  A    Yeah, I would.  That's a good way to put it.

14  Q    Have you heard of Antifa?

15  A    I have heard of Antifa.

16  Q    Does the BSA have any connection to Antifa?

17  A    The BSA is a student group with no connection to Antifa.

18  Q    When you were liaising with community groups on behalf of

19  BSA, did you liaise with Antifa?

20  A    Not to my knowledge, no.

21  Q    Did you liaise with any group that has a relationship to

22  Antifa?

23  A    Not to my knowledge, no.

24  Q    Have you ever been a member of Antifa?

25  A    I have never been a member of Antifa.

D. Willis - Direct

1   Q    Before August, did you ever have any encounters with white

2   nationalists in Charlottesville?

3   A    Yeah, one time.

4   Q    When was that?

5   A    So July 8, 2017, there was a small demonstration from the

6   Ku Klux Klan here in Charlottesville at, I believe, Justice

7   Park.

8   Q    And you attended that demonstration?

9   A    I did.  I went -- I don't remember who even invited me,

10  but I went because I wanted to see it for myself.  I had never

11  seen a Klan member, or at least not one that was robed up, in

12  my life.  So, yeah, I wanted to see it for myself.

13  Q    Had you ever attended something like a Klan rally before?

14  A    No, never in my life.

15  Q    Had you ever had any interactions with someone who you

16  knew to be part of the Klan before?

17  A    No, because -- yeah, like, no.  I mean, I'm from Virginia,

18  but like no, I've never seen anything like that before.  And up

19  until that point, like, I -- you know, I was born in '98, so

20  like, I was very much under the impression that race relations

21  were only improving.  So it was a really weird experience.

22  Q    So what made you decide to go to this rally in July?

23  A    What made me decide to go?  Yeah, I think I was in, like,

24  disbelief that, like, real, robed-up Klanspeople would be out

25  in broad daylight.  I wanted to see it for myself.  I think

D. Willis - Direct

1   they have a right to protest and do whatever, but, you know, I

2   told you I'm into politics and philosophy.  I thought I also

3   had the right to be like, yeah, I think I'm allowed to exist

4   and that what you're doing is gross.

5   Q    What do you mean by saying "I think I'm allowed to exist"?

6   A    Yeah, like, I think that they have a right to hate me; I

7   have a right to love me.  That kind of a thing.

8   Q    Spell this out:  You're referring to your race?

9   A    Yes.  Being African American, yeah.

10  Q    So what happened when you went to the rally?

11  A    Okay.  So when I went to the rally, I think it was --

12           MR. JONES:  Your Honor, I'm going to object to the

13  relevance of the July rally.  I think we need to get to August.

14           MS. CONLON:  Your Honor, I'm happy to respond.  I'm

15  also happy to approach.

16           THE COURT:  It's come up before.  Go ahead.

17  Overruled.

18   BY MS. CONLON:

19  Q    Before we jump back in, I'm just going to ask you to speak

20  a little more slowly to make sure everyone is hearing

21  everything you're saying.

22  A    Okay.

23  Q    I know it's hard.

24  A    Can do.

25  Q    So please tell us about your experience at the July 8th

D. Willis - Direct

1  rally.

2  A    Okay.  So at the July 8th rally, like I said, I made the

3  decision to go and I went with some close friends.  And yeah,

4  we saw robed-up Klanspeople for the first time, and they looked

5  like mostly what you would expect.  Yeah, they were wearing

6  robes, but a lot of them also had firearms on their hips, and

7  they just, you know, wanted to spread whatever.  And like, they

8  were, like, motioning at their firearms and insulting people

9  who were in the crowd watching them and counter-protesting

10 peacefully.  Yeah, it was like a disarming thing to see but it

11 was otherwise uneventful.

12 Q    Were the people who were there for the Klan rally saying

13 anything, chanting?

14 A    They also were doing the monkey noise thing at, like,

15 people in the crowd, and like -- I definitely kept my distance

16 but I could see them just being rude and nasty to people who

17 had shown up.

18 Q    What do you mean by they were doing the monkey noise

19 thing?

20 A    Yeah, so like, you know, if like a black counter-protester

21 or whatever got too close, they would do like monkey noise or

22 monkey motions in their direction.

23 Q    Did you see anyone behave violently at the July 8th rally?

24 A    No, I did not.

25 Q    Before I move on, did you have any impression of why they

156

D. Willis - Direct

1   were making monkey noises at particular counter-protesters?

2   A    Yeah.  How do I say it?  Like, yeah, they think black

3   people are subhuman, so they compare us to apes and primates.

4   Q    Thanks.

5        So -- sorry.  Did you see anyone behave violently at the

6   rally?

7   A    No.

8   Q    This was your first rally like this?

9   A    Yes.

10  Q    So how did it feel to be there?

11  A    Yeah, it was just -- it was really shocking.  It kind of

12  burst my bubble about the time period I'm living in.  And like

13  I said, I was really optimistic and outgoing at 18, and, like,

14  I think that was like -- like I said, it burst my bubble for

15  sure.  And it made me -- yeah, it grossed me out, and I was

16  maybe curious about why they chose Charlottesville to come do

17  that kind of thing, because that wasn't something most people

18  my age had seen really before.

19  Q    What do you mean when you say it grossed you out?

20  A    Yeah, it grossed me out that, like, people like that who

21  hold those views are still, yeah, around, and feel like they

22  need to be in public and need to be sharing their message.

23  Also, the idea that there might be an audience is pretty gross.

24  It makes you feel a little less secure in the world.

25  Q    Are you saying it made you personally feel less secure?

D. Willis - Direct

1   A      It made me concerned.  I felt very concerned.

2   Q      What did you do after the rally?

3   A      After the rally I went with my friends to a Mexican

4   restaurant and we had dinner.

5   Q      After the July 8th rally, did you make plans to attend any

6   similar events?

7   A      Yes.  The July 8th rally was the first time that I heard

8   about Unite the Right.

9   Q      Do you remember how you heard about it?

10  A      If I'm not mistaken, a professor mentioned it to me, and

11  they described it as like, it will be this, but just bigger

12  again.  And I thought, like, okay, nothing really happened this

13  time.  And so nothing should happen the next time.  If it's

14  just this, but bigger, then it will be the same thing.  I'll

15  come back with some signs.

16  Q      So it sounds like you planned at that point to go to the

17  next rally; is that correct?

18  A      I don't think I was set in my mind in that moment, but it

19  was something that I became aware of.

20  Q      After your experience at the July 8th rally, why did you

21  want to go to another rally?

22  A      I'm not sure all of my -- what my exact reasoning was at

23  the moment.  This was a long time ago.  But I think it was the

24  same thing.  It's like you feel sort of indignant that these

25  people want to, like, exercise their right to use hateful

D. Willis - Direct

1   speech and spread hateful ideologies.  And, like, that's

2   protected.  Whatever.  That's fine.  I would like to use my

3   right to express the opposite viewpoint.

4   Q    When you first heard about the Unite the Right rally, did

5   you at that -- I'm sorry, did you hear any plans for a

6   counter-protest?

7   A    Could you repeat the question, please.

8   Q    Sure.  When you first heard about the Unite the Right

9   rally, did you also hear about plans for a counter-protest?

10  A    I don't think in that moment immediately, no.

11  Q    When did you hear about plans for it?

12  A    When I was doing -- like attending more meetings and

13  liaising on behalf of the BSA, I heard about more preparations

14  to organize counter-protests.

15  Q    Was the BSA involved in any conversations about the

16  counter-protest plans?

17  A    Yes, so the BSA, like, collaborated, you know, up until --

18  yeah.  Yeah.  They primarily collaborated with other groups

19  like the ones that I mentioned earlier, to like, facilitate the

20  permits that were attained for, like, the two other parks for

21  the counter-demonstrations.

22  Q    Okay.  So we haven't talked about that yet.  So tell us

23  about it.  What do you know about permits that were obtained

24  for counter-demonstrations?

25  A    So a professor who I knew had gotten a permit for McGuffey

159

D. Willis - Direct

1   Park, and we had this plan to -- I got to help plan this. I was

2   really proud of it at the time -- to create sort of like a safe

3   space where people could go and be a part of something positive

4   while this very hateful thing was happening in the other park.

5   We don't control what's happening in other parks but we can

6   control what's happening here.  So I got to work on the

7   programming for that park.  The whole initiative was called the

8   PARJ.

9   Q    What does PARJ stand for?

10  A    It stands for the People's Action for Racial Justice.  It

11  was like a committee.

12  Q    Who was on the committee?  What group of people was it

13  comprised of?

14  A    It was a professor, some local Charlottesville community

15  members.  It was kind of like -- I don't think there was any

16  restrictions on who could be on it.  I was on it.

17  Q    So once you became aware of the plans for the

18  counter-protest, what were they?  Can you tell us what the

19  plans were?

20  A    Yeah, so I remember that around the PARJ, which was like

21  the main thing I was committed to for Unite the Right, it was

22  like we wanted to have a place where people could -- one, the

23  basics, so, like, porta-potties, water bottles, just basic,

24  like, you know, like, self-care kind of things that people

25  might need after a long day of counter-protesting or whatever

D. Willis - Direct

1  it is, experiencing emotional distress.  This is a place to go,

2  get some water, get a snack.

3  Q    I'm just going to remind you to slow down.

4  A    So that kind of thing.  And then also we had some

5  programming.  So that would be poetry, like meditation, some

6  speeches, some songs.  I think that was most of it.

7  Q    Were you personally involved in developing the programming

8  for the counter-protest?

9  A    Yes, for the PARJ, yes.

10 Q    Did you ever see any media advisories about the

11 counter-protest?

12 A    Yes, I did.

13        MS. CONLON:  I'd like to show the witness PX3261 on

14 his screen.

15 BY MS. CONLON:

16 Q    Devin, do you recognize this document?

17 A    It's not there.

18 Q    Will you let me know when it is?

19 A    It is now.

20 Q    So take a second.  Take a look.

21      Do you recognize this document?

22 A    I do recognize the document.

23 Q    And how are you able to recognize it?

24 A    It's the media advisory for the PARJ which I was involved

25 in, like I said.  I think I edited this document.

D. Willis - Direct

1  Q    Does this appear to you to be a fair and accurate copy of

2  the document as you remember it?

3  A    Yes.

4         MS. CONLON:  At this time we move to admit PX3261

5  into evidence and would ask that it be published to the jury.

6         THE COURT:  Without objection, it will be admitted.

7         MR. SMITH:  No objection, Your Honor.

8         (Plaintiff Exhibit 3261 marked.)

9         (Plaintiff Exhibit 3261 admitted.)

10         MS. CONLON:  And actually, if we could zoom in on the

11  paragraph that begins with the phrase "numerous events."

12         Thank you, Matt.

13  BY MS. CONLON:

14  Q    Devin, are you able to see the zoomed-in paragraph that's

15  on the screen in front of you?

16  A    Yes.

17  Q    This paragraph describes plans for the counter-protest?

18  A    Yes, it does.

19  Q    Can you tell us if this is consistent with your

20  understanding of what the plans were?

21  A    Yeah.  Do you want me to read it?

22  Q    Well, tell me what part of it is consistent with what you

23  knew about the plans.

24  A    So the sentence reads, "There will be information,

25  teach-ins, and speakers in addition to prayer and meditations,

D. Willis - Direct

1    music and art, and an opportunity for respite."

2         Yeah.  And that was very much what we set out to do.

3    Q    Based on your knowledge of the plans for Unite the Right

4    and the plans for the counter-protest, did you believe that

5    attending the counter-protest might be dangerous?

6    A    At the time I didn't.

7    Q    Do you know whether the people who were coordinating the

8    counter-protest were ever in touch with law enforcement?

9    A    I do.

10   Q    What do you know about that?

11   A    So I don't remember which groups, but like, you know,

12   everyone was working together with everybody at the time.  And

13   I remember that there was some coordinated meetings with the

14   chief of police of the city of Charlottesville that was focused

15   on making sure that the weekend of the Unite the Right would be

16   a safe event.  I attended one such meeting.

17   Q    So in early August, how were you feeling about attending

18   the counter-protest?

19   A    In early August I thought it would be the exact same thing

20   as July the 8th, just bigger.

21   Q    And how did you feel about it?

22   A    I felt like that was a safe and reasonable decision.

23   Q    Did you feelings about attending change at any point?

24   A    Yes.

25   Q    When?

163

D. Willis - Direct

1   A    The evening of August 11th.

2   Q    So we're going to talk about August 11th.  Could you tell

3   us what you were doing that night, early that evening, August

4   11th, 2017?

5   A    So August 11, 2017, at the time it was just the night

6   before Unite the Right.  So I was having dinner with some of

7   my -- with a professor, the same professor from the PARJ.  And

8   what else?  Yeah, we were all having dinner at his house.  We

9   were having a spaghetti dinner, and a couple of my other

10  student friends were there.

11  Q    Were there -- were the other folks who were at the dinner

12  other people involved in planning the counter-protest?

13  A    I don't know what everybody's role was.  I'm actually not

14  sure.

15  Q    Did you make any preparations for the counter-protest at

16  the spaghetti dinner?

17  A    Yeah.  Sorry.  Thank you.  So, yes, so I know we were

18  working on signs and like, I made a poster I was going to take

19  to Unite the Right the next day, because I had to be at

20  McGuffey Park in the morning.  So yeah, we were doing, like,

21  signs and things like that.

22  Q    When you were at your professor's house, were you aware of

23  any plans for a demonstration on campus by the white

24  nationalists?

25  A    No. I was just working on my signs.

D. Willis - Direct

1  Q    Did you learn at any point that they were going to gather

2  on your school's campus?

3  A    Yes.

4  Q    When did you hear about that?

5  A    I don't remember what time it was, but at some point

6  during the dinner, somebody came in -- I don't remember who it

7  is anymore -- and, like, informed us that -- they're like, hey,

8  we heard about that Jason Kessler and some of his people are

9  going to have something and it might be at UVA.

10 Q    Did you hear anything else about what Mr. Kessler and the

11 people with him were planning to do?

12 A    I don't remember exactly, but I think my understanding at

13 the time was that like, these guys are going to come and like,

14 give some speeches and, you know, hype themselves up for the

15 next day's events, and they're going to do it probably on the

16 Lawn or at the North Plaza.

17     And, you know, I was a tuition-paying student at the

18 university at the time and I just didn't think that was okay.

19 Q    So what did you feel in response when you heard this

20 information?

21 A    Yeah, I was, like, annoyed and frustrated, maybe.  Like, I

22 feel like none of those guys, to my knowledge, were students at

23 UVA, or had been for a very long time, and I felt like it was

24 summertime.  They waited until all these students who have

25 changed the meaning of what it means to go to this school

D. Willis - Direct

1   weren't there.  And so we were like, we should probably do

2   something.  We should go counter-demonstrate.

3   Q    Did you make plans at that point for a

4   counter-demonstration?

5   A    So it wasn't my idea, but people made plans to head over

6   and counter-demonstrate this small gathering of Kessler and his

7   people.

8   Q    How were they planning to counter-demonstrate, as far as

9   you knew?

10  A    I think they made a plan to -- one of the signs was

11  already finished that we had intended to use for Unite the

12  Right.  So they were like, we're going to take this sign and go

13  over there.  And, you know, it will be July 8th.  It'll just be

14  like -- that's what the whole point is, right?  They say their

15  part, we say our part, and then everyone goes home.

16  Q    How did you -- so you attended this -- the

17  counter-protest?

18  A    Yeah.  Yeah.  So I kind of made the last-minute decision

19  that I was going to go.

20  Q    And what made you decide to go?

21  A    Mainly just because I wanted to go with my -- where my

22  friends were going.  I looked up to them.

23  Q    So how did you -- how did you get to campus?

24  A    We went in someone's car.

25  Q    Were the other people in the car also UVA students?

D. Willis - Direct

1   A    Yes.

2   Q    Where did you go once you were in the car?

3   A    They parked the car behind some apartments on JPA,

4   Jefferson Park Avenue -- Parkway, something like that.

5   Q    After the car parked, where did you go?

6   A    After the car parked, we walked to the North Plaza, where

7   our other friends were waiting for us, also students.

8   Q    Is the Thomas Jefferson statue at the North Plaza?

9   A    Yes.  Yeah.  That's where it's at.

10  Q    So you walk over to the North Plaza.  What do you see when

11  you first get there?

12  A    So we walk over to the North Plaza.  It's starting to get

13  dark.  And I recognize a bunch of -- yeah, of our friends who

14  were also at the dinner.  So, like, other students that were at

15  the base of the statue.

16  Q    About how many of your friends did you see at the base of

17  the statue when you first arrived?

18  A    So if there was, like, five of us in my car, we probably

19  went to the statue and linked up with, like, the other ten.

20  There was no more than, like, ten, ten of them, ten or 15.

21  Maybe, yeah, ten-ish.

22  Q    Did you recognize all of the people around the statue at

23  that point?

24  A    Yes.  Yeah, I knew them all as fellow students.

25  Q    So your group linked up with the group that was there?

D. Willis - Direct

1    A    Yeah.  Yeah.

2    Q    And what did you all do once you were connected?

3    A    So we walked down to the statue, linked up with the group.

4    We conversed amongst ourselves for a minute.  And we're like,

5    okay, so we got here first.  Someone decided the plan was that

6    we're going to link arms, we're going to link hands, and we're

7    going to form a circle at the base of the statue.

8    Q    Why was the plan to encircle the Thomas Jefferson statue?

9    A    Yeah, so I think everyone did it for different reasons.  I

10   mean, you know, I'm not an all-knowing person, but my reason

11   was that I felt like -- kind of like I mentioned about dinner,

12   that the people who were heading to the statue don't represent

13   UVA or what it stands for.  There was a lot of debate that our

14   school is founded by a slave owner.  There's a lot of debate

15   about all these things, but, yeah, I felt like that was a

16   really -- us circling the statue, like, this diverse group of

17   present students, was a really eloquent way to make the point,

18   to make our current demonstration.  It seemed like a really

19   good nonviolent way to do that.

20   Q    What was the point that the counter-demonstration was

21   trying to make?

22   A    Yeah, I think that, like, I -- like, I don't know what

23   their point is, but I think that they stand for white

24   supremacy, and I think that they want to exaggerate -- no, not

25   exaggerate --

D. Willis - Direct

1   Q    Sorry.  I'm going to jump in, because I think I should

2   rephrase my question.

3   A    Thank you.

4   Q    What was the point that you and the other students were

5   trying to make?

6   A    Okay.  I thought you were asking me about -- okay.  Got

7   you.

8        Yeah, I think the point is the school has a controversial

9   past, and that is an important thing, but it has a much more --

10  it has a different present, and it has a diverse one.  And the

11  students here also have something to assert about what that

12  statue means and what that place means, something more

13  positive.

14  Q    When you first arrived at the statue, did you see any

15  white nationalists?

16  A    No.

17            MS. CONLON:  I'd like to show the witness PX3474.

18            MS. KAPLAN:  This is an issue that came up last time,

19  Your Honor.  This isn't in yet, correct?

20            MS. CONLON:  It's not in yet.  It's to authenticate

21  it.

22            MS. KAPLAN:  So do we want to show him with the audio

23  off?

24            MS. CONLON:  Yes.

25            MS. KAPLAN:  So no audio, so the jury can't hear the

169

D. Willis - Direct

1    audio.

2              MS. CONLON:  And this is a clip from 3474.

3              (Discussion off the record.)

4              (Video playing.)

5    BY MS. CONLON:

6    Q    Devin, do you recognize the video that just played on the

7    screen in front of you?

8    A    Yes.

9    Q    How are you able to recognize it?

10   A    I see myself in it.

11   Q    Can you tell when this video was taken, what day?

12   A    Yeah.  This is from August 11th, 2017.

13             MS. CONLON:  At this time, we move to admit PX3474

14   into evidence.

15             THE COURT:  It will be admitted, but I thought it

16   already was.

17             MS. CONLON:  I'm sorry.  I couldn't hear you, Your

18   Honor.

19             THE COURT:  I'll admit it.

20             MS. CONLON:  We'd ask that it be published to the

21   jury.

22             THE COURT:  Anything I admit can be published unless

23   something is otherwise said.

24             (Plaintiff Exhibit 3474 marked.)

25             (Plaintiff Exhibit 3474 admitted.)

D. Willis - Direct

1   BY MS. CONLON:

2   Q    Devin, do you see yourself in this video?

3   A    Yes.

4   Q    Using the touch screen -- we'll see if we can do this --

5   can you circle yourself?

6   A    (Witness complies.)

7   Q    And what are you doing at this moment that the video is

8   paused at?

9   A    I'm holding hands with two other students.

10  Q    Do you know the students?

11  A    I know one of the students.

12  Q    Which student do you know?

13  A    On my left, I'm holding hands with Nat.

14  Q    When you say "Nat," do you mean Natalie Romero?

15  A    Yes, Natalie Romero.

16  Q    What are you and -- well, are you chanting anything in

17  this video?

18  A    Yes.  I'm saying:  "No Nazis, no KKK, no fascist USA."

19  Q    When this video was taken, did you see any white

20  nationalists at that point?

21  A    In that moment, no.

22  Q    Could you hear them?

23  A    Yes.  We had begun to hear them.

24  Q    What could you hear?

25  A    It was like -- yeah, just a lot of really loud and deep

D. Willis - Direct

1    shouting coming from the other side of the Rotunda.  I think

2    they were too far away to hear what they were saying.

3    Q    So at this point, you could hear the white nationalists,

4    but you couldn't see them?

5    A    Exactly.

6    Q    Why did you decide to stay put, assuming you did?

7    A    I still didn't know how many people were present, and I --

8    I failed to mention that, like, one of the safety precautions

9    that we took was that we made a buddy system, and so Natalie

10   was my buddy for the evening.  And I felt like I had a

11   responsibility to my buddy, and also to my group of friends, to

12   see the demonstration through.  So I stayed put.

13   Q    Were you scared?

14   A    I was definitely, yeah, scared and alarmed by how many

15   voices I could hear.

16   Q    I should ask you:  You've mentioned Natalie and she was

17   your buddy.  How did you know Natalie Romero at that point?

18   A    Me and Natalie were in the same class.  So we were --

19   well, not, like, literally, like the graduating class.  I met

20   Natalie much earlier during the academic year.  I used to hang

21   out in her dorm a lot.  We were friends.

22   Q    Had she been with you at the professor's house for the

23   spaghetti dinner?

24   A    I believe so, yes.

25   Q    After the moment that's captured in this video where we're

D. Willis - Direct

1  paused, what happened next?

2  A    Yeah, so what happens next is that you start seeing --

3  yeah, you start to see the glow, this mysterious glow on the

4  other side of the Rotunda.  And the shouting and growling,

5  whatever, gets louder, and these people, these lights, start,

6  like, rushing over the steps.

7       So you can see the steps from where I'm standing -- I can

8  see the steps from where I'm standing, and this ocean of light

9  and flames just starts spilling over both sides of the steps,

10 and it's washing down, and you start to hear what they're

11 saying in this, like, really awful chant.  And they basically

12 just rushed the entire area and surrounded all of us in a

13 matter of seconds.

14 Q    Was the size of the crowd that you saw coming over the

15 Rotunda toward you the number of folks you had expected would

16 be there?

17 A    Not at all.  I realized as they were coming and as it was,

18 you know, too late to go anywhere that I was really wrong about

19 how many people would be there.

20 Q    You said you heard an awful chant.  Do you remember what

21 they were saying?

22 A    Yes.  They were saying "blood and soil," "Jews will not

23 replace us," and "you will not replace us".

24 Q    This might seem obvious, but what, to you, was awful about

25 those chants?

D. Willis - Direct

1   A    They were extremely xenophobic chants that implies that

2   this group of people, most of which -- who were born here, are

3   replacing anybody.  And it wouldn't matter if they weren't born

4   here, but anyway -- sorry.  Yeah, it was really xenophobic and

5   awful and hateful and I knew that it was directed at me and

6   people like me.

7   Q    And when you say you felt that it was directed at you and

8   people like you, can you spell out what you mean?

9   A    I'm not Jewish, but I know that "you will not replace us,"

10  I think it's something white supremacists are known for saying,

11  and it's this idea that everybody who is not also white is

12  trying to replace them, which is...

13          MR. SMITH:  I'm sorry, did he finish.  He said,

14  "which is."

15          THE WITNESS:  Yeah, I'm done.

16          MR. SMITH:  I'm sorry?

17          THE WITNESS:  I'm done.

18   BY MS. CONLON:

19  Q    About how many people --

20          MR. SMITH:  Never mind.  It's fine.

21  BY MS. CONLON:

22  Q    About how many people, if you had to guess, did you see

23  coming over the Rotunda coming toward you when you were around

24  the statue?

25  A    Hundreds.

D. Willis - Direct

1              MS. CONLON:  Could we please show the witness PX2344?

2    BY MS. CONLON:

3    Q    Devin, are you able to see a photo on your screen?

4    A    Yes.

5    Q    Do you recognize this photo?

6    A    Yes.

7    Q    How are you able to recognize it?

8    A    I can't see myself, but I know that I'm pictured here.

9    Q    Does this photo depict an event that you attended?

10   A    Yes.

11   Q    And does it appear to be a fair and accurate depiction of

12   that event?

13   A    Yes.  This looks like August 11, 2017.

14             MS. CONLON:  At this time, we offer PX2344 into

15   evidence.

16             THE COURT:  It will be admitted.

17             MS. CONLON:  Can we please publish it?

18             THE COURT:  Yes.

19             (Plaintiff Exhibit 2344 marked.)

20             (Plaintiff Exhibit 2344 admitted.)

21    BY MS. CONLON:

22   Q    Devin, can you help orient the jury by explaining where

23   you are standing in this picture?

24   A    Yes.  So if you are looking at the statue and you bring

25   your eyes down to the base of the statue, I'm on the right side

D. Willis - Direct

1   of the base of the statue.

2   Q    Are you able to draw a circle just to indicate the area

3   that you're in?  I know you don't see yourself.

4   A    Yes, I can do that.

5   Q    And which direction were you facing when this picture was

6   taken?

7   A    So I would have been facing west, so away from the City of

8   Charlottesville.  My back would be to the City of

9   Charlottesville, and I would be looking west at, like, Nameless

10  Field.

11  Q    Can you draw an arrow for us, just for those of us who

12  aren't as good at cardinal directions?

13  A    Yes.  So this is my line of sight.

14  Q    Were you able to see the torch bearers that are visible in

15  this photo coming down the stairs from where you were standing?

16  A    Yes, actually, because the stairs are elevated.  So I can

17  just see flames and I can see that there are more and more

18  people coming.

19  Q    Could you see much beyond the stairs?

20  A    No.

21  Q    In other words, you couldn't see anyone coming from the

22  other side beyond the stairs?

23  A    Exactly.  I had no clue, like, how many more there were on

24  the other side.

25  Q    What did you think when you saw the torches?

D. Willis - Direct

1  A    I thought that I had never seen anything like that before,

2  and I was really scared because it looked like a lynch mob.

3  Q    What about it looked like a lynch mob to you?

4  A    I think torches and mobs are very well-known things,

5  and -- yeah, the torches, that's a weird thing to use.  It's

6  2000-whatever.  You can have a flashlight on your phone.  Fire

7  is a very intentional thing and it's a very scary thing.

8  Q    Can you describe the way that the men carrying the torches

9  appeared to you, like, how they were dressed, what they looked

10  like?

11  A    Yes.  So the vast majority of the men were -- most of them

12  were white, adult-looking.  A lot of them had the same

13  haircuts.  And almost all of them were wearing some combination

14  of, like, a white dress shirt or polo shirt and khaki pants.

15      I thought -- yeah, I also saw, like, several people who

16  had, like, holstered weapons on the side of their hip.

17  Q    Did the people in the crowd appear to you to be older than

18  you?

19  A    Yes.

20  Q    Were the people in the crowd with the torches saying

21  anything?

22  A    Yes.  So I mentioned that they were saying lots of chants.

23  And then different individuals were saying all kinds of --

24  yeah, I've really tried to drive these comments out of my mind,

25  but I know that the monkey noises were happening again.  And I

D. Willis - Direct

1    know that -- yeah, that's what I want to say.  They were

2    shouting so many hateful things.  I was really just focused on

3    not listening to it and not letting it scare me more than I was

4    already.

5    Q    At the point that the white nationalists surrounded you

6    with torches, they're chanting hateful things, did you want to

7    leave?

8    A    Yes, I wanted to leave.

9    Q    Why didn't you?

10   A    I was unable to.  I was surrounded on all sides by tiki

11   torches.

12            MS. CONLON:  Can we put up PX2680, please, for the

13   witness, and clear the screen?

14    BY MS. CONLON:

15   Q    Do you recognize the picture on your screen?

16   A    Yes.

17   Q    How are you able to recognize it?

18   A    Yeah, I'm -- once again, I'm picturing it.  I can't see

19   myself in the picture here.

20   Q    Do you recognize the event shown in the picture?

21   A    Yes.

22   Q    What day is it from?

23   A    8/11.

24   Q    Is this a fair and accurate depiction of what the scene

25   looked like on August 11th?

D. Willis - Direct

1   A    Yes.

2              MS. CONLON:  I'd like to move PX2680 into evidence.

3              Could we admit this exhibit, Your Honor?

4              THE COURT:  Yes.  Be admitted.

5              MS. CONLON:  Please publish it to the jury.

6              THE COURT:  You don't have to ask to publish it.  You

7   may.

8              MS. CONLON:  Thanks.

9              (Plaintiff Exhibit 2680 marked.)

10             (Plaintiff Exhibit 2680 admitted.)

11    BY MS. CONLON:

12  Q    Devin, can you circle on this picture where you were at

13  the time this picture was taken?

14  A    Yeah.  About there.

15  Q    And there appear to be some people standing to your left

16  with their backs against the statue.

17       Do you know who those people are?

18  A    I know who those people are.

19  Q    Are they students?

20  A    Yeah, these are fellow students and classmates and, like,

21  peers.  These are people I was just having dinner with

22  beforehand.

23  Q    I know it's a bit difficult to see, but can you tell what

24  they're holding?

25  A    Yes.  It was the sign that we all made.  They're holding a

D. Willis - Direct

1  sign that says "Virginia students against" -- "Virginia

2  students act against white supremacy."

3  Q    So what did you do when you were fully surrounded by the

4  white nationalists in this picture?

5  A    I couldn't do much, but I had to focus on safety.  So,

6  like I said, so these -- the nationalists, the tiki torches,

7  they surround us.  And it's extremely hot because of all the

8  flame.  And like I said, it's really scary.  This is -- I was

9  extremely concerned for my safety.  So I just did what I could.

10      So I knew that I needed to hide my face in case that I

11  would be doxed.  I needed to also keep my face down, just so

12  that -- yeah, again, for the doxing.  You don't want your face

13  all over the internet or whatever.

14      I was trying to keep my head down and not look, one,

15  because it was horrifying to look and I didn't want to freak

16  out, and, two, because a lot of pepper spray and things were

17  being thrown, and I wanted to just protect myself to the best

18  that I could.

19  Q    Okay.  So I'm going to follow up on that in two parts.

20      First you talked about doxing.  Can you tell the jury what

21  you mean?

22  A    So doxing is when someone publishes your name and personal

23  identifying information or your face to the internet to either

24  harass you at a later date, make you fear for your safety, or

25  make you live under the idea that that's going to happen to

D. Willis - Direct

1  you.

2  Q    So how did you hide your face to avoid being doxed?  What

3  did you do?

4  A    Well, looking back, I mean -- yeah, I mean, it wasn't very

5  effective; but I was just trying to look at the floor, at my

6  toes.

7  Q    You also said you put your face down to avoid things being

8  thrown at you.

9  A    Yeah.

10 Q    What was being thrown at you at that time?

11 A    Yeah, so from where I was standing it was very visible

12 that tiki torches, still on fire, were being thrown in our

13 direction.  So tiki torches are being thrown.  They're also

14 being wielded as weapons.  They're being swung at the crowd,

15 and X, Y, and Z, so you're just trying to make yourself as

16 small as possible so you get hit by as few things as possible.

17      And also, there's a lot of pepper spray in the air.

18 Q    Could you see who was throwing the tiki torches?

19 A    It was coming from the direction that the white

20 nationalists were coming from.

21 Q    And you said something about pepper spray?

22 A    Yeah.  So also from that direction, lots of pepper spray

23 was being sprayed, and -- like, repeatedly in my direction.  So

24 I'm trying to keep my head down and, like, not choke.

25 Q    Were you able to avoid the pepper spray?

D. Willis - Direct

1    A    I mean, no.  Like, one, it gets sprayed directly in your

2    direction so you can't -- and you can't run.  So I couldn't get

3    away from it.  And yeah, I was pepper-sprayed.

4        Also, like after it gets sprayed, it lingers in the air.

5    So if this goes on for however many minutes, then it's like

6    there's no fresh air left to breathe.  All you can do is just

7    try to get lower.

8    Q    Apart from lit torches, did anyone throw anything else at

9    you?

10   A    Yes.  I remember that someone from the direction of the

11   mob threw some, like, mysterious fluid.  It looked like it came

12   out of somebody's tiki torch canister, and they threw it at the

13   direction of our feet, which, like I told you, it made me think

14   that -- yeah...

15   Q    What did you think the liquid was that was thrown at your

16   feet out of what appeared to be a tiki torch canister?

17   A    Yeah, it seemed like it might be some type of lighter

18   fluid or something like that, and I thought that their strategy

19   was going to be to burn us alive.

20   Q    Did any of the fluid that you believed was lighter fluid

21   get on your person or your clothes?

22   A    Yeah.  It got on and near my shoes, which was really

23   scary.  So I tried to just get -- maybe, like, break the trail.

24   And so I tried to stand further on, like, the marble of the

25   statue and off of the brick that was, like, now doused.

D. Willis - Direct

1     Does that make sense?

2  Q    Do you mean you tried to move farther up the statue?

3  A    Yes.

4  Q    Were you able to do that?

5  A    I think so.

6  Q    What were you thinking at the moment that you had what

7  appeared to be lighter fluid and lit torches being thrown at

8  you?

9  A    I thought I had made a very terrible mistake and that I

10  might die that night.

11  Q    Was Natalie Romero with you when this was happening?

12  A    Yes.  She was standing to my left.

13  Q    And what was she doing at that time?

14  A    She was also trying to hide her face.  That was the last

15  thing that we had kind of been -- you know, given advice about,

16  and that was all we could think to do.  But it got to a point

17  where I was just so horrified and I was so afraid and I felt

18  like I was -- yeah, I felt like, you know, I had a lot to live

19  for.  I wanted to leave.

20     I really wanted to leave.  So I said something to the

21  person to the right of me.  I don't know what I said.  But I

22  was like, I'm ready to go.

23  Q    Do you have a sense of how long you were stuck in that

24  situation?

25  A    I don't know how long I was there.  It felt like a very

D. Willis - Direct

1    long time.

2              MS. CONLON:  Can we please show the witness admitted

3    Exhibit PX2695, and the jury?

4     BY MS. CONLON:

5    Q    Devin, looking at this picture, do you see yourself?

6    A    Yes, I see myself.

7    Q    Could you please circle where you see yourself?

8         Do you want to try again?

9    A    Yeah.  That's the back of my head.

10   Q    And can you describe what's in this photo?

11   A    Yeah.  So it's me holding hands with Nat and other friends

12   of mine, and then there's the banner.

13   Q    The banner that you brought from your professor's house

14   with your friends?

15   A    I wasn't the one who brought it, but yes.  And yeah, you

16   can see that we're surrounded and that we're just kind of stuck

17   where we're at.

18   Q    Apart from chanting, throwing torches and throwing lighter

19   fluid, and spraying mace, did you see the white nationalists

20   engage in any other acts of violence?

21   A    Yes.  So I saw -- I saw that the mob -- the white

22   nationalists -- like I said, they had been using their tiki

23   torches as weapons and they were striking people.

24        Like I said, I was mostly looking at the ground, so I

25   didn't watch all of this, but I couldn't help but notice that

D. Willis - Direct

1  one of the brawls that broke out rolled onto my feet.  So

2  thankfully I had already stepped up onto the marble, like I

3  said, because I was worried about the lighter fluid.  But

4  this -- like, yeah -- I don't know how many guys it was, but it

5  was maybe, like, three or four of them, are, like, all fighting

6  on the ground and they're rolling onto my feet.  And so I'm

7  also now eating these kicks and punches, because there's

8  nowhere for me to go.  They're just hitting -- they're fighting

9  on my legs.

10  Q    Do you have any idea how many times you were kicked and

11  punched?

12  A    I have no idea.

13  Q    Could you see the faces of the people kicking and punching

14  you?

15  A    No, but I could see what they were wearing.

16  Q    What were they wearing?

17  A    At least some of the people were wearing the tiki torch

18  guy uniform, like the white polo and khakis.

19  Q    Did you see any violence by white nationalists against

20  anybody else?

21  A    Yeah.  So -- so, I mean, it didn't really stop until we

22  fully evacuated the area.  So, like I said, I said that I was

23  ready to go.  And that request was respected.  So eventually we

24  were able to communicate amongst ourselves that we were going

25  to try to escape, but that would require, of course, letting

D. Willis - Direct

1  our hands go and collapsing and forming, like, a group so that

2  we could get out.  And that was as dangerous as it sounded.

3      So we -- the plan was that because me and Nat were being

4  targeted and that because we are very obviously people of

5  color -- I'm a black man; she's a Latin woman -- that we were

6  in the most danger.  And the fight was happening on our side.

7  So our friends formed a circle around us and tried their best

8  to escort us off of the statue, but the minute that we let go

9  of our hands, of course, they join in -- or, like, they -- they

10  basically pummeled us, right?  Like --

11  Q    When you say "they," who are you referring to?

12  A    I'm referring to the white nationalists, the tiki torches,

13  yeah.

14  Q    So what do you mean when you say that the white

15  nationalists pummeled you as you were trying to leave?  What

16  happened?

17  A    Yeah, so the minute that -- they took advantage of, like,

18  the chaos.  And so all the friends that were thankfully very

19  quick in collapsing around me and forming a circle around me

20  and Nat, they are -- they are beating -- I won't swear.  They

21  are beating badly my friends who are standing between us and

22  them.

23      And so I'm watching -- as me and Nat are basically

24  crawling off the statue, I'm watching the people who are

25  standing above me, my friends, take pepper-sprays at

D. Willis - Direct

1  point-blank range directly into their eyes.  I'm watching them

2  take punches and kicks to their backs and the backs of their

3  heads as they're just trying to escort us off the statue.

4  Q    Were you injured at all in the course of this exit?

5  A    The majority of the hits that I took were in the moments

6  right beforehand, like I told you, when the fight was happening

7  on top of me.

8       I really can't remember.  I feel like all of us were

9  pretty badly hit, but my friends took the brunt of it on the

10 way out.

11 Q    You described friends around you keeping you safe as you

12 exited.  Were those friends UVA students?

13 A    Yes.  Those were all UVA students.  All students.

14 Q    What happened once you got out of that crowd?

15 A    So once we left the -- were driven from the statue, like I

16 said, they were pushing and shoving our group off of the

17 statue, even though we were already going.  And we -- we, like,

18 hobble over to a group of benches that are a few feet to the

19 right, or to the east, of the statue, and we try to rally

20 ourselves.

21      So we try to lick our wounds.  People were doing, like,

22 first aid.  So I'm watching, you know, close friends of mine

23 get milk poured on their eyes.  I'm catching my breath because

24 I haven't breathed in, like, however many minutes.  Everyone is

25 coughing, crying, getting themselves together.  But, yeah,

D. Willis - Direct

1  we're mostly, like, applying milk and that kind of thing to

2  treat the pepper spray.

3  Q    While you were recovering, could you see what the white

4  nationalists were doing?

5  A    I don't think I was looking directly at them at that

6  moment, but -- well, no.  Yeah, I did see.

7       So as we are escaping, they are celebrating.  So -- and we

8  know that they're celebrating because they are, one, all

9  cheering very loud; and, two, they're chanting, like, "white

10 power" and "white lives matter" and some other things like

11 that.  And they were also climbing the statue.

12 Q    How did you react when you saw the white nationalists

13 celebrating?

14 A    Well, yeah, so I had just taken a pretty bad beating, and

15 that was -- it definitely, one, hurt; two, I was -- yeah, I was

16 flustered by that whole experience.  But the whole watching

17 these guys, you know, attack and jump a bunch of student

18 protesters was, yeah, enraging.  And watching them celebrate,

19 you know, a bunch of grown men picking on us, celebrating that

20 was pretty upsetting.

21       So, I mean, it wasn't just me.  All of us pretty

22 quickly, as soon as we could, picked up our sign that we had

23 managed to take with us, and we tried to raise the sign up.  We

24 raised it upside-down because we couldn't see it.  So then we

25 flipped the sign, and then we began chanting again, because we

D. Willis - Direct

1  didn't want -- we wanted to do what we had come out to do.

2  Like, the counter-demonstration shouldn't have went that way,

3  but we also didn't think we needed to leave on that note.

4        So yeah, we pick up the sign and we start chanting

5  "black lives matter" in response to them chanting "white lives

6  matter" and "white power" and whatever else they were saying.

7  Q    Did anyone else come out to support or join you and the

8  other students?

9  A    Yes.  So at about that moment is when Dean Groves appears.

10  I really don't know what direction he came from; I'm guessing

11  the Lawn.  He runs up to me as I'm, like, holding up the

12  banner, and he, like, grabbed me and, like, shakes me.  He's

13  like, do I need to get you out of here?  I was like, no, Dean

14  Groves, it's okay.  The worst is already over.

15      He realizes that I'm not going to leave my friends and I'm

16  not going to leave, at least not just yet.  And then he, like,

17  goes and checks on other students.

18  Q    For the jury, who is Dean Groves?

19  A    So Dean Groves was the Dean of Students at UVA at the

20  time.  He was somebody, I think, whose job it was to know

21  everybody.  I had met him several times earlier throughout the

22  course of my freshman year.  If you are an outgoing and

23  involved student, you will meet him at some point.  There was

24  even, like, this challenge where you had to, like, high-five

25  Dean Groves.  That was, like, a thing you have to do before you

189

D. Willis - Direct

1  graduate.  So, yeah, I saw him.

2  Q     Did you do the challenge?

3  A     Yeah, I high-fived Dean Groves, yeah.  Yeah, I have

4  high-fived Dean Groves.

5  Q     When you saw Dean Groves, did he have any visible injuries

6  on August 11th?

7  A     Yeah, so I noticed that when he grabbed me, like, he was

8  holding me like this, and you could see that the side of his

9  suit jacket was cut open, which is really odd.  He's, like, a

10 very well-dressed man.  The side of his jacket is cut open

11 somehow.  He's, like, sweating bullets, and like, his hand is

12 burned.  Like, you can see, like, a black mark on his hand.  I

13 don't know if he mentioned it to me then or later.  I think he

14 mentioned it to me then, that, like, he got hit with a tiki

15 torch on his way.

16 Q     So how did this evening end?

17 A     So this evening ends when my friends and I, we -- like I

18 said, we chant our chants to the best of our abilities, but the

19 incident was mostly over, and it was -- it was time to go home.

20 We all had things to do the next day.  And I actually don't

21 even remember anymore how I got home that night, but I went

22 home.

23 Q     How did you feel when you got home?

24 A     I felt exhausted, but mostly just shocked and numb.  I

25 didn't even have much to say about it because I -- I didn't

D. Willis - Direct

1  know what to think.  Like, I had never been attacked like that

2  before.  I had never seen a peaceful protest go so wrongly

3  before.  I think I just wanted to get -- I just wanted to end

4  that evening.  So I pretty uneventfully finished my sign that I

5  was working on, and then I went to sleep.

6  Q    Did you talk to anyone that night for support or help?

7  A    I only spoke to my partner at the time, and -- like, I

8  wanted to, like, tell the whole story and capture the

9  magnitude, but I really couldn't find the words.  And I just,

10 like I said, I was kind of like in shock.  I was like, this

11 is -- telling the story is not important right now, and I

12 didn't feel like it was going to accomplish anything.  So I

13 just went to bed.

14 Q    On August 12th, after what happened the night before, did

15 you still attend the counter-protest like you had planned?

16 A    Yes.

17 Q    Why?

18 A    Mainly because -- so that was, like, the first time I had

19 any doubts about what I was doing, but I still attended mainly

20 because I had some responsibilities.

21      Like I said, I was on the committee for the PARJ.  I had

22 helped organize all these things.  And, you know, one, you

23 don't want to, like, quit halfway through the job; and two, I

24 think, based off of how that small, tiny rally went the night

25 before, I was like, okay, these guys, you know, are dangerous.

D. Willis - Direct

1   They're violent.  And what we're doing at the PARJ is, like,

2   more important now than ever.  Like, there needs to be a safe

3   space.  And yeah, I had responsibilities.  I had to go.

4   Q    And what was it about what PARJ was doing that seemed

5   responsive to what had happened the night before?

6        You mentioned a safe space.  Like, what do you mean?

7   A    Yeah, so I don't remember -- it was a permitted park.  So

8   I don't think -- I'm not sure if it was -- if the point was

9   that, like, white nationalists may not have been allowed in

10  that space, or if it was just that the programming in the space

11  was completely different than what was on their agenda.  But

12  some combination of things meant that, like, McGuffey Park

13  became a place that was nearby that had water, that had snacks,

14  that had food, and that had people doing poetry and reading

15  positive speeches and singing songs and doing things that don't

16  typically have a violent outcome in a registered space.  We

17  were allowed to be there.

18  Q    So let's talk about August 12th.  Do you remember what

19  time you got up that morning?

20  A    Yeah, I got up really early.  I think it was about 5:30.

21  Q    Is that standard for you?

22  A    That's not standard for me.

23  Q    Why did you get up so early?

24  A    I got up that early because I promised that I would be at

25  McGuffey Park bright and early so that I could help set up the

D. Willis - Direct

1  park.

2  Q    That morning how did you feel about going to the park?

3  A    I was mostly trying to shrug off what had happened last

4  night.  So I actually woke up that morning -- you know, I went

5  with close friends.  I felt like -- I wasn't in a negative

6  mood.  I thought the day still had the potential to be good and

7  peaceful.

8       Sorry.  I'll just leave it there.

9  Q    So you said you went to McGuffey Park.

10 A    Yes.

11 Q    Where is McGuffey Park located?

12 A    I think it's just a few blocks away from Emancipation

13 Park.

14 Q    Can we pull up a demonstrative?

15      Are you able to identify McGuffey Park on the

16 demonstrative that's in front of you?

17 A    Yeah.  So it's like more or less there.

18 Q    Okay.  So that's the park you went to the morning of

19 August 12th?

20 A    That's correct, yes.

21 Q    So what did you do when you got to the park that morning?

22 A    So when I got to the park that morning, I did my job.  I

23 helped with logistical things.  So I'm like unfolding tables,

24 you know, helping point out where porta potties should be,

25 putting down the water bottles.  I don't remember the details,

D. Willis - Direct

1   but just basic setup.

2   Q    Did you make any speeches while you were there?

3   A    I did give a speech.

4   Q    Did anyone else give a speech?

5   A    Yeah, the president of the BSA gave a speech and maybe

6   some faith community leadership.  There was many speeches.  I

7   didn't stay for all of them.

8            MS. CONLON:  Can we pull up PX3520?

9            THE WITNESS:  Oh, yeah, this one really cool poet

10  dude -- I think that's him pictured in the blue actually --

11  gave a really great poetry reading.

12  BY MS. CONLON:

13  Q    Do you recognize the picture that's in front of you?

14  A    Yes.

15  Q    How are you able to recognize it?

16  A    I see myself.

17  Q    When was this picture taken?

18  A    This was taken pretty early in the morning on August 12th.

19           MS. CONLON:  I'd like to admit PX3520 into evidence.

20           THE COURT:  It will be admitted.

21           (Plaintiff Exhibit 3520 marked.)

22           (Plaintiff Exhibit 3520 admitted.)

23   BY MS. CONLON:

24  Q    Okay.  So where do you see yourself in this picture?

25  A    I'm in the center of the picture.  I'm wearing a yellow

D. Willis - Direct

1  jacket.

2  Q    Is this what you were wearing on August 12th?

3  A    Yeah, actually.

4  Q    And who are the people in the crowd around you?

5  A    I don't know.  Most of them are strangers.  It's people

6  who came to peacefully gather at the park and listen to what I

7  was saying, what other students were saying, what community

8  leaders were saying.

9  Q    Do you remember what you said when you were up at that

10 microphone on the morning of August 12th?

11 A    I said -- I remember some of what I said.  Give me a

12 moment, please.  I'm blanking right now.

13 Q    It doesn't need to be your exact words.  Sort of what

14 generally were you talking about?

15 A    Yeah, I was giving this, like, really positive speech

16 about, like, the history -- oh, I was commending the people --

17 my fellow students, a lot of fellow white students who

18 protected me the evening before, like, who were willing to take

19 punches and kicks and pepper spray directly to the eyes on my

20 behalf, and that, you know, like, today is a day filled with a

21 lot of people with really awful views, but there's a lot more

22 people who feel the exact opposite.  And they showed

23 themselves.  And, like, last night was a great example.

24      So I gave a lot of people their flowers that were very

25 well-deserved.  And I talked about, I think, the history of UVA

D. Willis - Direct

1  and Thomas Jefferson and just saying that, like, that whole

2  legacy is, like, you know, being changed by the people who go

3  to this school now, and blah, blah, blah.

4  Q    What did you do after making your speech?

5  A    So after I gave the speech I stayed and watched a few

6  more.  But I had to be at a place called the Bridge at a

7  certain time.  I don't remember the exact time.  But it was a

8  walkable distance.  So I walked from McGuffey Park to the

9  Bridge.

10 Q    What is the Bridge?

11 A    The Bridge is some kind of like community center here in

12 Charlottesville.

13 Q    And why did you need to go there?

14 A    Because myself and the students from last night, the ones

15 who had just been hyping up and celebrating, we had planned to

16 meet there so that we could begin our student march.

17 Q    Do you know around what time you got to the Bridge?

18 A    I don't.  My best guess would be 9 o'clock.

19 Q    What did you do once you got there?

20 A    So once I got there, I regrouped with my friends from the

21 night before, and I think we all exchanged different stories of

22 how we experienced the night before and what we thought about

23 what had happened.  You know, we were all shocked, incredulous,

24 couldn't believe what had happened.  We're all like, did you

25 imagine that?  Like, no.  Did you?  Okay, no.  Cool.  Great.

D. Willis - Direct

1    It was great to see that everyone was okay.  Obviously we

2  were worried about people getting home safely that evening and

3  stuff.  But it was kind of every man for himself by the end of

4  that night.

5    So yeah, we met up and we got that out of our system and

6  then we practiced some of our songs that we had planned.  So we

7  had planned this student march, right?  Like, we're the UVA

8  students and people are at Emancipation Park, and so we're

9  going to enter the park together and we're going to come, like,

10  with our instruments and our songs.  It's supposed to be this

11  positive, like, student section kind of thing.  So we did the

12  dress rehearsal for that really quickly and then we left.

13  Q    Do you remember what any of the songs were?

14  A    Yeah, so one of the popular songs that we did was "The

15  People United Will Never Be Divided," repeat.  That's the only

16  one I remember in this moment, actually.

17  Q    So after the rehearsal at the Bridge, where did the

18  student march go?

19  A    So after the rehearsal at the Bridge, we did our student

20  march.  So we left the Bridge and we crossed the bridge on Avon

21  Street, and we went north, which is heading into downtown from

22  this location, and that takes you to, like, the Sprint

23  Pavilion.  We were somewhere in that area.  From there we

24  basically, like, do a lap and head into Emancipation Park.

25  Q    Can you describe what the student march in that direction

D. Willis - Direct

1  was like?

2  A    Yeah, it was really positive.  I just remember it being

3  like a really bright and sunny morning, and I thought like,

4  okay, last night sucked, but this -- the vibe is definitely

5  much more July 8th.  Yeah, it was a sunny day.  I remember

6  being surprised there was a helicopter.  Because I -- I just

7  didn't think Unite the Right was going to be that big of a

8  deal.  So I was surprised by this helicopter and it was really

9  loud and whirring.  And our song was really good and we had

10  a -- we had a band.  So we had, like, some drums.  People had

11  different types of small instruments.  So we sounded pretty

12  good.  It was a bright and sunny morning.  I had just given a

13  speech.  I had just heard some poetry.  Like, I was in a pretty

14  good mood, actually.

15  Q    About how many students were part of the student march?

16  A    If I had to ballpark it, I'd say, like, maybe 30.

17  Q    Did you march to Emancipation Park?

18  A    Yes, we marched to Emancipation Park.

19  Q    Did you actually go into the park?

20  A    No, we did not.  We never entered the park at any point.

21  Q    Where did you stop?

22  A    So, yeah, we didn't obviously go -- yeah, we did not go

23  into Emancipation Park.  Our march kind of ends outside of the

24  Jefferson-Madison Regional Library, which is on the corner

25  adjacent to the park, a safe distance from the people who were

D. Willis - Direct

1   in the park.

2   Q    We're going to show you a demonstrative.  And if we could

3   zoom in on the area around Emancipation Park.  Thank you.

4        Looking at this demonstrative, Devin, are you able to

5   circle where the Jefferson-Madison Regional Library is?

6   A    Absolutely.  Do you want me to circle the whole library?

7   Q    The whole thing.

8   A    Yeah, there it is.

9   Q    And do you know what the streets are that are around the

10  library?

11  A    Yes.  Do you want me to draw them?

12  Q    Sure.

13  A    Okay.  So if I'm not mistaken, this is Second Street,

14  these parallels.  And then this is Market Street, East Market

15  Street.

16  Q    So why did you and the marching students stop in front of

17  the library?

18  A    That seemed about like an appropriately -- yeah, an

19  appropriate and safe distance.  Obviously we know what these

20  people are capable of and we were not there to enter their park

21  or anything.  They had a permit, whatever.  Yeah, it was -- and

22  you can kind of see there's, like, this little kind of, like,

23  open area that's not in the street.  It was a good place to

24  park our crowd and play our songs.

25  Q    When you arrived there, were there other

D. Willis - Direct

1   counter-protesters there?

2   A    Yes.

3   Q    What about white nationalists?

4   A    There were loads of them.

5   Q    Were there more white nationalists than

6   counter-protesters?

7   A    It looked like it on the street, yeah.

8   Q    Were you able to tell whether, by that point, there were

9   white nationalists in Emancipation Park?

10  A    Yes.  So the park, you couldn't even see into the park

11  because all along the perimeter of the park these guys are just

12  hanging out on the edges and heckling all the passerby and all

13  the counter-protesters.  They seemed more interested in what

14  was happening in the street than what was happening inside

15  their rally.

16  Q    Were the white nationalists near you chanting anything?

17  A    Yeah, they were chanting all kind of stuff; a lot of the

18  same things from the night before, like the "white power" and

19  the -- yeah, I remember "white power" in this moment.

20  Q    How did the -- how were the white nationalists dressed?

21  A    So you saw a lot of the same uniform from the night

22  before.  The vast majority of them had some combination of

23  white top, white dress shirt with khaki or navy bottoms,

24  whatever, kind of like the school uniform.  But then you also

25  saw a lot of people in riot gear, like this tactical armor,

D. Willis - Direct

1  these, like, militia, like, fake-fatigue kind of getups.  You

2  had people wearing helmets, carrying massive Nazi flags, or

3  Third Reich flags, whatever you want to call them.  There was a

4  lot more paraphernalia.  And they were just trying to, like --

5  it looked like a costume party or something.  It was weird.

6  Q    Did you see any weapons on any of the white nationalists?

7  A    Yes.  A lot of them had holstered weapons, especially the

8  men in the park, holstered weapons on their hips that, just

9  like July 8th, they were constantly pointing to, armed with

10  pepper spray, which you can also see on their hip or in their

11  hands, and then the flags and the poles and the bats and, like,

12  the wooden sticks they were carrying were weapons, or were

13  doubling as weapons as well.  Similar haircuts again and --

14  yeah.

15  Q    When you say that objects like flags were doubling as

16  weapons, what do you mean?

17  A    Yeah, I saw a lot of people who would, like, roll up their

18  flags and strike people with them.

19  Q    So you're standing in front of the library with the

20  student march folks.

21  A    Yeah.

22  Q    There are white nationalists around you.  What are you and

23  the other students doing?

24  A    So like I said, this time I'm keeping a very safe

25  distance.  I don't really leave that vicinity before the state

D. Willis - Direct

 1  of emergency is called.  And I am enjoying -- not enjoying

 2  myself, but I'm liking that things are going much more July 8th

 3  than they are August 11th.  And I'm talking to the band because

 4  I was, like, really into the fact that we had a band.  So I'm

 5  talking to the drummer.  I'm talking to my friends.  I'm

 6  recording some video of things that are happening in the

 7  street.  But for the most part, yeah, I'm focused on the band

 8  and just, like, bantering with the people who came out with me.

 9  Q    I'd like to show you PX3265.  This is a video.  So we

10  should cut the audio.  It's upside down.  But I bet Matt can

11  fix it.

12       (Video playing.)

13       Could we play it again?  Can we play it right side up?

14       (Video playing.)

15       Devin, did you just see a video on your screen?

16  A    Yes, I did.

17  Q    Did you recognize it?

18  A    Yes.

19  Q    How do you recognize it?

20  A    I see myself in it.

21  Q    And what day is it from?

22  A    That is from the morning of August 12th.

23            MS. CONLON:  Moving -- I'd like to move PX3265 into

24  evidence.

25            THE COURT:  It'll be admitted.

D. Willis - Direct

1              (Plaintiff Exhibit 3265 marked.)

2              (Plaintiff Exhibit 3265 admitted.)

3              MS. CONLON:  Can we play it for the jury, with audio?

4              (Video playing.)

5    BY MS. CONLON:

6    Q    What are we seeing in that video?

7    A    I see myself talking to this drummer guy.  I'm singing our

8    song, "Shut it down, don't back down, shut it down," referring

9    to the park.  Yeah, I'm in obviously good spirits.

10             MS. CONLON:  Can we show him PX3268, please?

11   BY MS. CONLON:

12   Q    Do you recognize this picture?

13   A    Yes, I do.

14   Q    How do you recognize it?

15   A    I'm pictured here again.

16   Q    And is this also from August 12th?

17   A    Yeah.

18             MS. CONLON:  I'd like to move PX3268 into evidence.

19             THE COURT:  Be admitted.

20             (Plaintiff Exhibit 3268 marked.)

21             (Plaintiff Exhibit 3268 admitted.)

22   BY MS. CONLON:

23   Q    What's happening in this picture?

24   A    I'm trying to take this girl's microphone from her.  I

25   wanted to help her lead some songs.

D. Willis - Direct

1  Q    Are you hyping her up?

2  A    I'm hyping her up.  Yeah, I was hyping her up.

3  Q    What's the energy of the crowd like at this point?

4  A    It's really good.  Yeah, I see some of my friends in here,

5  too.  And, like, it was good.  Like I said, it was still

6  bright, early, sunny.  It's -- all these people are mostly

7  students, and we're -- yeah, we're just, like, making the best

8  of a really bad situation, I think.

9  Q    Do you remember whether you were chanting anything when

10 you had that megaphone?

11 A    I don't remember what song I was doing in this exact

12 photo.

13 Q    Do you remember what chants you did generally on August

14 12th?

15 A    I can still only pretty much recall -- I mean, I was

16 wearing this one out, but the whole "The people united will

17 never be divided."  I know I'm saying "shut it down."  Probably

18 the same one from last night, like "no fascist USA."  Just

19 pretty run-of-the-mill stuff.

20 Q    So you're standing with the band, you're chanting.  Did

21 you see the white nationalists or anyone else doing anything at

22 the corner of Second and Market?

23 A    At the corner -- yeah.  So -- wait.  Could you repeat the

24 question, please?

25 Q    Sure.  Apart from chanting, did you see the white

D. Willis - Direct

1  nationalists doing anything else in the area you're standing

2  where this picture is taken?

3  A    Yeah.  So you can see this is, like, the corner that I'm

4  hanging out on for most of the day.  And from this corner I can

5  see to my -- like this picture isn't really that helpful for

6  it, but from the corner I can see the park and I can see Market

7  Street outside of the park.  And that's where a lot of the

8  white nationalists are hanging out, a lot of the commando kind

9  of guys.

10      And they're doing all kind of stuff.  They are like -- I

11  mean, they're picking fights with anybody who they can get to

12  walk by or, you know, whatever.  And they are throwing water

13  bottles, water bottles that are filled with urine.  They're

14  throwing flags, rolled up flags, all their little makeshift

15  weapons, they're throwing these things at the crowd and they're

16  spraying people.

17      And then you also had a group of people who were, like,

18  entering the park.  They seemed to be doing so, like, near us,

19  for whatever reason.

20  Q    When you say there was a group of people entering the

21  park, you mean white nationalists?

22  A    Yeah, so there's like -- like I mentioned, there's, like,

23  some smaller groups who are, like, coming forward.  So there's,

24  like, the polo guys and the khaki guys, but you also have,

25  like, these small, like, kind of brigade, kind of like smaller

D. Willis - Direct

1   units types of people, who come in, like, different uniforms

2   and different outfits, and a lot of them came through Market

3   Street.  So they would, you know, really relish in the chance

4   to like push through the crowd of protesters and knock people

5   down and that kind of thing.

6   Q    How did you react when you saw the white nationalists

7   coming down Market Street toward you?

8   A    I thought that they were -- I was really curious as to why

9   they weren't using any of the three other directions they could

10  have entered the park from, why they were going for the one

11  that had the most amount of students and activists and stuff.

12  So yeah, I was pretty annoyed with that decision and I felt

13  like, I mean, we -- I only knew how to do nonviolent protest,

14  so...

15  Q    So how did you nonviolently protest when they approached?

16  A    So like I mentioned, these guys would like come in waves

17  from Market Street.  I only did this, like, one or two times,

18  but it happened many times throughout this day.  But like, the

19  people who are on the street who are already there, you know,

20  we would, like, lock arms like the night before, and it's like,

21  you can get around us, but they always chose to go through us,

22  and they would knock the middle down, which knocks everybody

23  else down.  Yeah, like a few times that would, like -- yeah, I

24  don't...

25  Q    That's okay.

D. Willis - Direct

1   A      Yeah.

2   Q      So when you say people would lock arms, do you mean form a

3   chain of people with arms locked?

4   A      Exactly, yeah.  You know, holding up signs, that kind of

5   thing.

6          MS. CONLON:  Can we pull up PX3267, please?

7          (Video playing.)

8   BY MS. CONLON:

9   Q      Were you able to see that short video clip?

10  A      Yes.

11  Q      Do you recognize it?

12  A      Yes.

13  Q      How?

14  A      I believe I took this video.

15  Q      Did you take it on August 12th?

16  A      Yes, I took it on August 12th.

17         MS. CONLON:  I'd like to admit PX3267 into evidence.

18         THE COURT:  It will be admitted.

19         (Plaintiff Exhibit 3267 marked.)

20         (Plaintiff Exhibit 3267 admitted.)

21         MS. CONLON:  Can we play it for the jury?

22         (Video playing.)

23   BY MS. CONLON:

24  Q      Can you describe for us what we are seeing in the video?

25  A      Yeah, so you're seeing a group of -- this is mostly

D. Willis - Direct

 1  students.  I know a lot of the people in the video.  That's

 2  probably why I took the camera out to film them.  And we are --

 3  yeah, we're linking hands and protesting and singing our song

 4  along the intersection of Market, so like between library side

 5  and downtown pedestrian mall side.  I don't know if that made

 6  sense.

 7      But basically the point is that, like, we're doing our

 8  songs.  I captured this video.  I go down the line pretty

 9  quickly to hype my friends up.  You can actually see at the

10  end, like that part of the sidewalk which is back on the

11  library side of the street, that's where the link ends.  So

12  after this video, I jumped onto the link.

13  Q    So you joined the people who were standing across Market

14  Street and you were on the library side of the chain?

15  A    Yeah.

16  Q    And at the point that you're standing in that line, what

17  do you see coming toward you?

18  A    Yeah, so at that point, you know, one of those militia

19  brigade things pulls up.  I just remember seeing, like, a bunch

20  of older, bearded men.  And I don't remember much about the

21  color of their uniforms, but they were marching in this, like,

22  you know, quasi-military formation, and they're marching

23  directly for our chain, because why go around us, right?  And

24  then they charge into the middle of it and we, like, stand

25  pretty strong, but they are grown men and eventually knock

D. Willis - Direct

1  everybody down.  So I get knocked to the ground.  And I just

2  don't remember too much about what happens after that, but I

3  know that I -- you know, I'm a nonviolent person, so I fled.

4  Q    The people you saw coming towards you, did any of them

5  have shields?

6  A    I don't remember.

7  Q    It's okay.  Did any of them have helmets?

8  A    Yes.

9  Q    Do you remember what their helmets looked like?

10 A    No.

11 Q    Do you recall seeing -- withdrawn.

12      You said that the people coming toward you marched into

13 the line you were in; is that right?

14 A    Yes.

15 Q    Did any of them make physical contact with you?

16 A    I don't remember.

17 Q    Do you remember --

18 A    Well --

19 Q    Sorry, go ahead.

20 A    In that exact moment I don't think so because I was on the

21 edge of the line.  Like, I was, like I said, on the library

22 side.  So if they were hitting the center of the line, they

23 wouldn't have touched me.  But like I said, when the line gets

24 broken, that's when they start attacking people.  So I'm not

25 sure about what happens in the immediate aftermath.

D. Willis - Direct

1  Q    You said that you -- you fled after.  How did you flee?

2  A    Yeah, so I know there was, like, a vehicle nearby that was

3  on the library side of the street.  So I ran behind the vehicle

4  and then tried to get on the steps.

5  Q    Do you remember anything that the white nationalists who

6  had rushed the line you were in were doing or saying as you

7  fled?

8  A    I don't remember what they were saying, but I know that

9  they were pushing and shoving people.  I mean, that's what they

10 charged us for.  They wanted to knock people down and they

11 wanted, yeah, to push people around.

12 Q    Did you hear them call out anything before they rushed

13 your line?

14 A    Some quasi-military stuff, but I don't remember what they

15 were saying.

16 Q    Something like a military order or a drill?

17 A    Exactly, yeah.

18 Q    So did you make it safely to the library steps?

19 A    Yes.

20 Q    Did anything happen to you on the way there?

21 A    There was a lot of pepper spray.  So once again, I choked.

22 And like, you know, I, like -- when you fall to the ground like

23 that, you get a little scrape or a cut or whatever.  But, yeah,

24 I collected myself pretty quickly, like I said.  I got behind

25 the car and then I went to the steps.

D. Willis - Direct

1    At some point -- I don't remember if it was in this exact

2  moment, but at some point during the day the pepper spray had

3  gotten so out of hand that a lady, a kind lady on the street,

4  gave me her bandanna to cover my face with.  I think that's

5  around the time I had gotten that from her.  And then I got on

6  the steps.

7    It's like -- I don't like making -- it's like, a lot of

8  people were hurt really badly that day, so I don't like to make

9  a big thing out of like, you know, what happened to me in

10  comparison.  But, yeah, like, it was a painful experience.

11  Q    Did you have any physical symptoms from the pepper spray?

12  A    Yeah.  Just choking and coughing and crying.

13  Q    After you were pepper-sprayed and you got onto the steps,

14  was anyone on the steps with you?

15  A    I don't remember who was with me.  It was a chaotic

16  moment.

17  Q    Were there other people up there?

18  A    Yes.

19  Q    Were they counter-protesters or white nationalists?

20  A    It was counter-protesters, but mostly still the students

21  at this point, and, like, some older community members.

22  Q    What did you see while you were up on the steps?

23  A    Yeah, I'm looking down and I'm seeing an increasingly

24  chaotic scene.  Yeah, a lot of stuff is happening a little bit

25  closer to the park.  It seems like more and more of the white

D. Willis - Direct

1  supremacists are, like, coming out of the park and bothering

2  people, agitating the crowd.

3  Q    Did you witness any violence while you were standing on

4  the steps?

5  A    I don't remember witnessing -- well, more of the kind of

6  like white nationalists throwing things at people, hitting

7  people, people -- yeah, I saw some scuffles and brawls breaking

8  out.

9  Q    What did the people look like who appeared to be

10 instigating the brawls that you saw?

11 A    They were -- most of them were wearing the uniform, or

12 wearing that -- yeah, most of them were wearing the uniform of,

13 like, the white top and the khaki bottoms that I described.

14 Q    Did you see anyone doing that who was in, you know, like,

15 a black militant-looking uniform?

16 A    Absolutely.  There were so many people dressed that way

17 who were very evidently white nationalists.  A lot of them had

18 red flags, Confederate flags, Nazi paraphernalia.  And these

19 people were almost always agitating with somebody.

20 Q    Do you know how long you were on the steps for?

21 A    I do not know how long I was on the steps for.

22 Q    At some point, did you hear an order to disperse?

23 A    Yes.  So I don't remember what time it was, but I remember

24 that the police began using megaphones to tell everyone that it

25 was time to leave.

D. Willis - Direct

1  Q     What did you do when you heard that?

2  A     When I heard that, I complied.  I was ready to go.  So I

3  gathered my friends, I found my friends, and we started heading

4  along Market Street to take -- to leave the city.

5           MS. CONLON:  Can we please pull up PX3263?

6  BY MS. CONLON:

7  Q     Are you able to see this picture?

8  A     Yes, I can see the picture.

9  Q     Do you recognize it?

10 A     I do.

11 Q     How do you recognize it?

12 A     I'm pictured.

13          MS. CONLON:  I'd like to move PX3263 into evidence.

14          THE COURT:  Be admitted.

15          (Plaintiff Exhibit 3263 marked.)

16          (Plaintiff Exhibit 3263 admitted.)

17 BY MS. CONLON:

18 Q     Do you see yourself in this picture?

19 A     I do.

20 Q     Can you point yourself out?

21 A     Oh, yeah, yeah, yeah.  (Witness complies.)

22 Q     You mentioned earlier that someone gave you a rag to cover

23 your face after you had been getting pepper-sprayed.

24     Is that the rag we see in this picture?

25 A     Yes.

D. Willis - Direct

1  Q     And you're holding a sign in this picture?

2  A     Yes.

3  Q     What does it say?

4  A     The sign reads "students for tomorrow, UVA."

5  Q     And did you make the sign?

6  A     I did make the sign.

7  Q     Do you have a sense of when this photo was taken during

8  the day on August 12th?

9  A     It's hard to be sure, but I have a feeling -- I'm pretty

10 confident that this photo was taken on my way out of the area.

11 Q     After the order to disperse?

12 A     Yes, or something like that.

13          MS. CONLON:  We can take it down.

14  BY MS. CONLON:

15 Q     Were you able to see the faces -- the faces of the people

16 who rushed the line that you were in?

17 A     No.  Or if I -- I did, but I didn't register their faces.

18 Q     Can you describe what direction they were coming from?

19 A     They were coming from the east.  So that means -- do you

20 want to put up a map or something?

21 Q     That is a good idea.

22          MS. CONLON:  Can we put up a demonstrative for Devin?

23          Thank you.

24 BY MS. CONLON:

25 Q     Okay.  Looking at this map, can you draw an arrow along

214

D. Willis - Direct

1   Market Street to indicate the direction that the white

2   nationalists came from toward you?

3   A    Yes.  So I'll draw an arrow in the direction that they

4   were moving.

5        So they were coming from the east and moving west along

6   east, and that's how they kept finding themselves in front of

7   this crowd of people where I was standing, at this corner.

8   Q    Are you able to show us on this map -- you mentioned

9   earlier that there are other ways that the white nationalists

10  could have gotten into Emancipation Park apart from passing

11  where you were standing.

12  A    Yes.

13  Q    Can point out the other entrances to the park?

14  A    Yes.  So you can see from the paths that are in the park

15  there's an entrance at every vertex.  So they could have --

16  there were three other options.

17           MR. JONES:  I'm going to object to a lack of

18  foundation for how he knows whether those entrances were

19  actually open and available to them.

20           THE COURT:  Sustained.

21   BY MS. CONLON:

22  Q    Devin, are you familiar with Emancipation Park?

23  A    I'm familiar with the park, yes.

24           THE COURT:  He can testify as to what -- where

25  entrances are, but not as to whether they were open or

Sines, et al v. Kessler, et al., 3:17CV72, 10/29/2021

1   available.

2          MS. CONLON:  That's fine.

3    BY MS. CONLON:

4   Q    The only entrance you were near is the one at Second and

5   Market, right?

6   A    Exactly.

7   Q    Do you happen to know if other entrances were open?

8   A    I did not -- I didn't think that maybe they were closed,

9   but I really was curious as to why my entrance was so popular

10  that day.

11  Q    Understood.

12          THE COURT:  Excuse me just a minute.  We have gone

13  now over an hour and a half, which is about as long as we tell

14  people they have to sit.  If we took a break, it would be past

15  5 o'clock.  So we're going to recess today until Monday

16  morning.  Court will start at 9 o'clock, or the trial will

17  begin at 9 o'clock.

18          So over the weekend, do not discuss the case with

19  anyone.  Do not allow anyone to discuss it with you.  Do not

20  remain within hearing of anyone discussing it.  Do not read,

21  watch, or listen to anything about the case whatsoever.

22          And so at this time I'm going to recess and allow the

23  jury to file out.

24          I'll see you all Monday.  I hope you have a nice

25  weekend.

Sines, et al v. Kessler, et al., 3:17CV72, 10/29/2021

1  **(Jury out, 4:42 p.m.)**

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Sines, et al v. Kessler, et al., 3:17CV72, 10/29/2021

1                    C E R T I F I C A T E

2       I, Lisa M. Blair, RMR/CRR, Official Court Reporter for

3  the United States District Court for the Western District of

4  Virginia, appointed pursuant to the provisions of Title 28,

5  United States Code, Section 753, do hereby certify that the

6  foregoing is a correct transcript of the proceedings reported

7  by me using the stenotype reporting method in conjunction

8  with computer-aided transcription, and that same is a

9  true and correct transcript to the best of my ability and

10 understanding.

11      I further certify that the transcript fees and format

12 comply with those prescribed by the Court and the Judicial

13 Conference of the United States.

14      /s/ Lisa M. Blair                Date: October 29, 2021

15

16

17

18

19

20

21

22

23

24

25