# EXHIBIT A

**PRELIMINARY INSTRUCTION # X: Evidence Not Admissible Against Christopher Cantwell[1]**

Each party is entitled to have the case decided based solely on the evidence which applies to that party. Some of the evidence in this case is limited under the rules of evidence to some of the parties and cannot be considered against others. Plaintiffs have introduced the deposition testimony of Samantha Froelich as evidence in this case. I instruct you that Ms. Froelich's deposition testimony should not be considered as evidence against Defendant Christopher Cantwell, because he was not present for the deposition. However, Ms. Froelich's testimony may be considered as evidence against all other Defendants in this case.

---

[1] *See* Seventh Circuit Pattern Jury Instruction No. 2.03; Eighth Circuit Pattern Jury Instruction No. 2.08; Western District of Virginia Standard Jury Instructions.