# EXHIBIT C

```
                                                          Page 3
 1    APPEARANCES:

 2      KAPLAN HECKER & FINK
        BY:  MICHAEL BLOCH, ESQUIRE
 3           EMILY COLE, ESQUIRE
        350 Fifth Avenue
 4      New York, New York  10118


 5


 6              AND


 7


 8      BOIES, SCHILLER & FLEXNER
        BY:  JESSICA PHILLIPS, ESQUIRE
 9      1401 New York Avenue NW
        Washington, D.C.  20005
10
        Attorneys for Plaintiffs
11

12      LAW OFFICES OF JAMES E. KOLENICH
        BY:  JAMES KOLENICH, ESQUIRE
13           (Present telephonically)
        9435 Waterstone Boulevard
14      Cincinnati, Ohio  45249

15      Attorneys for Defendants Jason Kessler, Nathan
        Damigo, Identity Evropa, Matthew Parrott, and
16      Traditionalist Worker Party

17      DUANE, HAUCK, DAVIS, GRAVATT & CAMPBELL
        BY:  DAVID CAMPBELL, ESQUIRE
18           (Present telephonically)
        100 West Franklin Street
19      Richmond, Virginia  23220

20      Attorneys for Defendant James Alex Fields, Jr.

21
     ALSO PRESENT:
22
         EMMA BUCKLAND YOUNG, CASE MANAGER
23       KAPLAN HECKER & FINK LLP

24       GERARD ALFE, VIDEOGRAPHER
         TSG REPORTING, INC.
25
```