# EXHIBIT D

Page 162

1        Samantha M. Froelich
2   like to start helping, aiding in the process
3   of de-radicalizing other people.
4        Q.   And why is that something that you
5   want to do?
6        A.   I think it's important to know
7   that ideology can be condemned, but people
8   until they take certain action and do it with
9   no remorse, no person should be condemned.
10  Everyone should have a chance at redemption.
11  If I were to condemn everyone in the
12  Alt Right, all of these people, anyone that I
13  know as -- as, you know, less than or subhuman
14  or trash or whatever, I would also be
15  condemning myself.  And I am living proof that
16  it's possible.  I -- I don't want to leave
17  anyone else out of that.
18           MR. BLOCH:  I have nothing further.
19           MS. PHILLIPS:  Mike, you want to ask
20       them on the phone if they have anything?
21           MR. BLOCH:  Does defense counsel on
22       the phone have any questions?
23           MR. KOLENICH:  Yes, I have one or
24       two questions.  Thank you.
25           COURT REPORTER:  Who's speaking?

```
                                                     Page 163
 1               Samantha M. Froelich

 2           MS. PHILLIPS:  Who is that?  Sorry.

 3           MR. KOLENICH:  Sorry.  This is Jim

 4       Kolenich representing -- or one of the

 5       attorneys representing Identity Evropa.

 6   EXAMINATION

 7   BY MR. KOLENICH:

 8       Q.   Ma'am, earlier you testified

 9   regarding the phrase "Holohoax."

10           Do you recall that?

11       A.   Yes.

12       Q.   So is it fair to say that your

13   answer was that it meant that not enough -- or

14   one of the things it meant was that not enough

15   Jews had been killed during World War II?

16       A.   I'm sorry.  Can you -- can you

17   rephrase that?

18       Q.   Yes.  I understood you to say that

19   one of the meanings for Holohoax among the

20   Alt Right was that not enough Jews had been

21   killed during the Holocaust; is that accurate?

22       A.   One of the interpretations of the

23   word "Holohoax" is that not enough Jews were

24   killed during World War II.

25       Q.   Now, is it your testimony that one
```

```
                                                        Page 164
 1                  Samantha M. Froelich

 2    of the goals of Identity Evropa when you were

 3    a member was to murder Jews?

 4         A.    That is not my testimony.

 5         Q.    Okay.  So to be clear, what did

 6    Identity Evropa members or any Alt Right

 7    member mean by not enough Jews were killed?

 8         A.    When I had first joined, I was

 9    talking to someone in Identity Evropa and they

10    had said to me that one of the slogans that

11    you get used to is, "Welcome to the Alt Right

12    where the Holocaust never happened, but we

13    want it to happen again."

14         Q.    Okay.  I understand that.  And

15    there's an awful lot of questionable lingo in

16    the Alt Right, I think we can all agree, but,

17    to your knowledge, and for the record, there

18    never was any actual plan to harm or kill Jews

19    among members of Identity Evropa; is that

20    accurate?

21         A.    I never saw a listed or tangible

22    plan, no.

23              MR. BLOCH:  I object to form on that

24        last question.

25    BY MR. KOLENICH:
```

```
                                              Page 165
 1               Samantha M. Froelich
 2        Q.   And was there any plan to harm or
 3   kill any other racial or religious minority?
 4             MR. BLOCH:  Object to form.
 5             THE WITNESS:  Do I still have to
 6        answer?
 7             MR. BLOCH:  Yes.
 8             THE WITNESS:  I'm sorry.  Can you
 9        repeat that?  Sorry.
10   BY MR. KOLENICH:
11        Q.   Was there any plan among Identity
12   Evropa to harm or kill any other racial or
13   religious minority?
14             MR. BLOCH:  Object to form.
15             THE WITNESS:  I did not see any
16        plans for that.
17   BY MR. KOLENICH:
18        Q.   Thank you.  Now, you testified
19   earlier that you were at Richard Spencer's
20   home during which time there was some planning
21   for Unite the Right; is that accurate?
22        A.   Yes.
23        Q.   Did you call the police and report
24   any of this planning?
25        A.   No.
```

*TSG Reporting - Worldwide    877-702-9580*

Page 166

1      Samantha M. Froelich

2      Q.   Since Unite the Right, have you
3  called the police and reported anyone for the
4  commission of a crime?
5      A.   I am in touch with law
6  enforcement.
7      Q.   Okay.  Thank you.
8           Earlier you testified that members
9  of Identity Evropa would have been very
10 comfortable forcing people out of their homes;
11 is that right?
12     A.   I never said that.
13          MR. BLOCH:  Object to form.
14 BY MR. KOLENICH:
15     Q.   Okay.  So, to your knowledge, no
16 member of Identity Evropa ever said they would
17 be comfortable forcing American citizens out
18 of their homes?
19          MR. BLOCH:  Object to form.
20          THE WITNESS:  No.
21          MR. KOLENICH:  Okay.  Thank you very
22     much.  I have no further questions.
23          MR. BLOCH:  All right.  Nothing from
24     Mr. Campbell?
25          (No reply.)