# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION

### CIVIL MINUTES – JURY TRIAL
Day Six

**Case No.: 3:17CV72**          **Date: Nov. 1, 2021**

| | |
|---|---|
| **Elizabeth Sines, et al**<br>Plaintiff(s)<br><br>v.<br><br>**Jason Kessler, et al**<br>Defendant(s) | Counsel: Michael Bloch, Roberta Kaplan, Karen Dunn, Jessica Phillips, David Mills, Arpine Lawyer, William Isaacson, Alexandra Conlon, Alan Levine<br><br>Counsel: Bryan Jones, David Campbell, Joshua Smith,<br><br>Richard Spencer, pro se, Christopher Cantwell, pro se<br><br>William ReBrook, Elmer Woodard, Counsel Appearing by Zoom; Dillon Hopper, pro se, Appearing by Zoom |

PRESENT:   JUDGE:        Norman K. Moon        TIME IN COURT: 9:00-10:35=1hr 35min; 11:00-12:25=1hr 25min; 1:30-3:05=1hr 35min; 3:25-5:00= 1hr 35min Total= 6hr 10min
         Deputy Clerk:     Heidi N. Wheeler/Susan Moody
         Court Reporter:   Lisa Blair

### LIST OF WITNESSES

| PLAINTIFF | DEFENDANT |
|---|---|
| 1. Devin Willis (continues)<br>2. Samantha Froelich ( Video Depo) | 1. |

PROCEEDINGS:
☒   Plaintiff continues presentation of evidence.

Additional Information:
Jury called/seated.
Cross of Devin Willis continues.
Break.
Cross resumes.
Sidebar

Cross resumes.
Video clip issue addressed regarding Defense Ex. 134.

After lunch break, out of presence of jury parties continue to work through video exhibits.
Parties make stipulation on the record of Cantwell Ex. 134 and 138. Also note the Stipulation of the authenticity of the Discord production.

Jury returns to courtroom.
Cross of Willis continues.
Break
Cross of Willis continues.
Cross concludes.
Video deposition taken up next. Objections heard. Overruled.
Video depo of Froelich played/heard for the record.
Court adjourns for day.
Jury to return at 9:00 a.m. on Nov. 2.