# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION

| | |
|---|---|
| ELIZABETH SINES, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> JASON KESSLER, *et al.*, <br><br> *Defendants.* | CASE NO. 3:17-cv-00072 <br><br> <u>ORDER</u> <br><br> JUDGE NORMAN K. MOON |

Upon consideration of certain parties' proposed integrated pretrial order, the Court states that it has resolved all outstanding motions identified therein as requiring a resolution, Dkt. 1258 at 2-5, and the integrated pretrial order is hereby **ADOPTED** as to those parties.

It is so **ORDERED**.

The Clerk of Court is directed to send a copy of this Order to the parties.

Entered this  2nd  day of November, 2021.

*[signature: Norman K. Moon]*
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE