IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

CIVIL MINUTES – JURY TRIAL
Day Seven

**Case No.: 3:17CV72**   **Date: Nov 2, 2021**

| | |
|---|---|
| **Elizabeth Sines, et al**<br>Plaintiff(s)<br><br>v.<br><br>**Jason Kessler, et al**<br>Defendant(s) | Counsel: Michael Bloch, Roberta Kaplan, Karen Dunn, Jessica Phillips, David Mills, Arpine Lawyer, William Isaacson, Alan Levine<br><br>Counsel: Bryan Jones, David Campbell, Joshua Smith, James Kolenich<br><br>Richard Spencer, pro se, Christopher Cantwell, pro se<br><br>William ReBrook, Appearing by Zoom; Dillon Hopper, pro se, Appearing by Zoom |

PRESENT:   JUDGE:         Norman K. Moon        TIME IN COURT: 9:00-10:30=1hr 30min; 10:50-12:30=1hr 40min; 1:30-2:55=1hr 25min; 3:25-5:00=1hr 35min; Total= 6hrs 10min
         Deputy Clerk:     Heidi N. Wheeler/Susan Moody
         Court Reporter:   Lisa Blair

LIST OF WITNESSES

| PLAINTIFF | DEFENDANT |
|---|---|
| 1. Samantha Froelich-Video Depo Cont.<br>2. Matthew Heimbach | 1. |

☒     Plaintiff continues presentation of evidence.

Additional Information:
Before jury seated, issues of video depositions addressed.
Further heard on the Froelich deposition.
Jury seated.
Instruction read to jury.
Froelich deposition continued.
Out of presence of the jury further discussion of deposition addressed / counter designation
Break

Testimony of Heimbach begins.

Break.
Testimony resumes.
Sidebar.
Break
Testimony resumes
Cross begins with Mr. Kolenich. 4:24 pm
Mr. Spencer starts cross-Sidebar.
Mr. Campbell follows.
Court adjourns until 9:00 a.m. on Nov. 3.
Out of presence of jury witness and exhibit issues addressed for Nov. 3rd.