# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION

### CIVIL MINUTES – JURY TRIAL
Day Eight

**Case No.: 3:17CV72**             **Date: Nov 3, 2021**

| | |
|---|---|
| **Elizabeth Sines, et al**<br>Plaintiff(s)<br><br>v.<br><br>**Jason Kessler, et al**<br>Defendant(s) | Counsel: Michael Bloch, Roberta Kaplan, Karen Dunn, Jessica Phillips, David Mills, Arpine Lawyer, William Isaacson, Alan Levine, Yotam Barkai, Jonathan Kay<br><br>Counsel: Bryan Jones, David Campbell, Joshua Smith, James Kolenich<br><br>Richard Spencer, pro se, Christopher Cantwell, pro se<br><br>William ReBrook, Appearing by Zoom; Dillon Hopper, pro se, Appearing by Zoom |

PRESENT:   JUDGE:   Norman K. Moon       TIME IN COURT: 8:58-10:30=1hr 32min; 10:50-12:30=1hr 40min;1:30-2:55=1hr 25min; 3:15-5:00=1hr 45min; Total=6 hrs 22min

Deputy Clerk:     Heidi N. Wheeler/Susan Moody
Court Reporter:   Lisa Blair

### LIST OF WITNESSES

| PLAINTIFF | DEFENDANT |
|---|---|
| 1. Matthew Heimbach (Cont.)<br>2. Diane D'Costa<br>3. Deborah Lipstadt (Expert)<br>4. Elliott Kline (Video Deposition) | 1. |

☒     Plaintiff continues presentation of evidence.

Additional Information:
Before jury seated Court addresses various trial and exhibit issues.

Plaintiff has videos today and documentary exhibits for defendant Ray.

Mr. Kolenich responds. Brief arguments re: Hopper testimony.

Jury seated.
Cross resumes with Mr. ReBrook.
Mr. Jones. Objections over admission of video. Sidebar.
Mr. Cantwell-Sidebar.
Break.
No cross by Mr. Smith.
Re-direct.
Re-cross by Mr. Cantwell, Mr. Smith.

Instruction by the Court.
Testimony of Diane D'Costa begins.
Cross by Mr. Cantwell.
No further questions

Break.

Out of presence of jury, matters addressed by Court regarding testimony and videos. Arguments heard.

Testimony of Deborah Lipstadt begins.
Break
Cross begins with Mr. Cantwell.
Mr. Campbell.
Re-direct

Presentation of Robert Azzmador Ray Documents.

Video deposition for Elliott Kline begun

Jury excused for the day at 5:00 to return on Nov 4 at 9:00 a.m.