# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

## CIVIL MINUTES – JURY TRIAL
Day Nine

**Case No.: 3:17CV72**          **Date: Nov 4 , 2021**

| | |
|---|---|
| **Elizabeth Sines, et al** Plaintiff(s) | Counsel: Michael Bloch, Roberta Kaplan, Karen Dunn, Emily Cole, David Mills, Arpine Lawyer, William Isaacson |
| v. | |
| **Jason Kessler, et al** Defendant(s) | Counsel: Bryan Jones, David Campbell, James Kolenich |
| | Richard Spencer, pro se, Christopher Cantwell, pro se |
| | William ReBrook and Joshua Smith Appearing by Zoom; Dillon Hopper, pro se, Appearing by Zoom |

PRESENT:    JUDGE:            Norman K. Moon            TIME IN COURT: 9:00-10:30=1hr 30min; 10:55-12:30=1hr 35min; 1:35-3:00= 1hr 25min; 3:25-5:00= 1hr 35min Total=6hr 5min
            Deputy Clerk:    Heidi N. Wheeler/Susan Moody
            Court Reporter:  Lisa Blair

## LIST OF WITNESSES

| PLAINTIFF | DEFENDANT |
|---|---|
| 1. Elliott Kline-Video Depo Cont. | 1. |
| 2. Richard Spencer | |

☒    Plaintiff presents/continues presentation of evidence.

Additional Information:

Before jury seated, issues of video depositions addressed.
Arguments heard from Mr. Kolenich regarding Vanguard America and Hopper. Ms. Kaplan responds. Court states the deposition may be played.
Instruction to be read to jury.
Jury seated.
Instruction read to the jury re: deposition.

Deposition of Kline continues.

Richard Spencer called to testify.
Break.
Testimony resumes.
Break
Testimony of Spencer resumes.
Break.
Testimony resumes.

Cross begins with Mr. Kolenich.
Court addresses issue of Mr. Hopper asking question on zoom.
Mr. Campbell has brief cross.
Mr. Jones follows.
Mr. Cantwell begins cross.

Court adjourns for the day at 5:00

Jury to return at 9:00 a.m. on Nov 5th.