# EXHIBIT A



# Operational Security for Right Wing Rallies

weev    July 31, 2017

weev
**Daily Stormer**
July 31, 2017

Daily Stormer readers frequently attend real world physical events with a potential for conflict. With a record number of people announcing attendance at the upcoming event in Charlottesville, the huge number of antifa that want to cause trouble, and the general cuckery of the local government, we have to stop and ask ourselves what best practices are regarding personal security. There is going to be continually escalating scrutiny from hostile legal and extralegal establishments as alt-right street events get progressively heavier. There's some simple steps you can take to keep yourselves and your friends as safe as possible.

## Use Devices and Accounts Specific to the Event (USE SIGNAL)



Don't bring your usual phone. It might get stolen by antifa or captured by law enforcement, and data on it might be used to identify or incriminate you. You and your boys should bring burner phones with brand new accounts for group communication, in a chat room created specifically and temporarily for that event only. Don't call normie phones with your bad goy phone – make sure it is a totally contained thing and that the buck stops there insofar as data trail.

For person-to-person communication, always use an application that has perfect forward secrecy by default (unlike most other messaging apps). This is a property in cryptography that means previous conversations are not compromised if the phone is stolen. For this, I recommend the Signal application (Google Play) (iTunes). Other ones that have perfect forward secrecy include Wickr and Silent Circle. With Signal, you can also set the messages on conversations to expire after 24 hours – which you should for messages revolving around a physical event.

Subpeonas to Signal have turned up no deliverable metadata as they erase it as soon as a message is delivered. In a recent case in the Eastern District of Virginia, they were only able to provide a grand jury the date of account registration and the last seen time of appearance. While Silent Circle and Wickr also have perfect forward secrecy, they have not been tested to the extent Signal has in situations like this.

There are dozens of unlocked Android phones – which can take a prepaid SIM from Walmart which you can buy without an ID – available for under $50.

## Avoid Idle Chat on Electronic Services

Confidential                                          PX-2777 Page 2 of 9                                          NOCUSTODIAN00047680

Any digital comms at an event should be strictly logistical. Don't be making any idle chatter, and don't make racially charged statements on your event accounts. Save the small talk and hate speech for the bar. You should simply be exchanging the minimum necessary information at the event to meet-up and move safely through the city.

Examples of sensible digital communications in a hostile zone:

1. "I'm at the bar at the corner of 5th and main, come meet up bros."
2. "Lot of antifa on MLK Boulevard, take a different route."
3. "I got separated in the chaos. On the steps of that big building. Where are y'all?"

Example of risky digital communications in a hostile zone: "Can't wait to fight those niggers in the street."

Always consider the worst case scenario – that your phone is taken by people that hate you and they see everything on it and it gets used against you and your friends. Make sure that if a device is captured by hostile forces that there's as little as possible on it that can hurt you or people close to you. If all they find is a burner full of innocuous communications with other burners about meet ups at bars, there's nothing there to make bullshit from. And trust me, your enemies specialize in making bullshit. Out of personal experience, cops once attached to a fictitious meaning to "D8" (a sadface emoticon) in a piece of sworn testimony under penalty of perjury.

[11] The phrase "D8" means to be deeply involved in an activity or to perform an activity to the fullest extent possible.

## Enable Full Disk Encryption and Disable Fingerprint Unlock

Android and iOS now allow for full disk encryption, secured by a password that you enter when you turn the device on. Make it as long as is allowable but something you can remember – ideally a strange series of words.

Some phones allow for fingerprint unlocking. Don't use this. Your finger can be physically held to your phone against your will and fake fingerprints can be trivially crafted from gelatin molds or even 3D printed based off of those they ink in booking to unlock your device without your consent. Use passcode unlock only.

## Don't Look Like a Paramilitary Force

There was some drama from some recent event, I don't remember which, because the organizers asked people to not carry weapons at the event. Alt-right street trolls are not the Oath Keepers (an anti-white, anti-Constitution cuck organization that is somehow the only militia allowed to freely operate as a political entity in the United States which just happens to be comprised of military and law enforcement agents). Looking like a paramilitary is a good way to get everybody Wacoed. The one thing you should not look like is a paramilitary. Better to look like clean cut chads in polo shirts, All-

American superheroes.

A lot of people were like, "what will we do to defend ourselves?" Remember those dudes that lawfully defended themselves at the Battle of Sacramento with totally legal knives? The feds just picked a couple of them up and they're facing ADW and participation in a riot charges, no joke. One of them has a crowdfund for his legal expenses. If you use a gun to defend yourself you will be facing serious charges, regardless of whether your use was legitimate self-defense or not. Fighting a case can take a lot out of you, whether or not you are guilty – I waited 2 years on bail in a foreign territory and 15 months in prison for a legal appeal on false charges once.



If you are ever fired on it will be a fucking Alamo moment and any injury you will endure will buy your race and nation unimaginable gains, but I think the odds of you being fired on are extremely low. Of course, I can't stop you from lawfully exercising your Constitutional right to carry concealed with a valid permit, and doing so is not escalatory in the visual sense. I think that you should not carry anything concealed, but if you do, don't talk to anyone about being armed. You should never, however, have any visible weaponry on your person.

## Don't get Caught on the Streets Alone

One of the biggest sources of serious injuries is people that get separated from their groups after an event is winding down. Walking back to your car is the worst hazard at this sort of thing. Understand the terrain ahead of time. Figure out on maps with your crew exactly how you are getting in and out and have alternative routes planned. Try to park with all of your dudes in the same parking lot so you can march there together. Have a mutual understanding with everyone you are going with to a hazardous area exactly how you are ensuring that one another gets out safely. An ounce of prevention is worth a pound of hospital bills here.

# If You are Ever Arrested DO NOT TALK TO POLICE

Please watch this brief and powerful lecture by a very competent legal counsel. Listen carefully. Then watch it again, and listen even more carefully.



The only statement you ever make to police is "**I want an attorney and I wish for all questioning to stop until an attorney is present**" over and over again. Treat that as a mantra, a phrase of holy power. Do nothing but invoke your right to counsel. Don't say where you're from. Don't say where you're staying. Do not say anything, especially statements that you think will do you some sort of favor. They won't. You will not only fuck yourself, but likely your friends too with your misplaced good intentions. Talking to police is pretty much the easiest way to make an okay situation go horribly wrong.

There is a huge psychological pressure when you are trapped in a room for dozens of hours with nobody but cops to talk to. The human mind innately craves interaction. It is an instinctual thing. If you start to chat, even small stuff, it is easy to slip up and start talking about things you shouldn't. Do not let them begin a conversation. Memorize the mantra so it can flow endlessly like water whenever you are in police custody.

## If you get mixed up in something heavy, get scarce fast

So Will Planer (defense fund linked above) and one other from the battle of Sacramento got picked up months after their initial involvement in the event. They had a long time in which they could have

began a long vacation in Eastern Europe or South America. They could have bought a house in the region for how much is going to be spent on legal defense.

Let this be a lesson to others: if you end up in some heavy stuff and are not yet charged with anything, use your moments of freedom to get really difficult to find. Do not wait around for bad processes to begin against you. Exit from any risky situation as quickly as you can. If you make yourself easy to serve with legal process, legal process will be likely be served to you.

Be safe, come home in one piece, and end ZOG.

## Related Articles



Afro-Hacker Mastermind "The Joggler" Arrested for Cyber-Bullying Jogger Protests with White Nazi Terror Threats

May 12, 2020



Don't Worry, Goyim: We're Only Spying on You for Your Own Protection

November 13, 2019



Facebook got Hacked – 50 MILLION Accounts Compromised

September 29, 2018

## Prepare for the Apocalypse





The Complete Retard's Guide to Bitcoin

Demographic Countdown

**YY : DDD : HH :**
YEARS    DAYS    HOURS

**MM : SS**
MINUTES    SECONDS

**60.ENABLEJS%**

**39.ENABLEJS%**

**WHITE**               **NON-WHITE**

**WHITE POPULATION OF THE UNITED STATES OVER TIME**



**11.5%**

**WHITE PERCENTAGE OF GLOBAL POPULATION**

**Sources:**

Table 10. Projections of the Population by Sex, Hispanic Origin, and Race for the United States: 2015 to 2060 (NP2014-T10)

shekels plz goyim

This is a reader funded site. It is the most censored publication in history.
**Send BTC or XMR**.
18gr2E6ubUdksNiaEGrNUD3e5FF8vxXaMf



## Disclaimer

We here at the Daily Stormer are opposed to violence. We seek revolution through the education of the masses. When the information is available to the people, systemic change will be inevitable and unavoidable.

Anyone suggesting or promoting violence in the comments section will be immediately banned, permanently.

© Copyright Daily Stormer 2020, All Rights Reserved -- Watch the Daily Stormer Status page for future updates in case of further domain seizure.