# EXHIBIT B



Confidential
DISC-IMPACT00000075