# EXHIBIT C

**Charlottesville 2.0**

**#leadership_discussion**

#atl_right
#california_pacific_nw
#carolinas
#carpool_available
#chants-
#code_of_conduct
#dixie-lyrics
#florida
#friday-night
#general_1
#beltway_bigots
#georgia
#ladies_only
**#leadership_discussion**
#ma_ct_ri
#questions_for_coordinators
#safety_planning
#safety_squad
#Sekrit
#Wheatfield Dwellers
#shuttle_service_information
#sunday-night
#traditionalist_workers_party
#tx_ok
#vanguard_america
#virginia_laws

**RCO Nick-TX#8823** 2017-07-31
Really excellent article by Weev on Operational Security

**RCO Nick-TX#8823** 2017-07-31
https://www.dailystormer.com/operational-security-for-right-wing-rallies/