# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION

### CIVIL MINUTES – JURY TRIAL
Day Ten

**Case No.: 3:17CV72**          **Date: Nov 5 , 2021**

| | |
|---|---|
| **Elizabeth Sines, et al**<br>Plaintiff(s)<br><br>v.<br><br>**Jason Kessler, et al**<br>Defendant(s) | Counsel: Michael Bloch, Roberta Kaplan, Karen Dunn, Jessica Phillips, David Mills, Amanda Liverzani, William Isaacson, Alan Levine, Emily Cole, Daniel Roy<br><br>Counsel: Bryan Jones, David Campbell, James Kolenich<br><br>Richard Spencer, pro se, Christopher Cantwell, pro se<br><br>William ReBrook and Joshua Smith, Appearing by Zoom |

PRESENT:   JUDGE:          Norman K. Moon          TIME IN COURT: 8:58-10:15=1hr 17min; 10:35-12:30=1hr 55min; 1:35-3:00=1hr 25min; 3:20-4:50 =1hr  Total
                  Deputy Clerk:       Heidi N. Wheeler/Susan Moody
                  Court Reporter:     Lisa Blair

### LIST OF WITNESSES

| PLAINTIFF | DEFENDANT |
|---|---|
| 1. Richard Spencer<br>2. Ike Baker Video Deposition<br>3. Michael Hill<br>4. Thomas Baker | 1. |

☒     Plaintiff continues presentation of evidence.

Additional Information:
Before jury seated administrative issues addressed.
Jury seated.
Instruction read to jury.
Cross of Spencer proceeds by Mr. Cantwell.
Cross by Mr. ReBrook
Break

Re-direct
Video deposition instruction read.
Ike Baker deposition.

Testimony of Michael Hill begins.
Break.
Testimony resumes.

Cross by Mr. Jones.
Break.
Cross by Mr. Spencer.
Cross by Mr. ReBrook
Cross by Mr. Cantwell.
Cross by Mr. Kolenich.

Testimony of Thomas Baker.
Cross by Mr. Spencer.
Cross by Mr. Cantwell.

Jury excused until Monday, Nov 8 at 9:00 a.m.

Out of presence of the jury, trial days addressed.  Court adjourned.