## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION

### CIVIL MINUTES – JURY TRIAL
**Day Eleven**

**Case No.:  3:17CV72**              **Date:  Nov 8 , 2021**

---

**Elizabeth Sines, et al**
Plaintiff(s)

v.

**Jason Kessler, et al**
Defendant(s)

Counsel:  Michael Bloch, Roberta Kaplan, Karen Dunn, David Mills, William Isaacson, Giovanni Sanchez, Alan Levine, Khary Anderson, Alexandra Eber

Counsel:  Bryan Jones, David Campbell, Joshua Smith, James Kolenich

Richard Spencer, pro se, Christopher Cantwell, pro se

William ReBrook and Joshua Smith Appearing by Zoom; Dillon Hopper, pro se, Appearing by Zoom

---

PRESENT:    JUDGE:              Norman K. Moon            TIME IN COURT: 9:00-10:30=1hr 30; 10:50-12:20=1hr 30min; 2:00-3:25=1hr 25min; 3:45-5:15=1hr 30min; Total=5hrs 55min

Deputy Clerk:        Heidi N. Wheeler/Susan Moody
Court Reporter:      Lisa Blair

### LIST OF WITNESSES

| PLAINTIFF | DEFENDANT |
|---|---|
| 1. Dillon Hopper (Video Deposition) | 1. |
| 2. Michael Tubbs | |
| 3. Marissa Blair | |
| 4. Thomas Rousseau | |
| 5. Vasillios Pistolis | |

☒    Plaintiff presents/continues presentation of evidence.

Additional Information:
Before jury seated Mr. Cantwell addresses some technical issues.

Video of Dillon Hopper to be heard this morning.

Instruction read to jury.

Mr. Tubbs testifies by Zoom.
Break.

Testimony resumes.

Cross by Mr. Jones. ( Connection, lost court will take up next witness)

Testimony of Marissa Blair begins.
Cross by Mr. Campbell.

Break.

Cross of witness Blair continues by Mr. Cantwell.

Cross of Mr. Tubbs resumes with Mr. Jones.
Mr. Spencer.
Mr. Cantwell.
Mr. ReBrook
Redirect.

Video deposition testimony of Thomas Rousseau.
Video deposition of Vasillios Pistolis.

Instruction to the jury re: deposition / Cantwell.

Jury released until 9:00 a.m. on Nov. 9th.

Schedule discussed and stipulations addressed.