# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION

### CIVIL MINUTES – JURY TRIAL
Day Twelve

**Case No.: 3:17CV72**             **Date: Nov 9, 2021**

---

| | |
|---|---|
| **Elizabeth Sines, et al**<br>Plaintiff(s)<br><br>v.<br><br>**Jason Kessler, et al**<br>Defendant(s) | Counsel: Michael Bloch, Roberta Kaplan, Karen Dunn, Emily Cole, Jessica Phillips, William Isaacson, Alan Levine<br><br>Counsel: Bryan Jones, David Campbell, Joshua Smith, James Kolenich<br><br>Richard Spencer, pro se, Christopher Cantwell, pro se<br><br>William ReBrook, Appearing by Zoom; Dillon Hopper, pro se, Appearing by Zoom |

---

PRESENT:   JUDGE:            Norman K. Moon            TIME IN COURT: 9:00-10:30; 1hr 30min; 10:50-12:20=1hr 30min; 1:20-2:55=1hr 35min; 3:15-5:00=1hr Total= 6hrs 20min

        Deputy Clerk:       Heidi N. Wheeler/Susan Moody
        Court Reporter:    Lisa Blair

### LIST OF WITNESSES

| PLAINTIFF | DEFENDANT |
|---|---|
| 1. Chelsea Alvarado<br>2. Mathew Parrott | 1. |

☒   Plaintiff continues presentation of evidence.
<u>Additional Information:</u>
Before jury seated, time scheduled addressed.

Testimony of Chelsea Alvarado begins.
Cross by Mr. Cantwell and Mr. ReBrook

Testimony of Mr. Parrott begins.

Break.

Testimony resumes.

Break.

Out of presence of jury schedule and Rule 50 motions discussed. Court will be held on Veterans. Day.

Testimony of Parrot resumes.
Break.
Cross by Mr. Kolenich.
Mr. Spencer.
Mr. Campbell.
Mr. Jones.
Mr. ReBrook.
Mr. Cantwell.
Mr. Smith.

Testimony concludes.

Jury excused until Nov. 10 at 9:00 a.m.

Exhibit addressed by Mr. Cantwell.

Court adjourns.