From Christopher Cantwell, Pro Se Defendant 3:17cv-00072
Sines vs. Kessler

FILED IN OPEN COURT
DATE: 11/10/21
[signature]
DEPUTY CLERK

Dear Judge Moon,

I write to you on this 9th evening of November 2021, in opposition to Plaintiffs' November 8th letter to you, seeking to show the jury inadmissible evidence labeled PX-2777.

Even under the guise of expert testimony, this saboteur's hearsay ought not be shown to the jury.

While it is true that experts may testify to opinions formed from hearsay, it is quite a different matter to use an alleged expert to expose the jury to the evidence directly. The Blee and Simi report is largely borderline plagiarism from the Southern Poverty Law Center's website as it is. The SPLC is a partisan Democrat outfit which deals in accusations of various types of "extremism" to the political benefit of their paymasters. This court would not and should not allow the Plaintiffs to print out smear pieces on the Defendants from that website and hand them out to the jury, just because they found an alleged academic to comment on it.

The author of the blog post at issue here is every bit as adverse to the Defendants

The Plaintiffs referenced this blog post in their Second Amended Complaint, but conspicuously chose not to name the author. Even now, they are playing dumb by only referring to him as "weev", which is obviously an alias.

The author's real name is Andrew Aurenheimer, and it is no secret that Mr. Aurenheimer hails from Jewish ancestry. As long as we are exposing the jury to hearsay from Mr. Aurenheimer, we should probably introduce screen shots of him saying so repeatedly.

Aurenheimer describes himself as a "troll" and has stated that his involvement in the so-called white supremacist movement is an elaborate hoax designed to discredit the people he associates himself with.

The blog post in question fits this profile perfectly. The Plaintiffs couldn't come up with more convenient propaganda if they wrote and planted it themselves, which, without the capacity to cross examine the author and publisher, they very well might have, for all we know.

To tarnish the remaining Defendants with this material, Plaintiffs cite two posts on

Discord. One by Defendant Ray, who has abandoned this litigation and incurred adverse inferences as a result. The other by "RCO Nick-TX#8823" who is not identified.

The Ray post is made in a Discord server named "Azzmador", and there is no indication it was ever seen by any other Defendant.

The ~~pseudo~~ pseudynomous RCO Nick-TX post does appear in the Charlottesville 2.0 Discord's "#leadership_discussion channel, but there is similarly no indication any one ever read it or interacted ~~th~~ with this functionally anonymous post.

The prejudice of this material against the remaining defendants clearly outweighs any probative value, and that is obviously the whole point. The Plaintiffs are seeking to introduce adverse inferences without going through the trouble of asking the Court to approve them.

This effort was well on display with the Plaintiffs' questioning of Mr. Parrott today, and adjascently in their tedious impeachment efforts against him and Mr. Spencer. The Plaintiffs hope to fill the giant glaring

holes in their paranoid fictional conspiracy theory, with warrantless suspicion and incitement of racial tensions with the jury.

Cross examining Mr. Simi does not offer any meaningful opportunity to remedy the prejudice this is clearly designed to impose. Simi is in no position to comment on the Jewish author's mindset, at the time of publication, or at the time he decided to sabotage the so-called White Supremacist movement. Doubtless Mr. Simi would deny any ~~knowledge~~ knowledge of Mr. Auernheimer's ancestry or his admissions of infiltration and sabotage.

Beyond Auernheimer's own nefarious dealings, the Daily Stormer and Andrew Anglin are themselves adverse parties to the remaining Defendants. In my case, I have been relentlessly smeared as a "Rat" by The Daily Stormer for cooperating with the FBI investigation into the events and discovery in this case.

If the Court permits the hearsay of PX-2777, will it also permit me to introduce the relentless stream of smear campaigns the Daily Stormer has

unleashed on cooperating Defendants?

If so, that might cure the prejudice, but it would also defeat the point. Simi's testimony is suspect in its own right, and it should not become a vehicle for hearsay from adverse unaccountable non-parties.

For the foregoing reasons, the Court should exclude any reference to PX-2777 from Simi's testimony, and certainly should not show it to the jury.

To whatever extent this evidence is admitted, so should evidence of the Daily Stormer's hostility toward the remaining Defendants.

Respectfully Submitted,
Christopher Cantwell
11-9-2021