# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

## CIVIL MINUTES – JURY TRIAL
Day Thirteen

**Case No.: 3:17CV72**          **Date: Nov 10, 2021**

---

| | |
|---|---|
| **Elizabeth Sines, et al** Plaintiff(s) | Counsel: Roberta Kaplan, Karen Dunn, David Mills, William Isaacson, Alan Levine, Emily Cole, Alexandra Eber |
| v. | |
| **Jason Kessler, et al** Defendant(s) | Counsel: Bryan Jones, David Campbell, James Kolenich |
| | Richard Spencer, pro se, Christopher Cantwell, pro se |
| | William ReBrook and Joshua Smith, Appearing by Zoom; Dillon Hopper, pro se, Appearing by Zoom |

---

PRESENT:   JUDGE:           Norman K. Moon            TIME IN COURT: 8:55-10:30=1hr 35min; 10:50-12:30= 1hr 40min; 1:30-3:05=1hr 35min; 3:25-5:00=6hr 25min
            Deputy Clerk:     Heidi N. Wheeler/Susan Moody
            Court Reporter:   Lisa Blair

## LIST OF WITNESSES

| PLAINTIFF | DEFENDANT |
|---|---|
| 1. Marcus Martin | 1. |
| 2. Seth Wispelwey | |
| 3. Nathan Damigo | |
| 4. Michael Joseph Chesney(Video Depo) | |

☒     Plaintiff continues presentation of evidence.

Additional Information:
Before jury seated, court inquires as to agreement. Parties were not able to reach an agreement.

Jury called.
Testimony of Marcus Martin begins.
Cross by Mr. Cantwell.
A photo will be substitued for the physical exhibit ( shoes ).

Testimony of Seth Wispelwey begins.
Break.
Cross begins with Mr. Spencer.
Mr. Campbell.
Mr. Jones.
Mr. Cantwell.
Break

After break presentation regarding Fields for tomorrow addressed and specific evidence. Court rules on evidence.

Cross of Mr. Wispelwey continues.

Testimony of Nathan Damigo begins.

Cross by Mr. Spencer.
Mr. Campbell.
Mr. Jones.
Mr. Cantwell.

Instruction read to Jury

Video Deposition of Michael Joseph Chesney.

Jury excused until 9:00 a.m. tomorrow at 9:00 a.m. Nov. 11.

Issue addressed as to expert.