# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

## CIVIL MINUTES – JURY TRIAL
Day Fourteen

**Case No.: 3:17CV72**   **Date: Nov 11, 2021**

| | |
|---|---|
| **Elizabeth Sines, et al**<br>Plaintiff(s)<br><br>v.<br><br>**Jason Kessler, et al**<br>Defendant(s) | Counsel: Roberta Kaplan, Karen Dunn, David Mills, William Isaacson, Yotam Barki, Emily Cole<br><br>Counsel: Bryan Jones, David Campbell, James Kolenich<br><br>Richard Spencer, pro se, Christopher Cantwell, pro se<br><br>William ReBrook and Joshua Smith Appearing by Zoom |

PRESENT:   JUDGE:         Norman K. Moon         TIME IN COURT: 9:00-10:30=1hr 30min; 10:50-12:35=1hr 40min; 1:35-3:10=1hr 35min; 3:25-5:00=6hr 20min
          Deputy Clerk:      Heidi N. Wheeler/Susan Moody
          Court Reporter:    Lisa Blair

## LIST OF WITNESSES

| PLAINTIFF | DEFENDANT |
|---|---|
| 1. Thomas Joseph Chesney (Video Depo)<br>2. Peter George Simi (Expert)<br>3. April Muniz | 1. |

☒   Plaintiff presents/continues presentation of evidence.

Additional Information:
Before jury seated issues addressed.

Jury seated.

Instructions read.

Video deposition of Chesney continues.

Presentation of evidence as to James Fields read into the record.

Testimony of Peter George Simi begins.
Break.
Testimony resumes.
Cross by Mr. Kolenich.
Mr. Spencer.
Mr. ReBrook.
Break

Issue brought up regarding Sines testimony and Mr. Smith.   Mr. Cantwell addresses issue.
Sidebar

Cross of Mr. Simi continues by Mr. Campbell.
Mr. Jones.
Mr. Smith.
Mr. Cantwell.
Redirect.

Testimony of April Muniz begins.
Cross by Mr. Spencer.
Mr. Campbell.
Mr. Cantwell

Court adjourns until 9:00 a.m. on Nov. 12th.

Scheduling discussed.