# EXHIBIT A

## JURY INSTRUCTION # X: Plaintiffs' Order of Witnesses

Plaintiffs have examined most of the Defendants in this trial during their own case in chief. In order to streamline the proceedings and promote the efficient presentation of evidence, Plaintiffs intend to examine Defendants Christopher Cantwell and Jason Kessler when they are called during the Defendants' case in chief.

This logistical decision was made solely as a time-saving measure. You are instructed not to make any inferences about any other reasons or motivations for this approach. As I have previously instructed, it is your duty as the jury to determine the facts based on the testimony and evidence admitted during the trial. Extraneous factors, including the logistics surrounding witness examination, should not be considered in your deliberations.