# EXHIBIT A

## **LIMITING INSTRUCTION: Evidence Admissible for Limited Purpose**

As I have discussed before, under the Federal Rules of evidence, some evidence may be admitted only for a limited purpose.  Mr. Schoep intends to testify about his alleged renunciation of his white supremacist beliefs and related conduct, all of which occurred over a year after the events at issue in this case.  That testimony is not a defense to any of the claims in this case.  As a result, that testimony may only be considered for the sole and limited purpose of determining the proper amount of punitive damages only against Defendant Schoep.