# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION

### CIVIL MINUTES – JURY TRIAL
Day Fifteen

| | |
|---|---|
| **Case No.:  3:17CV72** | **Date:  Nov 12 , 2021** |

| | |
|---|---|
| **Elizabeth Sines, et al**<br>Plaintiff(s)<br><br>v.<br><br>**Jason Kessler, et al**<br>Defendant(s) | Counsel:  Roberta Kaplan, Karen Dunn, Jessica Phillips,  William Isaacson, Alexandra Conlon, Emily Cole, Nick Butto, Jonathan Kay<br><br>Counsel:  Bryan Jones, David Campbell, William ReBrook, James Kolenich<br><br>Richard Spencer, pro se, Christopher Cantwell, pro se<br><br>Joshua Smith, Appearing by Zoom; Dillon Hopper, pro se, Appearing by Zoom |

PRESENT:   JUDGE:            Norman K. Moon            TIME IN COURT: 8:55-10:30=1hr 35min; 10:50-12:35=1hr 45min; 1:35-5:00=1hr 40 min Total 6hrs 25min
              Deputy Clerk:       Heidi N. Wheeler/Susan Moody
              Court Reporter:     Lisa Blair

### LIST OF WITNESSES

| PLAINTIFF | DEFENDANT |
|---|---|
| 1. Sharon L. Reavis (Expert)<br>2. Elizabeth Sines<br>3. Nadia Webb (Expert)<br>4. Burt Colucci<br>5. Jeff Schoep | 1. |

☒    Plaintiff continues presentation of evidence.

Additional Information:

Before jury seated, issues addressed by Mr. Cantwell regarding rule 50 motion.

Jury seated.

Testimony of Sharon Reavis begins.
Cross by Mr. Campbell.

Testimony of Elizabeth Sines begins.
Break.
Testimony resumes.
Cross by Mr. Cantwell.
Mr. ReBrook.
Mr. Spencer.
Mr. Jones.
Mr. Kolenich.

Issues regarding upcoming witnesses.

Break.

Testimony of Dr. Nadia Webb begins.
Cross by Mr. Campbell.
Mr. Cantwell.
Mr. ReBrook.
No Redirect

Video deposition of Burt Colucci

Testimony of Jeff Schoep begins.
Cross by Mr. Spencer.
Mr. Campbell.
Mr. Smith.
Mr. Cantwell.

Court will adjourn until Monday Nov. 15 at 9:00 a.m.