

David Mills     By ECF
+1 202 776 2865
dmills@cooley.com

November 16, 2021

The Honorable Norman K. Moon
United States District Court
Western District of Virginia
255 West Main Street
Charlottesville, VA 22902

      Re: *Sines et al. v. Kessler et al.*, No. 3:17-cv-00072 (NKM) (JCH)

Dear Judge Moon:

      We write regarding correspondence received from Richard Spencer yesterday stating his intention to call an undisclosed witness, Hannah Brown (a/k/a Hannah Zarski), and his attempt to introduce into evidence a document composed entirely of hearsay. The Court should preclude Ms. Brown from testifying and rule the document inadmissible.

**A.     The Court Should Preclude Mr. Spencer from Calling Ms. Brown as a Witness.**

      Mr. Spencer failed to identify Ms. Brown as a witness in violation of Federal Rule of Civil Procedure 26(a)(1) and in violation of the Court's order to exchange witness lists no later than September 7, 2021. ECF No. 991. While some witnesses were identified late in the process, they were either made available for deposition or withdrawn. In fact, Mr. Kolenich (not Mr. Spencer) identified Ms. Brown as a potential witness in the weeks preceding trial, and Plaintiffs asked to depose her as a remedy for the late identification. Mr. Kolenich withdrew Ms. Brown as a witness, so Plaintiffs did not depose her. No other party identified Ms. Brown or listed her as a witness.

      Where, as here, a party violates disclosure requirements, that "party is not allowed to use that . . . witness to supply evidence on a motion, at a hearing, or at trial, unless the failure was substantially justified or is harmless." Fed. R. Civ. P. 37(c)(1). This exclusionary rule is intended to provide "a strong inducement for disclosure of material," *Southern States Rack & Fixture, Inc. v. Sherwin-Williams Co.*, 318 F.3d 592, 596 (4th Cir. 2003), and to "prevent 'surprise and prejudice to the opposing party.'" *Metamining, Inc. v. Barnette*, 2013 WL 3245355, at *7 (W.D. Va. June 26, 2013) (citing *Southern States*, 318 F.3d at 596)

      Mr. Spencer never identified Ms. Brown in his initial disclosures or in any other discovery, he did not identify Ms. Brown on his witness list, and he did not make her available



The Honorable Norman K. Moon
November 16, 2021
Page Two

for deposition prior to trial.  For these reasons, the Court should exclude her as a witness. *Southern States*, 318 F.3d at 596; *Metamining, Inc.*, 2013 WL 3245355, at *7.

Plainly, there is no way to cure the late notice by deposing Ms. Brown before trial.  *See Henderson v. Corelogic Nat'l Background Data, LLC*, 2016 WL 4611571, at *7 (E.D. Va. 2016) (opposing party could not "cure the surprise" because it did not have the opportunity to depose the undisclosed witness).  And it would be unfair to force Plaintiffs to "divert their time, energy, and resources away from trial preparation" to depose the disclosed witnesses even shortly before trial – let alone in the last week of trial.  *Scott v. Clarke*, 2014 WL 5386882, at *2 (W.D. Va. Oct. 22, 2014) (Moon, J.).  "[A]llowing such an untimely disclosure would be disruptive to the trial . . . because it would condone the strategy of last-minute disclosures, behavior that flies in the face of the Federal Rules of Civil Procedure." *Slaughter v. Barton*, 2003 WL 24100297, at *3 (W.D. Va. 2003) (Moon, J.).[1]

**B.     The Court Should Rule the Document Inadmissible.**

The Court also should not permit Mr. Spencer to use a document composed of inadmissible hearsay and hearsay-within-hearsay.  The document purports to be a long series of chats on Facebook with the title "The Coup" and listing as participants "Ty Smith," "Hannah Brown," "Facebook User," and another "Facebook User."  The document is entirely composed of hearsay, as all the statements in the document are out of Court statements offered for their truth and are thus inadmissible.  *See* Fed. R. Evid. 801, 802.  Plaintiffs also note the document contains many instances of hearsay within hearsay, neither level of which can be addressed by a relevant exception.  *See* Fed R. Evid. 805.  Mr. Spencer has offered no basis for admitting this document, and there does not appear to be any valid basis for its admission.  Accordingly, Plaintiffs respectfully request that this Court rule the document inadmissible.

Respectfully,

David Mills

David E. Mills (*pro hac vice*)

---

[1] There is no "harmlessness or substantial justification" for Mr. Spencer's delay.  *See W.C. Eng., Inc. v. Rummel, Klepper & Kahl, LLP*, 2020 WL 534532, at *4 (W.D. Va. 2020) (citing *Southern States*, 318 F.3d at 596).  To find a late witness disclosure harmless, the Court must consider:  (1) the surprise to the party against whom the evidence would be offered; (2) the ability of that party to cure the surprise; (3) the extent to which allowing the evidence would disrupt the trial; (4) the importance of the evidence; and (5) the non-disclosing party's explanation for its failure to disclose the evidence.  *Benjamin v. Sparks*, 986 F.3d 332, 343 (4th Cir. 2021) (citing *Bresler v. Wilmington Tr. Co.*, 855 F.3d, 178, 190 (4th Cir. 2017)).  "The first four factors primarily relate to the harmlessness exception, while the fifth factor primarily relates to whether the violation was substantially justified." *Id*.  None of these factors weighs in Mr. Spencer's favor.

# Cooley

The Honorable Norman K. Moon
November 16, 2021
Page Three

Joshua M. Siegel (VSB 73416)
Caitlin B. Munley (pro hac vice)
Samantha A Strauss (pro hac vice)
Alexandra Eber (pro hac vice)
COOLEY LLP
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004
Tel: (202) 842-7800
Fax: (202) 842-7899
dmills@cooley.com
jsiegel@cooley.com
cmunley@cooley.com
sastrauss@cooley.com
aeber@cooley.com

*Of Counsel:*

Roberta A. Kaplan (*pro hac vice*)
Julie E. Fink (*pro hac vice*)
Gabrielle E. Tenzer (*pro hac vice*)
Joshua A. Matz (*pro hac vice*)
Michael L. Bloch (*pro hac vice*)
Emily C. Cole (*pro hac vice*)
Alexandra K. Conlon (*pro hac vice*)
Jonathan R. Kay (*pro hac vice*)
Benjamin D. White (*pro hac vice*)
Yotam Barkai (*pro hac vice*)
KAPLAN HECKER & FINK, LLP
350 Fifth Avenue, Suite 7110
New York, NY 10118
Telephone: (212) 763-0883
rkaplan@kaplanhecker.com
jfink@kaplanhecker.com
gtenzer@kaplanhecker.com
jmatz@kaplanhecker.com
mbloch@kaplanhecker.com
ecole@kaplanhecker.com
aconlon@kaplanhecker.com
jkay@kaplanhecker.com
bwhite@kaplanhecker.com
ybarkai@kaplanhecker.com

Alan Levine (*pro hac vice*)
Daniel P. Roy III (*pro hac vice*)
Amanda L. Liverzani (*pro hac vice*)

Karen L. Dunn (*pro hac vice*)
William A. Isaacson (*pro hac vice*)
Jessica E. Phillips (*pro hac vice*)
Arpine S. Lawyer (*pro hac vice*)
Giovanni J Sanchez (*pro hac vice*)
Agbeko C. Petty (*pro hac vice*)
PAUL WEISS RIFKIND WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC 20006-1047
Telephone: (202) 223-7300
Fax: (202) 223-7420
kdunn@paulweiss.com
wisaacson@paulweiss.com
jphillips@paulweiss.com
alawyer@paulweiss.com
gsanchez@paulweiss.com
apetty@paulweiss.com

Makiko Hiromi (*pro hac vice*)
Nicholas A. Butto (*pro hac vice*)
PAUL WEISS RIFKIND WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000
Fax: (212) 757-3990
mhiromi@paulweiss.com

# Cooley

The Honorable Norman K. Moon
November 16, 2021
Page Four

COOLEY LLP
55 Hudson Yards
New York, NY 10001
Telephone: (212) 479-6260
Fax: (212) 479-6275
alevine@cooley.com
droy@cooley.com
aliverzani@cooley.com

J. Benjamin Rottenborn (VSB No. 84796)
Woods Rogers PLC
10 South Jefferson Street, Suite 1400
Roanoke, Va. 24011
Tel: (540) 983-7600
Fax: (540) 983-7711
brottenborn@woodsrogers.com

nbutto@paulweiss.com

Katherine M. Cheng (*pro hac vice*)
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards, 20th Floor
New York, NY 10001
Telephone: (212) 446-2300
Fax: (212) 446-2350
kcheng@bsfllp.com

Robert T. Cahill (VSB 38562)
COOLEY LLP
11951 Freedom Drive, 14th Floor
Reston, VA 20190-5656
Telephone: (703) 456-8000
Fax: (703) 456-8100
rcahill@cooley.com

*Counsel for Plaintiffs*



The Honorable Norman K. Moon
November 16, 2021
Page Five

# CERTIFICATE OF SERVICE

I hereby certify that on November 16, 2021, I filed the foregoing with the Clerk of Court through the CM/ECF system, which will send a notice of electronic filing to:

Justin Saunders Gravatt
David L. Hauck
David L. Campbell
Duane, Hauck, Davis & Gravatt, P.C.
100 West Franklin Street, Suite 100
Richmond, VA 23220
jgravatt@dhdglaw.com
dhauck@dhdglaw.com
dcampbell@dhdglaw.com

*Counsel for Defendant James A. Fields, Jr.*

W. Edward ReBrook
The ReBrook Law Office
6013 Clerkenwell Court
Burke, VA 22015
edward@rebrooklaw.com
rebrooklaw@gmail.com

*Counsel for Defendants National Socialist Movement, Nationalist Front, Jeff Schoep, Matthew Heimbach, Matthew Parrott and Traditionalist Worker Party*

Joshua Smith Esq.
Smith LLC
807 Crane Ave.
Pittsburgh, PA 15216
joshsmith2020@gmail.com

*Counsel for Matthew Heimbach, Matthew Parrott and Traditionalist Worker Party*

Bryan Jones
106 W. South St., Suite 211
Charlottesville, VA 22902
bryan@bjoneslegal.com

*Counsel for Defendants Michael Hill, Michael Tubbs, and League of the South*

James E. Kolenich
Kolenich Law Office
9435 Waterstone Blvd. #140
Cincinnati, OH 45249
jek318@gmail.com

Elmer Woodard
5661 US Hwy 29
Blairs, VA 24527
isuecrooks@comcast.net

*Counsel for Defendants Jason Kessler, Nathan Damigo, and Identity Europa, Inc. (Identity Evropa)*

I hereby certify that on November 16, 2021, I also served the foregoing upon following *pro se* defendants, via electronic mail, as follows:

Richard Spencer
richardbspencer@gmail.com
richardbspencer@icloud.com

Robert Ray
azzmador@gmail.com

Vanguard America
c/o Dillon Hopper
dillon_hopper@protonmail.com

Elliott Kline
eli.f.mosley@gmail.com
deplorabletruth@gmail.com
eli.r.kline@gmail.com

# Cooley

The Honorable Norman K. Moon
November 16, 2021
Page Six

      I hereby certify that on November 16, 2021, I also served the foregoing upon following *pro se* defendant, via U.S. mail, as follows:

Christopher Cantwell 00991-509
Central Virginia Regional Jail
13021 James Madison Hwy
Orange, VA 22960

                                            */s/ David E. Mills*
                                            David E. Mills (*pro hac vice*)