# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION

### CIVIL MINUTES – JURY TRIAL
Day Sixteen

Case No.: 3:17CV72    Date: Nov 15 , 2021

| | |
|---|---|
| **Elizabeth Sines, et al** <br> Plaintiff(s) <br><br> v. <br><br> **Jason Kessler, et al** <br> Defendant(s) | Counsel: Roberta Kaplan, Karen Dunn, Jessica Phillips, David Mills, Arpine Lawyer, William Isaacson, Michael Bloch, Yotam Barkai, Alan Levine <br><br> Counsel: Bryan Jones, David Campbell, James Kolenich <br><br> Richard Spencer, pro se, Christopher Cantwell, pro se <br><br> William ReBrook and Joshua Smith, Appearing by Zoom; Dillon Hopper, pro se, Appearing by Zoom |

PRESENT:  JUDGE:      Norman K. Moon      TIME IN COURT: 9:00-10:30=1hr 30min; 10:50-12:30=1hr 40min; 1:30-305=1hr 35min; 3:25-5:00; Total=6hrs 20min
          Deputy Clerk:   Heidi N. Wheeler/Susan Moody
          Court Reporter: Lisa Blair

### LIST OF WITNESSES

| PLAINTIFF | DEFENDANT |
|---|---|
| 1. Jeff Schoep -Cont. (by Zoom) <br> 2. Jason Kessler | 1. |

☒    Plaintiff presents/continues presentation of evidence.

Additional Information:
Before jury seated, issues addressed re: Schoep. Limiting instruction.

Cross of Mr. Schoep continues by Mr. ReBrook.

Testimony of Jason Kessler begins.

Break.
Testimony resumes.
Break.
Testimony resumes.
Cross begins with Mr. Spencer.
Mr. Cantwell.
Mr. Campbell.
Mr. ReBrook.
Redirect.

Testimony of Christopher Cantwell begins.
Cross begins with Mr. Spencer.

Court adjourns for the day until 9:00 on Nov. 16.