UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| ELIZABETH SINES, SETH WISPELWEY, MARISSA BLAIR, APRIL MUÑIZ, MARCUS MARTIN, NATALIE ROMERO, CHELSEA ALVARADO, JOHN DOE, and THOMAS BAKER,<br><br>Plaintiffs,<br><br>v.<br><br>JASON KESSLER, et al.,<br><br>Defendants. | Civil Action No. 3:17-cv-00072-NKM<br>JURY TRIAL DEMANDED |

## DECLARATION OF LYNN MITCHELL

The Declarant, Lynn Mitchell, declares under penalty of perjury as follows:

1. I am over 18 years old and otherwise competent to give this testimony, which I make based on my own personal knowledge.

2. I am the University Policy Manager for the Policy Office for the University of Virginia ("University"), located in Charlottesville, Virginia. My job responsibilities include overseeing the Policy Office, guiding the development and revision of the University policies, and maintaining the website for policies of the University.

3. Among other things, the Policy Office at the University provides guidance in the policy making process and communicates new policies to the University community in a timely manner. The Policy Office ensures the accuracy, consistency, distribution of the policies of the University.

4. In the course and scope of my duties, I have access and custody of the current and former University policies. I am one of the custodians of such policy records for the University.

5. In the course and scope of my duties, I received a request for a copy of the University Policy, SEC-032: Open Burn and Open Flame Operations at the University of Virginia, as existed in August 2017, from Plaintiffs' counsel, in the above-captured case.

6. As a result of the request, I searched the University policy records maintained by the Policy Office and found "SEC-032: Open Burn and Open Flame Operations at the University of Virginia", as existed in August 2017. The true and accurate copy of this archived policy is attached to this declaration.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on November 15, 2021,

*Lynn Mitchell*
Lynn Mitchell