IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| **ELIZABETH SINES et al.** | : | Case No.  3:17-cv-00072 |
| Plaintiff | : | **Judge MOON** |
| | : | |
| -v- | | |
| **JASON KESSLER et al.** | : | |
| | : | |
| Defendants | | |

_____

**SUPPLEMENTAL PROPOSED JURY INSTRUCTIONS**
_____

Defendants Kessler, Damigo, and Identity Evropa propose the following jury instructions in addition to those previously proposed.

**PROPOSED PRELIMINARY JURY INSTRUCTION NO. XX**
**Organizations and Conspiracy**

An organization can act only through its agents, officers, or employees. It is not possible under the law for a corporation to conspire with its own agents, officers, or employees. In addition, an organization is not legally responsible for the actions of its agents, officers, or employees if those persons were acting outside the course and scope of the permissions to act the organization had given them.

It is possible for an organization to conspire with its agent, officer, or employee, if that person had an independent, personal stake in the conspiracy. However, the organization must

1

have acted through a different agent, officer, or employee than the one with an independent,

personal stake in the conspiracy in order to so conspire.

It is also possible for the agent, officer, or employee who has an independent, personal

stake in the conspiracy to conspire with other persons besides his own organization.

**Authority: Buffalo Wings Factory, Inc. v. Mohd, 622 F. Supp. 2d 325, 335  Eastern District of Virginia (2007).**

### PROPOSED PRELIMINARY JURY INSTRUCTION NO. XX
### Protest March through Residential Area

It is lawful for protestors to march through a residential area, even one whose residents

are likely to be especially sensitive to protestors offensive messaging and expressions.

**Authority: Cohen v. California 403 US 15; Village of Skokie v. National Socialist Party of America 373 N.E. 2d 21 (Ill. 1978)**

    Respectfully Submitted,

    s/ James E. Kolenich
    James E. Kolenich
    Kolenich Law Office
    9435 Waterstone Blvd. #140
    Cincinnati, OH 45249
    JEK318@gmail.com

    s/ Elmer Woodard
    Elmer Woodard
    5661 US Hwy 29
    Blairs, VA 24527
    isuecrooks@comcast.net
    Trial Attorneys for Jason Kessler, Nathan Damigo, and Identity Evropa

### CERTIFICATE OF SERVICE

I certify the above was served on NOVEMBER 16, 2021 on all ECF participants and that parties requiring service by other means were served as follows: Robert Ray

azzmador@gmail.com Vanguard America c/o Dillon Hopper dillon_hopper@protonmail.com
Elliott Kline eli.f.mosley@gmail.com deplorabletruth@gmail.com
Richardspencer@gmail.com
Christopher Cantwell  delivered in person while in the courtroom

Respectfully Submitted,

 s/ James E. Kolenich