IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| **ELIZABETH SINES et al.** | : | Case No. 3:17-cv-00072 |
| Plaintiff | : | **Judge MOON** |
| | : | |
| -v- | | |
| **JASON KESSLER et al.** | : | |
| | : | |
| Defendants | | |

_____

**SUPPLEMENTAL PROPOSED JURY INSTRUCTIONS**
_____


Defendants Kessler, Damigo, and Identity Evropa propose the following jury instructions in addition to those previously proposed.

**PROPOSED JURY INSTRUCTION NO. XX**
**Advocacy of Violence**

It is lawful to merely advocate for violence. It is further lawful to assemble with others to advocate for violent action provided the purported advocacy does not cross the line into incitement to imminent illegal violence.

**Authority: Brandenburg v. Ohio 395 US 444 (1969); Hess v. Indiana 414 US 105 (1973)**

## PROPOSED JURY INSTRUCTION NO. XX
### Ratification

Under the law, an individual may be liable for the violent acts of another member of his group or organization if the individual had sufficient knowledge of the wrongfulness or illegality other members violent act and approved of or ratified the violent act.

**Authority: NAACP v. Claiborne Hardware 458 US 886 (1982).**

    Respectfully Submitted,

    s/ James E. Kolenich
    James E. Kolenich
    Kolenich Law Office
    9435 Waterstone Blvd. #140
    Cincinnati, OH 45249
    JEK318@gmail.com

    s/ Elmer Woodard
    Elmer Woodard
    5661 US Hwy 29
    Blairs, VA 24527
    isuecrooks@comcast.net
    Trial Attorneys for Jason Kessler,
    Nathan Damigo, and Identity
    Evropa

### CERTIFICATE OF SERVICE

I certify the above was served on NOVEMBER 16, 2021 on all ECF participants and that parties requiring service by other means were served as follows: Robert Ray azzmador@gmail.com Vanguard America c/o Dillon Hopper dillon_hopper@protonmail.com Elliott Kline eli.f.mosley@gmail.com deplorabletruth@gmail.com Richardspencer@gmail.com
Christopher Cantwell  delivered in person while in the courtroom

Respectfully Submitted,

s/ James E. Kolenich