**IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION**

**CIVIL MINUTES – JURY TRIAL**
Day Seventeen

**Case No.: 3:17CV72**          **Date: Nov 16, 2021**

| | |
|---|---|
| **Elizabeth Sines, et al**<br>Plaintiff(s)<br><br>v.<br><br>**Jason Kessler, et al**<br>Defendant(s) | Counsel: Michael Bloch, Roberta Kaplan, Karen Dunn, Emily Cole, David Mills, William Isaacson, Alan Levine<br><br>Counsel: Bryan Jones, David Campbell, James Kolenich<br><br>Richard Spencer, pro se, Christopher Cantwell, pro se<br><br>William ReBrook and Joshua Smith, Appearing by Zoom; Dillon Hopper, pro se, Appearing by Zoom |

PRESENT:   JUDGE:         Norman K. Moon          TIME IN COURT: 9:00-10:30=1hr 30min; 10:50-12:30=1hr 40min; 1:30-3:05=1hr 35; 3:20-5:15=1hr 55min Total 6hrs 40min
           Deputy Clerk:     Heidi N. Wheeler/Susan Moody
           Court Reporter:   Lisa Blair

LIST OF WITNESSES

| PLAINTIFF | DEFENDANT |
|---|---|
| 1. Christopher Cantwell (Cont.)<br>2. Ben Daley (Video Deposition)<br>3. Brad Griffin (Video Deposition) | 1. Samantha Froelich (Video Depo) |

☒    Plaintiff presents/continues presentation of evidence.     ☒    Plaintiff rests.
☒    Defendant Motion for Judgment as a Matter of Law/Directed Verdict.
      Court ☐ grants ☒ denies ☐ takes under advisement.
☒    Defendant presents evidence.

Additional Information:
Before jury seated, issues addressed.

Cross of Christopher Cantwell continues.
Mr. Campbell.

Mr. Cantwell begins his cross. (technical issues-break for depositions)

Ben Daley Video Deposition.

Brad Griffin Video Deposition.

Mr. Cantwell's cross resumes.
Break
Redirect.

Instruction to the jury.

Plaintiff rests 11:00.

Rule 50 motion by Cantwell. Arguments heard.
Mr. Kolenich will file rule 50 motion before jury is charged.
Mr. Spencer argues rule 50 motion.
Findings by Court on the record. All denied at this time.
Mr. ReBrook and Mr. Jones will file written rule 50 motions.

11:15 Defense evidence begins.

Mr. Spencer presents evidence.
Break.
Evidence resumes.
Cross by Mr. Bloch.

Mr. Campbell will question Mr. Spencer as part as Mr. Fields' case in chief.

Cross by ReBrook.

Mr. Campbell admits evidence and rests on behalf of client.

Mr. Kolenich - Froelich Video deposition testimony.  Mr. Kolenich rests after presentation for clients.

Mr. Cantwell presents evidence.
Break.
Witness and evidence issues addressed before jury returns.
Evidence resumes.
Cross by Mr. Bloch.
Mr. Smith
Mr. ReBrook

Discussions about case progression.

Court adjourns for day until 9:00 a.m. on Nov. 17