UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| ELIZABETH SINES, SETH WISPELWEY, MARISSA BLAIR, APRIL MUÑIZ, MARCUS MARTIN, NATALIE ROMERO, CHELSEA ALVARADO, JOHN DOE, and THOMAS BAKER, <br><br> Plaintiffs, <br><br> v. <br><br> JASON KESSLER, et al., <br><br> Defendants. | **Civil Action No. 3:17-cv-00072-NKM** <br><br> **JURY TRIAL DEMANDED** |

**PLAINTIFFS' REVISED PROPOSED VERDICT FORM**

# **FIRST CLAIM: 42 U.S.C. § 1985(3)**

1. Did Plaintiffs prove by a preponderance of the evidence their claim that one or more Defendants engaged in a conspiracy to commit racially motivated violence in violation of 42 U.S.C. § 1985(3)?

   \_\_\_\_\_ YES   \_\_\_\_\_ NO

**If you answered "NO," to Question 1, please skip to Question 11.  If you answered, "YES," proceed to Questions 2-5.**

2. If you answered "**YES**," to Question 1, please indicate (by marking each appropriate line with a check mark), any and all Defendants against whom you find that Plaintiffs proved their 42 U.S.C. § 1985(3) claim:

   \_\_\_\_\_   ALL DEFENDANTS (If you check here, proceed to Question 3)

**If not all Defendants, specify which ones:**

   \_\_\_\_\_ Jason Kessler
   \_\_\_\_\_ Richard Spencer
   \_\_\_\_\_ Christopher Cantwell
   \_\_\_\_\_ James Alex Fields, Jr.
   \_\_\_\_\_ Robert "Azzmador" Ray
   \_\_\_\_\_ Nathan Damigo
   \_\_\_\_\_ Elliott Kline
   \_\_\_\_\_ Matthew Heimbach
   \_\_\_\_\_ Matthew Parrott
   \_\_\_\_\_ Michael Hill
   \_\_\_\_\_ Michael Tubbs
   \_\_\_\_\_ Jeff Schoep
   \_\_\_\_\_ League of the South
   \_\_\_\_\_ Vanguard America
   \_\_\_\_\_ Nationalist Socialist Movement
   \_\_\_\_\_ Identity Evropa
   \_\_\_\_\_ Traditionalist Worker Party

3. For each Plaintiff who you found for on Claim 1, please state the total compensatory damages that will fully and fairly compensate that Plaintiff for the injuries sustained as a result of the conspiracy.   All Plaintiffs except Chelsea Alvarado have brought this claim against all Defendants. Plaintiff Alvarado has brought this same claim against all Defendants except James Alex Fields, Jr.; her damages should be assessed accordingly.

   Natalie Romero:        $_____
   April Muñiz:           $_____
   Thomas Baker:          $_____

    Elizabeth Sines:    $_____
    Marissa Blair:    $_____
    Marcus Martin:    $_____
    Chelsea Alvarado:    $_____
    Seth Wispelwey:    $_____
    Devin Willis:    $_____

4. If you found for Plaintiffs as to Claim 1, do you find that punitive damages should be awarded against at least one Defendant?

    _____ YES    _____ NO

5. If you answered "**YES**," to Question 4, on the following lines, please state the total punitive damages, if any, you are assessing against any such Defendant:

    Jason Kessler:    $_____
    Richard Spencer:    $_____
    Christopher Cantwell:    $_____
    James Alex Fields, Jr.:    $_____
    Robert "Azzmador" Ray:    $_____
    Nathan Damigo:    $_____
    Elliott Kline:    $_____
    Matthew Heimbach:    $_____
    Matthew Parrott:    $_____
    Michael Hill:    $_____
    Michael Tubbs:    $_____
    Jeff Schoep:    $_____
    Vanguard America:    $_____
    League of the South:    $_____
    Identity Evropa:    $_____
    Traditionalist Worker Party:    $_____
    Nationalist Socialist Movement:    $_____

**Please proceed to Question 6 on the next page.**

## SECOND CLAIM: 42 U.S.C. § 1986

6. Did Plaintiffs prove by a preponderance of the evidence their claim that one or more Defendants had knowledge of the conspiracy found in Claim 1 and failed to prevent that conspiracy from taking place in violation of 42 U.S.C. § 1986?

    \_\_\_\_\_ YES    \_\_\_\_\_ NO

**If you answered "NO," to Question 6, please skip to Question 11.  If you answered, "YES," proceed to Questions 7-10.**

7. If you answered "**YES**," to Question 6, please indicate (by marking each appropriate line with a check mark), any and all Defendants against whom you find that Plaintiffs proved their 42 U.S.C. § 1986 claim:

    \_\_\_\_\_  ALL DEFENDANTS (If you check here, proceed to Question 8)

    **If not all Defendants, specify which ones:**

    \_\_\_\_\_ Jason Kessler
    \_\_\_\_\_ Richard Spencer
    \_\_\_\_\_ Christopher Cantwell
    \_\_\_\_\_ James Alex Fields, Jr.
    \_\_\_\_\_ Robert "Azzmador" Ray
    \_\_\_\_\_ Nathan Damigo
    \_\_\_\_\_ Elliott Kline
    \_\_\_\_\_ Matthew Heimbach
    \_\_\_\_\_ Matthew Parrott
    \_\_\_\_\_ Michael Hill
    \_\_\_\_\_ Michael Tubbs
    \_\_\_\_\_ Jeff Schoep
    \_\_\_\_\_ League of the South
    \_\_\_\_\_ Vanguard America
    \_\_\_\_\_ Nationalist Socialist Movement
    \_\_\_\_\_ Identity Evropa
    \_\_\_\_\_ Traditionalist Worker Party

8. For each Plaintiff who you found for as to Claim 2, please state the total compensatory damages that will fully and fairly compensate that Plaintiff for the injuries sustained as a result of the Defendants' failure to prevent the Section 1985(3) conspiracy.  All Plaintiffs except Chelsea Alvarado have brought this claim against all Defendants. Plaintiff Alvarado has brought this same claim against all Defendants except James Alex Fields, Jr.; her damages should be assessed accordingly.

    Natalie Romero:         $_____
    April Muñiz:            $_____

| | |
|---|---|
| Thomas Baker: | $_____ |
| Elizabeth Sines: | $_____ |
| Marissa Blair: | $_____ |
| Marcus Martin: | $_____ |
| Chelsea Alvarado: | $_____ |
| Seth Wispelwey: | $_____ |
| Devin Willis: | $_____ |

9. If you found for Plaintiffs on Claim 2, do you find that punitive damages should be awarded against at least one Defendant?

   _____ YES    _____ NO

10. If you answered "**YES**," to Question 9, on the following lines, please state the total punitive damages, if any, you are assessing against any such Defendant:

| | |
|---|---|
| Jason Kessler: | $_____ |
| Richard Spencer: | $_____ |
| Christopher Cantwell: | $_____ |
| James Alex Fields, Jr.: | $_____ |
| Robert "Azzmador" Ray: | $_____ |
| Nathan Damigo: | $_____ |
| Elliott Kline: | $_____ |
| Matthew Heimbach: | $_____ |
| Matthew Parrott: | $_____ |
| Michael Hill: | $_____ |
| Michael Tubbs: | $_____ |
| Jeff Schoep: | $_____ |
| Vanguard America: | $_____ |
| League of the South: | $_____ |
| Identity Evropa: | $_____ |
| Traditionalist Worker Party: | $_____ |
| Nationalist Socialist Movement: | $_____ |

**Please proceed to Question 11 on the next page.**

## THIRD CLAIM: CIVIL CONSPIRACY

11. Did Plaintiffs prove by a preponderance of the evidence each element of their Virginia state law civil conspiracy claim?

    \_\_\_\_\_ YES   \_\_\_\_\_ NO

**If you answered "NO," to Question 11, please skip to Question 16. If you answered, "YES," proceed to Questions 12-15.**

12. If you answered "**YES**," to Question 11, please indicate (by marking each appropriate line with a check mark) which of the following Defendants you find, by a preponderance of the evidence, were members of that conspiracy.

    \_\_\_\_\_ ALL DEFENDANTS (If you check here, proceed to Question 13.)

    **If not all Defendants, specify which ones:**

    \_\_\_\_\_ Jason Kessler
    \_\_\_\_\_ Richard Spencer
    \_\_\_\_\_ Christopher Cantwell
    \_\_\_\_\_ James Alex Fields, Jr.
    \_\_\_\_\_ Robert "Azzmador" Ray
    \_\_\_\_\_ Nathan Damigo
    \_\_\_\_\_ Elliott Kline
    \_\_\_\_\_ Matthew Heimbach
    \_\_\_\_\_ Matthew Parrott
    \_\_\_\_\_ Michael Hill
    \_\_\_\_\_ Michael Tubbs
    \_\_\_\_\_ Jeff Schoep
    \_\_\_\_\_ League of the South
    \_\_\_\_\_ Vanguard America
    \_\_\_\_\_ Nationalist Socialist Movement
    \_\_\_\_\_ Identity Evropa
    \_\_\_\_\_ Traditionalist Worker Party

13. For each Plaintiff who you found for as to Claim 3, please state the total compensatory damages that will fully and fairly compensate that Plaintiff for the injuries sustained as a result of the civil conspiracy. All Plaintiffs except Chelsea Alvarado have brought this claim against all Defendants. Plaintiff Alvarado has brought this same claim against all Defendants except James Alex Fields, Jr.; her damages should be assessed accordingly.

    Natalie Romero:      $_____
    April Muñiz:         $_____
    Thomas Baker:        $_____
    Elizabeth Sines:     $_____
    Marissa Blair:       $_____

      Marcus Martin:      $_____
      Chelsea Alvarado:   $_____
      Seth Wispelwey:    $_____
      Devin Willis:       $_____

14. If you found for at least one Plaintiff as to Claim 3, do you find that punitive damages should be awarded against at least one Defendant?

    \_\_\_\_\_ YES    \_\_\_\_\_ NO

15. If you answered "**YES**," to Question 14, on the following lines, please state the total punitive damages you are assessing against any such Defendant:

    Jason Kessler:                   $_____
    Richard Spencer:            $_____
    Christopher Cantwell:     $_____
    James Alex Fields, Jr:    $_____
    Robert "Azzmador" Ray:   $_____
    Nathan Damigo:             $_____
    Elliott Kline:                    $_____
    Matthew Heimbach:       $_____
    Matthew Parrott:            $_____
    Michael Hill:                    $_____
    Michael Tubbs:               $_____
    Jeff Schoep:                     $_____
    Vanguard America:        $_____
    League of the South:      $_____
    Identity Evropa:             $_____
    Traditionalist Worker Party: $_____
    Nationalist Socialist Movement: $_____

**Please proceed to Question 16 on the next page.**

## FOURTH CLAIM: VIRGINIA CODE § 8.01-42.1

16. Plaintiffs Natalie Romero, April Muñiz, Seth Wispelwey, Elizabeth Sines, Marissa Blair, Marcus Martin, and Devin Willis bring a claim under Virginia Code § 8.01-42.1, against Defendants Jason Kessler, Richard Spencer, Elliot Kline, James Alex Fields, Jr., Robert "Azzmador" Ray, and Christopher Cantwell.  Chelsea Alvarado brings the same claim against Defendants Jason Kessler, Richard Spencer, Elliott Kline, Robert "Azzmador" Ray, and Christopher Cantwell.

    Did those Plaintiffs prove by a preponderance of the evidence each element of their claim that one or more of those Defendants subjected them to racial, religious or ethnic harassment, violence or vandalism in violation of Virginia Code § 8.01-42.1?

    _____ YES     _____ NO

**If you answered "NO," to Question 16, please skip to Question 21.  If you answered, "YES," proceed to Questions 17-20.**

17. If you answered "**YES**," to Question 16, please indicate (by marking each appropriate line with a check mark) any and all Defendants against whom you find that Plaintiffs proved their Virginia Code § 8.01-42.1 claim.

    _____ Jason Kessler
    _____ Richard Spencer
    _____ Elliott Kline
    _____ James Alex Fields, Jr.
    _____ Robert "Azzmador" Ray
    _____ Christopher Cantwell

18. For each Plaintiff who you found for as to Claim 4, please state the total compensatory damages that will fully and fairly compensate that Plaintiff for the resulting injuries. Plaintiff Alvarado did not bring this same claim against Defendant James Alex Fields, Jr.; her damages should be assessed accordingly.

    Natalie Romero:      $_____
    April Muñiz:         $_____
    Seth Wispelwey:      $_____
    Elizabeth Sines:     $_____
    Marissa Blair:       $_____
    Marcus Martin:       $_____
    Devin Willis:        $_____
    Chelsea Alvarado:    $_____

19. If you found for at least one Plaintiff as to Claim 4, do you find that punitive damages should be awarded against at least one Defendant?

    \_\_\_\_\_ YES   \_\_\_\_\_ NO

20. If you answered "**YES**," to Question 19, on the following lines, please state the total punitive damages you are assessing against any such Defendant:

    | Jason Kessler: | $_____ |
    | Richard Spencer: | $_____ |
    | Elliott Kline: | $_____ |
    | James Alex Fields, Jr: | $_____ |
    | Robert "Azzmador" Ray: | $_____ |
    | Christopher Cantwell: | $_____ |

**Please proceed to Question 21 on the next page.**

## FIFTH CLAIM: ASSAULT OR BATTERY

21. Plaintiffs Natalie Romero, April Muñiz, Thomas Baker, Elizabeth Sines, Marissa Blair, and Marcus Martin bring a claim for assault or battery against Defendant James Alex Fields, Jr. Did those Plaintiffs prove by a preponderance of the evidence each element of their claim for assault or battery?

    \_\_\_\_\_ YES     \_\_\_\_\_ NO

**If you answered "NO," to Question 21, please skip to Question 25. If you answered, "YES," proceed to Questions 22-24.**

22. For any Plaintiff who you found for as to Claim 5, please state the total compensatory damages that will fully and fairly compensate that Plaintiff for the resulting injuries.

    | Natalie Romero: | $_____ |
    | April Muñiz: | $_____ |
    | Thomas Baker: | $_____ |
    | Elizabeth Sines: | $_____ |
    | Marissa Blair: | $_____ |
    | Marcus Martin: | $_____ |

23. If you found for at least one Plaintiff as to Claim 5, do you find that punitive damages should be awarded?

    \_\_\_\_\_ YES     \_\_\_\_\_ NO

24. If you answered "**YES**," to Question 23, on the following lines, please state the total punitive damages you are assessing against Defendant James Alex Fields Jr. for these claims:

    $_____

**Please proceed to Question 25 on the next page.**

## SIXTH CLAIM: INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

25. Plaintiffs Natalie Romero, April Muñiz, Thomas Baker, Elizabeth Sines, Marissa Blair, and Marcus Martin bring a claim for intentional infliction of emotional distress against Defendant James Alex Fields, Jr. Did Plaintiffs prove by clear and convincing evidence each element of their claim for intentional infliction of emotional distress?

_____ YES     _____ NO

**If you answered "NO," to Question 25, please proceed to the END. If you answered "YES," to Question 25, please proceed to Questions 26-28.**

26. For each Plaintiff who you found for as to Claim 6, please state the total compensatory damages that will fully and fairly compensate that Plaintiff for the resulting injuries.

    Natalie Romero:     $_____
    April Muñiz:        $_____
    Thomas Baker:       $_____
    Elizabeth Sines:    $_____
    Marissa Blair:      $_____
    Marcus Martin:      $_____

27. If you found for at least one Plaintiff as to Claim 6, do you find that punitive damages should be awarded?

    _____ YES     _____ NO

28. If you answered "**YES**," to Question 27, on the following lines, please state the total punitive damages you are assessing against Defendant James Alex Fields, Jr. for these claims:

    $_____

### END – STOP HERE

Date: November 17, 2021

Respectfully submitted,

Roberta A. Kaplan (*pro hac vice*)
Michael L. Bloch (*pro hac vice*)
Raymond P. Tolentino (*pro hac vice*)
Yotam Barkai (*pro hac vice*)
Emily C. Cole (*pro hac vice*)
Alexandra K. Conlon (*pro hac vice*)
Jonathan R. Kay (*pro hac vice*)
KAPLAN HECKER & FINK LLP
350 Fifth Avenue, 63rd Floor
New York, NY 10118
Telephone: (212) 763-0883
rkaplan@kaplanhecker.com
mbloch@kaplanhecker.com
rtolentino@kaplanhecker.com
ybarkai@kaplanhecker.com
ecole@kaplanhecker.com
aconlon@kaplanhecker.com
jkay@kaplanhecker.com

*Counsel for Plaintiffs*

Of Counsel:

Roberta A. Kaplan (*pro hac vice*)
Julie E. Fink (*pro hac vice*)
Michael L. Bloch (*pro hac vice*)
Raymond P. Tolentino (*pro hac vice*)
Yotam Barkai (*pro hac vice*)
Emily C. Cole (*pro hac vice*)
Alexandra K. Conlon (*pro hac vice*)
Jonathan R. Kay (*pro hac vice*)
Benjamin D. White (*pro hac vice*)
KAPLAN HECKER & FINK LLP
350 Fifth Avenue, Suite 7110
New York, NY 10118
Telephone: (212) 763-0883
rkaplan@kaplanhecker.com
jfink@kaplanhecker.com
mbloch@kaplanhecker.com
rtolentino@kaplanhecker.com
ybarkai@kaplanhecker.com
ecole@kaplanhecker.com
aconlon@kaplanhecker.com
jkay@kaplanhecker.com
bwhite@kaplanhecker.com

Karen L. Dunn (*pro hac vice*)
Jessica Phillips (*pro hac vice*)
William A. Isaacson (*pro hac vice*)
Arpine S. Lawyer (*pro hac vice*)
Giovanni Sanchez (*pro hac vice*)
Matteo Godi (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP
2001 K Street, NW
Washington, DC 20006-1047
Telephone: (202) 223-7300
Fax: (202) 223-7420
kdunn@paulweiss.com
jphillips@paulweiss.com
wisaacson@paulweiss.com
alawyer@paulweiss.com
gsanchez@paulweiss.com
mgodi@paulweiss.com

Makiko Hiromi (*pro hac vice*)
Nicholas A. Butto (*pro hac vice*)
Agbeko Petty (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON
& GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000
Fax: (212) 757-3990
mhiromi@paulweiss.com
nbutto@paulweiss.com
apetty@paulweiss.com

Robert T. Cahill (VSB 38562)
COOLEY LLP
11951 Freedom Drive, 14th Floor
Reston, VA 20190-5656
Telephone: (703) 456-8000
Fax: (703) 456-8100
rcahil@cooley.com

Alan Levine (*pro hac vice*)
Philip Bowman (*pro hac vice*)
COOLEY LLP
55 Hudson Yards
New York, NY 10001
Telephone: (212) 479-6260
Fax: (212) 479-6275
alevine@cooley.com
pbowman@cooley.com

David E. Mills (*pro hac vice*)
Joshua M. Siegel (VSB 73416)
Caitlin B. Munley (*pro hac vice*)
Samantha A Strauss (*pro hac vice*)
Alexandra Eber (*pro hac vice*)
Daniel Philip Roy, III (*pro hac vice*)
Allegra Flamm (*pro hac vice*)
Gemma Seidita (*pro hac vice*)
Khary Anderson (*pro hac vice*)
COOLEY LLP
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004
Telephone: (202) 842-7800
Fax: (202) 842-7899
dmills@cooley.com
jsiegel@cooley.com
cmunley@cooley.com
sastrauss@cooley.com
aeber@cooley.com
droy@cooley.com
aflamm@cooley.com
gseidita@cooley.com
kjanderson@cooley.com

J. Benjamin Rottenborn (VSB 84796)
WOODS ROGERS PLC
10 South Jefferson St., Suite 1400
Roanoke, VA 24011
Telephone: (540) 983-7600
Fax: (540) 983-7711
brottenborn@woodsrogers.com

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on November 17, 2021, I served the following via electronic mail:

Elmer Woodard
5661 US Hwy 29
Blairs, VA 24527
isuecrooks@comcast.net

James E. Kolenich
Kolenich Law Office
9435 Waterstone Blvd. #140
Cincinnati, OH 45249
jek318@gmail.com

*Counsel for Defendants Jason Kessler, Nathan Damigo, and Identity Europa, Inc. (Identity Evropa)*

Bryan Jones
106 W. South St., Suite 211
Charlottesville, VA 22902
bryan@bjoneslegal.com

*Counsel for Defendants Michael Hill, Michael Tubbs, and League of the South*

Joshua Smith
Smith LLC
807 Crane Avenue
Pittsburgh, PA 15216-2079
joshsmith2020@gmail.com

*Counsel for Defendants Matthew Parrott, Traditionalist Worker Party and Matthew Heimbach*

David L. Campbell
Justin Saunders Gravatt
Duane, Hauck, Davis & Gravatt, P.C.
100 West Franklin Street, Suite 100
Richmond, VA 23220
dcampbell@dhdglaw.com
jgravatt@dhdglaw.com

*Counsel for Defendant James A. Fields, Jr.*

William Edward ReBrook, IV
The ReBrook Law Office
6013 Clerkenwell Court
Burke, VA 22015
edward@rebrooklaw.com

*Counsel for Defendants Jeff Schoep, National Socialist Movement, Nationalist Front, Matthew Parrott, Traditionalist Worker Party and Matthew Heimbach*

16

I hereby certify that on November 17, 2021, I also served the following by electronic mail:

Richard Spencer
richardbspencer@icloud.com
richardbspencer@gmail.com

Robert "Azzmador" Ray
azzmador@gmail.com

Vanguard America
c/o Dillon Hopper
dillon_hopper@protonmail.com

Elliott Kline a/k/a Eli Mosley
eli.f.mosley@gmail.com
deplorabletruth@gmail.com
eli.r.kline@gmail.com

I hereby certify that on November 17, 2021, I will serve the following by hand:

Christopher Cantwell
Christopher Cantwell 00991-509
Central Virginia Regional Jail
13021 James Madison Hwy
Orange, VA 22960

Michael L. Bloch (*pro hac vice*)
KAPLAN HECKER & FINK LLP

*Counsel for Plaintiffs*