# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION

### CIVIL MINUTES – JURY TRIAL
Day Eighteen

**Case No.: 3:17CV72**          **Date: Nov 17, 2021**

| | |
|---|---|
| **Elizabeth Sines, et al**<br>Plaintiff(s) | Counsel: Michael Bloch, Emily Cole, Ray Tolentino, David Mills, William Isaacson, Alan Levine |
| v. | |
| **Jason Kessler, et al**<br>Defendant(s) | Counsel: Bryan Jones, David Campbell, Joshua Smith, James Kolenich |
| | Richard Spencer, pro se, Christopher Cantwell, pro se |
| | William ReBrook, Appearing by Zoom; Dillon Hopper, pro se, Appearing by Zoom |

PRESENT:   JUDGE:          Norman K. Moon          TIME IN COURT: 9:00-10:05=1hr 5min; 10:20-11:35=1hr 15min; 11:40-12:20=40min; 1:00-1:35=35min; 2:30-4:00=1hr 30min; Total 5hr 10min
          Deputy Clerk:     Heidi N. Wheeler/Susan Moody
          Court Reporter:   Lisa Blair

### LIST OF WITNESSES

| PLAINTIFF | DEFENDANT |
|---|---|
| 1. | 1. Richard A. Hamblen |
| | 2. William Newberry |
| | 3. Natalie Romero |
| | 4. Devin Willis |

PROCEEDINGS:
- ☒ Defendant continues presentation of evidence.   ☒ Defendant rests.
- ☒ Defendant Motion for Judgment as a Matter of Law/Directed Verdict.
  Court ☐ grants ☒ denies ☐ takes under advisement.
- ☒ Jury Instructions given to jury.
- ☒ Objections to Jury Instruction by plaintiff and/or defendant.
  Arguments heard. Adjustments made. Jury given these instructions.

Additional Information:
Before jury seated, issues addressed regarding witnesses.

Testimony of Richard Hamblen.
Cross by Mr. Levine.
Cross by Mr. Cantwell.
Cross by Mr. Smith

Testimony by William Newberry.
Cross by Mr. Isaacson.

Testimony of Natalie Romero

Testimony of Devin Willis
Cross by Jones

Sidebars

Objections taken up re: Exhibit 1438.

Objections to proposed instructions.

Preliminary instructions to jury. 11:45

Rule 50 motions argued.
Ruling from the bench. Motions denied.

Final jury instructions addressed.

Break.

Objections to proposed instructions addressed.

Jury seated for Final Charge at 2:35 pm. Jury excused briefly.

Objections to charge taken up. Arguments heard.

Jury returns for final instructions.

Jury excused for the day until Nov. 18 at 9:00

Court adjourned at 4:00 pm