# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION

### CIVIL MINUTES – JURY TRIAL
Day Nineteen

**Case No.:  3:17CV72**           **Date:  Nov 18, 2021**

| | |
|---|---|
| **Elizabeth Sines, et al**<br>Plaintiff(s) | Counsel:  Michael Bloch, Roberta Kaplan, Karen Dunn, Jessica Phillips, David Mills, Emily Cole, Alan Levine |
| v. | |
| **Jason Kessler, et al**<br>Defendant(s) | Counsel:  Bryan Jones, David Campbell, Joshua Smith, James Kolenich, William ReBrook |
| | Richard Spencer, pro se, Christopher Cantwell, pro se |
| | Dillon Hopper, pro se, Appearing by Zoom |

PRESENT:    JUDGE:              Norman K. Moon          TIME IN COURT: 9:00-10:30=1hr 30min; 10:50-12:40=1hr 50min; 1:35-2:50=1hr 15min; 3:05-5:05=2hrs; Total 6hrs 35min
            Deputy Clerk:     Heidi N. Wheeler/Susan Moody
            Court Reporter:   Lisa Blair

### LIST OF WITNESSES

| PLAINTIFF | DEFENDANT |
|---|---|
| 1. | 1. |

☒    New Instruction read to Jury.
☒    Closing Arguments.

Additional Information:
Before jury seated, court addresses amendment to one jury instruction.
Jury seated.
Plaintiff's closing arguments -9:10, by Ms. Kaplan and Ms. Dunn.

11:50 Mr. Kolenich begins closing arguments.

Mr. Campbell finishes at 12:40.

Break

Mr. Spencer begins closings at 1:35.
Mr. Jones proceeds.
Mr. ReBrook begins closing arguments.

Break

Mr. Smith proceeds with closings.
Mr. Cantwell begins his closings.  Defense closings conclude at 4:45.

Final Closings by Plaintiffs by Ms. Dunn.

Court adjourns until 9:00 tomorrow Nov 19.