## Final Jury Instruction # 39

## Unanimous Verdict & Jury Deliberations

Any verdict must represent the considered judgment of each juror. In order to return a verdict, it is necessary that each jury agree thereto. In other words, your verdict for each claim must be unanimous. Each claim should be considered separately; the failure to reach a unanimous verdict for one claim does not preclude you from reaching a unanimous verdict as to another claim.

It is your duty as jurors to consult with one another and to deliberate in an effort to reach agreement if you can do so without violence to individual judgment. Each of you must decide the case for yourself, but only after an impartial consideration of the evidence in the case with your fellow jurors. In the course of your deliberation, do not hesitate to re-examine your own views and change your opinion if convinced it is erroneous. But do not surrender your honest conviction as to the weight or effect of the evidence solely because of the opinion of your fellow jurors, or for the mere purpose of returning a verdict.

Remember, at all times you are not partisans. You are judges—judges of the facts. Your sole interest is to seek the truth from the evidence in the case.