**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**
**CHARLOTTESVILLE DIVISION**

**CIVIL MINUTES – JURY TRIAL**
Day Twenty

**Case No.:  3:17CV72**          **Date:  Nov 19, 2021**

---

**Elizabeth Sines, et al**              Counsel:  Roberta Kaplan, Karen Dunn,
Plaintiff(s)                            Emily Cole, Alan Levine, William
                                        Isaacson, David Mills

v.
                                        Counsel:  Bryan Jones, David Campbell,
**Jason Kessler, et al**                James Kolenich, Joshua Smith.
Defendant(s)
                                        Richard Spencer and Christopher Cantwell,
                                        pro se

---

PRESENT:    JUDGE:            Norman K. Moon          TIME IN COURT: 9:00-
9:25=25; 10:35-10:47=12min; 12:10-12:12=2min; 2:23-2:56= 33min; 3:02-3:24=22min 4:27-
4:40=13min; 4:55-5:00=5min; Total 1hr 52min
                Deputy Clerk:       Heidi N. Wheeler/Susan Moody
                Court Reporter:     Lisa Blair

LIST OF WITNESSES

| PLAINTIFF | DEFENDANT |
|-----------|-----------|
| 1.        | 1.        |

☒    Final instructions given to jury and verdict form reviewed with jury.
     Jury retires to deliberate.

Additional Information:
Before jury seated, issues addressed concerning Juror 210. Court has excused said juror.

Preliminary matters addressed.
Final jury instructions read.

Jury retires to deliberate at 9:24.

Jury questions addressed over the course of day.

Jury discharge for day at 5:00 to return at Monday Nov 22 at 9:00 a.m.