# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION

### CIVIL MINUTES – JURY TRIAL
Day Twenty-first

| | |
|---|---|
| Case No.: 3:17CV72 | Date: Nov 22, 2021 |

| | |
|---|---|
| **Elizabeth Sines, et al**<br>Plaintiff(s)<br><br>v.<br><br>**Jason Kessler, et al**<br>Defendant(s) | Counsel: Roberta Kaplan, Karen Dunn, Michael Bloch, Alan Levine, William Isaacson<br><br>Counsel: Bryan Jones, David Campbell, James Kolenich,<br><br>Christopher Cantwell, pro se (not in courtroom) |

PRESENT:   JUDGE:            Norman K. Moon            TIME IN COURT: 9:00-9:07= 7min; 10:10-10:20=10min; 11:30-11:45=15min; 11:51-11:52=1min; 12:09-12:11=2min; 4:40-4:44=4min;  Total 39min
              Deputy Clerk:       Heidi N. Wheeler/Susan Moody
              Court Reporter:    Lisa Blair

### LIST OF WITNESSES

| PLAINTIFF | DEFENDANT |
|---|---|
| 1. | 1. |

☒   Jury continues deliberations.

Additional Information:

Jury returns and continues with deliberations.

Parties convene in open court to address one matter out of presence of jury regarding question. Resolution reached.

Questions addressed throughout day.

Jury in the courtroom and released for day at 4:40 pm, to return Nov 23 at 9:00 a.m. to resume deliberations.