# IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION

### CIVIL MINUTES – JURY TRIAL
Day Twenty-two

**Case No.: 3:17CV72**         **Date: Nov 23, 2021**

| | |
|---|---|
| **Elizabeth Sines, et al**<br>Plaintiff(s)<br><br>v.<br><br>**Jason Kessler, et al**<br>Defendant(s) | Counsel:  Roberta Kaplan, Karen Dunn, Michael Bloch, Alan Levine, William Isaacson, Jessica Phillips, David Mills, Emily Cole.<br><br>Counsel:  Bryan Jones, David Campbell, James Kolenich, Joshua Smith<br><br>Christopher Cantwell, pro se |

PRESENT:   JUDGE:          Norman K. Moon         TIME IN COURT: 12:11-12:18=7min; 2:17-2:48=31min Total 38min
            Deputy Clerk:      Heidi N. Wheeler/Susan Moody
            Court Reporter:    Lisa Blair

### LIST OF WITNESSES

| PLAINTIFF | DEFENDANT |
|---|---|
| 1. | 1. |

☒ Jury continues deliberations.
☒ Jury Verdict:
☐ Mistrial declared.
  ☐ Jury polled.          ☐ Polling waived.
  ☐ Mistrial declared     ☒ Jury discharged
☒ Motion after verdict:
☐ Deadlines set:

Additional Information:
Jury returns and continues with deliberations.

Question from jury.

Letter from Mr. Cantwell addressed.

Court informs the parties a verdict has been reached – As to Counts 1 and 2, the plaintiffs seek the Allen Charge. Arguments heard. Jury enters courtroom. Court asks for verdict.

Verdict read.

Court addresses the jury and they return to the jury room.

Ms. Kaplan addresses proposed motions for Default Judgment

Mr. Campbell moves to reduce the punitive damage award in accordance the Virginia cap. Mr. Smith joins.

Court will entertain motions.

Remarks by Court.

Jury returns for closing remarks and thanks of court. Jury discharged by Court.

Court adjourned with thanks to parties.