# LIST OF WITNESSES
Sines, et al v. Kessler, et al

3:17CV00027

Attorney: Kaplan, Dunn, Bloch, Levine, et al    Attorney: Kolenich, Campbell, Jones, et al

| PLAINTIFF | DEFENDANT: |
|---|---|
| 1. Natalie Romero (10/29) | 1. Samantha Froelich (Video Depo) 11/16 |
| 2. Devin Deshawn Willis (10/29-11/1) | 2. Richard A. Hamblen (11/17) |
| 3. Samantha Froelich (Video) (11/1-11/2) | 3. William Newberry |
| 4. Matthew Heimbach (11/2-11/3) | 4. Natalie Romero |
| 5. Diane D'Costa | 5. Devin Willis |
| 6. Deborah Lipstadt (Expert) | 6. |
| 7. Elliot Kline (Video) (11/3-11/4) | 7. |
| 8. Richard Spencer (11/4-11/5) | 8. |
| 9. Ike Baker (Video) | 9. |
| 10. Michael Hill | 10. |
| 11. Thomas Baker | 11. |
| 12. Dillon Hopper (Video) (11/8) | 12. |
| 13. Michael Tubbs | 13. |
| 14. Marissa Blair | 14. |
| 15. Thomas Rousseau (Video) | 15. |
| 16. Vasillios Pistolis (Video) | 16. |

## CONTINUATION OF WITNESS LIST

| | | |
|---|---|---|
| 17. | Chelsea Alvarado (11/9) | 17. |
| 18. | Mathew Parrott | 18. |
| 19. | Marcus Martin (11/10) | 19. |
| 20. | Seth Wispelwey | 20. |
| 21. | Nathan Damigo | 21. |
| 22. | Thomas Joseph Chesney(Video Depo)(11/10-11) | 22. |
| 23. | Peter George Simi(Expert) | 23. |
| 24. | April Muniz | 24. |
| 25. | Sharon Reavis (Expert) (11/12) | 25. |
| 26. | Elizabeth Sines | |
| 27. | Nadia Webb(Expert) | |
| 28. | Burt Colucci | |
| 29. | Jeff Schoep (11/12-15 by Zoom) | |
| 30. | Jason Kessler | |
| 31. | Christopher Cantwell(11/15-16) | |
| 32. | Ben Daley(Video Deposition) | |
| 33. | Brad Griffin(Video Deposition) | |
| 34. | | |
| 35. | | |
| 36. | | |
| 37. | | |

38.

39.

40.