Juror 275 -

Do we have to make a
judgement for or against
each defendant individually?

I will answer the question

FILED IN OPEN COURT
DATE: 10/28/2021
[signature]
DEPUTY CLERK

Dear Judge Moon

May we have a
dictionary tomorrow

Juror 164

CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILE, VA
FILED

NOV 1 8 2021

JULIA C. DUDLEY, CLERK
BY
DEPUTY CLERK

When the Jury is trying to decide the case - what hours do we have to stay? Does 9 to 5pm still apply.

168

CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILE, VA
FILED

NOV 18 2021

JULIA C. DUDLEY, CLERK
BY
DEPUTY CLERK

I do not require the jury to work past 5:00 p.m. during jury deliberations *unless* all jurors agree to do so.

Norman K. Moon
Judge 11/18/21
8:32 a.m.

CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILE, VA
FILED

NOV 1 8 2021

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

275

Can we get a hard copy of
medical expense summaries for
all plaintiffs?

# 275

FILED IN OPEN COURT
DATE: 11/19/21
DEPUTY CLERK

May I Keep my notes that I
have been taken when I leave?
If not, may that be explained
so I understand the reason?

Yes:

Nelson R Moon

11/19/27  12:37 p.m.

FILED IN OPEN COURT
DATE: 11/19/21
DEPUTY CLERK

Judge Moon

What is the definition of a
unlawful objective?

How is that different then an
unlawful purpose?

Juror 164

Purpose and objective are the
same for purposes w/ This case

Norman
11/19/21 2:39 P.M.

FILED IN OPEN COURT
DATE 11/19/21
DEPUTY CLERK

Does question 11, page 8, refer also to future expenses?

Yes Norm & Moon    # 275
Judge 11/19/21   12:11 P.M.

Do compensatory damages refer include future medical expenses

Yes                     #275

Norm R Moon
Judge 11/19/21
12:11 P.M.

FILED IN OPEN COURT
DATE: 11 19 21
DEPUTY CLERK

The court said Robert Ray and Elliot Klan has entered into an agreement to conspire in violence on August 11th and 12th. Is compensation the only decision we need to make?

~~See instruction 27~~

Matthew Heimbach was brought up concerning the same thing above. Did the court decide on this or does the jurors decide?

~~See instruction #28~~

~~Brian D. Mar, Judge~~
11/19/21   12:07 P.M.

FILED IN OPEN COURT
DATE: 11/19/21
[signature]
DEPUTY CLERK

~~You must complete the verdict~~
~~Form against~~

FILED IN OPEN COURT
DATE: 11/19/21
~~Wroo~~
DEPUTY CLERK

You can conspire with a non-Defendant. To have a conspiracy, a Defendant has to conspire with one or more people. The one or more people can be non-Defendants.

Kan P Moo
11/19/21  2:43 P.M.

Question #1 on page 1 of the verdict form refers to 42 U.S.C 1985 (3). It says "one or more" on question 1. 42 U.S.C 1985 (3). line 6 says "two or more"

We are struggling with the discrepancy. Should #1 on page 1 say "two or more"?

(#275)

FILED IN OPEN COURT
DATE: 11/19/21
DEPUTY CLERK

Judge Moon.
Does the Plaintiff have to prove all five elements for each person?

Juror 164

FILED IN OPEN COURT
DATE: 11/19/21
Munoz
DEPUTY CLERK

To hold a defendant liable, all
five elements must be proven with
respect to the conspiracy. With respect
to #4, only one member of the
conspiracy needs to have committed
an overt act, and with respect to
#5, only one member of the conspiracy
needs to have caused plaintiffs' injuries

Norm A Moon  Judge
11/19/21  3:23 p.m.

Can we take the final jury Instructions home with us to study it over the weekend

#275

FILED IN OPEN COURT
DATE: 11/19/21
DEPUTY CLERK

Can we have a transcript of
Matthew Parrott's testimony ?

#275

As instructed at the beginning
of the trial, transcripts of testimony
are not available, you must rely
upon the collective memory of the jury.

11/19/21  4:37 P.M.

FILED IN OPEN COURT
DATE: 11/19/21
DEPUTY CLERK

FILED IN OPEN COURT
DATE: 11/22/21
A. Wilcox
DEPUTY CLERK

November 22, 2021

On Friday, you requested the transcript of the testimony of a witness.  I told you that the transcript was not available.  However, if you have a specific question about a particular witness's testimony (or any portion of it), you may send the Court a note requesting that testimony, and the Court will consider reading back the requested testimony to the jury.

Norman K. Moon, J. Judge
11/22/21
9:23 a.m.

#275

Are words are form of violence?
(according to Federal Law)

CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

NOV 22 2021

JULIA C. DUDLEY, CLERK
BY: _____
DEPUTY CLERK

I refer you to instruction

#30. If that does not

answer your question,

which instruction are

you referring to.

Norman K. Moon,
Judge 11/22/21
11:48 a.m.

FILED IN OPEN COURT
DATE: 11/22/21

DEPUTY CLERK

# 275

Does Final Jury Instruction #32
apply ONLY to financial liability?

FILED IN OPEN COURT
DATE: 11/22/21
DEPUTY CLERK

No.   It   applies   to   all   Plaintiffs' claims   against Defendants.

This   is   not   a   negligence   case   and   negligence   defenses   do   not   apply.

Norm K Mo
Judge
11/22/21
10:22 a.m.

#275

If we cannot come to a unanimous decision on the first three claims, do we still decide on claims 4, 5 & 6?

CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILE, VA
FILED

NOV 22 2021

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

You should continue deliberating

in an effort to reach a unanimous

verdit on each count. See

instruction #39.

Jim R Moon

Judge 11/22/21

12:21 p.m.

## **Final Jury Instruction # 39**

## **Unanimous Verdict & Jury Deliberations**

Any verdict must represent the considered judgment of each juror. In order to return a verdict, it is necessary that each jury agree thereto. In other words, your verdict for each claim must be unanimous. Each claim should be considered separately; the failure to reach a unanimous verdict for one claim does not preclude you from reaching a unanimous verdict as to another claim.

It is your duty as jurors to consult with one another and to deliberate in an effort to reach agreement if you can do so without violence to individual judgment. Each of you must decide the case for yourself, but only after an impartial consideration of the evidence in the case with your fellow jurors. In the course of your deliberation, do not hesitate to re-examine your own views and change your opinion if convinced it is erroneous. But do not surrender your honest conviction as to the weight or effect of the evidence solely because of the opinion of your fellow jurors, or for the mere purpose of returning a verdict.

Remember, at all times you are not partisans. You are judges—judges of the facts. Your sole interest is to seek the truth from the evidence in the case.

FILED IN OPEN COURT
DATE: 11/24/21
DEPUTY CLERK

50

#275

We will need to return tomorrow.

OK. Tell us when before

you are ready to leave.

FILED IN OPEN COURT
DATE: 11/22/21

DEPUTY CLERK

Norman K. Moon
Judge

11/22/21
4:46 p.m.

#275

Under punitive damages for Claim 3, can we separate out the amount that is awarded to individual plaintiffs?

CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
NOV 23 2021
JULIA C. DUDLEY, CLERK
BY: _____
DEPUTY CLERK

NO. BUT ONLY THOSE PLAINTIFFS WHO

ARE AWARDED COMPENSATORY DAMAGES WILL

SHARE IN ANY PUNITIVE DAMAGES AWARD.

Hon Norman Judge
11/23/21  12:00p.m.

# 275

We have unanimously decided on claims 3, 4, 5 and 6.

After reviewing the Final Jury Instructions and discussing claims 1 and 2 at length, we are deadlocked.

We do not believe this will change.

FILED IN OPEN COURT
DATE: 11/23/21
DEPUTY CLERK

FILED IN OPEN COURT
DATE: 11/23/2021
_____
DEPUTY CLERK

11/23/21          2:13 p.m.

Complete the verdict form
in accordance with what you
have found. Then notify the
marshal. Then you will be
brought back into the court room

Nan R──mon
11/23/21   2:13 p.m.