District of Virginia

Charlottesville Division

CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

DEC 06 2021

JULIA C. DUDLEY, CLERK
BY: /s/ [signature]
DEPUTY CLERK

Sines, et al, Plaintiffs vs.
Kessler, et al, Defendants
Civil Action No. 3:17-cv-00072

Sworn Declaration of Christopher
Cantwell Dated 11-26-2021

I, Christopher Cantwell, do aver under
penalty of perjury on this 26th day
of November 2021, that the following is
true and correct.

1) My name is Christopher Cantwell and I am
an indigent, incarcerated, pro se Defendant
in the above styled case.

2) As of today, the most recent verdict
form I have seen in this case is
dated 11-17-2021, and filed as ECF 1450

3) As of today the most recent jury instructions
I have a printed copy of state that Plaintiffs
Sines, Blair, Muñiz, and Martin bring standalone
claims under 8.01-42.1, against me.

4) During this trial I have received approximately
10 or more USB drives through the postal
service at the Central Virginia Regional
Jail from Plaintiffs' counsel. I told Plaintiffs'
counsel and the Court that the jail provided
no means to view these materials, and they
kept coming anyway.

5) As best as I can tell, not all of these
materials were provided to me in Court.

Respectfully Submitted 11-26-2021 [signature]
Christopher Cantwell