| AO435 (Rev. 04/18; WDVA Rev. 11/19) | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS **TRANSCRIPT ORDER FORM** *Please Read Instructions on Page 2.* | | FOR COURT USE ONLY DUE DATE: |
|---|---|---|---|
| **1. REQUESTOR'S INFORMATION:** | NAME Matthew Hellman; Charlotte Cooper | | TELEPHONE NUMBER 212-637-2278; 646-499-1087 |
| DATE OF REQUEST 11/26/2021 | EMAIL ADDRESS *(Transcript will be emailed to this address.)* matthew.hellman@usdoj.gov; charlotte.cooper@usdoj.gov | | |
| MAILING ADDRESS 1 Saint Andrew's Plaza | | | CITY, STATE, ZIP CODE New York, NY 10007 |
| **2. TRANSCRIPT REQUESTED:** | NAME OF COURT REPORTER Lisa Blair OR CHECK HERE [ ] IF HEARING WAS RECORDED BY FTR | | |
| CASE NUMBER 3:17CV72 | CASE NAME Sines, et al. v. Kessler, et al. | | JUDGE'S NAME Judge Moon |
| DATE(S) OF PROCEEDING(S) 11/11/2021 | TYPE OF PROCEEDING(S) Jury Trial Day | | LOCATION OF PROCEEDING Virgina, Western District |
| REQUEST IS FOR: *(Select one)* | [ ] FULL PROCEEDING | OR | [ ] SPECIFIC PORTION(S) *(Must specify below)* |

SPECIFIC PORTION(S) REQUESTED *(If applicable)*:
We are looking for the testimony of the proposed extremism expert, Peter SImi. We are unclear exactly what day(s) he testified, but we are only interested in these portions. Please contact Charlotte Cooper (charlotte.cooper@usdoj.gov) with any questions.

**3. SERVICE TURNAROUND CATEGORY REQUESTED:**
*(See Page 2 for descriptions of each service turnaround category.)*

| | | |
|---|---|---|
| [ ] Ordinary (30-Day) | [ ] Daily | CLERKS OFFICE U.S. DIST. COURT AT ROANOKE, VA FILED 12/8/2021 JULIA C. DUDLEY, CLERK BY: s/S. Duffy DEPUTY CLERK |
| [ ] 14-Day | [ ] Hourly | |
| [ ] Expedited (7-Day) | [ ] RealTime | |
| [✓] 3-Day | | |

**4. CERTIFICATION:** By signing below, I certify that I will pay all charges (deposit plus additional).

| DATE 11/26/2021 | SIGNATURE Charlotte Cooper |
|---|---|

If you have any questions, please contact the court reporter coordinator at (540) 857-5152 or by email to CRC@vawd.uscourts.gov.

Transcript Fee Rates can be found on our website under Standing Orders at:
http://www.vawd.uscourts.gov/media/1576/transcripts2018-3.pdf

**NOTE:** Form must be flattened prior to electronically filing in CM/ECF so that all fillable fields can no longer be modified.