# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF VIRGINIA
### CHARLOTTESVILLE DIVISION

| | |
|---|---|
| ELIZABETH SINES, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> JASON KESSLER, *et al.*, <br><br> *Defendants.* | CASE NO. 3:17-cv-00072 <br><br> ORDER <br><br> JUDGE NORMAN K. MOON |

Upon notice that the parties have met and conferred, and agreed on the following briefing schedule for post-trial motions, the Court finds good cause shown for issuance of a Scheduling Order establishing that post-trial motions and memoranda be filed no later than the following dates:

| | |
|---|---|
| January 7, 2022 | Motions and supporting memoranda due |
| February 7, 2022 | Opposition memoranda due |
| February 22, 2022 | Reply memoranda due |

It is so **ORDERED**.

The Clerk of Court is directed to send a copy of this Order to the parties.

Entered this 8th day of December, 2021.

NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE