| AO435 (Rev. 04/18; WDVA Rev. 11/19) | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS<br>**TRANSCRIPT ORDER FORM** | FOR COURT USE ONLY<br>DUE DATE: |
|---|---|---|

*Please Read Instructions on Page 2.*

| 1. **REQUESTOR'S INFORMATION:** | NAME<br>Deborah Baker | TELEPHONE NUMBER<br>646 240 7609 |
|---|---|---|
| DATE OF REQUEST<br>12/17/21 | EMAIL ADDRESS *(Transcript will be emailed to this address.)*<br>dbakerghosh@hotmail.com | |
| MAILING ADDRESS<br>236 Carlton Avenue | | CITY, STATE, ZIP CODE<br>Brooklyn NY 11205 |
| 2. **TRANSCRIPT REQUESTED:** | NAME OF COURT REPORTER   LISA BLAIR<br><br>OR   CHECK HERE [ ]   IF HEARING WAS RECORDED BY FTR | |
| CASE NUMBER<br>3:17-cv-72 | CASE NAME<br>Sines v Kessler | JUDGE'S NAME<br>Judge Moon |
| DATE(S) OF PROCEEDING(S)<br>10/25/2021-11/30/2021 | TYPE OF PROCEEDING(S)<br>civil | LOCATION OF PROCEEDING<br>Charlottesville |
| REQUEST IS FOR: *(Select one)* | [✓] FULL PROCEEDING   OR | [ ] SPECIFIC PORTION(S) *(Must specify below)* |

SPECIFIC PORTION(S) REQUESTED *(If applicable)*:

3. **SERVICE TURNAROUND CATEGORY REQUESTED:**
   *(See Page 2 for descriptions of each service turnaround category.)*

[✓] Ordinary (30-Day)        [ ] Daily
[ ] 14-Day                   [ ] Hourly
[ ] Expedited (7-Day)        [ ] RealTime
[ ] 3-Day

4. **CERTIFICATION:** By signing below, I certify that I will pay all charges (deposit plus additional).

| DATE<br>12/17/2021 | SIGNATURE<br>*Deborah Baker* |
|---|---|

If you have any questions, please contact the court reporter coordinator at (540) 857-5152 or by email to CRC@vawd.uscourts.gov.

Transcript Fee Rates can be found on our website under Standing Orders at:
http://www.vawd.uscourts.gov/media/1576/transcripts2018-3.pdf

**NOTE:** Form must be flattened prior to electronically filing in CM/ECF so that all fillable fields can no longer be modified.