In The United States District Court For the Western District of Virginia Charlottesville Division

Sines, et al, Plaintiffs v.
Kessler, et al, Defendants
Civil Case No. 3:17-cv-00072

CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
DEC 17 2021
JULIA C. DUDLEY, CLERK
BY: /s/ [signature]
   DEPUTY CLERK

Dear Judge Moon,

Today, December 9th 2021, I, Christopher Cantwell, received the Court's order regarding the briefing schedule for post trial motions, ECF 1496, dated 12-8-2021.

The order states that "upon notice that the parties have met and conferred, and agreed on the following" the Court finds good cause shown for the schedule.

I write to note for the record that, much like countless other supposed agreements throughout this litigation, I was not consulted at all. In fact after checking the law library kiosk at the Central Virginia Regional Jail, I was under the impression that a much shorter deadline loomed for post trial motions, and that the court lacked the power to extend such deadlines.

With this as my only source of information, and having no way of knowing when I'd be returned to USP Marion, and consequently

stripped of all my papers for the 5th and maybe 6th times this year, I wasted no time in preparing and mailing to the Court my motion for judgement as a matter of law, or a new trial, or remittitur.

As of this writing, I do not even have my own copy of the actual verdict. The information stated in my motion was obtained by phone.

I have not spoken with Plaintiffs' counsel since I left the courtroom, and none of the parties have sent me any mail since the verdict was returned. Though, I suppose the possibility exists there is mail waiting for me in Illinois, but I have no way of knowing when I'll be returned thereto.

These being the circumstances, and they being well beyond my control, I ask the Court remind the parties that I have interests at stake in this case, and have not checked my email since January of 2020.

I have no objection to the proposed schedule, but I'll have a hard time preparing opposition or reply memoranda if this troubling and familiar pattern of exclusion persists as it has for nearly two entire years.

I also hope that, given this surprise extension of post trial deadlines was only brought to my attention today, the Court will accept from me a supplement to my prior filing, should the need arise, or an amended version.

Respectfully Submitted,
Christopher Cantwell
12-9-2021

Christopher Cantwell
Inmate #0942171
Central Virginia Regional Jail
13021 James Madison HWY
Orange, VA 22960

Office of the Clerk
U.S. District Court for the
Western District of Virginia
Charlottesville Division
255 West Main Street Room 304
Charlottesville VA 22902

Central Virginia Regional Jail neither censored nor inspected this item therefore Central Virginia Regional Jail does not assume responsibility for its content.