In the United States District Court for
the Western District of Virginia
Charlottesville Division

Sines et al, Plaintiffs vs.
Kessler et al, Defendants
Civil Action No. 3:17-cv-00072

Dear Judge Moon,

On this 13th day of December, 2021 I Christopher Cantwell, was summoned by staff at the Central Virginia Regional Jail for some legal mail. The mail turned out to be ECFs 1985 and 1986, one report and one order by Judge Hoppe, pertaining to Plaintiffs' motions for attorney's fees. The Court considered the motions unopposed because nobody responded within 14 days, as of 12-1-2021.

I thought it worth noting that, while I recall some much earlier back and forth on this subject, I have not gotten any mail from the Plaintiffs since the trial ended. I don't suppose I'm in any position to argue against the motions at issue, and I am not particularly concerned with my codefendants' finances. But I sure do hope the Court does not rule on any more allegedly "unopposed" motions which imperil my interests, because this familiar pattern of excluding me from correspondence in this case, seems

-1-

to be responding to the incentives of its being permitted.

Respectfully Submitted,
Christopher Cantwell
12-13-2021

Central Virginia Regional Jail neither censored nor inspected this item therefore Central Virginia Regional Jail does not assume responsibility for its content.

Christopher Cantwell
Inmate #042171
Central Virginia Regional Jail
13021 James Madison Hwy
Orange, VA 22960

Office of the Clerk
U.S. District Court for the
Western District of Virginia
255 West Main Street
Room 304
Charlottesville, VA 22902