In the United States District Court For The Western District of Virginia

Charlottesville Division

Sines, et al, Plaintiffs vs.
Kessler et al, Defendants
Civil Action: 3:17-cv-00072

EMERGENCY Defendant's Motion To Compel The Central Virginia Regional Jail To Provide Him With Law Library Access

Comes now, the Defendant, Christopher Cantwell, and he moves this Court to compel his captors to provide him with law library access. In support he states as follows:

1.) As sworn in Cantwell's 12-16-2021 declaration, Cantwell was deprived of law library access at the Central Virginia Regional Jail -CVRJ-, shortly after the jury's verdict.

2.) Said deprivation was not based on any wrongdoing by Cantwell.

3.) Exhausting administrative procedure may take longer than deadlines for post trial motions permit.

-1-

4.) Cantwell needs law library access to understand and respond to said post trial motions.

5.) This deprivation follows a very long and egregious pattern of abuse ~~which~~ by the Government to interfere in Cantwell's ability to litigate this matter.

For ~~the foregoing~~ these reasons, the Court should compel the Central Virginia Regional Jail to provide Cantwell with Law Library access.

Respectfully Submitted,
Christopher Cantwell
12-16-2021

-2-

Christopher Cantwell
Inmate #0112171
Central Virginia Regional Jail
13021 James Madison Hwy
Orange, VA 22960

Office of the Clerk
For the
U.S District Court for the
Western District of Virginia
Charlottesville Division
255 West Main Street Room 304
Charlottesville, VA

Central Virginia Regional Jail neither censored nor inspected this item therefore Central Virginia Regional Jail does not assume responsibility for its content.