In the United States District Court for the Western District of Virginia
Charlottesville Division

Sines, et al, Plaintiffs vs.
Kessler, et al, Defendants
Civil Action 3:17-cv-00072

December 16th 2021 Sworn Declaration of Christopher Cantwell Regarding Conditions at the Central Virginia Regional Jail

I, Christopher Cantwell, do aver under penalty of perjury that the following is true and correct

1.) My name is Christopher Cantwell and I am an indigent, incarcerated, pro se Defendant in the above styled case.

2.) I have been housed at the Central Virginia Regional Jail -CVRJ- since being transported to this district for trial.

3.) Upon arrival here, I was quarantined in Unit N.

4.) After quarantine I was moved to Unit D

5.) Both Units N and D had a wall mounted

-1-

Kiosk which, among other things, provided electronic access to a law library application.

6.) After the jury's surprising verdict, I used the law library to research post trial motions, and was thereby led to believe I had 10 days to file my post trial motion.

7.) Accordingly, I completed the motion on November 29th and mailed it November 30th.

8.) On or about December 2nd, I was removed from Unit D by CVRJ staff with no explanation of why, and subsequently moved to "Seg" - Segregation.

9.) In segregation, I had no access to the law library kiosk.

10.) While in Seg, I received the Court's order regarding extended deadlines for post trial motions, and sent the Court a letter in response thereto.

11.) As of 12-16-2021 I have received no correspondence from Plaintiffs' counsel after trial.

-2-

12.) On or about December 13th I was moved from Seg to Unit C.

13.) Unit C was 23 Hour Lockdown, but during my hour out of my cell I had access to the law library Kiosk.

14.) On or about December 15th I was visited by classification and notified that I had been moved "because of [my] case". I was told that I had a right to attend a hearing if I wanted to appeal my designation to this unit.

15.) Based on the housing unit I was in, I signed a form waiving my right to that hearing.

16.) On December 16th (VRJ) staff told me to pack my things because I was being moved to "Flex".

17.) Upon being moved to "Flex" I discovered I had no Kiosk access. No desk. No chair, save for the toilet. No window. No way to tell the time. No AM or FM radio reception. And limited phone access.

—3—

18.) At no point during my stay at this facility have I knowingly violated any rule thereof.

19.) During my stay at this facility I have been cooperative and respectful with all facility staff.

20.) During my stay at this facility I have been respectful of other inmates and kept to myself as much as possible in a conscious effort to avoid trouble.

21.) I have not been informed of any allegation of wrongdoing on my part.

22.) I ~~can think of An~~ have submitted a written request to Classification asking to be moved back to Unit C or to meet with Classification because the form does not have space for a more detailed description.

Respectfully Submitted
Christopher Cantwell
12-16-2021

-4-

Christopher Cantwell
Inmate #401217
Central Virginia Regional Jail
13021 James Madison Hwy
Orange, VA 22960

Office of the Clerk
U.S District Court For the
Western District of Virginia
Charlottesville Division
255 West Main Street Room 304
Charlottesville, VA

RICHMOND VA 230
17 DEC 2021 PM 2 L

Central Virginia Regional Jail neither censored nor inspected this item therefore Central Virginia Regional Jail does not assume responsibility for its content.