# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
# CHARLOTTESVILLE DIVISION

| | |
|---|---|
| ELIZABETH SINES, *et al.*, | CASE NO. 3:17-cv-00072 |
| *Plaintiffs*, | |
| v. | ORDER |
| JASON KESSLER, *et al.*, | JUDGE NORMAN K. MOON |
| *Defendants*. | |

Defendant Christopher Cantwell, proceeding *pro se*, has filed a motion to compel the Central Virginia Regional Jail ("CVRJ") to provide him with law library access, which motion was dated December 16, 2021 and was docketed December 20, 2021. Dkt. 1502. Because the Court has been informed by the U.S. Marshal's Service that Mr. Cantwell has been transported back to and has arrived at USP Marion, Mr. Cantwell's motion for law library access at CVRJ will be **DENIED as moot**.

It is so **ORDERED**.

The Clerk of Court is directed to send a copy of this Order to the parties.

Entered this 22nd day of December, 2021.

*[signature]*
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE