In The United States District Court For The Western District of Virginia Charlottesville Division

Sines, et al, Plaintiffs, vs.
Kessler, et al, Defendants
Civil Action 3:17-cv-00072

CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
12/22/2021
JULIA C. DUDLEY, CLERK
BY: H. Wheeler
DEPUTY CLERK

Defendant's Change of Contact

Comes now the Defendant, Christopher Cantwell, and he writes to inform the Court and the parties of a change in his contact information.

Cantwell was transported back to USP Marion on December 20th 2021, and can now be reached via postal mail at

Christopher Cantwell
Inmate # 00991-509
USP Marion
4500 Prison Road
P.O. Box 2000
Marion, IL 62959

Respectfully Submitted,
Christopher Cantwell
12-21-2021