In the United States District Court for the Western District of Virginia
Charlottesville Division

Sines, et al, Plaintiffs vs.
Kessler, et al, Defendants
Civil Action 3:17-CV-00072

CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
DEC 27 2021
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

December 18th Sworn Declaration of Christopher Cantwell Regarding Correspondence

I, Christopher Cantwell, do aver under penalty of perjury that the following is true and correct.

1.) My name is Christopher Cantwell and I am an indigent, incarcerated pro se Defendant in the above styled case

2.) On 12-18-2021 I received Document Number 1497 from the Court, an oral order granting Plaintiffs' request for more time to respond to my post trial motion for judgment as a matter of law, or a new trial, or remittitur.

3.) As of today I have received precisely zero post trial correspondence from Plaintiffs' counsel and I have not been able to reach Mr. Bloch by phone.

- 1 - Declaration

4.) Consequently, I have not seen Plaintiffs' motion for an extension of time, or any of the correspondence leading to the Court's December 8th scheduling order.

Having so averred, I sayeth no more under oath.

Respectfully Submitted,
Christopher Cantwell
12-18-2021

-2- Declaration

Christopher Cantwell
Inmate #0592171
Central Virginia Regional Jail
13021 James Madison Hwy
Orange, VA 22960

Office of the Clerk
U.S. District Court for the
Western District of Virginia
Charlottesville Division
255 West Main Street Room 304
Charlottesville, VA

RICHMOND VA 230
20 DEC 2021 PM 6 L

Central Virginia Regional Jail neither censored nor inspected this item therefore Central Virginia Regional Jail does not assume responsibility for its content.