In The United States District Court
For The Western District of Virginia
Charlottesville Division

Sines, et al, Plaintiffs vs
Kessler et al, Defendants
Civil Action 3:17-cv-00072

Defendant's Objection To Document 1497

Comes now the Defendant, Christopher Cantwell he makes the following objection to the Court's December 10th order granting Plaintiffs until February 7th to respond to his motion for Judgment as a matter of law, or a new trial or remittitur.

1.) As stated in his sworn declaration dated 12-18-2021, Cantwell has received the Court's decision on a motion not served on him by Plaintiffs' Counsel.

2.) As stated in a prior sworn declaration, Cantwell was excluded from correspondence in creating the Court's December 8th scheduling order as well.

3.) As stated in Cantwell's 12-16-2021 declaration, the Central Virginia Regional Jail deprived Cantwell of law library access. This motion

4.) As is well documented throughout this litigation, the pattern of Plaintiffs' counsel excluding Cantwell from correspondence in this case, complimented by government interference in Cantwell's struggle to present his defense, is too familiar and prolonged for this Court to continue ignoring.

5.) For these reasons, the Court should reconsider and reverse it's 12-10-2021 decision, ECF 1497.

6.) Any post trial motions filed by Plaintiffs' counsel should be striken from the record.

7.) Cantwell's motion for Judgment as a matter of law should be treated as unopposed.

Respectfully Submitted,
Christopher Cantwell
12-18-2021

Christopher Cantwell
Inmate # 09271
Central Virginia Regional Jail
13021 James Madison HWY
Orange, VA 22960

RICHMOND VA 230
20 DEC 2021 PM 6 L

Office of the Clerk
U.S. District Court for the
Western District of Virginia
Charlottesville Division
255 West Main Street Room 304
Charlottesville, VA

Central Virginia Regional Jail Heimer censored nor inspected this item therefore Central Virginia Regional Jail does not assume responsibility for its content.