Case 3:17-cv-00072-NKM-JCH   Document 1512   Filed 12/29/21   Page 1 of 2   Pageid#: 27902

CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
12/29/2021
JULIA C. DUDLEY, CLERK
BY: H. Wheeler
DEPUTY CLERK

In The United States District Court For The Western District of Virginia Charlottesville Division.

Sines, et al, Plaintiffs, vs.
Kessler, et al, Defendants
Civil Action 3:17-cv-00072

Second Sworn Declaration of Christopher Cantwell Regarding Transport and Quarantine, Dated 12-28-2021

I, Christopher Cantwell, do aver under penalty of perjury that the following is true and correct, on this 28th day of December 2021

1.) In my prior sworn declaration dated December 21st 2021 I stated accurately that Case Manager Simpkins said he should be able to get me access to my legal papers, *While in quarantine* contradicting a December 20th statement by USP Marion staff at Receiving + Departures.

2.) On December 22nd, Case Manager Simpkins informed me this would not be possible, after all. *Until after quarantine*

3.) On December 21st Case Manager Simpkins told me I could use the "discovery computer" for law library while in quarantine.

4.) On December 28th Officer Cook informed me that this computer was not on the unit, and would be

unavailable until sometime in January.

5.) As of 11:00pm on December 28th, USP Marion has not delivered any mail to me since my December 20th return.

Having so averred, I sayeth no more under oath.

Respectfully Submitted,
Christopher Cantwell
12-28-2021

*C Cant* [signature]