In The United States District Court For
The Western District of Virginia
Charlottesville Division
Sines, et al, Plaintiffs vs.
Kessler, et al, Defendants
Civil Action 3:17-cv-00072

CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILE, VA
FILED
1/5/2022
JULIA C. DUDLEY, CLERK
BY: H. Wheeler
DEPUTY CLERK

1-5-2022 Letter from Defendant Cantwell to the Court.

Dear Judge Moon,

Thank you for the 30 day extension to file post trial motions. As I've noted elsewhere, circumstances beyond my control continue to impede my participation in this litigation. Hopefully we can resolve some of those problems before that 30 day window expires.

Unfortunately, this will almost certainly not be the case without the Court's intervention. Knowing this in part motivated me to decline the pretrial motion to sever. As long as these well documented abuses are allowed to persist, time extensions only prolong the abuse I am being subjected to.

The clearest example of this is in the CMU's refusal to let me access my legal papers using the excuse of COVID quarantine. I pay close attention to the news, and I've seen some very silly things blamed on this virus, but this obviously served no medical purpose especially when one observes the physical confines of the CMU quarantine, which create but a few feet of distance

-1-

between quarantined and non-quarantined individuals, through bars spaced 4 inches apart.

But while the quarantine scam is the clearest, it is not particularly unique to me, and is in any case temporary. The more specific and persistent issue is a peculiar prohibition on me possessing these documents without any such pretenses, stating only that these matters of highly publicized public record are "sensitive".

Perhaps somebody should tell that to CNN. While a formal explanation of what is so "sensitive" about these documents has yet to be provided, there have been hints that the concern is racial tensions in the housing unit. But it is no secret that I participated in the Unite the Right rally. The thing most CNN viewers are still in the dark about is that the Plaintiffs failed to prove their racially motivated violent conspiracy, owing in part to its non-existence. My African American neighbors are thus left with the ill-informed impression that I am in prison for conspiring to kill black people to whom I am now in debt for $25,000,000.

Heaven forbid I show them their error, that might create undesirable race relations.

-2-

Beyond the prohibition on my possession of the documents, the so-called "Counter Terrorist Unit" or, CTU, insists on "clearing" documents before I am even allowed to know they've been delivered, much less see them. While the secrecy of delivery dates makes it impossible for me to know how long this clearance takes, I have been able to discern that some have been delayed at least 3 weeks. The Plaintiffs' insistence that they repeatedly sent me their exhibits lists, combined with the fact that I did not see any such thing until the third revision was handed to me in Court, seems to suggest some documents are finding their way to the Orwellian memory hole without me or the sender being notified.

If we severed the trials and delayed things 30 years, it would still be impossible to litigate under these circumstances. Of course I'll be released before then, but I have a right to defend myself against abuses of the legal system such as this, even while incarcerated, and that right is clearly being violated.

I come to Court more or less prepared to prevail on the federal

conspiracy claims, in so far as I could show that I conditioned my participation in these events on coordination with law enforcement, and was familiar with the video of my conduct from my criminal matter in Albemarle County.

The trial preparations that were sabotaged prevented me from fully understanding Counts 3 and 4, and that is where the jury found liability.

Now as I attempt to right this wrong in post trial matters, I meet the same resistance I sought the Court's assistance with in the pretrial phase.

To effectively participate, I need full time possession of a trial transcript, and the Courts decisions on my pretrial motions at a minimum. Ideally I should have the docket and all it's entries subsequent to my October 5th transport, and whatever was withheld from me prior to, and the operative complaint.

Failing these provisions, I wish to preserve for appeal these concerns, as well as the arguments from my motions in limine which were denied as untimely dispositive

-4-

motions, and whatever concerns I raised before and during trial which I am currently unable to reference for lack of access to documents.

Thank you for your consideration.

Respectfully Submitted,
Christopher Cantwell
January 5th 2022