IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | | |
|---|---|---|
| ELIZABETH SINES et al., | ) | |
|     Plaintiffs, | ) | Civil Action No. 3:17-cv-00072 |
| | ) | |
| v. | ) | <u>ORDER</u> |
| | ) | |
| JASON KESSLER et al., | ) | By:    Joel C. Hoppe |
|     Defendants. | ) |          United States Magistrate Judge |

This matter is before the Court on Defendant Christopher Cantwell's pro se "Motion to Extend Post Trial Deadlines by 60 Days and Provide Documents," ECF No. 1508. Plaintiffs do not oppose giving all parties additional time to complete post-trial briefing. ECF No. 1509. Accordingly, the deadlines provided in the post-trial Scheduling Order, ECF No. 1496, are hereby MODIFIED as follows:

| | |
|---|---|
| February 7, 2022 | Motions and supporting memoranda due |
| March 7, 2022 | Opposition memoranda due |
| March 21, 2022 | Reply memoranda due |

Any party that filed a post-trial motion and supporting memorandum on or before January 7, 2022, may, but is not required to, supplement its filing by the extended deadline.

Defendant Cantwell's motion, ECF No. 1508, is **GRANTED in part** to the extent consistent with this Order and **DENIED without prejudice** in all other respects. The Clerk of Court is directed to send a copy of this Order to counsel of record, pro se parties, and Defendant Cantwell's counselor at USP Marion.

    IT IS SO ORDERED.

                                                      ENTER: January 10, 2022

Joel C. Hoppe
U.S. Magistrate Judge