In The United States District Court
For The Western District of Virginia
Charlottesville Division

Sines, et al, Plaintiffs vs.
Kessler, et al, Defendants
Civil Action 3:17-CV-00072

CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
1/13/2022
JULIA C. DUDLEY, CLERK
BY: H. Wheeler
DEPUTY CLERK

January 11th 2022 Letter from Defendant Cantwell to the Court

Dear Judge Moon,

Today I received Plaintiffs' December 27th letter, ECF 1509.

In it, Plaintiffs state that they oppose my motion to strike their unserved filings and treat my post trial motion as unopposed because they "obviously have no control" over my whereabouts and access to documents.

Notably, they do not dispute the fact that they falsely informed the court that they had conferred and obtained agreement on their proposed post trial schedule. They do not, in this letter, so much as claim to have tried to confer. They simply take advantage of the situation and welcome the opportunity to continue abusing process, gaining once again an unfair head start over a powerless impoverished opponent.

I suppose nobody can blame them for doing so at this point, they are simply responding to incentives, since they have

-1-

learned through experience that they will suffer no penalties for disregarding the Federal Rules of Civil Procedure as long as they call their opponents racists loudly and frequently enough.

By doing so, they've made an absolute mockery of these proceedings. The whole point of 1985(3) is that blacks and their Republican supporters lacked other recourse to the law, because, then, like now, Democrats corruptly deny their opponents protection of the law.

Sadly, the targets of their enmity today have even less power than blacks did at the time of the law's passage.

cc [scribbled out text]

Submitted,
Christopher Cantwell
1-11-2022

C. [signature]

-2-