IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | | |
|---|---|---|
| ELIZABETH SINES et al., | ) | |
| Plaintiffs, | ) | Civil Action No. 3:17-cv-00072 |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| JASON KESSLER et al., | ) | By:   Joel C. Hoppe |
| Defendants. | ) | United States Magistrate Judge |

This matter is before the Court on Defendant Christopher Cantwell's pro se "Motion to Extend All Post Trial Deadlines by 12 Months." ECF No. 1528. The Court previously granted all parties additional time to file post-trial motions and complete briefing. Order of Jan. 10, 2022, ECF No. 1523; *see* Order of Dec. 8, 2021, ECF No. 1496. The deadlines provided in the Court's Order of January 10, 2022, ECF No. 1523, are hereby MODIFIED as follows:

| | |
|---|---|
| March 9, 2022 | Motions and supporting memoranda due |
| April 6, 2022 | Opposition memoranda due |
| April 20, 2022 | Reply memoranda due |

Further requests for extensions of time are strongly discouraged. Defendant Cantwell's motion, ECF No. 1528, is **GRANTED in part** to the extent consistent with this Order and **DENIED without prejudice** in all other respects. The Clerk of Court is directed to send a copy of this Order to counsel of record, pro se parties, and Defendant Cantwell's counselor at USP Marion.

IT IS SO ORDERED.

ENTER: February 2, 2022

Joel C. Hoppe
U.S. Magistrate Judge