| AO435 (Rev. 04/18; WDVA Rev. 11/19) | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS **TRANSCRIPT ORDER FORM** | FOR COURT USE ONLY DUE DATE: |
|---|---|---|

*Please Read Instructions on Page 2.*

| 1. **REQUESTOR'S INFORMATION:** | NAME: Patricia Roberts-Miller | TELEPHONE NUMBER: 512-922-8436 |
|---|---|---|
| DATE OF REQUEST: 1/31/22 | EMAIL ADDRESS (*Transcript will be emailed to this address.*) patriciarobertsmiller@gmail.com | |
| MAILING ADDRESS: 2900 Silverleaf Drive | | CITY, STATE, ZIP CODE: Austin TX 78757 |

| 2. **TRANSCRIPT REQUESTED:** | NAME OF COURT REPORTER: Mary J. Butenschoen  OR  CHECK HERE [ ] IF HEARING WAS RECORDED BY FTR | |
|---|---|---|
| CASE NUMBER: 3:17-cv-00072 | CASE NAME: Sines v. Kessler | JUDGE'S NAME: Norman K. Moon |
| DATE(S) OF PROCEEDING(S): 10/25-11/23/2021 | TYPE OF PROCEEDING(S): Civil | LOCATION OF PROCEEDING: Charlottesville (VA WD) |

REQUEST IS FOR: (*Select one*)   [ ] FULL PROCEEDING   OR   [✓] SPECIFIC PORTION(S) (*Must specify below*)

SPECIFIC PORTION(S) REQUESTED (*If applicable*):
Opening statement of Richard Spencer 10/28/2021

3. **SERVICE TURNAROUND CATEGORY REQUESTED:**
(*See Page 2 for descriptions of each service turnaround category.*)

[✓] Ordinary (30-Day)
[ ] 14-Day
[ ] Expedited (7-Day)
[ ] 3-Day

[ ] Daily
[ ] Hourly
[ ] RealTime

CLERKS OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED
2/9/2022
JULIA C. DUDLEY, CLERK
BY: s/S. Duffy
DEPUTY CLERK

4. **CERTIFICATION:** By signing below, I certify that I will pay all charges (deposit plus additional).

| DATE: 1/31/2022 | SIGNATURE: Patricia Roberts-Miller |
|---|---|

If you have any questions, please contact the court reporter coordinator at (540) 857-5152 or by email to CRC@vawd.uscourts.gov.

Transcript Fee Rates can be found on our website under Standing Orders at:
http://www.vawd.uscourts.gov/media/1576/transcripts2018-3.pdf

**NOTE:** Form must be flattened prior to electronically filing in CM/ECF so that all fillable fields can no longer be modified.



Jim & Trish Roberts-Miller
2100 Silverleaf Dr.
[Austin, TX 78727]

AUSTIN TX 786
2 FEB 2022 PM 2 L

24011-220840

Clerk's Office
U.S. District Court
210 Franklin Rd SW Ste 540
Roanoke VA 24011





RECEIVED

FEB 09 2022

USDC Clerk's Office
Mail Room