RECEIPT - ADMINISTRATIVE REMEDY

DATE: JANUARY 21, 2022

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      MARION USP

TO  : CHRISTOPHER CANTWELL, 00991-509
      MARION USP    UNT: I    QTR: I03-013L

THIS ACKNOWLEDGES THE RECEIPT OF THE ADMINISTRATIVE REMEDY REQUEST
IDENTIFIED BELOW:

```
REMEDY ID      : 1096954-F1
DATE RECEIVED  : OCTOBER 5, 2021
RESPONSE DUE   : OCTOBER 25, 2021
SUBJECT 1      : COMMUNICATION MANAGEMENT UNIT
SUBJECT 2      : OTHER LEGAL
```

REJECTION NOTICE - ADMINISTRATIVE REMEDY

DATE: JANUARY 24, 2022

FROM: ADMINISTRATIVE REMEDY COORDINATOR
      NORTH CENTRAL REGIONAL OFFICE

TO  : CHRISTOPHER CANTWELL, 00991-509
      MARION USP    UNT: I    QTR: I03-013L
      P.O. BOX 2000
      MARION, IL 62959

FOR THE REASONS LISTED BELOW, THIS REGIONAL APPEAL
IS BEING REJECTED AND RETURNED TO YOU. YOU SHOULD INCLUDE A COPY
OF THIS NOTICE WITH ANY FUTURE CORRESPONDENCE REGARDING THE REJECTION.

REMEDY ID      : 1096954-R1      REGIONAL APPEAL
DATE RECEIVED  : JANUARY 21, 2022
SUBJECT 1      : COMMUNICATION MANAGEMENT UNIT
SUBJECT 2      : OTHER LEGAL
INCIDENT RPT NO:

REJECT REASON 1: YOUR APPEAL IS UNTIMELY. REGIONAL APPEALS (BP-10)
                 MUST BE RECEIVED WITHIN 20 DAYS OF THE WARDEN/CCM
                 RESPONSE OR RECEIPT OF THE DHO REPORT. THIS TIME
                 INCLUDES MAIL TIME.


RECEIVED FEB 0 4 2022 BY: MW

Type or use ball-point pen. If attachments are needed, submit four copies. One copy of the completed BP-229(13) including any attachments must be submitted with this appeal.

From: __Cantwell, Christopher, C__   __00991-509__   __F__   __Marion__
LAST NAME, FIRST, MIDDLE INITIAL   REG. NO.   UNIT   INSTITUTION

**Part A - REASON FOR APPEAL** I was out on a writ when this was answered in November 2021, and only got it on January 3rd 2022. I am a pro se Defendant in a civil lawsuit, in the Western District of Virginia. Sines v. Kessler 3:17-cv-00072-NKM. My legal mail is being intercepted and kept from me, I am told this is because it is "Sensitive". I have had well documented problems in court because I am not even informed that the mail arrives. It is held for "review" by CTU, sometimes for several weeks, and during those weeks, decisions are made by the court per a 2 week scheduling order. I am then only allowed to view the documents in the presence of my case manager who is only here a breif period 4 days a week. The material is not pornographic or gang related. The case went to trial and returned a mixed verdict. I need my documents for post trial motions and appeal.

1-12-2022
DATE                                                                 SIGNATURE OF REQUESTER

**Part B - RESPONSE**

RECEIVED
JAN 21 2022
REGIONAL DIRECTOR'S OFFICE
NORTH CENTRAL REGION

_____          _____
DATE                                                                 REGIONAL DIRECTOR

If dissatisfied with this response, you may appeal to the General Counsel. Your appeal must be received in the General Counsel's Office within 30 calendar days of the date of this response.

ORIGINAL: RETURN TO INMATE                              CASE NUMBER: __1096954R1__

**Part C - RECEIPT**

CASE NUMBER: _____

Return to: _____
LAST NAME, FIRST, MIDDLE INITIAL    REG. NO.    UNIT    INSTITUTION
SUBJECT: _____

_____          _____
DATE                                                                 SIGNATURE, RECIPIENT OF REGIONAL APPEAL

FPI-PEPR   PRINTED ON RECYCLED PAPER                                   BP-230(13)
                                                                       JUNE 2002