| AO435 (Rev. 04/18; WDVA Rev. 11/19) | ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS **TRANSCRIPT ORDER FORM** *Please Read Instructions on Page 2.* | FOR COURT USE ONLY DUE DATE: |
|---|---|---|

| 1. **REQUESTOR'S INFORMATION:** | NAME Richard Bertrand Spencer | TELEPHONE NUMBER 406-314-8009 |
|---|---|---|
| DATE OF REQUEST December 16, 2021 | EMAIL ADDRESS *(Transcript will be emailed to this address.)* richardbspencer@icloud.com | |
| MAILING ADDRESS 734 Clearwater Dr. | | CITY, STATE, ZIP CODE Whitefish MT 59937 |

| 2. **TRANSCRIPT REQUESTED:** | NAME OF COURT REPORTER Lisa Blaire  OR   CHECK HERE [ ]   IF HEARING WAS RECORDED BY FTR | |
|---|---|---|
| CASE NUMBER 3:17-cv-00072-NKM-JCH | CASE NAME Sines vs. Kessler | JUDGE'S NAME Moon |
| DATE(S) OF PROCEEDING(S) Oct 25 - Nov. 23, 2021 | TYPE OF PROCEEDING(S) Civil trial | LOCATION OF PROCEEDING Charlottesville, Virginia |

REQUEST IS FOR: *(Select one)*  [✔] FULL PROCEEDING   OR   [ ] SPECIFIC PORTION(S) *(Must specify below)*

SPECIFIC PORTION(S) REQUESTED *(If applicable)*:

3. **SERVICE TURNAROUND CATEGORY REQUESTED:**
*(See Page 2 for descriptions of each service turnaround category.)*

[ ] Ordinary (30-Day)           [ ] Daily
[ ] 14-Day                      [ ] Hourly
[ ] Expedited (7-Day)           [ ] RealTime
[✔] 3-Day

4. **CERTIFICATION:** By signing below, I certify that I will pay all charges (deposit plus additional).

| DATE December 22, 2021 | SIGNATURE *Richard Spencer* |
|---|---|

If you have any questions, please contact the court reporter coordinator at (540) 857-5152 or by email to CRC@vawd.uscourts.gov.

Transcript Fee Rates can be found on our website under Standing Orders at:
http://www.vawd.uscourts.gov/media/1576/transcripts2018-3.pdf

**NOTE:** Form must be flattened prior to electronically filing in CM/ECF so that all fillable fields can no longer be modified.