In The United States District Court
For The Western District of Virginia
Charlottesville Division

Sines, et al, Plaintiffs vs.
Kessler et al, Defendants
Civil Action 3:17-CV-0007[2]

2-15-2022 Letter from Defendant Cantwell to the Court

Dear Judge Moon,

On February 15th I asked Case Manager Simpkins to electronically deliver my February 10th letter to the Court. Mr. Simpkins said he could no longer assist me in this way, and I would be limited to using postal mail.

I had previously moved that the Court enjoin the BOP from delaying my time sensitive communications with the Court. Judge Hoppe denied the motion as moot, after your order granting me leave to file electronically.

The government has not been subtle in their interference with this litigation. Mail is held for weeks sometimes and even when documents are "delivered" my access to them is absurdly limited.

I hope the Court will reconsider my motion to delay deadlines by 12 months.

Respectfully Submitted, Christopher Cantwell
2-15-2022