Christopher Cantwell
Inmate #00441-509
USP Marion
4500 Prison Rd
PO Box 2000
Marion, IL 62959

Office of the Clerk
U.S. District Court
For the Western District of VA
Charlottesville Division
255 West Main St Room 304
Charlottesville VA 22902