In The United States District Court
For The Western District of Virginia
Charlottesville Division
Sines, et al, Plaintiffs, vs
Kessler, et al, Defendants
Civil Action 3:17-cv-00072

2-10-2022 Letter from Defendant Cantwell to the Court, Appealing Document #1531

Dear Judge Moon,

On this 10th day of February I received ECF 1530, dated 1-27-2022, Plaintiffs opposition to my motion to delay deadlines by 12 months, and ECF 1531, the Court's decision on the same, dated 2-2-2022.

These were delivered to me after the 2-7-2022 deadline, which I missed myself by 2 days on account of the conditions of my confinement.

Predictably, the Court's order only exacerbates the problems I've begged repeatedly for assistance with. The Plaintiffs' unfair advantage is once again multiplied as I am deprived of the means to litigate, struggle to meet a deadline, submit documents, and find out after submission that the deadline has been extended, but that I'll still be deprived of the means to litigate.

The extension only lengthens Plaintiffs dead still

As previously stated, this is one reason why the Plaintiffs' motion to sever was insufficient to resolve the prejudice. All we are doing is prolonging the abuse.

- I do not have access to the record.
- I do not have a transcript.
- What documents I do have are kept from me by USP Marion.
- The discovery computer has been removed from the unit.
- If I have another party send me documents, there's no garauntee I'll ever be able to see them, and a high likelyhood my access to them will be limited to the point of uselessness.
- Dragging this out for another month at a time without fixing these problems only causes me more trouble.

At some point, I have little choice but to conclude that more trouble for me is the aim. The most powerful people in the world have spent the last 5 years tormenting me, and this court, willfully or otherwise, has become just another mechanism of that abuse.

If I could write a check for $800,000 to stop this abuse I'd just do it. This is completely ridiculous. I just want these people to leave me alone. That's why I tried to avoid them on August 11 and 12, but now, after they failed to prove

-2-

their lies about a violent conspiracy, the jury decides I owe my stalkers hundreds of thousands of dollars just because they disagree with my politics.

A 30 day delay won't solve that problem.

Since the court has "discouraged" motions for further delays, I won't make any. I will instead ask that my completely impossible situation be noted for purposes of appeal.

Hopefully, this won't make it to an appellate court. This court can right the wrongs done, and deny Roberta Kaplan the means to pursue her vendetta. This court has ample cause to do so.

But the verdict as it stands is not justice, and if justice does not prevail here, where shall Defendants go to find it?

Respectfully Submitted,
Christopher Cantwell
2-10-2022

C Cant

-3-