# EXHIBIT B

| Date | Amount | Vendor Name |
|---:|---:|---|
| 11/2/2017 | $226.25 | Capitol Process Services, Inc. |
| 11/7/2017 | $266.25 | Capitol Process Services, Inc. |
| 11/8/2017 | $226.25 | Capitol Process Services, Inc. |
| 11/8/2017 | $226.25 | Capitol Process Services, Inc. |
| 1/4/2018 | $1,527.75 | Capitol Process Services, Inc. |
| 1/10/2018 | $227.25 | Capitol Process Services, Inc. |
| 1/30/2018 | $503.50 | Capitol Process Services, Inc. |
| 2/5/2018 | $148.50 | Capitol Process Services, Inc. |
| 2/7/2018 | $232.00 | Capitol Process Services, Inc. |
| 2/7/2018 | $257.25 | Capitol Process Services, Inc. |
| 2/7/2018 | $278.50 | Capitol Process Services, Inc. |
| 2/7/2018 | $278.50 | Capitol Process Services, Inc. |
| 2/8/2018 | $228.50 | Capitol Process Services, Inc. |
| 2/14/2018 | $306.75 | Capitol Process Services, Inc. |
| 2/14/2018 | $406.25 | Capitol Process Services, Inc. |
| 2/14/2018 | $278.50 | Capitol Process Services, Inc. |
| 2/21/2018 | $232.00 | Capitol Process Services, Inc. |

| Date | Amount | Vendor |
|---|---|---|
| 2/28/2018 | $341.00 | Capitol Process Services, Inc. |
| 4/27/2018 | $150.00 | Capitol Process Services, Inc. |
| 4/27/2018 | $329.00 | Capitol Process Services, Inc. |
| 4/30/2018 | $301.25 | Transperfect Legal Solutions |
| 6/4/2018 | $1,701.75 | Veritext Legal Solutions |
| 6/5/2018 | $865.50 | Veritext Legal Solutions |
| 6/12/2018 | $1,957.50 | Veritext Legal Solutions |
| 12/3/2018 | $2,323.85 | Magna Legal Services |
| 12/3/2018 | $720.00 | Magna Legal Services |
| 5/10/2019 | $607.82 | Epiq eDiscovery Solutions Inc. |
| 5/30/2019 | $734.05 | Epiq eDiscovery Solutions Inc. |
| 5/31/2019 | $2,699.22 | Epiq eDiscovery Solutions Inc. |
| 5/31/2019 | $245.17 | Epiq eDiscovery Solutions Inc. |
| 6/30/2019 | $656.30 | Transperfect Legal Solutions |
| 7/12/2019 | $587.40 | Serving by Irving Inc. |
| 9/16/2019 | $192.25 | A.P.S. Process Services |
| 10/17/2019 | $125.00 | A.P.S. Process Services |
| 10/31/2019 | $345.05 | Transperfect Legal Solutions |

| | | |
|---|---:|---|
| 10/31/2019 | $382.24 | Transperfect Legal Solutions |
| 10/31/2019 | $2,556.90 | Transperfect Legal Solutions |
| 12/26/2019 | $1,200.00 | Magna Legal Services |
| 1/17/2020 | $210.00 | We Serve Law |
| 1/22/2020 | $206.50 | Serving by Irving Inc. |
| 1/26/2020 | $236.00 | Trackers LLC |
| 1/28/2020 | $266.00 | Serving by Irving Inc. |
| 2/10/2020 | $542.50 | Serving by Irving Inc. |
| 2/12/2020 | $221.50 | Serving by Irving Inc. |
| 2/24/2020 | $450.00 | Serving by Irving Inc. |
| 2/29/2020 | $1,015.08 | Transperfect Legal Solutions |
| 3/16/2020 | $355.00 | Torri's Legal Services |
| 4/17/2020 | $120.00 | Trackers LLC |
| 4/22/2020 | $60.00 | Trackers LLC |
| 4/29/2020 | $644.00 | Serving by Irving Inc. |
| 5/5/2020 | $100.00 | JLM Express Process Service LLC |
| 5/12/2020 | $170.00 | Thomas & Thomas Court Reporters |
| 5/26/2020 | $609.50 | Serving by Irving Inc. |

| Date | Amount | Payee |
|---|---|---|
| 5/27/2020 | $871.86 | Transperfect Legal Solutions |
| 5/28/2020 | $3,569.50 | TSG Reporting, Inc. |
| 5/28/2020 | $1,216.25 | TSG Reporting, Inc. |
| 5/31/2020 | $154.81 | Transperfect Legal Solutions |
| 6/3/2020 | $8,110.60 | TSG Reporting, Inc. |
| 6/3/2020 | $2,065.00 | TSG Reporting, Inc. |
| 6/10/2020 | $6,670.00 | TSG Reporting, Inc. |
| 6/10/2020 | $1,560.00 | TSG Reporting, Inc. |
| 6/11/2020 | $3,871.20 | TSG Reporting, Inc. |
| 6/11/2020 | $1,185.00 | TSG Reporting, Inc. |
| 6/12/2020 | $3,353.05 | TSG Reporting, Inc. |
| 6/12/2020 | $1,075.00 | TSG Reporting, Inc. |
| 6/14/2020 | $660.00 | Legal Consultants for Everyone, LLC |
| 6/18/2020 | $415.06 | Transperfect Legal Solutions |
| 6/18/2020 | $1,567.50 | TSG Reporting, Inc. |
| 6/18/2020 | $3,732.40 | TSG Reporting, Inc. |
| 6/19/2020 | $267.50 | Serving by Irving Inc. |
| 6/19/2020 | $3,961.00 | TSG Reporting, Inc. |

| Date | Amount | Vendor |
|---|---|---|
| 6/19/2020 | $1,291.25 | TSG Reporting, Inc. |
| 6/20/2020 | $329.00 | Serving by Irving Inc. |
| 6/22/2020 | $251.50 | Serving by Irving Inc. |
| 6/22/2020 | $4,725.25 | TSG Reporting, Inc. |
| 6/22/2020 | $1,392.50 | TSG Reporting, Inc. |
| 6/23/2020 | $5,400.70 | TSG Reporting, Inc. |
| 6/23/2020 | $1,630.00 | TSG Reporting, Inc. |
| 6/26/2020 | $8,176.35 | TSG Reporting, Inc. |
| 6/26/2020 | $1,942.50 | TSG Reporting, Inc. |
| 6/30/2020 | $549.06 | Transperfect Legal Solutions |
| 6/30/2020 | $200.65 | Transperfect Legal Solutions |
| 6/30/2020 | $213.46 | Transperfect Legal Solutions |
| 6/30/2020 | $378.21 | Transperfect Legal Solutions |
| 6/30/2020 | $173.91 | Transperfect Legal Solutions |
| 6/30/2020 | $356.80 | Transperfect Legal Solutions |
| 6/30/2020 | $3,961.00 | TSG Reporting, Inc. |
| 7/1/2020 | $250.00 | Derecho Investigations |
| 7/1/2020 | $8,167.60 | TSG Reporting, Inc. |

| Date | Amount | Vendor |
|---|---|---|
| 7/1/2020 | $2,128.75 | TSG Reporting, Inc. |
| 7/2/2020 | $1,017.25 | TSG Reporting, Inc. |
| 7/2/2020 | $295.00 | TSG Reporting, Inc. |
| 7/7/2020 | $4,635.65 | TSG Reporting, Inc. |
| 7/7/2020 | $1,460.00 | TSG Reporting, Inc. |
| 7/7/2020 | $5,449.00 | TSG Reporting, Inc. |
| 7/7/2020 | $1,930.00 | TSG Reporting, Inc. |
| 7/8/2020 | $356.11 | Transperfect Legal Solutions |
| 7/8/2020 | $1,062.90 | TSG Reporting, Inc. |
| 7/8/2020 | $295.00 | TSG Reporting, Inc. |
| 7/8/2020 | $2,854.80 | TSG Reporting, Inc. |
| 7/9/2020 | $1,773.90 | TSG Reporting, Inc. |
| 7/10/2020 | $5,413.50 | TSG Reporting, Inc. |
| 7/10/2020 | $1,955.00 | TSG Reporting, Inc. |
| 7/13/2020 | $1,075.50 | TSG Reporting, Inc. |
| 7/13/2020 | $527.50 | TSG Reporting, Inc. |
| 7/14/2020 | $611.19 | Transperfect Legal Solutions |
| 7/15/2020 | $1,661.00 | TSG Reporting, Inc. |

| Date | Amount | Vendor |
|---|---|---|
| 7/15/2020 | $822.00 | TSG Reporting, Inc. |
| 7/16/2020 | $1,908.80 | TSG Reporting, Inc. |
| 7/17/2020 | $2,595.40 | TSG Reporting, Inc. |
| 7/21/2020 | $162.60 | TSG Reporting, Inc. |
| 7/21/2020 | $4,263.40 | TSG Reporting, Inc. |
| 7/21/2020 | $1,517.50 | TSG Reporting, Inc. |
| 7/22/2020 | $4,982.35 | TSG Reporting, Inc. |
| 7/22/2020 | $1,475.00 | TSG Reporting, Inc. |
| 7/22/2020 | $6,134.40 | TSG Reporting, Inc. |
| 7/22/2020 | $1,535.00 | TSG Reporting, Inc. |
| 7/23/2020 | $423.00 | Serving by Irving Inc. |
| 7/24/2020 | $2,992.30 | TSG Reporting, Inc. |
| 7/28/2020 | $152.21 | Transperfect Legal Solutions |
| 7/29/2020 | $397.33 | Transperfect Legal Solutions |
| 7/29/2020 | $646.50 | TSG Reporting, Inc. |
| 7/29/2020 | $295.00 | TSG Reporting, Inc. |
| 8/11/2020 | $7,863.50 | TSG Reporting, Inc. |
| 8/11/2020 | $1,602.50 | TSG Reporting, Inc. |

| Date | Amount | Vendor |
|---|---|---|
| 8/12/2020 | $8,868.80 | TSG Reporting, Inc. |
| 8/12/2020 | $2,097.50 | TSG Reporting, Inc. |
| 9/14/2020 | $641.75 | TSG Reporting, Inc. |
| 9/14/2020 | $442.50 | TSG Reporting, Inc. |
| 9/16/2020 | $763.50 | Serving by Irving Inc. |
| 10/14/2020 | $206.16 | Transperfect Legal Solutions |
| 10/26/2020 | $2,079.15 | TSG Reporting, Inc. |
| 11/2/2020 | $870.40 | TSG Reporting, Inc. |
| 11/2/2020 | $325.00 | TSG Reporting, Inc. |
| 5/31/2021 | $878.52 | Transperfect Legal Solutions |
| 6/25/2021 | $1,025.24 | Transperfect Legal Solutions |
| 6/30/2021 | $13,030.48 | Transperfect Legal Solutions |
| 7/15/2021 | $6,183.85 | TSG Reporting, Inc. |
| 7/15/2021 | $1,932.50 | TSG Reporting, Inc. |
| 7/15/2021 | $475.00 | TSG Reporting, Inc. |
| 7/15/2021 | $597.04 | TSG Reporting, Inc. |
| 7/19/2021 | $187.67 | Transperfect Legal Solutions |
| 7/19/2021 | $1,559.82 | Transperfect Legal Solutions |

| | | |
|---|---:|---|
| 7/26/2021 | $226.86 | Transperfect Legal Solutions |
| 8/31/2021 | $285.24 | Transperfect Legal Solutions |
| 9/3/2021 | $1,045.00 | PM Legal, LLC |
| 9/21/2021 | $498.80 | Transperfect Legal Solutions |
| 9/30/2021 | $397.99 | Transperfect Legal Solutions |
| 9/30/2021 | $306.87 | Transperfect Legal Solutions |
| 9/30/2021 | $1,434.86 | Transperfect Legal Solutions |
| 9/30/2021 | $440.88 | Transperfect Legal Solutions |
| 9/30/2021 | $160.66 | Transperfect Legal Solutions |
| 9/30/2021 | $897.30 | TSG Reporting, Inc. |
| 9/30/2021 | $362.50 | TSG Reporting, Inc. |
| 10/6/2021 | $132.62 | Torri's Legal Services |
| 10/6/2021 | $226.72 | Torri's Legal Services |
| 10/8/2021 | $4,332.30 | TSG Reporting, Inc. |
| 10/8/2021 | $1,247.50 | TSG Reporting, Inc. |
| 10/18/2021 | $1,798.80 | TSG Reporting, Inc. |
| 10/18/2021 | $645.00 | TSG Reporting, Inc. |
| 10/20/2021 | $815.83 | Transperfect Legal Solutions |

| | | |
|---|---:|---|
| 10/21/2021 | $86.46 | CaseDriven Technologies |
| 10/25/2021 | $54,360.00 | CaseDriven Technologies |
| 10/25/2021 | $300.00 | CaseDriven Technologies |
| 10/25/2021 | $1,030.50 | CaseDriven Technologies |
| 10/25/2021 | $58.50 | CaseDriven Technologies |
| 10/25/2021 | $341.65 | CaseDriven Technologies |
| 10/25/2021 | $70.52 | CaseDriven Technologies |
| 10/25/2021 | $119.48 | CaseDriven Technologies |
| 10/25/2021 | $593.98 | CaseDriven Technologies |
| 10/25/2021 | $387.86 | CaseDriven Technologies |
| 10/25/2021 | $2,187.30 | CaseDriven Technologies |
| 10/25/2021 | $139.06 | CaseDriven Technologies |
| 10/25/2021 | $441.39 | CaseDriven Technologies |
| 10/25/2021 | $92.36 | CaseDriven Technologies |
| 10/25/2021 | $1,437.76 | CaseDriven Technologies |
| 10/26/2021 | $176.28 | CaseDriven Technologies |
| 10/26/2021 | $451.86 | CaseDriven Technologies |
| 10/26/2021 | $7,248.86 | CaseDriven Technologies |

| | | |
|---|---:|---|
| 10/26/2021 | $1,597.25 | CaseDriven Technologies |
| 10/26/2021 | $123.86 | CaseDriven Technologies |
| 10/26/2021 | $166.67 | CaseDriven Technologies |
| 10/26/2021 | $31.00 | CaseDriven Technologies |
| 10/26/2021 | $158.54 | CaseDriven Technologies |
| 10/26/2021 | $18.20 | CaseDriven Technologies |
| 10/26/2021 | $240.97 | Transperfect Legal Solutions |
| 10/27/2021 | $1,176.07 | CaseDriven Technologies |
| 10/27/2021 | $259.71 | CaseDriven Technologies |
| 10/27/2021 | $22.14 | CaseDriven Technologies |
| 10/27/2021 | $73.42 | CaseDriven Technologies |
| 10/27/2021 | $15.24 | CaseDriven Technologies |
| 10/28/2021 | $212.70 | CaseDriven Technologies |
| 10/28/2021 | $278.25 | CaseDriven Technologies |
| 10/28/2021 | $1,243.56 | CaseDriven Technologies |
| 10/28/2021 | $234.21 | CaseDriven Technologies |
| 10/29/2021 | $55.26 | CaseDriven Technologies |
| 10/31/2021 | $256.10 | CaseDriven Technologies |

| Date | Amount | Vendor |
|---|---|---|
| 10/31/2021 | $147.20 | CaseDriven Technologies |
| 10/31/2021 | $137.76 | CaseDriven Technologies |
| 10/31/2021 | $340.59 | CaseDriven Technologies |
| 10/31/2021 | $693.22 | CaseDriven Technologies |
| 10/31/2021 | $196.98 | CaseDriven Technologies |
| 10/31/2021 | $166.28 | CaseDriven Technologies |
| 10/31/2021 | $203.58 | CaseDriven Technologies |
| 10/31/2021 | $1,289.11 | CaseDriven Technologies |
| 10/31/2021 | $889.26 | CaseDriven Technologies |
| 10/31/2021 | $537.26 | CaseDriven Technologies |
| 10/31/2021 | $846.82 | CaseDriven Technologies |
| 10/31/2021 | $58.28 | CaseDriven Technologies |
| 10/31/2021 | $1,816.85 | CaseDriven Technologies |
| 10/31/2021 | $197.37 | CaseDriven Technologies |
| 10/31/2021 | $465.64 | Transperfect Legal Solutions |
| 11/1/2021 | $4,832.05 | CaseDriven Technologies |
| 11/2/2021 | $32.40 | CaseDriven Technologies |
| 11/2/2021 | $95.14 | CaseDriven Technologies |

| | | |
|---|---|---|
| 11/2/2021 | $347.88 | CaseDriven Technologies |
| 11/2/2021 | $297.57 | CaseDriven Technologies |
| 11/2/2021 | $187.94 | CaseDriven Technologies |
| 11/2/2021 | $8.55 | CaseDriven Technologies |
| 11/2/2021 | $1,511.30 | CaseDriven Technologies |
| 11/2/2021 | $1,097.08 | CaseDriven Technologies |
| 11/2/2021 | $103.42 | CaseDriven Technologies |
| 11/2/2021 | $753.40 | CaseDriven Technologies |
| 11/2/2021 | $59.24 | CaseDriven Technologies |
| 11/2/2021 | $165.21 | CaseDriven Technologies |
| 11/2/2021 | $38.96 | CaseDriven Technologies |
| 11/2/2021 | $645.00 | CaseDriven Technologies |
| 11/2/2021 | $39.18 | CaseDriven Technologies |
| 11/2/2021 | $1,434.32 | CaseDriven Technologies |
| 11/2/2021 | $265.42 | CaseDriven Technologies |
| 11/2/2021 | $471.15 | CaseDriven Technologies |
| 11/2/2021 | $264.52 | CaseDriven Technologies |
| 11/2/2021 | $32.03 | CaseDriven Technologies |

| | | |
|---:|---:|---|
| 11/2/2021 | $155.06 | CaseDriven Technologies |
| 11/2/2021 | $31.50 | CaseDriven Technologies |
| 11/2/2021 | $20.08 | CaseDriven Technologies |
| 11/3/2021 | $2,906.58 | CaseDriven Technologies |
| 11/3/2021 | $639.90 | CaseDriven Technologies |
| 11/3/2021 | $1,494.05 | CaseDriven Technologies |
| 11/3/2021 | $2,435.45 | CaseDriven Technologies |
| 11/3/2021 | $157.45 | CaseDriven Technologies |
| 11/3/2021 | $2,252.23 | CaseDriven Technologies |
| 11/3/2021 | $45.96 | CaseDriven Technologies |
| 11/4/2021 | $430.71 | CaseDriven Technologies |
| 11/4/2021 | $459.40 | CaseDriven Technologies |
| 11/4/2021 | $1,037.36 | CaseDriven Technologies |
| 11/4/2021 | $96.27 | CaseDriven Technologies |
| 11/4/2021 | $628.43 | CaseDriven Technologies |
| 11/4/2021 | $1,520.47 | CaseDriven Technologies |
| 11/5/2021 | $2,714.46 | CaseDriven Technologies |
| 11/5/2021 | $943.15 | CaseDriven Technologies |

| | | |
|---:|---:|---|
| 11/5/2021 | $675.54 | CaseDriven Technologies |
| 11/5/2021 | $1,069.31 | CaseDriven Technologies |
| 11/6/2021 | $3,713.29 | CaseDriven Technologies |
| 11/6/2021 | $350.60 | CaseDriven Technologies |
| 11/7/2021 | $74,146.25 | CaseDriven Technologies |
| 11/7/2021 | $6,681.61 | CaseDriven Technologies |
| 11/7/2021 | $837.50 | CaseDriven Technologies |
| 11/7/2021 | $692.65 | CaseDriven Technologies |
| 11/7/2021 | $1,490.75 | CaseDriven Technologies |
| 11/7/2021 | $358.87 | CaseDriven Technologies |
| 11/7/2021 | $1,101.55 | CaseDriven Technologies |
| 11/7/2021 | $2,259.92 | CaseDriven Technologies |
| 11/9/2021 | $1,066.10 | CaseDriven Technologies |
| 11/9/2021 | $930.99 | CaseDriven Technologies |
| 11/9/2021 | $181.24 | CaseDriven Technologies |
| 11/10/2021 | $667.29 | CaseDriven Technologies |
| 11/10/2021 | $1,882.09 | CaseDriven Technologies |
| 11/10/2021 | $32.64 | CaseDriven Technologies |

| | | |
|---|---:|---|
| 11/10/2021 | $1,503.77 | CaseDriven Technologies |
| 11/11/2021 | $4,705.49 | CaseDriven Technologies |
| 11/11/2021 | $27.80 | CaseDriven Technologies |
| 11/13/2021 | $563.59 | CaseDriven Technologies |
| 11/13/2021 | $1,975.73 | CaseDriven Technologies |
| 11/13/2021 | $396.68 | CaseDriven Technologies |
| 11/13/2021 | $393.66 | CaseDriven Technologies |
| 11/13/2021 | $1,087.44 | CaseDriven Technologies |
| 11/13/2021 | $1,927.43 | CaseDriven Technologies |
| 11/15/2021 | $37.50 | CaseDriven Technologies |
| 11/15/2021 | $1,841.69 | CaseDriven Technologies |
| 11/15/2021 | $2,729.38 | CaseDriven Technologies |
| 11/15/2021 | $4,716.84 | CaseDriven Technologies |
| 11/15/2021 | $778.15 | CaseDriven Technologies |
| 11/15/2021 | $3,279.29 | CaseDriven Technologies |
| 11/16/2021 | $212.18 | CaseDriven Technologies |
| 11/18/2021 | $871.48 | CaseDriven Technologies |
| 11/18/2021 | $275.21 | CaseDriven Technologies |

| | | |
|---:|---:|---|
| 11/18/2021 | $48.96 | CaseDriven Technologies |
| 11/18/2021 | $641.27 | CaseDriven Technologies |
| 11/18/2021 | $1,314.75 | CaseDriven Technologies |
| 11/19/2021 | $9,805.00 | CaseDriven Technologies |
| 11/24/2021 | $48,388.85 | United States District Court Western District of Virginia Trial Transcript Invoice |
| 12/31/2021 | $570.19 | Transperfect Legal Solutions |
| **Total** | **$546,018.46** | |