# EXHIBIT C

# A. P. S. Process Services

1910 Pacific Avenue
Suite 16700
Dallas, TX 75201
214-290-4639

# Invoice

RECEIVED

2019 SEP 25 AM 8:45

| Date | Invoice # |
|---|---|
| 9/16/2019 | 35542 |

2319600

**Bill To**

Cooley, LLP
One Freedom Square
Reston Town Center
11951 Freedom Drive
Reston, Virginia 20190-5656

Please Approve/Identify
Name: David Mills
Timekeeper No. 17686
Client or G/L No. 35231D, 801
Date: 9/24/19

| Terms | Due Date |
|---|---|
| Due on receipt | 9/16/2019 |

| Item | Quantity | Description | Rate | Amount |
|---|---|---|---|---|
| Process Services Su... | 1 | Expedited Service of a Subpoena | 125.00 | 125.00 |
| Witness Fee Reimb... | 1 | Reimbursement of witness fee attached to subpoena | 70.25 | 70.25 |

In re:

ELIZABETH SINES, ET AL.

v

JASON KESSLER, ET AL.

Cause No.: 3:17-cv-0072-NKM

By serving: THOMAS RYAN ROUSSEAU

Thank you for your business.

| | Total | $195.25 |
|---|---|---|

All invoices not satisfied within 30 days will be accessed a $15.00 late fee.

| | Balance Due | $195.25 |
|---|---|---|

  

For your convenience credit card payments are accepted on our website www.apsprocess.com.



**A. P. S. Process Services**
1910 Pacific Avenue
Suite 16700
Dallas, TX 75201
214-290-4639

# Invoice

RECEIVED 

| Date | Invoice # |
|---|---|
| 10/17/2019 | 35767 |

| Bill To |
|---|
| Cooley, LLP<br>One Freedom Square<br>Reston Town Center<br>11951 Freedom Drive<br>Reston, Virginia 20190-5656 |

Please Approve/Identify
Name: __Eric Bolton__
Timekeeper No. __13543__
Client or G/L No. __332312-801__
Date: __11/15/19__
Sent by Virginia Kniska # 16984

**2310590**

| Terms | Due Date |
|---|---|
| Due on receipt | 10/17/2019 |

| Item | Quantity | Description | Rate | Amount |
|---|---|---|---|---|
| Process Services Su... | 1 | Expedited Service of a Subpoena (2nd Subpoena Served - Date Changed)<br><br>In re:<br><br>ELIZABETH SINES, ET AL.<br><br>v<br><br>JASON KESSLER, ET AL.<br><br>Cause No.: 3:17-cv-0072-NKM<br><br>By serving: THOMAS RYAN ROUSSEAU | 125.00 | 125.00 |

Thank you for your business.

| | |
|---|---|
| **Total** | $125.00 |

All invoices not satisfied within 30 days will be accessed a $15.00 late fee.

| | |
|---|---|
| **Balance Due** | $125.00 |

   For your convenience credit card payments are accepted on our website www.apsprocess.com.