# EXHIBIT D

# CAPITOL PROCESS SERVICES, INC.

1827 18th Street, NW, Washington, DC 20009

Phone 202 667-0050 — FAX 202 667-2520
lfeller@capitolprocess.com

**Due By:** 12/02/2017
**Invoice Date:** 11/2/2017
**Invoice #:** 1534495
**Job#:** 1534495
**Client File#:** N/A

Robert T. Cahill, Esquire
Cooley LLP
11951 Freedom Drive
Reston, VA 20190


Please Approve/Identify
Name: _Eric Bolton_
Timekeeper No. _13543_
Client or G/L No. _332312-201_
Date: _9|21|18_
Sent by Virginia Kritska # 16984

**TOTAL INVOICE AMOUNT DUE**

$226.25

---

**Job #:** 1534495   **Client Matter #:** N/A
**Plaintiff:** Elizabeth Sines, et al.
**Defendant:** Jason Kessler, et al.
**Case Number** 3:17CV00072

**Recipient:**
Matthew Heimbach
619 North Gospel Street, Lot 3, Paoli, Indiana
47454

**Date Received:**
10/18/2017
**Completed:**
11/2/2017

| Description | Qty | Fee | Total Fee |
|---|---|---|---|
| Copy Charges | 105 | $0.25 | $26.25 |
| Attempted Service of Process / Incorrect Address | 1 | $150.00 | $150.00 |
| Priority Fee - RUSH | 1 | $50.00 | $50.00 |
| | | Job Total Due = | $226.25 |
| | | Job Total Recd = | |

---

**TOTAL INVOICE AMOUNT DUE:** $226.25

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖
**2373058**

**Terms:** Thank you for your business! Please provide the invoice number on your check.
FEIN: ███ 3731

RECEIVED
2018 SEP 21 PM 4: 18
COOLEY LLP
ACCOUNTING

# CAPITOL PROCESS SERVICES, INC

1827 18th Street, NW, Washington, DC 20009

Phone 202 667-0050 -- FAX 202 667-2520
tfelter@capitolprocess.com

Robert T. Cahill, Esquire
Cooley LLP
11951 Freedom Drive
Reston, VA 20190



Please Approve/Identify
Name: ERIC Bolton
Timekeeper No. 13543
Client or G/L No. 332 312- 201
Date: 9/21/18
Sent by Virginia Kniska # 16984

Due By: 12/07/2017
Invoice Date: 11/7/2017
Invoice #: 1534516
Job#: 1534516
Client File#: N/A

**TOTAL INVOICE AMOUNT DUE**

$266.25

---

| Job #: 1534516   Client Matter #: N/A | Recipient: | | Date Received: |
|---|---|---|---|
| Plaintiff:  Elizabeth Sines, et al. | Richard Spencer | | 10/19/2017 |
| Defendant:  Jason Kessler, et al. | 1001-A King Street, Alexandria, Virginia 22314 | | Completed: |
| Case Number  3:17CV00072 | | | 10/30/2017 |

| Description | Qty | Fee | Total Fee |
|---|---|---|---|
| Copy Charges | 105 | $0.25 | $26.25 |
| Attempted Service of Process - RUSH | 8 | $30.00 | $240.00 |
| 8 attempts x $30.00 per attempt | | | |

Job Total Due = $266.25

Job Total Recd =

---

TOTAL INVOICE AMOUNT DUE: $266.25



2373057

Terms: Thank you for your business! Please provide the invoice number on your check.



# CAPITOL PROCESS SERVICES, INC.

1827 18th Street, NW, Washington, DC 20009

Phone 202 667-0050 — FAX 202 667-2520

lfeller@capitolprocess.com

Robert T. Cahill, Esquire
Cooley LLP
11951 Freedom Drive
Reston, VA 20190

Please Approve/Identify
Name: ___Eric___ Bo Han
Timekeeper No. __13543__
Client or G/L No. _332 312-80
Date: ___9 21 17___
Sent by Virginia Knlake # 16054

**Due By: 12/06/2017**
Invoice Date: 11/8/2017
Invoice #: 1534663
Job#: 1534663
Client File#: N/A

**TOTAL INVOICE AMOUNT DUE**

$226.25

2373059

| Job #: 1534663   Client Matter #: N/A | Recipient: | | | Date Received: |
|---|---|---|---|---|
| Plaintiff: Elizabeth Sines, et al. | Traditionalist Worker Party | | | 10/23/2017 |
| Defendant: Jason Kessler, et al. | 950 South Ridgecrest Lane, Paoli, Indiana | | | Completed: |
| Case Number  3:17CV00072 | 47454 | | | 11/8/2017 |

| Description | Qty | Fee | Total Fee |
|---|---|---|---|
| Copy Charges | 105 | $0.25 | $26.25 |
| Attempted Service of Process | 1 | $150.00 | $150.00 |
| Priority Fee - RUSH | 1 | $50.00 | $50.00 |
| | | Job Total Due = | $226.25 |
| | | Job Total Recd = | |

**TOTAL INVOICE AMOUNT DUE:**                              $226.25

Terms: Thank you for your business! Please provide the invoice number on your check.
FEIN: ████ 3731

RECEIVED
2018 SEP 21   PM 4: 18
COOLEY LLP
ACCOUNTING

# CAPITOL PROCESS SERVICES, INC.

1827 18th Street, NW, Washington, DC 20009

Phone 202 667-0050 -- FAX 202 667-2520

lfelter@capitolprocess.com

Robert T. Cahill, Esquire
Cooley LLP
11951 Freedom Drive
Reston, VA 20190

*Please Approve/Identify*
Name:
Timekeeper No.
Client or G/L No.
Date:
Sent by Virginia Kniska # 16984

**Due By:** 12/08/2017
Invoice Date: 11/8/2017
Invoice #: 1534661
Job#: 1534661
Client File#: N/A

**TOTAL INVOICE AMOUNT DUE**

$226.25

2373060

| Job #: 1534661   Client Matter #: N/A | Recipient: | | Date Received: |
|---|---|---|---|
| Plaintiff: Elizabeth Sines, et al. | Vanguard America c/o Dillon Ulysses Hopper | | 10/23/2017 |
| Defendant: Jason Kessler, et al. | a/k/a Dillon Irizarry | | Completed: |
| Case Number  3:17CV00072 | 5124 Criterion Way, Dublin, Ohio 43016 | | |

| Description | Qty | Fee | Total Fee |
|---|---|---|---|
| Copy Charges | 105 | $0.25 | $26.25 |
| Attempted Service of Process | 1 | $150.00 | $150.00 |
| Priority Fee - RUSH | 1 | $50.00 | $50.00 |
| | Job Total Due = | | $226.25 |
| | Job Total Recd = | | |

**TOTAL INVOICE AMOUNT DUE:**                                                                 $226.25

Terms: Thank you for your business! Please provide the invoice number on your check.
FEIN:      3731

RECEIVED

2018 SEP 21   PM 4: 18

COOLEY LLP
ACCOUNTING

# CAPITOL PROCESS SERVICES, INC.

1827 18th Street, NW, Washington, DC 20009

Phone 202 667-0050 -- FAX 202 667-2520
tfelter@capitolprocess.com

Robert T. Cahill, Esquire
Cooley LLP
11951 Freedom Drive
Reston, VA 20190

Please Approve/Identify
Name: _____ Eric Bolton
Timekeeper No. 13,543
Client or G/L No. 332312-201
Date: 9/24/18
Sent by Virginia Kniska # 16934

Due By: 02/03/2018
Invoice Date: 1/4/2018
Invoice #: 1536518
Job#: 1536518
Client File#: N/A

TOTAL INVOICE AMOUNT DUE

$1,527.75

2373078

| Job #: 1536518   Client Matter #: N/A | Recipient: | Date Received: |
|---|---|---|
| Plaintiff:  Elizabeth Sines, et al. | Moonbase Holdings, LLC c/o Andrew Anglin | 11/30/2017 |
| Defendant:  Jason Kessler, et al. | 1017 Colony Way, Columbus, Ohio 43235 | Completed: |
| Case Number   3:17CV00072 | | 1/4/2018 |

| Description | Qty | Fee | Total Fee |
|---|---|---|---|
| Copy Charges | 111 | $0.25 | $27.75 |
| Attempted Service of Process / Additional Service at Same Address (Discount): | 1 | $75.00 | $75.00 |
| 1017 Colony Way, Columbus, Ohio 43235 | | | |
| Priority Fee - RUSH / Additional Service at Same Address (Discount) | 1 | $25.00 | $25.00 |
| Attempted Service of Process / Additional Service at Same Address (Discount): | 1 | $75.00 | $75.00 |
| 800 East Broad Street, Reynoldsburg, Ohio 43068 | | | |
| Priority Fee - RUSH / Additional Service at Same Address (Discount) | 1 | $25.00 | $25.00 |
| Attempted Service of Process / Additional Service at Same Address (Discount): | 1 | $75.00 | $75.00 |
| 6585 East Broad Street, Columbus, Ohio 43213 | | | |
| Priority Fee - RUSH / Additional Service at Same Address (Discount) | 1 | $25.00 | $25.00 |
| Attempted Service of Process / Additional Service at Same Address (Discount): | 1 | $75.00 | $75.00 |
| 8827 North High Street, Worthington, Ohio 43085 | | | |
| Priority Fee - RUSH / Additional Service at Same Address (Discount) | 1 | $25.00 | $25.00 |
| Attempted Service of Process / Additional Service at Same Address (Discount): | 1 | $75.00 | $75.00 |
| 6797 High Street, Worthington, Ohio 43085 | | | |
| Priority Fee - RUSH / Additional Service at Same Address (Discount) | 1 | $25.00 | $25.00 |
| Attempted Service of Process / Additional Service at Same Address (Discount): | 1 | $75.00 | $75.00 |
| 903 Hamlet Street, Columbus, Ohio 43206 | | | |
| Priority Fee - RUSH / Additional Service at Same Address (Discount) | 1 | $25.00 | $25.00 |
| Attempted Service of Process / Additional Service at Same Address (Discount): | 1 | $75.00 | $75.00 |
| 727 Jaeger Street, Columbus, Ohio 43206 | | | |
| Priority Fee - RUSH / Additional Service at Same Address (Discount) | 1 | $25.00 | $25.00 |
| Attempted Service of Process / Additional Service at Same Address (Discount): | 1 | $75.00 | $75.00 |
| 729 Worthington Forest Place, Columbus, Ohio 43229 | | | |
| Priority Fee - RUSH / Additional Service at Same Address (Discount) | 1 | $25.00 | $25.00 |
| Attempted Service of Process / Additional Service at Same Address (Discount): | 1 | $75.00 | $75.00 |
| 727 Worthington Forest Place, Columbus, Ohio 43229 | | | |
| Priority Fee - RUSH / Additional Service at Same Address (Discount) | 1 | $25.00 | $25.00 |
| Attempted Service of Process / Additional Service at Same Address (Discount): | 1 | $75.00 | $75.00 |
| 5742 Worthington Forest Place, Columbus, Ohio 43229 | | | |
| Priority Fee - RUSH / Additional Service at Same Address (Discount) | 1 | $25.00 | $25.00 |
| Attempted Service of Process / Additional Service at Same Address (Discount): | 1 | $75.00 | $75.00 |

RECEIVED 2018 SEP ACCO

**CAPITOL PROCESS SERVICES, INC.**

1827 18th Street, NW, Washington, DC 20009

Phone 202 667-0050 -- FAX 202 667-2520
tfelter@capitolprocess.com

Invoice For: COOLEY LLP

| | | | |
|---|---|---|---|
| 7932 Boothbay Court, Powell, Ohio 43016 | | | |
| Priority Fee - RUSH / Additional Service at Same Address (Discount) | 1 | $25.00 | $25.00 |
| Attempted Service of Process / Additional Service at Same Address (Discount): | 1 | $75.00 | $75.00 |
| 357 East Tompkins Street, Columbus, Ohio 43016 | | | |
| Priority Fee - RUSH / Additional Service at Same Address (Discount) | 1 | $25.00 | $25.00 |
| Attempted Service of Process / Additional Service at Same Address (Discount): | 1 | $75.00 | $75.00 |
| 2624 Sawmill Meadows Avenue, Dublin, Ohio 43016 | | | |
| Priority Fee - RUSH / Additional Service at Same Address (Discount) | 1 | $25.00 | $25.00 |
| Attempted Service of Process / Additional Service at Same Address (Discount): | 1 | $75.00 | $75.00 |
| 2893 Rushbury Drive, Dublin, Ohio 43017 | | | |
| Priority Fee - RUSH / Additional Service at Same Address (Discount) | 1 | $25.00 | $25.00 |
| Attempted Service of Process / Additional Service at Same Address (Discount): | 1 | $75.00 | $75.00 |
| 737 Worthington Forest Place, Columbus, Ohio 43329 | | | |
| Priority Fee - RUSH / Additional Service at Same Address (Discount) | 1 | $25.00 | $25.00 |

Job Total Due = $1,527.75

TOTAL INVOICE AMOUNT DUE:  $1,527.75



Terms: Thank you for your business! Please provide the invoice number on your check.
FEIN: ████3731

# CAPITOL PROCESS SERVICES, INC

1827 18th Street, NW, Washington, DC 20009

Phone 202 667-0050 — FAX 202 667-2520
tfelter@capitolprocess.com

Robert T. Cahill, Esquire
Cooley LLP
11951 Freedom Drive
Reston, VA 20190

Please Approve/Identify
Name: _____ ETC BOHM
Timekeeper No. 13543
Client or G/L No. 332312-801
Date: _____ 9|21|18
Sent by Virginia Kniska # 16984

Due By: 02/09/2018
Invoice Date: 1/10/2018
Invoice #: 1536792
Job#: 1536792
Client File#: N/A

**TOTAL INVOICE AMOUNT DUE**

$227.75

2373062

| Job #:  1536792    Client Matter #: N/A | Recipient: | Date Received: |
|---|---|---|
| Plaintiff:  Elizabeth Sines, et al. | Augustus Sol Invictus | 12/5/2017 |
| Defendant:  Jason Kessler, et al. | 3621 Steeplechase Drive, Apartment 8108, | Completed: |
| Case Number  3:17CV00072 | | 1/10/2018 |

| Description | Qty | Fee | Total Fee |
|---|---|---|---|
| Copy Charges | 111 | $0.25 | $27.75 |
| Attempted Service of Process | 1 | $150.00 | $150.00 |
| Priority Fee - RUSH | 1 | $50.00 | $50.00 |
| | Job Total Due = | | $227.75 |

**TOTAL INVOICE AMOUNT DUE:**

$227.75

Terms: Thank you for your business! Please provide the invoice number on your check.
FEIN: ▮▮▮3731

RECEIVED   2018 SEP 21  PM 4: 19   COOLEY LLP ACCOUNTING

# CAPITOL PROCESS SERVICES, INC.

1827 18th Street, NW, Washington, DC 20009

Phone 202 667-0050 -- FAX 202 667-2520
tfelter@capitolprocess.com

Due By: 03/01/2018
Invoice Date: 1/30/2018
Invoice #: 1539064
Job#: 1539064
Client File#: N/A

Robert T. Cahill, Esquire
Cooley LLP
11951 Freedom Drive
Reston, VA 20190

Please Approve/Identify
Name: _Eric Bolton_
Timekeeper No. _13543_
Client or G/L No. _332-312-801_
Date: _9/21/18_
Sent by Virginia Kniska # 16984

TOTAL INVOICE AMOUNT DUE

$503.50

2373063

---

Job #: 1539064       Client Matter #: N/A
Plaintiff: Elizabeth Sines, et al.
Defendant: Jason Kessler, et al.
Case Number   3:17CV00072 NKM

Recipient:
Fraternal Order of the Alt-Knights c/o Kyle Sean
Chapman
Alameda County Superior Court, 1225 Fallon

Date Received:
1/19/2018
Completed:
1/23/2018

| Description | Qty | Fee | Total Fee |
|---|---|---|---|
| Copy Charges | 114 | $0.25 | $28.50 |
| Service of Process | 1 | $150.00 | $150.00 |
| Priority Fee - IMMEDIATE | 1 | $100.00 | $100.00 |
| Additional Hours / Waiting Time: | | | |
| 1.50 hour(s) x $150.00 per hour | 1.5 | $150.00 | $225.00 |
| | | Job Total Due = | $503.50 |

---

TOTAL INVOICE AMOUNT DUE:                                                           $503.50



Terms: Thank you for your business! Please provide the invoice number on your check.
FEIN: ████3731

RECEIVED
2018 SEP 21  PM 4: 19
COOLEY LLP
ACCOUNTING

# CAPITOL PROCESS SERVICES, INC.

1827 18th Street, NW, Washington, DC 20009

Phone 202 667-0050 -- FAX 202 667-2520
lfelter@capitolprocess.com

Due By: 03/07/2018
Invoice Date: 2/5/2018
Invoice #: 1539479
Job#: 1539479
Client File#: 1539064

Robert T. Cahill, Esquire
Cooley LLP
11951 Freedom Drive
Reston, VA 20190

Please Approve/Identify
Name: _____ Eric Bolton
Timekeeper No. ___ 13543
Client or G/L No. 332312-201
Date: ___ 9/21/18
Sent by Virginia Kniska # 16994

**TOTAL INVOICE AMOUNT DUE**

$148.50

2373069

| Job #: 1539479   Client Matter #: 1539064 | Recipient: | | Date Received: |
|---|---|---|---|
| Plaintiff:  Elizabeth Sines, et al. | Richard Spencer | | 1/31/2018 |
| Defendant:  Jason Kessler, et al. | 1001-A King Street, Alexandria, Virginia 22314 | | Completed: |
| Case Number  3:17-cv-0072 NFM | | | 2/1/2018 |

| Description | Qty | Fee | Total Fee |
|---|---|---|---|
| Copy Charges | 114 | $0.25 | $28.50 |
| Attempted Service of Process - RUSH / Service Cancelled | 1 | $120.00 | $120.00 |
| | Job Total Due = | | $148.50 |

TOTAL INVOICE AMOUNT DUE:                                                                $148.50



**Terms:** Thank you for your business. Payment due upon receipt. Please provide the invoice number on your check.
FEIN: ████3731

RECEIVED
2018 SEP 21 PM 4:19
COOLEY LLP
ACCOUNTING

# CAPITOL PROCESS SERVICES, INC.

1827 18th Street, NW, Washington, DC 20009

Phone 202 667-0050 -- FAX 202 667-2520
tfelter@capitolprocess.com

Due By: 03/09/2018
Invoice Date: 2/7/2018
Invoice #: 1539236
Job#: 1539236
Client File#: N/A

Robert T. Cahill, Esquire
Cooley LLP
11951 Freedom Drive
Reston, VA 20190

Please Approve/Identify
Name: ___ERIC BOLTON___
Timekeeper No. __13543__
Client or G/L No. __33212-301__
Date: __9/26/18__
Sent by Virginia Knicka # 16684

TOTAL INVOICE AMOUNT DUE

$257.25


2373067

---

Job #:  1539236      Client Matter #: N/A
Plaintiff:  Elizabeth Sines, et al.
Defendant:  Jason Kessler, et al.
Case Number  3:17-cv-00072-NKM

Recipient:
David Duke
240 Garden Avenue, Mandeville, Louisiana

Date Received:
1/24/2018
Completed:
1/26/2018

| Description | Qty | Fee | Total Fee |
|---|---|---|---|
| Copy Charges | 29 | $0.25 | $7.25 |
| Service of Process | 1 | $150.00 | $150.00 |
| Priority Fee - IMMEDIATE | 1 | $100.00 | $100.00 |
| | | Job Total Due = | $257.25 |
| | | Job Total Recd = | |

---

TOTAL INVOICE AMOUNT DUE:                                          $257.25

**Terms:** Thank you for your business! Please provide the invoice number on your check.
FEIN: ▮▮▮▮▮3731

RECEIVED
2018 SEP 21  PM 4: 19
COOLEY LLP
ACCOUNTING

# CAPITOL PROCESS SERVICES, INC.

1827 18th Street, NW, Washington, DC 20009

Phone 202 667-0050 -- FAX 202 667-2520
tfelter@capitolprocess.com

Robert T. Cahill, Esquire
Cooley LLP
11951 Freedom Drive
Reston, VA 20190

Please Approve/Identify
Name: ENC 32404
Timekeeper No. 13543
Client or G/L No. 332312-801
Date: 9/24/18
Sent by Virginia Kniska # 16984

Due By: 03/09/2018
Invoice Date: 2/7/2018
Invoice #: 1539505
Job#: 1539505
Client File#: N/A

TOTAL INVOICE AMOUNT DUE

$278.50

**2373072**

| Job #: 1539505   Client Matter #: N/A | Recipient: | Date Received: |
|---|---|---|
| Plaintiff: Elizabeth Sines, et al. | Loyal White Knights of the Klu Klux Klan | 1/31/2018 |
| Defendant: Jason Kessler, et al. | 2634 US Highway 158E, Yanceyville, North | Completed: |
| Case Number  3:17CV00072 NKM | | 2/1/2018 |

| Description | Qty | Fee | Total Fee |
|---|---|---|---|
| Copy Charges | 114 | $0.25 | $28.50 |
| Service of Process | 1 | $150.00 | $150.00 |
| Priority Fee - IMMEDIATE | 1 | $100.00 | $100.00 |
| | | Job Total Due = | $278.50 |

TOTAL INVOICE AMOUNT DUE:

$278.50



Terms: Thank you for your business. Payment due upon receipt. Please provide the invoice number on your check.
FEIN: ███3731

RECEIVED
2018 SEP 21 PM 4:19
COOLEY LLP
ACCOUNTING

# CAPITOL PROCESS SERVICES, INC.

1827 18th Street, NW, Washington, DC 20009

Phone 202 667-0050 -- FAX 202 667-2520

tfelter@capitolprocess.com



Please Approve/Identify
Name: _____ Eric BoHon _____
Timekeeper No. BJ43
Client or G/L No. 332312-801
Date: 9/21/18
Sent by Virginia Kniska # 16984

Robert T. Cahill, Esquire
Cooley LLP
11951 Freedom Drive
Reston, VA 20190

Due By: 03/09/2018
Invoice Date: 2/7/2018
Invoice #: 1539063
Job#: 1539063
Client File#: N/A

TOTAL INVOICE AMOUNT DUE

$278.50

2373064

---

Job #: 1539063    Client Matter #: N/A
Plaintiff:  Elizabeth Sines, et al.
Defendant:  Jason Kessler, et al.
Case Number  3:17CV00072 NKM

Recipient:
Loyal White Knights of the Klu Klux Klan a/k/a
Loyal White Knights Church of Invisible Empire
6135 Park South Drive, Charlotte, North

Date Received:
1/19/2018
Completed:
2/7/2018

| Description | Qty | Fee | Total Fee |
|---|---|---|---|
| Copy Charges | 114 | $0.25 | $28.50 |
| Attempted Service of Process | 1 | $150.00 | $150.00 |
| Priority Fee - IMMEDIATE | 1 | $100.00 | $100.00 |
| | | Job Total Due = | $278.50 |

---

TOTAL INVOICE AMOUNT DUE:

$278.50



Terms: Thank you for your business! Please provide the invoice number on your check.
FEIN: ███3731

RECEIVED
2018 SEP 21 PM 4:19
COOLEY LLP
ACCOUNTING

# CAPITOL PROCESS SERVICES, INC.

1827 18th Street, NW, Washington, DC 20009

Phone 202 667-0050 -- FAX 202 667-2520
tfelter@capitolprocess.com

Robert T. Cahill, Esquire
Cooley LLP
11951 Freedom Drive
Reston, VA 20190

Due By: 03/09/2018
Invoice Date: 2/7/2018
Invoice #: 1539525
Job#: 1539525
Client File#: N/A

2373071

TOTAL INVOICE AMOUNT DUE

$232.00

*[handwritten] Please Approve/Identify*
*Name: enc Go Hon*
*Timekeeper No. 13543*
*Client or G/L No. 332312-201*
*Date: 9/21/18*
*Sent by Virginia Knieka # 10084*

---

| Job #: 1539525     Client Matter #: N/A | Recipient: | Date Received: |
|---|---|---|
| Plaintiff: Elizabeth Sines, et al. | Hatreon c/o Cody Wilson | 1/31/2018 |
| Defendant: Jason Kessler, et al. | 2320 Donley Drive, Suite C, Austin, Texas | Completed: |
| Case Number  3:17-cv-00072-NKM | | 1/31/2018 |

| Description | Qty | Fee | Total Fee |
|---|---|---|---|
| Copy Charges | 128 | $0.25 | $32.00 |
| Service of Process | 1 | $150.00 | $150.00 |
| Priority Fee - RUSH | 1 | $50.00 | $50.00 |
| | | Job Total Due = | $232.00 |

---

TOTAL INVOICE AMOUNT DUE: $232.00



Terms: Thank you for your business. Payment due upon receipt. Please provide the invoice number on your check.
FEIN: ▮▮▮▮33731

RECEIVED
2018 SEP 21 PM 4:19
COOLEY LLP
ACCOUNTING

na

# CAPITOL PROCESS SERVICES, INC

1822 18th Street, NW, Washington, DC 20009

Phone 202 667-0050 -- FAX 202 667-2520
tfelter@capitolprocess.com

Robert T. Cahill, Esquire
Cooley LLP
11951 Freedom Drive
Reston, VA 20190

Please Approve/Identify
Name: _Eric Bolton_
Timekeeper No. _13543_
Client or G/L No. _332312-801_
Date: _9/21/19_
Sent by Virginia Knicks # 16984

Due By: 03/10/2018
Invoice Date: 2/8/2018
Invoice #: 1539842
Job#: 1539842
Client File#: 332312-801

TOTAL INVOICE AMOUNT DUE

$228.50

2373076

| Job #: 1539842    Client Matter #: 332312-801 | Recipient: | | Date Received: |
|---|---|---|---|
| Plaintiff: Elizabeth Sines, et al. | Augustus Sol Invictus | | 2/6/2018 |
| Defendant: Jason Kessler, et al. | 548 Orange Drive, Apartment 14, Altamonte | | Completed: |
| Case Number 3:17-cv-00072-NKM | | | 2/8/2018 |

| Description | Qty | Fee | Total Fee |
|---|---|---|---|
| Copy Charges | 114 | $0.25 | $28.50 |
| Attempted Service of Process / Incorrect Address | 1 | $150.00 | $150.00 |
| Priority Fee - RUSH | 1 | $50.00 | $50.00 |
| | | Job Total Due = | $228.50 |

TOTAL INVOICE AMOUNT DUE:                                                    $228.50

Terms: Thank you for your business. Please provide the invoice number on your check.
FEIN: ▮▮▮▮3731

RECEIVED
2018 SEP 21  PM 4:20
COOLEY LLP
ACCOUNTING

# CAPITOL PROCESS SERVICES, INC

1827 18th Street, NW, Washington, DC 20009

Phone 202 667-0050 -- FAX 202 667-2520
tfelter@capitolprocess.com

Robert T. Cahill, Esquire
Cooley LLP
11951 Freedom Drive
Reston, VA 20190

Please Approve/forward
Name: _Eric Belton_
Timekeeper No. _13543_
Client or G/L No. _332312-801_
Date: _5/24/17_
Sent by Virginia Kniska # 16284

Due By: 03/16/2018
Invoice Date: 2/14/2018
Invoice #: 1539062
Job#: 1539062
Client File#: N/A

**TOTAL INVOICE AMOUNT DUE**

**$278.50**

2373061

---

| Job #:  1539062   Client Matter #: N/A | Recipient: | Date Received: |
|---|---|---|
| Plaintiff:  Elizabeth Sines, et al. | Richard Spencer | 1/19/2018 |
| Defendant:  Jason Kessler, et al. | 645 Woodlands Place, Apartment 3, Whitefish, | Completed: |
| Case Number  3:17CV00072 NKM | | 2/14/2018 |

| Description | Qty | Fee | Total Fee |
|---|---|---|---|
| Copy Charges | 114 | $0.25 | $28.50 |
| Attempted Service of Process / Incorrect Address | 1 | $150.00 | $150.00 |
| Priority Fee - IMMEDIATE | 1 | $100.00 | $100.00 |
| | Job Total Due = | | $278.50 |

TOTAL INVOICE AMOUNT DUE:                                                  $278.50

**Terms:** Thank you for your business! Please provide the invoice number on your check.
FEIN: ████3731

RECEIVED
2018 SEP 21  PM 4: 18
COOLEY LLP
ACCOUNTING

# CAPITOL PROCESS SERVICES, INC.

1827 18th Street, NW, Washington, DC 20009

Phone 202 667-0050 -- FAX 202 667-2520
tfelter@capitolprocess.com

Robert T. Cahill, Esquire
Cooley LLP
11951 Freedom Drive
Reston, VA 20190

Please Approve/Identify
Name: _Eric Bolton_
Timekeeper No. _13543_
Client or G/L No. _332312-801_
Date: _8/21/18_
Sent by Virginia Knisku # 18054

Due By: 03/16/2018
Invoice Date: 2/14/2018
Invoice #: 1539235
Job#: 1539235
Client File#: N/A

**TOTAL INVOICE AMOUNT DUE**

$406.25

2373068

| Job #: 1539235    Client Matter #: N/A | Recipient: | | Date Received: |
|---|---|---|---|
| Plaintiff: Elizabeth Sines, et al. | Colton Merwin | | 1/24/2018 |
| Defendant: Jason Kessler, et al. | 3 Sunset Avenue, Mount Airy, Maryland 21771 | | Completed: |
| Case Number 3:17-cv-00072-NKM | | | 2/14/2018 |

| Description | Qty | Fee | Total Fee |
|---|---|---|---|
| Copy Charges | 25 | $0.25 | $6.25 |
| Attempted Service of Process / Incorrect Address: | 1 | $150.00 | $150.00 |
| 3 Sunset Avenue, Mount Airy, Maryland 21771 | | | |
| Priority Fee - IMMEDIATE | 1 | $100.00 | $100.00 |
| Attempted Service of Process - RUSH: | 1 | $150.00 | $150.00 |
| 818 South Lyzerne Avenue, Baltimore, Maryland 21224 | | | |

Job Total Due = $406.25

**TOTAL INVOICE AMOUNT DUE:** $406.25

Terms: Thank you for your business! Please provide the invoice number on your check.
FEIN: ██████3731

RECEIVED
2018 SEP 21 PM 4: 19
COOLEY LLP
ACCOUNTING

# CAPITOL PROCESS SERVICES, INC.

1827 18th Street, NW, Washington, DC 20009

Phone 202 667-0050 -- FAX 202 667-2520

tlelter@capitolprocess.com

Robert T. Cahill, Esquire
Cooley LLP
11951 Freedom Drive
Reston, VA 20190

Please Approve/Identify
Name: Eric Bolton
Timekeeper No. 13543
Client or G/L No. 332312-801
Date: 9/21/18
Sent by Virginia Kniska # 16994

Due By: 03/16/2018
Invoice Date: 2/14/2018
Invoice #: 1539641
Job#: 1539641
Client File#: N/A

**TOTAL INVOICE AMOUNT DUE**

$306.75

2373074

---

Job #: 1539641   Client Matter #: N/A
Plaintiff:  Elizabeth Sines, et al.
Defendant:  Jason Kessler, et al.
Case Number  3:17-cv-00072-NKM

Recipient:
GoDaddy.com, LLC c/o Corporation Service
Company, Registered Agent
2338 West Royal Palm Road, Suite J, Phoenix,

Date Received:
2/2/2018
Completed:
2/2/2018

| Description | Qty | Fee | Total Fee |
|---|---|---|---|
| Place of Production Location | 1 | $75.00 | $75.00 |
| Copy Charges | 127 | $0.25 | $31.75 |
| Service of Process | 1 | $150.00 | $150.00 |
| Priority Fee - RUSH | 1 | $50.00 | $50.00 |
| | Job Total Due = | | $306.75 |

---

TOTAL INVOICE AMOUNT DUE:                                    $306.75



**Terms:** Thank you for your business. Please provide the invoice number on your check.
FEIN: ▮▮▮33731

RECEIVED
2018 SEP 21  PM 4:20
COOLEY LLP
ACCOUNTING

## CAPITOL PROCESS SERVICES, INC.

1827 18th Street, NW, Washington, DC 20009

Phone 202 667-0050 — FAX 202 667-2520
tfelter@capitolprocess.com

Robert T. Cahill, Esquire
Cooley LLP
11951 Freedom Drive
Reston, VA 20190

Please Approve/Identify
Name: Eric Cotton
Timekeeper No. 13543
Client or G/L No. 332312-801
Date: 2/21/18
Sent by Virginia Kniska # 16684

**Due By: 03/23/2018**
Invoice Date: 2/21/2018
Invoice #: 1539238
Job#: 1539238
Client File#: N/A

**TOTAL INVOICE AMOUNT DUE**

$232.00

2373070

---

Job #: 1539238    Client Matter #: N/A
Plaintiff: Elizabeth Sines, et al.
Defendant: Jason Kessler, et al.
Case Number 3:17-cv-00072-NKM

Recipient:
Discord, Inc. c/o Ruth Chang, Registered Agent
444 De Haro Street, Suite 200, San Francisco,

Date Received:
1/24/2018
Completed:
1/24/2018

| Description | Qty | Fee | Total Fee |
|---|---|---|---|
| Copy Charges | 128 | $0.25 | $32.00 |
| Service of Process | 1 | $150.00 | $150.00 |
| Priority Fee - RUSH | 1 | $50.00 | $50.00 |
| | | Job Total Due = | $232.00 |

TOTAL INVOICE AMOUNT DUE: $232.00



Terms: Thank you for your business! Please provide the invoice number on your check.
FEIN: ███ 03731

RECEIVED
2018 SEP 21 PM 4:19
COOLEY LLP
ACCOUNTING

# CAPITOL PROCESS SERVICES, INC

1827 18th Street, NW, Washington, DC 20009

Phone 202 667-0050 — FAX 202 667-2520
tfelter@capitolprocess.com

Robert T. Cahill, Esquire
Cooley LLP
11951 Freedom Drive
Reston, VA 20190

Please Approve/identify
Name: __Eric Belton__
Timekeeper No. __13543__
Client or G/L No. __322312 - 301__
Date: __2/21/12__
Sent by Virginia Kniska # 16984

Due By: 03/30/2018
Invoice Date: 2/28/2018
Invoice #: 1539820
Job#: 1539820
Client File#: N/A

**TOTAL INVOICE AMOUNT DUE**

$341.00

2373073

---

Job #:  1539820       Client Matter #: N/A
Plaintiff:   Elizabeth Sines, et al.
Defendant:   Jason Kessler, et al.
Case Number   3:17-cv-00072-NKM

Recipient:
East Coast Knights of the Klu Klux Klan c/o
William Walters
7111 Torresdale Avenue, Apartment 1,

Date Received:
2/6/2018
Completed:
2/28/2018

| Description | Qty | Fee | Total Fee |
|---|---|---|---|
| Copy Charges | 114 | $0.25 | $28.50 |
| Attempted Service of Process | 1 | $150.00 | $150.00 |
| Priority Fee - RUSH | 1 | $50.00 | $50.00 |
| Additional Hours / Time on Location / Additional Research: | | | |
| 0.75 hour(s) x $150.00 per hour | .75 | $150.00 | $112.50 |
| | | Job Total Due = | $341.00 |

---

TOTAL INVOICE AMOUNT DUE:        $341.00



Terms: Thank you for your business. Please provide the invoice number on your check.
FEIN: ████3731

RECEIVED  2010 SEP 21 PM 4: 19  COOLEY LLP ACCOUNTING

# CAPITOL PROCESS SERVICES, INC.

1827 18th Street, NW, Washington, DC 20009

Phone 202 667-0050 -- FAX 202 667-2520
tfelter@capitolprocess.com

Robert T. Cahill, Esquire
Cooley LLP
11951 Freedom Drive
Reston, VA 20190

Due By: 05/27/2018
Invoice Date: 4/27/2018
Invoice #: 1542652
Job#: 1542652
Client File#: 332312-801

Please Approve/Identify
Name: _Eric Botton_
Timekeeper No. _13543_
Client or G/L No. _332312-801_
Date: _9/21/17_
Sent by Virginia Knieke # 16994

(TOTAL INVOICE AMOUNT DUE

$150.00

2373075

---

Job #: 1542652    Client Matter #: 332312-801
Plaintiff:  Elizabeth Sines, et al.
Defendant:  Jason Kessler, et al.
Case Number  3:17-cv-00072-NKM

Recipient:
Moonbase Holdings, LLC c/o Andrew Anglin
918 Colony Way, Columbus, Ohio 43235-1720

Date Received:
3/29/2018
Completed:
4/27/2018

| Description | Qty | Fee | Total Fee |
|---|---|---|---|
| Attempted Service of Process / Additional Service at Same Address (Discount): | 1 | $75.00 | $75.00 |
| 918 Colony Way, Columbus, Ohio 43235-1720 | | | |
| Attempted Service of Process / Additional Service at Same Address (Discount): | 1 | $75.00 | $75.00 |
| 915 North High Street, Columbus, Ohio 43201 | | | |

Job Total Due =  $150.00

---

TOTAL INVOICE AMOUNT DUE:

$150.00



Terms: Thank you for your business. Please provide the invoice number on your check.
FEIN: ██████3731

RECEIVED
2018 SEP 21  PM 4: 20
COOLEY LLP
ACCOUNTING

# CAPITOL PROCESS SERVICES, INC.

1827 18th Street, NW, Washington, DC 20009          Phone 202 667-0050 -- FAX 202 667-2520
tfelter@capitolprocess.com

Robert T. Cahill, Esquire
Cooley LLP
11951 Freedom Drive
Reston, VA 20190

Due By: 05/27/2018
Invoice Date: 4/27/2018
Invoice #: 1542653
Job#: 1542653
Client File#: 332312-801

Please Approve/Identify
Name: _Eric Bohm_
Timekeeper No. _13543_
Client or G/L No. _332312-301_
Date: _9/21/18_
Sent by Virginia Kriens # 18994

**TOTAL INVOICE AMOUNT DUE**

$329.00

**2373077**

---

Job #:  1542653      Client Matter #: 332312-801
Plaintiff:  Elizabeth Sines, et al.
Defendant:  Jason Kessler, et al.
Case Number  3:17-cv-00072-NKM

Recipient:
Andrew Anglin
918 Colony Way, Columbus, Ohio 43235-1720

Date Received:
3/29/2018
Completed:
4/27/2018

| Description | Qty | Fee | Total Fee |
|---|---|---|---|
| Copy Charges | 116 | $0.25 | $29.00 |
| Attempted Service of Process / Incorrect Address: | 1 | $150.00 | $150.00 |
| 918 Colony Way, Columbus, Ohio 43235-1720 | | | |
| Attempted Service of Process: | 1 | $150.00 | $150.00 |
| 915 North High Street, Columbus, Ohio 43201 | | | |

Job Total Due =       $329.00

---

**TOTAL INVOICE AMOUNT DUE:**                                    $329.00

Terms: Thank you for your business. Please provide the invoice number on your check.
FEIN: ▮▮▮▮83731

RECEIVED
2018 SEP 21 PM 4: 20
COOLEY LLP
ACCOUNTING