# EXHIBIT F

**Derecho Investigations**
P.O. Box 480680
Charlotte, NC 28269

# Invoice

**Invoice #:** 2100
**Invoice Date:** 7/1/2020
**Due Date:** 7/6/2020
**Case:** Pistolis service
**P.O. Number:**

**Bill To:**
Jonathan R. Kay

| Description | Hours/Qty | Rate | Amount |
|---|---|---|---|
| Process Service- ▇▇▇▇ to Vassilios Pistolis on 7/1/2020. ▇ ▇▇▇▇ served on 7/1/2020 at 1914 Hrs. | 1 | 250.00 | 250.00 |

**Total** $250.00
**Payments/Credits** $0.00
**Balance Due** $250.00

| Phone # | E-Mail |
|---|---|
| 910-849-6719 | info@Derechoinvestigations.com |