# EXHIBIT G

# Invoice

Page 1 of 1

**Epiq eDiscovery Solutions Inc**
777 Third Ave, 12th Floor
New York, NY  10017

**Remit to**
Epiq eDiscovery Solutions Inc
Dept 0250
P.O. Box 120250
Dallas, TX 75312-0250

For billing questions, call 913-621-9980
or billing@epiqglobal.com

Payment by Wire:
Bank:                      Silicon Valley Bank (Santa Clara, CA)
ABA Routing:               ████0399
Acct No:                   ████4842
SWIFT:                     ████US6S

**Bill-To**
Kaplan Hecker & Fink LLP
Attn: Emma Buckland Young
350 5th Ave, Ste 7110
New York NY  10118

**Information**

| | |
|---|---|
| Invoice No. | 90336100 |
| Invoice Date | 05/10/2019 |
| Purchase Order No. | WR-745074 |
| Customer No. | 1002619 |
| Currency | USD |
| Contract No. | 40023205 |
| Contract Description | KPC0004 NYC Kaplan & Company, LLP Bkt |
| Terms of Payment | Net due in 30 days |
| Internal Reference No | KPC0004 |
| Project Number | P-1023409 |
| Client Matter ID | C/M is 0015.001 |

**Comments**
DOS: 5/2/2019

| Code | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---:|---|---:|---:|
| SCA100 | Printing (Blowbacks) with Assembly | 54 | PAG | 0.1200 | 6.48 |
| SCA103 | Digital Prints (Blowbacks) Color | 822 | PAG | 0.6500 | 534.30 |
| SCA163 | Photcopy-3 Ring Binders - 3" | 1 | EA | 12.0000 | 12.00 |
| SCA190 | Photocopy-Alpha/Numeric Pre-printed tabs | 22 | EA | 0.2500 | 5.50 |

|  |  |
|---|---:|
| **Net Amount** | 558.28 |
| **Sales Tax** | 49.54 |
| **Total Amount Due  (USD)** | 607.82 |



CONFIDENTIAL



# Invoice
Page 1 of 1

Epiq eDiscovery Solutions Inc
777 Third Ave, 12th Floor
New York, NY 10017

**Remit to**
Epiq eDiscovery Solutions Inc
Dept 0250
P.O. Box 120250
Dallas, TX 75312-0250

For billing questions, call 913-621-9980
or billing@epiqglobal.com

Payment by Wire:
Bank:                    Silicon Valley Bank (Santa Clara, CA)
ABA Routing:             0399
Acct No:                 4842
SWIFT:                   US6S

**Bill-To**
Kaplan Hecker & Fink LLP
Attn: Emma Buckland Young
350 5th Ave Ste 7110,
New York NY 10118

**Information**
| | | | |
|---|---|---|---|
| Invoice No. | 90337936 | Invoice Date | 05/30/2019 |
| Purchase Order No. | WR-758227 | | |
| Customer No. | 1002619 | | |
| Currency | USD | | |
| Contract No. | 40023205 | | |
| Contract Description | KPC0004 NYC Kaplan & Company, LLP Bkt | | |
| Terms of Payment | Net due in 30 days | | |
| Internal Reference No | KPC0004 | | |
| Project Number | P-1023409 | | |
| Client Matter ID | 0015.001 | | |

**Comments**
DOS: 5/23/2019

| Code | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| SCA100 | Printing (Blowbacks) with Assembly | 33 | PAG | 0.1200 | 3.96 |
| SCA103 | Digital Prints (Blowbacks) Color | 1,010 | PAG | 0.6500 | 656.50 |
| SCA163 | Photcopy-3 Ring Binders - 3" | 1 | EA | 12.0000 | 12.00 |
| SCA190 | Photocopy-Alpha/Numeric Pre-printed tabs | 7 | EA | 0.2500 | 1.75 |

|  |  |
|---|---|
| Net Amount | 674.21 |
| Sales Tax | 59.84 |
| Total Amount Due (USD) | 734.05 |

CONFIDENTIAL



# Invoice
Page 1 of 1

**Epiq eDiscovery Solutions Inc**
777 Third Ave, 12th Floor
New York, NY 10017

**Remit to**
Epiq eDiscovery Solutions Inc
Dept 0250
P.O. Box 120250
Dallas, TX 75312-0250

For billing questions, call 913-621-9980
or billing@epiqglobal.com

Payment by Wire:
Bank: Silicon Valley Bank (Santa Clara, CA)
ABA Routing: 0399
Acct No: 4842
SWIFT: US6S

**Bill-To**
Kaplan Hecker & Fink LLP
Attn: Emma Buckland Young
350 5th Ave Ste 7110,
New York NY 10118

**Information**
| | | | |
|---|---|---|---|
| Invoice No. | 90338561 | Invoice Date | 05/31/2019 |
| Purchase Order No. | WR-759641 | | |
| Customer No. | 1002619 | | |
| Currency | USD | | |
| Contract No. | 40023205 | | |
| Contract Description | KPC0004 NYC Kaplan & Company, LLP Bkt | | |
| Terms of Payment | Net due in 30 days | | |
| Internal Reference No | KPC0004 | | |
| Project Number | P-1023409 | | |
| Client Matter ID | 0015.001 | | |

**Comments**
DOS: 5/28/2019

| Code | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| SCA100 | Printing (Blowbacks) with Assembly | 117 | PAG | 0.1200 | 14.04 |
| SCA103 | Digital Prints (Blowbacks) Color | 3,621 | PAG | 0.6500 | 2,353.65 |
| SCA160 | Photcopy-3 Ring Binders - 1" | 2 | EA | 5.0000 | 10.00 |
| SCA161 | Photocopy-3 Ring Binders - 1.5" | 4 | EA | 8.0000 | 32.00 |
| SCA190 | Photocopy-Alpha/Numeric Pre-printed tabs | 250 | EA | 0.2500 | 62.50 |
| SCA192 | Photocopy-Custom Tabs | 14 | EA | 0.5000 | 7.00 |

Net Amount  2,479.19
Sales Tax  220.03
Total Amount Due (USD)  2,699.22

CONFIDENTIAL



# Invoice
Page 1 of 1

Epiq eDiscovery Solutions Inc
777 Third Ave, 12th Floor
New York, NY  10017

**Remit to**
Epiq eDiscovery Solutions Inc
Dept 0250
P.O. Box 120250
Dallas, TX 75312-0250

For billing questions, call 913-621-9980
or billing@epiqglobal.com

Payment by Wire:
Bank:                           Silicon Valley Bank (Santa Clara, CA)
ABA Routing:                    0399
Acct No:                        4842
SWIFT:                          US6S

**Bill-To**
Kaplan Hecker & Fink LLP
Attn: Emma Buckland Young
350 5th Ave Ste 7110,
New York NY  10118

**Information**
| | | | |
|---|---|---|---|
| Invoice No. | 90338648 | Invoice Date | 05/31/2019 |
| Purchase Order No. | WR-760512 | | |
| Customer No. | 1002619 | | |
| Currency | USD | | |
| Contract No. | 40023205 | | |
| Contract Description | KPC0004 NYC Kaplan & Company, LLP Bkt | | |
| Terms of Payment | Net due in 30 days | | |
| Internal Reference No | KPC0004 | | |
| Project Number | P-1023409 | | |
| Client Matter ID | 0015.001 | | |

**Comments**
DOS: 5/30/2019

| Code | Service | Quantity | Unit | Unit Price | Amount |
|---|---|---|---|---|---|
| SCA100 | Printing (Blowbacks) with Assembly | 1,207 | PAG | 0.1200 | 144.84 |
| SCA103 | Digital Prints (Blowbacks) Color | 39 | PAG | 0.6500 | 25.35 |
| SCA160 | Photcopy-3 Ring Binders - 1" | 1 | EA | 5.0000 | 5.00 |
| SCA161 | Photocopy-3 Ring Binders - 1.5" | 2 | EA | 8.0000 | 16.00 |
| SCA190 | Photocopy-Alpha/Numeric Pre-printed tabs | 122 | EA | 0.2500 | 30.50 |
| SCA192 | Photocopy-Custom Tabs | 7 | EA | 0.5000 | 3.50 |

|  |  |
|---|---|
| Net Amount | 225.19 |
| Sales Tax | 19.98 |
| Total Amount Due (USD) | 245.17 |

CONFIDENTIAL