# EXHIBIT H

## Payment Receipt                                                   $100.00

**JLM Express Process Service LLC**                          **Account Holder**
1 EAST GROVE AVE                                               Lawrence E. Bolton
LAKE WALES, Florida 33853                                  7902 Sleepy Brook Court
(863) 678-1235                                            Springfield, Virginia 22153

## Payment Summary

| | | | |
|---|---|---|---|
| **Account:** | Operating | **Amount Paid:** | $100.00 |
| **Reference:** | 332312-801 - Service of Kleve Subpoena | **Payment Method:** | VISA |
| | | **Card Number:** | ************5885 |
| | | **Entry Mode:** | Manual |
| | | **Auth Code:** | 21604B |
| | | **Payment Date:** | May 05, 2020 01:32 pm |
| | | **Transaction Id:** | 31204541 |


POWERED BY
LAWPAY

www.gastonprocess.com
service@gastonprocess.com