# EXHIBIT I



# Legal Consultants for Everyone, LLC

**Business Number** ▇▇▇ PRO2

244 Madison Avenue
Suite 151
New York, NY 10016

(877) 568-7762

www.legalconsultantsforeveryone.com
info@legalconsultantsforeveryone.com

**INVOICE**
INV0592

**DATE**
Jun 14, 2020

**DUE DATE**
Jun 24, 2020

**BALANCE DUE**
USD $660.00

---

**BILL TO**

## Cooley LLP

55 Hudson Yards
New York, NY
10001-2157

2124796143

managingclerk@cooley.com

---

| DESCRIPTION | RATE | QTY | DISCOUNT | AMOUNT |
|---|---|---|---|---|
| **Sines v Chapman USDC-NDCA 20-cv-** <br> On 6/12/2020, served papers on a rush basis upon Kyle S. Chapman at 22 Judson Place. Pacifica, CA 94064 <br><br> C/M# 332312-801 | $350.00 | 1 | | $350.00 |
| ***SAME DAY EXPEDITED SERVICE*** | $100.00 | 1 | | $100.00 |
| Print and Preparation Costs per page | $2.00 | 210 | -$210.00 <br> 50% | $210.00 |
| | | | **TOTAL** | $660.00 |
| | | | **BALANCE DUE** | **USD $660.00** |

## Payment Instructions

**BY CHECK**

Legal Consultants for Everyone, LLC

**OTHER**

We accept payments via PayPal, VenMo, CashApp, Zeille and ACH direct payments. Call us for more information.