# EXHIBIT J

# INVOICE

Magna Legal Services
320 West 37th Street
12th Floor
New York, NY 10018
Phone: 866-624-6221   Fax: 917-591-1113

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 473561 | 12/18/2018 | 445889 |
| **Job Date** | **Case No.** | |
| 12/3/2018 | | |

**Case Name**

Elizabeth Sines, et al. v. Jason Kessler, et al.

**Payment Terms**

Due upon receipt

Jessica Phillips, Esq.
Boies Schiller Flexner LLP
1401 New York Ave, NW
Washington, DC 20005

ORIGINAL AND ONE CERTIFIED COPY OF:

| | | | | | |
|---|---|---|---|---|---|
| Erica Alduino | 400.00 | Pages | @ | 4.35 | 1,740.00 |
| Exhibit | 232.00 | Pages | @ | 0.55 | 127.60 |
| Attendance Fee | | | | 0.00 | 0.00 |
| RealTime | 353.00 | Pages | @ | 1.25 | 441.25 |
| Depo Disk/Lit Package | | | | 0.00 | 0.00 |
| Shipping | | | | 15.00 | 15.00 |

**TOTAL DUE >>>   $2,323.85**

Reference No.  : O

Location: Cincinnati. OH

Thank you, we appreciate your business!

Balances unpaid in excess of 30 days shall bear interest at a rate of 18% simple interest per annum.

WE ACCEPT VISA, MASTERCARD

Tax ID:     4245

Phone: (202) 237-2727   Fax: (202) 237-6131

*Please detach bottom portion and return with payment.*

Jessica Phillips, Esq.
Boies Schiller Flexner LLP
1401 New York Ave, NW
Washington, DC 20005

| | | |
|---|---|---|
| Invoice No. | : | 473561 |
| Invoice Date | : | 12/18/2018 |
| **Total Due** | : | **$ 2,323.85** |

Remit To: **Magna Legal Services LLC**
**P.O. Box 822804**
**Philadelphia, PA 19182-2804**

| | | |
|---|---|---|
| Job No. | : | 445889 |
| BU ID | : | New York |
| Case No. | : | |
| Case Name | : | Elizabeth Sines, et al. v. Jason Kessler, et al. |

# INVOICE

Magna Legal Services
320 West 37th Street
12th Floor
New York, NY 10018
Phone: 866-624-6221  Fax: 917-591-1113

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 473894 | 12/19/2018 | 445890 |
| **Job Date** | **Case No.** | |
| 12/3/2018 | | |

| Case Name |
|---|
| Elizabeth Sines, et al. v. Jason Kessler, et al. |

| Payment Terms |
|---|
| Due upon receipt |

Jessica Phillips, Esq.
Boies Schiller Flexner LLP
1401 New York Ave, NW
Washington, DC 20005

VIDEO SERVICES FOR:
  Erica Alduino
    Video Service First 2 Hours                                240.00     240.00
    Video Service Additional Hours        6.00 Hours  @         80.00     480.00

                                          TOTAL DUE >>>                  $720.00

Reference No. : 0

Location: Cincinnati, OH

Thank you, we appreciate your business!

Balances unpaid in excess of 30 days shall bear interest at a rate of 18% simple interest per annum.

WE ACCEPT VISA, MASTERCARD

Tax ID: ████4245                           Phone: (202) 237-2727  Fax: (202) 237-6131

*Please detach bottom portion and return with payment.*

Jessica Phillips, Esq.
Boies Schiller Flexner LLP
1401 New York Ave, NW
Washington, DC 20005

Invoice No.   : 473894
Invoice Date  : 12/19/2018
**Total Due**  : $ 720.00

Remit To: **Magna Legal Services LLC**
         **P.O. Box 822804**
         **Philadelphia, PA 19182-2804**

Job No.    : 445890
BU ID      : New York
Case No.   :
Case Name  : Elizabeth Sines, et al. v. Jason Kessler, et al.

# I N V O I C E

Magna Legal Services
320 West 37th Street
12th Floor
New York, NY  10018
Phone:866-624-6221   Fax:917-591-1113

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 562526 | 12/26/2019 | 536189 |
| **Job Date** | **Case No.** | |
| 12/10/2019 | | |
| **Case Name** | | |
| Elizabeth Sines, et al. v. Jason Kessler, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

Jessica Phillips, Esq.
Boies Schiller Flexner LLP
1401 New York Ave, NW
Washington, DC  20005

VIDEO SERVICES FOR:

Burt Colucci

| | | | | |
|---|---|---|---|---|
| Video Service First 2 Hours | | | 240.00 | 240.00 |
| Video Service Additional Hours | 7.00 Hours | @ | 80.00 | 560.00 |
| MPEG, split, burn & sync to DVD or CD | 5.00 Hours | @ | 80.00 | 400.00 |

**TOTAL DUE  >>>**                                                                 **$1,200.00**

Reference No.     :  O/ 06226

Location: Tampa, FL

Thank you, we appreciate your business!

Balances unpaid in excess of 30 days shall bear interest at a rate of 18% simple interest per annum.

WE ACCEPT VISA, MASTERCARD

**Tax ID:**            4245                                                              Phone: (202) 237-2727    Fax:(202) 237-6131

*Please detach bottom portion and return with payment.*

Jessica Phillips  Esq
Boies   chiller Flexner LLP
1401 New York Ave  NW
Washington  DC  20005

| | | |
|---|---|---|
| Invoice No | | 562526 |
| Invoice Date | : | 12/26/2019 |
| **Total Due** | : | **$1,200.00** |

Remit To:   **Magna Legal Services LLC**
            **P.O. Box 822804**
            **Philadelphia, PA  19182-2804**

| | | |
|---|---|---|
| Job No. | : | 536189 |
| BU ID | : | New York |
| Case No. | : | |
| Case Name | : | Elizabeth Sines, et al. v. Jason Kessler, et al. |