# EXHIBIT K

# PM Legal

PM Legal, LLC
75 Maiden Lane, 11th Floor
New York, NY 10038
(212) 233-4040
(212) 732-4327 (fax)
info@pmlegal.com

**INVOICE**

TAX ID # ▮▮▮▮0350

Invoice Number: 10320397
Account: KHF
Invoice Date: 9/3/2021
**Invoice Total: $1,045.00**

BEN WHITE
KAPLAN HECKER & FINK LLP
350 FIFTH AVENUE SUITE 7110
NEW YORK, NY 10118

Route: 70

File # :
Index # :  3:17-CV-00072-NKM

Your contact:   CHARLOTTE KARLSEN

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF VIRGINIA
ELIZABETH SINES, ET AL., v. JASON KESSLER, ET AL.,

| Job # | Servee | Line item detail | Fee Prepaid | Fee | Charge | Job Total |
|---|---|---|---|---|---|---|
| 5055504 | 8/17/21 | BENJAMIN DRAKE DALEY | | | | $1,045.00 |
| | | *SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION* | | | | |
| | | CHARGE - Rush; Service Out of State | | | 1,005.00 | |
| | | WITNESS FEE ADV - Witness Fee Advanced | | 40.00 | | |

Total Due:   $1,045.00

Page 1

**PM Legal**

PM Legal, LLC
75 Maiden Lane, 11th Floor
New York, NY 10038
(212) 233-4040
(212) 732-4327 (fax)
info@pmlegal.com

**REMITTANCE ADVICE**

Please make checks payable to PM Legal, LLC and remit payment to the address below.

PM Legal, LLC
75 Maiden Lane, 11th Floor
New York, NY 10038

Invoice Number: 10320397
Account: : KHF
Invoice Date: 9/3/2021
**Invoice Total: $1,045.00**

Amount Remitted :

Please enclose this sheet along with your payment.  Thank you very much for your business.