# EXHIBIT L

Irving Botwinick, Founder
New York State Professional Process Servers Association

Founding Member National Association of Professional Process Servers

Associate Member of the following State Process Servers Association:
Arizona, California, Colorado, Florida, Georgia, New Jersey, Oregon, Tennessee, Washington



SERVING by IRVING INC.

"Serving the Legal Community Since 1977."

Society of Professional Investigators
Chairman of the Board

Associated Licensed Detectives of New York State, Inc.
National Council of Investigation and Security Services
Society of Professional Investigators
World Investigators Network Inc.

July 12, 2019

Page 1 of 2

ATTN:  JONATHAN R. KAY

KAPLAN HECKER & FINK LLP
350 FIFTH AVENUE, SUITE 7110
NEW YORK, NY 10118

INVOICE# HW-12065

| PLAINTIFF | DEFENDANT | SERVICE | CHARGE |
|---|---|---|---|
| Elizabeth Sines, et al. | Jason Kessler, et al. | Subpoena and Supporting Documents On Facebook, Inc. | $195.00 |
| | | Instagram, Inc. c/o Facebook, Inc. | $ 50.00 |
| | | YouTube, Inc., c/o Google LLC | $ 50.00 |
| | | WhatsApp Inc. c/o Facebook, Inc. | $ 50.00 |
| | | All Served c/o Corporation Service Company Which Will Do Business in California as CSC-Lawyers Incorporating Services In Sacramento, CA | |
| | | TOTAL BILL: | $345.00 |

WE ARE PRIVATE INVESTIGATORS LICENSED BY THE NEW YORK STATE DEPARTMENT OF STATE • LICENSE #1100007963.
WOOLWORTH BUILDING • 233 BROADWAY, SUITE 2201 • NEW YORK, NEW YORK 10279
(212) 233-3346 • Fax (212) 349-0338
e-mail: irving@servingbyirving.com • website: www.servingbyirving.com • Federal Tax I.D. # ▮▮▮▮4123

Botwinick, Founder
York State Professional Process Servers
Association

Founding Member National Association
of Professional Process Servers

Associate Member of the following
State Process Servers Association:
Arizona, California, Colorado, Florida, Georgia,
New Jersey, Oregon, Tennessee, Washington



**SERVING by IRVING INC.**
"Serving the Legal Community Since 1977."

Society of Professional Investigators
Chairman of the Board

Associated Licensed Detectives of
New York State, Inc.
National Council of Investigation
and Security Services
Society of Professional Investigators
World Investigators Network Inc.

July 12, 2019

Page 2 of 2

ATTN:   JONATHAN R. KAY

KAPLAN HECKER & FINK LLP
350 FIFTH AVENUE, SUITE 7110
NEW YORK, NY 10118

INVOICE# HW-12065

| PLAINTIFF | DEFENDANT | SERVICE | CHARGE |
|---|---|---|---|
| Elizabeth Sines, et al. | Jason Kessler, et al. | + Disbursements Includes Printing Fee | $242.40 |
|  |  | TOTAL BILL: | $587.40 |

DUE UPON RECEIPT

2ⁿᵈ Request
9/9/19

WE ARE PRIVATE INVESTIGATORS LICENSED BY THE NEW YORK STATE DEPARTMENT OF STATE • LICENSE #11000079635
WOOLWORTH BUILDING • 233 BROADWAY, SUITE 2201 • NEW YORK, NEW YORK 10279
(212) 233-3346 • Fax (212) 349-0338
e-mail: irving@servingbyirving.com • website: www.servingbyirving.com • Federal Tax I.D. # ▮▮▮▮4123



**Irving Botwinick, Founder**
New York State Professional Process Servers Association

Founding Member National Association of Professional Process Servers

Associate Member of the following State Process Servers Association:
Arizona, California, Colorado, Florida, Georgia, New Jersey, Oregon, Tennessee, Washington

Society of Professional Investigators
Chairman of the Board

Associated Licensed Detectives of New York State, Inc.
National Council of Investigation and Security Services
Society of Professional Investigators
World Investigators Network Inc.

*"Serving the Legal Community Since 1977."*

January 22, 2020

ATTN: YOTAM BARKAI

BOIES SCHILLER FLEXNER LLP
55 HUDSON YARDS
NEW YORK, NY 10001

INVOICE# HW-12583

| PLAINTIFF | DEFENDANT | SERVICE | CHARGE |
|---|---|---|---|
| Elizabeth Sines, et al. | Jason Kessler, et al. | Document Subpoena On Signal Messenger, LLC c/o Cogency Global Inc. In Dover, DE | $195.00 |
| | | - 30% Discount | $ 58.50 |
| | | **BALANCE:** | $136.50 |
| | | + Disbursements | $ 70.00 |
| | | FINAL BILL: | $206.50 |

*PLEASE SUBMIT INVOICE TO ACCOUNTING FOR PAYMENT UPON RECEIPT*

WE ARE PRIVATE INVESTIGATORS LICENSED BY THE NEW YORK STATE DEPARTMENT OF STATE • LICENSE #11000079635
WOOLWORTH BUILDING • 233 BROADWAY, SUITE 2201 • NEW YORK, NEW YORK 10279
(212) 233-3346 • Fax (212) 349-0338
e-mail: irving@servingbyirving.com • website: www.servingbyirving.com • Federal Tax I.D. # ▮4123

Irving Botwinick, Founder
New York State Professional Process Servers Association

Founding Member National Association of Professional Process Servers

Associate Member of the following State Process Servers Association:
Arizona, California, Colorado, Florida, Georgia, New Jersey, Oregon, Tennessee, Washington



Society of Professional Investigators
Chairman of the Board

Associated Licensed Detectives of New York State, Inc.
National Council of Investigation and Security Services
Society of Professional Investigators
World Investigators Network Inc.

"Serving the Legal Community Since 1977."

January 28, 2020

ATTN: YOTAM BARKAI

BOIES SCHILLER FLEXNER LLP
55 HUDSON YARDS
NEW YORK, NY 10001

INVOICE# HW-12615

| PLAINTIFF | DEFENDANT | SERVICE | CHARGE |
|---|---|---|---|
| Elizabeth Sines, et al. | Jason Kessler, et al. | Document Subpoena (return date 1/20/2020) On Google LLC c/o Corporation Service Company In Sacramento, CA | $195.00 |
| | | Document Subpoena (return date 2/10/2020) On Google LLC c/o Corporation Service Company In Sacramento, CA | $ 50.00 |
| | | TOTAL BILL: | $245.00 |
| | | - 30% Discount | $ 73.50 |
| | | BALANCE: | $171.50 |
| | | + Disbursements | $ 94.50 |
| | | FINAL BILL: | $266.00 |

*PLEASE SUBMIT INVOICE TO ACCOUNTING FOR PAYMENT UPON RECEIPT*

WE ARE PRIVATE INVESTIGATORS LICENSED BY THE NEW YORK STATE DEPARTMENT OF STATE • LICENSE #11000079635
WOOLWORTH BUILDING • 233 BROADWAY, SUITE 2201 • NEW YORK, NEW YORK 10279
(212) 233-3346 • Fax (212) 349-0338
e-mail: irving@servingbyirving.com • website: www.servingbyirving.com • Federal Tax I.D. #      4123

Irving Botwinick, Founder
New York State Professional Process Servers Association

Founding Member National Association of Professional Process Servers

Associate Member of the following State Process Servers Association: Arizona, California, Colorado, Florida, Georgia, New Jersey, Oregon, Tennessee, Washington



**SERVING by IRVING INC.**

*"Serving the Legal Community Since 1977."*

Society of Professional Investigators Chairman of the Board

Associated Licensed Detectives of New York State, Inc.
National Council of Investigation and Security Services
Society of Professional Investigators
World Investigators Network Inc.

February 10, 2020

ATTN:  MONIQUE S. PETERKIN

KAPLAN HECKER & FINK LLP
350 FIFTH AVENUE, SUITE 7110
NEW YORK, NY 10118

INVOICE# HW-12630

| PLAINTIFF | DEFENDANT | SERVICE | CHARGE |
|---|---|---|---|
| Elizabeth Sines, et al. | Jason Kessler, et al. | Deposition Subpoena Rush Personal Service On Michael Joseph Chesny In Claremore, OK | $450.00 |
| | | Subpoena Fees | $ 79.00 |
| | | Expenditures | $ 13.50 |
| | | TOTAL BILL: | $542.50 |

DUE UPON RECEIPT

*PLEASE SUBMIT INVOICE TO ACCOUNTING FOR PAYMENT UPON RECEIPT*

2nd Request
5/3/2020

WE ARE PRIVATE INVESTIGATORS LICENSED BY THE NEW YORK STATE DEPARTMENT OF STATE • LICENSE #11000079635
WOOLWORTH BUILDING • 233 BROADWAY, SUITE 2201 • NEW YORK, NEW YORK 10279
(212) 233-3346 • Fax (212) 349-0338
e-mail: irving@servingbyirving.com • website: www.servingbyirving.com • Federal Tax I.D. # ▮▮▮▮4123

Irving Botwinick, Founder
New York State Professional Process Servers Association

Founding Member National Association of Professional Process Servers

Associate Member of the following State Process Servers Association:
Arizona, California, Colorado, Florida, Georgia, New Jersey, Oregon, Tennessee, Washington



Society of Professional Investigators Chairman of the Board

Associated Licensed Detectives of New York State, Inc.
National Council of Investigation and Security Services
Society of Professional Investigators
World Investigators Network Inc.

"Serving the Legal Community Since 1977."

February 12, 2020

ATTN:   YOTAM BARKAI

BOIES SCHILLER FLEXNER LLP
55 HUDSON YARDS
NEW YORK, NY 10001

INVOICE# HW-12635

| PLAINTIFF | DEFENDANT | SERVICE | CHARGE |
|---|---|---|---|
| Elizabeth Sines, et al. | Jason Kessler, et al. | Document Subpoena Personal Service On Cesar Armando Arvelo-Santos In Asheville, NC | $195.00 |
| | | - 30% Discount | $ 58.50 |
| | | BALANCE: | $136.50 |
| | | + Disbursements | $ 85.00 |
| | | FINAL BILL: | $221.50 |

*PLEASE SUBMIT INVOICE TO ACCOUNTING FOR PAYMENT UPON RECEIPT*

WE ARE PRIVATE INVESTIGATORS LICENSED BY THE NEW YORK STATE DEPARTMENT OF STATE • LICENSE #11000079635
WOOLWORTH BUILDING • 233 BROADWAY, SUITE 2201 • NEW YORK, NEW YORK 10279
(212) 233-3346 • Fax (212) 349-0338
e-mail: irving@servingbyirving.com • website: www.servingbyirving.com • Federal Tax I.D. # ▮▮▮▮4123

Irving Botwinick, Founder
New York State Professional Process Servers Association

Founding Member National Association of Professional Process Servers

Associate Member of the following State Process Servers Association:
Arizona, California, Colorado, Florida, Georgia, New Jersey, Oregon, Tennessee, Washington



**SERVING by IRVING INC.**

*"Serving the Legal Community Since 1977."*

Society of Professional Investigators
Chairman of the Board

Associated Licensed Detectives of New York State, Inc.
National Council of Investigation and Security Services
Society of Professional Investigators
World Investigators Network Inc.

February 24, 2020

ATTN: EMILY COLE

KAPLAN HECKER & FINK, LLP
350 FIFTH AVENUE, SUITE 7110
NEW YORK, NY 10118

INVOICE # JM-1098

| PLAINTIFF | DEFENDANT | SERVICE | CHARGE |
|---|---|---|---|
| Elizabeth Sines, et al., | Jason Kessler, et al., | Subpoena Rush Service On Apple, Inc., c/o Legal Department In Sunnyvale, CA | $450.00 |
| | | Includes Disbursements and Printing Fees | |
| | | TOTAL BILL: | $450.00 |

2nd Request
5/3/2020

*PLEASE SUBMIT INVOICE TO ACCOUNTING UPON RECEIPT*



Irving Botwinick, Founder
New York State Professional Process Servers Association

Founding Member National Association of Professional Process Servers

Associate Member of the following State Process Servers Association:
Arizona, California, Colorado, Florida, Georgia, New Jersey, Oregon, Tennessee, Washington

Society of Professional Investigators
Chairman of the Board

Associated Licensed Detectives of New York State, Inc.
National Council of Investigation and Security Services
Society of Professional Investigators
World Investigators Network Inc.

"Serving the Legal Community Since 1977."

April 29, 2020

ATTN:   JOSHUA HASLER

BOIES SCHILLER FLEXNER LLP
55 HUDSON YARDS
NEW YORK, NY 10001

INVOICE# HW-12800

| PLAINTIFF | DEFENDANT | SERVICE | CHARGE |
|---|---|---|---|
| Elizabeth Sines, et al. | Jason Kessler, et al. | Document Subpoena Rush Service On Sprint Corporation In Overland Park, KS | $450.00 |
| | | T-Mobile USA, Inc. In Parsippany, NJ | $450.00 |
| | | TOTAL BILL: | $900.00 |
| | | -30% Discount | $270.00 |
| | | BALANCE: | $630.00 |
| | | + Printing Fees | $ 14.00 |
| | | FINAL BILL: | $644.00 |

*PLEASE SUBMIT INVOICE TO ACCOUNTING FOR PAYMENT UPON RECEIPT*

WE ARE PRIVATE INVESTIGATORS LICENSED BY THE NEW YORK STATE DEPARTMENT OF STATE • LICENSE #11000079635
WOOLWORTH BUILDING • 233 BROADWAY, SUITE 2201 • NEW YORK, NEW YORK 10279
(212) 233-3346 • Fax (212) 349-0338
e-mail: irving@servingbyirving.com • website: www.servingbyirving.com • Federal Tax I.D. # ████4123



Irving Botwinick, Founder
New York State Professional Process Servers Association

Founding Member National Association of Professional Process Servers

Associate Member of the following State Process Servers Association:
Arizona, California, Colorado, Florida, Georgia, New Jersey, Oregon, Tennessee, Washington

Society of Professional Investigators
Chairman of the Board

Associated Licensed Detectives of New York State, Inc.
National Council of Investigation and Security Services
Society of Professional Investigators
World Investigators Network Inc.

"Serving the Legal Community Since 1977."

May 26, 2020

ATTN:   EMILY COLE

KAPLAN HECKER & FINK LLP
350 FIFTH AVENUE, SUITE 7110
NEW YORK, NY 10118

INVOICE# HW-12888

| PLAINTIFF | DEFENDANT | SERVICE | CHARGE |
|---|---|---|---|
| Elizabeth Sines, et al. | Jason Kessler, et al. | Deposition Subpoena Rush Personal Service On Shane Patrick Duffy In Oak Lawn, IL | $550.00 |
| | | Subpoena Fees | $ 40.00 |
| | | Expenditures | $ 12.50 |
| | | Printing Fees | $  7.00 |
| | | TOTAL BILL: | $609.50 |
| | | | DUE UPON RECEIPT |

WE ARE PRIVATE INVESTIGATORS LICENSED BY THE NEW YORK STATE DEPARTMENT OF STATE • LICENSE #11000079635
WOOLWORTH BUILDING • 233 BROADWAY, SUITE 2201 • NEW YORK, NEW YORK 10279
(212) 233-3346 • Fax (212) 349-0338
e-mail: irving@servingbyirving.com • website: www.servingbyirving.com • Federal Tax I.D. # ████4123



**Irving Botwinick, Founder**
New York State Professional Process Servers Association

Founding Member National Association of Professional Process Servers

Associate Member of the following State Process Servers Association:
Arizona, California, Colorado, Florida, Georgia, New Jersey, Oregon, Tennessee, Washington

*"Serving the Legal Community Since 1977."*

Society of Professional Investigators
Chairman of the Board

Associated Licensed Detectives of New York State, Inc.
National Council of Investigation and Security Services
Society of Professional Investigators
World Investigators Network Inc.

June 19, 2020

ATTN: YOTAM BARKAI

BOIES SCHILLER FLEXNER LLP
55 HUDSON YARDS
NEW YORK, NY 10001

INVOICE# HW-12934

| PLAINTIFF | DEFENDANT | SERVICE | CHARGE |
|---|---|---|---|
| Elizabeth Sines, et al. | Jason Kessler, et al. | Subpoena Personal Service On Anthime Gionet In Queen Creek, AZ | $195.00 |
| | | -30% Discount | $ 58.50 |
| | | **BALANCE:** | $136.50 |
| | | **+ Disbursements** | $131.00 |
| | | **FINAL BILL:** | $267.50 |

**\*PLEASE SUBMIT INVOICE TO ACCOUNTING FOR PAYMENT UPON RECEIPT\***

*WE ARE PRIVATE INVESTIGATORS LICENSED BY THE NEW YORK STATE DEPARTMENT OF STATE • LICENSE #11000079635*
WOOLWORTH BUILDING • 233 BROADWAY, SUITE 2201 • NEW YORK, NEW YORK 10279
(212) 233-3346 • Fax (212) 349-0338
e-mail: irving@servingbyirving.com • website: www.servingbyirving.com • Federal Tax I.D. # ▮4123



Irving Botwinick, Founder
New York State Professional Process Servers Association

Founding Member National Association of Professional Process Servers

Associate Member of the following State Process Servers Association:
Arizona, California, Colorado, Florida, Georgia, New Jersey, Oregon, Tennessee, Washington

**SERVING by IRVING INC.®**
"Serving the Legal Community Since 1977."

Society of Professional Investigators
Chairman of the Board

Associated Licensed Detectives of New York State, Inc.
National Council of Investigation and Security Services
Society of Professional Investigators
World Investigators Network Inc.

June 22, 2020

ATTN: BRITTANY ZHANG

BOIES SCHILLER FLEXNER LLP
55 HUDSON YARDS
NEW YORK, NY 10001

INVOICE# HW-12939

| PLAINTIFF | DEFENDANT | SERVICE | CHARGE |
|---|---|---|---|
| Elizabeth Sines, et al. | Jason Kessler, et al. | Subpoena On T-Mobile USA, Inc. (Individual) In Parsippany, NJ | $195.00 |
| | | T-Mobile USA, Inc. (Phone) In Parsippany, NJ | $ 50.00 |
| | | TOTAL BILL: | $245.00 |
| | | -30% Discount | $ 73.50 |
| | | BALANCE: | $171.50 |
| | | + Disbursements | $ 80.00 |
| | | FINAL BILL: | $251.50 |

*PLEASE SUBMIT INVOICE TO ACCOUNTING FOR PAYMENT UPON RECEIPT*

WE ARE PRIVATE INVESTIGATORS LICENSED BY THE NEW YORK STATE DEPARTMENT OF STATE • LICENSE #11000079635
WOOLWORTH BUILDING • 233 BROADWAY, SUITE 2201 • NEW YORK, NEW YORK 10279
(212) 233-3346 • Fax (212) 349-0338
e-mail: irving@servingbyirving.com • website: www.servingbyirving.com • Federal Tax I.D. # ▓▓▓▓4123



July 20, 2020

ATTN: YOTAM BARKAI

BOIES SCHILLER FLEXNER LLP
55 HUDSON YARDS
NEW YORK, NY 10001

INVOICE# HW-13027

| PLAINTIFF | DEFENDANT | SERVICE | CHARGE |
|---|---|---|---|
| Elizabeth Sines, et al. | Jason Kessler, et al. | Subpoena Attempted Service At Given Address On Joseph Jordan At 14016 34th Ave In Flushing, NY | $195.00 |
| | | Attempted Service On Joseph Jordan At 35 66th Street In West New York, NJ | $275.00 |
| | | TOTAL BILL: | $470.00 |
| | | -30% Discount | $141.00 |
| | | BALANCE: | $329.00 |

*PLEASE SUBMIT INVOICE TO ACCOUNTING FOR PAYMENT UPON RECEIPT*

WE ARE PRIVATE INVESTIGATORS LICENSED BY THE NEW YORK STATE DEPARTMENT OF STATE • LICENSE #11000079635
WOOLWORTH BUILDING • 233 BROADWAY, SUITE 2201 • NEW YORK, NEW YORK 10279
(212) 233-3346 • Fax (212) 349-0338
e-mail: irving@servingbyirving.com • website: www.servingbyirving.com • Federal Tax I.D. # ▮▮▮▮4123

Irving Botwinick, Founder
New York State Professional Process Servers Association

Founding Member National Association of Professional Process Servers

Associate Member of the following State Process Servers Association:
Arizona, California, Colorado, Florida, Georgia, New Jersey, Oregon, Tennessee, Washington



SERVING by IRVING INC.
"Serving the Legal Community Since 1977."

Society of Professional Investigators
Chairman of the Board

Associated Licensed Detectives of New York State, Inc.
National Council of Investigation and Security Services
Society of Professional Investigators
World Investigators Network Inc.

July 23, 2020

ATTN: BRITTANY ZHANG

BOIES SCHILLER FLEXNER LLP
55 HUDSON YARDS
NEW YORK, NY 10001

INVOICE# HW-13038

| PLAINTIFF | DEFENDANT | SERVICE | CHARGE |
|---|---|---|---|
| Elizabeth Sines, et al. | Jason Kessler, et al. | Subpoena On Sprint Corporation c/o Corporation Service Company In Topeka, KS | $195.00 |
| | | T-Mobile USA, Inc. In Parsippany, NJ | $195.00 |
| | | TOTAL BILL: | $390.00 |
| | | -30% Discount | $117.00 |
| | | BALANCE: | $273.00 |
| | | + Disbursements | $150.00 |
| | | FINAL BILL: | $423.00 |

*PLEASE SUBMIT INVOICE TO ACCOUNTING FOR PAYMENT UPON RECEIPT*

WE ARE PRIVATE INVESTIGATORS LICENSED BY THE NEW YORK STATE DEPARTMENT OF STATE • LICENSE #11000079635
WOOLWORTH BUILDING • 233 BROADWAY, SUITE 2201 • NEW YORK, NEW YORK 10279
(212) 233-3346 • Fax (212) 349-0338
e-mail: irving@servingbyirving.com • website: www.servingbyirving.com • Federal Tax I.D. # ▮4123



Irving Botwinick, Founder
New York State Professional Process Servers Association

Founding Member National Association of Professional Process Servers

Associate Member of the following State Process Servers Association: Arizona, California, Colorado, Florida, Georgia, New Jersey, Oregon, Tennessee, Washington

**SERVING by IRVING INC.**
*"Serving the Legal Community Since 1977."*

Society of Professional Investigators Chairman of the Board

Associated Licensed Detectives of New York State, Inc.
National Council of Investigation and Security Services
Society of Professional Investigators
World Investigators Network Inc.

September 16, 2020

ATTN: BRITTANY ZHANG

BOIES SCHILLER FLEXNER LLP
55 HUDSON YARDS
NEW YORK, NY 10001

INVOICE# HW-13158

| PLAINTIFF | DEFENDANT | SERVICE | CHARGE |
|---|---|---|---|
| Elizabeth Sines, et al. | Jason Kessler, et al. | Deposition Subpoena Attempted Service On Allison "Jack" Peirce In Brownsburg, IN | $750.00 |
|  |  | Numerous Attempts From June, 2020 To 9/12/2020 |  |
|  |  | REDUCED FLAT FEE |  |
|  |  | + Expenditures | $ 13.50 |
|  |  | FINAL BILL: | $763.50 |

*PLEASE SUBMIT INVOICE TO ACCOUNTING FOR PAYMENT UPON RECEIPT*

WE ARE PRIVATE INVESTIGATORS LICENSED BY THE NEW YORK STATE DEPARTMENT OF STATE • LICENSE #11000079635
WOOLWORTH BUILDING • 233 BROADWAY, SUITE 2201 • NEW YORK, NEW YORK 10279
(212) 233-3346 • Fax (212) 349-0338
e-mail: irving@servingbyirving.com • website: www.servingbyirving.com • Federal Tax I.D. # ▉▉▉4123