# EXHIBIT M

# INVOICE

1 of 1

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 411247 | 5/12/2020 | 71038 |
| **Job Date** | **Case No.** | |
| 5/4/2020 | 3:17-cv-00072-NKM-JCH | |
| **Case Name** | | |
| Elizabeth Sines, et al. v. Jason Kessler, et al. | | |
| **Payment Terms** | | |
| Due upon receipt | | |

**THOMAS & THOMAS**
· EST 1977 ·
COURT REPORTING – LEGAL VIDEO – VIDEOCONFERENCING

Eric Bolton
Cooley LLP
55 Hudson Yards
New York, NY 10001

SUBPOENA:
    Daniel J. Kleve

|  |  |  |  |  |
|---|---|---|---|---|
| Process Server - No Service | 1.00 |  | @ 75.00 | 75.00 |
| Subpoena Handling & Processing | 1.00 | Ea | @ 20.00 | 20.00 |
|  | 1.00 | Unit(s) | @ 75.00 | 75.00 |

**TOTAL DUE   >>>**   $170.00

AFTER 6/11/2020  PAY   $178.50

Please be advised that your firm is the contracting party and is responsible for these charges, not your client.  Thomas & Thomas has no relationship and no known agreement with your client.

Video and Transcript services billed separately.

Digital .pdf files have been sent to the email address on file.  All invoicing will also be sent to the email address(es) on file.  No hard copies will be sent.  Please check your email, and update with our staff as is necessary.

Thank you for your business!  To ensure proper credit, please include Thomas & Thomas invoice numbers with payment (A 3.8% convenience fee will be assessed for all credit card payments).

| | |
|---|---|
| ( - ) Payments/Credits: | 0.00 |
| (+) Finance Charges/Debits: | 0.00 |
| (=) New Balance: | $170.00 |

**Tax ID:**   1603

*Please detach bottom portion and return with payment.*

Eric Bolton
Cooley LLP
55 Hudson Yards
New York, NY 10001

Invoice No.   : 411247
Invoice Date  : 5/12/2020
**Total Due**   : **$170.00**

Remit To: **Thomas & Thomas Court Reporters**
        **P.O. Box 8398**
        **Omaha, NE 68108-0398**

Job No.     : 71038
BU ID       : 4-Subpoena
Case No.    : 3:17-cv-00072-NKM-JCH
Case Name   : Elizabeth Sines, et al. v. Jason Kessler, et al.