# EXHIBIT N



# Torri's Legal Services

3/16/2020

COOLEY LLP
ATTN: ERIC BOLTON
ONE FREEDOM PLAZA: RESTON PLAZA
11951 FREEDOM DRIVE
RESTON, VA 20190

Invoice #: 48785
Client File#:

Please reference Job # **48785** when remitting.

| | | | | |
|---|---|---|---|---|
| Job #: 48785 | Recipient: Bradley Dean Griffin | Rec'd: 3/11/2020 | | |
| Your #: | | Served: 3/11/2020 | | |
| | Person Served: Bradley Dean Griffin | Method: INDIVIDUAL/PERSONAL | | |
| | Location Served: 13 GW Griffin Road, Midway, AL 36053 | | | |
| Date | Description | Qty | Fee | Total Fee |
| | Service Fee - Out of State RUSH | 1 | $205.00 | $205.00 |
| | Extended Area | 1 | $150.00 | $150.00 |

Plaintiff: ELIZABETH SINES. et al.
Defendant: JASON KESSLER. et al.
Case #: 3:17-cv-00072-NKM

**BALANCE DUE =** $355.00

## Quality legal services based on confidence, trust and results!

Torri's Legal Services • P.O. Box 18647 • Washington, DC 20036 • (202) 296-0222
E-mail: torri@torrilegalservices.com • Fax: (301) 869-5085 • 1-800-990-SERV



COOLEY LLP
ATTN: ERIC BOLTON
ONE FREEDOM PLAZA: RESTON PLAZA
11951 FREEDOM DRIVE
RESTON, VA 20190

**October 6, 2021**

Invoice #: 55203
Client File#: 332312-801

Please reference Job # **55203** when remitting.

**Job #:** 55203
**Your #:** 332312-801

**Recipient:** F. Winston Gwathmey, Jr., MD
**Person Served:** Mary Jane Willis
**Location Served:** McKim Hall, Risk Management Office, 1415 Jefferson Park Avenue, Charlottesville, VA 22903

**Rec'd:** 10/1/2021
**Served:** 10/5/2021
**Method:** SUBSTITUTE - BUSINESS

| Date | Description | Qty | Fee | Total Fee |
|---|---|---|---|---|
| | Witness Fee | 1 | $46.72 | $46.72 |
| | Fee Advancement | 1 | $5.00 | $5.00 |
| | Service Fee | 1 | $175.00 | $175.00 |

**Plaintiff:** ELIZABETH SINES. et al
**Defendant:** JASON KESSLER. et al
**Case #:** 3:17-CV-00072-NKM

**BALANCE DUE =** $226.72

Quality legal services based on confidence, trust and results!

Torri's Legal Services • P.O. Box 18647 • Washington, DC 20036 • (202) 296-0222
E-mail: torri@torrilegalservices.com • Fax: (301) 869-5085 • 1-800-990-SERV



COOLEY LLP
ATTN: ERIC BOLTON
ONE FREEDOM PLAZA: RESTON PLAZA
11951 FREEDOM DRIVE
RESTON, VA 20190

**October 6, 2021**

Invoice #: 55244
Client File#: 332312-801

Please reference Job # **55244** when remitting.

**Job #:** 55244
**Your #:** 332312-801

**Recipient:** David Brian Weiss, MD
**Person Served:** Mary Jane Willis
**Location Served:** McKim Hall, Risk Management Office, 1415 Jefferson Park Avenue, Charlottesville, VA 22903

**Rec'd:** 10/5/2021
**Served:** 10/5/2021
**Method:** SUBSTITUTE - BUSINESS

| Date | Description | Qty | Fee | Total Fee |
|---|---|---|---|---|
| | Witness Fee | 1 | $41.12 | $41.12 |
| | Fee Advancement | 1 | $4.00 | $4.00 |
| | Service Fee | 1 | $87.50 | $87.50 |

**Plaintiff:** ELIZABETH SINES. et al
**Defendant:** JASON KESSLER. et al
**Case #:** 3:17-CV-00072-NKM

**BALANCE DUE =** $132.62

Quality legal services based on confidence, trust and results!

Torri's Legal Services • P.O. Box 18647 • Washington, DC 20036 • (202) 296-0222
E-mail: torri@torrilegalservices.com • Fax: (301) 869-5085 • 1-800-990-SERV