# EXHIBIT O

 **TRANSPERFECT** LEGAL SOLUTIONS

RECEIVED

2010 JUN 15  AM 8: 22

2211890

**Bill To:**
Cooley LLP
Attn: Karunya Venugopal
1114 Avenue of the Americas
New York, NY 10036
USA

**Requested By:**
Karunya Venugopal
Cooley LLP
1114 Avenue of the Americas
New York, NY 10036
USA

COOLEY LLP
ACCOUNTING

| | | | |
|---|---|---|---|
| **Invoice #:** | 128122 | **Sales Contact:** | Kevin Feliciano (kfeliciano@transperfect.com) |
| **Invoice Date:** | 04/30/2018 | **Payment Terms:** | Net 30 |
| **Invoice Due:** | 05/30/2018 | | |
| **Contract #:** | DM0135853 | **Purchase Order #:** | 332312-801 |
| | | **Matter #:** | 332312-801 |

**Requested Date:** 04/24/2018

**Project Notes:**
Requested by : Karunya Venugopaul
requested date: 4/24/28
CM:332312-601

| Description | Quantity | Unit | Unit Cost(US$) | Extended Cost(US$) |
|---|---|---|---|---|
| **Print x2** | | | | |
| Technical Labor | 1.00 | Hour | ▇ | ▇ |
| Printing Two Sided W/Assembly | 960.00 | Page | ▇ | ▇ |
| Tabs | 46.00 | Each | ▇ | ▇ |

| | |
|---|---|
| **Total to Bill This Contract:** | US$276.70 |
| **Tax Amount:** | US$24.55 |
| **Total Amount Due:** | US$301.25 |

**PAYMENT INSTRUCTIONS**

**Please remit payment to:**
TransPerfect Document Management, Inc.
Attn.: Accounts Receivable
Three Park Avenue, 39th Floor
New York, NY 10016
212.689.5555
Tax ID # : 80-0092152

**Wire Transfer Details:**
Signature NY
A/C #: ▇6914
ABA Routing #: ▇3576
SWIFT CODE: ▇US33

Please reference the Contract # DM0135853 and Invoice # 128122 with your remittance.
Interest will be charged at the rate of 1.5% per month (or the maximum allowed by law)
for accounts more than 30 days past due.

TRANSPERFECT LEGAL SOLUTIONS IS A DIVISION OF TRANSPERFECT
TRANSPERFECT GLOBAL HQ • 3 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10016
T +1 212.689.5555 F +1 212.689.1059 • E-MAIL AR@TRANSPERFECT.COM
WWW.TRANSPERFECT.COM

1 of 1



| Bill To: | | Requested By: | |
|---|---|---|---|
| Kaplan Hecker & Fink LLP | | Emma Buckland Young | |
| Attn: Emma Buckland Young | | Kaplan Hecker & Fink LLP | |
| 350 5th Ave | | 350 5th Ave | |
| Suite 7110 | | Suite 7110 | |
| New York, NY 10118 | | New York, NY 10118 | |
| USA | | USA | |

| Invoice #: | 150354 | Sales Contact: | Joseph Kapler (JKapler@transperfect.com) |
|---|---|---|---|
| Invoice Date: | 06/30/2019 | Payment Terms: | Net 30 |
| Invoice Due: | 07/30/2019 | | |
| Contract #: | DM0161813 | Purchase Order #: | 0016.001 |
| Case Name: | 0016.001 | Matter #: | 0016.001 |
| Requested Date: | 06/26/2019 | | |

Project Notes:
   Requested by  Emma Buckland Young
   Date: 6/25/19
   DM# 0016.001

| Description | Quantity | Unit | Unit Cost(US$) | Extended Cost(US$) |
|---|---|---|---|---|
| Print x 1| bind | | | | |
| Printing Two Sided W/Assembly | 379.00 | Page | ■ | ■ |
| Color Printing | 962.00 | Page | ■ | ■ |
| 4" Ring Binder | 1.00 | Each | ■ | ■ |
| Tabs | 48.00 | Each | ■ | ■ |

| | | |
|---|---|---|
| | Total to Bill This Contract: | US$602.79 |
| | Tax Amount: | US$53.51 |
| | Total Amount Due: | US$656.30 |

**PAYMENT INSTRUCTIONS**

Please remit payment to:
TransPerfect Document Management, Inc.
Attn: Accounts Receivable
Three Park Avenue, 39th Floor
New York, NY 10016
212 689 5555
Tax ID #: 80-0092152

Wire Transfer Details:
Signature NY
A/C #          ■914
ABA Routing #: ■  3676
SWIFT CODE:  ■  C333

Please reference the Contract # DM0161813 and Invoice # 150354 with your remittance.
Interest will be charged at the rate of 1.5% per month (or the maximum allowed by law)
for accounts more than 30 days past due.

TRANSPERFECT LEGAL SOLUTIONS IS A DIVISION OF TRANSPERFECT
TRANSPERFECT GLOBAL HQ • 3 PARK AVENUE, 39TH FLOOR, NEW YORK, NY 10016
T +1 212 689 5555 F +1 212 689 1059 • E-MAIL AR@TRANSPERFECT.COM
WWW.TRANSPERFECT.COM

1 of 1



RECEIVED

# TRANSPERFECT
L E G A L   S O L U T I O N S

Please Approve / Identify
Name: _____
Timekeeper No. ___24846___
Client or G/L No. __332 312 . 801__
Date: __11/6/2019__

Please note that our address
has changed

2019

**Bill To:**
Cooley LLP
Attn: Sarah C. Cook
55 Hudson Yards
New York, NY 10001-2157
USA

**Requested By:**
Sarah C. Cook
Cooley LLP
55 Hudson Yards
New York, NY 10001-2157
USA

2310732

| | | | |
|---|---|---|---|
| Invoice #: | 157864 | Sales Contact: | Kevin Feliciano (kfeliciano@transperfect.com) |
| Invoice Date: | 10/31/2019 | Payment Terms: | Net 30 |
| Invoice Due: | 11/30/2019 | | |
| Contract #: | DM0169330 | Purchase Order #: | |
| | | Matter #: | 332312.801 |

**Requested Date:** 10/08/2019

**Project Notes:**
CM#: 332312.801
Requested By: Sarah C. Cook
Date Requested: 10/8/19

| Description | Quantity | Unit | Unit Cost(US$) | Extended Cost(US$) |
|---|---|---|---|---|
| **RUSH Print x 1 \| Bind** | | | | |
| Printing Two Sided W/Assembly | 500.00 | Page | ▮ | ▮ |
| Color Printing | 363.00 | Page | ▮ | ▮ |
| 3" Ring Binder | 1.00 | Each | ▮ | ▮ |
| Tabs | 117.00 | Each | ▮ | ▮ |

| | |
|---|---|
| **Total to Bill This Contract:** | US$316.92 |
| **Tax Amount:** | US$28.13 |
| **Total Amount Due:** | US$345.05 |

## PAYMENT INSTRUCTIONS

Please remit payment to:
TransPerfect Document Management, Inc.
Attn.: Accounts Receivable
1250 Broadway, 32nd Floor
New York, NY 10001
212.689.5555

Wire Transfer Details:
Signature NY
A/C #: ▮▮▮▮6914
ABA Routing #: ▮▮▮3576
SWIFT CODE: ▮▮▮US33

Please reference the Contract # DM0169330 and Invoice # 157864 with your remittance.
Interest will be charged at the rate of 1.5% per month (or the maximum allowed by law)
for accounts more than 30 days past due.

TRANSPERFECT LEGAL SOLUTIONS IS A DIVISION OF TRANSPERFECT
TRANSPERFECT GLOBAL HQ • 1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001
T +1 212.689.5555 F +1 212.689.1059 • E-MAIL AR@TRANSPERFECT.COM
WWW.TRANSPERFECT.COM

1 of 1

RECEIVED



**TRANSPERFECT**
L E G A L  Please Approve / Identify

Name: _____
Timekeeper No. _2484 0_
Client or G/L No. _33 2312. 801_
Date: _11/6/2019_



**Please note that our address has changed**

**Bill To:**

Cooley LLP
Attn: Sarah C. Cook
55 Hudson Yards
New York, NY 10001-2157
USA

**Requested By:**

Sarah C. Cook
Cooley LLP
55 Hudson Yards
New York, NY 10001-2157
USA

2310731

| | | | |
|---|---|---|---|
| **Invoice #:** | 157883 | **Sales Contact:** | Kevin Feliciano (kfeliciano@transperfect.com) |
| **Invoice Date:** | 10/31/2019 | **Payment Terms:** | Net 30 |
| **Invoice Due:** | 11/30/2019 | | |
| **Contract #:** | DM0169423 | **Purchase Order #:** | 332312.801 |
| | | **Matter #:** | 332312.801 |

**Requested Date:** 10/11/2019

**Project Notes:**
  CM: 332312.801
  Requested by: Sarah Cook
  Request date: 10/11/19

| Description | Quantity | Unit | Unit Cost(US$) | Extended Cost(US$) |
|---|---|---|---|---|
| **Print x1 | Bind** | | | | |
| File Conversion | 3.00 | Page | ■ | ■ |
| Printing Two Sided W/Assembly | 283.00 | Page | ■ | ■ |
| Color Printing | 430.00 | Page | ■ | ■ |
| Tabs | 110.00 | Each | ■ | ■ |
| 2" Ring Binder | 1.00 | Each | ■ | ■ |

| | | |
|---|---|---|
| | **Total to Bill This Contract:** | US$351.08 |
| | **Tax Amount:** | US$31.16 |
| | **Total Amount Due:** | US$382.24 |

TRANSPERFECT LEGAL SOLUTIONS IS A DIVISION OF TRANSPERFECT
TRANSPERFECT GLOBAL HQ • 1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001
T +1 212.689.5555 F +1 212.689.1059 • E-MAIL AR@TRANSPERFECT.COM
WWW.TRANSPERFECT.COM

1 of 2

RECEIVED



# TRANSPERFECT
L E G A L   S O L U T I O N S

Please note that our address has changed

Please Approve / Identify
Name: _____
Timekeeper No. ___24848___
Client or G/L No. ___332312.801___

**Bill To:**
Date: __4/6/207__

Cooley LLP
Attn: Sarah C. Cook
55 Hudson Yards
New York, NY 10001-2157
USA

**Requested By:**

Sarah C. Cook
Cooley LLP
55 Hudson Yards
New York, NY 10001-2157
USA

**2310730**

| | | | |
|---|---|---|---|
| **Invoice #:** | 157889 | **Sales Contact:** | Kevin Feliciano (kfeliciano@transperfect.com) |
| **Invoice Date:** | 10/31/2019 | **Payment Terms:** | Net 30 |
| **Invoice Due:** | 11/30/2019 | | |
| **Contract #:** | DM0169438 | **Purchase Order #:** | 332312-801 |
| | | **Matter #:** | 332312-801 |

**Requested Date:** 10/14/2019

**Project Notes:**

Client Matter: 332312-801
Requested By: Sarah C. Cook
Date Requested: 10/14/2019

| Description | Quantity | Unit | Unit Cost(US$) | Extended Cost(US$) |
|---|---|---|---|---|
| **Print x 5 | staple** | | | | |
| Handtime | 114.00 | Each | ■ | ■ |
| Physical Exhibit Stamps | | | | |
| File Conversion | 3.00 | Page | ■ | ■ |
| Printing Two Sided W/Assembly | 1,117.00 | Page | ■ | ■ |
| Color Printing | 3,115.00 | Page | ■ | ■ |
| Custom Labels | 226.00 | Each | ■ | ■ |
| File Folders | 113.00 | Each | ■ | ■ |
| Redwelds | 1.00 | Each | ■ | ■ |

| | |
|---|---|
| **Total to Bill This Contract:** | US$2,348.46 |
| **Tax Amount:** | US$208.44 |
| **Total Amount Due:** | US$2,556.90 |

TRANSPERFECT LEGAL SOLUTIONS IS A DIVISION OF TRANSPERFECT
TRANSPERFECT GLOBAL HQ • 1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001
T +1 212.689.5555 F +1 212.689.1059 • E-MAIL AR@TRANSPERFECT.COM
WWW.TRANSPERFECT.COM

1 of 2



**Please note that our address has changed**

| **Bill To** | | **Requested By** | |
|---|---|---|---|
| Kaplan Hecker & Fink LLP | | Jonathan Canning | |
| Attn: Jonathan Canning | | Kaplan Hecker & Fink LLP | |
| 350 5th Ave | | 350 5th Ave | |
| Suite 7110 | | Suite 7110 | |
| New York, NY 10118 | | New York, NY 10118 | |
| USA | | USA | |

| Invoice # | 164427 | Sales Contact | Joseph Kapler (JKapler@transperfect.com) |
|---|---|---|---|
| Invoice Date | 02/29/2020 | Payment Terms | Net 30 |
| Invoice Due | 03/30/2020 | | |
| Contract # | DM0177683 | Purchase Order # | 0185 001 |
| | | Matter # | 0185 001 |

Requested Date    02/19/2020

**Project Notes**

Requested by: Jonathan Canning
Requested date: 2/19/2020
Matter#: 0185.001

| Description | Quantity | Unit | Unit Cost(US$) | Extended Cost(US$) |
|---|---|---|---|---|
| **Print x3  Bind** | | | | |
| Printing Two Sided W/Assembly | 84.00 | Page | ■ | ■ |
| Color Printing | 1,497.00 | Page | ■ | ■ |
| 2" Ring Binder | 3.00 | Each | ■ | ■ |
| Tabs | 279.00 | Each | ■ | ■ |

| | |
|---|---|
| **Total to Bill This Contract** | US$932.34 |
| **Tax Amount** | US$82.74 |
| **Total Amount Due** | **US$1,015.08** |

| **PAYMENT INSTRUCTIONS** |
|---|

**Please remit payment to**
TransPerfect Document Management, Inc.
Attn: Accounts Receivable
1250 Broadway, 32nd Floor
New York, NY 10001
212.689.5555

**Wire Transfer Details**
Signature NY
A/C #       ■9914
ABA Routing #       3576
SWIFT CODE:    ■US33

Please reference the Contract # DM0177683 and Invoice # 164427 with your remittance.
Interest will be charged at the rate of 1.5% per month (or the maximum allowed by law)
for accounts more than 30 days past due.

| **PAYMENT INSTRUCTIONS** | Please note, TransPerfect always prefers to receive payments electronically whenever possible. |

**Please remit payment to:**
TransPerfect Document Management, Inc.
Attn : Accounts Receivable
1250 Broadway, 32nd Floor
New York, NY 10001
212.689.5555



**Wire Transfer Details:**
**Signature NY**
**A/C #:** ████ 6914
**ABA Routing #:** ████ 3576
**SWIFT CODE:** ████ US33

**Please reference the Contract # DM0185036 and Invoice # 169532 with your remittance.**
Interest will be charged at the rate of 1.5% per month (or the maximum allowed by law)
for accounts more than 30 days past due.

TRANSPERFECT LEGAL SOLUTIONS IS A DIVISION OF TRANSPERFECT
TRANSPERFECT GLOBAL HQ • 1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001
T +1 212.689.5555 F +1 212.689.1059 • E-MAIL AR@TRANSPERFECT.COM
WWW.TRANSPERFECT.COM



**Please note that our address has changed**

**Bill To:**

Integrity First For America
Attn: Meirav Levy-Bernstein
350 5th Ave
Suite 7110
New York, NY 10118
USA

**Requested By:**

Rebecca Kao
Kaplan Hecker & Fink LLP
350 5th Ave Suite 7110
New York, NY 10118
USA

| | | | |
|---|---|---|---|
| **Invoice #:** | 169532 | **Sales Contact:** | Joseph Kapler (JKapler@transperfect.com) |
| **Invoice Date:** | 06/22/2020 | **Payment Terms:** | Net 30 |
| **Invoice Due:** | 07/22/2020 | | |
| **Contract #:** | DM0185036 | **Purchase Order #:** | 15.001 |
| **Case Name:** | 15.001 | **Matter #:** | 15.001 |

**Requested Date:** 06/18/2020

**Project Notes:**

CM: 15.001
Requested by: Rebecca Kao
Requested on: 6/18/20

| Description | Quantity | Unit | Unit Cost(US$) | Extended Cost(US$) |
|---|---|---|---|---|
| **Print x 1 \| Bind** | | | | |
| File Conversion | 167.00 | Page | ▉ | ▉ |
| Printing Two Sided W/Assembly | 1,878.00 | Page | ▉ | ▉ |
| Color Printing | 166.00 | Page | ▉ | ▉ |
| 2" Ring Binder | 2.00 | Each | ▉ | ▉ |
| 4" Ring Binder | 1.00 | Each | ▉ | ▉ |
| Tabs | 282.00 | Each | ▉ | ▉ |

| | |
|---|---|
| **Total to Bill This Contract:** | US$415.06 |
| **Tax Amount:** | US$0.00 |
| **Total Amount Due:** | **US$415.06** |

TRANSPERFECT LEGAL SOLUTIONS IS A DIVISION OF TRANSPERFECT
TRANSPERFECT GLOBAL HQ · 1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001
T +1 212.689.5555 F +1 212.689.1059 · E-MAIL AR@TRANSPERFECT.COM
WWW.TRANSPERFECT.COM

1 of 2



**Please note that our address has changed**

**Bill To:**
Kaplan Hecker & Fink LLP
Attn: Jim Mazzitelli
350 5th Ave
Suite 7110
New York, NY 10118
USA

**Requested By:**
Emma Buckland Young
Kaplan Hecker & Fink LLP
350 5th Ave
Suite 7110
New York, NY 10118
USA

| | | | |
|---|---|---|---|
| **Invoice #:** | 168094 | **Sales Contact:** | Joseph Kapler (JKapler@transperfect.com) |
| **Invoice Date:** | 05/27/2020 | **Payment Terms:** | Net 30 |
| **Invoice Due:** | 06/26/2020 | | |
| **Contract #:** | DM0183273 | **Purchase Order #:** | 0015.001 |
| **Case Name:** | 0015.001 | **Matter #:** | 0015.001 |

**Requested Date:** 05/22/2020

**Project Notes:**
CM: 0015.001
Requested by: Emma Young
Requested on: 5/22/20

| Description | Quantity | Unit | Unit Cost(US$) | Extended Cost(US$) |
|---|---|---|---|---|
| **Print x 2 \| bind** | | | | |
| Printing With Assembly | 1,294.00 | Page | ■ | ■ |
| Color Printing | 1,034.00 | Page | ■ | ■ |
| Tabs | 159.00 | Each | ■ | ■ |
| 5" Ring Binder | 2.00 | Each | ■ | ■ |

| | |
|---|---|
| **Total to Bill This Contract:** | US$800.79 |
| **Tax Amount:** | US$71.07 |
| **Total Amount Due:** | US$871.86 |

TRANSPERFECT LEGAL SOLUTIONS IS A DIVISION OF TRANSPERFECT
TRANSPERFECT GLOBAL HQ • 1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001
T +1 212.689.5555 F +1 212.689.1059 • E-MAIL AR@TRANSPERFECT.COM
WWW.TRANSPERFECT.COM

1 of 2

**PAYMENT INSTRUCTIONS**                    Please note, TransPerfect always prefers to receive payments electronically whenever possible.

Please remit payment to:
TransPerfect Document Management, Inc.
Attn.: Accounts Receivable
1250 Broadway, 32nd Floor
New York, NY 10001
212.689.5555

Wire Transfer Details:
Signature NY
A/C #: ▮6914
ABA Routing #: ▮3576
SWIFT CODE: ▮US33

**Please reference the Contract # DM0183273 and Invoice # 168094 with your remittance.**
Interest will be charged at the rate of 1.5% per month (or the maximum allowed by law)
for accounts more than 30 days past due.

TRANSPERFECT LEGAL SOLUTIONS IS A DIVISION OF TRANSPERFECT
TRANSPERFECT GLOBAL HQ • 1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001
T +1 212.689.5555 F +1 212.689.1059 • E-MAIL AR@TRANSPERFECT.COM
WWW.TRANSPERFECT.COM

2 of 2



**Please note that our address has changed**

**Bill To:**

Kaplan Hecker & Fink LLP
Attn: Jim Mazzitelli
350 5th Ave
Suite 7110
New York, NY 10118
USA

**Requested By:**

Rebecca Kao
Kaplan Hecker & Fink LLP
350 5th Ave Suite 7110
New York, NY 10118
USA

| | | | |
|---|---|---|---|
| **Invoice #:** | 168617 | **Sales Contact:** | Jack Throckmorton (jthrockmorton@transperfect.com) |
| **Invoice Date:** | 05/31/2020 | **Payment Terms:** | Net 30 |
| **Invoice Due:** | 06/30/2020 | | |
| **Contract #:** | DM0183349 | **Purchase Order #:** | |
| | | **Matter #:** | 15.001 |

**Requested Date:** 05/29/2020

**Project Notes:**

Project Description: Print x 1 | Bind
Client Matter: 15.001
Request Date: 5/29/2020

| Description | Quantity | Unit | Unit Cost(US$) | Extended Cost(US$) |
|---|---|---|---|---|
| **Print x 1 | Bind** | | | | |
| Courier | 1.00 | Each | ■ | ■ |
| 2" Ring Binder | 1.00 | Each | ■ | ■ |
| Tabs | 42.00 | Each | ■ | ■ |
| Color Printing | 131.00 | Page | ■ | ■ |
| Printing Two Sided W/Assembly | 224.00 | Page | ■ | ■ |

| | |
|---|---|
| **Total to Bill This Contract:** | US$142.19 |
| **Tax Amount:** | US$12.62 |
| **Total Amount Due:** | US$154.81 |

TRANSPERFECT LEGAL SOLUTIONS IS A DIVISION OF TRANSPERFECT
TRANSPERFECT GLOBAL HQ • 1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001
T +1 212.689.5555 F +1 212.689.1059 • E-MAIL AR@TRANSPERFECT.COM
WWW.TRANSPERFECT.COM

1 of 2

**PAYMENT INSTRUCTIONS**                    Please note, TransPerfect always prefers to receive payments electronically whenever possible.

**Please remit payment to:**
TransPerfect Document Management, Inc.
Attn.: Accounts Receivable
1250 Broadway, 32nd Floor
New York, NY 10001
212.689.5555

**Wire Transfer Details:**
**Signature NY**
**A/C #:**     6914
**ABA Routing #:**    3576
**SWIFT CODE:**    US33

**Please reference the Contract # DM0183349 and Invoice # 168617 with your remittance.**
Interest will be charged at the rate of 1.5% per month (or the maximum allowed by law)
for accounts more than 30 days past due.

TRANSPERFECT LEGAL SOLUTIONS IS A DIVISION OF TRANSPERFECT
TRANSPERFECT GLOBAL HQ • 1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001
T +1 212.689.5555 F +1 212.689.1059 • E-MAIL AR@TRANSPERFECT.COM
WWW.TRANSPERFECT.COM

2 of 2



**Please note that our address has changed**

**Bill To:**
Cooley LLP
Attn: Courtney Fisher
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004
USA

**Requested By:**
Courtney Fisher
Cooley LLP
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004
USA

| | | | |
|---|---|---|---|
| **Invoice #:** | 170861 | **Sales Contact:** | Gregory Stecker (gstecker@transperfect.com) |
| **Invoice Date:** | 06/30/2020 | **Payment Terms:** | Net 30 |
| **Invoice Due:** | 07/30/2020 | | |
| **Contract #:** | DM0186647 | **Purchase Order #:** | |
| **Client Project ID:** | Print | | |
| **Case Name:** | Sines v. Kessler | **Matter #:** | 332312-801 |

**Requested Date:** 07/03/2020
**Project Notes:**

| Description | Quantity | Unit | Unit Cost(US$) | Extended Cost(US$) |
|---|---|---|---|---|
| **Print x 2** | | | | |
| Courier | 1.00 | Each | ▉ | ▉ |
| Holiday delivery to VA | | | | |
| 2" Ring Binder | 2.00 | Each | ▉ | ▉ |
| Tabs | 144.00 | Each | ▉ | ▉ |
| Printing With Assembly | 278.00 | Page | ▉ | ▉ |
| Color Printing | 346.00 | Page | ▉ | ▉ |

| | |
|---|---|
| **Total to Bill This Contract:** | US$356.80 |
| **Tax Amount:** | US$21.41 |
| **Total Amount Due:** | US$378.21 |

TRANSPERFECT LEGAL SOLUTIONS IS A DIVISION OF TRANSPERFECT
TRANSPERFECT GLOBAL HQ • 1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001
T +1 212.689.5555 F +1 212.689.1059 • E-MAIL AR@TRANSPERFECT.COM
WWW.TRANSPERFECT.COM

1 of 2

| **PAYMENT INSTRUCTIONS** | Please note, TransPerfect always prefers to receive payments electronically whenever possible. |
|---|---|

**Please remit payment to:**
TransPerfect Document Management, Inc.
Attn : Accounts Receivable
1250 Broadway, 32nd Floor
New York, NY 10001
212.689.5555

**Wire Transfer Details:**
**Signature NY**
A/C #: ▮▮▮6914
ABA Routing #: ▮▮▮3576
SWIFT CODE: ▮▮▮US33

**Please reference the Contract # DM0186647 and Invoice # 170861 with your remittance.**
Interest will be charged at the rate of 1.5% per month (or the maximum allowed by law)
for accounts more than 30 days past due.

TRANSPERFECT LEGAL SOLUTIONS IS A DIVISION OF TRANSPERFECT
TRANSPERFECT GLOBAL HQ • 1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001
T +1 212.689.5555 F +1 212.689.1059 • E-MAIL AR@TRANSPERFECT.COM
WWW.TRANSPERFECT.COM



**Please note that our address has changed**

**Bill To:**
Kaplan Hecker & Fink LLP
Attn: Jim Mazzitelli
350 5th Ave
Suite 7110
New York, NY 10118
USA

**Requested By:**
Emma Buckland Young
Kaplan Hecker & Fink LLP
350 5th Ave
Suite 7110
New York, NY 10118
USA

| | | | |
|---|---|---|---|
| **Invoice #:** | 169602 | **Sales Contact:** | Jack Throckmorton (jthrockmorton@transperfect.com) |
| **Invoice Date:** | 06/30/2020 | **Payment Terms:** | Net 30 |
| **Invoice Due:** | 07/30/2020 | | |
| **Contract #:** | DM0185089 | **Purchase Order #:** | 0015.001 |
| **Case Name:** | 0015.001 | **Matter #:** | 0015.001 |

**Requested Date:**     06/22/2020

**Project Notes:**
CM: 0015.001
Requested by: Emma Buckland Young
Requested on: 6/22/20

| Description | Quantity | Unit | Unit Cost(US$) | Extended Cost(US$) |
|---|---|---|---|---|
| **Print x 1 \| bind** | | | | |
| Shipping | 1.00 | Each | ▮ | ▮ |
| ups 1Z22E157NT98846585 | | | | |
| File Conversion | 5.00 | Page | ▮ | ▮ |
| Color Printing | 811.00 | Page | ▮ | ▮ |
| Printing Two Sided W/Assembly | 118.00 | Page | ▮ | ▮ |
| Tabs | 131.00 | Each | ▮ | ▮ |
| 5" Ring Binder | 1.00 | Each | ▮ | ▮ |

| | |
|---|---|
| **Total to Bill This Contract:** | US$549.06 |
| **Tax Amount:** | US$0.00 |
| **Total Amount Due:** | **US$549.06** |

TRANSPERFECT LEGAL SOLUTIONS IS A DIVISION OF TRANSPERFECT
TRANSPERFECT GLOBAL HQ • 1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001
T +1 212.689.5555 F +1 212.689.1059 • E-MAIL AR@TRANSPERFECT.COM
WWW.TRANSPERFECT.COM

1 of 2

**PAYMENT INSTRUCTIONS**     Please note, TransPerfect always prefers to receive payments electronically whenever possible.

**Please remit payment to:**
TransPerfect Document Management, Inc.
Attn : Accounts Receivable
1250 Broadway, 32nd Floor
New York, NY 10001
212.689.5555

**Wire Transfer Details:**
**Signature NY**
**A/C #:** ▮6914
**ABA Routing #:** ▮3576
**SWIFT CODE:** ▮US33

**Please reference the Contract # DM0185089 and Invoice # 169602 with your remittance.**
Interest will be charged at the rate of 1.5% per month (or the maximum allowed by law)
for accounts more than 30 days past due.

TRANSPERFECT LEGAL SOLUTIONS IS A DIVISION OF TRANSPERFECT
TRANSPERFECT GLOBAL HQ • 1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001
T +1 212.689.5555 F +1 212.689.1059 • E-MAIL AR@TRANSPERFECT.COM
WWW.TRANSPERFECT.COM



**Please note that our address has changed**

**Bill To:**
Kaplan Hecker & Fink LLP
Attn: Jim Mazzitelli
350 5th Ave
Suite 7110
New York, NY 10118
USA

**Requested By:**
Emma Buckland Young
Kaplan Hecker & Fink LLP
350 5th Ave
Suite 7110
New York, NY 10118
USA

| | | | | |
|---|---|---|---|---|
| **Invoice #:** | 169606 | **Sales Contact:** | Joseph Kapler (JKapler@transperfect.com) | |
| **Invoice Date:** | 06/30/2020 | **Payment Terms:** | Net 30 | |
| **Invoice Due:** | 07/30/2020 | | | |
| **Contract #:** | DM0185168 | **Purchase Order #:** | 0015.001 | |
| | | **Matter #:** | 0015.001 | |

**Requested Date:** 06/29/2020

**Project Notes:**
Print x1, Bind
CM: 0015.001
Requested by: Emma Buckland Young
Requested date: 5/29/2020

| Description | Quantity | Unit | Unit Cost(US$) | Extended Cost(US$) |
|---|---|---|---|---|
| **Print x 1 | bind** | | | | |
| Shipping | 1.00 | Each | ■ | ■ |
| FedEx Tracking #770824143147 | | | | |
| Printing With Assembly | 262.00 | Page | ■ | ■ |
| Color Printing | 183.00 | Page | ■ | ■ |
| Tabs | 161.00 | Each | ■ | ■ |
| 4" Ring Binder | 1.00 | Each | ■ | ■ |

| | |
|---|---|
| **Total to Bill This Contract:** | US$213.46 |
| **Tax Amount:** | US$0.00 |
| **Total Amount Due:** | US$213.46 |

TRANSPERFECT LEGAL SOLUTIONS IS A DIVISION OF TRANSPERFECT
TRANSPERFECT GLOBAL HQ • 1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001
T +1 212.689.5555 F +1 212.689.1059 • E-MAIL AR@TRANSPERFECT.COM
WWW.TRANSPERFECT.COM

1 of 2

**PAYMENT INSTRUCTIONS**  Please note, TransPerfect always prefers to receive payments electronically whenever possible.

**Please remit payment to:**
TransPerfect Document Management, Inc.
Attn : Accounts Receivable
1250 Broadway, 32nd Floor
New York, NY 10001
212.689.5555



**Wire Transfer Details:**
**Signature NY**
A/C #: ▮▮▮6914
ABA Routing #: ▮▮▮3576
SWIFT CODE: ▮▮▮US33

**Please reference the Contract # DM0185168 and Invoice # 169606 with your remittance.**
Interest will be charged at the rate of 1.5% per month (or the maximum allowed by law)
for accounts more than 30 days past due.

TRANSPERFECT LEGAL SOLUTIONS IS A DIVISION OF TRANSPERFECT
TRANSPERFECT GLOBAL HQ • 1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001
T +1 212.689.5555 F +1 212.689.1059 • E-MAIL AR@TRANSPERFECT.COM
WWW.TRANSPERFECT.COM



**Please note that our address has changed**

**Bill To:**
Kaplan Hecker & Fink LLP
Attn: Jim Mazzitelli
350 5th Ave
Suite 7110
New York, NY 10118
USA

**Requested By:**
Emma Buckland Young
Kaplan Hecker & Fink LLP
350 5th Ave
Suite 7110
New York, NY 10118
USA

| | | | |
|---|---|---|---|
| **Invoice #:** | 169607 | **Sales Contact:** | Jack Throckmorton (jthrockmorton@transperfect.com) |
| **Invoice Date:** | 06/30/2020 | **Payment Terms:** | Net 30 |
| **Invoice Due:** | 07/30/2020 | | |
| **Contract #:** | DM0185185 | **Purchase Order #:** | 0015.001 |
| | | **Matter #:** | 0015.001 |

**Requested Date:** 06/29/2020

**Project Notes:**
CM: 0015.001
Requested by Emma Young
Requested on 6/29/2020

| Description | Quantity | Unit | Unit Cost(US$) | Extended Cost(US$) |
|---|---|---|---|---|
| **Print x 1 | Bind** | | | | |
| Shipping | 1.00 | Each | ■ | ■ |
| FedEx tracking # 770829020400 | | | | |
| Printing With Assembly | 541.00 | Page | ■ | ■ |
| Color Printing | 43.00 | Page | ■ | ■ |
| 4" Ring Binder | 1.00 | Each | ■ | ■ |
| Tabs | 94.00 | Each | ■ | ■ |
| File Conversion | 17.00 | Page | ■ | ■ |

| | |
|---|---|
| **Total to Bill This Contract:** | US$200.65 |
| **Tax Amount:** | US$0.00 |
| **Total Amount Due:** | US$200.65 |

TRANSPERFECT LEGAL SOLUTIONS IS A DIVISION OF TRANSPERFECT
TRANSPERFECT GLOBAL HQ · 1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001
T +1 212.689.5555 F +1 212.689.1059 · E-MAIL AR@TRANSPERFECT.COM
WWW.TRANSPERFECT.COM

1 of 2

**PAYMENT INSTRUCTIONS**     Please note, TransPerfect always prefers to receive payments electronically whenever possible.

**Please remit payment to:**
TransPerfect Document Management, Inc.
Attn : Accounts Receivable
1250 Broadway, 32nd Floor
New York, NY 10001
212.689.5555



**Wire Transfer Details:**
**Signature NY**
**A/C #:** ▉6914
**ABA Routing #:** ▉3578
**SWIFT CODE:** ▉US33

**Please reference the Contract # DM0185185 and Invoice # 169607 with your remittance.**
Interest will be charged at the rate of 1.5% per month (or the maximum allowed by law)
for accounts more than 30 days past due.

TRANSPERFECT LEGAL SOLUTIONS IS A DIVISION OF TRANSPERFECT
TRANSPERFECT GLOBAL HQ • 1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001
T +1 212.689.5555 F +1 212.689.1059 • E-MAIL AR@TRANSPERFECT.COM
WWW.TRANSPERFECT.COM



**Please note that our address has changed**

**Bill To:**
Kaplan Hecker & Fink LLP
Attn: Jim Mazzitelli
350 5th Ave
Suite 7110
New York, NY 10118
USA

**Requested By:**
Emma Buckland Young
Kaplan Hecker & Fink LLP
350 5th Ave
Suite 7110
New York, NY 10118
USA

| | | | |
|---|---|---|---|
| **Invoice #:** | 170769 | **Sales Contact:** | Jack Throckmorton (jthrockmorton@transperfect.com) |
| **Invoice Date:** | 06/30/2020 | **Payment Terms:** | Net 30 |
| **Invoice Due:** | 07/30/2020 | | |
| **Contract #:** | DM0186620 | **Purchase Order #:** | 15.1 |
| | | **Matter #:** | 15.1 |

**Requested Date:**     07/02/2020

**Project Notes:**
Requested by: Emma Young
Requested date: 7/2/2020
Matter#. 15.1

| Description | Quantity | Unit | Unit Cost(US$) | Extended Cost(US$) |
|---|---|---|---|---|
| **Print x1 \| Bind** | | | | |
| Shipping | 1.00 | Each | ▮ | ▮ |
| FedEx # 770861534402 | | | | |
| Printing Two Sided W/Assembly | 122.00 | Page | ▮ | ▮ |
| Color Printing | 187.00 | Page | ▮ | ▮ |
| Tabs | 44.00 | Each | ▮ | ▮ |
| 2" Ring Binder | 1.00 | Each | ▮ | ▮ |

| | |
|---|---|
| **Total to Bill This Contract:** | US$173.91 |
| **Tax Amount:** | US$0.00 |
| **Total Amount Due:** | US$173.91 |

TRANSPERFECT LEGAL SOLUTIONS IS A DIVISION OF TRANSPERFECT
TRANSPERFECT GLOBAL HQ • 1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001
T +1 212.689.5555 F +1 212.689.1059 • E-MAIL AR@TRANSPERFECT.COM
WWW.TRANSPERFECT.COM

1 of 2

**PAYMENT INSTRUCTIONS**          Please note, TransPerfect always prefers to receive payments electronically whenever possible.

**Please remit payment to:**
TransPerfect Document Management, Inc.
Attn : Accounts Receivable
1250 Broadway, 32nd Floor
New York, NY 10001
212.689.5555



**Wire Transfer Details:**
**Signature NY**
**A/C #:** ████ **6914**
**ABA Routing #:** ████ **3576**
**SWIFT CODE:** ████ **US33**

**Please reference the Contract # DM0186620 and Invoice # 170769 with your remittance.**
Interest will be charged at the rate of 1.5% per month (or the maximum allowed by law)
for accounts more than 30 days past due.

TRANSPERFECT LEGAL SOLUTIONS IS A DIVISION OF TRANSPERFECT
TRANSPERFECT GLOBAL HQ • 1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001
T +1 212.689.5555 F +1 212.689.1059 • E-MAIL AR@TRANSPERFECT.COM
WWW.TRANSPERFECT.COM



**Please note that our address has changed**

| | |
|---|---|
| **Bill To:** | **Requested By:** |
| Integrity First For America | Courtney Fisher |
| Attn: Meirav Levy-Bernstein | Cooley LLP |
| 350 Fifth Ave | 1299 Pennsylvania Avenue, NW |
| Suite 7110 | Suite 700 |
| New York, NY 10118 | Washington, DC 20004 |
| USA | USA |

| | | | |
|---|---|---|---|
| **Invoice #:** | 170861 | **Sales Contact:** | Gregory Stecker (gstecker@transperfect.com) |
| **Invoice Date:** | 06/30/2020 | **Payment Terms:** | Net 30 |
| **Invoice Due:** | 07/30/2020 | | |
| **Contract #:** | DM0186647 | **Purchase Order #:** | |
| **Client Project ID:** | Print | | |
| **Case Name:** | Sines v. Kessler | **Matter #:** | 332312-801 |
| **Requested Date:** | 07/03/2020 | | |
| **Project Notes:** | | | |

| Description | Quantity | Unit | Unit Cost(US$) | Extended Cost(US$) |
|---|---|---|---|---|
| **Print x 2** | | | | |
| Courier | 1.00 | Each | ▮ | ▮ |
| Holiday delivery to VA | | | | |
| 2" Ring Binder | 2.00 | Each | ▮ | ▮ |
| Tabs | 144.00 | Each | ▮ | ▮ |
| Printing With Assembly | 278.00 | Page | ▮ | ▮ |
| Color Printing | 346.00 | Page | ▮ | ▮ |

| | |
|---|---|
| **Total to Bill This Contract:** | US$356.80 |
| **Tax Amount:** | US$0.00 |
| **Total Amount Due:** | **US$356.80** |

TRANSPERFECT LEGAL SOLUTIONS IS A DIVISION OF TRANSPERFECT
TRANSPERFECT GLOBAL HQ • 1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001
T +1 212.689.5555 F +1 212.689.1059 • E-MAIL AR@TRANSPERFECT.COM
WWW.TRANSPERFECT.COM

1 of 2

| **PAYMENT INSTRUCTIONS** | Please note, TransPerfect always prefers to receive payments electronically whenever possible. |
|---|---|

**Please remit payment to:**
TransPerfect Document Management, Inc.
Attn : Accounts Receivable
1250 Broadway, 32nd Floor
New York, NY 10001
212.689.5555



**Wire Transfer Details:**
**Signature NY**
A/C #: ████ 6914
ABA Routing #: ████ 3576
SWIFT CODE: ████ US33

**Please reference the Contract # DM0186647 and Invoice # 170861 with your remittance.**
Interest will be charged at the rate of 1.5% per month (or the maximum allowed by law)
for accounts more than 30 days past due.

TRANSPERFECT LEGAL SOLUTIONS IS A DIVISION OF TRANSPERFECT
TRANSPERFECT GLOBAL HQ • 1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001
T +1 212.689.5555 F +1 212.689.1059 • E-MAIL AR@TRANSPERFECT.COM
WWW.TRANSPERFECT.COM



**Please note that our address has changed**

**Bill To:**
Integrity First for America
Attn: Meirav Levy-Berstein
PO BOX 1831
New York, NY 10156
USA

**Requested By:**
Mrs. Erin Combs
Cooley LLP
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004
USA

| | | | |
|---|---|---|---|
| **Invoice #:** | 170981 | **Sales Contact:** | Gregory Stecker (gstecker@transperfect.com) |
| **Invoice Date:** | 07/08/2020 | **Payment Terms:** | Net 30 |
| **Invoice Due:** | 08/07/2020 | | |
| **Contract #:** | DM0186649 | **Purchase Order #:** | |
| **Client Project ID:** | Print x1 | Binder | | |
| **Case Name:** | C'Ville M. Blair Depo | **Matter #:** | 332312-801 |

**Requested Date:** 07/03/2020

**Project Notes:**

Project Description: C'Ville M. Blair Depo - Print x1 | Binder
Client Matter#: 332312-801
Requested Date: 7/3/2020
Requestor Name: Mrs. Erin Combs

| Description | Quantity | Unit | Unit Cost(US$) | Extended Cost(US$) |
|---|---|---|---|---|
| **C'Ville M. Blair Depo - Print x** | | | | |
| Courier | 1.00 | Each | ▉ | ▉ |
|   Holiday delivery | | | | |
| 2" Ring Binder | 1.00 | Each | ▉ | ▉ |
| 3" Ring Binder | 1.00 | Each | ▉ | ▉ |
| Tabs | 81.00 | Each | ▉ | ▉ |
| Color Printing | 264.00 | Page | ▉ | ▉ |
| Printing | 473.00 | Page | ▉ | ▉ |
| Custom Tabs | 5.00 | Each | ▉ | ▉ |

| | |
|---|---|
| **Total to Bill This Contract:** | US$327.05 |
| **Tax Amount:** | US$29.06 |
| **Total Amount Due:** | US$356.11 |

TRANSPERFECT LEGAL SOLUTIONS IS A DIVISION OF TRANSPERFECT
TRANSPERFECT GLOBAL HQ • 1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001
T +1 212.689.5555 F +1 212.689.1059 • E-MAIL AR@TRANSPERFECT.COM
WWW.TRANSPERFECT.COM

1 of 2

**PAYMENT INSTRUCTIONS**                    Please note, TransPerfect always prefers to receive payments electronically whenever possible.

**Please remit payment to:**
TransPerfect Document Management, Inc.
Attn : Accounts Receivable
1250 Broadway, 32nd Floor
New York, NY 10001
212.689.5555

**Wire Transfer Details:**
**Signature NY**
A/C #: ▐ 6914
**ABA Routing #:** ▐ 3576
**SWIFT CODE:** ▐ US33

**Please reference the Contract # DM0186649 and Invoice # 170981 with your remittance.**
Interest will be charged at the rate of 1.5% per month (or the maximum allowed by law)
for accounts more than 30 days past due.

TRANSPERFECT LEGAL SOLUTIONS IS A DIVISION OF TRANSPERFECT
TRANSPERFECT GLOBAL HQ • 1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001
T +1 212.689.5555 F +1 212.689.1059 • E-MAIL AR@TRANSPERFECT.COM
WWW.TRANSPERFECT.COM



**Please note that our address has changed**

**Bill To:**
Kaplan Hecker & Fink LLP
Attn: Jim Mazzitelli
350 5th Ave
Suite 7110
New York, NY 10118
USA

**Requested By:**
Rebecca Kao
Kaplan Hecker & Fink LLP
350 5th Ave Suite 7110
New York, NY 10118
USA

| | | | |
|---|---|---|---|
| **Invoice #:** | 170993 | **Sales Contact:** | Joseph Kapler (JKapler@transperfect.com) |
| **Invoice Date:** | 07/14/2020 | **Payment Terms:** | Net 30 |
| **Invoice Due:** | 08/13/2020 | | |
| **Contract #:** | DM0186741 | **Purchase Order #:** | 15.001 |
| | | **Matter #:** | 15.001 |

**Requested Date:** 07/09/2020

**Project Notes:**
CM:15.001
Requested by: Rebecca Kao
Request date: 07/09/2020

| Description | Quantity | Unit | Unit Cost(US$) | Extended Cost(US$) |
|---|---|---|---|---|
| **Print x1 \| Bind** | | | | |
| Courier | 1.00 | Each | ■ | ■ |
| Brooklyn Apt | | | | |
| File Conversion | 55.00 | Page | ■ | ■ |
| Printing Two Sided W/Assembly | 214.00 | Page | ■ | ■ |
| Color Printing | 884.00 | Page | ■ | ■ |
| 4" Ring Binder | 1.00 | Each | ■ | ■ |
| Tabs | 117.00 | Each | ■ | ■ |

| | |
|---|---|
| **Total to Bill This Contract:** | US$611.19 |
| **Tax Amount:** | US$0.00 |
| **Total Amount Due:** | US$611.19 |

TRANSPERFECT LEGAL SOLUTIONS IS A DIVISION OF TRANSPERFECT
TRANSPERFECT GLOBAL HQ · 1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001
T +1 212.689.5555 F +1 212.689.1059 · E-MAIL AR@TRANSPERFECT.COM
WWW.TRANSPERFECT.COM

1 of 2

**PAYMENT INSTRUCTIONS**

Please note, TransPerfect always prefers to receive payments electronically whenever possible.

**Please remit payment to:**
TransPerfect Document Management, Inc.
Attn : Accounts Receivable
1250 Broadway, 32nd Floor
New York, NY 10001
212.689.5555



**Wire Transfer Details:**
**Signature NY**
A/C #: ▮▮▮6914
ABA Routing #: ▮▮▮3576
SWIFT CODE: ▮▮▮US33

**Please reference the Contract # DM0186741 and Invoice # 170993 with your remittance.**
Interest will be charged at the rate of 1.5% per month (or the maximum allowed by law)
for accounts more than 30 days past due.

TRANSPERFECT LEGAL SOLUTIONS IS A DIVISION OF TRANSPERFECT
TRANSPERFECT GLOBAL HQ • 1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001
T +1 212.689.5555 F +1 212.689.1059 • E-MAIL AR@TRANSPERFECT.COM
WWW.TRANSPERFECT.COM



**Please note that our address has changed**

**Bill To:**
Integrity First For America
Attn: Meirav Levy-Bernstein
350 5th Ave
Suite 7110
New York, NY 10118
USA

**Requested By:**
Emma Young
Integrity First For America
350 Fifth Ave
Suite 7110
New York, NY 10118
USA

| | | | |
|---|---|---|---|
| **Invoice #:** | 171059 | **Sales Contact:** | Jack Throckmorton (jthrockmorton@transperfect.com) |
| **Invoice Date:** | 07/28/2020 | **Payment Terms:** | Net 30 |
| **Invoice Due:** | 08/27/2020 | | |
| **Contract #:** | DM0186931 | **Purchase Order #:** | 15.001 |
| **Case Name:** | 15.001 | **Matter #:** | 15.001 |

**Requested Date:** 07/21/2020

**Project Notes:**
CM: 15.001
Requested by: Rebecca Kao
Requested on: 7/21/20

| Description | Quantity | Unit | Unit Cost(US$) | Extended Cost(US$) |
|---|---|---|---|---|
| **Print x1 \| Bind** | | | | |
| Courier | 1.00 | Each | ▇ | ▇ |
| Delivery to Brooklyn | | | | |
| Printing Two Sided W/Assembly | 36.00 | Page | ▇ | ▇ |
| Color Printing | 165.00 | Page | ▇ | ▇ |
| Tabs | 10.00 | Each | ▇ | ▇ |
| 1" Ring Binder | 1.00 | Each | ▇ | ▇ |

| | |
|---|---|
| **Total to Bill This Contract:** | US$152.21 |
| **Tax Amount:** | US$0.00 |
| **Total Amount Due:** | US$152.21 |

TRANSPERFECT LEGAL SOLUTIONS IS A DIVISION OF TRANSPERFECT
TRANSPERFECT GLOBAL HQ • 1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001
T +1 212.689.5555 F +1 212.689.1059 • E-MAIL AR@TRANSPERFECT.COM
WWW.TRANSPERFECT.COM

1 of 2

**PAYMENT INSTRUCTIONS**    Please note, TransPerfect always prefers to receive payments electronically whenever possible.

**Please remit payment to:**
TransPerfect Document Management, Inc.
Attn : Accounts Receivable
1250 Broadway, 32nd Floor
New York, NY 10001
212.689.5555

**Wire Transfer Details:**
**Signature NY**
**A/C #:** ▮6914
**ABA Routing #:** ▮3576
**SWIFT CODE:** ▮US33

**Please reference the Contract # DM0186931 and Invoice # 171059 with your remittance.**
Interest will be charged at the rate of 1.5% per month (or the maximum allowed by law)
for accounts more than 30 days past due.

TRANSPERFECT LEGAL SOLUTIONS IS A DIVISION OF TRANSPERFECT
TRANSPERFECT GLOBAL HQ • 1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001
T +1 212.689.5555 F +1 212.689.1059 • E-MAIL AR@TRANSPERFECT.COM
WWW.TRANSPERFECT.COM



**Please note that our address has changed**

**Bill To:**
Integrity First For America
Attn: Meirav Levy-Bernstein
350 5th Ave
Suite 7110
New York, NY 10118
USA

**Requested By:**
Emma Buckland Young
Kaplan Hecker & Fink LLP
350 5th Ave
Suite 7110
New York, NY 10118
USA

| | | | |
|---|---|---|---|
| **Invoice #:** | 171063 | **Sales Contact:** | Joseph Kapler (JKapler@transperfect.com) |
| **Invoice Date:** | 07/29/2020 | **Payment Terms:** | Net 30 |
| **Invoice Due:** | 08/28/2020 | | |
| **Contract #:** | DM0186854 | **Purchase Order #:** | 15.1 |
| | | **Matter #:** | 15.1 |

**Requested Date:** 07/16/2020

**Project Notes:**
CM: 15.1
Client Contact ID # INTE047
Requested by: Emma Young
Request date: 07/16/2020

| Description | Quantity | Unit | Unit Cost(US$) | Extended Cost(US$) |
|---|---|---|---|---|
| **Print x1 \| Bind** | | | | |
| Courier | 1.00 | Each | ▮ | ▮ |
| Manhattan Apt | | | | |
| Color Printing | 136.00 | Page | ▮ | ▮ |
| Printing With Assembly | 35.00 | Page | ▮ | ▮ |
| 2" Ring Binder | 1.00 | Each | ▮ | ▮ |
| Tabs | 129.00 | Each | ▮ | ▮ |
| **Print x1 \| Bind** | | | | |
| Courier | 1.00 | Each | ▮ | ▮ |
| Printing With Assembly | 20.00 | Page | ▮ | ▮ |
| Color Printing | 47.00 | Page | ▮ | ▮ |
| Tabs | 42.00 | Each | ▮ | ▮ |
| 1" Ring Binder | 1.00 | Each | ▮ | ▮ |
| **Print x1 \| Bind** | | | | |
| Shipping | 1.00 | Each | ▮ | ▮ |
| FedEx | | | | |
| Printing With Assembly | 23.00 | Page | ▮ | ▮ |
| Tabs | 46.00 | Each | ▮ | ▮ |
| 2" Ring Binder | 1.00 | Each | ▮ | ▮ |
| Color Printing | 217.00 | Page | ▮ | ▮ |

TRANSPERFECT LEGAL SOLUTIONS IS A DIVISION OF TRANSPERFECT
TRANSPERFECT GLOBAL HQ · 1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001
T +1 212.689.5555 F +1 212.689.1059 · E-MAIL AR@TRANSPERFECT.COM
WWW.TRANSPERFECT.COM

1 of 2

| | |
|---|---|
| **Total to Bill This Contract:** | US$397.33 |
| **Tax Amount:** | US$0.00 |
| **Total Amount Due:** | **US$397.33** |

**PAYMENT INSTRUCTIONS**      Please note, TransPerfect always prefers to receive payments electronically whenever possible.

**Please remit payment to:**
TransPerfect Document Management, Inc.
Attn.: Accounts Receivable
1250 Broadway, 32nd Floor
New York, NY 10001
212.689.5555

**Wire Transfer Details:**
**Signature NY**
A/C #: ████6914
ABA Routing #: ████3576
SWIFT CODE: ████US33

Please reference the Contract # DM0186854 and Invoice # 171063 with your remittance.
Interest will be charged at the rate of 1.5% per month (or the maximum allowed by law)
for accounts more than 30 days past due.

TRANSPERFECT LEGAL SOLUTIONS IS A DIVISION OF TRANSPERFECT
TRANSPERFECT GLOBAL HQ • 1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001
T +1 212.689.5555 F +1 212.689.1059 • E-MAIL AR@TRANSPERFECT.COM
WWW.TRANSPERFECT.COM

2 of 2



**Please note that our address has changed**

**Bill To:**
Integrity First For America
Attn: Meirav Levy-Bernstein
350 Fifth Ave
Suite 7110
New York, NY 10118
USA

**Requested By:**
Emma Buckland Young
Kaplan Hecker & Fink LLP
350 Fifth Ave
Suite 7110
New York, NY 10118
USA

| | | | |
|---|---|---|---|
| **Invoice #:** | 175821 | **Sales Contact:** | Jack Throckmorton (jthrockmorton@transperfect.com) |
| **Invoice Date:** | 10/14/2020 | **Payment Terms:** | Net 30 |
| **Invoice Due:** | 11/13/2020 | | |
| **Contract #:** | DM0192328 | **Purchase Order #:** | 0015.001 |
| | | **Matter #:** | 0015.001 |

**Requested Date:** 10/02/2020

**Project Notes:**
Requested by: Emma Young
Requested date: 10/2/2020
Matter#: 0015.001

| Description | Quantity | Unit | Unit Cost(US$) | Extended Cost(US$) |
|---|---|---|---|---|
| **Print x1 \| Bind** | | | | |
| Shipping | 1.00 | Each | ▉ | ▉ |
| FedEx tracking # 771696146102 | | | | |
| Printing Two Sided W/Assembly | 1,202.00 | Page | ▉ | ▉ |
| 1" Ring Binder | 1.00 | Each | ▉ | ▉ |
| 4" Ring Binder | 1.00 | Each | ▉ | ▉ |
| Tabs | 77.00 | Each | ▉ | ▉ |

| | |
|---|---|
| **Total to Bill This Contract:** | US$206.16 |
| **Tax Amount:** | US$0.00 |
| **Total Amount Due:** | US$206.16 |

TRANSPERFECT LEGAL SOLUTIONS IS A DIVISION OF TRANSPERFECT
TRANSPERFECT GLOBAL HQ • 1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001
T +1 212.689.5555 F +1 212.689.1059 • E-MAIL AR@TRANSPERFECT.COM
WWW.TRANSPERFECT.COM

1 of 2

**PAYMENT INSTRUCTIONS**            Please note, TransPerfect always prefers to receive payments electronically whenever possible.

Please remit payment to:
TransPerfect Document Management, Inc.
Attn : Accounts Receivable
1250 Broadway, 32nd Floor
New York, NY 10001
212.689.5555



Wire Transfer Details:
Signature NY
A/C #: ███ 6914
ABA Routing #: ███ 3576
SWIFT CODE: ███ US33

**Please reference the Contract # DM0192328 and Invoice # 175821 with your remittance.**
Interest will be charged at the rate of 1.5% per month (or the maximum allowed by law)
for accounts more than 30 days past due.

TRANSPERFECT LEGAL SOLUTIONS IS A DIVISION OF TRANSPERFECT
TRANSPERFECT GLOBAL HQ • 1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001
T +1 212.689.5555 F +1 212.689.1059 • E-MAIL AR@TRANSPERFECT.COM
WWW.TRANSPERFECT.COM

2 of 2



**Please note that our address has changed**

| Bill To: | Requested By: |
|---|---|
| Kaplan Hecker & Fink LLP | Charlotte Karlsen |
| Attn: Charlotte Karlsen | Kaplan Hecker & Fink LLP |
| 350 5th Ave | 350 5th Ave |
| Suite 7110 | Suite 7110 |
| New York, NY 10118 | New York, NY 10118 |
| USA | USA |

| Invoice #: | 188906 | Sales Contact: | Jack Throckmorton (jthrockmorton@transperfect.com) |
|---|---|---|---|
| Invoice Date: | 05/31/2021 | Payment Terms: | Net 30 |
| Invoice Due: | 06/30/2021 | | |
| Contract #: | DM0207784 | Purchase Order #: | 0015.001 |
| | | Matter #: | 0015.001 |

**Requested Date:**      06/01/2021

**Project Notes:**

    CM: 0015.001
    Requested by: Charlotte Karlsen
    Request date: 06/01/2021

| Description | Quantity | Unit | Unit Cost(US$) | Extended Cost(US$) |
|---|---|---|---|---|
| **Print x1 \| Bind** | | | | |
| Courier | 1.00 | Each | ▬ | ▬ |
| Technical Labor | 0.50 | Hour | ▬ | ▬ |
| Printing Two Sided W/Assembly | 226.00 | Page | ▬ | ▬ |
| Color Printing | 1,114.00 | Page | ▬ | ▬ |
| Color Printing 11 x 17 | 1.00 | Page | ▬ | ▬ |
| 5" Ring Binder | 1.00 | Each | ▬ | ▬ |
| Custom Tabs | 106.00 | Each | ▬ | ▬ |

| | | |
|---|---|---|
| **Total to Bill This Contract:** | | US$806.90 |
| **Tax Amount:** | | US$71.62 |
| **Total Amount Due:** | | **US$878.52** |

TRANSPERFECT LEGAL SOLUTIONS IS A DIVISION OF TRANSPERFECT
TRANSPERFECT GLOBAL HQ • 1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001
T +1 212.689.5555 F +1 212.689.1059 • E-MAIL AR@TRANSPERFECT.COM
WWW.TRANSPERFECT.COM

1 of 2

| PAYMENT INSTRUCTIONS | Please note, TransPerfect always prefers to receive payments electronically whenever possible. |
|---|---|

**Please remit payment to:**
TransPerfect Document Management, Inc.
Attn.: Accounts Receivable
1250 Broadway, 32nd Floor
New York, NY 10001
212.689.5555
ar@transperfect.com

**Wire Transfer Details:**
**Signature NY**
A/C #: ███████6914
ABA Routing #: ████████3576
SWIFT CODE: ████US33

**Please reference the Contract # DM0207784 and Invoice # 188906 with your remittance.**
Interest will be charged at the rate of 1.5% per month (or the maximum allowed by law)
for accounts more than 30 days past due.

TRANSPERFECT LEGAL SOLUTIONS IS A DIVISION OF TRANSPERFECT
TRANSPERFECT GLOBAL HQ • 1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001
T +1 212.689.5555 F +1 212.689.1059 • E-MAIL AR@TRANSPERFECT.COM
WWW.TRANSPERFECT.COM

 **TRANSPERFECT** LEGAL SOLUTIONS

**Please note that our address has changed**

**Bill To:**
Kaplan Hecker & Fink LLP
Attn: Charlotte Karlsen
350 5th Ave
Suite 7110
New York, NY 10118
USA

**Requested By:**
Charlotte Karlsen
Kaplan Hecker & Fink LLP
350 5th Ave
Suite 7110
New York, NY 10118
USA

| | | | |
|---|---|---|---|
| **Invoice #:** | 189047 | **Sales Contact:** | Jack Throckmorton (jthrockmorton@transperfect.com) |
| **Invoice Date:** | 06/25/2021 | **Payment Terms:** | Net 30 |
| **Invoice Due:** | 07/25/2021 | | |
| **Contract #:** | DM0207911 | **Purchase Order #:** | 0015.001 |
| | | **Matter #:** | 0015.001 |

**Requested Date:** 06/04/2021
**Project Notes:**
Requested by: Charlotte Karlsen
Requested date: 6/4/2021
Matter#: 0015.001

| Description | Quantity | Unit | Unit Cost(US$) | Extended Cost(US$) |
|---|---|---|---|---|
| **Print x1 | Bind** | | | | |
| Courier | 1.00 | Each | ▮ | ▮ |
| Technical Labor | 1.00 | Hour | ▮ | ▮ |
| Color Printing | 1,054.00 | Page | ▮ | ▮ |
| Printing Two Sided W/Assembly | 332.00 | Page | ▮ | ▮ |
| 5" Ring Binder | 1.00 | Each | ▮ | ▮ |
| Custom Tabs | 114.00 | Each | ▮ | ▮ |

| | |
|---|---|
| **Total to Bill This Contract:** | US$941.67 |
| **Tax Amount:** | US$83.57 |
| **Total Amount Due:** | US$1,025.24 |

TRANSPERFECT LEGAL SOLUTIONS IS A DIVISION OF TRANSPERFECT
TRANSPERFECT GLOBAL HQ • 1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001
T +1 212.689.5555 F +1 212.689.1059 • E-MAIL AR@TRANSPERFECT.COM
WWW.TRANSPERFECT.COM

1 of 2

| **PAYMENT INSTRUCTIONS** | Please note, TransPerfect always prefers to receive payments electronically whenever possible. |
|---|---|

**Please remit payment to:**
TransPerfect Document Management, Inc.
Attn.: Accounts Receivable
1250 Broadway, 32nd Floor
New York, NY 10001
212.689.5555
ar@transperfect.com

**Wire Transfer Details:**
**Signature NY**
A/C #: ████ 6914
ABA Routing #: ████ 3576
SWIFT CODE: ████ US33

**Please reference the Contract # DM0207911 and Invoice # 189047 with your remittance.**
Interest will be charged at the rate of 1.5% per month (or the maximum allowed by law)
for accounts more than 30 days past due.

TRANSPERFECT LEGAL SOLUTIONS IS A DIVISION OF TRANSPERFECT
TRANSPERFECT GLOBAL HQ • 1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001
T +1 212.689.5555 F +1 212.689.1059 • E-MAIL AR@TRANSPERFECT.COM
WWW.TRANSPERFECT.COM



**Please note that our address has changed**

| **Bill To:** | | **Requested By:** | |
|---|---|---|---|
| Kaplan Hecker & Fink LLP | | Charlotte Karlsen | |
| Attn: Jim Mazzitelli | | Kaplan Hecker & Fink LLP | |
| 350 5th Ave | | 350 5th Ave | |
| Suite 7110 | | Suite 7110 | |
| New York, NY 10118 | | New York, NY 10118 | |
| USA | | USA | |

| **Invoice #:** | 190721 | **Sales Contact:** | Jack Throckmorton (jthrockmorton@transperfect.com) |
|---|---|---|---|
| **Invoice Date:** | 06/30/2021 | **Payment Terms:** | Net 30 |
| **Invoice Due:** | 07/30/2021 | | |
| **Contract #:** | DM0209952 | **Purchase Order #:** | 0015.001 |
| | | **Matter #:** | 0015.001 |

**Requested Date:**   07/01/2021

**Project Notes:**

CM: 0015.001
Requested by: Morgan Awner
Request date: 07/01/2021

| Description | Quantity | Unit | Unit Cost(US$) | Extended Cost(US$) |
|---|---|---|---|---|
| **Print x1 | Bind** | | | | |
| Courier | 1.00 | Each | ▉ | ▉ |
| Printing Two Sided W/Assembly | 2,134.00 | Page | ▉ | ▉ |
| Color Printing | 19,329.00 | Page | ▉ | ▉ |
| 3" Ring Binder | 1.00 | Each | ▉ | ▉ |
| 4" Ring Binder | 6.00 | Each | ▉ | ▉ |
| 5" Ring Binder | 9.00 | Each | ▉ | ▉ |
| Custom Tabs | 1,196.00 | Each | ▉ | ▉ |

| | |
|---|---|
| **Total to Bill This Contract:** | US$11,968.29 |
| **Tax Amount:** | US$1,062.19 |
| **Total Amount Due:** | US$13,030.48 |

TRANSPERFECT LEGAL SOLUTIONS IS A DIVISION OF TRANSPERFECT
TRANSPERFECT GLOBAL HQ • 1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001
T +1 212.689.5555 F +1 212.689.1059 • E-MAIL AR@TRANSPERFECT.COM
WWW.TRANSPERFECT.COM

1 of 2

| **PAYMENT INSTRUCTIONS** | Please note, TransPerfect always prefers to receive payments electronically whenever possible. |
|---|---|

**Please remit payment to:**
TransPerfect Document Management, Inc.
Attn : Accounts Receivable
1250 Broadway, 32nd Floor
New York, NY 10001
212.689.5555
ar@transperfect.com

**Wire Transfer Details:**
**Signature NY**
A/C #: ▓▓▓ 6914
ABA Routing #: ▓▓▓ 3576
SWIFT CODE: ▓▓▓ US33

**Please reference the Contract # DM0209952 and Invoice # 190721 with your remittance.**
Interest will be charged at the rate of 1.5% per month (or the maximum allowed by law)
for accounts more than 30 days past due.

TRANSPERFECT LEGAL SOLUTIONS IS A DIVISION OF TRANSPERFECT
TRANSPERFECT GLOBAL HQ • 1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001
T +1 212.689.5555 F +1 212.689.1059 • E-MAIL AR@TRANSPERFECT.COM
WWW.TRANSPERFECT.COM



**Please note that our address has changed**

| Bill To: | | Requested By: | |
|---|---|---|---|
| Kaplan Hecker & Fink LLP | | Jim Mazzitelli | |
| Attn: Jim Mazzitelli | | Kaplan Hecker & Fink LLP | |
| 350 5th Ave | | 350 5th Ave | |
| Suite 7110 | | Suite 7110 | |
| New York, NY 10118 | | New York, NY 10118 | |
| USA | | USA | |

| | | | |
|---|---|---|---|
| **Invoice #:** | 190874 | **Sales Contact:** | Jack Throckmorton (jthrockmorton@transperfect.com) |
| **Invoice Date:** | 07/19/2021 | **Payment Terms:** | Net 30 |
| **Invoice Due:** | 08/18/2021 | | |
| **Contract #:** | DM0210164 | **Purchase Order #:** | 0015.001 |
| | | **Matter #:** | 0015.001 |

**Requested Date:**    07/12/2021

**Project Notes:**

     CM: 0015.001
     Requested by: Morgan Awner
     Request date: 07/12/2021

| Description | Quantity | Unit | Unit Cost(US$) | Extended Cost(US$) |
|---|---|---|---|---|
| **Print x1 | Redweld** | | | | |
| Shipping | 1.00 | Each | ▇ | ▇ |
|    Tracking no.: 774236740342 | | | | |
| Printing With Assembly | 1,333.00 | Page | ▇ | ▇ |
| Color Printing | 1.00 | Page | ▇ | ▇ |
| Custom Labels | 2.00 | Each | ▇ | ▇ |
| Redwelds | 2.00 | Each | ▇ | ▇ |

| | |
|---|---|
| **Total to Bill This Contract:** | US$172.37 |
| **Tax Amount:** | US$15.30 |
| **Total Amount Due:** | US$187.67 |

TRANSPERFECT LEGAL SOLUTIONS IS A DIVISION OF TRANSPERFECT
TRANSPERFECT GLOBAL HQ • 1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001
T +1 212.689.5555 F +1 212.689.1059 • E-MAIL AR@TRANSPERFECT.COM
WWW.TRANSPERFECT.COM

1 of 2

| PAYMENT INSTRUCTIONS | Please note, TransPerfect always prefers to receive payments electronically whenever possible. |
|---|---|
| **Please remit payment to:**<br>TransPerfect Document Management, Inc.<br>Attn.: Accounts Receivable<br>1250 Broadway, 32nd Floor<br>New York, NY 10001<br>212.689.5555<br>ar@transperfect.com | **Wire Transfer Details:**<br>**Signature NY**<br>A/C #: ████6914<br>ABA Routing #: ████3576<br>SWIFT CODE: ████US33 |

**Please reference the Contract # DM0210164 and Invoice # 190874 with your remittance.**
Interest will be charged at the rate of 1.5% per month (or the maximum allowed by law)
for accounts more than 30 days past due.

TRANSPERFECT LEGAL SOLUTIONS IS A DIVISION OF TRANSPERFECT
TRANSPERFECT GLOBAL HQ • 1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001
T +1 212.689.5555 F +1 212.689.1059 • E-MAIL AR@TRANSPERFECT.COM
WWW.TRANSPERFECT.COM
2 of 2



Please note that our address
has changed

Bill To:

Kaplan Hecker & Fink LLP
Attn: Jim Mazzitelli
350 5th Ave
Suite 7110
New York, NY 10118
USA

Requested By:

Charlotte Karlsen
Kaplan Hecker & Fink LLP
350 5th Ave
Suite 7110
New York, NY 10118
USA

| | | | |
|---|---|---|---|
| Invoice #: | 192803 | Sales Contact: | Jack Throckmorton (jthrockmorton@transperfect.com) |
| Invoice Date: | 08/31/2021 | Payment Terms: | Net 30 |
| Invoice Due: | 09/30/2021 | | |
| Contract #: | DM0212490 | Purchase Order #: | 0015.001 |
| | | Matter #: | 0015.001 |

Requested Date:     08/21/2021

Project Notes:

CM: 0015.001
Requested by Charlotte Karlsen
Requested on 8/21/2021

| Description | Quantity | Unit | Unit Cost(US$) | Extended Cost(US$) |
|---|---|---|---|---|
| **Print x 1 | Bind** | | | | |
| Courier | 1.00 | Each | ■ | ■ |
| Technical Labor | 0.50 | Hour | ■ | ■ |
| Printing Two Sided W/Assembly | 102.00 | Page | ■ | ■ |
| Color Printing | 105.00 | Page | ■ | ■ |
| 2" Ring Binder | 1.00 | Each | ■ | ■ |
| Custom Tabs | 55.00 | Each | ■ | ■ |

| | |
|---|---|
| **Total to Bill This Contract:** | US$261.97 |
| **Tax Amount:** | US$23.27 |
| **Total Amount Due:** | **US$285.24** |

TRANSPERFECT LEGAL SOLUTIONS IS A DIVISION OF TRANSPERFECT
TRANSPERFECT GLOBAL HQ • 1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001
T +1 212.689.5555 F +1 212.689.1059 • E-MAIL AR@TRANSPERFECT.COM
WWW.TRANSPERFECT.COM

| PAYMENT INSTRUCTIONS | Please note, TransPerfect always prefers to receive payments electronically whenever possible. |
|---|---|

Please remit payment to:
TransPerfect Document Management, Inc.
Attn.: Accounts Receivable
1250 Broadway, 32nd Floor
New York, NY 10001
212.689.5555
ar@transperfect.com

Wire Transfer Details:
Signature NY
A/C #: ▮6914
ABA Routing #: ▮3576
SWIFT CODE: ▮US33

Please reference the Contract # DM0212490 and Invoice # 192803 with your remittance.
Interest will be charged at the rate of 1.5% per month (or the maximum allowed by law)
for accounts more than 30 days past due.

TRANSPERFECT LEGAL SOLUTIONS IS A DIVISION OF TRANSPERFECT
TRANSPERFECT GLOBAL HQ • 1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001
T +1 212.689.5555 F +1 212.689.1059 • E-MAIL AR@TRANSPERFECT.COM
WWW.TRANSPERFECT.COM

2 of 2



**Please note that our address has changed**

**Bill To:**
Kaplan Hecker & Fink LLP
Attn: Jim Mazzitelli
350 5th Ave
Suite 7110
New York, NY 10118
USA

**Requested By:**
Charlotte Karlsen
Kaplan Hecker & Fink LLP
350 5th Ave
Suite 7110
New York, NY 10118
USA

| Invoice #: | 190872 | Sales Contact: | Jack Throckmorton (jthrockmorton@transperfect.com) |
|---|---|---|---|
| **Invoice Date:** | 07/19/2021 | **Payment Terms:** | Net 30 |
| **Invoice Due:** | 08/18/2021 | | |
| **Contract #:** | DM0210141 | **Purchase Order #:** | 0015.001 |
| | | **Matter #:** | 0015.001 |

**Requested Date:** 07/10/2021
**Project Notes:**
CM: 0015.001
Requested on 7/10/2021
Requested by Charlotte Karlsen

| Description | Quantity | Unit | Unit Cost(US$) | Extended Cost(US$) |
|---|---|---|---|---|
| **Print x 3 \| Redweld** | | | | |
| Shipping | 1.00 | Each | ▇ | ▇ |
| Fed Ex - 1st Overnight | | | | |
| Courier | 1.00 | Each | ▇ | ▇ |
| File Conversion | 6.00 | Page | ▇ | ▇ |
| Printing Wi h Assembly | 1,662.00 | Page | ▇ | ▇ |
| Color Printing | 1,515.00 | Page | ▇ | ▇ |
| Tabs | 339.00 | Each | ▇ | ▇ |
| Custom Labels | 6.00 | Each | ▇ | ▇ |
| File Folders | 6.00 | Each | ▇ | ▇ |

| | |
|---|---|
| **Total to Bill This Contract:** | US$1,432.67 |
| **Tax Amount:** | US$127.15 |
| **Total Amount Due:** | US$1,559.82 |

TRANSPERFECT LEGAL SOLUTIONS IS A DIVISION OF TRANSPERFECT
TRANSPERFECT GLOBAL HQ • 1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001
T +1 212.689.5555 F +1 212.689.1059 • E-MAIL AR@TRANSPERFECT.COM
WWW.TRANSPERFECT.COM

1 of 2

| **PAYMENT INSTRUCTIONS** | Please note, TransPerfect always prefers to receive payments electronically whenever possible. |
|---|---|

**Please remit payment to:**
TransPerfect Document Management, Inc.
Attn.: Accounts Receivable
1250 Broadway, 32nd Floor
New York, NY 10001
212.689.5555
ar@transperfect.com

**Wire Transfer Details:**
Signature NY
A/C #: ████6914
ABA Routing #: ████3576
SWIFT CODE: ████US33

**Please reference the Contract # DM0210141 and Invoice # 190872 with your remittance.**
Interest will be charged at the rate of 1.5% per month (or the maximum allowed by law)
for accounts more than 30 days past due.

TRANSPERFECT LEGAL SOLUTIONS IS A DIVISION OF TRANSPERFECT
TRANSPERFECT GLOBAL HQ • 1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001
T +1 212.689.5555 F +1 212.689.1059 • E-MAIL AR@TRANSPERFECT.COM
WWW.TRANSPERFECT.COM



**Please note that our address has changed**

**Bill To:**
Kaplan Hecker & Fink LLP
Attn: Jim Mazzitelli
350 5th Ave
Suite 7110
New York, NY 10118
USA

**Requested By:**
Jim Mazzitelli
Kaplan Hecker & Fink LLP
350 5th Ave
Suite 7110
New York, NY 10118
USA

| | | | |
|---|---|---|---|
| **Invoice #:** | 190916 | **Sales Contact:** | Jack Throckmorton (jthrockmorton@transperfect.com) |
| **Invoice Date:** | 07/26/2021 | **Payment Terms:** | Net 30 |
| **Invoice Due:** | 08/25/2021 | | |
| **Contract #:** | DM0210331 | **Purchase Order #:** | 0015.001 |
| | | **Matter #:** | 0015.001 |

**Requested Date:**     07/20/2021

**Project Notes:**
CM: 0015.001
Requested by: Morgan Awner
Request date: 07/20/2021

| Description | Quantity | Unit | Unit Cost(US$) | Extended Cost(US$) |
|---|---|---|---|---|
| **Print x1 \| Bind** | | | | |
| Courier | 1.00 | Each | ■ | ■ |
| Color Printing | 285.00 | Page | ■ | ■ |
| Tabs | 37.00 | Each | ■ | ■ |
| 2" Ring Binder | 1.00 | Each | ■ | ■ |

| | |
|---|---|
| **Total to Bill This Contract:** | US$208.37 |
| **Tax Amount:** | US$18.49 |
| **Total Amount Due:** | **US$226.86** |

TRANSPERFECT LEGAL SOLUTIONS IS A DIVISION OF TRANSPERFECT
TRANSPERFECT GLOBAL HQ • 1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001
T +1 212.689.5555 F +1 212.689.1059 • E-MAIL AR@TRANSPERFECT.COM
WWW.TRANSPERFECT.COM

1 of 2

| **PAYMENT INSTRUCTIONS** | Please note, TransPerfect always prefers to receive payments electronically whenever possible. |
|---|---|

**Please remit payment to:**
TransPerfect Document Management, Inc.
Attn : Accounts Receivable
1250 Broadway, 32nd Floor
New York, NY 10001
212.689.5555
ar@transperfect.com

**Wire Transfer Details:**
**Signature NY**
**A/C #:** ███ 6914
**ABA Routing #:** ███ 3576
**SWIFT CODE:** ███ US33

**Please reference the Contract # DM0210331 and Invoice # 190916 with your remittance.**
Interest will be charged at the rate of 1.5% per month (or the maximum allowed by law)
for accounts more than 30 days past due.

TRANSPERFECT LEGAL SOLUTIONS IS A DIVISION OF TRANSPERFECT
TRANSPERFECT GLOBAL HQ • 1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001
T +1 212.689.5555 F +1 212.689.1059 • E-MAIL AR@TRANSPERFECT.COM
WWW.TRANSPERFECT.COM

2 of 2



Please note that our address
has changed

| Bill To: | | Requested By: | |
|---|---|---|---|
| Kaplan Hecker & Fink LLP | | Morgan Awner | |
| Attn: Morgan Awner | | Kaplan Hecker & Fink LLP | |
| 350 5th Ave | | 350 5th Ave | |
| Suite 7110 | | Suite 7110 | |
| New York, NY 10118 | | New York, NY 10118 | |
| USA | | USA | |

| Invoice #: | 194524 | Sales Contact: | James Beckley (jim.beckley@transperfect.com) |
|---|---|---|---|
| **Invoice Date:** | 09/21/2021 | **Payment Terms:** | Net 30 |
| **Invoice Due:** | 10/21/2021 | | |
| Contract #: | **DM0214527** | Purchase Order #: | 0015.001 |
| | | Matter #: | 0015.001 |

**Requested Date:** 09/16/2021

**Project Notes:**

Print x 1 | Bind
CM # 0015.001
Due date - 09/17/2021

| Description | Quantity | Unit | Unit Cost(US$) | Extended Cost(US$) |
|---|---|---|---|---|
| **Print x 2 | Bind** | | | | |
| Courier | 1.00 | Each | ■ | ■ |
| Technical Labor | 0.50 | Hour | ■ | ■ |
| Color Printing | 450.00 | Page | ■ | ■ |
| ALL WAVES (CLIENT ERROR) Printing Two Sided W/Assembly | 374.00 | Page | ■ | ■ |
| ALL WAVES (CLIENT ERROR) Tabs | 198.00 | Each | ■ | ■ |
| ALL WAVES (CLIENT ERROR) 2" Ring Binder | 2.00 | Each | ■ | ■ |
| ALL WAVES (CLIENT ERROR) | | | | |

TRANSPERFECT LEGAL SOLUTIONS IS A DIVISION OF TRANSPERFECT
TRANSPERFECT GLOBAL HQ · 1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001
T +1 212.689.5555 F +1 212.689.1059 · E-MAIL AR@TRANSPERFECT.COM
WWW.TRANSPERFECT.COM

1 of 2

| Total to Bill This Contract: | US$458.14 |
| --- | --- |
| Tax Amount: | US$40.66 |
| **Total Amount Due:** | **US$498.80** |

**PAYMENT INSTRUCTIONS**   Please note, TransPerfect always prefers to receive payments electronically whenever poss ble.

Please remit payment to:
TransPerfect Document Management, Inc.
Attn.: Accounts Receivable
1250 Broadway, 32nd Floor
New York, NY 10001
212.689.5555
ar@transperfect.com

Wire Transfer Details:
Signature NY
A/C #: ____6914
ABA Routing #: ____3576
SWIFT CODE: ____US33

Please reference the Contract # DM0214527 and Invoice # 194524 with your remittance.
Interest will be charged at the rate of 1.5% per month (or the maximum allowed by law)
for accounts more than 30 days past due.

TRANSPERFECT LEGAL SOLUTIONS IS A DIVISION OF TRANSPERFECT
TRANSPERFECT GLOBAL HQ • 1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001
T +1 212.689.5555 F +1 212.689.1059 • E-MAIL AR@TRANSPERFECT.COM
WWW.TRANSPERFECT.COM

2 of 2



Please note that our address has changed

| Bill To: | | Requested By: | |
|---|---|---|---|
| Kaplan Hecker & Fink LLP | | Morgan Awner | |
| Attn: Morgan Awner | | Kaplan Hecker & Fink LLP | |
| 350 5th Ave | | 350 5th Ave | |
| Suite 7110 | | Suite 7110 | |
| New York, NY 10118 | | New York, NY 10118 | |
| USA | | USA | |

| | | | |
|---|---|---|---|
| Invoice #: | 196221 | Sales Contact: | Joseph Kapler (JKapler@transperfect.com) |
| Invoice Date: | 09/30/2021 | Payment Terms: | Net 30 |
| Invoice Due: | 10/30/2021 | | |
| Contract #: | **DM0214801** | Purchase Order #: | |
| Case Name: | 0015.001 | Matter #: | 0015.001 |

**Requested Date:** 09/29/2021

**Project Notes:**

Project Description: Print x 1 | Bind
Client Matter #: 0015.001
Date Requested: 9/29/2021

| Description | Quantity | Unit | Unit Cost(US$) | Extended Cost(US$) |
|---|---|---|---|---|
| **Print x 1 \| Bind** | | | | |
| Courier | 1.00 | Each | ▇ | ▇ |
| Washington, DC delivery | | | | |
| Color Printing | 301.00 | Page | ▇ | ▇ |
| Tabs | 84.00 | Each | ▇ | ▇ |
| 2" Ring Binder | 1.00 | Each | ▇ | ▇ |
| **Print x 1 \| Bind** | | | | |
| Courier | 1.00 | Each | ▇ | ▇ |

| | |
|---|---|
| **Total to Bill This Contract:** | US$281.85 |
| **Tax Amount:** | US$25.02 |
| **Total Amount Due:** | **US$306.87** |

TRANSPERFECT LEGAL SOLUTIONS IS A DIVISION OF TRANSPERFECT
TRANSPERFECT GLOBAL HQ • 1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001
T +1 212.689.5555 F +1 212.689.1059 • E-MAIL AR@TRANSPERFECT.COM
WWW.TRANSPERFECT.COM

| PAYMENT INSTRUCTIONS | Please note, TransPerfect always prefers to receive payments electronically whenever possible. |
|---|---|

Please remit payment to:
TransPerfect Document Management, Inc.
Attn.: Accounts Receivable
1250 Broadway, 32nd Floor
New York, NY 10001
212.689.5555
ar@transperfect.com

Wire Transfer Details:
Signature NY
A/C #: 6914
ABA Routing #: 3576
SWIFT CODE: US33

Please reference the Contract # DM0214801 and Invoice # 196221 with your remittance.
Interest will be charged at the rate of 1.5% per month (or the maximum allowed by law)
for accounts more than 30 days past due.

TRANSPERFECT LEGAL SOLUTIONS IS A DIVISION OF TRANSPERFECT
TRANSPERFECT GLOBAL HQ • 1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001
T +1 212.689.5555 F +1 212.689.1059 • E-MAIL AR@TRANSPERFECT.COM
WWW.TRANSPERFECT.COM



Please note that our address has changed

Bill To:

Kaplan Hecker & Fink LLP
Attn: Morgan Awner
350 5th Ave
Suite 7110
New York, NY 10118
USA

Requested By:

Morgan Awner
Kaplan Hecker & Fink LLP
350 5th Ave
Suite 7110
New York, NY 10118
USA

| | | | |
|---|---|---|---|
| Invoice #: | 195739 | Sales Contact: | Jack Throckmorton (jthrockmorton@transperfect.com) |
| Invoice Date: | 09/30/2021 | Payment Terms: | Net 30 |
| Invoice Due: | 10/30/2021 | | |
| Contract #: | DM0214699 | Purchase Order #: | 0015.001 |
| | | Matter #: | 0015.001 |

Requested Date: 09/26/2021

Project Notes:

CM: 0015.001
Requested by Morgan Awner
Requested on 9/26/2021

| Description | Quantity | Unit | Unit Cost(US$) | Extended Cost(US$) |
|---|---|---|---|---|
| **Print x 2** | | | | |
| Courier | 1.00 | Each | ■ | ■ |
| NYC Shipping | 1.00 | Each | ■ | ■ |
| Tracking no.: 284217631016 Color Printing | 326.00 | Page | ■ | ■ |
| Printing Two Sided W/Assembly | 808.00 | Page | ■ | ■ |
| Custom Labels | 2.00 | Each | ■ | ■ |
| Redwelds | 2.00 | Each | ■ | ■ |

| | |
|---|---|
| Total to Bill This Contract: | US$365.54 |
| Tax Amount: | US$32.45 |
| Total Amount Due: | **US$397.99** |

TRANSPERFECT LEGAL SOLUTIONS IS A DIVISION OF TRANSPERFECT
TRANSPERFECT GLOBAL HQ • 1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001
T +1 212.689.5555 F +1 212.689.1059 • E-MAIL AR@TRANSPERFECT.COM
WWW.TRANSPERFECT.COM

1 of 2

| PAYMENT INSTRUCTIONS | Please note, TransPerfect always prefers to receive payments electronically whenever possible. |
|---|---|

Please remit payment to:
TransPerfect Document Management, Inc.
Attn.: Accounts Receivable
1250 Broadway, 32nd Floor
New York, NY 10001
212.689.5555
ar@transperfect.com

Wire Transfer Details:
Signature NY
A/C #: ▓6914
ABA Routing #: ▓3576
SWIFT CODE: ▓US33

Please reference the Contract # DM0214699 and Invoice # 195739 with your remittance.

Interest will be charged at the rate of 1.5% per month (or the maximum allowed by law)

for accounts more than 30 days past due.

TRANSPERFECT LEGAL SOLUTIONS IS A DIVISION OF TRANSPERFECT
TRANSPERFECT GLOBAL HQ • 1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001
T +1 212.689.5555 F +1 212.689.1059 • E-MAIL AR@TRANSPERFECT.COM
WWW.TRANSPERFECT.COM

2 of 2



Please note that our address
has changed

| Bill To: | | Requested By: | |
|---|---|---|---|
| Kaplan Hecker & Fink LLP | | Charlotte Karlsen | |
| Attn: Jim Mazzitelli | | Kaplan Hecker & Fink LLP | |
| 350 5th Ave | | 350 5th Ave | |
| Suite 7110 | | Suite 7110 | |
| New York, NY 10118 | | New York, NY 10118 | |
| USA | | USA | |

| Invoice #: | 195622 | Sales Contact: | Jack Throckmorton (jthrockmorton@transperfect.com) |
|---|---|---|---|
| Invoice Date: | 09/30/2021 | Payment Terms: | Net 30 |
| Invoice Due: | 10/30/2021 | | |
| Contract #: | DM0214439 | Purchase Order #: | |
| | | Matter #: | 0015.001 |

Requested Date:   09/13/2021

Project Notes:

Project Description: Print Request
Client Matter: 0015.001
Request Date: 9/13/21

| Description | Quantity | Unit | Unit Cost(US$) | Extended Cost(US$) |
|---|---|---|---|---|
| **Print x2 | Redwelds** | | | | |
| Redwelds | 8.00 | Each | ▇ | ▇ |
| Printing Wi h Assembly | 3,916.00 | Page | ▇ | ▇ |
| Color Printing | 366.00 | Page | ▇ | ▇ |
| Shipping | 1.00 | Each | ▇ | ▇ |
| New York, NY shipment Delivery Charge | 1.00 | Each | ▇ | ▇ |
| **Print x1| Redwelds** | | | | |
| Courier | 1.00 | Each | ▇ | ▇ |
| Technical Labor | 0.50 | Hour | ▇ | ▇ |
| File Conversion | 17.00 | Page | ▇ | ▇ |
| Color Printing | 178.00 | Page | ▇ | ▇ |
| Printing Wi h Assembly | 1,687.00 | Page | ▇ | ▇ |
| Custom Labels | 4.00 | Each | ▇ | ▇ |
| Redwelds | 4.00 | Each | ▇ | ▇ |

TRANSPERFECT LEGAL SOLUTIONS IS A DIVISION OF TRANSPERFECT
TRANSPERFECT GLOBAL HQ • 1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001
T +1 212.689.5555 F +1 212.689.1059 • E-MAIL AR@TRANSPERFECT.COM
WWW.TRANSPERFECT.COM

1 of 2

| | Total to Bill This Contract: | US$1,317.88 |
|---|---|---|
| | Tax Amount: | US$116.98 |
| | Total Amount Due: | **US$1,434.86** |

---

**PAYMENT INSTRUCTIONS**    Please note, TransPerfect always prefers to receive payments electronically whenever possible.

Please remit payment to:
TransPerfect Document Management, Inc.
Attn.: Accounts Receivable
1250 Broadway, 32nd Floor
New York, NY 10001
212.689.5555
ar@transperfect.com

Wire Transfer Details:
Signature NY
A/C #: ███████6914
ABA Routing #: ████3576
SWIFT CODE: ████US33

Please reference the Contract # DM0214439 and Invoice # 195622 with your remittance.
Interest will be charged at the rate of 1.5% per month (or the maximum allowed by law)
for accounts more than 30 days past due.

TRANSPERFECT LEGAL SOLUTIONS IS A DIVISION OF TRANSPERFECT
TRANSPERFECT GLOBAL HQ • 1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001
T +1 212.689.5555 F +1 212.689.1059 • E-MAIL AR@TRANSPERFECT.COM
WWW.TRANSPERFECT.COM

2 of 2



Please note that our address has changed

| Bill To: | | Requested By: | |
|---|---|---|---|
| Kaplan Hecker & Fink LLP | | Charlotte Karlsen | |
| Attn: Jim Mazzitelli | | Kaplan Hecker & Fink LLP | |
| 350 5th Ave | | 350 5th Ave | |
| Suite 7110 | | Suite 7110 | |
| New York, NY 10118 | | New York, NY 10118 | |
| USA | | USA | |

| Invoice #: | 195658 | Sales Contact: | Jack Throckmorton (jthrockmorton@transperfect.com) |
|---|---|---|---|
| Invoice Date: | 09/30/2021 | Payment Terms: | Net 30 |
| Invoice Due: | 10/30/2021 | | |
| Contract #: | DM0214776 | Purchase Order #: | 0015.001 |
| | | Matter #: | 0015.001 |

Requested Date: 09/28/2021

Project Notes:

CM# 0015.001
Print x 1 | Bind

| Description | Quantity | Unit | Unit Cost(US$) | Extended Cost(US$) |
|---|---|---|---|---|
| **Print x 1 | Bind** | | | | |
| Courier | 1.00 | Each | ▮ | ▮ |
| Color Printing | 41.00 | Page | ▮ | ▮ |
| Printing Two Sided W/Assembly | 541.00 | Page | ▮ | ▮ |
| 2" Ring Binder | 1.00 | Each | ▮ | ▮ |
| Custom Tabs | 22.00 | Each | ▮ | ▮ |

| | |
|---|---|
| Total to Bill This Contract: | US$147.56 |
| Tax Amount: | US$13.10 |
| Total Amount Due: | US$160.66 |

TRANSPERFECT LEGAL SOLUTIONS IS A DIVISION OF TRANSPERFECT
TRANSPERFECT GLOBAL HQ • 1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001
T +1 212.689.5555 F +1 212.689.1059 • E-MAIL AR@TRANSPERFECT.COM
WWW.TRANSPERFECT.COM

1 of 2

| PAYMENT INSTRUCTIONS | Please note, TransPerfect always prefers to receive payments electronically whenever possible. |
|---|---|

Please remit payment to:
TransPerfect Document Management, Inc.
Attn.: Accounts Receivable
1250 Broadway, 32nd Floor
New York, NY 10001
212.689.5555
ar@transperfect.com

**Wire Transfer Details:**
Signature NY
A/C #: ███6914
ABA Routing #: ███3576
SWIFT CODE: ███US33

Please reference the Contract # DM0214776 and Invoice # 195658 with your remittance.
Interest will be charged at the rate of 1.5% per month (or the maximum allowed by law)
for accounts more than 30 days past due.

TRANSPERFECT LEGAL SOLUTIONS IS A DIVISION OF TRANSPERFECT
TRANSPERFECT GLOBAL HQ • 1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001
T +1 212.689.5555 F +1 212.689.1059 • E-MAIL AR@TRANSPERFECT.COM
WWW.TRANSPERFECT.COM

2 of 2



Please note that our address has changed

| Bill To: | Requested By: |
|---|---|
| Kaplan Hecker & Fink LLP | Charlotte Karlsen |
| Attn: Jim Mazzitelli | Kaplan Hecker & Fink LLP |
| 350 5th Ave | 350 5th Ave |
| Suite 7110 | Suite 7110 |
| New York, NY 10118 | New York, NY 10118 |
| USA | USA |

| Invoice #: | 195750 | Sales Contact: | Jack Throckmorton (jthrockmorton@transperfect.com) |
|---|---|---|---|
| Invoice Date: | 09/30/2021 | Payment Terms: | Net 30 |
| Invoice Due: | 10/30/2021 | | |
| Contract #: | DM0214700 | Purchase Order #: | |
| | | Matter #: | 0015.001 |

Requested Date: 09/26/2021

Project Notes:

Project Description: Print x 2
Case Name:
Client Matter #: 0015.001
Requested Date: 9/26/2021
Requested By: Charlotte Karlsen

| Description | Quantity | Unit | Unit Cost(US$) | Extended Cost(US$) |
|---|---|---|---|---|
| **Print x 1** | | | | |
| Courier | 1.00 | Each | ▉ | ▉ |
| DC Delivery | | | | |
| Printing Two Sided W/Assembly | 278.00 | Page | ▉ | ▉ |
| 2" Ring Binder | 1.00 | Each | ▉ | ▉ |
| Custom Tabs | 74.00 | Each | ▉ | ▉ |
| **Print x 1** | | | | |
| Courier | 1.00 | Each | ▉ | ▉ |
| File Conversion | 27.00 | Page | ▉ | ▉ |
| Color Printing | 279.00 | Page | ▉ | ▉ |
| Printing Two Sided W/Assembly | 2.00 | Page | ▉ | ▉ |
| 2" Ring Binder | 1.00 | Each | ▉ | ▉ |
| Custom Tabs | 74.00 | Each | ▉ | ▉ |

TRANSPERFECT LEGAL SOLUTIONS IS A DIVISION OF TRANSPERFECT
TRANSPERFECT GLOBAL HQ • 1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001
T +1 212.689.5555 F +1 212.689.1059 • E-MAIL AR@TRANSPERFECT.COM
WWW.TRANSPERFECT.COM

1 of 2

| | |
|---|---|
| **Total to Bill This Contract:** | US$404.94 |
| | |
| **Tax Amount:** | US$35.94 |
| **Total Amount Due:** | **US$440.88** |

---

**PAYMENT INSTRUCTIONS**          Please note, TransPerfect always prefers to receive payments electronically whenever possible.

Please remit payment to:
TransPerfect Document Management, Inc.
Attn.: Accounts Receivable
1250 Broadway, 32nd Floor
New York, NY 10001
212.689.5555
ar@transperfect.com

Wire Transfer Details:
Signature NY
A/C #: ████ 6914
ABA Routing #: ████ 3576
SWIFT CODE: ████ US33

Please reference the Contract # DM0214700 and Invoice # 195750 with your remittance.
Interest will be charged at the rate of 1.5% per month (or the maximum allowed by law)
for accounts more than 30 days past due.

TRANSPERFECT LEGAL SOLUTIONS IS A DIVISION OF TRANSPERFECT
TRANSPERFECT GLOBAL HQ • 1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001
T +1 212.689.5555 F +1 212.689.1059 • E-MAIL AR@TRANSPERFECT.COM
WWW.TRANSPERFECT.COM

2 of 2



Please note that our address
has changed

Bill To:

Kaplan Hecker & Fink LLP
Attn: Jim Mazzitelli
350 5th Ave
Suite 7110
New York, NY 10118
USA

Requested By:

Morgan Awner
Kaplan Hecker & Fink LLP
350 5th Ave
Suite 7110
New York, NY 10118
USA

| | | | |
|---|---|---|---|
| Invoice #: | 196360 | Sales Contact: | Jack Throckmorton (jthrockmorton@transperfect.com) |
| Invoice Date: | 10/20/2021 | Payment Terms: | Net 30 |
| Invoice Due: | 11/19/2021 | | |
| Contract #: | DM0216614 | Purchase Order #: | 0015.001 |
| | | Matter #: | 0015.001 |

Requested Date: 10/13/2021

Project Notes:

CM: 0015.001
Requested by: Morgan Awner
Request date: 10/13/2021

| Description | Quantity | Unit | Unit Cost(US$) | Extended Cost(US$) |
|---|---|---|---|---|
| **Print x1 \| Bind** | | | | |
| Courier | 1.00 | Each | ▋ | ▋ |
| NIN | | | | |
| Color Printing | 1,142.00 | Page | ▋ | ▋ |
| Printing Two Sided W/Assembly | 154.00 | Page | ▋ | ▋ |
| Tabs | 45.00 | Each | ▋ | ▋ |
| 4" Ring Binder | 1.00 | Each | ▋ | ▋ |

| | |
|---|---|
| **Total to Bill This Contract:** | US$749.33 |
| **Tax Amount:** | US$66.50 |
| **Total Amount Due:** | **US$815.83** |

TRANSPERFECT LEGAL SOLUTIONS IS A DIVISION OF TRANSPERFECT
TRANSPERFECT GLOBAL HQ • 1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001
T +1 212.689.5555 F +1 212.689.1059 • E-MAIL AR@TRANSPERFECT.COM
WWW.TRANSPERFECT.COM

| PAYMENT INSTRUCTIONS | Please note, TransPerfect always prefers to receive payments electronically whenever possible. |
|---|---|

Please remit payment to:
TransPerfect Document Management, Inc.
Attn.: Accounts Receivable
1250 Broadway, 32nd Floor
New York, NY 10001
212.689.5555
ar@transperfect.com

Wire Transfer Details:
Signature NY
A/C #: 6914
ABA Routing #: 3576
SWIFT CODE: US33

Please reference the Contract # DM0216614 and Invoice # 196360 with your remittance.
Interest will be charged at the rate of 1.5% per month (or the maximum allowed by law)
for accounts more than 30 days past due.

TRANSPERFECT LEGAL SOLUTIONS IS A DIVISION OF TRANSPERFECT
TRANSPERFECT GLOBAL HQ • 1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001
T +1 212.689.5555 F +1 212.689.1059 • E-MAIL AR@TRANSPERFECT.COM
WWW.TRANSPERFECT.COM

2 of 2



**Please note that our address has changed**

**Bill To:**
Kaplan Hecker & Fink LLP
Attn: Jim Mazzitelli
350 5th Ave
Suite 7110
New York, NY 10118
USA

**Requested By:**
Charlotte Karlsen
Kaplan Hecker & Fink LLP
350 5th Ave
Suite 7110
New York, NY 10118
USA

| | | | | |
|---|---|---|---|---|
| **Invoice #:** | 196419 | **Sales Contact:** | Joseph Kapler (JKapler@transperfect.com) | |
| **Invoice Date:** | 10/28/2021 | **Payment Terms:** | Net 30 | |
| **Invoice Due:** | 11/27/2021 | | | |
| **Contract #:** | DM0216478 | **Purchase Order #:** | | |
| | | **Matter #:** | 0015.001 | |

**Requested Date:**     10/06/2021
**Project Notes:**
   Print x 1,bind
   Requested on: October 6
   Requested by: Charlotte Karlsen

| Description | Quantity | Unit | Unit Cost(US$) | Extended Cost(US$) |
|---|---|---|---|---|
| **Print x 1,Bind** | | | | |
| Courier | 1.00 | Each | ▮ | ▮ |
|   NIN | | | | |
| File Conversion | 87.00 | Page | ▮ | ▮ |
| Color Printing | 246.00 | Page | ▮ | ▮ |
| Printing Two Sided W/Assembly | 368.00 | Page | ▮ | ▮ |
| 2" Ring Binder | 1.00 | Each | ▮ | ▮ |
| Custom Tabs | 52.00 | Each | ▮ | ▮ |

| | |
|---|---|
| **Total to Bill This Contract:** | US$240.97 |
| **Tax Amount:** | US$0.00 |
| **Total Amount Due:** | US$240.97 |

TRANSPERFECT LEGAL SOLUTIONS IS A DIVISION OF TRANSPERFECT
TRANSPERFECT GLOBAL HQ • 1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001
T +1 212.689.5555 F +1 212.689.1059 • E-MAIL AR@TRANSPERFECT.COM
WWW.TRANSPERFECT.COM

1 of 2

| **PAYMENT INSTRUCTIONS** | Please note, TransPerfect always prefers to receive payments electronically whenever possible. |

**Please remit payment to:**
TransPerfect Document Management, Inc.
Attn.: Accounts Receivable
1250 Broadway, 32nd Floor
New York, NY 10001
212.689.5555
ar@transperfect.com

**Wire Transfer Details:**
**Signature NY**
A/C #: ▓▓▓▓6914
ABA Routing #: ▓▓▓3576
SWIFT CODE: ▓▓US33

**Please reference the Contract # DM0216478 and Invoice # 196419 with your remittance.**
Interest will be charged at the rate of 1.5% per month (or the maximum allowed by law)
for accounts more than 30 days past due.

TRANSPERFECT LEGAL SOLUTIONS IS A DIVISION OF TRANSPERFECT
TRANSPERFECT GLOBAL HQ • 1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001
T +1 212.689.5555 F +1 212.689.1059 • E-MAIL AR@TRANSPERFECT.COM
WWW.TRANSPERFECT.COM

2 of 2



**Please note that our address has changed**

**Bill To:**
Kaplan Hecker & Fink LLP
Attn: Morgan Awner
350 5th Ave
Suite 7110
New York, NY 10118
USA

**Requested By:**
Morgan Awner
Kaplan Hecker & Fink LLP
350 5th Ave
Suite 7110
New York, NY 10118
USA

| | | | | |
|---|---|---|---|---|
| **Invoice #:** | 197883 | **Sales Contact:** | Jack Throckmorton (jthrockmorton@transperfect.com) | |
| **Invoice Date:** | 10/31/2021 | **Payment Terms:** | Net 30 | |
| **Invoice Due:** | 11/30/2021 | | | |
| **Contract #:** | DM0216535 | **Purchase Order #:** | 0015.001 | |
| | | **Matter #:** | 0015.001 | |

**Requested Date:** 10/07/2021

**Project Notes:**
CM# 0015.001
Date requested: 10/8/2021

| Description | Quantity | Unit | Unit Cost(US$) | Extended Cost(US$) |
|---|---|---|---|---|
| **Print x 2 \| Bind** | | | | |
| Courier | 1.00 | Each | ▮ | ▮ |
| NY Delivery | | | | |
| DC Delivery | | | | |
| Printing Two Sided W/Assembly | 34.00 | Page | ▮ | ▮ |
| Color Printing | 554.00 | Page | ▮ | ▮ |
| Tabs | 182.00 | Each | ▮ | ▮ |
| 2" Ring Binder | 2.00 | Each | ▮ | ▮ |
| Printing | 34.00 | Page | ▮ | ▮ |
| NY | | | | |

| | |
|---|---|
| **Total to Bill This Contract:** | US$427.68 |
| **Tax Amount:** | US$37.96 |
| **Total Amount Due:** | **US$465.64** |

TRANSPERFECT LEGAL SOLUTIONS IS A DIVISION OF TRANSPERFECT
TRANSPERFECT GLOBAL HQ • 1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001
T +1 212.689.5555 F +1 212.689.1059 • E-MAIL AR@TRANSPERFECT.COM
WWW.TRANSPERFECT.COM

1 of 2

**PAYMENT INSTRUCTIONS**          Please note, TransPerfect always prefers to receive payments electronically whenever possible.

**Please remit payment to:**
TransPerfect Document Management, Inc.
Attn.: Accounts Receivable
1250 Broadway, 32nd Floor
New York, NY 10001
212.689.5555
ar@transperfect.com



**Wire Transfer Details:**
**Signature NY**
A/C #: ▓6914
ABA Routing #: ▓3576
SWIFT CODE: ▓US33

**Please reference the Contract # DM0216535 and Invoice # 197883 with your remittance.**
Interest will be charged at the rate of 1.5% per month (or the maximum allowed by law)
for accounts more than 30 days past due.

TRANSPERFECT LEGAL SOLUTIONS IS A DIVISION OF TRANSPERFECT
TRANSPERFECT GLOBAL HQ • 1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001
T +1 212.689.5555 F +1 212.689.1059 • E-MAIL AR@TRANSPERFECT.COM
WWW.TRANSPERFECT.COM

2 of 2



**Please note that our address has changed**

| **Bill To:** | | **Requested By:** | |
| --- | --- | --- | --- |
| Kaplan Hecker & Fink LLP | | Morgan Awner | |
| Attn: Jim Mazzitelli | | Kaplan Hecker & Fink LLP | |
| 350 5th Ave | | 350 5th Ave | |
| Suite 7110 | | Suite 7110 | |
| New York, NY 10118 | | New York, NY 10118 | |
| USA | | USA | |

| | | | |
| --- | --- | --- | --- |
| **Invoice #:** | 200560 | **Sales Contact:** | Jack Throckmorton (jthrockmorton@transperfect.com) |
| **Invoice Date:** | 12/31/2021 | **Payment Terms:** | Net 30 |
| **Invoice Due:** | 01/30/2022 | | |
| **Contract #:** | DM0221246 | **Purchase Order #:** | |
| | | **Matter #:** | 0015.002 |

**Requested Date:** 12/29/2021

**Project Notes:**

    CM: 0015.002
    Requested by: Morgan Awwner
    Requested on: 12/29/21

| Description | Quantity | Unit | Unit Cost(US$) | Extended Cost(US$) |
| --- | --- | --- | --- | --- |
| **Print x 1 | Bind** | | | | |
| Shipping | 1.00 | Each | ▇ | ▇ |
| Color Printing | 961.00 | Page | ▇ | ▇ |
| Printing Two Sided W/Assembly | 39.00 | Page | ▇ | ▇ |
| 3" Ring Binder | 1.00 | Each | ▇ | ▇ |
| Custom Tabs | 13.00 | Each | ▇ | ▇ |

| | |
| --- | --- |
| **Total to Bill This Contract:** | US$570.19 |
| **Tax Amount:** | US$0.00 |
| **Total Amount Due:** | US$570.19 |

TRANSPERFECT LEGAL SOLUTIONS IS A DIVISION OF TRANSPERFECT
TRANSPERFECT GLOBAL HQ • 1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001
T +1 212.689.5555 F +1 212.689.1059 • E-MAIL AR@TRANSPERFECT.COM
WWW.TRANSPERFECT.COM

1 of 2

**PAYMENT INSTRUCTIONS**      Please note, TransPerfect always prefers to receive payments electronically whenever possible.

**Please remit payment to:**
TransPerfect Document Management, Inc.
Attn.: Accounts Receivable
1250 Broadway, 32nd Floor
New York, NY 10001
212.689.5555
ar@transperfect.com



**Wire Transfer Details:**
**Signature NY**
A/C #: ▮▮▮▮ 6914
ABA Routing #: ▮▮▮▮ 3576
SWIFT CODE: ▮▮▮ US33

**Please reference the Contract # DM0221246 and Invoice # 200560 with your remittance.**
Interest will be charged at the rate of 1.5% per month (or the maximum allowed by law)
for accounts more than 30 days past due.

TRANSPERFECT LEGAL SOLUTIONS IS A DIVISION OF TRANSPERFECT
TRANSPERFECT GLOBAL HQ • 1250 BROADWAY, 32ND FLOOR, NEW YORK, NY 10001
T +1 212.689.5555 F +1 212.689.1059 • E-MAIL AR@TRANSPERFECT.COM
WWW.TRANSPERFECT.COM