# EXHIBIT P

# INVOICE

## Trackers LLC

Christian Jeffery
630 Highland Ave
Waynesboro, VA 22980
United States

Charlottesvilleprocess@gmail.com

**Paid**

Invoice #: 0018
Invoice Date: Jan 26, 2020
Due date: Jan 26, 2020

Amount due:
**$0.00**

**Bill To:**

ebolton@cooley.com

| Description | Quantity | Price | Amount |
|---|---|---|---|
| Same Day Service 1-28-2020<br>John Hill - Waynesboro $82<br><br>Office of the Federal Public Defender - Charlottesville $77<br><br>Denise Lunsford - Charlottesville $77 | 1 | $236.00 | $236.00 |
| | | Subtotal | $236.00 |
| | | Total | $236.00 |

# INVOICE

## Trackers LLC

Christian Jeffery
630 Highland Ave
Waynesboro, VA 22980
United States

Phone: 434-327-0960
Charlottesvilleprocess@gmail.com

**Paid**

Invoice #: 0054
Invoice Date: Apr 17, 2020
Due date: Apr 17, 2020

Amount due:
**$0.00**

Bill To:

ebolton@cooley.com

| Description | Quantity | Price | Amount |
| --- | --- | --- | --- |
| Tiger Fuel - RA David Sutton<br>Up to three attempts - Routine | 1 | $60.00 | $60.00 |
| Palmer-Stuart Oil Co. - RA Ralph Main<br>Up to three attempts - Routine | 1 | $60.00 | $60.00 |
| | | Subtotal | $120.00 |
| | | Total | $120.00 |
| | | Amount paid | -$120.00 |
| | | **Amount due** | **$0.00 USD** |

# INVOICE

## Trackers LLC

Christian Jeffery
630 Highland Ave
Waynesboro, VA 22980
United States

Charlottesvilleprocess@gmail.com

**Paid**

Invoice #: 0060
Invoice Date: Apr 22, 2020
Due date: Apr 22, 2020

Amount due:
**$0.00**

**Bill To:**

ebolton@cooley.com

| Description | Quantity | Price | Amount |
|---|---|---|---|
| David Sutton RA<br>3479 Free Union Rd,Charlottesville VA<br><br>Up to three attempts at provided address | 1 | $60.00 | $60.00 |
| | Subtotal | | $60.00 |
| | Total | | $60.00 |
| | Amount paid | | -$60.00 |
| | **Amount due** | | **$0.00 USD** |