# EXHIBIT R

ST44 Rev. 04/18
Derived from AO44 Rev. 04/18

# UNITED STATES DISTRICT COURT
### For the Western District of Virginia

INVOICE 20210064

**MAKE CHECKS PAYABLE TO:**

Integrity First for America, Inc.
350 Fifth Avenue, Suite 7110
New York, NY 10118

Lisa M. Blair, RMR, CRR, FOCR
255 West Main Street, Suite 304
Charlottesville, VA 22902
(434) 296-9284
lisa_blair@vawd.uscourts.gov

__ CRIMINAL   X CIVIL   DATE ORDERED: 10-06-2021   DATE DELIVERED: 11-24-2021

**In the matter of:** 3:17CV72, Sines, et al. v Kessler, et al.

REALTIME, ROUGH DRAFT, AND DAILY COPY TRANSCRIPT OF JURY TRIAL held before Judge Norman K. Moon, 10/25/2021 to 11/23/2021

ORDERED: 10/6/2021  FAM: 10/18/2021  DELIVERED DAILY THROUGHOUT THE TRIAL

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | 3.65 | | | 0.90 | | | 0.60 | | |
| 14-Day | | 4.25 | | | 0.90 | | | 0.60 | | |
| Expedited | | 4.85 | | | 0.90 | | | 0.60 | | |
| 3-Day | | 5.45 | | | 1.05 | | | 0.75 | | |
| Daily | 4063 | 6.05 | 24581.15 | | 1.20 | | | 0.90 | | 24581.15 |
| Hourly | | 7.25 | | | 1.20 | | | 0.90 | | |
| Realtime | 3779 | 2.10 | 7935.90 | 3779 | 2.10 | 7935.90 | 3779 | 2.10 | 7935.90 | 23807.70 |
| Misc. | | | | | | | | | Misc. Charges | |
| | | | | | | | | | **Subtotal** | 48388.85 |
| | | | | | | | | | Less Discount for Late Delivery | |
| | | | | | | | | | Tax (If Applicable) | |
| **Date:** 10-26-2021 | | **Check:** ▮9279 | | | | | | | Less Amount of Deposit | 61750.00 |
| **Date:** 11-29-2021 | | **Check:** Direct wire transfer | | | | | | | Total Refund | 13361.15 |
| | | | | | | | | | **Total Due** | 0.00 |

ADDITIONAL INFORMATION
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within (7) calendar days, payment would be at the 14-day delivery rate, and if not completed and delivered within 14 days, payment would be at the ordinary delivery rate.

CERTIFICATION
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE: /s/ Lisa M. Blair    DATE: 11-24-2021

DISTRIBUTION:   TO PARTY (2 copies - 1 to be returned with payment)   COURT REPORTER   COURT REPORTER SUPERVISOR