# EXHIBIT S

# Veritext Corp
## Mid-Atlantic Region

1801 Market St., Suite 1800
Philadelphia PA 19103
Tel. 888-777-6690 Fax. 215-241-1539
Fed. Tax ID ███ 2569

# VERITEXT
## LEGAL SOLUTIONS

| Bill To: | Alan Levine<br>Cooley LLP<br>One Freedom Square - Reston Town Center<br>11951 Freedom Dr<br>Reston, VA, 20190 | Invoice #: | PA3368096 |
|---|---|---|---|
| | | Invoice Date: | 6/4/2018 |
| | | Balance Due: | $1,701.75 |

| Case: | Sines, Et Al. v. Kessler, Et Al. |
|---|---|
| Job #: | 2918323 | Job Date: 5/16/2018 | Delivery: Normal |
| Billing Atty: | Alan Levine |
| Location: | U.S. District Court for the Western District of Virginia |
| | 255 W. Main Street | (Third Floor Conference Room)<br>Charlottesville, VA 22902 |
| Sched Atty: | Alan Levine | Cooley LLP |

| Witness | Description | Units | Quantity | Price | Amount |
|---|---|---|---|---|---|
| Jason Kessler - Volume II | Video - Initial Fee | 1 | 1.00 | $325.00 | $325.00 |
| | Video - Additional Hours | Hour | 6.00 | $125.00 | $750.00 |
| | Video - Media and Cloud Services | Per disk | 3.00 | $22.00 | $66.00 |
| | Video – Digitizing & Transcript Synchronization | Hour | 4.25 | $125.00 | $531.25 |
| | Shipping & Handling - Video Media | Package | 1.00 | $29.50 | $29.50 |

| Notes: | | |
|---|---|---|
| | Invoice Total: | $1,701.75 |
| | Payment: | $0.00 |
| | Credit: | $0.00 |
| | Interest: | $0.00 |
| | Balance Due: | $1,701.75 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.verite———————s-information

2305796

RECEIVED 2018 AUG 10 AM 8:38 COOLEY LLP ACCOUNTING

Please Approve / Identify
Name: _____
Timekeeper No. 23385
Client or G/L No. 332312-801
Date: 8/8/18

## THIS INVOICE IS 39 DAYS PAST DUE, PLEASE REMIT - THANK YOU

| | Please remit payment to: | Invoice #: | PA3368096 |
|---|---|---|---|
| To pay online, go to<br>www.veritext.com | Veritext<br>P.O. Box 71303<br>Chicago IL 60694-1303 | Job #: | 2918323 |
| | | Invoice Date: | 6/4/2018 |
| Veritext accepts all major credit cards<br>(American Express, Mastercard, Visa, Discover) | | Balance: | $1,701.75 |

42808

**Veritext Corp**
**Mid-Atlantic Region**

1801 Market St., Suite 1800
Philadelphia PA 19103
Tel. 888-777-6690 Fax. 215-241-1539
Fed. Tax ID: ▓▓▓▓2569

RECEIVED
2018 JUN 19 AM 11:09
COOLEY LLP ACCOUNTING

# VERITEXT
## LEGAL SOLUTIONS

**Bill To:** Alan Levine
Cooley LLP
1114 Avenue Of The Americas
New York, NY, 10036

| | |
|---|---|
| **Invoice #:** | PA3369550 |
| **Invoice Date:** | 6/5/2018 |
| **Balance Due:** | $865.50 |

| | |
|---|---|
| **Case:** | Sines, Et Al. v. Kessler, Et Al. |
| **Job #:** | 2875546 | Job Date: 5/15/2018 | Delivery: Expedited |
| **Billing Atty:** | Alan Levine |
| **Location:** | U.S. District Court for the Western District of Virginia |
| | 255 W. Main Street | (Third Floor Conference Room) | Charlottesville, VA 22902 |
| **Sched Atty:** | Alan Levine | Cooley LLP |

2354592

| Witness | Description | Amount |
|---|---|---|
| Jason Kessler | Video Services | $787.50 |
| | Delivery and Handling | $78.00 |

**Notes:**

| | |
|---|---|
| **Invoice Total:** | $865.50 |
| **Payment:** | $0.00 |
| **Credit:** | $0.00 |
| **Interest:** | $0.00 |
| **Balance Due:** | $865.50 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

Please Approve / Identify
Name: Alan Levine
Timekeeper No. 60031
Client or G/L No. 332312-801
Date: 6/18/18

OK to pay
Alan [signature]

To pay online, go to
www.veritext.com

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
**Veritext**
P.O. Box 71303
Chicago IL 60694-1303

| | |
|---|---|
| **Invoice #:** | PA3369550 |
| **Job #:** | 2875546 |
| **Invoice Date:** | 6/5/2018 |
| **Balance:** | $865.50 |

42808



2356813

**Veritext Corp**
**Mid-Atlantic Region**

1801 Market St., Suite 1800
Philadelphia PA 19103
Tel. 888-777-6690 Fax. 215-241-1539
Fed. Tax ID: ▮▮▮▮2569

RECEIVED
2018 JUN 26 PM 12:0▮
COOLEY LLP
ACCOUNTING

# VERITEXT
## LEGAL SOLUTIONS

| Bill To: | Alan Levine<br>Cooley LLP<br>1114 Avenue Of The Americas<br>New York, NY, 10036 | Invoice #: | PA3373030 |
|---|---|---|---|
| | | Invoice Date: | 6/12/2018 |
| | | Balance Due: | $1,957.50 |

| Case: | Sines, Et Al. v. Kessler, Et Al. |
|---|---|
| Job #: | 2875546 | Job Date: 5/15/2018 | Delivery: Normal |
| Billing Atty: | Alan Levine |
| Location: | U.S. District Court for the Western District of Virginia |
| | 255 W. Main Street | (Third Floor Conference Room)<br>Charlottesville, VA 22902 |
| Sched Atty: | Alan Levine | Cooley LLP |

| Witness | Description | Amount |
|---|---|---|
| Jason Kessler | Videography | $1,200.00 |
| | Video Services | $713.00 |
| | Delivery and Handling | $44.50 |

| Notes: | | |
|---|---|---|
| | Invoice Total: | $1,957.50 |
| | Payment: | $0.00 |
| | Credit: | $0.00 |
| | Interest: | $0.00 |
| | Balance Due: | $1,957.50 |

TERMS: Payable upon receipt. Accounts 30 days past due will bear a finance charge of 1.5% per month. Accounts unpaid after 90 days agree to pay all collection costs, including reasonable attorney's fees. Contact us to correct payment errors. No adjustments will be made after 90 days. For more information on charges related to our services please consult http://www.veritext.com/services/all-services/services-information

Please Approve / Identify
Name: _CW_
Timekeeper No. 23385
Client or G/L No. 332312-801
Date: 6/25/18

To pay online, go to
www.veritext.com

Veritext accepts all major credit cards
(American Express, Mastercard, Visa, Discover)

Please remit payment to:
Veritext
P.O. Box 71303
Chicago IL 60694-1303

| Invoice #: | PA3373030 |
|---|---|
| Job #: | 2875546 |
| Invoice Date: | 6/12/2018 |
| Balance: | $1,957.50 |

42808