# EXHIBIT T



# INVICE

**Paid**

We Serve Law

Invoice #: 341892
Invoice Date: Jan 17, 2020
Due date: Jan 17, 2020

Phone: 800-637-1805
www.weservelaw.com

Amount due:
**$0.00**

Bill To:

ebolton@cooley.com

| Description | Quantity | Price | Amount |
| --- | --- | --- | --- |
| Service Fee<br>Service of Process<br><br>Thomas T. Cullen, United States Attorney for the Western District of Virginia<br>United States Attorneys Office<br>255 West Main St, Room 130<br>Charlottesville, VA 22902 | 1 | $150.00 | $150.00 |
| Service Fee<br>Personal Service | 1 | $25.00 | $25.00 |
| Service Fee<br>Remote Service Fee | 1 | $20.00 | $20.00 |
| | | Subtotal | $195.00 |
| | | Shipping | $0.00 |
| | | Processing Fee | $15.00 |
| | | Total | $210.00 |

Notes

We look forward to serving you again. Thank you for your business!