# EXHIBIT U

| iDiscovery Costs Summary | | |
|---|---|---|
| Date | Amount | Vendor Name |
| 3/31/2019 | $41,408.35 | iDiscovery Solutions |
| 4/30/2019 | $19,562.36 | iDiscovery Solutions |
| 5/31/2019 | $23,260.91 | iDiscovery Solutions |
| 6/30/2019 | $11,780.98 | iDiscovery Solutions |
| 7/31/2019 | $11,264.17 | iDiscovery Solutions |
| 8/31/2019 | $7,689.67 | iDiscovery Solutions |
| 9/30/2019 | $69,622.03 | iDiscovery Solutions |
| 10/31/2019 | $34,987.32 | iDiscovery Solutions |
| 11/30/2019 | $45,484.68 | iDiscovery Solutions |
| 12/31/2019 | $31,805.94 | iDiscovery Solutions |
| 12/31/2019 | $33,153.73 | iDiscovery Solutions |
| 1/31/2020 | $76,016.05 | iDiscovery Solutions |
| 2/29/2020 | $53,339.26 | iDiscovery Solutions |
| 3/31/2020 | $47,765.57 | iDiscovery Solutions |
| 4/30/2020 | $67,118.11 | iDiscovery Solutions |
| 5/31/2020 | $68,689.53 | iDiscovery Solutions |
| 6/30/2020 | $44,840.43 | iDiscovery Solutions |
| 7/31/2020 | $47,917.45 | iDiscovery Solutions |
| 8/31/2020 | $43,569.44 | iDiscovery Solutions |
| 9/30/2020 | $35,507.24 | iDiscovery Solutions |
| 10/31/2020 | $74,299.06 | iDiscovery Solutions |
| 11/30/2020 | $46,579.32 | iDiscovery Solutions |
| 12/31/2020 | $33,030.32 | iDiscovery Solutions |
| 2/28/2021 | $33,660.40 | iDiscovery Solutions |
| 3/31/2021 | $33,030.72 | iDiscovery Solutions |
| 4/30/2021 | $33,270.40 | iDiscovery Solutions |
| 5/31/2021 | $33,030.40 | iDiscovery Solutions |
| 6/30/2021 | $33,030.40 | iDiscovery Solutions |
| 7/31/2021 | $33,105.40 | iDiscovery Solutions |
| 8/31/2021 | $33,030.40 | iDiscovery Solutions |
| 9/30/2021 | $33,030.40 | iDiscovery Solutions |
| 10/31/2021 | $32,540.40 | iDiscovery Solutions |
| Total | $1,266,420.84 | |