In The United States District Court For The Western District of Virginia Charlottesville Division

Sines, et al, Plaintiffs vs
Kessler, et al, Defendants
Civil Action 3:17-cv-00072

Second Supplement to Defendant's Motion for Judgment as a matter of Law and/or a New Trial and/or Remittitur

Comes now the Defendant, Christopher Cantwell, and he supplements his 11-29-2021 post trial motion as follows

1.) On 2-24-2022 Cantwell received Mr. Kolenich's post trial motion dated 1-7-2022.

2.) To the extent applicable and not inconsistent with his own motions, Cantwell hereby seeks to join and incorporate by reference the arguments raised by Mr. Kolenich, while noting in the following paragraphs some important factual differences.

3.) Mr. Kessler testified that Cantwell had no role in planning Unite the Right.

4.) Cantwell was not a member or leader of any Defendant Organization.

5.) No evidence presented showed Cantwell had any awareness of Mr. Kessler's "Battle of Charlottesville" or "Cracking Skulls" messages.

-1-

6.) Plaintiffs' claims in the operative complaint regarding Cantwell's Discord usage were demonstrably false, and Plaintiffs knew this when they made them, in bad faith. No evidence of Cantwell's Discord usage was presented at trial, accordingly, and Mr. Kessler testified that Cantwell was not a moderator or administrator of the Charlottesville 2.0 Discord Server, and that Cantwell was not in any leadership channels of the server.

7.) Cantwell conditioned his participation in the events on coordination with law enforcement, which Kessler and Kline assured him would materialize.

8.) In so doing, Cantwell specifically sought to avoid being placed in a situation where he would have to defend himself.

9.) Thus, to any extent Defendants Kessler, Damigo, or Identity Europa are entitled to a directed verdict, new trial, or remittitur, ~~and that~~ Cantwell is all the more so entitled.

Respectfully Submitted,
Christopher Cantwell
2-25-2022

C Cant[signature]

—2—

PRIORITY MAIL
POSTAGE REQUIRED

UNITED STATES POSTAL SERVICE

US POSTAGE PAID
$8.95
Origin: 45036
01/31/22
3843470836-19

PRIORITY MAIL 3-DAY®

0 Lb 2.60 Oz
1006

EXPECTED DELIVERY DAY: 02/04/22

B050

SHIP TO:
PO BOX 2000
MARION IL 62959-7600

USPS TRACKING® #

9505 5143 8988 2031 6385 25

PRIORITY MAIL

FROM: Kolenich Law Office
9435 Waterstone Blvd
#140
Cincinnati OH 45249

TO: Christopher Cantwell
#00991-509
USP Marion
4500 Prison Rd.
PO Box 2000
Marion IL 62959

Received by Cantwell
2-24-2022

