AO435
(Rev. 04/18; WDVA Rev. 11/19)

ADMINISTRATIVE OFFICE OF THE UNITED STATES COURTS

# TRANSCRIPT ORDER FORM

FOR COURT USE ONLY

DUE DATE:

*Please Read Instructions on Page 2.*

| 1. **REQUESTOR'S INFORMATION:** | NAME: JAMES LOEFFLER | TELEPHONE NUMBER: 646-872-7105 |
|---|---|---|
| DATE OF REQUEST: 3/13/22 | EMAIL ADDRESS (Transcript will be emailed to this address.): JLOEFFLER@GMAIL.COM | |
| MAILING ADDRESS: PO Box 400180 Univ. of Virginia | | CITY, STATE, ZIP CODE: Charlottesville, VA 22904 |

| 2. **TRANSCRIPT REQUESTED:** | NAME OF COURT REPORTER: |
|---|---|
| | OR   CHECK HERE [ ]   IF HEARING WAS RECORDED BY FTR |

| CASE NUMBER: 3:17-cv-00072-NKM-JCH | CASE NAME: SINES ET AL V. KESSLER ET AL | JUDGE'S NAME: NORMAN MOON |
|---|---|---|
| DATE(S) OF PROCEEDING(S): Oct 25 - Nov 23, 2021 | TYPE OF PROCEEDING(S): CIVIL TRIAL | LOCATION OF PROCEEDING: Charlottesville, VA |

REQUEST IS FOR: (Select one)   [✓] FULL PROCEEDING   OR   [ ] SPECIFIC PORTION(S) (*Must specify below*)

SPECIFIC PORTION(S) REQUESTED (*If applicable*):

### 3. SERVICE TURNAROUND CATEGORY REQUESTED:
(*See Page 2 for descriptions of each service turnaround category.*)

- [ ] Ordinary (30-Day)
- [✓] 14-Day
- [ ] Expedited (7-Day)
- [ ] 3-Day
- [ ] Daily
- [ ] Hourly
- [ ] RealTime

### 4. CERTIFICATION:
By signing below, I certify that I will pay all charges (deposit plus additional).

DATE: 3/13/22

SIGNATURE: [signed]

If you have any questions, please contact the court reporter coordinator at (540) 857-5152 or by email to CRC@vawd.uscourts.gov.

Transcript Fee Rates can be found on our website under Standing Orders at:
http://www.vawd.uscourts.gov/media/1576/transcripts2018-3.pdf

**NOTE:** Form must be flattened prior to electronically filing in CM/ECF so that all fillable fields can no longer be modified.