Christopher [illegible]
Inmate #00991-509
USP Marion
4500 Prison Rd
P.O. Box 1000
Marion, IL 62959

SAINT LOUIS MO 630
14 MAR 2022 PM 5 L

⇔00991-509⇔
Clerk Us District Court
Western District Virginia
255 W MAIN ST
Room 304
Charlottesville, VA 22902
United States

22902-505879