In The United States District Court
For The Western District of Virginia
Charlottesville Division

Sines, et al, Plaintiffs
vs
Kessler, et al, Defendants
Civil Action 3:17-cv-00072

CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
MAR 17 2022
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

Sworn Declaration of Christopher Cantwell Dated 3-7-2022

I, Christopher Cantwell, do aver under penalty of perjury, that the following is true and correct on this 7th day of March 2022

1.) On 2-23-2022 I asked Case Manager Simpkins for a BP-8 form because after more than a month of Ms. Hill wasting my time Plaintiffs' Counsel's office phone number remains administratively blocked. Mr. Simpkins said "Yeah, give me a minute."

2.) On 2-23-2022 Mr. Simpkins left the unit for the day without giving me the BP-8 form.

3.) On 2-24-2022 I asked Mr. Simpkins for the BP-8 form, and he gave it to me. I filled it out that afternoon. This was a Thursday. Mr. Simpkins does not typically work Friday, Saturday, or Sunday.

4.) On 2-28-2022 USP Marion's Communications Management Unit was placed on lockdown due to a COVID outbreak

-1-

5.) During the lockdown, inmates have no access to phones, computers, law library, or typewriters. I cannot access my documents.

6.) I did not see Mr. Simpkins at all for the entire week ending 3-4-2022.

7.) On 3-3-2022 I received ECF 1539 dated 2-25-2022 and postmarked 2-26-2022. A motion for Benjamin White to withdraw as Plaintiffs' counsel.

8.) I have been informed by prison medical staff that the lockdown will continue until some time after the unit is COVID free, and that inmates who tested negative at the begining of the lockdown, have since tested positive. Since the prison is attempting to contain an airborne virus behind bars spaced ~~rough~~ roughly 4 inches apart, it borders on impossible to predict the end of the lockdown.

Having so averred, I sayeth no more under oath.

Respectfully submitted
Christopher Cantwell
3-7-2022