IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| ELIZABETH SINES, et al., *Plaintiffs,* v. JASON KESSLER, et al., *Defendants.* | No. 3:17-cv-00072-NKM <br><br> JURY TRIAL DEMANDED |

### DEFENDANT MATTHEW HEIMBACH'S CONSENT MOTION FOR EXTENSION OF TIME TO FILE OPPOSITION MEMORANDA

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, Defendant Matthew Heimbach respectfully moves this Court for an additional seven days to file opposition memoranda with respect to the current posttrial motion schedule.

Counsel for Plaintiffs (Roberta Kaplan, Esq.) has consented to this request.

Respectfully submitted,

*/s/ Joshua Smith*
Joshua Smith, Esq.
Pennsylvania Bar ID No. 207585
Smith LLC
807 Crane Avenue
Pittsburgh, Pennsylvania 15216
(917) 567-3168 (phone)
joshsmith2020@gmail.com

*Counsel for Defendants David Matthew Parrott, Matthew Heimbach, and Traditionalist Worker Party*

Dated: April 5, 2022

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on April 5, 2022, he filed the foregoing with the Clerk of Court through the CM/ECF system, which will send a notice of electronic filing to all counsel of record in the case, as well as all ECF-registered *pro se* parties.

The undersigned further certifies that on April 5, 2022, he served a copy of the foregoing on the following non-ECF *pro se* parties, via electronic mail, as follows:

Richard Spencer
richardbspencer@icloud.com
richardbspencer@gmail.com

Vanguard America
c/o Dillon Hopper
dillon_hopper@protonmail.com

Robert "Azzmador" Ray
azzmador@gmail.com

Elliott Kline a/k/a Eli Mosley
eli.f.mosley@gmail.com
deplorabletruth@gmail.com
eli.r.kline@gmail.com

The undersigned further certifies that on April 5, 2022, he served a copy of the foregoing on the following non-ECF *pro se* party, via first-class mail, as follows:

Christopher Cantwell (00991-509)
USP Marion
U.S. Penitentiary
P.O. Box 1000
Marion, IL 62959

    */s/ Joshua Smith*
    Joshua Smith, Esq.
    Pennsylvania Bar ID No. 207585
    Smith LLC
    807 Crane Avenue
    Pittsburgh, Pennsylvania 15216
    (917) 567-3168 (phone)
    joshsmith2020@gmail.com

    *Counsel for Defendants David Matthew Parrott, Matthew Heimbach, and Traditionalist Worker Party*