IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| **ELIZABETH SINES et al.** | : | Case No.  3:17-cv-00072 |
| Plaintiff | : | **Judge MOON** |
| | : | |
| -v- | | |
| **JASON KESSLER et al.** | : | |
| | : | |
| Defendants | | |

---

### DECLARATION OF PATRICK CASEY
---

Mr. Patrick Casey, having been duly cautioned, declares and states as follows:

1. I am competent to testify about the matters stated herein as I am over the age of 18 and they are based on my personal knowledge.

2. I am the sole remaining officer or member of Identity Evropa.

3. Identity Evropa is a defendant herein.

4. I have reviewed the plaintiffs' Motion for Attorneys' Fees and Costs.

5. Identity Evropa is a defunct organization that has no assets or revenue of any kind.

6. Identity Evropa cannot afford to pay the attorney fees and costs requested by the plaintiffs.

1

I declare under penalty of perjury that the foregoing DECLARATION is true and correct. Executed on April 6, 2022.

<u>_s/ Patrick Casey</u>
Patrick Casey for Identity Evropa