IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| **ELIZABETH SINES et al.** | : | Case No. 3:17-cv-00072 |
| Plaintiff | : | Judge **MOON** |
| | : | |
| -v- | | |
| **JASON KESSLER et al.** | : | |
| | : | |
| Defendants | | |

_____

### DECLARATION OF NATHAN DAMIGO
_____

Mr. Nathan Damigo, having been duly cautioned, declares and states as follows:

1. I am a party defendant in the within lawsuit.

2. I am competent to testify about the matters stated herein as I am over the age of 18 and they are based on my personal knowledge.

3. I have reviewed the plaintiffs' Motion for Attorneys' Fees and Costs.

4. Throughout this litigation I have relied on money that is protected by law from garnishment or other collection activity to meet my financial obligations to my attorneys.

5. Other than exempt income I have no money with which to pay the plaintiffs' requested fees and costs.

I declare under penalty of perjury that the foregoing DECLARATION is true and correct. Executed on April 6, 2022.

                                           _s/ Nathan Damigo_
                                           Nathan Damigo