IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| **ELIZABETH SINES et al.** | : | Case No. 3:17-cv-00072 |
| Plaintiff | : | Judge MOON |
| | : | |
| -v- | | |
| **JASON KESSLER et al.** | : | |
| | : | |
| Defendants | | |

### DECLARATION OF JASON KESSLER

Mr. Jason Kessler, having been duly cautioned, declares and states as follows:

1. I am a party defendant in the within lawsuit.

2. I am competent to testify about the matters stated herein as I am over the age of 18 and they are based on my personal knowledge.

3. I have reviewed the plaintiffs' Motion for Attorneys' Fees and Costs.

4. Throughout this litigation I have relied on donations to help me meet my financial obligations to my attorneys.

5. When the litigation eventually ends, and I no longer must pay for lawyers I will no longer be able to rely on donations for financial help as it is not reasonable to expect the donors to send money that they know is merely being passed through to the plaintiffs.

6. I cannot afford to pay the attorney fees and costs requested by the plaintiffs and I do not expect that I will be able to do so in the future.

1

2

I declare under penalty of perjury that the foregoing DECLARATION is true and correct. Executed on April 6, 2022.

      _s/ Jason Kessler_
      Jason Kessler