**EXHIBIT 1**

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| ELIZABETH SINES, et al., | |
| *Plaintiffs,* | No. 3:17-cv-00072-NKM |
| v. | JURY TRIAL DEMANDED |
| JASON KESSLER, et al., | |
| *Defendants.* | |

## DECLARATION OF JOSHUA SMITH

I, Joshua Smith, on this 13th day of April, 2022, pursuant to 28 U.S.C. § 1746, declare as follows:

1.  I am counsel to Defendants David Matthew Parrott, Matthew Heimbach, and Traditionalist Worker Party in this action.

2.  I am a member in good standing of the Pennsylvania Bar, and I am also admitted to practice before the United States District Court for the Western District of Pennsylvania and the United States District Court for the Eastern District of Pennsylvania. I have been admitted to appear *pro hac vice* before this Court for and on behalf of these Defendants in this action.

3.  On September 3, 2021, I served counsel for Plaintiffs (Michael Bloch, Esq.) with an Offer of Judgment pursuant to Federal Rule of Civil Procedure 68.[1]

4.  On or around September 9, 2021, Mr. Bloch informed me via telephone that said Offer of Judgment was rejected by Plaintiffs.

---

[1] A true and correct copy of this Offer of Judgment is submitted as Exhibit 2 to Defendants' Response in Opposition to Plaintiffs' Motion for Attorneys Fees and Costs.

- 2 -

\* \* \* \*

I declare under penalty of perjury that the foregoing is true and correct.

_____
Joshua Smith, Esq.

Executed on: April 13, 2022
Pittsburgh, Pennsylvania