In The United States District Court for the Western District of Virginia
Charlottesville Division

Sines, et al, Plaintiffs vs.
Kessler, et al, Defendants
Civil Action No. 3:17-CV-00072

CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
APR 14 2022
JULIA C DUDLEY, CLERK
BY: /s/ DEPUTY CLERK

Defendant Cantwell's motion for 9 months to respond to Plaintiffs' motion for Attorneys' Fees and Costs

Comes now the Defendant, Christopher Cantwell, and he moves this Court for 9 months to respond to Plaintiffs' motion at ECF 1552 dated 3-9-2022. In support he states as follows.

1.) Immediately prior to this motion, Cantwell requested 9 months to respond to Plaintiffs' Bill of Costs, having received that separately from ECF 1552 and on a prior day. Those arguments are incorporated by reference herein.

2.) On 3-24-2022 Cantwell received over a thousand pages more, demanding in excess of $12,000,000 on top of the $1,900,000 in the bill of costs.

3.) Laughably, Plaintiffs purport to have acheived a "resounding victory" and "excellent results" for which they claim they are entitled to yet another winning lottery ticket from the poor people they've been defaming and abusing for 5 years.

-1-

4.) Co-Conspirator media reports are poor sources of information, and it is overdue that somebody state out loud that the Plaintiffs failed to prove their calumny. This case made it to trial on the demonstrably false accusation of a racially motivated violent conspiracy. Judge Moon stated that such a conspiracy was "plausibly alleged" and that this plausible allegation is what survived motions for dismissal and summary judgment. Not "Harassment".

5.) Had this allegation been proven, Plaintiffs would have prevailed on their 1985(3) civil rights claim. But that is not what happened.

6.) Had Plaintiffs brought a suit under 8.01-42.1 claiming their clients had been "harassed" after they stalked their political opponents and embedded themselves among armed violent criminals, this trial never would have happened, but that is all this verdict arguably supports, save perhaps a personal injury claim against Fields.

7.) Owing in part to this and in part to the admittedly "novel" approach Plaintiffs took to harassing the targets of their enmity with this suit, the legitimacy of the verdict is in question. Motions pend to alter it, and failing this, it will be appealed.

—2—

8.) The time has come for this Court to cease its complicity in the Plaintiffs' criminal behavior. The Court knows now that Plaintiffs are Antifa, that Plaintiffs lied under oath, that Plaintiffs' associates assaulted and violated the civil rights of the Defendants, that Plaintiffs' counsel mean "frivolous" when they say "novel" and that the complaint bore scant resemblance to the trial. The Plaintiffs and their counsel are owed nothing but fines and imprisonment, for THEIR crimes.

9.) Past being prologue, Cantwell doubts such plain justice will be forthcoming at this juncture, and in the alternative requests 9 months to respond to Plaintiffs' motion at ECF 1552

Respectfully Submitted,
Christopher Cantwell
3-24-2022