Christopher Cantwell
Inmate #00991-509
USP Marion
4500 Prison Rd
PO Box 2000
Marion IL 62959

Office of the Clerk
US District Court
Western District of VA
Charlottesville Division
255 West Main Street Room 304
Charlottesville, VA 22902

SAINT LOUIS MO 630
1 APR 2022 PM 8 L