In the United States District Court For The Western District of Virginia Charlottesville Division

Sines, et al, Plaintiffs vs
Kessler, et al, Defendants
Civil Action 3:17-cv-00072

CLERK'S OFFICE U.S. DIST. COURT AT CHARLOTTESVILLE, VA FILED APR 14 2022 JULIA C. DUDLEY, CLERK BY: DEPUTY CLERK

Sworn Declaration of Christopher Cantwell Dated 3-24-2022

I, Christopher Cantwell, do aver on this 24th day of March 2022 that the following is true and correct, under penalty of perjury,

1.) On Friday March 11th, Mr. Simpkins appeared for Mail call for the first time I had seen him since 2-24-2022.

2.) At Mail call on 3-11-2022 I was given Mr. ReBrook's Rule 59 motions for Defendants NSM and Jeff Schoep and ECF 539 and 1544 from Plaintiffs' counsel.

3.) At mail call on 3-11-2022 I gave Mr. Simpkins the BP-8 form regarding the B.O.P. block of Plaintiffs' counsel's phone number.

4.) At mail call on 3-14-2022 I filled out and gave to Mr. Simpkins a BP-8 form complaining that the discovery computer has been missing for more than 3 months and the repeated assurances that it would be returned soon had not been fulfilled,

-1-

5.) On 3-21-2022 the COVID lockdown which began on 2-28-2022 ended.

6.) At mail call on 3-16-2022 I was given 2 letters postmarked 3-8-2022 from Alabama. Unrelated to this case.

7.) At mail call on 3-17-2022 I was given a letter postmarked 3-7-2022 from Texas. Unrelated to this case.

8.) At mail call on 3-22-2022 I was given ECF 1553 and a stack of papers about 2 inches thick marked Exhibits B-U which appear to be alleged itemized expenses, which was filed 3-9-2022 and sent Priority mail 3-day with expected delivery of 3-14-2022. Tracking # 9405 5036 9930 0188 5516 83

9.) At mail call [On 3-22] I was given Mr. Kolenich's supplemental pleading in support of ECF 1522 dated 3-9-2022.

10.) At mail call on 3-22-2022 I was given Mr. Jones's post trial motions dated 3-9-2022.

11.) At mail call on 3-24-2022 I was given Plaintiffs' motion for Attorneys' fees and costs ECF 1552 dated 3-9-2022. No postmark was provided.

-2-

12.) In my commissary order dated 3-22-2022 I was able to purchase white out for the first time since August of 2021.

Having so averred, I sayeth no more under oath.

Respectfully submitted,
Christopher Cantwell
3-24-2022