Office of the Clerk
US District Court
Western District of VA
Charlottesville Division
225 West Main Street Room 304
Charlottesville, VA 22902

Christopher Cantwell
Inmate #00991-509
USP Marion
4500 Prison Rd
PO Box 2000
Marion, IL 62959