In The United States District Court
For the Western District of Virginia
Charlottesville Division
Sines, et al, Plaintiffs vs.
Kessler, et al, Defendants
Civil Action No. 3:17-cv-00072

CLERK'S OFFICE U.S. DIST. COURT AT CHARLOTTESVILLE, VA FILED APR 14 2022 JULIA C. DUDLEY, CLERK BY: /s/ DEPUTY CLERK

Defendant Cantwell's 3rd Supplement to His 11-29-2021 Post trial motion

Comes now the Defendant, Christopher Cantwell, and he supplements his 11-29-2021 motion as follows:

1.) On 3-22-2022 Cantwell received Mr. Jones's motions pursuant to rules 59 and 50(b) dated 3-9-2022.

2.) Cantwell seeks here to join and incorporate by reference the arguments raised on behalf of Defendants Hill, Tubbs, and League of the South, to the extent applicable, while noting the following factual differences.

3.) In Cantwell's attempt to avoid the human barricade Mr. Jones's clients broke through, Cantwell used the sidewalk as suggested by Plaintiff Willis. For his trouble, Cantwell was pepper sprayed without provocation by Plaintiffs' co-conspirator Mike Longo Jr., and was subsequently dragged to the park by God knows who, where he screamed and writhed in pain on the ground while receiving medical attention, panicked that Plaintiffs might cause him further unprovoked injury

-1-

4.) At the time Mr. Fields accidentally struck the armed mob chanting "Antifascista!" which was illegally blocking traffic and striking vehicles with their illegally brandished weapons, Cantwell was in the shower washing Mr. Longo's pepper spray off at his hotel.

5.) Defendants Hill, Tubbs, and Heinbach testified that Cantwell played no role in their totally separate plans for the rally.

6.) Defendant Kessler testified that Cantwell played no role in planning the rally.

7.) Plaintiffs provided no evidence of any connection ~~prior~~ between Cantwell and Fields prior to the car accident.

8.) All mentions Cantwell has made of Fields since have been to assert Cantwell's belief, based on abundant evidence, that Fields is an innocent man. Cantwell has thus not "ratified" any unlawful activity.

9.) Thus, to whatever extent ~~Defendants~~ Defendants Hill, Tubbs, and Los are entitled to the relief requested, so much more so is Cantwell.

Respectfully Submitted 3-22-2022
Christopher Cantwell   C. Cantwell

-2-