Christopher Cantwell
Inmate #00991-509
USP Marion
4500 Prison Rd
PO Box 2000
Marion, IL 62959

SAINT LOUIS MO 630

Office of the Clerk
U.S. District Court For The
Western District of Virginia
Charlottesville Division
255 West Main Street Room 304
Charlottesville, VA 22902