Richard Spencer
734 Clearwater Dr.
Whitefish, MT 59937

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF VIRGINIA

CHARLOTTESVILLE DIVISION

| | |
|---|---|
| ELIZABETH SINES *et al.*, <br><br> Plaintiffs <br><br> vs. <br><br> JASON KESSLER, *et al.*, <br><br> Defendants | Case No: 3:17-cv-00072-NKM <br><br> **MOTION REQUESTING <br> A TWO-WEEK EXTENSION** |

Defendant Richard Spencer, *pro se*, humbly requests a 14-day extension for filing his response to the Plaintiffs' Omnibus Oppositions to Defendants' Rule 50(b) and Rule 59(a) Post-trial Motions. An urgent personal matter has arisen that demands his attention. As a *pro se* Defendant, Mr. Spencer asks for the Court's understanding and indulgence.

April 20, 2022

_____
Richard B. Spencer, *Pro Se*