# KAPLAN HECKER & FINK LLP

350 FIFTH AVENUE | 63RD FLOOR
NEW YORK, NEW YORK 10118

1050 K STREET NW | SUITE 1040
WASHINGTON, DC 20001

TEL (212) 763-0883 | FAX (212) 564-0883

WWW.KAPLANHECKER.COM

DIRECT DIAL 212.763.0884
DIRECT EMAIL rkaplan@kaplanhecker.com

April 20, 2022

**BY ECF**

The Honorable Norman K. Moon
United States District Court
Western District of Virginia
255 West Main Street
Charlottesville, VA 22902

    Re:    *Sines, et al. v. Kessler, et al.,* No. 3:17-cv-0072 (NKM) (JCH)

Dear Judge Moon:

    We write on behalf of Plaintiffs in response to Defendant Richard Spencer's request for a 14-day extension for filing his reply to Plaintiffs' Omnibus Opposition to Defendants' Rule 50(b) and Rule 59(a) Post-Trial Motions. ECF 1582. Plaintiffs do not oppose Mr. Spencer's request, but believe that any such extension should apply uniformly for all parties and all motions so that post-trial motions may still be coordinated on the same schedule.

                                         Respectfully submitted,

                                         Roberta A. Kaplan

cc: Counsel of Record

Of Counsel:

Roberta A. Kaplan (*pro hac vice*)
Julie E. Fink (*pro hac vice*)
Gabrielle E. Tenzer (*pro hac vice*)
Raymond P. Tolentino (*pro hac vice*)
Yotam Barkai (*pro hac vice*)
Emily C. Cole (*pro hac vice*)
Alexandra K. Conlon (*pro hac vice*)
KAPLAN HECKER & FINK LLP
350 Fifth Avenue, Suite 7110
New York, NY 10118
Telephone: (212) 763-0883

Karen L. Dunn (*pro hac vice*)
Jessica Phillips (*pro hac vice*)
William A. Isaacson (*pro hac vice*)
Arpine S. Lawyer (*pro hac vice*)
Matteo Godi (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
2001 K Street, NW
Washington, DC 20006-1047
Telephone: (202) 223-7300
Fax: (202) 223-7420

**KAPLAN HECKER & FINK LLP**

2

| | |
|---|---|
| rkaplan@kaplanhecker.com | kdunn@paulweiss.com |
| jfink@kaplanhecker.com | jphillips@paulweiss.com |
| gtenzer@kaplanhecker.com | wisaacson@paulweiss.com |
| rtolentino@kaplanhecker.com | alawyer@paulweiss.com |
| ybarkai@kaplanhecker.com | mgodi@paulweiss.com |
| ecole@kaplanhecker.com | |
| aconlon@kaplanhecker.com | |

| | |
|---|---|
| Robert T. Cahill (VSB 38562) | Alan Levine (*pro hac vice*) |
| COOLEY LLP | Philip Bowman (*pro hac vice*) |
| 11951 Freedom Drive, 14th Floor | COOLEY LLP |
| Reston, VA 20190-5656 | 55 Hudson Yards |
| Telephone: (703) 456-8000 | New York, NY 10001 |
| Fax: (703) 456-8100 | Telephone: (212) 479-6260 |
| rcahill@cooley.com | Fax: (212) 479-6275 |
| | alevine@cooley.com |
| | pbowman@cooley.com |

| | |
|---|---|
| David E. Mills (*pro hac vice*) | J. Benjamin Rottenborn (VSB 84796) |
| Joshua M. Siegel (VSB 73416) | WOODS ROGERS PLC |
| Caitlin B. Munley (*pro hac vice*) | 10 South Jefferson St., Suite 1400 |
| Samantha A Strauss (*pro hac vice*) | Roanoke, VA 24011 |
| Alexandra Eber (*pro hac vice*) | Telephone: (540) 983-7600 |
| Daniel Philip Roy, III (*pro hac vice*) | Fax: (540) 983-7711 |
| Allegra Flamm (*pro hac vice*) | brottenborn@woodsrogers.com |
| Gemma Seidita (*pro hac vice*) | |
| Khary Anderson (*pro hac vice*) | |
| COOLEY LLP | |
| 1299 Pennsylvania Avenue, NW | |
| Suite 700 | |
| Washington, DC 20004 | |
| Telephone: (202) 842-7800 | |
| Fax: (202) 842-7899 | |
| dmills@cooley.com | |
| jsiegel@cooley.com | |
| cmunley@cooley.com | |
| sastrauss@cooley.com | |
| aeber@cooley.com | |
| droy@cooley.com | |
| aflamm@cooley.com | |
| gseidita@cooley.com | |
| kjanderson@cooley.com | |

*Counsel for Plaintiffs*

KAPLAN HECKER & FINK LLP

3

## CERTIFICATE OF SERVICE

I hereby certify that on April 20, 2022, I served the following via electronic mail:

Elmer Woodard
5661 US Hwy 29
Blairs, VA 24527
isuecrooks@comcast.net

James E. Kolenich
Kolenich Law Office
9435 Waterstone Blvd. #140
Cincinnati, OH 45249
jek318@gmail.com

*Counsel for Defendants Jason Kessler, Nathan Damigo, and Identity Europa, Inc. (Identity Evropa)*

Bryan Jones
106 W. South St., Suite 211
Charlottesville, VA 22902
bryan@bjoneslegal.com

*Counsel for Defendants Michael Hill, Michael Tubbs, and League of the South*

Joshua Smith
Smith LLC
807 Crane Avenue
Pittsburgh, PA 15216-2079
joshsmith2020@gmail.com

*Counsel for Defendants Matthew Parrott, Traditionalist Worker Party and Matthew Heimbach*

David L. Campbell
Justin Saunders Gravatt
Duane, Hauck, Davis & Gravatt, P.C.
100 West Franklin Street, Suite 100
Richmond, VA 23220
dcampbell@dhdglaw.com
jgravatt@dhdglaw.com

*Counsel for Defendant James A. Fields, Jr.*

William Edward ReBrook, IV
The ReBrook Law Office
6013 Clerkenwell Court
Burke, VA 22015
edward@rebrooklaw.com

*Counsel for Defendants Jeff Schoep, National Socialist Movement, Nationalist Front, Matthew Parrott, Traditionalist Worker Party and Matthew Heimbach*

KAPLAN HECKER & FINK LLP

I hereby certify that on April 20, 2022, I also served the following by electronic mail:

Richard Spencer
richardbspencer@icloud.com
richardbspencer@gmail.com

Robert "Azzmador" Ray
azzmador@gmail.com

Vanguard America
c/o Dillon Hopper
dillon_hopper@protonmail.com

Elliott Kline a/k/a Eli Mosley
eli.f.mosley@gmail.com
deplorabletruth@gmail.com
eli.r.kline@gmail.com

I hereby certify that on April 20, 2022, I also served the following by physical mail:

Christopher Cantwell 00991-509
USP Marion
4500 Prison Road, P.O. Box 2000
Marion IL, 62959

Roberta A. Kaplan (*pro hac vice*)
KAPLAN HECKER & FINK LLP

*Counsel for Plaintiffs*