IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | | |
|---|---|---|
| ELIZABETH SINES et al., ) | | |
| Plaintiffs, ) | Civil Action No. 3:17-cv-00072 | |
| ) | | |
| v. ) | <u>ORDER</u> | |
| ) | | |
| JASON KESSLER et al., ) | By: | Joel C. Hoppe |
| Defendants. ) | | United States Magistrate Judge |

This matter is before the Court on Defendant Christopher Cantwell's pro se motions for extension of time to respond to Plaintiffs' motion for attorneys' fees, ECF No. 1552, and Plaintiffs' bill of costs, ECF No. 1553. ECF Nos. 1578, 1581. Cantwell requests extensions of nine months. Additionally, before the Court is Defendant Richard Spencer's pro se motion for extension of time to file a reply to Plaintiffs' omnibus response brief, ECF No. 1572. ECF No. 1582. Spencer requests a two-week extension. Plaintiffs do not oppose this request, but suggest that all Defendants' replies should be aligned. ECF No. 1583.

Finding good cause, the Court hereby GRANTS Spencer's motion ECF No. 1582. The deadline for all Defendants to file replies to Plaintiffs' Omnibus response brief is extended to May 5, 2022. Additionally, the Court finds good cause because of the apparent mail delay in delivery of the motions to Cantwell and GRANTS Cantwell's motions, ECF Nos. 1578, 1581, but for a shorter period than the excessively lengthy period that Cantwell requested. Cantwell shall respond to Plaintiff's motion for attorneys' fees and bill of costs by May 23, 2022.

The Clerk is directed to send a copy of this Order to counsel of record, pro se parties, and Defendant Cantwell's counselor at USP Marion.

IT IS SO ORDERED.

ENTER: April 21, 2022

2

Joel C. Hoppe
U.S. Magistrate Judge