# EXHIBIT A

TO: Honorable Judge Norman K. Moon

# PETITION

# For

# RECONSIDERATION

## Regarding

## Fine Imposed

## Upon

# Jeff Schoep - Defendant

*Sines, et al v. Kessler, et al*

## Case No: 3:17-cv-0072 (NKM) (JCH)

## FROM: Petitioner Daryl Davis

**January 10, 2022**

CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

JAN 21 2022

JULIA C. DUDLEY, CLERK
BY: _____
DEPUTY CLERK

# DARYL DAVIS
## 12419 FLACK ST.  SILVER SPRING, MD 20906
### Daryl@DarylDavis.com
### 301.520.3837

January 7, 2022

The Honorable Norman K. Moon
United States District Court
Western District of Virginia
255 West Main Street
Charlottesville, VA 22902

### Re:  Jeff Schoep - *Sines, et al. v. Kessler, et al.,* No. 3:17-cv-0072 (NKM) (JCH)

Dear Honorable Judge Moon,

I am a Black man who for the last forty years, has been actively and deeply involved in the work of showing White supremacists, extremists and other assorted racists, a better and more productive pathway in their lives.  These people include leaders and members of the Ku Klux Klan, neo-Nazi groups, and assorted racists with no group membership affiliation.

I have traveled to all 50 of our States as well as 61 countries on six continents.  The U.S. State Department has also sent me around the world on behalf of the United States to address religious, racial and ethnic conflict abroad because of my success here domestically.  If you Google Daryl Davis TED Talk Naperville, you will see that it has over 12 million views.  *Accidental Courtesy* is an award-winning 90-minute documentary on my work and has been shown several times on PBS.  My book *Klan-Destine Relationships* details my work as a Black man winning over White supremacists.

All of this background information is to say Your Honor, that I have a long-standing high level of expertise in this area and a high rate of successfully leading people away from hateful and destructive ideology.  I now come to you to ask for your reconsideration of the penalty imposed upon Jeff Schoep, a defendant in the above referenced case.

I have been aware of Mr. Schoep for nearly 2 decades and have known him personally for six years.  I first met him in 2016 and he was the leader of the NSM (National Socialist Movement), the largest neo-Nazi organization in this country.  It was the influence and work of me (a Black Christian man) and my friend Deeyah Khan (a Brown-skinned Muslim woman) that was the impetus for Jeff Schoep to not only renounce his supremacist/nationalist ideology, but to dedicate his life to work towards deradicalizing those who remain in these movements and to prevent especially young people from being caught up and brainwashed into joining these movements.

I don't know how much you know about exiting these types of groups.  When members retire from the group due to health, old age, etc., and can no longer actively participate, but still maintain the racist ideological beliefs, this is acceptable.  However, when they choose to leave

because they no longer believe in the ideology and they publicly speak out against their former group, that is a whole different thing. They become known in the White supremacy world as a "race traitor, nigger-lover, kike lover," and an assortment of other derogatory names that become their reputation in the eyes of those still involved in supremacist movements. This is because they took an oath to join that particular group and that group became their "family." Now they have broken their oath and betrayed their family. They have become *persona non grata* and can never rejoin that group or any similar racist group with their new reputation. These people are frequently threatened with physical violence and some have paid the ultimate price because of their "betrayal."

Your Honor, you have sat on the bench long enough to acquire a sense of knowing when a person be it an alleged criminal or a law enforcement officer, is being genuine or disingenuous. Similarly, I have been doing this work long enough to tell the difference between those who have seen the light to a better humanity for all and those who only see the light to get out of a dark crime for which they were caught.

It is my sincere and full 100% belief that Mr. Schoep began doubting the ideology he once espoused to his followers and potential recruits. I know his life began turning around in 2018 and had made a 180 degree turn from his former way of life and beliefs by 2019. I began taking him to speak on lecture tours with me including the Veritas Forum at NYU (New York University), Leadership Rhode Island, Leadership Institute for Tomorrow for a distinguished professor at California State University-Fullerton, CNN United Shades of America, as well as many other programs. Additionally, Jeff has spoken at several synagogues where he has been very well received and has standing invitations to return. He has spoken before several law enforcement programs as a consultant and works with them to help craft programs and training to address supremacy and extremism, both in the civilian world and in the world of law enforcement which is seeing a rise in recruitment amongst those ranks.

Your Honor, of the 14 defendants and 10 organizations put on trial and found guilty because of their participation in the Unite The Right Rally in Charlottesville on August 12th, 2017, Jeff Schoep is and continues to be, the **ONLY** defendant in that case who has turned his life around, but has set up a 501c3 organization for the sole purpose of intervention, prevention and countering violent extremism. He has successfully run this organization going on several years. While he may be considered the worst form of race traitor there is, on the other side of the spectrum, he is considered a valuable asset by law enforcement and by those promoting Diversity Equity & Inclusion and peaceful conflict resolution.

With this letter, I have enclosed the testimonies of many different people, including Blacks, Jews, Muslims, academics, law enforcement and others. It speaks volumes when those you at one time hated, now welcome you and offer their support.

The one thing we all need in this ugly, divisive time is harmony and unity. I am asking that you not look at my request as rewarding someone for past bad behavior. I am in agreement with you that a measure of punitive justice was necessary for the transgressions of those defendants, who with blatant, wanton disregard for the law, did emotionally, violently, and even lethally, alter the lives of innocent, innocent human beings that weekend of August 11 - 12, 2017.

At the same time, I am asking that you please consider the value of restorative justice. I am not a predictor of the future but I think we both can predict that none of the plaintiffs will receive the punitive justice award of $500,000 from any of the defendants. However, what they will receive is the honest,

sincere restorative justice being self-imposed by Jeff Schoep.   While other defendants have had the opportunity to turn their lives around, Mr. Schoep is the only one to do so and work toward repairing the hurt he has caused.   Surely Your Honor, this is worth some value to those wanting people to turn their lives around and become productive citizens for the good of ALL people and humanity.   Currently, this is the only value of justice any of the victims have received and will continue to receive.   I am asking that you look at it as rewarding the victims of his past behavior by allowing the work he has been doing to continue.   This very thing is supported and testified to by the very people he at one time in his former life, chose to disparage.   Their testimonials are included with this letter.

I hope you will take this into consideration and consider replacing Mr. Schoep's fine of $500,000 with Probation Before Judgment with the proviso that any violation will reinstitute the original fine.   If this is not something you would consider Your Honor, I would ask at the very least, that you please consider a reduction of the $500,000 fine.

The Holocaust Resource & Education Center of Orlando, Florida currently has an exhibition of my work on display.   It is titled, *Uprooting Prejudice* and will run through May 2022, at which time it will tour the country.   On display are some of the KKK items (robes & hoods, etc.), I have acquired from Klan leaders and members who have walked away from that ideology after coming to know me.   Also on display are some of the clothing items and patches worn by Jeff Schoep when he was a member of the NSM.   He gave those items which were once his uniforms and badges of honor within the supremacist world, to me for the Orlando Holocaust Center and I personally delivered them to the Center's museum.   To understand the significance of this, picture a U.S. Army General consensually giving his uniform and badges to ISIS or the Taliban.   It would never happen and if it did, what would the rest of the U.S. military think of their general?   That's what the White supremacist world now thinks of Jeff Schoep.   He gave his uniform and badges to a Black man who for the purpose of giving them to a Jewish museum.

If there is anything I can do to help you facilitate either decision, please let me know.   Finding the defendants guilty was a success for Charlottesville, but the work Jeff Schoep has done in the interim and will continue to do, is a success for this country and humanity.

Thank you for your time and service.

Happy New Year,

*Daryl Davis*

Daryl Davis

# Note Regarding Testimonials

- The following documents are testimonials received by me (Daryl Davis) during the period of December 27th, 2021 through January 7th, 2021 regarding Jeff Schoep.

- These testimonials were freely given in response to my request of people from various backgrounds, including, but not limited, to Whites, Blacks, Jews, Muslims, Christians, Academics, Police and Law Enforcement, Former Extremists, Psychiatric Professionals, Therapists, and personal friends.

- All testimonials were received via email. Some were written in the text body of the email, while some were written separately and emailed as an attachment. Those submitted in the email text body do not have handwritten signatures as they came from the owner of the email. Some of those received as an attached PDF do have signatures.

- All testimonies received have been converted to PDF. The only changes made is that they were reformatted to the same font and font size for uniformity and a title for the author of the testimony was added at the top by me.

- With the exception of my own contact information which I have provided, ahead of this document becoming a public record with the Court, I have removed the contact information for all others who submitted their testimonials out of concern for their privacy and safety. Having worked in this field for almost 4 decades, I have experienced threats, and danger both potential and real from right-wing and left-wing extremists.

- Should the Court or His Honor wish to verify these testimonials and contact any of the authors who supplied statements, please contact me with their Statement Number and Name, and I will provide you with their contact information.

**Daryl Davis**   Daryl@DarylDavis.com

**1.  Black Musician & Race Reconciliator with 40 Years Experience and Impetus for Jeff Schoep Leaving Racial Extremism & Supremacy**

Jeff Schoep was the leader of this country's largest neo-Nazi organization.  Unlike some who abandon that ideology, Mr. Schoep did not retire from White supremacy, nor did he resign from it.  He renounced it and dedicates his life to removing it from our society.  Meeting him face-to-face for the first time in 2016, he told me, *"I will fight to the last bullet for my people."*  Today, he has replaced his fight for exclusion with his love for inclusion and has traded in the bullets for his people with words of equality and empowerment for ALL people.  I am proud to welcome Jeff into my circle of close friends.

Daryl Davis
Author/Actor/Lecturer
Race Relations Expert
Bandleader
Former Pianist for Rock'n'Roll Legend Chuck Berry

## 2.   Simon Wiesenthal Center – Research Director

In my capacity as Director of Research for the Simon Wiesenthal Center, I "knew" Jeff Schoep for his entire time as the leader of the National Socialist Movement. When he left the movement a went public, I was one of the first people from a Human Rights organization to contact him and within a few days I met him in Detroit. From our first meeting, Jeff was honest and open about his past, answering all my questions for over three hours and even relaying some deeply personal revelations about his motivations.  Since that day in August 2019, I have met with Jeff a half-dozen times and spent countless hours on the phone and zoom with him.

During the past 2 ½ years I have arranged for Jeff to meet with the F.B.I, testify in a California Assembly forum which eventually ended strengthening our hate crimes laws, and suggested that he meet with our Midwest Director, Alison Slovin in Chicago. That meeting and his activities with the Jewish community in the area led to some of the most profound experiences of his life. It should be noted, during this time Jeff has never asked for anything from either myself or the Center other than a chance to make changes to his life and work with others exiting the movement. I have worked extensively with many "formers" in my 36 years researching extremism, including the first Skinhead to publicly leave the movement, T.J. Leyden, in 1995. Jeff's dogged dedication to his groundbreaking work with Beyond Barriers is not only admirable but is having an impact as well. Jeff can never erase the decades of hate in his life but it is definitely a Mitzvah that each day he continues on the path to make positive change in the world.

Rick Eaton
Director of Research
Simon Wiesenthal Center

## 3.   Award-Winning Filmmaker and Impetus for Jeff Schoep Leaving Racial Extremism & Supremacy

I understand that Jeff Schoep, former leader of the National Socialist Movement was amongst those named in damages totalling $26 million after the tragic events of the Unite the Right rally, in which Heather Heyer was murdered. I am a documentary filmmaker, and during my award-winning documentary 'Meeting the Enemy' I met and filmed Jeff Schoep and other members of far-right organizations.

Jeff Schoep has since formally left the National Socialist Movement and has taken consistent steps towards repairing some of the damage caused by his former extremist actions. As a staunch anti racist campaigner and as a woman of color and as a Muslim I firmly believe that while we must condemn hate, we must also welcome those who leave hate movements. Former extremists, from Islamists to white supremacists, can be valuable allies in understanding the appeal of hate movements, and can be powerful voices discouraging young people from taking up an extremist worldview. From that perspective, I believe that it might send a positive message for those in hate organisations if we can show that there is compassion and understanding for those who leave the movement behind, and a chance at reintegration. We need to signal to those in hate movements that there is a way out - and acting only punitively to those who have turned their back on extremism is likely to undermine a core opportunity for de-radicalization.

From my conversations with Jeff starting in 2017, and through our ongoing contact, I believe his change of heart is sincere, and that he has more to offer as an inspiration to those who wish to leave hate movements than a cautionary tale. Throughout my 2017 conversations, many before Charlottesville with Jeff I sensed he was starting to struggle with his worldview and white supremacist ideology, so when he eventually called me to tell me he had finally left the movement I was not surprised.  I humbly ask you to take this into consideration and reconsider the fine you have placed on him, since it is likely to force him to leave vital anti-radicalisation work which is of far more value to a future beyond extremism than the payment of a fine.

Deeyah Khan

## 4. Simon Wiesenthal Center - Midwest Regional Director

As the Midwest Regional Director for the Simon Wiesenthal Center, an international Jewish human rights organization, I was introduced to Jeff Schoep by my colleague Rick Eaton. When we learned that Jeff left the movement, Rick met with Jeff for careful vetting.

Following their meeting in 2019, Rick suggested that I begin working with Jeff in the Midwest. Since then we have created numerous educational programs in and around Chicago, where Jeff shares with our donors an honest account of his past as the leader of the National Socialist Movement. Understanding the movement from the "inside" has been an eye-opening experience for all of us. Jeff has been an important partner in the work that we do. Never during these years of working with Jeff has he asked for any financial consideration from the Simon Wiesenthal Center.

I admire the work that he is engaged in with Beyond Barriers. It took courage to walk away from the movement but I believe it takes greater courage to dedicate your life to counter extremism. Jeff is on the road of t'shevuah -- repenting for past transgressions.

On a personal note, I trust Jeff and hold him in such high regard that he has been a Shabbat (Sabbath) weekend guest in my home and I readily brought him to my synagogue to experience services. The Rabbi from the synagogue welcomed Jeff warmly and shared the Jewish artifacts, including the Torah, in the hand of friendship.

Jeff is returning to Chicago with his friend Acacia the beginning of February to participate in numerous programs and again will be guests in my home.

He can't erase the hate of his past life but he is definitely working hard to ensure a better tomorrow and is now engaged in helping with the solution against hate.

Alison Pure-Slovin
Director, Midwest Region
Simon Wiesenthal Center

## 5.   Rabbi

Your Honor:

Last year I had the honor of meeting Jeff Schoep when he participated in a workshop at my annual Jewish clergy conference, OHALAH: The Alliance of Rabbis and Cantors for Jewish Renewal. I was impressed not only by how thoroughly Mr. Schoep has repented for his time in white supremacism and the serious damage he did there, but also by his commitment in the here and now to use his experience to help other people exit white supremacism. I am glad Mr. Schoep is being held accountable for his past crimes; justice demands no less. At the same time, I ask you in recognition of the way Mr. Schoep has turned his life around and risked everything on a new career helping people like himself exit white supremacism, that you not impose the kind of punitive damages that would effectively stop his work. We as a society must hold white supremacists accountable for the serious harm they do, even if they do repent. But we as a society also need Mr. Schoep and the work he is doing now, in 2021-2022. Every single person he helps to exit from white supremacism is another Charlottesville homicide that will not happen. Provide punishment as you must, but please execute justice in a way that will allow Mr. Schoep's holy work to continue.

Sincerely,

Rabbi Jeremy D. Sher, M.Div.
Oakland, California
Member, OHALAH: the Association of Rabbis for Jewish Renewal
חבר, ארגון הרבנים להתחדשות היהדות (אהל"ה)
Member, Association of Professional Chaplains

## 6. Rabba (Female Rabbi)

I met Jeff Schoep via the counselor of another Former White Supremacist whom I began mentoring in August 2020 after that one's reaching out to me while leaving behind that movement and its hate. Jeff Schoep's current work over the last 4+ years, helping others exit and establish a new life for themselves while repaying their debt to society as he has been doing, is noted for its particular effectiveness, I think because of his passionate sincerity as well as his deep insider knowledge as the highest-level former leader to come out of that movement -- and at great expense already to himself. His demonstrated courage in rethinking his belief-system and radically changing his life-path to become a noted educator worldwide on addressing the dangers of violent extremism, is an inspiration in a world where most people do not change. When at my invitation he presented with me at a rabbinic conference of nearly 200 that spanned denominations from Orthodox to ultra-Reform, on how we as Jewish leadership might best respond when former anti-semites contact us while struggling with leaving extremism and its beliefs, a good quarter of the attendees were intent on attending that groundbreaking session.

Rabba (Rabbi) R. Karpov, Ph.D.
Jewish Center of Indian Country (since 1991)

## 7.    Former Police Officer

As a retired police officer with more than 30 years in public service, 20 years around Michigan's state capitol, I've encountered all kinds of people.  As hatred of police rose last year, I was thankful to find Jeff and Beyond Barriers, the nonprofit organization he founded.  Jeff has given his personal time and expertise to further our goals with P.E.A.C.E. - Police Engagement And Community Excellence and has been an avid and vocal activist in bringing people together, contesting the ideologies and arguments spurring hatred.  We are currently working on a project to teach students how to better relate to and understand each other, honoring the differences that make us unique.

I did not know Jeff before he became and advocate for acceptance, encouraging civility between all people, but I am thankful to know him now.  I know from being part of a police department that was sued numerous times for both valid and invalid reasons that jurors feel good when awarding large numbers in settlements.  I make no excuses for Jeff's past; yet as I look at the mission he has undertaken, his approach to it and what he tries to accomplish, I see any financial judgment against him as a detriment to society - a reduction in the good he and his organization will be able to accomplish.  This world would be a better place if we had more Jeff Schoeps in it, especially if they were as willing to work for the greater good as he is.

Sincerely,
Anthony Beattie
Former Police Officer
Protection Coordinator - ATAP Security
Founder of P.E.A.C.E.

## 8.   Academic Professor of Leadership Studies - California State University

January 5, 2022

Dear Honorable Judge Moon,

I am writing on behalf of Jeff Schoep, founder of Beyond Barriers. This is not because he asked me. In fact, he doesn't even know I'm writing to you.  What I respectfully request is your special consideration of significantly reducing his fines, and his fine only, not any other defendant in the case of Charlottesville.

I came to know Jeff Schoep through Deeyah Khan, the documentary film director of White Right: Meeting the Enemy. I talked with Ms. Khan extensively about Jeff. Ms Khan was there with Jeff during the Charlottesville incident and observed Jeff's involvement. More importantly, she saw the beginning signs of his transition out of the movement and shifting to a different ideology. She also observed signs of his caring leadership among his team members. This leadership trait shall translate later to his current work now.

As an educational leader who served in president and chancellor roles in higher education, and devoted decades of my life to develop justice-minded, equity-centered leaders, I judge the character, action, love, and values of the person as a human being first, then their leadership.  The past cannot and should not define a person. Otherwise, too many students of mine would have not had the second chance to succeed. I have witnessed, first-hand, Jeff's work and his commitment in time, energy, and resources to his new life of paying forward the debts of his past.  I realize many cast doubt on Jeff's transition to denounce white supremacy  and racism.  I don't because I have come to know him and his work. He has participated and continue to participate in educational, spiritual programs that I hold to educate others.  There have been many testimonies I received from participants whose lives, action, and ideology have changed because of Jeff.

Should Jeff be accountable for his past action? Absolutely. A fine will serve as a symbol of that accountability no doubt.  However, I also think a reduced fine merit consideration since I know the resources can be better spent in the work he is doing.  For example, spending on programs Jeff has with youth to avoid being absorbed and recruited to extremism in their state of vulnerability; making more effective use in educational programs partnering with colleges and universities; and to provide transitional support services to those like Jeff, walking away from extremism.  He has proven his commitment of such action and resources.

Therefore, I hope your judgment for Jeff to repay his societal debt be in the form of some monetary fines as well as in allowing Jeff to continue his work in educational programs for extremism prevention and support programs for extremism transition.  I believe that's a much better use of his resources, experiences, and leadership talents.

I am hopeful that you can make an example out of Jeff Schoep's case in demanding some accountability for his harmful action of the past, but more importantly, also granting him *grace* for his recent, current, and future action toward eradicating destructive racism and building racial unity. Thank you for awarding some leniency in his fines.

Sincerely,

*[signature]*

Ding-Jo H. Currie
Distinguished Faculty, Ed.D Program
Director, Leadership Institute for Tomorrow
California State University, Fullerton

## 9. Former Ku Klux Klan/neo-Nazi Leader Now Longtime Worker In Anti-Extremism

I reached out to Jeff Schoep for the first time in October 2019, because I work with other former White Supremacists and individuals who are seeking to exit hate groups and the extremist far-right since 2015 and was wondering about the sincerity of his turn-around.

I knew that some were doubting his change or were saying it's not enough fast enough. As a former high-profile leader of one of the biggest American hate-group, a position which Jeff held for nearly 25 years, it was clear to me that a change is not coming over night, and I would have doubted said sudden change.

In many phone calls and then in-person meetings I found out that Jeff was undoubtedly sincere in his wish to change and leave his past behind, knowing he can't turn the clock back or make things undone.

In the time since October 2019, I have met Jeff numerous times in person, and stayed in touch with him on a regular basis, because I am aware of my ethical responsibility towards Jeff as a human being, as well as to society, to make sure former high-profile leaders of the movement are not going back.

I saw him spending time with African-Americans, modern-Orthodox Jews, going to a synagogue and having Shabbat dinner on Erev Shabbat. I have seen him build up his own organization as an attempt to help others go the same way he went and leave the movement. He is using his high-profile status to attract those people and we should be thankful for every individual who is leaving the movement due to Jeff's effort.

He is genuinely trying to repair the past and his doings, even though – and I can attest to this due to my own experiences - it is sometimes hard when the whole world is doubting.

The reasons that triggered his change may be arguable, but at the end it is mostly important where Jeff stands now and his work and courage to burn those bridges, making himself a target for the movement and put himself in danger, his passion and compassion he developed towards others and his ability to share insights in this movement like no other should be highly credited.

TM Garret
Director Be The Change
Extremism Researcher and Analyst
International Center for the Study of Violent Extremism

## 10.  Personal Jewish Friend

It has been my distinct pleasure to have known Jeff Schoep for well over a year and to have worked alongside Jeff as a volunteer at BeyondBarriers.org, an organization which Jeff founded to help promote tolerance and to work for social equality. I am, of course, aware of Jeff's prior background. He has made no secret of it or of his renunciation of hatred and racism and his sincere desire to make amends for the past.

As one of Jeff's Jewish friends, I am frequently asked how I can work alongside someone who once espoused these beliefs. This was even a question that I was asked during an interview. My response has always been that I recognize someone who has turned his life around and who is now a force for tolerance and acceptance, a man who is dedicating his life to making a positive change. I frequently use the word "Righteous" to describe Jeff.

Despite our differences in age and background, I am proud to call Jeff my brother.

If I can be of further assistance, please do not hesitate to contact me.

Larry Kuperman
Director of Business Development, Nightdive Studios

## 11. Worker In P/CVE (Prevention/Counter Violent Extremism)

I haven't known Jeff for a very long time but in the time that I have he has been nothing but kind to me and supportive of the P/CVE work I try to do in Georgia. I first heard about him through his engagement with ICSVE as he would appear as a speaker at the events they would put on. At some point I reached out to him and asked him to appear on an online discussion platform that my organisation hosts. He very kindly agreed to speak about the threat of the far right and spent over an hour generously sharing his knowledge and experience. The talk can be found here. We have exchanged emails since the talk and he always seems eager to support any efforts aiming to counter any forms of violent extremism. He is more than willing to use his experience to help others out of the extremist milieu and support the organisations trying to do the same. He strikes me as someone who is indeed genuine and honest about this new path he is on and tries hard to do some good in the world. I know I am rooting for him and his effort against violent extremism.

Mariam Tokhadze
Director
Georgian Center for Strategy and Development (GCSD)
www.gcsd.org.ge
www.trc.gcsd.org.ge

## 12.   Rabbi

To Whom it May Concern,

I participated in a wonderful and inspiring program with Jeff Schoep at the January 2021 rabbinic conference sponsored by OHALAH, an international interdenominational rabbinic group dedicated to the spiritual renewal of Judaism and the healing of the world. I saw first hand the important work of Jeff Schoep of combating racism, and working to get members of White Supremacist organizations to see the folly of their ways by sharing his own experiences and then to help them extricate themselves from those groups. He has done this without remuneration from them. He has certainly paid significant dues for his past wrongs and we should be supporting him in his current important anti-racist activities rather than hobling him with huge fines and counting this a substitue for the $500,000 penalty he could receive for the Charlottesville case.

Sincerely,
Rabbi Jeff Foust
Boston, MA

Case 3:17-cv-00722-NKM-JCH Document 155-71 Filed 05/20/22 Page 20 of 33 Pageid#: 20965

## 13. Professor of Psychiatry and Founder of International Center for the Study of Violent Extremism (ICSVE)

The International Center for the Study of Violent Extremism (ICSVE) has worked successfully over the past year with Jeff Schoep and his organization Beyond Barriers to identify potential subjects for an ICSVE research project studying trajectories into and back out of and experiences inside white supremacist groups. Likewise Jeff Schoep himself participated in rhe study allowing us to also create a counter narrative of himself denouncing these groups for our Escape Hate counternarrative project. ICSVE has also invited Jeff Schoep to be a speaker for our training events on the subject of radicalization into and exit from white supremacism. His participation in our various projects has always appeared sincere and he seems remorseful of his former life while still working to make up for it in his current work for Beyond Barriers. Jeff is a leader in his core identity and has transferred his leadership skills gained inside the NSM to now helping many exit such groups. I have not detected any insincerity in his efforts and know he struggles financially to fund his organization but remains dedicated to it.

Dr. Anne Speckhard

Anne Speckhard, Ph.D.
Adjunct Associate Professor of Psychiatry
Georgetown University School of Medicine
Director, International Center for the Study of Violent Extremism (ICSVE)
Papers: https://georgetown.academia.edu/AnneSpeckhard

## 14.   Personal Jewish Friend And Coworker in P/CVE

To whom it may concern,

Three years ago I became a part of Jesse Morton's organization, *Light Upon Light*, a nonprofit whose mission is to deradicalize individuals in extremist movements. It was through this organization that, roughly two years ago, I first met Jeff Schoep. Jeff and I had a very unique juxtaposition to each other—he had just left his post as the former leader of the U.S. National Socialist Movement (NSM), while I was a global violence prevention researcher and National Academies program officer coming from a family haunted by extreme holocaust trauma. While Jeff's grandfather was a German soldier, most of extended family, Bialystock Jews, were exterminated during the war. My stepfather's entire family was sent to concentration camps (most didn't return) and my stepfather, himself, was born to a mother hiding in a basement after she ran away from the concentration camp lines.

You may imagine what difficulties Jeff and I could have faced in our first discussions, our first meetings, yet none were there. Jeff was kind, rational, and open. He was ready to leave the NSM and had been for years. Jeff was deeply touched by people like Daryl Davis, who he saw extend the olive branch to numerous domestic extremists. He had already befriended people of other races and creeds. He told me how tired he was of lying to others about his actual feelings, and tired of being someone he wasn't. Leaving his role as NSM leader was freeing for Jeff. He had simply gotten caught up in this movement as a youth and, for years, didn't know how to leave it.

Jeff is an extremely good man who loves all people. What happened at Charlottesville may have been the final straw on the camel's back to motivate Jeff to leave the movement, but many more straws had been set there previously. I recall many conversations with Jeff where he expressed true remorse for his actions, as well as fear of how he was going to make amends to the people the NSM had harmed. The night before Jeff was to go to his first synagogue to apologize to a Jewish community that the NSM had previously harassed, he was so nervous and in such a state of turmoil because he realized what the NSM had done to these people. It was in those conversations that I reminded him that most Jews were kind and caring people who would forgive and accept him, and just as I predicted, they did.

It was in those conversations I reminded Jeff that I never cared what he had done in the past, I only cared what he was going to do in the present and future. Jeff didn't let me down. Since those early days Jeff has devoted his entire life to ending polarization, racism, and hate. Through his nonprofit, *Beyond Barriers*, he has tirelessly worked to bring diverse communities together and has helped others understand why and how individuals get caught up in violent extremist movements and how to get them out. Jeff has also pulled numerous people out of the NSM.

When Jeff left the NSM he also left all of his friends, his social standing, his legal protection, and his means of making a living. He could have very well stayed in a movement that could help pay his legal fees and offer him protection and power—but he didn't. Jeff dealt with the threats against his life, scraping by to make ends meet, and the isolation of leaving his network because he embraced a new path away from hate and polarization. He started his own nonprofit organization devoted to countering violent extremism and he opened his heart to numerous friendships with people like me.

Since the NSM was Jeff's only means of making a living, Jeff has been paying a big price for leaving violent extremism. Releasing him of some of his financial burdens will allow him more ability to execute the fine work he is doing now. For people like me and my family Jeff is an especially important person because he represents hope to us. We would like to see Jeff unburdened by financial constraints that may cause him to not be as active or engaged in the peace building world. We believe that Jeff has transitioned to a path that can heal many people and we fully support and forgive him. I hope he will receive the support he needs to fully self-actualize.

Kind regards,

Liza

Liza Hamilton, MLA, MPH
Clinical Director, Light Upon Light
Program Officer
Intelligence Community Studies Board
Former Director of the Forum on Global Violence Prevention
National Academies of Sciences, Engineering, and Medicine

## 15.   Counter-Extremism Worker

My name is Ryan Mauro, and I've been in the counter-extremism studies sector since 2002, starting at the age of 16 when I was first hired as an intelligence and international security analyst and researcher.

I have known Jeff Schoep for about a year and a half, since hosting a webinar that featured his story of deradicalization. I was very skeptical of his motivation, to put it lightly. Since then, I have been convinced of his sincerity. I have heard the pain he feels when he talks about his past life and his desire to make amends for his actions. When asking him questions so I can learn from experience, he always goes above and beyond to fully answer and offer any help he can--and never once asking me for financial help, a public defense, or anything else in return.

Part of his compensation to the victims of the Alt-Right and neo-Nazi ideology is to spend the rest of his life fighting that very ideology and doing all he can to make up for the damages he contributed towards. I believe Mr. Schoep's determination is heart-felt and that he offers a major contribution to this cause if given the chance.

I ask His Honor to account for Mr. Schoep's anti-extremism, pro-tolerance efforts in determining the appropriate penalty for him. While Mr. Schoep deserves to face a penalty, I am of the opinion that the retribution should not jeopardize his potential to serve as a powerful asset in fighting the ideologies of hate that caused the hateful atrocities you are currently contending with.

Justice requires penalties, retribution and fair compensation. However, it also requires a consideration for what will best protect innocents in the future and, when possible, leaving the door slightly open for the guilty to seek forgiveness and become a positive, contributing member of society.

Thank you for your service to the country and consideration of my opinion.

Sincerely,

Ryan Mauro

## 16.   Executive Director – National Leadership Network & Leadership Rhode Island

Our nationally award winning community leadership program, Leadership Rhode Island, hired Jeff Schoep along with Daryl Davis to co-keynote our organization's decades-long statewide inspiring awards event under the theme, "Come Together." We included Jeff because we recognize the sincere effort and progress he has made to change his life for the better, having gained a broader perspective on life and humanity, leaving hate and bigotry behind. His transformational story was remarkably valuable to our more than 400 private, nonprofit, and government leaders to hear, as we all try to knit together an often frazzled and increasingly tribal society. Jeff's living example shows us that even the most hardened can change and recognizing that offers those, who are making progress for that change, a path at redemption. It's in this mutual manner of understanding that progress can be made and hope for a stronger nation for all is realized."

Mike Ritz
Executive Director
Leadership Rhode Island
National Leadership Network

## 17.   Muslim Worker In Counter-Extremism

The life story of Jeff Schoep is one of change, remorse but more importantly one now dedicated to fight hate in the world. These messages did not only go viral on social media but will be used in classroom settings to teach kids about the value of Peace and anti extremism.

This is the new value of Jeff Schoep. A Man who has abandoned his beliefs in white supremacy for humanity values. Please look at the man as a whole today before rendering judgment on Jeff Schoep. And if you are to render judgment show mercy for change is inevitable in human nature. Jeff Schoep is the epitome of it.

Mohamed Ahmed
Executive Director
www.averagemohamed.com
2020 State Department Citizen of the Year
2018 Citizen Diplomat of the Year Global Ties
Bush Foundation Fellow
Free Muslim Coalition Against Terrorism

## 18. Jewish Therapist - Facilitator of Meetings Between Offspring of German Holocaust Survivors and German Nazis

Dear Your Honor,

I am writing on behalf of Jeffrey Schoep in the hope that restorative justice can prevail in his case instead of a crippling fine.

I have come to know Jeff through my work as a dialogue facilitator, advocate for restorative justice and lecturer. I am the daughter of Holocaust survivors and draw on my family legacy in my work. Along with other adult children of survivors, adult children of Nazis, former SS officers and Holocaust survivors I participate in week long dialogue groups in Berlin with a goal of bearing witness to one another's connections to these crimes against humanity. Based on my experience, dialogue can be an antidote to hate and a path to reconciliation. I helped launch the restorative justice program at Truro Law School and have come to appreciate an alternative approach to making amends for wrongs committed. It is from this perspective and as a result of getting to know and work with Jeff that I am writing to ask for leniency to make it possible for Jeff to continue making reparations through his good work.

This past year and a half I've come to know Jeff as someone who had the courage to turn away and leave behind his life of twenty-five years as a leader in white supremacy. He could have quietly stepped away. Instead has chose to speak out against hate groups and white supremacy, putting himself in danger but also inspiring those still in the movement to leave. I recently appeared on Jeff's program Beyond Barriers where he gently and expertly interviewed me. I've also listened to many of Jeff's other interviews and know that he is also a valued speaker especially in Jewish circles. In fact when I proposed a program series to a Holocaust Center in Florida, the program director was extremely happy to know that I had asked Jeff to participate.

I sincerely hope you will consider allowing Jeff to make amends by continuing to do the work he is doing to atone for his past leadership role in white supremacy and the events in Charlottesville. Jeff walks the walk of one who is committed to atoning for his wrong doings and given his previous leadership role, he has the ability to motivate those still in white supremacy to leave. Of all the defendants of the trial, he alone has repudiated his former ideology and is seeking reconciliation with those he used to hate and may have hurt. He is also striving so hard to get others to see the light. Please give him the opportunity to continue to do so. He has the opportunity to change the hearts and minds of so many others who are still in the white supremacy movement as well as inspire the rest of us. Jeff is paying back society in the best way he possibly can. Please take this into consideration.

Sincerely,

Tamara Meyer

## 19.   Academic – University Professor and Researcher on White Supremacy

My name is Dr. Alon Milwicki, and for the past 12 years, I have been analyzing, studying, and writing about White Supremacy movements in the United States, with a particular focus on Neo-Nazism.

I write to give a testament for Mr. Jeff Schoep's character and the important work he has been doing with his team at Beyond Barriers, and for what it is worth, he has my full endorsement. His forthrightness about his past, his desire to educate, and to help others disassociate has been evident from the beginning of our collaboration six months ago.  It has been clear from our conversation, collaborations, and his efforts with law enforcement that he is dedicated to the causes of education and deradicalization.

Mr. Schoep's insight is of great importance to my own work as an educator and academic, and he and I have begun working on several long-term projects that will help better understand how and why people are drawn towards extremism and how to help aid in prevention.  Most recently, he and I co-presented a paper about Neo-Nazism at the International Hate Studies Conference sponsored by Gonzaga University.

At a time when American society is grappling with systemic racism, right wing extremism, and domestic terrorism, Mr. Schoep and his team at Beyond Barriers have been doing—and continue to do—essential work that has proven to be of vital importance to law enforcement, education, and the wider American society.


Sincerely,

*Alon Milwicki*

Dr. Alon Milwicki

## 20.   Senior Research Fellow - Victoria University Melbourne, Australia

**In the matter of Jeff Schoep**                          **Melbourne, January 1, 2022**

My name is Dr Mario Peucker. I'm a senior research fellow at Victoria University, Melbourne, Australia. I have been a social science researcher for almost 20 years, with work experiences both in Europe (Germany) and, since 2011, in Australia. One of my main research areas has been far-right extremism, including pathways into and out of such extremist milieus.

I first connected with Jeff Schoep on LinkedIn in June 2021. Before reaching out to him, I tried to read as much as possible of what had been written about him, his past within the National Socialist Movement, his exit from the White nationalist/supremacy scene in the United States and his current commitment to combating political hatred through his organisation Beyond Barriers. I approached this information gathering exercise with caution and an open mind, guided also by my research insights in the area of right-wing extremism. In late June 2021, Jeff and I had a longer informal conversation on Zoom (and I subsequently also spoke to one of his colleagues at Beyond Barriers). Since then I have been in quite frequent contact with Jeff as our relationship evolved into two directions – a personal one and a professional one.

*Professionally*, I had the pleasure of formally interviewing Jeff for a research project funded by the Australian Research Council, which explores manifestations of masculinities and intellectual influences in far-right milieus. Moreover, I co-organized an invitation-only webinar with Jeff (in discussion with myself) in November 2021. The webinar was attended by approximately 50 people, most of them state government representatives and academics. Jeff spoke and argued with compassion and authenticity about his past and his perspectives on how to combat hate-based ideologies and the appeal of extremist movements. His insights were well received by the audience. I have also had the honor of connecting Jeff with other renowned academics in the field who have since been in contact with Jeff, and an investigative journalist at the public broadcaster SBS, who interviewed Jeff for an excellent piece on Australia's far-right.

*Personally*, Jeff and I have become something like friends over the past few months. I did not walk blindly into this. Of course, there were questions in my head at the beginning, but today I have absolutely no doubts about Jeff's genuine change of mind and heart and his newly-found commitment to combat hate and extremism in all its forms. We have had many open and frank conversations/correspondences over the past six months, where we both shared also personal stories, and I could see Jeff's deep determination to make up for his past. I'm not a psychologist, but I'm convinced he is driven by an enormous energy and perseverance to pursue this new path in his life. If I may draw on my professional expertise in the area of right-wing extremism, I would argue that Jeff seems to have started to (ideologically) 'deradicalize' before he actually 'disengaged' from the NSM.

What I particularly appreciate in Jeff's approach to combating hateful ideologies is that he does not fall into the trap of dehumanizing those who dehumanize, as tempting as it may be. Through my research work (including interviewing people from the far-right), I have arrived at the conviction (like many other fellow academics) that empathy is key to effective disengagement work with extremists – empathy that does not, of closure, endorse, amplify or legitimate hate. And this is how Jeff also seems to pursue his deradicalization/disengagement consultancy work.

Lastly, I would like to note that this is a personal statement. It is not made on behalf of my university or any other organisation I am affiliated with.

Sincerely,

Mario Peucker

*I acknowledge that my workplace sits on Aboriginal land. I recognize and pay my respect to the Elders, families and forebears of the Boonwurrung and Wurundjeri of the Kulin who are the traditional owners of University land. Always was, always will be Aboriginal land.*

## 21.   President of Speaker Agency/Lecture Bureau

To Whom It May Concern,

My name is Greg Bura and I'm the owner and founder of Conscious Campus. We are a lecture agency with a mission to provide inspiring programs that build social and cultural awareness, foster community and promote greater acceptance and respect. Our roster consists of speakers who are committed to fighting racism, hatred, and making the world a better place. I'm writing on behalf of Jeff Schoep to provide testimony on the work he is doing to reconcile, reform and combat the extremism he was once part of. He is putting his own life on the line by standing up against the organization he once led. As a speaker for our agency he has gone above and beyond to address all concerns presented to him. He has been incredibly gracious, humble and contrite with all parties. He owns his behavior completely and acknowledges that he will spend the rest of his life reconciling his past and working to prevent future extremists. Jeff is a hero in my book and I feel honored to represent him. I hope you will take this information into consideration.

Sincerely,

Greg Bura

January 6, 2022

For Mr. Daryl Davis

Regarding Mr. Jeff Schoep, Defendant in Sines v Kessler, November, 2021

Dear Mr. Davis,

You have inquired recently about the disposition and attitude of Mr. Schoep in regard to his ideology, specifically whether or not his ideology has shifted from the time he was the leader of the National Socialist Movement to now.

Mr. Schoep was a 2021 participant in an empirical study I designed that examines extremism, susceptibility and recidivism for the purpose of assessing and refining an intervention program. The study involves an extensive questionnaire, multiple interviews and on-going observation. I can report that, according to the research instrument, Mr. Schoep's ideology appears to have shifted substantially. In exposure phases of the questionnaire, spontaneous reactions to images of violence or hate speech and to statements from extremists and radicals were evoked. Compared to 41 other extremists, radicals and formers, who either claimed they recognized the imagery and speech and often laughed at it or declined to answer, Mr. Schoep demonstrated an immediate negative response and was averse to the prompts. In evaluating his recidivism risk, at this time, he shows no indications of being at risk for returning to his former ideology or associations. His behaviors, including demeanor and general presentation, are notably different from his previous behaviors as captured in video and the press.

Although I did not evaluate Mr. Schoep prior to the Unite the Right Rally at Charlottesville, I can attest to his overall attitude and ideological schemas as they were in 2020, prior to his appearance at the trial and as he is, currently. I understand that he had already decided to leave the neonazi movement prior to the rally but was deliberating on the means. I am not certain how his evaluation might have bearing on the outcomes of his trial; however, I can state with confidence that he is highly unlikely to return to extremist ideologies and activities, and that, since 2020, he has maintained that he was not a conspirator and attended the rally under pressure from his associates, rather than as an invested agent in the far-right movement. He has presented no indication that he was part of the planning for the event, furthermore, and openly asserts that he understands the nature of the charges, and the damage and suffering of plaintiffs, and has never excused himself nor misrepresented facts concerning his appearance at the rally, to my knowledge.

If you need any further information from me in terms of research findings, please let me know.

Sincerely,
Lourdes Curaçao
Principal Investigator for "The Extremist Test" project



7021 0350 0001 2412 5560

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL®**

7021 0350 0001 2412 5560

DARYL DAVIS
12419 FLACK ST
SILVER SPRING, MD
20906

THE HONORABLE JUDGE NORMAN K. M
UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
255 WEST MAIN ST
CHARLOTTESVILLE, VA
22902



1000

22902




U.S. POSTAGE PAID
FCM LG ENV
SILVER SPRING, MD
20906
JAN 12, 22
AMOUNT
**$6.31**
R2304M111800-5