# EXHIBIT C

# 6th Annual TLO Conference

**Date: November 08-09, 2021**
**Location: Riverside, CA**

Presented by:
**Riverside and San Bernardino County Sheriff's Department**
**In partnership with the Joint Regional Intelligence Center (JRIC)**

  

## Keynote Speakers:

- **Sovereign Citizens:**
    - Kevin Smith- Deputy DA San Bernardino County District Attorney's Office

- **Ctrl+Alt+Del-Hate: Two Former Extremists Discuss Domestic Extremism and a Paradigm Shift for Personal and Collective Change**
    - Jesse Morton (aka Younus Abdullah Mohammed) former Al Qaeda propagandist & CIA asset
    - Jeff Schoep (Former President National Socialist Movement)

- **Pulse Nightclub shooting incident & investigation debriefing**
  If all you know about the Pulse Nightclub shooting is what the media reported, then you don't know **what happened and why**:
    - Special Agent Adam Godfrey, FBI Tampa Field Office
    - **LA Crime Stoppers**- Natalie Salazar, Executive Director

**\*\*YOU DO NOT NEED TO BE A TLO TO ATTEND\*\***

Length of Course: 8 Hours each day
Registration: Online www.JRIC.org/Training or Click here to register
Cost: All Training and course materials are FREE

**\*\*Event venue is large enough to accommodate social distancing for attendees\*\***

**AGENCY IDENTIFICATION / CREDENTIALS REQUIRED AT CHECK – IN**

*ALL REGISTRATIONS WILL BE PLACED ON A WAITING LIST WHILE ATTENDEES ARE BEING VETTED. UPON ACCEPTANCE OF APPLICATION AN EMAIL CONFIRMATION WILL BE SENT*

**REGISTER EARLY – SEATING IS LIMITED!!!**