Christopher Cantwell
Inmate #00991-509
USP Marion
4500 Prison Rd
P O Box 2000
Marion, IL 62959

17 Pages



⇔00991-509⇔
Clerk Us District Court
Western District Virginia
255 W MAIN ST
Room 304
Charlottesville, VA 22902
United States

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS. FOLD AT DOTTED LINE

**CERTIFIED MAIL**



7021 2720 0001 8199 0346

17 Pages