In The United States District Court
For The Western District of Virginia
            Charlottesville Division

CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

MAY 16 2022

JULIA C. DUDLEY, CLERK
BY: _____
        DEPUTY CLERK

Sines et al Plaintiffs vs.
Kessler et al Defendants.
Civil Action 3:17-cv-00072

Defendant's Opposition to Plaintiffs'
Motions for Attorney's fees and Costs

Comes now, the Defendant, Christopher
Cantwell, and he files this opposition to
Plaintiffs' motions for attorney's fees
and costs. In support he states as
follows.

1.) Cantwell has separately moved for more
time to respond to Plaintiffs' motion, and
was granted a shorter extension than
requested. Cantwell has separately appealed
that decision, and by offering this
opposition, Cantwell does not waive
any of those concerns. This opposition,
inevitably inadequate for the reasons
previously set forth, is offered due
to the experience of the Plaintiffs
getting whatever they want while
Cantwell gets screwed, and so creating
the necessity to have something on
the record by the date set in ECF
1584, of May 23rd 2022.

2.) Separately, Cantwell has challenged the
Jury's verdict. If Justice is done,
the Court will recognize that the Plaintiffs
are owed nothing but fines, imprisonment, and
public scorn for their crimes.

—1—

3.) Even falling all this, Plaintiffs' supposed costs were incurred in a failed effort to prove a non existent racially motivated violent conspiracy. In an effort to keep their illegitimate verdict, Plaintiffs now assert that they only had to prove "harassment" to prevail on Counts 3 and 4. If Plaintiffs had been honest, and sued under a theory of harassment, the case would have been dismissed on First Amendment grounds, and it was only by deceiving the Court and Public that the case went on long enough to incur the outrageous amount now demanded.

4.) In Judge Moon's decision on the motions to dismiss for failure to state a claim, Judge Moon stated that Cantwell was "lower in the pecking order" but more involved in "overt acts of violence". The verdict at trial does not support the claim of a racially motivated violent conspiracy, and no evidence was offered at trial that Cantwell did or said anything to any Plaintiff.

5.) Plaintiffs' ~~claim~~ Claims arose ex turpi causa and are barred in pari delicto, because it was only by their choice to stalk and confront Defendants while Defendants were engaged in constitutionally protected demonstrations, and Plaintiffs either were themselves or knowingly accompanied by

violent Antifa criminals, who came
from all over the country with weapons,
intent on violating Defendants' rights.

6.) Specifically, on August 11th at UVA,
Plaintiffs were in the company of
notorious criminals Thomas Massey and
Thomas Keenan and Emily Gorcenski. Massey
is on video starting the violence. Holly
Zoller was pictured carrying an
illegal firearm on campus, and
all the other evidence of Plaintiffs'
and associates' illegal and ~~their~~ moral behavior,
followed by Plaintiffs' willingness to
lie under oath in furtherance
hereof. For example, Ms. Sines
stating that Defendants "systematically
were pulling students off the statue
and beating them" which was contradicted
by video and the testimony of Willis
and Romero. Ms. Sines's dishonesty was
noted by the jury as they awarded
her $0, on count 3.

7.) On August 12th Plaintiffs disobeyed
a police dispersal order, illegally blocked
traffic, and traveled in an armed mob
chanting "Antifascista!" and attacking
vehicles in the street. EVERY Plaintiff
lied under oath about that mob being
armed and being associated with
antifa, despite the loud and repeated
chants and the black Antifa flag
prominently displayed along with many weapons.

-3-

8.) Even now, Plaintiffs' counsel ask the Court "don't believe your lying eyes" by insisting these criminals were entirely peaceful and had no involvement with Antifa. Judge Moon was present at trial, and is well aware that this is an effort, albeit a feeble one, to materially deceive this Court.

9.) For these reasons, and those set forth throughout this case, Plaintiffs are not to be compensated in any way for this abuse of the legal system, and Cantwell cannot pay, anyway.

10.) Short of this reality being honored by the Court, Cantwell has read Mr. Kolenich's response at ECF 1570, and doubts he can come up with more legally coherent reasoning before May 23rd and, to the extent applicable and not inconsistent with his own motions and facts Cantwell ~~this~~ hereby joins and incorporates by reference Mr. Kolenich's legal reasoning in opposition to Plaintiffs' motion.

Respectfully Submitted,
Christopher Cantwell
5-5-1022

C Cant