Christopher Cantwell
Inmate #00991-509
USP Marion
4500 Prison Rd
PO Box 2000
Marion, IL 62959

Office of the
U.S. District Clerk
Western District for The
Charlottesville of Virginia
255 West Main Street Room 304
Charlottesville, VA 22902
22902-505879


SAINT LOUIS MO 630
12 MAY 2022 PM 2  L

