In The United States District Court
For The Western District of Virginia
Charlottesville Division
Sines, et al, Plaintiffs vs.
Kessler, et al, Defendants
Civil Action 3:17-cv-00072

CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILE, VA
FILED
5/16/2022
JULIA C. DUDLEY, CLERK
BY: H. Wheeler
DEPUTY CLERK

Defendant's Appeal of Magistrate's Decision at ECF 1584

Comes now the Defendant, Christopher Cantwell, and he respectfully moves this Court to alter the Magistrate's order at ECF 1584. In Support he states as follows.

1.) As exhaustively illustrated throughout the record of this case, including in the motions Judge Hoppe ruled on in ECF 1584, Cantwell is being uniquely deprived of the means to defend himself in this case.

2.) Knowing this, and having failed to prove their primary claims under federal law, the Plaintiffs have preposterously demanded millions of dollars in fees and costs, by dropping hundreds of pages of supposed billing records which Cantwell has no means to assess the reasonableness of, aside from the obvious fact that they did not prove the whole point of this case and have ~~thrown~~ thrown the legitimacy of the verdict and damages into question.

3.) Cantwell has appealed a prior extension

decision from Judge Hoppe, and has yet to see a response.

4.) In all of Cantwell's time extension requests he has explained why shorter extensions will not solve the problem.

5.) Cantwell is only asking for these extensions because the Court refuses to grant him other releif, specifically that the USP Marion staff stop their unlawful interference in this litigation, under penalty of contempt.

6.) Cantwell currently awaits transfer to a halfway house, and will be released from B.O.P. custody entirely by the end of this year.

For these reasons, and those well documented throughout the record of this case, Cantwell hereby appeals the Magistrate's decision at ECF 1584, and requests until January 1st 2023 to respond to Plaintiffs' motions for attorney fees and costs and reiterates his prior appeal and motion for time to file post trial motions.

Respectfully Submitted
— Christopher Cantwell  5-5-2022