Christopher Cantwell
Inmate #00991-509
USP Marion
4500 Prison Rd
P O Box 2000
Marion, IL 62959



⇔00991-509⇔
Clerk Us District Court
Western District Virginia
255 W MAIN ST
Room 304
Charlottesville, VA 22902
United States



17 Pages