**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF VIRGINIA**

| | | |
|---|---|---|
| **ELIZABETH SINES et al.** | : | Case No. **3:17-cv-00072** |
| Plaintiff | : | Judge **MOON** |
| | : | |
| -v- | | |
| **JASON KESSLER et al.** | : | |
| | : | |
| Defendants | | |

---

**MOTION TO WITHDRAW AS COUNSEL**

---

Pursuant to Local Rule 6(i), Attorneys James E. Kolenich and Elmer Woodard ("Attorneys") move to withdraw as counsel for defendant Jason Kessler. Mr. Kessler has fired Attorneys as of May 31, 2022.

                                              Respectfully Submitted,

                                              s/James E. Kolenich
                                              James E. Kolenich
                                              KOLENICH LAW OFFICE
                                              9435 Waterstone Blvd. #140
                                              Cincinnati, OH 45249
                                              (513) 444-2150
                                              JEK318@gmail.com

s/Elmer Woodard<br>
Elmer Woodard<br>
5661 US Hwy 29<br>
Blairs, VA 24527<br>
isuecrooks@comcast.net

*Trial Attorneys for Jason Kessler, Nathan Damigo, and Identity Evropa*

## CERTIFICATE OF SERVICE

I certify the above was served on JUNE 1, 2022 on all ECF participants and that parties requiring service by other means were served as follows:

Robert Ray
*azzmador@gmail.com*

Vanguard America c/o Dillon Hopper
*dillon_hopper@protonmail.com*

Elliott Kline *eli.f.mosley@gmail.com*
deplorabletruth@gmail.com

Christopher Cantwell
*#00991-509*
*USP Marion*
*4500 Prison Rd.*
*PO Box 2000*
*Marion IL 62959*

Respectfully Submitted,

s/      James E. Kolenich