In the United States District Court
For The Western District of Virginia
Charlottesville Division

CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

JUL 01 2022

JULIA C. DUDLEY, CLERK
BY: _____
DEPUTY CLERK

Sines et al, Plaintiffs Vs.
Kessler, et al, Defendants
Civil Action 3:17-cv-0007

Defendant's Appeal of the Magistrate's
Order at ECF 1606

Comes now the Defendant, Christopher
Cantwell, and he moves this Court to vacate
the Magistrate's order at ECF 1606 and
grant his request for a meaningful extension
of time. in support he states as follows,

1.) On 6-14-2022 Cantwell received the
Magistrate's order at ECF 1606.

2.) ECF 1606 grants Cantwell until
6-10-2022 to reply to ECF 1572
and 1574.

3.) Judge Hoppe says this grants Cantwell
"more than 3 weeks" but given the well
documented circumstances it clearly
does nothing of the sort.

4.) Cantwell still lacks access to the record,
Cantwell's mail is corruptly held for
weeks at a time until deadlines
expire before the CMU delivers it
Cantwell's legal papers are corruptly
kept from him by the CMU. Etc...

5.) Cantwell asks the Court to grant him until
after he is released from BOP custody to

- 1 -

deal with these post-trial issues because his repeated ~~requests~~ requests for the Court to provide documents and stop the CM's unlawful interference have been rejected.

6.) Cantwell's rights are not minor procedural obstacles that can be overcome with token time extensions.

7.) For these reasons, and those well documented throughout the record, the motion should be granted.

Respectfully submitted,
Christopher Cantwell
6-14-2022

C Cantwell