In The United States District Court
For The Western District of Virginia
Charlottesville Division

Sines, et al, Plaintiffs vs.
Kessler, et al, Defendants
Civil Action 3:17-cv-00072

CLERK'S OFFICE U.S. DIST. COURT AT CHARLOTTESVILLE, VA FILED JUL 01 2022 JULIA C. DUDLEY, CLERK BY: /s/ DEPUTY CLERK

Defendant's Response to ECF 1605

Comes now the Defendant Christopher Cantwell and he makes the following response to Plaintiffs' filing at ECF 1605

1.) In Plaintiffs' filing they state "Notably, Defendants do not appear to contest that, as a factual matter Plaintiffs' claims were, in fact, interrelated with their Va. Code 8.01-42.1 claim"

2.) This is so distant from reality, Cantwell is confused by it. The thrust of all Cantwell's post trial filings has been that the Plaintiffs sued for an unproven racially motivated violent conspiracy, but the verdict against Defendants other than Fields at best supports a finding of harassment, and that a suit based on such a claim would not have survived dismissal. The Plaintiffs are thus not entitled to money wasted on trying to prove a lie that they always knew was false.

3.) If Plaintiffs had prevailed on all counts then it would stand to reason, as Judge

-1-

Moon stated in his ~~motions~~ denials of motions to dismiss and for summary judgement, that the state claims followed from the federal claims. But that is not what happened.

4.) Because, as the Plaintiffs knew before abusing the court with this fraud, there was no racially motivated violent conspiracy, none was proven, hence the failure on Counts 1 and 2.

5.) Instead, the jury punished the Defendants for constitutionally protected speech after asking the court if words were a form of violence under the first Amendment.

6.) The Plaintiffs are not entitled to anything.

Respectfully Submitted,
Christopher Cantwell
6-14-2022

C [signature]