Christopher Cantwell
Inmate #00991-509
USP Marion
4500 Prison Rd
PO Box 2000
Marion, IL 62959

00991-509
Clerk Us District Court
Western District Virginia
255 W MAIN ST
Room 304
Charlottesville, VA 22902
United States

SAINT LOUIS MO 630
28 JUN 2022 PM 7 L

22902-505879