In The United States District Court
For The Western District of Virginia
Charlottesville Division

Sines et al, Plaintiffs vs.
Kessler et al, Defendants
Civil Action 3:17-cv-00072

CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

JUL 01 2022

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

Sworn Declaration of Christopher Cantwell Dated 6-14-2022

I, Christopher Cantwell, do aver under penalty of perjury that the following is true and correct on this 14th day of June 2022

1.) At mail call on 6-14-2022 I gave Mr. Simpkins an envelope containing my sworn declaration dated 6-10-2022 and my appeal of the Magistrate's order at ECF 1598 dated 6-9-2022, and several pages of exhibits. Since this exceeded 6 pages, I put 2 forever stamps on the envelope.

2.) Also at mail call on 6-14-2022 Mr. Simpkins gave me ECF 1606, 1605, and 1599.

3.) ECF 1606 was an order from Judge Hoppe granting me until 6-10-2022 to file replies, effectively denying my motion for a meaningful extension.

4.) The envelope for ECF 1599 indicates a delivery date of 5-20-2022

5.) The envelope for ECF 1605 indicates a

delivery date of 5-31-2022.

Having so averred, I sayeth no more under oath.

Respectfully Submitted,
Christopher Cantwell
6-14-2022

C Cantwell

- 2 -