In The United States District Court
For The Western District of Virginia
Charlottesville Division

Sines, et al, Plaintiffs vs.
Kessler, et al, Defendants
Civil Action 3:17-cv-00072

*CLERK'S OFFICE U.S. DIST. COURT AT CHARLOTTESVILLE, VA FILED JUL 01 2022 JULIA C. DUDLEY, CLERK BY: /s/ DEPUTY CLERK*

Defendant's Appeal of Magistrate's Order at ECF 1598

Defendant Christopher Cantwell hereby appeals the Magistrate's order at ECF 1598, in support he states as follows,

1.) On June 9th, 2022, USP Marion Staff gave Cantwell the order at issue dated 5-13-2022.

2.) The envelope was postmarked 21 May 2022.

3.) The envelope was stamped "Mail to be opened in Presence of inmate" but, per usual, it was opened outside Cantwell's presence.

4.) It is Cantwell's understanding that he has two weeks to appeal such an order.

5.) If the Court waits a week to mail something, the postal service takes a week to deliver it, and then the Communications Management Unit defies the Court and refuses to give it to Cantwell in a timely fashion, this is impossible.

6.) The above is typical of Cantwell's

-1-

well documented complaints about the corrupt interference in this litigation by the United States Government, but by no means is it the most extreme example.

7.) That award goes to the CMU's refusal to grant Cantwell meaningful access to hundreds of pages of documents including the complaint, and their collaboration off the record with Plaintiffs' counsel to keep other documents from him.

8.) For these and other reasons well documented throughout the record, the Magistrates order at ECF 1595 should be overturned, Cantwell's extension should be granted until this corrupt interference is put to a stop, and the United States should be made to answer for its corrupt interference in this litigation.

Respectfully Submitted,
Christopher Cantwell
6-9-2022