Christopher Cantwell  
Inmate #00991-509  
USP Marion  
4500 Prison Rd  
PO Box 2000  
Marion, IL 62959

⇦00991-509⇨  
Clerk Us District Court  
Western District Virginia  
255 W MAIN ST  
Room 304  
Charlottesville, VA 22902  
United States

SAINT LOUIS MO  
28 JUN 2022 PM 8 L

22902-505879

