In The United States District Court For The Western District of Virginia Charlottesville Division

Sines, et al, Plaintiffs vs.
Kessler, et al, Defendants
Civil Action 3:17-CV-00072

CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
JUL 01 2022
JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

Sworn Declaration of Christopher Cantwell Dated 6-10-2022

I, Christopher Cantwell, do aver under penalty of perjury that the following is true and correct on this 10th day of June 2022

1.) At mail call on 5-18-2022 I asked Mr. Simpkins for certified mail slips to send documents to this Court. Mr. Simpkins said he didn't have any, and indicated they had been unavailable for some time with no indication of when they'd be available again. This is a recurring problem in the CMU.

2.) I told Mr. Simpkins "You have a unit full of litigants here, and when you prevent us from sending certified mail, it's suspicious"

3.) In reply, Mr. Simpkins said he might have one in his desk, and that if I gave him the mail, he would apply the certification.

4.) I gave Mr. Simpkins a 9x12 envelope addressed to the Court with 11 Forever stamps, containing 17 pages. A 4 page declaration, 4 pages of exhibits, and a 9 page motion. Dated 5-17

-1-

5.) At mail call on 5-20-2022, Ms. Hill gave me Mr. ReBrooks's Reply to Plaintiffs' Opposition to Defendants Motion Challenging Punitive Damages, postmarked 5-9-2022

6.) On 6-1-2022, Mr. Simpkins informed me that he "forgot" to apply the certified mail label referenced in Paragraph 3, but that the mail still was sent to the court.

7.) On 6-8-2022 I filled out two BP-8 forms raising complaints about the certified mail issues and the typing wheel issues.

8.) On 6-9-2022 at mail call Ms. Hill gave me an envelope from the court postmarked 5-21-2022 containing ECF 1598 and ECF 1600. The envelope was stamped "Mail to be opened in presence of inmate, but, per habit the CMU ignored the Court's instructions and it had been opened outside my presence."

Respectfully Submitted
Christopher Cantwell
6-10-2022

-2-

Attachment A

## Administrative Remedy · Informal Resolution
### Marion, Illinois

Inmate's Name **Cantwell**   Reg No. **09991-59**   Unit **I**   Date **6-8-22**

NOTICE: You are advised that prior to filing a Request for Administrative Remedy (BP-9), you MUST attempt to informally resolve your complaint through your counselor. Please follow the three (3) steps listed below.

1. State your specific complaint: For over 2 months I have been unable to obtain certified mail slips from staff. This presents a major problem for me as a pro se litigant. The last time I had certified mail to send I paid for certified postage and gave it to Simpkins but he didn't send it certified.

2. State what efforts you have made to informally resolve your complaint: I have waited patiently for two months and sent my correspondence uncertified and put in a cop out and spoken to Hill and Simpkins.

3. State what resolution you request: Provide me with 10 certified mail slips. Reimburse me 6 forever stamps. Keep certified mail slips available. Take seriously the needs of inmate litigants.

Inmate's Signature: _L Cantwell_   Date: 6-8-22

4. Correctional Counselor's Comments (Steps to Resolve): _____

Counselor's Signature: _____   Date: _____

Unit Manager's Review: _____   Date: _____

|  | Received by Counselor from inmate | Attempted informal with inmate by Counselor | BP-9 given to inmate | BP-9 Delivered to Admin Remedy Clerk |
|---|---|---|---|---|
| Date |  |  |  |  |
| Time |  |  |  |  |
| Counselor |  |  |  |  |

TRULINCS 00991509 - CANTWELL, CHRISTOPHER - Unit: MAR-I-A

----

FROM: 00991509
TO: CMU
SUBJECT: ***Request to Staff*** CANTWELL, CHRISTOPHER, Reg# 00991509, MAR-I-A
DATE: 06/01/2022 06:01:22 PM

To: Simpkins
Inmate Work Assignment: None

You'll recall our conversation from earlier today, wherein you informed me that you forgot to apply the certified mail label to the envelope I gave you on 5-18-2022, as you told me you would.

Because of this, I overpaid substantially for postage. This on top of the fact that I had already overcompensated for weight, since I did not have access to the postage scale on account of us being locked on our ranges at the time of mail call.

The envelope had 11 forever stamps on it. I wonder if you might be able to arrange for me to be reimbursed for 6 of those.

I would also appreciate if you could help me acquire 10 or so certified mail slips to keep in my locker, to avoid such a circumstance arising in the future.

Thank you.

typing wheel JS

Attachment A

## Administrative Remedy · Informal Resolution
### Marion, Illinois

Inmate's Name **Cantwell**   Reg No. **00991-509**   Unit **I**   Date **6-8-22**

NOTICE   You are advised that prior to filing a Request for Administrative Remedy (BP-9), you MUST attempt to informally resolve your complaint through your counselor. Please follow the three (3) steps listed below.

1. State your specific complaint: For over a year, the commissary has been out of stock on typing wheels. Without a typing wheel, one cannot use the typewriter. Commissary has no indication typing wheels will ever be restocked.

2. State what efforts you have made to informally resolve your complaint: I have filled out dozens of commissary orders requesting a typing wheel, put in at least 3 cop outs, asked multiple staff members, and waited patiently for over a year.

3. State what resolution you request: Restock typing wheels or get new typewriters. Take seriously the needs of pro se litigants.

Inmate's Signature: C Cantwell    Date: 6-8-22

4. Correctional Counselor's Comments (Steps to Resolve) _____

Counselor's Signature: _____   Date: _____
Unit Manager's Review: _____   Date: _____

|  | Received by Counselor from inmate | Attempted informal with inmate by Counselor | BP-9 given to inmate | BP-9 Delivered to Admin Remedy Clerk |
|---|---|---|---|---|
| Date |  |  |  |  |
| Time |  |  |  |  |
| Counselor |  |  |  |  |

MAR-1010.03J          03-27-10          Page 4

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
255 WEST MAIN STREET
ROOM 304
CHARLOTTESVILLE, VIRGINIA 22902

OFFICIAL BUSINESS

$0.530
US POSTAGE
FIRST-CLASS
062S0011263234
22902

RICHMOND VA 230
21 MAY 2022 PM 5 L

Mail to be Opened in
Presence of Inmate

**LEGAL MAIL**

62959-760000