In The United States District Court
For the Western District of Virginia
Charlottesville Division
Civil Action 3:17-CV-00072
Sines et al, Plaintiffs vs.
Kessler, et al, Defendants

July 3rd 2022 Letter from
Defendant Cantwell to the Court

Dear Judge Moon,

Something very important occurred to me as I was explaining the trial verdict to a neighbor recently.

I had previously concluded that Plaintiffs Sines and Wispelwey were cut out of awards on Count 3 because their dishonesty was so obvious as to warrant a signal. But that conclusion fails to explain the jury rewarding other obvious dishonesty by the Plaintiffs.

I lack access to the record to verify my alternative theory, but I will add it here to the record for consideration by all concerned.

The Jury denied Sines and Wispelwey awards on ~~Count~~ Count 3 because they were the only non-Jewish white heterosexual Plaintiffs.

Off the top of my head, lacking access to the record, I recall that Plaintiff Baker looked pretty white, but may have been Jewish or homosexual. Is he?

-1-

If my theory is true, this is obviously an improper motive by the jury, and indicates a racial animus that would clearly ~~prejudice~~ prejudice the jury against the Defendants unfairly. Count 3, and punitive damages generally, are not designed to serve as a race based lottery or reparations program.

Such an indication of passion or prejudice calls the entire verdict into question.

If my theory is true, it also indicates that the jury found liability for racially motivated harassment, as opposed to the allegations of violence this suit was based on. The jury did not make meaningful compensatory awards because there were no damages. They simply punished the Defendants for their speech and split the winnings based on race.

If my theory is plausible but unproven, then it bolsters my initial complaint that the verdict is unconstitutionally vague, and makes it impossible to know what liability the jury found, and whether damages are excessive.

All that is certain is that the jury did not find a racially motivated violent conspiracy, while a racially motivated reward distribution seems

-2-

to indicate the Jury was awarding racial spoils to Hispanics, who were not covered by the federal claims, a finding of racially motivated violent conspiracy would still have seen the black and Jewish Plaintiffs rewarded on Counts 1 and 2.

Since the Plaintiffs and their Counsel have intentionally deceived the Court, including with perjured sworn testimony contradicted by video, the Plaintiffs were the authors of their own misfortune, by seeking a confrontation the Defendants sought to avoid, the Plaintiffs traveled in the company of armed violent criminals who chanted "Antifascista!" blocked traffic, disobeyed a dispersal order, started the violence, and lied about it, and because the jury rendered an improper verdict for improper motives, the Court should dismiss this case, or at least, set aside the verdict, and order a new trial.

Respectfully Submitted,
Christopher Cantwell
7-3-2022

C lam

-3-

Christopher Cantwell
00991-509 Inmate #
USP Marion
4500 Prison Rd
P O Box 2000
Marion, IL 62959

00991-509
Clerk Us District Court
Western District Virginia
255 W MAIN ST
Room 304
Charlottesville, VA 22902
United States

22902-505879