## UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### Charlottesville Division

| | |
|---|---|
| ELIZABETH SINES, *et al.*,<br><br>　　　　　　　Plaintiffs,<br>v.<br><br>JASON KESSLER, et al.,<br><br>　　　　　　　Defendants. | Civil Action No. 3: 17-cv-00072-NKM |

### NOTICE OF WITHDRAWAL OF APPEARANCE

**PLEASE TAKE NOTICE** that Gemma Seidita (*pro hac vice*), having appeared in this case on behalf of Plaintiffs (*see* ECF Nos. 1165, 1191), gives notice of the withdrawal of her appearance as counsel of record.

Plaintiffs shall continue to be represented by remaining counsel of record.

Dated: August 1, 2022

Respectfully submitted,

*/s/ Gemma Seidita*
Gemma Seidita (*pro hac vice*)
COOLEY LLP
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004
Telephone: (202) 842-7800
Fax: (202) 842-7899

*/s/ Robert T. Cahill*
Robert T. Cahill (VSB 38562)
COOLEY LLP
11951 Freedom Drive, 14th Floor
Reston, VA 20190-5656
Telephone: (703) 456-8000
Fax: (703) 456-8100
rcahill@cooley.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2022, the foregoing was filed with the Clerk of Court through the CM/ECF system, which will electronically send a notice of electronic filing to the registered CM/ECF participants.

I further hereby certify that on August 1, 2022, I also served the foregoing upon following non-registered *pro se* defendants, via electronic mail or U.S. Mail (first class), as follows:

Richard Spencer
richardbspencer@gmail.com
richardbspencer@icloud.com

*via U.S. Mail (first class)*
Christopher Cantwell-Inmate
Inmate No. 00991-509
USP Marion
4500 Prison Road
P.O. Box 2000
Marion, IL 62959

*via U.S. Mail (first class)*
Jason Kessler
6256 Bullet Drive
Crestview, FL 32536

Robert Ray
azzmador@gmail.com

Vanguard America
c/o Dillon Hopper
dillon_hopper@protonmail.com

Elliott Kline
eli.f.mosley@gmail.com
deplorabletruth@gmail.com
eli.r.kline@gmail.com

*/s/ Gemma Seidita*
Gemma Seidita