IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF VIRGINIA

Charlottesville Division

Sines, et al, Plaintiffs vs.

Kessler, et al, Defendants

Civil Action 3:17-cv-00072

DEFENDANT'S LETTER IN RESPONSE TO

PLAINTIFFS' MOTION TO STRIKE (ECF 1615)

Dear Judge Moon,

I write, somewhat perplexed, in response to Plaintiffs' motion to strike my letter in which I attempt to explain our as yet inexplicable jury verdict, by theorizing an improper motive of the jury.

Indeed, post trial deadlines have expired, and indeed, Judge Hoppe has said no further extensions will be granted, but as this Court knows, I have appealed these decisions to Judge Moon on the basis of the obstruction of justice taking place at the hands of the Communications Management Unit at USP Marion, where I am currently held against my will. At the same time I am mailing the Court this response, I am mailing in more evidence of this misconduct in the form of two sworn declarations and supporting documentation.

Besides this, the Court has an obligation to act whenever it becomes aware of a manifest injustice, and Kaplan's censorious efforts cannot wash away evidence thereof. That is all this motion to strike amounts to. Notably, Kaplan does not offer any refutation of my theory. She just insists that it is some kind of abuse to say someone might be Jewish or homosexual, which seems an

exceedingly odd position for her, of all people, to take. In my letter, I made no implication of using these terms as pejoratives. She decided that on her own, just as she did when I notified the Court that Kaplan was attempting to improperly use her supposed White Supremacy expert to introduce hearsay from a Jewish man pretending to be a Nazi.

During that incident, tellingly, Kaplan offered a similarly panicked response about the dignity of the Court. It was a transparent effort to cover up the truth then, and the tone of this motion to strike leaves me with little doubt that this is the same sort of effort. The record will reflect that the writer of the hearsay Kaplan improperly sought to introduce, was Andrew "weev" Aurenheimer, and that Plaintiffs' own expert witness testified that he was, in fact, Jewish.

Now, if Ms. Kaplan wants this Court to believe, that race and religion are irrelevant to these proceedings, then I believe she'll have to refile her complaint and start all over again. It was Kaplan's idea to file this racially charged lawsuit. It was her who sought out these Plaintiffs, and told them that they were unlikely to collect if they joined her vendetta with this cause of action. I sought to exclude all evidence of racial animus against Jews, I sought to exclude the Plaintiffs' supposed Holocaust expert, and I sought a finding that Jews were not coverewd by the federal civil rights claims originally written to protect blacks. Plaintiffs opposed every one of those motions and prevailed. To now assert that it is irrelevant or abusive to mention someone's Jewish identity is facialy ridiculous.

As for my failure to produce evidence of my theory, the Court

-2-

will doubtless recall that I have been rather vocal about my lack of access to the record. I believe the record will show that Mr. Baker is Jewish, and that the most reasonable explanation for the Jury's verdict is that they were awarding hate speech reparations based on race and religion.

Kaplan offers no dispute of this. She just wants it erased. Silenced.

Which is in keeping with her motives for filing this meritless lawsuit.

Respectfully Submitted,

Christopher Cantwell

7-27-2022

X _C. Cantwell_

-3-

Christopher Cantwell
Inmate #00991-509
USP Marion
4500 Prison Rd
P.O. Box 2000
Marion, IL 62959



⇔00991-509⇔
Clerk Us District Court
Western District Virginia
255 W MAIN ST
Room 304
Charlottesville, VA 22902
United States