# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION

| | |
|---|---|
| ELIZABETH SINES, *et al.*, | |
| *Plaintiffs*, | Case No. 3:17-cv-00072 |
| v. | ORDER |
| JASON KESSLER, *et al.*, | |
| *Defendants* | Judge Norman K. Moon |

This matter is before the Court on Plaintiffs' Bill of Costs, Dkt. 1553, as well as Plaintiffs' Motion for Attorneys Fees, Dkt. 1552. Pursuant to 28 U.S.C. § 636(b)(1)(B), the Court refers Plaintiffs' Bill of Costs and Plaintiffs' Motion for Attorneys Fees to U.S. Magistrate Judge Joel Hoppe for Reports & Recommendations, and to conduct any proceedings in aid thereof that he may deem appropriate. *See* Dkts. 1552, 1553.

It is so **ORDERED**.

The Clerk of Court is hereby directed to send a copy of this Order to the parties.

ENTERED this __5th__ day of January, 2023.

*[signature]*
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE