**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE**

| | |
|---|---|
| **Elizabeth Sines, et al,** | ) |
| **Plaintiff(s)** | ) ) ) |
| v. | ) Civil Action No. 3:17-cv-72 |
| **Jason Kessler,** | ) ) ) |
| **Defendant(s).** | ) |

**CLERK'S ENTRY OF DEFAULT**

The above action was filed in this Court on October 11, 2017.  The Defendant(s) Nationalist Front was served on the following dates, and the Plaintiff has provided to the court an affidavit and/or other evidence demonstrating proper service of the complaint on Defendant(s):

Nationalist Front                                    October 24, 2017

The time for the defendant(s) to appear, answer or otherwise defend having expired, the undersigned Clerk does hereby enter default as to the following defendant(s):

Nationalist Front

See Federal Rules of Civil Procedure, Rule 55(a).

Copies of this Entry of Default shall be provided to all counsel of record and to the Defendant(s).

This 6th day of January, 2023

**LAURA A. AUSTIN, CLERK**

By:     **s/ Dylan Gaddes**
        **Deputy Clerk**