UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

ELIZABETH SINES, *et al.*,

          *Plaintiffs*,

v.

JASON KESSLER, *et al.*,

          *Defendants*.

Case No. 3:17-cv-00072

ORDER

Judge Norman K. Moon

    This matter is before the Court on Plaintiffs' motion for entry of default judgment against Defendants Andrew Anglin, Moonbase Holdings, LLC, East Coast Knights of the KKK, Fraternal Order of the Alt-Knights, August Sol Invictus, The Loyal White Knights of the KKK, and the Nationalist Front. Dkt. 1554.

    For the reasons set forth in the accompanying memorandum opinion, Plaintiffs' motion will be **GRANTED in part**, to the extent that **DEFAULT JUDGMENT will be entered** against Defendants Andrew Anglin, Moonbase Holdings, LLC, East Coast Knights of the KKK, Fraternal Order of the Alt-Knights, August Sol Invictus, The Loyal White Knights of the KKK, and the Nationalist Front on Plaintiffs' Virginia state law civil conspiracy claim (Count III), and that **DEFAULT JUDGMENT will be entered** against Defendant Invictus for violation of the Virginia hate crimes statute (Count IV), and that such Defendants **are jointly and severally liable** with those Defendants that the jury found liable at trial for Plaintiffs' compensatory damages.

    However, for the reasons set forth in the accompanying memorandum opinion, the Court will **DENY in part** Plaintiffs' motion, to the extent that Plaintiffs sought an award of additional

1

punitive damages upon these Defaulted Defendants beyond the $350,000 jury's punitive damages award capped by Virginia statute, and to the extent that Plaintiffs' sought that the Court order prejudgment interest.

It is so **ORDERED**.

The Clerk of Court is directed to send this Order to the parties.

ENTERED this   6th    day of January, 2023.

_____
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE