UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| ELIZABETH SINES, CHELSEA ALVARADO, THOMAS BAKER, MARISSA BLAIR, MARCUS MARTIN, APRIL MUÑIZ, NATALIE ROMERO, and SETH WISPELWEY,<br><br>*Plaintiffs*,<br><br>v.<br><br>JASON KESSLER, RICHARD SPENCER, CHRISTOPHER CANTWELL, JAMES ALEX FIELDS, JR., VANGUARD AMERICA, ANDREW ANGLIN, MOONBASE HOLDINGS, LLC, ROBERT AZZMADOR RAY, NATHAN DAMIGO, ELLIOTT KLINE (a/k/a ELI MOSELY), MATTHEW HEIMBACH, MATTHEW PARROTT (a/k/a DAVID MATTHEW PARROTT), TRADITIONALIST WORKER PARTY, MICHAEL HILL, MICHAEL TUBBS, LEAGUE OF THE SOUTH, JEFF SCHOEP, NATIONAL SOCIALIST MOVEMENT, NATIONALIST FRONT, AUGUSTUS SOL INVICTUS, FRATERNAL ORDER OF THE ALT-KNIGHTS, LOYAL WHITE KNIGHTS OF THE KU KLUX KLAN, and EAST COAST KNIGHTS OF THE KU KLUX KLAN (a/k/a EAST COAST KNIGHTS OF THE TRUE INVISIBLE EMPIRE),<br><br>*Defendants*. | Case No. 3:17-cv-00072<br><br>AMENDED ORDER<br><br>Judge Norman K. Moon |

This matter is before the Court on numerous post-trial motions challenging the jury

verdict in this case. *See* Dkt. 1488 (Cantwell); Dkt. 1522 (Kessler, Damigo, Identity Evropa);

1

Dkt. 1542 (Schoep); Dkt. 1543 (National Socialist Movement); Dkts. 1548, 1549 (League of the South, Hill, Tubbs); Dkt. 1550 (Spencer); Dkt. 1551 (Fields); Dkt. 1556 (Traditionalist Worker Party, Parrott, Heimbach); Dkts. 1536, 1557 (Cantwell).

The jury found Defendants liable for Plaintiffs' injuries suffered during the Unite the Right rally in Charlottesville on August 11 and 12, 2017, on account of Defendants' conduct planning and participating in Unite the Right. The jury found all Defendants liable for Virginia state law civil conspiracy; found Jason Kessler, Richard Spencer, Elliott Kline, Robert "Azzmador" Ray, Christopher Cantwell, and James Alex Fields, Jr., liable for racial, religious, or ethnic harassment or violence; and found Fields liable for assault and battery and intentional infliction of emotional distress.

For the reasons set forth in the accompanying Memorandum Opinion, the Court **AFFIRMS THE JURY VERDICT** findings of Defendants' liability, and as to the jury's compensatory damages award; except that the Court will **REDUCE** the jury's punitive damages award to $350,000, as compelled by the Virginia statutory cap on punitive damages. The jury's verdict will be **AFFIRMED** in all other respects. Accordingly, Defendants' post-trial motions will be **GRANTED IN PART**, only insofar as they sought reduction of the punitive damages award in accordance with Virginia's statutory cap on punitive damages, but **DENIED IN PART** in all other respects. *See* Dkts. 1488, 1522, 1536, 1548, 1550, 1551, 1556, 1557. The Court will **DENY** those motions which did not argue that the punitive damages award should be reduced in accordance Virginia's statutory cap on punitive damages. Dkts. 1542, 1543, 1549. The Clerk of Court is **directed** to terminate Dkt. 1595 as an outstanding motion and rename it as a reply in further support of Spencer's post-trial motion (Dkt. 1550).

It is so **ORDERED**.

The Clerk of Court is directed to send this Amended Order to the parties.

ENTERED this  6th   day of January, 2023.

                                                                 */s/ Norman K. Moon*
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE