United States District Court for the **WESTERN**

**VIRGINIA**

District of CHARLOTTESVILLE DIVISION

Docket Number 3:17-cv-00072-NKM

ELIZABETH SINES, et al.,

    *Plaintiffs*,

    v.                          Notice of Appeal

JASON KESSLER, et al.,

    *Defendants*.

Richard Spencer, Defendant, hereby gives notice to (name all parties taking the appeal)* appeal to the United States Court of Appeals for the Fourth Circuit from the final judgment entered on December 30, 2022 (state the date the judgment was entered).

Dated: January 28, 2023

Respectfully submitted,

(s) *Richard Spencer*

~~Attorney for~~ *Pro Se*

Address: 734 Clearwater Drive

Whitefish, MT 59937