## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| ELIZABETH SINES, et al. | CASE NO.: 3:17-CV-00072 |
| Plaintiffs, | JUDGE: NORMAN MOON |
| vs. | |
| JASON KESSLER, et al. | **NOTICE OF APPEAL** |
| Defendants. | |

Now comes defendant NATHAN DAMIGO, by and through Counsel, and gives notice of his appeal to the United States Court of Appeals for the Fourth Circuit from the judgment entered January 9, 2023 and assigned Docket Entry # 1631, from the order denying Mr. Damigo's motion for judgment as a matter of law and assigned docket # 1623 and 1629, together with any and all other matters not merged into the above listed documents.

Respectfully Submitted,

s/ James E. Kolenich PHV

_____
James E. Kolenich (77084)
KOLENICH LAW OFFICE 9435
Waterstone Blvd. #140 Cincinnati,
OH 45249
(513) 444-2150
(513) 297-6065 (fax)
(513) 324-0905 (cellular)
JEK318@gmail.com
*Trial Attorney for Nathan Damigo*

s/ Elmer Woodard
5661 US Hwy 29
Blairs, VA 24527
isuecrooks@comcast.net
*Trial Attorney for Nathan Damigo*

**CERTIFICATE OF SERVICE**

A true copy of the foregoing was served via the Court's CM/ECF system on January 30, 2023 upon all parties represented by Counsel.

Pro-se or others requiring service by other means were served as follows on January 30, 2023:

Jason Kessler
6256 Bullet Drive
Crestview, FL 32536

Richard Spencer
richardbspencer@icloud.com
richardbspencer@gmail.com

Vanguard America
c/o Dillon Hopper
dillon_hopper@protonmail.com

Christopher Cantwell
Christopher Cantwell 00991-509
USP Marion, 4500 Prison Rd.
P.O. Box 2000
Marion, IL 62959

Robert "Azzmador" Ray
azzmador@gmail.com

Elliott Kline a/k/a Eli Mosley
eli.f.mosley@gmail.com
deplorabletruth@gmail.com
eli.r.kline@gmail.com

s/ James E. Kolenich
_____
James E. Kolenich (77084)