United States District Court for the  Western District of Virginia

District of  Charlottesville

Docket Number  3:17-cv-00072

Sines et al

    v.         )
              )  Notice of Appeal
              )
Kessler et al          )

  Michael Hill, Michael Tubbs, & League of the South  (name all parties taking the appeal)*
appeal to the United States Court of Appeals for the  Fourth  Circuit from the final judgment entered on  1/9/23  (state the date the judgment was entered).

(s) Bryan Jones

Attorney for  M. Hill, M. Tubbs & LOS

Address: 106 W. South St. Suite 201

Charlottesville, VA 22902

[**Note to inmate filers:** *If you are an inmate confined in an institution and you seek the timing benefit of Fed. R. App. P. 4(c)(1), complete the Declaration of Inmate Filing and file that declaration along with this Notice of Appeal*]

* See Rule 3(c) for permissible ways of identifying appellants.

12/01/2021  SCC