United States District Court for the **WESTERN**

**VIRGINIA**

District of  CHARLOTTESVILLE DIVISION

Docket Number  3:17-cv-00072-NKM

ELIZABETH SINES, et al.,

    *Plaintiffs*,

    v.   )   Notice of Appeal

JASON KESSLER, et al.,

    *Defendants*.

Richard Spencer, Defendant, hereby gives notice to (name all parties taking the appeal)* appeal to the United States Court of Appeals for the  Fourth  Circuit from the final judgment entered on  December 30, 2022  (state the date the judgment was entered).

Dated:  January 28, 2023

Respectfully submitted,

(s) *[signature: Richard Spencer]*

~~Attorney for~~  *Pro Se*

Address:  734 Clearwater Drive

Whitefish, MT  59937