United States District Court for the  Western District of Virginia

District of  Charlottesville

Docket Number  3:17-cv-00072

Elizabeth Sines et. al

        v.                    )  Notice of Appeal

Jason Kessler et. al.

    Jeff Schoep_____(name all parties taking the appeal)*
appeal to the United States Court of Appeals for the Fourth Circuit from the final judgment entered on January 9, 2023 (state the date the judgment was entered).

(s) _____[signature]_____

~~Attorney for~~ Jeff Schoep, *Pro Se*

Address:  PO Box 66335

Roseville, MI 48066

[***Note to inmate filers:*** *If you are an inmate confined in an institution and you seek the timing benefit of Fed. R. App. P. 4(c)(1), complete the Declaration of Inmate Filing and file that declaration along with this Notice of Appeal*]

---

\* See Rule 3(c) for permissible ways of identifying appellants.

12/01/2021 SCC