United States District Court for the  Western

District of Virginia

Docket Number  3:17-cv-00072-NKM

Sines, et al

v.

Kessler, et al

) 
) 
)    Notice of Appeal
) 
) 

Christopher Cantwell  (name all parties taking the appeal)*
appeal to the United States Court of Appeals for the  4th  Circuit from the final judgment entered on  January 9th 2023  (state the date the judgment was entered).

(s) [signature]

Attorney for  Pro Se

Address: 497 Hooksett Rd Unit 312

Manchester NH 03104

[*Note to inmate filers:* If you are an inmate confined in an institution and you seek the timing benefit of Fed. R. App. P. 4(c)(1), complete the Declaration of Inmate Filing and file that declaration along with this Notice of Appeal]

\* See Rule 3(c) for permissible ways of identifying appellants.

12/01/2021  SCC

RECEIVED

2023 JAN 30  PM 3:29

U.S. COURT OF APPEALS
FOURTH CIRCUIT

Christopher [illegible]
497 ~~Hooksett Rd~~ Hooksett Rd
Unit 312
Manchester, NH 03431

MANCHESTER NH 030
26 JAN 2023 PM 2 L

Patricia S. Connor, Clerk
US Court of Appeals 4th Circuit
1100 East Main Street, Suite 501
Richmond, VA 23219

RECEIVED
U.S. MARSHALS

**UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT**
LEWIS F. POWELL, JR. UNITED STATES COURTHOUSE ANNEX
**1100 EAST MAIN STREET, SUITE 501**
RICHMOND, VIRGINIA  23219-3517
WWW.CA4.USCOURTS.GOV

| | |
|---|---:|
| **PATRICIA S. CONNOR**<br>CLERK | **TELEPHONE**<br>(804) 916-2700 |

January 31, 2023

Laura A. Austin, Clerk
U.S. District Court
Western District of Virginia
United States Courthouse
 255 West Main Street, Room 304
Charlottesville, VA 22902-5047

   **Re:** *Sines et al v. Christopher Cantwell*
      *3:17-cv-00072-NKM-JCH*

Dear Ms. Austin:

  The enclosed notice of appeal was received by this court on January 30, 2023.

  In accordance with Rule 4(d) of the Federal Rules of Appellate Procedure, the notice has been date stamped and is being forwarded to your court for appropriate disposition.  *See* FRAP 4(d) ("If a notice of appeal in either a civil or a criminal case is mistakenly filed in the court of appeals, the clerk of that court must note on the notice the date when it was received and send it to the district clerk. The notice is then considered filed in the district court on the date so noted.").

  If this notice of appeal duplicates a notice already received by the district court, the notice need not be transmitted to this court a second time.

           Yours truly,

           */s/ Patricia S. Connor*

           Patricia S. Connor

PSC:dlg
Enclosure

 cc: Christopher Cantwell (w/ stamped 1st page)
    497 Hooksett Road
    Unit 312
    Manchester, NH  03431