Case 3:17-cv-00072-NKM-JCH   Document 1644   Filed 02/02/23   Page 1 of 2   Pageid#: 30902

FILED: February 2, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 23-1119
(3:17-cv-00072-NKM-JCH)

_____

ELIZABETH SINES; SETH WISPELWEY; MARISSA BLAIR; APRIL MUNIZ; MARCUS MARTIN; NATALIE ROMERO; CHELSEA ALVARADO; THOMAS BAKER

   Plaintiffs - Appellees

 and

TYLER MAGILL; HANNAH PEARCE

   Plaintiffs

v.

MICHAEL HILL; MICHAEL TUBBS; LEAGUE OF THE SOUTH

   Defendants - Appellants

 and

JASON KESSLER; RICHARD SPENCER; CHRISTOPHER CANTWELL; JAMES ALEX FIELDS, JR.; VANGUARD AMERICA; ANDREW ANGLIN; MOONBASE HOLDINGS, LLC.; ROBERT AZZMADOR RAY; NATHAN DAMIGO; ELLIOTT KLINE, a/k/a Eli Mosely; IDENTITY EVROPA; MATTHEW HEIMBACH; DAVID MATTHEW PARROTT, a/k/a Matthew Parrott; TRADITIONALIST WORKER PARTY; JEFF SCHOEP; NATIONAL SOCIALIST MOVEMENT; NATIONALIST FRONT; AUGUSTUS SOL INVICTUS; FRATERNAL ORDER OF THE ALT-KNIGHTS; MICHAEL ENOCH PEINOVICH; LOYAL WHITE KNIGHTS OF THE KU KLUX KLAN;

EAST COAST KNIGHTS OF THE KU KLUX KLAN, a/k/a East Coast Knights of the True Invisible Empire

    Defendants

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the Western District of Virginia at Charlottesville |
| Originating Case Number | 3:17-cv-00072-NKM-JCH |
| Date notice of appeal filed in originating court: | 01/30/2023 |
| Appellant(s) | Michael Hill, Michael Tubbs, League of the South |
| Appellate Case Number | 23-1119 |
| Case Manager | Marcy E. Beall<br>804-916-2702 |