United States District Court for the Western

District of Virginia

Docket Number 3:17-cv-00072-NKM

Sines, et al

v.                                    ) Notice of Appeal

Kessler, et al

Christopher Cantwell _____ (name all parties taking the appeal)*
appeal to the United States Court of Appeals for the ___4th___ Circuit from the final judgment
entered on _____January 9th 2023_____ (state the date the judgment was entered).

(s) Christopher Cantwell

Attorney for Pro Se

Address: 497 Hooksett Rd Unit 312

Manchester, NH 03431

[*Note to inmate filers: If you are an inmate confined in an institution and you seek the timing benefit of Fed. R. App. P. 4(c)(1), complete the Declaration-of-Inmate Filing-and-file that declaration along with this Notice of Appeal]*

* See Rule 3(c) for permissible ways of identifying appellants.

12/01/2021 SCC

 **Gmail**

**christopher.cantwell <christopher.cantwell@gmail.com>**

## Notices of Appeal

**Christopher Cantwell** <christopher.cantwell@gmail.com>　　　　　　　　　　　　Mon, Jan 30, 2023 at 5:54 PM
To: HeidiW@vawd.uscourts.gov

Greetings,

I had mailed my notice of appeal directly to the 4th circuit along with a $500 check.

From today's entries on the docket, it appears I should have sent this to the court.

I have attached such notice to this message for adding to the district court docket, and will put the physical copy in the mail tomorrow.

--
Regards,
Christopher Cantwell
Blogger at ChristopherCantwell.net
Host of Radical Agenda
Skype: Radical Agenda

📎 **Notice of Appeal from Judgment of District Court-signed.pdf**
33K

Christopher Cantwell
497 Hooksett Rd
Unit 312
Manchester NH 03431

MANCHESTER NH 030
1 FEB 2023 PM 3 L

Clerk
US District Court
Western District of Virginia
Charlottesville Division
255 West Main Street
Room 304
Charlottesville, VA 22902

22902-505879