# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

March 22, 2023

_____

### RECORD REQUEST
_____

No. 23-1125,  <u>Elizabeth Sines v. Christopher Cantwell</u>
3:17-cv-00072-NKM-JCH

TO: Laura A. Austin

Please transmit the record in the above-referenced case to this court, including any paper, sealed, or highly sensitive portions of the record, any state court records, and any agency records filed in the district court. For appeals in criminal cases, the presentence report and statement of reasons are required.

Any highly sensitive documents **must** be sent to our court in paper form in a sealed envelope marked **HIGHLY SENSITIVE DOCUMENT**. Mark the envelope as **(original)** if it contains an original document which must be returned. Mark the envelope as **(copy)** if the document does not need to be returned.

If there is anything that will delay transmission of the record, please notify me.

Marcy E. Beall, Deputy Clerk
804-916-2702