UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| ELIZABETH SINES, SETH WISPELWEY, MARISSA BLAIR, APRIL MUÑIZ, MARCUS MARTIN, NATALIE ROMERO, CHELSEA ALVARADO, JOHN DOE, and THOMAS BAKER,<br><br>Plaintiffs,<br><br>v.<br><br>JASON KESSLER, RICHARD SPENCER, CHRISTOPHER CANTWELL, JAMES ALEX FIELDS, JR., VANGUARD AMERICA, ANDREW ANGLIN, MOONBASE HOLDINGS, LLC, ROBERT "AZZMADOR" RAY, NATHAN DAMIGO, ELLIOT KLINE a/k/a ELI MOSLEY, IDENTITY EVROPA, MATTHEW HEIMBACH, MATTHEW PARROTT a/k/a DAVID MATTHEW PARROTT, TRADITIONALIST WORKER PARTY, MICHAEL HILL, MICHAEL TUBBS, LEAGUE OF THE SOUTH, JEFF SCHOEP, NATIONAL SOCIALIST MOVEMENT, NATIONALIST FRONT, AUGUSTUS SOL INVICTUS, FRATERNAL ORDER OF THE ALT-KNIGHTS, MICHAEL "ENOCH" PEINOVICH, LOYAL WHITE KNIGHTS OF THE KU KLUX KLAN, and EAST COAST KNIGHTS OF THE KU KLUX KLAN a/k/a EAST COAST KNIGHTS OF THE TRUE INVISIBLE EMPIRE,<br><br>Defendants. | Civil Action No: 3:17-cv-00072-NKM |

**AMENDED CERTIFICATE OF SERVICE**

The undersigned hereby certifies that Plaintiffs' Notice of Cross-Appeal (ECF 1649) was filed with the Clerk of the Court using the CM/ECF system on February 8, 2023. Plaintiffs served all Defendants who are ECF participants via the CM/ECF electronic filing notice, and all Defendants who are not ECF participants via U.S. Mail (First Class, postage prepaid) and/or electronic mail. *See* ECF 1649. Plaintiffs have since received notices of undeliverable mail for

some Defendants and have undertaken steps to find new physical mail and/or electronic mail addresses for those Defendants. Today, in an abundance of caution, Plaintiffs are re-serving the Notice of Cross-Appeal on all Defendants, including at any address from which mail has been returned as undeliverable and at any new address Plaintiffs have found. Additionally, while not all Defendants have consented to service via electronic mail, Plaintiffs are emailing the Notice of Cross-Appeal to all Defendants for whom they have electronic mailing addresses. The undersigned certifies that copies of the Notice of Cross-Appeal, with the attached amended certificate of service, were served on this 11th day of April 2023, via U.S. Mail (First Class, postage prepaid) and/or electronic mail, on the non-ECF participants as listed in the amended certificate of service.[1]

By: _____
Raymond P. Tolentino
KAPLAN HECKER & FINK LLP
1050 K Street NW, Suite 1040
Washington, DC 20001
Telephone: (212) 763-0883
rtolentino@kaplanhecker.com

*Counsel for Plaintiffs*

---

[1] In addition to the above-described service via U.S. Mail and electronic mail, Plaintiffs emailed the Notice of Cross-Appeal to the following Defendant who has not consented to service via electronic mail: Jeff Schoep (commander@newsaxon.org).

## CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2023, I served the following via ECF:

Elmer Woodard
5661 US Hwy 29
Blairs, VA 24527
isuecrooks@comcast.net

James E. Kolenich
Kolenich Law Office
9435 Waterstone Blvd. #140
Cincinnati, OH 45249
jek318@gmail.com

*Counsel for Defendants Nathan Damigo, Identity Europa, Inc. (Identity Evropa)*

Bryan Jones
106 W. South St., Suite 211
Charlottesville, VA 22902
bryan@bjoneslegal.com

*Counsel for Defendants Michael Hill, Michael Tubbs, and League of the South*

Joshua Smith
Smith LLC
807 Crane Avenue
Pittsburgh, PA 15216-2079
joshsmith2020@gmail.com

*Counsel for Defendants Matthew Parrott, Traditionalist Worker Party, and Matthew Heimbach*

David L. Campbell
Justin Saunders Gravatt
Duane, Hauck, Davis & Gravatt, P.C.
100 West Franklin Street, Suite 100
Richmond, VA 23220
dcampbell@dhdglaw.com
jgravatt@dhdglaw.com

*Counsel for Defendant James A. Fields, Jr.*

William Edward ReBrook, IV
The ReBrook Law Office
6013 Clerkenwell Court
Burke, VA 22015
edward@rebrooklaw.com
rebrooklaw@gmail.com

*Counsel for Defendants Jeff Schoep, National Socialist Movement, Nationalist Front, Matthew Parrott, Traditionalist Worker Party, and Matthew Heimbach*

## CERTIFICATE OF SERVICE

I further hereby certify that on April 11, 2023, I also served the following via electronic mail:

Richard Spencer
richardbspencer@icloud.com
richardbspencer@gmail.com

Christopher Cantwell
christopher.cantwell@gmail.com

Vanguard America
c/o Dillon Hopper
dillon_hopper@protonmail.com

Robert "Azzmador" Ray
azzmador@gmail.com

Elliott Kline a/k/a Eli Mosley
eli.f.mosley@gmail.com
deplorabletruth@gmail.com
eli.r.kline@gmail.com

I hereby certify that on April 11, 2023, I also served the following by physical mail:

Jason Kessler
6256 Bullet Dr.
Crestview, FL 32536

Richard Spencer
734 Clearwater Drive
Whitefish, MT 59937

1100 Wythe Street, Unit 1812
Alexandria, VA 22313

Vanguard America
c/o Dillon Hopper
383 Hazzard Street
Scottsburg, IN 47170

Moonbase Holdings, LLC
c/o Andrew Anglin
6827 N. High Street, Ste. 121
Worthington, OH 43085

P.O. Box 208
Worthington, OH 43085

Robert "Azzmador" Ray
22345 Cherry Lane
Frankston, TX 75763

Elliott Kline a/k/a Eli Mosley
117 Mesa Drive
Reading, PA 19608

Jeff Schoep
P.O. Box 13768
Detroit, MI 48213

Augustus Sol Invictus
424 E. Central Blvd #156
Orlando, FL 32801

22803 Rausch Avenue
Eastpointe, MI 48021

Fraternal Order of the Alt-Knights
c/o Kyle Sean Chapman
52 Lycett Circle
Daly City, CA 94015

Loyal White Knights of the Ku Klux Klan
c/o Chris and Amanda Barker
2364 US Highway 158 E
Yanceyville, NC 27379

East Coast Knights of the Ku Klux Klan
a/k/a East Coast Knights of the True Invisible
Empire
26 South Pine St.
Red Lion, PA 17356

/s/ Raymond P. Tolentino
Raymond P. Tolentino
KAPLAN HECKER & FINK LLP

*Counsel for Plaintiffs*