UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
Charlottesville Division

| | |
|---|---|
| ELIZABETH SINES, SETH WISPELWEY, MARISSA BLAIR, APRIL MUÑIZ, MARCUS MARTIN, NATALIE ROMERO, CHELSEA ALVARADO, JOHN DOE, and THOMAS BAKER,<br><br>　　　　　　　　　　Plaintiffs,<br><br>　　v.<br><br>JASON KESSLER, et al.,<br><br>　　　　　　　　　　Defendants. | Civil Action No. 3:17-cv-00072-NKM |

NOTICE OF CHANGE OF CONTACT INFORMATION
AND FIRM AFFILIATION

Please take notice that Yotam Barkai, counsel for Plaintiffs Elizabeth Sines, Seth Wispelwey, Marissa Blair, April Muñiz, Marcus Martin, Natalie Romero, Chelsea Alvarado, John Doe and Thomas Baker, has changed his firm affiliation and contact information. Mr. Barkai is now affiliated with Paul, Weiss, Rifkind, Wharton & Garrison LLP. The new address, telephone number, facsimile number, and email for Mr. Barkai are as follows:

　　Yotam Barkai
　　PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
　　1285 Avenue of the Americas
　　New York, NY 10019-6064
　　Telephone: (212) 373-3000
　　Fax: (212) 757-3990
　　ybarkai@paulweiss.com

Dated:  June 22, 2023

　　　　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

Roberta A. Kaplan (*pro hac vice*)
Julie E. Fink (*pro hac vice*)
Raymond Tolentino (*pro hac vice*)
Gabrielle E. Tenzer (*pro hac vice*)
Alexandra K. Conlon (*pro hac vice*)
KAPLAN HECKER & FINK LLP
350 Fifth Avenue, 63rd Floor
New York, NY 10118
Telephone: (212) 763-0883
rkaplan@kaplanhecker.com
jfink@kaplanhecker.com
rtolentino@kaplanhecker.com
gtenzer@kaplanhecker.com
aconlon@kaplanhecker.com

Alan Levine (*pro hac vice*)
Philip Bowman (*pro hac vice*)
COOLEY LLP
55 Hudson Yards
New York, NY 10001
Telephone: (212) 479-6260
Fax: (212) 479-6275
alevine@cooley.com
pbowman@cooley.com

David E. Mills (*pro hac vice*)
Joshua M. Siegel (VSB 73416)
Caitlin B. Munley (*pro hac vice*)
Samantha A Strauss (*pro hac vice*)
Alexandra Eber (*pro hac vice*)
Khary J. Anderson (*pro hac vice*)
COOLEY LLP
1299 Pennsylvania Avenue, NW
Suite 700
Washington, DC 20004
Telephone: (202) 842-7800
Fax: (202) 842-7899
dmills@cooley.com
jsiegel@cooley.com
cmunley@cooley.com
sastrauss@cooley.com
aeber@cooley.com
kanderson@cooley.com

/s/ Yotam Barkai
Yotam Barkai (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3000
Fax: (212) 757-3990
ybarkai@paulweiss.com

Karen L. Dunn (*pro hac vice*)
Jessica Phillips (*pro hac vice*)
William A. Isaacson (*pro hac vice*)
Arpine S. Lawyer (*pro hac vice*)
Matteo Godi (*pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
2001 K Street, NW
Washington, DC 20006-1047
Telephone: (202) 223-7300
Fax: (202) 223-7420
kdunn@paulweiss.com
jphillips@paulweiss.com
wisaacson@paulweiss.com
alawyer@paulweiss.com
mgodi@paulweiss.com

Robert T. Cahill (VSB 38562)
COOLEY LLP
11951 Freedom Drive, 14th Floor
Reston, VA 20190-5656
Telephone: (703) 456-8000
Fax: (703) 456-8100
rcahill@cooley.com

J. Benjamin Rottenborn (VSB 84796)
WOODS ROGERS VANDEVENTER
BLACK
10 South Jefferson St., Suite 1800
Roanoke, VA 24011
Telephone: (540) 983-7600
Fax: (540) 983-7711
brottenborn@woodsrogers.com

*Counsel for Plaintiffs*

3

## CERTIFICATE OF SERVICE

I hereby certify that on June 22, 2023, I served the following via ECF:

David L. Campbell
Justin Saunders Gravatt
Duane, Hauck, Davis & Gravatt, P.C.
100 West Franklin Street, Suite 100
Richmond, VA 23220
dcampbell@dhdglaw.com
jgravatt@dhdglaw.com

*Counsel for Defendant James A. Fields, Jr.*

Joshua Smith
Smith LLC
807 Crane Avenue
Pittsburgh, PA 15216-2079
joshsmith2020@gmail.com

*Counsel for Defendants Matthew Heimbach, Matthew Parrott, and Traditionalist Worker Party*

Bryan Jones
106 W. South St., Suite 211
Charlottesville, VA 22902
bryan@bjoneslegal.com

*Counsel for Defendants Michael Hill, Michael Tubbs, and League of the South*

Elmer Woodard
5661 US Hwy 29
Blairs, VA 24527
isuecrooks@comcast.net

James E. Kolenich
Kolenich Law Office
9435 Waterstone Blvd. #140
Cincinnati, OH 45249
JIM@TradLawyer.com

*Counsel for Defendants Nathan Damigo and Identity Europa, Inc. (Identity Evropa)*

William Edward ReBrook, IV
The ReBrook Law Office
6013 Clerkenwell Court
Burke, VA 22015

1420 Cardinal Road
Charleston, WV 25314
edward@rebrooklaw.com
rebrooklaw@gmail.com

*Counsel for Defendants Matthew Heimbach, Matthew Parrott, Traditionalist Worker Party, National Socialist Movement, and Nationalist Front*

      I further hereby certify that on June 22, 2023, I also served the following via electronic mail:

Christopher Cantwell
christopher.cantwell@gmail.com

Richard Spencer
richardbspencer@gmail.com
richardbspencer@icloud.com

Vanguard America c/o Dillon Hopper
dillon_hopper@protonmail.com

Robert "Azzmador" Ray
azzmador@gmail.com

Elliott Kline a/k/a Eli Mosley
eli.f.mosley@gmail.com
deplorabletruth@gmail.com
eli.r.kline@gmail.com

Jeff Schoep
jeffschoep@protonmail.com

      I further hereby certify that on June 22, 2023, I also caused the following to be served by physical mail:

Jason Kessler
6256 Bullet Dr.
Crestview, FL 32536

1100 Wythe Street, Unit 1812
Alexandria, VA 22313

Fraternal Order of the Alt-Knights
c/o Kyle Sean Chapman
52 Lycett Circle
Daly City, CA 94015

East Coast Knights of the Ku Klux Klan
a/k/a East Coast Knights of the True Invisible Empire
26 South Pine St. Red Lion, PA 17356

Moonbase Holdings, LLC
c/o Andrew Anglin
6827 N. High Street, Ste. 121
Worthington, OH 43085

P.O. Box 208
Worthington, OH 43085

Augustus Sol Invictus
424 E. Central Blvd #156
Orlando, FL 32801

Loyal White Knights of the Ku Klux Klan
c/o Chris and Amanda Barker
2364 US Highway 158 E
Yanceyville, NC 27379

/s/ *Yotam Barkai*
Yotam Barkai
Paul, Weiss, Rifkind, Wharton & Garrison LLP

*Counsel for Plaintiffs*