OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
FOR THE WESTERN DISTRICT OF VIRGINIA
255 WEST MAIN STREET
ROOM 304
CHARLOTTESVILLE, VIRGINIA 22902

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

RICHMOND VA 230
27 JUN 2023 PM 6 L


$0.60
US POSTAGE
FIRST-CLASS
062S0011294893
22802

Michael Enoch Peinovich
P.O. Box 1069
Hopewell Junction, NY 12533

NIXIE    076  FE 1         0007/29/23
          RETURN TO SENDER
     NOT DELIVERABLE AS ADDRESSED
            UNABLE TO FORWARD

UTF
22902>505        BC: 22902505879    *1950-00295-27-44
12533-106969