CLERKS OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED

September 16, 2024
LAURA A. AUSTIN, CLERK
BY   s/ S. MELVIN
DEPUTY CLERK

**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**Charlottesville Division**

ELIZABETH SINES, SETH WISPELWEY,
MARISSA BLAIR, APRIL MUÑIZ, MARCUS
MARTIN, NATALIE ROMERO, CHELSEA
ALVARADO, JOHN DOE, and THOMAS
BAKER,

                     Plaintiffs,

     v.

JASON KESSLER, et al.,

                     Defendants.

**Civil Action No. 3:17-cv-00072-NKM**

## ORDER

THIS CAUSE is on remand from the United States Court of Appeals for the Fourth

Circuit.

Three appeals from this Court's judgment remain pending: Appeal 23-1112 (Spencer);

and Appeals 23-1123 (Schoep) and 23-1125 (Cantwell) which have been consolidated. Dkt.

1676. As the outcome of those appeals should not affect consideration of the remanded matters,

the Court will proceed to amend its judgment.

The Fourth Circuit has determined that Virginia's punitive damages cap applies on a per

plaintiff basis and has instructed this Court to apply the cap accordingly. See Sines v. Hill, 106

F.4th 341, 355 (4th Cir. 2024). The parties are directed to file a proposed amended judgment

comporting with the Fourth Circuit's Ruling within fourteen (14) days.

It is so **ORDERED.**

The Clerk of Court is directed to send a copy of this Order to the parties.

Date: September 16, 2024

_____
NORMAN K. MOON
SENIOR UNITED STATES DISTRICT JUDGE