OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
255 WEST MAIN STREET
ROOM 304
CHARLOTTESVILLE, VIRGINIA 22902

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

RICHMOND VA RPDC 230
16 SEP 2024 PM 5 L

NIXIE    171    FE 1    0009/22/24
RETURN TO SENDER
NOT DELIVERABLE AS ADDRESSED
UNABLE TO FORWARD
BC: 22902505879    *2792-02161-22-31

$0.69
US POSTAGE
FIRST-CLASS
062S0011263234
FROM 22902

East Coast Knights of the Ku Klux Klan
a/k/a East Coast Knights of the True Invisible Empire
26 South Pine St.
Red Lion, PA 17356

CLERK'S OFFICE U.S. DISTRICT COURT
AT CHARLOTTESVILLE, VA
FILED
SEP 30 2024
LAURA A. AUSTIN, CLERK
BY: /s/
DEPUTY CLERK

17356-211426