OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
255 WEST MAIN STREET
ROOM 304
CHARLOTTESVILLE, VIRGINIA 22902

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

RICHMOND VA RPDC 230
16 SEP 2024 PM 2 L

CLERK'S OFFICE U.S. DISTRICT COURT
AT CHARLOTTESVILLE, VA
FILED

SEP 30 2024

LAURA A. AUSTIN, CLERK
BY: /s/ S. Nu
DEPUTY CLERK

Vanguard America
c/o Dillon Hopper
383 Hazzard St
Scottsburg, IN 4

Forward
9-19-024

$0.69
US POSTAGE
FIRST-CLASS
062S0011263234
FROM 22902

NIXIE        402    FE 1         0009/23/24
            RETURN TO SENDER
         ATTEMPTED - NOT KNOWN
            UNABLE TO FORWARD

BC: 22902505879    *2870-00856-23-25

Once again —
I am not
Vanguard or
Dillon Hopper & he does not live here