**Hecker Fink LLP**

350 FIFTH AVENUE | 63RD FLOOR
NEW YORK, NEW YORK 10118

1050 K STREET NW | SUITE 1040
WASHINGTON, DC 20001

TEL (212) 763-0883 | FAX (212) 564-0883

WWW.HECKERFINK.COM

DIRECT DIAL    212.763.0883
DIRECT EMAIL   gtenzer@heckerfink.com

September 30, 2024

**BY ECF**

The Honorable Norman K. Moon
United States District Judge
Western District of Virginia
P.O. Box 657
Lynchburg, VA 24505

Re:   *Sines, et al. v. Kessler, et al.*, 3:17 Civ. 72 (NKM) (W.D. Va.)

Dear Judge Moon:

In accordance with the Court's September 16, 2024 order, *see* ECF 1686, Plaintiffs Elizabeth Sines, Seth Wispelwey, April Muñiz, Marcus Martin, Natalie Romero, Chelsea Alvarado, Devin Willis, and Thomas Baker submit the attached proposed amended judgment.

We requested Defendants' positions on the proposed amended judgment by sending a copy, along with a copy of the Court's September 16, 2024 order, by USPS Priority Mail Express and email to all Defendants and their counsel, if any, on Wednesday, September 25, 2024. We used the same physical addresses and email addresses as are listed in the certificate of service for this filing. We requested any feedback by Sunday, September 29, 2024 at 5:00 p.m. (ET). No Defendants responded except Defendant Damigo, who (through counsel) consented to the proposed amended judgment and reserved his rights relative to the judgment in bankruptcy court.

We separately bring to the Court's attention the recent passing of Plaintiff Marissa Blair. Sadly, Ms. Blair passed away on Thursday, September 19, 2024. While we are not yet aware of the identity of any successor to (or representative for) Ms. Blair, we anticipate that a successor or representative will move to substitute in the coming weeks. *See* Fed. R. Civ. P. 25(a)(1).

Respectfully submitted,

Gabrielle E. Tenzer

**Hecker Fink LLP**

2

Of Counsel:

Julie E. Fink *(pro hac vice)*
Gabrielle E. Tenzer *(pro hac vice)*
HECKER FINK LLP
350 Fifth Avenue, 63rd Floor
New York, New York 10118
Telephone: (212) 763-0883
jfink@heckerfink.com
gtenzer@heckerfink.com

Roberta A. Kaplan *(pro hac vice)*
KAPLAN MARTIN LLP
156 West 56th Street, Suite 207
New York, New York 10019
Telephone: (212) 316-9500
rkaplan@kaplanmartin.com

Robert T. Cahill (VSB 38562)
COOLEY LLP
11951 Freedom Drive, 14th Floor
Reston, VA 20190
Telephone: (703)-456-8000
Fax: (703) 456-8011
rcahill@cooley.com

David E. Mills *(pro hac vice)*
Joshua M. Siegel (VSB 73416)
Caitlin B. Munley *(pro hac vice)*
Samantha A. Strauss *(pro hac vice)*
Alexandra Eber *(pro hac vice)*
COOLEY LLP
1299 Pennsylvania Avenue NW, Suite 700
Washington, DC 20004
Telephone: (202) 842-7800
Fax: (202) 842-7899
dmills@cooley.com
jsiegel@cooley.com
cmunley@cooley.com
sstrauss@cooley.com
aeber@cooley.com

Karen L. Dunn *(pro hac vice)*
Jessica E. Phillips *(pro hac vice)*
William A. Isaacson *(pro hac vice)*
Arpine S. Lawyer *(pro hac vice)*
Matteo Godi *(pro hac vice)*
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
2001 K Street, NW
Washington, DC 20006
Telephone: (202) 223-7300
Fax: (202) 223-7420
kdunn@paulweiss.com
jphillips@paulweiss.com
wisaacson@paulweiss.com
alawyer@paulweiss.com
mgodi@paulweiss.com

Yotam Barkai *(pro hac vice)*
PAUL, WEISS, RIFKIND, WHARTON &
GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
Fax: (212) 757-3990
ybarkai@paulweiss.com

Alan Levine *(pro hac vice)*
Philip Bowman *(pro hac vice)*
Amanda L. Liverzani *(pro hac vice)*
COOLEY LLP
55 Hudson Yards
New York, NY 10001
Telephone: (212) 479-6260
Fax: (212) 479-6275
alevine@cooley.com
pbowman@cooley.com
aliverzani@cooley.com

J. Benjamin Rottenborn (VSB 84796)
WOODS ROGERS PLC
10 South Jefferson St., Suite 1400
Roanoake, VA 24011
Telephone: (540) 983-7600
brottenborn@woodsroger.com

*Counsel for Plaintiffs*