OFFICE OF THE CLERK
**UNITED STATES DISTRICT COURT**
FOR THE WESTERN DISTRICT OF VIRGINIA
255 WEST MAIN STREET
ROOM 304
CHARLOTTESVILLE, VIRGINIA 22902

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

RICHMOND VA RPDC 230

16 SEP 2024  PM 3 L

$0.690
US POSTAGE
FIRST-CLASS
062S0011263234
FROM 22902

NIXIE      482   DE 1          0009/28/24

RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD

BC: 22902505879    *1650-02163-16-46

Jeff Schoep
P.O. Box 13768
Detroit, MI 48213

CLERK'S OFFICE U.S. DISTRICT COURT
AT CHARLOTTESVILLE, VA
FILED

OCT 0 4 2024

LAURA A. AUSTIN, CLERK
BY
DEPUTY CLERK