

Case 3:17-cv-00072-NKM-JCH    Document 1692    Filed 10/08/24    Page 1 of 1    Pageid#: 31246

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
255 WEST MAIN STREET
ROOM 304
CHARLOTTESVILLE, VIRGINIA 22902

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

RICHMOND VA RPDC 230
16 SEP 2024 PM 5 L

NIXIE        430   DE  1         0010/04/24
             RETURN TO SENDER
             NO SUCH NUMBER
             UNABLE TO FORWARD
BC: 22902505879        *1850-03943-16-46

Moonbase Holdings, LLC
c/o Andrew Anglin
6827 N. High Street, Ste. 121
Worthington, OH 43085

CLERK'S OFFICE U.S. DISTRICT COURT
AT CHARLOTTESVILLE, VA
FILED

OCT 08 2024

LAURA A. AUSTIN, CLERK
BY: /s/
DEPUTY CLERK