Case 3:17-cv-00072-NKM-JCH   Document 1693   Filed 10/21/24   Page 1 of 1   Pageid#: 31247

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
255 WEST MAIN STREET
ROOM 304
CHARLOTTESVILLE, VIRGINIA 22902

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

RICHMOND VA RPDC 230

16 SEP 2024 PM 5 L

$0.69
US POSTAGE
FIRST-CLASS
062S0011263234
FROM 22902

CLERK'S OFFICE U.S. DISTRICT COURT
AT CHARLOTTESVILLE, VA
FILED

OCT 21 2024

LAURA A. AUSTIN, CLERK
BY: S. Mu
   DEPUTY CLERK

P.O. Box 208
Worthington,

-R-T-S-   430852010-1N   10/09/24

RETURN TO SENDER
INSUFFICIENT ADDRESS
UNABLE TO FORWARD
RETURN TO SENDER

FWD
43085-020808