Case 3:17-cv-00072-NKM-JCH   Document 1694   Filed 10/24/24   Page 1 of 1   Pageid#: 31248

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
255 WEST MAIN STREET
ROOM 304
CHARLOTTESVILLE, VIRGINIA 22902

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

RICHMOND VA RPDC 230
9 OCT 2024 PM 5 L

NIXIE        958    FE 1        0010/17/24
            RETURN TO SENDER
            ATTEMPTED - NOT KNOWN
            UNABLE TO FORWARD

BC: 22902505879         *2772-03431-17-27

CLERK'S OFFICE U.S. DISTRICT CO.
AT CHARLOTTESVILLE
FILED
OCT 24 2024
LAURA A.
BY: /s/
DEPUTY CLERK

Fraternal Order of the Alt-Knights
c/o Kyle Sean Chapman
52 Lycett Circle
Daly City, CA 9401