Case 3:17-cv-00072-NKM-JCH   Document 1695   Filed 11/01/24   Page 1 of 1   Pageid#: 31249

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
255 WEST MAIN STREET
ROOM 304
CHARLOTTESVILLE, VIRGINIA 22902

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

RICHMOND VA RPDC 230
16 SEP 2024 PM 3 L

CLERK'S OFFICE U.S. DISTRICT COURT
AT CHARLOTTESVILLE, VA
FILED
NOV 01 2024
LAURA A. AUSTIN, CLERK
BY: /s/
DEPUTY CLERK

Augustus Sol Invictus
424 E. Central Blvd #156
Orlando, FL 32801

RETURN TO SENDER

NIXIE        339   FE 1           0010/26/24
          RETURN TO SENDER
     NOT DELIVERABLE AS ADDRESSED
          UNABLE TO FORWARD
BC: 22902505879         *1650-01815-16-46

US POSTAGE FIRST-CLASS $0.69
stamps.com