Case 3:17-cv-00072-NKM-JCH   Document 1696   Filed 11/04/24   Page 1 of 1   Pageid#: 31250

OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
255 WEST MAIN STREET
ROOM 304
CHARLOTTESVILLE, VIRGINIA 22902

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

RICHMOND VA RPDC 230
16 SEP 2024 PM 3 L

CLERK'S OFFICE U.S. DISTRICT COURT
AT CHARLOTTESVILLE, VA
FILED
NOV 01 2024
LAURA A. AUSTIN, CLERK
BY: /s/
DEPUTY CLERK

Augustus Sol Invictus
424 E. Central Blvd #156
Orlando, FL 32801

$0.69
US POSTAGE
FIRST-CLASS
062S0011263234
FROM 22902

RETURN TO SENDER

NIXIE         339   FE 1         0010/26/24
           RETURN TO SENDER
      NOT DELIVERABLE AS ADDRESSED
           UNABLE TO FORWARD
BC: 22902503879      *1650-01815-16-46