# EXHIBIT A

**VERIFY PRESENCE OF WATERMARK — HOLD TO LIGHT TO VIEW**

# COMMONWEALTH OF VIRGINIA
### DEPARTMENT OF HEALTH – OFFICE OF VITAL RECORDS

**5344680**

## COMMONWEALTH OF VIRGINIA - CERTIFICATE OF DEATH
### DEPARTMENT OF HEALTH - DIVISION OF VITAL RECORDS - RICHMOND

**DATE RECORD FILED:** SEPTEMBER 27, 2024
**STATE FILE NUMBER:** 24-055468

**1. FULL NAME OF DECEDENT:** MARISSA KRISTINA BLAIR
**2. SEX:** FEMALE
**3. DATE OF DEATH:** SEPTEMBER 19, 2024 (ACTUAL)
**4. DATE OF BIRTH:** [redacted] 1989
**5. AGE:** 35 Years
**6. WAS DECEDENT EVER IN U.S. ARMED FORCES?:** NO
**7. BIRTHPLACE:** VIRGINIA
**8. SOCIAL SECURITY NUMBER:** [redacted] 1866
**9. STREET ADDRESS:** 1289 SWAN LAKE DRIVE
**10. CITY OR TOWN OF RESIDENCE:** CHARLOTTESVILLE
**INSIDE CITY OR TOWN LIMITS?:** YES
**11. COUNTY OF DECEDENT'S RESIDENCE:** (blank)
**12. U.S. STATE OF DECEDENT'S RESIDENCE:** VIRGINIA
**12a. ZIP CODE:** 22902
**13. RACE OF DECEDENT:** BLACK OR AFRICAN AMERICAN
**14. DECEDENT OF HISPANIC ORIGIN?:** NON-HISPANIC
**15. EDUCATION:** DOCTORATE/PROFESSIONAL DEGREE
**16. CITIZEN OF WHAT COUNTRY:** UNITED STATES OF AMERICA
**17. USUAL OR LAST OCCUPATION:** ATTORNEY
**18. KIND OF BUSINESS OR INDUSTRY:** LAW
**19. MARITAL STATUS:** DIVORCED
**20. NAME OF SPOUSE:** (blank — divorced)
**21. FULL NAME OF DECEDENT'S FATHER OR PARENT II:** GARNELL OGENE BLAIR JR.
**21a. GENDER:** MALE
**22. FULL NAME OF DECEDENT'S MOTHER OR PARENT I:** SORONYA LOMBRE
**22a. GENDER:** FEMALE
**23. INFORMANT'S RELATIONSHIP OR SOURCE OF INFORMATION:** MOTHER/PARENT I
**24. FULL NAME OF INFORMANT OR NAME OF SOURCE:** SORONYA HUDSON
**25. NAME OF HOSPITAL OR INSTITUTION OF DEATH:** UNIVERSITY OF VIRGINIA MEDICAL CENTER
**25a. IF DEATH OCCURRED IN HOSPITAL:** INPATIENT
**26. SPECIFY IF DEATH OCCURRED SOMEWHERE OTHER THAN A HOSPITAL:** (none checked)
**27. CITY OR TOWN OF DEATH:** CHARLOTTESVILLE
**28. STREET ADDRESS OR RT. NO OF PLACE OF DEATH:** 1215 LEE STREET
**28a. ZIP CODE:** 22903
**28b. COUNTY OF DEATH:** (blank)
**29. METHOD OF DISPOSITION:** BURIAL
**30. PLACE OF DISPOSITION - NAME OF CEMETERY OR CREMATORY:** PINE HILL BAPTIST CHURCH CEMETERY
**31. PLACE OF DISPOSITION - STREET ADDRESS:** 108 MORSE LANE
**31a. CITY / COUNTY:** LOWESVILLE
**31b. STATE:** VIRGINIA
**31c. ZIP CODE:** 22922
**31d. COUNTRY:** (blank)
**32. SIGNATURE OF FUNERAL DIRECTOR/LICENSEE:** /S/ CHRISTOPHER FREEMAN THARP
**32a. LICENSEE'S NO.:** 0502900763
**32b. NAME OF FUNERAL HOME OR FACILITY:** THARP FUNERAL HOME AND CREMATORY, INC.
**33. NAME OF FUNERAL DIRECTOR / LICENSEE:** CHRISTOPHER FREEMAN THARP
**33a. STREET ADDRESS OF FUNERAL HOME / FACILITY:** 220 BREEZEWOOD DR LYNCHBURG VIRGINIA 24502
**34. TIME OF DEATH:** 04:33 P.M. (ACTUAL)

**35. PART I. CAUSE OF DEATH:**

| | Cause | Interval between onset and death |
|---|---|---|
| (A) IMMEDIATE CAUSE | OBSTRUCTIVE SHOCK | MINUTES |
| (B) DUE TO | HIGH-RISK PULMONARY EMBOLISM | 1 DAY |
| (C) DUE TO | PNEUMONITIS | 15 DAYS |
| (D) DUE TO | METASTATIC COLON ADENOCARCINOMA | 6 MONTHS |

**PART II. Other significant conditions contributing to death:** DIFFUSE ALVEOLAR HEMORRHAGE, PNEUMOTHORAX

**36. WAS THE MEDICAL EXAMINER CONTACTED?:** YES
**36a. AUTOPSY?:** NO
**36b. WERE FINDINGS AVAILABLE TO COMPLETE CAUSE OF DEATH?:** (blank)
**37. DID TOBACCO USE CONTRIBUTE TO DEATH?:** NO
**38. IF FEMALE:** NOT PREGNANT WITHIN PAST YEAR
**39. IF EXTERNAL, TO WHAT EXTENT IT CONTRIBUTED TO CAUSE OF DEATH?:** (blank)
**40. WAS THIS A MILITARY DEATH?:** NO
**40a. IF MILITARY DEATH, SELECT MANNER OF DEATH:** (blank)

**41. DATE OF INJURY:** (blank)
**42. TIME OF INJURY:** (blank)
**43. INJURY AT WORK?:** (blank)
**44. PLACE OF INJURY:** (blank)
**45. LOCATION OF INJURY - STREET ADDRESS:** (blank)
**45a. CITY / COUNTY:** (blank)
**45b. STATE:** (blank)
**45c. ZIP CODE:** (blank)
**45d. COUNTRY:** (blank)
**46. IF TRANSPORTATION INJURY, SPECIFY:** (blank)
**47. DESCRIBE HOW INJURY RELATING TO DEATH OCCURRED:** (blank)

**48. SIGNATURE OF PERSON COMPLETING THE CAUSE OF DEATH:** /S/ MEILIN LADINES-LIM
**48a. TITLE:** MEDICAL DOCTOR
**48b. DATE SIGNED:** SEPTEMBER 24, 2024
**49. NAME OF PERSON PROVIDING THE MEDICAL CERTIFICATION OF DEATH:** MEILIN LADINES-LIM
**49a. ADDRESS:** 1215 LEE STREET CHARLOTTESVILLE VIRGINIA 22903
**49b. MEDICAL LICENSE NO.:** 0116039992
**50. ARE YOU A DESIGNEE?:** NO
**51. IF YES, PLEASE PROVIDE THE NAME OF AUTHORIZING OR ABSENT PHYSICIAN:** (blank)
**51a. ADDRESS OF AUTHORIZING PHYSICIAN:** (blank)

This is to certify that this is a true and correct reproduction or abstract of the official record filed with the Virginia Department Of Health, Richmond, Virginia

**DATE ISSUED:** September 27, 2024

*Seth Austin*, Director and State Registrar

Do not accept unless on security paper with the seal of Virginia Department of Health, Vital Statistics in the lower left hand corner. Section 32.1-272, Code of Virginia, as amended.

VS 15C

**VOID WITHOUT WATERMARK OR IF ALTERED OR ERASED**



Dear Sir or Madam,

This document is a record of the information provided at the time of the event. This certificate is a legal document and all information should be reviewed for accuracy.
If you have any questions or concerns please return the certificate (if necessary) with a letter of explanation to:

State Health Department
Office of Vital Records
P.O. Box 1000
Richmond, VA 23218