OFFICE OF THE CLERK
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
255 WEST MAIN STREET
ROOM 304
CHARLOTTESVILLE, VIRGINIA 22902

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

CLERK'S OFFICE U.S. DISTRICT COURT
AT CHARLOTTESVILLE, VA
FILED

MAR 19 2025

LAURA A. AUSTIN, CLERK
BY: /s/
DEPUTY CLERK

RICHMOND VA RPDC 230
28 JAN 2025 PM 3 L
12 MAR 2025 PM 8 L



FwD

1100 Wythe Street, Unit 1812
Alexandria, VA 22313

NIXIE        231    DC 1         0003/17/25
            RETURN TO SENDER
            ATTEMPTED - NOT KNOWN
            UNABLE TO FORWARD

BC: 22902505879        *1650-04438-28-42