# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

July 23, 2025

_____

## RECORD RETURN

_____

No.  23-1123 (L), <u>Elizabeth Sines v. Jeff Schoep</u>
          3:17-cv-00072-NKM-JCH

TO:   Laura A. Austin
      UNITED STATES DISTRICT COURT
      Western District of Virginia
      255 West Main Street
      Charlottesville, VA 22902-0000

The original record on appeal is returned herewith. The enclosed record consists of:

[ ] Volumes of pleadings
[ ] Volumes of transcripts
[ ] Volumes of exhibits
[ ] Volumes of depositions
[ ] SEALED volumes
[ 4 ] Volumes of state court records
[ ] Volumes other

**[ 4 ] TOTAL VOLUME(S)**

**[ 4 ] TOTAL NUMBER OF BOXES - 3 boxes of state court records and 1 box of loose filings and record material**

Rachel Phillips, Deputy Clerk
804-916-2702